# EXHIBIT A

# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## AUGUST 1 THROUGH AUGUST 31, 2019

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from August 1, 2019 through August 31, 2019 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Kevin S. Allred | Partner | 1986 | $950.00 | 13.00 | $12,350.00 | Litigation |
| Brad D. Brian | Partner | 1977 | $1,400.00 | 59.50 | $83,300.00 | Litigation |
| Erin J. Cox | Partner | 2009 | $895.00 | 18.00 | $16,110.00 | Litigation |
| Lisa J. Demsky | Partner | 1996 | $995.00 | 180.30 | $179,398.50 | Litigation |
| Michael R. Doyen | Partner | 1982 | $1,300.00 | 169.60 | $220,480.00 | Litigation |
| David H. Fry | Partner | 1997 | $995.00 | 9.00 | $8,955.00 | Litigation |
| Elaine J. Goldenberg | Partner | 1997 | $995.00 | 19.60 | $19,502.00 | Appellate |
| David B. Goldman | Partner | 1991 | $995.00 | 7.30 | $7,263.50 | Corporate |
| Seth Goldman | Partner | 2002 | $995.00 | 10.70 | $10,646.50 | Restructuring |
| Bryan H. Heckenlively | Partner | 2009 | $895.00 | 0.60 | $537.00 | Litigation |
| Jeffery H. Heintz | Partner | 1986 | $950.00 | 0.40 | $380.00 | Corporate |
| Miriam Kim | Partner | 2002 | $895.00 | 22.90 | $20,495.50 | Litigation |
| Judith T. Kitano | Partner | 1988 | $1,100.00 | 1.60 | $1,760.00 | Corporate |
| Kelly L.C. Kriebs | Partner | 1999 | $1,100.00 | 0.40 | $440.00 | Corporate |
| Kathleen M. McDowell | Partner | 1984 | $895.00 | 110.60 | $98,987.00 | Appellate |
| James C. Rutten | Partner | 1997 | $995.00 | 46.40 | $46,168.00 | Litigation |
| Donald B. Verrilli | Partner | 1983 | $1,400.00 | 0.50 | $700.00 | Appellate |
| Henry Weissmann | Partner | 1987 | $1,300.00 | 142.70 | $185,510.00 | Litigation |
| Michael E. Greaney | Of Counsel | 1996 | $890.00 | 4.10 | $3,649.00 | Corporate / Real Estate |
| Grant R. Arnow | Associate | 2017 | $535.00 | 208.80 | $111,708.00 | Litigation |
| Nick Axelrod | Associate | 2013 | $775.00 | 185.80 | $143,995.00 | Litigation |
| Michael C. Baker | Associate | 2016 | $625.00 | 125.70 | $78,562.50 | Litigation |
| Andre W. Brewster | Associate | 2015 | $685.00 | 37.10 | $25,413.50 | Litigation |
| Brendan Gants | Associate | 2016 | $750.00 | 26.30 | $19,725.00 | Litigation |

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Alexander S. Gorin | Associate | 2017 | $535.00 | 107.30 | $57,405.50 | Litigation |
| Lauren M. Harding | Associate | 2015 | $685.00 | 179.50 | $122,957.50 | Litigation |
| Anthony J. Ramirez | Associate | 2016 | $625.00 | 29.50 | $18,437.50 | Corporate |
| Teresa A. Reed Dippo | Associate | 2015 | $685.00 | 31.30 | $21,440.50 | Litigation |
| Lauren Ross | Associate | 2016 | $625.00 | 2.70 | $1,687.50 | Litigation |
| Giovanni S. Saarman Gonzalez | Associate | 2016 | $625.00 | 103.00 | $64,375.00 | Litigation |
| Mark M. Chowdhury | Staff Counsel | 1991 | $380.00 | 110.40 | $41,952.00 | N/A |
| Michael Y. Doko | Staff Counsel | 1998 | $405.00 | 78.40 | $31,752.00 | N/A |
| Candice Fuller | Staff Counsel | 2014 | $460.00 | 52.90 | $24,334.00 | N/A |
| Michael L. Lerew | Staff Counsel | 1993 | $380.00 | 28.30 | $10,754.00 | N/A |
| Shelley Lipman | Staff Counsel | 1993 | $380.00 | 81.80 | $31,084.00 | N/A |
| Susan Liu | Staff Counsel | 2001 | $460.00 | 42.60 | $19,596.00 | N/A |
| Terence M. McKiernan | Staff Counsel | 1999 | $460.00 | 103.50 | $47,610.00 | N/A |
| Lisa M. McLean | Staff Counsel | 2001 | $380.00 | 25.60 | $9,728.00 | N/A |
| Hadi Motiee | Staff Counsel | 2007 | $460.00 | 21.40 | $9,844.00 | N/A |
| Marcia B. Osborne | Staff Counsel | 1989 | $405.00 | 55.20 | $22,356.00 | N/A |
| Doris R. Perl | Staff Counsel | 1990 | $460.00 | 39.30 | $18,078.00 | N/A |
| Mark M. Perl | Staff Counsel | 1991 | $460.00 | 80.80 | $37,168.00 | N/A |
| Allison Rector | Staff Counsel | 2018 | $405.00 | 56.30 | $22,801.50 | N/A |
| Barni Rothman | Staff Counsel | 1985 | $405.00 | 11.60 | $4,698.00 | N/A |
| Arjang Seraji | Staff Counsel | 1997 | $460.00 | 105.60 | $48,576.00 | N/A |
| Steven D. Valentine | Staff Counsel | 1997 | $460.00 | 2.60 | $1,196.00 | N/A |
| Jennifer Galindo | Paralegal | N/A | $380.00 | 9.60 | $3,648.00 | N/A |
| Bruce M. Gordon | Paralegal | N/A | $270.00 | 29.90 | $8,073.00 | N/A |
| Danny R. Munson | Paralegal | N/A | $380.00 | 7.90 | $3,002.00 | N/A |
| Larry M. Polon | Paralegal | N/A | $325.00 | 14.50 | $4,712.50 | N/A |
| Cynthia R. Richardson | Paralegal | N/A | $380.00 | 21.60 | $8,208.00 | N/A |
| Justin A. Wilson | Paralegal | N/A | $325.00 | 2.90 | $942.50 | N/A |
| Victor H. Gonzales | ALS | N/A | $350.00 | 76.40 | $26,740.00 | N/A |
| Bowe Kurowski | ALS | N/A | $430.00 | 54.90 | $23,607.00 | N/A |
| Jason D. Troff | ALS | N/A | $430.00 | 134.90 | $58,007.00 | N/A |

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| **Total Professionals:** | | | | 3103.10 | $2,100,807.00 | |

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partner | $ 1,122.84 | 813.10 | $ 912,983.00 |
| Of Counsel | $ 890.00 | 4.10 | $ 3,649.00 |
| Associate | $ 641.96 | 1,037.00 | $ 665,707.50 |
| Staff Counsel | $ 425.67 | 896.30 | $ 381,527.50 |
| **Attorneys Total** | **$ 714.00** | **2,750.50** | **$ 1,963,867.00** |
| Paralegal | $ 330.86 | 86.40 | $ 28,586.00 |
| ALS | $ 407.04 | 266.20 | $ 108,354.00 |
| **Paraprofessionals Total** | **$ 388.37** | **352.60** | **$ 136,940.00** |
| **Grand Total** | **$ 677.00** | **3,103.10** | **$ 2,100,807.00** |