# EXHIBIT B

# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR
## SERVICES RENDERED BY MUNGER, TOLLES & OLSON LLP
## AUGUST 1 THROUGH AUGUST 31, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 020 | Legislative Issues | 27.10 | $21,136.00 |
| 021 | Non-Bankruptcy Litigation / Wildfire (Criminal) | 2484.20 | $1,559,095.50 |
| 022 | Non-Working Travel | 57.50 | $59,100.50 |
| 025 | Regulatory Issues Including CPUC and FERC | 487.70 | $436,724.50 |
| 026 | Retention / Billing / Fee Applications: MTO | 46.60 | $24,750.50 |
| **TOTAL** | | **3103.10** | **$2,100,807.00** |