# EXHIBIT C

# EXHIBIT C

## EXPENSE SUMMARY
## AUGUST 1 THROUGH AUGUST 31, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Meals | $939.41 |
| Travel – Airfare | $2,739.31 |
| Travel – Hotel | $9,111.78 |
| Travel – Ground (Local) | $25.50 |
| Travel – Ground (Out of Town) | $2,832.65 |
| Copying Charges | $3,984.84 |
| Messenger | $364.42 |
| Air Express | $387.94 |
| **Total Expenses Requested:** | **$20,385.85** |