WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> PG&E CORPORATION, <br><br> - and - <br><br> PACIFIC GAS AND ELECTRIC COMPANY, <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☑ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br> Chapter 11 <br> (Lead Case) (Jointly Administered) <br><br> **NOTICE OF CONTINUED HEARING ON APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 363(b) AND 105(a) FOR AUTHORITY TO ENTER INTO, PERFORM UNDER AND MAKE PAYMENTS UNDER CERTAIN CONSULTING CONTRACTS WITH MCKINSEY & COMPANY, INC. UNITED STATES** <br><br> [Re: Dkt No. 3919] <br><br> Date: December 17, 2019 <br> Time: 10:00 a.m. (Pacific Time) <br> Place: United States Bankruptcy Court <br>  Courtroom 17, 16th Floor <br>  San Francisco, CA 94102 <br><br> **Objection Deadline**: December 10, 2019 <br>  4:00 p.m. (Pacific Time) |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that on September 17, 2019, the Debtors filed the *Application of Debtors Pursuant to 11 U.S.C. §§ 363(b) and 105(a) for Authority to Enter Into, Perform Under and Make Payments Under Certain Consulting Contracts with McKinsey & Company Inc. United States* [Dkt. No. 3919] (the "**Application**"). Concurrently with the Application, the Debtors filed a notice of hearing [Dkt No. 3920], which stated that: (1) any oppositions or responses to the Application must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtors at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on November 12, 2019 (the "**Objection Deadline**"); (2) all oppositions and responses must be filed and served pursuant to the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"); and (3) any oppositions or responses must be served on all "Standard Parties" as defined in paragraph 5 of the Case Management Order.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Application will be **continued** from its hearing date of November 19, 2019, to **December 17, 2019, at 10:00 a.m. (Pacific Time)** in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. The Objection Deadline is extended to **4:00 p.m. (Pacific Time) on December 10, 2019**. All oppositions and responses must be filed and served pursuant to the Case Management Order.

**PLEASE TAKE FURTHER NOTICE** that copies of each pleading identified herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: November 5, 2019

                               **WEIL, GOTSHAL & MANGES LLP**
                               **KELLER & BENVENUTTI LLP**

                               /s/ *Thomas B. Rupp*
                                       Thomas B. Rupp

                               *Attorneys for Debtors and Debtors in Possession*