# EXHIBIT A

# COMPENSATION BY PROFESSIONAL
## SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from September 1, 2019 through September 30, 2019 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Tobias S. Keller | Partner | 1990 | 800 | 36.4 | $29,120 |
| Peter J. Benvenutti | Partner | 1974 | 800 | 65.1 | $52,080 |
| Jane Kim | Partner | 2003[1] | 650 | 23.6 | $15,340 |
| Keith A. McDaniels | Of Counsel | 1997 | 600 | 3.6 | $2,160 |
| Dara L. Silveira | Associate | 2010 | 400 | 84.8 | $33,920 |
| Thomas B. Rupp | Associate | 2011 | 400 | 57.5 | $23,000 |
| Jacob Bodden | Paralegal Trainee | N/A | 150 | 8.6 | $1,290 |
| Hadley Roberts-Donnelly | Paralegal Trainee | N/A | 150 | 11.4 | $1,710 |
| **Total Professionals:** | | | | **291** | **$158,620** |

[1] Member of the California Bar since 2014

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 767 | 128.7 | $98,700 |
| Associates | 400 | 142.3 | $56,920 |
| **Blended Attorney Rate** | **574** | **271** | **$155,620** |
| Paraprofessionals and other non-legal staff | 150 | 20 | $3,000 |
| **Total Fees Incurred** | **545** | **291** | **$158,620** |