# EXHIBIT B

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY KELLER & BENVENUTTI LLP
<u>SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019</u>**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Omnibus & Miscellaneous Court Appearances | 27.3 | $10,240 |
| 004 | General Case Administration | 17.1 | $5,340 |
| 005 | Automatic Stay Proceedings | 61 | $39,020 |
| 006 | Initial Debtor Interview, Meeting of Creditors, Creditor Inquiries | 4.6 | $3,295 |
| 007 | Professional Retention and Compensation – Keller & Benvenutti | 8.9 | $3,815 |
| 008 | Professional Retention and Compensation – Other Professionals | 16.9 | $9,140 |
| 014 | Employee Matters | 4.1 | $2,880 |
| 015 | Supplier Issues | 5.6 | $2,850 |
| 016 | General Asset Analysis and Recovery | .5 | $400 |
| 017 | Sale or Use of Property – Motions | 2.6 | $1,415 |
| 018 | Executory Contract Issues | 7 | $2,900 |
| 021 | Plan – Advice, Strategy and Negotiation | 26.2 | $14,735 |
| 022 | Plan and Disclosure Statement – Preparation of Documents | 21.7 | $15,000 |
| 026 | Wildfire Litigation | 18.2 | $9,640 |
| 027 | Claims Review | 2.3 | $1,810 |
| 028 | Claim Disputes and Resolution | 5.2 | $3,665 |
| 032 | USDC Probation Compliance | 3.6 | $2,160 |
| 036 | Miscellaneous Litigation Issues and Advice | 40.1 | $20,595 |
| 037 | Appeals | 18.1 | $9,720 |
| **TOTAL** | | **291** | **$158,620** |