# EXHIBIT C

# EXPENSE SUMMARY
## SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $0 |
| Meals | $0 |
| Travel | $0 |
| Transportation | $62.38 |
| Printing and Duplication | $1,656.10 |
| Transcription Services | $1,380.10 |
| Telephone Conferencing | $0 |
| Messenger | $651.40 |
| Filing Fees | $298.00 |
| **Total Expenses Requested:** | **$4,047.98** |