# EXHIBIT E



650 California Street, Suite 1900  
San Francisco, CA 94108  
Email: admin@kellerbenvenutti.com

Billing Statement No. 092019A  
Date: 11/05/2019  
Due Upon Receipt

PG&E Corporation  
Attn: Janet Loduca  
77 Beale Street  
San Francisco, CA 94105

## 00138-31 PG&E

## Chapter 11 representation- Expenses

| Type | Date | Description | Quantity | Rate | Fees and Expenses Total |
|---|---|---|---|---|---|
| Expense | 09/04/2019 | E112 Court fees: Filing fee for appeal from Tubbs relief from stay orders. | 1.00 | $298.00 | $298.00 |
| Expense | 09/05/2019 | E109 Local travel: Uber home from office, working late. | 1.00 | $62.38 | $62.38 |
| Expense | 09/09/2019 | E102 Outside printing: Clear Discovery Invoices No. 1219 (August 27, 2019 omnibus hearing). | 1.00 | $553.51 | $553.51 |
| Expense | 09/09/2019 | E102 Outside printing: Clear Discovery Invoices No. 1220 (August 27, 2019 PERA PI hearing). | 1.00 | $633.67 | $633.67 |
| Expense | 09/10/2019 | E116 Trial transcripts: Jo Ann Bryce (September 10, 2019 District Court hearing). | 1.00 | $369.75 | $369.75 |
| Expense | 09/18/2019 | E107 Delivery services/messengers: Nationwide Legal Invoice No. 360402 (August 2019 deliveries). | 1.00 | $320.60 | $320.60 |
| Expense | 09/24/2019 | E107 Delivery services/messengers: Nationwide Legal Invoice No. 360838 (September 2019 deliveries). | 1.00 | $330.80 | $330.80 |
| Expense | 09/25/2019 | E102 Outside printing: Clear Discovery Invoice No. 1234 (September 24, 2019 hearing). | 1.00 | $468.92 | $468.92 |
| Expense | 09/26/2019 | E116 Trial transcripts: eScribers Invoice No. 276573 (September 24, 2019 hearing). | 1.00 | $1,010.35 | $1,010.35 |

| Time Keeper | Position | Time | Rate | Fees and Expenses Total |
|---|---|---|---|---|
| | | | Fees and Expenses Subtotal | $4,047.98 |
| | | | Fees and Expenses Total | $4,047.98 |