# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

PG&E Corporation and

Pacific Gas and Electric Company,

Debtors.

Chapter 11 Case No. 19-30088-DSM

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Banc of America Credit Products, Inc.** | **Bauer Compressors, Inc.** |
| Name and Address where notices to transferee should be sent:<br><br>Banc of America Credit Products, Inc.<br>c/o Bank of America Merrill Lynch<br>Bank of America Tower – 3rd Floor<br>One Bryant Park<br>New York, New York 10036<br>Attention: Ante Jakic<br>Telephone: (646) 855-7450<br>Email: Ante.Jakic@baml.com | 1328 Azalea Garden Road<br>Norfolk, VA 23502-1904<br>Attention: Leslie R. Rhue<br>Direct Phone: (757) 858-5120<br>Email: leslie.rhue@bauercomp.com<br><br>Proof of Claim Number: 3294<br>Debtor: Pacific Gas and Electric Company<br>Claim Amount: no less than $166,107.32<br>Date Claim Filed: June 12, 2019<br><br>Last Four Digits of Acct #: N/A |

Pursuant to the attached Evidence of Transfer, Transferor has waived any notice or right to hearing under Federal Rule of Bankruptcy Procedure 3001 or other applicable law or rules.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_ SETH DENSON  Date: November 5, 2019
Transferee/Transferee's Agent  DIRECTOR

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DB1/ 109737391.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court")
Attn: Clerk of the Court

AND TO: PG&E Corporation *and* Pacific Gas & Electric Company ("Debtors")
*In re PG&E Corporation, In re Pacific Gas & Electric Company,*
Case No. 19-30089-DM (Jointly Administered)

**Claim Numbers:** 3294 against Pacific Gas & Electric Company and 7945 against PG&E Corporation
**Claim Amount:** no less than $166,107.32

**BAUER COMPRESSORS, INC.**, its successors and assigns (collectively, "Transferor") hereby acknowledges that, for good and valuable consideration, Transferor has unconditionally and irrevocably sold, transferred and assigned to:

> Banc of America Credit Products, Inc.
> c/o Bank of America Merrill Lynch
> Bank of America Tower – 3rd Floor
> One Bryant Park
> New York, New York 10036
> Attention: Ante Jakic / Ryan Weddle
> Telephone: (646) 855-7450
> Email: Ante.Jakic@baml.com / ryan.weddle@baml.com

its successors and assigns ("Transferee") all rights, title and interest in and to the claim of Transferor against the above-referenced Debtor in connection with certain goods and/or services provided by Transferor to the Debtors (the "Claim") in the above-referenced case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtors.

Transferor hereby waives any objection to the recording of the Claim in the name of the Transferee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law, if applicable, any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered recognizing Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 4, 2019.

| BAUER COMPRESSORS, INC. | BANC OF AMERICA CREDIT PRODUCTS, INC. |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Name: LESLIE R. RHUE | Name: SETH DENSON |
| Title: SECRETARY/TREASURER | Title: DIRECTOR |

DB1/ 107386456.4