# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JANUARY 29, 2019 THROUGH AUGUST 31, 2019

| Professional | Practice | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Simon Benfrech | Executive Compensation Practice | Consultant | $508.25 | 1.75 | $889.44 |
| | | | $615.25 | 19.25 | $11,843.56 |
| Marlene R. Crawford | Global Service Delivery | Analyst | $294.25 | 2.00 | $588.50 |
| Mark L. Daniels | Retirement | Director | $743.65 | 4.50 | $3,346.43 |
| Douglas J. Friske | T&R HQ Operations | Managing Director | $1,150.25 | 119.00 | $136,879.75 |
| Josephine Gartrell | Executive Compensation Practice | Director | $738.30 | 9.50 | $7,013.85 |
| Gwyneth P. Huff | Executive Compensation Practice | Business Support Specialist | $208.65 | 0.50 | $104.33 |
| Mark J. Kazmierowski | Executive Compensation Practice | Senior Director | $775.75 | 57.25 | $44,411.69 |
| | | | $930.90 | 117.50 | $109,380.75 |
| Thomas D. Matthews | Account Directors | Managing Director | $861.35 | 1.00 | $861.35 |
| Dariusz Nowak | Executive Compensation Practice | Analyst | $342.40 | 0.50 | $171.20 |
| Kevin Ernest Ryan | Retirement | Senior Associate | $593.85 | 1.20 | $712.62 |
| Frankie Szeto | Executive Compensation Practice | Senior Analyst | $390.55 | 12.00 | $4,686.60 |
| David J. Wathen | Executive Compensation Practice | Managing Director | $1,048.60 | 0.50 | $524.30 |
| Shui Yu | Executive Compensation Practice | Consultant | $508.25 | 2.50 | $1,270.63 |
| Stephen E. Zwicker | Retirement | Senior Director | $813.20 | 9.75 | $7,928.70 |