**EXHIBIT B**

**COMPENSATION BY PROJECT TASK CODE**
**JANUARY 29, 2019 THROUGH AUGUST 31, 2019**

| Description | Hours | Amount |
|---|---|---|
| Analytics and Design | 9.50 | $4,333.50 |
| Billing & Financial Management | 2.50 | $692.83 |
| Data Collection/Preparation | 36.95 | $24,891.95 |
| Meetings/Communications | 112.50 | $125,489.60 |
| PG&E Restructuring | 21.25 | $17,362.09 |
| Project Plan & Project Management | 1.00 | $861.35 |
| Report/Deliverables | 175.00 | $156,982.38 |