# EXHIBIT C

## EXPENSE SUMMARY
## JANUARY 29, 2019 THROUGH AUGUST 31, 2019

| Expenses | Amount |
|---|---:|
| Accommodations | $1,573.29 |
| Bankruptcy CEO pay/Friske | $1,000.00 |
| BK Board pay/Friske | $2,700.00 |
| BK Examples w/ Liability/DF | $3,000.00 |
| BOD 20 cos + stats/MK | $7,500.00 |
| Business Meals | $316.22 |
| Charge PG&E $200 change fee | $200.00 |
| Charge PG&E $200 change fee | $200.00 |
| Emergence equity 19 cos/DF | $4,750.00 |
| GEIDS Research/MK | $2,000.00 |
| Meetings | $853.16 |
| Miscellaneous | $56.35 |
| Travel | $3,665.83 |