# EXHIBIT D

## DETAILED TIME ENTRIES
## JANUARY 29, 2019 THROUGH AUGUST 31, 2019

| Task Name | Date | Associate / Vendor Name | Associate Comments | Hours | Rate | Billed |
|---|---|---|---|---|---|---|
| Analytics and Design | 03/04/19 | David J Wathen | Utility AIP market data | 0.50 | $1,048.60 | $524.30 |
| Analytics and Design | 03/13/19 | Frankie Szeto | FY2019 STIP Deck Updates | 0.50 | $390.55 | $195.28 |
| Analytics and Design | 03/18/19 | Frankie Szeto | STIP Eligible EE's analysis | 2.50 | $390.55 | $976.38 |
| Analytics and Design | 03/19/19 | Frankie Szeto | STIP Eligible EE's analysis | 2.50 | $390.55 | $976.38 |
| Analytics and Design | 04/16/19 | Frankie Szeto | Proxy peer group filing date | 0.25 | $390.55 | $97.64 |
| Analytics and Design | 05/02/19 | Frankie Szeto | Board of Director Pay Exhibits | 0.75 | $390.55 | $292.91 |
| Analytics and Design | 05/03/19 | Shui Yu | Modeling and data analysis | 1.00 | $508.25 | $508.25 |
| Analytics and Design | 05/08/19 | Shui Yu | Modeling and data analysis | 1.50 | $508.25 | $762.38 |
| **Analytics and Design Subtotal:** | | | | **9.50** | | **$4,333.50** |
| Billing & Fin Mgt | 03/08/19 | Gwyneth P (Gwyn) Huff | Administrative tasks | 0.50 | $208.65 | $104.33 |
| Billing & Fin Mgt | 05/13/19 | Marlene R Crawford | Invoice preparation and submission | 0.50 | $294.25 | $147.13 |
| Billing & Fin Mgt | 05/16/19 | Marlene R Crawford | Invoice preparation and submission | 0.50 | $294.25 | $147.13 |
| Billing & Fin Mgt | 06/20/19 | Marlene R Crawford | Invoice preparation and submission | 0.25 | $294.25 | $73.56 |
| Billing & Fin Mgt | 07/24/19 | Marlene R Crawford | Invoice preparation and submission | 0.75 | $294.25 | $220.69 |
| **Billing & Fin Mgt Subtotal:** | | | | **2.50** | | **$692.83** |
| Data Collection/Prep | 03/04/19 | Dariusz Nowak | Annual Incentive survey information | 0.50 | $342.40 | $171.20 |
| Data Collection/Prep | 03/05/19 | Simon Benfrech | Helping Kaz with AIP metric | 1.75 | $508.25 | $889.44 |
| Data Collection/Prep | 03/22/19 | Mark L Daniels | PG&E Option Estimate for Doug Friske | 0.60 | $743.65 | $446.19 |
| Data Collection/Prep | 03/22/19 | Stephen E Zwicker | Stock option valuation estimates | 2.50 | $813.20 | $2,033.00 |
| Data Collection/Prep | 03/28/19 | Stephen E Zwicker | Stock option valuation estimates | 0.50 | $813.20 | $406.60 |
| Data Collection/Prep | 04/15/19 | Stephen E Zwicker | Stock option volatility analysis and 4/10 valuation estimate | 2.50 | $813.20 | $2,033.00 |
| Data Collection/Prep | 04/16/19 | Mark L Daniels | PG&E volatiliity analysis - Leverage volatility, Peer, Implied,etc | 1.80 | $743.65 | $1,338.57 |
| Data Collection/Prep | 04/17/19 | Kevin Ernest Ryan | lev vol review | 1.20 | $593.85 | $712.62 |

| Task Name | Date | Associate / Vendor Name | Associate Comments | Hours | Rate | Billed |
|---|---|---|---|---|---|---|
| Data Collection/Prep | 04/17/19 | Mark L Daniels | PG&E volatiliity analysis - Leverage volatility, Peer, Implied,etc | 1.30 | $743.65 | $966.75 |
| Data Collection/Prep | 04/17/19 | Stephen E Zwicker | Stock option volatility analysis and 4/10 valuation estimate | 3.00 | $813.20 | $2,439.60 |
| Data Collection/Prep | 04/18/19 | Mark L Daniels | PG&E Volaitlty and FV estimates | 0.50 | $743.65 | $371.83 |
| Data Collection/Prep | 04/18/19 | Stephen E Zwicker | Stock option volatility analysis and 4/10 valuation estimate | 0.25 | $813.20 | $203.30 |
