**EXHIBIT E**

**DETAILED EXPENSE ENTRIES**
**JANUARY 29, 2019 THROUGH AUGUST 31, 2019**

| Task Name | Date | Professional | Associate Comments | Expense |
|---|---|---|---|---|
| Data Collection/Prep | 03/11/19 | | GEIDS research/MK | $2,000.00 |
| Data Collection/Prep | 04/05/19 | Douglas J (Doug) Friske | BK examples w/liability/DF | $3,000.00 |
| Data Collection/Prep | 04/25/19 | Danielle Marie Zander | data for valuation | $6.72 |
| Data Collection/Prep | 05/06/19 | | BOD 20 cos + stats/MK | $7,500.00 |
| Data Collection/Prep | 07/01/19 | | BK Board pay/Friske | $2,700.00 |
| Mtgs/Communications | 03/15/19 | Douglas J (Doug) Friske | 3/21 Austin-SFO r/trip (pg&e) | $1,543.05 |
| Mtgs/Communications | 03/20/19 | Mark J Kazmierowski | Snack PG&E | $12.00 |
| Mtgs/Communications | 03/21/19 | Douglas J (Doug) Friske | residence to airport (PG&E) | $20.11 |
| Mtgs/Communications | 03/21/19 | Douglas J (Doug) Friske | Two separate charges from SF airport for dinner | $18.25 |
| Mtgs/Communications | 03/21/19 | Douglas J (Doug) Friske | Train fare to/from SF airport (pg&e) | $20.00 |
| Mtgs/Communications | 03/21/19 | Douglas J (Doug) Friske | Tip for residence to airport (PG&E) | $5.00 |
| Mtgs/Communications | 03/21/19 | Douglas J (Doug) Friske | Inflight WiFi to SFO (PG&E) | $19.99 |
| Mtgs/Communications | 03/21/19 | Douglas J (Doug) Friske | Inflight WiFi to Austin (PG&E) | $17.99 |
| Mtgs/Communications | 03/21/19 | Douglas J (Doug) Friske | Breakfast in SF (PG&E) | $4.75 |
| Mtgs/Communications | 03/22/19 | Douglas J (Doug) Friske | Two separate charges from SF airport for dinner | $10.24 |
| Mtgs/Communications | 03/22/19 | Douglas J (Doug) Friske | airport to residence (pg&e) | $37.53 |
| Mtgs/Communications | 03/25/19 | Douglas J (Doug) Friske | 4/2 PG&E mtg | $853.16 |
| Mtgs/Communications | 03/28/19 | Douglas J (Doug) Friske | Chicago-SFO airfare (pg&e) | $951.47 |
| Mtgs/Communications | 04/02/19 | Douglas J (Doug) Friske | Tip for Uber ride from residence to airport | $5.00 |
| Mtgs/Communications | 04/02/19 | Douglas J (Doug) Friske | Dinner SFO Airport (PG&E) | $18.84 |
| Mtgs/Communications | 04/02/19 | Douglas J (Doug) Friske | Inflight WiFi to SFO (PG&E) | $19.99 |
| Mtgs/Communications | 04/02/19 | Douglas J (Doug) Friske | Lunch in SFO (pg&e) | $8.20 |
| Mtgs/Communications | 04/02/19 | Douglas J (Doug) Friske | Train fare from/to San Francisco airport (PG&E) | $20.00 |
| Mtgs/Communications | 04/02/19 | Douglas J (Doug) Friske | Uber ride from residence to airport | $20.53 |
| Mtgs/Communications | 04/03/19 | Douglas J (Doug) Friske | Dinner SFO Airport (PG&E) | $10.31 |

