Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☑ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING MOTION TO EXTEND BAR DATE** <br><br> Date: November 13, 2019 <br> Time: 10:00 a.m. (Pacific Time) <br> Place: United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102 <br><br> Re: Docket No. 4292 |

The Official Committee of Unsecured Creditors (the "UCC") appointed in the chapter 11 cases of the above-captioned debtors (the "Debtors"), hereby reserves all of its rights with respect

to the relief sought in the *Motion Pursuant to 11 U.S.C. §§ 105(b) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date* (the "Bar Date Extension Motion") [Docket No. 4292],[1] including the right to be heard at the hearing on the Bar Date Extension Motion.

It is the UCC's understanding that the Debtors and the Official Committee of Tort Claimants (the "TCC") have reached an agreement to extend the Bar Date for the wildfire victims to December 31, 2019, as well as on certain additional notice procedures for the wildfire victims. This agreement is being memorialized in a stipulation to be filed with the Court in advance of the hearing. While the UCC believes a consensual resolution with respect to the Bar Date is preferable, the UCC has to file this reservation of rights because it will not have sufficient time to review and respond to the upcoming stipulation in advance of the objection deadline.

Dated: November 6, 2019

**MILBANK LLP**

*/s/ Gregory A. Bray*
DENNIS F. DUNNE
SAMUEL A. KHALIL
GREGORY A. BRAY
THOMAS R. KRELLER

*Counsel for the Official Committee of Unsecured Creditors*

---

[1] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Bar Date Extension Motion.