TROUTMAN SANDERS LLP
Marcus T. Hall, Bar No. 206495
Katharine L. Malone, Bar No. 290884
3 Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone:   415.477.5700
Facsimile:    415.477.5710

*-and-*

TROUTMAN SANDERS LLP
Harris B. Winsberg (*admitted pro hac vice*)
Matthew G. Roberts (*admitted pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA  30308-2216
Telephone:   404.885.3000
Facsimile:    404.885.3900

*Attorneys for Creditor Osmose Utilities Services, Inc.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PG&E Corporation | Case No.  19-30088 |
| -and- | Chapter 11 |
| Pacific Gas and Electric Company, | (Lead Case) |
| Debtors. | (Jointly Administered) |
| ❏ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>❏ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 | **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 65387.** |

4

TROUTMAN SANDERS LLP
3 EMBARCADERO CENTER
SUITE 800
SAN FRANCISCO, CA 94111

1     **PLEASE TAKE NOTICE THAT**, by and through undersigned counsel, and pursuant to FED. R. BANKR. P. 3006, creditor Osmose Utilities Services, Inc. ("**Osmose**") hereby withdraws its *Proof of Claim* (No. 65387) against Pacific Gas and Electric Company filed on October 18, 2019 in the amount of $360,856.97.

Dated:     November 6, 2019     **TROUTMAN SANDERS LLP**

By: /s/ *Katharine L. Malone*
Harris B. Winsberg (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
TROUTMAN SANDERS LLP
600 Peachtree St. NE
Suite 3000
Atlanta, GA 30308
Telephone:     404.885.3000
Facsimile:     404.885.3900
harris.winsberg@troutman.com
matthew.roberts2@troutman.com

Marcus T. Hall (SBN 206495)
Katharine L. Malone (SBN 290884)
TROUTMAN SANDERS LLP
580 California Street
Suite 1100
San Francisco, CA 94104
Telephone:     415.477.5700
Facsimile:     415.477.5710
marcus.hall@troutman.com

*Attorneys for Osmose Utilities Services, Inc.*

1     Case No. 19-30088
NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 65387
Case: 19-30088    Doc# 4590    Filed: 11/06/19    Entered: 11/06/19 18:30:10    Page 2 of 2