Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone: 310.442.8875
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING THIRD MONTHLY FEE STATEMENT OF DEVELOPMENT SPECIALISTS, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019**<br><br>[Re: Docket No. 4209]<br><br>**OBJECTION DATE**: November 5, 2019 |

- 1 -

## THE MONTHLY FEE STATEMENT

On October 15th, 2019, Development Specialists, Inc. ("**DSI**" or the "**Applicant**"), financial advisor to the Official Committee of Tort Claimants ("**Tort Committee**"), filed its Third Monthly Fee Statement of Development Specialists, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of July 1, 2019 through July 31, 2019 [Docket No. 4209] (the "**Third Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bank. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* entered on February 28, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

The Third Monthly Fee Statement was served as described in the Certificate of Service of Heidi Hammon-Turano, filed on October 15, 2019, [Docket. No. 4212]. The deadline to file responses or oppositions to the Third Monthly Fee Statement was November 5, 2019, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the above captioned debtors and debtors-in-possession are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Third Monthly Fee Statement upon the filing of this certification and without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is attached hereto as **Exhibit A**.

## DECLARATION OF NO RESPONSE RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am the Senior Managing Director of the firm of Development Specialists, Inc. and financial advisor to the Official Committee of Tort Claimants.

2. I certify that I have reviewed the Court's docket in these cases and have not received any response or opposition to the Third Monthly Fee Statement.

3. This declaration was executed in Los Angeles, California.

Dated: November 7, 2019

Respectfully submitted,

**DEVELOPMENT SPECIALISTS, INC.**

By: _____
R. Brian Calvert
Senior Managing Director
*Financial Advisor to the Official Committee of Tort Claimants*

# EXHIBIT A

Professional Fees and Expenses
Third Monthly Fee Statement

| Applicant | Fee Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Development Specialists, Inc. Financial Advisors to the Official Committee of Tort Claimants | Third Monthly 7/1/19 to 7/31/19 [Docket No 4209, filed 10/15/19 | $406,567.75 | $7,589.23 | 11/05/19 | $325,254.20 | $7,589.23 | $81,313.55 |

- 4 -