**EXHIBIT A**

# EXHIBIT A
## COMPENSATION BY PROFESSIONAL
## FOR THE PERIOD AUGUST 1, 2019 THROUGH AUGUST 31, 2019

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Brent Williams | Managing Director | $ 1,195 | 212.8 | $ 254,296.00 |
| Alex Stevenson | Managing Director | 1,195 | 103.8 | 124,041.00 |
| Brendan Murphy | Managing Director | 1,095 | 265.4 | 290,613.00 |
| Sherman Guillema | Director | 895 | 81.3 | 72,763.50 |
| Peter Gnatowski | Vice President | 795 | 285.5 | 226,972.50 |
| Matt Merkel | Associate | 695 | 173.0 | 120,235.00 |
| Erik Ellingson | Associate | 695 | 108.3 | 75,268.50 |
| Naeem Muscatwalla | Senior Analyst | 495 | 150.0 | 74,225.25 |
| Riley Jacobs | Analyst | 395 | 225.6 | 89,112.00 |
| Alex Gebert | Analyst | 395 | 221.2 | 87,374.00 |
| Zack Stone | Analyst | 395 | 101.7 | 40,171.50 |
| Jane Su | Professional Support | 250 | 4.0 | 1,000.00 |
| **Subtotal** | | | **1,932.6** | **$ 1,456,072.25** |
| Less: 50% Discount for Non-Working Travel Time | | | | (15,627.50) |
| **Grand Total** | | | | **$ 1,440,444.75** |