**EXHIBIT B**

# EXHIBIT B
# COMPENSATION BY WORK TASK CODE
# FOR THE PERIOD AUGUST 1, 2019 THROUGH AUGUST 31, 2019

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 3 | Financial Analysis (Requested by Counsel, or Otherwise) | 151.5 | $ 95,842.50 |
| 4 | 13-Week Cash Flow / MOR / Liquidity Analysis | 53.3 | 38,233.50 |
| 5 | Due Diligence of Debtor's Assets and Liabilities | 33.1 | 21,284.50 |
| 6 | Due Diligence of Wildfire Safety Plan and Related Analysis | 191.7 | 144,491.50 |
| 7 | Debtor Professionals - Diligence / Meetings / Calls | 18.8 | 16,426.00 |
| 9 | Other Professionals / Interested Parties - Diligence / Meetings / Calls | 12.0 | 13,960.00 |
| 10 | Tort Claimants (Counsel/FA) - Diligence / Meetings / Calls | 46.0 | 50,430.00 |
| 11 | Assist Counsel in Responses / Objections to Bankruptcy Court Motions | 40.6 | 30,277.00 |
| 12 | Committee Related Matters - Diligence / Meetings / Calls | 90.9 | 93,595.50 |
| 13 | Bankruptcy Filings, Motions and Other Document Review | 119.3 | 78,668.75 |
| 14 | Review of Executory Contracts and Related Analysis | 26.4 | 18,788.00 |
| 15 | Review of Employee-Related Matters, Including Retention Plans | 39.6 | 28,372.00 |
| 16 | Review of Claims and Related Analysis | 110.1 | 84,879.50 |
| 17 | Asset Sale(s), Strategic Alternatives, and Related Analysis | 33.2 | 30,164.00 |
| 19 | Analysis of Pro-Forma Capital Structure, and Related Analysis | 49.4 | 35,483.00 |
| 20 | Benchmarking and Related Analysis | 103.6 | 60,142.00 |
| 21 | Term Sheets, Plan, and Disclosure Statement Analysis | 298.5 | 242,037.50 |
| 23 | Deposition(s), Testimony, Court Hearing(s), and Related Preparation / Attendance | 79.7 | 74,391.50 |
| 24 | Business Plan | 1.5 | 1,742.50 |
| 25 | Regulatory and Legislative Matters, and Related Financial Analysis | 263.3 | 178,843.50 |
| 26 | Travel Time - Non Working Travel | 29.0 | 31,255.00 |
| 27 | Project Administration | 50.9 | 34,155.50 |
| 29 | Time and Expenses Tracking | - | - |
| 31 | Fee Application Preparation | 90.2 | 52,609.00 |
| **Subtotal** | | **1,932.6** | **1,456,072.25** |
| | Less: 50% Discount for Non-Working Travel Time | | (15,627.50) |
| **Grand Total** | | **1,932.6** | **$ 1,440,444.75** |