**EXHIBIT C**

# EXHIBIT C
# EXPENSE SUMMARY
# FOR THE PERIOD AUGUST 1, 2019 THROUGH AUGUST 31, 2019

| Expense Type | Amount |
| --- | ---: |
| Airfare | $8,120.21 |
| Car Rental | $842.08 |
| Data Processing / Materials For Committee | $0.00 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | $732.60 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | $1,673.15 |
| Hotel Stay (Traveling) | $6,287.95 |
| Internet/Online Fees | $129.91 |
| Meals - In Town Only | $774.92 |
| Meals - Out-of-Town Travel Only | $1,649.92 |
| Other / Miscellaneous | $80.40 |
| Parking | $357.00 |
| Printing/Photocopying (In-House) | $461.75 |
| Research (Databases) | $4,500.00 |
| Teleconferencing | $871.25 |
| Transcripts | $1,479.50 |
| **Total** | **$27,960.64** |