# **Exhibit E**

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Airfare | 8/5/2019 | 001462 Williams, Brent C | Airfare | 795.00 |
| Airfare | 8/6/2019 | 001462 Williams, Brent C | Airfare | 1,425.00 |
| Airfare | 8/6/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 18.00 |
| Airfare | 8/8/2019 | 001652 Gnatowski, Peter | Ticketing Fees | 18.00 |
| Airfare | 8/8/2019 | 001652 Gnatowski, Peter | Ticketing Fees | 26.22 |
| Airfare | 8/8/2019 | 001652 Gnatowski, Peter | Airfare | 522.26 |
| Airfare | 8/11/2019 | 001462 Williams, Brent C | Airfare | 717.30 |
| Airfare | 8/12/2019 | 001206 Stevenson, Alexander W | Ticketing Fees | 32.00 |
| Airfare | 8/12/2019 | 001206 Stevenson, Alexander W | Ticketing Fees | 40.00 |
| Airfare | 8/12/2019 | 001462 Williams, Brent C | Airfare | 437.30 |
| Airfare | 8/13/2019 | 001463 Murphy, Brendan J | Airfare | 221.26 |
| Airfare | 8/14/2019 | 001206 Stevenson, Alexander W | Ticketing Fees | 32.00 |
| Airfare | 8/14/2019 | 001652 Gnatowski, Peter | Airfare | 94.59 |
| Airfare | 8/14/2019 | 001652 Gnatowski, Peter | Airfare | 84.99 |
| Airfare | 8/15/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 28.00 |
| Airfare | 8/15/2019 | 001463 Murphy, Brendan J | Airfare | 516.03 |
| Airfare | 8/16/2019 | 001462 Williams, Brent C | Airfare | 437.30 |
| Airfare | 8/21/2019 | 001206 Stevenson, Alexander W | Ticketing Fees | 19.00 |
| Airfare | 8/21/2019 | 001206 Stevenson, Alexander W | Ticketing Fees | 25.00 |
| Airfare | 8/21/2019 | 001206 Stevenson, Alexander W | Ticketing Fees | 25.00 |
| Airfare | 8/21/2019 | 001206 Stevenson, Alexander W | Airfare | 401.96 |
| Airfare | 8/23/2019 | 001462 Williams, Brent C | Airfare | 576.00 |
| Airfare | 8/24/2019 | 001462 Williams, Brent C | Airfare | 1,158.00 |
| Airfare | 8/26/2019 | 001206 Stevenson, Alexander W | Ticketing Fees | 40.00 |
| Airfare | 8/26/2019 | 001206 Stevenson, Alexander W | Ticketing Fees | 40.00 |
| Airfare | 8/26/2019 | 001462 Williams, Brent C | Airfare | 340.00 |
| Airfare | 8/29/2019 | 001206 Stevenson, Alexander W | Ticketing Fees | 50.00 |
| Car Rental | 8/29/2019 | 001462 Williams, Brent C | Car Rental | 25.37 |
| Car Rental | 8/30/2019 | 001206 Stevenson, Alexander W | Car Rental | 198.38 |
| Car Rental | 8/30/2019 | 001462 Williams, Brent C | Car Rental | 348.65 |
| Car Rental | 8/30/2019 | 001463 Murphy, Brendan J | Car Rental | 269.68 |
| Transcripts | 8/31/2019 | | TSG Reporting transcripts | 1,479.50 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/1/2019 | 001502 Merkel, Matthew E | Working past 9pm / Late night Transportation | 57.29 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/1/2019 | 001597 Jacobs, Riley | Working past 9pm / Late night Transportation | 26.97 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/4/2019 | 001538 Muscatwalla, Naeem | Working past 9pm / Late night Transportation | 6.99 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/4/2019 | 001597 Jacobs, Riley | Working past 9pm / Late night Transportation | 23.62 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/5/2019 | 001538 Muscatwalla, Naeem | Working past 9pm / Late night Transportation | 9.49 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/6/2019 | 001473 Gebert, Alexander M | Working past 9pm / Late night Transportation | 10.05 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/6/2019 | 001516 Stone, Zack | Working past 9pm / Late night Transportation | 14.16 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/6/2019 | 001538 Muscatwalla, Naeem | Working past 9pm / Late night Transportation | 9.49 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/7/2019 | 001473 Gebert, Alexander M | Working past 9pm / Late night Transportation | 8.40 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/7/2019 | 001538 Muscatwalla, Naeem | Working past 9pm / Late night Transportation | 9.49 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/7/2019 | 001597 Jacobs, Riley | Working past 9pm / Late night Transportation | 19.74 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/8/2019 | 001538 Muscatwalla, Naeem | Working past 9pm / Late night Transportation | 8.99 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/8/2019 | 001597 Jacobs, Riley | Working past 9pm / Late night Transportation | 21.49 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/12/2019 | 001597 Jacobs, Riley | Working past 9pm / Late night Transportation | 22.18 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/13/2019 | 001597 Jacobs, Riley | Working past 9pm / Late night Transportation | 18.30 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/14/2019 | 001473 Gebert, Alexander M | Working past 9pm / Late night