UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

PG&E CORPORATION and
PACIFIC GAS AND ELECTRIC COMPANY,

Debtors

Chapter 11

No. 19-30088 (DM)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Marble Ridge Master Fund LP</u>
Name of Transferee
Phone: 212-858-0620
Last Four Digits of Acct #: N/A

Name and Address where notices and
payments to transferee should be sent:

**Marble Ridge Master Fund LP
C/o Marble Ridge Capital LP
1250 Broadway, Suite 2601
New York, NY 10001
Attn: operations@marbleridgecap.com**

<u>Arcadis U.S., Inc.</u>
Name of Transferor
Phone: 312-219-6702
Last Four Digits of Acct #: N/A

**Claim No:** 59210
**Amended Claim Number:** 59815
**Debtors:** Pacific Gas and Electric Company and
PG&E Corporation (19-30088)
**Claim Filed On :** October 11, 2019
**Amended Claim Filed on:** October 18, 2019
**Claim Amount:** $4,422,062.29

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: 11.6.19

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357

**EVIDENCE OF TRANSFER OF CLAIM**

TO:      United States Bankruptcy Court
Northern District of California - San Francisco Division
Attention: Clerk

AND TO:   PG&E Corporation and Pacific Gas and Electric Company ("Debtor")
Case No. 19-30088 (the "Cases")

Proof of Claim Number: 59210
Proof of Claim Amount $4,422,062.29
Proof of Claim Filed on: October 11, 2019

Amended Proof of Claim Number: 59815
Amended Proof of Claim Amount: $4,422,062.29
Amended Proof of Claim Filed on: October 18, 2019

Arcadis U.S., Inc., its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, unconditionally and irrevocably sold, transferred and assigned unto:

Marble Ridge Master Fund LP
C/o Marble Ridge Capital LP
1250 Broadway, Suite 2601
New York, NY 10001
Attn: operations@marbleridgecap.com

its successors and assigns ("Assignee"), all rights, title and interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. bankruptcy Code), in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, (the "Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor. For the avoidance of doubt, of the Claim does not include: (i) any and all rights and obligations of Assignor under certain executory contracts with Debtor that remain in full force and effect; and (ii) any rights to payment of Assignor from Debtor arising from goods supplied or services rendered on and after the commencement of the Cases.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedures, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, each of the undersigned has executed this Evidence of Transfer by its duly authorized representative dated this ___7th___ day of November 2019.

Arcadis U.S., Inc.
By: _____
Name: DAREN ENGLISH
Title: CFO

Marble Ridge Master Fund LP
By: _____
Name: Kamand Daniels
Title: General Counsel of Marble Ridge capital LP, its investment manager