Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

# EXHIBIT A

## COMPENSATION BY PROFESSIONAL FOR THE PERIOD FROM AUGUST 1, 2019 THROUGH AUGUST 31, 2019

| Name of Professional Person | Department, Date of First Admission *or* Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **Partners and Of Counsel** | | | | |
| Hill, Joshua | Dep't: Litigation<br>Admission: 2002 | $905.25 | 37.30 | $33,765.98 |
| Wong, Christine Y. | Dep't: Litigation<br>Admission: 2001 | $828.75 | 81.40 | $67,460.50 |
| **Associates and Attorneys** | | | | |
| Annobil, Yacoba Elsie | Dep't: Litigation<br>Admission: 2015 | $590.75 | 7.50 | $4,430.66 |
| Barr, Sarah Elizabeth | Dep't: Litigation<br>Admission: 2017 | $467.50 | 52.20 | $24,403.50 |
| Floyd, Amani Solange | Dep't: Litigation<br>Admission: 2014 | $590.75 | 29.20 | $17,250.04 |
| Kissner, Andrew | Dep't: Business Restructuring & Insolvency<br>Admission: 2017 | $531.25 | 5.70 | $3,028.16 |
| Nicholson, Julie A. | Dep't: Litigation<br>Admission: 2012 | $680.00 | 48.40 | $32,912.00 |
| **Paralegals and Non-Legal Staff** | | | | |
| Im, Amanda | Dep't: Litigation<br>Title: Paralegal<br>Years in Position: 2 | $310.25 | 1.40 | $434.35 |
| Middleman, Caitlin K. | Dep't: Litigation<br>Title: Senior Paralegal<br>Years in Position: 8.5 | $314.50 | 10.50 | $3,302.25 |
| **Total Incurred:** | | | 273.6 | $186,987.44 |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | | n/a | $(2,337.52) |
| **Less Additional Client Discount Per Agreement:** | | | n/a | $(36,627.48) |
| **Total Requested:** | | | 273.6 | $148,022.44 |

**Total Partners, Of Counsel, Associates and Paraprofessionals**

| PROFESSIONALS | BLENDED RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $852.79 | 118.7 | $101,226.48 |
| Associates and Attorneys | $573.59 | 143 | $82,024.36 |
| **Total Incurred by All Attorneys:** | **$700.23** | **261.7** | **$183,250.84** |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | n/a | n/a | $(2,337.52) |
| Less Additional Client Discount Per Agreement: | n/a | n/a | $(36,627.48) |
| **Blended Attorney Rate:** | **$551.34** | **261.7** | **$144,285.84** |
| Paraprofessionals and Non-Legal Staff | $314.00 | 11.9 | $3,736.60 |
| **Total Requested:** | **$541.01** | **273.6** | **$148,022.44** |