Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED MORRISON & FOERSTER LLP
FOR THE PERIOD FROM AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

| Project Category | Description | Hours | Amount |
|---|---|---|---|
| C100 | Fact Gathering | 19.40 | $10,459.70 |
| C200 | Researching Law | 3.40 | $1,926.11 |
| C312 | Client Counsel - State/Regulatory/Judicial | 43.90 | $33,279.33 |
| P100 | Project Administration | 6.50 | $2,111.40 |
| P300 | Structure/Strategy/Analysis | 188.10 | $131,985.84 |
| P400 | Initial Document Preparation/Filing | 7.90 | $4,887.54 |
| Z032 | Time Entry Review | 4.40 | $2,337.52 |
| **Total Incurred:** | | **273.6** | **$186,987.44** |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | n/a | $(2,337.52) |
| **Less Additional Client Discount Per Agreement:** | | n/a | $(36,627.48) |
| **Total Requested:** | | **273.6** | **$148,022.44** |