## EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD
## FROM AUGUST 1, 2019 THROUGH AUGUST 31, 2019

| Expense Category | Total Expenses |
|---|---:|
| Photocopies | $42.90 |
| Travel | $19.56 |
| Court Filing Service | $42.50 |
| **Total** | **$104.96** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105