**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105

## EXHIBIT D

**DETAILED TIME ENTRIES FOR THE PERIOD**
**FROM AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

# MORRISON | FOERSTER

P O BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, WASHINGTON, D.C.,
SAN DIEGO, PALO ALTO, BOSTON,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #** ▮▮▮▮▮▮
Invoice Number: 5864250
Invoice Date: November 7, 2019

Client/Matter Number: 050386-0000020

Matter Name: CPUC
INVESTIGATION/OII

Client Ref: 1707076

RE: CPUC INVESTIGATION/OII

*For Professional Services Rendered through August 31, 2019*

|                                              | U.S.Dollars    |
| -------------------------------------------- | -------------: |
| Original Fees                                | 219,984.50     |
| Fee Discount Value                           | (32,997.06)    |
| Client Accommodation - Time Entry Review     | (2,337.52)     |
| Additional Discount per agreement            | (36,627.48)    |
| **Total This Invoice**                       | **148,022.44** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| **C100 FACT GATHERING** | | | | |
| 02-Aug-19 | Attend meeting with data integrity unit regarding case status. | Barr, Sarah Elizabeth | 0.30 | 140.25 |
| 02-Aug-19 | Revise data requests 007-13, 007-17 and 007-18. | Barr, Sarah Elizabeth | 1.00 | 467.50 |
| 03-Aug-19 | Analyze data request 007-01. | Barr, Sarah Elizabeth | 0.30 | 140.25 |
| 03-Aug-19 | Analyze draft Camp Fire data responses. | Hill, Joshua | 0.20 | 181.05 |
| 03-Aug-19 | Analyze and provide comments on draft securities disclosures related to North Bay Fires OII. | Hill, Joshua | 0.30 | 271.58 |
| 04-Aug-19 | Correspond with internal working group regarding comments on draft securities disclosures related to North Bay Fires OII. | Hill, Joshua | 0.20 | 181.05 |
| 07-Aug-19 | Attend meeting with data integrity unit regarding case status. | Barr, Sarah Elizabeth | 0.30 | 140.25 |
| 08-Aug-19 | Analyze SED oral request 1. | Barr, Sarah Elizabeth | 0.30 | 140.25 |
| 08-Aug-19 | Correspond with internal working group regarding information requests from SED. | Wong, Christine Y. | 0.30 | 248.63 |
| 08-Aug-19 | Call with internal working group regarding process for responding to information requests. | Wong, Christine Y. | 0.50 | 414.38 |
| 09-Aug-19 | Revise cover letter for data requests. | Wong, Christine Y. | 0.20 | 165.75 |
| 12-Aug-19 | Analyze SED requests. | Barr, Sarah Elizabeth | 0.40 | 187.00 |
| 13-Aug-19 | Analyze SED IAS Line data requests 1, 2 and 30. | Barr, Sarah Elizabeth | 2.40 | 1,122.00 |
| 14-Aug-19 | Analyze IAS Line data requests. | Barr, Sarah Elizabeth | 0.80 | 374.00 |
| 14-Aug-19 | Revise SED data requests regarding IAS Line. | Barr, Sarah Elizabeth | 1.60 | 748.00 |
| 14-Aug-19 | Prepare draft responses to SED-007 Q6, Q7 and Q8. | Middleman, Caitlin K. | 0.40 | 125.80 |
| 15-Aug-19 | Revise SED data requests regarding IAS Line. | Barr, Sarah Elizabeth | 1.20 | 561.00 |
| 15-Aug-19 | Revise responses to data requests. | Wong, Christine Y. | 0.50 | 414.38 |
| 16-Aug-19 | Analyze and provide comments on draft data responses regarding T-Line and Camp. | Hill, Joshua | 0.70 | 633.68 |
| 21-Aug-19 | Analyze data requests IAS Line 3 and 13. | Barr, Sarah Elizabeth | 0.80 | 374.00 |
| 22-Aug-19 | Analyze data requests IAS Line 3, 8 and 13. | Barr, Sarah Elizabeth | 2.10 | 981.75 |
| 22-Aug-19 | Analyze draft data responses related to Ignacio-Sausalito and Camp fire. | Hill, Joshua | 0.20 | 181.05 |
| 23-Aug-19 | Call with Cravath regarding revisions to IAS Line 3, 8, and 13 narratives. | Barr, Sarah Elizabeth | 0.50 | 233.75 |
| 23-Aug-19 | Correspond with internal working group regarding scoping memorandum and data requests. | Floyd, Amani Solange | 0.20 | 118.15 |

Case: 19-30088    Doc# 4598-4    Filed: 11/07/19    Entered: 11/07/19 14:21:05    Page 3 of 21

# MORRISON | FOERSTER

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 23-Aug-19 | Analyze scoping ruling. | Floyd, Amani Solange | 0.20 | 118.15 |
| 23-Aug-19 | Analyze scoping ruling and circulate same. | Hill, Joshua | 0.20 | 181.05 |
| 28-Aug-19 | Analyze CPUC data requests 008:004-009. | Barr, Sarah Elizabeth | 2.60 | 1,215.50 |
| 29-Aug-19 | Analyze CPUC data request Q7 follow-up. | Barr, Sarah Elizabeth | 0.40 | 187.00 |
| 30-Aug-19 | Correspond with internal working group regarding CalPA data response redactions and confidentiality. | Barr, Sarah Elizabeth | 0.10 | 46.75 |
| 30-Aug-19 | Analyze and revise data request responses. | Wong, Christine Y. | 0.20 | 165.75 |
| **Total: C100** | **C100 FACT GATHERING** | | **19.40** | **10,459.70** |
| | | | | |
| **C200 RESEARCHING LAW** | | | | |
| 19-Aug-19 | Analyze CPUC rules regarding responding to motions for party status. | Floyd, Amani Solange | 0.20 | 118.15 |
| 22-Aug-19 | Conduct legal research regarding confidentiality designations in OII motion to seal. | Barr, Sarah Elizabeth | 1.10 | 514.25 |
| 23-Aug-19 | Conduct legal research regarding statutory basis for confidential information. | Barr, Sarah Elizabeth | 1.10 | 514.25 |
| 25-Aug-19 | Analyze disputed issues of law for possible briefing. | Hill, Joshua | 0.30 | 271.58 |
| 26-Aug-19 | Conduct legal research regarding disputed legal issues that could be briefed. | Hill, Joshua | 0.30 | 271.58 |
| 30-Aug-19 | Correspond with library regarding research into CPUC decisions approving settlements. | Annobil, Yacoba Elsie | 0.40 | 236.30 |
| **Total: C200** | **C200 RESEARCHING LAW** | | **3.40** | **1,926.11** |
| | | | | |
| **C312 CLIENT COUNSEL -STAT/REG/JUDICIAL** | | | | |
| 01-Aug-19 | Call with client regarding Attachment B status. | Barr, Sarah Elizabeth | 0.70 | 327.25 |
| 01-Aug-19 | Call with client regarding Attachment B status. | Wong, Christine Y. | 0.70 | 580.13 |
| 01-Aug-19 | Call with Cravath team and E. Seals (PG&E) regarding Attachment B response. | Wong, Christine Y. | 0.50 | 414.38 |
| 01-Aug-19 | Correspond with E. Seals (PG&E) regarding Attachment B response. | Wong, Christine Y. | 0.30 | 248.63 |
| 01-Aug-19 | Call with A. Koo (PG&E) regarding prehearing conference statement. | Wong, Christine Y. | 0.30 | 248.63 |
| 02-Aug-19 | Call with E. Seals (PG&E) regarding prehearing conference. | Wong, Christine Y. | 0.30 | 248.63 |
| 04-Aug-19 | Call with client regarding Attachment B response. | Wong, Christine Y. | 1.00 | 828.75 |
| 05-Aug-19 | Call with client to prepare for meet and confer with SED. | Wong, Christine Y. | 0.50 | 414.38 |
| 06-Aug-19 | Call with client regarding prehearing conference statement. | Hill, Joshua | 0.40 | 362.10 |
| 06-Aug-19 | Prepare for client call regarding CPUC responses. | Nicholson, Julie A. | 0.30 | 204.00 |

