Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT E

## DETAILED EXPENSES FOR THE PERIOD FROM
## AUGUST 1, 2019 THROUGH AUGUST 31, 2019

# MORRISON | FOERSTER

PO BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, WASHINGTON, D.C.,
SAN DIEGO, PALO ALTO, BOSTON,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #** ▮▮▮▮▮▮▮
Invoice Number: 5864251
Invoice Date: November 7, 2019

Client/Matter Number: 050386-0000020

Matter Name:   CPUC
INVESTIGATION/OII

Client Ref:   1707076

RE:   CPUC INVESTIGATION/OII

*For Disbursements Incurred Through August 31, 2019*

|  | U.S.Dollars |
|---|---|
| Current Disbursements | 104.96 |
| **Total This Invoice** | **104.96** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

## Disbursement Detail

| Date | Description | Value |
|---|---|---|
| 31-Aug-19 | Photocopies | 42.90 |
| 13-Aug-19 | Travel, taxi/car service, J. Hill, ground travel to client office for settlement meeting, 8/13/19 | 11.11 |
| 20-Aug-19 | Travel, taxi/car service, J. Hill, ground travel to client office for settlement meeting, 8/20/19 | 8.45 |
| 23-Aug-19 | Court Filing Service COURTCALL, LLC, Charge for Telephonic Court Appearance via CourtCall | 42.50 |
| | **Current Disbursements** | **104.96** |



2

# MORRISON | FOERSTER

## Invoice Summary

|  | U.S.Dollars |
|---|---|
| Total Disbursements | 104.96 |
| **Total Amount Due** | **104.96** |

3

# MORRISON | FOERSTER

Matter Number: 050386-0000020
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5864251
Invoice Date: November 7, 2019

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|------|----------------|----------|-------------------------|------------------|--------------------|
| 31-Dec-18 | 5788544 | USD | 11,540.98 | 0.00 | 11,540.98 |
| 14-Jan-19 | 5789728 | USD | 53,273.86 | 0.00 | 53,273.86 |
| 16-Sep-19 | 5851437 | USD | 1,318,238.68 | 0.00 | 1,318,238.68 |
| 16-Sep-19 | 5853258 | USD | 37,505.18 | 0.00 | 37,505.18 |
| 30-Sep-19 | 5855259 | USD | 135,426.69 | 0.00 | 135,426.69 |
| 07-Nov-19 | 5864250 | USD | 148,022.44 | 0.00 | 148,022.44 |



Case: 19-30088    Doc# 4598-5    Filed: 11/07/19    Entered: 11/07/19 14:21:05    Page 5 of 5