TROUTMAN SANDERS LLP
Hugh M. McDonald (admitted *pro hac vice*)
Jonathan D. Forstot (admitted *pro hac vice*)
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000
Facsimile: (212) 704-6288
hugh.mcdonald@troutman.com
jonathan.forstot@troutman.com

TROUTMAN SANDERS LLP
Marcus T. Hall, Bar No. 206495
Katharine L. Malone, Bar No. 290884
3 Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 477-5700
Facsimile (415) 477-5710
marcus.hall@troutman.com
katharine.malone@troutman.com

*Attorneys for Consolidated Edison Development, Inc.*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 (Lead Case) (Jointly Administered) <br><br><br><br> **NOTICE OF CHANGE OF ADDRESS** |

TO THE BANKRUPTCY COURT AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that effective November 1, 2019, the San Francisco law offices of Troutman Sanders LLP moved from 580 California Street, Suite 1100, San Francisco, California 94104 to:

TROUTMAN SANDERS LLP
3 Embarcadero Center, Suite 800
San Francisco, CA 94111
Tel: 415-477-5700
Fax: 415-477-5710

All correspondence should be sent to the new address as of November 1, 2019. All other information, including telephone numbers and emails, remain the same.

Respectfully,

Dated: November 7, 2019 **TROUTMAN SANDERS LLP**

By: /s/ *Hugh M. McDonald*
Hugh M. McDonald (admitted *pro hac vice*)
Jonathan D. Forstot (admitted *pro hac vice*)
TROUTMAN SANDERS LLP
875 Third Avenue
New York, NY 10022
Telephone: 212.704.6000
Facsimile: 212.704.6288
hugh.mcdonald@troutman.com
jonathan.forstot@troutman.com

Marcus T. Hall (SBN 206495)
Katharine L. Malone (SBN 290884)
TROUTMAN SANDERS LLP
3 Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: 415.477.5700
Facsimile: 415.477.5710
marcus.hall@troutman.com
katharine.malone@troutman.com

*Attorneys for Consolidated Edison Development, Inc.*