# EXHIBIT 1-D

**Camp Fire Services**



Contract Work Authorization Matter Number 1807453
CWA Change Order No. 001

## Contract Work Authorization (CWA)

This is Change Order ("CO") No. 001 to Contract Work Authorization Matter Number 1807453 dated 3/21/2019 (the "CWA") and is issued under and pursuant to the Blanket Agreement or Master Service Agreement No. 4400011341 dated 01/17/2017 (the "MSA"), between the below-named Contractor ("Contractor"), a Delaware Limited Liability Partnership, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA pursuant to and in accordance with the terms and conditions of the MSA.

| Contractor's Legal Name: | PricewaterhouseCoopers LLP | This Change Order consists of 7 pages. |
|---|---|---|
| Contractor's Address: | 300 Madison Avenue<br>New York, NY 10017 | |
| Project Name: | Corporate Incident Response Support for Camp Fire | |
| Job Location: | Contractor's offices, PG&E offices in San Francisco and other locations as needed. | |

CHANGES: The Parties hereby modify the Contract Work Authorization referenced above as follows:

1. The total value of the CWA is $2,065,000

This amendment to the CWA modifies the Scope of Work included in Attachment 1 to include additional activities Contractor will perform as of April 1, 2019, which will include providing ongoing consulting services to support PG&E in its Corporate Incident Management process **related to the 2018 Camp Fire** and other major events in its service territory, including Strategy, Operations, and Legal Support activities, as described in Attachment 1 hereto. Scope of services may be extended to include other major events as agreed to between Contractor and PwC via an executed Amendment to this CWA Change Order.

**ALL WORK PERFORMED UNDER THIS CWA IS PRIVILEGED AND CONFIDENTIAL, PERFORMED AT THE DIRECTION OF AND UNDER THE SUPERVISION OF THE PG&E LAW DEPARTMENT**

ATTACHMENTS: The following are attached to this CWA Change Order No. 001 and incorporated herein by reference:

Attachment 1: Change Order No. 001 Amended Scope of Work (Privileged and Confidential, performed at the direction of and supervision of PG&E Law Dept.)

Attachment 1-A: Resource Sheet

Period of Performance: Upon CWA execution, work is extended for 90 days, from April 1, 2019 – June 30, 2019

| PRICING CHANGES | Previous Total CWA Value: | $3,072,201 |
|---|---|---|
| | Addition or Deduction: | $2,065,000 |
| | Revised Total CWA Value: | $5,137,201 |

All other terms and conditions of the CWA, as it may have been amended by previous CWA Change Order(s) if any, shall remain the same.

THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CWA CHANGE ORDER NO. 001.

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: PRICEWATERHOUSECOOPERS LLP | |
|---|---|---|---|
| Signature | *[signature]* | Signature | *[signature]* |
| Name | Charles Middlekauff | Name | Todd Jirovec |
| Title | Assistant General Counsel | Title | Principal |

CWA (Sourcing) [REDACTED]



| Date | | Date | |
|---|---|---|---|
| **ADMINISTRATION** | | | |
| PG&E Negotiator | Linda Winter | Contractor Representative | Todd Jirovec |
| Phone | 415-973-9191 | Phone | 214-616-2977 |
| Email | linda.winter@pge.com | Email | todd.jirovec@pwc.com |
| Accounting Reference | | | |

| **INTERNAL PG&E USE ONLY** | | |
|---|---|---|
| **Distribution Date** | | |
| **Distribution of Copies:** | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO | ☐ Contractor (Signed Original Copy) |
| | ☐ Work Supervisor | ☐ Manager |
| | ☐ Invoice Approver | ☐ Supervisor |
| | ☐ V.P. | ☐ Sourcing/ Purchasing |
| | ☐ Director | ☐ Law |

CWA (Sourcing)



