# <u>EXHIBIT 1-G</u>

**IT Implementation Services**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

DocuSign Envelope ID: 3A3343CE-C88A-4F3D-8B4E-0A05E3A66266



# Contract Work Authorization (CWA) Change Order

This is Change Order ("CO") No. 1 to Contract Work Authorization No. C13030 dated December 27, 2018 issued under and pursuant to the Blanket Agreement or Master Service Agreement No. C74 (4400011341) dated January 17, 2017 (the "MSA") between the below-named Contractor ("Contractor"), a Delaware limited liability partnership, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA, as amended by this Change Order, pursuant to and in accordance with the terms and conditions of the MSA.

| | | | |
|---|---|---|---|
| **Contractor's Legal Name:** | PricewaterhouseCoopers LLP | **This Change Order consists of** 6 pages. | |
| **Contractor's Address:** | 300 Madison Avenue<br>New York, NY 10017 | | |
| **Project Name:** | New Revenue Development (NRD) Contract Management – IT Implementation of Salesforce | | |
| **Job Location:** | various | | |

<u>CHANGES</u>: The Parties hereby modify the Contract Work Authorization referenced above as follows:

Contractor shall provide additional services as described in the attached Scope of Work.

Consideration for satisfactory completion of Work shall be increased by $90,000 for a new CWA total of $520,000.

The CWA Term expiration date and Work completion date shall be April 26, 2019. The Parties expressly agree this CWA shall be deemed to have been in full force and effect without interruption since the effective date of December 27, 2018.

**ATTACHMENTS: The following are attached to this CWA Change Order and incorporated herein by this reference.**

Attachment No. 1 – Scope of Work, pages 3 through 6

| **PRICING CHANGES:** | Previous Total CWA Value: | $ 430,000.00 |
|---|---|---|
| | Addition or Deduction: | $ 90,000.00 |
| | Revised Total CWA Value: | $ 520,000.00 |

All other terms and conditions of the CWA, as it may have been amended by previous CWA Change Order(s), if any, shall remain the same.

PG&E Corporation ("PG&E Corp.") and Pacific Gas and Electric Company (the "Utility," and, together with PG&E Corp., the "Debtors"), are debtors-in-possession in a proceeding pending under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Northern District of California. Nothing herein shall be deemed to constitute an assumption of the Contract and/or any CWA or a waiver or modification of the Debtors' rights to assume, assume and assign, or reject the Contract and/or any CWA pursuant to section 365 of the Bankruptcy Code. The Debtors hereby reserve all rights available to them under such proceedings. Any amounts paid by the Debtors hereunder must be applied to goods and/or services provided to the Debtors on or after January 29, 2019 (the "Petition Date") and shall not be applied to satisfy Claims (as defined in the Bankruptcy Code) arising prior to the Petition Date.

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CWA CHANGE ORDER.**

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: PricewaterhouseCoopers LLP | |
|---|---|---|---|
| Signature | *Jen Senft*<br><small>8D3555EF3DB44FA...</small> | Signature | *[signature]*<br><small>CB042D318F6F483...</small> |
| Name | Jen Senft | Name | Trevor Larocqque |
| Title | Supervisor | Title | Principal |
| Date | 4/15/2019 | Date | 4/15/2019 |

Case: 19-30088　　Doc# 4602-8　　Filed: 11/07/19　　Entered: 11/07/19 19:32:50　　Page 2 of 7



| ADMINISTRATION | | | |
|---|---|---|---|
| **PG&E Negotiator** | Paul Bergmann | **Contractor Representative** | Ryan McGinn |
| **Phone** | 415-973-9693 | **Phone** | 650-387-4197 |
| **Email:** | p1bi@pge.com | **Email:** | ryan.k.mcginn@pwc.com |
| **Accounting Reference** | | | |

| INTERNAL PG&E USE ONLY | | |
|---|---|---|
| **Distribution Date** | | |
| **Distribution of Copies:** | ☐ ARIBA Contracts ("27" series): Buyer uploads an executed copy in Ariba. | ☐ Contractor (Signed Original Copy) |
| | ☐ Work Supervisor | ☐ Manager |
| | ☐ Invoice Approver | ☐ Supervisor |
| | ☐ V.P. | ☐ Sourcing/ Purchasing |
| | ☐ Director | ☐ Law |

Case: 19-30088　　Doc# 4602-8　　Filed: 11/07/19　　Entered: 11/07/19 19:32:50　　Page 3 of 7

DocuSign Envelope ID: 3A3343CE-C88A-4F3D-8B4E-0A05E3A66266

Scope of Work

The purpose of this Change Order (CO) is for PwC and PG&E to amend the contract terms for CWA C13030 due to changed and additional scope. This Change Order shall ensure continuity of PwC team members who were originally planned to roll on March 29th to continue till April 26th. Continuity of these resources is critical to cover the changed and additional scope of work for implementing Sales and CLM implementation project.

