# EXHIBIT 1J

**Rate Case Support Services**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119



# Contract Work Authorization (CWA) Change Order

This is Change Order ("CO") No. 1 to Contract Work Authorization Matter No. 1706935 dated June 10, 2019 (the "CWA") issued under and pursuant to the Blanket Agreement or Master Service Agreement No. 4400011341 dated January 17, 2017 (the "MSA") between the below-named Contractor ("Contractor"), and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA, as amended by this Change Order, pursuant to and in accordance with the terms and conditions of the MSA.

| | | |
|---|---|---|
| Contractor's Legal Name: | PricewaterhouseCoopers, LLP | This Change Order consists of 2 pages. |
| Contractor's Address: | Three Embarcadero Center<br>San Francisco, CA 94111-4004 | |
| Project Name: | General Rate Case (2020 GRC) | |
| Job Location: | San Francisco and other various locations | |

CHANGES: The Parties hereby modify the Contract Work Authorization referenced above as follows:
1. The Total Value of the CWA is increased by $0 from $500,000 to new contract total of $500,000
2. See attached Statement of Work
3. ALL WORK PERFORMED UNDER THIS CONTRACT IS AT THE DIRECTION OF THE PG&E LAW DEPARTMENT. ACCORDINGLY, ALL COMMUNICATIONS REGARDING THIS WORK ARE INTENDED TO BE PRIVILEGED AND CONFIDENTIAL. ALL RESULTS PERTAINING TO WORK PERFORMED UNDER THIS CONTRACT SHALL BE SUBMITTED TO THE PG&E LAW DEPARTMENT.
4. Your work under this Agreement is subject to the applicable procedures and/or processes approved by the Bankruptcy Court in PG&E's bankruptcy proceeding (Bankruptcy Case No. 19-30088 (DM)) in the United States Bankruptcy Court, Northern District of California, San Francisco Division for the retention of counsel [outside professionals] and those procedures and processes are expressly incorporated herein, as they may be changed from time to time by the Bankruptcy Court

ATTACHMENTS: The following are attached to this CWA Change Order and incorporated herein by this reference.

| PRICING CHANGES: | | |
|---|---|---|
| | Previous Total CWA Value: | $500,000 |
| | Addition or Deduction: | $0 |
| | Revised Total CWA Value: | $500,000 |

All other terms and conditions of the CWA, as it may have been amended by previous CWA Change Order(s), if any, shall remain the same.

THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CWA CHANGE ORDER.

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: PRICEWATERHOUSECOOPERS, LLP | |
|---|---|---|---|
| Signature | *(signed)* | Signature | *(signed)* |
| Name | Charles R. Middlekauff | Name | Reza Jenab |
| Title | Assistant General Counsel | Title | Principal |
| Date | 6/10/2019 | Date | 6/13/2019 |



| ADMINISTRATION | | | |
|---|---|---|---|
| PG&E Negotiator | Mary A. Gandesbery | Contractor Representative | Reza Jenab |
| Phone | (415) 973-0675 | Phone | 925 528 9660 |
| Email: | MAGq@pge.com | Email: | reza.jenab@pwc.com |
| Accounting Reference | Submit Invoices Electronically via the Collaborati e-billing system. PG&E's Billing Coordinator is GenlCnslLawPaymentProcessingGroup@pge.com. | | |

| INTERNAL PG&E USE ONLY | |
|---|---|
| Distribution Date | |
| Distribution of Copies: | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO  ☐ Contractor (Signed Original Copy) |
| | ☐ Work Supervisor ☐ Manager |
| | ☐ Invoice Approver ☐ Supervisor |
| | ☐ V.P. ☐ Sourcing/ Purchasing |
| | ☐ Director ☐ Law |

Pacific Gas and Electric Company
2020 GRC Regulatory Support

Change Order 1 to CWA 1706935

This Change Order No. 1 ("CO2") is entered between Pacific Gas and Electric Company ("PG&E" or "Client") and PricewaterhouseCoopers LLP ("PwC" or "Consultant"), and modifies and amends the Statement of Work under 1706935 effective March 22, 2019, as amended by the original Contract Work Authorization, between PwC and PG&E (collectively, the "Original SOW").

The changes to the Original SOW described herein are subject to bankruptcy court approval.

Except as modified by this CO1, all terms and conditions set forth in the Original SOW apply to this CO1.

