Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# EXHIBIT 1-K

**Rule 21 Readiness Services**

DocuSign Envelope ID: A9EE6487-CC8F-4A50-A133-F40F508A86BE



# Contract Work Authorization (CWA)

This Contract Work Authorization ("CWA") No. C14766 is issued under and pursuant to the Blanket Agreement or Master Service Agreement No. C74 (formerly 4400011341) dated Januraty 10, 2017 (the "MSA") between the below-named Contractor ("Contractor"), a Delaware Limited Liability Company, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA pursuant to and in accordance with the terms and conditions of the MSA.

| Contractor's Legal Name: | PRICEWATERHOUSECOOPERS LLP | Total Number of Pages: 15 |
|---|---|---|
| Contractor's Address: | LOS ANGELES, CA | |
| Project Name: | CPUC - Rule 21 - Phase 1 Readiness Assessment & Roadmap | |
| Job Location: | Throughout PG&E's Service Territory | |

**WORK:** Contractor shall, at its own risk and expense, perform the Work described in this Contract Work Authorization and furnish all labor, equipment, and materials necessary to complete the Work as summarized below and as more fully described in Attachment 1, Scope of Work.

Contractor will perform Rule 21 Readiness Assessment procedures to identify observations over PG&E's administration of the tariff and adherence to regulatory requirements.

**ATTACHMENTS:** Each of the following documents are attached to this CWA and are incorporated herein by this reference:
Attachment 1: Scope of Work, 8 Pages
Attachment 2: Exhibit 1A, 5 Pages

**CWA TERM:** This CWA is effective upon signature by both parties and expires on **05/31/2019**. Time is of the essence.

**CWA COMPLETION:** Contractor shall commence performance hereof when directed to do so by PG&E and Work shall be completed by the completion date of **05/31/2019**.

**CONSIDERATION:** As full consideration for satisfactory performance of the Work under this CWA by Contractor, PG&E's total obligation to Contractor shall not exceed the following amount. This amount is inclusive of all taxes incurred in the performance of the Work. Any change to this amount shall only be authorized in writing by a PG&E CWA Change Order, fully executed by both PG&E and Contractor.

**TOTAL: $98,000.00 Time and Expense in Accordance the rates in MSA C74**

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**," and, together with PG&E Corp., the "**Debtors**"), are debtors-in-possession in a proceeding pending under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), in the United States Bankruptcy Court for the Northern District of California. Nothing herein shall be deemed to constitute an assumption of the Contract and/or any CWA or a waiver or modification of the Debtors' rights to assume, assume and assign, or reject the Contract and/or any CWA pursuant to section 365 of the Bankruptcy Code. The Debtors hereby reserve all rights available to them under such proceedings. Any amounts paid by the Debtors hereunder must be applied to goods and/or services provided to the Debtors on or after January 29, 2019 (the "**Petition Date**") and shall not be applied to satisfy Claims (as defined in the Bankruptcy Code) arising prior to the Petition Date.

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT WORK AUTHORIZATION.**

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: PRICEWATERHOUSECOOPERS LLP | |
|---|---|---|---|
| Signature | *Angelica Gonzalez*<br>DocuSigned by:<br>E3298CE99EB504EF... | Signature | *Amanda C. Herron*<br>DocuSigned by:<br>3036512D035C419... |
| Name | Angelica Gonzalez | Name | Amanda C. Herron |
| Title | Sourcing Specialist | Title | Partner |
| Date | 4/24/2019 | Date | 4/24/2019 |

