**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

## EXHIBIT 1-L

**Rule 21 Pilot Testing Services**



# Contract Work Authorization (CWA)

This **Contract Work Authorization ("CWA")** No. 14785 is issued under and pursuant to the Blanket Agreement or Master Service Agreement No. C74 (formerly 4400011341) dated Janurary 10, 2017 (the **"MSA"**) between the below-named Contractor (**"Contractor"**), a Delaware Limited Liability Company, and Pacific Gas and Electric Company (**"PG&E"**), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA pursuant to and in accordance with the terms and conditions of the MSA.

| | | |
|---|---|---|
| **Contractor's Legal Name:** | PRICEWATERHOUSECOOPERS LLP | **Total Number of Pages: 16** |
| **Contractor's Address:** | LOS ANGELES, CA | |
| **Project Name:** | CPUC - Rule 21 - Pilot Data Analysis | |
| **Job Location:** | Throughout PG&E's Service Territory | |

**WORK**: Contractor shall, at its own risk and expense, perform the Work described in this Contract Work Authorization and furnish all labor, equipment, and materials necessary to complete the Work as summarized below and as more fully described in Attachment 1, Scope of Work.

Contractor will perform Rule 21 Readiness Assessment procedures to identify observations over PG&E's administration of the tariff and adherence to regulatory requirements.

**ATTACHMENTS: Each of the following documents are attached to this CWA and are incorporated herein by this reference:**
Attachment 1: Scope of Work, 9 Pages
Attachment 2: Exhibit 1A, 5 Pages

| | |
|---|---|
| **CWA TERM:** | This CWA is effective upon signature by both parties and expires on **05/31/2019**. Time is of the essence. |
| **CWA COMPLETION:** | Contractor shall commence performance hereof when directed to do so by PG&E and Work shall be completed by the completion date of **05/31/2019**. |

**CONSIDERATION**: As full consideration for satisfactory performance of the Work under this CWA by Contractor, PG&E's total obligation to Contractor shall not exceed the following amount. This amount is inclusive of all taxes incurred in the performance of the Work. Any change to this amount shall only be authorized in writing by a PG&E CWA Change Order, fully executed by both PG&E and Contractor.

**TOTAL: $98,000.00 Time and Expense in Accordance the rates in MSA C74**

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility,**" and, together with PG&E Corp., the "**Debtors**"), are debtors-in-possession in a proceeding pending under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), in the United States Bankruptcy Court for the Northern District of California. Nothing herein shall be deemed to constitute an assumption of the Contract and/or any CWA or a waiver or modification of the Debtors' rights to assume, assume and assign, or reject the Contract and/or any CWA pursuant to section 365 of the Bankruptcy Code. The Debtors hereby reserve all rights available to them under such proceedings. Any amounts paid by the Debtors hereunder must be applied to goods and/or services provided to the Debtors on or after January 29, 2019 (the "**Petition Date**") and shall not be applied to satisfy Claims (as defined in the Bankruptcy Code) arising prior to the Petition Date.

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT WORK AUTHORIZATION.**

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: PRICEWATERHOUSECOOPERS LLP | |
|---|---|---|---|
| **Signature** | *DocuSigned by:* Angelica Gonzalez ―E3298CE9EB504EF... | **Signature** | *DocuSigned by:* Amanda C. Herron ―3036512D035C419... |
| **Name** | Angelica Gonzalez | **Name** | Amanda C. Herron |
| **Title** | Sourcing Specialist | **Title** | Partner |
| **Date** | 4/24/2019 | **Date** | 4/24/2019 |

62-4229 CWA (9/26/11)                    Sourcing

DocuSign Envelope ID: C1BB69B7-C8C8-4EFE-AB24-A7586EF3723C



| ADMINISTRATION | | | |
|---|---|---|---|
| **PG&E Negotiator** | Angelica Gonzalez | **Contractor Representative** | Jon Chevaliar |
| **Phone** | (916) 759-4538 | **Phone** | (281) 224-6480 |
| **Email** | angelica.gonzalez@pge.com | **Email** | jonathan.chevalier@pwc.com |

| | |
|---|---|
| **Accounting Reference** | 3025197 |

| | | |
|---|---|---|
| **PG&E Work Supervisor:** | Sandy Lee<br>Nadim Virani | **Phone:** (925) 415-2533<br>(415) 973-5407 |

