**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1-Q

## Cybersecurity Assessment Services



# Contract Work Authorization (CWA)

This Contract Work Authorization ("CWA") No. C16452 is issued under and pursuant to the Blanket Agreement or Master Service Agreement No. C74 (4400011341) dated January 17, 2017 (the "MSA") between the below-named Contractor ("Contractor"), a Delaware limited liability partnership, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105.  Contractor shall perform all Work under this CWA pursuant to and in accordance with the terms and conditions of the MSA.

| | | |
|---|---|---|
| Contractor's Legal Name: | PRICEWATERHOUSECOOPERS LLP | Total Number of Pages:  13 |
| Contractor's Address: | 300 Madison Avenue<br>New York, NY 10017 | |

**Project Name**: Cybersecurity Organization Assessment

**Job Location**: various

**WORK**:  Contractor shall, at its own risk and expense, perform the Work described in this Contract Work Authorization and furnish all labor, equipment, and materials necessary to complete the Work as summarized below and as more fully described in Attachment 1, Scope of Work.

Contractor shall perform an organizational assessment of the PG&E Chief Security Officer (CSO) organization, Cybersecurity division.

**ATTACHMENTS:  Each of the following documents are attached to this CWA and are incorporated herein by this reference:**
Attachment 1:  Scope of Work, pages 3 through 7          Attachment 2:  Resource Schedule and Budget, page 8
Attachment 3:  Exhibit 1 Instructions, pages 9 through 12      Attachment 4:  Exhibit 1A, page 13

**CWA TERM**:  This CWA is effective upon signature by both parties and expires on December 31, 2019.   Time is of the essence.

**CWA COMPLETION:**  Contractor shall commence performance hereof when directed to do so by PG&E and Work shall be completed by the completion date of December 31, 2019.

**CONSIDERATION:**  As full consideration for satisfactory performance of the Work under this CWA by Contractor, PG&E's total obligation to Contractor shall not exceed the following amount.  This amount is inclusive of all taxes incurred in the performance of the Work.  Any change to this amount shall only be authorized in writing by a PG&E CWA Change Order, fully executed by both PG&E and Contractor.

**TOTAL**: **$980,162.00** fixed fee

PG&E Corporation ("PG&E Corp.") and Pacific Gas and Electric Company (the "Utility," and, together with PG&E Corp., the "Debtors"), are debtors-in-possession in a proceeding pending under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"). The terms and conditions hereunder are subject to any requisite Bankruptcy Court approval.  Nothing herein shall be deemed to constitute an assumption of the MSA and/or any CWA or a waiver or modification of the Debtors' rights to assume, assume and assign, or reject the MSA and/or any CWA pursuant to section 365 of the Bankruptcy Code. The Debtors hereby reserve all rights available to them under such proceedings. Any amounts paid by the Debtors hereunder must be applied to goods and/or services provided to the Debtors on or after January 29, 2019 (the "Petition Date") and shall not be applied to satisfy Claims (as defined in the Bankruptcy Code) arising prior to the Petition Date.

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT WORK AUTHORIZATION.**

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: PRICEWATERHOUSECOOPERS LLP | |
|---|---|---|---|
| Signature | *Rita Manzana*<br>713DC81A100B46B... | Signature | *Brad Bauch*<br>AA7DC6BE4366441... |
| Name | Rita Manzana | Name | Brad Bauch |
| Title | Supervisor, Sourcing | Title | Principal |
| Date | 7/26/2019 | Date | 7/26/2019 |

62-4229 CWA (9/26/18)          Sourcing                                            page 2 of 13



| ADMINISTRATION | | | |
|---|---|---|---|
| **PG&E Negotiator** | Paul Bergmann | **Contractor Representative** | Brad Bauch |
| **Phone** | 415-973-9693 | **Phone** | 713-356-4536 |
| **Email** | p1bi@pge.com | **Email** | brad.bauch@pwc.com |

| | |
|---|---|
| **Accounting Reference** | |
| **PG&E Work Supervisor:** | Laurie Giammona **Phone:** 415973-3120 |

