# EXHIBIT 1-S

## Metric Stream Implementation Services

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119



# Contract Work Authorization

## MetricStream Implementation Support
## PricewaterhouseCoopers LLP

This Contract Work Authorization (CWA) outlines the engagement between Pacific Gas and Electric Company ("PG&E" or "Client") and PricewaterhouseCoopers LLP ("PwC" or "Consultant") to perform the services described below.

The governing MSA for this work is Master Services Agreement 4400011341 executed on January 17, 2017 and supersedes all other oral and written representation, understandings or agreements related to the subject matter hereof.

**Overview**

PG&E is in the process of implementing a Governance Risk and Compliance (GRC) software platform (MetricStream). PG&E requires PwC support in the following areas:

(1) GRC Procedures and Job Aids

(2) GRC Training Materials,

(3) PG&E specific MetricStream User Guides

PG&E will request assistance from PwC in any of these 3 potential support areas on a fixed fee basis within the budget established through this Statement of Work. If requested services exceed the established budget of this Statement of Work, a mutually agreed Change Order will be created to cover the additional services.

a. Background

   PG&E is implementing the MetricStream Governance Risk and Compliance solution. As the implementation of MetricStream continues, PG&E anticipates a need for procedures, job aids, training materials and user guides in order to complete the MetricStream initiatives.

b. Scope

   The scope of services that PwC will provide upon request by PG&E include working collaboratively with PG&E to develop the following:

   (1) GRC Procedures and Job Aids based on a schedule to be provided by PG&E.

   (2) GRC Training Materials (Procedure/Job Aids):

   (3) PG&E specific MetricStream User Guides:

Working collaboratively on the Services is intended to encompass PwC working jointly with Client stakeholders in workshops, interviews, and meetings to discuss and provide perspectives, analyze information, facilitate Client's decisions and other determinations, and provide direction to the PwC project team. PwC will facilitate the workshops, interviews and meetings, and share perspectives and feedback for Client's consideration based on our understanding of current industry practices. PwC and Client will jointly develop the Deliverables based on Client's comments, input, feedback and direction.



This scope includes 37 documents consisting of: Job Aids, Procedures and User Guides of varying sizes estimated as summarized below:

| Doc LOE Estimate | Count | Cost/Doc | Cost*Count |
|---|---|---|---|
| Medium | 16 | 1400 | 22,400 |
| Large | 15 | 2800 | 42,000 |
| Extra Large | 5 | 4200 | 21,000 |
| Extra X Large | 1 | 9600 | 9,600 |
|  | 37 |  | 95,000 |

See Appendix A for an illustrative schedule of the documents that may be developed.

c. **Deliverables, Milestones and Acceptance**

PwC will provide Client with tangible non-PwC branded written material specifically prepared for and delivered to you under this SOW ("Deliverables") in draft for Client review, approval and finalization including the following:

- Draft GRC Procedures and Job Aids
- Draft GRC Training Materials
- Draft PG&E specific MetricStream User Guides

Deliverables and/or support documentation will be prepared in conjunction with PG&E and will be treated solely as PG&E's own property. PG&E will review such deliverables, revise them as deemed appropriate, and approve them prior to PG&E's use.

Any scope changes to deliverables will be discussed and prioritized with the designated PG&E Work Supervisor lead as needed.

d. **Anticipated Timeframe, Project Schedule**

The anticipated timeframe will begin October 21, 2019 and continue for approximately 13 weeks ending on or before December 20, 2019.

**Key Assumptions**

- This project will be conducted with PG&E's active participation. PwC will work closely with the designated PG&E Work Supervisor lead and expects to transition the PwC activities to designated internal resources through the anticipated period of performance of this CWA.

- Any scope changes to deliverables will be discussed and prioritized with the designated PG&E Work Supervisor lead as needed.

- PwC shall not be obligated to add to, modify, or otherwise change this statement of work unless such Scope Changes are mutually agreed to between PwC, PG&E and impacted project parties.

- PwC has provided Client with estimated levels of effort based on the requirements provided by Client as set out in Appendix A. In the event that there are mutually-agreed changes to the illustrative Deliverables in Appendix A that do not impact the overall effort required, the parties may agree that no Change Order is required to this SoW.

