Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### **EXHIBIT 1-U**

**WMP Support Services**

# Contract Work Authorization (CWA) - PG&E Law Dept.

| | |
|---|---|
| **MATTER NO.** | 1907642<br>(PG&E Law Department) |
| **TOTAL PAGE COUNT:** | Page 1 of 13 |
| **CONSULTANT or CONTRACTOR LEGAL NAME:**<br><br>**ADDRESS:** | PricewaterhouseCoopers, LLP<br>3 Embarcadero Center<br>San Francisco, CA 94111-4004 |
| **CONSULTANT REPRESENTATIVE NAME:** | Reza Jenab |
| **PG&E CONTRACT ADMINISTRATOR:** | Law Department Budget Group and Alyssa T. Koo |
| **PHONE:** | (415) 973-3386 |
| **PROJECT TITLE:** | Wildfire Mitigation Plan Support |
| **PG&E WORK SUPERVISOR:** | Alyssa T. Koo |
| **PHONE:** | (415) 973-3386 |
| **DATE PREPARED:** | July 10, 2019 |
| **PREPARED BY:** | PG&E Law Department |
| **REQUIRED START DATE:** | June 1, 2019<br>Contractor shall commence performance hereof when authorized to do so by PG&E. |
| **REQUIRED COMPLETION DATE:** | December 31, 2019 |
| **CWA PRICING:**<br>☒ NOT TO EXCEED<br>☐ FIRM FIXED PRICE<br>☐ | **TOTAL: $191,800** |
| **Send Invoice to** | Submit Invoice Electronically via the Collaborati e-billing system. Please see the attached Exhibit B for billing codes.<br><br>Collaborati Support for technical system and system usage:<br>• Email: support@mitratech.com<br><br>• Phone: 1-888-784-7224 or 512-382-7322 option 3 (7AM-7PM Central, Monday-Friday)<br><br>PG&E's Billing Coordinator for billing process, inquires and requests:<br>• Email: GenlCnslLawPaymentProcessingGroup@pge.com<br><br>• Phone: 1-415-972-5673 |
| **DESCRIPTION OF WORK SUMMARY:** | All related work and information associated with the project is detailed in Exhibit 1, Statement of Work.<br><br>ALL WORK PERFORMED UNDER THIS CONTRACT IS AT THE DIRECTION OF THE PG&E LAW DEPARTMENT. ACCORDINGLY, ALL COMMUNICATIONS REGARDING THIS WORK ARE INTENDED TO BE PRIVILEGED AND |

CONFIDENTIAL. ALL RESULTS PERTAINING TO WORK PERFORMED UNDER THIS CONTRACT SHALL BE SUBMITTED TO THE PG&E LAW DEPARTMENT.

YOUR WORK UNDER THIS AGREEMENT IS SUBJECT TO THE APPLICABLE PROCEDURES AND/OR PROCESSES APPROVED BY THE BANKRUPTCY COURT IN PG&E'S BANKRUPTCY PROCEEDING (BANKRUPTCY CASE NO. 19-30088 (DM)) IN THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION FOR THE RETENTION OF COUNSEL [OUTSIDE PROFESSIONALS] AND THOSE PROCEDURES AND PROCESSES ARE EXPRESSLY INCORPORATED HEREIN, AS THEY MAY BE CHANGED FROM TIME TO TIME BY THE BANKRUPTCY COURT.

**DESCRIPTION OF WORK:**

See Exhibit A – SCOPE OF WORK. The terms of Master Services Agreement 4400011341 between PG&E and Pricewaterhouse Coopers LLP are incorporated herein by reference.

| Authorized by: For PG&E | | Accepted by: For Consultant or Contractor | |
|---|---|---|---|
| Signature | Date | Signature | Date |
| | 7/10/19 | | 7/15/2019 |
| Alyssa T. Koo | | Reza Jenab | |
| Managing Counsel for Gas & Electric Operations | | Principal | |
| **Type or Print Name** | | **Type or Print Name** | |

NOTE: ALL WORK PERFORMED UNDER THIS CONTRACT IS AT THE DIRECTION OF THE PG&E LAW DEPARTMENT. ACCORDINGLY, ALL COMMUNICATIONS REGARDING THIS WORK ARE INTENDED TO BE PRIVILEGED AND CONFIDENTIAL. ALL RESULTS PERTAINING TO WORK PERFORMED UNDER THIS CONTRACT SHALL BE SUBMITTED TO THE PG&E LAW DEPARTMENT.

