WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF ELIZABETH COLLIER IN SUPPORT OF MOTION TO REDACT DOCUMENTS FILED IN SUPPORT OF SUPPLEMENTAL APPLICATION PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a) AND FED. R. BANKR. P. 2014(a) AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY PRICEWATERHOUSECOOPERS LLP AS MANAGEMENT, TAX, AND ADVISORY CONSULTANTS TO THE DEBTORS *NUNC PRO TUNC* TO PETITION DATE**<br><br>[No Hearing Requested] |

I, Elizabeth Collier, pursuant to section 1746 of title 28 of the United States Code, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

I am employed as Managing Counsel, Litigation in the legal department of Pacific Gas and Electric Company (the "**Utility**"), a wholly-owned subsidiary of PG&E Corporation ("**PG&E Corp.**" and together with Utility, the "**Debtors**"). I joined the Utility in 2001 and have held various positions of increasing responsibility working on litigation, regulatory, and commercial matters, since that time. I obtained my Juris Doctorate from University of California, Hastings College of the Law in 1990 and was admitted to the State Bar of California that same year.

I am generally knowledgeable and familiar with the Debtors' day-to-day operations, including the Debtors' professional engagements with PricewaterhouseCoopers LLP ("**PwC**"). The facts set forth in this Declaration are based upon my personal knowledge, my review of relevant documents, and information provided to me by the Debtors' other employees or the Debtors' legal, restructuring, and financial advisors. If called upon to testify, I would testify to the facts set forth in this Declaration.

This Declaration is submitted in support of the *Motion to Redact Documents Filed in Support of Supplemental Application Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ PricewaterhouseCoopers LLP as Management, Tax, and Advisory Consultants to the Debtors Nunc Pro Tunc to Petition Date* (the "**Redaction Motion**") filed concurrently herewith, which seeks authority to redact certain confidential information subject to attorney–client privilege and the attorney work product doctrine that is the subject of the *Supplemental Application Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ PricewaterhouseCoopers LLP as Management, Tax, and Advisory Consultants to the Debtors Nunc Pro Tunc to Petition Date* (the "**Supplemental Application**"), filed concurrently herewith.[1]

PwC performed a number of engagements for the Debtors prior to the Petition Date and PwC has developed institutional knowledge about the Debtors' businesses, operations, accounting systems, and

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Supplemental Application.

other material information.  PwC is party to a number of contracts with the Debtors; however the Debtors are only seeking to redact information from ten of such contracts.  Redacted copies of the Supplemental MSA Contracts are annexed to the Bowman Declaration.  I prepared the redactions to the Supplemental MSA Contracts.

In addition to the relevant terms governing PwC's work and other critical services that have been, and will continue to be, performed by PwC for the benefit of the Debtors (which are described in detail in the Supplemental Application), certain Supplemental MSA Contracts describe work to be performed at the direction of counsel and information subject to the attorney–client privilege and the attorney work product doctrine.  The Debtors have narrowly tailored their request to redact by limiting the redactions to information subject to the attorney–client privilege and the attorney work product doctrine, rather than all commercially sensitive information.  Therefore, the Debtors seek to file certain Supplemental MSA Contracts with the limited redactions described above.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury, that the foregoing is true and correct.

Dated: November 5, 2019

Respectfully submitted,

By: _____
Elizabeth Collier

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119