

1    LEONARD K. WELSH, CSB NO. 097954
     LAW OFFICES OF LEONARD K WELSH
2    4550 California Avenue, Second Floor
     Bakersfield, California 93309
3    Telephone: (661) 328-5328
     Email: lwelsh@lkwelshlaw.com
4
5    Attorneys for MICHAEL MARROQUIN

RECEIVED
NOV 07 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

6
7                    UNITED STATES BANKRUPTCY COURT
8                    NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION
9
     In re:                                  Case No.  19-30088-DM
10
     PG&E CORPORATION,                       Chapter  11
11                                           RS No. LKW-002
         and
12                                           Date:  December 11, 2019
     PACIFIC GAS & ELECTRIC COMPANY,         Time: 10:00 a.m.
13                                           Place: 450 Golden Gate Avenue, 16th Floor
             Debtors.                                San Francisco, CA
14                                           Judge: Honorable Dennis Montali
15   [ ] Affects PG&E Corporation
     [ ] Affects Pacific Gas & Electric Company
16   [X] Affects both Debtors
17   *All papers shall be filed in the Lead Case   Objection Deadline:  December 6, 2019
     No. 19-30088 (DM)                              Time: 4:00 p.m. (Pacific Time)
18

19        EXHIBITS TO MOTION TO ABSTAIN AND FOR RELIEF FROM AUTOMATIC
20        STAY TO  PERMIT LAWSUIT TO PROCEED TO TRIAL AND CONCLUSION

21   INDEX                                                              PAGE NO.

22   EXHIBIT A –  Voluntary Petition for Non-Individuals Filing for Bankruptcy
                   filed by Pacific Gas & Electric Company on January 29, 2019 ...    3-10
23

24   EXHIBIT B –  Voluntary Petition for Non-Individuals Filing for Bankruptcy
                   filed by PG&E Corporation on January 29, 2019 ……………....    11-17
25

26   EXHIBIT C – Complaint – Personal Injury, Property Damage, Wrongful Death
                  filed by Plaintiff on March 7, 2017 ……………………………    18-21

27   EXHIBIT D – Minute Order entered by the Kern County Superior Court on
28                February 19, 2019 ……………………………………………    22-23

EXHIBIT E – Notice of Mandatory Settlement Conference/Final Case Manaement
Conference/Trial filed on July 11, 2018……………………………    24-27

Date: November 1, 2019                          LAW OFFICES OF LEONARD K. WELSH

*Leonard K. Welsh*

By:   /s/  Leonard K. Welsh
LEONARD K. WELSH
Attorneys for Plaintiffs

**Fill in this information to identify the case**

United States Bankruptcy Court for the:

Northern District of California

Case number (if known): _____ Chapter ___11___

☐ Check if this is
an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. | Debtor's name | Pacific Gas and Electric Company |
|----|----|----|

| 2. | All other names debtor used in the last 8 years | |
|----|----|----|
| | Include any assumed names, trade names, and *doing business as* names | |

| 3. | Debtor's federal Employer Identification Number (EIN) | 94-0742640 |
|----|----|----|

**4. Debtor's address**

| | Principal place of business | | Mailing address, if different from principal place of business |
|---|---|---|---|
| 77 | Beale Street | Number | Street |
| Number | Street | | |
| P.O. Box 770000 | | P.O. Box | |
| San Francisco | California 94177 | City | State   ZIP Code |
| City | State   ZIP Code | | |
| | | Location of principal assets, if different from principal place of business | |
| San Francisco | | | |
| County | | Number | Street |
| | | City | State   ZIP Code |

| 5. | Debtor's website (URL) | http://www.pge.com |
|----|----|----|

| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|----|----|----|

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above <u>Electric and Natural Gas Utility</u>

B. *Check all that apply:*

☐ Tax- entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>2211 – Electric Power Generation, Transmission, and Distribution</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ MM/ DD/ YYYY | _____ |
| | _____ | _____ MM / DD/ YYYY | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes

| Debtor | <u>See Schedule 1</u> | Relationship | _____ |
|---|---|---|---|
| District | _____ | When | _____ |
| Case number, if known | _____ | | |

Case: 19-30089    Doc# 1    Filed: 01/29/19    Entered: 01/29/19 00:15:10    Page 2 of 15

A
4

Case: 19-30088    Doc# 4607    Filed: 11/07/19    Entered: 11/08/19 07:53:08    Page 4 of 27

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?

| Number | Street | | |
|--------|--------|--|--|
| City | | State | ZIP Code |

Is the property insured?

