3

LEONARD K. WELSH, CSB NO. 097954
LAW OFFICES OF LEONARD K WELSH
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 328-5328
Email: lwelsh@lkwelshlaw.com

Attorneys for MICHAEL MARROQUIN



RECEIVED NOV 07 2019 UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA

FILED NOV 07 2019 UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

and

PACIFIC GAS & ELECTRIC COMPANY,

Debtors.

[ ] Affects PG&E Corporation
[ ] Affects Pacific Gas & Electric Company
[X] Affects both Debtors

*All papers shall be filed in the Lead Case No. 19-30088 (DM)

Case No. 19-30088-DM
Chapter 11
RS No. LKW-002

Date: December 11, 2019
Time: 10:00 a.m.
Place: 450 Golden Gate Avenue, 16th Floor
San Francisco, CA
Judge: Honorable Dennis Montali

Objection Deadline: December 6, 2019
Time: 4:00 p.m. (Pacific Time)

### DECLARATION OF LEONARD K. WELSH IN SUPPORT OF MOTION TO ABSTAIN AND FOR RELIEF FROM AUTOMATIC STAY TO PERMIT LAWSUIT TO PROCEED TO TRIAL AND CONCLUSION

I, Leonard K. Welsh, declare:

1. I am an attorney at law admitted to practice law before all courts in the State of California. I am admitted to practice law in United States District Court for the Northern

District of California and I am the owner of the Law Offices of Leonard K. Welsh. The Law Offices of Leonard K. Welsh is the attorney of record for Michael Marroquin ("Plaintiff") in the above-referenced case.

2. Pacific Gas & Electric Company and PG&E Corporation ("Debtors") filed Voluntary Petitions for Non-Individuals Filing for Bankruptcy ("the Petitions") on January 29, 2019 in the United States Bankruptcy Court for the Northern District of California after Plaintiff filed a lawsuit against Pacific Gas & Electric Company ("PG&E") and others in the Kern County Superior Court ("the Lawsuit"). Copies of the Petitions are included in the Exhibits to Motion to Abstain and for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion ("the Exhibits") on file herein as Exhibits "A" and "B".

3. I believe cause exists for modifying the automatic stay to permit the Lawsuit proceed in the Kern County Superior Court. This is true because:

    a. judicial economy will be promoted by allowing Plaintiff's claim against PG&E and the other defendants named in the Lawsuit ("the Other Defendants") to be tried and liquidated in one forum and one action,

    b. the Lawsuit is At Issue and ready to proceed and to trial,

    c. the issues involved in the Lawsuit are found exclusively in state law,

    d. Plaintiff's claim against PG&E are inextricably connected with his claims against the Other Defendants,

    e. the Kern County Superior Court has stayed prosecution of the Lawsuit until Plaintiff obtains relief from the automatic stay from the Bankruptcy Court, and

    f. I know of no prejudice that will occur to PG&E or any other person if the Motion is granted.

4. The foregoing statements are within my personal knowledge and I can testify competently thereto if called as a witness.

I declare under penalty of perjury that the foregoing statements are true and correct.

Date: November 1, 2019

/s/ Leonard K. Welsh
LEONARD K. WELSH