UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: )  Bankruptcy No.: 19-30088 (DM)
PG&E Corporation and )  R.S. No.: LKW-002
Pacific Gas and Electric Company )  Hearing Date: December 11, 2019
  )  Time: 10:00 a.m.
Debtor(s) )
_____ )

**FILED NOV 07 2019 UNITED STATES BANKRUPTCY COURT SAN FRANCISCO, CA**

### Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)  Date Petition Filed: 1/29/2019                     Chapter: 11
     Prior hearings on this obligation: None            Last Day to File §523/§727 Complaints:

(B)  Description of personal property collateral (e.g. 1983 Ford Taurus): NOT APPLICABLE

     Secured Creditor [ ] or lessor [ ]
     Fair market value: $_____    Source of value: _____
     Contract Balance: $_____     Pre-Petition Default: $_____
     Monthly Payment: $_____                No. of months: _____
     Insurance Advance: $_____    Post-Petition Default: $_____
                                                 No. of months: _____

(C)  Description of real property collateral (e.g. Single family residence, Oakland, CA): NOT APPLICABLE

     Fair market value: $_____ Source of value: _____ If appraisal, date: _____

     Moving Party's position (first trust deed, second, abstract, etc.):

     Approx. Bal. $_____          Pre-Petition Default: $_____
     As of (date): _____                    No. of months: _____
     Mo. payment: $_____          Post-Petition Default: $_____
     Notice of Default (date): _____        No. of months: _____
     Notice of Trustee's Sale: _____  Advances Senior Liens: $_____

     Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $ | $ | $ |
| 2nd Trust Deed: _____ | $ | $ | $ |
| _____ : | | | |
| (Total) | $ | $ | $ |

Other pertinent information: Creditor brings his Motion to Abstain and for Relief From Automatic Say to Permit Lawsuit to Proceed to Trial and Conclusion to prosecute his personal injury lawsuit in the Kern County Superior Court, Case No. BCV-18-100020-TSC

Dated: 11/1/2019                          /s/ Leonard K. Welsh *Leonard K. Welsh*
                                                    Signature

                                          Leonard K. Welsh
                                          Print or Type Name

                                          Attorney for Michael Marroquin

Case: 19-30088    Doc# 4610    Filed: 11/07/19    Entered: 11/08/19 08:05:12    Page 1 of 1