1  ANDREW H. MORTON (*pro hac vice*)
   andrew.morton@stoel.com
2  JENNIFER N. SLOCUM (*pro hac vice*)
   jennifer.slocum@stoel.com
3  STOEL RIVES LLP
   600 University Street, Suite 3600
4  Seattle, WA  98101
   Telephone:  206.624.0900
5  Facsimile:  206.386.7500

6  *Attorneys for RE Mustang LLC, RE Mustang 3
   LLC and RE Mustang 4 LLC*

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11  **In re:**                              Case No. 19-30088 (DM)
                                            Chapter 11
12  **PG&E CORPORATION**                    (Lead Case)
                                            (Jointly Administered)
13       **- and -**

14  **PACIFIC GAS AND ELECTRIC**            **NOTICE OF APPEARANCE**
    **COMPANY,**                            **AND REQUEST FOR SERVICE**
15                    **Debtors.**          **OF DOCUMENTS**

16  ☐      Affects PG&E Corporation
17  ☐      Affects Pacific Gas and Electric
            Company
18  ☒      Affects both Debtors

19  *All papers shall be filed in the Lead Case,
    No. 19-30088 (DM)*
20

21          PLEASE TAKE NOTICE that, pursuant to rules 2002, 9007 and 9010(b) of the Federal

22  Rules of Bankruptcy Procedure, and sections 1102(1) and 1109(b) of title 11 of the United States

23  Code, the undersigned attorneys appear as counsel in the above-captioned bankruptcy cases

24  ("***Chapter 11 Cases***") on behalf of creditors RE Mustang LLC, RE Mustang 3 LLC and RE

25  Mustang 4 LLC (collectively, the "***Mustang Project Companies***"), and request that all notices

26  given or required to be given in connection with the Chapter 11 Cases, and all papers served or

27  required to be served in connection therewith, be given and served upon:

28

STOEL RIVES LLP
Andrew H. Morton *(pro hac vice)*
Jennifer N. Slocum *(pro hac vice)*
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500
Email: andrew.morton@stoel.com
Email: jennifer.slocum@stoel.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order, or any other paper filed in the Chapter 11 Cases, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telecopy or otherwise.

PLEASE TAKE FURTHER NOTICE that the undersigned requests that the Debtors and the Clerk of the Court place the foregoing names and addresses on any mailing matrix or list of creditors existing or to be prepared in these Chapter 11 Cases.

This Notice of Appearance and Request for Service of Documents shall not be deemed or construed to be a waiver of (i) the Mustang Project Companies' right to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (ii) the Mustang Project Companies' right to trial by jury in any proceedings so triable in this case or in any case, controversy, or proceeding related hereto; (iii) the Mustang Project Companies' right to have a United States District Court withdraw the reference in any proceeding subject to mandatory or discretionary withdrawal; or (iv) the Mustang Project Companies' rights, claims, actions, defenses, setoffs, or recoupments to which the Mustang Project Companies are or may be entitled under agreements, in law or in equity, all of which rights, claims, defenses, setoffs and recoupments that the Mustang Project Companies expressly reserve.

1     DATED: November 7, 2019               STOEL RIVES LLP

2

3                                   /s/ *Jennifer N. Slocum*

4                                   Andrew H. Morton (*pro hac vice*)
                                  Jennifer N. Slocum (*pro hac vice*)

5

6                                   *Attorneys for RE Mustang LLC, RE Mustang 3 LLC and RE Mustang 4 LLC*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28