1  DAVID B. LEVANT (*pro hac vice*)
   david.levant@stoel.com
2  ANDREW H. MORTON (*pro hac vice*)
   andrew.morton@stoel.com
3  JENNIFER N. SLOCUM (*pro hac vice*)
   jennifer.slocum@stoel.com
4  STOEL RIVES LLP
   600 University Street, Suite 3600
5  Seattle, WA 98101
   Telephone: 206.624.0900
6  Facsimile: 206.386.7500

7  *Attorneys for Avangrid Renewables, LLC, et al.;
   Enel North America, Inc. et al. and Enel X;*
8  *Capital Dynamics, Inc. et al.; FTP Power LLC, et
   al.; and Gill Ranch Storage, LLC*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br>         **Debtors.** <br><br> ☐   Affects PG&E Corporation <br> ☐   Affects Pacific Gas and Electric Company <br> ☒   Affects both Debtors <br><br> *\*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) <br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **NOTICE OF SUBSTITUTION OF COUNSEL** |

TO:      CLERK OF COURT

AND TO:   ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that pursuant to Rule 5-1(c)(2)(B) of the Civil Local Rules for the Northern District of California, Gabrielle Glemann is hereby removed as one of the counsel

of record for Avangrid Renewables, LLC, *et al.*[1], Enel North America, Inc. *et al.*[2] and Enel X, Capital Dynamics, Inc. *et al.*[3], FTP Power LLC, *et al.*[4], and Gill Ranch Storage, LLC (collectively, the "**Renewable Energy Companies**") and should be removed from the Court's ECF e-mail service list.

PLEASE TAKE FURTHER NOTICE that Andrew H. Morton (admitted *pro hac vice*) hereby enters his appearance in the above titled action as an attorney of record for the Renewable Energy Companies listed above and should be added to the Court's ECF e-mail service list.

All further service, papers and proceedings in this case, exception original process, should be served upon Andrew H. Morton at the address below.

This Notice of Substitution of Counsel is effective immediately.

DATED: November 8, 2019.

STOEL RIVES LLP

/s/ *Andrew H. Morton*
Andrew H. Morton, *(pro hac vice)*
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Email: andrew.morton@stoel.com

*Attorneys for Avangrid Renewables, LLC, et al.; Enel North America, Inc. et al. and Enel X; Capital Dynamics, Inc. et al.; FTP Power LLC, et al. and Gill Ranch Storage, LLC*

---

[1] This representation includes the following subsidiaries of Avangrid Renewables, LLC: Klondike Wind Power III LLC and Shiloh I Wind Project LLC.
[2] This representation includes the following subsidiaries of Enel North America, Inc.: Sierra Energy Storage, LLC, Kingston Energy Storage, LLC, Cascade Energy Storage, LLC, El Dorado Hydro, LLC, and Rock Creek Hydro, LLC.
[3] This representation includes the following subsidiaries of Capital Dynamics, Inc.: CA Flats Solar 130, LLC, CA Flats Solar 150, LLC, Lost Hills Solar, LLC, Blackwell Solar, LLC, Parrey, LLC, North Star Solar, LLC, and Solar Star California XIII, LLC.
[4] This representation includes the following subsidiaries of FTP Power LLC: Western Antelope Blue Sky Ranch A LLC, 67RK 8me LLC, 65HK 8me LLC, 87RL 8me LLC, Adera Solar, LLC, Aspiration Solar G, LLC, Bayshore Solar A, LLC, Bayshore Solar B, LLC, and Bayshore Solar C, LLC.

# CERTIFICATE OF SERVICE

I, Lisa Petras, certify that at all times mentioned herein, I was and am a resident of the state of Washington, over the age of eighteen years, not a party to the proceeding or interested therein, and competent to be a witness therein. My business address is that of Stoel Rives LLP, 3600 One Union Square, 600 University Street, Seattle, Washington 98101.

On November 8, 2019, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will in turn automatically generate a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF system. The Notice of Electronic Filing specifically identifies the recipients of electronic notice.

DATED this 8th day of November, 2019, at Seattle, Washington.

*/s/ Lisa Petras*
Lisa Petras, Paralegal
Stoel Rives LLP
lisa.petras@stoel.com