**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**STIPULATION BETWEEN DEBTORS AND AD HOC GROUP OF INTERCONNECTION CUSTOMERS TO CONTINUE HEARING ON MOTION TO COMPEL PAYMENT OF PASS-THROUGH AMOUNTS WITHHELD BY PACIFIC GAS AND ELECTRIC COMPANY**<br><br>Re: Dkt. Nos. 4400<br><br>[No Hearing Requested] |

This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the Ad Hoc Group of Interconnection Customers (the "**Ad Hoc Group of Interconnection Customers**"), on the other. The Debtors and the Ad Hoc Group of Interconnection Customers are referred to in this Stipulation and Agreement for Order collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## RECITALS

A. On October 22, 2019, the Ad Hoc Group of Interconnection Customers filed the *Motion and Memorandum of the Ad Hoc Group of Interconnection Customers to Compel Payment of Pass-Through Amounts Withheld by Pacific Gas and Electric Company* [Dkt. No. 4400] (the "**Motion**") which is currently set for a hearing at 10:00 a.m. on November 13, 2019 (the "**Hearing**"). Any response or opposition to the Motion by the Debtors or either official committee appointed in this case is due by 4:00 p.m. (Pacific Time) on November 8, 2019.

B. The Parties have engaged in productive discussions regarding the Motion, and are working toward a consensual resolution of the Motion.

C. The Parties' respective counsel have agreed that the Hearing be continued to the omnibus hearing scheduled for 10:00 a.m. on November 19, 2019, so that the Parties may continue their settlement discussions and propose a stipulated order on the Motion.

**NOW, THEREFORE, IT HEREBY IS STIPULATED AND AGREED BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The Hearing on the Motion is continued to 10:00 a.m. (Pacific Time) on November 19, 2019.

2. The time for the Debtors and the official appointed committees to respond to the Motion shall be extended to 4:00 p.m. (Pacific Time) on November 14, 2019.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| Dated: November 8, 2019 | Dated: November 8, 2019 |
| WEIL, GOTSHAL & MANGES LLP<br>KELLER & BENVENUTTI LLP | STOEL RIVES LLP |
| /s/ *Thomas B. Rupp*<br>Thomas B. Rupp | /s/ *Andrew Morton*<br>Andrew Morton |
| *Attorneys for Debtors*<br>*and Debtors in Possession* | *Attorneys for Ad Hoc Group of*<br>*Interconnection Customers* |