TROUTMAN SANDERS LLP
Hugh M. McDonald (admitted *pro hac vice*)
Jonathan D. Forstot (admitted *pro hac vice*)
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000
Facsimile: (212) 704-6288
hugh.mcdonald@troutman.com
jonathan.forstot@troutman.com

TROUTMAN SANDERS LLP
Marcus T. Hall, Bar No. 206495
Katharine L. Malone, Bar No. 290884
3 Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 477-5700
Facsimile (415) 477-5710
marcus.hall@troutman.com
katharine.malone@troutman.com

*Attorneys for Consolidated Edison Development, Inc.*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 (Lead Case) (Jointly Administered) |
| **-and-** | **CONSOLIDATED EDISON DEVELOPMENT INC.'S RESERVATION OF RIGHTS REGARDING POSTPETITION INTEREST ON UNSECURED CLAIMS** |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| **Debtors.** | Date: December 11, 2019 |
| ☐ Affects PG&E Corporation | Time: 10:00 a.m. (Pacific Time) |
| ☒ Affects Pacific Gas and Electric Company | |
| ☐ Affects both Debtors | Place: United States Bankruptcy Court Courtroom 17, 16th Floor San Francisco, CA 94102 |
| *\* All papers shall be filed in the Lead, Case, No. 19-30088 (DM).* | Re: Docket No. 4540 |

Consolidated Edison Development, Inc. ("CED"), through its counsel, hereby reserves all

its rights with respect to the "Postpetition Interest Issue," as defined in the *Order Establishing Pre-*

40579348v2

*Confirmation Briefing and Hearing Schedule for Certain Legal Issues* [Docket No. 4540] (the "Scheduling Order"), including the right to be heard at the hearing set for December 11, 2019 (the "Hearing") or any time thereafter.

CED is a party to several wholesale power purchase agreements (the "PPAs") with Pacific Gas and Electric Company (the "Utility" and, together with PG&E Corporation, the "Debtors"). It is CED's understanding that the Debtors will likely assume the PPAs pursuant to section 365 of the Bankruptcy Code. While CED currently takes no position on the Postpetition Interest Issue, it reserves all its rights on that Issue. Therefore, if the Debtors seek to assume the PPAs, then, pursuant to this reservation of rights, CED may: (1) raise and be heard on whether the PPAs' interest rates apply to the calculation of amounts owed to cure the Utility's defaults under the PPAs, and (2) without waiving any rights, refrain from taking, briefing, and arguing a position on the Postpetition Interest Issue until the Debtors seek to assume the PPAs—notwithstanding the Scheduling Order or any decision rendered at or after the Hearing.

Dated: November 8, 2019

TROUTMAN SANDERS LLP

By: */s/ Hugh M. McDonald*
Hugh M. McDonald (admitted *pro hac vice*)
Jonathan D. Forstot (admitted *pro hac vice*)
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000
hugh.mcdonald@troutman.com
jonathan.forsot@troutman.comn

Marcus T. Hall (SBN 206495)
Katharine L. Malone (SBN 290884)
3 Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 477-5700
marcus.hall@troutman.com
katharine.malone@troutman.com

*Attorneys for Consolidated Edison Development, Inc.*

TROUTMAN SANDERS LLP
875 THIRD AVENUE
New York, NY 10022