# EXHIBIT A

CALIFORNIA DEPARTMENT OF INSURANCE
NORTH BAY INSURED LOSSES FROM THE OCTOBER 2017 WILDFIRES

| County | Total Number of Claims | Number of Claims Resulting in Total Loss | Direct Incurred Losses | Amount Paid to Date |
|---|---|---|---|---|
| **RESIDENTIAL PERSONAL PROPERTY** | | | | |
| ALAMEDA | 11 | 3 | $ 1,897,872 | $ 1,302,241 |
| LAKE | 256 | 97 | $ 48,363,120 | $ 32,043,350 |
| MENDOCINO | 547 | 200 | $ 142,895,510 | $ 105,337,591 |
| NAPA | 2,545 | 472 | $ 1,206,434,647 | $ 824,874,018 |
| SOLANO | 198 | 11 | $ 39,933,499 | $ 21,109,229 |
| SONOMA | 14,779 | 4,963 | $ 6,987,811,496 | $ 5,026,671,548 |
| **SUBTOTAL** | 18,336 | 5,746 | $ 8,427,336,142 | $ 6,011,337,976 |
| **COMMERCIAL PROPERTY** | | | | |
| ALAMEDA | 7 | 1 | $ 8,164,175 | $ 5,377,507 |
| LAKE | 9 | - | $ 243,453 | $ 73,806 |
| MENDOCINO | 68 | 5 | $ 21,454,292 | $ 12,009,560 |
| NAPA | 776 | 63 | $ 277,424,959 | $ 138,311,386 |
| SOLANO | 27 | 1 | $ 1,046,900 | $ 667,286 |
| SONOMA | 1,806 | 152 | $ 792,618,228 | $ 344,046,072 |
| **SUBTOTAL** | 2,693 | 222 | $ 1,100,952,006 | $ 500,485,617 |
| **PERSONAL AND COMMERCIAL AUTO** | | | | |
| ALAMEDA | 4 | | $ 79,397 | $ 75,382 |
| LAKE | 30 | | $ 336,679 | $ 322,039 |
| MENDOCINO | 175 | | $ 1,959,692 | $ 1,774,414 |
| NAPA | 530 | | $ 10,156,554 | $ 8,768,094 |
| SOLANO | 15 | | $ 68,011 | $ 67,991 |
| SONOMA | 4,416 | | $ 79,735,802 | $ 68,062,170 |
| **SUBTOTAL** | 5,170 | | $ 92,336,134 | $ 79,070,089 |
| **OTHER LINES** | | | | |
| ALAMEDA | 15 | | $ 87,795 | $ 357 |
| LAKE | 22 | | $ 130,012 | $ 129,882 |
| MENDOCINO | 42 | | $ 12,758,689 | $ 9,350,968 |
| NAPA | 197 | | $ 42,890,439 | $ 22,170,018 |
| SOLANO | 7 | | $ 139,807 | $ 139,657 |
| SONOMA | 579 | | $ 54,448,026 | $ 38,409,673 |
| **SUBTOTAL** | 862 | | $ 110,454,768 | $ 70,200,554 |
| **GRAND TOTAL** | 27,061 | | $ 9,731,079,051 | $ 6,661,094,236 |

**Residential Property:**
-Homeowners
-Condominium Unit Owners
-Mobile Home
-Tenants/Renters
-Dwelling Fire and Allied Lines
-Lender/Force-Placed and Real Estate Owned (REO)

**Commercial Residential:**
-Apartment and Condominium Buildings
-Condominium Association
-Homeowners Association
**Commercial Non-Residential:**
-Commercial Multi-Peril
-Fire and Allied Lines
-All other Comm. property policies not specified above

**All other Commercial**
Non-residential exposures
(Ocean Marine, Inland Marine, Aircraft,
Boiler and Machinery, etc.)

Release Date: May 18, 2018