# EXHIBIT D

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007 | CRAVATH, SWAINE & MOORE LLP<br>Paul H. Zumbro (*pro hac vice*)<br>(pzumbro@cravath.com)<br>Kevin J. Orsini (*pro hac vice*)<br>(korsini@cravath.com)<br>Omid H. Nasab (*pro hac vice*)<br>(onasab@cravath.com)<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212 474 1000<br>Fax: 212 474 3700 |

Keller & Benvenutti LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF DEBTORS' DESIGNATION OF CLAIMS FILED BY THE UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA AND ADVENTIST HEALTH SYSTEM AS UNLIQUIDATED AND SUBJECT TO ESTIMATION UNDER SECTION 502(c) OF THE BANKRUPTCY CODE**<br><br>Date: December 17, 2019<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that on July 18, 2019, the Debtors filed *Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures*, (Dkt. 3091) (the "**Estimation Motion**"). The Estimation Motion sought to establish the framework under which the Debtors aggregate liability for all contingent and/or unliquidated claims arising out of the 2015, 2017 and 2018 Northern California Wildfires (the "**Wildfires**" and the "**Wildfire Claims**"[1]).

**PLEASE TAKE FURTHER NOTICE** that on August 21, 2019, the Court found that "[b]ecause it would be impossible to liquidate thousands of tort claims in a matter or months, or possibly years, [the Debtors] need[] to implement the bankruptcy procedure for estimation of its unliquidated claims for its reorganization purposes." (Dkt. 3648, Recommendation for Withdrawal of Reference of Proceeding In Part at 3.) Judge James Donato of the United States District Court for the Northern District of California (the "**District Court**"), accepted the Court's recommendation and ordered "the partial withdrawal of the reference of the Section 502(c) estimation of unliquidated claims arising from the . . . [W]ildfires." (Dist. Ct. Dkt. 2, Order Adopting Recommendation for Withdrawal of Reference of Proceeding In Part; Order of Assignment at 1.)

**PLEASE TAKE FURTHER NOTICE** that at the October 23, 2019 Omnibus Hearing, the Debtors discussed with the Court a briefing schedule on the issue of whether claims asserted by the United States of America (including any department, agency or instrumentality thereof,

---

[1] As used in this notice and the Estimation Motion, the terms "**Wildfires**" and "**Wildfire Claims**" refer to the 2015 Butte Fire, the 2018 Camp Fire and the following 2017 North Bay Wildfires: (1) Adobe; (2) Atlas; (3) Blue; (4) Cascade; (5) Cherokee; (6) Highway 37; (7) Honey; (8) La Porte; (9) Lobo; (10) Maacama; (11) McCourtney; (12) Norrbom; (13) Nuns; (14) Oakmont/Pythian; (15) Partrick; (16) Pocket; (17) Point; (18) Potter/Redwood; (19) Pressley; (20) Sullivan; (21) Sulphur and (22) Tubbs.

- 2 -

the "**U.S.A.**"), the State of California, (including any department, agency or instrumentality thereof, the "**State**"), and Adventist Health System/West and Feather River Hospital d/b/a Adventist Health Feather River ("**Adventist**") (collectively with the Debtors, the "**Parties**"), are unliquidated and subject to estimation under section 502(c) of title 11 of the United States Code (the "**Bankruptcy Code**"). (Oct. 23, 2019 Hr'g Tr. at 45:18-55:20.)

**PLEASE TAKE FURTHER NOTICE** that on October 31, 2019, the Court entered the *Order Establishing Pre-Confirmation Briefing and Hearing Schedule for Certain Legal Issues* (Dkt. No. 4540) (the "**Order**"). The Order requires the Debtors to file a designation on November 1, 2019, notifying the U.S.A., the State and Adventist, which of their asserted claims the Debtors contend are unliquidated and subject to estimation under section 502(c) of the Bankruptcy Code. (Dkt. No. 4540 at 2-3.)

**PLEASE TAKE FURTHER NOTICE** that in accordance with the Order, the Debtors contend the following claims asserted by the U.S.A., the State and Adventist are unliquidated and subject to estimation:

| Entity[2] | Fire(s) | Alleged Damages | Alleged Claim Amount |
|---|---|---|---|
| Federal Emergency Management System (FEMA) | Butte | Public and individual assistance, administrative costs | $160,598,290.22 |
| FEMA | Camp | Public and individual assistance, administrative costs | $2,552,285,006.62 |
| FEMA | North Bay Fires | Public and individual assistance, administrative costs | $1,227,587,473.81 |
| U.S. Department of Agriculture, Forest Service | El Portal | Suppression costs and interest and penalties | $9,895,433.64 |
| U.S. Department of Agriculture, Forest Service | El Portal | Damage to public lands | $19,466,029.49 |

---

[2] On information and belief of the Debtors, each entity listed (other than Adventist) is a department, agency or instrumentality of the U.S.A. or the State.

