# EXHIBIT A

# PG&E Equity Holders with Subrogation Claims

Equity investors of PG&E, which own <u>19.1%</u> or approximately 101.2 million shares of common stock, also own <u>50.0%</u> or approximately $7.7 billion of subrogation claims

| | Investors[2] | AdHoc Group Participant[1] | PG&E Common Equity (Shares)[1] | % of Common Shares Outstanding | Subrogation Claims ($)[1] | % of Subrogation Claims Outstanding |
|---|---|---|---|---|---|---|
| 1 | The Baupost Group, L.L.C. | Subrogation | 24,500,000 | 4.6% | $ 6,061,916,356 | 39.4% |
| 2 | Attestor Capital LLP | Subrogation | 8,038,514 | 1.5% | 822,755,406 | 5.3% |
| 3 | TPG Sixth Street Partners, LLC | Subrogation | 1,000,000 | 0.2% | 416,190,549 | 2.7% |
| 4 | Centerbridge Partners | Equity Holders | 8,826,985 | 1.7% | 189,875,301 | 1.2% |
| 5 | Silver Point Capital | Equity Holders | 17,887,000 | 3.4% | 74,934,854 | 0.5% |
| 6 | Abrams Capital Management | Equity Holders | 25,000,000 | 4.7% | 72,302,208 | 0.5% |
| 7 | Owl Creek Asset Management | Equity Holders | 3,163,093 | 0.6% | 23,102,562 | 0.2% |
| 8 | The Progressive Corporation | Subrogation | 63,500 | 0.0% | 11,852,398 | 0.1% |
| 9 | Redwood Capital Management | Equity Holders | 12,694,079 | 2.4% | 9,665,802 | 0.1% |
| 10 | Mapfre USA | Subrogation | 4,000 | 0.0% | 8,747,210 | 0.1% |
| **Total** | | | **101,177,171** | **19.1%** | **$ 7,691,342,647** | **50.0%** |
| **Total Outstanding** | | | 529,223,793 [3] | 100.0% | $ 15,389,688,805 [4] | 100.0% |

1) Holdings based on the Fifth Amended Verified Statement of the Ad Hoc Group of Subrogation Claim Holders Pursuant to Bankruptcy Rule 2019 (Dkt# 4302) dated 10/18/2019 and the Fourth Amended Verified Statement of Jones Day Pursuant to Federal Rule of Bankruptcy Procedure 2019 (Dkt# 4355) dated 10/21/2019
2) Certain investors may own other PG&E securities which are not reflected herein including bonds, stock options, DIP, trade claims and other securities
3) Total outstanding common equity shares as of November 6, 2019 based on information available on Bloomberg
4) Based on the total in the Fifth Amended Verified Statement of the Ad Hoc Group of Subrogation Claim Holders Pursuant to Bankruptcy Rule 2019 (Dkt# 4302) dated 10/18/2019

# Top 10 PG&E Equity Holders

**The top ten equity holders of PG&E's stock, per the Bankruptcy Rule 2019 disclosures, <u>includes four investors that hold over $6.2 billion in subrogation claims</u>**

- Three of the top four equity investors in PG&E's stock own subrogation claims

| | Top 10 Equity Holders[2] | AdHoc Group Participant[1] | PG&E Common Equity (Shares)[1] | % of Common Shares Outstanding | Subrogation Claims ($)[1] | % of Subrogation Claims Outstanding |
|---|---|---|---|---|---|---|
| 1 | Abrams Capital Management | Equity Holder | 25,000,000 | 4.7% | $ 72,302,208 | 0.5% |
| 2 | Anchorage Capital Group | Equity Holder | 24,905,000 | 4.7% | - | 0.0% |
| 3 | The Baupost Group, L.L.C. | Subrogation | 24,500,000 | 4.6% | 6,061,916,356 | 39.4% |
| 4 | Silver Point Capital | Equity Holder | 17,887,000 | 3.4% | 74,934,854 | 0.5% |
| 5 | Knighthead Capital Management | Equity Holder | 14,383,521 | 2.7% | - | 0.0% |
| 6 | Redwood Capital Management | Equity Holder | 12,694,079 | 2.4% | 9,665,802 | 0.1% |
| 7 | Pentwater Capital Management | Equity Holder | 12,056,600 | 2.3% | - | 0.0% |
| 8 | Fidelity Management | Equity Holder | 12,038,048 | 2.3% | - | 0.0% |
| 9 | Stonehill Capital Management | Equity Holder | 10,899,797 | 2.1% | - | 0.0% |
| 10 | D.E. Shaw Galvanic Portfolios | Equity Holder | 10,802,523 | 2.0% | - | 0.0% |
| | **Total** | | **165,166,568** | **31.2%** | **$ 6,218,819,221** | **40.4%** |
| | **Total Outstanding** | | **529,223,793** [3] | **100.0%** | **$ 15,389,688,805** [4] | **100.0%** |

1) Holdings based on the Fifth Amended Verified Statement of the Ad Hoc Group of Subrogation Claim Holders Pursuant to Bankruptcy Rule 2019 (Dkt# 4302) dated 10/18/2019 and the Fourth Amended Verified Statement of Jones Day Pursuant to Federal Rule of Bankruptcy Procedure 2019 (Dkt# 4355) dated 10/21/2019
2) Certain investors may own other PG&E securities which are not reflected herein including bonds, stock options, DIP, trade claims and other securities
3) Total outstanding common equity shares as of November 6, 2019 based on information available on Bloomberg
4) Based on the total in the Fifth Amended Verified Statement of the Ad Hoc Group of Subrogation Claim Holders Pursuant to Bankruptcy Rule 2019 (Dkt# 4302) dated 10/18/2019