**EXHIBIT B**

Case: 19-30088 Doc# 4633-2 Filed: 11/08/19 Entered: 11/08/19 17:04:46 Page 1 of 2

**EXHIBIT B**
**COMPENSATION BY PROFESSIONAL**
**FOR THE PERIOD MARCH 1, 2019 THROUGH MAY 31, 2019**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Brent Williams | Managing Director | $ 1,195 | 601.1 | $ 718,254.75 |
| Alex Stevenson | Managing Director | 1,195 | 212.6 | 254,057.00 |
| Brendan Murphy | Managing Director | 1,095 | 738.2 | 808,329.00 |
| Troy Peters | General Counsel (In-House) | 1,195 | 10.1 | 12,069.50 |
| Sherman Guillema | Director | 895 | 44.2 | 39,559.00 |
| Peter Gnatowski | Vice President | 795 | 398.1 | 316,489.50 |
| Carl Comstock | Associate | 695 | 242.1 | 168,259.50 |
| Matt Merkel | Associate | 695 | 590.1 | 410,084.75 |
| Naeem Muscatwalla | Senior Analyst | 495 | 236.4 | 117,018.00 |
| Riley Jacobs | Analyst | 395 | 433.3 | 171,153.50 |
| Alex Gebert | Analyst | 395 | 98.8 | 39,026.00 |
| Rikki Maynard | Legal and Professional Support | 250 | 38.3 | 9,575.00 |
| Jane Su | Professional Support | 250 | 14.6 | 3,650.00 |
| Jackie Hurley | Professional Support | 250 | 16.5 | 4,125.00 |
| **Subtotal** | | | **3,674.3** | **$ 3,071,650.50** |
| Less: 50% Discount for Non-Working Travel Time | | | | (66,231.63) |
| **Grand Total** | | | | **$ 3,005,418.88** |