# **EXHIBIT C**

# EXHIBIT C
## COMPENSATION BY WORK TASK CODE
## FOR THE PERIOD MARCH 1, 2019 THROUGH MAY 31, 2019

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 1 | DIP Financing and Related Analysis | 99.2 | $ 88,904.00 |
| 2 | First / Second Day Motions and SOFAs | 29.2 | 25,214.00 |
| 3 | Financial Analysis (Requested by Counsel, or Otherwise) | 345.9 | 273,580.50 |
| 4 | 13-Week Cash Flow / MOR / Liquidity Analysis | 102.7 | 74,136.50 |
| 5 | Due Diligence of Debtor's Assets and Liabilities | 402.9 | 303,285.50 |
| 6 | Due Diligence of Wildfire Safety Plan and Related Analysis | 421.0 | 364,255.00 |
| 7 | Debtor Professionals - Diligence / Meetings / Calls | 81.2 | 78,264.00 |
| 8 | UCC Professionals - Diligence / Meetings / Calls | 26.0 | 29,310.00 |
| 9 | Other Professionals / Interested Parties - Diligence / Meetings / Calls | 30.8 | 36,086.00 |
| 10 | Tort Claimants (Counsel/FA) - Diligence / Meetings / Calls | 235.0 | 240,515.00 |
| 11 | Assist Counsel in Responses / Objections to Bankruptcy Court Motions | 187.1 | 168,754.50 |
| 12 | Committee Related Matters - Diligence / Meetings / Calls | 300.7 | 271,431.75 |
| 13 | Bankruptcy Filings and Document Review | 266.5 | 195,717.50 |
| 14 | Review of Executory Contracts and Related Analysis | 25.9 | 20,040.50 |
| 15 | Review of Employee-Related Matters, Including Retention Plans | 282.7 | 219,059.50 |
| 16 | Review of Claims and Related Analysis | 40.8 | 32,026.00 |
| 17 | Asset Sale(s), Strategic Alternatives, and Related Analysis | 143.2 | 107,254.00 |
| 20 | Benchmarking and Related Analysis [1] | 111.1 | 63,084.50 |
| 21 | Term Sheets, Plan, and Disclosure Statement Analysis | 56.9 | 52,495.50 |
| 23 | Deposition(s), Testimony, Court Hearing(s), and Related Preparation / Attendance | 78.7 | 85,626.50 |
| 24 | Travel Time - Non Working Travel | 117.4 | 132,463.25 |
| 25 | Project Administration | 164.5 | 129,257.50 |
| 26 | Professional Retention | 77.3 | 59,083.50 |
| 28 | Other/Miscellaneous | 23.9 | 6,244.50 |
| 29 | Fee Application Preparation | 23.8 | 15,561.00 |
| **Subtotal** | | **3,674.3** | **3,071,650.50** |
| | Less: 50% Discount for Non-Working Travel Time | | (66,231.63) |
| **Grand Total** | | **3,674.3** | **$ 3,005,418.88** |