# **EXHIBIT D**

# EXHIBIT D
# SUMMARY OF EXPENSES
# FOR THE PERIOD MARCH 1, 2019 THROUGH MAY 31, 2019

| Expense Type | Amount |
|---|---:|
| Airfare | $ 25,045.26 |
| Data Processing / Materials For Committee | 295.42 |
| Ground Transportation (Taxi/Uber/Car Service) | 7,733.05 |
| Hotel Stay (Traveling) | 22,952.73 |
| Internet/Online Fees | 494.66 |
| Meals - Clients / Interested Parties | 1,111.00 |
| Meals - In-Town Only | 811.86 |
| Meals - Out-of-Town Travel Only | 4,949.13 |
| Other / Miscellaneous | 219.76 |
| Parking | 799.60 |
| Printing/Photocopying (In-House) | 4,750.51 |
| Research (Databases) | 13,599.00 |
| Teleconferencing | 181.82 |
| **Total** | **$82,943.80** |