# **Exhibit A**

**Fill in this information to identify the case:**

Debtor 1    PG&E Corporation

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court    **California Northern Bankruptcy Court**

Case number:  **19–30088**

FILED
**U.S. Bankruptcy Court**
**California Northern Bankruptcy Court**
10/16/2019

**Edward J. Emmons, Clerk**

Official Form 410
## Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
| --- | --- |

| | |
| --- | --- |
| 1. **Who is the current creditor?** | Allison Sierra, Inc. |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |
| 2. **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? |

| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| --- | --- | --- |
| | Allison Sierra, Inc. | |
| | Name | Name |
| | P.O. Box 1157<br>Mariposa, CA 95338 | |
| | Contact phone _____209–966–4082_____ | Contact phone _____ |
| | Contact email _____ | Contact email _____ |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br><br>_____ | |

| 4. **Does this claim amend one already filed?** | ☐ No<br>☑ Yes. Claim number on court claims registry (if known) ____209____ Filed on __08/29/2019__<br>MM / DD / YYYY |
| --- | --- |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

| | | |
|---|---|---|
| 6. Do you have any number you use to identify the debtor? | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ | |

| | | |
|---|---|---|
| 7. How much is the claim? | $ 606392.00 | **Does this amount include interest or other charges?**<br>☑ No<br>☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

Services rendered described in invoices

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____

**Amount of the claim that is secured:** $ _____

**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____ %

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

Case 19-30088 Doc# 4204-2 Filed 10/08/19 Entered 10/08/19 17:57:56 Page 2 of 46

| 12. | Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No | | |
|---|---|---|---|---|
| | | ☐ Yes. *Check all that apply:* | | **Amount entitled to priority** |

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

$ _____

☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

$ _____

☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

$ _____

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

$ _____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

$ _____

☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies

$ _____

\* Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    10/16/2019

MM / DD / YYYY

/s/  Thomas Feher

Signature

Print the name of the person who is completing and signing this claim:

Name        Thomas Feher

First name      Middle name      Last name

Title        Attorney

Company      LeBeau–Thelen, LLP

Identify the corporate servicer as the company if the authorized agent is a servicer

Address      LeBeau–Thelen, LLP, 5001 E. Commercenter

Number   Street

Bakersfield, CA 93309

City   State   ZIP Code

Contact phone    661–325–8962        Email    tfeher@lebeauthelen.com

Case 19-30088   Doc# 4204-1   Filed 10/08/19   Entered 10/08/19 17:57:56   Page 4 of 46

Case 19-30088   Doc# 4204-2   Filed 10/06/19   Entered 11/08/19 17:57:56   Page 3 of 3

# ASI

# INVOICE

TO: Accounts Payable

⌐                    ⌐

Pacific Gas & Electric
P.O. Box 7760
San Francisco, CA 94120

L              ⌋

Date: 9/11/18

Invoice No: 1868

| PM Number | INVOICE TYPE | | PO NUMBER | Project |
|---|---|---|---|---|
| 35022594 & 35022595 | Progress | Completion X | 2700163530 | Redbud & Bollinger Transformer Pads |

| Job Date | Description of work | Total |
|---|---|---|
| 9/4-5/18 | Expose existing utilities and prep sites for transformer pads. | $6,000.00 |

Vendor #1070212

| TOTAL THIS INVOICE | $6,000.00 |
|---|---|

To avoid finance charges please remit payment in a timely manner.
The finance charge is computed by a periodic rate of 1 ½ % per month which is an
Annual percentage rate of 18%.

**Allison Sierra Inc.**

P.O. Box 1157

Mariposa, CA 95338

Phone (209) 966-4082

Fax (209) 966-2643

Lic. No. 507261



**Pacific Gas and Electric Company**

# ORDER NO. 2700163530

Issued on Thursday, September 13, 2018 PDT
Created on Thursday, September 13, 2018 PDT by Elaine Ancheta

**SUPPLIER:**
ALLISON SIERRA INC
MARIPOSA, CA
United States
Phone: +1 209-966-4082
Fax: +1 209-966-2643

**TOTAL AMOUNT**
**$6,000.00 USD**

**DELIVERY ADDRESS:**
PGE
14550 TUOLUMNE ROAD
SONORA, CA 95370
United States
Phone: +1 209-942-1782

**BILL TO:**
PGE
P.O. Box 7760
San Francisco, CA 94120-7760
United States
Phone: +1 1-800-756-7243

**DELIVER TO:**
Elaine Anchea

Payment Terms: 2% 15 days, Net 45 days

Requester: Elaine Ancheta
PR No.: PR210282
Contract ID: C10747
Tax Code: I0

## LINE ITEM DETAILS (2 LINE ITEMS )

| NO. | DESCRIPTION | PART NUMBER | QTY | NEED-BY DATE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 1 | PM 35022594 STS-TRPM_BROK_REPL - 40203 REDBUD... | | 3,000 each | Friday, September 14, 2018 PDT | $1.00 USD | $3,000.00 USD |

Full Description: PM 35022594 STS-TRPM_BROK_REPL - 40203 REDBUD DROAKH

GL Account:
    General Ledger Name: "Electric Construction Contract"
    ID: 0005490001
Cost Center:
Asset Class:
Internal Order:
    Description: "STS-TRPM_BROK_REPL - 40203 REDBUD DROAKH"
    ID: 000035022594
Order Operations:
    ID: 5300_000035022594
    Name: "5300(CONSTRUCTION)"

Operation ID: 5300
Internal WO ID: 000035022594

Req. Line No.: 1

| NO. | DESCRIPTION | PART NUMBER | QTY | NEED-BY DATE | UNIT PRICE | AMOUNT |
|-----|-------------|-------------|-----|--------------|------------|--------|
| 2 | PM 35022595 STS-TRPM_CORR_REPL - 40300 ... | | 3,000 each | Friday, September 14, 2018 PDT | $1.00 USD | $3,000.00 USD |

Full Description: PM 35022595 STS-TRPM_CORR_REPL - 40300 BOLLINGER PLO

GL Account:
    General Ledger Name: "Electric Construction Contract"
    ID: 0005490001
Cost Center:
Asset Class:
Internal Order:
    Description: "STS-TRPM_CORR_REPL - 40300 BOLLINGER PLO"
    ID: 000035022595
Order Operations:
    ID: 5300_000035022595
    Name: "5300(CONSTRUCTION)"
    Operation ID: 5300
    Internal WO ID: 000035022595

Req. Line No.: 2

**TOTAL AMOUNT**
**$6,000.00 USD**

# ASI

# INVOICE

TO: Accounts Payable

Pacific Gas & Electric
P.O. Box 7760
San Francisco, CA 94120

Date: 9/13/18

Invoice No: 1875

| PM Number | INVOICE TYPE | | PO NUMBER | Project |
|---|---|---|---|---|
| | Progress | Completion X | 2700137530 | Ferguson Fire |

| Job Date | Description of work | Total |
|---|---|---|
| 7/15 – 8/31 | Various fire support with labor, equipment & materials. Water trucks with operators. Miscellaneous labor and materials to build sign boards. Mixer with operator for retardant & mixer rental. Labor, equip, & operators at VFW Lot, Badger Pass & Old Mill Rd. Forresta Rd. and Yosemite West Truck with custom mix system on standby. | $152,584.00 |

Vendor #1070212

| TOTAL THIS INVOICE | $152,584.00 |
|---|---|

To avoid finance charges please remit payment in a timely manner.
The finance charge is computed by a periodic rate of 1 ½ % per month which is an
Annual percentage rate of 18%.

**Allison Sierra Inc.**

P.O. Box 1157

riposa, CA 95338

Phone (209) 966-4082

Fax (209) 966-2643

## Purchase Order Details

| PO Number | 2700137530 |
| --- | --- |
| Date | Jul 18 2018 |
| Status | Invoiced |
| PO Amount | $450,000.00 |
| Invoiced Amount | $152,584.00 |
| Currency | USD (US Dollar) |
| Buyer Contact | Ariba Purchasing G |
| Customer Contact | Shelley Hunt srh3@pge.com 559-263-7065 |
| Payment Terms | 30 days net |

**Customer**
Pacific Gas & Electric Co
77 Beale Street
San Francisco, CA 94177
US (United States)

PO Box 770000

415 973 3000

**Ship To Address**
3580 E. CALIFORNIA AVENUE
FRESNO, CA 93725
US (United States)

| Item Number | Description | Ordered Qty | Delivery Date | Invoiced Qty | Item Price | Unit of Measure |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | ALLISON SIERRA INC PO REQUEST | 150,000 | Dec 31, 2018 | 152,584 | $1.00 | USD (US Dollar) |
| 2 | Allison Sierra Inc PO 2700137530 increas | 300,000 | Dec 31, 2018 | 0 | $1.00 | USD (US Dollar) |

