QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Bennett Murphy (Bar No. 174536)
  bennettmurphy@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Canyon Capital Advisors LLC*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

-and-

**PACIFIC GAS AND ELECTRIC COMPANY,**

**Debtors**.

☐  Affects PG&E Corporation

☐  Affects Pacific Gas and Electric Company

☒  Affects both Debtors

\* *All papers shall be filed in the lead case, No. 19-30088 (DM)*

Case No. 19-30088 (DM)
Chapter 11
(Jointly Administered)

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

**PLEASE TAKE NOTICE** that Canyon Capital Advisors LLC, acting on behalf of its managed funds and accounts ("Canyon"), creditors and parties in interest in the above-captioned bankruptcy cases (the "Bankruptcy Cases"), by and through its counsel, Quinn Emanuel Urquhart & Sullivan LLP, hereby enter this appearance pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that the counsel listed below be added to the official mailing matrix, CM/ECF, and service lists in the Bankruptcy Cases. Canyon requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in the Bankruptcy Cases and copies of all papers served or required to be served in the Bankruptcy

-1-

Cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, and all other matters arising herein or in any way related to the Bankruptcy Cases, including in adversary proceedings, be given and served upon Quinn Emanuel Urquhart & Sullivan LLP at the following address:

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Attn: Bennett Murphy
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
bennettmurphy@quinnemanuel.com

DATED:  November 8, 2019         **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By     s/ *Bennett Murphy*
Bennett Murphy

*Attorneys for Canyon Capital Advisors LLC*