QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Bennett Murphy (Bar No. 174536)
  bennettmurphy@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Canyon Capital Advisors LLC*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>      -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>      **Debtors**.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☒  Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Jointly Administered)<br><br>**JOINDER IN CONSOLIDATED OPENING BRIEF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND OTHER CREDITOR GROUPS AND REPRESENTATIVES REGARDING THE APPROPRIATE POSTPETITION INTEREST RATE PAYABLE ON UNSECURED CLAIMS IN A SOLVENT DEBTOR CASE**<br><br>Date:      December 11, 2019<br>Time:      10:00 a.m. (Pacific Time)<br>Place:     United States Bankruptcy Court<br>              Courtroom 17, 16th Floor<br>              450 Golden Gate Avenue<br>              San Francisco, CA 94102 |

Canyon Capital Advisors LLC, acting on behalf of its managed funds and accounts ("Canyon"), hereby submits this joinder in the Consolidated Opening Brief of the Official Committee of Unsecured Creditors and Other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case [Docket No. 4634] (the "Consolidated Creditor Brief"). Canyon is a substantial creditor in these cases.[1]

The Debtors propose that equity holders should retain their interests in the Debtors, while holders of claims in senior classes are denied the right to vote to accept or reject the Debtors' Plan. The Debtors' premise for this – that the senior creditor claims are unimpaired – is simply untrue. The Debtors' Plan fails to "*leave unaltered* the legal, equitable, and contractual rights to which such claim . . *entitles* the holder of such claim . . .." 11 U.S.C § 1124(1) (emphasis added). The Debtors' Plan *alters* a right to which Canyon and like creditors are *entitled*: to receive interest at the applicable contract rate, and no other rate, through the date the Debtors' obligations are paid in full. For the reasons set forth in the Consolidated Creditor Brief, Section 1124(1) of the Bankruptcy Code means what it says. The Debtors' designation of senior creditor claims as unimpaired is contrary to law, and cannot be sustained.

DATED: November 8, 2019

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By    *s/ Bennett Murphy*
Bennett Murphy

*Attorneys for Canyon Capital Advisors LLC*

---

[1] Canyon has claims as a holder of Utility Senior Notes, as a lender under each of the Utility Revolver Credit Agreement; the HoldCo Revolver Credit Agreement, and the HoldCo Term Loan Credit Agreement, and under one or more of the PC Bond LOC Documents (each as defined in the Debtors' Joint Chapter 11 Plan of Reorganization Dated November 4, 2019 (the "Debtors' Plan")).

04392-00007/11176592.5    1    Case No. 19-30088 (DM) TITLE

Case: 19-30088    Doc# 4636    Filed: 11/08/19    Entered: 11/08/19 18:25:12    Page 2 of 2