1  REBECCA J. WINTHROP (CA Bar No. 116386)
   NORTON ROSE FULBRIGHT US LLP
2  555 South Flower Street Forty-First Floor
   Los Angeles, California 90071
3  Telephone:    (213) 892-9200
   Facsimile:    (213) 892-9494
4  rebecca.winthrop@nortonrosefulbright.com

5  Attorneys for Creditors ADVENTIST HEALTH
   SYSTEM/WEST and FEATHER RIVER HOSPITAL
6  D/B/A ADVENTIST HEALTH FEATHER RIVER

7

8

9              **UNITED STATES BANKRUPTCY COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11                **SAN FRANCISCO DIVISION**

12

13  In re:                            Case No. 19 - 30088 (DM)

14  PG&E CORPORATION,                 Chapter 11

15           - and -                  (Lead Case)

16  PACIFIC GAS AND ELECTRIC          (Jointly Administered)
    COMPANY,
17                                    **CERTIFICATE OF SERVICE**
              Debtors.
18

19    ☐    Affects PG&E Corporation
      ☐    Affects Pacific Gas and Electric
20         Company
      ☒    Affects both Debtors
21
    *All papers shall be filed in the Lead Case,
22  No. 19-30088 (DM).*

23

24

25

26

27

28

1    I, the undersigned, declare that I am employed in Los Angeles, California.  I am over the
2    age of 18 years and not a party to the within entitled action.  My business address is Norton Rose
     Fulbright US LLP, 555 South Flower Street, Forty-First Floor, Los Angeles, CA  90071.

3
     I certify that on November 8, 2019, I caused a true and correct copy of each of the following
4    documents to be served via Electronic Mail to all "Standard Parties" listed in **Exhibit A**:

5    ▪   The Adventist Claimants' Renewed Objection to the Debtors' Motion for Entry of an Order
         Authorizing the Debtors to Enter Into Restructuring Support Agreement with the
6        Consenting Subrogation Claimholders, etc. [DE # 3992], and Objection to Debtor's Notice
7        of Filing of Amended and Restated Restructuring Support Agreement [DE # 4554]

8        I certify that on November 8, 2019, I caused a true and correct copy of each of the above
     listed documents to be served via First Class Mail to all parties listed in **Exhibit B**.
9
10       I declare, under penalty of perjury, that the foregoing is true and correct.

11       Executed on November 8, 2019 at Los Angeles, CA.

12                                                          _____
                                                            Evette M. Rodriguez
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit A**

**Weil, Gotshal & Manges LLP**
stephen.karotkin@weil.com
matthew.goren@weil.com
jessica.liou@weil.com

**Cravath, Swaine & Moore LLP**
pzumbro@cravath.com
korsini@cravath.com
jzobitz@cravath.com
skessing@cravath.com
ndorsey@cravath.com
onasab@cravath.com

**Baker & Hostetler LLP**
rjulian@bakerlaw.com
cdumas@bakerlaw.com
esagerman@bakerlaw.com
lattard@bakerlaw.com

**Keller & Benvenutti LLP**
tkeller@kellerbenvenutti.com
jkim@kellerbenvenutti.com

**Office of the United States Trustee**
james.l.snyder@usdoj.gov
timothy.s.laffredi@usdoj.gov
marta.villacorta@usdoj.gov

**Milbank LLP**
ddunne@milbank.com
skhalil@milbank.com
paronzon@milbank.com
gbray@milbank.com
tkreller@milbank.com
astone@milbank.com

**Stroock & Stroock & Laval LLP**
khansen@stroock.com
egilad@stroock.com
mgarofalo@stroock.com
fmerola@stroock.com

**Davis Polk & Wardwell LLP**
eli.vonnegut@davispolk.com
david.schiff@davispolk.com
timothy.graulich@davispolk.com

DOCUMENT PREPARED
ON RECYCLED PAPER

1

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
akornberg@paulweiss.com
2
bhermann@paulweiss.com
wrieman@paulweiss.com
3
smitchell@paulweiss.com
ndonnelly@paulweiss.com
4

5
**U.S. Department of Justice**
danielle.pham@usdoj.gov
6

**Akin Gump Strauss Hauer & Feld LLP**
7
mstamer@akingump.com
idizengoff@akingump.com
8
dbotter@akingump.com
aqureshi@akingump.com
9
avcrawford@akingump.com

10
**Diemer & Wei, LLP**
kdiemer@diemerwei.com
11

12
**Willkie Farr & Gallagher LLP**
mfeldman@willkie.com
13
jminias@willkie.com
dforman@willkie.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCUMENT PREPARED
ON RECYCLED PAPER

1    **Exhibit B**

2

3    **PG&E Corporation and Pacific Gas and Electric Company**
     Attn: Janet Loduca
4    P.O. Box 770000
     San Francisco, CA 94105

5    **U.S. Nuclear Regulatory Commission**
6    Attn: General Counsel
     Washington, D.C. 20555-0001

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DOCUMENT PREPARED
ON RECYCLED PAPER