# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | |
| | Ref. Docket No. 4535 |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                    ) ss.:
COUNTY OF NEW YORK )

FORREST HOUKU, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 31, 2019, I caused to be served the "Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period August 1, 2019 Through August 31, 2019**,"** dated October 31, 2019 [Docket No. 4535], by causing true and correct copies to be:

    a. enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Houku*
Forrest Houku

Sworn to before me this
31st day of October, 2019
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

# EXHIBIT A

# PG&E CORPORATION
# FEE APP NOTICE PARTIES

| | |
|---|---|
| BAKER & HOSTETLER, LLP<br>PROPOSED COUNSEL FOR OFFICIAL COMMITTEE OF TORT CLAIMANTS<br>ATTN: ERIC E. SAGERMAN, LAUREN T. ATTARD<br>11601 WILSHIRE BLVD.<br>SUITE 1400<br>LOS ANGELES CA 90025-0509 | MILBANK LLP<br>COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>ATTN: DENNIS F. DUNNE, SAMUEL A. KHALIL<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163 |
| MILBANK LLP<br>COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>ATTN: PAUL S. ARONZON, GREGORY A. BRAY, THOMAS R. KRELLER<br>2029 CENTURY PARK EAST, 33RD FLOOR<br>LOS ANGELES CA 90067 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: JAMES L. SNYDER, ESQ. & TIMOTHY LAFREDDI, ESQ.,<br>MARTA E. VILLACORTA<br>450 GOLDEN GATE AVE<br>SUITE 05-0153<br>SAN FRANCISCO CA 94102 |
| PG&E CORPORATION<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>77 BEALE STREET<br>P.O. BOX 77000<br>SAN FRANCISCO CA 94177 | WEIL, GOTSHAL & MANGES LLP<br>COUNSEL TO DEBTOR<br>ATTN: STEPHEN KAROTKIN, JESSICA LIOU, MATTHEW GOREN<br>767 FIFTH AVENUE<br>NEW YORK NY 10153-0119 |
| FEE EXAMINER<br>ATTN: BRUCE A. MARKELL<br>541 N. FAIRBANKS CT., SUITE 2200<br>CHICAGO, IL 60611-3710 | |

# EXHIBIT B

# PG&E CORPORATION
## Electronic Mail – Fee App Service List

bamexampge@gmail.com
ddunne@milbank.com
esagerman@bakerlaw.com
gbray@milbank.com
james.l.snyder@usdoj.gov
jessica.liou@weil.com
jkim@kellerbenvenutti.com
lattard@bakerlaw.com
marta.villacorta@usdoj.gov
matthew.goren@weil.com
paronzon@milbank.com
skhalil@milbank.com
stephen.karotkin@weil.com
timothy.s.laffredi@usdoj.gov
tkeller@kellerbenvenutti.com;
tkreller@milbank.com