**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271
Email: kdiemer@diemerwei.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)
Daniel I. Forman (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
     jminias@willkie.com
     bmccallen@willkie.com
     dforman@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the lead case, No. 19-30088 (DM) | Bankr. Case No. 19-30088 (DM)<br>Chapter 11<br>(Jointly Administered)<br><br>**DECLARATION OF BENJAMIN P. MCCALLEN IN SUPPORT OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS' MOTION PURSUANT TO 11 U.S.C. §§ 105(A) AND 107(B) AND FED. R. BANKR. P. 9018 FOR ENTRY OF AN ORDER AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL**<br><br>**[No Hearing Requested]** |

I, Benjamin P. McCallen, declare as follows:

1. I am a member of the firm of Willkie Farr & Gallagher LLP ("**Willkie**"). I am counsel to the Ad Hoc Group of Subrogation Claim Holders (the "**Ad Hoc Subrogation Group**"). I submit this declaration ("**Declaration**") in Support of the *Ad Hoc Subrogation Group's Motion Pursuant to 11 U.S.C. §§ 105(a) and 107(b) and Fed. R. Bankr. P. 9018 for Entry of An Order Authorizing The Filing of Certain Documents Under Seal* (the "**Motion**").

2. The facts set forth in this Declaration are based upon my personal knowledge, my review of the relevant documents, or information provided to me by other advisors to the Ad Hoc Subrogation Group, including other attorneys at Willkie. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

3. In Support of the *Statement of the Ad Hoc Group of Subrogation Claim Holders*, filed in advance of this Court's November 13, 2019 hearing, the Ad Hoc Subrogation Group seeks to file two documents (the "**Model Release Attachments**") that the Debtors have designated either "CONFIDENTIAL" or "PROFRESSIONAL EYES ONLY." Pursuant to Section 7.5 of the Court's *Confidentiality and Protective Order* [Dkt No. 3405], the Model Release Attachments must be filed under seal.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on the 11th day of November, 2019 at New York, New York.

                                                   /s/ *Benjamin P. McCallen*
                                                   Benjamin P. McCallen