# United States Bankruptcy Court

## Northern District of California

In re: PG&E CORPORATION and  
PACIFIC GAS AND ELECTRIC COMPANY,  
  Debtors

Chapter 11  
Case No.: 19-30088 (DM)  
Jointly Administered

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Sencha Funding, LLC** | **Haley & Aldrich, Inc.** <br> **Haley & Aldrich Construction Services, Inc.** |
|---|---|
| Name of Transferee <br> Name and Address where notices to transferee should be sent: <br><br> Sencha Funding, LLC <br> c/o Farallon Capital Management, L.L.C. <br> One Maritime Plaza, Suite 2100 <br> San Francisco, CA 94111 <br><br> **Attn: Michael G. Linn** <br> **Tel: 1 415 421 2132** <br> **Email: mlinn@faralloncapital.com** | Name of Transferors <br> Court Claim #: **65639** <br> Claim Amount: **$950,003.19** <br> Date Claim Filed: 10/18/2019 <br><br> Court Claim #: **78170** <br> Claim Amount: **$315.00** <br> Date Claim Filed: 10/25/2019 <br><br> Schedule Numbers: 1031548 <br> 1032046 |

Last Four Digits of Acct #: _____N/A_____     Last Four Digits of Acct. #: \_\_\_\_N/A\_\_\_\_\_

Name and Address where transferee payments  
should be sent (if different from above)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Andrew A. Jones  
    Transferee/Transferee's Agent

Date: November 11, 2019

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Haley & Aldrich, Inc. and Haley & Aldrich Construction Services, Inc. (collectively, "Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Sencha Funding, LLC ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), evidenced by proof of claim numbers 65639, 78170, and schedule numbers 1031548 and 1032046 against Pacific Gas and Electric Company ("Debtor"), the debtor-in-possession in the chapter 11 reorganization case, case no.: 19-30089, in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 7TH DAY OF NOVEMBER 2019.

ASSIGNORS:

| Haley & Aldrich, Inc. | Haley & Aldrich Construction Services, Inc. |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Name: Robert A. Gabel | Name: Robert A. Gabel |
| Title: Treasurer | Title: Treasurer |

ASSIGNEE:

Sencha Funding, LLC

By: _____
Name:
Title:

Michael G. Linn
Managing Member