**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Daniel I. Forman (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
    jminias@willkie.com
    dforman@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PG&E CORPORATION,** | Bankr. Case No. 19-30088 (DM) |
| -and- | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| Debtors. | **CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | |

I, Alexander J. Lewicki, do declare and state as follows:

1. I am employed in Santa Clara County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Diemer & Wei LLP, 100 W. San Fernando St. Suite 555, San Jose, CA, 95113.

2. I certify that on November 11, 2019, I caused a true and correct copy of each of the following documents to be served via Electronic Mail to all parties listed in **Exhibit A**:

   - **AD HOC GROUP OF SUBROGATION CLAIM HOLDERS' MOTION PURSUANT TO 11 U.S.C. §§ 105(A) AND 107(B) AND FED. R. BANKR. P. 9018 FOR ENTRY OF AN ORDER AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL.**

   - **DECLARATION OF BENJAMIN P. MCCALLEN IN SUPPORT OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS' MOTION PURSUANT TO 11 U.S.C. §§ 105(A) AND 107(B) AND FED. R. BANKR. P. 9018 FOR ENTRY OF AN ORDER AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL**

   - **STATEMENT OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS IN ADVANCE OF OMNIBUS HEARING SET FOR NOVEMBER 13, 2019.**

   - **EXHIBIT A TO STATEMENT OF THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS IN ADVANCE OF OMNIBUS HEARING SET FOR NOVEMBER 13, 2019.**

3. I certify that on November 11, 2019, I caused a true and correct copy of each of the above listed documents to be served via First Class Mail to all parties listed in **Exhibit B**.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed on November 11, 2019,

/s/ Alexander J. Lewicki
Alexander J. Lewicki

**Exhibit A**

**Weil, Gotshal & Manges LLP**
Stephen.Karotkin@weil.com
Matthew.goren@weil.com
Jessica.liou@weil.com

**Cravath, Swaine & Moore LLP**
Pzumbro@cravath.com
korsini@cravath.com
jzobitz@cravath.com
skessing@cravath.com
ndorsey@cravath.com
onasab@cravath.com

**Baker & Hostetler LLP**
rjulian@bakerlaw.com
cdumas@bakerlaw.com
esagerman@bakerlaw.com
lattard@bakerlaw.com

**Keller & Benvenutti LLP**
tkeller@kellerbenvenutti.com
jkim@kellerbenvenutti.com

**Office of the United States Trustee**
James.l.snyder@usdoj.gov
Timothy.s.laffredi@usdoj.gov
Marta.villacorta@usdoj.gov

**Milbank LLP**
Ddunne@milbank.com
skhalil@milbank.com
Paronzon@milbank.com
Gbray@milbank.com
Tkreller@milbank.com
Astone@milbank.com

**Stroock & Stroock & Laval LLP**
khansen@stroock.com
egilad@stroock.com
mgarofalo@stroock.com
fmerola@stroock.com

**Davis Polk & Wardwell LLP**
Eli.vonnegut@davispolk.com
David.schiff@davispolk.com
Timothy.graulich@davispolk.com

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
Akornberg@paulweiss.com
bhermann@paulweiss.com
wrieman@paulweiss.com
smitchell@paulweiss.com
ndonnelly@paulweiss.com

**U.S. Department of Justice**
Danielle.pham@usdoj.gov
Matthew.troy@usdoj.gov

**California Public Utilities Commission**
Arocles.aguilar@cpuc.ca.gov
Candace.morey@cpuc.ca.gov

**US Securities and Exchange Commission**
sanfrancisco@sec.gov
secbankruptcy@sec.gov

**Attorney General of California**
Danette.valdez@doj.ca.gov
Annadel.almendras@doj.ca.gov
Margarita.padilla@doj.ca.gov
James.potter@doj.ca.gov

**Akin Gump Strauss Hauer & Feld LLP**
avcrawford@akingump.com
mstamer@akingump.com
idizengoff@akingump.com
dbotter@akingump.com

**O'Melveny & Myers LLP**
jbeiswenger@omm.com
mmitchell@omm.com
mhinker@omm.com

**Norton Rose Fulbright US LLP**
Rebecca.winthrop@nortonrosefullbright.com

# Exhibit B

**PG&E Corporation and Pacific Gas and Electric Company**
Attn: Janet Loduca
P.O. Box 770000
San Francisco, CA 94105

**U.S. Nuclear Regulatory Commission**
Attn: General Counsel
Washington, D.C. 20555-0001

**Federal Energy Regulatory Commission**
Attn: General Counsel
888 First St. NE
Washington D 20426

**Internal Revenue Service**
Attn: Centralized Insolvency Operation
2970 Market Street
Philadelphia, PA 19104-5016

**Office of the United States Attorney for the Northern District of California**
Attn: Bankruptcy Unit
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102