DocuSign Envelope ID: 9EC4B9BC-BB4D-4527-8FBE-F76CD82F7E69

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Pacific Gas & Electric Corp., *et al.*

Debtors.

Chapter 11

Case No. 19-30088 Chapter 11

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Cenveo Worldwide Limited**
Name of Transferor
Phone: (812) 981-4854
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

**Whitebox Relative Value Partners, LP
c/o Whitebox Advisors
3033 Excelsior Blvd, Suite 300
Minneapolis, MN 55416-4675
Attn: Scott Specken**

**Whitebox Relative Value Partners, LP**
Name of Transferee
Phone: (612) 253-6061
Last Four Digits of Acct #: N/A

Claim No: 1121
Debtor: PG&E Corporation (19-30088)
Date Filed: February 25, 2019

Total Amount of Claim: $39,372.10
**Transferred Amount of Claim: $39,372.10**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Luke Harris*
——FA52A1B17F3241F...
Transferee/Transferee's Agent

Date: November 11, 2019

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 & 3571.