DocuSign Envelope ID: 9EC4B9BC-BB4D-4527-8FBE-F76CD82F7E69

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Pacific Gas & Electric Corp., *et al.*

                Debtors.

Chapter 11

Case No. 19-30088 Chapter 11

(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Cenveo Worldwide Limited** | **Whitebox Relative Value Partners, LP** |
| Name of Transferor | Name of Transferee |
| Phone: (812) 981-4854 | Phone: (612) 253-6061 |
| Last Four Digits of Acct #: N/A | Last Four Digits of Acct #: N/A |
| | |
| Name and Address where notices and payments to transferee should be sent: | Claim No: 1570 |
| | Debtor: Pacific Gas and Electric Company (19-30089) |
| **Whitebox Relative Value Partners, LP** | Date Filed: March 21, 2019 |
| **c/o Whitebox Advisors** | |
| **3033 Excelsior Blvd, Suite 300** | Total Amount of Claim: $280,779.20 |
| **Minneapolis, MN 55416-4675** | **Transferred Amount of Claim: $33,105.06** |
| **Attn: Scott Specken** | **(General Unsecured)** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Luke Harris*                          Date: November 11, 2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 & 3571.