**EXHIBIT A**

**COMPONSATION BY PROFESSIONAL**
**SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

The attorneys who rendered professional services in these chapter 11 cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | DEPARTMENT[1] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Karotkin, Stephen | BFR | 1977 | $1,600.00 | 264.70 | $397,520.00 |
| Bond, W. Michael | Corporate | 1980 | $1,600.00 | 11.60 | $18,560.00 |
| Goldring, Stuart J. | Tax | 1984 | $1,600.00 | 30.20 | $48,320.00 |
| Slack, Richard W. | Litigation | 1987 | $1,225.00 | 40.60 | $51,765.00 |
| Pari, Joseph M. | Tax | 1988 | $1,600.00 | 54.90 | $87,840.00 |
| Wessel, Paul J. | Tax | 1988 | $1,600.00 | 11.60 | $18,560.00 |
| Connolly, Annemargaret | Corporate | 1988 (MA) | $1,350.00 | 5.60 | $7,560.00 |
| Adams, Frank R. | Corporate | 1993 | $1,425.00 | 9.90 | $14,107.50 |
| Tsekerides, Theodore E. | Litigation | 1994 | $1,150.00 | 102.60 | $117,990.00 |
| Heyliger, Adelaja K. | Corporate | 1998 | $1,100.00 | 6.80 | $7,480.00 |
| Goltser, Lyuba | Corporate | 2002 | $1,175.00 | 0.50 | $587.50 |
| Singh, David R. | Litigation | 2004 | $1,125.00 | 3.20 | $3,600.00 |
| Liou, Jessica | BFR | 2009 | $1,075.00 | 165.90 | $174,203.75 |
| Goslin, Thomas (Counsel) | Corporate | 2003 | $1,050.00 | 25.70 | $26,985.00 |
| Goren, Matthew (Counsel) | BFR | 2007 | $1,075.00 | 207.30 | $210,968.75 |
| Mishkin, Jessie B. (Counsel) | Litigation | 2007 | $1,050.00 | 14.60 | $15,330.00 |
| **Total Partners and Counsel:** | | | | **955.70** | **$1,201,377.50** |

---

[1] BFR – Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT[2] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Friedman, Julie T. | BFR | 2003 | $600.00 | 31.70 | $19,020.00 |
| Byrne, Peter M. | Corporate | 2007 | $995.00 | 9.70 | $9,651.50 |
| Seales, Jannelle Marie | Corporate | 2009 | $995.00 | 2.00 | $1,990.00 |
| Cruz, Mariel E. | Corporate | 2010 | $995.00 | 3.80 | $3,781.00 |
| Kramer, Kevin | Litigation | 2010 | $995.00 | 174.80 | $173,926.00 |
| Silber, Gary | Tax | 2011 | $995.00 | 34.90 | $34,725.50 |
| Bitter, Blake | Tax | 2011 (VA) | $980.00 | 36.10 | $35,378.00 |
| Golster, Jonathan | Corporate | 2011 | $875.00 | 8.20 | $7,175.00 |
| Nersesyan, Yelena | Corporate | 2011 | $875.00 | 3.70 | $3,237.50 |
| Bostel, Kevin | BFR | 2012 | $995.00 | 28.50 | $28,357.50 |
| Minga, Jay | Litigation | 2013 | $950.00 | 123.00 | $116,850.00 |
| Nikic, Nicholas G. | Corporate | 2013 | $790.00 | 2.30 | $1,817.00 |
| Fink, Moshe A. | BFR | 2014 | $950.00 | 24.40 | $23,180.00 |
| Gwen, Daniel | BFR | 2014 | $950.00 | 0.60 | $570.00 |
| Schinckel, Thomas Robert | BFR | 2014 (Australia) | $690.00 | 134.60 | $87,457.50 |
| Engelmyer, Lauren | Litigation | 2015 | $920.00 | 1.90 | $1,748.00 |
| Africk, Max M. | Litigation | 2015 | $875.00 | 51.90 | $45,412.50 |
| Brookstone, Benjamin | Tax | 2015 | $875.00 | 95.70 | $83,737.50 |
| Pitcher, Justin R. | BFR | 2016 (UT) | $790.00 | 16.70 | $13,193.00 |
| Anderson, Joseph Caleb | Corporate | 2016 | $690.00 | 2.50 | $1,725.00 |
| Kleinjan, John M. | Tax | 2017 | $790.00 | 15.20 | $12,008.00 |
| Steel, Patrick M. | BFR | 2017 | $790.00 | 7.30 | $5,767.00 |
| McGrath, Colin | Litigation | 2017 | $690.00 | 159.70 | $110,193.00 |
| McNulty, Shawn C. | Litigation | 2017 | $690.00 | 36.10 | $24,909.00 |
| Foust, Rachel L. | BFR | 2018 | $690.00 | 173.70 | $119,853.00 |
| Gordan, Anna C. | Litigation | 2018 | $690.00 | 2.10 | $1,449.00 |
| Leung, Victor S. | Litigation | 2018 | $690.00 | 5.70 | $3,933.00 |
| Zangrillo, Anthony | Corporate | 2018 | $690.00 | 6.10 | $4,209.00 |
| Carens, Elizabeth Anne | BFR | 2018 | $560.00 | 130.70 | $73,192.00 |
| Irani, Neeckaum | Litigation | 2018 (CA) | $560.00 | 23.70 | $13,272.00 |
| Green, Austin Joseph | Litigation | 2019 | $560.00 | 154.60 | $86,576.00 |

[2] BFR – Business Finance & Restructuring

| Name | Department | Year | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Evans, Steven | Litigation | 2019 | $560.00 | 14.20 | $7,952.00 |
| Hayes, Emily A | Litigation | * | $560.00 | 1.20 | $672.00 |
| Sonkin, Cliff | BFR | * | $560.00 | 49.00 | $27,440.00 |
| **Total Associates:** | | | | 1,566.30 | $1,184,357.50 |

| NAME OF PARAPROFESSIONALS AND OTHER NON-LEGAL STAFF: | DEPARTMENT[3] | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Ting, Lara | Litigation Support | $360.00 | 1.80 | $648.00 |
| Dang, Thai | Litigation Support | $345.00 | 1.30 | $448.50 |
| Robin, Artur | Litigation Support | $345.00 | 1.10 | $379.50 |
| Biratu, Sirak D. | Litigation | $330.00 | 3.0 | $990.00 |
| Bogota, Alejandro | Litigation Support | $330.00 | 2.50 | $825.00 |
| Chavez, Miguel | Litigation Support | $330.00 | 4.10 | $1,353.00 |
| Harrison, Greer | Litigation | $240.00 | 1.90 | $456.00 |
| Peene, Travis J. | BFR | $240.00 | 6.50 | $1,560.00 |
| **Total Paraprofessionals and Other Non-Legal Staff:** | | | **22.20** | **$6,660.00** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,257.07 | 955.70 | $1,201,377.50 |
| Associates | $756.15 | 1,566.30 | $1,184,357.50 |
| Paraprofessionals and Other Non-Legal Staff | $300.00 | 22.20 | $6,660.00 |
| **Blended Attorney Rate** | **$945.97** | | |
| **Total Fees Incurred:** | | **2,544.20** | **$2,392,395.00** |

---

[3] BFR – Business Finance & Restructuring