**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

## EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR
### SERVICES RENDERED BY WEIL, GOTSHAL & MANGES LLP
### FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Asset Sales/363 Sales | 31.50 | $25,689.00 |
| 003 | Automatic Stay | 19.50 | $13,851.00 |
| 004 | Bankruptcy Litigation | 432.70 | $352,279.50 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 98.80 | $92,540.00 |
| 006 | Case Administration (docket updates, WIP and calendar) | 18.60 | $11,191.50 |
| 008 | Chapter 11 Plan/Plan Confirmation | 533.00 | $576,517.50 |
| 009 | Communications with Client | 11.20 | $10,093.00 |
| 010 | Corporate Governance and Board Issues | 64.60 | $76,428.00 |
| 011 | Customer, Supplier and Vendor Issues | 13.50 | $13,020.00 |
| 012 | DIP Financing/ Cash Mgmt/ Hedging Transactions | 2.80 | $2,308.50 |
| 014 | Employee Issues | 208.70 | $202,758.00 |
| 016 | Exclusivity | 317.90 | $296,652.50 |
| 017 | Executory Contracts/Lease Issues | 62.60 | $42,380.50 |
| 018 | General Case Strategy(includes calls with client and team calls) | 99.10 | $86,770.50 |
| 019 | Hearings and Court Matters | 36.80 | $38,318.50 |
| 021 | Non-Bankruptcy Litigation | 3.10 | $2,096.50 |
| 022 | Non-Working Travel | 78.00 | $47,434.00 |
| 024 | Reclamation/503(b)(9) | 26.40 | $16,227.00 |
| 025 | Regulatory Issues including CPUC and FERC | 63.20 | $61,674.00 |
| 026 | Retention/Billing/Fee Applications: WGM | 34.50 | $22,030.00 |
| 027 | Retention/Fee Application: Ordinary Course Professionals | 1.10 | $759.00 |
| 028 | Retention/Fee Application: Other Professionals | 34.20 | $23,914.50 |
| 029 | Schedules/Statement of Financial Affairs | 9.80 | $8,300.50 |
| 030 | Tax Issues | 249.20 | $287,474.00 |
| 031 | U.S. Trustee issues/ meetings/ communications/monthly operating | 5.20 | $5,462.00 |
| 032 | Unsecured Creditor Issues/ Communications/Meetings | 5.40 | $5,636.00 |
| 033 | Utility Issues/ Adequate Assurance | 0.50 | $345.00 |
| 035 | Real Estate and Real Property Issues | 64.70 | $56,275.50 |
| 036 | Tort Claimants Committee, including Wildfire Claimants | 16.40 | $12,679.00 |
| 037 | Insurance Issues | 1.20 | $1,290.00 |
| **Total:** | | **2,544.20** | **$2,392,395.00** |