## EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $12,258.93 |
| Duplicating | $1,058.40 |
| Firm Messenger Service | $134.73 |
| Meals | $4,916.76 |
| CourtCall | $837.50 |
| Transportation | $3,539.64 |
| Travel | $18,392.83 |
| **Total Expenses Requested:** | **$41,138.79** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119