# SCHEDULE 1[2]

| No | Lessor | Real Property Lease | Leased Property | Cure Payment | Lien |
|---|---|---|---|---|---|
| 1 | Enerland, LLC | Amended and Restated Ground Sublease, dated January 15, 2008, originally between Enerland, LLC and E & L Westcoast, LLC, (the "**Sublease**") assigned to the Utility pursuant to the terms of (i) that certain Assignment of Sublease dated January 15, 2008, by and among the Utility and E & L Westcoast, LLC; (ii) that certain Non-Disturbance, Attornment, Consent and Estoppel Agreement dated January 15, 2008 by and among the Utility, Leo M. Holthouse and Diane M. Holthouse, trustees of the Holthouse Family Trust, Leo M. Holthouse, as trustee of the Wilfred E. Holthouse Testamentary Trust, Enerland, LLC, and E & L Westcoast, LLC, and (iii) that certain Purchase and Sale Agreement dated November 9, 2007, as amended on January 15, 2008, by and among the Utility, E & L Westcoast, LLC, and E & L Westcoast Holdings, LLC. | The property in the County of Colusa, California, as described in Exhibit B of the Sublease with such easements as described in Exhibit C of the Sublease. | $6,806.26 | No |
| 2 | PGE Starpoint, LLC, a Delaware limited liability company; PGE 1, LLC, a Delaware limited liability company; PGE 2, LLC, a Delaware limited liability company; PGE 3, LLC, a Delaware limited liability company; PGE 4, LLC, a Delaware limited liability company; PGE 5, LLC, a Delaware limited liability company; PGE 6, LLC, a Delaware limited liability company; PGE 7, LLC, a Delaware limited liability company; PGE 8, | Lease dated March 24, 1988, as amended by the certain First Amendment of Lease and Certificate of Term Commencement Date dated as of August 7, 1989, as supplemented by that certain Letter Agreement dated as of January 25, 1990, as amended by that certain Second Amendment of Lease dated as of July 16, 2004, that certain Third Amendment of Lease dated as of September 17, 2004, that certain Fourth Amendment of Lease dated as of October 13, 2004, that certain Fifth Amendment of Lease dated as of June 1, 2014, that | 650 O Street & 705 P Street, Fresno, California | $0 | Yes |

---

[2] Inclusion of any lease, contract, or agreement on this **Schedule 1** shall not constitute an admission as to the determination of the legal status of any such lease, contract, or agreement (including whether any such lease, contract, or agreement is an unexpired lease of nonresidential real property, a true lease, or a financing arrangement), and the Utility reserves all of its rights to reclassify or recharacterize any such lease, contract, or agreement listed on this **Schedule 1**.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| No | Lessor | Real Property Lease | Leased Property | Cure Payment | Lien |
|---|---|---|---|---|---|
| | LLC, a Delaware limited liability company; PGE 9, LLC, a Delaware limited liability company; PGE 10, LLC, a Delaware limited liability company; PGE 11, LLC, a Delaware limited liability company; PGE 12, LLC, a Delaware limited liability company; PGE 13, LLC, a Delaware limited liability company; PGE 14, LLC, a Delaware limited liability company; PGE 15, LLC, a Delaware limited liability company; PGE 16, LLC, a Delaware limited liability company; PGE 17, LLC, a Delaware limited liability company; PGE 18, LLC, a Delaware limited liability company; PGE 19, LLC, a Delaware limited liability company; PGE 20, LLC, a Delaware limited liability company; PGE 21, LLC, a Delaware limited liability company, and PGE 26, LLC, a Delaware limited liability company, all as tenants in common | certain Sixth Amendment of Lease dated July 15, 2015, and that certain Seventh Amendment of Lease dated November 19, 2015, as may be extended at the Utility's option on or before November 30, 2019. | | | |