

Signed and Filed: November 8, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING SECOND STIPULATION BETWEEN THE DEBTORS AND THE OFFICIAL COMMITTEE OF TORT CLAIMANTS EXTENDING TIME TO RESPOND TO THE TORT CLAIMANTS COMMITTEE'S MOTION TO EXTEND THE BAR DATE**<br><br>Re: Dkt. No. 4292<br><br>[No Hearing Requested] |

The Court having considered the *Second Stipulation Between the Debtors and the Tort Claimants Committee Extending Time to Respond to the Tort Claimants Committee's Motion to Extend the Bar Date* ("**Stipulation**"), filed on November 8, 2019; and, pursuant to such stipulation and agreement of the Parties[1], and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the Debtors to respond to the TCC Bar Date Extension Motion is extended to 4:00 p.m. Pacific Time on November 11, 2019.

APPROVED AS TO FORM AND CONTENT:

Dated: November 8, 2019

BAKER HOSTETLER LLP

/s/ *David J. Richardson*
David J. Richardson

*Attorneys for Official Committee of Tort Claimants*

**END OF ORDER**

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119