1  UNITED STATES DEPARTMENT OF JUSTICE
   CIVIL DIVISION
2  JOSEPH H. HUNT
   Assistant Attorney General
3  RUTH A. HARVEY
   Director
4  KIRK MANHARDT
   Deputy Director
5  MATTHEW J. TROY (GABN 717258)
   Senior Trial Counsel
6  DANIELLE A. PHAM (CABN 269915)
   Trial Attorney
7  P.O. Box 875
   Ben Franklin Station
8  Washington, DC 20044-0875
   Telephone: (202) 514-7451
9  E-mail: danielle.pham@usdoj.gov

10 DAVID L. ANDERSON (CABN 149604)
   United States Attorney
11 ROBIN M. WALL (CABN 235690)
   Assistant United States Attorney

12 Attorneys for the United States of America

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**STIPULATION AND AGREEMENT FOR ORDER ADDING THE UNITED STATES OF AMERICA AS PARTIES TO CONFIDENTIALITY AND PROTECTIVE ORDER [DOCKET NO. 3405] AS MODIFIED HEREIN**<br><br>[No hearing requested] |

This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the United States of America, on behalf of the United States Department of Agriculture, United States Forest Service; the United States Department of the Interior, Bureau of Land Management, Bureau of Indian Affairs, Fish and Wildlife Service, and the National Park Service; the Small Business Administration, and the Department of Homeland Security, Federal Emergency Management Agency (together, the "**U.S. Agencies**"), on the other hand. The Debtors and the U.S. Agencies are referred to in this Stipulation and Agreement for Order collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## RECITALS

A. The U.S. Agencies desire to be parties to the Confidentiality and Protective Order entered by the United States Bankruptcy Court for the Northern District of California on August 7, 2019 in *In re PG&E Corp., et al.*, Case No. 3:19-bk-30088 at Docket No. 3405 (the "**Order**"), with certain modifications, to which the Debtors have agreed.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT THE ORDER BE MODIFIED AS FOLLOWS:**

1. <u>Treatment of Protected Material by the United States</u>. Nothing in the Order supersedes the U.S. Agencies' law enforcement, national security, or regulatory obligations regarding the disclosure of information required by applicable federal law.

2. <u>Freedom of Information Act Requests</u>. The provisions of paragraph 8 of the Order shall apply to requests made to the U.S. Agencies pursuant to the Freedom of Information Act, 5 U.S.C. § 552, et seq.

3. <u>Congressional Requests</u>. The Order shall not prevent or limit the U.S. Agencies' ability to provide Protected Material to the United States Congress pursuant to a Congressional request. The United States will use reasonable efforts to notify the Designating Party of such request if, and only if, the requesting Congressional party does not object to such notification.

Dated: November 12, 2019

| | |
|---|---|
| KELLER & BENVENUTTI LLP | THE UNITED STATES OF AMERICA |
| /s/ *Jane Kim* | /s/ *Danielle A. Pham* |
| Jane Kim | JOSEPH H. HUNT |
| | Assistant Attorney General |
| *Attorneys for Debtors* | DAVID L. ANDERSON (CABN 149604) |
| *and Debtors in Possession* | United States Attorney |
| | ROBIN M. WALL (CABN 235690) |
| | Assistant United States Attorney |
| | RUTH A. HARVEY |
| | Director |
| | KIRK MANHARDT |
| | Deputy Director |
| | MATTHEW J. TROY |
| | Senior Trial Counsel |
| | DANIELLE A. PHAM |
| | Trial Attorney |
| | *Attorneys for the United States* |