**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CANCELLATION OF NOVEMBER 13, 2019, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: November 13, 2019<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE TAKE NOTICE** that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on November 13, 2019 at 10:00 a.m. (Pacific Time) (the "**Omnibus Hearing**") have been adjourned, resolved, or continued.

**PLEASE TAKE FURTHER NOTICE** that, accordingly, the Omnibus Hearing is cancelled.

**I:** **MATTERS SCHEDULED TO BE HEARD IN ADVERSARY PROCEEDING:** *Official Committee of Tort Claimants v. Ad Hoc Group of Subrogation Claim Holders*, **Adv. Proc. No. 19-03053**

1. **TCC Declaratory Judgment Adversary Proceeding**: *Complaint for Declaratory Judgment Subordinating and Disallowing Claims and for an Accounting* [**Dkt. 4628**].

   Status: Pursuant to Docket Text Order dated November 10, 2019, the Court wishes to hear from the Debtors, the TCC, and the Ad Hoc Group of Subrogation Claim Holders about scheduling matters in this adversary proceeding and whether to defer further action or a ruling on the Subrogation Settlement and RSA Motion [**Dkt. 3992 and 4554**] pending resolution of the adversary proceeding. This matter has been continued to November 19, 2019.

**II:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

2. **Order Terminating Exclusivity**: *Order Granting Joint Motion of the Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code* [**Dkt. 4167**].

   A. Joint Chapter 11 Plan of Reorganization of Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders [**Dkt. 4257**].

   B. Debtor's Joint Chapter 11 Plan of Reorganization Dated November 4, 2019 [**Dkt. 4563**].

   Related Orders:

   C. Order Denying Debtors' Second Exclusivity Extension Motion [**Dkt. 4168**].

   D. Order Establishing Pre-Confirmation Briefing and Hearing Schedule for Certain Legal Issues [**Dkt. 4540**].

   Status: The status conference regarding the two competing plans has been continued to November 19, 2019.

3. **Subrogation Settlement and RSA Motion**: *Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief* [**Dkt. 3992**].

Response Deadline: October 16, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Limited Objection of California Governor's Office of Emergency Services and California Department of Veterans Affairs to Debtors' Subrogation Settlement and RSA Motion [**Dkt. 4220**].

B. Objection of BOKF, NA as Indenture Trustee to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4231**].

C. Opposition of Official Committee of Tort Claimants to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4232**].

D. Declaration of David J. Richardson in Support of Opposition of Official Committee of Tort Claimants to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4235**].

E. Objection of the Official Committee of Unsecured Creditors to the Debtors' Subrogation Settlement and RSA Motion [**Dkt. 4236**].

F. Objection of the United States of America to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4237**].

G. The Adventist Claimants' Objection to the Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | | |
|---|---|---|
| | | Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4239**]. |
| | H. | Objection of the Ad Hoc Committee of Senior Unsecured Noteholders to Debtors' Motion to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders [**Dkt. 4241**]. |
| | I. | Ad Hoc Group of Subrogation Claim Holders' Reply in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4348**]. |
| | J. | Declaration of Benjamin P. McCallen in Support of Ad Hoc Group of Subrogation Claim Holders' Reply in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4348-1**]. |
| | K. | Declaration of Homer Parkhill in Support of the Ad Hoc Group of Subrogation Claim Holders' Statement in Support of the Subrogation Settlement and RSA Motion [**Dkt. 4348-2**]. |
| | L. | The Baupost Group, L.L.C.'s Joinder in the Ad Hoc Group of Subrogation Claim Holders' Reply in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4365**]. |
| | M. | Joinder of Certain PG&E Shareholders to the Debtors' Reply in Support of Subrogation Claims Settlement and RSA Motion [**Dkt. 4367**]. |
| | N. | Joinder by TURN in Objections and Opposition to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4377**]. |
| | O. | Response of Official Committee of Tort Claimants to Debtors' Restated Restructuring Support and Settlement Agreement with the Consenting Subrogation Claimholders [Dkt No. 4554-1] [**Dkt. 4629**]. |

| | |
|---|---|
| P. | Declaration of Lauren T. Attard in Support of Response of Official Committee of Tort Claimants to Debtors' Restated Restructuring Support and Settlement Agreement with the Consenting Subrogation Claimholders [Dkt. No. 4554-1] [**Dkt. 4630**]. |
| Q. | Declaration of Brent C. Williams in Support of Response of Official Committee of Tort Claimants to Debtors' Restated Restructuring Support and Settlement Agreement with the Consenting Subrogation Claimholders [Dkt. No. 4554-1] [**Dkt. 4631**]. |
| R. | The Adventist Claimants' Renewed Objection to the Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, Etc. [DE # 3992], and Objection to Debtor's Notice of Filing of Amended and Restated Restructuring Support Agreement [DE # 4554] [**Dkt. 4637**]. |
| S. | Objection of Governor Gavin Newsom to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Claim Amount, and (III) Granting Related Relief [**Dkt. 4640**]. |
| T. | Supplemental Objection of the Official Committee of Unsecured Creditors to the Debtors' Subrogation Settlement and RSA Motion [**Dkt. 4643**]. |
| U. | Supplemental and Updated Objection of Bokf, NA, Indenture Trustee, to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Claim Amount, and (III) Granting Related Relief [**Dkt. 4657**]. |

