Timothy Graulich
timothy.graulich@davispolk.com
Eli J. Vonnegut
eli.vonnegut@davispolk.com
David Schiff
david.schiff@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

Andrew D. Yaphe (SBN 274172)
andrew.yaphe@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility*



**FILED**

NOV 12 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088<br>Chapter 11<br><br>(Joint Administration Pending)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, Daniel Meyer, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Andrew D. Yaphe, Davis Polk & Wardwell LLP, 1600 El Camino Real, Menlo Park, California 94025. Telephone: (650) 752-2000.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 8, 2019

*(signature)*

Daniel Meyer
daniel.meyer@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel:   (212) 450-4000
Fax:   (212) 701-5800

*Counsel for Citibank N.A., as Agent*

```
           UNITED STATES
        BANKRUPTCY COURT
       NORTHERN DISTRICT OF CALIFORNIA
          SAN FRANCISCO DIVISION

         # 30066017 - JB
         * * C O P Y * *
         November 12, 2019
             13:06:15

         PRO HAC VICE FEE
         19-30088-DM11
    Debtor.: PG&E CORPORATION
    Judge..: DENNIS MONTALI
    Amount.:              $310.00 CH
    Check#.: 500256



         Total-> $310.00



    FROM: DAVIS POLK & WARDWELL LLP
```