

**FILED**
NOV 12 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re: | Chapter 11 |
|---|---|
| Pacific Gas & Electric Corp., *et al.* | Case No. 19-30088 Chapter 11 |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee
**CITIGROUP FINANCIAL PRODUCTS INC.**
Phone: (212) 723-6064, (302) 894-6175
Last Four Digits of Acct #: N/A

Name of Transferor
**E2 CONSULTING ENGINEERS, INC.**
Phone: 510-652-1164
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

**Claim No: 2930**
**Case No.: 19-30089**

Kenneth Keeley
Citigroup Global Markets
388 Greenwich Street, Trading Tower 6th Floor
New York, NY 10013

Date Filed: May 7, 2019

Total Amount of Claim: $ 2,784,567.74
**Transferred Amount of Claim: $ 2,784,567.74**

-and-

Brian S. Broyles
Corporate Actions
1615 Brett Road OPS III
New Castle, DE 19720

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ BSB  Brian S. Broyles - Authorized Signatory     Date: __October 29, 2019__
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

754889-4-957-v0.4                                                                                      80-40539871

EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court
       Northern District of California
       Attn: Clerk

AND TO: Pacific Gas and Electric Company ("Debtor")
        Case No. 19-30089

E2 CONSULTING ENGINEERS, INC. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

CITIGROUP FINANCIAL PRODUCTS INC.
1615 Brett Road
New Castle, DE 19720

its successors and assigns ("Buyer"), all right, title and interest in and to the claims of Seller against the Debtor, docketed as Claim No. 2930 (the "Claim") in the United States Bankruptcy Court for the Northern District of California.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of October 29, 2019.

**E2 CONSULTING ENGINEERS, INC.**

By: _____
Name: Shalu Saluja
Title: General Counsel

**CITIGROUP FINANCIAL PRODUCTS INC.**

By: _____
Name:
Title:

754889-4-957-v0.4                                                                                                                        80-40539871

Case: 19-30088    Doc# 4677    Filed: 11/12/19    Entered: 11/12/19 13:46:13    Page 3 of 4

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of October 29, 2019.

**E2 CONSULTING ENGINEERS, INC.**

By: _____
Name:
Title:

**CITIGROUP FINANCIAL PRODUCTS INC.**

By: _____
  DocuSigned by: *BSB* (4D0561885CD9437)
Name:
Title: Brian S. Broyles - Authorized Signatory