# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| | Chapter 11 |
| **- and -** | |
| | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | |
| | Ref. Docket No. 4588 |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK  )

WING CHAN, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served the "Reservation of Rights of the Official Committee of Unsecured Creditors Regarding Motion to Extend Bar Date," dated November 6, 2019 [Docket No. 4588], by causing true and correct copies to be:

    a.  enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, on November 6, 2019,

    b.  delivered via electronic mail to those parties listed on the attached Exhibit B, on November 6, 2019, and

c. enclosed securely in an envelope and delivered via messenger to the following party: *U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF CA, ATTN: HONORABLE DENNIS MONTALI, CHAMBERS COPY, 450 GOLDEN GATE AVE, 18TH FLOOR, SAN FRANCISCO, CA 94102*, on November 7, 2019.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
7th day of November, 2019
*/s/ John Chau*
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires January 23, 2021

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION | ATTN: GENERAL COUNSEL 888 FIRST ST NE WASHINGTON DC 20426 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104-5016 |
| JOHN A. VOS | 1430 LINCOLN AVENUE SAN RAFAEL CA 94901 |
| OFFICE OF THE UNITED STATES ATTORNEY | FOR THE NORTHERN DISTRICT OF CALIFORNIA ATTN: BANKRUPTCY UNIT,FEDERAL COURTHOUSE 450 GOLDEN GATE AVENUE SAN FRANCISCO CA 94102 |
| PG&E CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL 77 BEALE STREET P.O. BOX 77000 SAN FRANCISCO CA 94177 |
| PLACER COUNTY OFFICE OF THE TREASURER- | TAX COLLECTOR ATTN: ROBERT KANNGIESSER 2976 RICHARDSON DRIVE AUBURN CA 95603 |
| RODRIGUEZ & ASSOCIATES | ATTN: JOSEPH WHITTINGTON, ESQ. AND DANIEL TUREK, ESQ. 2020 EYE STREET BAKERSFIELD CA 93301 |
| U.S. NUCLEAR REGULATORY COMMISSION | ATTN: GENERAL COUNSEL WASHINGTON DC 20555-0001 |
| U.S. NUCLEAR REGULATORY COMMISSION | ATTN: GENERAL COUNSEL U.S. NRC REGION IV 1600 E. LAMAR BLVD. ARLINGTON TX 76011 |

**Total Creditor count  9**

# EXHIBIT B

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ADLER LAW GROUP, APLC | Attn: E. Elliot Adler, Esq., Geoffrey E. Marr, Esq., & Omeed Latifi, Esq. | EAdler@TheAdlerFirm.com gemarr59@hotmail.com bzummer@TheAdlerFirm.com olatifi@theadlerfirm.com |
| ADLER LAW GROUP, APLC | Attn: E. Elliot Adler, Geoffrey E. Marr, Brittany S. Zummer, Omeed Latifi | EAdler@TheAdlerFirm.com gemarr59@hotmail.com bzummer@TheAdlerFirm.com olatifi@theadlerfirm.com |
| ADVENTIST HEALTH SYSTEM/WEST | ATTN: ROBERT L. LAYTON | laytonrl@ah.org |
| Aera Energy LLC | Attn: Ron A. Symm | RASymm@aeraenergy.com |
| AKERMAN LLP | Attn: EVELINA GENTRY | evelina.gentry@akerman.com |
| AKERMAN LLP | Attn: JOHN E. MITCHELL and YELENA ARCHIYAN | yelena.archiyan@akerman.com john.mitchell@akerman.com |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ashley Vinson Crawford | avcrawford@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Attn: David P. Simonds | dsimonds@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | mstamer@akingump.com idizengoff@akingump.com dbotter@akingump.com |
| ANDREWS & THORNTON | Attn: Anne Andrews, Sean T. Higgins, and John C. Thornton | shiggins@andrewsthornton.com jct@andrewsthornton.com aa@andrewsthornton.com |
| ARENT FOX LLP | Attn: Andrew I. Silfen, Beth M. Brownstein, Jordana L. Renert | Andrew.Silfen@arentfox.com Beth.Brownstein@arentfox.com Jordana.Renert@arentfox.com |
| Arent Fox LLP | Attn: Andy S. Kong and Christopher K.S. Wong | andy.kong@arentfox.com christopher.wong@arentfox.com |

Case: 19-30088   Doc# 4682   Filed: 11/12/19   Entered: 11/12/19 15:03:26   Page 6 of 31

| ARENT FOX LLP | Attn: Aram Ordubegian | Aram.Ordubegian@arentfox.com |
|---|---|---|
| Arnold & Porter Kaye Scholer LLP | Attn: Brian Lohan, Esq., Steven Fruchter, Esq. | brian.lohan@arnoldporter.com steven.fruchter@arnoldporter.com |
| AT&T | Attn: James W. Grudus, Esq. | Jg5786@att.com |
| Attorney General of California | Attn: XAVIER BECERRA, DANETTE VALDEZ, and ANNADEL ALMENDRAS | Danette.Valdez@doj.ca.gov Annadel.Almendras@doj.ca.gov |
| Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | James.Potter@doj.ca.gov Margarita.Padilla@doj.ca.gov |
| Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | James.Potter@doj.ca.gov |
| BAILEY AND ROMERO LAW FIRM | Attn: MARTHA E. ROMERO | marthaeromerolaw@gmail.com |
| BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | esagerman@bakerlaw.com lattard@bakerlaw.com |
| BAKER & HOSTETLER, LLP | Attn: Robert A. Julian, Cecily A. Dumas | rjulian@bakerlaw.com cdumas@bakerlaw.com |
| Baker Botts L.L.P. | Attn: C. Luckey McDowell, Ian E. Roberts, Kevin Chiu | Ian.Roberts@BakerBotts.com Kevin.Chiu@BakerBotts.com |
| Baker Botts L.L.P. | Attn: Navi S. Dhillon | Navi.Dhillon@BakerBotts.com |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: John H. Rowland | jrowland@bakerdonelson.com |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Lacey E. Rochester, Jan M. Hayden | lrochester@bakerdonelson.com jhayden@bakerdonelson.com |
| Ballard Spahr LLP | Attn: Brian D. Huben | hubenb@ballardspahr.com |
| BALLARD SPAHR LLP | Attn: Brian D. Huben, Esq. | hubenb@ballardspahr.com |
| BALLARD SPAHR LLP | Attn: Craig Solomon Ganz, Michael S. Myers | ganzc@ballardspahr.com myersms@ballardspahr.com |

