**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>    - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                      **Debtors**.<br><br>☐ Affects PG&E Corporation<br>☑ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**STIPULATION BETWEEN DEBTOR PACIFIC GAS AND ELECTRIC COMPANY AND RUCKMAN AND LEAL MOVANTS FOR LIMITED RELIEF FROM THE AUTOMATIC STAY**<br><br>[Relates to Dkt. Nos. 4491-4496]<br><br>[Resolving Motion Set for Hearing November 19, 2019 at 10:00 am] |

This stipulation (the "**Stipulation**") is entered into by and between Pacific Gas and Electric Company (the "**Utility**" or the "**Debtor**"), as debtor and debtor in possession, and movants Gloria Ruckman, Robert Ruckman, a minor by and through his guardian ad litem Robert Ruckman, Robert Ruckman, Amalia Leal, and Gilardo Leal (the "**Movants**"). The Debtor and the Movants are referred to in this Stipulation collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

**RECITALS**

A. On October 28, 2019, the Movants filed the *Motion to Abstain and for Relief from the Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion* [Dkt. 4491] (the "**Motion**").

B. Movants seek relief from the automatic stay to prosecute their personal injury claims against the Utility in *Ruckman v. Big N Deep Ag Development Co.*, Case No. BCV-15-101699-SDS (the "**State Court Action**") pending in the Superior Court of California, County of Kern (the "**State Court**").

C. The State Court Action arises out of injuries and property damage that Movants suffered resulting from a November 13, 2015 explosion caused by an agricultural excavator with an expired permit striking one of the Utility's gas lines.

D. The Movants filed the State Court Action on December 16, 2015. The Utility served its answer on February 8, 2016. The operative Third Amended Complaint (the "**TAC**") was filed on March 7, 2017. The State Court Action was set for jury trial on June 17, 2019.

E. The Debtor and its parent, PG&E Corporation (collectively the "**Debtors**"), filed these Chapter 11 Cases on January 29, 2019 (the "**Petition Date**").

F. The Utility filed a Notice of Stay of Proceedings in the State Court Action on February 5, 2019; on that date, the State Court stayed the State Court Action in its entirety as to all parties and all consolidated action. The automatic stay applicable to the State Court Action has remained in effect as to the Debtors since the Petition Date. The State Court's stay of the entire action remains in effect.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**NOW, THEREFORE, IT HEREBY IS STIPULATED AND AGREED BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. This Stipulation shall be effective upon entry of an order by this Court approving it.

2. The hearing on the Motion (the "**Hearing**") shall be continued for approximately three months, and shall be rescheduled for the next omnibus hearing date on or after February 19, 2020. The Movants shall file a Notice of Continued Hearing to that effect promptly after dates are set for omnibus hearings in February.

3. The automatic stay shall immediately be modified solely as follows:

   a. To permit the Parties to participate in a mediation to attempt to globally resolve the claims against the Utility and its co-defendants alleged in the State Court Action (the "**Mediation**"). The Parties shall use their best efforts to schedule the Mediation as promptly as possible. If fewer than all parties to the State Court Action agree to participate, the Mediation shall nevertheless proceed between Movants, the Utility, and other parties that wish to participate.

   b. To permit counsel for the Movants to obtain and file a stipulation in the State Court Action among all the parties to that action (including the Debtor) confirming the Parties' agreement to the proposed schedule laid out herein.

   c. The automatic stay shall remain in place for all other purposes.

4. The Parties may agree in writing to one or more further continuances of the Hearing, without further order of the Court, by filing a notice of continuance. The limited stay relief provided in paragraph 3 above shall continue in effect pending the continued Hearing on the Motion.

5. If the Mediation does not result in a settlement as between Utility and the Movants, the Hearing will go forward on the continued date, and the Debtors' opposition to the

Motion shall be filed and served not later than 4:00 pm Pacific time on the date that is five (5) calendar days before the continued Hearing date.

Dated: November 12, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

/s/ Peter J. Benvenutti

*Attorneys for Debtors
and Debtors in Possession*

Dated: November 12, 2019

LAW OFFICES OF
LEONARD K. WELSH

/s/ Leonard K. Welsh

*Attorneys for Movants Gloria Ruckman, Robert Ruckman, a minor by and through his guardian ad litem Robert Ruckman, Robert Ruckman, Amalia Leal, and Gilardo Leal*