WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (650) 636-9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                       **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF RICHARD W. SLACK IN SUPPORT OF DEBTORS' OBJECTION TO CLASS REPRESENTATIVE'S MOTION TO EXTEND APPLICATION OF FEDERAL RULE OF CIVIL PROCEDURE 23 TO CLASS PROOF OF CLAIM**<br><br>Date:    November 19, 2019<br>Time:   10:00 a.m. (Pacific Time)<br>Place:   United States Bankruptcy Court<br>            Courtroom 17, 16th Floor<br>            San Francisco, CA 94102 |

I, Richard W. Slack, hereby declare as follows:

1. I am a partner at the law firm Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, counsel for the Debtors in the above-captioned action. I am admitted to this Court *pro hac vice* and respectfully submit this declaration in support of the Debtors' Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Class Proof of Claim.

2. The matters set forth below are of my own personal knowledge or upon information and belief based upon materials, books, and records made available to me. If called upon to testify I could and would competently testify to those facts.

3. Attached as Exhibit A is a true and correct copy of the July 18, 2019 Notice of Bankruptcy Filing and Imposition of Automatic Stay from PG&E to Dave Alonzo's attorney, John Lattin, which includes the corresponding proof of service.

4. Attached as Exhibit B is a true and correct copy of Dave Alonzo's March Wage Statement, dated March 22, 2019, obtained from Debtors' records.

5. Attached as Exhibit C is a true and correct copy of Dave Alonzo's Payroll Check Request, dated March 26, 2019, obtained from Debtors' records.

6. Attached as Exhibit D is a true and correct copy of Dave Alonzo's Vacation Payoff at Term Statement, dated March 29, 2019, obtained from Debtors' records.

7. Attached as Exhibit E is a true and correct copy of the UPS Shipping Confirmation, dated March 29, 2019, that confirms the delivery of Dave Alonzo's final check to Steve Watson, obtained from Debtors' records.

8. Attached as Exhibit F is a true and correct copy of the PG&E "Short-Term Incentive Plan Administration Standard" policy, dated May 2019, obtained from Debtors' records.

9. Attached as Exhibit G is a true and correct copy of Dave Alonzo's February Wage Statement, dated February 22, 2019, obtained from Debtors' records.

10. Attached as Exhibit H is a true and correct copy of Dave Alonzo's Short-Term Incentive Plan Payment, dated May 15, 2019, obtained from Debtors' records.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: November 12, 2019

New York, New York

/s/ Richard W. Slack
Richard W. Slack