# Exhibit A

JOSHUA D. KIENITZ, Bar No. 244903
jkienitz@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
Fax No.: 925.946.9809

PHILIP B. BALDWIN, Bar No. 307920
pbaldwin@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| DAVE ALONZO, as an individual and on behalf of all others similarly situated,, <br><br> Plaintiffs, <br><br> v. <br><br> PACIFIC GAS AND ELECTRIC COMPANY, a California corporation; and DOES 1 through 50, <br><br> Defendants. | Case No. CGC-19-576805 <br><br> **NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY** |

LITTLER MENDELSON, P.C
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925 932 2468

NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 29, 2019, (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), each commenced a voluntary case (the "**Chapter 11 Cases**") under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 *et seq.*) (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**"). The Chapter 11 Cases are being jointly administered under Case Nos. 19-30088 and 19-30089.

**PLEASE BE ADVISED** that pursuant to Section 362(a) of the Bankruptcy Code (the "**Automatic Stay**"), the filing of a bankruptcy petition "operates as a stay, applicable to all entities, of," among other things, "the commencement or continuation, including the employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case," as well as "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(1), (3). Accordingly, the claim asserted against Pacific Gas and Electric Company in this matter has been automatically stayed pursuant to section 362(a) of the Bankruptcy Code.

**PLEASE BE FURTHER ADVISED** that any action taken against the Debtors without obtaining from the Bankruptcy Court relief from the Automatic Stay is void *ab initio* and may result in a finding of contempt for violation of the Automatic Stay. The Debtors reserve and retain their statutory right to seek relief in the Bankruptcy Court from any action by Plaintiff or any judgment, order, or ruling entered in violation of the Automatic Stay.

**PLEASE ALSO TAKE NOTICE** that the filing of this Notice is not intended as and is not a waiver of any defenses Pacific Gas and Electric Company is entitled to assert, including any jurisdictional defenses.

In the event the Court or any party have questions regarding the Chapter 11 Cases, please contact counsel for the Debtors:

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

2.

Case No. CGC-19-576805

NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY

Case: 19-30088    Doc# 4686-1    Filed: 11/12/19    Entered: 11/12/19 15:50:31    Page 3 of 7

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (stephen.karotkin@weil.com)
Jessica Liou (jessica.liou@weil.com)
Matthew Goren (matthew.goren@weil.com)
Kevin Bostel (kevin.bostel@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel:    212-310-8000
Fax:   212-310-8007

-and-

KELLER & BENVENUTTI LLP
Tobias S. Keller (tkeller@kellerbenvenutti.com)
Jane Kim (jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

Dated:  July 18, 2019

JOSHUA D. KIENITZ
PHILIP B. BALDWIN
LITTLER MENDELSON, P.C.
Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

FIRMWIDE:165550755.1 101443.1036

LITTLER MENDELSON, P.C
Fresh Towers
1255 Trost Boulevard
Suite 800
Walnut Creek, CA 94597
925.932.2468

3.

Case No. CGC-19-576805

NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY     STATE BAR NO<br>NAME Joshua D. Kienitz, SBN 244903;   Philip B. Baldwin, SBN 307920<br>FIRM NAME   LITTLER MENDELSON, P.C.<br>STREET ADDRESS   333 Bush Street, 34th Floor<br>CITY   San Francisco     STATE:   CA    ZIP CODE:   94104<br>TELEPHONE NO.:   415.433.1940     FAX NO.:   415.399.8490<br>E-MAIL ADDRESS:   jkienitz@littler.com;   pbaldwin@littler.com<br>ATTORNEY FOR *(name)*   Defendant Pacific Gas and Electric Company | FOR COURT USE ONLY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

CASE NUMBER:
CGC-19-576805

JUDICIAL OFFICER:

DEPARTMENT:

Plaintiff/Petitioner: DAVE ALONZO, et al.
Defendant/Respondent: PACIFIC GAS AND ELECTRIC COMPANY

## PROOF OF SERVICE—CIVIL

**Check method of service** *(only one):*

☐ By Personal Service    ☒ By Mail    ☐ By Overnight Delivery
☐ By Messenger Service    ☐ By Fax

*Do not use this form to show service of a summons and complaint or for electronic service.*
*See USE OF THIS FORM on page 3.*

1. At the time of service I was over 18 years of age **and not a party to this action.**

2. My residence or business address is:

    Littler Mendelson, P.C., 333 Bush Street, 34th Floor, San Francisco, CA 94104

3. ☐ The fax number from which I served the documents is *(complete if service was by fax):*

4. On *(date):* **July 18, 2019**     I served the following **documents** *(specify):*
    **NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY**

    ☐ The documents are listed in the *Attachment to Proof of Service-Civil (Documents Served)* (form POS-040(D)).

