# Exhibit B

Pacific Gas & Electric Company  
P.O. Box 770000, MC B6B  
San Francisco  CA 94177-0001  
EMPLOYEE'S STATEMENT OF EARNINGS, DEDUCTIONS & NET PAY

Payroll Area: Utility Monthly Std  Check Date: 03/22/2019  
Period Begin Date: 03/01/2019     Period End Date: 03/31/2019

Dave Alonzo



Personnel Number:  
Department: 10472  
Posn: Supe  
FLSA Status:  
Annual Pay: 149,869.00

TAX DATA:  
Marital Status:  
Allowances:  
Additional Amt:  
Exempt Status:

|  | Total Gross | Federal Taxable Gross | Total Taxes | Total Current Deductions | Net Pay |
|---|---|---|---|---|---|
| Current |  |  |  |  |  |
| YTD |  |  |  |  |  |

Net Pay Distribution    Printed Direct Deposit

| JobCode | Earnings | Adj Pay Period | Rate | CURRENT Hours/Units | Earnings |
|---|---|---|---|---|---|
| 50010787 | Regular - Salary |  |  |  |  |
|  | Total For This Pay Period |  |  |  | 12,489.08 |

### Employee Taxes

|  | CURRENT | YTD |
|---|---|---|
| CASWT |  |  |
| CAVSDI |  |  |
| FEDWT |  |  |
| FEDOASDI |  |  |
| FEDMC |  |  |
| Total | 2,672.49 | 8,638.31 |

### Before-Tax Deductions

|  | CURRENT | YTD |
|---|---|---|
| 401(k)-B |  |  |
| Dental |  |  |
| Medical |  |  |
| Total | 1,697.23 | 4,997.35 |

### After-Tax Deductions

|  | CURRENT | YTD |
|---|---|---|
| LOAN1 |  |  |
| LOAN2 |  |  |
| LOAN3 |  |  |
| PSEA Ded |  |  |
| PSEA Due |  |  |
| TripCost |  |  |
| VolADDEE |  |  |
| SuppLife |  |  |
| DepLife |  |  |
| Total | 1,253.49 | 3,869.07 |

### Employer-Paid Benefits (Info Only)

|  | CURRENT | YTD |
|---|---|---|
| 401(k)-P |  |  |
| Dental |  |  |
| Vision |  |  |
| BasicLif |  |  |
| BasicADD |  |  |
| Medical |  |  |
| Total | 3,030.18 | 9,055.16 |

### Leave Balances

Leave Balances available as of 03/31/2019  Hours shown in whole increments only.

| TYPE | Beg | Earn | Used | Avail | TYPE | Beg | Earn | Used | Avail |
|---|---|---|---|---|---|---|---|---|---|
| Float Hol | 0 | 24 | 2 | 22 | Paid Hol | 0 | 24 | 16 | 8 |
| Vacation | 111 | 39 | 27 | 123 | Sick | 0 | 0 | 0 | 0 |
| PUV | 0 | 0 | 0 | 0 | Inc Sick | 96.00 | 0.00 | 0.00 | 96.00 |
|  |  |  |  |  | Cap Sick | 547.00 | 0.00 | 0.00 | 547.00 |

Employee Message Center

Case: 19-30088   Doc# 4686-2   Filed: 11/12/19   Entered: 11/12/19 15:50:31   Page 2 of 2