# Exhibit C

| | |
|---|---|
| **From:** | Transactions |
| **Sent:** | Tuesday, March 26, 2019 2:08 PM |
| **To:** | Payroll Terminations_Adjustments |
| **Subject:** | FW: Completed: Req#380089 Request for Separation (P#114315 Alonzo) |

---

**From:** Workflow System
**Sent:** Tuesday, March 26, 2019 2:08:17 PM (UTC-08:00) Pacific Time (US & Canada)
**To:** Transactions
**Subject:** Completed: Req#380089 Request for Separation (P#114315 Alonzo)

Your PG&E@Work for Me request to separate an employee has been processed.

For Payroll - Please see final check instructions below.

For Chief/Delegate - Please be sure to have your timekeeper enter all time through last working day 03/31/2019.

Please ensure that all supporting documentation is sent to the HR Employee Records as soon as possible so that it can be included with the employee's personnel record.

Depending on the nature of the separation, you might be contacted by the HR Service Center to provide additional, time-sensitive details, including information for Unemployment Insurance claims. Thank you in advance for demonstrating our core behavior of ensuring that documentation is captured timely and appropriately.


Below are the request details for your reference :

Request Number             : 000000380089

Submitted By               : DMMW Dilia Gonzales

Employee Name              : 00114315 Dave Alonzo

Position                       : 50013721 Supervisor, Maintenance

Effective Date             : 03/31/2019

LAN ID                     : DMMW

Date of Separation         : 04/01/2019

Reason for Separation      : Discharge

Final Check Instructions       : Deliver to approver's work address (or alternate PG&E location).

Address/Contact Information  : Steve Watson (superintendent/supervisor of employee) PG&E Office address: