# Exhibit D

Pacific Gas & Electric Company
P.O. Box 770000, MC B6B
San Francisco  CA 94177-0001
EMPLOYEE'S STATEMENT OF EARNINGS, DEDUCTIONS & NET PAY

Payroll Area: Utility Monthly Std
Period Begin Date: 03/29/2019
Check Date: 03/29/2019
Period End Date: 03/29/2019

Dave Alonzo

Personnel Number:
Department: 10472
Posn: Super
FLSA Status:
Annual Pay:

TAX DATA:
Marital Status:
Allowances:
Additional Amt:
Exempt Status:

|  | Total Gross | Federal Taxable Gross | Total Taxes | Total Current Deductions | Net Pay |
|---|---|---|---|---|---|
| Current |  |  |  |  |  |
| YTD |  |  |  |  |  |

Net Pay Distribution    Payroll Check

FINAL CK

| JobCode | Earnings | Adj Pay Period | Rate | CURRENT Hours/Units | Earnings |
|---|---|---|---|---|---|
| 50010787 | Regular - Salary | (03/01/19-03/31/19) |  |  |  |
| 50010787 | Float Holiday Payout | (03/01/19-03/31/19) |  |  |  |
| 50010787 | Paid Hol Pay at Term | (03/01/19-03/31/19) |  |  |  |
| 50010787 | Vac Payoff at Term | (03/01/19-03/31/19) |  |  |  |

Total For This Pay Period        11,023.65

### Employee Taxes

| | CURRENT | YTD |
|---|---|---|
| CASWT | | |
| CAVSDI | | |
| FEDWT | | |
| FEDOASDI | | |
| FEDMC | | |
| Total | 2,127.74 | 10,766.05 |

### Before-Tax Deductions

| | CURRENT | YTD |
|---|---|---|
| 401(k)-B | | |
| Dental | | |
| Medical | | |
| Total | 1,253.67 | 6,251.02 |

### After-Tax Deductions

| | CURRENT | YTD |
|---|---|---|
| LOAN1 | | |
| LOAN2 | | |
| LOAN3 | | |
| PSEA Ded | | |
| PSEA Due | | |
| TripCost | | |
| VolADDEE | | |
| SuppLife | | |
| DepLife | | |
| Total | | 3,869.07 |

### Employer-Paid Benefits (Info Only)

| | CURRENT | YTD |
|---|---|---|
| 401(k)-P | | |
| Dental | | |
| Vision | | |
| BasicLif | | |
| BasicADD | | |
| Medical | | |
| Total | 470.13 | 9,525.29 |

### Leave Balances

Leave Balances available as of 03/29/2019  Hours shown in whole increments only.

| TYPE | Beg | Earn | Used | Avail | TYPE | Beg | Earn | Used | Avail |
|---|---|---|---|---|---|---|---|---|---|
| Float Hol | 0 | 0 | 0 | 0 | Paid Hol | 0 | 0 | 0 | 0 |
| Vacation | 0 | 0 | 0 | 0 | Sick | 0 | 0 | 0 | 0 |
| PUV | 0 | 0 | 0 | 0 | Inc Sick | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  | Cap Sick | 0.00 | 0.00 | 0.00 | 0.00 |

Employee Message Center