# Exhibit E

Pacific Gas & Electric Company
P.O. Box 770000, MC B6B
San Francisco  CA 94177-0001
EMPLOYEE'S STATEMENT OF EARNINGS, DEDUCTIONS & NET PAY

| | |
|---|---|
| Payroll Area: Utility Monthly Std | Check Date: 03/29/2019 |
| Period Begin Date: 03/29/2019 | Period End Date:03/29/2019 |

Dave Alonzo

Personnel Number: ███
Department: 10472
Posn: Superv███
FLSA Status: ███
Annual Pay: ███

TAX DATA:
Marital Status: ███
Allowances:
Additional Amt:
Exempt Status:

| | Total Gross | Federal Taxable Gross | Total Taxes | Total Current Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | ███ | ███ | ███ | ███ | ███ |
| YTD | | | | | |

Net Pay Distribution    Payroll Check    ███

### Employee Taxes

| | CURRENT | YTD |
|---|---|---|
| CASWT | | |
| CAVSDI | | |
| FEDWT | | ███ |
| FEDOASDI | | |
| FEDMC | | |
| Total | 2,127.74 | 10,766.05 |

| JobCode | Earnings | Adj Pay Period | Rate | CURRENT Hours/Units | Earnings |
|---|---|---|---|---|---|
| 50010787 | Regular - Salary | (03/01/19-03/31/19) | | | ███ |
| 50010787 | Float Holiday Payout | (03/01/19-03/31/19) | | | |
| 50010787 | Paid Hol Pay at Term | (03/01/19-03/31/19) | | | |
| 50010787 | Vac Payoff at Term | (03/01/19-03/31/19) | | | |

Total For This Pay Period                 11,023.65

### Before-Tax Deductions

| | CURRENT | YTD |
|---|---|---|
| 401(k)-B | | ███ |
| Dental | 1,253.67 | 6,251.02 |

### x Deductions

| | CURRENT | YTD |
|---|---|---|
| | ███ | |
| | | 3,869.07 |

### -Paid Benefits (Info Only)

| | CURRENT | YTD |
|---|---|---|
| Dental | | ███ |
| Vision | | |
| BasicLif | | |
| BasicADD | | |
| Medical | | |
| Total | 470.13 | 9,525.29 |

1 OF 1

1 LBS

K. KWAN / B6B
(415) 973-5062
PG & E
77 BEALE ST
SAN FRANCISCO  CA 94105-1830

SHIP TO:
STEVE WASTON
(415) 266-8634
PGE/ROCKLIN
6030 WEST OAKS BLVD.
ROCKLIN CA 95765

CA 956 0-06

UPS NEXT DAY AIR EARLY 1+

TRACKING #: 1Z 951 193 15 4390 9844

BILLING: P/P

PCC/ORDER NUMBER: 13700

WS 22.0.15 Zebra ZP 450  09 0A 01/2019

## Leave Balances

Leave Balances available as of  03/29/2019  Hours shown in whole increments only.

| TYPE | Beg | Earn | Used | Avail | TYPE | Beg | Earn | Used | Avail |
|---|---|---|---|---|---|---|---|---|---|
| Float Hol | 0 | 0 | 0 | 0 | Paid Hol | 0 | 0 | 0 | 0 |
| Vacation | 0 | 0 | 0 | 0 | Sick | 0 | 0 | 0 | 0 |
| PUV | 0 | | 0 | 0 | Inc Sick | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | Cap Sick | 0.00 | 0.00 | 0.00 | 0.00 |

Employee Message Center

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z9511931543909844

**Weight**

1.00 LBS

**Service**

UPS Next Day Air® Early

**Shipped / Billed On**

03/28/2019

**Delivered On**

03/29/2019 7:28 A.M.

**Delivered To**

ROCKLIN, CA, US

**Received By**

KINSEY

**Left At**

Office

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 06/19/2019 4:14 P.M. EST