# Exhibit F


## Short-Term Incentive Plan Administration Standard

**SUMMARY**

The Short-Term Incentive Plan ("the STIP") is established in 2019 (Plan Year) by the Compensation Committee of the PG&E Corporation Board of Directors ("the Committee") to provide eligible employees of PG&E Corporation and Pacific Gas and Electric Company ("Utility") the opportunity to earn quarterly cash awards based on the achievement of specified company performance goals during the Plan Year. The Committee has complete discretion to determine and pay all STIP awards.

The terms of the STIP are described below. To the extent the terms of STIP awards for officers differ from the description below, the terms approved by the Committee will govern.

**TARGET AUDIENCE**

All STIP-eligible employees and their leaders.

### TABLE OF CONTENTS

SUBSECTION  TITLE                                                                                                      PAGE

1        Plan Administrator ................................................................................................. 1
2        STIP Eligibility ..................................................................................................... 1
3        Performance Period & Payments ...................................................................... 2
4        Calculation of STIP Awards............................................................................... 2
5        Components of STIP Awards ............................................................................. 2
6        STIP Awards Payment ....................................................................................... 4

**REQUIREMENTS**

**1      Plan Administrator**

1.1     The Plan Administrator is the Senior Vice President, Human Resources, or his/her designee.

     1.      The Plan Administrator is responsible for implementing the STIP, and defining and interpreting its terms, subject in all cases to the requirements established by the Compensation Committee of the Board of Directors of PG&E Corporation.

**2      STIP Eligibility**

Case: 19-30088     Doc# 4686-6     Filed: 11/12/19     Entered: 11/12/19 15:50:31     Page 2
of 8

## Short-Term Incentive Plan Administration Standard

2.1 Employees of PG&E Corporation and the Utility (collectively, "the Company") who are employed in non-represented jobs, except Senior Vice Presidents and above, are eligible to participate in the STIP. In addition, employees in some union-represented jobs may be eligible to participate in the STIP as defined in the applicable collective bargaining agreement. These non-represented and union-represented jobs are defined as "STIP-eligible Jobs."

**3 Performance Period & Payments**

3.1 The performance period is January 1, 2019 through December 31, 2019. Any payments earned, as determined in the sole discretion of the Committee, will be made on a quarterly basis. Following the end of each calendar quarter, year-to-date company performance will be measured, and awards will be calculated. Earned awards will be paid as soon as practicable following the end of the applicable quarter.

3.2 To be eligible for a STIP award for any given quarter, an employee must be an active employee in a STIP-eligible Job on the last calendar day of that quarter.

**4 Calculation of STIP Awards**

4.1 The amount of each quarterly STIP award will be determined according to the formulas below, subject to the Board's discretion to reduce (including to reduce to zero) any part of the formula:



*Refer to 5.2 "Participation Rates" below

**Refer to 5.3 "Individual Performance Modifier" below

**5 Components of STIP Awards**

5.1 STIP awards are based on eligible earnings attributed to and paid during the quarter while an employee is in a STIP-eligible Job. Eligible earnings include:

1. Base pay, including paid time off

2. Lump sum payment as part of merit increase

3. Temporary assignment pay, including lump-sum payments

Case: 19-30088    Doc# 4686-6    Filed: 11/12/19    Entered: 11/12/19 15:50:31    Page 3
of 8

4.  Overtime pay earned while in nonexempt jobs

5.  Shift premiums earned while in nonexempt jobs

6.  For employees on Paid Family Leave and Short-Term Disability, payments made for approved leaves will be added to eligible earnings.

5.2  Participation Rates are determined by the employee's job

1.  For 2019, all job participation rates will be enhanced as follows:

   a.  For positions below Director/Chief, STIP participation rates will be increased by 25 percent (e.g., a 10 percent STIP participation rate becomes 12.5 percent and 15 percent becomes 18.75 percent).

   b.  For Directors/Chiefs and above positions, in lieu of 2019 LTIP grants, the quarterly STIP target value will be increased to include one-fourth of 50 percent of the position's LTIP target annual award value.

5.3  For 2019, the Individual Performance Modifier ("IPM") will be applied on an annual basis at the end of the year based on the performance process.  IPM will be determined as follows:

1.  Leaders of non-officer STIP-eligible employees in non-represented jobs determine individual performance modifiers based on a range of percentages that corresponds to each employee's year-end performance rating and the guidelines established by the Plan Administrator.

2.  Leaders of employees in union-represented STIP-Eligible Jobs assign those employees a performance management rating at the end of the Plan Year. Those employees receive individual performance modifiers equal to the average of the individual performance modifiers provided to employees in non-represented jobs with the same performance rating in the following job levels: Professional—Associate through Principal, and Leadership—Supervisor through Senior Manager.

5.4  Company Performance Score is determined by the Committee.

1.  For the 2019 Plan Year, the Committee approves a set of metrics and targets to be used to determine the Company Performance Score.

2.  At the end of each quarter, the Committee reviews the outcomes of the metrics against the targets, as confirmed by Internal Audit, and proposed year-to-date Company Performance Score.

3.  The Committee, at its discretion, approves or modifies the outcomes of the STIP metrics for the quarter and determines the Company Performance Score. The Committee retains the right to zero out the STIP metrics such that the Company Performance Score is zero.

Case: 19-30088   Doc# 4686-6   Filed: 11/12/19   Entered: 11/12/19 15:50:31   Page 4 of 8

**Short-Term Incentive Plan Administration Standard**

**6        STIP Awards Payment**

6.1     STIP awards are paid as soon as practicable following the end of the applicable quarter following approval by the Committee.

