# Exhibit G

```
Pacific Gas & Electric Company                    Payroll Area:    Utility Monthly Std    Check Date:       05/15/2019
P.O. Box 770000, MC B6B                            Period Begin Date: 05/15/2019            Period End Date: 05/15/2019
San Francisco  CA 94177-0001
EMPLOYEE'S STATEMENT OF EARNINGS, DEDUCTIONS & NET PAY
```

| | Personnel Number: | TAX DATA: |
|---|---|---|
| Dave Alonzo | Department: 10472 | Marital Status: |
| | Posn: Integra | Allowances: |
| | FLSA Status: | Additional Amt: |
| | Annual Pay: | Exempt Status: |

| | Total Gross | Federal Taxable Gross | Total Taxes | Total Current Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | | | | | |
| YTD | | | | | |

| Net Pay Distribution | Payroll Check |
|---|---|

| Employee Taxes | CURRENT | YTD |
|---|---|---|
| CASWT | | |
| CAVSDI | | |
| FEDWT | | |
| FEDOASDI | | |
| FEDMC | | |
| Total | 3,089.06 | 13,855.11 |

| JobCode | Earnings | Adj Pay Period | Rate | CURRENT Hours/Units | Earnings |
|---|---|---|---|---|---|
| | STIP | | | | |
| | Total For This Pay Period | | | | 7,556.43 |

| Before-Tax Deductions | CURRENT | YTD |
|---|---|---|
| 401(k)-B | | |
| Dental | | |
| Medical | | |
| Total | | 6,251.02 |

| After-Tax Deductions | CURRENT | YTD |
|---|---|---|
| LOAN1 | | |
| LOAN2 | | |
| LOAN3 | | |
| PSEA Ded | | |
| PSEA Due | | |
| TripCost | | |
| VolADDEE | | |
| SuppLife | | |
| DepLife | | |
| Total | | 3,869.07 |

| Employer-Paid Benefits (Info Only) | CURRENT | YTD |
|---|---|---|
| 401(k)-P | | |
| Dental | | |
| Vision | | |
| BasicLif | | |
| BasicADD | | |
| Medical | | |
| Total | | 9,525.29 |

### Leave Balances

Leave Balances available as of 05/15/2019 Hours shown in whole increments only.

| TYPE | Beg | Earn | Used | Avail | TYPE | Beg | Earn | Used | Avail |
|---|---|---|---|---|---|---|---|---|---|
| Float Hol | 0 | 0 | 0 | 0 | Paid Hol | 0 | 0 | 0 | 0 |
| Vacation | 0 | 0 | 0 | 0 | Sick | 0 | 0 | 0 | 0 |
| PUV | 0 | | 0 | 0 | Inc Sick | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | Cap Sick | 0.00 | 0.00 | 0.00 | 0.00 |

### Employee Message Center

Elig. Earnings X Participation Rate X Co. Score = STIP

Case: 19-30088    Doc# 4686-7    Filed: 11/12/19    Entered: 11/12/19 15:50:31    Page 2 of 2