# Exhibit H

Case: 19-30088 Doc# 4686-8 Filed: 11/12/19 Entered: 11/12/19 15:50:31 Page 1 of 2

