# Exhibit A




# People picks



*Veronica (Bell) finds herself in an explosive situation.*

## HULU | Veronica Mars
### Kristen Bell returns in her very best role

DRAMA *Veronica Mars*'s first season, back in 2004, wasn't a hit, but it offered some of the finest TV of the decade, and its core story—a kid detective (Kristen Bell) always on the margins of acceptance and happiness in her hometown—was so strong that it created a fan base willing to follow Veronica practically into old age. In fact, some kind of *Murder, She Wrote* with Bell doesn't seem so far-fetched: There was a pretty decent follow-up movie in 2014, and now the show gets a thoroughly enjoyable reboot on Hulu. Veronica, who was once preternaturally jaded but now seems softer after all her years of bitterness, tries to figure out who's setting off bombs during spring break. Bell is terrific. *(Available now)*

## Binge These Emmy-Nominated Hits!

  

**Dead to Me**
NETFLIX | COMEDY
Christina Applegate, up for Best Actress, is a short-tempered widow who quickly regrets becoming palsy-walsy with grieving oddball Linda Cardellini. Beyond bingeable—snarfable.

**Chernobyl**
HBO | DRAMA
With an ensemble cast including Jared Harris, this searing miniseries about the 1986 nuclear disaster earned 19 nominations. It also triggered a spike in tourism to the site.

**Escape at Dannemora**
SHOWTIME | DRAMA
This grimly suspenseful tale of a prison breakout is up for 12 awards, including an acting nod for Patricia Arquette. She's also a Supporting Actress nominee for Hulu's true-crime drama *The Act*.



## TV | Pennyworth
DRAMA Possibly the cleverest TV prequel since *Better Call Saul*, this new action series is the 1960s backstory of none other than Batman valet Alfred Pennyworth (Jack Bannon). Here he's in his 20s and trying to make a go of it as a security specialist and fixer in Swinging London, a sunless metropolis that looks like Gotham with statelier architecture. The show has a stylish swagger worthy of the *Kingsman* movies, plus a mean female villain, Sykes (Paloma Faith), who has Dusty Springfield hair. *(Epix, July 28, 9 p.m.)*

## MUSIC | Beyoncé + various artists, The Lion King: The Gift
POP Curated, produced and featuring several contributions by Beyoncé, *Gift*—not to be confused with the Disney reboot's official soundtrack—follows in the paw prints of other recent artist-curated blockbuster companion albums. Beyoncé assembles both superstars (Jay-Z, Kendrick Lamar) and newcomers (070 Shake, Tierra Whack) for an eminently listenable set. But the project's greatest strength is the spotlight it shines on acclaimed African artists, including Burna Boy (Nigeria), Salatiel (Cameroon), Shatta Wale (Ghana) and Moonchild Sanelly (South Africa). *(Available now)*



**Legal Notice**

**If you purchased FoodState dietary supplements (MegaFoods or Innate Response Formulas brands), you can request a payment from a class action settlement fund.**

A class action settlement has been preliminarily approved by the Court in *Holt, et al. v. FoodState, Inc.*, No. 1:17-cv-00637-LM (D.N.H.). Your rights may be affected by this proposed settlement. Plaintiffs allege that the labeling, packaging and websites for supplements manufactured by FoodState, Inc. ("FoodState") or its affiliates ("Covered Products"), was misleading regarding the amount of nutrients provided from "whole foods." Plaintiffs also allege that some FoodState products did not disclose the presence of magnesium stearate. Plaintiffs do not claim that these products are unsafe or present a health hazard. The Court has not decided in favor of either side. FoodState denies the claims made in the lawsuit and denies it has done anything wrong. FoodState stands by its products, their labels and packaging, and their safety and efficacy. FoodState has agreed to a settlement to avoid the substantial cost, inconvenience and disruption of litigation.

