# Exhibit B

| Newspaper | Circulation | Publication Date |
|---|---|---|
| Bakersfield Californian | 27,403 | July 15, 2019 |
| | | August 22, 2019 |
| | | September 26, 2019 |
| Chico Enterprise-Record | 7,874 | July 18, 2019 |
| | | August 22, 2019 |
| | | September 26, 2019 |
| Del Norte Triplicate | 3,500 | July 17, 2019 |
| | | August 21, 2019 |
| | | September 25, 2019 |
| East Bay Times | 126,355 | July 17, 2019 |
| | | August 22, 2019 |
| | | September 26, 2019 |
| Eureka Times Standard | 8,166 | July 16, 2019 |
| | | August 23, 2019 |
| | | September 26, 2019 |
| Ferndale Enterprise | 1,200 | July 11, 2019 |
| | | August 22, 2019 |
| | | September 26, 2019 |
| Fresno Bee | 49,536 | July 15, 2019 |
| | | August 22, 2019 |
| | | September 26, 2019 |
| Grass Valley Union | 8,207 | July 15, 2019 |
| | | August 22, 2019 |
| | | September 26, 2019 |
| Lassen County Times | 9,850 | July 16, 2019 |
| | | August 20, 2019 |
| | | September 24, 2019 |
| Los Angeles Times | 417,936 | July 15, 2019 |
| | | August 22, 2019 |
| | | September 26, 2019 |
| Mad River Union | 3,200 | July 17, 2019 |
| | | August 21, 2019 |
| | | September 25, 2019 |
| Modesto Bee | 24,181 | July 15, 2019 |
| | | August 22, 2019 |
| | | September 26, 2019 |
| Modoc County Record | 3,520 | July 11, 2019 |
| | | August 22, 2019 |
| | | September 26, 2019 |
| Mount Shasta Herald | 2,700 | July 17, 2019 |
| | | August 21, 2019 |
| | | September 25, 2019 |

| Newspaper | Circulation | Publication Date |
|---|---|---|
| Napa Valley Register | 8,359 | July 17, 2019 |
| | | August 22, 2019 |
| | | September 26, 2019 |
| Paradise Post | 1,665 | July 17, 2019 |
| | | August 21, 2019 |
| | | September 25, 2019 |
| Red Bluff Daily News | 4,000 | July 16, 2019 |
| | | August 22, 2019 |
| | | October 2, 2019 |
| Redding Record Searchligh | 11,086 | July 15, 2019 |
| | | August 22, 2019 |
| | | September 26, 2019 |
| Sacramento Bee | 95,857 | July 15, 2019 |
| | | August 22, 2019 |
| | | September 26, 2019 |
| San Francisco Chronicle | 171,000 | July 15, 2019 |
| | | August 22, 2019 |
| | | September 26, 2019 |
| San Francisco Examiner | 163,254 | July 17, 2019 |
| | | August 22, 2019 |
| | | September 26, 2019 |
| San Jose Mercury News | 146,046 | July 17, 2019 |
| | | August 22, 2019 |
| | | September 26, 2019 |
| Santa Rosa Press Democra | 46,100 | July 15, 2019 |
| | | August 22, 2019 |
| | | September 26, 2019 |
| Siskiyou Daily News | 4,000 | July 17, 2019 |
| | | August 21, 2019 |
| | | September 25, 2019 |
| Stockton Record | 11,190 | July 15, 2019 |
| | | August 22, 2019 |
| | | September 26, 2019 |
| Trinity Journal | 4,000 | July 17, 2019 |
| | | August 21, 2019 |
| | | September 25, 2019 |
| Ukiah Daily Journal | 3,976 | July 18, 2019 |
| | | August 22, 2019 |
| | | September 26, 2019 |

# PROOF OF PUBLICATION

**The BAKERSFIELD CALIFORNIAN**
**P.O. BOX 440**
**BAKERSFIELD, CA  93302**

| | | | |
|---|---|---|---|
| **Ad Number:** | 14617347 | **PO #:** | |
| **Edition:** | 1TBC | **Run Times** | 1 |
| **Class Code** | MAIN | | |
| **Start Date** | 07/15/2019 | **Stop Date** | 07/15/2019 |
| **Billing Lines** | 1/2 Page | **Inches** | |
| **Total Cost** | $2500.00 | **Account** | 2NSB00 |
| **Billing Address** | Newspaper Space Buyers 149 Rowayton, 2nd Floor Rowayton, CT 06853 | | |

STATE OF CALIFORNIA
COUNTY OF KERN

I AM A CITIZEN OF THE UNITED STATES AND A RESIDENT
OF THE COUNTY AFORESAID:  I AM OVER THE AGE OF
EIGHTEEN YEARS, AND NOT A PARTY TO OR INTERESTED
IN THE ABOVE ENTITLED MATTER.  I AM THE ASSISTANT
PRINCIPAL CLERK OF THE PRINTER OF THE BAKERSFIELD
CALIFORNIAN, A NEWSPAPER OF GENERAL
CIRCULATION, PRINTED AND PUBLISHED DAILY IN THE
CITY OF BAKERSFIELD COUNTY OF KERN,

AND WHICH NEWSPAPER HAS BEEN ADJUDGED A
NEWSPAPER OF GENERAL CIRCULATION BY THE SUPERIOR
COURT OF THE COUNTY OF KERN, STATE OF CALIFORNIA,
UNDER DATE OF FEBRUARY 5, 1952, CASE NUMBER 57610;
THAT THE NOTICE, OF WHICH THE ANNEXED IS A PRINTED
COPY, HAS BEEN PUBLISHED IN EACH REGULAR AND
ENTIRE ISSUE OF SAID NEWSPAPER
AND NOT IN ANY SUPPLEMENT THEREOF ON THE
FOLLOWING DATES, TO WIT:

07/15/2019

**Solicitor I.D.:** 0

**First Text** PG&E LEGAL

**Ad Number** 14617347

I CERTIFY (OR DECLARE) UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

Jason Miller

DATED AT BAKERSFIELD CALIFORNIA

7/25/19

# PROOF OF PUBLICATION

**The BAKERSFIELD CALIFORNIAN**
**P.O. BOX 440**
**BAKERSFIELD, CA 93302**

| | | | |
|---|---|---|---|
| **Ad Number:** | 14630612 | **PO #:** | |
| **Edition:** | 1TBC | **Run Times** | 2 |
| **Class Code** | MAIN | | |
| **Start Date** | 08/22/2019 | **Stop Date** | 09/26/2019 |
| **Billing Lines** | 1/2 Page | **Inches** | |
| **Total Cost** | $5000.00 | **Account** | 2NSB00 |
| **Billing Address** | Newspaper Space Buyers 149 Rowayton, 2nd Floor Rowayton, CT 06853 | | |

STATE OF CALIFORNIA
COUNTY OF KERN

I AM A CITIZEN OF THE UNITED STATES AND A RESIDENT OF THE COUNTY AFORESAID: I AM OVER THE AGE OF EIGHTEEN YEARS, AND NOT A PARTY TO OR INTERESTED IN THE ABOVE ENTITLED MATTER. I AM THE ASSISTANT PRINCIPAL CLERK OF THE PRINTER OF THE BAKERSFIELD CALIFORNIAN, A NEWSPAPER OF GENERAL CIRCULATION, PRINTED AND PUBLISHED DAILY IN THE CITY OF BAKERSFIELD COUNTY OF KERN,

AND WHICH NEWSPAPER HAS BEEN ADJUDGED A NEWSPAPER OF GENERAL CIRCULATION BY THE SUPERIOR COURT OF THE COUNTY OF KERN, STATE OF CALIFORNIA, UNDER DATE OF FEBRUARY 5, 1952, CASE NUMBER 57610; THAT THE NOTICE, OF WHICH THE ANNEXED IS A PRINTED COPY, HAS BEEN PUBLISHED IN EACH REGULAR AND ENTIRE ISSUE OF SAID NEWSPAPER AND NOT IN ANY SUPPLEMENT THEREOF ON THE FOLLOWING DATES, TO WIT:

08/22/2019

09/26/2019

I CERTIFY (OR DECLARE) UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_Jason Miller_

Jason Miller

DATED AT BAKERSFIELD CALIFORNIA

_9/26/19_

| | |
|---|---|
| **Solicitor I.D.:** | 0 |
| **First Text** | PG&E LEGAL |
| **Ad Number** | 14630612 |

# Chico Enterprise-Record

400 E. Park Ave.
Chico, Ca 95928
530-896-7702
erlegal@chicoer.com

3815899

NEWSPAPER SPACE BUYERS
149 ROWAYTON, 2ND FLOOR
NORWALK, CT 06853

Legal No. **0006366419**

## IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, IN AND FOR THE COUNTY OF BUTTE

In The Matter Of

## AFFIDAVIT OF PUBLICATION

STATE OF CALIFORNIA

COUNTY OF BUTTE

} SS.

The undersigned resident of the county of Butte, State of California, says:

That I am, and at all times herein mentioned was a citizen of the United States and not a party to nor interested in the above entitled matter; that I am the principal clerk of the printer and publisher of

**The Chico Enterprise-Record**
**The Oroville Mercury-Register**

That said newspaper is one of general circulation as defined by Section 6000 Government Code of the State of California, Case No. 26796 by the Superior Court of the State of California, in and for the County of Butte; that said newspaper at all times herein mentioned was printed and published daily in the City of Chico and County of Butte; that the notice of which the annexed is a true printed copy, was published in said newspaper on the following days:

**07/18/2019, 08/22/2019, 09/26/2019**

Dated September 26, 2019
at Chico, California

*(Signature)*

(Signature)

r.BP7-01/27/16

---

**LEGAL NOTICE - PARA INFORMACIÓN EN ESPAÑOL, VISITE EL SITIO WEB**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: PG&E CORPORATION, - AND - PACIFIC GAS AND ELECTRIC COMPANY, DEBTORS.

Bankruptcy Case No. 19-30088 (DM) Chapter 11(Lead Case) (Jointly Administered)

NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM IN CHAPTER 11 CASES

TO ALL PERSONS WITH CLAIMS AGAINST ANY DEBTOR SET FORTH BELOW:

| NAME OF DEBTOR AND LAST FOUR DIGITS OF FEDERAL TAX IDENTIFICATION NUMBER | CASE NUMBER |
|---|---|
| PG&E Corporation (4914) ("PG&E Corp.") | 19-30088 (DM) |
| Pacific Gas and Electric Company (2640) (the "Utility") | 19-30089 (DM) |

The United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**") has entered an order (the "**Bar Date Order**") establishing **October 21, 2019 at 5:00 p.m.** (Prevailing Pacific Time) (the "**Bar Date**") as the last date and time for each (i) person, as defined in section 101(41) of title 11 of the United States Code (the "**Bankruptcy Code**"), including, without limitation, all Fire Claimants (as defined below), Wildfire Subrogation Claimants (as defined below), and Customers (as defined below), and (ii) governmental unit (as defined in section 101(27) of the Bankruptcy Code, collectively, the "**Governmental Units**") to file a proof of claim (each a "**Proof of Claim**") in respect of a prepetition claim (as defined in section 101(5) of the Bankruptcy Code), including, for the avoidance of doubt, all secured claims and priority claims against either of the above-listed debtors (collectively, the "**Debtors**").

The Bar Date and the procedures set forth below for filing Proofs of Claim apply to all claims against the Debtors that arose before January 29, 2019 (the "**Petition Date**"), the date on which the Debtors commenced cases under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**")

**1. WHO MUST FILE A PROOF OF CLAIM**

You **MUST** file a Proof of Claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose before the Petition Date, and it is not one of the types of claims described in Section 5 below. Claims based on acts or omissions of the Debtors that occurred before the Petition Date must be filed on or before the Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

Under section 101(5) of the Bankruptcy Code and as used in this notice, the word "claim" means a right to (a) payment, whether such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**2. WHAT TO FILE**

**A. Claimants other than Holders of Fire Claims.**

The Debtors have prepared a Proof of Claim form for use by claimants in these Chapter 11 Cases other than Fire Claimants and Wildfire Subrogation Claimants (the "**Standard Proof of Claim Form**"). If your claim is listed on the schedules of assets and liabilities filed by the Debtors (collectively, the "**Schedules**"), you will receive in the mail a Standard Proof of Claim Form that sets forth the amount of your claim as listed on the Schedules, if applicable, the specific Debtor against which the claim is scheduled, and whether the claim is scheduled as "disputed," "contingent," or "unliquidated." You will receive a different Standard Proof of Claim Form for each claim listed in your name on the Schedules. You may utilize the Standard Proof of Claim Form(s) you receive from the Debtors to file your claim. Additional Standard Proof of Claim Forms and instructions may be obtained at (a) the website established by the Debtors' Court-approved claims and noticing agent, Prime Clerk LLC ("**Prime Clerk**"), located at https://restructuring.primeclerk.com/pge (the "**Case Website**") or (b) the Bankruptcy Court's website located at [...].gov/.../bankruptcy.com

Bar Date if you are:

(a) any person or entity whose claim [...] Schedules; *provided* that (i) the claim is [...] Schedules as "disputed," "contingent," or (ii) the person or entity does not dispute the [...] and priority of the claim as set forth in the [...] (iii) the person or entity does not dispute that [...] obligation of the specific Debtor against wh[...] listed in the Schedules;

(b) any person or entity whose claim h[...] full;

(c) any holder of a claim allowable under [...] and 507(a)(2) of the Bankruptcy Code as a[...] expense (other than any party asserting a cl[...] section 503(b)(9) of the Bankruptcy Code w[...] to file such claim by April 22, 2019 as ex[...] Bankruptcy Court's *Amended Order Pursua[...] §§ 503(b)(9) and 105(a) Establishing Pro[...] Assertion, Resolution, and Satisfaction of C[...] Pursuant to 11 U.S.C. § 503(b)(9)* [Docket N[...]

(d) any person or entity who holds a claim [...] has been allowed by Order of the Bankruptc[...] on or before the Bar Date;

(e) any holder of a claim for which a sc[...] has been fixed by the Bankruptcy Court;

(f) any person or entity who has alrea[...] of Claim with Prime Clerk against the Debto[...] to the claim being asserted, utilizing a c[...] substantially conforms to the Standard Proo[...] or Official Form No. 410;

(g) any person or entity that holds an [...] interest in the Debtors, which interest is b[...] upon the ownership of common or p[...] membership interests, partnership interest[...] options, or rights to purchase, sell, or subs[...] security or interest; *provided, however,* th[...] holder asserts a claim (as opposed to an ow[...] interest or the purchase or sale of such eq[...] Standard Proof of Claim must be filed on or[...]

(h) any person or entity whose cl[...] exclusively to the repayment of principal, int[...] fees and expenses under any agreement or in[...] governing any prepetition, unsecured n[...] loan, term loan, notes, bonds, debentures[...] Debtors (collectively, the "**Debt Instrumen**[...] *however,* that (i) the foregoing exclusion sh[...] the indenture trustee, owner trustee, pass-t[...] subordination agent, registrar, paying agent[...] loan or collateral agent, or any other en[...] a similar capacity however designated (e[...] "**Indenture Trustee**") under the applicable D[...] (ii) each such Indenture Trustee shall be re[...] Standard Proof of Claim against the applican[...] filed on the Bar Date, on account of all Debt[...] such Debtor under the applicable Debt Instru[...] *however,* that an Indenture Trustee will b[...] lieu of attaching voluminous documentatio[...] Proof of Claim a summary of the applicable [...] and other operative documents, on the con[...] documents will be made available to the In[...] within ten (10) business days after receip[...] request from a party in interest, and (iii) any[...] Claim that has a claim arising out of or rel[...] Instrument other than a Debt Claim must [...] Proof of Claim with respect to such claim o[...] Bar Date, unless another exception identified[...]

(i) any person or entity whose claim ag[...] arises solely from amounts due to the Calif[...] System Operator Corporation ("**CAISO**"), C[...] Exchange Corporation ("**PX**") and/or v[...] participants based on purchases or sales [...] capacity, or ancillary services by Pacific G[...] Company and other market participants in t[...] by the Federal Energy Regulatory Commissi[...] in refund proceedings bearing FERC Doc[...] 95-000 and EL00-98-000 and related sub-d[...] amounts due under any settlement agreem[...] agreements, load agreements, letter agr[...]

Case: 19-30088    Doc# 4688-2    Filed: 11/12/19    Entered: 11/12/19 16:05:12    Page 6 of 78

1

# Affidavit of Publication

## STATE OF CALIFORNIA, COUNTY OF DEL NORTE

I, **Tania Beardon,** a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years, and not party to or interested in the above-entitled matter. I am the principal clerk of the printer of

# Del Norte Triplicate

A daily newspaper of general circulation, printed and published in the City of Crescent City, County of Del Norte, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Del Norte, State of California, under the date of March 21, 1952, case number 7594; that the notice of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published and not in any supplement thereof on the following dates, to-wit 7102826

**Acct Name:** Newspaper Space Buyer
**Legal Description:** United States Bankruptcy
Northern District Court
San Francisco Division
Re: PG&E Corporation

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Crescent City, California, this 17 day of July, 2019. _Tania Beardon_

*Signature*

---

**AFFIDAVIT OF PUBLICATION**

Filed _____

By _____

From the Office of
Attorney for Case: 19-30088    Doc# 4688-2    Filed: 11/12/19    Entered: 11/12/19 16:05:12    Page 7
of 78

Classified

# Affidavit of Publication

## STATE OF CALIFORNIA, COUNTY OF DEL NORTE

I, **Tania Beardon,** a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years, and not party to or interested in the above-entitled matter. I am the principal clerk of the printer of

# Del Norte Triplicate

A daily newspaper of general circulation, printed and published in the City of Crescent City, County of Del Norte, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Del Norte, State of California, under the date of March 21, 1952, case number 7594; that the notice of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published and not in any supplement thereof on the following dates, to-wit 7102826

**Acct Name:** Newspaper Space Buyer
**Legal Description:** United States Bankruptcy
Northern District Court
San Francisco Division
Re: PG&E Corporation

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Crescent City, California, this 21 day of August, 2019. _____

*Signature*

---

**AFFIDAVIT OF PUBLICATION**

Filed _____

By _____

From the Office of
Attorney for

Classified

Wednesday, July 17, 2019

# Affidavit of Publication

## STATE OF CALIFORNIA, COUNTY OF DEL NORTE

I, Angelina Navarro, a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the principal clerk of the printer of

## Del Norte Triplicate

A bi-weekly newspaper of general circulation, printed and published in the City of Crescent City, County of Del Norte, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Del Norte, State of California, under the date of March 21, 1952, case number 7594; that the notice of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published and not in any supplement thereof on the following dates, to-wit

Account Name:     Newspaper Space Buyers
Legal Description:   PG&E Legal
                 Ad # T251318
                 Published: 9/25/19

I certify (or declare) under penalty of perjury that the foregoing is true and correct. Dated at Crescent City, California, this 11 day of October 2019.

_Adrienne McAndrews    _____
                Signature

# Alameda Times-Star

1516 Oak Street
Alameda, CA 94501
510-723-2850

Legal No. **0006363148**

3815681

NEWSPAPER SPACE BUYERS
149 ROWAYTON AVE., 2ND FL.
ROWAYTON, CT 06853

## PROOF OF PUBLICATION

## FILE NO. 71119

In the matter of
**Alameda Times-Star**
The Alameda Times-Star

I am a citizen of the United States; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the Legal Advertising Clerk of the printer and publisher of The Alameda Times-Star, a newspaper published in the English language in the City of Alameda, County of Alameda, State of California.

