# Exhibit C






