# Exhibit D


**Legal Notices**
July 17 · 🌐

If you or anyone you know were affected by the Northern California wildfires, you could be entitled to compensation, you must file a Claim by October 21, 2019 to keep your rights to any payment.
http://www.pgewildfireinfo.com/



👍😮😢 7.2K      133 Comments  1.3K Shares


**Legal Notices**
July 17 · 🌐    

Northern California residents who lost their homes, businesses, other property or were injured by wildfires may be eligible for compensation. You must file a Claim by October 21, 2019 to keep your rights to any payment. http://PGEWILDFIREINFO.COM/



👍😮😢 7K      204 Comments  1.5K Shares

**Legal Notices**
July 15 · 🌐

If you or someone you know suffered an injury or wrongful death, property damage, or other loss resulting from the Northern California Fires, you must file a Claim by October 21, 2019 to keep your rights to any payment.



PGEWILDFIREINFO.COM
**Northern California Wildfires**
On January 29, 2019, PG&E Corporation ("PG&E Corp."…  [Learn More]

👍😮❤️ 320      23 Comments  100 Shares