# Exhibit E







memorieswiththemulkeys_

72.1k

Northern California is our home and we have huge love for the unique mountains, beautiful cities, and locals. I wanted to let you guys know that if you were affected by the Northern California Fires, now is the time to file a claim! This includes any losses related to the wildfires - injury, death, home and business losses, etc. File your claim before it's too late. You have to file before October 21, 2019 to get any chance of compensation. #ad #PGEBankruptcy http://www.pgewildfireinfo.com/

PUBLISHED

PUBLISHED
17 SEP 2019

WeOwntheMoment Photography

6.5k

With seemingly endless mountains, lakes, streams, and natural beauty, living along the California/Oregon border is a true blessing.

Sadly, wildfires have affected far too many friends and family in the past couple years. If you or a loved one was affected by the Northern California wildfires, NOW is the time to file a claim!

This includes any losses RELATED to the

PUBLISHED

PUBLISHED
16 SEP 2019

hikeupyourskirt

41.8k

Hey guys! You know I live in Tahoe and am huge on environmental protection, which is why minimizing wildfires and their impact is super important to me. If you were impacted by the 2018 fires, be sure to check before Oct 21 to see if you should file a claim. Wildfires are devastating and we all need to help those affected get back on their feet. Check out – 🔜
www.PGEwildfireinfo.com
.

PUBLISHED

PUBLISHED
13 SEP 2019

raisingtwinboys ✓
25.9k

I love playing tourist in our town! My mom recently visited and I took her and the boys to all the best sites. This spot above the Golden Gate Bridge is in the Marin Headlands and off the beaten path and has Views for days! I'm so happy we have fresh air and are not dealing with the fires we had this time last year. If you live in Northern California and were affected by the fires don't forget to file a claim for damages, your last day to submit claims is October 21st. I had several friends who lost their homes in

PUBLISHED

PUBLISHED
12 SEP 2019

weownthemoment ✓
15k

With seemingly endless mountains, lakes, streams, and natural beauty, living along the California/Oregon border is a true blessing.

Sadly, wildfires have affected far too many friends and family in the past couple years. If you or a loved one was affected by the Northern California wildfires, NOW is the time to file a claim!

This includes any losses RELATED to the

PUBLISHED

PUBLISHED
12 SEP 2019

cindyprincesspeach ✓
65.1k

Enjoying a beautiful, sunny day last summer in California! I wanted to let my Northern California followers know about your rights and the Northern California fires. If you have experienced any personal injury, home or business loss, it's important that you know that you can file a claim for your loss. The deadline is October 21, 2019. ⌛ Visit pgewildfireinfo.com for more info. #PGEBankruptcy #ad

PUBLISHED

PUBLISHED
11 SEP 2019

**cmviall** ✓
36.6k

PSA: If you or anyone you know were effected by the California fires last year you need to submit your claim for damages by October 21st of this year!

Last year during the California fires I decided to use my platform to try and drive donations to those effected by the fires. I want to extend that effort in informing everyone of the necessary steps to insure they are given fair compensation for loss of housing, business, etc.

PUBLISHED

PUBLISHED
11 SEP 2019

**travelsofsophie** ✓
62.4k

I know many of you live in beautiful Northern California - so this one is for you! It's one of my absolute favorite places with it's richly diverse landscapes. However I know that's come at a price recently for friends and family living there due to the wildfires in the past couple of years.

If you or anyone you know were affected by the wildfires, NOW is the time to file a claim. This includes any losses related to the wildfires - injury, death, home, business

PUBLISHED

PUBLISHED
11 SEP 2019

**elleisalwayshere** ✓
299.8k

wildfires are a serious matter. If you're in northern California, it is very important for you to file a claim by October 21. This can be for personal injury, death, home, business losses, etc. or you could lose your right to compensation. #PGEBankruptcy #ad check out www.pgewildfireinfo.com!

PUBLISHED

PUBLISHED
11 SEP 2019




**tinyhousemovement** ✓
580.2k

A lot of people in Northern California have turned to Tiny Homes (like the one in this picture), RVs, and Trailers for a place to stay following the fires the last few years. If you have suffered any sort of loss from wildfires in CA (home loss, injury, etc.) you need to file a claim by Oct. 21 or you could lose your right to any compensation. . . . . . .
visit www.pgewildfireinfo.com for more info!
#tinyhousemovement #tinyhouse #tinyhome #PGEBankruptcy #ad #fires #norcal #california #home #life #firevictims

PUBLISHED

PUBLISHED
10 SEP 2019






**gleafulchildhood** ✓
11.1k

{ad but near to my heart} A word to my fellow Northern Californians! I wanted to let you know about your rights regarding the Northern California wildfires. If you or someone you know was affected by the fires, it is important for you to file a claim immediately. This can mean personal injury, death, home, business losses, etc. If you don't file before October 21, you could lose your right to get compensation. Visit www.pgewildfireinfo.com (a link in my bio) where you can learn more and share!

PUBLISHED

PUBLISHED
10 SEP 2019






**_melirae** ✓
8.1k

Northern California has been my home for almost a decade & I have incredible love for its unique mountains, eclectic cities & all the locals. I want you to know that if you were affected by the Northern California Fires, now is the time to file a claim. This includes any losses related to the wildfires- injury, death, home & business losses, etc. File your claim before it's too late. You have to file before October 21, 2019 to keep any chance of compensation. Head to www.pgewildfireinfo.com for more info.

PUBLISHED

PUBLISHED
10 SEP 2019

