# Exhibit F

| Keyword Search Terms |
| --- |
| California wildfires |
| California fires |
| CA fires |
| CA wildfires |
| PG&E |
| Camp Fire |
| pge |
| Pg and e |
| Northern California Wildfires |
| pacific gas |
| Ghostship |
| The Camp Fire |
| Paradise California |
| Northern CA wildfires |
| camp campfire |
| Paradise CA |
| Northern California fires |
| Fires Lake |
| pacific gas & electric co |
| Paradise Fire |
| Mission Fire |
| PG&E bankruptcy |
| Camp fire survivors |
| Paradise wildfire |
| Mission wildfire |
| Wildfires Lake |
| Atlas Fire |
| Fires Nevada county |
| Pacific Gas bankruptcy |
| Fires Napa |
| in paradise california |

| Keyword Search Terms |
| --- |
| Fires Butte |
| Butte Fire |
| Fires Sonoma |
| Redwood Fire |
| Butte wildfire |
| Wildfires Butte |
| Redwood wildfire |
| Wildfires Sonoma |
| Butte County campfire |
| Atlas wildfire |
| Wildfires Napa |
| Paradise Strong |
| Lobo Fire |
| Oakmont Fire |
| California fires support group |
| Lobo wildfire |
| Oakmont wildfire |
| Wildfires Nevada county |