# Exhibit G



# Face # 000102A-O - Hwy 101 1000 ft N/O Gravenstein Hwy W/S




Photo taken on: 8/15/2019     Photo taken on: 8/15/2019

## Face Information

| | |
|---|---|
| **Media:** | Bulletins |
| **Area:** | Sonoma County |
| **Posting Market:** | San Francisco/Berkeley |
| **Direction:** | N |
| **Illumination:** | 18 hours |



# Face # 0012134-O - Main 850 ft N/O 6Th W/S





Photo taken on: 8/15/2019                   Photo taken on: 8/15/2019

## Face Information

| | |
|---|---|
| **Media:** | Bulletins |
| **Area:** | North Coast |
| **Posting Market:** | San Francisco/Berkeley |
| **Direction:** | E |
| **Illumination:** | 12 hours |



# Face # 0016335-O - Third E/O D N/S



Photo taken on: 8/15/2019



Photo taken on: 8/15/2019

| Face Information | |
|---|---|
| Media: | Bulletins |
| Area: | North Coast |
| Posting Market: | San Francisco/Berkeley |
| Direction: | W |
| Illumination: | 12 hours |



# Face # 0019352-O - Hwy 101 101 ft S/O Mad River Bridge E/S



Photo taken on: 8/15/2019



Photo taken on: 8/15/2019

## Face Information

| | |
|---|---|
| **Media:** | Bulletins |
| **Area:** | North Coast |
| **Posting Market:** | San Francisco/Berkeley |
| **Direction:** | N |
| **Illumination:** | 12 hours |



# Face # 0023005-A - Hwy 101 400 ft S/O Central Ave. E/S




Photo taken on: 8/15/2019          Photo taken on: 8/15/2019

| Face Information | |
|---|---|
| Media: | Bulletins |
| Area: | North Coast |
| Posting Market: | San Francisco/Berkeley |
| Direction: | N |
| Illumination: | 12 hours |



# Face # 0023028-O - Hwy 101 & Orr Springs Rd. E/S




Photo taken on: 8/15/2019                                              Photo taken on: 8/15/2019

### Face Information

| | |
|---|---|
| **Media:** | Bulletins |
| **Area:** | North Coast |
| **Posting Market:** | San Francisco/Berkeley |
| **Direction:** | N |
| **Illumination:** | 12 hours |



# Face # 002935A-O - Hwy 101 3.30 mi N/O Ukiah E/S



Photo taken on: 8/15/2019



Photo taken on: 8/15/2019

| **Face Information** | |
|---|---|
| Media: | Bulletins |
| Area: | North Coast |
| Posting Market: | San Francisco/Berkeley |
| Direction: | N |
| Illumination: | 18 hours |



# Face # 005537A-O - Hwy 101 3.20 mi N/O Ukiah Ncl E/S



Photo taken on: 8/15/2019



Photo taken on: 8/15/2019

## Face Information

| | |
|---|---|
| **Media:** | Bulletins |
| **Area:** | North Coast |
| **Posting Market:** | San Francisco/Berkeley |
| **Direction:** | S |
| **Illumination:** | 12 hours |



# Face # 008696A-O - Hwy 29 S/O Trancas E/S




Photo taken on: 8/15/2019                                                      Photo taken on: 8/15/2019

## Face Information

| | |
|---|---|
| **Media:** | Bulletins |
| **Area:** | Napa County |
| **Posting Market:** | San Francisco/Berkeley |
| **Direction:** | N |
| **Illumination:** | 18 hours |



Case: 19-30088    Doc# 4688-9    Filed: 11/12/19    Entered: 11/12/19 16:05:12    Page 11 of 19

# Face # 023004B-O - Hwy 101 800 ft N/O Central W/S




Photo taken on: 8/15/2019                                                         Photo taken on: 8/15/2019

| Face Information | |
|---|---|
| Media: | Bulletins |
| Area: | North Coast |
| Posting Market: | San Francisco/Berkeley |
| Direction: | S |
| Illumination: | 12 hours |



# Face # EKA1001-E - US 101 400' N/O Sunset Rd



Photo taken on: 8/16/2019

| Face Information | |
|---|---|
| Media: | Digital Displays |
| Area: | North Coast |
| Posting Market: | San Francisco/Berkeley |
| Direction: | S |
| Illumination: | 24 hours |



# Face # 012122A-2 - Bodega Ave. 425 ft W/O Bantam Way S/S



Photo taken on: 8/7/2019



Photo taken on: 8/16/2019

## Face Information

| | |
|---|---|
| Media: | Posters |
| Area: | Sonoma County |
| Posting Market: | San Francisco/Berkeley |
| Direction: | W |
| Illumination: | 12 hours |



# Face # 019169A-1 - Bodega Ave. 810 ft W/O Cleveland Ln. S/S



Photo taken on: 8/7/2019



Photo taken on: 8/16/2019

## Face Information

| | |
|---|---|
| **Media:** | Posters |
| **Area:** | Sonoma County |
| **Posting Market:** | San Francisco/Berkeley |
| **Direction:** | E |
| **Illumination:** | 12 hours |



# Face # 040336A-2 - Oro Dam Blvd. 125.00 ft W/O Oroville Quincy Hwy S/S




Photo taken on: 8/8/2019   Photo taken on: 8/8/2019

| Face Information | |
|---|---|
| Media: | Posters |
| Area: | Butte County |
| Posting Market: | Sacramento |
| Direction: | W |
| Illumination: | 18 hours |



# Face # 065968B-2 - Hwy 99 1120.00 ft S/O Evelyn Drive W/S



Photo taken on: 8/8/2019



Photo taken on: 8/8/2019

## Face Information

| | |
|---|---|
| **Media:** | Posters |
| **Area:** | Butte County |
| **Posting Market:** | Sacramento |
| **Direction:** | N |
| **Illumination:** | 12 hours |



# Face # 065981B-2 - Hwy 99 50.00 ft N/O Wright W/S



Photo taken on: 8/8/2019

## Face Information

| | |
|---|---|
| **Media:** | Posters |
| **Area:** | Sutter County |
| **Posting Market:** | Sacramento |
| **Direction:** | N |
| **Illumination:** | 12 hours |



# Face # 066076A-1 - Ss Hwy 32 125.00 ft E/O Glennwood, Chico



Photo taken on: 8/10/2019

## Face Information

| | |
|---|---|
| **Media:** | Posters |
| **Area:** | Butte County |
| **Posting Market:** | Sacramento |
| **Direction:** | NW |
| **Illumination:** | 18 hours |

