# Exhibit H

## Radio MSA English

| | STATION | FORMAT |
|---|---|---|
| **Chico** | | |
| | KCEZ-FM | Contemporary Hit Radio |
| | KHSL-FM | Country |
| | KPAY-AM | News/Talk |
| | KRQR-FM | Album Oriented Rock |
| **Redding** | | |
| | KEWB-FM | Contemporary Hit Radio |
| | KNCQ-FM | Country |
| | KQMS-AM | News/Talk |
| | KRDG-FM | Classic Hits |
| **San Francisco** | | |
| | KCBS-AM | News |
| | KISQ-FM | Soft Adult Contemporary |
| | KOIT-FM | Adult Contemporary |
| | KSAN-FM | Classic Rock |
| **Sacramento** | | |
| | KFBK-AM | News/Talk |
| | KNCI-FM | Country |
| | KRXQ-FM | Album Oriented Rock |
| | KSEG-FM | Classic Rock |
| **Stockton** | | |
| | KATM-FM | Country |
| | KHKK-FM | Classic Hits |
| | KJOY-FM | Adult Contemporary |
| | KWIN-FM | Country Hit Radio |
| **Modesto** | | |
| | KATM-FM | Country |
| | KFIV-AM | News/Talk |
| | KWNN-FM | Contemporary Hit Radio |
| | KJSN-FM | Soft Adult Contemporary |

## Radio MSA Spanish

| | STATION | FORMAT |
|---|---|---|
| **Chico** | | |
| | KRCX-FM | Mexican Regional |
| | KVMX-FM | Mexican Regional |
| **Redding** | | |
| | No local Spanish stations | |
| **San Francisco** | | |
| | KBRG-FM | Spanish Adult Hits |
| | KSOL-FM | Mexican Regional |
| **Sacramento** | | |
| | KXSE-FM | Mexican Regional |
| | KRCX-FM | Mexican Regional |
| **Stockton** | | |
| | KTSE-FM | Mexican Regional |
| | KTSE-FM | Mexican Regional |
| **Modesto** | | |
| | KMIX-FM | Mexican Regional |
| | KTSE-FM | Mexican Regional |