# Exhibit I

## Local DMA Broadcast Television

| | STATION | NETWORK |
|---|---|---|
| **Chico-Redding** | | |
| | KRCR-TV | ABC |
| | KNVN-TV | NBC |
| | KHSL-TV | CBS |
| **Eureka** | | |
| | KAEF-TV | ABC |
| | KIEM-TV | NBC |
| | KVIQ-TV | CBS |
| **Sacramento-Stockton-Modesto** | | |
| | KCRA-TV | NBC |
| | KOVR-TV | CBS |
| | KXTV-TV | ABC |
| **San Francisco-Oakland-San Jose** | | |
| | KGO-TV | ABC |
| | KPIX-TV | CBS |
| | KTVU-TV | FOX |
| | KNTV-TV | NBC |
| | KRON-TV | MyNetworkTV |

## Local DMA Cable Television

| | NETWORK | PROGRAM TYPE |
|---|---|---|
| **Chico-Redding** | | |
| | CNN-TV | News |
| | ESPN-TV | Sports |
| | FXNC-TV | News |
| | HGTV-TV | Home and Garden |
| | HIST-TV | History |
| | MNBC-TV | News |
| | NSBA-TV | NBC Sports Bay Area |
| | TNT-TV | Entertainment |
| | USA-TV | Entertainment |
| **Eureka** | | |
| | CNN-TV | News |
| | ESPN-TV | Sports |
| | FXNC-TV | News |
| | HGTV-TV | Home and Garden |
| | HIST-TV | History |
| | MNBC-TV | News |
| | NSBA-TV | NBC Sports Bay Area |
| | TNT-TV | Entertainment |
| | USA-TV | Entertainment |
| **Sacramento-Stockton-Modesto** | | |
| | CNN-TV | News |
| | ESPN-TV | Sports |
| | FOOD-TV | Food Entertainment |
| | FXNC-TV | News |
| | GALA-TV | Spanish |
| | HGTV-TV | Home & Garden |
| | HIST-TV | History |
| | MNBC-TV | News |
| | NSBA-TV | NBC Sports Bay Area |
| | TNT-TV | Entertainment |
| **San Francisco-Oakland-San Jose** | | |
| | CNN-TV | News |
| | ESPN-TV | Sports |
| | FXNC-TV | News |
| | GALA-TV | Spanish |
| | HGTV-TV | Home & Garden |
| | HIST-TV | History |
| | MNBC-TV | News |
| | NSBA-TV | NBC Sports Bay Area |
| | TNT-TV | Entertainment |