# Exhibit J

# PRESS RELEASE - ENGLISH

# Reminder of October Deadline to File Injury or Loss Claims Resulting from Northern California Fires

Composite

English · PR Newswire ID: 2546109-1 · Clear Time Aug 13, 2019 9:17 AM ET

View Release ▾

Report shows data for: | English: Reminder of October Deadline to File Injury or Loss Claims Resulting fr ▾ |

---

## Assets
### What did I send with my releases?



---

## Pickup
### Where did my release get picked up?

**152**
total pickup

**78,158,302**
total potential audience

---

## Traffic
### What traffic did my release generate?

**497**
release views

**2,795**
release web crawler hits

**153**
image views

**490**
image web crawler hits

---

## Audience
### Who are the audiences viewing my release?

**140**
media views

**6**
organization views

**289**
targeted influencers

**949**
Associated Press outlets

---

## Engagement
### How are people engaging with my release?

### No engagement data yet

---

# Industry Benchmarks
On a scale of 1 - 100, how this release performed compared to other similar releases.

**68**
total visibility

**69**   **48**   **86**
pickup   traffic   audience

---

**0**
engagement

---

# Pickup

## Overview

| TOTAL PICKUP | 152 |
|---|---|

Exact Match     **152** postings

| TOTAL POTENTIAL AUDIENCE | 78M |
|---|---|

Exact Match     **78M** visitors

## Total Pickup Over Time
Total pickup since your content was distributed



## Total Pickup by Source Type



- Broadcast Media (44/28.9%)
- Online News Sites & Other Influencers (40/26.3%)
- Newspaper (34/22.4%)
- Financial News Service (9/5.9%)
- News & Information Service (8/5.3%)
- Other (17/11.2%)

## Total Pickup by Industry



- Media & Information (102/67.1%)
- Financial (31/20.4%)
- Multicultural & Demographic (8/5.3%)
- Energy (7/4.6%)
- Business Services (2/1.3%)
- Other (2/1.3%)

## Exact Match Pickup

Exact matches are full text postings of your content which we have found in the online and social media that we monitor. Understand how it is calculated. Your release has generated **152** exact matches with a total potential audience of **78,158,302**.

