# Exhibit K

| Destination | English | Spanish | Chinese | Tagalog | Korean | Vietnamese | GRAND TOTAL |
|---|---|---|---|---|---|---|---|
| PGE Service Center - Angels Camp | 350 | 150 | | | | | **500** |
| PGE Service Center - Antioch | 350 | 150 | | | | | **500** |
| PGE Service Center - Auburn | 200 | 150 | | | | | **350** |
| PGE Service Center - Bakersfield | 350 | 150 | | | | | **500** |
| PGE Service Center - Berkeley | 350 | 150 | | | | | **500** |
| PGE Service Center - Burney | 350 | 150 | | | | | **500** |
| PGE Service Center - Capitola | 350 | 150 | | | | | **500** |
| PGE Service Center - Chico | 1,400 | 600 | | | | | **2,000** |
| PGE Service Center - Clearlake | 350 | 150 | | | | | **500** |
| PGE Service Center - Coalinga | 350 | 150 | | | | | **500** |
| PGE Service Center - Colusa | 350 | 150 | | | | | **500** |
| PGE Service Center - Concord | 350 | 150 | | | | | **500** |
| PGE Service Center - Cupertino | 350 | 150 | | | | | **500** |
| PGE Service Center - Davis | 350 | 150 | | | | | **500** |
| PGE Service Center - Dinuba | 350 | 150 | | | | | **500** |
| PGE Service Center - Oakland | 350 | 150 | | | | | **500** |
| PGE Service Center - Eureka | 350 | 150 | | | | | **500** |
| PGE Service Center - Fort Bragg | 350 | 150 | | | | | **500** |
| PGE Service Center - Fortuna | 350 | 150 | | | | | **500** |
| PGE Service Center - Fremont | 350 | 150 | | | | | **500** |
| PGE Service Center - Fresno | 350 | 150 | | | | | **500** |
| PGE Service Center - Garberville | 350 | 150 | | | | | **500** |
| PGE Service Center - Grass Valley | 350 | 150 | | | | | **500** |
| PGE Service Center - Guerneville | 350 | 150 | | | | | **500** |
| PGE Service Center - Hayward | 350 | 150 | | | | | **500** |
| PGE Service Center - Hollister | 350 | 150 | | | | | **500** |
| PGE Service Center - Jackson | 350 | 150 | | | | | **500** |
| PGE Service Center - Kerman | 350 | 150 | | | | | **500** |
| PGE Service Center - King City | 350 | 150 | | | | | **500** |
| PGE Service Center - Lakeport | 350 | 150 | | | | | **500** |
| PGE Service Center - Lemoore | 350 | 150 | | | | | **500** |
| PGE Service Center - Livermore | 350 | 150 | | | | | **500** |
| PGE Service Center - Lodi | 350 | 150 | | | | | **500** |
| PGE Service Center - Los Banos | 350 | 150 | | | | | **500** |
| PGE Service Center - Madera | 350 | 150 | | | | | **500** |
| PGE Service Center - Manteca | 350 | 150 | | | | | **500** |
| PGE Service Center - Mariposa | 350 | 150 | | | | | **500** |
| PGE Service Center - Marysville | 350 | 150 | | | | | **500** |
| PGE Service Center - Merced | 350 | 150 | | | | | **500** |
| PGE Service Center - Modesto | 350 | 150 | | | | | **500** |
| PGE Service Center - Napa | 1,500 | 400 | | | | | **1,900** |
| PGE Service Center - Oakdale | 350 | 150 | | | | | **500** |
| PGE Service Center - Oakhurst | 350 | 150 | | | | | **500** |
| PGE Service Center - Oakland | 350 | 150 | | | | | **500** |
| PGE Service Center - Oroville | 1,500 | 400 | | | | | **1,900** |
| PGE Service Center - Placerville | 1,000 | 300 | | | | | **1,300** |
| PGE Service Center - Quincy | 350 | 150 | | | | | **500** |
| PGE Service Center - Red Bluff | 350 | 150 | | | | | **500** |
| PGE Service Center - Redding | 1,500 | 400 | | | | | **1,900** |
| PGE Service Center - Richmond | 350 | 150 | | | | | **500** |
| PGE Service Center - Ridgecrest | 350 | 150 | | | | | **500** |
| PGE Service Center - Roseville | 350 | 150 | | | | | **500** |

Flyer Distribution

| Destination | English | Spanish | Chinese | Tagalog | Korean | Vietnamese | GRAND TOTAL |
|---|---|---|---|---|---|---|---|
| PGE Service Center - Sacramento | 350 | 150 | | | | | **500** |
| PGE Service Center - Salinas | 350 | 150 | | | | | **500** |
| PGE Service Center - San Carlos | 350 | 150 | | | | | **500** |
| PGE Service Center - San Francisco | 350 | 150 | 300 | 100 | 100 | 100 | **1,100** |
| PGE Service Center - San Francisco | 200 | 100 | 300 | 100 | 100 | 100 | **900** |
| PGE Service Center - San Jose | 350 | 150 | | | | | **500** |
| PGE Service Center - San Luis Obispo | 350 | 150 | | | | | **500** |
| PGE Service Center - San Rafael | 350 | 150 | | | | | **500** |
| PGE Service Center - Sanger | 350 | 150 | | | | | **500** |
| PGE Service Center - Santa Rosa | 1,500 | 400 | | | | | **1,900** |
| PGE Service Center - Selma | 350 | 150 | | | | | **500** |
| PGE Service Center - Sonoma | 350 | 150 | | | | | **500** |
| PGE Service Center - Sonora | 350 | 150 | | | | | **500** |
| PGE Service Center - Stockton | 350 | 150 | | | | | **500** |
| PGE Service Center - Taft | 350 | 150 | | | | | **500** |
| PGE Service Center - Tracy | 350 | 150 | | | | | **500** |
| PGE Service Center - Turlock | 350 | 150 | | | | | **500** |
| PGE Service Center - Ukiah | 500 | 150 | | | | | **650** |
| PGE Service Center - Vacaville | 350 | 150 | | | | | **500** |
| PGE Service Center - West Sacramento | 350 | 150 | | | | | **500** |
| PGE Service Center - Walnut Creek | 350 | 150 | | | | | **500** |
| PGE Service Center - Wasco | 350 | 150 | | | | | **500** |
| PGE Service Center - Woodland | 350 | 150 | | | | | **500** |
| United Way of California, Chico | 100 | 100 | | | | | **200** |
| Rebuild Paradise Foundation, Chico | 100 | 100 | | | | | **200** |
| Salvation Army, Red Bluff | 75 | 25 | | | | | **100** |
| Package to Prime Clerk California Associates for Distribution at Festivals & Camps | 525 | 50 | | | | | **575** |
| Printed by Prime Clerk California Associates for Distribution at Festivals & Camps | 1,700 | 300 | | | | | **2,000** |
| **TOTAL** | **34,900** | **13,375** | **600** | **200** | **200** | **200** | **49,475** |

Case: 19-30088    Doc# 4688-13    Filed: 11/12/19    Entered: 11/12/19 16:05:12    Page 3

# ENGLISH



# WILDFIRE CLAIM DEADLINE

WWW.PGEWILDFIREINFO.COM
PARA INFORMACIÓN EN ESPAÑOL, VISITE EL SITIO WEB.