| Data Collection/Prep | 05/02/19 | Mark L Daniels | PG&E Updated FVs as of 5/1 | 0.30 | $743.65 | $223.10 |
| Data Collection/Prep | 05/02/19 | Stephen E Zwicker | 5/1 option valuation estimates | 1.00 | $813.20 | $813.20 |
| Data Collection/Prep | 06/04/19 | Simon Benfrech | BOD market and KEIP analysis | 1.00 | $615.25 | $615.25 |
| Data Collection/Prep | 06/05/19 | Simon Benfrech | BOD market and KEIP analysis | 1.50 | $615.25 | $922.88 |
| Data Collection/Prep | 06/10/19 | Simon Benfrech | BOD market and KEIP analysis | 3.50 | $615.25 | $2,153.38 |
| Data Collection/Prep | 06/18/19 | Simon Benfrech | BOD market and KEIP analysis | 0.25 | $615.25 | $153.81 |
| Data Collection/Prep | 06/25/19 | Simon Benfrech | BOD market and KEIP analysis | 1.00 | $615.25 | $615.25 |
| Data Collection/Prep | 06/26/19 | Simon Benfrech | BOD market and KEIP analysis | 6.00 | $615.25 | $3,691.50 |
| Data Collection/Prep | 06/27/19 | Simon Benfrech | BOD market and KEIP analysis | 2.00 | $615.25 | $1,230.50 |
| Data Collection/Prep | 06/28/19 | Simon Benfrech | BOD market and KEIP analysis | 2.00 | $615.25 | $1,230.50 |
| Data Collection/Prep | 06/29/19 | Simon Benfrech | BOD market and KEIP analysis | 1.00 | $615.25 | $615.25 |
| Data Collection/Prep | 07/01/19 | Simon Benfrech | BOD market and KEIP analysis | 0.50 | $615.25 | $307.63 |
| Data Collection/Prep | 08/06/19 | Simon Benfrech | BOD market and KEIP analysis | 0.50 | $615.25 | $307.63 |
| **Data Collection/Prep Subtotal:** | | | | **36.95** | | **$24,891.95** |
| Mtgs/Communications | 01/29/19 | Douglas J (Doug) Friske | Call w/ Forrest and Barb re: CEO | 0.50 | $1,150.25 | $575.13 |
| Mtgs/Communications | 03/04/19 | Douglas J (Doug) Friske | STIP call and review of materials | 1.00 | $1,150.25 | $1,150.25 |
| Mtgs/Communications | 03/05/19 | Douglas J (Doug) Friske | Call with Weil, review STIP doc | 1.50 | $1,150.25 | $1,725.38 |

| Task Name | Date | Associate / Vendor Name | Associate Comments | Hours | Rate | Billed |
|---|---|---|---|---|---|---|
| Mtgs/Communications | 03/06/19 | Douglas J (Doug) Friske | Multiple reviews of STIP motion and declaration, call w/ Weil. | 2.00 | $1,150.25 | $2,300.50 |
| Mtgs/Communications | 03/20/19 | Douglas J (Doug) Friske | Review materials, prep for deposition | 4.00 | $1,150.25 | $4,601.00 |
| Mtgs/Communications | 03/21/19 | Douglas J (Doug) Friske | Deposition | 6.00 | $1,150.25 | $6,901.50 |
| Mtgs/Communications | 03/22/19 | Douglas J (Doug) Friske | Call w/ Forrest, call with Jones Day, call with Cravath, call with Kaz, call with Steve Zwicker, review materials and documents, all related to new CEO. | 4.00 | $1,150.25 | $4,601.00 |
| Mtgs/Communications | 03/23/19 | Douglas J (Doug) Friske | Call w/ CEO candidate to review materials | 1.00 | $1,150.25 | $1,150.25 |
| Mtgs/Communications | 04/02/19 | Douglas J (Doug) Friske | STIP testimony prep | 6.50 | $1,150.25 | $7,476.63 |
| Mtgs/Communications | 04/06/19 | Douglas J (Doug) Friske | STIP testimony prep | 3.00 | $1,150.25 | $3,450.75 |
| Mtgs/Communications | 04/07/19 | Douglas J (Doug) Friske | STIP prep | 2.00 | $1,150.25 | $2,300.50 |
| Mtgs/Communications | 04/08/19 | Douglas J (Doug) Friske | STIP prep | 6.00 | $1,150.25 | $6,901.50 |
| Mtgs/Communications | 04/09/19 | Douglas J (Doug) Friske | STIP hearing | 6.00 | $1,150.25 | $6,901.50 |
| Mtgs/Communications | 04/18/19 | Douglas J (Doug) Friske | KEIP call w/ John Lowe | 0.50 | $1,150.25 | $575.13 |