| Task Name | Date | Professional | Associate Comments | Expense |
|---|---|---|---|---|
| Mtgs/Communications | 04/03/19 | Douglas J (Doug) Friske | Lyft ride from O'Hare to residence (PG&E) | $37.82 |
| Mtgs/Communications | 04/07/19 | Douglas J (Doug) Friske | Dinner in SFO (pg&e) | $69.65 |
| Mtgs/Communications | 04/07/19 | Douglas J (Doug) Friske | Home-O'Hare-home (pg&e) | $22.04 |
| Mtgs/Communications | 04/07/19 | Douglas J (Doug) Friske | Inflight WiFi to SFO (pg&e) | $20.99 |
| Mtgs/Communications | 04/07/19 | Douglas J (Doug) Friske | Tolls | $1.00 |
| Mtgs/Communications | 04/08/19 | Douglas J (Doug) Friske | Breakfast in SFO (pg&e) | $8.20 |
| Mtgs/Communications | 04/08/19 | Douglas J (Doug) Friske | Dinner in SFO (pg&e) | $44.28 |
| Mtgs/Communications | 04/08/19 | Douglas J (Doug) Friske | Lyft from SFO airport to hotel (pg&e) | $27.21 |
| Mtgs/Communications | 04/08/19 | Mark J Kazmierowski | PG&E | $11.25 |
| Mtgs/Communications | 04/09/19 | Douglas J (Doug) Friske | Breakfast (pg&e) | $5.81 |
| Mtgs/Communications | 04/09/19 | Douglas J (Doug) Friske | Dinner (pg&e) | $7.50 |
| Mtgs/Communications | 04/09/19 | Douglas J (Doug) Friske | Dinner at SFO airport (pg&e) | $27.74 |
| Mtgs/Communications | 04/09/19 | Douglas J (Doug) Friske | Hotel Vitale SFO (pg&e) | $1,184.65 |
| Mtgs/Communications | 04/09/19 | Douglas J (Doug) Friske | Lyft for ride from hotel to courthouse (pg&e) | $17.50 |
| Mtgs/Communications | 04/09/19 | Douglas J (Doug) Friske | Lyft ride from courthouse to airport (pg&e) | $37.34 |
| Mtgs/Communications | 04/09/19 | Douglas J (Doug) Friske | Refund for cancelled SFO-ORD flight (pg&e) | -$465.74 |
| Mtgs/Communications | 04/09/19 | Mark J Kazmierowski | lunch | $11.00 |
| Mtgs/Communications | 04/09/19 | Mark J Kazmierowski | PG&E -uber ride from courthouse to sf office | $9.69 |
| Mtgs/Communications | 04/10/19 | Douglas J (Doug) Friske | Lyft ride from O'Hare to home (pg&e) | $39.25 |
| Mtgs/Communications | 07/24/19 | Douglas J (Doug) Friske | Aug 9-10 Flight to SFO PG&E hearing | $1,032.67 |
| Mtgs/Communications | 07/29/19 | Mark J Kazmierowski | PG&E Court proceedings bankruptcy | $38.38 |
| Mtgs/Communications | 08/08/19 | Douglas J (Doug) Friske | Dinner at Cleveland airport (pg&e) | $31.98 |
| Mtgs/Communications | 08/09/19 | Douglas J (Doug) Friske | Breakfast in SFO (pg&e) | $8.20 |
| Mtgs/Communications | 08/09/19 | Douglas J (Doug) Friske | Hotel Vitale, SFO (pg&e) | $388.64 |
| Mtgs/Communications | 08/09/19 | Douglas J (Doug) Friske | Inflight WiFi Cleveland to SFO (pg&e) | $17.99 |
| Mtgs/Communications | 08/09/19 | Douglas J (Doug) Friske | Taxi from SF airport to hotel (pg&e) | $55.65 |

| Task Name | Date | Professional | Associate Comments | Expense |
|---|---|---|---|---|
| Mtgs/Communications | 08/09/19 | Douglas J (Doug) Friske | Tip for Uber from SF courthouse to SF airport (pg&e) | $7.49 |
| Mtgs/Communications | 08/09/19 | Douglas J (Doug) Friske | Uber from SF courthouse to SF airport (pg&e) | $37.49 |
| Mtgs/Communications | 08/10/19 | Douglas J (Doug) Friske | Inflight WiFi SFO to Chicago (pg&e) | $18.99 |
| Mtgs/Communications | 08/10/19 | Douglas J (Doug) Friske | Lunch at SFO airport (pg&e) | $27.47 |
| Mtgs/Communications | 08/10/19 | Douglas J (Doug) Friske | Lyft from O'Hare to home (pg&e) | $13.03 |
| Mtgs/Communications | 08/10/19 | Douglas J (Doug) Friske | Residence to O'Hare (pg&e) | $44.56 |
| Mtgs/Communications | 08/11/19 | Douglas J (Doug) Friske | Tip for Lyft from O'Hare to home (pg&e) | $2.00 |
| PG&E Restructuring | 02/01/19 | | Bankruptcy CEO pay/Friske | $1,000.00 |
| PG&E Restructuring | 02/13/19 | | Emergence equity 19 cos/DF | $4,750.00 |
| PG&E Restructuring | 02/18/19 | Douglas J (Doug) Friske | Charge PG&E $200 change fee | $200.00 |
| PG&E Restructuring | 02/21/19 | Douglas J (Doug) Friske | Charge PG&E $200 change fee | $200.00 |
| **Total Expenses Due:** | | | | **$27,814.85** |