Transportation | 24.99 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/15/2019 | 001473 Gebert, Alexander M | Working past 9pm / Late night Transportation | 20.16 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/15/2019 | 001502 Merkel, Matthew E | Working past 9pm / Late night Transportation | 51.45 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/15/2019 | 001597 Jacobs, Riley | Working past 9pm / Late night Transportation | 25.30 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/16/2019 | 001693 Ellingson, Erik | Working past 9pm / Late night Transportation | 16.35 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/19/2019 | 001473 Gebert, Alexander M | Working past 9pm / Late night Transportation | 7.89 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/19/2019 | 001597 Jacobs, Riley | Working past 9pm / Late night Transportation | 26.96 |

**EXHIBIT E**
**EXPENSE DETAIL**
**FOR THE PERIOD AUGUST 1, 2019 TO AUGUST 31, 2019**

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/20/2019 | 001473 Gebert, Alexander M | Working past 9pm / Late night Transportation | 9.58 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/20/2019 | 001516 Stone, Zack | Working past 9pm / Late night Transportation | 17.76 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/21/2019 | 001473 Gebert, Alexander M | Working past 9pm / Late night Transportation | 10.82 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/23/2019 | 001597 Jacobs, Riley | Working past 9pm / Late night Transportation | 23.38 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/24/2019 | 001597 Jacobs, Riley | Working past 9pm / Late night Transportation | 22.60 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/25/2019 | 001597 Jacobs, Riley | Working past 9pm / Late night Transportation | 20.84 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/25/2019 | 001693 Ellingson, Erik | Working past 9pm / Late night Transportation | 10.51 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/26/2019 | 001693 Ellingson, Erik | Working past 9pm / Late night Transportation | 16.16 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/27/2019 | 001473 Gebert, Alexander M | Working past 9pm / Late night Transportation | 13.62 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/28/2019 | 001597 Jacobs, Riley | Working past 9pm / Late night Transportation | 23.07 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/29/2019 | 001473 Gebert, Alexander M | Working past 9pm / Late night Transportation | 10.89 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/29/2019 | 001597 Jacobs, Riley | Working past 9pm / Late night Transportation | 25.93 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/30/2019 | 001473 Gebert, Alexander M | Working past 9pm / Late night Transportation | 10.34 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/30/2019 | 001597 Jacobs, Riley | Working past 9pm / Late night Transportation | 23.79 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/31/2019 | 001473 Gebert, Alexander M | Working past 9pm / Late night Transportation | 36.50 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 8/31/2019 | 001693 Ellingson, Erik | Working past 9pm / Late night Transportation | 17.06 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/6/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 14.97 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/12/2019 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 94.71 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/12/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 19.69 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/12/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 92.95 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/12/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 75.58 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/12/2019 | 001652 Gnatowski, Peter | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 27.15 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/13/2019 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 32.15 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/13/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 40.46 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/13/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 28.39 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/13/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 31.02 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/13/2019 | 001652 Gnatowski, Peter | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 33.00 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/14/2019 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 