Case: 19-30088   Doc# 4598-4   Filed: 11/07/19   Entered: 11/07/19 14:21:05   Page 4 of 21

# MORRISON | FOERSTER

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 06-Aug-19 | Call with client regarding CPUC responses. | Nicholson, Julie A. | 0.90 | 612.00 |
| 06-Aug-19 | Call with client regarding settlement. | Wong, Christine Y. | 0.90 | 745.88 |
| 06-Aug-19 | Call with client regarding prehearing conference statement. | Wong, Christine Y. | 0.40 | 331.50 |
| 07-Aug-19 | Draft outline in preparation for client interview. | Nicholson, Julie A. | 0.40 | 272.00 |
| 07-Aug-19 | Meet with client and H. Weissman regarding wildfire proceedings. | Wong, Christine Y. | 0.50 | 414.38 |
| 08-Aug-19 | Call with client regarding case updates and preparation of Attachment B. | Annobil, Yacoba Elsie | 0.50 | 295.38 |
| 08-Aug-19 | Call with C. Stinnett (PG&E) regarding CPUC responses. | Nicholson, Julie A. | 0.80 | 544.00 |
| 08-Aug-19 | Call with E. Seals (PG&E) and R. Records (PG&E) regarding call with C. Stinnett (PG&E). | Nicholson, Julie A. | 0.50 | 340.00 |
| 08-Aug-19 | Call with client regarding data responses in OII proceedings. | Nicholson, Julie A. | 0.50 | 340.00 |
| 08-Aug-19 | Draft client update. | Nicholson, Julie A. | 1.00 | 680.00 |
| 08-Aug-19 | Correspond with E. Seals (PG&E) regarding draft notices of errata. | Nicholson, Julie A. | 0.30 | 204.00 |
| 08-Aug-19 | Call with client regarding settlement of wildfire proceedings. | Wong, Christine Y. | 1.00 | 828.75 |
| 09-Aug-19 | Call with client regarding notices of errata. | Nicholson, Julie A. | 0.50 | 340.00 |
| 09-Aug-19 | Correspond with E. Seals (PG&E) regarding notices of errata. | Nicholson, Julie A. | 0.20 | 136.00 |
| 09-Aug-19 | Call with client and H. Weissman regarding wildfire proceedings. | Wong, Christine Y. | 1.00 | 828.75 |
| 12-Aug-19 | Call with client regarding prehearing conference. | Hill, Joshua | 0.40 | 362.10 |
| 12-Aug-19 | Call with client regarding strategy for settlement negotiations. | Hill, Joshua | 0.70 | 633.68 |
| 12-Aug-19 | Call with Cravath, M. Allen and E. Seals (PG&E) regarding stipulated facts. | Hill, Joshua | 0.30 | 271.58 |
| 12-Aug-19 | Correspond with client regarding notices of errata. | Nicholson, Julie A. | 0.40 | 272.00 |
| 12-Aug-19 | Correspond with E. Seals (PG&E) regarding notices of errata. | Nicholson, Julie A. | 0.20 | 136.00 |
| 12-Aug-19 | Call with client regarding amendment to Attachment B report, Exhibit 4. | Nicholson, Julie A. | 0.50 | 340.00 |
| 12-Aug-19 | Call with client regarding settlement preparation. | Wong, Christine Y. | 0.50 | 414.38 |
| 12-Aug-19 | Call with E. Seals (PG&E) and J. Hill regarding OII status. | Wong, Christine Y. | 0.50 | 414.38 |
| 12-Aug-19 | Call with client regarding Attachment B status. | Wong, Christine Y. | 0.50 | 414.38 |
| 12-Aug-19 | Call with E. Seals (PG&E) regarding Attachment B evidence supplement. | Wong, Christine Y. | 0.50 | 414.38 |

Case: 19-30088    Doc# 4598-4    Filed: 11/07/19    Entered: 11/07/19 14:21:05    Page 5
of 21

Matter Number: 050386-0000020
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5864250
Invoice Date: November 7, 2019

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 13-Aug-19 | Correspond with client regarding fire-related issues for settlement purposes. | Hill, Joshua | 0.40 | 362.10 |
| 13-Aug-19 | Correspond with client regarding settlement conference. | Wong, Christine Y. | 0.20 | 165.75 |
| 14-Aug-19 | Meet with client regarding settlement strategy. | Hill, Joshua | 1.50 | 1,357.88 |
| 15-Aug-19 | Call with client regarding correction actions themes and claims estimates. | Floyd, Amani Solange | 0.70 | 413.53 |
| 15-Aug-19 | Call with client regarding Wildfire Community Outreach. | Floyd, Amani Solange | 0.50 | 295.38 |
| 15-Aug-19 | Call with client regarding vegetation management corrective actions. | Floyd, Amani Solange | 0.90 | 531.68 |
| 15-Aug-19 | Correspond with E. Seals (PG&E) regarding supplemental response to Attachment B. | Nicholson, Julie A. | 0.10 | 68.00 |
| 15-Aug-19 | Correspond with E. Seals (PG&E) regarding third-party claims. | Wong, Christine Y. | 0.20 | 165.75 |
| 16-Aug-19 | Call with client regarding claims estimate. | Floyd, Amani Solange | 0.40 | 236.30 |
| 16-Aug-19 | Call with client regarding settlement negotiations strategy. | Hill, Joshua | 0.60 | 543.15 |
| 16-Aug-19 | Call with client regarding settlement. | Wong, Christine Y. | 0.80 | 663.00 |
| 16-Aug-19 | Call with client regarding corrective actions. | Wong, Christine Y. | 0.30 | 248.63 |
| 17-Aug-19 | Call with client regarding corrective actions. | Floyd, Amani Solange | 0.50 | 295.38 |
| 17-Aug-19 | Call with client regarding corrective actions. | Wong, Christine Y. | 0.50 | 414.38 |
| 19-Aug-19 | Call with client and Cravath regarding potential stipulation of facts. | Floyd, Amani Solange | 0.50 | 295.38 |
| 19-Aug-19 | Call with client and Cravath regarding potential stipulation of facts. | Hill, Joshua | 0.40 | 362.10 |
| 19-Aug-19 | Call with client and Cravath regarding potential stipulation of facts. | Wong, Christine Y. | 0.50 | 414.38 |
| 22-Aug-19 | Call with client regarding OII status. | Barr, Sarah Elizabeth | 0.50 | 233.75 |
| 22-Aug-19 | Call with E. Seals (PG&E) and M. Thompson regarding supplemental response to Attachment B. | Nicholson, Julie A. | 0.20 | 136.00 |
| 22-Aug-19 | Call with E. Seals (PG&E) regarding supplemental response to Attachment B. | Nicholson, Julie A. | 0.10 | 68.00 |
| 22-Aug-19 | Call with client and outside counsel regarding status of supplemental response to Attachment B. | Nicholson, Julie A. | 0.70 | 476.00 |
| 22-Aug-19 | Call with E. Seals (PG&E) regarding filing supplemental response. | Wong, Christine Y. | 0.20 | 165.75 |
| 23-Aug-19 | Call with client and outside counsel regarding status of supplemental response to Attachment B. | Nicholson, Julie A. | 0.30 | 204.00 |
| 26-Aug-19 | Call with M. Allen regarding settlement strategy. | Hill, Joshua | 1.00 | 905.25 |