## Attachment 1
## Change Order No. 001 AMENDED SCOPE OF WORK

**ALL WORK PERFORMED UNDER THIS CWA IS PRIVILEGED AND CONFIDENTIAL, PERFORMED AT THE DIRECTION OF AND UNDER THE SUPERVISION OF THE PG&E LAW DEPARTMENT.**

Contractor will provide the following consulting services to assist PG&E with its Corporate Incident Management processes related to the 2018 Camp Fire and other major events in its service territory, including Strategy, Operations, and Legal Support activities:

### 1. Scope of Services:

| **Strategic Support** | |
|---|---|
| Cross Functional Strategy | - Assist with identification of critical action items related to developing priorities of the organization, driving and tracking strategic priorities and developing work plans for cross-functional workstreams |
| | - Support preparation for Board of Director communications and meetings |
| | - Partner with additional third party providers to assist with development of materials and facilitation of cross-functional working group |
| | - Support compilation and distribution of materials for the Senior Leadership team, including regularly scheduled meetings and weekly Senior Leadership Update package |
| **Operations and Resiliency Support** | |
| Resiliency – Overall Community Wildfire Safety Program Support | - Support development of Senior Team updates and Board materials (e.g., SNO, CPP) |
| | - Provide input on data collection process for improved analytics and executive-level dashboards |
| Resiliency – Electric Operations Reorganization Support | -Support weekly design sessions with EO leadership including development of executive summaries, workshop content, and employee engagement materials |
| | - Consolidated Phase 1 data of EO Reorg Listening Sessions to inform case for change and design recommendations |
| | - Support the facilitation of second phase of Listening Sessions including deep-dive sessions by function as needed |
| | - Provide input on non org design related improvement opportunities |
| Resiliency – Public Safety Power Shutoff Program Support | -Continue support of Transmission PSPS scope development including process design and impact of power flow scenario analysis |
| | - Support development of future state scope and workstream workplans prior to 2019 summer preparedness |
| | - Support advanced data analytics as needed (e.g., red flag warning analysis) |
| | - Support additional process mapping and alignment of cross-functional teams as needed |
| Resiliency – SB 901 Wildfire Mitigation Plan | - Support ongoing workshops and data requests (as needed) |

CWA (Sourcing)



| | |
|---|---|
| Event Analysis – CalFire / CPUC Data Requests | ███ |
| Event Analysis - Event Leads Support | ███ |
| Event Analysis - Process Improvements (EA) | ███ |
| Event Analysis – Process Improvements (DRI) | ███ |
| **Legal Support** | |
| Law PMO | ███ |
| Budget tracking and forecasting | ███ |
| Legal hold | ███ |
| eDiscovery PMO support | ███ |
| Outside Counsel coordination | ███ |
| Data collection | ███ |

CWA (Sourcing) ███

<a>
</a>



The Services do not include the provision of legal advice, and PwC makes no representations regarding questions of legal interpretation. Client should consult with its attorneys with respect to any legal matters or items that require legal interpretation under federal, state, or any other type of law or regulation. Changes in the law and/or its interpretation may take place before PwC's advice is acted upon or may be retrospective in effect; PwC accepts no responsibility for changes in the law or its interpretation that may occur after the provision of the Services.

Contractor shall provide experienced resources, including a dedicated engagement partner, engagement directors and additional experienced resources. A resource plan is attached (**Attachment 1-A**) and incorporated in this Scope of Work. In the event that scope materially changes, Contractor and PG&E agree to work in good faith to agree on and execute a change order prior to additional fees being incurred.

Contractor's work will be performed at the direction and under the supervision of PG&E's internal Legal Department.

## 2. Deliverables

Contractor expects to provide PG&E with certain non-Contractor branded summaries, schedules and analyses under this CWA ("Deliverables"). All Deliverables shall be prepared in conjunction with PG&E and will be intended to be treated solely as PG&E's own property as set forth in the MSA. PG&E will review such Deliverables, revise them as deemed appropriate, and approve them prior to PG&E's use.

## 3. Anticipated Timeframe

The period of performance for this work is April 1, 2019 through June 30, 2019.