Specific changes to CWA C13030 are as follows:

- Section CWA Term and CWA Completion under the CWA Header
  - Update end date - March 29th, 2019 to April 26, 2019
  - Update the total fees from $430,000 to $520,000 (addition of $90,000)
- Section Scope of Work
  - Updates to Code, Configuration and Security
  - Testing
  - Deployment
  - Data Migration
  - Mass download contract utility
  - Updates to Opportunity stages and probabilities

**Updates to Code, Configuration and Security**

Based on the change in direction to deploy to NRD Salesforce instances, below are the updates to code and configuration.

| PwC Responsibility | PG&E Responsibility |
|---|---|
| **Tasks**<br><br>- Update profiles and roles based on NRD data model.<br>- Remove EI object references from code and configuration<br>- Unit test the updates to the code and configuration<br>- Transition org from classic to lightning for all profiles.<br><br>**Deliverables**<br><br>- Updated technical document<br>- Updated configuration workbook | **Tasks**<br><br>- PG&E IT to validate the components<br>- QA to test for any defects<br><br>**Deliverables**<br><br>- Validate and check code for an issues in NRD |

## Testing

Based on the change in direction to deploy to NRD Salesforce instances, below are the updates to testing responsibilities.

| PwC Responsibility | PG&E Responsibility |
|---|---|
| **Tasks**<br><br>• Defect resolution of QA, UAT and Production bugs in NRD instance of Salesforce.<br>• Updated test classes for NRD instance of Salesforce<br>• Define PwC and PG&E to define mutually agreeable QA and UAT exit criteria by which testing completion shall be determined.<br><br>**Deliverables**<br><br>• Unit testing for code and configuration | **Tasks**<br><br>• QA Team to perform UAT and Production testing in the NRD Prod instance of Salesforce.<br>• PG&E to provide technical and functional resource(s) and collaborate with PwC in QA, UAT and Post – Production period. The combined team to help address issues and resolve defects.<br><br>**Deliverables**<br><br>• Updated testing strategy including environment strategy<br>• Updated test cases and test scripts |

## Deployment

Based on the change in direction to deploy to NRD Salesforce instances, below are the updates to the deployment responsibilities.

| PwC Responsibility | PG&E Responsibility |
|---|---|
| **Tasks**<br><br>• Deploy code and configuration to NRD Prod, NRD QA and NRD Dev instances.<br>• Create dummy users for QA Testing in NRD QA<br>• Communicate deployment status during deployments to NRD Prod and UAT.<br>• Create QA and Dev sandbox instances for NRD. | **Tasks**<br><br>• QA test the deployment to NRD Prod/UAT<br>• Business to validate deployment to NRD Prod/UAT<br>**Deliverables**<br><br>• Validate code and configuration migration.<br>• Signoff on deployment |

| **Deliverables** | |
|---|---|
| • Deployed code to NRD Prod, NRD QA and NRD Dev<br><br>• Configuration workbook | |

## Data Migration

Based on the change in direction to deploy to NRD Salesforce instances, below are the updates to the deployment responsibilities.

| **PwC Responsibility** | **PG&E Responsibility** |
|---|---|
| **Tasks**<br><br>• Migrate Lead and Opportunity, Contract, Contact data to EITEST.<br><br>• Assist PG&E on data migration to NRD instance QA, UAT/production instances of Salesforce and provide necessary support.<br><br><br>**Deliverables**<br>• Contract header migration template<br>• Translation document (Data Model and field mapping)<br>• Files for data migration<br>• Scripts for data migration | **Tasks**<br><br>• Migrate Opportunity, Contract, Contact, Account data to NRD UAT/production, QA.<br><br>• Business to validate data migration to NRD UAT/Production<br><br><br>**Deliverables**<br>• Data migration plan<br>• Signoff on data migration plan, files and scripts provided by PwC<br>• Business to validate data migration to UAT/production by running reports<br>• Smoke test data migration<br>• Signoff from business on data migration post deployment to UAT and production |

## Mass download contract utility

A mass download contract utility shall reduce time to download all the contracts by account, product line, created dates, type, etc. Since Salesforce does not provide this capability out of the box, it shall be custom built in Apex and Visualforce.

| PwC Responsibility | PG&E Responsibility |
|---|---|
| **Tasks** | **Tasks** |
| • Create a mass download contract utility to download multiple contracts as a zip file based on filters provided by business, not to exceed three filters.<br>• Unit test the mass download contract utility | • QA test the download utility<br>• Performance test the deployment utility<br>**Deliverables**<br>• Signoff on technical specification |
| **Deliverables** | |
| • Mass download contract utility<br>• Technical specifications document | |

## Updates to Opportunity stages and probabilities

An update to opportunity stages and probabilities, earlier provided by business, is required to align closely with business requirements. Since part of the opportunity process has already been developed and tested, this shall require some re-work for development and testing teams.

| PwC Responsibility | PG&E Responsibility |
|---|---|
| **Tasks** | **Tasks** |
| • Update opportunity stages and probabilities based on direction from business<br>• Unit test layouts, validation rules and code for opportunity process. | • Business to provide updated stages for opportunity<br>• QA to test the new opportunity process<br>**Deliverables**<br>• Signoff on updated functional specification<br>• Signoff on updated technical specification.<br>• QA signoff on testing of opportunities. |
| **Deliverables** | |
| • Updated functional specification and stories<br>• Technical specifications document<br>• Updated opportunity process | |