## 8.0   PROFESSIONAL FEES AND EXPENSES

Section 9.0, "**Professional Fees and Expenses**," of the Original SOW is modified to add following two staff classes to the list of hourly rates:

- Manager - $345/hour (Jeremy Chases or other manager to be determined)
- Analyst - $100/hour (Staff to be determined)

Privileged and Confidential – Prepared at the Request of Counsel
1

Case: 19-30088   Doc# 4602-11   Filed: 11/07/19   Entered: 11/07/19 19:32:50   Page 4 of 7



# Contract Work Authorization (CWA) Change Order

This is Change Order ("CO") No. 1 to Contract Work Authorization Matter No. 1907541 dated June 10, 2019 (the "CWA") issued under and pursuant to the Blanket Agreement or Master Service Agreement No. 44000011341 dated Janaury 17, 2017 (the "MSA") between the below-named Contractor ("Contractor"), and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA, as amended by this Change Order, pursuant to and in accordance with the terms and conditions of the MSA.

| | | |
|---|---|---|
| **Contractor's Legal Name:** | PriceWaterHouse Coopers LLP | This Change Order consists of 2 pages. |
| **Contractor's Address:** | Three Embarcadero Center<br>San Francisco, CA 94111-4004 | |
| **Project Name:** | General Rate Case (2020 GRC) (Client Funded) | |
| **Job Location:** | San Francisco and other various locations | |

CHANGES: The Parties hereby modify the Contract Work Authorization referenced above as follows:
1. The Total Value of the CWA is increased by $0 from $250,000 to new contract total of $250,000
2. See attached Statement of Work
3. ALL WORK PERFORMED UNDER THIS CONTRACT IS AT THE DIRECTION OF THE PG&E LAW DEPARTMENT. ACCORDINGLY, ALL COMMUNICATIONS REGARDING THIS WORK ARE INTENDED TO BE PRIVILEGED AND CONFIDENTIAL. ALL RESULTS PERTAINING TO WORK PERFORMED UNDER THIS CONTRACT SHALL BE SUBMITTED TO THE PG&E LAW DEPARTMENT.
4. Your work under this Agreement is subject to the applicable procedures and/or processes approved by the Bankruptcy Court in PG&E's bankruptcy proceeding (Bankruptcy Case No. 19-30088 (DM)) in the United States Bankruptcy Court, Northern District of California, San Francisco Division for the retention of counsel [outside professionals] and those procedures and processes are expressly incorporated herein, as they may be changed from time to time by the Bankruptcy Court.

ATTACHMENTS: The following are attached to this CWA Change Order and incorporated herein by this reference.

| PRICING CHANGES: | Previous Total CWA Value: | $250,000 |
|---|---|---|
| | Addition or Deduction: | $0 |
| | Revised Total CWA Value: | $250,000 |

All other terms and conditions of the CWA, as it may have been amended by previous CWA Change Order(s), if any, shall remain the same.

THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CWA CHANGE ORDER.

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: PRICEWATERHOUSE COOPERS LLP | |
|---|---|---|---|
| Signature | *(signed)* | Signature | *(signed)* |
| Name | Charles R. Middlekauff | Name | Reza Jenab |
| Title | Assistant General Counsel | Title | Principal |
| Date | 6/10/2019 | Date | 6/13/2019 |



| ADMINISTRATION | | | |
|---|---|---|---|
| PG&E Negotiator | Mary A. Gandesbery | Contractor Representative | Reza Jenab |
| Phone | (415) 973-0675 | Phone | 925 528 9660 |
| Email: | MAGq@pge.com | Email: | reza.jenab@pwc.com |
| Accounting Reference | Invoices should be sent to PG&E Law Department Finance Group, P. O. Box 7133, San Francisco, CA 94120 or emailed to GenlCnslLawPaymentProcessingGroup@pge.com. | | |

| INTERNAL PG&E USE ONLY | | |
|---|---|---|
| Distribution Date | | |
| Distribution of Copies: | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO | ☐ Contractor (Signed Original Copy) |
| | ☐ Work Supervisor | ☐ Manager |
| | ☐ Invoice Approver | ☐ Supervisor |
| | ☐ V.P. | ☐ Sourcing/ Purchasing |
| | ☐ Director | ☐ Law |

Pacific Gas and Electric Company
2020 GRC Regulatory Support

Change Order 1 to CWA 1907541

This Change Order No. 1 ("CO2") is entered between Pacific Gas and Electric Company ("PG&E" or "Client") and PricewaterhouseCoopers LLP ("PwC" or "Consultant"), and modifies and amends the Statement of Work under 1907541 effective March 22, 2019, as amended by the original Contract Work Authorization, between PwC and PG&E (collectively, the "Original SOW").

The changes to the Original SOW described herein are subject to bankruptcy court approval.

Except as modified by this CO1, all terms and conditions set forth in the Original SOW apply to this CO1.

## 8.0 PROFESSIONAL FEES AND EXPENSES

Section 9.0, "**Professional Fees and Expenses**," of the Original SOW is modified to add following two staff classes to the list of hourly rates:

- Manager - $345/hour (Jeremy Chases or other manager to be determined)
- Analyst - $100/hour (Staff to be determined)