62-4229 CWA (9/26/11)       Sourcing

DocuSign Envelope ID: A9EE6487-CC8F-4A50-A133-F40F508A86BE



| ADMINISTRATION | | | |
|---|---|---|---|
| PG&E Negotiator | Angelica Gonzalez | Contractor Representative | Jon Chevalier |
| Phone | (916) 759-4538 | Phone | (281) 224-6480 |
| Email | angelica.gonzalez@pge.com | Email | jonathan.chevalier@pwc.com |

| Accounting Reference | 3025197 | | |
|---|---|---|---|
| PG&E Work Supervisor: | | Phone: | |

| INVOICE INSTRUCTIONS: Contractor shall send invoices for each payment when due, showing the CWA number, to: PACIFIC GAS AND ELECTRIC COMPANY | Send ORIGINAL Invoice to: (See note below if using PG&E's electronic invoicing system) | PG&E Accounts Payable* PO Box 7760 San Francisco, CA 94120-7760 |
|---|---|---|
| | Send COPY of Invoice to: | Jennifer Brothers 6030 W. Oaks Blvd., Suite 300 Rocklin, CA 95765 or (ETS&PSContractInvoicing@pge.com) |
| | For information regarding invoice status, call PG&E's Paid Help Line at (800) 756-PAID (7243) or go to AP Web Reporting site at www.pge.com/actpay. | |
| | *Note: Contractors using PG&E's electronic invoicing system do not need to mail a copy of the invoice to PG&E Accounts Payable. | |

| INTERNAL PG&E USE ONLY | | |
|---|---|---|
| Distribution Date | | |
| Distribution of Copies: | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO | ☐ Contractor (Signed Original Copy) |
| | ☐ Work Supervisor | ☐ Manager |
| | ☐ Invoice Approver | ☐ Supervisor |
| | ☐ V.P. | ☐ Sourcing/ Purchasing |
| | ☐ Director | ☐ Law |

62-4229 CWA (9/26/11)   Sourcing



**DRAFT - Inter-connection support - Current State and Gap Analysis, 2019**

## California Public Utilities Commission (CPUC) - Rule 21

This Statement of Work ("SOW") outlines the services (the "Services") between Pacific Gas and Electric Company ("PG&E" or "Client") and PricewaterhouseCoopers LLP ("PwC" or "Consultant") to perform the Services described below. The term "Client" in the MSA shall include the entity signing this SOW. This Contract Work Authorization ("CWA") shall be governed by the Master Services Agreement 4400011341 ("MSA") between PwC and PG&E, as amended. Notwithstanding the termination or expiration of the MSA during the Services described in this SOW, this CWA shall remain in full force and effect in accordance with its terms, including the terms and conditions of the MSA which are incorporated herein by reference. Any terms used in this SOW and not otherwise defined will have the same meaning as in the MSA. If there is a conflict between the MSA and the SOW, this SOW shall prevail.

The scope of Services described herein are subject to bankruptcy court approval.

### A. Services to be provided:

The following outlines areas of support to be provided by PwC to PG&E's Electric Distribution Interconnection business units, which will be performed in calendar year 2019.

Consultant will work collaboratively with PG&E stakeholders to: (i) assist PG&E with its performance of Rule 21 Readiness Assessments based on PG&E's assessment procedures and PwC's understanding of PG&E-defined regulatory requirements, and (ii) document observations regarding PG&E's administration of the tariff for PG&E's consideration.

The scope of the work will include assessing the design of PG&E's current state processes to identify potential gaps, and to provide observations and subject matter perspectives to PG&E for its consideration regarding opportunities for enhancement. PwC's assistance will be based on its understanding of PG&E's assessment criteria and PwC's knowledge of current industry practices.

1.  CPUC - Rule 21 - Phase 1 Readiness Assessment and Roadmap
    a.  Readiness assessment
        i.  Work collaboratively with PG&E stakeholders to assist PG&E with performing current state assessments of the design of its business processes and related controls governing its administration of the tariff.
    b.  Results and Remediation Roadmap
        i.  Prepare draft assessment reports documenting the nature and scope of PG&E's assessment procedures, and related observations and subject matter perspectives for PG&E's consideration regarding opportunities to enhance the design of the business processes and related controls governing the PG&E's administration of the tariff for the electric distribution interconnection business



**DRAFT - Inter-connection support - Current State and Gap Analysis, 2019**

    ii.    Work collaboratively with PG&E stakeholders to prepare draft remediation action plans documenting proposed scope of activities for future analysis by PG&E and remediation action steps to be taken by PG&E to address any identified process and/or control deficiencies from the aforementioned assessments.