| **INVOICE INSTRUCTIONS:** Contractor shall send invoices for each payment when due, showing the CWA number, to:<br><br>PACIFIC GAS AND ELECTRIC COMPANY | **Send ORIGINAL Invoice to:**<br>**(See note below if using PG&E's electronic invoicing system)** | PG&E Accounts Payable*<br>PO Box 7760<br>San Francisco, CA 94120-7760 |
|---|---|---|
| | **Send COPY of Invoice to:** | Jennifer Brothers<br>6030 W. Oaks Blvd., Suite 300<br>Rocklin, CA 95765 or (ETS&PSContractInvoicing@pge.com) |
| | For information regarding invoice status, call PG&E's Paid Help Line at (800) 756-PAID (7243) or go to AP Web Reporting site at www.pge.com/actpay.<br><br>*Note: Contractors using PG&E's electronic invoicing system do not need to mail a copy of the invoice to PG&E Accounts Payable. | |

| INTERNAL PG&E USE ONLY | |
|---|---|
| **Distribution Date** | |
| **Distribution of Copies:** | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO     ☐ Contractor (Signed Original Copy) |
| | ☐ Work Supervisor     ☐ Manager |
| | ☐ Invoice Approver     ☐ Supervisor |
| | ☐ V.P.     ☐ Sourcing/ Purchasing |
| | ☐ Director     ☐ Law |

Case: 19-30088    Doc# 4602-13    Filed: 11/07/19    Entered: 11/07/19 19:32:50    Page 3 of 17

DocuSign Envelope ID: C1BB69B7-C8C8-4EFE-AB24-A7586EF3723C



**DRAFT - Inter-connection support - Pilot Data Analysis, 2019**

## California Public Utilities Commission (CPUC) – Electric Rule 21

This Statement of Work ("SOW") outlines the engagement between Pacific Gas and Electric Company ("PG&E" or "Client") and PricewaterhouseCoopers LLP ("PwC" or "Consultant") to perform the services ("Services") described below. The term "Client" in the MSA shall include the entity signing this SOW. This Contract Work Authorization ("CWA") shall be governed by the Master Services Agreement 4400011341 ("MSA") between PwC and PG&E, as amended. Notwithstanding the termination or expiration of the MSA during the Services described in this SOW, this CWA shall remain in full force and effect in accordance with its terms, including the terms and conditions of the MSA which are incorporated herein by reference. Any terms used in this SOW and not otherwise defined will have the same meaning as in the MSA. If there is a conflict between the MSA and the SOW, this SOW shall prevail.

The scope of Services described herein are subject to bankruptcy court approval.

## A. Services to be provided:

The following outlines areas of support to be provided by PwC to PG&E's Electric Distribution Interconnection business units, which will be performed in calendar year 2019.

1. CPUC Rule 21 - Phase 1 Analytics Pilot

   a. Data driven pilot assessment

      i. Based on priorities defined by PG&E's stakeholders, PwC will work collaboratively with PG&E to develop 3 to 5 pilot analytics related to PG&E-defined Electric Rule 21 requirements, which will include executing data driven pilot assessments related to PG&E's administration of the CPUC Electric Rule 21 tariff and PG&E's adherence to certain time-boxed requirements defined by CPUC Electric Rule 21.

      ii. Execute the PG&E-approved analytics on the PG&E current state data-related processes. PwC will document observations and subject matter perspectives for PG&E's consideration regarding opportunities for enhancement to its compliance processes.

Note: An analytic is defined as a repeatable, data-driven query to address a specific PG&E-defined compliance risk or issue. The three (3) to five (5) analytics to be provided to PG&E during this pilot phase will be driven by, but not limited to, the following factors: priorities from PG&E Management, complexity of the compliance risk activities/process, the number of source systems/data sources, and number of data fields to be analyzed.



**DRAFT - Inter-connection support - Pilot Data Analysis, 2019**

PwC will work collaboratively with the PG&E's Generation team members to assist in coordinating walkthroughs, and performing data analysis and other assessment activities. The Services will be performed during the period from April 2019 to December 2019, with emphasized involvement by the PG&E Generation Team during the performance of the initial assessment procedures. PwC will conduct weekly status meetings with PG&E during the emphasized involvement periods, and will work with PG&E to establish biweekly, or as-needed, status meetings during other periods during the term of this SOW.

For the avoidance of doubt, working collaboratively on the Services described herein is intended to encompass PwC working jointly with Client stakeholders in workshops, interviews, and meetings to discuss and provide perspectives, analyze information, facilitate Client's decisions and other determinations, and provide direction to the PwC project team. PwC will facilitate the workshops, interviews and meetings, and share perspectives and feedback for Client's consideration based on our understanding of current industry practices and regulatory expectations. PwC and Client will jointly develop the Deliverables based on Client's comments, input, feedback and direction.