| **INVOICE INSTRUCTIONS:** As described in more detail in the Invoicing section of the Terms and Conditions, Contractor shall send invoices for each payment when due, showing the Purchase Order Number (starts with "27" or "35") and the Line Item number, if applicable. | The default submission system for invoices to PACIFIC GAS AND ELECTRIC COMPANY should be through the Taulia electronic invoicing portal, which also provides real-time invoice payment status. |
|---|---|
| | In rare cases that it is infeasible for a supplier to use this system, please send paper invoices to the address below. Invoice payment status for paper invoices can be accessed through the automated PG&E Paid Help Line at (800) 756-PAID (7243) or by emailing APPaidline@pge.com |
| | **Send ORIGINAL Invoice to:** PG&E Accounts Payable* PO Box 7760 San Francisco, CA 94120-7760 |
| | **Send COPY of Invoice to:** Maritess Fernandez **email:** MVF2@pge.com |

| INTERNAL PG&E USE ONLY | | |
|---|---|---|
| **Distribution Date** | | |
| **Distribution of Copies:** | ☐ ARIBA Contracts ("CXXXX" series): Buyer uploads an executed copy in Ariba. | ☐ Contractor (Signed Original Copy) |
| | ☐ Work Supervisor | ☐ Manager |
| | ☐ Invoice Approver | ☐ Supervisor |
| | ☐ V.P. | ☐ Sourcing/ Purchasing |
| | ☐ Director | ☐ Law |

Case: 19-30088   Doc# 4602-18   Filed: 11/07/19   Entered: 11/07/19 19:32:50   Page 3 of 14

**PricewaterhouseCoopers LLP**
**Scope of Work**
**Security Organizational Assessment** *June 27, 2019*

This Scope of Work (SOW) outlines the engagement between Pacific Gas and Electric Company ("PG&E" or "client") with PricewaterhouseCoopers LLP to perform the services described below.

The governing MSA for this work is Contract No. C74 (formerly 4400011341) and supersedes all other oral and written representation, understandings, or agreements relating to the subject matter hereof.

**1. Scope of Work**

PG&E is engaging Contractor to provide the following professional services (the "Services"):

Working collaboratively with the PG&E Senior Vice President and Chief Customer Officer (CCO) or other PG&E executive designees (the "Leadership"), Contractor will perform an organizational assessment of the PG&E Chief Security Officer (CSO) organization. Contractor will work collaboratively with Leadership and key internal stakeholders to understand the existing reporting structure, governance, execution, and management of the CSO organization and make tactical and strategic recommendations for improvement. Specifically, Contractor will:

**Tactical Recommendations**
- Through discussions with Leadership and the CSO and review of program documentation, obtain a preliminary understanding of the cybersecurity department of the CSO organization's current-state
- Via interviews and/or workshops, obtain an understanding of immediate organizational, staffing or delivery expectations of key Client cybersecurity stakeholders, including IT as relating to the cybersecurity department of the CSO organization
- Identify organizational, staffing, and delivery issues, challenges, and potential gaps based on observations, workshops, interviews, PwC experience and PwC's knowledge of leading practices
- Recommend short-term organizational options to address gaps identified, above
- Recommend options and approaches to track and report progress of short-term gap organizational remediation in conjunction with existing organizational activities
- Facilitate discussions with PG&E cybersecurity team and Client cybersecurity stakeholders to socialize short-term organizational remediation opportunities and existing organizational activities

**Strategic Recommendations**
- Understand overall PG&E security strategies and security program objectives for purposes of assessing organizational structure implications

- Understand the key roles and responsibilities of the Corporate Security and Cybersecurity teams within the CSO organization
- Perform interviews and/or facilitate workshops with key business stakeholders to understand key business strategy and industry drivers and identify relevant industry leading organizational practices and frameworks applicable to the PG&E environment
- Identify key cyber and physical security capability needs and any existing PG&E identified skill gaps
- Identify relevant current or planned initiatives and projects in PG&E's existing security roadmap(s)
- Develop preliminary organizational, governance, and operating model recommendations based on observations, discussions and understanding developed
- Facilitate socialization of preliminary organizational recommendations with Leadership and other key stakeholders and solicit input regarding relative prioritization
- Facilitate prioritization of organizational recommendations based on PG&E's input