- In the event that PG&E proposes a Scope Change that impacts the level of effort or is inconsistent with the scope set out in b) above, PwC and PG&E, in good faith, will discuss and document the

6



recommended changes at their earliest opportunity. If such Scope Change is agreed to by PwC, the Parties will generate and execute a mutually agreed-to CWA Change Order in compliance with PG&E Sourcing policies, forms, and processes. A CWA Change Order will outline the specific Scope Changes, including cost and scheduling impacts due to the Scope Change.

- PwC will perform the Services in accordance with the Standards for Consulting Services established by the American Institute of Certified Public Accountants. Accordingly, we will not provide an audit, accounting or attest opinion and we will not verify or audit any of the information provided to us.

- The parties agree that PwC does not require to perform the Services any information from which an individual or individual's identity can be ascertained either from the information itself or by combining the information with information from other sources, including names, phone numbers, addresses, social security numbers, driver's license numbers, government-issued identification numbers, and payment card or other financial account numbers; excluding business card information. Client shall not provide such information to PwC in connection with its obligations under this engagement letter.

- PG&E shall indemnify and hold PwC harmless from and against any and all third party claims, losses, liabilities and damages arising from or relating to the Services or Deliverables under this CWA, except to the extent finally determined to have resulted from PwC's gross negligence or intentional misconduct relating to such Services and/or Deliverables.

- Client will be solely responsible for any and all communications required with Client's federal and state banking regulators and/or independent monitor(s) relating to these Services and Deliverables. PwC is not being engaged to interact or meet with third parties, including but not limited to Client's regulators and/or independent monitor(s).

**Team/Resource Description**

The key PwC team members and roles are described below:

- Dhiraj Malhotra, Partner, will provide project oversight and guidance, help ensure that the right PwC resources are available, and provide strategic advice and recommendations to PG&E.

- PwC will provide additional team members and SMEs as needed to provide the listed services above when requested by PG&E

Resource Schedule

| Resource Title | Resource |
|---|---|
| Partner | Dhiraj Malhotra |
| Director | Steve Manocchio |
| Sr. Manager | Paul Carlson |
| Associate | Srini Chadrasekaran |
| Associate | Junior Sainval |

6



The execution of this CWA serves as Client approval in terms of S3.0 of the MSA, for the use of PwC subcontractors to perform the Services.

**PG&E Role and Responsibilities**

During the term of this project, PwC will work in collaboration and at the direction of the designated PG&E Work Supervisor. The PwC Team will meet with the designated PG&E Work Supervisor as appropriate to discuss status and open issues arising from the Services, PwC's progress reports and/or reports identified as deliverables in this project, PwC's resource utilization and staffing mix, adherence (or changes) to, PMP, deliverables and project plan, as well as any requests for scope changes. PG&E shall also provide executive sponsor input and oversight as requested by the PG&E Work Supervisor with input from the PwC Team.

**Professional Fees and Expenses**

- PwC's fees for this will be billed on a fixed fee basis dependent on the deliverables requiring professionals to complete documentation and deliverables requested by PG&E.
- Estimated fees requested for the scope of work described will be $95,000
- The estimated fees are based on a schedule of documents or deliverables included in this contract – estimates have been made document count and estimated level of effort; M, L, XL, XXL. (Reference – 'Overview' item 'b')
- PwC will also bill PG&E for reasonable out-of-pocket expenses any applicable sales, use or value added tax, and our internal per ticket charges for booking travel. Expenses shall not exceed $5,000; unless otherwise agreed to by PwC and PG&E.
- Unless terminated earlier by PG&E, these services are estimated to be completed by December 20, 2019.

**PG&E and Consultant Work Supervisor Name, Number, and Email Address**

PG&E Work Supervisor:

Jennifer Andrews, 415-973-2537, Jennifer.andrews@pge.com

**Work Location(s)**

This project will be conducted out of PG&E's Corporate Headquarters in San Francisco, CA and PWC facilities.