Notwithstanding any other payment terms in Master Services Agreement 4400011341 between PG&E and Pricewaterhouse Coopers, LLP, all invoices for work performed hereunder shall be submitted directly to the PG&E Law Department for payment.

Contractor shall ensure that it has complied with all applicable requirements for an alternate work schedule in accordance with California Labor Codes. Please refer to California Department of Labor Relations located at www.dir.ca.gov

This Statement of Work ('SOW') outlines the services (the "Services") between Pacific Gas and Electric Company ("PG&E" or "Client") and PricewaterhouseCoopers LLP ("PwC" or "Consultant") to perform the Services described below. This Contract Work Authorization ("CWA") shall be governed by the Master Services Agreement 4400011341 between PwC and PG&E. Notwithstanding the termination or expiration of the MSA during the Services described in this SOW, this CWA shall remain in full force and effect in accordance with its terms, including the terms and conditions of the MSA which are incorporated herein by reference.

The scope of services described herein are subject to bankruptcy court approval.

## 1.0    BACKGROUND

PG&E filed its Wildfire Mitigation Plan (WMP) in February 2019 and is requesting litigation consulting support to track and manage compliance items set forth in the California Public Utility Commission's (CPUC) WMP decision.

## 2.0    CONTRACT TERM

This Contract Work Authorization shall commence upon signature by both parties and extend through December 31, 2019 unless extended by a subsequent change order to this SOW.

## 3.0    WORK LOCATION

Consultant shall perform Services at one or more of the following locations: PG&E offices located at 77 Beale St, 245 Market St. San Francisco or Bishop Ranch, San Ramon, and Consultant's primary place of business located at 3 Embarcadero Center, San Francisco, or any other locations approved by PG&E.

## 4.0    PROJECT SCOPE

Consultant shall work collaboratively with PG&E stakeholders to provide assistance related to PG&E's WMP, that may include but not limited to:

- Develop a Wildfire Management Plan ("WMP") compliance roadmap. The roadmap will include: (i) a list of compliance items from CPUC Decision (D.) 19-05-036 (Electric Utility Wildfire Management Plans) and D. 19-06-037 (PG&E's Wildfire Management Plan); (ii) a description of the compliance items; (iii) dates PG&E's compliance items are due to the CPUC; (iv) an internal milestone timeline for PG&E's completion of the compliance items; (v) PG&E team members responsible for completing each requirement; and (vi) a high-level workplan for PG&E's completion of each requirement.
- Based on PwC's understanding of the CPUC PSPS Order Instituting Rulemaking (Rulemaking 18-12-005), support PG&E's Project Management Organization team with the incorporation of Client-identified Public Safety Power Shut-off (PSPS) compliance requirements into the WMP compliance roadmap.

For the avoidance of doubt, working collaboratively on the Services described herein is intended to encompass PwC working jointly with Client stakeholders in meetings to discuss and provide perspectives, analyze information, facilitate Client's decisions and other determinations, and provide direction to the PwC project team. PwC will facilitate meetings, and share perspectives and feedback for Client's consideration based on our understanding of current industry practices and regulatory expectations. PwC and Client will jointly develop the Deliverables based on Client's comments, input, feedback and direction.

**5.0 DELIVERABLES**

PwC will prepare written Deliverables as directed by PG&Eunder this SOW. All Deliverables will be non-PwC branded, and will be prepared in draft for PG&E's review and approval prior to use by PG&E. The Deliverables may include, but are not limited to the following:

- Draft WMP compliance roadmap, which will also include PSPS compliance requirements

Deliverables also includes any oral advice we provide. By "advise" or "provide advice," PwC means that it will share its industry experience, subject-matter knowledge and/or knowledge of current industry practices for PG&E's consideration in addressing PG&E's objectives and/or PwC will provide subject-matter advice in response to queries from PG&E management or based upon observations of PG&E's efforts.

**6.0 KEY ASSUMPTIONS**

PwC's Services must be conducted with PG&E's active participation. PG&E will be responsible for providing:

A PG&E Work Supervisor to assist with:

- Securing access to key data and systems as required for the Services to be performed;
- Timely access to PG&E project team members and other PG&E personnel, as needed.

Any Scope changes and Deliverables will be discussed and prioritized with the designated PG&E Work Supervisor lead as needed.