☐ No

☐ Yes. Insurance agency     _____
         Contact Name        _____
         Phone               _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**
**(on a consolidated basis)**

☐ 1-49            ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99           ☐ 5,001-10,000      ☒ 50,001-100,000
☐ 100-199         ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated assets**
**(on a consolidated net book value basis)**

☐ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☒ More than $50 billion

**16. Estimated liabilities**
**(on a consolidated net book value basis)**

☐ $0-$50,000              ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million   ☒ More than $50 billion

| Request for Relief, Declaration, and Signatures |

WARNING – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    01/29/19
               MM / DD /YYYY

X   _David S. Thomason_                          David S. Thomason
    Signature of authorized representative of     Printed name
    debtor

    Chief Financial Officer
    Title

**18. Signature of attorney**

X   _[signature]_                          Date   01/29/19
    Signature of attorney for debtor              MM / DD / YYYY

    Tobias S. Keller
    Printed Name

    Keller & Benvenutti LLP
    Firm Name

    650 California Street, Suite 1900
    Number        Street

    San Francisco                California              94108
    City                         State                   ZIP Code

    (415) 490-6723               tkeller@kellerbenvenutti.com
    Contact phone                Email address

    #151445                      California
    Bar Number                   State

### Attachment to Voluntary Petition for Non-Individuals
### Filing for Bankruptcy under Chapter 11

1.      If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____ 1-2348 _____

2.      The following financial data is the latest available information and refers to the debtor's condition (on a consolidated net book value basis) on September 30, 2018 as reflected in the debtor's Form 10-Q for the quarterly period that ended September 30, 2018:

   a.    Total assets                                     $71,196,000,000

   b.    Total debts (including debts listed in 2.c., below)    $51,411,000,000

   c.    Debt securities held by more than 500 holders

| | | | | Approximate number of holder |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $See Schedule 2 | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |

   d.    Number of shares of preferred stock          $145 million of shares of nonredeemable preferred stock with interest rates between 5% to 6% and $113 million of shares of redeemable preferred stock with interest rates between 4.36% and 5%; all outstanding preferred stock has a $25 par value.

   e.    Number of shares common stock               264,374,809 shares (all held by PG&E Corporation).

Comments, if any:

_____

_____

3.      Brief description of debtor's business: Electric power generation, transmission, and distribution.

4.      List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

    One-hundred percent (100%) of the shares of common stock of Pacific Gas and Electric Company (the "Utility") are owned by PG&E Corporation ("PG&E Corp."), a holding company, incorporated in the State of California in 1995, whose primary operating subsidiary is the Utility. PG&E Corp. became the holding company of the Utility and its subsidiaries in 1997. As of February 1, 2018, there were 53,878 record holders of PG&E Corporation common stock, which is listed on the New York Stock Exchange and is traded under the symbol "PCG".

Case: 19-30089    Doc# 1    Filed: 01/29/19    Entered: 01/29/19 00:15:10    Page 5 of 15

A
7

Case: 19-30088    Doc# 4607    Filed: 11/07/19    Entered: 11/08/19 07:53:08    Page 7 of 27

## Schedule 1 – Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On April 6, 2001, Pacific Gas and Electric Company (the "Utility") filed a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of California (the "Court") which was assigned Case No. 01-30923 DM (the "2001 Case"). As of the date hereof, the 2001 Case remains open and pending before the Court.