- 3 -

| Entity[2] | Fire(s) | Alleged Damages | Alleged Claim Amount |
|---|---|---|---|
| U.S. Department of Agriculture, Forest Service | Railroad | Suppression costs | $21,029,700.59 |
| U.S. Department of Agriculture, Forest Service | Railroad | Damage to public lands | $76,554,779.95 |
| U.S. Department of the Interior - Bureau of Land Management | Butte | Damage to public lands | $31,469,881.00 |
| U.S. Department of the Interior - Bureau of Land Management | Butte | Damage to public lands | $31,469,881.00 |
| U.S. Department of the Interior - Bureau of Land Management | Camp | Damage to public lands | $7,721,234.36 |
| U.S. Department of the Interior - Bureau of Land Management | Murphy | Suppression costs | $81,167.00 |
| U.S. Department of the Interior - National Park Service | Atlas | Suppression costs | $9,368.42 |
| U.S. Department of the Interior - National Park Service | Butte | Suppression costs | $33,749.97 |
| U.S. Department of the Interior - National Park Service | El Portal | Suppression costs | $3,763,144.49 |
| U.S. Department of the Interior - National Park Service | Murphy | Suppression costs | $14,170.15 |
| U.S. Department of the Interior - National Park Service | Railroad | Suppression costs | $90,415.07 |

- 4 -

Case: 19-30088  Doc# 4553  Filed: 11/01/19  Entered: 11/01/19 16:56:23  Page 4 of 10
Case: 19-30088  Doc# 4630-4  Filed: 11/08/19  Entered: 11/08/19 15:41:24  Page 5 of 11

| Entity[2] | Fire(s) | Alleged Damages | Alleged Claim Amount |
|---|---|---|---|
| U.S. Department of the Interior - National Park Service | Tubbs | Suppression costs | $102,302.81 |
| U.S. on behalf of its Environmental Protection Agency & Department of Interior | N/A | Future costs (labor, oversight, regulatory compliance) associated with cleanup of hazardous materials | Undetermined |
| U.S. Small Business Administration | Camp | Administrative, travel and subsidy costs | $27,774,829.00 |
| U.S. Small Business Administration | North Bay Fires | Administrative, travel and subsidy costs | $11,641,027.00 |
| Adventist Health System | Camp | Property damage, business loss, lost wages and earning capacity, punitive damages, attorney's fees | $1,012,061,204 |
| California Department of Developmental Services | Camp, Nuns Norrbom | Evaluation and care of individuals with developmental disabilities and property damage | $5,091,429.65 |
| California Department of Forestry and Fire Protection | 415 | Suppression, administrative, accounting and investigation costs | $6,043.70 |
| California Department of Forestry and Fire Protection | Almond | Suppression, administrative, accounting and investigation costs | $20,546.16 |
| California Department of Forestry and Fire Protection | Atlas, Adobe, Norrbom, Nuns, Partrick, Pocket, Pressley, Pythian/Oakmont | Suppression, administrative, accounting and investigation costs | $117,504,408.91 |
| California Department of Forestry and Fire Protection | Benson | Suppression, administrative, accounting and investigation costs | $125,730.70 |

- 5 -

Case: 19-30088    Doc# 4553    Filed: 11/01/19    Entered: 11/01/19 16:56:23    Page 5 of 10
Case: 19-30088    Doc# 4630-4    Filed: 11/08/19    Entered: 11/08/19 15:41:24    Page 6 of 11

| Entity[2] | Fire(s) | Alleged Damages | Alleged Claim Amount |
|---|---|---|---|
| California Department of Forestry and Fire Protection | Bissett | Suppression, administrative, accounting and investigation costs | $1,685.80 |
| California Department of Forestry and Fire Protection | Blue | Suppression, administrative, accounting and investigation costs | $172,621.03 |
| California Department of Forestry and Fire Protection | Butte | Suppression, administrative, accounting and investigation costs | $104,545,284.20 |
| California Department of Forestry and Fire Protection | Camp | Suppression, administrative, accounting and investigation costs | $109,506,276.63 |
| California Department of Forestry and Fire Protection | Cascade, La Porte, Lobo and McCourtney | Suppression, administrative, accounting and investigation costs | $11,224,238.65 |
| California Department of Forestry and Fire Protection | Cienega | Suppression, administrative, accounting and investigation costs | $29,000,000.00 |
| California Department of Forestry and Fire Protection | Corrine | Suppression, administrative, accounting and investigation costs | $9,222,550.71 |
| California Department of Forestry and Fire Protection | Country | Suppression, administrative, accounting and investigation costs | $79,985.64 |
| California Department of Forestry and Fire Protection | Harney | Suppression, administrative, accounting and investigation costs | $5,162.11 |
| California Department of Forestry and Fire Protection | Honey | Suppression, administrative, accounting and investigation costs | $1,104,743.07 |
| California Department of Forestry and Fire Protection | N/A | Post-petition attorney fees | $82,857.25 |