The Purchase Order data presented in this document does not necessarily contain all information and details that your customer shared with you. This representation reflects the PO data available in the Taulia platform. Typically, the PO data provided through Taulia can not entirely replace the PO information provided to you by your customer

# ASI

# INVOICE

TO: Accounts Payable

Pacific Gas & Electric
P.O. Box 7760
San Francisco, CA 94120

Date: 9/26/18

Invoice No: 1878

| PO Number | INVOICE TYPE | PM NUMBER | Project |
|-----------|--------------|-----------|---------|
| 2501614330 | Progress    Completion  X | | Emergency Response Detweiler Fire |

| Job Date | Description of work | Total |
|----------|---------------------|-------|
| Sept 2017 – Oct 2018 | Construction assistance for fire: restore base camp site, seed site and place erosion control measures, install cattle guard on Shilling Road, install final erosion control measures throughout fire area. | $16,371.00 |

Vendor #1070212

| TOTAL THIS INVOICE | $16,371.00 |
|--------------------|------------|

To avoid finance charges please remit payment in a timely manner.
The finance charge is computed by a periodic rate of 1 ½ % per month which is an

**Allison Sierra Inc.**    Annual percentage rate of 18%.

P.O. Box 1157

Mariposa, CA 95338

Phone (209) 966–4082

Fax (209) 966-2643

## Purchase Order Details

| | | | |
|---|---|---|---|
| **PO Number** | 2501614330 | **Customer** | **Ship To Address** |
| **Date** | Jul 24, 2017 | Pacific Gas & Electric Co | Jane Riddiough |
| **Status** | Invoiced | 77 Beale Street | 50150 Road 426 |
| **PO Amount** | $1,375,000.00 | San Francisco, CA 94177 | Oakhurst, CA 93644 |
| **Invoiced Amount** | $1,305,809.58 | US (United States) | US (United States) |
| **Currency** | USD (US Dollar) | PO Box 770000 | |
| **Buyer Contact** | Cindi Palmer 415-972-5262 CABd@pge.com | 415 973 3000 | |
| **Customer Contact** | Cindi Palmer | | |
| **Payment Terms** | Due Immediately | | |

| Item Number | Description | Ordered Qty | Delivery Date | Invoiced Qty | Item Price | Unit of Measure |
|---|---|---|---|---|---|---|
| 1 | Allison Sierra in support Detwiler Fire | 1,375,000 | Nov 1, 2017 | 1,305,809.58 | $1.00 | USD (US Dollar) |

The Purchase Order data presented in this document does not necessarily contain all information and details that your customer shared with you. This representation reflects the PO data available in the Taulia platform. Typically, the PO data provided through Taulia can not entirely replace the PO information provided to you by your customer

# ASI

# INVOICE

TO: Accounts Payable

Pacific Gas & Electric
P.O. Box 7760
San Francisco, CA 94120

Date: 11/9/18

Invoice No: 1891

| PO Number | INVOICE TYPE | PM NUMBER | Project |
|---|---|---|---|
| 2700191299 | Progress    Completion X | | Wahloo Oakhurst, CA |

| Job Date | Description of work | Total |
|---|---|---|
| November 7, 2018 | Remove exiting boxes and replace with a new #2 & #3 boxes. | $6,825.00 |

Vendor #1070212

| TOTAL THIS INVOICE | $6.825.00 |
|---|---|

To avoid finance charges please remit payment in a timely manner.
The finance charge is computed by a **periodic rate of 1 ½ %** per month which is an
**Annual percentage rate of 18%.**

**Allison Sierra Inc.**

P.O. Box 1157

Mariposa, CA 95338

Phone (209) 966-4082

Fax (209) 966-2643

## Purchase Order Details

| | | | |
|---|---|---|---|
| **PO Number** | 2700191299 | **Customer** | **Ship To Address** |
| **Date** | Nov 8, 2018 | Pacific Gas & Electric Co | 14550 TUOLUMNE ROAD |
| **Status** | Invoiced | 77 Beale Street | SONORA, CA 95370 |
| **PO Amount** | $6,825.00 | San Francisco, CA 94177 | US (United States) |
| **Invoiced Amount** | $6,825.00 | US (United States) | |
| **Currency** | USD (US Dollar) | PO Box 770000 | |
| **Buyer Contact** | Ariba Purchasing G | | |
| **Customer Contact** | Elaine Ancheta exa1@pge.com | 415 973 3000 | |
| | 209-533-6015 | | |
| **Payment Terms** | 2.0% - 15 days, 45 days net | | |

| Item Number | Description | Ordered Qty | Delivery Date | Invoiced Qty | Item Price | Unit of Measure |
|---|---|---|---|---|---|---|
| 1 | Non-Taxable-Civil for Electric Work The | 6,825 | Nov 9, 2018 | 6,825 | $1.00 | USD (US Dollar) |

The Purchase Order data presented in this document does not necessarily contain all information and details that your customer shared with you. This representation reflects the PO data available in the Taulia platform. Typically, the PO data provided through Taulia can not entirely replace the PO information provided to you by your customer



# ASI

# INVOICE

TO: Accounts Payable

┌                             ┐     Date: 11/26/18
Pacific Gas & Electric
P.O. Box 7760                    Invoice No: 1896
San Francisco, CA 94120
└                             ┘

| PO Number | INVOICE TYPE | | PM NUMBER | Project |
|---|---|---|---|---|
| 2700195943 | Progress | Completion X | | Various Oakhurst, CA locations |

| Job Date | Description of work | Total |
|---|---|---|
| Nov. 20-23, 2018 | Set transformer pads, set boxes and repair broken water line. | $9,621.00 |

Vendor #1070212

| TOTAL THIS INVOICE | $9,621.00 |
|---|---|

To avoid finance charges please remit payment in a timely manner.
The finance charge is computed by a periodic rate of 1 ½ % per month which is an
Annual percentage rate of 18%.

**Allison Sierra Inc.**

P.O. Box 1157

Mariposa, CA 95338

Phone (209) 966–4082

Fax (209) 966-2643

Lic. No. 507261

## Purchase Order Details

| | | | |
|---|---|---|---|
| **PO Number** | 2700195943 | **Customer** | **Ship To Address** |
| **Date** | Nov 21, 2018 | Pacific Gas & Electric Co | 14550 TUOLUMNE ROAD |
| **Status** | Delivered | 77 Beale Street | SONORA, CA 95370 |
| **PO Amount** | $10,000.00 | San Francisco, CA 94177 | US (United States) |
| **Invoiced Amount** | $9,621.00 | US (United States) | |
| **Currency** | USD (US Dollar) | PO Box 770000 | |
| **Buyer Contact** | Ariba Purchasing G | | |
| **Customer Contact** | Elaine Ancheta exa1@pge com | 415 973 3000 | |
| | 209-533-6015 | | |
| **Payment Terms** | 2.0% - 15 days, 45 days net | | |

| Item Number | Description | Ordered Qty | Delivery Date | Invoiced Qty | Item Price | Unit of Measure |
|---|---|---|---|---|---|---|
| 1 | Non-Taxable-Civil for Electric Work The | 10,000 | Nov 14, 2018 | 9,621 | $1.00 | USD (US Dollar) |

The Purchase Order data presented in this document does not necessarily contain all information and details that your customer shared with you. This representation reflects the PO data available in the Taulia platform. Typically, the PO data provided through Taulia can not entirely replace the PO information provided to you by your customer



# INVOICE

TO:  Accounts Payable

⌐                                    ⌐
  Pacific Gas & Electric
  P.O. Box 7760
  San Francisco, CA  94120
└                                    ┘

Date: 11/30/18

Invoice No: 1899

| PO Number | INVOICE TYPE | | PM NUMBER | Project |
|---|---|---|---|---|
| 2700199562 | Progress | Completion  X | | Hensley Lake Raymond, CA |

| Job Date | Description of work | Total |
|---|---|---|
| Nov. 16, 2018 | Emergency dig for fault repair | $1,638.00 |

Vendor #1070212

| | |
|---|---|
| TOTAL THIS INVOICE | $1,638.00 |

To avoid finance charges please remit payment in a timely manner.
The finance charge is computed by a periodic rate of 1 ½ % per month which is an
Annual percentage rate of 18%.