<u>Related Documents</u>:

| | |
|---|---|
| V. | Declaration of Jason P. Wells in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 3993**]. |
| W. | Debtors' Reply in Support of Subrogation Claims Settlement and RSA Motion [**Dkt. 4339**]. |
| X. | Notice of Filing of Amended and Restated Restructuring Support Agreement [**Dkt. 4554**]. |
| Y. | Statement of the Ad Hoc Group of Subrogation Claim Holders [**Dkt. 4644**]. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Status: This matter has been continued to November 19, 2019.

4. **Tiger Natural Gas, Inc.'s Motion for Relief from Stay**: *Tiger Natural Gas, Inc.'s Motion for Relief from Stay Pursuant to 11 U.S.C. § 362(d)(1); Memorandum of Points and Authorities in Support* [**Dkt. 4322**].

Response Deadline: November 8, 2019 at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Debtors' Preliminary Opposition to Tiger Natural Gas, Inc.'s Motion for Relief from Stay Pursuant to 11 U.S.C. § 362(d)(1) [**Dkt. 4622**].

B. Declaration of Elizabeth Collier in Support of Debtor's Preliminary Opposition to Tiger Natural Gas, Inc.'s Motion for Relief from Stay Pursuant to 11 U.S.C. § 362(d)(1) [**Dkt. 4623**].

Related Documents:

C. Declaration of Leah E. Capritta in Support of Tiger Natural Gas, Inc.'s Motion for Relief from the Automatic Stay [**Dkt. 4322-2**].

D. Tiger Natural Gas, Inc.'s Request for Judicial Notice in Support of Its Motion for Relief from the Automatic Stay [**Dkt. 4322-4**].

E. Relief from Stay Cover Sheet [**Dkt. 4322-5**].

F. Tiger Natural Gas, Inc.'s Reply in Support of Motion for Relief from Stay Pursuant to 11 U.S.C. § 362(d)(1) [**Dkt. 4661**].

G. Declaration of Leah E. Capritta in Support of Tiger Natural Gas, Inc.'s Reply in Support of Motion for Relief from Stay Pursuant to 11 U.S.C. § 362(d)(1) [**Dkt. 4661-1**].

Status: The Court issued a tentative ruling by Docket Text Order on November 10, 2019 that Tiger's motion would be continued until late February 2020. Tiger has accepted the tentative ruling.

5. **Motion to Compel Payment of Pass-Through Amounts**: *Motion and Memorandum of the Ad Hoc Group of Interconnection Customers to Compel Payment of Pass-Through Amounts Withheld by Pacific Gas and Electric Company* [**Dkt. 4400**].

Response Deadline: November 14, 2019 at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

A. Declaration of Jennifer Mersing in Support of the Motion by the Ad Hoc Group of Interconnection Customers to Compel Payment of Pass-Through Amounts Withheld by Pacific Gas and Electric Company [**Dkt. 4402**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

  B. Declaration of Ryan Liddell in Support of the Motion by the Ad Hoc Group of Interconnection Customers to Compel Payment of Pass-Through Amounts Withheld by Pacific Gas and Electric Company [**Dkt. 4403**].

  C. Declaration of Anand Narayanan in Support of the Motion by the Ad Hoc Group of Interconnection Customers to Compel Payment of Pass-Through Amounts Withheld by Pacific Gas and Electric Company [**Dkt. 4404**].

  D. Declaration of Jon C. Yoder in Support of the Motion by the Ad Hoc Group of Interconnection Customers to Compel Payment of Pass-Through Amounts Withheld by Pacific Gas and Electric Company [**Dkt. 4405**].

  E. Relief from Stay Cover Sheet [**Dkt. 4406**].

  F. Stipulation Between Debtors and Ad Hoc Group of Interconnection Customers to Continue Hearing on Motion to Compel Payment of Pass-Through Amounts Withheld by Pacific Gas and Electric Company [**Dkt. 4621**].