2

| | | |
|---|---|---|
| Ballard Spahr LLP | Attn: Matthew G. Summers | summersm@ballardspahr.com |
| BALLARD SPAHR LLP | Attn: Stacy H. Rubin | rubins@ballardspahr.com |
| BALLARD SPAHR LLP | Attn: Theodore J. Hartl, Esq. | hartlt@ballardspahr.com |
| Bank of America | Attn: John McCusker | John.mccusker@baml.com |
| Baron & Budd, P.C. | Attn: Scott Summy, John Fiske | ssummy@baronbudd.com jfiske@baronbudd.com |
| Barton, Klugman & Oetting LLP | Attn: Terry L. Higham, Thomas E. McCurnin, Christopher D. Higashi | tmccurnin@bkolaw.com chigashi@bkolaw.com thigham@bkolaw.com |
| BAUM HEDLUND ARISTEI & GOLDMAN, PC | Attn: Ronald L.M. Goldman, Diane Marger Moore | rgoldman@baumhedlundlaw.com dmargermoore@baumhedlundlaw.com |
| BELVEDERE LEGAL, PC | Attn: Matthew D. Metzger | belvederelegalcf@gmail.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Kevin M. Capuzzi, Michael J. Barrie | kcapuzzi@beneschlaw.com mbarrie@beneschlaw.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Krista M. Enns | kenns@beneschlaw.com |
| Berger Kahn, a Law Corporation | Attn: Craig S. Simon | csimon@bergerkahn.com |
| Berger Kahn, a Law Corporation | Attn: Craig S. Simon | csimon@bergerkahn.com |
| BEST BEST & KRIEGER LLP | Attn: Harriet Steiner | harriet.steiner@bbklaw.com |
| BIALSON, BERGEN & SCHWAB | Attn: Lawrence M. Schwab, Esq. and Kenneth T. Law, Esq. | Klaw@bbslaw.com |
| BINDER & MALTER, LLP | Attn: Michael W. Malter, Robert G. Harris, Heinz Binder | Michael@bindermalter.com Rob@bindermalter.com Heinz@bindermalter.com |
| BLOOMFIELD LAW GROUP, INC., P.C. | Attn: Neil J. Bloomfield | njbloomfield@njblaw.com |
| Boutin Jones Inc. | Attn: Mark Gorton | mgorton@boutinjones.com |

3

| | | |
|---|---|---|
| BraunHagey & Borden LLP | Attn: J. Noah Hagey, Jeffrey M. Theodore, David H. Kwasniewski, Andrew Levine | hagey@braunhagey.com theodore@braunhagey.com kwasniewski@braunhagey.com levine@braunhagey.com |
| BRAYTON-PURCELL LLP | Attn: Alan R. Brayton, Esq. and Bryn G. Letsch, Esq. | bletsch@braytonlaw.com |
| Brothers Smith LLP | Attn: Mark V. Isola | misola@brotherssmithlaw.com |
| Brunetti Rougeau LLP | Attn: Gregory A. Rougeau | grougeau@brlawsf.com |
| Buchalter, A Professional Corporation | Attn: Valerie Bantner Peo, Shawn M. Christianson | schristianson@buchalter.com vbantnerpeo@buchalter.com |
| California Public Utilities Commission | Attn: Arocles Aguilar, Geoffrey Dryvynsyde, and Candace Morey | arocles.aguilar@cpuc.ca.gov geoffrey.dryvynsyde@cpuc.ca.gov candace.morey@cpuc.ca.gov |
| CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A. INC. | Attn: Melanie Cruz, M. Armstrong | melaniecruz@chevron.com marmstrong@chevron.com |
| Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding | dgooding@choate.com |
| Choate, Hall & Stewart LLP | Attn: Johnathan D. Marshall | jmarshall@choate.com |
| CKR Law, LLP | Attn: Kristine Takvoryan | otakvoryan@ckrlaw.com |
| Clark & Trevithick | Attn: Kimberly S. Winick | kwinick@clarktrev.com |
| Clausen Miller P.C. | Attn: Michael W. Goodin | mgoodin@clausen.com |

4

| Cleary Gottlieb Sheen & Hamilton LLP | Attn: Lisa Schweitzer, Margaret Schierberl | lschweitzer@cgsh.com mschierberl@cgsh.com |
|---|---|---|
| COHNE KINGHORN, P.C. | Attn: George Hofmann | ghofmann@cohnekinghorn.com |
| Commonwealth of Pennsylvania | Department of Labor and Industry | ra-li-ucts-bankrupt@state.pa.us |
| Cooper, White & Cooper LLP | Attn: Peter C. Califano | pcalifano@cwclaw.com |
| COREY, LUZAICH, DE GHETALDI & RIDDLE LLP | Attn: Dario de Ghetaldi, Amanda L. Riddle, Steven M. Berki, Sumble Manzoor | deg@coreylaw.com alr@coreylaw.com smb@coreylaw.com sm@coreylaw.com |
| Cotchett, Pitre & Mccarthy, LLP | Attn: Frank M. Pitre, Alison E. Cordova, Abigail D. Blodgett | fpitre@cpmlegal.com acordova@cpmlegal.com ablodgett@cpmlegal.com |
| County of Sonoma | Attn: Tambra Curtis | Tambra.curtis@sonoma-county.org |
| COUNTY OF YOLO | Attn: Eric May | eric.may@yolocounty.org |
| Cozen O'Connor | Attn: Fulton Smith, III | fsmith@cozen.com |
| Cozen O'Connor | Attn: Mark E. Fleger | mfelger@cozen.com |
| Crowell & Moring LLP | Attn: Mark D. Plevin, Brendan V. Mullan | mplevin@crowell.com bmullan@crowell.com |
| Crowell & Moring LLP | Attn: Monique D. Almy | malmy@crowell.com |
| Crowell & Moring LLP | Attn: Tacie H. Yoon | tyoon@crowell.com |
| Crowell & Moring LLP | Attn: Thomas F. Koegel | tkoegel@crowell.com |