5. I served the documents on the **person or persons** below, as follows:
    a. Name of person served:

    b. ☒   *(Complete if service was by personal service, mail, overnight delivery, or messenger service.)*

        Business or residential address where person was served:

    c. ☐   *(Complete if service was by fax.)*

        Fax number where person was served:

    ☒ The names, addresses, and other applicable information about persons served is on the *Attachment to Proof of Service—Civil (Persons Served)* (form POS-040(P)).

6. The documents were served by the following means *(specify):*   **By United States Mail**

    a. ☐   **By personal service.** I personally delivered the documents to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and eight in the evening.

FIRMWIDE:165600082.1 101443.1036

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>POS-040 [Rev. March 15, 2019] | **PROOF OF SERVICE—CIVIL**<br>**(Proof of Service)** | Code of Civil Procedure, §§ 1011, 1013, 1013a,<br>2015.5; Cal. Rules of Court, rule 2.306<br>*www.courts.ca.gov* |



| CASE NAME: | CASE NUMBER: |
|---|---|
| DAVE ALONZO, et al. v. PACIFIC GAS AND ELECTRIC COMPANY | CGC-19-576805 |

6. b. ☒ **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 5 and *(specify one):*

    (1) ☐    deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

    (2) ☒    placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

     I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at *(city and state):* San Francisco, California

   c. ☐ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 5. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

   d. ☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 5 and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service or be contained in the Declaration of Messenger below.)*

   e. ☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 5. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 18, 2019

JANE WONG
_____
(TYPE OR PRINT NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

*(If item 6d above is checked, the declaration below must be completed or a separate declaration from a messenger must be attached.)*

### DECLARATION OF MESSENGER

☐    **By personal service.** I personally delivered the envelope or package received from the declarant above to the persons at the addresses listed in item 5. (1) For a party represented by an attorney, delivery was made (a) to the attorney personally; or (b) by leaving the documents at the attorney's office, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office; or (c) if there was no person in the office with whom the notice or papers could be left, by leaving them in a conspicuous place in the office between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening.

     At the time of service, I was over 18 years of age. I am not a party to the above-referenced legal proceeding.

     I served the envelope or package, as stated above, on *(date):*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____
(NAME OF DECLARANT)

▶ _____
(SIGNATURE OF DECLARANT)

**PROOF OF SERVICE—CIVIL**
**(Proof of Service)**

American LegalNet, Inc.
www.FormsWorkFlow.com

| SHORT TITLE | CASE NUMBER: |
|---|---|
| DAVE ALONZO v. PACIFIC GAS AND ELECTRIC COMPANY | CGC-19-576805 |

## ATTACHMENT TO PROOF OF SERVICE—CIVIL (PERSONS SERVED)

*(This attachment is for use with form POS-040.)*

### NAMES, ADDRESSES, AND OTHER APPLICABLE INFORMATION ABOUT PERSONS SERVED:

| **Name of Person Served** | **Where Served** |
|---|---|
| *(If the person served is an attorney, the party or parties represented should also be stated.)* | *(Provide business or residential address where service was made by personal service, mail, overnight delivery, or messenger service. For service by fax, provide fax number.)* |
| John Lattin, Esq. | OSTERGAR LAW GROUP, P.C.<br>9110 Irvine Center Drive<br>Irvine, CA 92618 |
| Jonathan M. Lebe, Esq. | LEBE LAW, APLC<br>777 South Alameda Street,<br>Second Floor, Unit 2089<br>Los Angeles, CA 90021 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Form Approved for Optional Use
Judicial Council of California
POS-040(P) [Rev. February 1, 2017]

**ATTACHMENT TO PROOF OF SERVICE—CIVIL (PERSONS SERVED)**
**(Proof of Service)**

Page _____ of _____
*www.courts.ca.gov*


American LegalNet, Inc.
www.FormsWorkFlow.com