6.2     The Committee has discretion to reduce or eliminate the amount of final STIP awards notwithstanding the achievement of specified STIP goals.

6.3     STIP payments are subject to applicable withholding taxes.

6.4     Requests for corrections to STIP awards must be submitted to the Compensation Department.

**END of Requirements**

**DEFINITIONS**

Committee – The Compensation Committee of the PG&E Corporation Board of Directors

Company Performance Score – A portion of the STIP calculation based on PG&E's achievement of performance goals and the Committee's discretion

Eligible Earnings – The components of pay upon which the STIP calculation is based

Individual Performance Modifier – A portion of the STIP calculation based on the employee's performance for the year

Participation Rate – A portion of the STIP target calculation based on the employee's job

Plan Year – The calendar year beginning January 1 and ending December 31

Restructuring Target Enhancement Factor – STIP participation rates for jobs below the director/chief level increased by 25% for 2019

STIP-Eligible Jobs – All non-represented jobs and union-represented jobs eligible to participate in the STIP as defined in the applicable collective bargaining agreement

Utility – Pacific Gas and Electric Company

**IMPLEMENTATION RESPONSIBILITIES**

The Compensation department will share this standard with Human Resources stakeholders through the HR Governance Committee, and by email as appropriate

The HR Risk and Compliance department will post this standard to the Guidance Document Library

The Compensation department will share this standard in a Daily Digest article



## Short-Term Incentive Plan Administration Standard

The Compensation department will post a link to this standard on the STIP intranet page

**GOVERNING DOCUMENT**

N/A

**COMPLIANCE REQUIREMENT / REGULATORY COMMITMENT**

1.  PG&E makes pay decisions in compliance with the following citations:

    *   Labor Code s. 1197.5 (CA Fair Pay Act); Department of Fair Employment and Housing

    *   Police Code Article 33J, Sec. 3300J.1, 3300J.2, 3300J.3, 3300J.4, 3300J.5, 3300J.6, and 3300J.7, and 3300J.8 (Parity in Pay); City of San Francisco

    *   AB 168 (Employers: salary information); State of California

2.  PG&E records and maintains employee and payroll records in compliance with the following citations:

    *   29 CFR s. 516.6 (Fair Labor Standards Act); Department of Labor

    *   29 CFR s. 1627.3 (Age Discrimination in Employment Act of 1967); Equal Employment Opportunity Commission

    *   29 USC s. 201-219 (Fair Labor Standards Act); Department of Labor

    *   8 CCR s. 11010-11160 (Wage orders); Division of Labor Standards Enforcement

    *   Labor Code s. 1174(c) (Wage and hour record requirements); Division of Labor Standards Enforcement

    *   Labor Code s. 1197.5(d) (Discrimination on basis of gender); Department of Fair Employment and Housing

**REFERENCE DOCUMENTS**

**Developmental References:**

Short-Term Incentive Plan Administrative Guidelines

**Supplemental References:**

HR-1240S, Compensation Programs Standard

HR-1230S, Compensation Administration Standard

HR-1202S, Compensation Delegation of Authority Standard

Case: 19-30088    Doc# 4686-6    Filed: 11/12/19    Entered: 11/12/19 15:50:31    Page 6 of 8



## Short-Term Incentive Plan Administration Standard

[STIP intranet page](#)

**APPENDICES**

N/A

**ATTACHMENTS**

Attachment 1 – Frequently Asked Questions

**DOCUMENT RECISION**

Short-Term Incentive Plan Administrative Guidelines

**DOCUMENT APPROVER**

John Lowe, Senior Director, Total Rewards, Pacific Gas and Electric Company

**DOCUMENT OWNER**

Kevin O'Connell, Director, Compensation, Pacific Gas and Electric Company

**DOCUMENT CONTACT**

Jyoti Singh, Manager, Compensation Processes and Technology, Pacific Gas and Electric Company

**REVISION NOTES**

| Where? | What Changed? |
|---|---|
| Rev 0 | New Standard |
| Rev 1 Throughout | Updates from annual to quarter when referencing eligible earnings, calculation, awards, board approvals |
| 1.1 | Removes HR Solution Center as contact for STIP questions |
| 2.1 | Excludes eligibility for Senior Vice Presidents and above |
| 3 | Updates eligibility to be based on active in STIP-eligible job on last calendar day of quarter |
| 4 | Updates the STIP award calculation, including additional Restructure Target Enhancement factor and Individual Performance Modifier at year-end |
| 5 | Clarifies eligible earnings based on earnings attributed to and paid during the quarter |
| 5.1.6 | Defines eligible earnings for employees on Paid Family Leave and Short-Term Disability will be based on payments made for approved leaves |

Case: 19-30088    Doc# 4686-6    Filed: 11/12/19    Entered: 11/12/19 15:50:31    Page 7 of 8



## Short-Term Incentive Plan Administration Standard

| Where? | What Changed? |
|---|---|
| 5.2 | Updates participation rate for positions at Director/Chief and below levels enhanced by 25% for 2019 |
|  | Adds an LTIP component of STIP award for Directors/Chiefs and above positions in lieu of 2019 LTIP grants |
| 5.3 | Describes how individual performance modifier is determined annually at the end of the year for non-represented and represented STIP eligible employees |

Case: 19-30088   Doc# 4686-6   Filed: 11/12/19   Entered: 11/12/19 15:50:31   Page 8 of 8