**Who is included?** You are included in the settlement as a "Settlement Class Member" if you purchased, for personal use and not for resale or distribution, a Covered Product between January 15, 2011 and September 15, 2018. A more detailed description of Covered Products is available at www.FoodStateSettlement.com.

**What does the settlement provide?** FoodState will create a $2.1 million Settlement Fund. After deducting any Court-approved attorneys' fees and costs, incentive awards, and settlement notice and administration costs, the balance of the Settlement Fund will be distributed to Settlement Class Members who file valid claims. Settlement Class Members who file valid claims may request up to $25 per bottle (up to four bottles per household) of Covered Products claimed. Actual payment amounts may vary based on the total number of valid claims received, the balance of the Settlement Fund once Court-approved deductions are made, and whether or not you provide proof of purchase with your Claim Form.

The Plaintiffs and all Settlement Class Members are stayed and enjoined from commencing, pursuing, maintaining, enforcing or prosecuting, either directly or indirectly, any Released Claims (defined in the Settlement Agreement) in any judicial, administrative, arbitral or other forum, against any of the Released Parties. The Settlement Agreement is available at www.FoodStateSettlement.com.

**How do I get a payment?** To receive a payment, you must submit a valid Claim Form by **August 19, 2019**. Claim Forms may be submitted online at www.FoodStateSettlement.com or printed and submitted to the Claims Administrator at Holt v. FoodState, Inc. Settlement Administrator, P.O. Box 404041, Louisville, KY 40233-4041.

**Your other options.** If you are a Settlement Class Member and do nothing, your rights will be affected but you will not get a settlement payment. If you are a Settlement Class Member but do not want to be legally bound by the settlement, you must exclude yourself from it by sending a letter requesting exclusion to the Settlement Administrator by **August 28, 2019**. Unless you exclude yourself, you will not be able to sue or continue to sue FoodState and related parties for any legal claim resolved by this settlement or released by the Settlement Agreement. If you exclude yourself, you cannot request a payment from the settlement. If you stay in the settlement (do *not* exclude yourself), you may object to any part of the settlement or the whole settlement. If you object, you must notify the Court if you or your lawyer intend to appear at the Court's Final Approval Hearing. Written objections must be sent to the Court, Class Counsel and Counsel for FoodState by **August 28, 2019**. You may hire your own lawyer at your expense to represent you in this proposed settlement. More information, including the Settlement Agreement and instructions on how to exclude oneself or object can be found on the website available at www.FoodStateSettlement.com.

**The Final Approval Hearing.** The Court will hold a hearing in this case at 9:30 a.m. on **November 4, 2019** at the U.S.D.C., District Court of New Hampshire, Courtroom 5, 55 Pleasant Street, Concord, NH 03301. At the hearing, the Court will decide whether to approve the settlement; and Class Counsel's request for attorneys' fees, costs and expenses of up to 33.33% of the Settlement Fund; and a $1,500 incentive award payment to each of the three Class Representatives. You or your lawyer may appear at the hearing at your own expense.

**1-866-683-9603**
www.FoodStateSettlement.com

**If You Suffered A Loss Resulting From THE NORTHERN CALIFORNIA FIRES You May Be Eligible For Compensation**

*Read this Notice Carefully, Your Rights May Be Affected*
*Para información en español, visite www.pgewildfireinfo.com.*

**What is this about?**
The purpose of this notice is to let you know about the Bar Date deadline to file proofs of claim in the Chapter 11 legal cases against Pacific Gas and Electric Company (PG&E). On June 26, 2019, the U.S. Bankruptcy Court for the Northern District of California overseeing the company's Chapter 11 cases approved the Bar Date of October 21, 2019, at 5:00 p.m. Pacific Time. The Bar Date is the deadline by which any person or entity affected by the Northern California Fires must file a Proof of Claim if they believe money is owed to them by PG&E concerning the period prior to the Chapter 11 filing date of January 29, 2019.