I declare that The Alameda Times-Star is a newspaper of general circulation as defined by the laws of the State of California as determined by this court's order, dated September, 17, 1951, in the action entitled In the Matter of the Ascertainment and Establishment of the Standing of The Alameda Times-Star as a Newspaper of General Circulation, Case Number 236092. Said order states that "The Alameda Times-Star is a newspaper of general circulation within the City of Alameda, and the County of Alameda, and the State of California, within the meaning and intent of Chapter 1, Division 7, Title 1 [§§ 6000 et seq.] of the Government Code of the State of California." Said order has not been revoked, vacated or set aside.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**07/17/2019**

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated: July 20, 2019

_Arthur L. Boyd_
Public Notice Advertising Clerk

r.BP316-07/17/17

# Alameda Times-Star

1516 Oak Street
Alameda, CA 94501
510-723-2850

Legal No.     0006366218

3815681

NEWSPAPER SPACE BUYERS
149 ROWAYTON AVE., 2ND FL.
ROWAYTON, CT 06853

## PROOF OF PUBLICATION

## FILE NO. 71119

In the matter of

**Alameda Times-Star**

The Alameda Times-Star

I am a citizen of the United States; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the Legal Advertising Clerk of the printer and publisher of The Alameda Times-Star, a newspaper published in the English language in the City of Alameda, County of Alameda, State of California.

I declare that The Alameda Times-Star is a newspaper of general circulation as defined by the laws of the State of California as determined by this court's order, dated September, 17, 1951, in the action entitled In the Matter of the Ascertainment and Establishment of the Standing of The Alameda Times-Star as a Newspaper of General Circulation, Case Number 236092. Said order states that "The Alameda Times-Star is a newspaper of general circulation within the City of Alameda, and the County of Alameda, and the State of California, within the meaning and intent of Chapter 1, Division 7, Title 1 [§§ 6000 et seq.] of the Government Code of the State of California." Said order has not been revoked, vacated or set aside.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**08/22/2019**

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated: August 22, 2019

_Austin Lloyd_

Public Notice Advertising Clerk

r.BP316-07/17/17

**Alameda Times-Star**

1516 Oak Street
Alameda, CA 94501
510-723-2850

Legal No.     **0006366220**

3815681

NEWSPAPER SPACE BUYERS
149 ROWAYTON AVE., 2ND FL.
ROWAYTON, CT 06853

## PROOF OF PUBLICATION

## FILE NO. 71119

In the matter of
**Alameda Times-Star**

The Alameda Times-Star

I am a citizen of the United States; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the Legal Advertising Clerk of the printer and publisher of The Alameda Times-Star, a newspaper published in the English language in the City of Alameda, County of Alameda, State of California.

I declare that The Alameda Times-Star is a newspaper of general circulation as defined by the laws of the State of California as determined by this court's order, dated September, 17, 1951, in the action entitled In the Matter of the Ascertainment and Establishment of the Standing of The Alameda Times-Star as a Newspaper of General Circulation, Case Number 236092. Said order states that "The Alameda Times-Star is a newspaper of general circulation within the City of Alameda, and the County of Alameda, and the State of California, within the meaning and intent of Chapter 1, Division 7, Title 1 [§§ 6000 et seq.] of the Government Code of the State of California." Said order has not been revoked, vacated or set aside.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**09/26/2019**

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated: September 26, 2019

_Austin Lloyd_
Public Notice Advertising Clerk

r.BP316-07/17/17

## Contra Costa Times

2850 Shadelands Dr., Ste. 101
Walnut Creek, CA 94598
925-943-8019

Legal No. **0006363148**

3815681

NEWSPAPER SPACE BUYERS
149 ROWAYTON AVE., 2ND FL.
ROWAYTON, CT 06853

## PROOF OF PUBLICATION

## FILE NO. 71119

In the matter of

**Contra Costa Times**

I am a citizen of the United States. I am over the age of eighteen years and I am not a party to or interested in the above entitled matter. I am the Legal Advertising Clerk of the printer and publisher of the Contra Costa Times, a newspaper published in the English language in the City of Walnut Creek, County of Contra Costa, State of California.

I declare that the Contra Costa Times is a newspaper of general circulation as defined by the laws of the State of California as determined by court decree dated October 22, 1934, Case Number 19764. Said decree states that the Contra Costa Times is adjudged to be a newspaper of general circulation for the City of Walnut Creek, County of Contra Costa and State of California. Said order has not been revoked.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**07/17/2019**

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Executed at Walnut Creek, California.
On this 20th day of July, 2019.

_____
Signature

r.BP316-07/17/17

**Contra Costa Times**

2850 Shadelands Dr., Ste. 101
Walnut Creek, CA 94598
925-943-8019

3815681

NEWSPAPER SPACE BUYERS
149 ROWAYTON AVE., 2ND FL.
ROWAYTON, CT 06853

## PROOF OF PUBLICATION

## FILE NO. 71119

In the matter of

**Contra Costa Times**

I am a citizen of the United States. I am over the age of eighteen years and I am not a party to or interested in the above entitled matter. I am the Legal Advertising Clerk of the printer and publisher of the Contra Costa Times, a newspaper published in the English language in the City of Walnut Creek, County of Contra Costa, State of California.

I declare that the Contra Costa Times is a newspaper of general circulation as defined by the laws of the State of California as determined by court decree dated October 22, 1934, Case Number 19764. Said decree states that the Contra Costa Times is adjudged to be a newspaper of general circulation for the City of Walnut Creek, County of Contra Costa and State of California. Said order has not been revoked.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**08/22/2019**

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Executed at Walnut Creek, California.
On this 22th day of August, 2019.

_____
Signature

**Contra Costa Times**

2850 Shadelands Dr., Ste. 101
Walnut Creek, CA 94598
925-943-8019

3815681

NEWSPAPER SPACE BUYERS
149 ROWAYTON AVE., 2ND FL.
ROWAYTON, CT 06853

## PROOF OF PUBLICATION
## FILE NO. 71119

In the matter of
    **Contra Costa Times**

I am a citizen of the United States. I am over the age of eighteen
years and I am not a party to or interested in the above entitled
matter. I am the Legal Advertising Clerk of the printer and
publisher of the Contra Costa Times, a newspaper published in
the English language in the City of Walnut Creek, County of Contra
Costa, State of California.

I declare that the Contra Costa Times is a newspaper of general
circulation as defined by the laws of the State of California as
determined by court decree dated October 22, 1934, Case
Number 19764. Said decree states that the Contra Costa Times
is adjudged to be a newspaper of general circulation for the City of
Walnut Creek, County of Contra Costa and State of California.
Said order has not been revoked.

I declare that the notice, of which the annexed is a printed copy,
has been published in each regular and entire issue of said
newspaper and not in any supplement thereof on the following
dates, to wit:

            **09/26/2019**

I certify (or declare) under the penalty of perjury that the foregoing
is true and correct.

Executed at Walnut Creek, California.
On this 26th day of September, 2019.

_____
Signature

r.BP316-07/17/17

**East County Times**

3260 Lone Tree Way, Suite 100
Antioch, CA  94509
925-779-7115

3815681

NEWSPAPER SPACE BUYERS
149 ROWAYTON AVE., 2ND FL.
ROWAYTON, CT  06853

## PROOF OF PUBLICATION

## FILE NO. 71119

In the matter of

**East County Times**

I am a citizen of the United States. I am over the age of eighteen years and I am not a party to or interested in the above entitled matter. I am the Legal Advertising Clerk of the printer and publisher of the East County Times, a newspaper published in the English language in the City of Antioch, County of Contra Costa, State of California.

I declare that the East County Times is a newspaper of general circulation as defined by the laws of the State of California as determined by court decree dated January 6, 1919, Case Number 8268 and modified January 19, 2006, Case Number N05-1494. Said decree states that the East County Times is adjudged to be a newspaper of general circulation for the City of Antioch, County of Contra Costa and State of California. Said order has not been revoked.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**07/17/2019**

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Executed at Walnut Creek, California.
On this 20th day of July, 2019.

_____
Signature

r.BP316-07/17/17

# East County Times

3260 Lone Tree Way, Suite 100
Antioch, CA  94509
925-779-7115

Legal No.  **0006366218**

3815681

NEWSPAPER SPACE BUYERS
149 ROWAYTON AVE., 2ND FL.
ROWAYTON, CT  06853

## PROOF OF PUBLICATION

## FILE NO. 71119

In the matter of

**East County Times**

I am a citizen of the United States. I am over the age of eighteen years and I am not a party to or interested in the above entitled matter. I am the Legal Advertising Clerk of the printer and publisher of the East County Times, a newspaper published in the English language in the City of Antioch, County of Contra Costa, State of California.

I declare that the East County Times is a newspaper of general circulation as defined by the laws of the State of California as determined by court decree dated January 6, 1919, Case Number 8268 and modified January 19, 2006, Case Number N05-1494. Said decree states that the East County Times is adjudged to be a newspaper of general circulation for the City of Antioch, County of Contra Costa and State of California. Said order has not been revoked.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**08/22/2019**

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Executed at Walnut Creek, California.
On this 22th day of August, 2019.

_____
Signature

r.BP316-07/17/17

**East County Times**

3260 Lone Tree Way, Suite 100
Antioch, CA 94509
925-779-7115

Legal No.        **0006366220**

3815681

NEWSPAPER SPACE BUYERS
149 ROWAYTON AVE., 2ND FL.
ROWAYTON, CT 06853

## PROOF OF PUBLICATION

## FILE NO. 71119

In the matter of

**East County Times**

I am a citizen of the United States. I am over the age of eighteen years and I am not a party to or interested in the above entitled matter. I am the Legal Advertising Clerk of the printer and publisher of the East County Times, a newspaper published in the English language in the City of Antioch, County of Contra Costa, State of California.

I declare that the East County Times is a newspaper of general circulation as defined by the laws of the State of California as determined by court decree dated January 6, 1919, Case Number 8268 and modified January 19, 2006, Case Number N05-1494. Said decree states that the East County Times is adjudged to be a newspaper of general circulation for the City of Antioch, County of Contra Costa and State of California. Said order has not been revoked.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**09/26/2019**

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Executed at Walnut Creek, California.
On this 26th day of September, 2019.

_____
Signature

r.BP316-07/17/17

3815681

NEWSPAPER SPACE BUYERS
149 ROWAYTON AVE., 2ND FL.
ROWAYTON, CT  06853

## PROOF OF PUBLICATION
## FILE NO. 71119

In the matter of

**San Ramon Valley Times**

I am a citizen of the United States. I am over the age of eighteen
years and I am not a party to or interested in the above entitled
matter. I am the Legal Advertising Clerk of the printer and
publisher of the San Ramon Valley Times (formerly Valley
Pioneer), a newspaper published in the English language in the
Town of Danville, County of Contra Costa, State of California.

I declare that the San Ramon Valley Times (formerly Valley
Pioneer) is a newspaper of general circulation as defined by the
laws of the State of California as determined by court decree
dated April 28, 1947, Case Number 39468. Said decree states
that the San Ramon Valley Times is adjudged to be a newspaper
of general circulation for the Town of Danville, County of Contra
Costa and State of California. Said order has not been revoked.

I declare that the notice, of which the annexed is a printed copy,
has been published in each regular and entire issue of said
newspaper and not in any supplement thereof on the following
dates, to wit:

**07/17/2019**

I certify (or declare) under the penalty of perjury that the foregoing
is true and correct.

Executed at Walnut Creek, California.
On this 20th day of July, 2019.

_Archni Z Lloyd_

Signature

# San Ramon Valley Times

Legal No. **0006366218**

3815681

NEWSPAPER SPACE BUYERS
149 ROWAYTON AVE., 2ND FL.
ROWAYTON, CT 06853

## PROOF OF PUBLICATION

## FILE NO. 71119

In the matter of

**San Ramon Valley Times**

I am a citizen of the United States. I am over the age of eighteen years and I am not a party to or interested in the above entitled matter. I am the Legal Advertising Clerk of the printer and publisher of the San Ramon Valley Times (formerly Valley Pioneer), a newspaper published in the English language in the Town of Danville, County of Contra Costa, State of California.

I declare that the San Ramon Valley Times (formerly Valley Pioneer) is a newspaper of general circulation as defined by the laws of the State of California as determined by court decree dated April 28, 1947, Case Number 39468. Said decree states that the San Ramon Valley Times is adjudged to be a newspaper of general circulation for the Town of Danville, County of Contra Costa and State of California. Said order has not been revoked.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**08/22/2019**

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Executed at Walnut Creek, California.
On this 22th day of August, 2019.

_____
Signature

r.BP316-07/17/17

3815681

NEWSPAPER SPACE BUYERS
149 ROWAYTON AVE., 2ND FL.
ROWAYTON, CT  06853

## PROOF OF PUBLICATION

## FILE NO. 71119

In the matter of

**San Ramon Valley Times**

I am a citizen of the United States. I am over the age of eighteen years and I am not a party to or interested in the above entitled matter. I am the Legal Advertising Clerk of the printer and publisher of the San Ramon Valley Times (formerly Valley Pioneer), a newspaper published in the English language in the Town of Danville, County of Contra Costa, State of California.

I declare that the San Ramon Valley Times (formerly Valley Pioneer) is a newspaper of general circulation as defined by the laws of the State of California as determined by court decree dated April 28, 1947, Case Number 39468. Said decree states that the San Ramon Valley Times is adjudged to be a newspaper of general circulation for the Town of Danville, County of Contra Costa and State of California. Said order has not been revoked.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**09/26/2019**

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Executed at Walnut Creek, California.
On this 26th day of September, 2019.

_____
Signature

r.BP316-07/17/17

# Tri-Valley Herald

Legal No. 0006363148

3815681

NEWSPAPER SPACE BUYERS
149 ROWAYTON AVE., 2ND FL.
ROWAYTON, CT 06853

## PROOF OF PUBLICATION
## FILE NO. 71119

In the matter of

**Tri-Valley Herald**

I am a citizen of the United States. I am over the age of eighteen years and I am not a party to or interested in the above entitled matter. I am the Legal Advertising Clerk of the printer and publisher of the Tri-Valley Herald, a newspaper published in the English language in the City of Livermore, County of Alameda, State of California.

I declare that the Tri-Valley Herald is a newspaper of general circulation as defined by the laws of the State of California as determined by court decree dated September 16, 1947, Case Number 205370 and modified November 19, 1973, Case Number 240625. Said decree states that the Tri-Valley Herald is adjudged to be a newspaper of general circulation for the City of Livermore, County of Alameda and State of California. Said order has not been revoked.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**07/17/2019**

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated: July 20, 2019

_Public Notice Advertising Clerk_

r.BP316-07/17/17

3815681

NEWSPAPER SPACE BUYERS
149 ROWAYTON AVE., 2ND FL.
ROWAYTON, CT  06853

# PROOF OF PUBLICATION
## FILE NO. 71119

In the matter of

**Tri-Valley Herald**

I am a citizen of the United States. I am over the age of eighteen years and I am not a party to or interested in the above entitled matter. I am the Legal Advertising Clerk of the printer and publisher of the Tri-Valley Herald, a newspaper published in the English language in the City of Livermore, County of Alameda, State of California.

I declare that the Tri-Valley Herald is a newspaper of general circulation as defined by the laws of the State of California as determined by court decree dated September 16, 1947, Case Number 205370 and modified November 19, 1973, Case Number 240625. Said decree states that the Tri-Valley Herald is adjudged to be a newspaper of general circulation for the City of Livermore, County of Alameda and State of California. Said order has not been revoked.

I declare that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**08/22/2019**

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated: August 22, 2019

_Archni Lloyd_

Public Notice Advertising Clerk

r.BP316-07/17/17

3815681

NEWSPAPER SPACE BUYERS
149 ROWAYTON AVE., 2ND FL.
ROWAYTON, CT  06853

## PROOF OF PUBLICATION

## FILE NO. 71119

In the matter of

**Tri-Valley Herald**

I am a citizen of the United States. I am over the age of eighteen
years and I am not a party to or interested in the above entitled
matter. I am the Legal Advertising Clerk of the printer and
publisher of the Tri-Valley Herald, a newspaper published in the
English language in the City of Livermore, County of Alameda,
State of California.

I declare that the Tri-Valley Herald is a newspaper of general
circulation as defined by the laws of the State of California as
determined by court decree dated September 16, 1947, Case
Number 205370 and modified November 19, 1973, Case Number
240625. Said decree states that the Tri-Valley Herald is adjudged
to be a newspaper of general circulation for the City of Livermore,
County of Alameda and State of California. Said order has not
been revoked.

I declare that the notice, of which the annexed is a printed copy,
has been published in each regular and entire issue of said
newspaper and not in any supplement thereof on the following
dates, to wit:

**09/26/2019**

I certify (or declare) under penalty of perjury that the foregoing is
true and correct.

Dated: September 26, 2019

_Anthir Lloyd_
Public Notice Advertising Clerk

r.BP316-07/17/17

3815681

NEWSPAPER SPACE BUYERS
149 ROWAYTON AVE., 2ND FL.
ROWAYTON, CT  06853

## AFFIDAVIT OF PUBLICATION

## FILE NO. 71119

In the matter of

**The Valley Times**

I am a citizen of the United States; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the Legal Advertising Coordinator of the printer and publisher of The Times incorporating The Pleasanton Times/The Valley Times, a newspaper published in the English language in the City of Pleasanton, County of Alameda, State of California.

I declare that The Times incorporating The Pleasanton Times/The Valley Times is a newspaper of general circulation as defined by the laws of the State of California as determined by this court's order, dated July 18, 1961, in the action ascertaining and establishing the standing of The Times incorporating The Pleasanton Times (The Valley Times) as a Newspaper of General Circulation in the City of Pleasanton, County of Alameda, State of California, Case Number 240955 within the meaning and intent of the Government Code of the State of California. Said order has not been revoked, vacated, or set aside.

I declare that the notice, of which the annexed is a printed copy, has been published at each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**07/17/2019**

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Executed at Walnut Creek, California.
On this 20th day of July, 2019.

_____
Signature

# The Valley Times

3815681

NEWSPAPER SPACE BUYERS
149 ROWAYTON AVE., 2ND FL.
ROWAYTON, CT 06853

## AFFIDAVIT OF PUBLICATION
## FILE NO. 71119

In the matter of

**The Valley Times**

I am a citizen of the United States; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the Legal Advertising Coordinator of the printer and publisher of The Times incorporating The Pleasanton Times/The Valley Times, a newspaper published in the English language in the City of Pleasanton, County of Alameda, State of California.

I declare that The Times incorporating The Pleasanton Times/The Valley Times is a newspaper of general circulation as defined by the laws of the State of California as determined by this court's order, dated July 18, 1961, in the action ascertaining and establishing the standing of The Times incorporating The Pleasanton Times (The Valley Times) as a Newspaper of General Circulation in the City of Pleasanton, County of Alameda, State of California, Case Number 240955 within the meaning and intent of the Government Code of the State of California. Said order has not been revoked, vacated, or set aside.

I declare that the notice, of which the annexed is a printed copy, has been published at each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**08/22/2019**

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Executed at Walnut Creek, California.
On this 22th day of August, 2019.