| Logo | Outlet Name | # of Releases | Location | Source Type | Industry | Potential Audience |
|---|---|---|---|---|---|---|
| | Chase<br>Online 🖥 View Release | 1 | United States | News & Information Service | Financial | 29,804,771 visitors/month |
| | TheStreet.com<br>Online 🖥 View Release | 1 | United States | Trade Publications | Financial | 9,377,816 visitors/month |
| | PR Newswire<br>Online 🖥 View Release | 1 | United States | PR Newswire | Media & Information | 9,372,666 visitors/month |
| | Investors Hub<br>Online 🖥 View Release | 1 | United States | Financial News Service | Financial | 3,032,590 visitors/month |
| | WFMZ-TV IND-69 [Allentown, PA]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 2,098,364 visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| KOTV-TV CBS-6 [Tulsa, OK]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 2,056,942 visitors/month |
| Yahoo! Finance<br>Online 🖥 View Release | 1 | Global | Online News Sites & Other Influencers | Media & Information | 1,834,222 visitors/month |
| Daily Herald [Chicago, IL]<br>Online 🖥 View Release | 1 | United States | Newspaper | Media & Information | 1,555,913 visitors/month |
| Buffalo News [Buffalo, NY]<br>Online 🖥 View Release | 1 | United States | Newspaper | Media & Information | 1,537,817 visitors/month |
| Benzinga<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Financial | 1,537,078 visitors/month |
| StockHouse.com<br>Online 🖥 View Release | 1 | Canada | Trade Publications | Financial | 1,531,575 visitors/month |
| Ariva.de<br>Online 🖥 View Release | 1 | Germany | News & Information Service | Media & Information | 1,201,154 visitors/month |
| ADVFN Germany<br>Online 🖥 View Release | 1 | Germany | Financial News Service | Financial | 1,136,694 visitors/month |
| WBBH-TV NBC-2 [Fort Myers, FL]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 870,274 visitors/month |
| KWTV-TV CBS-9 [Oklahoma City, OK]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 854,368 visitors/month |
| KAKE-TV ABC [Wichita, KS]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 848,576 visitors/month |
| YCharts<br>Online 🖥 View Release | 1 | United States | News & Information Service | Financial | 658,171 visitors/month |
| VB Profiles<br>Online 🖥 View Release | 1 | United States | News & Information Service | Business Services | 610,488 visitors/month |
| Minyanville<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Financial | 455,400 visitors/month |
| WBOC-TV CBS-16 [Salisbury, MD]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 433,550 visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| One News Page Global Edition<br>Online 🖥 View Release | 1 | Global | Online News Sites & Other Influencers | Media & Information | 433,131 visitors/month |
| WRCB-TV NBC-3 [Chattanooga, TN]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 430,946 visitors/month |
| WVIR-TV NBC-29 [Charlottesville, VA]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 316,720 visitors/month |
| KITV-TV ABC [Honolulu, HI]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 315,842 visitors/month |
| NewsBlaze US<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Media & Information | 189,533 visitors/month |
| RTTNews<br>Online 🖥 View Release | 1 | United States | | Financial | 186,384 visitors/month |
| WZVN-TV ABC-7 [Fort Myers, FL]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 183,723 visitors/month |
| myMotherLode.com [Sonora, CA]<br>Online 🖥 View Release | 1 | United States | Newspaper | Media & Information | 181,414 visitors/month |
| KTVN-TV CBS-2 [Reno, NV]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 157,502 visitors/month |
| WFMJ-TV NBC-21 [Youngstown, OH]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 157,337 visitors/month |
| WRAL-TV CBS-5 [Raleigh, NC]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 156,085 visitors/month |
| Townhall Finance<br>Online 🖥 View Release | 1 | United States | Financial News Service | Media & Information | 156,085 visitors/month |
| Tamar Securities<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Financial | 156,085 visitors/month |
| FinancialContent - PR Newswire<br>Online 🖥 View Release | 1 | United States | Financial News Service | Media & Information | 156,085 visitors/month |
| IBTimes<br>Online 🖥 View Release | 1 | United States | Newspaper | Media & Information | 156,085 visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| Rockford Register Star [Rockford, IL]<br>Online 🖥 View Release | 1 | United States | Newspaper | Media & Information | 156,085 visitors/month |
| Great American Financial Resources<br>Online 🖥 View Release | 1 | United States | News & Information Service | Financial | 156,085 visitors/month |
| Franklin Credit Management<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Financial | 156,085 visitors/month |
| Value Investing News<br>Online 🖥 View Release | 1 | United States | Financial News Service | Financial | 156,085 visitors/month |