## IF YOU SUFFERED A LOSS RESULTING FROM
# THE NORTHERN CALIFORNIA FIRES
## YOU MAY BE ELIGIBLE FOR COMPENSATION

### READ THIS NOTICE CAREFULLY, YOUR RIGHTS MAY BE AFFECTED

### WHAT IS THIS ABOUT?

The purpose of this notice is to let you know about the deadline to file claims in the Chapter 11 legal cases of Pacific Gas and Electric Company (PG&E). The U.S. Bankruptcy Court for the Northern District of California overseeing the company's Chapter 11 cases has approved the Bar Date of October 21, 2019, at 5:00 p.m. Pacific Time. The Bar Date is the deadline by which any person or entity affected by the Northern California Fires must file a Proof of Claim if they believe they have a claim against PG&E that arose in the period prior to the Chapter 11 filing date of January 29, 2019.

### WHO DOES THIS AFFECT
### AND WHAT ARE MY RIGHTS?

If you suffered any loss or injury (including wrongful death, property damage, or other harm) resulting from the Northern California Fires, you MUST file a Claim in PG&E's Chapter 11 cases NO later than the court-mandated Bar Date of OCTOBER 21, 2019 to preserve any rights to payment or other compensation. If you do not submit a Proof of Claim by the deadline, you may be barred from asserting your claim against PG&E and give up rights to any payment or other compensation.

### HOW DO I FILE A CLAIM?

You can file a claim online, by U.S. mail or at one of six PG&E Claim Service Centers. For complete details on who is eligible to file a claim and how to file a claim visit: www.pgewildfireinfo.com or call the toll-free information line: (844) 627-5328.

### YOU CAN SUBMIT A CLAIM IN PERSON

You can file your claim at one of six PG&E Claim Service Centers listed below, beginning July 15, 2019 through October 21, 2019, Monday to Friday from 8:30 a.m. to 5:00 p.m. Pacific Time.

• 350 Salem Street, Chico, CA 95928
• 231 "D" Street, Marysville, CA 95901
• 1850 Soscol Ave., Ste 105, Napa, CA 94559
• 1567 Huntoon Street, Oroville, CA 95965
• 3600 Meadow View Road, Redding, CA 96002
• 111 Stony Circle, Santa Rosa, CA 95401

### FILE YOUR CLAIM BY U.S. MAIL

You may also file your claim by U.S. mail to the court appointed Claims and Noticing Agent:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

### THIS IS ONLY A SUMMARY.

For more information including important Court documents such as the Bar Date Notice, the Proof of Claim form and other detailed information concerning who is eligible to file a claim, and how to file it, visit: www.pgewildfireinfo.com, or call (844) 627-5328. You can also sign up for updates relating to the Chapter 11 proceedings and register your email address for electronic notification of important case documents.

*"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. (Copyright) 2019 Pacific Gas and Electric Company. All rights reserved.*



# YOUR RIGHTS ARE AFFECTED

IF YOU DO NOT SUBMIT A PROOF OF CLAIM RELATING TO ANY OF THE NORTHERN CALIFORNIA FIRES BY OCTOBER 21, 2019 AT 5:00 P.M. PACIFIC TIME, YOU MAY BE BARRED FROM EVER FILING A CLAIM AGAINST PG&E.

**THE NORTHERN CALIFORNIA FIRES INCLUDE, BUT ARE NOT LIMITED TO, THE FOLLOWING FIRES:** 37, ADOBE, ATLAS, BLUE, BUTTE, CAMP, CASCADE, CHEROKEE, GHOST SHIP, HONEY, LA PORTE, LOBO, MAACAMA, MCCOURTNEY, NORRBOM, NUNS, PARTRICK, POCKET, POINT, PRESSLEY, PYTHIAN (A.K.A. OAKMONT), REDWOOD, SULLIVAN, SULPHUR AND TUBBS.

# DO I HAVE A CLAIM?

You should review your own records to determine if you have a claim against PG&E from before the January 29, 2019 Chapter 11 filing. If you (or the estate you represent) believe you have a claim against PG&E for any loss including personal injury or wrongful death, property damage, or other harm or liability, in any way relating to or resulting from the Northern California Fires, you or your authorized agent or attorney MUST file a Proof of Claim before the Bar Date. If you do not have a claim against PG&E from the period prior to the January 29, 2019 Chapter 11 filing date, you do not need to file a proof of claim form.

### WILL I BE PAID?

At this time, we do not have a timeframe when claims that are allowed will be paid. Before any distributions are made, a plan of reorganization and disclosure statement will be filed with the Bankruptcy Court that will explain the claim distribution process and the amounts that will be paid on account of allowed claims. It may take several months. Details concerning this process are found on the website below.

### MAY I SUBMIT A CLAIM ON BEHALF OF SOMEONE ELSE?

My father/mother, wife/husband, son/daughter, etc. has passed away and may have a claim. May I submit a claim on their behalf? Yes, if you are the legal representative of the deceased's estate.

## DO I HAVE TO FILE A PROOF OF CLAIM IF I HAVE ALREADY:

- **Filed a lawsuit, am included in or represented by a class action suit, class Proof of Claim, or a similar representative action filed against PG&E?**

  If you have any claim against PG&E for the period prior to the January 29, 2019 petition date, including for money owed for property damages caused by a Northern California Fire, you, or your authorized agent or attorney, MUST file a proof of claim form by the Bar Date even if you may be included in, or represented by, a purported class action, class suit, class proof of claim, or similar representative action filed against PG&E with respect to your claim. If you have additional questions regarding your pending lawsuit, class action suit, class proof of claim or similar representative action, you should consult with your legal counsel to assist you.

- **Submitted a claim to my insurance carrier for property damages caused by a Northern California Fire, and it was either paid in full, partially or still pending?**

  If you are unsure whether money is owed to you from PG&E for property damage caused by a Northern California Fire, you should contact your insurance carrier or consult with your legal counsel.

## HOW CAN I UPDATE MY MAILING ADDRESS OR REGISTER MY EMAIL?

Please send an email to the Court Appointed Claims and Noticing Agent, Prime Clerk: pgeinfo@primeclerk.com to request to have your mailing address updated. Please be sure to include your name, prior mailing address and updated mailing address. If you would like to receive updates relating to the chapter 11 proceedings, you must register your email address at www.pgewildfireinfo.com.

PGEINFO@PRIMECLERK.COM — PGEWILDFIREINFO.COM — TOLL FREE (844) 627-5328

# SPANISH



# FECHA TOPE PARA RECLAMACIONES POR INCENDIOS

WWW.PGEWILDFIREINFO.COM
PARA INFORMACIÓN EN ESPAÑOL, VISITE EL SITIO WEB.

## SI SUFRIÓ UNA PÉRDIDA A CAUSA DE LOS INCENDIOS EN EL NORTE DE CALIFORNIA, PUEDE SER ELEGIBLE PARA RECIBIR UNA INDEMNIZACIÓN

### LEA DETENIDAMENTE ESTE AVISO, SUS DERECHOS PUEDEN ESTAR AFECTADOS

### ¿DE QUÉ SE TRATA ESTO?

Este aviso tiene como fin informarle acerca de la fecha tope para presentar reclamaciones en los casos legales del Capítulo 11 de Pacific Gas and Electric Company (PG&E). El Tribunal de quiebras de los EE. UU. para el Distrito del norte de California que supervisa los casos del Capítulo 11 de la compañía aprobó la Fecha límite del 21 de octubre de 2019, a las 5:00 p.m. hora del Pacífico. La Fecha límite es la fecha tope en la que cualquier persona o entidad afectada por los incendios en el norte de California debe presentar una Prueba de reclamación si considera que tiene una reclamación contra PG&E que se haya presentado en el período anterior a la fecha de presentación del Capítulo 11 del 29 de enero de 2019.