| Mtgs/Communications | 05/02/19 | Douglas J (Doug) Friske | Call w/ Steve K., call w/ John L., call w/ Meridee, review KEIP materials | 1.50 | $1,150.25 | $1,725.38 |
| Mtgs/Communications | 05/03/19 | Douglas J (Doug) Friske | BOD call John and Lane, CC call prep and participation | 4.50 | $1,150.25 | $5,176.13 |
| Mtgs/Communications | 05/14/19 | Douglas J (Doug) Friske | call w/ Richard M., review updated KEIP deck | 1.00 | $1,150.25 | $1,150.25 |
| Mtgs/Communications | 05/15/19 | Douglas J (Doug) Friske | CC Call, review KEIP motion | 2.00 | $1,150.25 | $2,300.50 |
| Mtgs/Communications | 05/16/19 | Douglas J (Doug) Friske | Call w/ Weil to review CEO process | 0.50 | $1,150.25 | $575.13 |
| Mtgs/Communications | 05/17/19 | Douglas J (Doug) Friske | Call w/ Kaz, back and forth with Meridee | 0.50 | $1,150.25 | $575.13 |
| Mtgs/Communications | 05/30/19 | Douglas J (Doug) Friske | KEIP call w/ Weil, review of KEIP motion and declaration, review CEO motion | 2.50 | $1,150.25 | $2,875.63 |
| Mtgs/Communications | 06/02/19 | Douglas J (Doug) Friske | Review KEIP support materials and provide comments to John Lowe | 1.00 | $1,150.25 | $1,150.25 |
| Mtgs/Communications | 06/03/19 | Douglas J (Doug) Friske | CC meeting prep and participation | 2.00 | $1,150.25 | $2,300.50 |
| Mtgs/Communications | 06/09/19 | Josephine Gartrell | Document / correspondence review | 0.50 | $738.30 | $369.15 |
| Mtgs/Communications | 06/10/19 | Josephine Gartrell | Prepare for and attend meeting re: matter | 2.00 | $738.30 | $1,476.60 |

| Task Name | Date | Associate / Vendor Name | Associate Comments | Hours | Rate | Billed |
|---|---|---|---|---|---|---|
| Mtgs/Communications | 06/11/19 | Douglas J (Doug) Friske | Board call, call on time line, f/u work on timeline, fu call with steve and Greg | 3.00 | $1,150.25 | $3,450.75 |
| Mtgs/Communications | 06/12/19 | Douglas J (Doug) Friske | Review board pay draft, f/u call with Steve | 1.00 | $1,150.25 | $1,150.25 |
| Mtgs/Communications | 06/12/19 | Josephine Gartrell | Review correspondence from counsel | 0.25 | $738.30 | $184.58 |
| Mtgs/Communications | 06/18/19 | Douglas J (Doug) Friske | Multiple calls with Weil and mgmt, review CEO and KEIP declarations and motions | 5.00 | $1,150.25 | $5,751.25 |
| Mtgs/Communications | 06/18/19 | Josephine Gartrell | Internal and external communications re: declarations; review and revise declarations | 3.50 | $738.30 | $2,584.05 |
| Mtgs/Communications | 06/19/19 | Douglas J (Doug) Friske | Multiple calls with Weil and mgmt, review CEO and KEIP declarations and motions | 5.00 | $1,150.25 | $5,751.25 |
| Mtgs/Communications | 06/19/19 | Josephine Gartrell | Internal and external communications re: declarations; review and revise declarations; comment on motions | 2.25 | $738.30 | $1,661.18 |
| Mtgs/Communications | 06/25/19 | Douglas J (Doug) Friske | CC meeting prep and participation | 2.00 | $1,150.25 | $2,300.50 |
| Mtgs/Communications | 06/27/19 | Douglas J (Doug) Friske | Review Board pay materials, various discussions with Simon and others | 2.00 | $1,150.25 | $2,300.50 |
| Mtgs/Communications | 06/28/19 | Douglas J (Doug) Friske | Call w/ Greg G re: Board pay | 0.50 | $1,150.25 | $575.13 |
| Mtgs/Communications | 06/28/19 | Josephine Gartrell | Internal and external communications re: matter | 1.00 | $738.30 | $738.30 |
| Mtgs/Communications | 07/09/19 | Douglas J (Doug) Friske | Call with John L. to discuss 2020 incentives and CEO option alternatives, call with Kaz to initiate prep | 1.50 | $1,150.25 | $1,725.38 |