89.60 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/14/2019 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 8.67 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/14/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 10.42 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/14/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 18.60 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/14/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 36.52 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/14/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 17.75 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/14/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 21.95 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/14/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 27.82 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/14/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 27.85 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/14/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 91.19 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/14/2019 | 001652 Gnatowski, Peter | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 7.99 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/14/2019 | 001652 Gnatowski, Peter | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 30.78 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/15/2019 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 10.00 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/15/2019 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 116.31 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/15/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 118.37 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/15/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 16.93 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/15/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 47.01 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/15/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 72.91 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/15/2019 | 001652 Gnatowski, Peter | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 52.94 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/27/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 45.00 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/28/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 86.15 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/29/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 43.86 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/29/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 5.00 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/29/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 11.99 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/29/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 15.56 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/30/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 46.63 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 8/30/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 105.28 |

# EXHIBIT E
# EXPENSE DETAIL
# FOR THE PERIOD AUGUST 1, 2019 TO AUGUST 31, 2019

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Hotel Stay (Traveling) | 8/13/2019 | 001463 Murphy, Brendan J | Hotel Stay | 1,046.08 |
| Hotel Stay (Traveling) | 8/13/2019 | 001652 Gnatowski, Peter | Hotel Stay | 887.29 |
| Hotel Stay (Traveling) | 8/14/2019 | 001462 Williams, Brent C | Hotel Stay | 472.64 |
| Hotel Stay (Traveling) | 8/15/2019 | 001462 Williams, Brent C | Hotel Stay | 608.76 |
| Hotel Stay (Traveling) | 8/16/2019 | 001206 Stevenson, Alexander W | Hotel Stay | 1,569.12 |
| Hotel Stay (Traveling) | 8/16/2019 | 001462 Williams, Brent C | Hotel Stay | 294.83 |
| Hotel Stay (Traveling) | 8/29/2019 | 001206 Stevenson, Alexander W | Hotel Stay | 193.17 |
| Hotel Stay (Traveling) | 8/29/2019 | 001462 Williams, Brent C | Hotel Stay | 637.61 |
| Hotel Stay (Traveling) | 8/29/2019 | 001463 Murphy, Brendan J | Hotel Stay | 193.17 |
| Hotel Stay (Traveling) | 8/30/2019 | 001462 Williams, Brent C | Hotel Stay | 176.58 |
| Hotel Stay (Traveling) | 8/31/2019 | 001463 Murphy, Brendan J | Hotel Stay | 208.70 |
| Internet/Online Fees | 8/12/2019 | 001463 Murphy, Brendan J | Internet/Online Fees | 20.99 |
| Internet/Online Fees | 8/15/2019 | 001463 Murphy, Brendan J | Internet/Online Fees | 18.99 |
| Internet/Online Fees | 8/24/2019 | 001652 Gnatowski, Peter | Internet/Online Fees | 49.95 |
| Internet/Online Fees | 8/28/2019 | 001463 Murphy, Brendan J | Internet/Online Fees | 20.99 |