Case: 19-30088    Doc# 4598-4    Filed: 11/07/19    Entered: 11/07/19 14:21:05    Page 6
of 21

Matter Number: 050386-0000020
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5864250
Invoice Date: November 7, 2019

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 26-Aug-19 | Call with client and outside counsel regarding status of CPUC proceedings. | Nicholson, Julie A. | 0.50 | 340.00 |
| 26-Aug-19 | Call with client regarding OII status and strategy. | Wong, Christine Y. | 1.00 | 828.75 |
| 26-Aug-19 | Call with client regarding settlement strategy. | Wong, Christine Y. | 0.80 | 663.00 |
| 26-Aug-19 | Call with M. Allen regarding settlement strategy and disclosures (partial). | Wong, Christine Y. | 0.20 | 165.75 |
| 27-Aug-19 | Call with client regarding settlement negotiations. | Hill, Joshua | 1.20 | 1,086.30 |
| 28-Aug-19 | Call with client regarding settlement strategy. | Hill, Joshua | 0.40 | 362.10 |
| 28-Aug-19 | Call with client and outside counsel regarding status of CPUC proceedings. | Nicholson, Julie A. | 0.50 | 340.00 |
| 28-Aug-19 | Call with M. Allen regarding settlement discussions. | Wong, Christine Y. | 0.20 | 165.75 |
| 29-Aug-19 | Call with client regarding OII status. | Barr, Sarah Elizabeth | 0.60 | 280.50 |
| 29-Aug-19 | Call with client regarding OII status. | Hill, Joshua | 0.50 | 452.63 |
| 29-Aug-19 | Meet with regulators, interested parties, and client regarding corrective action plans. | Nicholson, Julie A. | 2.80 | 1,904.00 |
| 30-Aug-19 | Call with client regarding deliverables. | Annobil, Yacoba Elsie | 0.50 | 295.38 |
| 30-Aug-19 | Call with client and outside counsel regarding status of CPUC proceedings. | Nicholson, Julie A. | 0.60 | 408.00 |
| 30-Aug-19 | Prepare for and participate on call with regulators, interested parties, and client regarding bankruptcy. | Nicholson, Julie A. | 1.00 | 680.00 |
| 30-Aug-19 | Call with client regarding mobile app application. | Wong, Christine Y. | 1.00 | 828.75 |
| 30-Aug-19 | Call with regulators, interested parties, and client regarding bankruptcy. | Wong, Christine Y. | 0.80 | 663.00 |
| 30-Aug-19 | Call with E. Seals (PG&E) regarding case status and strategy. | Wong, Christine Y. | 0.40 | 331.50 |
| **Total: C312** | **C312 CLIENT COUNSEL -STAT/REG/JUDICIAL** | | **43.90** | **33,279.33** |

**P100 PROJECT ADMINISTRATION**

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 01-Aug-19 | Revise pleadings file. | Middleman, Caitlin K. | 0.30 | 94.35 |
| 06-Aug-19 | Revise pleadings file. | Middleman, Caitlin K. | 0.40 | 125.80 |
| 08-Aug-19 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.20 | 62.90 |
| 12-Aug-19 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.40 | 125.80 |
| 12-Aug-19 | Correspond with C. Middleman regarding CPUC filings. | Nicholson, Julie A. | 0.20 | 136.00 |
| 14-Aug-19 | Revise CPUC submissions folder. | Middleman, Caitlin K. | 0.70 | 220.15 |
| 15-Aug-19 | Revise CPUC submissions folder. | Middleman, Caitlin K. | 0.20 | 62.90 |
| 19-Aug-19 | Analyze and organize CPUC filings. | Im, Amanda | 0.20 | 62.05 |
| 21-Aug-19 | Analyze CPUC filing notice. | Im, Amanda | 0.20 | 62.05 |

Case: 19-30088    Doc# 4598-4    Filed: 11/07/19    Entered: 11/07/19 14:21:05    Page 7 of 21

# MORRISON | FOERSTER

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 23-Aug-19 | Analyze CPUC filing notifications and download new filings. | Im, Amanda | 1.00 | 310.25 |
| 26-Aug-19 | Revise CPUC submissions folder. | Middleman, Caitlin K. | 0.20 | 62.90 |
| 26-Aug-19 | Revise case calendar with additional deadlines. | Middleman, Caitlin K. | 0.60 | 188.70 |
| 27-Aug-19 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.50 | 157.25 |
| 29-Aug-19 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.90 | 283.05 |
| 30-Aug-19 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.50 | 157.25 |
| **Total: P100** | **P100 PROJECT ADMINISTRATION** | | **6.50** | **2,111.40** |

**P300 STRUCTURE/STRATEGY/ANALYSIS**

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 01-Aug-19 | Call with Cravath team regarding Attachment B response. | Barr, Sarah Elizabeth | 0.40 | 187.00 |
| 01-Aug-19 | Draft SED letter disclosing employees who worked on Attachment B sections. | Barr, Sarah Elizabeth | 0.80 | 374.00 |
| 01-Aug-19 | Correspond with internal working group regarding prehearing conference statement. | Floyd, Amani Solange | 0.30 | 177.23 |
| 01-Aug-19 | Call with C. Wong regarding revisions to prehearing conference statement. | Floyd, Amani Solange | 0.10 | 59.08 |
| 01-Aug-19 | Analyze and revise prehearing conference statement. | Floyd, Amani Solange | 2.40 | 1,417.80 |
| 01-Aug-19 | Call with C. Wong regarding Attachment B response and prehearing conference statement. | Hill, Joshua | 0.60 | 543.15 |
| 01-Aug-19 | Call with outside counsel and subject matter experts regarding CPUC responses. | Nicholson, Julie A. | 0.50 | 340.00 |
| 01-Aug-19 | Call with Cravath team regarding Attachment B response. | Nicholson, Julie A. | 0.40 | 272.00 |
| 01-Aug-19 | Analyze and revise prehearing conference statement. | Wong, Christine Y. | 0.50 | 414.38 |
| 01-Aug-19 | Analyze prehearing conference statement. | Wong, Christine Y. | 0.40 | 331.50 |
| 01-Aug-19 | Call with Cravath team regarding Attachment B response. | Wong, Christine Y. | 0.40 | 331.50 |
| 01-Aug-19 | Correspond with internal working group regarding filing requirements for Attachment B response. | Wong, Christine Y. | 0.30 | 248.63 |
| 01-Aug-19 | Analyze and revise Attachment B response. | Wong, Christine Y. | 3.80 | 3,149.25 |
| 01-Aug-19 | Call with J. Hill regarding Attachment B response and prehearing conference statement. | Wong, Christine Y. | 0.60 | 497.26 |
| 02-Aug-19 | Call with internal working group regarding case updates and preparation of Attachment B filing. | Annobil, Yacoba Elsie | 0.60 | 354.45 |
| 02-Aug-19 | Analyze transcript from July 29 status conference. | Annobil, Yacoba Elsie | 0.20 | 118.15 |
| 02-Aug-19 | Correspond with internal working group regarding Attachment B filing. | Annobil, Yacoba Elsie | 0.30 | 177.23 |