Actual weekly Contractor resources may change in response to PG&E requests. Contractor will notify PG&E in advance if staffing under this CWA will exceed budgeted resource levels, which will require execution of a change order to this CWA.

## 4. Work Location(s)

This project will be conducted primarily out of PG&E's Corporate Headquarters in San Francisco, CA.

## 5. Key Assumptions

- To be successful, this project must be conducted with PG&E's active participation. Contractor understands that PG&E will be responsible for providing:
    o An Executive Sponsor
    o Dedicated PG&E internal (or contracted) resources to coordinate and lead the specific response activities required from each PG&E response team (e.g., Electric Operations, Law, and Finance); Contractor's work is dependent on these PG&E resources to provide information, status updates, and other support needed as part of the response activities.
    o Internal resources to work with Contractor' Team to gain knowledge necessary for this project
    o Timely access to PG&E subject matter experts and other personnel as needed.
- Operations workstream:
    o PG&E will be responsible for records collection, including providing data in a format that can be digitized for analysis.
- Program Support workstream:



## Attachment 1-A
## Resource Sheet

| Name | Workstream | Role | 04-01 | 04-08 | 04-15 | 04-22 | 04-29 | 05-06 | 05-13 | 05-20 | 05-27 | 06-03 | 06-10 | 06-17 | 06-24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Todd Jirovec | Cross Functional Strategy | Engagement Lead | | | | | | | | | | | | | |
| Paul Conboy | Cross Functional Strategy | Strategic Response Lead | | | | | | | | | | | | | |
| Hugh Le | Resiliency | Operations Lead | | | | | | | | | | | | | |
| Riley Adler | Resiliency | Electric Ops. Reorg Lead | | | | | | | | | | | | | |
| Tara Soni | Resiliency | Electric Ops. Reorg Support | | | | | | | | | | | | | |
| Thomas Beauchemin | Resiliency | Electric Ops. Reorg Support | | | | | | | | | | | | | |
| Rodrigo Manzanilla | Resiliency | PSPS Lead | | | | | | | | | | | | | |
| TBD #1 | Resiliency | PSPS Sr. Support | | | | | | | | | | | | | |
| Aakash Gawande | Resiliency | PSPS Process & Benchmarking | | | | | | | | | | | | | |
| Mitch Mendoza | Resiliency | PSPS Process & Benchmarking | | | | | | | | | | | | | |
| Billy Raley | Operations | Event Analysis SME | | | | | | | | | | | | | |
| Kristin Cheek | Operations | DRI Team Lead | | | | | | | | | | | | | |
| Chiara Nosse | Operations | Case Manager Support | | | | | | | | | | | | | |
| Amee Patel | Operations | DRI Transition Support | | | | | | | | | | | | | |
| Sayli Khadilkar | Operations | Transmission SME Support | | | | | | | | | | | | | |
| Yurika Yoneda | Operations | VM & PSPS SME Support | | | | | | | | | | | | | |
| Jessica Burton | Operations | DRI Tracker / CPUC Response Support | | | | | | | | | | | | | |
| Conrgui Lin | Operations | Federal Monitor Support | | | | | | | | | | | | | |
| Dan Chomat | Operations | DRI Butte DA Support | | | | | | | | | | | | | |
| Rachel Ehsan | Legal / Operations | Law PMO support / Data Response | | | | | | | | | | | | | |
| Amol Deshpande | Legal | Law PMO lead | | | | | | | | | | | | | |
| Joseph Michalek | Legal | Law PMO support | | | | | | | | | | | | | |
| AnnMarie Hassan | Legal | Law PMO support | | | | | | | | | | | | | |
| Andy Bhuchar | Legal | Law PMO support | | | | | | | | | | | | | |
| TBD #2 | TBD | Contingency - Incremental Support | | | | | | | | | | | | | |

Contractor resources will consist of a mix of full-time and part-time resources, supported by subject matter specialists as needed, to perform the activities described in this CWA.