For the avoidance of doubt, working collaboratively on the Services described herein is intended to encompass PwC working jointly with Client stakeholders in workshops, interviews, and meetings to discuss and provide perspectives, analyze information, facilitate Client's decisions and other determinations, and provide direction to the PwC project team. PwC will facilitate the workshops, interviews and meetings, and share perspectives and feedback for Client's consideration based on our understanding of current industry practices and regulatory expectations. PwC and Client will jointly develop the Deliverables based on Client's comments, input, feedback and direction.

Set forth below are the Services and deliverables ("Deliverables") to be provided under this SOW. All Deliverables will be non-PwC branded and will be prepared in draft for Client's review and approval prior to use by Client.

| Area | Activity | Non-PwC Branded Deliverables |
|---|---|---|
| **Initial Planning Activities** | | |
| Process Documentation | Perform process walkthroughs with Client's interconnection process owners to gain an understanding of the design of PG&E's existing processes and controls to address its compliance with the identified Rule 21 – Interconnection regulatory requirements<br><br>Prepare draft updates to the PG&E-supplied business process and control documentation based on information gathered during the process walkthroughs<br><br>Provide the draft updates to the documentation to PG&E stakeholders for their review, feedback and comments<br><br>Revise the draft updated documentation based on the PG&E stakeholder feedback | Draft updated process and control documentation |



**DRAFT - Inter-connection support - Current State and Gap Analysis, 2019**

### Assessment and Remediation Roadmap

| | | |
|---|---|---|
| Current State Assessment | Based on information obtained during the process walkthroughs, work collaboratively with PG&E stakeholders to perform assessments of the design of its business processes and controls governing the administration of the tariff, which will be performed using PG&E's assessment criteria and will be informed by PwC's knowledge of current industry practices.<br><br>Identify and document observations and potential opportunities for PG&E's consideration to enhance PG&E's existing processes and controls, including opportunities to potentially automate PG&E's processes and controls and to better align such processes and controls with current industry practices<br><br>Identify differences between the activities performed by PG&E personnel and PG&E's documented policies and controls, and document potential impacts of such matters to PG&E's tariff compliance requirements<br><br>Provide the draft assessment results, including observations and potential enhancement opportunities, to PG&E stakeholders for their review, comments and feedback.<br><br>Revise the draft assessment results based on the PG&E stakeholder comments and feedback | Draft assessment results documenting: (i) potential gaps between PG&E's documented business processes, controls and field activity; (ii) opportunities to potentially automate PG&E's processes and controls and to better align such processes and controls with current industry practices; and (iii) potential impacts to PG&E's tariff compliance requirements |
| Remediation Action Plan | Work collaboratively with PG&E management stakeholders to draft a remediation action plan and strategy to address the findings, observations and potential enhancement opportunities for the above assessments | Draft remediation action plan and strategy to address the findings, observations and enhancement |



**DRAFT - Inter-connection support - Current State and Gap Analysis, 2019**

| | | |
|---|---|---|
| | Provide subject matter perspectives to PG&E stakeholders to facilitate their identification and decisions regarding future enhancement opportunities | opportunities from the assessments<br><br>Draft subject matter perspectives on future enhancement opportunities |

By "advise" or "provide advice," PwC means that it will share its industry experience, subject-matter knowledge and/or knowledge of current industry practices for Client's consideration in addressing Client's objectives and/or PwC will provide subject-matter advice in response to queries from Client management or based upon observations of Client's efforts.