Set forth below is a summary of the activities that will be performed collaboratively by PwC and PG&E, and the related deliverables ("Deliverables") that will be prepared under this SOW. All Deliverables will be non-PwC branded, and will be prepared in draft for PG&E's review and approval prior to use by PG&E.

| **PwC Activities** | **PG&E Activities** | **Non-PwC Branded Deliverables** |
|---|---|---|
| *Data Driven Pilot Assessment* | | |
| • Facilitate working sessions with PG&E management to document key data flows and the systems landscape supporting PG&E's current Electric Rule 21 - Interconnection compliance processes.<br>• Work collaboratively with PG&E stakeholders to identify data to be extracted, and filtering criteria to be applied, by PG&E during its data export activities. | • Identify PG&E management resources who will actively participate in working sessions with PwC to discuss and document PG&E's key data flows and the systems landscape supporting PG&E's current Electric Rule 21 – Interconnection compliance processes.<br>• Extract data and apply filtering criteria to PG&E's Electric Rule 21 compliance data set, and | Draft data assessment documentation, including:<br>• System landscape and key data flow documentation<br>• Data export assessment results report<br>• Business logic for 3 – 5 pilot analytics<br>• Data analytics scripts<br>• Results from the pilot data analytics |

DocuSign Envelope ID: C1BB69B7-C8C8-4EFE-AB24-A7586EF3723C



**DRAFT - Inter-connection support - Pilot Data Analysis, 2019**

| PwC Activities | PG&E Activities | Non-PwC Branded Deliverables |
|---|---|---|
| • Upon receipt of the data export and the associated data export logs from PG&E, compare the data included in the data export with the data included in the export logs, and document the results from the comparison, including the completeness of the population of the exported data.<br>• Work collaboratively with PG&E to prioritize 3 to 5 pilot analytics identified by PG&E related to PG&E's defined Electric Rule 21 requirements to assist PG&E with the assessment of its administration of the CPUC Electric Rule 21 tariff and its adherence to certain time-boxed requirements defined by CPUC Electric Rule 21.<br>• Work collaboratively with PG&E to develop and document business logic required to analyze the data related to the above 3-to-5 pilot analytics prioritized by PG&E.<br>• Design, develop and document data analytics scripts to execute the business logic for the 3-to-5 pilot analytics and produce the results from the pilot data analytics.<br>• Hold workshop with PG&E to discuss and review the draft data analytics scripts and the draft results from the pilot data analytics, and to obtain | provide PwC with the data export and the related data export logs.<br>• Provide Consultant with PG&E's defined Electric Rule 21 requirements.<br>• Identify and prioritize 3-to-5 pilot analytics. PG&E to will review and approve these 3 to 5 pilot analytics.<br>• Work collaboratively with PwC to develop business logic for the pilot data analytics. PG&E to review, provide feedback on, and approve business logic.<br>• Participate in workshops with PwC to review, provide feedback on, and approve the data analytics scripts and results from the pilot data analytics. | |



**DRAFT - Inter-connection support - Pilot Data Analysis, 2019**

| PwC Activities | PG&E Activities | Non-PwC Branded Deliverables |
|---|---|---|
| PG&E's comments and feedback.<br>• Revise the draft data analytics scripts and the draft results from the pilot data analytics based on the PG&E stakeholder comments and feedback. | | |
| *Pilot Assessment Observations* | | |
| • Work collaboratively with PG&E stakeholders to develop a pilot analytics dashboard using the results from the 3-to-5 PG&E-approved pilot analytics.<br>• Utilizing the pilot analytics dashboard, identify and document draft observations and subject matter perspectives for PG&E's consideration regarding opportunities to enhance PG&E's compliance processes.<br>• Document the draft results from the pilot assessment, including a draft observations discussion deck, which will be discussed with PG&E stakeholders during a read-out session.<br>• Conduct a read-out session with PG&E stakeholders to discuss the draft pilot assessment results, including the observations desk, and to obtain comments and | • Work collaboratively with PwC to develop the pilot analytics dashboard. PG&E will review, provide feedback on, and approve the pilot analytics dashboard.<br>• Participate in the read out session to discuss and review the results from the pilot analytics, and to provide comments and feedback on the draft observations deck.<br>• Review, provide feedback on, and approve the draft Deliverables | Draft Pilot Assessment Results, including:<br>• Dashboard documenting the results from the execution of the pilot analytics<br>• Draft observations and subject matter perspectives regarding opportunities to enhance PG&E's compliance processes (Microsoft PowerPoint) |

DocuSign Envelope ID: C1BB69B7-C8C8-4EFE-AB24-A7586EF3723C



**DRAFT - Inter-connection support - Pilot Data Analysis, 2019**

| PwC Activities | PG&E Activities | Non-PwC Branded Deliverables |
|---|---|---|
| feedback from the PG&E stakeholders.<br>• Revise the draft pilot assessment results, including the draft observations deck based on the PG&E stakeholder comments and feedback. | | |

By "advise" or "provide advice," PwC means that it will share its industry experience, subject-matter knowledge and/or knowledge of current industry practices for Client's consideration in addressing Client's objectives and/or PwC will provide subject-matter advice in response to queries from Client management or based upon observations of Client's efforts.