**Ongoing Support Activities**
- Facilitate discussions with PG&E CSO organization, PG&E Business Units and Client physical and cybersecurity stakeholders and make additional recommendations, based on observations, as organizational remediation activities are implemented
- Assist Leadership in preparation of briefing materials for executive leadership, Board of Directors or other internal stakeholders, at Leadership request, on key organizational recommendations and initiatives to implement recommendations
- Obtain and incorporate feedback from Leadership on deliverable format and draft deliverable content
- Report status of ongoing activities to Leadership on a weekly basis

**2.    Deliverables by Contractor**

All deliverables will be branded as PG&E's and not Contractor and will include:

- Monthly Report on Organizational Assessment Findings and Recommendations:
  - Summarization of procedures performed including a list of interviews, documents reviewed, analysis performed, and, where applicable, status of initiatives implemented as a result of PwC recommendations
- Final Report on Findings and Recommendations:
  - Recommendations for enhancements to PG&E's Security organizational capabilities in the five following areas:
    - Organizational Structure / People
    - Resource Allocation
    - Capability Management
    - Risk/Issue Management
    - Commitments and Engagement
  - Summarization of our procedures performed including a list of interviews, documents reviewed, and analysis performed

      ○   Roadmap for Implementation of Recommendations including prioritization based on PG&E input

"Deliverables" also includes any oral advice we may provide.

We may prepare some Deliverables in conjunction with you that will be intended to be treated solely as PG&E's own, and will not be represented as having been prepared by Contractor.

## 1.    Anticipated Timeframe

The timeline for delivery of services under this SOW is six (6) months from July 8, 2019 to December 31, 2019.

## 2.    Project Staffing

Contractor resources assigned to this SOW are as follows:

| Name | Role | Billing Title / Title Equivalent |
|------|------|----------------------------------|
| Brad Bauch | Engagement Leader | Partner / Principal |
| Matthew Wilson | Utility Industry Subject Matter Specialist | Partner / Principal |
| Ryan Knisley | Physical Security Subject Matter Specialist | Partner / Principal |
| Scott Gicking* | CyberSecurity Subject Matter Specialist | Partner / Principal |
| TBD | Cyber / Physical Security Senior Analyst | Manager |
| TBD | Cyber / Physical Security Analyst | Senior Consultant |

\* This individual will be staffed on premise at PG&E's site Monday through Thursday for the duration of the engagement, and will work a reasonable work week subject to Contractor's vacation and holiday policies.

## 3.    Project Assumptions and Dependencies

The Services and delivery schedule for this project are based upon the assumptions, representations or information supplied by PG&E set forth below ("Assumptions"). In the event these assumptions materially change during the project, there may be an impact to the scope, schedule or duration of the Services that Contractor will request through a change order or amendment. Any change order, additional work, expense or cost shall not be authorized

without the prior written approval of PG&E and Contractor. Contractor and PG&E understand that PG&E will be responsible for providing the following:

- Facilitator to streamline internal PG&E needs relating to project execution (i.e. access to data sources, LAN ID approval, PG&E computer access, etc.);
- Provide a working environment for up to three (3) Contractor personnel for use during onsite work. This includes, but is not limited to, building and facility access, office space, email access, and network connectivity to the PG&E network subject to PG&E security provisions.

## 4.    Contractor Responsibilities

Contractor will perform the Services in accordance with the Standards for Consulting Services established by the American Institute of Certified Public Accountants. Accordingly, it will not provide an audit or attest opinion or other form of assurance, and will not verify or audit any information provided to it.

## 5.    PG&E Responsibilities

PG&E is responsible for all management functions and decisions relating to acceptance of the Services, including evaluating and accepting the adequacy of the scope of the Services in addressing PG&E's needs. PG&E is also responsible for the results achieved from using the Services or deliverables. PG&E will designate a competent member of its management to oversee the Services. It is PG&E's responsibility to establish and maintain its internal controls. PG&E will provide accurate and complete information and reasonable assistance, and Contractor will perform the engagement on that basis.

## 6.    Fees and Resourcing

Contractor's professional fee for the scope of work described above will not exceed $867,400. We will also bill you for our reasonable out-of-pocket expenses, any applicable sales, use or value added tax, and our internal per ticket charges for booking travel, not to exceed 13% of professional fees. Total fees plus expense will not exceed $980,162.