**Other Items**

PwC is owned by professionals who hold CPA licenses as well as by professionals who are not licensed CPAs. Depending on the nature of the services we provide, non-CPA owners may be involved in providing services to you now or in the future.

At the onset of this project, PwC will prepare a project schedule and work breakdown. This schedule will include all PwC project management activities, deliverables, and key interdependencies. The schedule and deliverables will be subject to the specification and approval of the PG&E Work Supervisor.

The Parties, By Signature of their authorized representatives, hereby agree to the terms of this contract.



| Pacific Gas and Electric Company | | Contractor: PricewaterhouseCoopers, LLP | |
|---|---|---|---|
| Signature | *[signature]* | Signature | *[signature]* |
| Name | Cliff Gleicher | Name | Dhiraj Malhotra |
| Title | Senior Director | Title | Principal Partner |
| Date |  | Date | 10/14/19 |



Appendix A:

| Document Type | Document Title | LOE |
|---|---|---|
| Procedure | MetricStream GRC Libraries Bulk Upload | M |
| Procedure | Att. 1 Policy Document Management System Bulk Upload Fields | M |
| Procedure | Att. 2 Standard Bulk Upload Fields | M |
| Procedure | Att. 3 Control Bulk Upload Fields | M |
| Procedure | Att. 4 Area of Compliance Bulk Upload Fields | M |
| Procedure | Att. 5 Requirement Bulk Upload Fields | M |
| Procedure | Att. 6 Regulatory Body Bulk Upload | M |
| Procedure | Att. 7 Process Bulk Upload Fields | M |
| Procedure | MetricStream PDMS Single Document Upload | M |
| Job Aid | PDMS - 1 stage workflow (Schedule Document Review) | M |
| Job Aid | PDMS - 4 stage workflow (EDRS + Schedule Review) | M |
| Procedure/Job Aids | MetricStream Access Request Procedure/Job Aid? | M |
| Procedure/Job Aids | C&E Governance Process - Orphan Report, Setting up RSS Feeds, etc | M |
| Procedure/Job Aids | TSC Web Form Review and Approval - for C&E Admin | M |
| Procedure/Job Aids | PDMS User Reporting | M |
| Procedure/Job Aids | MetricStream Enterprise Compliance Management Tool Procedure | M |
| Procedure | JA_01 Getting Started with MetricStream | L |
| Job Aid | JA_02 Introduction to the GRC Foundation (Libraries) | L |
| Job Aid | JA_03 Introducing GRC Intelligence Module | L |
| Job Aid | JA_04 Introducing Compliance Module – Test Plan, Self-Assessments, Survey / Certification | L |
| Job Aid | JA_05 Introducing Surveys Module | L |
| Job Aid | JA_06 Introducing Issue Management Module | L |
| Job Aid | Enterprise Compliance Management Tool Overview | L |
| Job Aid | MetricStream Best Practices for Creating Surveys/Certifications | L |
| Procedure/Job Aids | Guidance document to define common vocabulary for the company | L |
| Procedure/Job Aids | Guidance Documents on Best Practices or what "Good" looks like | L |
| Procedure/Job Aids | Guidance on how to comment on changes (for change log purposes) | L |
| Procedure/Job Aids | Best Practices for Object Relationships | L |
| Procedure/Job Aids | Best Practices for Test Plans | L |
| Procedure/Job Aids | Best Practices for Issues Management | L |
| Procedure/Job Aids | MetricStream Enterprise Compliance Management Procedure | L |
| Procedure/Job Aids | MetricStream Tableau Reporting/Dashboard Procedure/Job Aid? | XL |
| Procedure/Job Aids | MetricStream Issue Management vs. CAP | XL |
| Procedure/Job Aids | Include Process Map: MS Issue Management vs. CAP | XL |
| Procedure/Job Aids | MetricStream Power User Best Practices | XL |
| Procedure/Job Aids | MetricStream Business Admin Best Practices | XL |
| Procedure/Job Aids | MetricStream Business Admin Procedure | XXL |

Case: 19-30088    Doc# 4602-20    Filed: 11/07/19    Entered: 11/07/19 19:32:50    Page 7 of 7