Consultant shall not be obligated to add to, modify, or otherwise change this SOW unless such Scope Changes are mutually agreed to between Consultant and PG&E.

In the event that PG&E proposes a Scope Change, Consultant and PG&E, in good faith, will discuss and document the recommended changes at their earliest opportunity. If such Scope Change is agreed to by Consultant, the Parties will generate and execute a mutually agreed-to SOW Change Order in compliance with PG&E Sourcing policies, forms, and processes. A SOW Change Order will outline the specific Scope Changes, including cost and scheduling impacts due to the Scope Change.

**7.0 TEAM/RESOURCE DESCRIPTION**

The key Consultant team members and roles are described below:

– Reza Jenab, Principal, will be responsible for confirming adherence to all contract requirements and overall project quality control.

- Cynthia Lorie, Director, will be responsible for managing the activities of the project staff and developing Deliverables.

- Additional Staff working at PwC's direction.

## 8.0    PG&E ROLE AND RESPONSIBILITIES

During the term of the Services, Consultant will work in collaboration with and at the direction of the designated PG&E Work Supervisor. The Consultant Team will meet with the designated PG&E Work Supervisor, as appropriate, to discuss project status and open issues arising from the Services, Consultant's progress reports and/or reports identified as Deliverables from the Services, Consultant's resource utilization and staffing mix, adherence (or changes) to Deliverables and project plan, as well as any requests for Scope Changes. PG&E shall also provide executive sponsor input and oversight as requested by the PG&E Work Supervisor with input from the Consultant Team.

PG&E will be solely responsible for any and all communications required with PG&E's federal and state regulators and/or independent monitor(s) relating to these Services and Deliverables. PwC is not being engaged to interact or meet with third parties, including but not limited to PG&E's regulators and/or independent monitor(s).

## 9.0    PROFESSIONAL FEES AND EXPENSES

Consultant's labor fees for the Services are based on the time required by professionals to complete the engagement. Individual hourly rates vary according to the experience and skill required.

PwC's fee estimate to provide the additional Services and Deliverables under this work order is $191,280, and is dependent on the availability and quality of the data provided by PG&E to perform the Services described herein.

Set forth below is a summary of the PwC resources who will provide the additional Services and Deliverables under this work order, along with their related hourly rates and estimated fees:

| Staff | Name | Rate | Weeks | Hrs/Week | Cost |
|---|---|---|---|---|---|
| Principal | Reza Jenab | 500 | 8 | 2 | $ 8,000 |
| Director | Cynthia Lorie | 395 | 8 | 16 | $ 50,560 |
| Manager | Jeremy Chasen | 345 | 8 | 30 | $ 82,800 |
| Staff | TBD | 260 | 8 | 24 | $ 49,920 |
| | | | | | $ 191,280 |

To the extent that a PwC analyst is used to assist with providing the Services under this work order, the analyst's rate per hour will be $100/hr.

Our fee estimate uses the discounted fees included in our Master Services Agreement.

Depending on when, or if, PG&E identifies the need for additional staff the estimated engagement fees would change.

The estimate for expenses is not to exceed 5% of fees.

**10.0   THIRD PARTY INDEMNIFICATION**

PG&E shall indemnify and hold PwC harmless from and against any and all third party claims, losses, liabilities, and damages arising from or relating to the Services or Deliverables under this SOW, except to the extent finally determined to have resulted from PwC's gross negligence or intentional misconduct relating to such Services and/or Deliverables.

**11.0   OTHER ITEMS**

The Services performed under this Contract Work Authorization will be performed in accordance with the AICPA's Standards for Consulting Services. Accordingly, we will not provide an audit or attest opinion or other form of assurance, and we will not verify or audit any information provided to us.

Consultant is owned by professionals who hold CPA licenses as well as by professionals who are not licensed CPAs. Depending on the nature of the services we provide, non-CPA owners may be involved in providing services to PG&E now or in the future.

At the onset of the Services, Consultant will prepare a project schedule and work breakdown. This schedule will include Consultant project management activities, Deliverables, and key interdependencies. The schedule and Deliverables will be subject to the specification and approval of the PG&E Work Supervisor.

If PwC is requested or authorized by PG&E or required by government regulation, regulatory agency, subpoena, or other legal process to produce PwC's Deliverables, working papers or personnel for testimony or interview with respect to services PwC performed for PG&E, PG&E will reimburse PwC for PwC's and its counsels' expenses and professional time incurred in responding to such a request.