In addition, on the date hereof, the Utility and PG&E Corporation ("PG&E Corp." and, together with the Utility, the "Debtors") each filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code. A motion will be filed with the Court requesting that the chapter 11 cases of the Utility and PG&E Corp. be consolidated for procedural purposes only and jointly administered, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

## Schedule 2 – Debtor's Debt Securities

The following financial data is the latest available information and refers to the Debtor's financial condition as of January 10, 2019:

| Type | Maturity | Principal Amount Outstanding | Approximate Number of Holders |
|---|---|---|---|
| Term Loan | February 22, 2019 | $250,000,000 | unknown |
| Revolving Credit Facility | April 27, 2022 | $2,885,000,000 | unknown |
| 4.25% Notes due 2023 | August 1, 2023 | $500,000,000 | unknown |
| 4.65% Notes due 2028 | August 1, 2028 | $300,000,000 | unknown |
| 6.05% Notes due 2034 | March 1, 2034 | $3,000,000,000 | unknown |
| 5.80% Notes due 2037 | March 1, 2037 | $950,000,000 | unknown |
| 6.35% Notes due 2038 | February 15, 2038 | $400,000,000 | unknown |
| 6.25% Notes due 2039 | March 1, 2039 | $550,000,000 | unknown |
| 5.40% Notes due 2040 | January 15, 2040 | $800,000,000 | unknown |
| 3.50% Notes due 2020 | October 1, 2020 | $800,000,000 | unknown |
| 4.25% Notes due 2021 | May 15, 2021 | $300,000,000 | unknown |
| 3.25% Notes due 2021 | September 15, 2021 | $250,000,000 | unknown |
| 4.50% Notes due 2041 | December 15, 2041 | $250,000,000 | unknown |
| 4.45% Notes due 2042 | April 15, 2042 | $400,000,000 | unknown |
| 3.75% Notes due 2042 | August 15, 2042 | $350,000,000 | unknown |
| 2.45% Notes due 2022 | August 15, 2022 | $400,000,000 | unknown |
| 3.25% Notes due 2023 | June 15, 2023 | $375,000,000 | unknown |
| 4.60% Notes due 2043 | June 15, 2043 | $375,000,000 | unknown |
| 3.85% Notes due 2023 | November 15, 2023 | $300,000,000 | unknown |
| 5.125% Notes due 2043 | November 15, 2043 | $500,000,000 | unknown |
| 3.75% Notes due 2024 | February 15, 2024 | $450,000,000 | unknown |
| 4.75% Notes due 2044 | February 15, 2044 | $675,000,000 | unknown |
| 3.40% Notes due 2024 | August 15, 2024 | $350,000,000 | unknown |
| 4.30% Notes due 2045 | March 15, 2045 | $600,000,000 | unknown |
| 3.50% Notes due 2025 | June 15, 2025 | $600,000,000 | unknown |
| 4.25% Notes due 2046 | March 15, 2046 | $450,000,000 | unknown |
| 2.95% Notes due 2026 | March 1, 2026 | $600,000,000 | unknown |
| 4.00% Notes due 2046 | December 1, 2046 | $600,000,000 | unknown |
| 3.30% Notes due 2027 | March 15, 2027 | $400,000,000 | unknown |
| 3.30% Notes due 2027 | December 1, 2027 | $1,150,000,000 | unknown |
| 3.95% Notes due 2047 | December 1, 2047 | $850,000,000 | unknown |
| Series 2008 F Pollution Control Revenue Bonds | November 1, 2026 | $50,000,000 | unknown |
| Series 2010 E Pollution Control Revenue Bonds | November 1, 2026 | $50,000,000 | unknown |

A
9

| Series 2009 A Pollution Control Revenue Bonds | November 1, 2026 | $74,275,000 | unknown |
|---|---|---|---|
| Series 2009 B Pollution Control Revenue Bonds | November 1, 2026 | $74,275,000 | unknown |
| Series 1996 F Pollution Control Revenue Bonds | November 1, 2026 | $100,000,000 | unknown |
| Series 1996 C Pollution Control Revenue Bonds | November 1, 2026 | $200,000,000 | unknown |
| Series 1996 E Pollution Control Revenue Bonds | November 1, 2026 | $165,000,000 | unknown |
| Series 1997 B Pollution Control Revenue Bonds | November 1, 2026 | $148,550,000 | unknown |

☐ Check if this is
an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**    PG&E Corporation

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**    94-3234914

4. **Debtor's address**

   | Principal place of business | | | Mailing address, if different from principal place of business | | |
   |---|---|---|---|---|---|
   | 77 | Beale Street | | | | |
   | Number | Street | | Number | Street | |
   | P.O. Box 770000 | | | | | |
   | | | | P.O. Box | | |
   | San Francisco | California | 94177 | | | |
   | City | State | ZIP Code | City | State | ZIP Code |