| Entity[2] | Fire(s) | Alleged Damages | Alleged Claim Amount |
|---|---|---|---|
| California Department of Forestry and Fire Protection | Northridge | Suppression, administrative, accounting and investigation costs | $4,235.29 |
| California Department of Forestry and Fire Protection | Parkfield | Suppression, administrative, accounting and investigation costs | $578,375.16 |
| California Department of Forestry and Fire Protection | Saddle | Suppression, administrative, accounting and investigation costs | $28,347.48 |
| California Department of Forestry and Fire Protection | Sawmill | Suppression, administrative, accounting and investigation costs | $3,524,693.08 |
| California Department of Forestry and Fire Protection | Soda | Suppression, administrative, accounting and investigation costs | $40,426.77 |
| California Department of Forestry and Fire Protection | Sulfur | Suppression, administrative, accounting and investigation costs | $2,925,443.59 |
| California Department of Forestry and Fire Protection | Table | Suppression, administrative, accounting and investigation costs | $109,753.52 |
| California Department of Forestry and Fire Protection | Zenon | Suppression, administrative, accounting and investigation costs | $174,341.81 |
| California Department of Parks and Recreation | Camp | Supplies | $14,914.95 |
| California Department of Parks and Recreation | Camp | Event permit for power restoration | $4,900.00 |
| California Department of Parks and Recreation | Camp | Mitigation labor | $5,691.33 |

| Entity[2] | Fire(s) | Alleged Damages | Alleged Claim Amount |
|---|---|---|---|
| California Department of Parks and Recreation | Camp | Voyager cost for fuel used for mitigation | $235.62 |
| California Department of Parks and Recreation | Camp | Labor costs | $122,102.52 |
| California Department of Parks and Recreation | Camp | Travel expenses for employees | $3,407.08 |
| California Department of Parks and Recreation | Nuns and Tubbs | Loss of revenue at State Parks that were closed as a result of the fires | $225,000.00 |
| California Department of Parks and Recreation | Nuns and Tubbs | Fire rehabilitation | $1,025,000.00 |
| California Department of Parks and Recreation | Nuns and Tubbs | Property damage | $8,580,898.00 |
| California Department of Parks and Recreation | Nuns and Tubbs | Staff costs for property protection, safety, staffing and field patrols | $1,029,600.00 |
| California Department of Toxic Substances Control | Butte, Camp, Cascade, Laporte, Lobo, McCourtney, Redwood Valley and Sulphur | Environmental obligations and liabilities | $7,166,391.29 |
| California Department of Transportation | Camp | Emergency response, cleanup and repairs of infrastructure | $217,044,048.00 |
| California Department of Transportation | North Bay Fire | Emergency response, cleanup and repairs of infrastructure | $7,587,178.97 |
| California Department of Water Resources | N/A | Bond costs charged to PG&E customers | Additional Funds |

| Entity[2] | Fire(s) | Alleged Damages | Alleged Claim Amount |
|---|---|---|---|
| California Governor's Office of Emergency Services | Butte | Public assistance | $106,638,695.00 |
| California Governor's Office of Emergency Services | Camp | Public assistance | $2,345,617,675.00 |
| California Governor's Office of Emergency Services | North Bay Fires | Public assistance | $346,933,590.00 |
| California State University, Chico | Camp | Property damage, loss of income, emergency operation center costs and labor costs | $273,460.26 |
| Department of Veterans Affairs of the State of California | Camp, Butte and Nuns | Property damage and debris removal | $10,878,747.41 |

**PLEASE TAKE FURTHER NOTICE** that, for completeness, the Debtors have included in the foregoing list of claims all claims asserted against the Debtors that arise from a wildfire, including claims that do not arise from the Wildfires that are subject to the estimation proceedings before the District Court (the **"Additional Wildfire Claims"**[3]). The Debtors are not seeking to estimate the Additional Wildfire Claims in the estimation proceedings before the District Court, but reserve all rights related to the allowance or disallowance of the Additional Wildfire Claims and the determination of the amounts thereof.

**PLEASE TAKE FURTHER NOTICE** that claims filed against the Debtors in the above-captioned chapter 11 cases are still being processed and the Debtors hereby reserve their

---

[3] The wildfires underlying the Additional Wildfire Claims include, but are not limited to, the following wildfires: (1) 415, (2) Almond, (3) Benson, (4) Bissett, (5) Cienega, (6) Corrine, (7) Country, (8) El Portal, (9) Harney, (10) Murphy, (11) Northridge, (12) Parkfield, (13) Railroad, (14) Saddle, (15) Sawmill, (16) Soda, (17) Table, and (18) Zenon.

- 9 -

rights to supplement the foregoing list of claims after reviewing any additional claims asserted by the U.S.A., the State and Adventist after such claims are processed.

**PLEASE TAKE FURTHER NOTICE** that the foregoing list designating claims as unliquidated does not constitute an admission on the part of the Debtors that any such claims should be allowed in the amounts specified or in any amount at all. The Debtors hereby reserve all rights to object to any and all claims in the foregoing list on any ground contemplated by section 502(b) of the Bankruptcy Code or any other applicable law.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings and other documents for the above-captioned cases can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Court's website.

Dated: November 1, 2019

        **WEIL, GOTSHAL & MANGES LLP**
        **CRAVATH, SWAINE & MOORE LLP**
        **KELLER & BENVENUTTI LLP**

        */s/ Paul H. Zumbro*
        Paul H. Zumbro

        *Counsel for the Debtors and Debtors in Possession*