**Allison Sierra Inc.**

P.O. Box 1157

Mariposa, CA 95338

Phone (209) 966-4082

Fax (209) 966-2643

Lic. No. 507261

## Purchase Order Details

| | | | |
|---|---|---|---|
| **PO Number** | 2700199562 | **Customer** | **Ship To Address** |
| **Date** | Nov 29, 2018 | Pacific Gas & Electric Co | 14550 TUOLUMNE ROAD |
| **Status** | Delivered | 77 Beale Street | SONORA, CA 95370 |
| **PO Amount** | $2,500.00 | San Francisco, CA 94177 | US (United States) |
| **Invoiced Amount** | $1,638.00 | US (United States) | |
| **Currency** | USD (US Dollar) | PO Box 770000 | |
| **Buyer Contact** | Ariba Purchasing G | | |
| **Customer Contact** | Elaine Ancheta exa1@pge.com | 415 973 3000 | |
| | 209-533-6015 | | |
| **Payment Terms** | 2.0% - 15 days, 45 days net | | |

| Item Number | Description | Ordered Qty | Delivery Date | Invoiced Qty | Item Price | Unit of Measure |
|---|---|---|---|---|---|---|
| 1 | Non-Taxable-Civil for Electric Work The | 2,500 | Nov 30, 2018 | 1,638 | $1.00 | USD (US Dollar) |

The Purchase Order data presented in this document does not necessarily contain all information and details that your customer shared with you. This representation reflects the PO data available in the Taulia platform. Typically, the PO data provided through Taulia can not entirely replace the PO information provided to you by your customer

# ASI

# INVOICE

TO: Accounts Payable

⌐ Pacific Gas & Electric ⌐
  P.O. Box 7760
  San Francisco, CA  94120
⌐ ⌐

Date: 10/27/18

Invoice No: 1890

| PO Number | INVOICE TYPE | PM NUMBER | Project |
|---|---|---|---|
| | Progress    Completion  X | 35052320 | 48444 Victoria Ln. Oakhurst, CA |

| Job Date | Description of work | Total |
|---|---|---|
| October 19, 2018 | Remove exiting box and replace with a new #3 box | $4,556.00 |

Vendor #1070212

| TOTAL THIS INVOICE | $4,556.00 |
|---|---|

To avoid finance charges please remit payment in a timely manner.
The finance charge is computed by a periodic rate of 1 ½ % per month which is an Annual percentage rate of 18%.

## Allison Sierra Inc.

P.O. Box 1157

Mariposa, CA 95338

Phone (209) 966-4082

Fax (209) 966-2643

## Purchase Order Details

| | | | |
|---|---|---|---|
| **PO Number** | 2700205328 | **Customer** | **Ship To Address** |
| **Date** | Dec 1ˢᵗ, 2018 | Pacific Gas & Electric Co | 30800 Ave 12 |
| **Status** | Invoiced | 77 Beale Street | Madera, CA 93638 |
| **PO Amount** | $4,556.00 | San Francisco, CA 94177 | US (United States) |
| **Invoiced Amount** | $4,556.00 | US (United States) | |
| **Currency** | USD (US Dollar) | PO Box 770000 | |
| **Buyer Contact** | Ariba Purchasing G | | |
| **Customer Contact** | JoAnne Viloria-McGrath jmvd@pge.com 559/691-0421 | 415 973 3000 | |
| **Payment Terms** | 2.0% - 15 days, 45 days net | | |

| Item Number | Description | Ordered Qty | Delivery Date | Invoiced Qty | Item Price | Unit of Measure |
|---|---|---|---|---|---|---|
| 1 | Taxable-Civil for Electric Work The Work | 4,556 | Dec 12, 2018 | 4,556 | $1.00 | USD (US Dollar) |

The Purchase Order data presented in this document does not necessarily contain all information and details that your customer shared with you. This representation reflects the PO data available in the Taulia platform. Typically, the PO data provided through Taulia can not entirely replace the PO information provided to you by your customer

# ASI

# INVOICE

TO: Accounts Payable

Pacific Gas & Electric
P.O. Box 7760
San Francisco, CA 94120

Date: 1//14/19

Invoice No: 1894c

| PO Number | INVOICE TYPE | | PM NUMBER | Project |
|---|---|---|---|---|
| 2700163976 | Progress | Completion X | Per Travis & Kris | Micro Yards – Groveland, Pioneer, Railroad Flat (San Andreas), Angels Camp, Mariposa & Oakhurst |

| Job Date | Description of work | Total |
|---|---|---|
| Sept 2018 – Jan 2019 | Construction assistance for construction of micro yards for tree removal crews:<br>Provide water truck, driver and water for dust control at all 6 yards for 12 hours per day. 5 -7 days per week.<br>Reshape and add additional rock to the sites as requested by PG&E personnel.<br>Rehabilitate & restore the Groveland site. | $885,510.00 |
| | LESS: Progress Billing and Payments | ($495,000.00) |

Vendor #1070212

| TOTAL THIS INVOICE | $390,510.00 |
|---|---|

**Allison Sierra Inc.**

P.O. Box 1157

Mariposa, CA 95338

Phone (209) 966-4082

Fax (209) 966-2643

Lic. No. 507261

To avoid finance charges please remit payment in a timely manner.
The finance chcrge is computed by a periodic rate of 1 ½ % per month which is an
Annual percentage rate of 18%.

## Purchase Order Details

| | | | |
|---|---|---|---|
| **PO Number** | 2700163976 | **Customer** | **Ship To Address** |
| **Date** | Sep 14, 2018 | Pacific Gas & Electric Inc | 14550 TUOLUMNE ROAD |
| **Status** | Invoiced | 77 Beale Street | SONORA, CA 95370 |
| **PO Amount** | $500,000.00 | San Francisco, CA 94177 | US (United States) |
| **Invoiced Amount** | $500,000.00 | US (United States) | |
| **Currency** | USD (US Dollar) | PO Box 770000 | |
| **Buyer Contact** | Ariba Purchasing G | | |
| **Customer Contact** | Elaine Ancheta exa1@pge.com | 415 973 3000 | |
| | 209-533-6015 | | |
| **Payment Terms** | 2.0% - 15 days, 45 days net | | |

| Item Number | Description | Ordered Qty | Delivery Date | Invoiced Qty | Item Price | Unit of Measure |
|---|---|---|---|---|---|---|
| 1 | Non-Taxable-Civil for Electric Work The | 200,000 | Sep 17, 2018 | 205,000 | $1.00 | USD (US Dollar) |
| 2 | Non-Taxable-Civil for Electric Work The | 300,000 | Oct 4, 2018 | 295,000 | $1.00 | USD (US Dollar) |

The Purchase Order data presented in this document does not necessarily contain all information and details that your customer shared with you. This representation reflects the PO data available in the Taulia platform. Typically, the PO data provided through Taulia can not entirely replace the PO information provided to you by your customer

DocuSign Envelope ID: C96BB9C4-9339-4A5A-9C2A-E7076718C251



# Contract Work Authorization (CWA)

This Contract Work Authorization ("CWA") No. C14635 is issued under and pursuant to the Blanket Agreement or Master Service Agreement or Master Service Agreement No. C10589 dated 09/30/2020 (the "MSA") between the below-named Contractor ("Contractor"), a California corporation, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA pursuant to and in accordance with the terms and conditions of the MSA.

| Contractor's Legal Name: | Allison-Sierra, Inc. | This Change Order consists of 13 pages. |
|---|---|---|
| Contractor's Address: | PO Box 1157 Mariposa, CA 95338 | |

| Project Name: | Accelerated Veg Mgmt-Central Valley — Yosemite Division |
|---|---|
| Job Location: | PG&E Service Territories |

**WORK:** Contractor shall, at its own risk and expense, perform the Work described in this Contract Work Authorization and furnish all labor, equipment, and materials necessary to complete the Work as summarized below and as more fully described in Attachment 1, Scope of Work.

Contractor shall build and demobilize vegetation micro sites at various locations as directed by PG&E work supervisor. This is an AFPO, all work has been completed.

**ATTACHMENTS:** Each of the following documents are attached to this CWA and are incorporated herein by this reference:
Attachment 1: Scope of Work, 5 Pages
Attachment 2: Exhibit 1A (Subcontractor), 6 Pages

**CWA TERM:** This CWA is effective upon signature by both parties and expires on 04/30/2019. Time is of the essence.

**CWA COMPLETION:** Contractor shall commence performance hereof when directed to do so by PG&E and Work shall be completed by the completion date of 04/30/2019.

**CONSIDERATION:** As full consideration for satisfactory performance of the Work under this CWA by Contractor, PG&E's total obligation to Contractor shall not exceed the following amount. This amount is inclusive of all taxes incurred in the performance of the Work. Any change to this amount shall only be authorized in writing by a PG&E CWA Change Order, fully executed by both PG&E and Contractor.

**TOTAL: $1,000,000.00 (not to exceed)**

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT WORK AUTHORIZATION.**

PG&E Corporation ("PG&E Corp.") and Pacific Gas and Electric Company (the "Utility," and, together with PG&E Corp., the "Debtors"), are debtors-in-possession in a proceeding pending under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Northern District of California. Nothing herein shall be deemed to constitute an assumption of the Contract and/or any CWA or a waiver or modification of the Debtors' rights to assume, assume and assign, or reject the Contract and/or any CWA pursuant to section 365 of the Bankruptcy Code. The Debtors hereby reserve all rights available to them under such proceedings. Any amounts paid by the Debtors hereunder must be applied to goods and/or services provided to the Debtors on or after January 29, 2019 (the "Petition Date") and shall not be applied to satisfy Claims (as defined in the Bankruptcy Code) arising prior to the Petition Date.