Related Orders:

  G. Order Approving Stipulation Between Debtors and Ad Hoc Group of Interconnection Customers to Continue Hearing on Motion to Compel Payment of Pass-Through Amounts Withheld by Pacific Gas and Electric Company [**Dkt. 4671**].

Status: This matter has been continued by stipulation [**Dkt. 4621**] and order [**Dkt. 4671**] to the November 19, 2019 omnibus hearing

6. **Second Discounted EP Assumption Motion**: *Sixth Omnibus Motion Pursuant to 11 U.S.C § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 to Approve the Utility's Assumption of Certain Contract Price Discounted Energy Procurement Agreements* [**Dkt. 4203**].

Response Deadline: October 30, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

  A. Declaration of Marino Monardi in Support of the Utility's Second Discounted EP Assumption Motion [**Dkt. 4204**].

  B. Request for Entry of Order by Default on Sixth Omnibus Motion Pursuant to 11 U.S.C § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 to Approve the Utility's Assumption of Certain Contract Price Discounted Energy Procurement Agreements [**Dkt. 4534**].

Related Orders:

  C. Order Pursuant to 11 U.S.C. § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 Approving Utility's Sixth Omnibus Motion to Assume Certain Contract Price Discounted Energy Procurement Agreements [**Dkt. 4574**].

Status: This Motion was granted on November 4, 2019 [**Dkt. 4574**].

7. **United Energy Trading, LLC's Motion for Relief from Stay**: *United Energy Trading, LLC's Motion for Relief from the Automatic Stay* [**Dkt. 4323-1-2**].

Response Deadline: November 8, 2019 at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

A. United Energy Trading, LLC's Request for Judicial Notice in Support of Its Motion for Relief from the Automatic Stay [**Dkt. 4323-3**].

B. Declaration of Leah E. Capritta in Support of United Energy Trading, LLC's Motion for Relief from the Automatic Stay [**Dkt. 4323-4**].

Status: This matter was resolved by agreement of the parties and was taken off calendar by Docket Text Order on November 6, 2019.

8. **Bar Date Extension Motion**: *Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date* [**Dkt. 4292**].

Response Deadline: November 6, 2019, at 4:00 p.m. (Pacific Time), except for the Debtors, for whom the response deadline was extended to November 11, 2019, at 4:00 p.m. (Pacific Time) by stipulation [**Dkt. 4613**].

Responses Filed:

A. Notice of Joinder in Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of Order Extending the Bar Date [**Dkt. 4331**].

B. Reservation of Rights of the Official Committee of Unsecured Creditors Regarding Motion to Extend Bar Date [**Dkt. 4588**].

Related Documents:

C. Memorandum of Points and Authorities in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date [**Dkt. 4293**].

D. Declaration of Robert A. Julian in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date [**Dkt. 4297**].

E. Declaration of Roger K. Pitman, M.D. in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date [**Dkt. 4298**].

F. Declaration of Richard Barton in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501

and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date [**Dkt. 4299**].

G. Declaration of Mikko Bojarsky in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date [**Dkt. 4300**].

H. Declaration of Lynda Bradway in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date [**Dkt. 4301**].

I. Declaration of Nathaniel Brown in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date [**Dkt. 4303**].

J. Declaration of Samantha Chocktoot in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date [**Dkt. 4304**].

K. Declaration of Elizabeth Davis in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date [**Dkt. 4307**].

L. Declaration of Marjorie Everidge in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date [**Dkt. 4309**].

M. Declaration of Brooke Gardner in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date [**Dkt. 4310**].

N. Declaration of Mary Gardner in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date [**Dkt. 4311**].

O. Declaration of Patricia Garrison in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date [**Dkt. 4312**].

P. Declaration of Ryan Mooney in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date [**Dkt. 4313**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Q. Declaration of Dr. Scheherazade Shamsavari in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date [**Dkt. 4314**].

R. Declaration of Steven Thomas in Support of Motion of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date [**Dkt. 4315**].

S. Redacted Declaration of James Drinkhall [**Dkt. 4319**].

T. Stipulation Between Debtors and Official Committee of Tort Claimants to Extend Bar Date for Fire Claimants and for Appointment of Claims Representative [**Dkt.** ].

U. Errata Sheet Regarding Exhibit A to Stipulation Between Debtors and Official Committee of Tort Claimants to Extend Bar Date for Fire Claimants and for Appointment of Claims Representative [**Dkt. 4652**].

Status: This matter has been adjourned by stipulation [**Dkt. 4651**] and order [**Dkt. 4672**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: November 12, 2019       **WEIL, GOTSHAL & MANGES LLP**
                                **KELLER & BENVENUTTI LLP**

                                By:    */s/ Dara L. Silveira*
                                       Dara L. Silveira

                                *Attorneys for Debtors and Debtors in Possession*