Case: 19-30088    Doc# 4682    Filed: 11/12/19    Entered: 11/12/19 15:03:26    Page 10
of 31

| | | |
|---|---|---|
| DANKO MEREDITH | Attn: Michael S. Danko, Kristine K. Meredith, Shawn R. Miller | mdanko@dankolaw.com<br>kmeredith@dankolaw.com<br>smiller@dankolaw.com |
| Davis Polk & Wardwell LLP | Attn: Andrew D. Yaphe | andrew.yaphe@davispolk.com |
| Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Debra Grassgreen | Attn: Karl Knight | dgrassgreen@gmail.com |
| Dentons US LLP | Attn: Bryan E. Bates, Esq. | bryan.bates@dentons.com |
| Dentons US LLP | Attn: John A. Moe, II | john.moe@dentons.com |
| Dentons US LLP | Attn: Lauren Macksoud | Lauren.macksoud@dentons.com |
| Dentons US LLP | Attn: Michael A. Isaacs, Esq. | michael.isaacs@dentons.com |
| Dentons US LLP | Attn: Oscar N. Pinkas | oscar.pinkas@dentons.com |
| Dentons US LLP | Attn: Peter D. Wolfson | peter.wolfson@dentons.com |
| Dentons US LLP | Attn: Samuel R. Maizel, Esq. | samuel.maizel@dentons.com |
| Diemer & Wei, LLP | Attn: Kathryn S. Diemer | kdiemer@diemerwei.com |
| DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley | david.riley@dlapiper.com<br>eric.goldberg@dlapiper.com |
| DLA PIPER LLP (US) | Attn: Joshua D. Morse | joshua.morse@dlapiper.com |
| DREYER BABICH BUCCOLA WOOD CAMPORA, LLP | Attn: Steven M. Campora | scampora@dbbwc.com |

Case: 19-30088    Doc# 4682    Filed: 11/12/19    Entered: 11/12/19 15:03:26    Page 11 of 31

| | | |
|---|---|---|
| Dykema Gossett LLP | Attn: Gregory K. Jones | gjones@dykema.com |
| East Bay Community Energy Authority | Attn: Leah S. Goldberg | lgoldberg@ebce.org |
| EDP Renewables North America LLC | Attn: Leslie A. Freiman, Randy Sawyer | Leslie.Freiman@edpr.com Randy.Sawyer@edpr.com |
| Elkington Shepherd LLP | Attn: Sally J. Elkington, James A. Shepherd | sally@elkshep.com jim@elkshep.com |
| Engel Law, P.C. | Attn: G. Larry Engel | larry@engeladvice.com |
| Epiq Corporate Restructuring, LLC | Attn: PG&E UCC and PG&E TCC | sgarabato@epiqglobal.com |
| FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | Attn: STEVEN H. FELDERSTEIN and PAUL J. PASCUZZI | sfelderstein@ffwplaw.com ppascuzzi@ffwplaw.com |
| Finestone Hayes LLP | Attn: Stephen D. Finestone | sfinestone@fhlawllp.com |
| Finestone Hayes LLP | Attn: Stephen D. Finestone, Jennifer C. Hayes | sfinestone@fhlawllp.com jhayes@fhlawllp.com rwitthans@fhlawllp.com |
| FOLEY & LARDNER LLP | Attn: Erika L. Morabito, Brittany J. Nelson | emorabito@foley.com bnelson@foley.com |
| FOLEY & LARDNER LLP | Attn: Victor A. Vilaplana | vavilaplana@foley.com |
| FREDERIC DORWART, LAWYERS PLLC | Attn: Samuel S. Ory | sory@fdlaw.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | Attn: Michael Busenkell | mbusenkell@gsbblaw.com |
| GIBBS LAW GROUP | Attn: Eric Gibbs, Dylan Hughes | ehg@classlawgroup.com dsh@classlawgroup.com |
| GIBSON, DUNN & CRUTCHER LLP | Attn: David M. Feldman and Matthew K. Kelsey | dfeldman@gibsondunn.com mkelsey@gibsondunn.com |

Case: 19-30088   Doc# 4682   Filed: 11/12/19   Entered: 11/12/19 15:03:26   Page 12 of 31

| | | |
|---|---|---|
| Gibson, Dunn & Crutcher LLP | Attn: Jeffrey C. Krause, Genevieve G. Weiner | Gweiner@gibsondunn.com Jkrause@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | Attn: Matthew D. McGill | mmcgill@gibsondunn.com |
| Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal, Alan Moskowitz | Mrosenthal@gibsondunn.com Amoskowitz@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | Attn: Michael S. Neumeister and Michelle Choi | mneumeister@gibsondunn.com mchoi@gibsondunn.com |
| Greenberg Traurig, LLP | Attn: Diane Vuocolo | vuocolod@gtlaw.com |
| GREENBERG TRAURIG, LLP | Attn: Howard J. Steinberg | steinbergh@gtlaw.com |
| GREENBERG TRAURIG, LLP | Attn: Michael Hogue | hoguem@gtlaw.com |
| Greene Radovsky Maloney Share & Hennigh LLP | Attn: Edward J. Tredinnick | etredinnick@greeneradovsky.com |
| GROSS & KLEIN LLP | Attn: Stuart G. Gross | sgross@grosskleinlaw.com |
| Grotefeld Hoffmann | Attn: Mark S. Grotefeld, Maura Walsh Ochoa, Waylon J. Pickett | mgrotefeld@ghlaw-llp.com mochoa@ghlaw-llp.com wpickett@ghlaw-llp.com |
| HALLISEY AND JOHNSON PC | Attn: Jeremiah F. Hallisay, Esq. | jfhallisey@gmail.com |
| HercRentals | Attn: Sharon Petrosino, Esq. | Sharon.petrosino@hercrentals.com |
| Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | jdoran@hinckleyallen.com |
| HOGAN LOVELLS US LLP | Attn Erin N Brady | erin.brady@hoganlovells.com |