**Who does this affect and what are my rights?**
If you suffered an injury or wrongful death, property damage, or other loss resulting from the Northern California Fires, you **MUST** file a Claim in PG&E's Chapter 11 cases **NO** later than the court-mandated Bar Date of **OCTOBER 21, 2019** to preserve any rights to payment and timely compensation. If you do not submit a Proof of Claim by the deadline, you may be barred from asserting your claim against PG&E and give up rights to any payment and compensation.

**How do I file a claim?**
You can file a claim online, by U.S. mail or at one of six PG&E Claim Service Centers. For complete details on who is eligible to file a claim, how to file a claim and the supporting documents you or your representative need to properly file a claim, visit: www.pgewildfireinfo.com or call the toll-free information line: (844) 627-5328.

**You can submit a claim in person.**
You can file your claim at one of six PG&E Claim Service Centers listed below, beginning July 15, 2019 through October 21, 2019, Monday to Friday from 8:30 a.m. to 5:00 p.m. Pacific Time.

- 350 Salem Street, Chico, CA 95928
- 231 "D" Street, Marysville, CA 95901
- 1850 Soscol Ave., Ste 105, Napa, CA 94559
- 1567 Huntoon Street, Oroville, CA 95965
- 3600 Meadow View Road, Redding, CA 96002
- 111 Stony Circle, Santa Rosa, CA 95401

**You may also file your claim by U.S. mail to the court appointed Claims and Noticing Agent:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, P.O. Box 4850
New York, NY 10163-4850

**Are you the legal representative of the deceased's estate?**
You may file a Proof of Claim on their behalf. In addition to any supporting documentation that you provide with the Proof of Claim Form, please include a copy of any documentation identifying you as the legal representative. Detailed information on what you need to file a claim is found on the website below.

**This is only a summary.**
For more information including important Court documents such as the Bar Date Notice, and other detailed information concerning who is eligible to file a claim, the proof you need to file a claim and how to file it, visit: www.pgewildfireinfo.com, or call (844) 627-5328. You can also sign up for updates relating to the Chapter 11 proceedings and register your email address for electronic notification of important case documents.

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. (Copyright) 2019 Pacific Gas and Electric Company. All rights reserved.

**(844) 627-5328**
**www.pgewildfireinfo.com**

Case: 19-30088    Doc# 4688-1    Filed: 11/12/19    Entered: 11/12/19 16:05:12    Page 3 of 6



# NFL PREVIEW 2019

AUGUST 26–SEPTEMBER 2, 2019
**DOUBLE ISSUE**
VOLUME 130 | NOS. 23/24
SI.COM | @SINOW

PHOTOGRAPH BY KOHJIRO KINNO

**Bold Prediction!**
**CLEVELAND'S FIRST DIVISION TITLE IN 30 YEARS**
(Can they win SB LIV? Turn to P. 58)

*That stigma.... I can feel it coming off.*

# The BROWNS Are Back

BY **BEN BASKIN**
P. 32

**JARVIS LANDRY | ODELL BECKHAM JR.**
Two of the many reasons the franchise (finally) has hope.

DISPLAY UNTIL 9/19/19

$5.99US $6.99CAN

Case: 19-30088    Doc# 4688-1    Filed: 11/12/19    Entered: 11/12/19 16:05:12    Page 4 of 6

the national championship touchdown? "Way cooler."

Still, Lowe's mind would drift late at night back to Taylor, the friend he lost to drug addiction. Taylor was the reason he'd stay in Portland even after his success led to other, better offers. He'd take the longer odds, he reasoned, because he could make a greater impact.

**STANDING IN** Mr. Melzer's Government classroom back in May, Lowe assessed the situation in an instant. Yes, he saw a gun; yes, that gun was real. He remembers Granados-Diaz's eyes and how they widened like an insect's and teared, announcing desperation, anger, confusion. The teenager whipped the shotgun around, turning it on himself as students scattered out the back of the room, shrieking. (Only in the Fab building did classrooms have two doorways.) "It wasn't like a movie," Lowe says. "It was real screaming-for-your-life-type stuff."