_____
Signature

3815681

NEWSPAPER SPACE BUYERS
149 ROWAYTON AVE., 2ND FL.
ROWAYTON, CT  06853

## AFFIDAVIT OF PUBLICATION

## FILE NO. 71119

In the matter of

**The Valley Times**

I am a citizen of the United States; I am over the age of eighteen
years, and not a party to or interested in the above entitled matter.
I am the Legal Advertising Coordinator of the printer and publisher
of The Times incorporating The Pleasanton Times/The Valley
Times, a newspaper published in the English language in the City
of Pleasanton, County of Alameda, State of California.

I declare that The Times incorporating The Pleasanton Times/The
Valley Times is a newspaper of general circulation as defined by
the laws of the State of California as determined by this court's
order, dated July 18, 1961, in the action ascertaining and
establishing the standing of The Times incorporating The
Pleasanton Times (The Valley Times) as a Newspaper of General
Circulation in the City of Pleasanton, County of Alameda, State of
California, Case Number 240955 within the meaning and intent of
the Government Code of the State of California. Said order has not
been revoked, vacated, or set aside.

I declare that the notice, of which the annexed is a printed copy,
has been published at each regular and entire issue of said
newspaper and not in any supplement thereof on the following
dates, to wit:

**09/26/2019**

I certify (or declare) under the penalty of perjury that the foregoing
is true and correct.

Executed at Walnut Creek, California.
On this 26th day of September, 2019.

_Signature_

Signature

**West County Times**
1050 Marina Way S
Richmond, CA 94804
(510) 262-2740

Legal No.     0006363148

3815681

NEWSPAPER SPACE BUYERS
149 ROWAYTON AVE., 2ND FL.
ROWAYTON, CT 06853

## PROOF OF PUBLICATION
## FILE NO. 71119

In the matter of
**West County Times**

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter.

I am the Principal Legal Clerk of the West County Times, a newspaper of general circulation, printed and published in the City of Walnut Creek, County of Contra Costa, 94598

And which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Contra Costa, State of California, under the date of August 29, 1978. Case Number 188884.

The notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:
**07/17/2019**

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Executed at Walnut Creek, California.
On this 20th day of July, 2019.

_____
Signature

r.BP316-07/17/17

**West County Times**
1050 Marina Way S
Richmond, CA 94804
(510) 262-2740

3815681

NEWSPAPER SPACE BUYERS
149 ROWAYTON AVE., 2ND FL.
ROWAYTON, CT 06853

## PROOF OF PUBLICATION

## FILE NO. 71119

In the matter of
**West County Times**

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter.

I am the Principal Legal Clerk of the West County Times, a newspaper of general circulation, printed and published in the City of Walnut Creek, County of Contra Costa, 94598

And which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Contra Costa, State of California, under the date of August 29, 1978. Case Number 188884.

The notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:
**08/22/2019**

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Executed at Walnut Creek, California.
On this 22th day of August, 2019.

_____
Signature

r.BP316-07/17/17

**West County Times**
1050 Marina Way S
Richmond, CA 94804
(510) 262-2740

Legal No. 0006366220

3815681

NEWSPAPER SPACE BUYERS
149 ROWAYTON AVE., 2ND FL.
ROWAYTON, CT 06853

## PROOF OF PUBLICATION

## FILE NO. 71119

In the matter of
**West County Times**

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter.

I am the Principal Legal Clerk of the West County Times, a newspaper of general circulation, printed and published in the City of Walnut Creek, County of Contra Costa, 94598

And which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Contra Costa, State of California, under the date of August 29, 1978. Case Number 188884.

The notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:
**09/26/2019**

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Executed at Walnut Creek, California.
On this 26th day of September, 2019.

_Signature_

Signature

r.BP316-07/17/17

## The Times-Standard

PO Box 3580
Eureka, CA 95502
707-441-0571
legals@times-standard.com

3815881

NEWSPAPER SPACE BUYERS
149 ROWAYTON AVE. 2ND FLOOR
NORWALK, CT 06853

Legal No.        **0006367623**

# PROOF OF PUBLICATION
## (2015.5 C.C.P.)

## STATE OF CALIFORNIA
## County of Humboldt

### FILE NO. PG&E AD

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-mentioned matter. I am the principal clerk of the printer of THE TIMES-STANDARD, a newspaper of general circulation, printed and published daily in the City of Eureka, County of Humboldt, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Humboldt, State of California, under the date of June 15, 1967, Consolidated Case Numbers 27009 and 27010; that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit,

**07/16/2019, 08/23/2019, 09/26/2019**

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Eureka, California,
This 26th day of September, 2019



---

LEGAL NOTICE - PARA INFORMACIÓN EN ESPAÑOL, VISITE EL SITIO WEB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

IN RE: PG&E CORPORATION,   Bankruptcy Case No. 19-30088
- AND -                   (DM) Chapter 11(Lead Case)
PACIFIC GAS AND ELECTRIC   (Jointly Administered)
COMPANY,                   NOTICE OF DEADLINE FOR
          DEBTORS.         FILING PROOFS OF CLAIM
                           IN CHAPTER 11 CASES

TO ALL PERSONS WITH CLAIMS AGAINST ANY DEBTOR SET FORTH BELOW:

| NAME OF DEBTOR AND LAST FOUR DIGITS OF FEDERAL/TAX IDENTIFICATION NUMBER | CASE NUMBER |
|---|---|
| PG&E Corporation (4914) ("PG&E Corp.") | 19-30088 (DM) |
| Pacific Gas and Electric Company (2640) (the "Utility") | 19-30089 (DM) |

The United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court") has entered an order (the "Bar Date Order") establishing October 21, 2019 at 5:00 p.m. (Prevailing Pacific Time) (the "Bar Date") as the last date and time for each (i) person, as defined in section 101(41) of title 11 of the United States Code (the "Bankruptcy Code"), including, without limitation, all Fire Claimants (as defined below), Wildfire Subrogation Claimants (as defined below), and Customers (as defined below), and (ii) governmental unit (as defined in section 101(27) of the Bankruptcy Code, collectively, the "Governmental Units") to file a proof of claim (each a "Proof of Claim") in respect of a prepetition claim (as defined in section 101(5) of the Bankruptcy Code), including, for the avoidance of doubt, all secured claims and priority claims against either of the above-listed debtors (collectively, the "Debtors").

The Bar Date and the procedures set forth below for filing Proofs of Claim apply to all claims against the Debtors that arose before January 29, 2019 (the "Petition Date"), the date on which the Debtors commenced cases under chapter 11 of the Bankruptcy Code (the "Chapter 11 Cases").

**1. WHO MUST FILE A PROOF OF CLAIM**

You MUST file a Proof of Claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose before the Petition Date, and it is not one of the types of claims described in Section 5 below. Claims based on acts or omissions of the Debtors that occurred before the Petition Date must be filed on or before the Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

Under section 101(5) of the Bankruptcy Code and as used in this notice, the word "claim" means a right to (a) payment, whether such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**2. WHAT TO FILE**

A. Claimants other than Holders of Fire Claims.

The Debtors have prepared a Proof of Claim Form for use by claimants in these Chapter 11 Cases other than Fire Claimants and Wildfire Subrogation Claimants (the "Standard Proof of Claim Form"). If your claim is listed on the schedules of assets and liabilities filed by the Debtors (the "Schedules"), you will receive in the mail a Standard Proof of Claim Form that sets forth the amount of your claim as listed on the Schedules, if applicable, the specific Debtor against which the claim is scheduled, and whether the claim is scheduled as "disputed," "contingent" or "unliquidated." You will receive a different Standard Proof of Claim Form for each claim listed in your name on the Schedules. You may utilize the Standard Proof of Claim (you) receive from the Debtors to file your claim. Additional Standard Proof of Claim Forms and instructions may be obtained at (a) the websites established by the Debtors' Court-approved claims and noticing agent, Prime Clerk LLC ("Prime Clerk"), located at https://restructuring.primeclerk.com/pge (the "Case Website") or (b) the Bankruptcy Court's website located at https://www.uscourts.gov/forms/bankruptcy-forms.

You do not need to file a Proof of Claim on or before the Bar Date if you are:

(a) any person or entity whose claim is listed on the Schedules; provided that (i) the claim is not listed on the Schedules as "disputed," "contingent," or "unliquidated"; (ii) the person or entity does not dispute the amount, nature, and priority of the claim as set forth in the Schedules; and (iii) the person or entity does not dispute that the claim is an obligation of the specific Debtor against which the claim is listed in the Schedules;

(b) any person or entity whose claim has been paid in full;

(c) any holder of a claim allowable under sections 503(b) and 507(a)(2) of the Bankruptcy Code as an administrative expense (other than any claim arising under section 503(b)(9) of the Bankruptcy Code or section 503(b)(9) of title 11 U.S.C. §§ 503(b)(9)) who was required to file a proof of such claim by the Bar Date as established in the Bankruptcy Court's Order Pursuant to 11 U.S.C. §§ 503(b)(9) Establishing Procedures for the Assertion, Allowance and Satisfaction of Claims Asserted Pursuant to 503(b)(9) [Docket No. 725]);

(d) any person or entity who holds a claim that has heretofore been allowed by Order of the Court entered on or before the Bar Date;

(e) any holder of a claim for which a specific bar date has been fixed by the Bankruptcy Court;

(f) any person or entity who has already filed a Proof of Claim with Prime Clerk or against any of the Debtors with the Clerk of the Bankruptcy Court in a form substantially similar to the Standard Proof of Claim Form or Official Form No. 410;

(g) any person or entity that holds an interest in the Debtors, which interest is based exclusively upon the ownership of common or preferred stock, membership interests, partnership interests, or warrants, options, or rights to purchase, sell, or subscribe to a security or interest; provided, however, that if you are a holder of such interest and you wish to assert a claim (as opposed to an ownership interest) against the Debtors (including a claim relating to an equity interest or the purchase or sale of such interest), a Standard Proof of Claim must be filed on or before the Bar Date;

(h) any person or entity whose claim is limited exclusively to the repayment of principal, interest, and/or other fees and expenses under any agreement (a "Debt Claim") governing any prepetition, unsecured credit loan, term loan, notes, bonds, debentures or debt securities, in each case, issued by or on behalf of the Debtors (collectively, the "Debt"); provided, however, that (i) the foregoing shall not apply to the indenture trustee, pass-through trustee, subordination agent, paying agent, administrative, loan or collateral agent or any other entity serving in a similar capacity designated (collectively, an "Indenture Trustee") for the applicable Debt Instrument, (ii) each Indenture Trustee shall be required to file a Standard against the applicable Debtor, on or before the Bar Date on account of all Debt Claims against such Indenture Trustee under the applicable Debt Instrument; provided, however, that (iii) the Indenture Trustee will be permitted, in lieu of voluminous documentation, to file with its claim a summary of the applicable Debt Instrument and operative documents, on the condition that it will be made available by the Indenture Trustee within (10) business days after receipt of a written party in interest; and (iii) any holder of a Debt has a claim arising out of or relating to a Debt other than a Debt Claim must file a Standard Claim with respect to such claim on or before the Bar Date, unless another exception identified herein;

(i) any person or entity whose claim against the Utility arises solely from amounts due to Independent System Operator Corporation or California Power Exchange Corporation various market participants based on purchases of electricity, capacity, or ancillary services from Gas and Electric Company and other market participants in markets operated by the CAISO and the subject to determination by the Federal Energy Commission ("FERC") in refund proceedings in FERC Docket Nos. EL00-95-000 and EL00-related sub-dockets, and any amounts of settlement agreements allocation among

---

Page 1 of 4

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

**STATE OF CALIFORNIA**

County of Humboldt

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the editor and publisher of THE FERNDALE ENTERPRISE, a newspaper of general circulation, printed and published weekly in the City of Ferndale, County of Humboldt, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Humboldt, State of California, under the date of June 27, 1952, Consolidated Case Number 26961, that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit;

all in the year 19 ____ 2019

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Ferndale, California,

this ____ day of ____ 11 2019

_____
Signature

| IN RE: PG&E CORPORATION, - AND - PACIFIC GAS AND ELECTRIC COMPANY, DEBTORS. | Bankruptcy Case No. 19-30088 (DM) Chapter 11 (Lead Case) (Jointly Administered) NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM IN CHAPTER 11 CASES |
|---|---|

**TO ALL PERSONS WITH CLAIMS AGAINST ANY DEBTOR SET FORTH BELOW:**

| NAME OF DEBTOR AND LAST FOUR DIGITS OF FEDERAL TAX IDENTIFICATION NUMBER | CASE NUMBER |
|---|---|
| PG&E Corporation (4914) ("**PG&E Corp.**") | 19-30088 (DM) |
| Pacific Gas and Electric Company (2640) (the "**Utility**") | 19-30089 (DM) |

The United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**") has entered an order (the "**Bar Date Order**") establishing **October 21, 2019 at 5:00 p.m. (Prevailing Pacific Time)** (the "**Bar Date**") as the last date and time for each (i) person, as defined in section 101(41) of title 11 of the United States Code (the "**Bankruptcy Code**"), including, without limitation, all Fire Claimants (as defined below), Wildfire Subrogation Claimants (as defined below), and Customers (as defined below), and (ii) governmental unit (as defined in section 101(27) of the Bankruptcy Code, collectively, the "**Governmental Units**") to file a proof of claim (each a "**Proof of Claim**") in respect of a prepetition claim (as defined in section 101(5) of the Bankruptcy Code), including, for the avoidance of doubt, all secured claims and priority claims against either of the above-listed debtors (collectively, the "**Debtors**").

The Bar Date and the procedures set forth below for filing Proofs of Claim apply to all claims against the Debtors that arose before January 29, 2019 (the "**Petition Date**"), the date on which the Debtors commenced cases under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**").

**1. WHO MUST FILE A PROOF OF CLAIM**

You **MUST** file a Proof of Claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose before the Petition Date, and it is not one of the types of claims described in Section 5 below. Claims based on acts or omissions of the Debtors that occurred before the Petition Date must be filed on or before the Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

Under section 101(5) of the Bankruptcy Code and as used in this notice, the word "claim" means a right to (a) payment, whether such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**2. WHAT TO FILE**

**A. Claimants other than Holders of Fire Claims.**

The Debtors have prepared a Proof of Claim form for use by claimants in these Chapter 11 Cases other than Fire Claimants and Wildfire Subrogation Claimants (the "**Standard Proof of Claim Form**"). If your claim is listed on the schedules of assets and liabilities filed by the Debtors (collectively, the "**Schedules**"), you will receive in the mail a Standard Proof of Claim Form that sets forth the amount of your claim as listed on the Schedules, if applicable, the specific Debtor against which the claim is scheduled, and whether the claim is scheduled as "disputed," "contingent," or "unliquidated." You will receive a different Standard Proof of Claim Form for each claim listed in your name on the Schedules. You may utilize the Standard Proof of Claim Form(s) you receive from the Debtors to file your claim. Additional Standard Proof of Claim Forms and instructions may be obtained at (a) the website established by the Debtors' Court-approved claims and noticing agent, Prime Clerk LLC ("**Prime Clerk**"), located at https://restructuring.primeclerk.com/pge (the "**Case Website**") or (b) the Bankruptcy Court's website located at www.uscourts.gov/forms/bankruptcy-forms.

All Proof of Claim Forms must be **signed** by the claimant or an authorized agent of the claimant. It must be written in English and the amount, if known, must be denominated in United States currency (using the exchange rate, if applicable, as of the Petition Date). You also should attach to your completed Proof of Claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

Your Proof of Claim Form must **not** contain complete social security numbers or taxpayer identification numbers (include only the last four (4) digits), a complete birth date (include only the year), the name of a minor (include only the minor's initials), or a financial account number (include only the last four (4) digits of such account number).

Page 2 of 4

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

**STATE OF CALIFORNIA**

County of Humboldt

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the editor and publisher of THE FERNDALE ENTERPRISE, a newspaper of general circulation, printed and published weekly in the City of Ferndale, County of Humboldt, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Humboldt, State of California, under the date of June 27, 1952, Consolidated Case Number 26961, that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit;

7/11

all in the year 19 _2019_

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Ferndale, California,

this _____ day of _11_ _2019_

_____
Signature

---

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S BANKRUPTCY CASE (SEE ABOVE).

**B. Fire Claimants and Wildfire Subrogation Claimants**

Pursuant to the Bar Date Order, and all matters related thereto, (a) any claim (as such term is defined in section 101(5) of the Bankruptcy Code) related to or in any way arising from the wildfires that occurred in Northern California prior to the Petition Date (January 29, 2019) (the "**Northern California Fires**"),² including any claim held by a Wildfire Subrogation Claimant, is referred to herein as a "**Fire Claim**"; (b) any person or entity, including any Governmental Unit, holding a Fire Claim (other than a Wildfire Subrogation Claimant) is referred to herein as a "**Fire Claimant**"; and (c) any insurance carrier having made payments to their insureds for any damages arising out of or relating to a Fire Claim, or any other party who has acquired by assignment or otherwise obtained an interest in a claim arising out or related to such payments, is referred to herein as a "**Wildfire Subrogation Claimant**".

If you (or, in the case of a wrongful-death claim, the estate you represent) believe you have a claim against either of the Debtors for personal injury or wrongful death, property damage, or other loss or liability in any way relation to or resulting from the Northern California Fires, you or your authorized agent or attorney MUST file a Proof of Claim for your Fire Claim prior to the Bar Date in accordance with the instructions in this notice. Proof of Claim forms for Fire Claimants (a "**Fire Claimant Proof of Claim Form**") and Wildfire Subrogation Claimants (a "**Wildfire Subrogation Claimant Proof of Claim Form**" and, together with the Fire Claimant Proof of Claim Form, the "**Fire Proof of Claim Forms**") are available at the Case Website. Substantially all of the information requested in the applicable Fire Proof of Claim Form must be provided. All timely filed Fire Proof of Claim Forms shall be deemed filed against both PG&E Corp. and the Utility.

You or your authorized agent or attorney MUST file a Proof of Claim on account of your Fire Claim even if you may be included in, or represented by, a purported class action, class suit, class Proof of Claim, or similar representative action filed against the Debtors with respect to your Fire Claim. **You may but are not required to attach supporting documentation to your Fire Proof of Claim Form. Please be advised, except as otherwise provided in the Bar Date Order, if supporting documentation is attached by any claimant to a Fire Proof of Claim Form, such supporting documentation will be publicly available as a part of such claimant's Fire Proof of Claim Form.**

**3. SPECIAL PROVISIONS FOR CUSTOMERS**

If you are a residential or non-residential customer of the Debtors (each a "**Customer**") and you believe you have a claim against the Debtors relating to the period prior to the Petition Date, you MUST file a Standard Proof of Claim Form by the Bar Date. **Customers are not required to file proofs of claim for ordinary and customary refunds, overpayments, billing credits, deposits or similar billing items.**

**4. WHEN AND WHERE TO FILE**

All Proofs of Claim (including any proofs of claims of Fire Claimants, Wildfire Subrogation Claimants, Governmental Units, and Customers) must be filed so as to be received on or before **October 21, 2019 at 5:00 p.m. (Prevailing Pacific Time)** as follows:

**If electronically:** The Case Website established by Prime Clerk, using the interface available on such website under the link entitled "Submit a Claim" (the "**Electronic Filing System**").

**If by first class mail:** PG&E Corporation Claims Processing Center; c/o Prime Clerk LLC; Grand Central Station, PO Box 4850; New York, NY 10163-4850.

**If by overnight courier:** PG&E Corporation Claims Processing Center, c/o Prime Clerk LLC; 850 Third Avenue, Suite 412; Brooklyn, NY 11232.

**If by hand delivery:** PG&E Corporation Claims Processing Center; c/o Prime Clerk LLC; 850 Third Avenue, Suite 412; Brooklyn, NY 11232.