| Dow Theory Letters<br>Online 🖥 View Release | 1 | United States | Banking & Financial Institutions | Financial | 156,085 visitors/month |
| Daily Penny Alerts<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Financial | 156,085 visitors/month |
| KVOR 740-AM [Colorado Springs, CO]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 156,085 visitors/month |
| KARN 102.9-FM [Little Rock, AR]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 156,085 visitors/month |
| Benefit Plans Administrative Services<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Financial | 156,085 visitors/month |
| Ascensus<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Financial | 156,085 visitors/month |
| 1st Discount Brokerage<br>Online 🖥 View Release | 1 | United States | Financial News Service | Financial | 156,085 visitors/month |
| WLNE-TV ABC-6 [Providence, RI]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 151,699 visitors/month |
| Equities.com<br>Online 🖥 View Release | 1 | United States | News & Information Service | Financial | 151,404 visitors/month |
| KLKN-TV ABC-8 [Lincoln, NE]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 150,562 visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| WICU-TV NBC-12 / WSEE-TV CBS-35 [Erie, PA]<br>Online 🖵 View Release | 1 | United States | Broadcast Media | Media & Information | 146,051 visitors/month |
| Portada-Online.com<br>Online 🖵 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 138,068 visitors/month |
| The Chronicle Journal [Thunder Bay, ON]<br>Online 🖵 View Release | 1 | Canada | Newspaper | Media & Information | 132,751 visitors/month |
| Ticker Technologies<br>Online 🖵 View Release | 1 | United States | Financial News Service | Financial | 95,258 visitors/month |
| PredictWallStreet, Inc.<br>Online 🖵 View Release | 1 | United States | Financial News Service | Financial | 88,364 visitors/month |
| InvestorPoint.com<br>Online 🖵 View Release | 1 | United States | Trade Publications | Financial | 82,761 visitors/month |
| RFD-TV [Nashville, TN]<br>Online 🖵 View Release | 1 | United States | Broadcast Media | Media & Information | 75,301 visitors/month |
| WENY-TV [Horseheads, NY]<br>Online 🖵 View Release | 1 | United States | Broadcast Media | Media & Information | 58,862 visitors/month |
| KUAM-TV NBC-8 / CBS-11 [Hagatna, Guam]<br>Online 🖵 View Release | 1 | United States | Broadcast Media | Media & Information | 56,423 visitors/month |
| BOE Report<br>Online 🖵 View Release | 1 | Canada | Trade Publications | Energy | 52,560 visitors/month |
| Oil & Gas 360<br>Online 🖵 View Release | 1 | United States | Trade Publications | Energy | 50,997 visitors/month |
| CentralCharts<br>Online 🖵 View Release | 1 | Global | Online News Sites & Other Influencers | Financial | 49,617 visitors/month |
| The Costa Rica News - TCRN<br>Online 🖵 View Release | 1 | Costa Rica | Online News Sites & Other Influencers | Media & Information | 49,033 visitors/month |
| Energy Digital<br>Online 🖵 View Release | 1 | United Kingdom | Trade Publications | Energy | 49,020 visitors/month |
| The News<br>Online 🖵 View Release | 1 | Mexico | Online News Sites & Other Influencers | Media & Information | 46,414 visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| WICZ-TV FOX-40 [Binghamton, NY]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 45,701<br>visitors/month |
| Daily Times Leader [West Point, MS]<br>Online 🖥 View Release | 1 | United States | Newspaper | Media & Information | 36,386<br>visitors/month |
| Association of Energy Engineers<br>Online 🖥 View Release | 1 | United States | Industry Association Sites | Energy | 34,629<br>visitors/month |
| The Pilot News [Plymouth, IN]<br>Online 🖥 View Release | 1 | United States | Newspaper | Media & Information | 34,197<br>visitors/month |
| Starkville Daily News [Starkville, MS]<br>Online 🖥 View Release | 1 | United States | Newspaper | Media & Information | 32,336<br>visitors/month |
| Energy Daily<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Energy | 30,764<br>visitors/month |
| Suncoast News Network [Sarasota, FL]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 26,660<br>visitors/month |
| SOGOTRADE<br>Online 🖥 View Release | 1 | United States | News & Information Service | Financial | 22,154<br>visitors/month |
| CRWE World<br>Online 🖥 View Release | 1 | Global | Trade Publications | Media & Information | 17,673<br>visitors/month |
| The Saline Courier [Benton, AR]<br>Online 🖥 View Release | 1 | United States | Newspaper | Media & Information | 15,041<br>visitors/month |
| Decatur Daily Democrat [Decatur, IN]<br>Online 🖥 View Release | 1 | United States | Newspaper | Media & Information | 13,983<br>visitors/month |
| MarketScreener<br>Online 🖥 View Release | 1 | Global | Online News Sites & Other Influencers | Financial | 13,771<br>visitors/month |
| The Observer News Enterprise [Newton, NC]<br>Online 🖥 View Release | 1 | United States | Newspaper | Media & Information | 13,763<br>visitors/month |
| Axcess News<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Media & Information | 13,491<br>visitors/month |