### ¿A QUIÉN AFECTA ESTO Y CUÁLES SON MIS DERECHOS?

Si usted sufrió alguna pérdida o lesión (incluidos muerte por negligencia, daños a la propiedad u otro perjuicio) a causa de los incendios en el norte de California, DEBE presentar una reclamación en los casos del Capítulo 11 de PG&E ANTES de la Fecha límite ordenada por el tribunal del 21 DE OCTUBRE de 2019 para conservar cualquier derecho a pago u otra compensación. Si no presenta una Prueba de reclamación antes de la fecha tope, es posible que no se le permita presentar su reclamación contra PG&E y renuncie a sus derechos a cualquier pago u otra compensación.

### ¿CÓMO PRESENTO UNA RECLAMACIÓN?

Puede presentar una reclamación en línea, por el servicio postal de los EE. UU. o en uno de los seis Centros de atención de reclamaciones de PG&E. Para ver los detalles completos sobre quién es elegible para presentar una reclamación y cómo presentarla, visite: www.pgewildfireinfo.com o llame a la línea gratuita de información: (844) 627-5328.

### PUEDE PRESENTAR UNA RECLAMACIÓN PERSONALMENTE

Puede presentar una reclamación en uno de los seis Centros de atención de reclamaciones de PG&E que figuran a continuación, del 15 de julio de 2019 al 21 de octubre de 2019, de lunes a viernes de 8:30 a.m. a 5:00 p.m. hora del Pacífico.

- 350 Salem Street, Chico, CA 95928
- 231 "D" Street, Marysville, CA 95901
- 1850 Soscol Ave., Ste 105, Napa, CA 94559
- 1567 Huntoon Street, Oroville, CA 95965
- 3600 Meadow View Road, Redding, CA 96002
- 111 Stony Circle, Santa Rosa, CA 95401

### PRESENTE SU RECLAMACIÓN POR EL SERVICIO POSTAL DE LOS EE. UU.

También puede presentar su reclamación por el servicio postal de los EE. UU. al Agente de reclamaciones y notificaciones designado por el tribunal:

PG&E Corporation Claims Processing Center c/o Prime Clerk LLC
Grand Central Station
P.O. Box 4850
Nueva York, NY 10163-4850

### ESTE ES SOLO UN RESUMEN

Para más información, incluidos documentos judiciales importantes como el Aviso de fecha límite, el formulario de Prueba de reclamación y demás información detallada sobre quién es elegible para presentar una reclamación, y cómo presentarla, visite: www.pgewildfireinfo.com, o llame al (844) 627-5328. También puede suscribirse para recibir novedades sobre el proceso del Capítulo 11 y registrar su dirección de correo electrónico para la notificación por vía electrónica de documentos importantes del caso.

*"PG&E" refers to Pacific Gas and Electric Company, a subsidiary of PG&E Corporation. (Copyright) 2019 Pacific Gas and Electric Company. All rights reserved.*

PGEINFO@PRIMECLERK.COM — PGEWILDFIREINFO.COM — LÍNEA GRATUITA (844) 627-5328



# SUS DERECHOS ESTÁN AFECTADOS

SI NO PRESENTA UNA PRUEBA DE RECLAMACIÓN RELACIONADA CON CUALQUIERA DE LOS INCENDIOS DEL NORTE DE CALIFORNIA ANTES DEL 21 DE OCTUBRE DE 2019 A LAS 5:00 P.M. HORA DEL PACÍFICO, NO PODRÁ VOLVER A PRESENTAR NINGUNA RECLAMACIÓN CONTRA PG&E.

**LOS INCENDIOS DEL NORTE DE CALIFORNIA INCLUYEN, ENTRE OTROS, LOS SIGUIENTES:**
37, ADOBE, ATLAS, BLUE, BUTTE, CAMP, CASCADE, CHEROKEE, GHOST SHIP, HONEY, LA PORTE, LOBO, MAACAMA, MCCOURTNEY, NORRBOM, NUNS, PARTRICK, POCKET, POINT, PRESSLEY, PYTHIAN (ALIAS OAKMONT), REDWOOD, SULLIVAN, SULPHUR Y TUBBS.

## ¿TENGO UNA RECLAMACIÓN?

Debe revisar sus propios registros para determinar si tiene una reclamación contra PG&E desde antes de la presentación el Capítulo 11 del 29 de enero de 2019. Si usted (o el patrimonio que usted representa) considera que tiene una reclamación contra PG&E por cualquier pérdida incluidos lesión personal o muerte por negligencia, daños a la propiedad u otro perjuicio o responsabilidad, que de cualquier manera guarden relación o se desprendan de los incendios del norte de California, usted, o su representante autorizado o abogado, DEBE presentar una Prueba de reclamación antes de la Fecha límite. Si usted no tiene una reclamación contra PG&E del período previo a la fecha de presentación del Capítulo 11 del 29 de enero de 2019, no es necesario que presente un formulario de prueba de reclamación.

## ¿ME PAGARÁN?

En este momento, no tenemos un plazo de cuándo se pagarán las reclamaciones admitidas. Antes de hacer cualquier distribución, se presentarán un plan de reorganización y una declaración de divulgación ante el Tribunal de quiebras en el que se explicarán el proceso de distribución para reclamaciones y los montos que se pagarán para las reclamaciones admitidas. Esto puede llevar varios meses. En el sitio web a continuación se encuentran los detalles de este proceso.

## ¿PUEDO PRESENTAR UNA RECLAMACIÓN EN NOMBRE DE OTRA PERSONA?

Mi madre/padre, esposa/esposo, hijo/hija, etc. falleció y puede tener una reclamación. ¿Puedo presentar una reclamación en su nombre? Sí, si usted es el representante legal del patrimonio del fallecido.

## ¿TENGO QUE PRESENTAR UNA PRUEBA DE RECLAMACIÓN SI YA:

- **presenté una demanda, estoy incluido en una demanda colectiva, Prueba de reclamación colectiva o acción representativa similar presentada contra PG&E o estoy representado por alguna de estas últimas?**

  Si ya presentó una reclamación contra PG&E durante el período anterior a la fecha de la demanda del 29 de enero de 2019, incluso por dinero adeudado por daños a la propiedad por un incendio del norte de California, usted, o su representante autorizado o abogado, DEBE presentar un formulario de Prueba de reclamación antes de la Fecha límite incluso si está incluido en, o es representado por, una supuesta acción colectiva, demanda colectiva, Prueba de reclamación colectiva o acción representativa similar contra PG&E con respecto a su reclamación. Si tiene más preguntas sobre su demanda, demanda colectiva, Prueba de reclamación colectiva o acción representativa similar pendiente, debe consultar con su asesor legal para que lo asista.

- **presenté una reclamación a mi aseguradora por daños a la propiedad causados por un incendio en el norte de California y ya se pagó en su totalidad, parcialmente o aún está pendiente?**

  Si no está seguro de si PG&E le debe dinero por daños a la propiedad causados por un incendio en el norte de California, debe comunicarse con su aseguradora o consultar con su asesor legal.

## ¿CÓMO PUEDO ACTUALIZAR MI DIRECCIÓN POSTAL O REGISTRAR MI CORREO ELECTRÓNICO?

Envíe un correo electrónico al Agente de reclamaciones y notificaciones designado por el Tribunal, Prime Clerk: pgeinfo@primeclerk.com para solicitar que se actualice su dirección postal. Asegúrese de incluir su nombre, dirección postal anterior y dirección postal actualizada. Si desea recibir actualizaciones relativas al proceso del Capítulo 11, debe registrar su dirección de correo electrónico en www.pgewildfireinfo.com.

PGEINFO@PRIMECLERK.COM — PGEWILDFIREINFO.COM — LÍNEA GRATUITA (844) 627-5328

# CHINESE



# 山火索赔截止日期

WWW.PGEWILDFIREINFO.COM

PARA INFORMACIÓN EN ESPAÑOL, VISITE EL SITIO WEB.