| Mtgs/Communications | 07/10/19 | Douglas J (Doug) Friske | Review CEO option alternatives material | 0.50 | $1,150.25 | $575.13 |
| Mtgs/Communications | 07/11/19 | Douglas J (Doug) Friske | CC call, revisions to Board pay dec | 2.00 | $1,150.25 | $2,300.50 |
| Mtgs/Communications | 07/12/19 | Douglas J (Doug) Friske | Prepare 2020 incentives materials | 0.50 | $1,150.25 | $575.13 |
| Mtgs/Communications | 07/15/19 | Douglas J (Doug) Friske | Respond to CC questions | 0.50 | $1,150.25 | $575.13 |
| Mtgs/Communications | 07/17/19 | Douglas J (Doug) Friske | Hearing related discussions | 1.00 | $1,150.25 | $1,150.25 |
| Mtgs/Communications | 07/18/19 | Douglas J (Doug) Friske | Call on UCC objections | 1.50 | $1,150.25 | $1,725.38 |
| Mtgs/Communications | 07/19/19 | Douglas J (Doug) Friske | CC call | 1.50 | $1,150.25 | $1,725.38 |

| Task Name | Date | Associate / Vendor Name | Associate Comments | Hours | Rate | Billed |
|---|---|---|---|---|---|---|
| Mtgs/Communications | 07/25/19 | Douglas J (Doug) Friske | KEIP/CEO/BOD calls with Weil and mgmt | 2.00 | $1,150.25 | $2,300.50 |
| Mtgs/Communications | 07/26/19 | Douglas J (Doug) Friske | CC meeting | 2.00 | $1,150.25 | $2,300.50 |
| Mtgs/Communications | 07/27/19 | Douglas J (Doug) Friske | CEO sign on awards data prep | 0.50 | $1,150.25 | $575.13 |
| Mtgs/Communications | 08/06/19 | Douglas J (Doug) Friske | Review and discuss CEO supplemental declaration | 1.00 | $1,150.25 | $1,150.25 |
| Mtgs/Communications | 08/08/19 | Douglas J (Doug) Friske | KEIP/CEO hearing prep call with Weil and document review | 2.00 | $1,150.25 | $2,300.50 |
| Mtgs/Communications | 08/09/19 | Douglas J (Doug) Friske | Preparation for and participation in KEIP/CEO hearing | 8.00 | $1,150.25 | $9,202.00 |
| Mtgs/Communications | 08/29/19 | Douglas J (Doug) Friske | Call w/ Jessica L to discuss CEO option valuation | 0.50 | $1,150.25 | $575.13 |
| **Mtgs/Communications Subtotal:** | | | | **112.50** | | **$125,489.60** |
| PG&E Restructuring | 02/01/19 | Mark J Kazmierowski | Restructuring; KEIP related | 0.25 | $775.75 | $193.94 |
| PG&E Restructuring | 02/04/19 | Douglas J (Doug) Friske | KEIP call w/ John Lowe | 0.50 | $1,150.25 | $575.13 |
| PG&E Restructuring | 02/04/19 | Mark J Kazmierowski | Call with PG&E re KEIP | 0.75 | $775.75 | $581.81 |
| PG&E Restructuring | 02/05/19 | Frankie Szeto | Benchmark/Roster Update | 2.00 | $390.55 | $781.10 |
| PG&E Restructuring | 02/05/19 | Mark J Kazmierowski | Report updates; correspondence | 0.75 | $775.75 | $581.81 |
| PG&E Restructuring | 02/06/19 | Frankie Szeto | KEIP PPT & Anaysis File Update | 3.50 | $390.55 | $1,366.93 |
| PG&E Restructuring | 02/06/19 | Mark J Kazmierowski | Coordinate data | 0.25 | $775.75 | $193.94 |
| PG&E Restructuring | 02/07/19 | Douglas J (Doug) Friske | CEO pay call w/ John Lowe | 0.50 | $1,150.25 | $575.13 |
| PG&E Restructuring | 02/07/19 | Mark J Kazmierowski | Report Updates; incumbent info | 0.50 | $775.75 | $387.88 |
| PG&E Restructuring | 02/08/19 | Douglas J (Doug) Friske | Call w/ Jeff Hyler | 0.50 | $1,150.25 | $575.13 |
| PG&E Restructuring | 02/08/19 | Mark J Kazmierowski | Report Update per Weil | 0.25 | $775.75 | $193.94 |
| PG&E Restructuring | 02/09/19 | Douglas J (Doug) Friske | CEO call w/ Forrest and Barbara | 1.00 | $1,150.25 | $1,150.25 |