| Internet/Online Fees | 8/30/2019 | 001463 Murphy, Brendan J | Internet/Online Fees | 18.99 |
| Meals - In Town Only | 8/4/2019 | 001538 Muscatwalla, Naeem | Working past 8pm / In Office Dinner (One Professional) | 25.18 |
| Meals - In Town Only | 8/5/2019 | 001473 Gebert, Alexander M | Working past 8pm / In Office Dinner (One Professional) | 8.36 |
| Meals - In Town Only | 8/5/2019 | 001538 Muscatwalla, Naeem | Working past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 8/5/2019 | 001502 Merkel, Matthew E | Working past 8pm / In Office Dinner (One Professional | 27.74 |
| Meals - In Town Only | 8/5/2019 | 001597 Jacobs, Riley | Working past 8pm / In Office Dinner (One Professional) | 29.50 |
| Meals - In Town Only | 8/5/2019 | 001693 Ellingson, Erik | Working past 8pm / In Office Dinner (One Professional) | 15.95 |
| Meals - In Town Only | 8/6/2019 | 001473 Gebert, Alexander M | Working past 8pm / In Office Dinner (One Professional) | 3.23 |
| Meals - In Town Only | 8/6/2019 | 001538 Muscatwalla, Naeem | Working past 8pm / In Office Dinner (One Professional) | 14.60 |
| Meals - In Town Only | 8/7/2019 | 001473 Gebert, Alexander M | Working past 8pm / In Office Dinner (One Professional) | 8.89 |
| Meals - In Town Only | 8/7/2019 | 001516 Stone, Zack | Working past 8pm / In Office Dinner (One Professional) | 18.01 |
| Meals - In Town Only | 8/7/2019 | 001538 Muscatwalla, Naeem | Working past 8pm / In Office Dinner (One Professional) | 23.61 |
| Meals - In Town Only | 8/8/2019 | 001516 Stone, Zack | Working past 8pm / In Office Dinner (One Professional) | 14.10 |
| Meals - In Town Only | 8/9/2019 | 001502 Merkel, Matthew E | Working past 8pm / In Office Dinner (One Professional) | 29.56 |
| Meals - In Town Only | 8/13/2019 | 001597 Jacobs, Riley | Working past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 8/13/2019 | 001693 Ellingson, Erik | Working past 8pm / In Office Dinner (One Professional) | 15.44 |
| Meals - In Town Only | 8/14/2019 | 001473 Gebert, Alexander M | Working past 8pm / In Office Dinner (One Professional) | 10.56 |
| Meals - In Town Only | 8/14/2019 | 001502 Merkel, Matthew E | Working past 8pm / In Office Dinner (One Professional) | 29.77 |
| Meals - In Town Only | 8/14/2019 | 001597 Jacobs, Riley | Working past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 8/15/2019 | 001502 Merkel, Matthew E | Working past 8pm / In Office Dinner (One Professional) | 29.11 |
| Meals - In Town Only | 8/16/2019 | 001693 Ellingson, Erik | Working past 8pm / In Office Dinner (One Professional) | 7.79 |
| Meals - In Town Only | 8/18/2019 | 001693 Ellingson, Erik | Working past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 8/19/2019 | 001473 Gebert, Alexander M | Working past 8pm / In Office Dinner (One Professional) | 10.76 |
| Meals - In Town Only | 8/20/2019 | 001473 Gebert, Alexander M | Working past 8pm / In Office Dinner (One Professional) | 11.80 |
| Meals - In Town Only | 8/20/2019 | 001502 Merkel, Matthew E | Working past 8pm / In Office Dinner (One Professional) | 29.98 |
| Meals - In Town Only | 8/20/2019 | 001516 Stone, Zack | Working past 8pm / In Office Dinner (One Professional) | 29.00 |
| Meals - In Town Only | 8/21/2019 | 001597 Jacobs, Riley | Working past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 8/22/2019 | 001473 Gebert, Alexander M | Working past 8pm / In Office Dinner (One Professional) | 28.33 |
| Meals - In Town Only | 8/22/2019 | 001597 Jacobs, Riley | Working past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 8/23/2019 | 001597 Jacobs, Riley | Working past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 8/26/2019 | 001473 Gebert, Alexander M | Working past 8pm / In Office Dinner (One Professional) | 19.15 |
| Meals - In Town Only | 8/26/2019 | 001693 Ellingson, Erik | Working past 8pm / In Office Dinner (One Professional) | 12.30 |
| Meals - In Town Only | 8/27/2019 | 001473 Gebert, Alexander M | Working past 8pm / In Office Dinner (One Professional) | 10.53 |
| Meals - In Town Only | 8/27/2019 | 001693 Ellingson, Erik | Working past 8pm / In Office Dinner (One Professional) | 27.48 |
| Meals - In Town Only | 8/28/2019 | 001473 Gebert, Alexander M | Working past 8pm / In Office Dinner (One Professional) | 11.60 |
| Meals - In Town Only | 8/28/2019 | 001597 Jacobs, Riley | Working past 8pm / In Office Dinner (One Professional) | 20.00 |
| Meals - In Town Only | 8/31/2019 | 001473 Gebert, Alexander M | Working past 8pm / In Office Dinner (One Professional) | 20.29 |
| Meals - In Town Only | 8/31/2019 | 001693 Ellingson, Erik | Working past 8pm / In Office Dinner (One Professional) | 22.30 |
| Meals - Out-of-Town Travel Only | 8/12/2019 | 001206 Stevenson, Alexander W | Travel Meal - Dinner (One Professional) | 54.83 |