Matter Number: 050386-0000020
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5864250
Invoice Date: November 7, 2019

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 02-Aug-19 | Call with internal working group regarding case updates and preparation of Attachment B filing. | Barr, Sarah Elizabeth | 0.60 | 280.50 |
| 02-Aug-19 | Call with internal working group regarding recordkeeping portion of Attachment B response. | Barr, Sarah Elizabeth | 0.40 | 187.00 |
| 02-Aug-19 | Draft Exhibit 2 of Attachment B. | Barr, Sarah Elizabeth | 0.60 | 280.50 |
| 02-Aug-19 | Analyze transcript from July 29 status conference. | Barr, Sarah Elizabeth | 0.50 | 233.75 |
| 02-Aug-19 | Call with Cravath team regarding confidentiality designations chart for Attachment B. | Barr, Sarah Elizabeth | 0.40 | 187.00 |
| 02-Aug-19 | Call with internal working group regarding case updates and preparation of Attachment B filing. | Floyd, Amani Solange | 0.60 | 354.45 |
| 02-Aug-19 | Correspond with internal working group regarding Attachment B filing. | Floyd, Amani Solange | 0.20 | 118.15 |
| 02-Aug-19 | Analyze and revise prehearing conference statement. | Hill, Joshua | 0.40 | 362.10 |
| 02-Aug-19 | Analyze and revise Attachment B report documents. | Nicholson, Julie A. | 1.50 | 1,020.00 |
| 02-Aug-19 | Analyze and revise prehearing conference statement. | Wong, Christine Y. | 1.50 | 1,243.13 |
| 02-Aug-19 | Correspond with internal working group regarding filing instructions for Attachment B response. | Wong, Christine Y. | 1.00 | 828.75 |
| 02-Aug-19 | Analyze cover pleading and other filings for Attachment B. | Wong, Christine Y. | 1.00 | 828.75 |
| 02-Aug-19 | Analyze and revise Attachment B. | Wong, Christine Y. | 6.30 | 5,221.13 |
| 03-Aug-19 | Analyze Attachment B updates. | Barr, Sarah Elizabeth | 1.90 | 888.25 |
| 03-Aug-19 | Correspond with internal working group regarding Attachment B filing. | Barr, Sarah Elizabeth | 0.30 | 140.25 |
| 03-Aug-19 | Prepare exhibits for Attachment B filing. | Barr, Sarah Elizabeth | 0.80 | 374.00 |
| 03-Aug-19 | Analyze and revise Attachment B report documents. | Nicholson, Julie A. | 1.70 | 1,156.00 |
| 04-Aug-19 | Analyze and prepare exhibits for Attachment B filing. | Barr, Sarah Elizabeth | 5.10 | 2,384.25 |
| 04-Aug-19 | Analyze and revise Attachment B report documents. | Nicholson, Julie A. | 0.60 | 408.00 |
| 04-Aug-19 | Correspond with internal working group regarding filing instructions for Attachment B response. | Wong, Christine Y. | 0.70 | 580.13 |
| 04-Aug-19 | Analyze and revise filings for Attachment B response. | Wong, Christine Y. | 3.10 | 2,569.13 |
| 05-Aug-19 | Finalize all documents for Attachment B filing. | Barr, Sarah Elizabeth | 4.40 | 2,057.00 |
| 05-Aug-19 | Call with C. Wong and J. Hill regarding revisions to joint prehearing conference statement. | Floyd, Amani Solange | 0.30 | 177.23 |

Case: 19-30088   Doc# 4598-4   Filed: 11/07/19   Entered: 11/07/19 14:21:05   Page 9 of 21

# MORRISON | FOERSTER

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 05-Aug-19 | Correspond with internal working group regarding joint prehearing conference statement. | Floyd, Amani Solange | 0.30 | 177.23 |
| 05-Aug-19 | Analyze and revise joint prehearing conference statement. | Floyd, Amani Solange | 1.10 | 649.83 |
| 05-Aug-19 | Analyze revised prehearing conference statement. | Hill, Joshua | 0.20 | 181.05 |
| 05-Aug-19 | Call with C. Wong and A. Floyd regarding prehearing conference statement. | Hill, Joshua | 0.30 | 271.58 |
| 05-Aug-19 | Analyze and revise Attachment B report documents. | Nicholson, Julie A. | 5.40 | 3,672.00 |
| 05-Aug-19 | Analyze modifications to confidentiality designations. | Nicholson, Julie A. | 0.70 | 476.00 |
| 05-Aug-19 | Correspond with internal working group regarding filings. | Wong, Christine Y. | 0.50 | 414.38 |
| 05-Aug-19 | Finalize filings including Attachment B, notice of availability and motion to seal. | Wong, Christine Y. | 2.50 | 2,071.88 |
| 05-Aug-19 | Analyze prehearing conference statement to prepare for meet and confer. | Wong, Christine Y. | 0.50 | 414.38 |
| 05-Aug-19 | Meet with SED regarding prehearing conference statement. | Wong, Christine Y. | 1.50 | 1,243.13 |
| 05-Aug-19 | Analyze and revise prehearing conference statement. | Wong, Christine Y. | 5.20 | 4,309.50 |
| 05-Aug-19 | Call with J. Hill and A. Floyd regarding prehearing conference statement. | Wong, Christine Y. | 0.30 | 248.63 |
| 06-Aug-19 | Correspond with internal working group regarding subject matter expert notes. | Barr, Sarah Elizabeth | 0.20 | 93.50 |
| 06-Aug-19 | Analyze and revise joint prehearing statement. | Floyd, Amani Solange | 3.90 | 2,303.93 |
| 06-Aug-19 | Correspond with internal working group regarding joint prehearing statement. | Floyd, Amani Solange | 0.10 | 59.08 |
| 06-Aug-19 | Call with C. Wong regarding revisions to joint prehearing conference statement. | Floyd, Amani Solange | 0.20 | 118.15 |
| 06-Aug-19 | Correspond with C. Wong regarding CPUC responses. | Nicholson, Julie A. | 0.10 | 68.00 |
| 06-Aug-19 | Analyze documents related to CPUC response. | Nicholson, Julie A. | 0.50 | 340.00 |
| 06-Aug-19 | Correspond with A. Tilden (Cravath) and S. Barr regarding CPUC filings. | Nicholson, Julie A. | 0.20 | 136.00 |
| 06-Aug-19 | Analyze and revise prehearing conference statement. | Wong, Christine Y. | 1.10 | 911.63 |
| 06-Aug-19 | Call with A. Floyd regarding revisions to joint prehearing conference statement. | Wong, Christine Y. | 0.20 | 165.75 |
| 07-Aug-19 | Call with internal working group regarding OII update. | Barr, Sarah Elizabeth | 0.50 | 233.75 |