**B. Proposed Team Leadership Structure**

The PwC resources will have the experience with the subject matter and activities contained within this SOW in order to perform the Services. Where necessary, additional resources may be added to the list below. If, for any reason, we have to replace one of the PwC team members, PwC will work with the PG&E project sponsor to provide a suitable replacement.

| Name | Title |
|---|---|
| Amanda Herron | Partner, Engagement Lead |
| Jon Chevalier | Director, Engagement Manager |
| Colin Nakagaki | Director, Data Specialist |
| Jason Nolte | Manager, Compliance and Regulatory |

**C. Level of effort for services**

Consultant's professional fees for the Services are based on a range of hours and a blend of resources using the PG&E rate card. PwC will work with PG&E to refine these estimates based on final staff selected, nature of work, and allocation of internal PG&E resources to the respective project work streams.

| Area | Estimated Effort (hours) | Estimated Fee |
|---|---|---|
| | | |

DocuSign Envelope ID: A9EE6487-CC8F-4A50-A133-F40F508A86BE



### DRAFT - Inter-connection support - Current State and Gap Analysis, 2019

| | | |
|---|---|---|
| Draft updated process documentation<br>Draft current state design assessment results | 110 | $46,000 |
| Draft remediation action plan and strategy<br>Draft subject matter perspectives on enhancement opportunities | 125 | $52,000 |
| **Total** | 235 | $98,000 |

PwC will bill Client for out-of-pocket expenses. Such out-of-pocket expenses include, but are not limited to, travel, meals, accommodations, report printing, and per-ticket charges for booking travel.

In the event of a change in the project timeline, an analysis of the impact to fees will be performed to determine the need for an adjustment to the fee estimate. PwC's fee estimate is based on the current project schedule and access to the information and personnel needed to perform the Services under this SOW. Any significant Client delays in providing access to the project materials, system integrator or information need to perform the Services or any other significant change to the project schedule could impact the overall effort associated with this SOW and PwC's related fees.

### D. Schedule

PwC will work with PG&E work supervisors to define a schedule that addresses PG&E's planned milestones for 2019.

Set forth below are the estimate start and end dates for the Services and Deliverables to be provided under this SOW:

Estimate SOW Start Date: April 15th, 2019

Estimate SOW End Date: December 31st, 2019

### E. PG&E Role and Responsibilities

During the term of this SOW, Consultant will work in collaboration with and at the direction of the designated PG&E Work Supervisor. The Consultant team will meet with the designated PG&E Work Supervisor, as appropriate, to discuss project status and open issues arising from the Services, Consultant's progress reports and/or reports identified as Deliverables from the Services, Consultant's resource utilization and staffing mix, adherence (or changes) to Deliverables and the project plan, as well as any requests for any scope changes. PG&E shall also provide executive sponsor input and oversight as requested by the PG&E Work Supervisor with input from the Consultant team.

DocuSign Envelope ID: A9EE6487-CC8F-4A50-A133-F40F508A86BE



**DRAFT - Inter-connection support - Current State and Gap Analysis, 2019**

PG&E will be solely responsible for any and all communications required with PG&E's federal and state regulators and/or independent monitor(s) relating to these Services and Deliverables. PwC is not being engaged to interact or meet with third parties, including but not limited to PG&E's regulators and/or independent monitor(s).

## F. Assumptions

- PwC will work with the PG&E Interconnection team members to assist in coordinating walkthroughs and to perform the assessment activities. Services will be performed during the period from March 2019 through May 2019, with emphasized involvement during initial stages of the assessment procedures. PwC will work with PG&E to establish a weekly status meeting with PG&E stakeholders during emphasized involvement periods, and to establish biweekly, or as-needed, status meetings during other periods during the term of this SOW.

- PG&E will maintain full responsibility for administration of the CPUC Rule 21 program and for any materials given to any third parties, including the CPUC and its affiliates. None of the work performed under this SOW will be represented as an assessment or audit performed by PwC; All Deliverables prepared under this SOW will be non-PwC branded and will be used by PG&E solely to assist PG&E with its performance of the readiness assessment activities described in this SOW.