## B.  Proposed Team Leadership Structure

The PwC resources will have the experience with the subject matter and activities contained within this SOW in order to perform the Services.  Where necessary, additional resources may be added to the list below. If, for any reason, PwC needs to replace one of the PwC team members, PwC will work with the PG&E project sponsor to provide a suitable replacement.

| Name | Title |
|---|---|
| Amanda Herron | Partner, Engagement Leader |
| Jon Chevalier | Director, Engagement Manager |
| Sunita Suryanarayan | Partner, Data Analyst |
| Colin Nakagaki | Director, Data Specialist |
| Nicole Lowrie | Senior Associate, Data Analyst |

## C.  Level of effort for services

Consultant's professional fees for this project are based on a range of hours and a blend of resources using the PG&E rate card.  PwC will work with PG&E to refine these estimates based

DocuSign Envelope ID: C1BB69B7-C8C8-4EFE-AB24-A7586EF3723C



**DRAFT - Inter-connection support - Pilot Data Analysis, 2019**

on final staff selected, nature of work, and allocation of internal PG&E resources to the respective project work streams.

| Area | Estimated Effort (hours) | Estimated Fee |
|---|---|---|
| Data-driven pilot assessment (CPUC Objective 1) | 380 | $98,000 |
| **Total** | 380 | $98,000 |

PwC will bill Client for out-of-pocket expenses. Such out-of-pocket expenses include, but are not limited to, travel, meals, accommodations, report printing, and per-ticket charges for booking travel.

In the event of a change in the project timeline, an analysis of the impact to fees will be performed to determine the need for an adjustment to the fee estimate. PwC's fee estimate is based on the current project schedule and access to the information and personnel needed to perform the Services under this SOW. Any significant Client delays in providing access to the project materials, system integrator or information need to perform the Services or any other significant change to the project schedule could impact the overall effort associated with this SOW and PwC's related fees.

**D. Schedule**

PwC will work with PG&E work supervisors to define a schedule that addresses PG&E's planned milestones for 2019.

Set forth below are the estimate start and end dates for the Services and Deliverables to be provided under this SOW:

Estimate SOW Start Date: May 1, 2019

Estimate SOW End Date: June 28, 2019

**E. PG&E Role and Responsibilities**

During the term of this SOW, Consultant will work in collaboration with and at the direction of the designated PG&E Work Supervisor.  The Consultant team will meet with the designated PG&E Work Supervisor, as appropriate, to discuss project status and open issues arising from the Services, Consultant's progress reports and/or reports identified as Deliverables from the Services, Consultant's resource utilization and staffing mix, adherence (or changes) to Deliverables and the project plan, as well as any requests for any scope changes.  PG&E shall



**DRAFT - Inter-connection support - Pilot Data Analysis, 2019**

also provide executive sponsor input and oversight as requested by the PG&E Work Supervisor with input from the Consultant team.

PG&E will be solely responsible for any and all communications required with PG&E's federal and state regulators and/or independent monitor(s) relating to these Services and Deliverables. PwC is not being engaged to interact or meet with third parties, including but not limited to PG&E's regulators and/or independent monitor(s).