Fees for services will be invoiced on a monthly fixed fee basis in accordance with the following schedule:

| Month | Fee Amount |
|---|---|
| July | $98,000 |
| August | $205,200 |
| September | $238,000 |
| October | $156,000 |
| November | $93,400 |
| December | $76,800 |

Invoices are due per MSA terms.

Any additional work outside of the scope outlined within this SOW will be performed at mutually agreed upon rates, via the standard Change Order Process which shall not be authorized without the prior written approval of PG&E and Contractor.

End of Scope of Work

## Resource Schedule and Project Budget (Sample Template)

### Resource Schedule:

| | | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Billable Days** | | 22 | 20 | 22 | 21 | 22 | 21 | 17 | 22 | 20 | 23 | 18 | 20 | |
| **Resource Title/Name*** | **Utilization** | | | | | | | | | | | | | |
| Brad Bauch, Principal | 4% | | | | | | | 12 | 12 | 12 | 15 | 12 | 9 | 72 |
| Matt Wilson, Principal | 13% | | | | | | | 40 | 40 | 40 | 50 | 40 | 30 | 240 |
| Ryan Knisley, Principal | 42% | | | | | | | 120 | 136 | 136 | 152 | 112 | 96 | 752 |
| Scott Gicking, Sr. Director (Principal) | 5% | | | | | | | | 36 | 48 | 12 | 0 | | 96 |
| TBD Manager | 18% | | | | | | | | 120 | 160 | 40 | | | 320 |
| TBD Consultant | 18% | | | | | | | | 120 | 160 | 40 | | | 320 |
| | | | | | | | | | | | | | | |
| Project Total | 100% | | | | | | | | | | | | | |
| | | 0 | 0 | 0 | 0 | 0 | 0 | 172 | 464 | 556 | 309 | 164 | 135 | 1800 |
| **Full time equivalents (FTE's)** | | 0 | 0 | 0 | 0 | 0 | 0 | 1.075 | 2.9 | 3.475 | 1.93125 | 1.025 | 0.84375 | |

*Indicate if subcontractor

### Project Budget:

**Total Project Budget**

| | | | | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Resource Title/Name*** | **% of Cost** | **MSA Rate** | **Adj Rate** | | | | | | | | | | | | | |
| Brad Bauch, Principal | 4% | $ 599 | $ 569 | | | | | | | $ 6,828 | $ 6,828 | $ 6,828 | $ 8,535 | $ 6,828 | $ 5,121 | $ 40,968 |
| Matt Wilson, Principal | 14% | $ 599 | $ 569 | | | | | | | $ 22,760 | $ 22,760 | $ 22,760 | $ 28,450 | $ 22,760 | $ 17,070 | $ 136,560 |
| Ryan Knisley, Principal | 44% | $ 599 | $ 569 | | | | | | | $ 68,280 | $ 77,384 | $ 77,384 | $ 86,488 | $ 63,728 | $ 54,624 | $ 427,888 |
| Scott Gicking, Sr. Director (Principal) | 6% | $ 599 | $ 569 | | | | | | | $ - | $ 20,484 | $ 27,312 | $ 6,828 | $ - | $ - | $ 54,624 |
| TBD Manager | 12% | $ 392 | $ 372 | | | | | | | $ - | $ 44,640 | $ 59,520 | $ 14,880 | $ - | $ - | $ 119,040 |
| TBD Consultant | 9% | $ 291 | $ 276 | | | | | | | $ - | $ 33,120 | $ 44,160 | $ 11,040 | $ - | $ - | $ 88,320 |
| | | | | | | | | | | | | | | | | |
| Expenses (if applicable) | | | | | | | | | | | | | | | | $ 112,762 |
| **Project Total** | | | | | | | | | | $ 97,868 | $205,216 | $237,964 | $156,221 | $ 93,316 | $ 76,815 | **$ 980,162** |


**Pacific Gas and Electric Company**

# EXHIBIT 1
## Subcontractor and Supplier Utilization Plan Instructions    Pub. 12/05/18

Prime Contractor/Supplier shall provide a signed Subcontractor and Supplier Utilization Plan (Exhibit 1A) prior to the performance of Work with a list of all Subcontractors and Suppliers. In the event of any change in subcontractors or suppliers, Prime Contractor/Supplier shall submit an updated and signed Subcontractor and Supplier Utilization Plan (Exhibit 1A) to PG&E prior to performance of the Work.  Plan must be completed. Respond "N/A" if not applicable. See further instructions below.