**12.0   ATTORNEY CLIENT PRIVILEGE**

All Deliverables under this Contract Work Authorization shall be provided to PG&E's Law Department. It is PwC's understanding that PG&E may seek to have the attorney work product doctrine, attorney-client or other privilege apply to some or all of the Services and Deliverables. PG&E and PG&E Legal are solely responsible for determining whether or not the attorney work product doctrine, attorney-client or other privilege may apply and also solely responsible for managing the establishment and maintenance of any such privilege or protection. PwC makes no representation as to whether the attorney work product doctrine or the attorney-client privilege will apply, as the applicability of the doctrine and privilege are legal questions. However, PwC agrees to assist PG&E and PG&E Legal in preserving the confidentiality of the information received or provided in connection with the Services contemplated herein in a manner consistent with preserving an attorney-client privilege.

PwC is not providing legal advice or legal opinions in this engagement, including determining whether PG&E's policies and programs result in PG&E being "in compliance with" applicable laws, rules and regulations, which is a legal conclusion. PG&E should obtain such advice or opinions from its attorneys.

**PG&E and Consultant Work Supervisor Name, Number, and Email Address**

PG&E Work Supervisor:
Alyssa Koo
(415) 973-3386
ATK4@pge.com

Consultant Work Supervisor:
Cynthia Lorie
(510) 374-0267
cynthia.lorie@pwc.com

# EXHIBIT B

**Electronic Billing System.** PG&E utilizes an electronic billing system. You agree to abide by the terms of use for such system. PG&E will only accept your invoices in electronic format, any mailed invoice will be returned unpaid.

**One Matter Per Statement.** Unless otherwise directed by PG&E, you must bill separately for each case or matter assigned to you. Statements must be sent electronically on a monthly basis. Statements must be sent within thirty (30) days after the close of the month in which the services were rendered. Invoices will be paid within thirty (30) days of receipt.

**Invoice Requirements.** In order to process your statements, PG&E requires that every monthly statement transmitted via Collaborati adhere to standard LEDES invoice requirements, including:

• The case or matter name and PG&E's matter number;

• The calendar month covered by the statement (each month of service must be separately submitted);

• Name and job title (e.g., paralegal) of each timekeeper on each date work is done;

• Time must be billed in increments required by Collaborati, for each date work is done;

• Written description of work done on each date together with the corresponding ABA/ACCA task-based billing codes sometimes known as the UTBMS (Uniform Task Based Management System) codes;

• Hourly rates for each timekeeper;

• Disbursements; and

• Total amount billed.

1

## PG&E Billing & Expense Codes

Please utilize the following Codes for all invoicing.

**Bankruptcy Code Set:**

B110 Case Administration

B120 Asset Analysis and Recovery

B130 Asset Disposition

B140 Relief from Stay/Adequate Protection

B150 Meetings of and Communications with Creditors

B160 Fee/Employment Applications

B170 Fee/Employment Objections

B180 Avoidance Action Analysis

B185 Assumption/Rejection of Leases and Contracts

B190 Other Contested Matters

B195 Non-Working Travel

B210 Business Operations

B220 Employee Benefits/Pensions

B230 Financing/Cash Collections

B240 Tax Issues

B250 Real Estate

B260 Board of Directors Matters

B310 Claims Administration and Objections

B320 Plan and Disclosure Statement

B410 General Bankruptcy Advice/Opinions

B420 Restructurings

**Counseling Code Set:**

C100 Fact Gathering

C200 Researching Law

C310 Client Counsel - Agreements

C311 Client Counsel - Company Policy

C312 Client Counsel - Stat/Reg/Judicial

C320 Infringement/Validity/Survey Studies

C330 Tort Reform/Lobbying/Govt Affairs

C340 Situation Management

C341 Business Disputes

C350 Contract/Form Development

C360 Legal Awareness Training

C361 Policy/Program Development

**Project Code Set:**

P100 Project Administration

P210 Corporate Review

P220 Tax

P230 Environmental

P240 Real and Personal Property

P250 Employee/Labor

P260 Intellectual Property

P270 Regulatory Reviews

P280 Other

P300 Structure/Strategy/Analysis

P400 Initial Document Preparation/Filing

P500 Negotiation/Revision/Responses

P600 Completion/Closing

P700 Post-Completion/Post-Closing

P800 Maintenance and Renewal

**Litigation Code Set:**

L110 Fact Investigation/Development

L120 Analysis/Strategy

L130 Experts/Consultants

L143 Discovery – Identification and Preservation

L160 Settlement/Non-Binding ADR

L200 Pre-Trial Pleadings and Motions

- Pleadings
- Preliminary Injunctions/Provisional Remedies
- Court Mandated Conferences
- Dispositive Motions other than those listed below
- Other Written Motions and Submissions
- Class Action Certification and Notice