   Location of principal assets, if different from principal place of business

   | San Francisco | | |
   |---|---|---|
   | County | | |
   | | | |
   | Number | Street | |
   | | | |
   | City | State | ZIP Code |

5. **Debtor's website (URL)**    http://www.pgecorp.com

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Exhibit ___B___

Page ___11___

**A. Check one:**

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above <u>Holding company</u>

**B. Check all that apply:**

- ☐ Tax- entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>2211 – Electric Power Generation, Transmission, and Distribution</u>

**7. Describe debtor's business**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

**Check one:**

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes | District _____ | When _____ MM/ DD/ YYYY | Case number _____ |
  | | District _____ | When _____ MM / DD/ YYYY | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☒ Yes | Debtor <u>See Schedule 1</u> | Relationship _____ |
  | | District _____ | When _____ |
  | | Case number, if known _____ |

Case: 19-30088    Doc# 1    Filed: 01/29/19    Entered: 01/29/19 00:06:32    Page 2 of 14

Exhibit   B

Page   12

Case: 19-30088    Doc# 4607    Filed: 11/07/19    Entered: 11/08/19 07:53:08    Page 12 of 27

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?        _____
                                          Number        Street

                                          _____
                                          City                          State              ZIP Code

Is the property insured?

☐ No

☐ Yes. Insurance agency   _____

      Contact Name   _____

      Phone   _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

(on a consolidated basis)

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☒ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

(on a consolidated net book value basis)

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☒ More than $50 billion

**16. Estimated liabilities**

(on a consolidated net book value basis)

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☒ More than $50 billion

Exhibit     B

Page     13

**Request for Relief, Declaration, and Signatures**

WARNING --Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| --- | --- |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    01/29/19
          MM/ DD /YYYY

x    _Jason P. Wells_        Jason P. Wells
     Signature of authorized representative of    Printed name
     debtor

     Senior Vice President and Chief Financial Officer
     Title

18. Signature of attorney

x    _Tobias S. Keller_        Date    01/29/19
     Signature of attorney for debtor           MM / DD / YYYY

     Tobias S. Keller
     Printed Name

     Keller & Benvenutti LLP
     Firm Name

     650 California Street, Suite 1900
     Number       Street

| San Francisco | California | 94108 |
| --- | --- | --- |
| City | State | ZIP Code |

| (415) 496-6723 | tkeller@kellerbenvenutti.com |
| --- | --- |
| Contact phone | Email address |

| #151445 | California |
| --- | --- |
| Bar Number | State |

## Attachment to Voluntary Petition for Non-Individuals
## Filing for Bankruptcy under Chapter 11

1.        If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____ 1-12609 _____

2.        The following financial data is the latest available information and refers to the debtor's condition (on a consolidated net book value basis) on September 30, 2018 as reflected in the debtor's Form 10-Q for the quarterly period that ended September 30, 2018:

a.    Total assets                                          $71,385,000,000

b.    Total debts (including debts listed in 2.c., below)      $51,689,000,000

c.    Debt securities held by more than 500 holders

|  |  |  | | Approximate number of holder |
|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ See Schedule 2 | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |
| secured ☐ | unsecured ☐ | subordinated ☐ | $_____ | _____ |

d.    Number of shares of preferred stock        No shares outstanding

e.    Number of shares common stock               518,674,276 shares

Comments, if any:

_____

_____

3.        Brief description of debtor's business: Holding company whose primary operating subsidiary's business is electric power generation, transmission, and distribution.

4.        List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: Based on publicly filed and available information, the debtor understands that the following persons directly or indirectly own, control, or hold, with power to vote, 5% or more of the voting securities of the debtor: Blackrock, Inc., T. Rowe Price Associates, and The Vanguard Group.

EXHIBIT B
15

## Schedule 1 – Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On April 6, 2001, Pacific Gas and Electric Company (the "Utility") filed a voluntary case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of California (the "Court") which was assigned Case No. 01-30923 DM (the "2001 Case"). As of the date hereof, the 2001 Case remains open and pending before the Court.