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: ALLISON-SIERRA, INC. | |
|---|---|---|---|
| Signature | DocuSigned by: *Janetta Tarter* | Signature | DocuSigned by: *DENI SMITH* |
| Name | Janetta Tarter | Name | DENI SMITH |
| Title | Supervisor, Sourcing | Title | Office Manager |
| Date | 4/8/2019 | Date | 4/8/2019 |

62-4229 CWA (9/26/11)          Sourcing

DocuSign Envelope ID: C96BB9C4-9339-4A5A-9C2A-E7076718C251



| ADMINISTRATION | | | | |
|---|---|---|---|---|
| **PG&E Negotiator** | Nate Warner | | **Contractor Represent** | |
| **Phone** | 916-899-9735 | | **Phone** | |
| **Email** | nxwv@pge.com | | **Email** | deni@stl.net |

| **Accounting Reference** | 8185859 |
|---|---|

| **PG&E Work Supervisor:** | Kris Klerk | **Phone:** (916)201-1404 / K1KP@pge.com |
|---|---|---|

| **INVOICE INSTRUCTIONS:** Contractor shall send invoices for each payment when due, showing the CWA number, to: PACIFIC GAS AND ELECTRIC COMPANY | **Send ORIGINAL Invoice to:** (See note below if using PG&E's electronic invoicing system) | PG&E Accounts Payable* PO Box 7760 San Francisco, CA 94120-7760 |
|---|---|---|
| | | Kris Klerk K1KP@pge.com |
| | For information regarding invoice status, call PG&E's Paid Help Line at (800) 756-PAID (7243) or go to AP Web Reporting site at www.pge.com/actpay. \*\ **Note**: Contractors using PG&E's electronic invoicing system do not need to mail a copy of the invoice to PG&E Accounts Payable. | |

| INTERNAL PG&E USE ONLY | | |
|---|---|---|
| **Distribution Date** | | |
| **Distribution of Copies:** | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO | ☐ Contractor (Signed Original Copy) |
| | ☒ Work Supervisor | ☒ Manager |
| | ☒ Invoice Approver | ☒ Supervisor |
| | ☐ V.P. | ☐ Sourcing/ Purchasing |
| | ☐ Director | ☐ Law |

62-4229 CWA (9/26/11)                Sourcing

Pacific Gas and
Electric Company

**Scope of Work**

**1.0  WORK DETAILS**
Contractor shall provide all labor, equipment and materials necessary to perform the following Summary of Work as detailed below and will be authorized by PG&E under this contract. The Scope of Work detailed in this Catalog shall be performed as detailed in the PG&E drawings referenced in Section 6.0 Work Performance/Details & Specifications. In particular, Contractor Work shall require performance of the Work summarized below but not necessarily limited to the following:

**2.0  CONTRACTOR RESPONSIBILITIES**
Contractor shall also provide/perform the following (unless deemed unnecessary or not applicable to this project by the onsite PG&E representative):

2.1. Safety Responsibilities

    2.1.1. Ensure that site is left in a clean and safe condition by performing site clean-up on a daily basis unless directed otherwise by PG&E representative.

    2.1.2. Where authorized by PG&E, any Contractor worksite staging areas shall be kept in a safe, clean and orderly condition and shall be returned to original condition upon the completion of the work.

    2.1.3. Maintain dust control, sanitary facilities, safety barricades etc.

    2.1.4. Contractor shall provide confirmation that USA has cleared all utilities and provide a USA ticket to the PG&E onsite supervisor continually and prior to any excavation.

2.2. Contractor shall construct micro yards with access roads into micro sites for other tree crews to off-load vegetation.

    2.2.1. Contractor shall mobilize, strip, grade and place ¾" to 1 ½" base rock and install erosion control measures including but not limited to waddles, snow fencing, and other BMP's at various locations as directed by PG&E work supervisor.

    2.2.2. Contractor shall mobilize and operate water trucks to all micro sites where directed by PG&E work supervisor.

    2.2.3. When requested by PG&E supervisor, Contractor shall remove all rock, erosion material and any other items Contractor placed for micro sites.

    2.2.4. Contractor may be required to dispose of top soil or re-spread during de-mobilization.

    2.2.5. Contractor shall contact PG&E representative prior to starting work to ensure all PG&E clearances have been obtained.

    2.2.6. Contractor shall provide qualified operators for all machinery and equipment that they intend to operate.

    2.2.7. Contractor shall have adequate fire protection equipment on-site as required by the California Department of Forestry and Fire Protection. Contractor may stop any operations at any time due to elevated fire danger.

    2.2.8. The Work scope at unit price to be performed by Contractor shall include, but is not be limited to the following:

        2.2.8.1.   Furnishing all labor

        2.2.8.2.   Traffic control

        2.2.8.3.   Transportation

        2.2.8.4.   Permitting

        2.2.8.5.   Materials

        2.2.8.6.   Equipment

        2.2.8.7.   Vehicles

        2.2.8.8.   Water

        2.2.8.9.   Power

        2.2.8.10.  Protection from the sun

        2.2.8.11.  Restroom facilities

    2.2.9. Contractor shall provide transportation time to and from job site, lodging and meals and all expenses to support work at their own cost.

**Pacific Gas and
Electric Company**

2.2.10. Erosion control measures

    2.2.10.1. Contractor must ensure that work is in compliance with agency fire line suppression repair standards.

    2.2.10.2. Contractor shall apply straw mulch or chips where their vehicles or heavy equipment expose bare soils greater than 1,000 sq. ft. AND where those soils will directly discharge into a watercourse unless treated.

2.2.11. Roads

    2.2.11.1. Roads opened for contractor vehicles or equipment use must be properly drained upon completion of vehicle or heavy equipment use.

    2.2.11.2. Inlet or outlet ends of drainage structures damaged by contractor vehicles or equipment must be restored as close to its original condition as possible.

2.2.12. Contractor shall be responsible for preventing and/or removing any mud or excess dirt from roadways, parking lots, and private paved driveways during construction including vehicle washing if required by overseeing agency for their own company vehicles and equipment/trailers.

2.2.13. Best Management Practices (BMPs), Avoidance and Minimization Measure (AMM's) and California Forest Practice Rules shall be implemented and followed when performing vegetation management work in accordance with this CWA. Any violations or potential violations to these items must be reported to PG&E Representative immediately.

2.2.14. Contractor shall maintain weekly contact with PG&E Representative for to discuss job progress.

2.2.15. Contractor shall provide daily updates either by e-mail or by phone to the PG&E's Representative.

2.2.16. If Contractor shall off-haul and soils after demobilization of micro sites, Contractor shall not off-haul until receipt of clean soils report from PG&E.

2.3. Responsibilities to PG&E

    2.3.1. Contractor shall hold tailboard meetings with Crew and PG&E Site Inspector per section 9.0 below.

    2.3.2. Contractor ensures that all subcontractors are appropriately licensed according to the Work being performed, registered in ISNetworld with a Grade of A or B, Union signatory or bound by union project labor agreement PLA, and approved in writing by PG&E Representative listed on Page 2 of Contract or designee. Contractor shall list all subcontractors, for PG&E approval, to be utilized for this Contract on PG&E's Exhibit 1-A, and list estimated and/or actual cost and description of work per each subcontractor. Contractor shall notify PG&E Representative listed on Page 2 of Contract or designee immediately for approval to utilize a subcontractor(s) not listed on their submitted PG&E Exhibit 1-A. Upon approval, Contractor shall submit a new Exhibit 1-A to PG&E Representative listed on Page 2 of Contract or designee to include said approved subcontractor(s).

## 3.0 PG&E RESPONSIBILITIES

PG&E shall provide or be responsible for the following:

    3.1. Provide onsite contact for work.

    3.2. Provide Contractor with direction where necessary.

    3.3. Provide onsite supervision during Contractors work.

    3.4. Provide exact work location(s), including any drawings, images, and/or maps as needed.

    3.5. Provide clean soils report to Contractor prior to any soils off-hauling.


*Pacific Gas and
Electric Company*

## 4.0 SCHEDULE
Contractor shall NOT commence performance of Work until PG&E has reviewed and accepted Contractor supplied Programmatic Safety Plan (PSP). Upon acceptance of PSP by PG&E, Contractor shall be authorized to proceed as requested by PG&E and upon an executed Contract or PG&E's approval to proceed. Work shall be completed on or before

For the purposes of this CWA, the preferred work schedule is defined as Monday to Friday between 07:00 & 15:30 (excluding PG&E recognized holidays) working 5 – 8 hour days. Work may be required outside of normal business hours and will be as requested by the PG&E onsite work supervisor.