8

| | | |
|---|---|---|
| HOGAN LOVELLS US LLP | Attn M Hampton Foushee | hampton.foushee@hoganlovells.com |
| HOGAN LOVELLS US LLP | Attn: Bennett L. Spiegel | bennett.spiegel@hoganlovells.com |
| HOGAN LOVELLS US LLP | Attn: Peter A. Ivanick, Alex M. Sher | alex.sher@hoganlovells.com<br>peter.ivanick@hoganlovells.com |
| HOLLAND & HART LLP | Attn: Risa Lynn Wolf-Smith | rwolf@hollandhart.com |
| Holland & Knight LLP | Attn: Robert J. Labate, David I. Holtzman | robert.labate@hklaw.com<br>david.holtzman@hklaw.com |
| Hopkins & Carley, a Law Corporation | Attn: Jay M. Ross, Monique D. Jewett-Brewster | mjb@hopkinscarley.com<br>jross@hopkinscarley.com |
| Hughes Hubbard & Reed LLP | Attn: Kathryn A. Coleman | katie.coleman@hugheshubbard.com |
| HUGUENIN KAHN LLP | Attn: Edward R. Huguenin, Esq. and James L. Bothwell, Esq. | ehuguenin@hugueninkahn.com<br>ibothwell@hugueninkahn.com |

9

| | | |
|---|---|---|
| HUNTON ANDREWS KURTH LLP | Attn: Kevin M. Eckhardt | keckhardt@huntonak.com |
| HUNTON ANDREWS KURTH LLP | Attn: Peter S. Partee, Sr. | ppartee@huntonak.com |
| IBM Corporation | Attn: Marie-Jose Dube | mjdube@ca.ibm.com |
| Irell & Manella LLP | Attn: Craig Varnen, Andrew J. Strabone | cvarnen@irell.com<br>astrabone@irell.com |
| Irell & Manella LLP | Attn: Jeffrey M. Reisner, Kerri A. Lyman | jreisner@irell.com<br>klyman@irell.com |
| Irell & Manella LLP | Attn: Michael H. Strub, Jr. | mstrub@irell.com |
| Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | Bankruptcy2@ironmountain.com |
| Jacobs Engineering | Attn: Robert Albery | robert.albery@jacobs.com |
| Jane Luciano | | jane-luciano@comcast.net |
| Jang & Associates, LLP | Attn: Alan J. Jang, Sally Noma | ajang@janglit.com<br>snoma@janglit.com |
| JD Thompson Law | Attn: Judy D. Thompson, Esq. | jdt@jdthompsonlaw.com |
| Jeffer Mangles Butler & Mitchell LLP | Attn: Robert B. Kaplan, Bennett G. Young | rbk@jmbm.com<br>byoung@jmbm.com |
| JENKINS MULLIGAN & GABRIEL LLP | Attn: Larry W. Gabriel | lgabriel@bg.law |
| JORDAN, HOLZER & ORTIZ, PC | Attn: Antonio Ortiz, Shelby A Jordan | aortiz@jhwclaw.com<br>sjordan@jhwclaw.com<br>ecf@jhwclaw.com |

| | | |
|---|---|---|
| Joseph A. Eisenberg P.C. | Attn: Joseph A. Eisenberg | JAE1900@yahoo.com |
| KEESAL, YOUNG & LOGAN A Professional Corporation | Attn: PETER R. BOUTIN | peter.boutin@kyl.com |
| Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | tkeller@kellerbenvenutti.com jkim@kellerbenvenutti.com |
| Kelley Drye & Warren LLP | Attn: Benjamin D. Feder | KDWBankruptcyDepartment@kelleydrye.com bfeder@kelleydrye.com |
| KILPATRICK TOWNSEND & STOCKTON LLP | Attn: Benjamin M. Kleinman, Esq. | bkleinman@kilpatricktownsend.com |
| KILPATRICK TOWNSEND & STOCKTON LLP | Attn: Paul M. Rosenblatt, Esq. | prosenblatt@kilpatricktownsend.com |
| Kinder Morgan, Inc. | Attn: Mark A. Minich | Mark_Minich@kindermorgan.com |
| Kinder Morgan, Inc. | Attn: Mosby Perrow | mosby_perrow@kindermorgan.com |
| Kirkland & Ellis LLP | Attn: Aparna Yenamandra | aparna.yenamandra@kirkland.com |
| Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. | david.seligman@kirkland.com |
| Kirkland & Ellis LLP | Attn: Marc Kieselstein, P.C. | marc.kieselstein@kirkland.com |
| Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser | mark.mckane@kirkland.com michael.esser@kirkland.com |
| Kirkland & Ellis LLP | Attn: R. Alexander Pilmer | alexander.pilmer@kirkland.com |
| Kirkland & Ellis LLP | Attn: Stephen E. Hessler, P.C. | stephen.hessler@kirkland.com |
| Kirton McConkie | Attn: Jeremy C. Sink | jsink@kmclaw.com |
| Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | kklee@ktbslaw.com dstern@ktbslaw.com skidder@ktbslaw.com |
| Klein, Denatale, Goldner, Cooper, Rosenlieb & Kimball, LLP | Attn: Hagop T. Bedoyan | hbedoyan@kleinlaw.com ecf@kleinlaw.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | Attn: Amy Caton and Megan Wasson | acaton@kramerlevin.com mwasson@kramerlevin.com |

Case: 19-30088    Doc# 4682    Filed: 11/12/19    Entered: 11/12/19 15:03:26    Page 16 of 31