He says he never considered ducking or hiding or running. He made a split-second decision: to grab for the gun rather than tackle Granados-Diaz. They wrestled for control, the college football star and the kid who called himself an outsider, who'd told classmates that his girlfriend had broken up with him and whose lawyer would later say in court that he suffered from depression.

Lowe tried desperately to direct the barrel away from both the stampeding horde and from his own face. He and Granados-Diaz knocked into a filing cabinet and spilled into the hallway, where Lowe finally snatched the firearm away, holding Granados-Diaz with his left hand and the shotgun with his right.

In the hall a teacher happened by and Lowe screamed out for her to call police. He remembers her sprinting away, shoes squeaking on the linoleum floors, yelling, "Active shooter!" In control, Lowe handed the gun to another teacher, who bolted back inside a classroom. He remembers seeing the football field and the track through the window, in the distance; he remembers walking Granados-Diaz slowly down the hallway, holding tight to the boy's wrists, one hand on each of his, then guiding him to the floor underneath a security camera and a PARKROSE PRIDE sign. His anger began to melt, giving way to a compassion he couldn't have expected.

The two had never met before, Lowe and Granados-Diaz. Sitting there on the ground, the menace fading from his face, the teenager looked scared, confused, troubled. He kept repeating the same thing, that he didn't want to hurt anyone, that he only planned to shoot himself. "Nobody cares about me!" he screamed.

### If You Suffered A Loss Resulting From
### THE NORTHERN CALIFORNIA FIRES
### You May Be Eligible For Compensation

*Read this Notice Carefully, Your Rights May Be Affected*
*Para información en español, visite www.pgewildfireinfo.com.*

**What is this about?**
The purpose of this notice is to let you know about the Bar Date deadline to file proofs of claim in the Chapter 11 legal cases against Pacific Gas and Electric Company (PG&E). On June 26, 2019, the U.S. Bankruptcy Court for the Northern District of California overseeing the company's Chapter 11 cases approved the Bar Date of October 21, 2019, at 5:00 p.m. Pacific Time. The Bar Date is the deadline by which any person or entity affected by the Northern California Fires must file a Proof of Claim if they believe money is owed to them by PG&E concerning the period prior to the Chapter 11 filing date of January 29, 2019.

**Who does this affect and what are my rights?**
If you suffered an injury or wrongful death, property damage, or other loss resulting from the Northern California Fires, you **MUST** file a Claim in PG&E's Chapter 11 cases **NO** later than the court-mandated Bar Date of **OCTOBER 21, 2019** to preserve any rights to payment and timely compensation. If you do not submit a Proof of Claim by the deadline, you may be barred from asserting your claim against PG&E and give up rights to any payment and compensation.

**How do I file a claim?**
You can file a claim online, by U.S. mail or at one of six PG&E Claim Service Centers. For complete details on who is eligible to file a claim, how to file a claim and the supporting documents you or your representative need to properly file a claim, visit: www.pgewildfireinfo.com or call the toll-free information line: (844) 627-5328.

**You can submit a claim in person.**
You can file your claim at one of six PG&E Claim Service Centers listed below, beginning July 15, 2019 through October 21, 2019, Monday to Friday from 8:30 a.m. to 5:00 p.m. Pacific Time.

- 350 Salem Street, Chico, CA 95928
- 231 "D" Street, Marysville, CA 95901
- 1850 Soscol Ave., Ste 105, Napa, CA 94559
- 1567 Huntoon Street, Oroville, CA 95965
- 3600 Meadow View Road, Redding, CA 96002
- 111 Stony Circle, Santa Rosa, CA 95401

**You may also file your claim by U.S. mail to the court appointed Claims and Noticing Agent:**
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, P.O. Box 4850
New York, NY 10163-4850

**Are you the legal representative of the deceased's estate?**
You may file a Proof of Claim on their behalf. In addition to any supporting documentation that you provide with the Proof of Claim Form, please include a copy of any documentation identifying you as the legal representative. Detailed information on what you need to file a claim is found on the website below.