-or- At one of the Debtors' Claim Service Centers located at the following PG&E locations (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time): (i) 350 Salem Street, Chico, CA 95928; (ii) 231 "D" Street, Marysville, CA 95901; (iii) 1567 Huntoon Street, Oroville, CA 95965; (iv) 3600 Meadow View Road, Redding, CA 96002; (v) 111 Stony Circle, Santa Rosa, CA 95401; or (vi) 1850 Soscol Ave. Ste 105, Napa, CA 94559. **Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your claim if you wish to receive a date-stamped copy.**

Proofs of Claim will be deemed filed only when **actually received** at the addresses listed above or via the Electronic Filing System on or before the Bar Date. If you submit a Proof of Claim via the Electronic Filing System, you will receive an email confirmation generated by the Electronic Filing System with an image of your filed Proof of Claim. Proofs of Claim will not be deemed filed if by facsimile, telecopy, or electronic mail transmission (other than Proofs of Claim filed electronically through the Electronic Filing System).

*page 374*

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

**STATE OF CALIFORNIA**

County of Humboldt

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter, I am the editor and publisher of THE FERNDALE ENTERPRISE, a newspaper of general circulation, printed and published weekly in the City of Ferndale, County of Humboldt, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Humboldt, State of California, under the date of June 27, 1952, Consolidated Case Number 26961, that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit;

7/11

all in the year 19 _2019_

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Ferndale, California,

this _____ day of _11_ _2019_

_____Signature_____

Case: 19-30088    Doc# 4688-2    Filed: 11/12/19    Entered: 11/12/19 13:08:32    Page 34 of 78

## 5. WHO NEED NOT FILE A PROOF OF CLAIM

You do **not** need to file a Proof of Claim on or before the Bar Date if you are:

(a) any person or entity whose claim is listed on the Schedules, *provided that* (i) the claim is **not** listed on the Schedules as "disputed," "contingent," or "unliquidated," (ii) the person or entity does not dispute the amount, nature, and priority of the claim as set forth in the Schedules, and (iii) the person or entity does not dispute that the claim is an obligation of the specific Debtor against which the claim is listed in the Schedules;

(b) any person or entity whose claim has been paid in full;

(c) any holder of a claim allowable under section 503(b) and 507(a)(2) of the Bankruptcy Code as an administrative expense (other than any party asserting a claim pursuant to section 503(b)(9) of the Bankruptcy Code who was required to file such claim by April 22, 2019 as established in the Bankruptcy Court's *Amended Order Pursuant to 11 U.S.C. §§ 503(b)(9) and 105(a) Establishing Procedures for the Assertion, Resolution, and Satisfaction of Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)* [Docket No. 725]);

(d) any person or entity who holds a claim that heretofore has been allowed by Order of the Bankruptcy Court entered on or before the Bar Date;

(e) any holder of a claim for which a separate deadline has been fixed by the Bankruptcy Court;

(f) any person or entity who has already filed a Proof of Claim with Prime Clerk against the Debtors with respect to the claim being asserted, utilizing a claim form that substantially conforms to the Standard Proof of Claim Form or Official Form No. 410;

(g) any person or entity that holds an equity security interest in the Debtors, which interest is based exclusively upon the ownership of common or preferred stock, membership interests, partnership interests, or warrants, options, or rights to purchase, sell, or subscribe to such a security or interest; *provided, however,* that if any such holder asserts a claim (as opposed to an ownership interest) against the Debtors (including a claim relating to an equity interest or the purchase or sale of such equity interest), a Standard Proof of Claim must be filed on or before the Bar Date;

(h) any person or entity whose claim is limited exclusively to the repayment of principal, interest, and other fees and expenses under any agreements (a "**Debt Claim**") governing any prepetition, unsecured revolving credit loan, term loan, notes, bonds, debentures, or other debt securities, in each case, issued by or on behalf of any of the Debtors (collectively, the "**Debt Instruments**"); *provided, however,* that (i) the foregoing exclusion shall not apply to the indenture trustee, owner trustee, pass-through trustee, subordination agent, registrar, paying agent, administrative, loan or collateral agent, or any other entity serving in a similar capacity however designated (collectively, an "**Indenture Trustee**") under the applicable Debt Instrument, (ii) each such Indenture Trustee shall be required to file a Standard Proof of Claim against the applicable Debtor, on or before the Bar Date, on account of all Debt Claims against such Debtor under the applicable Debt Instrument; *provided, however,* that an Indenture Trustee will be permitted, in lieu of attaching voluminous documentation, to file with its Proof of Claim a summary of the applicable Debt Instrument and other operative documents, on the condition that such documents will be made available by the Indenture Trustee within ten (10) business days after receipt of a written request from a party in interest, and (iii) any holder of a Debt Claim that has a claim arising out of or relating to a Debt Instrument other than a Debt Claim must file a Standard Proof of Claim with respect to such claim on or before the Bar Date, unless another exception identified herein applies;

(i) any person or entity whose claim against the Utility arises solely from amounts due to the California Independent System Operator Corporation ("**CAISO**"), California Power Exchange Corporation ("**PX**") and/or various market participants based on purchases or sales of electricity, capacity, or ancillary services by Pacific Gas and Electric Company and other market participants in markets operated by the CAISO and the PX that are subject to determination by the Federal Energy Regulatory Commission ("**FERC**") in refund proceedings bearing FERC Docket Nos. EL00-95-000 and EL00-98-000 and related sub-dockets, and any amounts due under any settlement agreements, allocation agreements, escrow agreements, letter agreements, other written agreements, or court orders (including orders entered in the chapter 11 case styled *In re California Power Exchange Corporation*, Case No. LA 01-16577 ES) that expressly relate thereto;

(j) any Customer whose claims is limited exclusively to ordinary and customary refunds, overpayments, billing credits, deposits, or similar billing items;

(k) either Debtor having a claim against the other Debtor in these Chapter 11 Cases; or

(l) any person or entity who holds a claim solely to the extent that such claim arises from an event that occurred after January 29, 2019.

Notwithstanding anything herein or in the Bar Date Order to the contrary, any claimant that timely files a Proof of Claim and makes a good faith effort to complete a Proof of Claim form may be permitted by the Bankruptcy Court to revise, amend, and/or supplement their applicable Proof of Claim form to the extent permitted by applicable law until such time as their claim is allowed or disallowed by order of

page 4074

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

STATE OF CALIFORNIA

County of Humboldt

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the editor and publisher of THE FERNDALE ENTERPRISE, a newspaper of general circulation, printed and published weekly in the City of Ferndale, County of Humboldt, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Humboldt, State of California, under the date of June 27, 1952, Consolidated Case Number 26961, that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit;

all in the year 19 _2019_

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Ferndale, California,

this _____ day of _____ 19_2019_

_Signature_

---

This notice may be sent to many persons that have had some relationship with or have done business with the Debtors but may not have an unpaid claim against the Debtors.

**6. EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

If you hold a claim arising out of or relating to the rejection of an executory contract or unexpired lease you must file a Standard Proof of Claim Form based on such rejection by the later of (i) the Bar Date, and (ii) the date that is thirty (30) days following the entry of the Bankruptcy Court's order approving such rejection (which order may be the order confirming a chapter 11 plan for the Debtors), or be forever barred from doing so. Notwithstanding the foregoing, a party to an executory contract or unexpired lease that asserts a claim on account of unpaid amounts accrued and outstanding as of the Petition Date pursuant to such executory contract or unexpired lease (other than a claim for damages that arises from or relates to the rejection of the executory contract or unexpired lease) must file a Standard Proof of Claim Form for such amounts on or before the Bar Date unless an exception identified in Section 5 above applies.

**7. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE BAR DATE**

ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS SET FORTH IN SECTION 5 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN ACCORDANCE WITH THE BAR DATE ORDER SHALL **NOT** BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED OR CONFIRMED IN THESE CHAPTER 11 CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

**8. THE DEBTORS' SCHEDULES AND ACCESS THERETO**

You may be listed as a holder of a claim against one or more of the Debtors in the Debtors' Schedules. To determine if and how you are listed on the Schedules, please refer to the descriptions set forth on the instructions accompanying the Standard Proof of Claim Form(s) regarding the nature, amount, and status of your claim(s). If you rely on the Debtors' Schedules or the Standard Proof of Claim Form(s) you receive in the mail from the Debtors, it is your responsibility to determine that the claim accurately is listed on the Schedules. However, you may rely on the form you receive, which lists the amount of your claim as scheduled, identifies the Debtor against which it is scheduled, and specifies whether the claim is "disputed," "contingent," or "unliquidated."

As set forth above, if you agree with the nature, amount, and status of your claim as listed in the Debtors' Schedules, and if you do not dispute that your claim only is against the Debtor specified by the Debtors, and if your claim is not described as "disputed," "contingent," or "unliquidated," you need **not** file a Proof of Claim. Otherwise, or if you decide **to file a Proof of Claim, you must do so before the Bar Date, in accordance with the procedures set forth in this notice.** For the avoidance of doubt, if you have a Fire Claim and it is listed as "disputed," "contingent," or "unliquidated" you must file a Fire Proof of Claim Form.

Copies of the Debtors' Schedules are available for inspection on the Bankruptcy Court's electronic docket for the Debtors' Chapter 11 Cases, which is posted on (a) the Case Website and (b) the Bankruptcy Court's website at http://www.canb.uscourts.gov. A login and password to the Bankruptcy Court's Public Access to Electronic Records ("PACER") are required to access this information on the Bankruptcy Court's website and can be obtained through the PACER Service Center at http://www.pacer.gov. Copies of the Schedules also may be examined between the hours of 9:00 a.m. and 4:30 p.m. (Prevailing Pacific Time), Monday through Friday at the Office of the Clerk of the Bankruptcy Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102. Copies of the Debtors' Schedules also may be obtained by request to Prime Clerk: PG&E Corporation; c/o Prime Clerk LLC; 850 Third Avenue, Suite 412; Brooklyn, NY 11232; Toll Free: (844) 339-4217; Email: pgeinfo@primeclerk.com.

**Please note that Prime Clerk cannot provide legal advice, nor can it advise you as to whether you should file a Proof of Claim. A holder of a potential claim against the Debtors should consult an attorney regarding any matters not covered by this notice, such as whether the holder should file a Proof of Claim.**

Dated: July 1, 2019

**WEIL, GOTSHAL & MANGES LLP, KELLER & BENVENUTTI LLP**

[Fn-1] Capitalized terms used but not herein defined have the meanings ascribed to them in the Bar Date Order.

[Fn-2] The Northern California Fires include, but are not limited to, the following fires: 37, Adobe, Atlas, Blue, Butte, Camp, Cascade, Cherokee, Ghost Ship, Honey, La Porte, Lobo, Maacama, McCourtney, Norrbom, Nuns, Partrick, Pocket, Point, Pressley, Pythian (a.k.a. Oakmont), Redwood, Sullivan, Sulphur, and Tubbs.



Page 1 of 5

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

**STATE OF CALIFORNIA**

County of Humboldt

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the editor and publisher of THE FERNDALE ENTERPRISE, a newspaper of general circulation, printed and published weekly in the City of Ferndale, County of Humboldt, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Humboldt, State of California, under the date of June 27, 1952, Consolidated Case Number 25961, that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit;

8/22

all in the year 19 2019

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Ferndale, California,

this _____ day of _____ 2019

_____
Signature

---

**LEGAL NOTICE - PARA INFORMACIÓ**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| IN RE: PG&E CORPORATION, - AND - PACIFIC GAS AND ELECTRIC COMPANY, DEBTORS. | Bankruptcy Case No. 19-30088 (DM) Chapter 11(Lead Case) (Jointly Administered) **NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM IN CHAPTER 11 CASES** |
|---|---|

TO ALL PERSONS WITH CLAIMS AGAINST ANY DEBTOR SET FORTH BELOW:

| NAME OF DEBTOR AND LAST FOUR DIGITS OF FEDERAL TAX IDENTIFICATION NUMBER | CASE NUMBER |
|---|---|
| PG&E Corporation (4914) ("PG&E Corp.") | 19-30088 (DM) |
| Pacific Gas and Electric Company (2640) (the "Utility") | 19-30089 (DM) |

The United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**") has entered an order (the "**Bar Date Order**") establishing **October 21, 2019 at 5:00 p.m. (Prevailing Pacific Time)** (the "**Bar Date**") as the last date and time for each (i) person, as defined in section 101(41) of title 11 of the United States Code (the "**Bankruptcy Code**"), including, without limitation, all Fire Claimants (as defined below), Wildfire Subrogation Claimants (as defined below), and Customers (as defined below), and (ii) governmental unit (as defined in section 101(27) of the Bankruptcy Code, collectively, the "**Governmental Units**") to file a proof of claim (each a "**Proof of Claim**") in respect of a prepetition claim (as defined in section 101(5) of the Bankruptcy Code), including, for the avoidance of doubt, all secured claims and priority claims against either of the above-listed debtors (collectively, the "**Debtors**").

The Bar Date and the procedures set forth below for filing Proofs of Claim apply to all claims against the Debtors that arose before January 29, 2019 (the "**Petition Date**"), the date on which the Debtors commenced cases under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**").

**1. WHO MUST FILE A PROOF OF CLAIM**

You **MUST** file a Proof of Claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose before the Petition Date, and it is not one of the types of claims described in Section 5 below. Claims based on acts or omissions of the Debtors that occurred before the Petition Date must be filed on or before the Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

Under section 101(5) of the Bankruptcy Code and as used in this notice, the word "claim" means a right to (a) payment, whether such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**2. WHAT TO FILE**

**A. Claimants other than Holders of Fire Claims.**

The Debtors have prepared a Proof of Claim form for use by claimants in these Chapter 11 Cases other than Fire Claimants and Wildfire Subrogation Claimants (the "**Standard Proof of Claim Form**"). If your claim is listed on the schedules of assets and liabilities filed by the Debtors (collectively, the "**Schedules**"), you will receive in the mail a Standard Proof of Claim Form that sets forth the amount of your claim as listed on the Schedules, if applicable, the specific Debtor against which the claim is scheduled, and whether the claim is scheduled as "disputed," "contingent," or "unliquidated." You will receive a different Standard Proof of Claim Form for each claim listed in your name on the Schedules. You may utilize the Standard Proof of Claim Form(s) you receive from the Debtors to file your claim. Additional Standard Proof of Claim Forms and instructions may be obtained at (a) the website established by the Debtors' Court-approved claims and noticing agent, Prime Clerk LLC ("**Prime Clerk**"), located at https://restructuring.primeclerk.com/pge (the "**Case Website**") or (b) the Bankruptcy Court's website located at www.uscourts.gov/forms/bankruptcy-forms.

All Proof of Claim Forms must be **signed** by the claimant or an authorized agent of the claimant. It must be written in English and the amount, if known, must be denominated in United States currency (using the exchange rate, if applicable, as of the Petition Date). You may attach to your completed Proof of Claim Form any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

---

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

**STATE OF CALIFORNIA**

County of Humboldt

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the editor and publisher of THE FERNDALE ENTERPRISE, a newspaper of general circulation, printed and published weekly in the City of Ferndale, County of Humboldt, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Humboldt, State of California, under the date of June 27, 1952, Consolidated Case Number 26961, that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit;

_____

_____

_____

all in the year 19 _____

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Ferndale, California,

this _____ day of _____ 19 _____

_____
Signature

---

Your Proof of Claim Form must **not** contain complete social security numbers or taxpayer identification numbers (include only the last four (4) digits, a complete birth date (include only the year), the name of a minor (include only the minor's initials), or a financial account number (include only the last four (4) digits of such account number).

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S BANKRUPTCY CASE (SEE ABOVE).

**B. Fire Claimants and Wildfire Subrogation Claimants**

Pursuant to the Bar Date Order, and all matters related thereto, (a) any claim (as such term is defined in section 101(5) of the Bankruptcy Code) related to or in any way arising from the wildfires that occurred in Northern California prior to the Petition Date (January 29, 2019) (the "**Northern California Fires**"),² including any claim held by a Wildfire Subrogation Claimant, is referred to herein as a "**Fire Claim**"; (b) any person or entity, including any Governmental Unit, holding a Fire Claim (other than a Wildfire Subrogation Claimant) is referred to herein as a "**Fire Claimant**"; and (c) any insurance carrier having made payments to their insureds for any damages arising out of or relating to a Fire Claim, or any other party who has acquired by assignment or otherwise obtained an interest in a claim arising out or related to such payments, is referred to herein as a "**Wildfire Subrogation Claimant**".

If you (or, in the case of a wrongful-death claim, the estate you represent) believe you have a claim against either of the Debtors for personal injury or wrongful death, property damage, or other loss or liability in any way relation to or resulting from the Northern California Fires, you or your authorized agent or attorney **MUST** file a Proof of Claim for your Fire Claim prior to the Bar Date in accordance with the instructions in this notice. Proof of Claim forms for Fire Claimants (a "**Fire Claimant Proof of Claim Form**") and Wildfire Subrogation Claimants (a "**Wildfire Subrogation Claimant Proof of Claim Form**" and, together with the Fire Claimant Proof of Claim Form, the "**Fire Proof of Claim Forms**") are available at the Case Website. Substantially all of the information requested in the applicable Proof of Claim Form must be provided. All timely filed Fire Proof of Claim Forms shall be deemed filed against both PG&E Corp. and the Utility.

You or your authorized agent or attorney **MUST** file a Proof of Claim on account of your Fire Claim even if you may be included in, or represented by, a purported class action, class suit, class Proof of Claim, or similar representative action filed against the Debtors with respect to your Fire Claim. **You may but are not required to attach supporting documentation to your Fire Proof of Claim Form. Please be advised, except as otherwise provided in the Bar Date Order, if supporting documentation is attached by any claimant to a Fire Proof of Claim Form, such supporting documentation will be publicly available as a part of such claimant's Fire Proof of Claim Form.**

**3. SPECIAL PROVISIONS FOR CUSTOMERS**

If you are a residential or non-residential customer of the Debtors (each a "**Customer**") and you believe you have a claim against the Debtors relating to the period prior to the Petition Date, you **MUST** file a Standard Proof of Claim Form by the Bar Date. **Customers are not required to file proofs of claim for ordinary and customary refunds, overpayments, billing credits, deposits or similar billing items.**

**4. WHEN AND WHERE TO FILE**

All Proofs of Claim (including any proofs of claims of Fire Claimants, Wildfire Subrogation Claimants, Governmental Units, and Customers) must be filed so as to be received on or before October 21, 2019 at 5:00 p.m. (Prevailing Pacific Time) as follows:

**If electronically:** The Case Website established by Prime Clerk, using the interface available on such website under the link entitled "Submit a Claim" (the "**Electronic Filing System**").

**If by first class mail:** PG&E Corporation Claims Processing Center; c/o Prime Clerk LLC; Grand Central Station, PO Box 4850; New York, NY 10163-4850.

**If by overnight courier:** PG&E Corporation Claims Processing Center; c/o Prime Clerk LLC; 850 Third Avenue, Suite 412; Brooklyn, NY 11232.

**If by hand delivery:** PG&E Corporation Claims Processing Center; c/o Prime Clerk LLC; 850 Third Avenue, Suite 412; Brooklyn, NY 11232.