| Outlet | Count | Country | Type | Category | Reach |
|---|---|---|---|---|---|
| The Punxsutawney Spirit [Punxsutawney, PA] <br> Online 🖵 View Release | 1 | United States | Newspaper | Media & Information | 13,490 visitors/month |
| Danay - Latina Entrepreneur On Fire <br> Online 🖵 View Release | 1 | United States | Blog | Multicultural & Demographic | 13,120 visitors/month |
| Mammoth Times [Mammoth Lakes, CA] <br> Online 🖵 View Release | 1 | United States | Newspaper | Media & Information | 13,060 visitors/month |
| Inyo Register [Bishop, CA] <br> Online 🖵 View Release | 1 | United States | Newspaper | Media & Information | 12,530 visitors/month |
| KFAQ-AM 1170 [Tulsa, OK] <br> Online 🖵 View Release | 1 | United States | Broadcast Media | Media & Information | 12,484 visitors/month |
| Malvern Daily Record [Malvern, AR] <br> Online 🖵 View Release | 1 | United States | Newspaper | Media & Information | 12,331 visitors/month |
| Borger News Herald [Borger, TX] <br> Online 🖵 View Release | 1 | United States | Newspaper | Media & Information | 12,090 visitors/month |
| FinanceAttitude.com <br> Online 🖵 View Release | 1 | Canada | Online News Sites & Other Influencers | Financial | 12,077 visitors/month |
| Ridgway Record [Ridgway, PA] <br> Online 🖵 View Release | 1 | United States | Newspaper | Media & Information | 11,964 visitors/month |
| ProfitQuotes <br> Online 🖵 View Release | 1 | United States | Financial News Service | Financial | 10,356 visitors/month |
| 100.7-FM The Score [Lubbock, TX] <br> Online 🖵 View Release | 1 | United States | Broadcast Media | Media & Information | 10,156 visitors/month |
| Valor Agregado - Gestão e Tecnologia - Mundo Corporativo <br> Online 🖵 View Release | 1 | Brazil | Blog | Tech | 10,036 visitors/month |
| KTTU-FM 97.3 Double T [Lubbock, TX] <br> Online 🖵 View Release | 1 | United States | Broadcast Media | Media & Information | 9,802 visitors/month |
| The Evening Leader [St. Marys, OH] <br> Online 🖵 View Release | 1 | United States | Newspaper | Media & Information | 9,060 visitors/month |
| Black Radio Network <br> Online 🖵 View Release | 1 | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 9,030 visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| Hola Arkansas!<br>Online 🖥 View Release | 1 | United States | Newspaper | Multicultural & Demographic | 8,786<br>visitors/month |
| Poteau Daily News [Poteau, OK]<br>Online 🖥 View Release | 1 | United States | Newspaper | Media & Information | 8,430<br>visitors/month |
| Cuba Journal<br>Online 🖥 View Release | 1 | Cuba | Online News Sites & Other Influencers | Multicultural & Demographic | 8,152<br>visitors/month |
| Ask.com<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Media & Information | 8,120<br>visitors/month |
| KQCW-TV CW-12/19 [Tulsa, OK]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 7,815<br>visitors/month |
| Caifornia Business Journal<br>Online 🖥 View Release | 1 | United States | Magazine | Media & Information | 7,690<br>visitors/month |
| Oil Gas Daily<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Energy | 7,132<br>visitors/month |
| Telemundo Lubbock [Lubbock, TX]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 6,981<br>visitors/month |
| KXTQ-FM 106.5 Magic [Lubbock, TX]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 6,565<br>visitors/month |
| Latin Business Today<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 6,493<br>visitors/month |
| KJTV-TV FOX-34 [Lubbock, TX]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 6,310<br>visitors/month |
| WBOC-TV FOX-21 [Salisbury, MD]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 6,182<br>visitors/month |
| KLCW-TV Lubbock CW [Lubbock, TX]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 5,892<br>visitors/month |
| Sweetwater Reporter [Sweetwater, TX]<br>Online 🖥 View Release | 1 | United States | Newspaper | Media & Information | 5,097<br>visitors/month |
| KVOO-FM 98.5 [Tulsa, OK]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 4,388<br>visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| Warren and Hunterdon Counties CityRoom [Warren County, NJ]<br>Online 🖵 View Release | 1 | United States | Online News Sites & Other Influencers | Media & Information | 3,768 visitors/month |
| San Francisco CityRoom [San Francisco, CA]<br>Online 🖵 View Release | 1 | United States | Online News Sites & Other Influencers | Media & Information | 3,768 visitors/month |
| Sacramento CityRoom [Sacramento, CA]<br>Online 🖵 View Release | 1 | United States | Online News Sites & Other Influencers | Media & Information | 3,768 visitors/month |
| North Bay CityRoom [Mill Valley, CA]<br>Online 🖵 View Release | 1 | United States | Online News Sites & Other Influencers | Media & Information | 3,768 visitors/month |
| El Paso CityRoom [El Paso, TX]<br>Online 🖵 View Release | 1 | United States | Online News Sites & Other Influencers | Media & Information | 3,768 visitors/month |
| Valley City Times-Record [Valley City, ND]<br>Online 🖵 View Release | 1 | United States | Newspaper | Media & Information | 3,320 visitors/month |
| The Morning News [Blackfoot, ID]<br>Online 🖵 View Release | 1 | United States | Newspaper | Media & Information | 2,703 visitors/month |
| WBCB-TV CW-21 (Youngstown, OH)<br>Online 🖵 View Release | 1 | United States | Broadcast Media | Media & Information | 2,652 visitors/month |
| KLZK-FM 107.7 YES FM [Lubbock, TX]<br>Online 🖵 View Release | 1 | United States | Broadcast Media | Media & Information | 2,476 visitors/month |
| The Antlers American [Antlers, OK]<br>Online 🖵 View Release | 1 | United States | Newspaper | Media & Information | 2,353 visitors/month |
| Fat Pitch Financials<br>Online 🖵 View Release | 1 | United States | Online News Sites & Other Influencers | Financial | 2,251 visitors/month |
| The Kane Republican [Kane, PA]<br>Online 🖵 View Release | 1 | United States | Newspaper | Media & Information | 2,177 visitors/month |
| KMYL-TV MyLubbock-TV [Lubbock, TX]<br>Online 🖵 View Release | 1 | United States | Broadcast Media | Media & Information | 1,781 visitors/month |
| Oldies 97.7 FM [Lubbock, TX]<br>Online 🖵 View Release | 1 | United States | Broadcast Media | Media & Information | 1,716 visitors/month |
| KLBB-FM 93.7 The Eagle [Lubbock, TX]<br>Online 🖵 View Release | 1 | United States | Broadcast Media | Media & Information | 1,680 visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| Minster Community Post [Minster, OH]<br>Online 🖥 View Release | 1 | United States | Newspaper | Media & Information | 1,592 visitors/month |
| Wapakoneta Daily News [Wapakoneta, OH]<br>Online 🖥 View Release | 1 | United States | Newspaper | Media & Information | 1,097 visitors/month |
| World-Generation<br>Online 🖥 View Release | 1 | Global | Trade Publications | Energy | 1,046 visitors/month |
| Manhattanweek<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Media & Information | 931 visitors/month |
| The Deer Park Tribune [Deer Park, WA]<br>Online 🖥 View Release | 1 | United States | Newspaper | Media & Information | 895 visitors/month |
| The Post and Mail [Columbia City, IN]<br>Online 🖥 View Release | 1 | United States | Newspaper | Media & Information | 626 visitors/month |
| Oklahoman [Oklahoma City, OK]<br>Online 🖥 View Release | 1 | United States | Newspaper | Media & Information | 227 visitors/month |
| Pittsburgh Post-Gazette [Pittsburgh, PA]<br>Online 🖥 View Release | 1 | United States | Newspaper | Media & Information | 193 visitors/month |
| Marketplace<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 69 visitors/month |
| Hispanic PR Wire<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 43 visitors/month |
| Market Wire News<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Financial | |
| Jotup<br>Online 🖥 View Release | 1 | Global | Online News Sites & Other Influencers | Business Services | |
| Invertir USA<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Media & Information | |
| Green Kontractor<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Multicultural & Demographic | |
| Folsom Local News [Folsom, CA]<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Media & Information | |