## 如果您因北加州山火而遭受损失
# THE NORTHERN CALIFORNIA FIRES
## 您可能有资格申领赔偿

### 请仔细阅读本通知，您的权利可能会受到影响

### 本通知涉及哪些事项？

本通知的目的是让您了解在太平洋燃气与电力公司 (PG&E) 第 11 章法律案件中提出索赔的截止日期。负责监督该公司第 11 章案件的加州北部地区美国破产法院已批准将太平洋时间 2019 年 10 月 21 日下午 5:00 作为索赔截止日期。索赔截止日期是指，如果受北加州山火影响的任何个人或实体认为他们要针对第 11 章申请日期 2019 年 1 月 29 日之前发生的山火对 PG&E 提出索赔，则他们必须提交索赔证明的截止日期。

### 本通知会对哪些人产生影响以及我享有哪些权利？

如果您因北加州山火而遭受任何损失或伤害（包括过失致死、财产损失或其他伤害），您必须在法院规定的索赔截止日期 2019 年 10 月 21 日之前在 PG&E 第 11 章案件中提出索赔，以维护请求付款或其他赔偿的权利。如果您未在截止日期前提交索赔证明，您可能会被禁止向 PG&E 提出索赔，并放弃获得任何付款或其他赔偿的权利。

### 我要如何提出索赔？

您可以通过美国邮政在线提出索赔或六大 PG&E 索赔服务中心之一提出索赔。有关资格提出索赔的人士以及提出索赔的方式的完整详情，请访问：www.pgewildfireinfo.com 或拨打免费信息热线：(844) 627-5328。

### 您可以亲自提交索赔

您可以在太平洋时间 2019 年 7 月 15 日至 2019 年 10 月 21 日，周一至周五上午 8:30 至下午 5:00 之间在下列六个 PG&E 索赔服务中心之一提出索赔。

- 350 Salem Street, Chico, CA 95928
- 231 "D" Street, Marysville, CA 95901
- 1850 Soscol Ave., Ste 105, Napa, CA 94559
- 1567 Huntoon Street, Oroville, CA 95965
- 3600 Meadow View Road, Redding, CA 96002
- 111 Stony Circle, Santa Rosa, CA 95401

### 通过美国邮政提出您的索赔

您也可以通过美国邮政向法院指定的索赔和通知代理人提出索赔：

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

### 本通知仅提供摘要信息。

有关更多信息（包括重要的法庭文件，如索赔截止日期通知、索赔证明书以及有关资格提出索赔的人士以及提出索赔的方式等的其他详细信息），请访问：www.pgewildfireinfo.com，或致电 (844) 627-5328。您也可以注册订阅有关第 11 章程序的最新消息并注册您的电子邮件地址，以获取重要案件文件的电子通知。

*"PG&E"* 指太平洋燃气电力公司的子公司太平洋燃气与电力公司。(版权所有) 2019 太平洋燃气与电力公司。保留所有权利。

PGEINFO@PRIMECLERK.COM — PGEWILDFIREINFO.COM — 免费电话 (844) 627-5328



# 您的权利将受到影响

如果您未在太平洋时间 2019 年 10 月 21
日下午 5:00 之前提交任何与北加州山火相关的索赔证明，
则您此后不得再向 PG&E 提出索赔。

**北加州山火包括但不限于以下各处山火：**

第 37 号公路山火、ADOBE 山火、ATLAS 山火、BLUE 山火、BUTTE 山火、CAMP 山火、CASCADE 山火、CHEROKEE 山火、GHOST SHIP 山火、HONEY 山火、LA PORTE 山火、LOBO 山火、MAACAMA 山火、MCCOURTNEY 山火、NORRBOM 山火、NUNS 山火、PARTRICK 山火、POCKET 山火、POINT 山火、PRESSLEY 山火、PYTHIAN 山火（又名 OAKMONT 山火）、REDWOOD 山火、SULLIVAN 山火、SULPHUR 山火和 TUBBS 山火。

## 我享有索赔权吗？

您应检查自己的记录，以确定您在第 11 章申请日期 2019 年 1 月 29 日之前是否对 PG&E 享有索赔权。如果您（或您作为遗产代理人）认为您可因任何损失（包括以任何方式由北加州山火所导致或与之相关的人身伤害或过失致死、财产损失或其他伤害或责任）而对 PG&E 享有索赔权，您或您的授权代理人或律师必须在索赔截止日期之前提交索赔证明。如果您在第 11 章申请日期 2019 年 1 月 29 日之前的期间内对 PG&E 不享有索赔权，则无需提交索赔证明书。

### 我会获得赔偿吗？

目前，我们还未制定出获准赔付的付款时间表。在进行任何分配之前，我们会向破产法院提交重组计划和披露声明，其中将会对索赔分配流程以及根据获准索赔支付的金额作出说明。这可能需要几个月的时间。有关此流程的详细信息，请访问以下网站。

### 我可以代表其他人提交索赔吗？

我的父亲/母亲、妻子/丈夫、儿子/女儿等已过世且他们可能享有索赔权。我可以代表他们提出索赔吗？可以，前提是您应是死者的合法遗产代理人。

## 我是否需要提出索赔证明，如果我已经：

- **提起诉讼，成为集体诉讼、集体索赔证明或对 PG&E 提起的类似代表诉讼的当事人？**

  如果您在 2019 年 1 月 29 日申请日期之前的期间内对 PG&E 享有任何索赔权（包括因北加州山火所致财产损失的赔偿金），则您或您的授权代理人或律师必须在索赔截止日期之前提交索赔证明书，即使您可能成为与您索赔相关的集体诉讼、集体索赔证明或对 PG&E 提起的类似代表诉讼的当事人。如果您对您的未决诉讼、集体诉讼、集体索赔证明或类似代表诉讼有其他疑问，请咨询您的法律顾问，以获得帮助。

- **向我的保险公司提出索赔，要求赔偿北加州山火造成的财产损失，并已获得全额或部分赔偿或索赔正在处理中？**

  如果您不确定 PG&E 是否因北加州山火造成的财产损失而需要向您支付任何款项，您应联系您的保险公司或咨询您的法律顾问。

## 我如何更新我的邮寄地址或注册我的电子邮件？

请发送电子邮件给法院指定的索赔和通知代理人 Prime Clerk（电子邮件地址：pgeinfo@primeclerk.com），请求更新您的邮寄地址。请务必在邮件中述明您的姓名、先前的邮寄地址和更新的邮寄地址。如果您希望收到有关第 11 章程序的最新消息，您必须在 www.pgewildfireinfo.com 上注册您的电子邮件地址。

PGEINFO@PRIMECLERK.COM — PGEWILDFIREINFO.COM — 免费电话 (844) 627-5328

# VIETNAMESE



# THỜI HẠN NỘP YÊU CẦU BỒI HOÀN DO CHÁY RỪNG

WWW.PGEWILDFIREINFO.COM
PARA INFORMACIÓN EN ESPAÑOL, VISITE EL SITIO WEB.