| PG&E Restructuring | 02/12/19 | Douglas J (Doug) Friske | Call w/ Forrest to discuss CEO pay | 0.50 | $1,150.25 | $575.13 |
| PG&E Restructuring | 02/13/19 | Douglas J (Doug) Friske | MEIP doc | 1.00 | $1,150.25 | $1,150.25 |
| PG&E Restructuring | 02/14/19 | Mark J Kazmierowski | Restructuring; review report | 0.50 | $775.75 | $387.88 |
| PG&E Restructuring | 02/15/19 | Douglas J (Doug) Friske | Call with John L., review interim data | 0.50 | $1,150.25 | $575.13 |
| PG&E Restructuring | 02/19/19 | Douglas J (Doug) Friske | CC call prep and participation | 3.00 | $1,150.25 | $3,450.75 |
| PG&E Restructuring | 02/19/19 | Mark J Kazmierowski | restructuring; CC call prep; review | 2.00 | $775.75 | $1,551.50 |
| PG&E Restructuring | 02/20/19 | Mark J Kazmierowski | Restructuring;Call with Weil | 0.75 | $775.75 | $581.81 |
| PG&E Restructuring | 02/21/19 | Mark J Kazmierowski | Restructuring; Data request to Weil; PM | 1.00 | $775.75 | $775.75 |
| PG&E Restructuring | 02/25/19 | Mark J Kazmierowski | Restructuring; PM | 0.75 | $775.75 | $581.81 |

| | Task Name | Date | Associate / Vendor Name | Associate Comments | Hours | Rate | Billed |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | PG&E Restructuring | 02/26/19 | Douglas J (Doug) Friske | CEO Comp call with Forrest and Steve K. | 0.50 | $1,150.25 | $575.13 |
| 3 | **PG&E Restructuring Subtotal:** | | | | **21.25** | | **$17,362.09** |
| 4 | Proj Plan & Proj Mgt | 07/19/19 | Thomas D Matthews | Contract and billing | 0.25 | $861.35 | $215.34 |
| | Proj Plan & Proj Mgt | 07/24/19 | Thomas D Matthews | Contract and billing | 0.50 | $861.35 | $430.68 |
| 5 | Proj Plan & Proj Mgt | 08/13/19 | Thomas D Matthews | Contract and billing | 0.25 | $861.35 | $215.34 |
| 6 | **Proj Plan & Proj Mgt Subtotal:** | | | | **1.00** | | **$861.35** |
| 7 | Report/Deliverables | 01/29/19 | Mark J Kazmierowski | Executive compensation consulting | 0.75 | $775.75 | $581.81 |
| 8 | Report/Deliverables | 03/01/19 | Mark J Kazmierowski | Analysis; report; teleconferences | 4.25 | $775.75 | $3,296.94 |
| 9/10 | Report/Deliverables | 03/04/19 | Mark J Kazmierowski | STIP modeling; costing; deck preparation; STIP report | 9.00 | $775.75 | $6,981.75 |
| 11/12 | Report/Deliverables | 03/05/19 | Mark J Kazmierowski | Report changes; edits; competitive data for report; edits to docs; call with Weil | 5.50 | $775.75 | $4,266.63 |
| 13 | Report/Deliverables | 03/06/19 | Mark J Kazmierowski | Declaration related; STIP motion | 3.50 | $775.75 | $2,715.13 |
| 14 | Report/Deliverables | 03/07/19 | Mark J Kazmierowski | STIP report | 0.50 | $775.75 | $387.88 |
| 15 | Report/Deliverables | 03/12/19 | Mark J Kazmierowski | STIP document; teleconference with Kevin | 0.75 | $775.75 | $581.81 |
| | Report/Deliverables | 03/13/19 | Mark J Kazmierowski | STIP related; report changes | 1.25 | $775.75 | $969.69 |
| 16/17 | Report/Deliverables | 03/18/19 | Mark J Kazmierowski | rate case review; data analysis; motion and declaration | 5.00 | $775.75 | $3,878.75 |
| 18 | Report/Deliverables | 03/19/19 | Mark J Kazmierowski | report iteration; teleconference | 2.75 | $775.75 | $2,133.31 |
| 19 | Report/Deliverables | 03/20/19 | Mark J Kazmierowski | STIP; motions and materials; deposition prep | 4.25 | $775.75 | $3,296.94 |
| 20 | Report/Deliverables | 03/21/19 | Mark J Kazmierowski | depo preparation; Friske deposition | 6.00 | $775.75 | $4,654.50 |
| 21 | Report/Deliverables | 03/22/19 | Mark J Kazmierowski | CEO pay related | 3.25 | $775.75 | $2,521.19 |