EXHIBIT E
EXPENSE DETAIL
FOR THE PERIOD AUGUST 1, 2019 TO AUGUST 31, 2019

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Meals - Out-of-Town Travel Only | 8/12/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 42.70 |
| Meals - Out-of-Town Travel Only | 8/12/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (Three Professionals) | 150.25 |
| Meals - Out-of-Town Travel Only | 8/12/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (One Professional) | 34.12 |
| Meals - Out-of-Town Travel Only | 8/12/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) | 3.40 |
| Meals - Out-of-Town Travel Only | 8/12/2019 | 001652 Gnatowski, Peter | Travel Meal - Dinner (One Professional) | 31.56 |
| Meals - Out-of-Town Travel Only | 8/13/2019 | 001206 Stevenson, Alexander W | Travel Meal - Dinner (Two Professional) | 130.49 |
| Meals - Out-of-Town Travel Only | 8/13/2019 | 001206 Stevenson, Alexander W | Travel Meal - Breakfast (One Professional) Capped | 35.00 |
| Meals - Out-of-Town Travel Only | 8/13/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (Five Professionals) Capped | 375.00 |
| Meals - Out-of-Town Travel Only | 8/13/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) Capped | 35.00 |
| Meals - Out-of-Town Travel Only | 8/13/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (One Professional) | 56.81 |
| Meals - Out-of-Town Travel Only | 8/13/2019 | 001652 Gnatowski, Peter | Travel Meal - Breakfast (One Professional) | 18.62 |
| Meals - Out-of-Town Travel Only | 8/13/2019 | 001652 Gnatowski, Peter | Travel Meal - Dinner (One Professional) | 38.53 |
| Meals - Out-of-Town Travel Only | 8/14/2019 | 001206 Stevenson, Alexander W | Travel Meal - Dinner (One Professional) | 63.43 |
| Meals - Out-of-Town Travel Only | 8/14/2019 | 001206 Stevenson, Alexander W | Travel Meal - Breakfast (One Professional) | 18.18 |
| Meals - Out-of-Town Travel Only | 8/14/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) Capped | 35.00 |
| Meals - Out-of-Town Travel Only | 8/14/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (One Professional) | 54.53 |
| Meals - Out-of-Town Travel Only | 8/14/2019 | 001652 Gnatowski, Peter | Travel Meal - Breakfast (One Professional) | 10.30 |
| Meals - Out-of-Town Travel Only | 8/14/2019 | 001652 Gnatowski, Peter | Travel Meal - Dinner (One Professional) | 16.28 |
| Meals - Out-of-Town Travel Only | 8/15/2019 | 001206 Stevenson, Alexander W | Travel Meal - Breakfast (One Professional) | 18.05 |
| Meals - Out-of-Town Travel Only | 8/15/2019 | 001652 Gnatowski, Peter | Travel Meal - Dinner (One Professional) | 42.05 |
| Meals - Out-of-Town Travel Only | 8/28/2019 | 001206 Stevenson, Alexander W | Travel Meal - Dinner (Two Professionals) Capped | 150.00 |
| Meals - Out-of-Town Travel Only | 8/28/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (One Professional) | 43.97 |
| Meals - Out-of-Town Travel Only | 8/29/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) | 20.00 |
| Meals - Out-of-Town Travel Only | 8/29/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (One Professional) | 50.84 |
| Meals - Out-of-Town Travel Only | 8/30/2019 | 001206 Stevenson, Alexander W | Travel Meal - Breakfast (One Professional) | 17.76 |
| Meals - Out-of-Town Travel Only | 8/31/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (Two Professionals) | 103.22 |
| Other / Miscellaneous | 8/9/2019 | | Messenger Service for materials for Committee Meeting | 67.10 |
| Other / Miscellaneous | 8/28/2019 | 001463 Murphy, Brendan J | Tolls/Road Charges | 13.30 |
| Parking | 8/14/2019 | 001206 Stevenson, Alexander W | Parking at airport | 49.00 |
| Parking | 8/16/2019 | 001462 Williams, Brent C | Parking at airport | 150.00 |
| Parking | 8/29/2019 | 001206 Stevenson, Alexander W | Parking at airport | 38.00 |
| Parking | 8/30/2019 | 001462 Williams, Brent C | Parking at airport | 120.00 |
| Printing/Photocopying (In-House) | 8/31/2019 | | WL Books - 201908 | 12.00 |
| Printing/Photocopying (In-House) | 8/31/2019 | | WL Copies - 201908 | 449.75 |
| Research (Databases) | 8/31/2019 | | Paid research and subscription cost(s) for Client work | 950.00 |
| Research (Databases) | 8/31/2019 | | Paid research and subscription cost(s) for Client work | 3,550.00 |
| Teleconferencing | 8/12/2019 | 001463 Murphy, Brendan J | Court Call | 95.00 |
| Teleconferencing | 8/14/2019 | 001473 Gebert, Alexander M | Court Call | 125.00 |
| Teleconferencing | 8/15/2019 | 001473 Gebert, Alexander M | Court Call | 245.00 |
| Teleconferencing | 8/28/2019 | 001473 Gebert, Alexander M | Court Call | 155.00 |
| Teleconferencing | 8/31/2019 | | Conference Calls 201908 | 251.25 |