9

# MORRISON | FOERSTER

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 07-Aug-19 | Analyze and revise joint prehearing conference statement. | Floyd, Amani Solange | 1.50 | 886.13 |
| 07-Aug-19 | Correspond with internal working group regarding joint prehearing conference statement. | Floyd, Amani Solange | 0.80 | 472.60 |
| 07-Aug-19 | Correspond with C. Wong regarding joint prehearing conference statement. | Floyd, Amani Solange | 0.10 | 59.08 |
| 07-Aug-19 | Analyze documents related to CPUC response. | Nicholson, Julie A. | 1.50 | 1,020.00 |
| 07-Aug-19 | Meet with SED regarding wildfire proceedings. | Wong, Christine Y. | 3.00 | 2,486.25 |
| 07-Aug-19 | Finalize prehearing conference statement. | Wong, Christine Y. | 1.00 | 828.75 |
| 08-Aug-19 | Call with internal working group regarding OII update. | Barr, Sarah Elizabeth | 0.60 | 280.50 |
| 08-Aug-19 | Analyze replies to initial report in response to OII. | Floyd, Amani Solange | 0.40 | 236.30 |
| 08-Aug-19 | Call with internal working group regarding OII update. | Floyd, Amani Solange | 0.60 | 354.45 |
| 08-Aug-19 | Correspond with internal working group regarding joint prehearing conference statement. | Floyd, Amani Solange | 0.70 | 413.53 |
| 08-Aug-19 | Draft documents for submission to CPUC in response to OII Exhibit B. | Middleman, Caitlin K. | 4.40 | 1,383.80 |
| 08-Aug-19 | Analyze documents regarding CPUC response. | Nicholson, Julie A. | 0.40 | 272.00 |
| 08-Aug-19 | Correspond with C. Wong regarding call with C. Stinnett (PG&E). | Nicholson, Julie A. | 0.20 | 136.00 |
| 08-Aug-19 | Call with C. Wong regarding updates to OII filings. | Nicholson, Julie A. | 0.30 | 204.00 |
| 08-Aug-19 | Draft notices of errata to Attachment B report documents. | Nicholson, Julie A. | 1.20 | 816.00 |
| 08-Aug-19 | Call with J. Nicholson regarding updates to OII filings. | Wong, Christine Y. | 0.30 | 248.63 |
| 08-Aug-19 | Call with Cravath regarding status of OII case and settlement discussions. | Wong, Christine Y. | 0.50 | 414.38 |
| 09-Aug-19 | Finalize joint prehearing conference statement. | Floyd, Amani Solange | 0.50 | 295.38 |
| 09-Aug-19 | Correspond with internal working group regarding revisions to joint prehearing conference statement. | Floyd, Amani Solange | 0.20 | 118.15 |
| 09-Aug-19 | Correspond with A. Tilden (Cravath) regarding notices of errata. | Nicholson, Julie A. | 0.20 | 136.00 |
| 09-Aug-19 | Revise notices of errata. | Nicholson, Julie A. | 0.30 | 204.00 |
| 09-Aug-19 | Correspond with C. Wong regarding notices of errata. | Nicholson, Julie A. | 0.20 | 136.00 |
| 09-Aug-19 | Revise and finalize prehearing conference statement. | Wong, Christine Y. | 1.00 | 828.75 |
| 09-Aug-19 | Analyze confidentiality designations. | Wong, Christine Y. | 0.20 | 165.75 |
| 10-Aug-19 | Correspond with L. Grossbard (Cravath) regarding CPUC filings. | Nicholson, Julie A. | 0.70 | 476.00 |

Case: 19-30088    Doc# 4598-4    Filed: 11/07/19    Entered: 11/07/19 14:21:05    Page 11 of 21

Matter Number:  050386-0000020
Matter Name:  CPUC INVESTIGATION/OII

Invoice Number:  5864250
Invoice Date: November 7, 2019

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 11-Aug-19 | Correspond with client regarding CPUC production. | Nicholson, Julie A. | 0.20 | 136.00 |
| 12-Aug-19 | Call with J. Nicholson regarding OII filings. | Barr, Sarah Elizabeth | 0.40 | 187.00 |
| 12-Aug-19 | Call with internal working group regarding OII status (partial). | Floyd, Amani Solange | 0.30 | 177.23 |
| 12-Aug-19 | Correspond with C. Wong regarding case update. | Hill, Joshua | 0.20 | 181.05 |
| 12-Aug-19 | Call with internal working group regarding OII status. | Hill, Joshua | 0.60 | 543.15 |
| 12-Aug-19 | Revise notices of errata. | Nicholson, Julie A. | 0.20 | 136.00 |
| 12-Aug-19 | Call with S. Barr regarding OII filings. | Nicholson, Julie A. | 0.40 | 272.00 |
| 12-Aug-19 | Draft supplemental response to Attachment B. | Nicholson, Julie A. | 1.00 | 680.00 |
| 12-Aug-19 | Correspond with A. Tilden (Cravath) and M. Thompson regarding supplemental response to Attachment B. | Nicholson, Julie A. | 0.30 | 204.00 |
| 12-Aug-19 | Analyze updates related to supplemental response to Attachment B. | Nicholson, Julie A. | 0.70 | 476.00 |
| 12-Aug-19 | Draft amendment to Attachment B report, Exhibit 4. | Nicholson, Julie A. | 1.90 | 1,292.00 |
| 12-Aug-19 | Correspond with A. Tilden (Cravath) and M. Thompson regarding amendment to Attachment B report, Exhibit 4. | Nicholson, Julie A. | 0.40 | 272.00 |
| 12-Aug-19 | Analyze Cravath's evidence review protocol. | Wong, Christine Y. | 0.20 | 165.75 |
| 13-Aug-19 | Call with internal working group regarding case updates and preparation of Attachment B. | Annobil, Yacoba Elsie | 0.70 | 413.53 |
| 13-Aug-19 | Call with internal working group regarding case updates and preparation of Attachment B. | Barr, Sarah Elizabeth | 0.70 | 327.25 |
| 13-Aug-19 | Analyze monitor report. | Floyd, Amani Solange | 0.60 | 354.45 |
| 13-Aug-19 | Call with internal working group regarding case updates and preparation of Attachment B. | Floyd, Amani Solange | 0.70 | 413.53 |
| 13-Aug-19 | Prepare for prehearing conference. | Hill, Joshua | 0.50 | 452.63 |
| 13-Aug-19 | Attend OII prehearing conference and debriefing following hearing. | Hill, Joshua | 3.30 | 2,987.33 |
| 13-Aug-19 | Call with internal working group regarding case updates and preparation of Attachment B. | Hill, Joshua | 0.70 | 633.68 |
| 13-Aug-19 | Prepare revised Exhibit 4 to response to OII Attachment B. | Middleman, Caitlin K. | 0.40 | 125.80 |
| 13-Aug-19 | Correspond with C. Wong regarding OII details. | Nicholson, Julie A. | 0.40 | 272.00 |
| 13-Aug-19 | Call with internal working group regarding case updates and preparation of Attachment B. | Nicholson, Julie A. | 0.70 | 476.00 |
| 13-Aug-19 | Correspond with C. Wong regarding revisions to amendment to Attachment B report, Exhibit 4. | Nicholson, Julie A. | 0.20 | 136.00 |