- PG&E will establish a project lead, who will act as a liaison between PG&E and PwC and who will have the mandate and authority to deliver the project.

- PwC will use a combination of on and off-shore resources for the delivery of the Services.

- The proposed timing and completion of the Services is dependent upon the availability of Client staff, timeliness of data requests, timely access to Client's source systems, timely responses to PwC's inquiries, and PG&E's timely provision of information, data, and documentation to PwC.

- To facilitate Consultant's work, PG&E agrees to provide Consultant with documentation requested, including PG&E's underlying regulatory requirements of Rule 21 - Interconnection, and access to PG&E personnel in a timely manner.

DocuSign Envelope ID: A9EE6487-CC8F-4A50-A133-F40F508A86BE



**DRAFT - Inter-connection support - Current State and Gap Analysis, 2019**

- PG&E will grant PwC with timely access to PG&E premises and systems to facilitate the Services.
- Consultant's role is advisory. Therefore, PG&E is responsible for all management functions and decisions, including establishing and maintaining internal controls, evaluating and accepting the adequacy of the scope of the Services in addressing PG&E's needs and making decisions regarding whether to proceed with recommendations.
- PG&E is responsible for the results achieved from using the Services or Deliverables.
- PG&E will designate a competent member of management to oversee the Services.
- Consultant expects that PG&E will provide timely, accurate and complete information, data and documentation, and reasonable assistance, and will perform the Services on that basis.
- Consultant will not provide an opinion or attestation in connection with the provision of the Services.

## G.  THIRD PARTY INDEMNIFICATION

PG&E shall indemnify and hold PwC harmless from and against any and all third party claims, losses, liabilities, and damages arising from or relating to the Services or Deliverables under this SOW, except to the extent finally determined to have resulted from PwC's gross negligence or intentional misconduct relating to such Services and/or Deliverables.

## H.  OTHER ITEMS

The Services performed under this Contract Work Authorization will be performed in accordance with the AICPA's Standards for Consulting Services. Accordingly, PwC will not provide an audit or attest opinion or other form of assurance, and PwC will not verify or audit any information provided to PwC.

Consultant is owned by professionals who hold CPA licenses as well as by professionals who are not licensed CPAs. Depending on the nature of the services we provide, non-CPA owners may be involved in providing services to PG&E now or in the future.

At the onset of the Services, Consultant will prepare a project schedule and work breakdown. This schedule will include Consultant project management activities, Deliverables, and key interdependencies.  The schedule and Deliverables will be subject to the specification and approval of the PG&E Work Supervisor.

If PwC is requested or authorized by PG&E or required by government regulation, regulatory agency, subpoena, or other legal process to produce PwC's Deliverables, working papers or

DocuSign Envelope ID: A9EE6487-CC8F-4A50-A133-F40F508A86BE



**DRAFT - Inter-connection support - Current State and Gap Analysis, 2019**

personnel for testimony or interview with respect to services PwC performed for PG&E, PG&E will reimburse PwC for PwC's and its counsels' expenses and professional time incurred in responding to such a request.

PwC is not providing legal advice or legal opinions in this engagement, including determining whether PG&E's policies and programs result in PG&E being "in compliance with" applicable laws, rules and regulations, which is a legal conclusion. PG&E should obtain such advice or opinions from its attorneys.



# EXHIBIT 1
## Subcontractor and Supplier Utilization Plan Instructions   Pub. 12/05/18

Prime Contractor/Supplier shall provide a signed Subcontractor and Supplier Utilization Plan (Exhibit 1A) prior to the performance of Work with a list of all Subcontractors and Suppliers. In the event of any change in subcontractors or suppliers, Prime Contractor/Supplier shall submit an updated and signed Subcontractor and Supplier Utilization Plan (Exhibit 1A) to PG&E prior to performance of the Work. Plan must be completed. Respond "N/A" if not applicable. See further instructions below.