## E. Assumptions

- PwC will work with the PG&E Interconnection team members to assist in coordinating walkthroughs and to perform the assessment activities. Services will be performed during the period from March 2019 through May 2019, with emphasized involvement during initial stages of the assessment procedures. PwC will work with PG&E to establish a weekly status meeting with PG&E stakeholders during emphasized involvement periods, and to establish biweekly, or as-needed, status meetings during other periods during the term of this SOW.
- PG&E will maintain full responsibility for administration of the CPUC Rule 21 program and for any materials given to any third parties, including the CPUC and its affiliates. None of the work performed under this SOW will be represented as an assessment or audit performed by PwC; All Deliverables prepared under this SOW will be non-PwC branded and will be used by PG&E solely to assist PG&E with its performance of the activities described in this SOW.
- PG&E will establish a project lead, who will act as a liaison between PG&E and PwC and who will have the mandate and authority to deliver the project.
- PwC will use a combination of on and off-shore resources for the delivery of the Services.
- The proposed timing and completion of the Services are dependent upon the availability of Client staff, timeliness of data requests, timely access to source systems, timely responses to PwC's inquiries, and PG&E's timely provision of information, data and documentation to PwC.
- To facilitate Consultant's work, PG&E agrees to provide Consultant with documentation requested, including PG&E's underlying regulatory requirements of Rule 21 - Interconnection, and access to PG&E personnel in a timely manner.
- PG&E will grant PwC with timely access to PG&E premises and systems to facilitate the performance of the Services.
- Consultant's role is advisory, PG&E is responsible for all management functions and decisions, including establishing and maintaining internal controls, evaluating and accepting the adequacy of the scope of the Services in addressing PG&E's needs and making decisions regarding whether to proceed with recommendations.
- Data analysis pilot assumes 2 to 3 source systems are available with a clear data dictionary, and will be limited to 3-to-5 analytics. PG&E will be responsible for providing the prioritization of the regulatory requirements included with the scope of the pilot analytics. Additional analytics are outside of the scope of this SOW and will be defined in a separate SOW or in an amendment to this SOW.
- PG&E is responsible for the results achieved from using the Services or Deliverables.
- PG&E will designate a competent member of management to oversee the Services.
- Consultant expects that PG&E will provide timely, accurate and complete information, data, documentation, and reasonable assistance, and will perform the Services on that basis.

DocuSign Envelope ID: C1BB69B7-C8C8-4EFE-AB24-A7586EF3723C



**DRAFT - Inter-connection support - Pilot Data Analysis, 2019**

- Consultant will not provide an opinion or attestation in connection with the provision of the Services.

## G. THIRD PARTY INDEMNIFICATION

PG&E shall indemnify and hold PwC harmless from and against any and all third party claims, losses, liabilities, and damages arising from or relating to the Services or Deliverables under this SOW, except to the extent finally determined to have resulted from PwC's gross negligence or intentional misconduct relating to such Services and/or Deliverables.

## H. OTHER ITEMS

The Services performed under this Contract Work Authorization will be performed in accordance with the AICPA's Standards for Consulting Services. Accordingly, PwC will not provide an audit or attest opinion or other form of assurance, and PwC will not verify or audit any information provided to PwC.

Consultant is owned by professionals who hold CPA licenses as well as by professionals who are not licensed CPAs. Depending on the nature of the services we provide, non-CPA owners may be involved in providing services to PG&E now or in the future.

At the onset of the Services, Consultant will prepare a project schedule and work breakdown. This schedule will include Consultant project management activities, Deliverables, and key project interdependencies. The schedule and Deliverables will be subject to the specification and approval of the PG&E Work Supervisor.

If PwC is requested or authorized by PG&E or required by government regulation, regulatory agency, subpoena, or other legal process to produce PwC's Deliverables, working papers or personnel for testimony or interview with respect to services PwC performed for PG&E, PG&E will reimburse PwC for PwC's and its counsels' expenses and professional time incurred in responding to such a request.
PwC is not providing legal advice or legal opinions in this engagement, including determining whether PG&E's policies and programs result in PG&E being "in compliance with" applicable laws, rules and regulations, which is a legal conclusion. PG&E should obtain such advice or opinions from its attorneys.

Code and Script Development and Documentation - Working under Client's direction, and pursuant to the procedures outlined below, PwC will assist Client management with the design and documentation of related code and scripts.

- Attend code and script development meetings with Client and document for Client review the key issues arising in these meetings
- Client will provide PwC with Client's relevant code and script development and documentation standards
- PwC will provide illustrative design concepts and materials to Client for discussion purposes