**Prime Contractor/Supplier Information:**
Prime Contractor / Suppliers CPUC and Small Business Status

Indicate "yes" or "no" to indicate whether Prime Contractor / Supplier is CPUC Clearinghouse certified.  If certified please provide the Verification Order Number (VON).

To find the VON Number, access:

- CPUC Clearinghouse Database:
  https://sch.thesupplierclearinghouse.com/frontend/searchcertifieddirectory.asp

Indicate "yes" or "no" to indicate whether Prime Contractor / Supplier is Small Business certified.  If certified please provide the small business certification number.

To find out more about Small Business certification, access the following sites:

- California Department of General Services (DGS):
  http://www.dgs.ca.gov/pd/Programs/OSDS.aspx
- U.S. Small Business Administration (SBA):  https://www.sba.gov/contracting/getting-started-contractor/qualifying-small-business

Prime Contractor / Suppliers Estimated Amount to be Paid to All Subcontractors / Suppliers

Provide the estimated dollar amount to be paid to all subcontractors for the duration of the contract term by the following categories:  a) all subcontractors and suppliers b) small business certified suppliers only and c) CPUC certified businesses only.  The estimated dollar amounts may be reflected in one or more categories.

If 100 percent of the work will be self-performed by the Prime Contractor/Supplier, indicate "0" for each category.

Refer to the links above to locate potential CPUC and Small Business-certified subcontractors and suppliers.

1. **Tier Level**
   1.1.  For most Services, lower tier subcontractors are not allowed below three sub-tiers.  (Ex: Prime > Subcontractor 1 > Subcontractor 1.1> Subcontractor 1.1.1).

Case: 19-30088    Doc# 4602-18    Filed: 11/07/19    Entered: 11/07/19 19:32:50    Page Page 3
10 of 14



# EXHIBIT 1
# Subcontractor and Supplier Utilization Plan Instructions  Pub. 12/05/18

**1.2.** Providers of Restricted Services are limited to second tier and may not subcontract the Work. Restricted Services currently includes Freight Haulers and Vegetation Management; however, this may be expanded to include others in the future. (Ex: Prime > Vegetation Management Subcontractor).

**1.3.** A 3rd-party logistics provider or qualified freight broker may be utilized to directly subcontract the Work to Freight Haulers, however, Freight Haulers may not subcontract the Work to other Freight Haulers. (Ex: Prime > Qualified Freight Broker > Freight Hauler or Prime > Freight Hauler).

**1.4.** Refer to the Allowable Tier Matrix for further detail.

**2. Subcontractors / Suppliers**

**2.1.** Provide the complete name of the Subcontractor or Supplier. Do not abbreviate - please spell out any acronyms.

**2.2.** Subcontractors (Subs) are contractors that have been retained by a primary contractor, or any subcontractor at lower tiers, to provide services on behalf of PG&E.

    **2.2.1.** A - General Engineering Contractor: A contractor whose principal contracting business is in connection with fixed works requiring specialized engineering knowledge and skill.

    **2.2.2.** B - General Building Contractor: A contractor whose principal contracting business is in connection with any structure built, being built, or to be built, for the support, shelter, and enclosure.

    **2.2.3.** C - Specialty Contractor: A contractor whose operations as such are the performance of construction work requiring special skill and whose principal contracting business involves the use of specialized building trades or crafts.

    **2.2.4.** D - Restricted Services Providers include, but are not limited to, Freight Haulers and Vegetation Management Providers.

**2.3.** Services for which Subcontractors and Suppliers shall be listed on the Exhibit 1A include, but are not limited to:

    **2.3.1.** Construction Services: All aspects of: constructing, fabricating, installing, erecting, maintaining, performing integrity digs on, and performing turnaround services on, pipelines, buildings, plants, and facilities of all types. Additionally, subcontractor team members who provide construction, general construction, heavy machinery, and other construction services will be included in this group of services.