L241 Motion to Dismiss: Preemption

3

L242 Motion to Dismiss: Lack of Subject Matter Jurisdiction

L243 Motion for Summary Judgment: Kongros

L244 Motion for Summary Judgment: Causation

L245 Motion for Summary Judgment: Employment

L246 Motion for Summary Judgment: Recreational Use Immunity

L310 Written Discovery

- Drafting discovery requests
- Drafting written responses, including objections, to discovery requests
- Meeting and conferring with opposing parties
- Drafting Electronically Stored Information (ESI) protocols, clawback agreements, and protective orders
- Drafting mandatory written disclosures under FRCP 26

L330 Depositions

- Determining deponents, timing and sequences of depositions
- Preparing deposition notices and subpoenas
- Communicating with opposing parties regarding depositions
- Planning for and preparing to take depositions
- Preparing witnesses for deposition
- Drafting deposition summaries

L350 Discovery Motions

- Developing, drafting, responding to, and arguing all discovery motions, including motions for protective orders and motions to quash

L400 Trial Preparation and Trial

- Fact Witnesses
- Written Motions and Submissions
- Other Trial Preparation and Support
- Trial and Hearing Attendance
- Post-Trial Motions and Submissions
- Enforcement

L500 Appeal

- Appellate Motions and Submissions
- Appellate Briefs
- Oral Argument

L600 Identification

- Identifying potentially relevant information, where it is stored, and key players
- Interviewing custodians and analyzing responses

L610 Preservation

- Developing and executing a preservation strategy and plan
- Drafting and responding to preservation related communications, including legal holds and preservation demand letters

4

- Overseeing quality assurance and control of preservation activities

L620 Collection

- Developing collection strategy and plan
- Collecting potentially relevant information, including paper files, tangible items and electronically stored information
- Overseeing quality assurance and control of collection activities

L630 Processing

- Developing a processing strategy and plan
- Staging, preparing, and processing electronically stored information, or working with a vendor on the same activities
- Analyzing and developing culling criteria, including date filters and key words
- Performing early case assessments
- Training a predictive coding system
- Overseeing quality assurance and control of processing activities

L650 Review

- Developing a review strategy and plan
- Preparing a review platform
- Drafting review protocols
- Training reviewers
- Overseeing quality assurance and control of review activities

L653 First Pass Document Review

- Performing first pass document review such as determining relevancy, issue coding, tagging, and initial privileged determinations

L654 Second Pass Document Review

- Performing second pass quality control of data and documents coded for relevancy, issue codes, tagging, and initial privileged determinations during first pass review

L655 Privilege Review

- Performing final privilege review
- Preparing privilege logs

L656 Redaction

- Developing and implementing a redaction protocol
- Performing redactions

L670 Production

- Preparing document productions
- Overseeing quality assurance and control of production activities

L671 Conversion of ESI to Production

- Oversight of activities related to the TIFFing, bates stamping, endorsing, preparation of load files and deliverables to be provided as part of the production

L680 Presentation

- Preparing and displaying electronically stored information before audiences (at depositions, hearings, trials, etc.)

5

L800 Experts/Consultants
- Experts/Consultants
- Expert Discovery
- Expert Preparation for Trial

L900 Settlement Process
- Attendance at Mediations or other ADR conferences
- Preparations for these conferences
- Oral and written communications related to these conferences

**Expense Codes:**

E102 Outside printing

E107 Delivery services/messengers

E109 Local travel

E110 Out-of-town travel

E111 Meals

E112 Court fees

E113 Subpoena fees

E114 Witness fees

E115 Deposition transcripts

E116 Trial transcripts

E117 Trial exhibits

E118 Litigation support vendors

E119 Experts

E121 Arbitrators/mediators

E125 WMBE Sub-Contractor

E126 WMBE Administration Costs

6