In addition, on the date hereof, the Utility and PG&E Corporation ("PG&E Corp." and, together with the Utility, the "Debtors") each filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code. A motion will be filed with the Court requesting that the chapter 11 cases of the Utility and PG&E Corp. be consolidated for procedural purposes only and jointly administered, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

## Schedule 2 – Debtor's Debt Securities

The following financial data is the latest available information and refers to the Debtor's financial condition as of December 30, 2018:

| Type | Maturity | Principal Amount Outstanding | Approximate Number of Holders |
|---|---|---|---|
| Revolving Credit Facility | April 27, 2022 | $300,000,000 | 16 |
| Term Loan | April 16, 2020 | $350,000,000 | 3 |

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Daniel Rodriguez, Esq., SBN 096625<br>Daniel Turek, Esq., SBN 318797<br>RODRIGUEZ & ASSOCIATES, A Professional Law Corp.<br>2020 Eye Street<br>Bakersfield, CA 93301<br>TELEPHONE NO: (661) 323-1400   FAX NO. *(Optional)*: (661) 323-0132<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff, Michael Marroquin | FOR COURT USE ONLY<br><br>**FILED**<br>SUPERIOR COURT OF CA, COUNTY OF KERN<br><br>JAN 04 2018<br><br>TERRY McNALLY, CLERK<br>BY_____ DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN
STREET ADDRESS: 1415 Truxtun Avenue
MAILING ADDRESS: 1415 Truxtun Avenue
CITY AND ZIP CODE: Bakersfield, CA 93301
BRANCH NAME: Metropolitan Division-Unlimited Civil

PLAINTIFF: MICHAEL MARROQUIN

DEFENDANT: PACIFIC GAS & ELECTRIC COMPANY; RUBEN CONTRERAS; and

[x] DOES 1 TO  100, Inclusive

**NOTICE OF ASSIGNMENT AND CASE MANAGEMENT CONFERENCE**

Assigned to  THOMAS S. CLARK  for all purposes.

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

[ ] AMENDED *(Number)*:

Hearing Date:  JUL 0 3 2018
Time:  8:15 am
Department:  17
See CRC Rule 3.720 Et. Seq.

Type *(check all that apply)*:
[x] MOTOR VEHICLE     [x] OTHER *(specify)*: GENERAL NEGLIGENCE
  [x] Property Damage     [ ] Wrongful Death
  [x] Personal Injury      [ ] Other Damages *(specify)*:

Jurisdiction *(check all that apply)*:
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded    [ ] does not exceed $10,000
                     [ ] exceeds $10,000, but does not exceed $25,000
[ ] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
  [ ] from limited to unlimited
  [ ] from unlimited to limited

CASE NUMBER:
BCV-18-100020 TSC

1. Plaintiff *(name or names)*: MICHAEL MARROQUIN

   alleges causes of action against **defendant** *(name or names)*: PACIFIC GAS & ELECTRIC COMPANY; RUBEN CONTRERAS; and DOES 1 to 100, Inclusive

2. This pleading, including attachments and exhibits, consists of the following number of pages: FIVE

3. Each plaintiff named above is a competent adult
   a. [ ] **except plaintiff** *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

   b. [ ] **except plaintiff** *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

EXHIBIT C

18

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007] | COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death | Legal<br>Solutions<br>Code of Civil Procedure, § 425.12 |

| SHORT TITLE: Michael Marroquin vs. PG&E Company, et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ **except** defendant *(name):* PACIFIC GAS & ELECTRIC COMPANY

   (1) ☒ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe):*

   (4) ☐ a public entity *(describe):*

   (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers):* 1–100 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers):* 1–100 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☒ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

C
19

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

| SHORT TITLE: Michael Marroquin vs. PG&E Company, et al. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☒ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify):*

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☒ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☒ property damage
   f. ☐ loss of earning capacity
   g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
   Paragraphs 5 & 6 above. Additionally, at all times mentioned herein, defendants, and each of them, were the agents and/or employees of each of the remaining defendants and acted within the course and scope of said agency.