## 5.0 ASSUMPTIONS
Contract scope and pricing has been established for the Work described herein under the following assumptions:
 5.1. Work shall be performed during multiple mobilizations/demobilizations with Contractor's work being performed in a continuous and uninterrupted manner with exclusive use of the required work area. Contractor shall schedule mobilizations with the PG&E work supervisor.
 5.2. Standby time outside of the control of Contractor is not covered in the scope or pricing of this work – "outside of control of contractor" shall be confirmed by onsite PG&E personnel prior to additional funds being added for standby time; a fully executed Contract Change Order will be required for the authorization of additional funds and the MSA prevailing rates shall govern any and all payments to the contractor.

## 6.0 WORK PERFORMANCE / DETAILS & SPECIFICATIONS
All work shall be performed where directed by onsite PG&E personnel and in accordance with the requirements and specifications of the following documents (including all incorporations and references within) which have been agreed to by PG&E and contractor:
 6.1. Master Service Agreement (MSA)

Contractor shall perform all Work as and where directed by PG&E Supervisor. However, this shall not negate Contractor's responsibility for the provision of trained equipment operators and the safe operation of subject equipment. Contractor has the right and expectation of PG&E to stop performance of Work in the event that Contractor is asked to operate equipment in an unsafe manner.

## 7.0 PRICING & INVOICING
Pricing and invoicing for the Work described herein shall conform to rates in the current MSA which includes all labor and related expenses in accordance with you Master Service Agreement and shall be invoiced in accordance with contractor's accepted unit rates as incorporated within. Contractor shall be held responsible for any and all payments to PG&E approved subcontractors. All charges are on a portal to portal basis. Invoicing to be submitted by Contractor on a weekly basis and no later than 30 days after completion of Work. A copy of this CWA shall be submitted with the invoice.

This contract is for the total amount of $1,000,000.00 (not to exceed MSA rates).

The final invoice shall be marked "FINAL" and must be received by PG&E within 60 calendar days after completion of the Work. PG&E will not be liable for payment of any late invoices that are received by PG&E beyond such 60-day period.

## 8.0 CONTRACTOR ONSITE SAFETY REQUIREMENTS
This section contains general onsite safety requirements for an electrically energized facility. It is intended to capture main safety requirements and raise awareness thereof. Contractor shall not consider this section to be all encompassing of safety requirements but shall adhere to all requirements as detailed in you Master Service Agreement. In addition, should a conflict exist between this section and your Master Service Agreement, the Master Service Agreement shall prevail. Should a safety requirement detailed in this

Pacific Gas and
Electric Company

section not be contained within your Master Service Agreement, whichever requirement is more stringent shall prevail.

### 8.1 Contractor Qualifications
All contractors must ensure their employees are qualified, trained and pass a background check per the contractor's MSA.

### 8.2 Site Safety Briefing
A site safety briefing shall be conducted by the PG&E site representative for each site prior to commencing work.

### 8.3 Electrically Energized Facility
Work performed by Contractor is in an electrically energized facility, which warrants extreme caution while working around electrical equipment and power lines. Contractor shall take all precautions to protect its employees and subcontractors from contact with energized equipment and prevent damage to existing site facilities, lines, and property. Contractor shall not enter an electrically energized facility or begin working in an electrically energized line area without the continual presence of an authorized PG&E representative that shall observe all phases of Work.

### 8.4 Personal Protective Equipment and Clothing
All persons shall wear safety glasses, hard hats and other personal protective equipment necessary to perform Work safely. Frontal eye protection and hard hats shall be worn at all times. Frontal eye protection includes either safety glasses or prescription eyewear and must meet ANSI Z87.1-1989 standard.
All persons shall wear suitable clothing at all times to minimize danger when they are exposed to live electrical equipment or lines, moving machinery, hot surfaces or substances, potentially injurious substances, rough or sharp surfaces, open flames, explosions, etc. Rubber sole leather shoes shall be worn when entering PG&E powerhouses or switch yards.

### 8.5 Fall Protection
Contractor shall provide and use Cal OSHA approved harnesses and lanyards, lifelines or other adequate protection as required when working in elevated positions.

### 8.6 Clearances
Contractor shall perform Work within clearance points determined and tagged by the PG&E site representative. Upon arrival of Contractor onsite, PG&E will lock out/tag out the unit controls.

### 8.7 Contractor Safety Program
Contractor represents and warrants that it will perform all applicable Work, and cause all Subcontractors to perform all applicable Work, in compliance with PG&E's Contractor Safety Program Standard Contract Requirements, as may be modified from time to time. The Contractor Safety Program Standard Contract Requirements can be located and downloaded at: www.pge.com/contractorsafety and are hereby incorporated by reference into this Contract. Contractor's failure to comply with the Contractor Safety Program Standard Contract Requirements shall be immediate grounds for termination for cause under this Contract. Notwithstanding the above, Contractor is the "controlling employer" as defined under CalOSHA and will remain responsible for all fines and liability arising from violation of the Contractor Safety Program Standard Contract Requirements and applicable law."

### 8.8 Tailboard Briefings
Contractor shall hold and participate in tailboard briefings given by the Contractor and PG&E Onsite Supervisor. Conduct a tailboard before performing a job to discuss tasks involved, hazards, and related safety precautions. Conduct a tailboard: once per shift, prior to performing work, after extended delays in activity, anytime the jobsite activities or crew members change. After the briefing, each crew member should be able to demonstrate knowledge of:



Pacific Gas and
Electric Company

8.8.1    The work methods, procedures, and proper sequences for the job. This includes the task purpose, scope sequence, nature of work, review of procedures, work package documents, drawings, turn-over information, prerequisites, etc. that will be used to complete the task.

8.8.2    What he/she and the other members of the crew are to do including task assignments, identifying and understanding roles and responsibilities, qualifications, personal limitations, hand-offs, and the controlling authority.

8.8.3    The responsibilities and appropriate actions in emergency situations including emergency procedures and emergency contacts.

8.8.4    The potential or known hazards or trouble spots involved and the controls to mitigate the hazards including identification of safety hazards, work procedures involved, special precautions, control of energy sources including permits and clearances, and personal protective equipment (PPE) and utilization of Human Performance tools for each critical step relevant to risk with industrial, environmental, safety and operations.

8.8.5    What other work is going on in the area (e.g., PG&E, contractor, County, etc.).

8.8.6    If the job task or conditions change such that Contractor becomes aware of a hazard about which they have not received a tailboard briefing, they shall stop work and notify their supervisor and PG&E immediately.

## 9.0    FLAME RESISTANT CLOTHING

Contractor shall ensure that all Contractor personnel wear flame resistant clothing as defined by the American Society for Testing and Materials standard TM F1506-02a, "Standard Performance Specification for Textile Materials for Wearing Apparel for Use by Electrical Workers Exposed to Momentary Electric Arc and Related Thermal Hazards" under any of the following conditions:

(i) The Contractor's personnel are subject to contact with energized circuit parts operating at more than 600 volts,

(ii) The Contractor personnel's clothing could be ignited by flammable material in the work area that could be ignited by an electric arc, or

(iii) The Contractor personnel's clothing could be ignited by molten metal or electric arcs from faulted conductors in the work area.

Contractor shall ensure that Contractor's personnel wear flame resistant clothing that has an arc rating greater than or equal to the available heat energy and ensure that personnel wear clothing that could not melt or ignite and continue to burn in the presence of electric arcs to which personnel could be exposed as required by the National Electric Safety Code (NESC-IEEE C2-2007). All garments shall have tags visible from the outside that clearly identifies the garment as Flame Resistant (FR) and clearly indicates the arc rating (HRC category) of the garment. All garments shall have a minimum rating of HRC 2.

All Contractor's personnel requiring access to PG&E Distribution or Transmission Line facilities, Substation facilities or PG&E Power Generation Facilities shall be required, at a minimum, to wear flame resistant clothing (long sleeve shirts, long pants or coverall as required) rated HRC 2 with a minimum rating of 8 cal/cm2 for personal protection as required by the PG&E Arc Flash Hazard Control Procedure (SHC 237)

**End of Scope of Work**


**Pacific Gas and Electric Company**

# EXHIBIT 1

## Subcontractor and Supplier Utilization Plan Instructions   Pub. 12/05/18

Prime Contractor/Supplier shall provide a signed Subcontractor and Supplier Utilization Plan (Exhibit 1A) prior to the performance of Work with a list of all Subcontractors and Suppliers. In the event of any change in subcontractors or suppliers, Prime Contractor/Supplier shall submit an updated and signed Subcontractor and Supplier Utilization Plan (Exhibit 1A) to PG&E prior to performance of the Work.  Plan must be completed. Respond "N/A" if not applicable. See further instructions below.