| LABATON SUCHAROW LLP | Attn: Thomas A. Dubbs, Louis Gottlieb, Carol C. Villegas & Jeffrey A. Dubbin | tdubbs@labaton.com<br>lgottlieb@labaton.com<br>cvillegas@labaton.com<br>jdubbin@labaton.com |
| --- | --- | --- |
| LAMB & KAWAKAMI LLP | Attn: Kevin J. Lamb, Michael K. Slattery, Thomas G. Kelch | klamb@lkfirm.com<br>mslattery@lkfirm.com<br>tkelch@lkfirm.com |
| LANE POWELL PC | Attn: Brad T. Summers | summerst@lanepowell.com |
| Latham & Watkins LLP | Attn: Adam E. Malatesta | adam.malatesta@lw.com |
| Latham & Watkins LLP | Attn: Amy C. Quartarolo | amy.quartarolo@lw.com |
| Latham & Watkins LLP | Attn: Caroline A. Reckler, Andrew M. Parlen | caroline.reckler@lw.com<br>andrew.parlen@lw.com |
| Latham & Watkins LLP | Attn: Christopher Harris, Andrew M. Parlen | christopher.harris@lw.com<br>andrew.parlen@lw.com |
| Law Office of Daren M. Schlecter | Attn: Daren M. Schlecter, Esq. | daren@schlecterlaw.com |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | Attn: Patricia Williams Prewitt | pwp@pattiprewittlaw.com |
| Law Office of Richard L. Antognini | Attn: Richard L. Antognini | rlalawyer@yahoo.com |
| Law Office of Steven M. Olson | Attn: Steven M. Olson, Esq. & Jacob M. Faircloth, Esq. | smo@smolsonlaw.com |
| LAW OFFICE OF WAYNE A. SILVER | Attn: Wayne A. Silver | ws@waynesilverlaw.com |
| LAW OFFICES OF FRANCIS O. SCARPULLA | Attn: Francis O. Scarpulla and Patrick B. Clayton | fos@scarpullalaw.com<br>pbc@scarpullalaw.com |
| Law Offices of Leonard K. Welsh | Attn: Leonard K. Welsh, Esq. | lwelsh@lkwelshlaw.com |
| Law Offices of Thomas J. Brandi | Attn: Thomas J. Brandi | tjb@brandilaw.com |

| | | |
|---|---|---|
| Lesnick Prince & Pappas LLP | Attn: Matthew A. Lesnick, Christopher E. Prince | matt@lesnickprince.com<br>cprince@lesnickprince.com |
| Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: David L. Neale | DLN@LNBYB.COM |
| LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. | Attn: Eve H. Karasik | EHK@LNBYB.COM |
| Lewis Brisbois Bisgaard & Smith LLP | Attn: Lovee D. Sarenas, Scott Lee, Amy L. Goldman, Jasmin Yang | Lovee.Sarenas@lewisbrisbois.com<br>Amy.Goldman@lewisbrisbois.com<br>Scott.Lee@lewisbrisbois.com<br>Jasmin.Yang@lewisbrisbois.com |
| Linebarger Goggan Blair & Sampson, LLP | Attn: John D. Dillman | houston_bankruptcy@publicans.com |
| Locke Lord LLP | Attn: Aaron Smith | asmith@lockelord.com |
| Locke Lord LLP | Attn: Bradley C. Knapp | bknapp@lockelord.com |
| Locke Lord LLP | Attn: Elizabeth M. Guffy | eguffy@lockelord.com |
| Locke Lord LLP | Attn: Lindsey E. Kress | lkress@lockelord.com |
| Locke Lord LLP | Attn: Meagan S. Tom | meagan.tom@lockelord.com |
| Locke Lord LLP | Attn: W. Steven Bryant | sbryant@lockelord.com |
| Locke Lord LLP | Attn: Xiyi Fu | jackie.fu@lockelord.com |
| LOEB & LOEB LLP | Attn: Marc S. Cohen, Alicia Clough | mscohen@loeb.com<br>aclough@loeb.com |
| LOWENSTEIN SANDLER LLP | Attn: Michael S. Etkin, Andrew Behlmann & Gabriel L. Olivera | metkin@lowenstein.com<br>abehlmann@lowenstein.com<br>golivera@lowenstein.com |
| Macdonald \| Fernandez LLP | Attn: Iain A. Macdonald | imac@macfern.com |
| Manuel Corrales, Jr., Esquire | | mannycorrales@yahoo.com |
| MARGULIES FAITH, LLP | ATTN: CRAIG G. MARGULIES | Craig@MarguliesFaithLaw.com |

13

| | | |
|---|---|---|
| MARSHACK HAYS LLP | Attn: RICHARD A. MARSHACK, DAVID A. WOOD, LAILA MASUD | rmarshack@marshackhays.com<br>dwood@marshackhays.com<br>lmasud@marshackhays.com |
| MARY ALEXANDER & ASSOCIATES, P.C. | Attn: Mary E. Alexander | malexander@maryalexanderlaw.com |
| MAYER BROWN LLP | Attn: Brian Trust, Joaquin C de Baca | btrust@mayerbrown.com<br>jcdebaca@mayerbrown.com |
| MAYER BROWN LLP | Attn: Cristina A. Henriquez | chenriquez@mayerbrown.com |
| McCormick Barstow LLP | Attn: David L. Emerzian, H. Annie Duong | Annie.Duong@mccormickbarstow.com<br>demerzian@mccormickbarstow.com |
| McCormick Barstow LLP | Attn: H. Annie Duong | Annie.Duong@mccormickbarstow.com |
| MCDERMOTT WILL & EMERY | Attn: Jeffrey M. Reisner, Esquire and Kerri A. Lyman, Esquire | jreisner@mwe.com<br>klyman@mwe.com |
| McKoool Smith, P.C. | Attn: James H. Smith | jsmith@mckoolsmith.com |
| MICHELSON LAW GROUP | Attn: Randy Michelson | randy.michelson@michelsonlawgroup.com |
| Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | ddunne@milbank.com<br>skhalil@milbank.com |
| Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | Paronzon@milbank.com<br>Gbray@milbank.com<br>TKreller@milbank.com |
| Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Abigail V. O'Brient, Andrew B. Levin | avobrient@mintz.com<br>ablevin@mintz.com |
| Mirman, Bubman & Nahmias, LLP | Attn: Alan I. Nahmias | anahmias@mbnlawyers.com |
| MONTEE & ASSOCIATES | Attn: Kevin P. Montee | kmontee@monteeassociates.com |
| Morris James LLP | Attn: Brett D. Fallon, Esq. | bfallon@monisjames.com |
| Newmeyer & Dillion LLP | Attn: James J. Ficenec, Joshua B. Bevitz | James.Ficenec@ndlf.com<br>Joshua.Bevitz@ndlf.com |
| NIXON PEABODY LLP | Attn: MAXIMILIAN A. FERULLO | mferullo@nixonpeabody.com |
| NIXON PEABODY LLP | Attn: RICHARD C. PEDONE | rpedone@nixonpeabody.com |