**This is only a summary.**
For more information including important Court documents such as the Bar Date Notice, and other detailed information concerning who is eligible to file a claim, the proof you need to file a claim and how to file it, visit: www.pgewildfireinfo.com, or call (844) 627-5328. You can also sign up for updates relating to the Chapter 11 proceedings and register your email address for electronic notification of important case documents.

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. (Copyright) 2019 Pacific Gas and Electric Company. All rights reserved.

**(844) 627-5328**
**www.pgewildfireinfo.com**



### If You Suffered A Loss Resulting From
### THE NORTHERN CALIFORNIA FIRES
#### You May Be Eligible For Compensation

*Read this Notice Carefully, Your Rights May Be Affected*
*Para información en español, visite www.pgewildfireinfo.com.*

#### What is this about?
The purpose of this notice is to let you know about the Bar Date deadline to file proofs of claim in the Chapter 11 legal cases against Pacific Gas and Electric Company (PG&E). On June 26, 2019, the U.S. Bankruptcy Court for the Northern District of California overseeing the company's Chapter 11 cases approved the Bar Date of October 21, 2019, at 5:00 p.m. Pacific Time. The Bar Date is the deadline by which any person or entity affected by the Northern California Fires must file a Proof of Claim if they believe money is owed to them by PG&E concerning the period prior to the Chapter 11 filing date of January 29, 2019.

#### Who does this affect and what are my rights?
If you suffered an injury or wrongful death, property damage, or other loss resulting from the Northern California Fires, you **MUST** file a Claim in PG&E's Chapter 11 cases **NO** later than the court-mandated Bar Date of **OCTOBER 21, 2019** to preserve any rights to payment and timely compensation. If you do not submit a Proof of Claim by the deadline, you may be barred from asserting your claim against PG&E and give up rights to any payment and compensation.

#### How do I file a claim?
You can file a claim online, by U.S. mail or at one of six PG&E Claim Service Centers. For complete details on who is eligible to file a claim, how to file a claim and the supporting documents you or your representative need to properly file a claim, visit: www.pgewildfireinfo.com or call the toll-free information line: (844) 627-5328.

#### You can submit a claim in person.
You can file your claim at one of six PG&E Claim Service Centers listed below, beginning July 15, 2019 through October 21, 2019, Monday to Friday from 8:30 a.m. to 5:00 p.m. Pacific Time.

- 350 Salem Street, Chico, CA 95928
- 231 "D" Street, Marysville, CA 95901
- 1850 Soscol Ave., Ste 105, Napa, CA 94559
- 1567 Huntoon Street, Oroville, CA 95965
- 3600 Meadow View Road, Redding, CA 96002
- 111 Stony Circle, Santa Rosa, CA 95401

#### You may also file your claim by U.S. mail to the court appointed Claims and Noticing Agent:
PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station, P.O. Box 4850
New York, NY 10163-4850

#### Are you the legal representative of the deceased's estate?
You may file a Proof of Claim on their behalf. In addition to any supporting documentation that you provide with the Proof of Claim Form, please include a copy of any documentation identifying you as the legal representative. Detailed information on what you need to file a claim is found on the website below.

#### This is only a summary.
For more information including important Court documents such as the Bar Date Notice, and other detailed information concerning who is eligible to file a claim, the proof you need to file a claim and how to file it, visit: www.pgewildfireinfo.com, or call (844) 627-5328. You can also sign up for updates relating to the Chapter 11 proceedings and register your email address for electronic notification of important case documents.

"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. (Copyright) 2019 Pacific Gas and Electric Company. All rights reserved.

**(844) 627-5328**
**www.pgewildfireinfo.com**



Use post-paid reader service card for free brochures

Case: 19-30088    Doc# 4688-1    Filed: 11/12/19    Entered: 11/12/19 16:05:12    Page 6 of 6