**-or-** At one of the Debtors' Claim Service Centers located at the following PG&E locations (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time): (i) 350 Salem Street, Chico, CA 95928; (ii) 231 "D" Street, Marysville, CA 95901; (iii) 1567 Huntoon Street, Oroville, CA 95965; (iv) 3600 Meadow View Road, Redding, CA 96002; (v) 111 Stony Circle, Santa Rosa, CA 95401; or (vi) 1850 Soscol Ave. Ste 105, Napa, CA 94559. Photocopy machines will not be available at the Claim Service Centers, so please bring a copy of your claim if you wish to receive a date-stamped copy.



Page 36 5

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

**STATE OF CALIFORNIA**

County of Humboldt

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter, I am the editor and publisher of THE FERNDALE ENTERPRISE, a newspaper of general circulation, printed and published weekly in the City of Ferndale, County of Humboldt, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Humboldt, State of California, under the date of June 27, 1952, Consolidated Case Number 26961, that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit;

_____

_____

all in the year 19 _____

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Ferndale, California,

this_____ day of_____ 19 _____

_____
Signature

---

Proofs of Claim will be deemed filed only when **actually received** at the addresses listed above or via the Electronic Filing System on or before the Bar Date. If you submit a Proof of Claim via the Electronic Filing System, you will receive an email confirmation generated by the Electronic Filing System with an image of your filed Proof of Claim Form. Proofs of Claim may not be delivered by facsimile, telecopy, or electronic mail transmission (other than Proofs of Claim filed electronically through the Electronic Filing System).

5. WHO NEED **NOT** FILE A PROOF OF CLAIM

You do **not** need to file a Proof of Claim on or before the Bar

EN ESPAÑOL, VISITE EL SITIO WEB.

Date if you are:

(a) any person or entity whose claim is listed on the Schedules; *provided* that (i) the claim is **not** listed on the Schedules as "disputed," "contingent," or "unliquidated," (ii) the person or entity does not dispute the amount, nature, and priority of the claim as set forth in the Schedules, and (iii) the person or entity does not dispute that the claim is an obligation of the specific Debtor against which the claim is listed in the Schedules;

(b) any person or entity whose claim has been paid in full;

(c) any holder of a claim allowable under section 503(b) and 507(a)(2) of the Bankruptcy Code as an administrative expense (other than any party asserting a claim pursuant to section 503(b)(9) of the Bankruptcy Code who was required to file such claim by April 22, 2019 as established in the Bankruptcy Court's *Amended Order Pursuant to 11 U.S.C. §§ 503(b)(9) and 105(a) Establishing Procedures for the Assertion, Resolution, and Satisfaction of Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)* [Docket No. 725]);

(d) any person or entity who holds a claim that heretofore has been allowed by Order of the Bankruptcy Court entered on or before the Bar Date;

(e) any holder of a claim for which a separate deadline has been fixed by the Bankruptcy Court;

(f) any person or entity who has already filed a Proof of Claim with Prime Clerk against the Debtors with respect to the claim being asserted, utilizing a claim form that substantially conforms to the Standard Proof of Claim Form or Official Form No. 410;

(g) any person or entity that holds an equity security interest in the Debtors, which interest is based exclusively upon the ownership of common or preferred stock, membership interests, partnership interests, or warrants, options, or rights to purchase, sell, or subscribe to such a security or interest; *provided, however,* that if any such holder asserts a claim (as opposed to an ownership interest) against the Debtors (including a claim relating to an equity interest or the purchase or sale of such equity interest), a Standard Proof of Claim must be filed on or before the Bar Date;

(h) any person or entity whose claim is limited exclusively to the repayment of principal, interest, and other fees and expenses under any agreements (a "**Debt Claim**") governing any prepetition, unsecured revolving credit loan, term loan, notes, bonds, debentures, or other debt securities, in each case, issued by or on behalf of any of the Debtors (collectively, the "**Debt Instruments**"); *provided, however,* that (i) the foregoing exclusion shall not apply to the indenture trustee, owner trustee, pass-through trustee, subordination agent, registrar, paying agent, administrative, loan or collateral agent, or any other entity serving in a similar capacity however designated (collectively, an "**Indenture Trustee**") under the applicable Debt Instrument, (ii) each such Indenture Trustee shall be required to file a Standard Proof of Claim against the applicable Debtor, on or before the Bar Date, on account of all Debt Claims against such Debtor under the applicable Debt Instrument; *provided, however,* that an Indenture Trustee will be permitted, in lieu of attaching voluminous documentation, to file with its Proof of Claim a summary of the applicable Debt Instrument and other operative documents, on the condition that such documents will be made available by the Indenture Trustee within ten (10) business days after receipt of a written request from a party in interest, and (iii) any holder of a Debt Claim that has a claim arising out of or relating to a Debt Instrument other than a Debt Claim must file a Standard Proof of Claim with respect to such claim on or before the Bar Date, unless another exception identified herein applies;

(i) any person or entity whose claim against the Utility arises solely from amounts due to the California Independent System Operator Corporation ("**CAISO**"), California Power Exchange Corporation ("**PX**") and/or various market participants based on purchases or sales of electricity, capacity, or ancillary services by Pacific Gas and Electric Company and other market participants in markets operated by the CAISO and the PX that are subject to determination by the Federal Energy Regulatory Commission ("**FERC**") in refund proceedings bearing FERC Docket Nos. EL00-95-000 and EL00-98-000 and related sub-dockets, and any amounts due under any settlement agreements, allocation agreements, escrow agreements, letter agreements, entered in the chapter 11 case styled *In re California Power Exchange Corporation*, Case No. LA 01-16577 ES) that expressly relate thereto;

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

**STATE OF CALIFORNIA**

County of Humboldt

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter, I am the editor and publisher of THE FERNDALE ENTERPRISE, a newspaper of general circulation, printed and published weekly in the City of Ferndale, County of Humboldt, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Humboldt, State of California, under the date of June 27, 1952, Consolidated Case Number 26961, that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit;

_____

_____

all in the year 19 _____

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Ferndale, California,

this _____ day of _____ 19 _____

_____
Signature

---

(j) any Customer whose claims is limited exclusively to ordinary and customary refunds, overpayments, billing credits, deposits, or similar billing items;

(k) either Debtor having a claim against the other Debtor in these Chapter 11 Cases; or

(l) any person or entity who holds a claim solely to the extent such claim arises from an event that occurred after January 29, 2019.

Notwithstanding anything herein or in the Bar Date Order to the contrary, any claimant that timely files a Proof of Claim and makes a good faith effort to complete a Proof of Claim form as set forth in the Bar Date Order shall be permitted to revise, amend, and/or supplement their applicable Proof of Claim form to the extent permitted by applicable law until such time as their claim is allowed or disallowed by order of the Bankruptcy Court.

This notice may be sent to many persons that have had some relationship with or have done business with the Debtors but may not have an unpaid claim against the Debtors.

**6. EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

If you hold a claim arising out of or relating to the rejection of an executory contract or unexpired lease you must file a Standard Proof of Claim based on such rejection by the later of (i) the Bar Date, and (ii) the date that is thirty (30) days following the entry of the Bankruptcy Court's order approving such rejection (which order may be the order confirming a chapter 11 plan for the Debtors), or be forever barred from doing so. Notwithstanding the foregoing, a party to an executory contract or unexpired lease that asserts a claim on account of unpaid amounts accrued and outstanding as of the Petition Date pursuant to such executory contract or unexpired lease (other than a claim for damages that arises from or relates to the rejection of the executory contract or unexpired lease) must file a Standard Proof of Claim Form for such amounts on or before the Bar Date unless an exception identified in Section 5 above applies.

**7. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE BAR DATE**

ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS SET FORTH IN SECTION 5 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN ACCORDANCE WITH THE BAR DATE ORDER WILL **NOT** BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED OR CONFIRMED IN THESE CHAPTER 11 CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

**8. THE DEBTORS' SCHEDULES AND ACCESS THERETO**

You may be listed as a holder of a claim against one or more of the Debtors in the Debtors' Schedules. To determine if and how you are listed on the Schedules, please refer to the descriptions set forth on the instructions accompanying the Standard Proof of Claim Form(s) regarding the nature, amount, and status of your claim(s). If you rely on the Debtors' Schedules or the Standard Proof of Claim Form(s) you receive in the mail from the Debtors, it is your responsibility to determine that the claim accurately is listed on the Schedules. However, you may rely on the form you receive, which lists the amount of your claim as scheduled, identifies the Debtor against which it is scheduled, and specifies whether the claim is "disputed," "contingent," or "unliquidated."

As set forth above, if you agree with the nature, amount, and status of your claim as listed in the Debtors' Schedules, and if you do not dispute that your claim only is against the Debtor specified by the Debtors, and if your claim is not described as "disputed," "contingent," or "unliquidated," you need not file a Proof of Claim. **Otherwise, or if you decide to file a Proof of Claim, you must do so before the Bar Date, in accordance with the procedures set forth in this notice.** For the avoidance of doubt, if you have a Fire Claim and it is listed as "disputed," "contingent," or "unliquidated" you must file a Fire Proof of Claim Form.

Copies of the Debtors' Schedules are available for inspection on the Bankruptcy Court's electronic docket for the Debtors' Chapter 11 Cases, which is posted on (a) the Case Website and (b) the Bankruptcy Court's website at http://www.canb.uscourts.gov. A login and password to the Bankruptcy Court's Public Access to Electronic Records ("PACER") are required to access this information on the Bankruptcy Court's website and can be obtained through the PACER Service Center at http://www.pacer.gov. Copies of the Schedules also may be examined between the hours of 9:00 a.m. and 4:30 p.m. (Prevailing Pacific Time), Monday through Friday at the Office of the Clerk of the Bankruptcy Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102. Copies of the Debtors' Schedules also may be obtained by request to Prime Clerk: PG&E Corporation; c/o Prime Clerk LLC; 850 Third Avenue, Suite 412, Brooklyn, NY 11232; 844-339-4217; Email: pge.info@primeclerk.com.

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

STATE OF CALIFORNIA

County of Humboldt

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the editor and publisher of THE FERNDALE ENTERPRISE, a newspaper of general circulation, printed and published weekly in the City of Ferndale, County of Humboldt, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Humboldt, State of California, under the date of June 27, 1952, Consolidated Case Number 26961, that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit;

_____

_____

all in the year 19 _____

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Ferndale, California,

this_____ day of_____ 19 _____

_____
Signature

This space if the the County Clerk's Filling Stamp

Please note that Prime Clerk cannot provide legal advice, nor can it advise you as to whether you should file a Proof of Claim. A holder of a potential claim against the Debtors should consult an attorney regarding any matters not covered by this notice, such as whether the holder should file a Proof of Claim.

Dated: July 1, 2019

WEIL, GOTSHAL & MANGES LLP, KELLER & BENVENUTTI LLP

[Fn-1] Capitalized terms used but not herein defined have the meanings ascribed to them in the Bar Date Order.

[Fn-2] The Northern California Fires include, but are not limited to, the following fires: 37, Adobe, Atlas, Blue, Butte, Camp, Cascade, Cherokee, Ghost Ship, Honey, La Porte, Lobo, Maacama, McCourtney, Norrbom, Nuns, Partrick, Pocket, Point, Pressley, Pythian (a.k.a. Oakmont), Redwood, Sullivan, Sulphur, and Tubbs.



## PROOF OF PUBLICATION

(2015.5 C.C.P.)

**STATE OF CALIFORNIA**

County of Humboldt

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter, I am the editor and publisher of THE FERNDALE ENTERPRISE, a newspaper of general circulation, printed and published weekly in the City of Ferndale, County of Humboldt, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Humboldt, State of California, under the date of June 27, 1952, Consolidated Case Number 26961, that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

9/26

all in the year 19 2019

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Ferndale, California,

this ___ 9 ___ day of ___ 26 2019 ___ 19___

Signature

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE: PG&E CORPORATION, - AND - PACIFIC GAS AND ELECTRIC COMPANY, DEBTORS.

Bankruptcy Case No. 19-30088 (DM) Chapter 11(Lead Case) (Jointly Administered)

**NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM IN CHAPTER 11 CASES**

**TO ALL PERSONS WITH CLAIMS AGAINST ANY DEBTOR SET FORTH BELOW:**

| NAME OF DEBTOR AND LAST FOUR DIGITS OF FEDERAL TAX IDENTIFICATION NUMBER | CASE NUMBER |
|---|---|
| PG&E Corporation (4914) ("**PG&E Corp.**") | 19-30088 (DM) |
| Pacific Gas and Electric Company (2640) (the "**Utility**") | 19-30089 (DM) |

The United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**") has entered an order (the "**Bar Date Order**") establishing **October 21, 2019 at 5:00 p.m. (Prevailing Pacific Time)** (the "**Bar Date**") as the last date and time for each (i) person, as defined in section 101(41) of title 11 of the United States Code (the "**Bankruptcy Code**"), including, without limitation, all Fire Claimants (as defined below), Wildfire Subrogation Claimants (as defined below), and Customers (as defined below), and (ii) governmental unit (as defined in section 101(27) of the Bankruptcy Code, collectively, the "**Governmental Units**") to file a proof of claim (each a "**Proof of Claim**") in respect of a prepetition claim (as defined in section 101(5) of the Bankruptcy Code), including, for the avoidance of doubt, all secured claims and priority claims against either of the above-listed debtors (collectively, the "**Debtors**").

The Bar Date and the procedures set forth below for filing Proofs of Claim apply to all claims against the Debtors that arose before January 29, 2019 (the "**Petition Date**"), the date on which the Debtors commenced cases under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**").

**1. WHO MUST FILE A PROOF OF CLAIM**

You **MUST** file a Proof of Claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose before the Petition Date, and it is not one of the types of claims described in Section 5 below. Claims based on acts or omissions of the Debtors that occurred before the Petition Date must be filed on or before the Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

Under section 101(5) of the Bankruptcy Code and as used in this notice, the word "claim" means a right to (a) payment, whether such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**2. WHAT TO FILE**

**A. Claimants other than Holders of Fire Claims.**

The Debtors have prepared a Proof of Claim form for use by claimants in these Chapter 11 Cases other than Fire Claimants and Wildfire Subrogation Claimants (the "**Standard Proof of Claim Form**"). If your claim is listed on the schedules of assets and liabilities filed by the Debtors (collectively, the "**Schedules**"), you will receive in the mail a Standard Proof of Claim Form that sets forth the amount of your claim as listed on the Schedules, if applicable, the specific Debtor against which the claim is scheduled, and whether the claim is scheduled as "disputed," "contingent," or "unliquidated." You will receive a different Standard Proof of Claim Form for each claim listed in your name on the Schedules. You may utilize the Standard Proof of Claim Form(s) you receive from the Debtors to file your claim. Additional Standard Proof of Claim Forms and instructions may be obtained at (a) the website established by the Debtors' Court-approved claims and noticing agent, Prime Clerk LLC ("**Prime Clerk**"), located at https://restructuring.primeclerk.com/pge (the "**Case Website**") or (b) the Bankruptcy Court's website located at www.uscourts.gov/forms/bankruptcy-forms.

All Proof of Claim Forms must be **signed** by the claimant or an authorized agent of the claimant. It must be written in English and the amount, if known, must be denominated in United States currency (using the exchange rate, if applicable, as of the Petition Date). You also should attach to your completed Proof of Claim any documents on which the claim is based (if voluminous, attach a summary) or an explanation as to why the documents are not available.

Your Proof of Claim Form must **not** contain complete social security numbers or taxpayer identification numbers (include only the last four (4) digits), a complete birth date (include only the year), a minor's name (use only the minor's initials), or a financial account number (include only the last four (4) digits of such account number).


*Page 2 of 4*

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

**STATE OF CALIFORNIA**

County of Humboldt

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter, I am the editor and publisher of THE FERNDALE ENTERPRISE, a newspaper of general circulation, printed and published weekly in the City of Ferndale, County of Humboldt, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Humboldt, State of California, under the date of June 27, 1952, Consolidated Case Number 26961, that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit;

*9/26*

all in the year 19 *2019*

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Ferndale, California,

this _____ day of _____ 19 *9 26 2019*

_____
Signature

---

IF YOU ARE ASSERTING A CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S BANKRUPTCY CASE (SEE ABOVE).

**B. Fire Claimants and Wildfire Subrogation Claimants**

Pursuant to the Bar Date Order, and all matters related thereto, (a) any claim (as such term is defined in section 101(5) of the Bankruptcy Code) related to or in any way arising from the wildfires that occurred in Northern California prior to the Petition Date (January 29, 2019) (the "**Northern California Fires**"),[2] including any claim held by a Wildfire Subrogation Claimant, is referred to herein as a "**Fire Claim**"; (b) any person or entity, including any Governmental Unit, holding a Fire Claim (other than a Wildfire Subrogation Claimant) is referred to herein as a "**Fire Claimant**"; and (c) any insurance carrier having made payments to their insureds for any damages arising out of or relating to a Fire Claim, or any other party who has acquired by assignment or otherwise obtained an interest in a claim arising out or related to such payments, is referred to herein as a "**Wildfire Subrogation Claimant**".

If you (or, in the case of a wrongful-death claim, the estate you represent) believe you have a claim against either of the Debtors for personal injury or wrongful death, property damage, or other loss or liability in any way relation to or resulting from the Northern California Fires, you or your authorized agent or attorney MUST file a Proof of Claim for your Fire Claim prior to the Bar Date in accordance with the instructions in this notice. Proof of Claim forms for Fire Claimants (a "**Fire Claimant Proof of Claim Form**") and Wildfire Subrogation Claimants (a "**Wildfire Subrogation Claimant Proof of Claim Form**" and, together with the Fire Claimant Proof of Claim Form, the "**Fire Proof of Claim Forms**") are available at the Case Website. Substantially all of the information requested in the applicable Fire Proof of Claim Form must be provided. All timely filed Fire Proof of Claim Forms shall be deemed filed against both PG&E Corp. and the Utility.

You or your authorized agent or attorney MUST file a Proof of Claim on account of your Fire Claim even if you may be included in, or represented by, a purported class action, class suit, class Proof of Claim, or similar representative action filed against the Debtors with respect to your Fire Claim. **You may but are not required to attach supporting documentation to your Fire Proof of Claim Form. Please be advised, except as otherwise provided in the Bar Date Order, if supporting documentation is attached by any claimant to a Fire Proof of Claim Form, such supporting documentation will be publicly available as a part of such claimant's Fire Proof of Claim Form.**

**3. SPECIAL PROVISIONS FOR CUSTOMERS**

If you are a residential or non-residential customer of the Debtors (each a "**Customer**") and you believe you have a claim against the Debtors relating to the period prior to the Petition Date, you MUST file a Standard Proof of Claim Form by the Bar Date. **Customers are not required to file proofs of claim for ordinary and customary refunds, overpayments, billing credits, deposits or similar billing items.**

**4. WHEN AND WHERE TO FILE**

All Proofs of Claim (including any proofs of claims of Fire Claimants, Wildfire Subrogation Claimants, Governmental Units, and Customers) must be filed so as to be received on or before **October 21, 2019 at 5:00 p.m. (Prevailing Pacific Time)** as follows:

**If electronically:** The Case Website established by Prime Clerk, using the interface available on such website under the link entitled "Submit a Claim" (the "**Electronic Filing System**").

**If by first class mail:** PG&E Corporation Claims Processing Center; c/o Prime Clerk LLC; Grand Central Station, PO Box 4850; New York, NY 10163-4850.

**If by overnight courier:** PG&E Corporation Claims Processing Center; c/o Prime Clerk LLC; 850 Third Avenue, Suite 412; Brooklyn, NY 11232.

**If by hand delivery:** PG&E Corporation Claims Processing Center; c/o Prime Clerk LLC; 850 Third Avenue, Suite 412; Brooklyn, NY 11232.