| | | | | | |
|---|---|---|---|---|---|
| 1stCounsel<br>Online ⬛ View Release | 1 | United States | Online News Sites & Other Influencers | Policy & Public Interest | |
| One News Page Unites States Edition<br>Online ⬛ View Release | 1 | United States | Online News Sites & Other Influencers | Media & Information | |
| 96.9-FM The Bull [Lubbock, TX]<br>Online ⬛ View Release | 1 | United States | Broadcast Media | Media & Information | |
| KHTT-FM 106.9 [Tulsa, OK]<br>Online ⬛ View Release | 1 | United States | Broadcast Media | Media & Information | |
| KJUN-TV / KFOL-TV HTV10 [Houma, LA]<br>Online ⬛ View Release | 1 | United States | Broadcast Media | Media & Information | |
| DatelineCarolina<br>Online ⬛ View Release | 1 | United States | Online News Sites & Other Influencers | Media & Information | |
| KXBL-FM 99.5 [Tulsa, OK]<br>Online ⬛ View Release | 1 | United States | Broadcast Media | Media & Information | |
| KBEZ-FM 92.9 [Tulsa, OK]<br>Online ⬛ View Release | 1 | United States | Broadcast Media | Media & Information | |
| IBTN9 US<br>Online ⬛ View Release | 1 | Global | Online News Sites & Other Influencers | Media & Information | |
| T.U.B Investing<br>Online ⬛ View Release | 1 | Singapore | Blog | Financial | |
| Winslow, Evans & Crocker<br>Online ⬛ View Release | 1 | United States | Online News Sites & Other Influencers | Financial | |
| The Daily Press [St. Marys, PA]<br>Online ⬛ View Release | 1 | United States | Newspaper | Media & Information | |
| Big Spring Herald [Big Spring, TX]<br>Online ⬛ View Release | 1 | United States | Newspaper | Media & Information | |
| BUSINESS CLASS NEWS<br>Online ⬛ View Release | 1 | United States | Blog | Media & Information | |