## NẾU QUÝ VỊ BỊ THIỆT THẠI DO
## VỤ CHÁY Ở BẮC CALIFORNIA
## QUÝ VỊ CÓ THỂ ĐỦ ĐIỀU KIỆN ĐƯỢC BỒI THƯỜNG

### ĐỌC KỸ THÔNG BÁO NÀY, QUYỀN CỦA QUÝ VỊ CÓ THỂ BỊ ẢNH HƯỞNG

### THÔNG BÁO NÀY VỀ NỘI DUNG GÌ?

Mục đích của thông báo này là để cho quý vị biết về thời hạn nộp đơn yêu cầu bồi hoàn trong các trường hợp pháp lý theo Chương 11 của Pacific Gas and Electric Company (PG&E). Tòa án Phá sản Hoa Kỳ cho Quận Bắc California giám sát công ty theo Chương 11 đã phê chuẩn Ngày hạn chót là ngày 21 tháng 10 năm 2019, lúc 5:00 chiều, Giờ Thái Bình Dương. Ngày hạn chót là ngày hạn mà bất kỳ người hoặc tổ chức nào bị ảnh hưởng bởi Vụ cháy ở Bắc California phải nộp Bằng chứng Yêu cầu Bồi hoàn nếu họ tin rằng họ có yêu cầu bồi hoàn đối với PG&E phát sinh trong giai đoạn trước ngày nộp hồ sơ theo Chương 11 là ngày 29 tháng 1 năm 2019.

### THÔNG BÁO NÀY ẢNH HƯỞNG ĐẾN AI VÀ TÔI CÓ QUYỀN GÌ?

Nếu quý vị chịu bất kỳ tổn thất hoặc thương tích nào (bao gồm chết oan, thiệt hại về tài sản HOẶC thiệt hại khác) do Vụ cháy ở Bắc California, quý vị PHẢI nộp đơn Yêu cầu Bồi hoàn trong các trường hợp theo Chương 11 của PG & E KHÔNG muộn hơn Ngày hạn chót bắt buộc của Tòa án vào ngày 21 tháng 10 năm 2019 để bảo vệ bất kỳ quyền thanh toán hoặc bồi thường khác. Nếu quý vị không nộp gửi Bằng chứng Yêu cầu Bồi hoàn trước hạn chót, quý vị có thể bị cấm đòi yêu cầu bồi hoàn của mình đối với PG&E và từ bỏ quyền đối với bất kỳ khoản thanh toán hoặc bồi thường nào khác.

### LÀM THẾ NÀO ĐỂ TÔI NỘP YÊU CẦU BỒI HOÀN?

Quý vị có thể nộp yêu cầu bồi hoàn trực tuyến, qua thư Hoa Kỳ hoặc tại một trong sáu Trung tâm Dịch vụ Yêu cầu Bồi hoàn PG&E. Để biết chi tiết đầy đủ về người đủ điều kiện nộp yêu cầu bồi hoàn và cách gửi yêu cầu bồi hoàn truy cập: www.pgewildfireinfo.com hoặc gọi đường dây thông tin trợ giúp miễn phí: (844) 627-5328.

### QUÝ VỊ CÓ THỂ GỬI YÊU CẦU BỒI HOÀN TRỰC TIẾP

Quý vị có thể nộp yêu cầu bồi hoàn của mình tại một trong sáu Trung tâm Dịch vụ Yêu cầu Bồi hoàn PG&E được liệt kê bên dưới, bắt đầu từ ngày 15 tháng 7 năm 2019 đến ngày 21 tháng 10 năm 2019, từ thứ Hai đến thứ Sáu, từ 8:30 sáng đến 5:00 chiều, Giờ Thái Bình Dương.

- 350 Salem Street, Chico, CA 95928
- 231 "D" Street, Marysville, CA 95901
- 1850 Soscol Ave., Ste 105, Napa, CA 94559
- 1567 Huntoon Street, Oroville, CA 95965
- 3600 Meadow View Road, Redding, CA 96002
- 111 Stony Circle, Santa Rosa, CA 95401

### NỘP YÊU CẦU BỒI HOÀN QUA THƯ HOA KỲ

Quý vị cũng có thể gửi yêu cầu bồi hoàn của mình qua thư Hoa Kỳ tới Đại lý Thông báo và Yêu cầu Bồi hoàn được Tòa án chỉ định:

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

### ĐÂY CHỈ LÀ BẢN TÓM TẮT.

Để biết thêm thông tin bao gồm các tài liệu quan trọng của Tòa án như Thông báo Ngày hạn chót, mẫu Bằng chứng Yêu cầu Bồi hoàn và thông tin chi tiết khác liên quan đến người đủ điều kiện để nộp đơn yêu cầu bồi hoàn và cách nộp đơn, truy cập: www.pgewildfireinfo.com, hoặc gọi (844) 627-5328. Quý vị cũng có thể đăng ký các bản cập nhật liên quan đến thủ tục theo Chương 11 và đăng ký địa chỉ email của quý vị để thông báo điện tử các tài liệu vụ việc quan trọng.

"PG&E" có nghĩa là Pacific Gas and Electric Company, một công ty con của PG&E Corporation. (Bản quyền) 2019 Pacific Gas and Electric Company. Bảo lưu mọi quyền.

PGEINFO@PRIMECLERK.COM — PGEWILDFIREINFO.COM — SỐ MIỄN CƯỚC (844) 627-5328



# CÁC QUYỀN CỦA QUÝ VỊ BỊ ẢNH HƯỞNG

NẾU QUÝ VỊ GỬI BẰNG CHỨNG YÊU CẦU BỒI HOÀN LIÊN QUAN ĐẾN BẤT KỲ VỤ CHÁY NÀO Ở BẮC CALIFORNIA CHẬM NHẤT LÀ NGÀY 21 THÁNG 10 NĂM 2019 LÚC 5 GIỜ CHIỀU THEO GIỜ THÁI BÌNH DƯƠNG, QUÝ VỊ CÓ THỂ BỊ CẤM NỘP YÊU CẦU BỒI HOÀN ĐỐI VỚI PG&E NỮA.

**VỤ CHÁY Ở BẮC CALIFORNIA BAO GỒM, NHƯNG KHÔNG GIỚI HẠN CÁC VỤ CHÁY SAU:**

37, ADOBE, ATLAS, BLUE, BUTTE, CAMP, CASCADE, CHEROKEE, GHOST S HIP, HONEY, LA PORTE, LOBO, MAACAMA, MCCOURTNEY, NORRBOM, NUNS, PARTRICK, POCKET, POI NT, PRESSLEY, PYTHIAN (A.K.A. OAKMONT), REDWOOD, SULLIVAN, SULPHUR VÀ TUBBS.

## TÔI CÓ YÊU CẦU BỒI HOÀN HAY KHÔNG?

Quý vị nên xem lại hồ sơ của chính mình để xác định xem quý vị có yêu cầu bồi hoàn đối với PG&E từ trước khi nộp hồ sơ Chương 11 ngày 29 tháng 1 năm 2019 không. Nếu quý vị (hoặc tài sản mà quý vị đại diện) tin rằng quý vị có yêu cầu bồi hoàn đối với PG&E vì bất kỳ tổn thất nào bao gồm thương tích cá nhân hoặc chết oan, thiệt hại tài sản hoặc thiệt hại hoặc trách nhiệm pháp lý khác, theo bất kỳ cách nào liên quan đến hoặc kết quả từ các vụ cháy ở Bắc California, quý vị hoặc người được ủy quyền hoặc luật sư của quý vị PHẢI nộp Bằng chứng Yêu cầu Bồi hoàn trước Ngày hạn chót. Nếu quý vị không có yêu cầu bồi hoàn đối với PG & E trong khoảng thời gian trước ngày nộp đơn theo Chương 11 ngày 29 tháng 1 năm 2019, quý vị không cần phải nộp mẫu bằng chứng yêu cầu bồi hoàn.

### TÔI CÓ ĐƯỢC THANH TOÁN HAY KHÔNG?

Tại thời điểm này, chúng tôi không có khung thời gian khi các yêu cầu bồi hoàn được cho phép sẽ được thanh toán. Trước khi phân phối bất kỳ thứ gì, một kế hoạch sắp xếp lại và tuyên bố tiết lộ sẽ được đệ trình lên Tòa án Phá sản để giải thích quy trình phân phối yêu cầu bồi hoàn và số tiền sẽ được thanh toán trên tài khoản của các yêu cầu bồi hoàn được phép. Có thể mất vài tháng. Chi tiết liên quan đến quá trình này được tìm thấy trên trang web dưới đây.