| | Report/Deliverables | 03/25/19 | Mark J Kazmierowski | project management | 0.25 | $775.75 | $193.94 |
| 22 | Report/Deliverables | 03/26/19 | Mark J Kazmierowski | CEO pay related | 1.00 | $775.75 | $775.75 |
| 23/24 | Report/Deliverables | 03/28/19 | Douglas J (Doug) Friske | Call w/ Bill J., review revised comp proposal, value options | 1.50 | $1,150.25 | $1,725.38 |
| 25 | Report/Deliverables | 03/28/19 | Mark J Kazmierowski | CEO pay scenarios | 1.50 | $775.75 | $1,163.63 |
| | Report/Deliverables | 04/03/19 | Mark J Kazmierowski | Declaration related; PM | 2.00 | $930.90 | $1,861.80 |
| 26 | Report/Deliverables | 04/08/19 | Mark J Kazmierowski | Executive compensation consulting | 6.00 | $930.90 | $5,585.40 |
| 27 | Report/Deliverables | 04/09/19 | Mark J Kazmierowski | Prep; Hearing | 5.50 | $930.90 | $5,119.95 |
| | Report/Deliverables | 04/16/19 | Mark J Kazmierowski | CEO pay related; LTI | 2.00 | $930.90 | $1,861.80 |
| 28 | | | | | | | |

| Task Name | Date | Associate / Vendor Name | Associate Comments | Hours | Rate | Billed |
|---|---|---|---|---|---|---|
| Report/Deliverables | 04/18/19 | Mark J Kazmierowski | CEO pay related | 1.25 | $930.90 | $1,163.63 |
| Report/Deliverables | 04/19/19 | Mark J Kazmierowski | restructuring related | 0.75 | $930.90 | $698.18 |
| Report/Deliverables | 04/22/19 | Mark J Kazmierowski | Teleconference | 0.50 | $930.90 | $465.45 |
| Report/Deliverables | 04/23/19 | Douglas J (Doug) Friske | Review updated KEIP deck | 1.00 | $1,150.25 | $1,150.25 |
| Report/Deliverables | 04/23/19 | Mark J Kazmierowski | KEIP related; deck | 4.00 | $930.90 | $3,723.60 |
| Report/Deliverables | 04/24/19 | Mark J Kazmierowski | KEIP alternative deck revision | 0.50 | $930.90 | $465.45 |
| Report/Deliverables | 04/25/19 | Mark J Kazmierowski | Report finalized | 0.25 | $930.90 | $232.73 |
| Report/Deliverables | 04/26/19 | Douglas J (Doug) Friske | KEIP calls w/ HR team, Meridee, review updated slides | 1.50 | $1,150.25 | $1,725.38 |
| Report/Deliverables | 04/26/19 | Mark J Kazmierowski | KEIP related; modifications; call with mgmt | 3.00 | $930.90 | $2,792.70 |
| Report/Deliverables | 04/30/19 | Mark J Kazmierowski | KEIP changes; PM | 1.00 | $930.90 | $930.90 |
| Report/Deliverables | 05/01/19 | Mark J Kazmierowski | KEIP related changes; BOD related | 2.75 | $930.90 | $2,559.98 |
| Report/Deliverables | 05/02/19 | Mark J Kazmierowski | BOD related; exhibits | 2.75 | $930.90 | $2,559.98 |
| Report/Deliverables | 05/03/19 | Mark J Kazmierowski | Executive pay update for Insiders; CC call; dcoument prep | 3.25 | $930.90 | $3,025.43 |
| Report/Deliverables | 05/07/19 | Douglas J (Doug) Friske | Review updated KEIP report | 0.50 | $1,150.25 | $575.13 |
| Report/Deliverables | 05/07/19 | Mark J Kazmierowski | KEIP related; Report update; exhibits | 3.75 | $930.90 | $3,490.88 |
| Report/Deliverables | 05/08/19 | Mark J Kazmierowski | KEIP related | 1.00 | $930.90 | $930.90 |
| Report/Deliverables | 05/09/19 | Mark J Kazmierowski | Response to Weil | 0.25 | $930.90 | $232.73 |
| Report/Deliverables | 05/10/19 | Mark J Kazmierowski | KEIP related | 1.00 | $930.90 | $930.90 |
| Report/Deliverables | 05/11/19 | Douglas J (Doug) Friske | Respond to data request for Meridee | 1.00 | $1,150.25 | $1,150.25 |
| Report/Deliverables | 05/14/19 | Mark J Kazmierowski | KEIP related; call with mgmt and Weil; valuation related; | 5.00 | $930.90 | $4,654.50 |