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 13-Aug-19 | Revise amendment to Attachment B report, Exhibit 4. | Nicholson, Julie A. | 1.40 | 952.00 |
| 13-Aug-19 | Correspond with SED regarding settlement. | Wong, Christine Y. | 0.30 | 248.63 |
| 13-Aug-19 | Call with internal working group regarding case updates and preparation of Attachment B. | Wong, Christine Y. | 0.70 | 580.13 |
| 13-Aug-19 | Attend OII prehearing conference and debriefing following hearing. | Wong, Christine Y. | 3.30 | 2,734.88 |
| 14-Aug-19 | Call with internal working group regarding OII status. | Annobil, Yacoba Elsie | 0.50 | 295.38 |
| 14-Aug-19 | Call with internal working group regarding OII status. | Barr, Sarah Elizabeth | 0.50 | 233.75 |
| 14-Aug-19 | Call with internal working group regarding OII status. | Floyd, Amani Solange | 0.50 | 295.38 |
| 14-Aug-19 | Call with J. Hill regarding corrective actions for settlement negotiations. | Floyd, Amani Solange | 0.10 | 59.08 |
| 14-Aug-19 | Correspond with internal working group regarding corrective action themes. | Floyd, Amani Solange | 0.30 | 177.23 |
| 14-Aug-19 | Call with A. Floyd regarding corrections actions for settlement negotiations. | Hill, Joshua | 0.10 | 90.53 |
| 14-Aug-19 | Revise amendment to Attachment B report, Exhibit 4. | Nicholson, Julie A. | 0.10 | 68.00 |
| 14-Aug-19 | Revise supplemental response to Attachment B. | Nicholson, Julie A. | 0.30 | 204.00 |
| 14-Aug-19 | Analyze and revise amended statement. | Wong, Christine Y. | 0.20 | 165.75 |
| 15-Aug-19 | Correspond with internal working group regarding corrective actions. | Floyd, Amani Solange | 0.20 | 118.15 |
| 15-Aug-19 | Call with Cravath regarding third-party claims. | Wong, Christine Y. | 0.50 | 414.38 |
| 15-Aug-19 | Call with client regarding third-party claims and corrective actions. | Wong, Christine Y. | 0.50 | 414.38 |
| 16-Aug-19 | Correspond with internal working group regarding OII status. | Floyd, Amani Solange | 0.30 | 177.23 |
| 16-Aug-19 | Prepare corrective actions chart and narrative. | Floyd, Amani Solange | 3.70 | 2,185.78 |
| 16-Aug-19 | Correspond with C. Wong regarding settlement corrective actions narrative. | Floyd, Amani Solange | 0.20 | 118.15 |
| 16-Aug-19 | Correspond with internal working group regarding settlement corrective actions. | Floyd, Amani Solange | 0.90 | 531.68 |
| 16-Aug-19 | Call with Cravath team regarding claims estimation. | Wong, Christine Y. | 0.50 | 414.38 |
| 16-Aug-19 | Revise summary of corrective actions. | Wong, Christine Y. | 1.50 | 1,243.13 |
| 16-Aug-19 | Revise cover pleading for supplemental Attachment B response. | Wong, Christine Y. | 0.30 | 248.63 |

Case: 19-30088   Doc# 4598-4   Filed: 11/07/19   Entered: 11/07/19 14:21:05   Page 13 of 21

# MORRISON | FOERSTER

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 17-Aug-19 | Correspond with internal working group regarding settlement corrective actions. | Floyd, Amani Solange | 0.30 | 177.23 |
| 18-Aug-19 | Correspond with internal working group regarding rate recovery and settlement posture. | Hill, Joshua | 0.10 | 90.53 |
| 18-Aug-19 | Analyze draft proposed stipulation of facts for potential settlement agreement. | Hill, Joshua | 0.20 | 181.05 |
| 19-Aug-19 | Call with internal working group regarding OII status. | Floyd, Amani Solange | 0.50 | 295.38 |
| 19-Aug-19 | Meet with SED regarding potential settlement. | Hill, Joshua | 3.90 | 3,530.48 |
| 19-Aug-19 | Call with internal working group regarding OII status. | Hill, Joshua | 0.50 | 452.63 |
| 19-Aug-19 | Meet with SED regarding potential settlement (partial). | Hill, Joshua | 3.20 | 2,896.80 |
| 19-Aug-19 | Call with internal working group regarding OII status. | Wong, Christine Y. | 0.50 | 414.38 |
| 19-Aug-19 | Meet with SED regarding potential settlement (partial). | Wong, Christine Y. | 2.80 | 2,320.50 |
| 19-Aug-19 | Analyze transcript from prehearing conference. | Wong, Christine Y. | 0.20 | 165.75 |
| 20-Aug-19 | Correspond with internal working group regarding settlement filings. | Barr, Sarah Elizabeth | 0.90 | 420.75 |
| 20-Aug-19 | Call with internal working group regarding OII status. | Barr, Sarah Elizabeth | 0.50 | 233.75 |
| 20-Aug-19 | Draft status conference update filing. | Barr, Sarah Elizabeth | 2.10 | 981.75 |
| 20-Aug-19 | Call with internal working group regarding OII status. | Floyd, Amani Solange | 0.50 | 295.38 |
| 20-Aug-19 | Correspond with internal working group regarding Attachment B cover pleading. | Floyd, Amani Solange | 0.10 | 59.08 |
| 20-Aug-19 | Revise draft status report requested by administrative law judge. | Hill, Joshua | 0.70 | 633.68 |
| 20-Aug-19 | Correspond with A. Tilden (Cravath) and M. Thompson regarding supplemental response to Attachment B. | Nicholson, Julie A. | 0.10 | 68.00 |
| 20-Aug-19 | Attend settlement discussions with SED and intervenors. | Wong, Christine Y. | 5.50 | 4,558.13 |
| 20-Aug-19 | Revise summary of settlement discussions. | Wong, Christine Y. | 0.30 | 248.63 |
| 21-Aug-19 | Call with internal working group regarding OII update. | Annobil, Yacoba Elsie | 0.60 | 354.45 |
| 21-Aug-19 | Call with internal working group regarding OII update. | Barr, Sarah Elizabeth | 0.60 | 280.50 |
| 21-Aug-19 | Call with internal working group regarding OII update. | Floyd, Amani Solange | 0.60 | 354.45 |

Case: 19-30088    Doc# 4598-4    Filed: 11/07/19    Entered: 11/07/19 14:21:05    Page 14 of 21