**Prime Contractor/Supplier Information:**
Prime Contractor / Suppliers CPUC and Small Business Status

> Indicate "yes" or "no" to indicate whether Prime Contractor / Supplier is CPUC Clearinghouse certified. If certified please provide the Verification Order Number (VON).

> To find the VON Number, access:

> - CPUC Clearinghouse Database:
>   https://sch.thesupplierclearinghouse.com/frontend/searchcertifieddirectory.asp

> Indicate "yes" or "no" to indicate whether Prime Contractor / Supplier is Small Business certified. If certified please provide the small business certification number.

> To find out more about Small Business certification, access the following sites:

> - California Department of General Services (DGS):
>   http://www.dgs.ca.gov/pd/Programs/OSDS.aspx
> - U.S. Small Business Administration (SBA): https://www.sba.gov/contracting/getting-started-contractor/qualifying-small-business

Prime Contractor / Suppliers Estimated Amount to be Paid to All Subcontractors / Suppliers

> Provide the estimated dollar amount to be paid to all subcontractors for the duration of the contract term by the following categories: a) all subcontractors and suppliers b) small business certified suppliers only and c) CPUC certified businesses only. The estimated dollar amounts may be reflected in one or more categories.

> If 100 percent of the work will be self-performed by the Prime Contractor/Supplier, indicate "0" for each category.

> Refer to the links above to locate potential CPUC and Small Business-certified subcontractors and suppliers.

1. **Tier Level**
   1.1. For most Services, lower tier subcontractors are not allowed below three sub-tiers. (Ex: Prime > Subcontractor 1 > Subcontractor 1.1> Subcontractor 1.1.1).

1


**Pacific Gas and
Electric Company**

# EXHIBIT 1
## Subcontractor and Supplier Utilization Plan Instructions   Pub. 12/05/18

**1.2.** Providers of Restricted Services are limited to second tier and may not subcontract the Work. Restricted Services currently includes Freight Haulers and Vegetation Management; however, this may be expanded to include others in the future. (Ex: Prime > Vegetation Management Subcontractor).

**1.3.** A 3rd-party logistics provider or qualified freight broker may be utilized to directly subcontract the Work to Freight Haulers, however, Freight Haulers may not subcontract the Work to other Freight Haulers. (Ex: Prime > Qualified Freight Broker > Freight Hauler or Prime > Freight Hauler).

**1.4.** Refer to the Allowable Tier Matrix for further detail.

**2. Subcontractors / Suppliers**

**2.1.** Provide the complete name of the Subcontractor or Supplier. Do not abbreviate - please spell out any acronyms.

**2.2.** Subcontractors (Subs) are contractors that have been retained by a primary contractor, or any subcontractor at lower tiers, to provide services on behalf of PG&E.

    **2.2.1.** A - General Engineering Contractor: A contractor whose principal contracting business is in connection with fixed works requiring specialized engineering knowledge and skill.

    **2.2.2.** B - General Building Contractor: A contractor whose principal contracting business is in connection with any structure built, being built, or to be built, for the support, shelter, and enclosure.

    **2.2.3.** C - Specialty Contractor: A contractor whose operations as such are the performance of construction work requiring special skill and whose principal contracting business involves the use of specialized building trades or crafts.

    **2.2.4.** D - Restricted Services Providers include, but are not limited to, Freight Haulers and Vegetation Management Providers.

**2.3.** Services for which Subcontractors and Suppliers shall be listed on the Exhibit 1A include, but are not limited to:

    **2.3.1.** Construction Services: All aspects of: constructing, fabricating, installing, erecting, maintaining, performing integrity digs on, and performing turnaround services on, pipelines, buildings, plants, and facilities of all types. Additionally, subcontractor team members who provide construction, general construction, heavy machinery, and other construction services will be included in this group of services.

    **2.3.2.** Industrial Service Vendors (ISV) are typically subcontracted for specializing in specific construction work scope such as hydrotesting and surveying.