DocuSign Envelope ID: C1BB69B7-C8C8-4EFE-AB24-A7586EF3723C



**DRAFT - Inter-connection support - Pilot Data Analysis, 2019**

- Upon discussing industry practices and illustrative design concepts, Client will analyze illustrative design concepts and determine/specify the code and script design and development approach to be followed for their business objectives
- Client will approve all conceptual design requirements, development approaches and related documentation
- PwC will provide Client with proposed data specifications based on the agreed upon conceptual code and script development requirements. Client will review and approve the data requirements or supplemental data needs based on its own understanding of code and script design. Client will be responsible for sourcing all data to be used in the code and script development and load processes, reconciling the data to authoritative sources, and affirming the completeness and accuracy of data used in the code and script development process. PwC will perform certain tests on the data to identify missing or anomalous fields and provide Client management with observations on the data. PwC will also provide recommendations on possible data filtering schemes (e.g., segmentation, exclusion of anomalous data). Client will be responsible for incremental cleansing or scrubbing of the data, or providing PwC with business rules to apply to the data, and confirming any filtering logic to be applied to the data
- Where PwC develops code and script, Client will assign a competent resource to work with the PwC team to lead and oversee the development process to facilitate both subsequent testing and acceptance, and transfer of ownership of the code and script. As code and script development or customization requirements arise, PwC will document the questions and management will be responsible for making decisions which will serve to inform the design of additional requirements
- PwC will load the data into the code and script and generate preliminary results. Client will be responsible for reviewing the results for reasonableness as a step in confirming that the code and script is consistent with the business objectives and development specifications. If additional changes to the code and script are required following the business results review, these will be documented and coded into the code and scripts and the process repeated
- Upon completion of the design and development of the code and script, Client will be responsible for performing its own independent testing and acceptance of the code and script, confirming that the code and script has been developed and implemented consistent with the business objectives and that all formulas and functionality are operating as intended
- PwC will develop draft documentation on the code and script for management's review and approval, pursuant to Client documentation standards. Client will review the code and script documentation and provide comments and/or suggested edits. PwC will incorporate management's comments into a revised draft for final review and approval by Client
- Client will designate competent staff to take over ownership of the code and script as well as ongoing code and script maintenance and execution. PwC will provide additional training as necessary, walking through all code, script and documentation with the responsible staff
- Client will confirm in writing its final acceptance of the code and script and documentation
- PwC will have no on-going responsibility for code and script maintenance

DocuSign Envelope ID: C1BB69B7-C8C4-4EFE-AB24-A7586EF3723C


*Pacific Gas and
Electric Company*

# EXHIBIT 1
## Subcontractor and Supplier Utilization Plan Instructions    Pub. 12/05/18

Prime Contractor/Supplier shall provide a signed Subcontractor and Supplier Utilization Plan (Exhibit 1A) prior to the performance of Work with a list of all Subcontractors and Suppliers. In the event of any change in subcontractors or suppliers, Prime Contractor/Supplier shall submit an updated and signed Subcontractor and Supplier Utilization Plan (Exhibit 1A) to PG&E prior to performance of the Work.  Plan must be completed. Respond "N/A" if not applicable. See further instructions below.

**Prime Contractor/Supplier Information:**
Prime Contractor / Suppliers CPUC and Small Business Status

> Indicate "yes" or "no" to indicate whether Prime Contractor / Supplier is CPUC Clearinghouse certified.  If certified please provide the Verification Order Number (VON).

> To find the VON Number, access:

> - CPUC Clearinghouse Database:
>   https://sch.thesupplierclearinghouse.com/frontend/searchcertifieddirectory.asp

> Indicate "yes" or "no" to indicate whether Prime Contractor / Supplier is Small Business certified.  If certified please provide the small business certification number.

> To find out more about Small Business certification, access the following sites:

> - California Department of General Services (DGS):
>   http://www.dgs.ca.gov/pd/Programs/OSDS.aspx
> - U.S. Small Business Administration (SBA):  https://www.sba.gov/contracting/getting-started-contractor/qualifying-small-business

Prime Contractor / Suppliers Estimated Amount to be Paid to All Subcontractors / Suppliers

> Provide the estimated dollar amount to be paid to all subcontractors for the duration of the contract term by the following categories:  a) all subcontractors and suppliers b) small business certified suppliers only and c) CPUC certified businesses only.  The estimated dollar amounts may be reflected in one or more categories.

> If 100 percent of the work will be self-performed by the Prime Contractor/Supplier, indicate "0" for each category.

> Refer to the links above to locate potential CPUC and Small Business-certified subcontractors and suppliers.

1. **Tier Level**
   1.1. For most Services, lower tier subcontractors are not allowed below three sub-tiers.  (Ex: Prime > Subcontractor 1 > Subcontractor 1.1> Subcontractor 1.1.1).

1

Case: 19-30088    Doc# 4602-13    Filed: 11/07/19    Entered: 11/07/19 19:32:50    Page 13 of 17



*Pacific Gas and Electric Company*

# EXHIBIT 1
## Subcontractor and Supplier Utilization Plan Instructions   Pub. 12/05/18

**1.2.** Providers of Restricted Services are limited to second tier and may not subcontract the Work. Restricted Services currently includes Freight Haulers and Vegetation Management; however, this may be expanded to include others in the future. (Ex: Prime > Vegetation Management Subcontractor).

**1.3.** A 3rd-party logistics provider or qualified freight broker may be utilized to directly subcontract the Work to Freight Haulers, however, Freight Haulers may not subcontract the Work to other Freight Haulers. (Ex: Prime > Qualified Freight Broker > Freight Hauler or Prime > Freight Hauler).