    **2.3.2.** Industrial Service Vendors (ISV) are typically subcontracted for specializing in specific construction work scope such as hydrotesting and surveying.

    **2.3.3.** Professional and Consulting Services: Individuals who provide your company with specialized service, including but not restricted to lawyers, accountants and management consultants. Including, but not limited to environmental and land consultants, human health and risk assessment providers; other select professional services may be included, as needed.

    **2.3.4.** Niche Professional or Consulting Service: An organization that specializes or has a forte in a particular industry or field.

    **2.3.5.** Local Hire Suppliers: Select subcontractors with specific project geography support in facilitating local and/or union hiring.

DocuSign Envelope ID: 537EE8EC-F2D0-48E6-8564-4F5CEBCCB60A



**Pacific Gas and Electric Company**

# EXHIBIT 1
## Subcontractor and Supplier Utilization Plan Instructions    Pub. 12/05/18

      **2.3.6.**     Restricted Services: Freight Haulers (FH) are business entities operating commercial vehicle with a Gross Vehicle Weight Rating (GVWR) of 55,000 pounds or greater either for commercial or private use.

## 3. Emergency Point of Contact

3.1 Please include the best point of contact and phone number for use in the event of an emergency.

## 4. Contractor's License # and/or Motor Carrier Permit #
**4.1.** Provide the California Contractor's License Number of each Subcontractor or Supplier (if applicable) along with the type of License or Permit.

**4.2.** The MCP (Motor Carrier Permit) is issued to the motor carrier as evidence the carrier has registered their CA# with the DMV, as required by CVC (California Vehicle Code) Section 34620.

**4.3.** Provide the Expiration Date of the Subcontractor or Supplier's California Contractor's License or MCP.

**4.4.** Subcontractors and Suppliers may have both a California Contractor's License Number and a MCP. If this is the case, please include information for both.

**4.5.** Special Permit Requirements:

      **4.5.1.**     Freight Haulers needing Special Permit for transferring atypical extra wide or heavy loads and/or hazardous or flammable materials. Applicable permit retention includes but not limited to below lists.

      **4.5.2.**     Oversized Load - California Transportation Permit - Issued for movement of non-divisible (exceeding applicable length, width, height, or weight limit) loads, not circumventing California Vehicle Code requirements.

      **4.5.3.**     Hazardous Material Load - Federal Motor Carrier Safety Administration (FMCSA) requires motor carriers to obtain a Hazardous Materials Safety Permit (HMSP) prior to transporting certain highly hazardous materials.

      **4.5.4.**     Flammable Load - Every motor carrier who transports the following hazardous materials in California must have a hazardous materials transportation license (California Hazardous Material Transportation License) issued by California Highway Patrol.

## 5. Description of Work to be Performed or Major Materials to be Supplied
**5.1.** Provide a description of the work to be performed or major materials to be supplied by the Subcontractor or Supplier.

## 6. Is excavation to be performed?
**6.1.** Indicate whether the work to be performed by each Subcontractor or Supplier includes excavation by responding "Yes" or "No."  Refer to  [Section 4216 of the California Government Code](#) for the definition of "excavation."

## 7. Gold Shovel Status
**7.1.** Indicate the Gold Shovel Status for each Subcontractor or Supplier by responding as appropriate:

**7.2.** "N/A" for Subcontractor or Supplier who will not perform excavation work.

Case: 19-30088   Doc# 4602-18   Filed: 11/07/19   Entered: 11/07/19 19:32:50   Page Page 3
12 of 14

CWA No C16452



**Pacific Gas and
Electric Company**

# EXHIBIT 1
## Subcontractor and Supplier Utilization Plan Instructions  Pub. 12/05/18

**7.3.** "Active" for Subcontractor or Supplier with an active Gold Shovel Certification.

**7.4.** "Inactive" for Subcontractor or Supplier that does not have current Gold Shovel Certification. Attach an explanation to Exhibit 1A indicating when Contractor anticipates Subcontractor or Supplier will obtain Gold Shovel Certification.

**7.5.** To determine status or to find potential subcontractors, access the following site: http://www.goldshovelstandard.com.