Date: January 3, 2018

Daniel Rodriguez, Esq., SBN 096625
_____
(TYPE OR PRINT NAME)

C
20
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

| SHORT TITLE: Michael Marroquin vs. PG&E Company, et al. | CASE NUMBER: |
|---|---|

FIRST _____ **CAUSE OF ACTION—Motor Vehicle**
      (number)                                                  PAGE 4

ATTACHMENT TO [X] Complaint ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* MICHAEL MARROQUIN

MV-1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on *(date):* MAY 25, 2017
at *(place):* THE INTERSECTION OF LERDO HIGHWAY AND MAGNOLIA AVENUE, KERN COUNTY, CALIFORNIA.

AT SAID TIME AND PLACE, DEFENDANTS, AND EACH OF THEM, DID NEGLIGENTLY AND CARELESSLY OWN, RENT, LEASE, BAIL, ENTRUST, OPERATE, REPAIR, AND MAINTAIN A MOTOR VHEICLE SO AS TO CAUSE THE SAME TO CRASH INTO A VEHICLE DRIVEN BY PLAINTIFF, MICHAEL MARROQUIN, THEREBY DIRECTLY AND PROXIMATELY CAUSING THE DAMAGES COMPLAINED OF HEREIN.

MV-2. DEFENDANTS
  a. [X] The defendants who operated a motor vehicle are *(names):* RUBEN CONTRERAS

    ☐ Does _____ to _____
  b. [X] The defendants who employed the persons who operated a motor vehicle in the course of their employment are *(names):* PACIFIC GAS & ELECTRIC COMPANY, and

    [X] Does 1 to 100
  c. [X] The defendants who owned the motor vehicle which was operated with their permission are *(names):*
        PACIFIC GAS & ELECTRIC COMPANY, and

    [X] Does 1 to 100
  d. [X] The defendants who entrusted the motor vehicle are *(names):*
        PACIFIC GAS & ELECTRIC COMPANY, and

    [X] Does 1 to 100
  e. [X] The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):* RUBEN CONTRERAS

    ☐ Does _____ to _____
  f. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
    ☐ listed in Attachment MV-2f ☐ as follows:

C
21

    ☐ Does _____ to _____

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]
            **CAUSE OF ACTION—Motor Vehicle**
                     Legal
                    Solutions
                    Plus     Code of Civil Procedure 425.12



**Superior Court of California**
**County of Kern**
**1415 Truxtun Ave**
**Bakersfield, CA 93301**

Date: 02/19/2019                                    Time: 8:00 AM - 5:00 PM

**BCV-18-100020**

MARROQUIN VS PACIFIC GAS & ELECTRIC COMPANY ET AL

### *Courtroom Staff*

| | | | |
|---|---|---|---|
| **Honorable:** | Thomas S. Clark | **Clerk:** | Mary Ayala |
| **Court reporter:** | None | **Bailiff:** | None |
| **Interpreter:** | | **Language of:** | |

**PARTIES:**

| | |
|---|---|
| MICHAEL MARROQUIN, Plaintiff, not present | DANIEL RODRIGUEZ, Attorney, not present |
| PACIFIC GAS & ELECTRIC COMPANY, Defendant, not present | WILLIAM BUTTRY, Attorney, not present |
| RUBEN CONTRERAS, Defendant, not present | WILLIAM BUTTRY, Attorney, not present |

---

### NATURE OF PROCEEDINGS: RULING

Notice of Stay of Proceedings filed on February 11, 2019 by David Frankenberger, Esq. on behalf of Pacific Gas and Electric Company.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Proceedings are stayed in its entirety.

Parties shall comply with CRC Rule 3.650 at such time the stay is lifted or no longer necessary.

All scheduled hearings are hereby vacated.

The Court sets a Case Status Conference to be heard on May 20, 2019 at 8:15 a.m. in Department 17.

Copy of minute order mailed to all parties as stated on the attached certificate of mailing.