**Prime Contractor/Supplier Information:**
Prime Contractor / Suppliers CPUC and Small Business Status

> Indicate "yes" or "no" to indicate whether Prime Contractor / Supplier is CPUC Clearinghouse certified.  If certified please provide the Verification Order Number (VON).
>
> To find the VON Number, access:
>
> - CPUC Clearinghouse Database:
>   https://sch.thesupplierclearinghouse.com/frontend/searchcertifieddirectory.asp
>
> Indicate "yes" or "no" to indicate whether Prime Contractor / Supplier is Small Business certified.  If certified please provide the small business certification number.
>
> To find out more about Small Business certification, access the following sites:
>
> - California Department of General Services (DGS):
>   http://www.dgs.ca.gov/pd/Programs/OSDS.aspx
> - U.S. Small Business Administration (SBA):  https://www.sba.gov/contracting/getting-started-contractor/qualifying-small-business

Prime Contractor / Suppliers Estimated Amount to be Paid to All Subcontractors / Suppliers

> Provide the estimated dollar amount to be paid to all subcontractors for the duration of the contract term by the following categories: a) all subcontractors and suppliers b) small business certified suppliers only and c) CPLC certified businesses only.  The estimated dollar amounts may be reflected in one or more categories.
>
> If 100 percent of the work will be self-performed by the Prime Contractor/Supplier, indicate "0" for each category.
>
> Refer to the links above to locate potential CPUC and Small Business-certified subcontractors and suppliers.

1. **Tier Level**
   1.1. For most Services, lower tier subcontractors are not allowed below three sub-tiers. (Ex: Prime > Subcontractor 1 > Subcontractor 1.1> Subcontractor 1.1.1).

1


**Pacific Gas and Electric Company**

# EXHIBIT 1

## Subcontractor and Supplier Utilization Plan Instructions    Pub. 12/05/18

1.2. Providers of Restricted Services are limited to second tier and may not subcontract the Work. Restricted Services currently includes Freight Haulers and Vegetation Management; however, this may be expanded to include others in the future. (Ex: Prime > Vegetation Management Subcontractor).

1.3. A 3rd-party logistics provider or qualified freight broker may be utilized to directly subcontract the Work to Freight Haulers, however, Freight Haulers may not subcontract the Work to other Freight Haulers. (Ex: Prime > Qualified Freight Broker > Freight Hauler or Prime > Freight Hauler).

1.4. Refer to the Allowable Tier Matrix for further detail.

2. **Subcontractors / Suppliers**

   2.1. Provide the complete name of the Subcontractor or Supplier. Do not abbreviate - please spell out any acronyms.

   2.2. Subcontractors (Subs) are contractors that have been retained by a primary contractor, or any subcontractor at lower tiers, to provide services on behalf of PG&E.

   2.2.1. A - General Engineering Contractor: A contractor whose principal contracting business is in connection with fixed works requiring specialized engineering knowledge and skill.

   2.2.2. B - General Building Contractor: A contractor whose principal contracting business is in connection with any structure built, being built, or to be built, for the support, shelter, and enclosure.

   2.2.3. C - Specialty Contractor: A contractor whose operations as such are the performance of construction work requiring special skill and whose principal contracting business involves the use of specialized building trades or crafts.

   2.2.4. D - Restricted Services Providers include, but are not limited to, Freight Haulers and Vegetation Management Providers.

   2.3. Services for which Subcontractors and Suppliers shall be listed on the Exhibit 1A include, but are not limited to:

   2.3.1. Construction Services: All aspects of: constructing, fabricating, installing, erecting, maintaining, performing integrity digs on, and performing turnaround services on, pipelines, buildings, plants, and facilities of all types. Additionally, subcontractor team members who provide construction, general construction, heavy machinery, and other construction services will be included in this group of services.

   2.3.2. Industrial Service Vendors (ISV) are typically subcontracted for specializing in specific construction work scope such as hydrotesting and surveying.

   2.3.3. Professional and Consulting Services: Individuals who provide your company with specialized service, including but not restricted to lawyers, accountants and management consultants. Including, but not limited to environmental and land consultants, human health and risk assessment providers; other select professional services may be included, as needed.

   2.3.4. Niche Professional or Consulting Service: An organization that specializes or has a forte in a particular industry or field.

   2.3.5. Local Hire Suppliers: Select subcontractors with specific project geography support in facilitating local and/or union hiring.

2


**Pacific Gas and
Electric Company**

# EXHIBIT 1

## Subcontractor and Supplier Utilization Plan Instructions    Pub. 12/05/18

    **2.3.6.**    Restricted Services: Freight Haulers (FH) are business entities operating commercial vehicle with a Gross Vehicle Weight Rating (GVWR) of 55,000 pounds or greater either for commercial or private use.

### 3. Emergency Point of Contact

3.1 Please include the best point of contact and phone number for use in the event of an emergency.

### 4. Contractor's License # and/or Motor Carrier Permit #

4.1. Provide the California Contractor's License Number of each Subcontractor or Supplier (if applicable) along with the type of License or Permit.

4.2. The MCP (Motor Carrier Permit) is issued to the motor carrier as evidence the carrier has registered their CA# with the DMV, as required by CVC (California Vehicle Code) Section 34620.

4.3. Provide the Expiration Date of the Subcontractor or Supplier's California Contractor's License or MCP.

4.4. Subcontractors and Suppliers may have both a California Contractor's License Number and a MCP. If this is the case, please include information for both.

4.5. Special Permit Requirements:

    **4.5.1.**    Freight Haulers needing Special Permit for transferring atypical extra wide or heavy loads and/or hazardous or flammable materials. Applicable permit retention includes but not limited to below lists.

    **4.5.2.**    Oversized Load - California Transportation Permit - Issued for movement of non-divisible (exceeding applicable length, width, height, or weight limit) loads, not circumventing California Vehicle Code requirements.

    **4.5.3.**    Hazardous Material Load - Federal Motor Carrier Safety Administration (FMCSA) requires motor carriers to obtain a Hazardous Materials Safety Permit (HMSP) prior to transporting certain highly hazardous materials.

    **4.5.4.**    Flammable Load - Every motor carrier who transports the following hazardous materials in California must have a hazardous materials transportation license (California Hazardous Material Transportation License) issued by California Highway Patrol.

### 5. Description of Work to be Performed or Major Materials to be Supplied

5.1. Provide a description of the work to be performed or major materials to be supplied by the Subcontractor or Supplier.

### 6. Is excavation to be performed?

6.1. Indicate whether the work to be performed by each Subcontractor or Supplier includes excavation by responding "Yes" or "No." Refer to  Section 4216 of the California Government Code for the definition of "excavation."

### 7. Gold Shovel Status

7.1. Indicate the Gold Shovel Status for each Subcontractor or Supplier by responding as appropriate:

7.2. "N/A" for Subcontractor or Supplier who will not perform excavation work.

3



**Pacific Gas and
Electric Company**

# EXHIBIT 1

## Subcontractor and Supplier Utilization Plan Instructions   Pub. 12/05/18

7.3. "Active" for Subcontractor or Supplier with an active Gold Shovel Certification.

7.4. "Inactive" for Subcontractor or Supplier that does not have current Gold Shovel Certification. Attach an explanation to Exhibit 1A indicating when Contractor anticipates Subcontractor or Supplier will obtain Gold Shovel Certification.

7.5. To determine status or to find potential subcontractors, access the following site: http://www.goldshovelstandard.com.

8. **Risk Level**

8.1. Indicate whether each Subcontractor or Supplier will be performing low, medium, or high risk work by responding "Low", "Med", or "High". Refer to PG&E's Contractor Safety Program Contract Requirements at http://www.pge.com/contractorsafety for risk definitions.

9. **ISN ID# and/or PG&E Qualified Vendor #**

9.1. Provide ISNetworld (ISN) identification Number of each Subcontractor or Supplier performing medium to high risk work.

9.2. Respond "N/A" for any Subcontractor or Supplier performing low risk work.

9.3. Respond "None" if Subcontractor or Supplier has not completed ISN prequalification. Attach an explanation to Exhibit 1A explaining when Contractor anticipates Subcontractor or Supplier prequalification will be complete.

9.4. Subcontractor or Supplier may have both an ISN ID Number and a PG&E Qualified Vendor Number. If company has both, please list ISN ID Number first.

9.5. **ISNetworld Prequalified**

9.5.1. Indicate whether Subcontractor or Supplier performing medium to high risk work is Prequalified in ISN by responding "Yes" or "No." Respond "N/A" for each Subcontractor or Supplier performing low risk work.

9.5.2. To determine prequalification status or to find potential subcontractors, access the following site: https://www.pge.com/en_US/for-our-business-partners/purchasing-program/suppliers/suppliers.page.

10. **Union Signatory**

10.1. Indicate whether Subcontractor or Supplier is signatory to a labor union by responding "Yes" or "No."

11. **Signature / Attestation**

Please sign, date and indicate the revision number certifying that the information provided on this form is true to the best of your knowledge. Note: The information provided may form the basis of a Statement of Record, against which PG&E may conduct an audit or review to ensure compliance.