Case: 19-30088   Doc# 4682   Filed: 11/12/19   Entered: 11/12/19 15:03:26   Page 19 of 31

| | | |
|---|---|---|
| NIXON PEABODY LLP | Attn: WILLIAM S. LISA | wlisa@nixonpeabody.com |
| Northern California Law Group, PC | Attn: Joseph Feist | info@norcallawgroup.net<br>joe@norcallawgroup.net |
| NORTON ROSE FULBRIGHT US LLP | ATTN: DAVID A. ROSENZWEIG | david.rosenzweig@nortonrosefulbright.com |
| NORTON ROSE FULBRIGHT US LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera | howard.seife@nortonrosefulbright.com<br>andrew.rosenblatt@nortonrosefulbright.com<br>christy.rivera@nortonrosefulbright.com |
| NORTON ROSE FULBRIGHT US LLP | ATTN: REBECCA J. WINTHROP | rebecca.winthrop@nortonrosefulbright.com |
| Nuti Hart LLP | Attn: Gregory C. Nuti, Christopher H. Hart, Kimberly S. Fineman | kfineman@nutihart.com<br>gnuti@nutihart.com<br>chart@nutihart.com |
| O'MELVENY & MYERS LLP | Attn: Jacob T. Beiswenger | jbeiswenger@omm.com |
| O'MELVENY & MYERS LLP | Attn: John J. Rapisardi, Nancy A. Mitchell and Daniel S. Shamah | jrapisardi@omm.com<br>nmitchell@omm.com<br>dshamah@omm.com |

15

| | | |
|---|---|---|
| O'MELVENY & MYERS LLP | Attn: Peter Friedman | pfriedman@omm.com |
| Office of the California Attorney General | Attn: Bankruptcy Dept | bankruptcy@coag.gov |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| OLES MORRISON RINKER & BAKER LLP | Attn: Liam K. Malone | malone@oles.com |
| Orrick, Herrington & Sutcliffe LLP | Attn: Debra Felder | dfelder@orrick.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Attn: Douglas S. Mintz | dmintz@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | Attn: Lorraine McGowen | lmcgowen@orrick.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | Attn: Marc A. Levinson | malevinson@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | Attn: Thomas C. Mitchell | tcmitchell@orrick.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: Isaac M. Pachulski, Debra I. Grassgreen, Gabriel I. Glazer, John W. Lucas | jlucas@pszjlaw.com<br>gglazer@pszjlaw.com<br>dgrassgreen@pszjlaw.com<br>ipachulski@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | Attn: John D. Fiero | jfiero@pszjlaw.com |
| Parker, Hudson, Rainer & Dobbs, LLP | Attn: Bryan E. Bates, Esq. | bbates@phrd.com |
| Parkinson Phinney | Attn: Thomas R. Phinney | tom@parkinsonphinney.com |

16

| | | |
|---|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Pension Benefit Guaranty Corporation | Attn: Andrea Wong | wong.andrea@pbgc.gov<br>efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | Attn: Courtney L. Morgan | morgan.courtney@pbgc.gov<br>efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | Attn: Daniel Robertson | efile@pbgc.gov<br>robertson.daniel@pbgc.gov |
| Pension Benefit Guaranty Corporation | Attn: Melissa T. Ngo | ngo.melissa@pbgc.gov<br>efile@pbgc.gov |
| Perkins Coie, LLP | Attn: Alan D. Smith | ADSmith@perkinscoie.com |
| Pierce Atwood LLP | Attn: Keith J. Cunningham | kcunningham@PierceAtwood.com |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: Dania Slim | dania.slim@pillsburylaw.com |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | Attn: Hugh M. Ray, III | hugh.ray@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: Leo T. Crowley | leo.crowley@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | Attn: M. David Minnick | dminnick@pillsburylaw.com |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | Attn: Philip S. Warden | philip.warden@pillsburylaw.com |
| PINO & ASSOCIATES | Attn: Estela O. Pino | epino@epinolaw.com |
| PMRK LAW | Attn: Peter P. Meringolo | peter@pmrklaw.com |
| Polsinelli LLP | Attn: Lindsi M. Weber | lweber@polsinelli.com |
| Polsinelli LLP | Attn: Randye B. Soref | rsoref@polsinelli.com |
| Prime Clerk LLC | Attn: Herb Baer | pgeteam@PrimeClerk.com<br>serviceqa@primeclerk.com |

| | | |
|---|---|---|
| Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy, Esq. | gerald.kennedy@procopio.com |
| Proskauer Rose LLP | Attn: Martin J. Bienenstock, Brian S. Rosen, Maja Zerjal | mbienenstock@proskauer.com<br>brosen@proskauer.com<br>mzerjal@proskauer.com |
| Proskauer Rose LLP | Attn: Michael A. Firestein, Lary Alan Rappaport, Steve Y. Ma | mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>sma@proskauer.com |
| Provencher & Flatt, LLP | Attn: Douglas b. Provencher | dbp@provlaw.com |
| Pryor Cashman LLP | Attn: Ronald S. Beacher | rbeacher@pryorcashman.com |
| Reed Smith LLP | Attn: Christopher O. Rivas, Marsha A. Houston | crivas@reedsmith.com<br>mhouston@reedsmith.com |
| Reed Smith LLP | Attn: Jonathan R. Doolittle | jdoolittle@reedsmith.com |
| Reed Smith LLP | Attn: Marsha A. Houston | mhouston@reedsmith.com |
| Reed Smith LLP | Attn: Monique B. Howery | mhowery@reedsmith.com |
| Reed Smith LLP | Attn: Peter Munoz | pmunoz@reedsmith.com |
| Reed Smith LLP | Attn: Robert P. Simons | rsimons@reedsmith.com |
| REEDER LAW CORPORATION | ATTN: DAVID M. REEDER | david@reederlaw.com |
| RIMON, P.C. | Attn: Lillian G. Stenfeldt | lillian.stenfeldt@rimonlaw.com |
| RIMON, P.C. | Attn: Phillip K. Wang | phillip.wang@rimonlaw.com |