**-or-** At one of the Debtors' Claim Service Centers located at the following PG&E locations (beginning July 15, 2019 through the Bar Date (October 21, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Prevailing Pacific Time): (i) 350 Salem Street, Chico, CA 95928; (ii) 231 "D" Street, Marysville, CA 95901; (iii) 1567 Huntoon Street, Oroville, CA 95965; (iv) 3600 Meadow View Road, Redding, CA 96002; (v) 111 Stony Circle, Santa Rosa, CA 95401; or (vi) 1850 Soscol Ave. Ste 105, Napa, CA 94559. **Photocopy machines will not be available at the Claim Service Centers; you must bring a photocopy of your claim if you wish to receive a date-stamped copy.**

Proofs of Claim will be deemed filed only when **actually received** at the addresses listed above or via the Electronic Filing System on or before the Bar Date. If you submit a Proof of Claim via the Electronic Filing System, you will receive an email confirmation generated by the Electronic Filing System with an image of your filed Proof of Claim Form. Proofs of Claim ~~electronic mail~~, facsimile, telecopy, or electronically through the Electronic Filing System).

**5. WHO NEED NOT FILE A PROOF OF CLAIM**

You do **not** need to file a Proof of Claim on or before the Bar

Case: 19-30088   Doc# 4688-2   Filed: 11/12/19   Entered: 11/12/19 16:05:12   Page 42 of 78



page 3 of 4

**PROOF OF PUBLICATION**

(2015.5 C.C.P.)

**STATE OF CALIFORNIA**

County of Humboldt

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the editor and publisher of THE FERNDALE ENTERPRISE, a newspaper of general circulation, printed and published weekly in the City of Ferndale, County of Humboldt, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Humboldt, State of California, under the date of June 27, 1952, Consolidated Case Number 26961, that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

9/26 2019

all in the year 19 ~~2019~~

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Ferndale, California,

this 9 26 2019 day of 19

Signature

---

EN ESPAÑOL, VISITE EL SITIO WEB.

Date if you are:

(a) any person or entity whose claim is listed on the Schedules; *provided* that (i) the claim is **not** listed on the Schedules as "disputed," "contingent," or "unliquidated," (ii) the person or entity does not dispute the amount, nature, and priority of the claim as set forth in the Schedules, and (iii) the person or entity does not dispute that the claim is an obligation of the specific Debtor against which the claim is listed in the Schedules;

(b) any person or entity whose claim has been paid in full;

(c) any holder of a claim allowable under section 503(b) and 507(a)(2) of the Bankruptcy Code as an administrative expense (other than any party asserting a claim pursuant to section 503(b)(9) of the Bankruptcy Code who was required to file such claim by April 22, 2019 as established in the Bankruptcy Court's *Amended Order Pursuant to 11 U.S.C. §§ 503(b)(9) and 105(a) Establishing Procedures for the Assertion, Resolution, and Satisfaction of Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)* [Docket No. 725]);

(d) any person or entity who holds a claim that heretofore has been allowed by Order of the Bankruptcy Court entered on or before the Bar Date;

(e) any holder of a claim for which a separate deadline has been fixed by the Bankruptcy Court;

(f) any person or entity who has already filed a Proof of Claim with Prime Clerk against the Debtors with respect to the claim being asserted, utilizing a claim form that substantially conforms to the Standard Proof of Claim Form or Official Form No. 410;

(g) any person or entity that holds an equity security interest in the Debtors, which interest is based exclusively upon the ownership of common or preferred stock, membership interests, partnership interests, or warrants, options, or rights to purchase, sell, or subscribe to such a security or interest; *provided, however,* that if any such holder asserts a claim (as opposed to an ownership interest) against the Debtors (including a claim relating to an equity interest or the purchase or sale of such equity interest), a Standard Proof of Claim must be filed on or before the Bar Date;

(h) any person or entity whose claim is limited exclusively to the repayment of principal, interest, and other fees and expenses under any agreements (a "**Debt Claim**") governing any prepetition, unsecured revolving credit loan, term loan, notes, bonds, debentures, or other debt securities, in each case, issued by or on behalf of any of the Debtors (collectively, the "**Debt Instruments**"); *provided, however,* that (i) the foregoing exclusion shall not apply to the indenture trustee, owner trustee, pass-through trustee, subordination agent, registrar, paying agent, administrative, loan or collateral agent, or any other entity serving in a similar capacity however designated (collectively, an "**Indenture Trustee**") under the applicable Debt Instrument, (ii) each such Indenture Trustee shall be required to file a Standard Proof of Claim against the applicable Debtor, on or before the Bar Date, on account of all Debt Claims against such Debtor under the applicable Debt Instrument; *provided, however,* that an Indenture Trustee will be permitted, in lieu of attaching voluminous documentation, to file with its Proof of Claim a summary of the applicable Debt Instrument and other operative documents, on the condition that such documents will be made available by the Indenture Trustee within ten (10) business days after receipt of a written request from a party in interest, and (iii) any holder of a Debt Claim that has a claim arising out of or relating to a Debt Instrument other than a Debt Claim must file a Standard Proof of Claim with respect to such claim on or before the Bar Date, unless another exception identified herein applies;

(i) any person or entity whose claim against the Utility arises solely from amounts due to the California Independent System Operator Corporation ("**CAISO**"), California Power Exchange Corporation ("**PX**") and/or various market participants based on purchases or sales of electricity, capacity, or ancillary services by Pacific Gas and Electric Company and other market participants in markets operated by the CAISO and the PX that are subject to determination by the Federal Energy Regulatory Commission ("**FERC**") in refund proceedings bearing FERC Docket Nos. EL00-95-000 and EL00-98-000 and related sub-dockets, and any amounts due under any settlement agreements, allocation agreements, escrow agreements, letter agreements, other written agreements, or court orders (including orders entered in the chapter 11 case styled *In re California Power Exchange Corporation,* Case No. LA 01-16577 ES) that expressly relate thereto;

(j) any Customer whose claims is limited exclusively to ordinary and customary refunds, overpayments, billing credits, deposits, or similar billing items;

(k) either Debtor having a claim against the other Debtor in these Chapter 11 Cases; or

(l) any person or entity who holds a claim solely to the extent that such claim arises from an event that occurred after January 29, 2019.

Notwithstanding anything herein or in the Bar Date Order to the contrary, any claimant that timely files a Proof of Claim as set forth in the Bar Date Order shall be permitted to revise, amend, and/or supplement their applicable Proof of Claim form to the extent permitted by applicable law until such time as


part 4 of 4

**PROOF OF PUBLICATION**

(2015.5 C.C.P.)

STATE OF CALIFORNIA

County of Humboldt

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the editor and publisher of THE FERNDALE ENTERPRISE, a newspaper of general circulation, printed and published weekly in the City of Ferndale, County of Humboldt, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Humboldt, State of California, under the date of June 27, 1952, Consolidated Case Number 26961, that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit;

9/16

2014

all in the year 19

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Ferndale, California,

this ___9___ day of ___16___ ___2014___

_____
Signature

---

This notice may be sent to many persons that had some relationship with or have done business with the Debtors but may not have an unpaid claim against the Debtors.

**6. EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

If you hold a claim arising out of or relating to the rejection of an executory contract or unexpired lease you must file a Standard Proof of Claim Form based on such rejection by the later of (i) the Bar Date, and (ii) the date that is thirty (30) days following the entry of the Bankruptcy Court's order approving such rejection (which order may be the order confirming a chapter 11 plan for the Debtors), or be forever barred from doing so. Notwithstanding the foregoing, a party to an executory contract or unexpired lease that asserts a claim on account of unpaid amounts accrued and outstanding as of the Petition Date pursuant to such executory contract or unexpired lease (other than a claim for damages that arises from or relates to the rejection of the executory contract or unexpired lease) must file a Standard Proof of Claim Form for such amounts on or before the Bar Date unless an exception identified in Section 5 above applies.

**7. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE BAR DATE**

ANY HOLDER OF A CLAIM THAT IS NOT EXEMPTED FROM THE REQUIREMENTS OF THE BAR DATE ORDER, AS SET FORTH IN SECTION 5 ABOVE, AND THAT FAILS TO TIMELY FILE A PROOF OF CLAIM IN ACCORDANCE WITH THE BAR DATE ORDER SHALL **NOT** BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING ON ANY PLAN OF REORGANIZATION FILED OR CONFIRMED IN THESE CHAPTER 11 CASES AND PARTICIPATING IN ANY DISTRIBUTION IN THE DEBTORS' CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIM.

**8. THE DEBTORS' SCHEDULES AND ACCESS THERETO**

You may be listed as a holder of a claim against one or more of the Debtors in the Debtors' Schedules. To determine if and how you are listed on the Schedules, please refer to the descriptions set forth on the instructions accompanying the Standard Proof of Claim Form(s) regarding the nature, amount, and status of your claim(s). If you rely on the Debtors' Schedules or the Standard Proof of Claim Form(s) you receive in the mail from the Debtors, it is your responsibility to determine that the claim accurately is listed on the Schedules. However, you may rely on the form you receive, which lists the amount of your claim as scheduled, identifies the Debtor against which it is scheduled, and specifies whether the claim is "disputed," "contingent," or "unliquidated."

As set forth above, if you agree with the nature, amount, and status of your claim as listed in the Debtors' Schedules, and if you do not dispute that your claim only is against the Debtor specified by the Debtors, **and** if your claim is not described as "disputed," "contingent," or "unliquidated," you need **not** file a Proof of Claim. Otherwise, or if you decide to file a Proof of Claim, you must do so before the Bar Date, in accordance with the procedures set forth in this notice. For the avoidance of doubt, if you have a Fire Claim and it is listed as "disputed," "contingent," or "unliquidated" you must file a Fire Proof of Claim Form.

Copies of the Debtors' Schedules are available for inspection on the Bankruptcy Court's electronic docket for the Debtors' Chapter 11 Cases, which is posted on (a) the Case Website and (b) the Bankruptcy Court's website at http://www.canb.uscourts.gov. A login and password to the Bankruptcy Court's Public Access to Electronic Records ("PACER") are required to access this information on the Bankruptcy Court's website and can be obtained through the PACER Service Center at http://www.pacer.gov. Copies of the Schedules also may be examined between the hours of 9:00 a.m. and 4:30 p.m. (Prevailing Pacific Time), Monday through Friday at the Office of the Clerk of the Bankruptcy Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102. Copies of the Debtors' Schedules also may be obtained by request to Prime Clerk: PG&E Corporation; c/o Prime Clerk LLC; 850 Third Avenue, Suite 412; Brooklyn, NY 11232; Toll Free: (844) 339-4217; Email: pgeinfo@primeclerk.com.

**Please note that Prime Clerk cannot provide legal advice, nor can it advise you as to whether you should file a Proof of Claim. A holder of a potential claim against the Debtors should consult an attorney regarding any matters not covered by this notice, such as whether the holder should file a Proof of Claim.**

Dated: July 1, 2019

**WEIL, GOTSHAL & MANGES LLP, KELLER & BENVENUTTI LLP**

[Fn-1] Capitalized terms used but not herein defined have the meanings ascribed to them in the Bar Date Order.

[Fn-2] The Northern California Fires include, but are not limited to, the following fires: 37, Adobe, Atlas, Blue, Butte, Camp, Cascade, Cherokee, Ghost Ship, Honey, La Porte, Lobo, Maacama, McCourtney, Norrbom, Nuns, Parrick, Pocket, Point, Pressley, Pythian (a.k.a. Oakmont), Redwood, Sullivan, Sulphur, and Tubbs.

# AFFIDAVIT OF DISTRIBUTION FOR

STATE OF: California

COUNTY OF: FRESNO

CITY OF:  FRESNO

The FRESNO BEE states as follows: The Print ad for PG&E published as requested on 7/15/2019 with Insertion Order No. 71119 in the Publication's Fresno Bee on the 15th day of July, 2019.

Signed By: _Kumm Cun Keep l_

Printed Signature _Roberta Ano Klepser_

Date _10/21/19_

# PUBLISHER'S AFFIDAVIT OF PUBLICATION

Roberta Klepser                                    National Account Executive

I, _Fresno Bee_ (name)    being duly sworn and say, I am the    (job title) _FRESNO_
of    (newspaper name)    ,published at _Fresno_ (city)    ,County of    (county) _ESPO_
,Sate of _CA_ (state)    ;and being the official legal organ of said county, and
that the advertisement, a printed copy of which is attached hereto, was
printed and published in said newspaper on the following date(s): 8/22/2019
(date(s)    .


(job title)


Hereby subscribed and sworn to before me on this    day of    , 20
.


(notary public)


MY COMMISION EXPIRES ON    (date)


(seal)          See attached for
                Proper California Notary
                Wording. JLY
                        8/11/19

# AFFIDAVIT OF DISTRIBUTION FOR

STATE OF: California

COUNTY OF: FRESNO

CITY OF: FRESNO

The FRESNO BEE states as follows: The Print ad for PG&E published as requested on 9/26/2019 with Insertion Order No. 71119 in the Publication's Fresno Bee on the 26th day of September, 2019.

Signed By: _Brenda Ann Keene_

Printed Signature _Roberta Ann Klepser_          Date _10|21|19_

# PUBLISHER'S AFFIDAVIT OF PUBLICATION

I, Stephanie Azevedo,  being duly sworn and say, I am the  National Adv. Mgr.  of  The Union, published at  Grass Valley  ,County of Nevada County  ,Sate of  CA  ;and being the official legal organ of said county, and that the advertisement, a printed copy of which is attached hereto, was printed and published in said newspaper on the following date(s):  7/15/19

National Adv. Mgr.

Hereby subscribed and sworn to before me on this day of  7/30 , 2019  .

MY COMMISION EXPIRES ON: Not available

Stephanie Azevedo

# PUBLISHER'S AFFIDAVIT OF PUBLICATION

I, Stephanie Azevedo,     being duly sworn and say, I am the     National Adv. Mgr.   of    The Union, published at     Grass Valley   ,County of Nevada County   ,Sate of   CA   ;and being the official legal organ of said county, and that the advertisement, a printed copy of which is attached hereto, was printed and published in said newspaper on the following date(s):  _8/22/19_

National Adv. Mgr.

Hereby subscribed and sworn to before me on this day of _8/23_ /2019  .

MY COMMISION EXPIRES ON: Not available

Stephanie Azevedo

# PUBLISHER'S AFFIDAVIT OF PUBLICATION

I, Stephanie Azevedo,     being duly sworn and say, I am the     National
Adv. Mgr.     of     The Union, published at     Grass Valley     ,County of
Nevada County     ,Sate of     CA     ;and being the official legal organ of
said county, and that the advertisement, a printed copy of which is
attached hereto, was printed and published in said newspaper on the
following date(s): _9/26/19_

National Adv. Mgr.

Hereby subscribed and sworn to before me on this day of _10/11_, 2019  .

MY COMMISION EXPIRES ON: Not available

Stephanie Azevedo

Case: 19-30088   Doc# 4688-2   Filed: 11/12/19   Entered: 11/12/19 16:05:12   Page 50 of 78

# (530) 283-0800

# FEATHER PUBLISHING CO., INC

## P.O. BOX B, QUINCY, CA 95971

STATE OF CALIFORNIA  
County of Plumas } ss.  
and/or Lassen

Keri B. Taborski deposes and says: That she is the principal clerk for the publisher of the

☐ **FEATHER RIVER BULLETIN**  
Quincy, Plumas County  
Adjudication Decree #4644

☐ **Indian Valley RECORD**  
Greenville, Plumas County  
Adjudication Decree #5462

☐ **Chester Progressive**  
Chester, Plumas County  
Adjudication Decree #5956

☐ **PORTOLA REPORTER**  
Portola, Plumas County  
Adjudication Decree #2497

☑ **Times**  
Susanville, Lassen County  
Adjudication Decree #15466

that the ___United States Bankruptcy Court, Northern___

___District of California, San Francisco Div., re: PG&E___

___Corp., Case Numbers: 19-30088 (DM), 19-30089 (DM)___

of which the attached is a true printed copy, was published in the weekly issue of said newspaper(s) as indicated above (and not in a supplement thereof) for ___One___

consecutive week(s), beginning ___July 16, 2019___

and ending ___July 16, 2019___, both dates inclusive,

to wit: ___July 16, 2019___

Date: July 16, 2019  /s/ _____  
Keri B. Taborski

UNITED STATES BAN[...]  
NORTHERN DISTRIC[...]  
SAN FRANCISC[...]  
IN RE: PG&E CORPORATION, Bankr[...]  
- AND - Chapte[...]  
PACIFIC GAS AND ELECTRIC (Jointl[...]  
COMPANY, NOTE[...]  
DEBTORS. PROC[...]  
CASE[...]

TO ALL PERSONS WITH [...]  
DEBTOR SET FORTH BELOW[...]  
NAME OF DEBTOR AND LAST FOU[...]  
OF FEDERAL TAX IDENTIFICATION[...]  
PG&E Corporation (4914) ("PG&E Corp.[...]  
Pacific Gas and Electric Company (2640) ([...]

The United States Bankruptcy [...] of California (the "**Bankruptcy** [...] (the "**Bar Date Order**") establish[...] **p.m. (Prevailing Pacific Time)** [...] date and time for each (i) person, [...] of title 11 of the United States Co[...] including, without limitation, all [...] below), Wildfire Subrogation Clai[...] Customers (as defined below), a[...] defined in section 101(27) of the B[...] the "**Governmental Units**") to f[...] "**Proof of Claim**") in respect of a[...] in section 101(5) of the Bankrupt[...] avoidance of doubt, all secured clai[...] either of the above-listed debtors ([...]

The Bar Date and the procedu[...] Proofs of Claim apply to all cla[...] arose before January 29, 2019 (t[...] on which the Debtors commenced[...] Bankruptcy Code (the "**Chapter 1**[...]  
**1. WHO MUST FILE A PROC**[...]  
You **MUST** file a Proof of Clai[...] filed by the Debtors or to share in d[...] bankruptcy estates if you have a [...] Petition Date, and it is not one of [...] in Section 5 below. Claims based[...] Debtors that occurred before the P[...] or before the Bar Date, even if su[...] liquidated or certain or did not ma[...] or certain before the Petition Date.[...]

Under section 101(5) of the Ba[...] this notice, the word "claim" means [...] such right is reduced to judgment, l[...] contingent, matured, unmatured, [...] equitable, secured, or unsecured; [...] for breach of performance if such [...] payment, whether such right to an [...] to judgment, fixed, contingent, ma[...] undisputed, secured, or unsecured.[...]  
**2. WHAT TO FILE**[...]  
A. **Claimants other than Hold**[...]  
The Debtors have prepared a Pr[...] claimants in these Chapter 11 Cas[...] and Wildfire Subrogation Claima[...] **of Claim Form**"). If your claim [...] of assets and liabilities filed by [...] the "**Schedules**"), you will receive[...] of Claim Form that sets forth the a[...] on the Schedules, if applicable, the s[...] the claim is scheduled, and wheth[...] "disputed," "contingent," or "uniqu[...] different Standard Proof of Claim F[...] your name on the Schedules. You m[...] Additional Standard Proof of Claim[...] of Claim Form) you receive from t[...] Additional Standard Proof of Claim[...] be obtained at (a) the website establ[...] approved claims and noticing agent[...] **Clerk**"), located at https://restructu[...] "**Case Website**") or (b) the Bankru[...] at www.uscourts.gov/forms/bankrup[...]