# PRESS RELEASE  - SPANISH

# Recordatorio sobre la fecha límite de octubre para presentar reclamaciones por lesiones o pérdidas como resultado de los incendios en el norte de California

Composite

Spanish  PR Newswire ID: 2546109-1  Clear Time Aug 13, 2019 9:17 AM ET

View Release ▾

Report shows data for: Spanish: Recordatorio sobre la fecha límite de octubre para presentar reclamac ▾

---

## Assets
### What did I send with my releases?



---

## Pickup
### Where did my release get picked up?

| 121 | 13,526,554 |
|---|---|
| total pickup | total potential audience |

---

## Traffic
### What traffic did my release generate?

| 177 | 2,558 | 138 | 490 |
|---|---|---|---|
| release views | release web crawler hits | image views | image web crawler hits |

---

## Audience
### Who are the audiences viewing my release?

| 33 | 3 | 1,422 |
|---|---|---|
| media views | organization views | targeted influencers |

---

# Engagement

How are people engaging with my release?

## 33

total engagement actions

### 33

click-throughs

---

# Industry Benchmarks

On a scale of 1 - 100, how this release performed compared to other similar releases.

## 25

total visibility

| 42 | 22 | 10 |
|----|----|----|
| pickup | traffic | audience |

## 76

engagement

---

# Pickup

## Overview

| TOTAL PICKUP | 121 |
|---|---|
| Exact Match | **121** postings |

| TOTAL POTENTIAL AUDIENCE | 13M |
|---|---|
| Exact Match | **13M** visitors |

## Total Pickup Over Time
Total pickup since your content was distributed

## Total Pickup by Source Type



- News & Information Service (53/43.8%)
- Broadcast Media (24/19.8%)
- Newspaper (19/15.7%)
- Online News Sites & Other Influencers (12/9.9%)
- Blog (6/5.0%)
- Other (7/5.8%)

## Total Pickup by Industry



- Multicultural & Demographic (116/95.9%)
- Media & Information (4/3.3%)
- Financial (1/0.8%)
- Other (0/0.0%)

## Exact Match Pickup

Exact matches are full text postings of your content which we have found in the online and social media that we monitor. Understand how it is calculated. Your release has generated **121** exact matches with a total potential audience of **13,526,554**.

| Logo | Outlet Name | # of Releases | Location | Source Type | Industry | Potential Audience |
|------|-------------|---------------|----------|-------------|----------|--------------------|
| | PR Newswire<br>Online 🖥 View Release | 1 | United States | PR Newswire | Media & Information | 9,372,666 visitors/month |
| | WFMZ-TV IND-69 [Allentown, PA]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Media & Information | 2,098,364 visitors/month |
| | Play 96.5 FM<br>Online 🖥 View Release | 1 | Puerto Rico | Broadcast Media | Multicultural & Demographic | 465,498 visitors/month |
| | La Mega 106.9 FM<br>Online 🖥 View Release | 1 | Puerto Rico | Broadcast Media | Multicultural & Demographic | 465,498 visitors/month |
| | La Ley 107.9 FM<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Multicultural & Demographic | 465,498 visitors/month |

| | | | | | | |
|---|---|---|---|---|---|---|
| MUJER | Siempre Mujer<br>Online 🖥 View Release | 1 | United States | Magazine | Multicultural & Demographic | 129,154 visitors/month |
| atevé | AmericaTeVe<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 65,374 visitors/month |
| HOLA AMIGOS | Hola Amigos<br>Online 🖥 View Release | 1 | United States | Newspaper | Multicultural & Demographic | 43,525 visitors/month |
| Padres | Ser Padres<br>Online 🖥 View Release | 1 | United States | Magazine | Multicultural & Demographic | 38,058 visitors/month |
| CHICANOL | ChicaNOL<br>Online 🖥 View Release | 1 | United States | Blog | Multicultural & Demographic | 34,322 visitors/month |
| VAMOS | Vamos Cultura<br>Online 🖥 View Release | 1 | United States | Magazine | Multicultural & Demographic | 26,514 visitors/month |
| mega tv | Mega TV<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Multicultural & Demographic | 12,801 visitors/month |
| MISSOURI LATINO News | Missouri Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 10,351 visitors/month |
| DELAWARE LATINO News | Delaware Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 10,351 visitors/month |
| ALASKA LATINO News | Alaska Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 10,159 visitors/month |
| PRENSA MEXICANA | Prensa Mexicana<br>Online 🖥 View Release | 1 | United States | Newspaper | Multicultural & Demographic | 9,816 visitors/month |
| CENTRO tampa.com | Centro Tampa<br>Online 🖥 View Release | 1 | United States | Newspaper | Multicultural & Demographic | 9,796 visitors/month |
| Cala | Ismael Cala<br>Online 🖥 View Release | 1 | United States | Blog | Multicultural & Demographic | 9,693 visitors/month |
| D'latinos.com | D'Latinos<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 9,439 visitors/month |
| UNIVISION MINNESOTA | Univision Minnesota<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Multicultural & Demographic | 9,439 visitors/month |