### TÔI CÓ THỂ GỬI YÊU CẦU BỒI HOÀN THAY MẶT NGƯỜI KHÁC HAY KHÔNG?

Cha/mẹ, vợ/chồng, con trai/con gái của tôi, vv đã qua đời và có thể có một yêu cầu bồi hoàn. Tôi có thể gửi yêu cầu bồi hoàn thay mặt họ không? Có, nếu quý vị là đại diện hợp pháp của tài sản đã chết.

## TÔI CÓ PHẢI NỘP BẰNG CHỨNG YÊU CẦU BỒI HOÀN NẾU TÔI ĐÃ CÓ:

- **Nộp đơn kiện, được bao gồm trong hoặc được đại diện bởi một vụ kiện tập thể, Bằng chứng Yêu cầu Bồi hoàn của lớp, hoặc một hành động đại diện tương tự được đệ trình chống lại PG&E?**

  Nếu quý vị có bất kỳ yêu cầu bồi hoàn nào đối với PG&E trong khoảng thời gian trước ngày khởi kiện ngày 29 tháng 1 năm 2019, bao gồm cả tiền nợ cho các thiệt hại tài sản do vụ cháy ở Bắc California gây ra, quý vị hoặc người được ủy quyền hoặc luật sư của quý vị, PHẢI nộp mẫu bằng chứng yêu cầu bồi hoàn chậm nhất là Ngày hạn chót ngay cả khi quý vị có thể được đưa vào, hoặc được đại diện bởi, một vụ kiện tập thể, vụ kiện tập thể, bằng chứng yêu cầu bồi hoàn theo lớp hoặc hành động đại diện tương tự được đệ trình chống lại PG&E đối với yêu cầu bồi hoàn của quý vị.

- **Gửi yêu cầu bồi hoàn cho hãng bảo hiểm của tôi về các thiệt hại tài sản do vụ cháy ở Bắc California gây ra và nó đã được thanh toán đầy đủ, một phần hoặc vẫn đang chờ xử lý?**

  Nếu quý vị không chắc chắn liệu tiền nợ của PG&E có bị thiệt hại do thiệt hại tài sản do vụ cháy ở Bắc California hay không, quý vị nên liên hệ với hãng bảo hiểm hoặc tham khảo ý kiến luật sư.

## LÀM THẾ NÀO TÔI CÓ THỂ CẬP NHẬT ĐỊA CHỈ GỬI THƯ HOẶC ĐĂNG KÝ EMAIL CỦA TÔI?

Vui lòng gửi email đến Đại lý Thông báo và Yêu cầu Bồi hoàn được Tòa án chỉ định, Thư ký chính: pgeinfo@primeclerk.com để yêu cầu cập nhật địa chỉ gửi thư của quý vị. Vui lòng kèm tên của quý vị, địa chỉ gửi thư trước và địa chỉ gửi thư được cập nhật. Nếu quý vị muốn nhận thông tin cập nhật liên quan đến thủ tục theo chương 11, quý vị phải đăng ký qua địa chỉ email của mình tại www.pgewildfireinfo.com.

PGEINFO@PRIMECLERK.COM — PGEWILDFIREINFO.COM — SỐ MIỄN CƯỚC (844) 627-5328

# TAGALOG



# TAKDANG ORAS NG CLAIM
# SA NAPAKALAKING SUNOG

WWW.PGEWILDFIREINFO.COM

PARA SA IMPORMASYON SA TAGALOG, BISITAHIN ANG WEBSITE.

## KUNG IKAW AY NAGHIHIRAP NG PAGKAWALA NA RESULTA NG
## SUNOG SA HILAGANG CALIFORNIA
## IKAW AY MAAARING KARAPAT-DAPAT PARA SA KABAYARAN

### BASAHIN ANG PAUNAWANG ITO NANG MAINGAT, ANG IYONG MGA KARAPATAN AY MAAARING APEKTADO

### ANO ANG TUNGKOL NITO?

Ang layunin ng paunawang ito ay upang ipapaalam sa iyo ang tungkol sa takdang oras sa pagsampa ng mga claim sa Kabanata 11 sa legal na mga kaso ng Pacific Gas and Electric Company (PG&E). Ang U.S. Bankruptcy Court para sa Hilagang Distrito ng California at nangangasiwa sa Kabanata 11 na mga kaso ng kumpaniya ay nag-apruba sa Bar Date na Oktubre 21, 2019, sa 5:00 p.m. Oras ng Pasipiko. Ang Bar Date ay ang takdang oras na kung saan ang sinumang tao o entidad na apektado ng Sunog sa Hilagang California ay magsampa ng Pruweba sa Pag-claim, kung sila ay naniniwala na sila ay may claim laban sa PG&E na lumitaw sa panahon bago ang Kabanata 11 na petsa ng pagsampa sa Enero 29, 2019.

### KANINO ITO UMAAPEKTO AT ANO ANG AKING MGA KARAPATAN?

Kung ikaw ay nakaranas ng anumang pagkakawala o pinsala (kabilang ang maling kamatayan, pinsala ng ari-arian, o ibang kapinsalaan) na resulta ng Sunog sa Hilagang California, ikaw ay DAPAT magsampa ng Claim sa PG&E mga kaso ng Kabanata 11 na HINDI lampas sa iniutos na korte na Bar Date sa OKTUBRE 21, 2019 upang mapreserba ang anumang mga karapatan sa pagbabayad o ibang kabayaran. Kung ikaw ay hindi makapagsumite ng Pruweba ng Claim bago ang huling oras, ikaw ay babawalan na magpapalagay sa iyong claim sa PG&E at isusuko ang mga karapatan sa anumang pagbabayad o ibang kabayaran.

### PAANO AKO MAGSAMPA NG CLAIM?

Ikaw ay maaaring magsampa ng iyong claim sa isa sa pamamagitan ng U.S. mail o sa isa sa anim na Mga Sentro sa Serbisyo ng Claim ng PG&E. Para sa kumpletong mga detalye kung sino ang karapat-dapat na magsampa ng claim at kung paano magsampa ng pagbisita sa claim: www.pgewildfireinfo.com o tawagan ang linya ng impormasyon na toll-free: (844) 627-5328.

### MAAARI KANG MAGSAMPA NG CLAIM SA PERSONAL

Maaari kang magsampa ng iyong claim sa isa sa isa sa anim na Mga Sentro sa Serbisyo ng Claim ng PG&E na nakalista sa ibaba, simula sa Hulyo 15, 2019 hanggang Oktubre 21, 2019, Lunes hanggang Biyernes mula 8:30 a.m. hanggang 5:00 p.m. Oras ng Pasipiko.

- 350 Salem Street, Chico, CA 95928
- 231 "D" Street, Marysville, CA 95901
- 1850 Soscol Ave., Ste 105, Napa, CA 94559
- 1567 Huntoon Street, Oroville, CA 95965
- 3600 Meadow View Road, Redding, CA 96002
- 111 Stony Circle, Santa Rosa, CA 95401

### ISAMPA ANG IYONG CLAIM SA PAMAMAGITAN NG U.S. MAIL

Maaari ka rin magsampa ng iyong claim sa pamamagitan ng U.S. mail sa korte na hinirang Mga Claim at Ahente na Tagapag-abiso:

PG&E Corporation Sentro ng Pagproseso ng Mga Claim
c/o Prime Clerk LLC
Grande na Himpilang Sentral
P.O. Box 4850
New York, NY 10163-4850

### ITO AY BUOD LAMANG.

Para sa karagdagang impormasyon kabilang ang mahalagang mga halagang dokumento ng Korte tulad ng Paunawa ng Bar Date, ang porma ng Pruweba ng Claim at ibang detalyadong impormasyon tungkol sa kung sino ang karapat-dapat na magsampa ng claim, at kung paano magsampa ng ito, bisitahin ang: www.pgewildfireinfo.com, o tumawag sa (844) 627-5328. Ikaw ay maaari rin mag-sign up para sa mga pagbabago kaugnay sa mga paglilitis sa Kabanata 11 at irehistro ang iyong email address para sa elektronikong notipikasyon ng mahalagang mga dokumento ng kaso.