| Report/Deliverables | 05/15/19 | Mark J Kazmierowski | New hire pay related; call with mgmt; KEIP motion | 2.50 | $930.90 | $2,327.25 |
| Report/Deliverables | 05/16/19 | Mark J Kazmierowski | Motion review; call with Weil; costing of KEIP; CEO pay related; reports | 5.50 | $930.90 | $5,119.95 |
| Report/Deliverables | 05/17/19 | Mark J Kazmierowski | CEO pay related; report | 0.50 | $930.90 | $465.45 |
| Report/Deliverables | 05/20/19 | Douglas J (Doug) Friske | Call w/ Richard M. re: CEO pay | 0.50 | $1,150.25 | $575.13 |
| Report/Deliverables | 05/21/19 | Mark J Kazmierowski | CEO data; data to PG | 1.00 | $930.90 | $930.90 |
| Report/Deliverables | 05/23/19 | Mark J Kazmierowski | email to PG re data question | 0.25 | $930.90 | $232.73 |
| Report/Deliverables | 05/30/19 | Mark J Kazmierowski | Review motions and declarations; comments/edits - CEO, KEIP | 2.25 | $930.90 | $2,094.53 |
| Report/Deliverables | 05/31/19 | Mark J Kazmierowski | Friske declaration | 4.00 | $930.90 | $3,723.60 |

| Task Name | Date | Associate / Vendor Name | Associate Comments | Hours | Rate | Billed |
|---|---|---|---|---|---|---|
| Report/Deliverables | 06/03/19 | Mark J Kazmierowski | Friske declaration; email correspondence; benchmarking | 3.25 | $930.90 | $3,025.43 |
| Report/Deliverables | 06/05/19 | Mark J Kazmierowski | Call with mgmt; benchmarking related | 2.50 | $930.90 | $2,327.25 |
| Report/Deliverables | 06/06/19 | Mark J Kazmierowski | KEIP related design | 1.00 | $930.90 | $930.90 |
| Report/Deliverables | 06/07/19 | Mark J Kazmierowski | PM | 0.25 | $930.90 | $232.73 |
| Report/Deliverables | 06/10/19 | Mark J Kazmierowski | benchmarking; review revise; PM | 2.00 | $930.90 | $1,861.80 |
| Report/Deliverables | 06/27/19 | Mark J Kazmierowski | BOD related; report; UCC Q outline | 6.00 | $930.90 | $5,585.40 |
| Report/Deliverables | 06/28/19 | Mark J Kazmierowski | BOD related | 1.50 | $930.90 | $1,396.35 |
| Report/Deliverables | 07/01/19 | Douglas J (Doug) Friske | Board pay edits and discussions | 1.00 | $1,150.25 | $1,150.25 |
| Report/Deliverables | 07/01/19 | Mark J Kazmierowski | BOD related; changes | 0.75 | $930.90 | $698.18 |
| Report/Deliverables | 07/03/19 | Mark J Kazmierowski | PM | 0.25 | $930.90 | $232.73 |
| Report/Deliverables | 07/05/19 | Mark J Kazmierowski | correspondence | 0.25 | $930.90 | $232.73 |
| Report/Deliverables | 07/09/19 | Mark J Kazmierowski | SO premium; alts deck | 3.00 | $930.90 | $2,792.70 |
| Report/Deliverables | 07/10/19 | Mark J Kazmierowski | SO related deck; teleconference | 1.25 | $930.90 | $1,163.63 |
| Report/Deliverables | 07/11/19 | Mark J Kazmierowski | BOD related | 0.75 | $930.90 | $698.18 |
| Report/Deliverables | 07/12/19 | Mark J Kazmierowski | Incentive design related | 0.75 | $930.90 | $698.18 |
| Report/Deliverables | 07/15/19 | Mark J Kazmierowski | PM | 0.50 | $930.90 | $465.45 |
| Report/Deliverables | 07/17/19 | Mark J Kazmierowski | UCC Q related | 1.50 | $930.90 | $1,396.35 |
| Report/Deliverables | 07/18/19 | Mark J Kazmierowski | Prep for doug; documents | 1.50 | $930.90 | $1,396.35 |
| Report/Deliverables | 07/19/19 | Mark J Kazmierowski | restructuring related; prep for Doug | 1.00 | $930.90 | $930.90 |
| Report/Deliverables | 07/22/19 | Mark J Kazmierowski | Kaz declaration; motion review | 1.50 | $930.90 | $1,396.35 |
| Report/Deliverables | 07/23/19 | Mark J Kazmierowski | Kaz declaration | 0.25 | $930.90 | $232.73 |