# MORRISON | FOERSTER

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 21-Aug-19 | Correspond with internal working group regarding county requests to participate in settlement discussions. | Hill, Joshua | 0.30 | 271.58 |
| 21-Aug-19 | Revise summary of settlement discussions. | Wong, Christine Y. | 0.20 | 165.75 |
| 22-Aug-19 | Call with internal working group regarding case updates and deliverables. | Annobil, Yacoba Elsie | 0.50 | 295.38 |
| 22-Aug-19 | Draft supplemental response to Attachment B and motion to seal. | Nicholson, Julie A. | 1.80 | 1,224.00 |
| 23-Aug-19 | Call with internal working group regarding OII update. | Annobil, Yacoba Elsie | 0.40 | 236.30 |
| 23-Aug-19 | Call with internal working group regarding OII update. | Barr, Sarah Elizabeth | 0.40 | 187.00 |
| 23-Aug-19 | Call with internal working group regarding OII update. | Hill, Joshua | 0.40 | 362.10 |
| 23-Aug-19 | Revise and finalize supplemental response to Attachment B and motion to seal. | Nicholson, Julie A. | 2.90 | 1,972.00 |
| 23-Aug-19 | Analyze all filings for supplemental Attachment B response. | Wong, Christine Y. | 0.20 | 165.75 |
| 26-Aug-19 | Call with internal working group regarding OII update. | Annobil, Yacoba Elsie | 0.50 | 295.38 |
| 26-Aug-19 | Analyze new filings for supplemental Attachment B response. | Barr, Sarah Elizabeth | 0.70 | 327.25 |
| 26-Aug-19 | Call with internal working group regarding OII update. | Barr, Sarah Elizabeth | 0.50 | 233.75 |
| 26-Aug-19 | Call with internal working group regarding OII status. | Floyd, Amani Solange | 0.60 | 354.45 |
| 26-Aug-19 | Correspond with C. Wong regarding strategy and settlement proposal. | Hill, Joshua | 0.40 | 362.10 |
| 26-Aug-19 | Call with internal working group regarding OII update. | Hill, Joshua | 0.50 | 452.63 |
| 26-Aug-19 | Draft status report and list of disputed issues requested by administrative law judge. | Hill, Joshua | 0.90 | 814.73 |
| 26-Aug-19 | Analyze priors for OII data requests. | Hill, Joshua | 0.30 | 271.58 |
| 26-Aug-19 | Prepare documents regarding Kern 2012 OII. | Middleman, Caitlin K. | 0.40 | 125.80 |
| 26-Aug-19 | Call with internal working group regarding status and strategy for OII. | Wong, Christine Y. | 0.50 | 414.38 |
| 26-Aug-19 | Correspond with internal working group regarding Attachment B documents. | Wong, Christine Y. | 0.20 | 165.75 |
| 26-Aug-19 | Correspond with intervenor regarding settlement meeting. | Wong, Christine Y. | 0.20 | 165.75 |
| 27-Aug-19 | Revise status report for OII. | Barr, Sarah Elizabeth | 1.10 | 514.25 |

14

# MORRISON | FOERSTER

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 27-Aug-19 | Call with C. Wong and J. Nicholson regarding current status of CPUC proceedings. | Barr, Sarah Elizabeth | 0.30 | 140.25 |
| 27-Aug-19 | Call with C. Wong regarding OII status and strategy. | Hill, Joshua | 0.30 | 271.58 |
| 27-Aug-19 | Call with C. Wong and S. Barr regarding current status of CPUC proceedings. | Nicholson, Julie A. | 0.30 | 204.00 |
| 27-Aug-19 | Meet with internal working group regarding settlement strategy. | Wong, Christine Y. | 2.20 | 1,823.25 |
| 27-Aug-19 | Attend OII settlement meeting. | Wong, Christine Y. | 2.60 | 2,154.75 |
| 27-Aug-19 | Call with S. Barr and J. Nicholson regarding OII status and strategy. | Wong, Christine Y. | 0.30 | 248.63 |
| 27-Aug-19 | Call with J. Hill regarding OII status and strategy. | Wong, Christine Y. | 0.30 | 248.63 |
| 27-Aug-19 | Correspond with internal working group regarding Attachment B. | Wong, Christine Y. | 0.20 | 165.75 |
| 28-Aug-19 | Call with internal working group regarding case updates and deliverables. | Annobil, Yacoba Elsie | 0.60 | 354.45 |
| 28-Aug-19 | Draft nondisclosure agreement for OII. | Barr, Sarah Elizabeth | 1.10 | 514.25 |
| 28-Aug-19 | Call with internal working group regarding OII update. | Barr, Sarah Elizabeth | 0.60 | 280.50 |
| 28-Aug-19 | Analyze and revise status report. | Hill, Joshua | 0.90 | 814.73 |
| 28-Aug-19 | Call with L. Grossbard (Cravath) regarding settlement strategy. | Hill, Joshua | 0.10 | 90.53 |
| 28-Aug-19 | Correspond with C. Wong regarding settlement posture. | Hill, Joshua | 0.20 | 181.05 |
| 28-Aug-19 | Correspond with S. Barr regarding nondisclosure agreement. | Hill, Joshua | 0.10 | 90.53 |
| 28-Aug-19 | Construct OII penalty calculator and analyze potential penalties to evaluate settlement positions. | Hill, Joshua | 1.00 | 905.25 |
| 29-Aug-19 | Construct OII penalty calculator and analyze potential penalties to evaluate settlement positions. | Hill, Joshua | 1.90 | 1,719.98 |
| 29-Aug-19 | Draft joint motion for approval of settlement agreement. | Nicholson, Julie A. | 4.10 | 2,788.00 |
| 30-Aug-19 | Analyze draft motion for approval of settlement. | Annobil, Yacoba Elsie | 1.20 | 708.90 |
| 30-Aug-19 | Call with internal working group regarding OII status. | Barr, Sarah Elizabeth | 0.70 | 327.25 |
| 30-Aug-19 | Correspond with J. Nicholson regarding corrective actions meeting. | Barr, Sarah Elizabeth | 0.10 | 46.75 |
| 30-Aug-19 | Analyze stipulated facts for settlement. | Barr, Sarah Elizabeth | 0.70 | 327.25 |
| 30-Aug-19 | Correspond with C. Wong regarding recent OII research. | Floyd, Amani Solange | 0.20 | 118.15 |

MORRISON | FOERSTER

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 30-Aug-19 | Correspond with internal working group regarding motions for party status, disputed legal issues, and recent OII research. | Floyd, Amani Solange | 0.20 | 118.15 |
| 30-Aug-19 | Correspond with C. Wong and J. Hill regarding joint motion for approval of settlement agreement. | Nicholson, Julie A. | 0.10 | 68.00 |
| 30-Aug-19 | Correspond with internal working group regarding joint motion for approval of settlement agreement. | Nicholson, Julie A. | 0.20 | 136.00 |
| 30-Aug-19 | Call with internal working group regarding potential fact stipulation. | Wong, Christine Y. | 0.50 | 414.38 |
| 30-Aug-19 | Call with internal working group regarding research project for OII precedents. | Wong, Christine Y. | 0.20 | 165.75 |
| 30-Aug-19 | Analyze precedents for draft motion for approval of settlement agreement. | Wong, Christine Y. | 0.40 | 331.50 |
| 31-Aug-19 | Construct OII penalty calculator and analyze potential penalties to evaluate settlement positions. | Hill, Joshua | 2.30 | 2,082.08 |
| 31-Aug-19 | Analyze penalty estimation chart. | Wong, Christine Y. | 0.20 | 165.75 |
| **Total: P300** | **P300 STRUCTURE/STRATEGY/ANALYSIS** | | **188.10** | **131,985.84** |