    **2.3.3.** Professional and Consulting Services: Individuals who provide your company with specialized service, including but not restricted to lawyers, accountants and management consultants. Including, but not limited to environmental and land consultants, human health and risk assessment providers; other select professional services may be included, as needed.

    **2.3.4.** Niche Professional or Consulting Service: An organization that specializes or has a forte in a particular industry or field.

    **2.3.5.** Local Hire Suppliers: Select subcontractors with specific project geography support in facilitating local and/or union hiring.

2


*Pacific Gas and
Electric Company*

# EXHIBIT 1
## Subcontractor and Supplier Utilization Plan Instructions  Pub. 12/05/18

**2.3.6.** Restricted Services: Freight Haulers (FH) are business entities operating commercial vehicle with a Gross Vehicle Weight Rating (GVWR) of 55,000 pounds or greater either for commercial or private use.

**3. Emergency Point of Contact**

3.1 Please include the best point of contact and phone number for use in the event of an emergency.

**4.  Contractor's License # and/or Motor Carrier Permit #**

**4.1.** Provide the California Contractor's License Number of each Subcontractor or Supplier (if applicable) along with the type of License or Permit.

**4.2.** The MCP (Motor Carrier Permit) is issued to the motor carrier as evidence the carrier has registered their CA# with the DMV, as required by CVC (California Vehicle Code) Section 34620.

**4.3.** Provide the Expiration Date of the Subcontractor or Supplier's California Contractor's License or MCP.

**4.4.** Subcontractors and Suppliers may have both a California Contractor's License Number and a MCP. If this is the case, please include information for both.

**4.5.** Special Permit Requirements:

**4.5.1.** Freight Haulers needing Special Permit for transferring atypical extra wide or heavy loads and/or hazardous or flammable materials. Applicable permit retention includes but not limited to below lists.

**4.5.2.** Oversized Load - California Transportation Permit - Issued for movement of non-divisible (exceeding applicable length, width, height, or weight limit) loads, not circumventing California Vehicle Code requirements.

**4.5.3.** Hazardous Material Load - Federal Motor Carrier Safety Administration (FMCSA) requires motor carriers to obtain a Hazardous Materials Safety Permit (HMSP) prior to transporting certain highly hazardous materials.

**4.5.4.** Flammable Load - Every motor carrier who transports the following hazardous materials in California must have a hazardous materials transportation license (California Hazardous Material Transportation License) issued by California Highway Patrol.

**5.  Description of Work to be Performed or Major Materials to be Supplied**

**5.1.** Provide a description of the work to be performed or major materials to be supplied by the Subcontractor or Supplier.

**6.  Is excavation to be performed?**

**6.1.** Indicate whether the work to be performed by each Subcontractor or Supplier includes excavation by responding "Yes" or "No." Refer to Section 4216 of the California Government Code for the definition of "excavation."

**7.  Gold Shovel Status**

**7.1.** Indicate the Gold Shovel Status for each Subcontractor or Supplier by responding as appropriate:

**7.2.** "N/A" for Subcontractor or Supplier who will not perform excavation work.

3



# EXHIBIT 1
## Subcontractor and Supplier Utilization Plan Instructions     Pub. 12/05/18

**7.3.** "Active" for Subcontractor or Supplier with an active Gold Shovel Certification.

**7.4.** "Inactive" for Subcontractor or Supplier that does not have current Gold Shovel Certification. Attach an explanation to Exhibit 1A indicating when Contractor anticipates Subcontractor or Supplier will obtain Gold Shovel Certification.

**7.5.** To determine status or to find potential subcontractors, access the following site: http://www.goldshovelstandard.com.

**8. Risk Level**

**8.1.** Indicate whether each Subcontractor or Supplier will be performing low, medium, or high risk work by responding "Low", "Med", or "High". Refer to PG&E's Contractor Safety Program Contract Requirements at http://www.pge.com/contractorsafety for risk definitions.