**1.4.** Refer to the Allowable Tier Matrix for further detail.

**2. Subcontractors / Suppliers**

**2.1.** Provide the complete name of the Subcontractor or Supplier.  Do not abbreviate - please spell out any acronyms.

**2.2.** Subcontractors (Subs) are contractors that have been retained by a primary contractor, or any subcontractor at lower tiers, to provide services on behalf of PG&E.

**2.2.1.** A - General Engineering Contractor: A contractor whose principal contracting business is in connection with fixed works requiring specialized engineering knowledge and skill.

**2.2.2.** B - General Building Contractor: A contractor whose principal contracting business is in connection with any structure built, being built, or to be built, for the support, shelter, and enclosure.

**2.2.3.** C - Specialty Contractor:  A contractor whose operations as such are the performance of construction work requiring special skill and whose principal contracting business involves the use of specialized building trades or crafts.

**2.2.4.** D - Restricted Services Providers include, but are not limited to, Freight Haulers and Vegetation Management Providers.

**2.3.** Services for which Subcontractors and Suppliers shall be listed on the Exhibit 1A include, but are not limited to:

**2.3.1.** Construction Services: All aspects of: constructing, fabricating, installing, erecting, maintaining, performing integrity digs on, and performing turnaround services on, pipelines, buildings, plants, and facilities of all types. Additionally, subcontractor team members who provide construction, general construction, heavy machinery, and other construction services will be included in this group of services.

**2.3.2.** Industrial Service Vendors (ISV) are typically subcontracted for specializing in specific construction work scope such as hydrotesting and surveying.

**2.3.3.** Professional and Consulting Services: Individuals who provide your company with specialized service, including but not restricted to lawyers, accountants and management consultants. Including, but not limited to environmental and land consultants, human health and risk assessment providers; other select professional services may be included, as needed.

**2.3.4.** Niche Professional or Consulting Service: An organization that specializes or has a forte in a particular industry or field.

**2.3.5.** Local Hire Suppliers: Select subcontractors with specific project geography support in facilitating local and/or union hiring.

2


*Pacific Gas and Electric Company*

# EXHIBIT 1
## Subcontractor and Supplier Utilization Plan Instructions    Pub. 12/05/18

      2.3.6.     Restricted Services: Freight Haulers (FH) are business entities operating commercial vehicle with a Gross Vehicle Weight Rating (GVWR) of 55,000 pounds or greater either for commercial or private use.

**3. Emergency Point of Contact**

    3.1 Please include the best point of contact and phone number for use in the event of an emergency.

**4.  Contractor's License #** and/or **Motor Carrier Permit #**

    **4.1.**   Provide the California Contractor's License Number of each Subcontractor or Supplier (if applicable) along with the type of License or Permit.

    **4.2.**   The MCP (Motor Carrier Permit) is issued to the motor carrier as evidence the carrier has registered their CA# with the DMV, as required by CVC (California Vehicle Code) Section 34620.

    **4.3.**   Provide the Expiration Date of the Subcontractor or Supplier's California Contractor's License or MCP.

    **4.4.**   Subcontractors and Suppliers may have both a California Contractor's License Number and a MCP. If this is the case, please include information for both.

    **4.5.**   Special Permit Requirements:

        **4.5.1.**    Freight Haulers needing Special Permit for transferring atypical extra wide or heavy loads and/or hazardous or flammable materials. Applicable permit retention includes but not limited to below lists.

        **4.5.2.**    Oversized Load - California Transportation Permit - Issued for movement of non-divisible (exceeding applicable length, width, height, or weight limit) loads, not circumventing California Vehicle Code requirements.

        **4.5.3.**    Hazardous Material Load - Federal Motor Carrier Safety Administration (FMCSA) requires motor carriers to obtain a Hazardous Materials Safety Permit (HMSP) prior to transporting certain highly hazardous materials.

        **4.5.4.**    Flammable Load - Every motor carrier who transports the following hazardous materials in California must have a hazardous materials transportation license (California Hazardous Material Transportation License) issued by California Highway Patrol.

**5.  Description of Work to be Performed or Major Materials to be Supplied**

    **5.1.**   Provide a description of the work to be performed or major materials to be supplied by the Subcontractor or Supplier.

**6.  Is excavation to be performed?**

    **6.1.**   Indicate whether the work to be performed by each Subcontractor or Supplier includes excavation by responding "Yes" or "No." Refer to Section 4216 of the California Government Code for the definition of "excavation."

**7.  Gold Shovel Status**

    **7.1.**   Indicate the Gold Shovel Status for each Subcontractor or Supplier by responding as appropriate:

    **7.2.**   "N/A" for Subcontractor or Supplier who will not perform excavation work.

3



# EXHIBIT 1
## Subcontractor and Supplier Utilization Plan Instructions   Pub. 12/05/18

7.3. "Active" for Subcontractor or Supplier with an active Gold Shovel Certification.