**8. Risk Level**

**8.1.** Indicate whether each Subcontractor or Supplier will be performing low, medium, or high risk work by responding "Low", "Med", or "High". Refer to PG&E's Contractor Safety Program Contract Requirements at http://www.pge.com/contractorsafety for risk definitions.

**9. ISN ID# and/or PG&E Qualified Vendor #**

**9.1.** Provide ISNetworld (ISN) Identification Number of each Subcontractor or Supplier performing medium to high risk work.

**9.2.** Respond "N/A" for any Subcontractor or Supplier performing low risk work.

**9.3.** Respond "None" if Subcontractor or Supplier has not completed ISN prequalification. Attach an explanation to Exhibit 1A explaining when Contractor anticipates Subcontractor or Supplier prequalification will be complete.

**9.4.** Subcontractor or Supplier may have both an ISN ID Number and a PG&E Qualified Vendor Number. If company has both, please list ISN ID Number first.

**9.5. ISNetworld Prequalified**

**9.5.1.** Indicate whether Subcontractor or Supplier performing medium to high risk work is Prequalified in ISN by responding "Yes" or "No." Respond "N/A" for each Subcontractor or Supplier performing low risk work.

**9.5.2.** To determine prequalification status or to find potential subcontractors, access the following site: https://www.pge.com/en_US/for-our-business-partners/purchasing-program/suppliers/suppliers.page.

**10. Union Signatory**

**10.1.** Indicate whether Subcontractor or Supplier is signatory to a labor union by responding "Yes" or "No."

**11. Signature / Attestation**

Please sign, date and indicate the revision number certifying that the information provided on this form is true to the best of your knowledge. Note: The information provided may form the basis of a Statement of Record, against which PG&E may conduct an audit or review to ensure compliance.



DocuSign Envelope ID: 537EE8EC-F2D0-48E6-8564-4F5CEBCCB60A

# Subcontractor and Supplier Utilization Plan

**EXHIBIT 1A**

| | | | |
|---|---|---|---|
| **Prime Contractor/Supplier Name:** PricewaterhouseCoopers LLP | **PG&E Contract # (if any):** | **Contract Duration** From: | To: |
| **Employer Identification # (EIN):** | **Total Bid/Contract Value:** | **Total Amount to be Self Performed:** | |
| **PG&E Project/Product:** | **Is Prime Contractor/Supplier CPUC Clearinghouse Certified?** Yes No VON #: | | |
| **Name of Preparer:** | **Is Prime Contractor/Supplier a Registered Small Business Certified?** Yes No Small Business #: | | |
| **Preparer E-Mail:** | **Estimated Amount to be Paid to all Subcontractors (Subs) and Suppliers ($):** (for the duration of the contract) | | |
| **Preparer Contact Phone:** | **Subs and Suppliers: Small Businesses: CPUC Certified Businesses:** | | |

| (1) Tier Level | (2) Name of Subcontractors (s) and Supplier (s) | (3) Emergency Point of Contact / Phone # | (4) Contractor's License # / Motor Carrier Permit | | | | (5) Description of Work to be Performed or Major Materials to be Supplied | (6) Is Excavation to be Performed | (7) Gold Shovel Status | (8) Risk Level | (9) ISN ID# and/or PG&E Qualified Vendor # | (10) Union Signatory |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | License/Permit Type | License/Permit # | Expiration Date | Special Permit Required | | | | | | |
| | N/A | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

The information provided on this form may form the basis of a Statement of Record, against which PG&E may conduct an audit or review to ensure compliance.

Indicate All Subcontractor(s) and Supplier(s) of any tier prior to performing Work on designated project. Submit Exhibit 1A to best demonstrate your plan for the indicated services.

In the event of a change in planned Subcontractor(s) or Supplier(s) of any tier, submit a revised Exhibit 1A prior to performing the Work via the method outlined in the contract or work authorization.

Refer to Exhibit 1 for additional instructions on completing this form.

Please include additional sheets as needed.

| (11) Signature | | Date | 7/26/2019 | Rev. #: |
|---|---|---|---|---|
| I hereby certify that the information listed is true to the best of my knowledge. | | | | |

DocuSigned by:

Case: 19-30088   Doc# 4602-18   Filed: 11/07/19   Entered: 11/07/19 19:32:50   Page
14 of 14