**FUTURE HEARINGS:**
May 20, 2019 8:15 AM Case Status Conference
Clark, Thomas S.
Bakersfield Department 17

---

*MINUTE ORDER FINALIZED BY:*     MARY AYALA                                    *ON:*     FEBRUARY 19, 2019

MINUTE ORDER
Page 1 of 2

MARROQUIN VS PACIFIC GAS & ELECTRIC COMPANY ET AL                          BCV-18-100020



## CERTIFICATE OF MAILING

The undersigned, of said Kern County, certify: That I am a Deputy Clerk of the Superior Court of the State of California, in and for the County of Kern, that I am a citizen of the United States, over 18 years of age, I reside in or am employed in the County of Kern, and not a party to the within action, that I served the *Minute Order dated February 19, 2019* attached hereto on all interested parties and any respective counsel of record in the within action by depositing true copies thereof, enclosed in a sealed envelope(s) with postage fully prepaid and placed for collection and mailing on this date, following standard Court practices, in the United States mail at Bakersfield California addressed as indicated on the attached mailing list.

Date of Mailing:          February 19, 2019

Place of Mailing:        Bakersfield, CA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                                                    **Tamarah Harber-Pickens**
                                                                    CLERK OF THE SUPERIOR COURT

Date: February 19, 2019

                                                                    Signed: 2/19/2019 01:52 PM

                                        By:        _____
                                                    Mary Ayala, Deputy Clerk

## MAILING LIST

DANIEL RODRIGUEZ                          WILLIAM G BUTTRY
RODRIGUEZ & ASSOC                        ERICKSEN ARBUTHNOT
2020 EYE ST                                      2440 WEST SHAW AVENUE STE 101
BAKERSFIELD          CA 93301          FRESNO CA 93711

D
23

Certificate of Mailing

Case: 19-30088    Doc# 4607    Filed: 11/07/19    Entered: 11/08/19 07:53:08    Page 23
of 27



# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF KERN
### BAKERSFIELD COURT
### 1415 TRUXTUN AVENUE
### BAKERSFIELD CA 93301

FILED
SUPERIOR COURT METROPOLITAN DIVISION
COUNTY OF KERN

JUL 11 2018
ENDORSED
TERRY McNALLY, CLERK
BY _____ DEPUTY

**PLAINTIFF/PETITIONER:**
**MICHAEL MARROQUIN**

**DEFENDANT/RESPONDENT:**
**PACIFIC GAS & ELECTRIC COMPANY; RUBEN CONTRERAS**

| NOTICE OF MANDATORY SETTLEMENT CONFERENCE/FINAL CASE MANAGEMENT CONFERENCE/TRIAL | CASE NUMBER: BCV-18-100020 |
|---|---|

Time estimate: 5 days

The above entitled matter is set for **Mandatory Settlement Conference** on **March 22, 2019** at 10:00 a.m. in Department/Division 10 of the above entitled court.

The above entitled matter is set for **Final Case Management Conference** on **April 22, 2019** at 9:00 a.m. in Department/Division 17 of the above entitled court before the Honorable Thomas S. Clark (see pretrial rules on the next page).

The above entitled matter is set for **Trial** on **April 22, 2019** at 9:00 a.m. in Department/Division 17 of the above entitled court before the Honorable Thomas S. Clark.

**Your attention is directed to the attached special rules relating to settlement conferences and the California Rules of Court, Rule 3.1380.**

**Duty of the attorneys as to settlement conference:** Except as otherwise directed by the Court for good cause shown, all parties, their attorneys and, when a party is insured, a representative of the insurance company who has the authority to settle such case, shall attend the settlement conference.

Date:   July 11, 2018

**TAMARAH HARBER-PICKENS**
CLERK OF THE SUPERIOR COURT

By:   **S. JOSLIN**
_____
Stacie Joslin, Deputy Clerk

E
24

Case: 19-30088   Doc# 4607   Filed: 11/07/19   Entered: 11/08/19 07:53:08   Page 24 of 27

## DIRECT CALENDARING PROGRAM
## RULES PERTAINING TO FINAL CASE MANAGEMENT CONFERENCES

At least five (5) days prior to any final case management conference, but not less than fifteen (15) days prior to the date the matter is set for trial, each party shall serve on every other party and submit to the Court the following:

1. The parties' proposed jury instruction in the format required by California Rules of Court, Rule 2.1055. (The CACI Jury Instructions can be found on the California Courts website and the Kern County Superior Court website. The instructions must be tailored to the case with the bracketed portions completed with the information specific to the case. If any special instructions are requested they must also be formatted in compliance with California Rules of Court, Rule 2.1055);