4

## PG&E Allowable Subcontractor / Supplier Tier Matrix



**NOTES**

- Subcontractors and Suppliers limited to three tiers – no lower level tier Subcontractors and Suppliers are allowed.
- Contract terms must be flowed-down to Subcontractors and Suppliers, as applicable per MSA terms. PG&E must be formally notified of all Subcontractors and Suppliers being utilized.
- Providers of Restricted Services are limited to first tier and may not subcontract the Work. Restricted Services currently includes Freight Haulers, however, this may be expanded to include others in the future. Prime Contractor may utilize an ISV or broker to engage multiple Freight Haulers.

Rev. 3.0                                                                                                           November 2018

DocuSign Envelope ID: C96BB9C4-9339-4A5A-9C2A-E7076716C251

CWA No. C14635
Attachment No. 2, Exhibit 1A
Page 6 of 6
Sourcing
October 2018
Page 1 of 1

## Subcontractor and Supplier Utilization Plan

**EXHIBIT 1A**

| Prime Contractor/Supplier Name: | PG&E Contract # (if any): | | Contract Duration    From: | To: |
|---|---|---|---|---|
| Employer Identification # (EIN): | Total Bid/Contract Value: | | Total Amount to be Self Performed: | |
| PG&E Project/Product: | Is Prime Contractor/Supplier CPUC Clearinghouse Certified?    Yes    No    VON #: | | | |
| Name of Preparer: | Is Prime Contractor/Supplier a Registered Small Business Certified?    Yes    No    Small Business #: | | | |
| Preparer E-Mail: | Estimated Amount to be Paid to all Subcontractors (Subs) and Suppliers ($): (for the duration of the contract) | | | |
| Preparer Contact Phone: | Subs and Suppliers:    Small Businesses:    CPUC Certified Businesses: | | | |

| (1) Tier Level | (2) Name of Subcontractors (s) and Supplier (s) | (3) Emergency Point of Contact / Phone # | (4) Contractor's License # / Motor Carrier Permit | | | | (5) Description of Work to be Performed or Major Materials to be Supplied | (6) Is Excavation to be Performed | (7) Gold Shovel Status | (8) Risk Level | (9) ISN ID# and/or PG&E Qualified Vendor # | (10) Union Signatory |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | License/Permit Type | License/Permit # | Expiration Date | Special Permit Required | | | | | | |
| | None | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

The information provided on this form may form the basis of a Statement of Record, against which PG&E may conduct an audit or review to ensure compliance.

Indicate All Subcontractor(s) and Supplier(s) of any tier prior to performing Work on designated project. Submit Exhibit 1A to best demonstrate your plan for the indicated services.

In the event of a change in planned Subcontractor(s) or Supplier(s) of any tier, submit a revised Exhibit 1A prior to performing the Work via the method outlined in the contract or work authorization.

Refer to Exhibit 1 for additional instructions on completing this form.

Please include additional sheets as needed.

| (11) Signature | DocuSigned by: DENI SMITH | Date | 4/8/2019 | Rev. # | |
|---|---|---|---|---|---|

I hereby certify that the information stated is true to the best of my knowledge.



## Certificate Of Completion

Envelope Id: C96BB9C493394A5A9C2AE7076718C251
Subject: CW2286946 - CWA C14635 Veg MGMT Yosemite_Allison Sierra 4-1-19 nxwv.pdf
Source Envelope:
Document Pages: 13          Signatures: 3
Certificate Pages: 5        Initials: 0
AutoNav: Enabled
EnvelopeId Stamping: Enabled
Time Zone: (UTC-08:00) Pacific Time (US & Canada)

Status: Completed

Envelope Originator:
Nate Warner
77 Beale Street
San Francisco, CA  94105
NXWV@pge.com
IP Address: 216.109.110.11

## Record Tracking

Status: Original
    4/8/2019 11:28:39 AM

Holder: Nate Warner
    NXWV@pge.com

Location: DocuSign

| Signer Events | Signature | Timestamp |
|---|---|---|
| DENI SMITH<br>deni@sti.net<br>Office Manager<br>Allison Sierra Inc<br>Security Level: Email, Account Authentication (None) | *DENI SMITH*<br>CAE0E7EC2B44C7...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 64.118.123.169 | Sent: 4/8/2019 11:32:47 AM<br>Viewed: 4/8/2019 11:43:00 AM<br>Signed: 4/8/2019 11:43:25 AM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 4/8/2019 11:43:00 AM<br>ID: d667180c-dc8a-4c6b-b378-bb428e230fe8 | | |
| Janetta Tarter<br>J2TS@pge.com<br>Supervisor, Sourcing<br>PG&E<br>Security Level: Email, Account Authentication (None) | *Janetta Tarter*<br>D49287CEBAA24AD...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 174.222.13.158<br>Signed using mobile | Sent: 4/8/2019 11:43:27 AM<br>Viewed: 4/8/2019 12:07:48 PM<br>Signed: 4/8/2019 12:07:59 PM |
| **Electronic Record and Signature Disclosure:**<br>Not Offered via DocuSign | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 4/8/2019 11:43:27 AM |
| Certified Delivered | Security Checked | 4/8/2019 12:07:48 PM |
| Signing Complete | Security Checked | 4/8/2019 12:07:59 PM |
| Completed | Security Checked | 4/8/2019 12:07:59 PM |

**Payment Events**                    **Status**                              **Timestamps**

**Electronic Record and Signature Disclosure**

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, PG&E (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through your DocuSign, Inc. (DocuSign) Express user account. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to these terms and conditions, please confirm your agreement by clicking the 'I agree' button at the bottom of this document.

**Getting paper copies**

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. For such copies, as long as you are an authorized user of the DocuSign system you will have the ability to download and print any documents we send to you through your DocuSign user account for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

**Withdrawing your consent**

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

**Consequences of changing your mind**

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. To indicate to us that you are changing your mind, you must withdraw your consent using the DocuSign 'Withdraw Consent' form on the signing page of your DocuSign account. This will indicate to us that you have withdrawn your consent to receive required notices and disclosures electronically from us and you will no longer be able to use your DocuSign Express user account to receive required notices and consents electronically from us or to sign electronically documents from us.

**All notices and disclosures will be sent to you electronically**

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through your DocuSign user account all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact PG&E:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
 To contact us by email send messages to: pcpc@pge.com

**To advise PG&E of your new e-mail address**
To let us know of a change in your e-mail address where we should send notices and disclosures electronically to you, you must send an email message to us at pcpc@pge.com and in the body of such request you must state: your previous e-mail address, your new e-mail address. We do not require any other information from you to change your email address..
In addition, you must notify DocuSign, Inc to arrange for your new email address to be reflected in your DocuSign account by following the process for changing e-mail in DocuSign.
**To request paper copies from PG&E**
To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an e-mail to pcpc@pge.com and in the body of such request you must state your e-mail address, full name, US Postal address, and telephone number. We will bill you for any fees at that time, if any.
**To withdraw your consent with PG&E**
To inform us that you no longer want to receive future notices and disclosures in electronic format you may:
   i. decline to sign a document from within your DocuSign account, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;
   ii. send us an e-mail to pcpc@pge.com and in the body of such request you must state your e-mail, full name, IS Postal Address, telephone number, and account number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

| Operating Systems: | Windows2000? or WindowsXP? |
|---|---|
| Browsers (for SENDERS): | Internet Explorer 6.0? or above |
| Browsers (for SIGNERS): | Internet Explorer 6.0?, Mozilla FireFox 1.0, NetScape 7.2 (or above) |
| Email: | Access to a valid email account |
| Screen Resolution: | 800 x 600 minimum |
| Enabled Security Settings: | •Allow per session cookies<br><br>•Users accessing the internet behind a Proxy Server must enable HTTP 1.1 settings via proxy connection |

** These minimum requirements are subject to change. If these requirements change, we will provide you with an email message at the email address we have on file for you at that time providing you with the revised hardware and software requirements, at which time you will have the right to withdraw your consent.
**Acknowledging your access and consent to receive materials electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please verify that you were able to read this electronic disclosure and that you also were able to print on paper or electronically save this page for your future reference and access or that you were able to e-mail this disclosure and consent to an address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format on the terms and conditions described above, please let us know by clicking the 'I agree' button below.

By checking the 'I Agree' box, I confirm that:

- I can access and read this Electronic CONSENT TO ELECTRONIC RECEIPT OF ELECTRONIC RECORD AND SIGNATURE DISCLOSURES document; and

- I can print on paper the disclosure or save or send the disclosure to a place where I can print it, for future reference and access; and

- Until or unless I notify PG&E as described above, I consent to receive from exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to me by PG&E during the course of my relationship with you.