18

| | | |
|---|---|---|
| Ringstad & Sanders LLP | Attn: Nanette D. Sanders | nanette@ringstadlaw.com |
| Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson | robins@robinscloud.com<br>rbryson@robinscloud.com |
| ROPERS, MAJESKI, KOHN & BENTLEY | Attn: STEVEN G. POLARD | steven.polard@rmkb.com |
| ROPES & GRAY LLP | Attn: Gregg M. Galardi, Keith H. Wofford, Daniel G. Egan | gregg.galardi@ropesgray.com<br>keith.wofford@ropesgray.com<br>daniel.egan@ropesgray.com |
| Ropes & Gray LLP | Attn: Matthew M. Roose, Mark I. Bane | mark.bane@ropesgray.com<br>matthew.roose@ropesgray.com |
| Ropes & Gray LLP | Attn: Peter L. Welsh, Joshua Y. Sturm, & Patricia I. Chen | peter.welsh@ropesgray.com<br>joshua.sturm@ropesgray.com<br>patricia.chen@ropesgray.com |
| ROPES & GRAY LLP | Attn: Stephen Moeller-Sally, Matthew L. McGinnis | ssally@ropesgray.com<br>matthew.mcginnis@ropesgray.com |
| RUTAN & TUCKER, LLP | Attn: Roger F. Friedman, Philip J. Blanchard | rfriedman@rutan.com<br>pblanchard@rutan.com |
| San Francisco City Attorney's Office | Attn: Owen Clements | Owen.Clements@sfcityatty.org<br>Catheryn.Daly@sfcityatty.org |
| Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq. | cbelmonte@ssbb.com<br>pbosswick@ssbb.com |

Case: 19-30088   Doc# 4682   Filed: 11/12/19   Entered: 11/12/19 15:03:26   Page 24 of 31

| | | |
|---|---|---|
| | | |
| SAVAGE, LAMB & LUNDE, PC | ATTN: E. RYAN LAMB | erlamblaw@gmail.com |
| SCHNADER HARRISON SEGAL & LEWIS LLP | Attn: George H. Kalikman | gkalikman@schnader.com |
| SEVERSON & WERSON | Attn: Duane M. Geck, Donald H. Cram, Bernard J. Kornberg | dmg@severson.com<br>dhc@severson.com<br>bjk@severson.com |
| Seyfarth Shaw LLP | Attn: M. Ryan Pinkston, Christopher J. Harney | rpinkston@seyfarth.com<br>charney@seyfarth.com |
| Shearman & Sterling LLP | Attn: C. Luckey McDowell | luckey.mcdowell@shearman.com |
| Shearman & Sterling LLP | Attn: Daniel Laguardia | daniel.laguardia@shearman.com |
| Shemanolaw | Attn: David B. Shemano | dshemano@shemanolaw.com |
| Sheppard, Mullin, Richter & Hampton LLP | Attn: Michael M. Lauter, Esq. | mlauter@sheppardmullin.com |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | Attn: ORI KATZ, MICHAEL M. LAUTER, and SHADI FARZAN | okatz@sheppardmullin.com<br>mlauter@sheppardmullin.com<br>sfarzan@sheppardmullin.com |
| SHIPMAN & GOODWIN LLP | Attn: ERIC GOLDSTEIN | egoldstein@goodwin.com |
| Shulman Hodges & Bastian LLP | Attn: Leonard M. Shulman, Melissa Davis Lowe | lshulman@shbllp.com<br>mlowe@shbllp.com |
| Silicon Valley Law Group | Attn: David V. Duperrault, Kathryn E. Barrett | dvd@svlg.com<br>keb@svlg.com |
| Simon Property Group, Inc. | Attn: Catherine M. Martin, Esq. | cmartin@simon.com |

20

| | | |
|---|---|---|
| SIMPSON THACHER & BARTLETT LLP | Attn: Jonathan Sanders | jsanders@stblaw.com |
| SIMPSON THACHER & BARTLETT LLP | Attn: Michael H. Torkin, Nicholas Goldin, Kathrine A. McLendon, Jamie J. Fell | michael.torkin@stblaw.com ngoldin@stblaw.com kmclendon@stblaw.com jamie.fell@stblaw.com |
| SINGLETON LAW FIRM, APC | Attn: Gerald Singleton & John C. Lemon | gerald@slffirm.com john@slffirm.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Attn: Amy S. Park | Amy.Park@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Attn: J. Eric Ivester | Eric.Ivester@skadden.com |
| Solomon Ward Seidenwurm & Smith, LLP | Attn: Michael D. Breslauer | mbreslauer@swsslaw.com wyones@swsslaw.com |
| Sonoma Clean Power Authority | Attn: Jessica Mullan, General Counsel | jmullan@sonomacleanpower.org |
| Southern California Edison Company | Attn: Julia A. Mosel, Patricia A. Cirucci | Julia.Mosel@sce.com patricia.cirucci@sce.com |
| St. James Law, P.C. | Attn: Michael St. James | Ecf@stjames-law.com |
| State of California Franchise Tax Board | Attn: Todd M. Bailey | todd.bailey@ftb.ca.gov |
| State of California, Department of Industrial Relations | Attn: John Cumming | jcumming@dir.ca.gov |
| Steckbauer Weinhart, LLP | Attn: Barry S. Glaser | bglaser@swesq.com |
| Steve Christopher | | sc2104271@gmail.com |
| Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | cp@stevenslee.com |
| Stevens & Lee, P.C. | Attn: Leonard P. Goldberger | lpg@stevenslee.com |

Case: 19-30088    Doc# 4682    Filed: 11/12/19    Entered: 11/12/19 15:03:26    Page 26 of 31

| | | |
|---|---|---|
| Stewart Sokol & Larkin LLC | Attn: Jan D. Sokol, Esq., Kevin M. Coles, Esq. | jdsokol@lawssl.com kcoles@lawssl.com |
| STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Dana M. Andreoli | dandreoli@steyerlaw.com |
| STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Jeffrey H. Lowenthal | jlowenthal@steyerlaw.com |
| STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Stacey C. Quan | squan@steyerlaw.com |
| STITES & HARBISON PLLC | Attn: Elizabeth Lee Thompson | ethompson@stites.com |
| STOEL RIVES LLP | Attn: David B. Levant | david.levant@stoel.com |
| Stoel Rives LLP | Attn: Gabrielle Glemann | gabrielle.glemann@stoel.com |
| Stoel Rives LLP | Attn: Oren Buchanan Haker | oren.haker@stoel.com |
| STOEL RIVES LLP | Attn: Sunny S. Sarkis | sunny.sarkis@stoel.com |
| STRADLING YOCCA CARLSON & RAUTH, P.C. | ATTN: PAUL R GLASSMAN | pglassman@sycr.com |
| STROOCK & STROOCK & LAVAN LLP | Attn: David W. Moon | dmoon@stroock.com |
| Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | fmerola@stroock.com |