All Proof of Claim Forms must [...] an authorized agent of the claimant. [...] and the amount, if known, should be d[...] currency (using the exchange rate, if [...] Date). You also should attach to yo[...] any documents on which the claim is [...] a summary) or an explanation as to [...] available.

For [...] of Claim Form must [...] securing numbers or taxpayer iden[...] only the last four (4) digits), a comp[...] the year), the name of a minor (inclu[...] or a financial account number (inclu[...]



**(530) 283-0800**

# FEATHER PUBLISHING CO., INC.

### P.O. BOX B, QUINCY, CA 95971

STATE OF CALIFORNIA
  County of Plumas } ss.
  and/or Lassen

Keri B. Taborski deposes and says: That she is the
principal clerk for the publisher of the

☐ **BULLETIN**
FEATHER RIVER
Quincy, Plumas County
Adjudication Decree #4644

☐ **RECORD**
Indian Valley
Greenville, Plumas County
Adjudication Decree #5462

☐ **Chester Progressive**
Chester, Plumas County
Adjudication Decree #5956

☐ **PORTOLA REPORTER**
Portola, Plumas County
Adjudication Decree #2497

☑ **Times**
LASSEN COUNTY
Susanville, Lassen County
Adjudication Decree #15466

that the  Legal Notice, Bankruptcy Case No. 19-30088

 (DM) Chapter 11 (Lead Case)

_____

of which the attached is a true printed copy, was
published in the weekly issue of said newspaper(s)
as indicated above (and not in a supplement there-
of) for  One

consecutive week(s), beginning  Aug. 20, 2019
and ending   Aug. 20, 2019   , both dates inclusive,
to wit:  Aug. 20, 2019

_____

_____

Date:  Aug. 20, 2019      /s/  _Keri B. Taborski_

Keri B. Taborski



**(530) 283-0800**

# FEATHER PUBLISHING CO., INC.

## P.O. BOX B, QUINCY, CA 95971

STATE OF CALIFORNIA
County of Plumas
and/or Lassen } ss.

Keri B. Taborski deposes and says: That she is the principal clerk for the publisher of the

☐ **BULLETIN**
Quincy, Plumas County
Adjudication Decree #4644

☐ **RECORD**
Greenville, Plumas County
Adjudication Decree #5462

☐ *Chester Progressive*
Chester, Plumas County
Adjudication Decree #5956

☐ **PORTOLA REPORTER**
Portola, Plumas County
Adjudication Decree #2497

☑ **Times**
Susanville, Lassen County
Adjudication Decree #15466

that the _Notice of Deadline, Bankruptcy Case_

_No. 19-30088 (DM)_

of which the attached is a true printed copy, was published in the weekly issue of said newspaper(s) as indicated above (and not in a supplement thereof) for _One_
consecutive week(s), beginning _Sept. 24, 2019_
and ending _Sept. 24, 2019_, both dates inclusive, to wit: _Sept. 24, 2019_

Date: _Sept. 24, 2019_  /s/ _Keri B. Taborski_

Keri B. Taborski



**PROOF OF PUBLICATION**
**(2015.5 C.C.P.)**

**STATE OF CALIFORNIA**
**County of Los Angeles**

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the action for which the attached notice was published. I am a principal clerk of the Los Angeles Times, which was adjudged a newspaper of general circulation on May 21, 1952, Cases 598599 for the City of Los Angeles, County of Los Angeles, and State of California. Attached to this Affidavit is a true and complete copy as was printed and published on the following date(s):
Aug 22, 2019; Jul 15, 2019; Sep 26, 2019

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated at El Segundo, California
on this 26 day of September, 2019.

_____
[signature]

2300 E. Imperial Hwy.
El Segundo, CA 90245

Case: 19-30088    Doc# 4688-2    Filed: 11/12/19    Entered: 11/12/19 16:05:12    Page 54 of 78

# STATE OF CALIFORNIA
## County of Humboldt



**MAD RIVER UNION**
MADRIVERUNION.COM

# PROOF OF PUBLICATION

Proof of Publication of: ___P G & E___

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the matter referred to herein. I am the "principal" clerk of the publisher of the MAD RIVER UNION a newspaper of general circulation, published once a week, Wednesdays, in the City of Arcata, county of Humboldt, and which has been adjudged a newspaper of general circulation by the Superior Court of the County of Humboldt, State of California, under the date of Oct. 29, 2013, Court Decree Number CV130613; that the notice of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

Run Dates ___7/17/19___

Continued on page 2

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Arcata, Humboldt County, California

this ___19___ day of ___July___ 2019

Signature: _____
Kevin Hoover or Jack Durham
(707) 826-7000

This space is for the County Clerk's Filing Stamp

# STATE OF
# CALIFORNIA
## County of Humboldt



# PROOF OF
# PUBLICATION

Proof of Publication of: PG&E

Legal Notice

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the matter referred to herein. I am the "principal" clerk of the publisher of the MAD RIVER UNION a newspaper of general circulation, published once a week, Wednesdays, in the City of Arcata, county of Humboldt, and which has been adjudged a newspaper of general circulation by the Superior Court of the County of Humboldt, State of California, under the date of Oct. 29, 2013, Court Decree Number CV130613; that the notice of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

Run Dates ___8/21/19___

Continued
on page 2

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Arcata, Humboldt County, California

this _21_ day of _August_, 2019

Signature: _Jack Durham_

Kevin Hoover or Jack Durham
(707) 826-7000

This space is for the County Clerk's Filing Stamp

# STATE OF CALIFORNIA
## County of Humboldt



**MAD RIVER UNION**
MADRIVERUNION.COM ✦ (707) 826-7000

# PROOF OF PUBLICATION

Proof of Publication of: PG&E Notice

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the matter referred to herein. I am the "principal" clerk of the publisher of the MAD RIVER UNION a newspaper of general circulation, published once a week, Wednesdays, in the City of Arcata, county of Humboldt, and which has been adjudged a newspaper of general circulation by the Superior Court of the County of Humboldt, State of California, under the date of Oct. 29, 2013, Court Decree Number CV130613; that the notice of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

Run Dates _____9/25/19_____

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Arcata, Humboldt County, California

this 24 day of September 2019

Signature: _____
Kevin Hoover or Jack Durham
(707) 826-7000

This space is for the County Clerk's Filing Stamp

---

**LEGAL NOTICE - PARA INFORMACI**

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: PG&E CORPORATION, - AND - PACIFIC GAS AND ELECTRIC COMPANY, DEBTORS. | Bankruptcy Case No. 19-30088 (DM) Chapter 11 (Lead Case) (Jointly Administered) NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM IN CHAPTER 11 CASES |

**TO ALL PERSONS WITH CLAIMS AGAINST ANY DEBTOR SET FORTH BELOW:**

| NAME OF DEBTOR AND LAST FOUR DIGITS OF FEDERAL TAX IDENTIFICATION NUMBER | CASE NUMBER |
|---|---|
| PG&E Corporation (4914) ("**PG&E Corp.**") | 19-30088 (DM) |
| Pacific Gas and Electric Company (2640) (the "**Utility**") | 19-30089 (DM) |

The United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**") has entered an order (the "**Bar Date Order**") establishing **October 21, 2019** at **5:00 p.m. (Prevailing Pacific Time)** (the "**Bar Date**") as the last date and time for each (i) person, as defined in section 101(41) of title 11 of the United States Code (the "**Bankruptcy Code**"), including, without limitation, all Fire Claimants (as defined below), Wildfire Subrogation Claimants (as defined below), and Customers (as defined below), and (ii) governmental unit (as defined in section 101(27) of the Bankruptcy Code, collectively, the "**Governmental Units**") to file a proof of claim (each a "**Proof of Claim**") in respect of a prepetition claim (as defined in section 101(5) of the Bankruptcy Code), including, for the avoidance of doubt, all secured claims and priority claims against either of the above-listed debtors (collectively, the "**Debtors**").

The Bar Date and the procedures set forth below for filing Proofs of Claim apply to all claims against the Debtors that arose before January 29, 2019 (the "**Petition Date**"), the date on which the Debtors commenced cases under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**").

**1. WHO MUST FILE A PROOF OF CLAIM**

You **MUST** file a Proof of Claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose before the Petition Date, and it is not one of the types of claims described in Section 5 below. Claims based on acts or omissions of the Debtors that occurred before the Petition Date must be filed on or before the Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

Under section 101(5) of the Bankruptcy Code and as used in this notice, the word "claim" means a right to (a) payment, whether such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

# DECLARATION OF PUBLICATION
## (C.C.P. S2015.5)

**COUNTY OF STANISLAUS**
**STATE OF CALIFORNIA**

I am a citizen of the United States and I am over the age of
eighteen years, and not a party to or interested
in the above entitled matter. I am a printer and
principal clerk of the publisher of
**THE MODESTO BEE,**
which has been adjudged a newspaper of
general circulation by the Superior Court of the
County of **STANISLAUS,** State of California,
under the date of **February 25, 1951, Action
No. 46453.** The notice of which the annexed is
a printed copy has been published in each issue
thereof on the following dates, to wit:

**JULY 15, 2019**

I certify (or declare) under penalty of perjury
that the foregoing is true and correct and that
this declaration was executed  at
**MODESTO,** California on

**JULY 15, 2019**

(Signature)

# DECLARATION OF PUBLICATION
## (C.C.P. S2015.5)

**COUNTY OF STANISLAUS**
**STATE OF CALIFORNIA**

I am a citizen of the United States and I am over the age of
eighteen years, and not a party to or interested
in the above entitled matter. I am a printer and
principal clerk of the publisher of
**THE MODESTO BEE,**
which has been adjudged a newspaper of
general circulation by the Superior Court of the
County of **STANISLAUS,** State of California,
under the date of **February 25, 1951, Action
No. 46453.** The notice of which the annexed is
a printed copy has been published in each issue
thereof on the following dates, to wit:

**August 22, 2019**

I certify (or declare) under penalty of perjury
that the foregoing is true and correct and that
this declaration was executed at
**MODESTO,** California on

**August 22, 2019**

(Signature)

## DECLARATION OF PUBLICATION
### (C.C.P. S2015.5)

**COUNTY OF STANISLAUS**
**STATE OF CALIFORNIA**

I am a citizen of the United States and I am over the age of
eighteen years, and not a party to or interested
in the above entitled matter. I am a printer and
principal clerk of the publisher of
**THE MODESTO BEE,**
which has been adjudged a newspaper of
general circulation by the Superior Court of the
County of **STANISLAUS,** State of California,
under the date of **February 25, 1951, Action
No. 46453.** The notice of which the annexed is
a printed copy has been published in each issue
thereof on the following dates, to wit:

**September 26th, 2019**

I certify (or declare) under penalty of perjury
that the foregoing is true and correct and that
this declaration was executed at
**MODESTO,** California on

**September 26th, 2019**

(Signature)

# PROOF OF PUBLICATION

**Modoc County Record**
P.O. Box 531
Alturas, CA 96101
(530) 233-2632

State of California
County of Modoc

I am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years; I am not a party to or interested in the notice published.

I am the publisher of the ***Modoc County Record,*** a newspaper of general circulation, printed and published weekly in the City of Alturas, County of Modoc.

The ***Modoc County Record*** has been adjudged a newspaper of general circulation by the Superior Court of the County of Modoc, State of California, under the date of July 30, 1958, Case Number 6356.

The notice of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

### July 11th, August 22nd and September 26th,

All in the year 2019.
I certify (or declare) under the penalty of perjury that the following is true and correct:

Dated in Alturas, California this

**26th** day of **September,** 2019.

Case: 19-30088   Doc# 4688-2   Filed: 11/12/19   Entered: 11/12/19 16:05:12   Page 61 of 78

# Mt Shasta Area Newspapers

**924B N Mt Shasta Blvd   PO Box 127   Mt Shasta, Ca. 96067**
**PH (530) 926-5214**

**AFFIDAVIT OF PUBLICATION**

**In The Matter Of:  Pacific Gas and Electric**

**Advertisement for – Notice of Deadline for Filing Proofs of Claims in Chapter 11 Cases**

**This is to certify that the above advertising for Pacific Gas and Electric appeared in**

**Newspaper name: MT SHASTA AREA NEWSPAPERS**

**On (Dates): 7/17/19**

**Signature**

**Robert Ramey**

**Circulation Manager**
**Legal Advertising**
**Mt. Shasta Area Newspapers**
**Siskiyou Daily News**
**Supersaver Advertiser**
**Phone (530) 926-5214  (530) 842-5777**
**rramey@siskiyoudaily.com**

# AFFIDAVIT OF PUBLICATION

**In The Matter Of: Newspaper Space Buyers**

**Advertisement for - print PG&E BANKRUPTCY AD**

This is to certify that the above advertising for **PG&E** appeared in

Newspaper name: MT SHASTA AREA NEWS PAPERS

On (Dates): 8/21/19

Signature

# AFFIDAVIT OF PUBLICATION

**In The Matter Of: NEWSPAPER SPACE BUYERS**

**Advertisement for - print PG&E BANKRUPTCY AD**

This is to certify that the above advertising for **PG&E** appeared in

Newspaper name  MT SHASTA AREA NEWSPAPERS

On (Dates) 9/25/2019

Signature

AFFIDAVIT OF PUBLICATION          NAPA VALLEY REGISTER

NEWSPAPER SPACE BUYERS
PAUL C STUETZ
149 ROWAYTON AVE FL 2ND
ROWAYTON CT 06853

ORDER NUMBER      117352

STATE OF CALIFORNIA

COUNTY OF NAPA

I AM A CITIZEN OF THE UNITED STATES AND A RESIDENT OF
THE COUNTY AFORESAID; I AM OVER THE AGE OF EIGHTEEN
YEARS, AND NOT A PART TO OR INTERESTED IN THE
ABOVE-ENTITLED MATTER. I AM THE PRINCIPAL CLERK
OF THE NAPA VALLEY REGISTER, A NEWSPAPER OF
GENERAL
CIRCULATION, PRINTED AND PUBLISHED DAILY IN THE
CITY OF NAPA, COUNTY OF NAPA, AND WHICH NEWPAPER
HAS BEEN ADJUDGED A NEWSPAPER OF GENERAL
CIRCULATON BY THE SUPERIOR COURT OF THE COUNTY
OF NAPA, STATE OF CALIFORNIA, UNDER THE DATE OF
NOVEMBER 16, 1951, CASE NUMBER 12752.

THAT I KNOW FROM MY OWN PERSONAL KNOWLEDGE THE
NOTICE, OF WHICH THE ANNEXED IS A PRINTED COPY
(SET IN TYPE NOT SMALLER THAT NONPAREIL), HAS
BEEN PUBLISHED IN EACH REGULAR AND ENTIRE ISSUE
OF SAID NEWPAPER AND NOT IN ANY SUPPLEMENT THEREOF
ON THE FOLLOWING DATES, TO-WIT:

Section: Main

Category: Promotional

PUBLISHED ON: 07/17/2019

FILED ON:                    7/19/2019

AFFIDAVIT OF PUBLICATION        NAPA VALLEY REGISTER

NEWSPAPER SPACE BUYERS
PAUL C STUETZ
149 ROWAYTON AVE FL 2ND
ROWAYTON CT 06853

ORDER NUMBER        116135

STATE OF CALIFORNIA

COUNTY OF NAPA

I AM A CITIZEN OF THE UNITED STATES AND A RESIDENT OF
THE COUNTY AFORESAID; I AM OVER THE AGE OF EIGHTEEN
YEARS, AND NOT A PART TO OR INTERESTED IN THE
ABOVE-ENTITLED MATTER. I AM THE PRINCIPAL CLERK
OF THE NAPA VALLEY REGISTER, A NEWSPAPER OF
GENERAL
CIRCULATION, PRINTED AND PUBLISHED DAILY IN THE
CITY OF NAPA, COUNTY OF NAPA, AND WHICH NEWPAPER
HAS BEEN ADJUDGED A NEWSPAPER OF GENERAL
CIRCULATON BY THE SUPERIOR COURT OF THE COUNTY
OF NAPA, STATE OF CALIFORNIA, UNDER THE DATE OF
NOVEMBER 16, 1951, CASE NUMBER 12752.

THAT I KNOW FROM MY OWN PERSONAL KNOWLEDGE THE
NOTICE, OF WHICH THE ANNEXED IS A PRINTED COPY
(SET IN TYPE NOT SMALLER THAT NONPAREIL), HAS
BEEN PUBLISHED IN EACH REGULAR AND ENTIRE ISSUE
OF SAID NEWPAPER AND NOT IN ANY SUPPLEMENT THEREOF
ON THE FOLLOWING DATES, TO-WIT:

Section: Main

Category: Promotional

PUBLISHED ON: 08/22/2019

FILED ON:        8/22/2019

# *** Proof of Publication ***

. CERTIFY (OR DECLARE) UNDER PENALTY OF PERJURY THAT

THE FOREGOING IS TRUE AND CORRECT.

DATED AT NAPA COUNTY, CALIFORNIA,

THIS ___22___ DAY OF August 2019

SIGNATURE _____

# *** Proof of Publication ***

AFFIDAVIT OF PUBLICATION          NAPA VALLEY REGISTER

NEWSPAPER SPACE BUYERS
PAUL C STUETZ
149 ROWAYTON AVE FL 2ND
ROWAYTON CT 06853

ORDER NUMBER     116136

STATE OF CALIFORNIA

COUNTY OF NAPA

I AM A CITIZEN OF THE UNITED STATES AND A RESIDENT OF
THE COUNTY AFORESAID; I AM OVER THE AGE OF EIGHTEEN
YEARS, AND NOT A PART TO OR INTERESTED IN THE
ABOVE-ENTITLED MATTER. I AM THE PRINCIPAL CLERK
OF THE NAPA VALLEY REGISTER, A NEWSPAPER OF
GENERAL
CIRCULATION, PRINTED AND PUBLISHED DAILY IN THE
CITY OF NAPA, COUNTY OF NAPA, AND WHICH NEWPAPER
HAS BEEN ADJUDGED A NEWSPAPER OF GENERAL
CIRCULATON BY THE SUPERIOR COURT OF THE COUNTY
OF NAPA, STATE OF CALIFORNIA, UNDER THE DATE OF
NOVEMBER 16, 1951, CASE NUMBER 12752.

THAT I KNOW FROM MY OWN PERSONAL KNOWLEDGE THE
NOTICE, OF WHICH THE ANNEXED IS A PRINTED COPY
(SET IN TYPE NOT SMALLER THAT NONPAREIL), HAS
BEEN PUBLISHED IN EACH REGULAR AND ENTIRE ISSUE
OF SAID NEWPAPER AND NOT IN ANY SUPPLEMENT THEREOF
ON THE FOLLOWING DATES, TO-WIT:

Section: Main

Category: Promotional

PUBLISHED ON: 09/26/2019

# *** Proof of Publication ***

I CERTIFY (OR DECLARE) UNDER PENALTY OF PERJURY THAT

THE FOREGOING IS TRUE AND CORRECT.

DATED AT NAPA COUNTY, CALIFORNIA,

THIS 26 DAY OF September 2019

SIGNATURE

# PARADISE POST

PO Drawer 70
Paradise, CA 95967
530-877-4413
legals@paradisepost.com
3815899

NEWSPAPER SPACE BUYERS
149 ROWAYTON, 2ND FLOOR
NORWALK, CT 06853

## Declaration of Publication

### State of California
### County of Butte

That at all times herein mentioned Declarant is and was a resident of said county of Butte over the age of twenty-one years; not a party to nor interested in the within matter; that Declarant is now and was at all times herein mentioned the Legal Clerk of the Paradise Post, a newspaper published twice a week, which said newspaper was adjudged a newspaper of general circulation on November 12, 1946, by Superior Court Order No. 22262 as entered in Book 30 Page 223 of said Court; and that said newspaper is printed and published every Wednesday and Saturday.