| | | | | | | |
|---|---|---|---|---|---|---|
|  | Univision Kansas City<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Multicultural & Demographic | 9,439 visitors/month |
|  | El Colombiano<br>Online 🖥 View Release | 1 | United States | Newspaper | Multicultural & Demographic | 8,860 visitors/month |
|  | Luis Jimenez<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Multicultural & Demographic | 8,831 visitors/month |
|  | Georgia Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 8,563 visitors/month |
|  | Ahora News (New Jersey)<br>Online 🖥 View Release | 1 | United States | Newspaper | Multicultural & Demographic | 8,281 visitors/month |
|  | Latino Newspaper (SC)<br>Online 🖥 View Release | 1 | United States | Newspaper | Multicultural & Demographic | 8,196 visitors/month |
|  | Colorado Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 7,960 visitors/month |
|  | Arkansas Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 7,902 visitors/month |
|  | South Carolina Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 7,740 visitors/month |
|  | California Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 7,688 visitors/month |
|  | Arizona Hispano News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 7,607 visitors/month |
|  | Alabama Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 7,570 visitors/month |
|  | Connecticut Hispano News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 7,530 visitors/month |
|  | EstilosBlog<br>Online 🖥 View Release | 1 | United States | Blog | Multicultural & Demographic | 7,521 visitors/month |
|  | El Chicago Hispano [Chicago, IL]<br>Online 🖥 View Release | 1 | United States | Newspaper | Multicultural & Demographic | 7,367 visitors/month |

| | | | | | | |
|---|---|---|---|---|---|---|
|  | Diaspora Dominicana<br>Online 🖥 View Release | 1 | Dominican Republic | News & Information Service | Media & Information | 7,144 visitors/month |
|  | El Lider USA<br>Online 🖥 View Release | 1 | United States | Newspaper | Multicultural & Demographic | 7,031 visitors/month |
|  | La Familia de Broward<br>Online 🖥 View Release | 1 | United States | Magazine | Multicultural & Demographic | 6,934 visitors/month |
|  | Univision Canada<br>Online 🖥 View Release | 1 | Canada | Broadcast Media | Multicultural & Demographic | 6,867 visitors/month |
|  | Identidad Latina (CT)<br>Online 🖥 View Release | 1 | United States | Newspaper | Multicultural & Demographic | 6,658 visitors/month |
|  | SuperLatina TV<br>Online 🖥 View Release | 1 | United States | Blog | Multicultural & Demographic | 6,408 visitors/month |
|  | La Prensa Hispana<br>Online 🖥 View Release | 1 | United States | Newspaper | Multicultural & Demographic | 6,239 visitors/month |
|  | Illinois Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 6,188 visitors/month |
|  | Diario Horizonte - CT<br>Online 🖥 View Release | 1 | United States | Newspaper | Multicultural & Demographic | 6,102 visitors/month |
|  | Hoy en Delaware<br>Online 🖥 View Release | 1 | United States | Newspaper | Multicultural & Demographic | 6,045 visitors/month |
|  | Michigan Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 5,372 visitors/month |
|  | La Red Hispana<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 4,804 visitors/month |
|  | Hispanic Communications Network<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 4,702 visitors/month |
|  | La Voz Hispanic News<br>Online 🖥 View Release | 1 | United States | Newspaper | Multicultural & Demographic | 3,669 visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| Ooorale USA<br>Online 🖥 View Release | 1 | United States | Newspaper | Multicultural & Demographic | 3,212 visitors/month |
| La Doctora Isabel<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Multicultural & Demographic | 1,131 visitors/month |
| Miniondas Newspaper<br>Online 🖥 View Release | 1 | United States | Newspaper | Multicultural & Demographic | 904 visitors/month |
| La Nación Hispana<br>Online 🖥 View Release | 1 | United States | Newspaper | Multicultural & Demographic | 792 visitors/month |
| Revista MUJERES Internacional<br>Online 🖥 View Release | 1 | United States | Magazine | Multicultural & Demographic | 777 visitors/month |
| Rhode Island Hispano News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 636 visitors/month |
| Massachusetts Hispano News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 592 visitors/month |
| Wisconsin Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 521 visitors/month |
| Wyoming Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 488 visitors/month |
| Washington Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 488 visitors/month |
| Utah Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 488 visitors/month |
| Tennesse Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 488 visitors/month |
| North Carolina Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 488 visitors/month |
| New Mexico Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 488 visitors/month |
| Kentucky Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 488 visitors/month |