*"PG&E" ay sumangguni sa Pacific Gas and Electric Company, isang sangay ng PG&E Corporation. (Kopirayt) 2019 Pacific Gas and Electric Company. Lahat ng mga karapatan ay nakalaan.*

PGEINFO@PRIMECLERK.COM — PGEWILDFIREINFO.COM — TOLL FREE (844) 627-5328



# ANG IYONG MGA KARAPATAN AY APEKTADO

KUNG IKAW AY HINDI NAGSUMITE NG PRUWEBA NG CLAIM KAUGNAY SA ANUMAN NG SUNOG SA HILAGANG CALIFORNIA SA OKTUBRE 21, 2019 SA BANDANG 5:00 P.M. ORAS NG PASIIKO, IKAW AY HAHADLANGAN SA PAGSASAMPA NG CLAIM KAILANMAN LABAN SA PG&E.

ANG SUNOG SA HILAGANG CALIFORNIA AY NAGBIBILANG, DATAPWAT HINDI LIMITADO SA, SUMUSUNOD NG MGA SUNOG: 37, ADOBE, ATLAS, BLUE, BUTTE, CAMP, CASCADE, CHEROKEE, GHOST S HIP, HONEY, LA PORTE, LOBO, MAACAMA, MCCOURTNEY, NORRBOM, NUNS, PARTRICK, POCKET, POI NT, PRESSLEY, PYTHIAN (A.K.A. OAKMONT), REDWOOD, SULLIVAN, SULPHUR AT TUBBS.

## MAYROON BA AKONG CLAIM?

Dapat mong susuriin ang iyong sariling mga tala upang matutukoy kung mayroon ba kayong claim laban sa PG&E mula ng bago ang Enero 29, 2019 na Kabanata 11 na pagsasampa. Kung ikaw (o ang estado na iyong kumatawan) ay naniniwala na ikaw ay mayroong claim laban sa PG&E para sa anumang kawalan kabilang ang personal na pinsala o maling pagkamatay, pinsala ng ari-arian, o ibang pinsala o pananagutan, sa anumang paraan ay kaugnay sa o resulta ng Sunog sa Hilagang California, ikaw o ang iyong awtorisadong ahente o abogado ay DAPAT magsampa ng Pruweba ng Claim bago ang Bar Date. Kung ikaw ay walang claim laban sa PG&E mula sa panahon bago ang Enero 29, 2019 Kabanata 11 na petsa ng pagsampa, hindi mo na kailangan magsumite ng porma ng pruweba ng claim.

### MABABAYARAN BA AKO?

Sa ngayon, wala kaming takdang oras na ang mga claim na pinahintulutan ay mababayaran. Bago ang anumang pagbabahagi ay ginawa, isang plano ng pag-organisa muli at pahayag ng pagsisiwalat ay isasampa sa Bankruptcy Court na magpapaliwanag sa proseso ng pagbabahagi ng claim at ang mga halaga na ibabayad sa account ng pinahintulutang mga claim. Ito ay tumatagal ng iilang mga buwan. Mga detalye kaugnay sa prosesong ito ay matatagpuan sa website sa ibaba.

### MAAARI BA AKONG MAGSUMITE NG CLAIM SA PANGALAN NG IBANG TAO?

Ang aking ama/ina,maybahay/asawa, anak na lalaki/anak na babae, atbp. ay sumakabilang-buhay na at maaaring may claim. Maaari ba akong magsumite ng claim sa kanilang pangalan? Oo, kung ikaw ay ang legal na kinatawan sa estado ng sumakabilang-buhay na.

## KAILANGAN KO PA BANG MAGSUMITE NG PRUWEBA NG CLAIM KUNG MAYROON NA AKO:

- **Nagsampa ng kaso, ako ay kabilang sa o kumakatawan sa isang klaseng kasong aksyon, klase na Pruweba ng Claim, o parehong kinatawan na aksyon na isinampa laban sa PG&E?**

  Kung ikaw ay may anumang claim laban sa PG&E sa panahon na bago ang Enero 29, 2019 na petsa ng petisyon, kabilang ang pera na inutang para sa mga pinsala ng ari-arian na sanhi ng Sunog sa Hilagang California, ikaw, o ang iyong awtorisadong ahente o abogado, ay DAPAT magsampa ng porma na pruweba ng claim sa Bar Date kahit na ikaw ay kabilang sa, o kinakatawan ng, kilos na klase ng aksyon, klase ng kaso, klase ng pruweba ng claim, o parehong aksyon na kinatawan na sinampa laban sa PG&E na may paggalang sa iyong claim. Kung ikaw ay may karagdagang mga tanong kaugnay sa iyong naantalang kaso, klaseng aksyon na kaso, klase ng pruweba ng claim o parehong aksyon na kinatawan, kailangan mong komunsulta sa iyong legal na tagapayo upang matulungan ka.

- **Nagsumite ng claim sa tagadala ng aking insyurans para sa mga pinsala ng ari-arian na sanhi ng Sunog sa Hilagang California, at ito ay maging binayaran nang buo, bahagi o nakaantala pa?**

  Kung ikaw ay hindi sigurado kung maging ang pera ay inutang sa iyo mula sa PG&E para sa mga pinsala ng ari-arian na sanhi ng Sunog sa Hilagang California, kailangan na ikaw ay makikipag-ugnayan sa iyong tagadala ng insyurans o kumonsulta sa iyong legal na tagapayo.

## PAANO KO IA-UPDATE ANG AKING MAILING ADDRESS O IREHISTRO ANG AKING EMAIL?

Mangyaring padalhan ako ng email sa Korte na Hinirang na Mga Claim at Ahente na Nagpapaunawa, Prime Klerk: pgeinfo@primeclerk.com upang humiling na baguhin ang iyong mailing address. Mangyaring siguraduhin na isali ang iyong pangalan, naunang mailing address at binagong mailing address. Kung gusto mong makatanggap ng mga pag-update kaugnay sa mga paglilitis sa Kabanata 11, kailangan mong irehistro ang iyong email address sa www.pgewildfireinfo.com.

PGEINFO@PRIMECLERK.COM — PGEWILDFIREINFO.COM — TOLL FREE (844) 627-5328

# KOREAN



# 산불 피해 청구 마감 시한 알림

WWW.PGEWILDFIREINFO.COM

PARA INFORMACIÓN EN ESPAÑOL, VISITE EL SITIO WEB.

## 북캘리포니아 화재로
## 피해를 입은 경우
## 보상을 받을 수 있습니다

### 본 공지 사항을 주의 깊게 읽고 조치를 취하시기 바랍니다

### 본 공지 사항은 무엇에 대한 것인가요?

본 공지의 목적은 Pacific Gas and Electric Company(PG&E)의 11장 법률 사건에서 청구 소송을 제기할 수 있는 마감 시한을 알려드리기 위해서입니다. PG&E의 11장 사건을 감독하는 미국 캘리포니아 북부지방 파산법원은 2019년 10월 21일 오후 5시(태평양 시간)를 마감일로 승인했습니다. 본 마감일은 북캘리포니아 화재로 피해를 입은 개인이나 기업이 11장 접수일인 2019년 1월 29일 이전에 PG&E에 보상 청구권이 있다고 판단할 경우 청구 증빙을 제출해야 하는 기한입니다.