| Report/Deliverables | 07/24/19 | Mark J Kazmierowski | Kaz declaration | 0.50 | $930.90 | $465.45 |
| Report/Deliverables | 07/25/19 | Mark J Kazmierowski | BOD related | 0.25 | $930.90 | $232.73 |
| Report/Deliverables | 07/29/19 | Douglas J (Doug) Friske | Review BOD materials, call with Jessica and Paul W. | 1.00 | $1,150.25 | $1,150.25 |
| Report/Deliverables | 08/01/19 | Mark J Kazmierowski | PM | 0.25 | $930.90 | $232.73 |
| Report/Deliverables | 08/02/19 | Mark J Kazmierowski | Restructuring related; retention list | 1.50 | $930.90 | $1,396.35 |
| Report/Deliverables | 08/06/19 | Mark J Kazmierowski | CEO transition awards; declaration; analysis | 4.00 | $930.90 | $3,723.60 |
| Report/Deliverables | 08/07/19 | Mark J Kazmierowski | CEO transition awards; declaration; telconferences | 3.00 | $930.90 | $2,792.70 |
| Report/Deliverables | 08/08/19 | Mark J Kazmierowski | Declaration prep; call with Weil | 2.00 | $930.90 | $1,861.80 |
| Report/Deliverables | 08/09/19 | Mark J Kazmierowski | Prep; KEIP and CEO hearing attendance | 7.00 | $930.90 | $6,516.30 |
| Report/Deliverables | 08/12/19 | Mark J Kazmierowski | PM regarding restructuring | 0.25 | $930.90 | $232.73 |
| Report/Deliverables | 08/13/19 | Mark J Kazmierowski | PM regarding restructuring | 0.50 | $930.90 | $465.45 |

| Task Name | Date | Associate / Vendor Name | Associate Comments | Hours | Rate | Billed |
|---|---|---|---|---|---|---|
| Report/Deliverables | 07/25/19 | Mark J Kazmierowski | BOD related | 0.25 | $930.90 | $232.73 |
| Report/Deliverables | 07/29/19 | Douglas J (Doug) Friske | Review BOD materials, call with Jessica and Paul W. | 1.00 | $1,150.25 | $1,150.25 |
| Report/Deliverables | 08/01/19 | Mark J Kazmierowski | PM | 0.25 | $930.90 | $232.73 |
| Report/Deliverables | 08/02/19 | Mark J Kazmierowski | Restructuring related; retention list | 1.50 | $930.90 | $1,396.35 |
| Report/Deliverables | 08/06/19 | Mark J Kazmierowski | CEO transition awards; declaration; analysis | 4.00 | $930.90 | $3,723.60 |
| Report/Deliverables | 08/07/19 | Mark J Kazmierowski | CEO transition awards; declaration; telconferences | 3.00 | $930.90 | $2,792.70 |
| Report/Deliverables | 08/08/19 | Mark J Kazmierowski | Declaration prep; call with Weil | 2.00 | $930.90 | $1,861.80 |
| Report/Deliverables | 08/09/19 | Mark J Kazmierowski | Prep; KEIP and CEO hearing attendance | 7.00 | $930.90 | $6,516.30 |
| Report/Deliverables | 08/12/19 | Mark J Kazmierowski | PM regarding restructuring | 0.25 | $930.90 | $232.73 |
| Report/Deliverables | 08/13/19 | Mark J Kazmierowski | PM regarding restructuring | 0.50 | $930.90 | $465.45 |
| Report/Deliverables | 08/14/19 | Mark J Kazmierowski | PM regarding restructuring | 0.75 | $930.90 | $698.18 |
| Report/Deliverables | 08/20/19 | Mark J Kazmierowski | Kaz declaration; changes; correspondence with Weil | 2.50 | $930.90 | $2,327.25 |
| Report/Deliverables | 08/21/19 | Mark J Kazmierowski | SO Black-Scholes calc for CEO | 1.00 | $930.90 | $930.90 |
| Report/Deliverables | 08/23/19 | Mark J Kazmierowski | PM regarding restructuring | 0.25 | $930.90 | $232.73 |
| Report/Deliverables | 08/29/19 | Mark J Kazmierowski | PM related | 1.00 | $930.90 | $930.90 |
| Report/Deliverables | 08/30/19 | Mark J Kazmierowski | PM related | 0.50 | $930.90 | $465.45 |
| **Report/Deliverables Subtotal:** | | | | **175.00** | | **$156,982.38** |
| **Total Fees Due:** | | | | **358.70** | | **$330,613.68** |