**P400 INITIAL DOCUMENT PREPARATION/FILING**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 02-Aug-19 | Call with R. Foust (Weil) regarding supplemental retention. | Kissner, Andrew | 0.10 | 53.13 |
| 05-Aug-19 | Correspond with internal working group regarding supplemental retention application. | Kissner, Andrew | 0.10 | 53.13 |
| 07-Aug-19 | Correspond with J. Hill regarding supplemental retention application. | Kissner, Andrew | 0.30 | 159.38 |
| 09-Aug-19 | Analyze cover letter for CPUC production. | Barr, Sarah Elizabeth | 0.40 | 187.00 |
| 11-Aug-19 | Analyze bankruptcy filings relating to CPUC issues. | Hill, Joshua | 0.50 | 452.63 |
| 12-Aug-19 | Analyze J. Hill comments to retention application. | Kissner, Andrew | 0.40 | 212.50 |
| 12-Aug-19 | Correspond with Weil team regarding retention application. | Kissner, Andrew | 0.20 | 106.25 |
| 14-Aug-19 | Analyze and revise motion to seal. | Wong, Christine Y. | 0.30 | 248.63 |
| 15-Aug-19 | Correspond with administrative law judge chambers regarding leave to file reply to motion to file under seal. | Barr, Sarah Elizabeth | 1.90 | 888.25 |
| 15-Aug-19 | Correspond with J. Hill regarding fee application. | Kissner, Andrew | 0.20 | 106.25 |
| 16-Aug-19 | Correspond with administrative law judge chambers regarding leave to file reply to motion to file under seal. | Barr, Sarah Elizabeth | 1.00 | 467.50 |
| 16-Aug-19 | Correspond with administrative law judge chambers regarding leave to respond to opposition to motion to seal. | Hill, Joshua | 0.50 | 452.63 |

16

# MORRISON | FOERSTER

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 16-Aug-19 | Analyze tort claimants' opposition to motion to seal. | Hill, Joshua | 0.70 | 633.68 |
| 16-Aug-19 | Analyze filing opposing motion to seal. | Nicholson, Julie A. | 0.50 | 340.00 |
| 19-Aug-19 | Correspond with J. Hill regarding reply in support of motion to seal. | Barr, Sarah Elizabeth | 0.20 | 93.50 |
| 21-Aug-19 | Correspond with A. Tilden (Cravath) and M. Thompson regarding motion to seal. | Nicholson, Julie A. | 0.10 | 68.00 |
| 22-Aug-19 | Analyze draft motion to seal Attachment B supplement. | Hill, Joshua | 0.10 | 90.53 |
| 26-Aug-19 | Analyze motion to approve settlement sample forms. | Hill, Joshua | 0.20 | 181.05 |
| 28-Aug-19 | Analyze changes to status conference statement given SED's edits. | Barr, Sarah Elizabeth | 0.20 | 93.50 |
| **Total: P400** | **P400 INITIAL DOCUMENT PREPARATION/FILING** | | **7.90** | **4,887.54** |

**Time Entry Review**

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 01-Aug-19 | Analyze revised invoice. | Kissner, Andrew | 0.20 | 106.25 |
| 01-Aug-19 | Correspond with S. Barr regarding invoice. | Kissner, Andrew | 0.10 | 53.13 |
| 14-Aug-19 | Revise January through June invoices for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 2.20 | 1,168.75 |
| 26-Aug-19 | Analyze and revise invoices for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 1.10 | 584.38 |
| 27-Aug-19 | Analyze invoices for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 0.30 | 159.38 |
| 28-Aug-19 | Analyze invoices for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 0.50 | 265.63 |
| **Total: Z032** | **Time Entry Review** | | **4.40** | **2,337.52** |
| | Client Accommodation - Time Entry Review | | | (2,337.52) |
| | Additional Discount per agreement | | | (36,627.48) |
| | **Current Fees** | | | **148,022.44** |

Case: 19-30088   Doc# 4598-4   Filed: 11/07/19   Entered: 11/07/19 14:21:05   Page 18 of 21

# MORRISON | FOERSTER

Matter Number: 050386-0000020

Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5864250

Invoice Date: November 7, 2019

## Timekeeper Summary

| No. | Timekeeper | Rate | Hours | Value |
|-----|-----------|------|-------|-------|
| 21211 | Hill, Joshua | 905.25 | 37.30 | 33,765.98 |
| 23383 | Wong, Christine Y. | 828.75 | 81.40 | 67,460.50 |
| 23843 | Annobil, Yacoba Elsie | 590.75 | 7.50 | 4,430.66 |
| 23371 | Barr, Sarah Elizabeth | 467.50 | 52.20 | 24,403.50 |
| 22094 | Floyd, Amani Solange | 590.75 | 29.20 | 17,250.04 |
| 19671 | Kissner, Andrew | 531.25 | 5.70 | 3,028.16 |
| 16384 | Nicholson, Julie A. | 680.00 | 48.40 | 32,912.00 |
| 16127 | Middleman, Caitlin K. | 314.50 | 10.50 | 3,302.25 |
| 22273 | Im, Amanda | 310.25 | 1.40 | 434.35 |
| | Client Accommodation - Time Entry Review | | | (2,337.52) |
| | Additional Discount per agreement | | | (36,627.48) |
| | **TOTAL** | | **273.60** | **148,022.44** |

## Task Code Summary

| Task Code | Description | Hours | Value |
|-----------|-------------|-------|-------|
| C100 | C100 FACT GATHERING | 19.40 | 10,459.70 |
| C200 | C200 RESEARCHING LAW | 3.40 | 1,926.11 |
| C312 | C312 CLIENT COUNSEL -STAT/REG/JUDICIAL | 43.90 | 33,279.33 |
| P100 | P100 PROJECT ADMINISTRATION | 6.50 | 2,111.40 |
| P300 | P300 STRUCTURE/STRATEGY/ANALYSIS | 188.10 | 131,985.84 |
| P400 | P400 INITIAL DOCUMENT PREPARATION/FILING | 7.90 | 4,887.54 |
| Z032 | Time Entry Review | 4.40 | 2,337.52 |
| | Client Accommodation - Time Entry Review | | (2,337.52) |
| | Additional Discount per agreement | | (36,627.48) |
| | **TOTAL** | **273.60** | **148,022.44** |

18

# MORRISON | FOERSTER

## Invoice Summary

| | |
|---|---:|
| Total Fees | 148,022.44 |
| **Total Amount Due** | **148,022.44** |

# MORRISON | FOERSTER

Matter Number: 050386-0000020                                      Invoice Number: 5864250
Matter Name: CPUC INVESTIGATION/OII                                Invoice Date: November 7, 2019

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|---|
| 31-Dec-18 | 5788544 | USD | 11,540.98 | 0.00 | 11,540.98 |
| 14-Jan-19 | 5789728 | USD | 53,273.86 | 0.00 | 53,273.86 |
| 16-Sep-19 | 5851437 | USD | 1,318,238.68 | 0.00 | 1,318,238.68 |
| 16-Sep-19 | 5853258 | USD | 37,505.18 | 0.00 | 37,505.18 |
| 30-Sep-19 | 5855259 | USD | 135,426.69 | 0.00 | 135,426.69 |



Case: 19-30088   Doc# 4598-4   Filed: 11/07/19   Entered: 11/07/19 14:21:05   Page 21 of 21