**9. ISN ID# and/or PG&E Qualified Vendor #**

**9.1.** Provide ISNetworld (ISN) Identification Number of each Subcontractor or Supplier performing medium to high risk work.

**9.2.** Respond "N/A" for any Subcontractor or Supplier performing low risk work.

**9.3.** Respond "None" if Subcontractor or Supplier has not completed ISN prequalification. Attach an explanation to Exhibit 1A explaining when Contractor anticipates Subcontractor or Supplier prequalification will be complete.

**9.4.** Subcontractor or Supplier may have both an ISN ID Number and a PG&E Qualified Vendor Number. If company has both, please list ISN ID Number first.

**9.5. ISNetworld Prequalified**

**9.5.1.** Indicate whether Subcontractor or Supplier performing medium to high risk work is Prequalified in ISN by responding "Yes" or "No." Respond "N/A" for each Subcontractor or Supplier performing low risk work.

**9.5.2.** To determine prequalification status or to find potential subcontractors, access the following site: https://www.pge.com/en_US/for-our-business-partners/purchasing-program/suppliers/suppliers.page.

**10. Union Signatory**

**10.1.** Indicate whether Subcontractor or Supplier is signatory to a labor union by responding "Yes" or "No."

**11. Signature / Attestation**

Please sign, date and indicate the revision number certifying that the information provided on this form is true to the best of your knowledge. Note: The information provided may form the basis of a Statement of Record, against which PG&E may conduct an audit or review to ensure compliance.

4

DocuSign Envelope ID: A9EE6487-CC8F-4A50-A133-F40F508A86BE

# Subcontractor and Supplier Utilization Plan

**EXHIBIT 1A**

| Prime Contractor/Supplier Name: PwC | PG&E Contract # (if any): | Contract Duration | From: | To: |
|---|---|---|---|---|

| Employer Identification # (EIN): 13-4008324 | Total Bid/Contract Value: | Total Amount to be Self Performed: all |

| PG&E Project/Product: | Is Prime Contractor/Supplier CPUC Clearinghouse Certified? | Yes | No | VON #: no |

| Name of Preparer: Amanda Herron | Is Prime Contractor/Supplier a Registered Small Business Certified? | Yes | No | Small Business #: no |

| Preparer E-Mail: amanda.c.herron@pwc.com | Estimated Amount to be Paid to all Subcontractors (Subs) and Suppliers ($): (for the duration of the contract) |

| Preparer Contact Phone: | Subs and Suppliers: n/a | Small Businesses: n/a | CPUC Certified Businesses: n/a |

| (1) Tier Level | (2) Name of Subcontractor (s) and Supplier (s) | (3) Emergency Point of Contact / Phone # | (4) Contractor's License # / Motor Carrier Permit | | | | (5) Description of Work to be Performed or Major Materials to be Supplied | (6) Is Excavation to be Performed | (7) Gold Shovel Status | (8) Risk Level | (9) ISN ID# and/or PG&E Qualified Vendor # | (10) Union Signatory |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | License/Permit Type | License/Permit # | Expiration Date | Special Permit Required | | | | | | |
| No | sub-contractors will be used for this service. | | | | | | | | | | | |
| No | sub-contractors will be used for this service. | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

The information provided on this form may form the basis of a Statement of Record, against which PG&E may conduct an audit or review to ensure compliance.
Indicate All Subcontractor(s) and Supplier(s) of any tier prior to performing Work on designated project. Submit Exhibit 1A to best demonstrate your plan for the indicated services.
In the event of a change in planned Subcontractor(s) or Supplier(s) of any tier, submit a revised Exhibit 1A prior to performing the Work via the method outlined in the contract or work authorization.
Refer to Exhibit 1 for additional instructions on completing this form.
Please include additional sheets as needed.

| (11) Signature | _Amanda C. Herron_ DocuSigned by: | Date | 4/24/2019 | Rev. #: |
|---|---|---|---|---|

I hereby certify that the information stated is true to the best of my knowledge.