7.4. "Inactive" for Subcontractor or Supplier that does not have current Gold Shovel Certification. Attach an explanation to Exhibit 1A indicating when Contractor anticipates Subcontractor or Supplier will obtain Gold Shovel Certification.

7.5. To determine status or to find potential subcontractors, access the following site: http://www.goldshovelstandard.com.

8. **Risk Level**

8.1. Indicate whether each Subcontractor or Supplier will be performing low, medium, or high risk work by responding "Low", "Med", or "High". Refer to PG&E's Contractor Safety Program Contract Requirements at http://www.pge.com/contractorsafety for risk definitions.

9. **ISN ID# and/or PG&E Qualified Vendor #**

9.1. Provide ISNetworld (ISN) Identification Number of each Subcontractor or Supplier performing medium to high risk work.

9.2. Respond "N/A" for any Subcontractor or Supplier performing low risk work.

9.3. Respond "None" if Subcontractor or Supplier has not completed ISN prequalification. Attach an explanation to Exhibit 1A explaining when Contractor anticipates Subcontractor or Supplier prequalification will be complete.

9.4. Subcontractor or Supplier may have both an ISN ID Number and a PG&E Qualified Vendor Number. If company has both, please list ISN ID Number first.

9.5. **ISNetworld Prequalified**

9.5.1. Indicate whether Subcontractor or Supplier performing medium to high risk work is Prequalified in ISN by responding "Yes" or "No." Respond "N/A" for each Subcontractor or Supplier performing low risk work.

9.5.2. To determine prequalification status or to find potential subcontractors, access the following site: https://www.pge.com/en_US/for-our-business-partners/purchasing-program/suppliers/suppliers.page.

10. **Union Signatory**

10.1. Indicate whether Subcontractor or Supplier is signatory to a labor union by responding "Yes" or "No."

11. **Signature / Attestation**

Please sign, date and indicate the revision number certifying that the information provided on this form is true to the best of your knowledge. Note: The information provided may form the basis of a Statement of Record, against which PG&E may conduct an audit or review to ensure compliance.

# Subcontractor and Supplier Utilization Plan

**EXHIBIT 1A**

| Field | Value |
|---|---|
| Prime Contractor/Supplier Name: | PwC |
| Employer Identification # (EIN): | 13-4008324 |
| PG&E Project/Product: | |
| Name of Preparer: | Amanda Herron |
| Preparer E-Mail: | amanda.c.herron@pwc.com |
| Preparer Contact Phone: | |

| Field | Value |
|---|---|
| PG&E Contract # (if any): | |
| Total Bid/Contract Value: | |
| Is Prime Contractor/Supplier CPUC Clearinghouse Certified? | |
| Is Prime Contractor/Supplier a Registered Small Business Certified? Yes / No | |
| Estimated Amount to be Paid to all Subcontractors (Subs) and Suppliers ($): (for the duration of the contract) | |
| Subs and Suppliers: n/a | Small Businesses: n/a | CPUC Certified Businesses: n/a |

| Field | Value |
|---|---|
| Contract Duration From: / To: | |
| Total Amount to be Self Performed: a11 | |
| Yes / No | VON #: n/a |
| Yes / No | Small Business #: no |

| (1) Tier Level | (2) Name of Subcontractors (s) and Supplier (s) | (3) Emergency Point of Contact / Phone # | (4) Contractor's License # / Motor Carrier Permit | | | | (5) Description of Work to be Performed or Major Materials to be Supplied | (6) Is Excavation to be Performed | (7) Gold Shovel Status | (8) Risk Level | (9) ISN ID# and/or PG&E Qualified Vendor # | (10) Union Signatory |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | License/Permit Type | License/Permit # | Expiration Date | Special Permit Required | | | | | | |
| No sub-contractors for this service. | | | | | | | | | | | | |
| No sub-contractors for this service. | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

The information provided on this form may form the basis of a Statement of Record, against which PG&E may conduct an audit or review to ensure compliance.

Indicate All Subcontractor(s) and Supplier(s) of any tier prior to performing Work on designated project. Submit Exhibit 1A to best demonstrate your plan for the indicated services.

In the event of a change in planned Subcontractor(s) or Supplier(s) of any tier, submit a revised Exhibit 1A prior to performing the Work via the method outlined in the contract or work authorization.

Refer to Exhibit 1 for additional instructions on completing this form.

Please include additional sheets as needed.

| (11) Signature | Amanda C. Herron | Date | 4/24/2019 | Rev. #: |
|---|---|---|---|---|

I hereby certify that the information listed is true to the best of my knowledge.