2. All motions in limine in written form, together with any points and authorities in support thereof;

3. A list of all witnesses that said party intends to call in his or her case in chief;

4. A proposed "generic" statement of the case to be ready to the jury at the beginning of the case;

5. A list of all photographs, documents, physical objects or the tangible things that said party intends to have marked as an exhibit and introduced into evidence at the time of trial (said items will actually be brought to the pretrial conference for examination);

Prior to the final case management conference, counsel will confer in an effort to resolve the jury instructions, issues raised in the motions in limine, the generic statement of the case, and the admissibility of the various photographs, documents, physical objects and other tangible things included in the exhibit list of each party. In addition, counsel shall review the witness lists and make their best estimate of the time anticipated to be required for the direct and cross-examinations of each of the witnesses. Counsel will also attempt to work out stipulations concerning issues which are not seriously in contest. At the time of the final case management conference, efforts will be made to resolve the remaining issues and, to the extent that they are unresolved by agreement, will be ruled upon by the Court. Final case management conference orders shall be generated settling the jury instructions (subject to augmentation after the evidence is received), providing rulings on the motions in limine, providing for the admission of certain photographs, documents, physical objects or other tangible things, and settling the generic statement of the case. A master list of witnesses and the anticipated time involved for each witness will also be generated for use of court and counsel. Such other orders will be made as may be appropriate for the management of the anticipated trial.

E
25

## SUPERIOR COURT OF CALIFORNIA
### COUNTY OF KERN
### SPECIAL RULES RELATING TO SETTLEMENT CONFERENCES

At least five (5) days prior to the mandatory settlement conference, each party will file with the court and serve on every other party a Settlement Conference Statement setting forth as a minimum the following:

1. Name of each party to the lawsuit and their counsel of record, specifically identifying the responsible attorney, if applicable;

2. A general statement of the case;

3. Factual and legal contentions of the party submitting the statement;

4. Legal authorities in support of those contentions;

5. Nature and extent of the injuries and/or damages claimed;

6. Itemization of special damages or claimed damages;

7. Any other information about the case believed to be relevant or important to assist the settlement conference judge in understanding the case and the contentions of the submitting party;

8. A history of settlement negotiations to date including dollar amounts offered and demanded and a detailed statement of the basis on which the submitting party is willing to settle the case, including actual dollar amounts involved.

Failure to serve and file the Settlement Conference Statement as required herein shall result in the imposition of substantial sanctions which may include monetary, issue, terminating or other appropriate sanctions.

The Settlement Conference Statements will be placed in a restricted envelope and, if requested, will be returned to the submitting party at the conclusion of the settlement conference.

The judge handling the settlement conference shall not act as trial judge in absence of the agreement of all the parties remaining in the action at the time of trial.

E
26

## CERTIFICATE OF MAILING

The undersigned, of said Kern County, certify: That I am a Deputy Clerk of the Superior Court of the State of California, in and for the County of Kern, that I am a citizen of the United States, over 18 years of age, I reside in or am employed in the County of Kern, and not a party to the within action, that I served the *Notice of Mandatory Settlement Conference/Final Case Management Conference/Trial* attached hereto on all interested parties and any respective counsel of record in the within action by depositing true copies thereof, enclosed in a sealed envelope(s) with postage fully prepaid and placed for collection and mailing on this date, following standard Court practices, in the United States mail at Bakersfield, California addressed as indicated on the attached mailing list.

Date of Mailing:     July 11, 2018

Place of Mailing:     Bakersfield, CA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

TAMARAH HARBER-PICKENS
CLERK OF THE SUPERIOR COURT

Date:   July 11, 2018

By:     _____ **S. JOSLIN** _____
Stacie Joslin, Deputy Clerk

## MAILING LIST

DANIEL RODRIGUEZ
RODRIGUEZ & ASSOC
2020 EYE ST
BAKERSFIELD          CA 93301

WILLIAM G BUTTRY
ERICKSEN ARBUTHNOT
2440 WEST SHAW AVENUE STE 101
FRESNO CA 93711



E
27

Case: 19-30088     Doc# 4607     Filed: 11/07/19     Entered: 11/08/19 07:53:08     Page 27
of 27