## Purchase Order Details

| | | | |
|---|---|---|---|
| **PO Number** | 2700255021 | **Customer** | **Ship To Address** |
| **Date** | Apr 8, 2019 | Pacific Gas & Electric Inc | 14550 TUOLUMNE ROAD |
| **Status** | Invoiced | 77 Beale Street | SONORA, CA 95370 |
| **PO Amount** | $1,000,000.00 | San Francisco, CA 94177 | US (United States) |
| **Invoiced Amount** | $390,510.00 | US (United States) | |
| **Currency** | USD (US Dollar) | PO Box 770000 | |
| **Buyer Contact** | Ariba Purchasing G | | |
| **Customer Contact** | Elaine Ancheta exa1@pge.com | 415 973 3000 | |
| | 209-533-6015 | | |
| **Payment Terms** | 30 days net | | |

| Item Number | Description | Ordered Qty | Delivery Date | Invoiced Qty | Item Price | Unit of Measure |
|---|---|---|---|---|---|---|
| 1 | Non-Taxable-Civil for Electric Work The | 1,000,000 | Apr 30, 2019 | 390,510 | $1.00 | USD (US Dollar) |

The Purchase Order data presented in this document does not necessarily contain all information and details that your customer shared with you. This representation reflects the PO data available in the Taulia platform. Typically, the PO data provided through Taulia can not entirely replace the PO information provided to you by your customer



**PG&E**

# Contract Work Authorization (CWA) Change Order

This is Change Order ("CO") No. 2 to Contract Work Authorization No. C13012 dated 09/14/2018 issued under and pursuant to the Blanket Agreement or Master Service Agreement No. C10589 dated 09/30/2020 (the "MSA") between the below-named Contractor ("Contractor"), a California corporation, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA, as amended by this Change Order, pursuant to and in accordance with the terms and conditions of the MSA.

| | | |
|---|---|---|
| **Contractor's Legal Name:** | Allison-Sierra, Inc. | **This Change Order consists of 2 pages.** |
| **Contractor's Address:** | PO Box 1157 Mariposa, CA 95338 | |

| | |
|---|---|
| **Project Name:** | Accelerated Veg Mgmt-Central Valley – Yosemite Division |
| **Job Location:** | PG&E SERVICE TERRITORY |

**CHANGES:** The Parties hereby modify the Contract Work Authorization referenced above as follows:

Change Order 2 is issued to increase the contract from $500,000.00 to $1,500,000.00 with added funds of $1,000,000.00.

- Contractor shall perform additional work per original CWA scope of work and where directed by PG&E work supervisor.
- All other specifications and details from original CWA shall remain in effect.

**ATTACHMENTS:** The following are attached to this CWA Change Order and incorporated herein by this reference.

NONE

| **PRICING CHANGES:** | Previous Total CWA Value: | $ 500,000.00 |
|---|---|---|
| | Addition or Deduction: | $ 1,000,000.00 (NTE) |
| | Revised Total CWA Value: | $ 1,500,000.00 |

All other terms and conditions of the CWA, as it may have been amended by previous CWA Change Order(s), if any, shall remain the same.

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CWA CHANGE ORDER.**

| **PACIFIC GAS AND ELECTRIC COMPANY** | | **CONTRACTOR: ALLISON-SIERRA, INC.** | |
|---|---|---|---|
| Signature | *DocuSigned by:* Richard Cordova —A012C82C8FC147... | Signature | *DocuSigned by:* DENI SMITH —CAE00E7EC2044C7 |
| Name | Richard Cordova | Name | DENI SMITH |
| Title | Sourcing Portfolio Manager | Title | office manager |
| Date | 12/31/2018 | Date | 12/31/2018 |

62-1689 CWA (08-21-18)                    Sourcing

DocuSign Envelope ID: 25100B01-9F57-4244-B1A3-F14D2CFC9F47



| ADMINISTRATION | | | |
|---|---|---|---|
| PG&E Negotiator | Nate Warner | Contractor Representative | |
| Phone | 916-899-9735 | Phone | |
| Email: | nxwv@pge.com | Email: | deni@sti.net |
| Accounting Reference | Order: 8185659 | | |

| INTERNAL PG&E USE ONLY | | |
|---|---|---|
| Distribution Date | | |
| Distribution of Copies: | ☒ ARIBA Contracts ("27" series): Buyer uploads an executed copy in Ariba. | ☒ Contractor (Signed Original Copy) |
| | ☒ Work Supervisor | ☐ Manager |
| | ☒ Invoice Approver | ☐ Supervisor |
| | ☐ V.P. | ☐ Sourcing/ Purchasing |
| | ☐ Director | ☐ Law |

62-1689 CWA (08-21-18)                    Sourcing

# ASI

# INVOICE

TO: Accounts Payable

Pacific Gas & Electric
P.O. Box 7760
San Francisco, CA 94120

Date: 1/30/19

Invoice No: 1914

| PO Number | INVOICE TYPE | | PM NUMBER | Project |
|---|---|---|---|---|
| 2700223071 | Progress | Completion X | 313420330 | Bass Lake PSEA camp |

| Job Date | Description of work | Total |
|---|---|---|
| 1/29/19 | Vacuum excavate and install conduit for PSEA camp. | $12,099.00 |

Vendor #1070212

| | |
|---|---|
| TOTAL THIS INVOICE | $12,099.00 |

To avoid finance charges please remit payment in a timely manner.
The finance charge is computed by a periodic rate of $1\frac{1}{2}$ % per month which is an
Annual percentage rate of 18%.

**Allison Sierra Inc.**

P.O. Box 1157

Mariposa, CA 95338

Phone (209) 966-4082

Fax (209) 966-2643

## Purchase Order Details

| | |
|---|---|
| **PO Number** | 2700223071 |
| **Date** | Jan 30, 2019 |
| **Status** | Delivered |
| **PO Amount** | $12,100.00 |
| **Invoiced Amount** | $12,099.00 |
| **Currency** | USD (US Dollar) |
| **Buyer Contact** | Ariba Purchasing G |
| **Customer Contact** | Elaine Anchela exa1@pge.com<br>209-533-6015 |
| **Payment Terms** | 30 days net |

**Customer**
Pacific Gas & Electric Co
77 Beale Street
San Francisco, CA 94177
US (United States)

PO Box 770000

415 973 3000

**Ship To Address**
14550 TUOLUMNE ROAD
SONORA, CA 95370
US (United States)

| Item Number | Description | Ordered Qty | Delivery Date | Invoiced Qty | Item Price | Unit of Measure |
|---|---|---|---|---|---|---|
| 1 | Non-Taxable-Civil for Electric Work The | 12,100 | Jan 31, 2019 | 12,099 | S⁻.00 | USD (US Dollar) |

The Purchase Order data presented in this document does not necessarily contain all information and details that your customer shared with you. This representation reflects the PO data available in the Taulia platform. Typically, the PO data provided through Taulia can not entirely replace the PO information provided to you by your customer

# ASI

# INVOICE

TO:  Accounts Payable

Pacific Gas & Electric
P.O. Box 7760
San Francisco, CA  94120

Date: 1/30/19

Invoice No: 1915

| PO Number | INVOICE TYPE | | PM NUMBER | Project |
|---|---|---|---|---|
| 2700223076 | Progress | Completion X | 31422298 | Various Sites Oakhurst |

| Job Date | Description of work | Total |
|---|---|---|
| 1/29/19 | Clean up crew damage at two residences & Dig up broken line at Oakhurst PGE yard. | $6,188.00 |

Vendor #1070212

| | |
|---|---|
| TOTAL THIS INVOICE | $6,188.00 |

To avoid finance charges please remit payment in a timely manner.
The finance charge is computed by a **periodic rate of 1 ½ %** per month which is an
**Annual percentage rate of 18%.**

**Allison Sierra Inc.**

P.O. Box 1157

Mariposa, CA 95338

Phone (209) 966-4082

Fax (209) 966-2643

## Purchase Order Details

| | | | |
|---|---|---|---|
| **PO Number** | 2700223076 | **Customer** | **Ship To Address** |
| **Date** | Jan 30, 2019 | Pacific Gas & Electric Co | 14550 TUOLUMNE ROAD |
| **Status** | Delivered | 77 Beale Street | SONORA, CA 95370 |
| **PO Amount** | $6,200.00 | San Francisco, CA 94177 | US (United States) |
| **Invoiced Amount** | $6,188.00 | US (United States) | |
| **Currency** | USD (US Dollar) | PO Box 770000 | |
| **Buyer Contact** | Ariba Purchasing G | | |
| **Customer Contact** | Elaine Anchela exa1@pge.com | 415 973 3000 | |
| | 209-533-6015 | | |
| **Payment Terms** | 30 days net | | |

| Item Number | Description | Ordered Qty | Delivery Date | Invoiced Qty | Item Price | Unit of Measure |
|---|---|---|---|---|---|---|
| 1 | Non-Taxable-Civil for Electric Work The | 6,200 | Jan 31, 2019 | 6,188 | $1.00 | USD (US Dollar) |

The Purchase Order data presented in this document does not necessarily contain all information and details that your customer shared with you. This representation reflects the PO data available in the Taulia platform. Typically, the PO data provided through Taulia can not entirely replace the PO information provided to you by your customer