| | | |
|---|---|---|
| Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com |
| STROOCK & STROOCK & LAVAN LLP | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>holsen@stroock.com<br>mspeiser@stroock.com<br>kpasquale@stroock.com<br>smillman@stroock.com |
| Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L. Esserman, Cliff I. Taylor | esserman@sbep-law.com<br>taylor@sbep-law.com |
| Sullivan Hill Rez & Engel | Attn: James P. Hill, Christopher V. Hawkins, Jonathan S. Dabbieri | hill@SullivanHill.com<br>hawkins@SullivanHill.com<br>dabbieri@SullivanHill.com |
| Synergy Project Management, Inc. | c/o Law Office of Ivan C. Jen | ivan@icjenlaw.com |
| Taylor English Duma LLP | Attn: John W. Mills, III | jmills@taylorenglish.com |
| The Bankruptcy Group, P.C. | Attn: Stephan Brown and Daniel Griffin | daniel@thebklawoffice.com |
| The Davey Tree Expert Company | Attn: Erika J. Schoenberger, General Counel | Erika.Schoenberger@davey.com |
| The Law Office of Joseph West | Attn: Joseph West Esq. | josephwest@westlawfirmofcalifornia.com |
| The Regents of the University of California | Attn: Rhonda Stewart Goldstein | rhonda.goldstein@ucop.edu |
| TOGUT, SEGAL & SEGAL LLP | Attn: Albert Togut, Kyle J. Ortiz, Amy M. Oden, Amanda C. Glaubach | altogut@teamtogut.com<br>kortiz@teamtogut.com<br>aoden@teamtogut.com<br>aglaubach@teamtogut.com |
| Trodella & Lapping LLP | Attn: Richard A. Lapping | Rich@TrodellaLapping.com |

Case: 19-30088    Doc# 4682    Filed: 11/12/19    Entered: 11/12/19 15:03:26    Page 28 of 31

| | | |
|---|---|---|
| TROUTMAN SANDERS LLP | Attn: Gabriel Ozel | gabriel.ozel@troutman.com |
| TROUTMAN SANDERS LLP | Attn: Harris B. Winsberg, Esq., Matthew G. Roberts, Esq. | harris.winsberg@troutman.com matthew.roberts2@troutman.com |
| Troutman Sanders LLP | Attn: Hugh M. McDonald | hugh.mcdonald@troutman.com |
| TURN—The Utility Reform Network | Attn: Mark Toney, Thomas Long | mtoney@turn.org tlong@turn.org |
| U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |
| U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |
| U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Danielle A. Pham, and Shane Huang | shane.huang@usdoj.gov |
| U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Danielle A. Pham, and Shane Huang | shane.huang@usdoj.gov |
| Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe | bankruptcynotices@up.com |
| United States Department of Justice Civil Division | Attn: Matthew J. Troy | matthew.troy@usdoj.gov |
| United States Department of Justice Civil Division | Attn: Matthew J. Troy | matthew.troy@usdoj.gov |
| US Securities and Exchange Commission | Attn: Jina Choi, Regional Director | sanfrancisco@sec.gov |

Case: 19-30088   Doc# 4682   Filed: 11/12/19   Entered: 11/12/19 15:03:26   Page 29 of 31

| | | |
|---|---|---|
| US Securities and Exchange Commission | Attn: Office of General Counsel | secbankruptcy@sec.gov |
| Vorys, Sater, Seymour and Pease LLP | Attn: Tiffany Strewlow Cobb, Esq. | tscobb@vorys.com |
| WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP | Attn: James M. Wagstaffe & Frank Busch | wagstaffe@wvbrlaw.com busch@wvbrlaw.com |
| Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver | mkelly@walkuplawoffice.com kbaghdadi@walkuplawoffice.com mschuver@walkuplawoffice.com |
| Walter Wilhelm Law Group a Professional Corporation | Attn: Riiley C. Walter, Michael L. Wilhelm | rileywalter@W2LG.com Mwilhelm@W2LG.com |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com matthew.goren@weil.com jessica.liou@weil.com |
| Weinberg Roger & Rosenfeld | Attn: Emily P. Rich | bankruptcycourtnotices@unioncounsel.net erich@unioncounsel.net tmainguy@unioncounsel.net cgray@unioncounsel.net |
| WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN | Attn: Julie E. Oelsner | joelsner@weintraub.com |
| White & Case LLP | Attn: J.Christopher Shore | cshore@whitecase.com |
| White & Case LLP | Attn: Roberto J. Kampfner | rkampfner@whitecase.com |
| White & Case LLP | Attn: Thomas E Lauria, Matthew C. Brown | tlauria@whitecase.com mbrown@whitecase.com |
| Williams Kastner | Attn: Todd W. Blischke | TBlischke@williamskastner.com |

Case: 19-30088   Doc# 4682   Filed: 11/12/19   Entered: 11/12/19 15:03:26   Page 30 of 31

| | | |
|---|---|---|
| Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Daniel I. Forman | mfeldman@willkie.com<br>jminias@willkie.com<br>dforman@willkie.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | Attn: Chris Johnstone | CHRIS.JOHNSTONE@WILMERHALE.COM |
| Winston & Strawn LLP | Attn: David Neier | dneier@winston.com |
| WINSTON & STRAWN LLP | Attn: Justin E. Rawlins | jrawlins@winston.com |
| Winston & Strawn LLP | Attn: Michael A. Yuffee | myuffee@winston.com |
| WINTHROP COUCHOT GOLUBOW HOLLANDER, LLP | Attn: Richard H. Golubow | rgolubow@wcghlaw.com |
| Wolkin Curran, LLP | Attn: James D. Curran, Esq. | jcurran@wolkincurran.com |
| Worley Law, P.C. | Attn: Kirsten A. Worley | kw@wlawcorp.com |