**07/17/2019, 08/21/2019, 09/25/2019**

and such publications was made in the regular issues of said paper (and not in any supplemental edition or extra thereof).

09/25/2019

_Signature_

Signature

r.BP8-12/01/15

---

Legal No. **0006366422**

LEGAL NOTICE - PARA INFORMACIÓN EN ESPAÑOL, VISITE EL SITIO WEB

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

IN RE: PG&E CORPORATION, Bankruptcy Case No. 19-30088 (DM) (Lead Case)
- AND -
PACIFIC GAS AND ELECTRIC COMPANY,
DEBTORS.

(Jointly Administered)

**NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIM IN CHAPTER 11 CASES**

**TO ALL PERSONS WITH CLAIMS AGAINST ANY DEBTOR SET FORTH BELOW:**

| NAME OF DEBTOR AND LAST FOUR DIGITS OF FEDERAL TAX IDENTIFICATION NUMBER | CASE NUMBER |
|---|---|
| PG&E Corporation (4914) ("PG&E Corp.") | 19-30088 (DM) |
| Pacific Gas and Electric Company (2640) (the "Utility") | 19-30089 (DM) |

The United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**") has entered an order (the "**Bar Date Order**") establishing **October 21, 2019 at 5:00 p.m. (Prevailing Pacific Time)** (the "**Bar Date**") as the last date and time for each (i) person, as defined in section 101(41) of title 11 of the United States Code (the "**Bankruptcy Code**"), including, without limitation, all Fire Claimants (as defined below), Wildfire Subrogation Claimants (as defined below), and Customers (as defined below), and (ii) governmental unit (as defined in section 101(27) of the Bankruptcy Code, collectively, the "**Governmental Units**") to file a proof of claim (each a "**Proof of Claim**") in respect of a prepetition claim (as defined in section 101(5) of the Bankruptcy Code), including, for the avoidance of doubt, all secured claims and priority claims against either of the above-listed debtors (collectively, the "**Debtors**").

The Bar Date and the procedures set forth below for filing Proofs of Claim apply to all claims against the Debtors that arose before January 29, 2019 (the "**Petition Date**"), the date on which the Debtors commenced cases under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**").

**1. WHO MUST FILE A PROOF OF CLAIM**

You **MUST** file a Proof of Claim to vote on a chapter 11 plan filed by the Debtors or to share in distributions from the Debtors' bankruptcy estates if you have a claim that arose before the Petition Date, and it is not one of the types of claims described in Section 5 below. Claims based on acts or omissions of the Debtors that occurred before the Petition Date must be filed on or before the Bar Date, even if such claims are not now fixed, liquidated or certain or did not mature or become fixed, liquidated or certain before the Petition Date.

Under section 101(5) of the Bankruptcy Code and as used in this notice, the word "claim" means a right to (a) payment, whether such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

**2. WHAT TO FILE**

**A. Claimants other than Holders of Fire Claims.**

The Debtors have prepared a Proof of Claim form for use by claimants in these Chapter 11 Cases other than Fire Claimants and Wildfire Subrogation Claimants (the "**Standard Proof of Claim Form**"). If your claim is listed on the schedules of assets and liabilities filed by the Debtors (collectively, the "**Schedules**"), you will receive in the mail a Standard Proof of Claim Form that sets forth the amount of your claim as listed on the Schedules, if applicable, the specific Debtor against which the claim is scheduled, and whether the claim is scheduled as "disputed," "contingent," or "unliquidated." You will receive a different Standard Proof of Claim Form for each claim listed in your name on the Schedules. You may utilize the Standard Proof of Claim Form(s) you receive from the Debtors to file your claim. Additional Standard Proof of Claim Forms and instructions may be obtained at (a) the website established by the Debtors' Court-approved claims and noticing agent, Prime Clerk LLC ("**Prime Clerk**"), located at https://restructuring.primeclerk.com (the "**Case Website**") or (b) the Bankruptcy Court's website located at https://www.canb.uscourts.gov. Completed claim

Bar Date if you are:

(a) any person or entity whose claim ... Schedules; provided that (i) the claim is no ... Schedules as "disputed," "contingent," or ... (ii) the person or entity does not dispute the ... and priority of the claim as set forth in the ... (iii) the person or entity does not dispute tha ... obligation of the specific Debtor against wh ... listed in the Schedules;

(b) any person or entity whose claim h ... full;

(c) any holder of a claim allowable unde ... and 507(a)(2) of the Bankruptcy Code as a ... expense (other than any party asserting a cl ... section 503(b)(9) of the Bankruptcy Code w ... to file such claim by April 22, 2019 as es ... Bankruptcy Court's Amended Order Pursua ... §§ 503(b)(9) and 105(a) Establishing Pro ... Assertion, Resolution, and Satisfaction of C ... Pursuant to 11 U.S.C. § 503(b)(9) [Docket N ...

(d) any person or entity who holds a claim ... has been allowed by Order of the Bankruptcy ... on or before the Bar Date;

(e) any holder of a claim for which a so ... has been filed by the Bankruptcy Court;

(f) any person or entity who has alrea ... of Claim with Prime Clerk against the Debt ... to the claim being asserted, utilizing a c ... substantially conforms to the Standard Proo ... or Official Form 410;

(g) any person or entity that holds an ... interest in the Debtors, which interest is ba ... upon the ownership of common or p ... membership interests, partnership interest ... options, or rights to purchase, sell, or subs ... security or interest; provided, however, th ... holder asserts a claim (as opposed to an own ... against the Debtors (including a claim relati ... interest or the purchase or sale of such eq ... Standard Proof of Claim must be filed on o ... Date;

(h) any person or entity whose cl ... exclusively by the repayment of principal, in ... fees and expenses under any agreements (a ... governing any prepetition, unsecured n ... loan, term loan, notes, bonds, debentures ... securities, in each case, issued by or on beh ... Debtors (collectively, the "**Debt Instrum** ... however, that (i) the foregoing exclusion sh ... the indenture trustee, owner trustee, pass-t ... subordination agent, registrar, paying agent ... loan or collateral agent, or any other en ... a similar capacity however designated ( ... "**Indenture Trustee**") under the applicable D ... (ii) each such Indenture Trustee shall be re ... Standard Proof of Claim against the applicab ... before the Bar Date, on account of all Debt ... such Debtor under the applicable Debt Instru ... however, that an Indenture Trustee will b ... lieu of attaching voluminous documentation ... Proof of Claim a summary of the applicable I ... and other operative documents, on the con ... documents will be made available by the In ... within ten (10) business days after receip ... request from a party in interest, and (iii) any I ... Claim that has a claim arising out of or rel ... Instrument other than a Debt Claim must ... Proof of Claim with respect to such claim ... Bar Date, unless another exception identified ...

(i) any person or entity whose claim ag ... arises solely from amounts due to the Califor ... System Operator Corporation ("**CAISO**"), ... Exchange Corporation ("**PX**") and/or ... participants based on purchases or sales ... capacity, or ancillary services by Pacific G ... Company and other market participants in n ... the CAISO and the PX that are subject t ... by the Federal Energy Regulatory Commissi ... in refund proceedings bearing FERC Doc ... 95-000 and EL00-98-000 and related sub-d ... amounts due under any settlement agreem ... arrangements, government settlements, letter ag ...

---

1

# PUBLISHER'S AFFIDAVIT OF PUBLICATION

I, Gayla Eckels    being duly sworn and say, I am the Account Executive of
Red Bluff Daily News ,published at  Red Bluff  ,County of Tehama ,
State of California; and being the official legal organ of said county, and
that the advertisement, a printed copy of which is attached hereto, was
printed and published in said newspaper on the following date(s):
July 16, 2019) .

**Account Executive**                                    **Office Manager**

Hereby subscribed and sworn to before me on this 1st day of August, 2019 .

(notary public)

MY COMMISION EXPIRES ON         (date)

(seal)

# PUBLISHER'S AFFIDAVIT OF PUBLICATION

I, Gayla Eckels   being duly sworn and say, I am the Account Executive of
 Red Bluff Daily News, published at Red Bluff, County of Tehama ,
State of California; and being the official legal organ of said county, and
that the advertisement, a printed copy of which is attached hereto, was
printed and published in said newspaper on the following date(s):
 August 22, 2019) .


Account Executive                                    Office Manager


Hereby subscribed and sworn to before me on this 23rd day of August, 2019

# PUBLISHER'S AFFIDAVIT OF PUBLICATION

I, Gayla Eckels  being duly sworn and say, I am the Account Executive of
 Red Bluff Daily News, published at Red Bluff, County of Tehama ,
State of California; and being the official legal organ of said county, and
that the advertisement, a printed copy of which is attached hereto, was
printed and published in said newspaper on the following date(s):
 October  2, 2019) .


**Account Executive**                              **Office Manager**


Hereby subscribed and sworn to before me on this 3rd day of October, 2019



# Record Searchlight

PART OF THE USA TODAY NETWORK

**Newspaper Space Buyers**
149 Rowayton Ace #2

Rowayton, CA 06853

**STATE OF WISCONSIN, COUNTY OF BROWN:**

I hereby certify that the Record Searchlight is a newspaper of general circulation within the provisions of the Government Code of the State of California, printed and published in the city of Redding, County of Shasta, State of California; that I am the principal clerk of the printer of said newspaper; that the notice of which the annexed clipping is a true printed copy was published in said newspaper on the following dates, to wit:

July 15, 2019

such newspaper was regularly distributed to its subscribers during all of said period

_____
Legal Clerk

I certify under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Subscribed and sworn to before on August, 14, 2019

_____
Notary Public, State of Wisconsin, County of Brown

_____
My commission expires

TARA MONDLOCH
Notary Public
State of Wisconsin



# Record Searchlight

PART OF THE USA TODAY NETWORK

**Newspaper Space Buyers**
149 Rowayton Ace #2

Rowayton, CA 06853

**STATE OF WISCONSIN, COUNTY OF BROWN:**

I hereby certify that the Record Searchlight is a newspaper
of general circulation within the provisions of the
Government Code of the State of California, printed and
published in the city of Redding, County of Shasta, State of
California; that I am the principal clerk of the printer of said
newspaper; that the notice of which the annexed clipping is
a true printed copy was published in said newspaper on
the following dates, to wit:

August 22, 2019

such newspaper was regularly distributed to its
subscribers during all of said period

_____
Legal Clerk

I certify under penalty of perjury, under the laws of the State
of California, that the foregoing is true and correct.

Subscribed and sworn to before on August, 21, 2019

_____
Notary Public, State of Wisconsin, County of Brown

_____
My commission expires

> TARA MONDLOCH
> Notary Public
> State of Wisconsin



# Record Searchlight
PART OF THE USA TODAY NETWORK

**Newspaper Space Buyers**
149 Rowayton Ace #2

Rowayton, CA 06853

**STATE OF WISCONSIN, COUNTY OF BROWN:**

I hereby certify that the Record Searchlight is a newspaper of general circulation within the provisions of the Government Code of the State of California, printed and published in the city of Redding, County of Shasta, State of California; that I am the principal clerk of the printer of said newspaper; that the notice of which the annexed clipping is a true printed copy was published in said newspaper on the following dates, to wit:

September 26, 2019

such newspaper was regularly distributed to its subscribers during all of said period

_Kia Ilvery_
Legal Clerk

I certify under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Subscribed and sworn to before on September 26, 2019

_Tara Mondloch_
Notary Public, State of Wisconsin, County of Brown

_Aug 6 2021_
My commission expires

TARA MONDLOCH
Notary Public
State of Wisconsin

# PUBLISHER'S AFFIDAVIT OF PUBLICATION

Ava Clark

I, (name) being duly sworn and say, I am the (job title) Key Acct coordinator
of (newspaper name) SAC published at (city) Sacramento, County of (county) Sacramento
,Sate of (state) ;and being the official legal organ of said county, and
that the advertisement, a printed copy of which is attached hereto, was
printed and published in said newspaper on the following date(s):
(date(s) .

*Un Clart*

(job title) Key Account Coodinator

Hereby subscribed and sworn to before me on this day of , 20
.

(notary public)

See attached for
Proper California Notary
Wording. JLY
8/8/19

MY COMMISION EXPIRES ON (date)

(seal)

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**  GOVERNMENT CODE § 8202

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

_Signature of Document Signer No. 1_          _Signature of Document Signer No. 2 (if any)_

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Sacramento_

Subscribed and sworn to (or affirmed) before me
on this _8TH_ day of _August_, 20 _19_,
by     _Date_          _Month_          _Year_
(1) _Ava Marie Clark_

(and (2)_____ ),
_Name(s) of Signer(s)_

proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

Signature _____
_Signature of Notary Public_

TERRI L. YAMAGATA
Notary Public - California
Sacramento County
Commission # 2163268
My Comm. Expires Sep 17, 2020

_Seal_
_Place Notary Seal Above_

———————————— **OPTIONAL** ————————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

**Title or Type of Document:** _____    **Document Date:** _____

**Number of Pages:** _____ **Signer(s) Other Than Named Above:** _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910

# DECLARATION OF PUBLICATION OF
## SAN FRANCISCO CHRONICLE

SFCHRONICLE.COM | Monday, July 15, 2019 | A5

COURT
IFORNIA
AN
ase No. 19-30088
e 11(Lead Case)
nistered)
**DEADLINE FOR
OFS OF CLAIM
R 11 CASES**
AGAINST ANY

| ITS | CASE |
| BER | NUMBER |
| | 19-30088 |
| | (DM) |
| | 19-30089 |
| ility") | (DM) |

for the Northern
y Court") has
ne for each (i)
title 11 of the
ode"), including,
defined below),
ned below), and
overnmental unit
ankruptcy Code,
to file a proof of
t of a prepetition
ankruptcy Code),
l secured claims
ove-listed debtors

forth below for
ainst the Debtors
tion Date"), the
ses under chapter
11 Cases").
CLAIM
e on a chapter 11
ibutions from the
claim that arose
e of the types of
ms based on acts
efore the Petition
Date, even if such
ertain or did not
ertain before the

uptcy Code and
means a right to
ed to judgment,
ngent, matured,
quitable, secured,
ly for breach of
right to payment,
dy is reduced to
matured, disputed,

**Fire Claims.**
f Claim form for
Cases other than
n Claimants (the
our claim is listed
ed by the Debtors
eceive in the mail
forth the amount
f applicable, the
is scheduled, and
ed," "contingent,"
ifferent Standard
ed in your name
standard Proof of
btors to file your
laim Forms and
ebsite established
d noticing agent,
ocated at https://
ase Website") or
at www.tsscourts.

e **signed** by the
laimant. It must
known, must be
sing the exchange
. You also should
any documents on
attach a summary)

Date if you are:
(a) any person or entity whose claim is listed on the Schedules; *provided* that (i) the claim is **not** listed on the Schedules as "disputed," "contingent," or "unliquidated," (ii) the person or entity does not dispute the amount, nature, and priority of the claim as set forth in the Schedules, and (iii) the person or entity does not dispute that the claim is an obligation of the specific Debtor against which the claim is listed in the Schedules;

(b) any person or entity whose claim has been paid in full;

(c) any holder of a claim allowable under section 503(b) and 507(a)(2) of the Bankruptcy Code as an administrative expense (other than any party asserting a claim pursuant to section 503(b)(9) of the Bankruptcy Code who was required to file such claim by April 22, 2019 as established in the Bankruptcy Court's *Amended Order Pursuant to 11 U.S.C. §§ 503(b)(9) and 105(a) Establishing Procedures for the Assertion, Resolution, and Satisfaction of Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)* [Docket No. 725]);

(d) any person or entity who holds a claim that heretofore has been allowed by Order of the Bankruptcy Court entered on or before the Bar Date;

(e) any holder of a claim for which a separate deadline has been fixed by the Bankruptcy Court;

(f) any person or entity who has already filed a Proof of Claim with Prime Clerk against the Debtors with respect to the claim being asserted, utilizing a claim form that substantially conforms to the Standard Proof of Claim Form or Official Form No. 410;

(g) any person or entity that holds an equity security interest in the Debtors, which interest is based exclusively upon the ownership of common or preferred stock, membership interests, partnership interests, or warrants, options, or rights to purchase, sell, or subscribe to such a security or interest; *provided, however,* that if any such holder asserts a claim (as opposed to an ownership interest) against the Debtors (including a claim relating to an equity interest or the purchase or sale of such equity interest), a Standard Proof of Claim must be filed on or before the Bar Date;

(h) any person or entity whose claim is limited exclusively to the repayment of principal, interest, and other fees and expenses under any agreements (a "**Debt Claim**") governing any prepetition, unsecured revolving credit loan, term loan, notes, bonds, debentures, or other debt securities, in each case, issued by or on behalf of any of the Debtors (collectively, the "**Debt Instruments**"); *provided, however,* that (i) the foregoing exclusion shall not apply to the indenture trustee, owner trustee, pass-through trustee, subordination agent, registrar, paying agent, administrative, loan or collateral agent, or any other entity serving in a similar capacity however designated (collectively, an "**Indenture Trustee**") under the applicable Debt Instrument, (ii) each such Indenture Trustee shall be required to file a Standard Proof of Claim against the applicable Debtor, on or before the Bar Date, on account of all Debt Claims against such Debtor under the applicable Debt Instrument; *provided, however,* that an Indenture Trustee will be permitted, in lieu of attaching voluminous documentation, to file with its Proof of Claim a summary of the applicable Debt Instrument and other operative documents, on the condition that such documents will be made available by the Indenture Trustee within ten (10) business days after receipt of a written request from a party in interest, and (iii) any holder of a Debt Claim that has a claim arising out of or relating to a Debt Instrument other than a Debt Claim must file a Standard Proof of Claim with respect to such claim on or before the Bar Date, unless another exception identified herein applies;

(i) any person or entity whose claim against the Utility arises solely from amounts due to the California Independent System Operator Corporation ("**CAISO**"), California Power Exchange Corporation ("**PX**") and/or various market participants based on purchases or sales of electricity, capacity, or ancillary services by Pacific Gas and Electric Company and other market participants in markets operated by the CAISO and the PX that are subject to determination by the Federal Energy Regulatory Commission ("**FERC**") in refund proceedings bearing FERC Docket Nos. EL00-95-000 and EL00-98-000 and related sub-dockets, and any amounts due under any settlement agreements, allocation agreements, escrow agreements, letter agreements, other written agreements, or court orders (including orders entered in the chapter 11 case styled *In re California Power Exchange Corporation*, Case No. 10-cv-5749) that...

(j) any Customer whose claims is limited exclusively to ordinary and customary refunds, overpayments, billing credits, deposits, or similar billing items;

---

Diane FitzGibbon

declares that:

The annexed advertisement has been regularly published in the

## SAN FRANCISCO CHRONICLE

which is and was at all times herein mentioned established as newspaper of general circulation in the City and County of San Francisco, State of California, as that term is defined by Section 6000 of the Government Code.

SAN FRANCISCO CHRONICLE
(Name of Newspaper)

901 Mission Street

San Francisco, CA 94103

From _____ 7/15/19

To _____ 7/15/19

Namely, on _____ 7/15/19

(Dates of Publication)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 7/20/19

at San Francisco, California.

Diane FitzGibbon