| | | | | | |
|---|---|---|---|---|---|
| Idaho Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 488 visitors/month |
| Mississippi Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 431 visitors/month |
| Hawaii Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 426 visitors/month |
| New York Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 415 visitors/month |
| Oklahoma Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 412 visitors/month |
| La Mega 97.9 FM<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Multicultural & Demographic | 405 visitors/month |
| North Dakota Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 402 visitors/month |
| Florida Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 402 visitors/month |
| Louisiana Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 392 visitors/month |
| La Raza 97.9 FM<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Multicultural & Demographic | 386 visitors/month |
| Virginia Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 385 visitors/month |
| Pennsylvania Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 385 visitors/month |
| Montana Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 383 visitors/month |
| Kansas Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 383 visitors/month |

| | | | | | | |
|---|---|---|---|---|---|---|
|  | Ohio Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 379 visitors/month |
|  | Maine Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 379 visitors/month |
|  | Maryland Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 378 visitors/month |
|  | Nebraska Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 376 visitors/month |
|  | New Jersey Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 372 visitors/month |
|  | Texas Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 369 visitors/month |
|  | South Dakota Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 368 visitors/month |
|  | Oregon Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 368 visitors/month |
|  | Indiana Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 368 visitors/month |
|  | Minnesota Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 366 visitors/month |
|  | Vermont Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 364 visitors/month |
|  | Iowa Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 364 visitors/month |
|  | West Virginia Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 360 visitors/month |
|  | Nevada Latino News<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 353 visitors/month |
|  | Amor 93.1 FM<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Multicultural & Demographic | 328 visitors/month |

| | | | | | | |
|---|---|---|---|---|---|---|
| | El Zol 106.7 FM<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Multicultural & Demographic | 324 visitors/month |
| | Zeta 92.3 FM<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Multicultural & Demographic | 303 visitors/month |
| | La Nueva 94 FM<br>Online 🖥 View Release | 1 | Puerto Rico | Broadcast Media | Multicultural & Demographic | 281 visitors/month |
| | Mega 96.3 FM<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Multicultural & Demographic | 265 visitors/month |
| | La Raza 93.3 FM<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Multicultural & Demographic | 219 visitors/month |
| | La Zeta 93.7 FM<br>Online 🖥 View Release | 1 | Puerto Rico | Broadcast Media | Multicultural & Demographic | 200 visitors/month |
| | Ritmo 95.7 FM<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Multicultural & Demographic | 112 visitors/month |
| | Mercadotecnia y Medios<br>Online 🖥 View Release | 1 | United States | News & Information Service | Multicultural & Demographic | 105 visitors/month |
| | Hispanic PR Wire<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Multicultural & Demographic | 43 visitors/month |
| | Conexión Hispana<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Multicultural & Demographic | |
| | Fuente Latina<br>Online 🖥 View Release | 1 | United States | Blog | Multicultural & Demographic | |
| | Blue Equity<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Financial | |
| | Musica Roots<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Multicultural & Demographic | |
| | Conexion Florida<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Multicultural & Demographic | |
| | Bocalista<br>Online 🖥 View Release | 1 | Puerto Rico | Online News Sites & Other Influencers | Multicultural & Demographic | |

| | | | | | | |
|---|---|---|---|---|---|---|
|  | Vida Nueva<br>Online 🖥 View Release | 1 | United States | Newspaper | Multicultural & Demographic | |
|  | Somos Revista<br>Online 🖥 View Release | 1 | United States | Magazine | Multicultural & Demographic | |
|  | SEGUROS, SALUD, PENSIONES & SEGURIDAD<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Multicultural & Demographic | |
|  | New Hampshire Latino News<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Multicultural & Demographic | |
|  | Nancy Clara<br>Online 🖥 View Release | 1 | United States | Blog | Multicultural & Demographic | |
|  | WZSP-FM 105.3 La Zeta [Nocatee, FL]<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Multicultural & Demographic | |
|  | WZZS-FM 106.9 La Número Uno / WTMY-AM 1280 La Número Uno<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Multicultural & Demographic | |
|  | KRPR News<br>Online 🖥 View Release | 1 | United States | Broadcast Media | Multicultural & Demographic | |
|  | El Latino Digital<br>Online 🖥 View Release | 1 | United States | Newspaper | Media & Information | |
|  | CONSTRUNEGOCIOS IN-MOBILIARIOS<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Multicultural & Demographic | |
|  | BancosFinanzaz<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Multicultural & Demographic | |
|  | areaLosAngele<br>Online 🖥 View Release | 1 | United States | Online News Sites & Other Influencers | Multicultural & Demographic | |
|  | Alma Emprendedora<br>Online 🖥 View Release | 1 | United States | Newspaper | Multicultural & Demographic | |