### 본 공지 사항은 누구에게 영향을 미치며 나의 권리는 무엇인가요?

북캘리포니아 화재로 인해 피해나 부상(억울한 죽음, 재산 손실 또는 기타 피해 포함)을 입은 경우, 지급 또는 기타 보상에 대한 권리를 행사하려면 법원 명령의 마감일인 2019년 10월 21일까지 PG&E의 11장 사건 번호로 청구 소송을 제기해야 합니다. 그 기한까지 청구 증빙을 제출하지 않으면 PG&E를 상대로 귀하의 청구를 주장하지 못하고 어떤 지급이나 기타 보상에 대한 권리를 주장할 수 없습니다.

### 청구 소송은 어떻게 제기하나요?

온라인이나 미국 우편, 또는 PG&E 소송 서비스 센터 6곳에서 소송을 제기할 수 있습니다. 누가 소송을 제기할 수 있는지와 소송 방법에 대한 자세한 내용은 www.pgewildfireinfo.com 을 참고하거나 수신자 부담 전화 (844) 627-5328로 연락하시기 바랍니다.

### 직접 방문하는 경우

아래의 PG&E 소송 서비스 센터 6곳에서, 2019년 7월 15일부터 2019년 10월 21일까지(월요일~금요일, 태평양 시간 오전 8:30 ~ 오후 5:00) 청구 소송을 제기할 수 있습니다.

• 350 Salem Street, Chico, CA 95928
• 231 "D" Street, Marysville, CA 95901
• 1850 Soscol Ave., Ste 105, Napa, CA 94559
• 1567 Huntoon Street, Oroville, CA 95965
• 3600 Meadow View Road, Redding, CA 96002
• 111 Stony Circle, Santa Rosa, CA 95401

### 미국 우편을 이용하는 경우

법원에서 지명한 청구 및 알림 대행사를 통해 우편으로 소송을 제기할 수 있습니다.

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station
P.O. Box 4850
New York, NY 10163-4850

### 본 공지의 세부사항을 확인해 주십시오.

마감일 통지나 청구 증빙 양식과 같은 주요 법원 문서 및 소송을 제기할 수 있는 대리인 및 방법에 관한 자세한 내용은 www.pgewildfireinfo.com 을 참고하거나 (844) 627-5328로 문의하시기 바랍니다. 11장 소송 절차와 관련된 업데이트에 가입하고 귀하의 이메일 주소를 등록하여 주요 사건 문서의 전자 알림을 수신할 수 있습니다.

*"PG&E"는 PG&E Corporation의 자회사, Pacific Gas and Electric Company를 나타냅니다. (Copyright) 2019 Pacific Gas and Electric Company. 모든 판권 본사 소유.*

PGEINFO@PRIMECLERK.COM — PGEWILDFIREINFO.COM — 수신자 부담 전화 (844) 627-5328



# 소중한 나의 권리를 행사하십시오

2019년 10월 21일, 오후 5시(태평양 시간)까지 북캘리포니아 화재와 관련된 청구 증빙을 제출하지 않는 경우 PG&E를 상대로 청구 소송을 제기할 수 없습니다.

북캘리포니아 화재는 37, 아도베, 아틀라스, 블루, 버트, 캠프, 케스케이드, 체로키, 고스트쉽, 허니, 라 포트, 로보, 마카마, 믁코트니(MCCOURTNEY), 노봄, 넌스, 파트리크, 포켓, 포인트, 프레슬리, 피티언(일명 오크몬트), 레드우드, 설리번, 설퍼앤튜브 화재를 포함하되, 이에 제한되지는 않습니다.

## 내가 소송을 제기할 자격이 있나요?

자신의 기록을 살펴보고 2019년 1월 29일 11장 소송 이전에 PG&E를 상대로 청구할 소송이 있는지 판단해야 합니다. 귀하(또는 귀하가 대표하는 사유지)가 북캘리포니아 화재와 관련되거나 그 화재로 초래된 개인 부상이나 억울한 죽음, 재산 손실 또는 기타 손해를 비롯한 피해나 책임에 대하여 청구할 소송이 있다고 생각되는 경우 귀하나 귀하가 인증한 대리인, 혹은 변호사가 마감일 전에 청구 증빙서를 제출해야 합니다. 2019년 1월 29일 11장 소송 제출일 이전 기간에 대해 PG&E에 청구할 소송이 없으면 청구 증빙서 양식을 제출할 필요가 없습니다.

### 내가 보상금을 받을 수 있나요?

현재는 청구 소송과 관련한 보상금 지급 시기가 예정되어 있지 않습니다. 보상금 지급 전 파산 법원으로 청구 분배 절차 및 지급될 금액을 설명하는 재편성 및 공개 설명 계획이 제출됩니다. 본 절차는 몇 개월이 걸릴 수 있습니다. 이에 관한 자세한 내용은 아래 웹사이트에서 찾을 수 있습니다.

### 누군가를 대신해서 소송을 제기할 수 있나요?

아버지/어머니, 아내/남편, 아들/딸 등이 사망했고, 고인이 당사자인 청구 소송이 있을 수 있습니다. 누군가 대신 절차를 진행할 수 있나요? 네, 고인 재산의 법적 대리인인 경우 가능합니다.

## 청구 증빙서를 제출해야 하는 경우:

- **이미 소송을 제기했거나, 집단소송, 집단 청구증빙서 또는 PG&E에 제기한 유사 대표소송에 포함되거나 대표하는 경우**

  2019년 1월 29일 접수일 전에 북캘리포니아 화재로 인해 입은 재산 손실에 대한 금전적 책임을 포함하여 PG&E에 대해 청구할 소송이 있는 경우, 귀하나 귀하의 위임 대리인 또는 변호사는 집단소송, 집단 청구 증빙, 또는 귀하의 소송과 관련하여 PG&E를 상대로 제기한 유사한 대표소송에 귀하가 포함되거나 귀하를 대표할 수 있더라도, 마감일까지 반드시 청구 증빙을 제출해야 합니다. 계류 중인 소송, 집단소송, 집단 청구 증빙서 또는 유사한 대표소송에 관하여 더 궁금한 사항이 있는 경우 변호사와 상의하여 도움을 받아야 합니다.

- **북캘리포니아 화재로 인한 재산 손실에 대해 보험사에 이미 청구를 제출했고, 전액 지급되었거나, 분할 지급되었거나 또는 지급 보류 중인 경우**

  북캘리포니아 화재로 인한 재산 손실에 대해 PG&E의 금전적 책임 여부에 대한 판단이 어려운 경우 귀하의 보험사에 문의하거나 변호사와 상의하십시오.

**우편 주소를 업데이트하거나 이메일을 등록하는 방법은 무엇입니까?**

법원에서 지명한 청구 및 알림 대행사인 Prime Clerk(pgeinfo@primeclerk.com)으로 이메일을 보내어 우편 주소를 업데이트하십시오. 우편 주소 및 업데이트된 우편 주소 앞에 귀하의 이름을 반드시 명시하십시오. 11장 소송 절차와 관련하여 업데이트를 수신하시려면 www.pgewildfireinfo.com 에서 이메일 주소를 등록해야 합니다.

Case: 19-30088   Doc# 4688-13   Filed: 11/12/19   Entered: 11/12/19 16:05:12   Page 21 of 21

PGEINFO@PRIMECLERK.COM — PGEWILDFIREINFO.COM — 수신자 부담 전화 (844) 627-5328