# Exhibit L

| | COUNTY | ORGANIZATION |
|---|---|---|
| 1 | Alameda | Alameda County SBDC |
| 2 | Alameda | Northern California District Council of Laborers<br>Pleasanton, CA |
| 3 | Alameda | Teamsters Local 2010<br>Oakland, CA |
| 4 | Amador | Amador Vintners Association<br>Plymouth, CA |
| 5 | Butte | The Jesus Center<br>Chico, CA |
| 6 | Butte | Calvary Southern Baptist Church<br>Chico, CA |
| 7 | Butte | Neighborhood Church of Chico<br>Chico, CA |
| 8 | Butte | Redwood Empire Sheep Dog Association<br>Oroville, CA |
| 9 | Butte | Butte College SBDC, Serving Butte, Glenn<br>& Tehama Counties |
| 10 | Butte | Sacramento District Church of Nazarene,<br>Paradise Church of the Nazarene |
| 11 | Butte | Paradise Ridge Chamber of Commerce |
| 12 | Butte | Pardise Elks |
| 13 | Butte | Paradise Horsemen |
| 14 | Butte | Paradise Host Lions Club |
| 15 | Butte | Paradise Moose Lodge |
| 16 | Butte | Paradise Rod & Gun Club (PRGC) |
| 17 | Butte | Paradise Scholarship Foundation |
| 18 | Butte | Paradise Animal Shelter Helpers |
| 19 | Butte | Table Mountain Lodge No. 124 |
| 20 | Butte | Valley Oak Children's Services |
| 21 | Butte | Northern Valley Catholic Social Service |
| 22 | Butte | Life In Paradise, CA |
| 23 | Butte | Boys & Girls Club of the North Valley |
| 24 | Butte | Paradise Revival Festival |

| | COUNTY | ORGANIZATION |
|---|---|---|
| 25 | Butte | Paradise Rod & Gun Club (PRGC) |
| 26 | Butte | Butte County Recovers |
| 27 | Butte | Butte County Economic Development |
| 28 | Butte | Butte County Development Services |
| 29 | Butte | FEMA Housing at Gridley Industrial Park<br>Gridley Camp Fire Community |
| 30 | Butte | City of Gridley, City Administrator<br>Gridley, CA |
| 31 | Butte | FEMA Housing at Silver Dollar Fairground<br>Chico, CA |
| 32 | Butte | FEMA Housing at Hegan and Aztec<br>Chico, CA |
| 33 | Butte | FEMA Housing at Rosewood<br>Oroville, CA |
| 34 | Butte | City of Oroville, Housing Development<br>Oroville, CA |
| 35 | Butte | Paradise Disaster Recovery Center<br>Paradise, CA |
| 36 | Butte | Salvation Army<br>Chico, CA |
| 37 | Butte | Salvation Army<br>Oroville, CA |
| 38 | Butte | Magalia Community Church<br>Magalia, CA |
| 39 | Butte | ChicoStart<br>Chico, CA |
| 40 | Butte | Paradise Rotary Foundation<br>Chico, CA |
| 41 | Butte | Paradise Ridge Chamber of Commerce<br>Paradise, CA |
| 42 | Butte | Campfire Zone Project |
| 43 | Butte | Zone 1 Paradise |
| 44 | Butte | Zone 2 Paradise |
| 45 | Butte | Zone 3 Paradise |
| 46 | Butte | Zone 4 Paradise |
| 47 | Butte | Zone 5 Paradise |
| 48 | Butte | Zone 6 Paradise |
| 49 | Butte | Zone 7 Paradise (Facebook Group) |

| | COUNTY | ORGANIZATION |
|---|---|---|
| 50 | Butte | Zone 8 Paradise (Facebook Group) |
| 51 | Butte | Zone 9 Paradise (Facebook Group) |
| 52 | Butte | Zone 10 Paradise (Facebook Group) |
| 53 | Butte | Zone 11 Paradise (Facebook Group) |
| 54 | Butte | Zone 12 Paradise (Facebook Group) |
| 55 | Butte | Zone 13 Paradise (Facebook Group) |
| 56 | Butte | Zone 14 Paradise (Facebook Group) |
| 57 | Butte | LOWER PENTZ ZONE Paradise |
| 58 | Butte | LOWER NEAL ZONE Paradise |
| 59 | Butte | LOWER SKYWAY ZONE Paradise |
| 60 | Butte | LOWER CLARK ZONE Paradise |
| 61 | Butte | Morgan Ridge Zone Paradise |
| 62 | Butte | Butte Creek Zone Paradise |
| 63 | Butte | Nimshew Zone Paradise |
| 64 | Butte | Pulga Zone Paradise |
| 65 | Butte | Concox/Yankee Hill Zone Paradise |
| 66 | Butte | STIRLING ZONE Paradise |
| 67 | Butte | SOUTH PINES ZONE Paradise |
| 68 | Butte | NORTH FIRHAVEN ZONE Paradise |
| 69 | Butte | SOUTH COUTOLENC ZONE Paradise |
| 70 | Butte | SOUTH FIRHAVEN ZONE Paradise |
| 71 | Butte | NORTH PINES ZONE Paradise |
| 72 | Butte | POWELLTON ZONE Paradise |
| 73 | Butte | CARNEGIE/COLTER ZONE Paradise |
| 74 | Butte | NORTH COUTOLENC ZONE Paradise |
| 75 | Butte | OLD MAGALIA ZONE Paradise |
| 76 | Butte | LOVELOCK ZONE Paradise |
| 77 | Butte | PARADISE ALLIANCE CHURCH<br>Paradise, CA |
| 78 | Butte | Paradise Community Guilds<br>Paradise, CA |
| 79 | Butte | Butte County Office of Education<br>Oroville, CA |



Case: 19-30088 Doc# 4688-14 Filed: 11/12/19 Entered: 11/12/19 16:05:12 Page 4 of 13

| | COUNTY | ORGANIZATION |
|---|---|---|
| 80 | Butte | Paradise Unified School District |
| 81 | Butte | Butte County Agricultural Commissioner's Office<br>Oroville, CA |
| 82 | Butte | Butte County Cooperative Extension, Division of Agriculture and Natural Resources<br>Oroville, CA |
| 83 | Butte | Butte County Office of Economic Development |
| 84 | Butte | North State Labor Federation<br>Chico, CA |
| 85 | Butte | Cement Masons Local 400 (OPCMIA)<br>Chico, CA |
| 86 | Butte | Rebuild Paradise<br>Paradise, CA |
| 87 | Butte | 211 NorCal / Butte/Glenn<br>Chico, CA |
| 88 | Butte | Caring Choices<br>Chico, CA |
| 89 | Butte | Butte County Recovers<br>Oroville, CA |
| 90 | Butte | Habitat for Humanity of Butte County<br>Chico, CA |
| 91 | Butte | Enloe Foundation<br>Chico, CA |
| 92 | Butte | North Valley Community Foundation<br>Chico CA |
| 93 | Butte | Butte County Office of Education<br>c/o Butte County Schools Fire Relief Fund<br>Oroville, CA |
| 94 | Butte | Caring Choices<br>Chico, CA |
| 95 | Butte | North Valley Animal Disaster Group<br>Chico, CA |
| 96 | Butte | Northern Valley Catholic Social Service of Chico<br>Chico, CA |
| 97 | Calaveras | Calaveras Winegrape Alliance<br>Murphys, CA |
| 98 | Chico | Chico Unified Teachers Association<br>Chico, CA |
| 99 | Contra Costa | Lutheran Social Services of Northern California<br>Concord, CA |

| | COUNTY | ORGANIZATION |
|---|---|---|
| 100 | Contra Costa | Contra Costa SBDC<br>Pleasant Hill, CA |
| 101 | Contra Costa | Lamorinda Winegrowers Association |
| 102 | El Dorado | El Dorado Wine Grape Growers Association<br>Placerville, CA |
| 103 | El Dorado | El Dorado Winery Association<br>Placerville, CA |
| 104 | Glenn | Glenn County<br>Willows, CA |
| 105 | Glenn | City of Orland<br>Orland, CA |
| 106 | Glenn | Glenn County Fairgrounds FEMA Site<br>Orland, CA |
| 107 | Humboldt | Humboldt Wine Association<br>Humboldt, CA |
| 108 | Humboldt | Open Door Community Health Centers<br>Arcata, CA |
| 109 | Humboldt | North Coast SBDC, Eureka and Crescent<br>City California |
| 110 | Lake | Lake County Wine/Grape Commission<br>Kelseyville, CA |
| 111 | Lake | Lake County Winery Association<br>Kelseyville, CA |
| 112 | Lake | Lake County Office of Education<br>Lakeport, CA |
| 113 | Los Angeles | California Thoroughbred Breeders Association<br>Arcadia, CA |
| 114 | Marin | Jewish Family and Children's Services<br>San Rafael, CA |
| 115 | Marin | Marin SBDC<br>San Rafael, CA |
| 116 | Mendocino | Anderson Valley Winegrowers Association<br>Philo, CA |
| 117 | Mendocino | Mendocino County Wines<br>Ukiah, CA |
| 118 | Mendocino | North Coast Opportunities<br>Ukiah, CA |
| 119 | Mendocino | Mendocino SBDC<br>Fort Bragg, CA |
| 120 | Mendocino | Mendocino County Office of Education<br>Ukiah, CA |



Case: 19-30088 Doc# 4688-14 Filed: 11/12/19 Entered: 11/12/19 16:05:12 Page 6 of 13

| | COUNTY | ORGANIZATION |
|---|---|---|
| 121 | Mendocino | Mendocino Community Foundation<br>Ukiah, CA |
| 122 | Monterey | California Dressage Society<br>Carmel Valley, CA |
| 123 | Napa | Napa Valley Grape Growers<br>Napa, CA |
| 124 | Napa | Napa Valley Vintners<br>St Helena, CA |
| 125 | Napa | Oakville Winegrowers<br>Oakville, CA |
| 126 | Napa | Napa Valley Community Foundation<br>Napa, CA |
| 127 | Napa | Stags Leap District Winegrowers<br>Yountville, CA |
| 128 | Napa | Spring Mountain District Association<br>Saint Helena, CA |
| 129 | Napa | Napa Sonoma SBDC, Santa Rosa and<br>Napa, California |
| 130 | Napa | Napa County Office of Education<br>Napa, CA |
| 131 | Napa | Napa County Agricultural Commissioner<br>Napa, CA |
| 132 | Napa | Salvation Army – Napa + Sonoma<br>Napa, CA |
| 133 | Napa | Diaster Responder Assts Network<br>Napa CA |
| 134 | Nevada | Salvation Army - Grass Valley<br>Grass Valley, CA |
| 135 | Nevada | Nevada County Superintendent Of Schools<br>Grass Valley, CA |
| 136 | Northern California | NorCal Working Sheepdog Association<br>Elk Grove, CA |
| 137 | Northern California | NorCal Hunter /Jumper Association<br>Davis, CA |
| 138 | Northern California | NorCal Community Recovery Team |
| 139 | Online | Wildfire Assistance Program |
| 140 | Online | Camp Fire Long Term Recovery Group |
| 141 | Placer | Salvation Army<br>Auburn, CA |



Case: 19-30088 Doc# 4688-14 Filed: 11/12/19 Entered: 11/12/19 16:05:12 Page 7 of 13

| | COUNTY | ORGANIZATION |
|---|---|---|
| 142 | Placer | Salvation Army<br>Roseville, CA |
| 143 | Sacramento | Office of Disaster Response Methodist Church of Northern California-Nevada<br>West Sacramento, CA |
| 144 | Sacramento | California Cattlemens Association<br>Sacramento, CA |
| 145 | Sacramento | RedRover<br>Sacramento, CA |
| 146 | Sacramento | California Farm Bureau Federation (CFBF)<br>Sacramento, CA |
| 147 | Sacramento | Agricultural Council of California<br>Sacramento, CA |
| 148 | Sacramento | Community Alliance with Family Farmers<br>Davis, CA |
| 149 | Sacramento | Capital Region SBDC, Sacramento SBDC<br>Sacramento, CA |
| 150 | Sacramento | American Red Cross, Gold Country Region<br>Sierra-Delta Chapter<br>Sacramento, CA |
| 151 | Sacramento | Iron Workers Local 118 Main Office<br>Sacramento, CA |
| 152 | Sacramento | IBEW Local 340<br>Sacramento, CA |
| 153 | Sacramento | Communications Workers of America<br>Disaster Relief Assistance<br>Sacramento, CA |
| 154 | Sacramento | SEIU California Disaster Relief Fund<br>Sacramento Headquarters<br>Sacramento, CA |
| 155 | Sacramento | California Fire Foundation<br>Sacramento, CA |
| 156 | Sacramento | CDF Firefighters Benevolent Foundation<br>Sacramento, CA |
| 157 | Sacramento | Legal Services of Northern California<br>Sacramento, CA |
| 158 | San Francisco | Jewish Family and Children's Services<br>San Francisco, CA |
| 159 | San Francisco | Non-Profit Housing Association of Northern California |
| 160 | San Francisco | San Francisco SBDC<br>San Francisco, CA |



Case: 19-30088 Doc# 4688-14 Filed: 11/12/19 Entered: 11/12/19 16:05:12 Page 8 of 13

| | COUNTY | ORGANIZATION |
|---|---|---|
| 161 | San Francisco | Tipping Point Community Emergency Relief Fund<br>San Francisco, CA |
| 162 | San Joaquin | Northern California Jr. Rodeo association<br>Oakdale, CA |
| 163 | San Joaquin | San Joaquin Delta College SBDC<br>Stockton, CA |
| 164 | San Joaquin | American Red Cross, Gold Country Region<br>Stockton Volunteer Center<br>Stockton, CA |
| 165 | San Jose | California School Employees Association<br>Dorothy Bjork Assistance Fund<br>San Jose, CA |
| 166 | San Luis Obispo | Independent Grape Growers of the Paso Robles Area<br>Paso Robles, CA |
| 167 | San Luis Obispo | Paso Robles Wine Country Alliance<br>Paso Robles, CA |
| 168 | San Mateo | Jewish Family and Children's Services<br>Eleanor Haas Koshland Center<br>San Mateo, CA |
| 169 | San Mateo | San Mateo SBDC<br>San Mateo, CA |
| 170 | San Mateo | California Teachers Association<br>Burlingame, CA |
| 171 | San Mateo | CTA Disaster Relief Fund<br>Burlingame, CA |
| 172 | Santa Barbara | Direct Relief<br>Santa Barbara, CA |
| 173 | Santa Clara | Hispanic Satellite SBDC |
| 174 | Santa Cruz | Santa Cruz SBDC |
| 175 | Shasta | Shasta Cascade SBDC<br>Redding CA |
| 176 | Shasta | American Red Cross, Gold Country Region<br>Redding, CA |
| 177 | Shasta | Salvation Army<br>Redding, CA |
| 178 | Shasta | Shasta County & City of Redding<br>Carr Fire Recovery<br>Redding, CA |



Case: 19-30088 Doc# 4688-14 Filed: 11/12/19 Entered: 11/12/19 16:05:12 Page 9 of 13

| | COUNTY | ORGANIZATION |
|---|---|---|
| 179 | Shasta | Shasta Youth Alliance<br>REDDING, CA |
| 180 | Shasta | United Way of Northern California<br>Redding, CA |
| 181 | Shasta | Shasta Community Disaster Relief Fund<br>Redding, CA |
| 182 | Siskiyou | Siskyou Economic Development<br>Yreka, CA |
| 183 | Solano | Suisun Valley Vintners & Growers Association<br>Fairfield, CA |
| 184 | Solano | Solano SBDC<br>Fairfield, CA |
| 185 | Solano | Solano County Office of Education<br>Fairfield, CA |
| 186 | Sonoma | Catholic Charities Santa Rosa<br>Santa Rosa, CA |
| 187 | Sonoma | Catholic Charities Santa Rosa, Caritas Village<br>Santa Rosa, CA |
| 188 | Sonoma | Jewish Family and Children's Services<br>Santa Rosa, CA |
| 189 | Sonoma | Sonoma County Wine/Grape Commission<br>Santa Rosa, CA |
| 190 | Sonoma | Sonoma County Vintners<br>Santa Rosa, CA |
| 191 | Sonoma | Sonoma Valley Vintners and Growers Alliance<br>Sonoma, CA |
| 192 | Sonoma | Alexander Valley Winegrowers<br>Healdsburg, CA |
| 193 | Sonoma | Carneros Wine Alliance<br>Vineburg, CA |
| 194 | Sonoma | Petaluma Gap Winegrowers Alliance<br>Petaluma, CA |
| 195 | Sonoma | Wine Road of Northern Sonoma County<br>Healdsburg, CA |
| 196 | Sonoma | Community Foundation Sonoma County<br>Santa Rosa, CA |
| 197 | Sonoma | Becoming Independent<br>Santa Rosa, CA |
| 198 | Sonoma | Redwood Community Health Coalition<br>Petaluma, CA |
| 199 | Sonoma | Burbank Housing<br>Santa Rosa, CA |



Case: 19-30088 Doc# 4688-14 Filed: 11/12/19 Entered: 11/12/19 16:05:12 Page 10 of 13

| | COUNTY | ORGANIZATION |
|---|---|---|
| 200 | Sonoma | La Luz Center<br>Sonoma, CA |
| 201 | Sonoma | El Verano Family Resource Center<br>El Verano, CA |
| 202 | Sonoma | Valley Oak Homes<br>Sonoma, CA |
| 203 | Sonoma | Sonoma Valley Community Health Center<br>Sonoma, CA |
| 204 | Sonoma | Santa Rosa Community Health<br>Santa Rosa, CA |
| 205 | Sonoma | COTS<br>Petaluma, CA |
| 206 | Sonoma | HANNA INSTITUTE<br>Sonoma, CA |
| 207 | Sonoma | Healthcare Foundation Northern Sonoma County<br>Wildfire Survivor Mental Health Collaborative<br>Healdsburg, CA |
| 208 | Sonoma | National Alliance on Mental Illness<br>Sonoma County (NAMI) |
| 209 | Sonoma | Sonoma County Rises<br>Santa Rosa, CA |
| 210 | Sonoma | KBBF<br>Santa Rosa, CA |
| 211 | Sonoma | West County Community Services<br>Guerneville, CA |
| 212 | Sonoma | Northern California Public Media<br>Rohnert Park, CA |
| 213 | Sonoma | Sonoma County Secure Families Fund<br>Santa Rosa, CA |
| 214 | Sonoma | Sonoma County Office of Education<br>Santa Rosa, CA |
| 215 | Sonoma | Legal Aid of Sonoma County<br>Santa Rosa, CA |
| 216 | Sonoma | My Sonoma Strong |
| 217 | Stanislaus | American Red Cross, Gold Country Region<br>Modesto, CA |
| 218 | Stanislaus | California Farmers Union<br>Turlock, CA |
| 219 | Statewide | VCA Inc. (Corporate Headquarters)<br>Los Angeles, CA |



Case: 19-30088 Doc# 4688-14 Filed: 11/12/19 Entered: 11/12/19 16:05:12 Page 11 of 13

| | COUNTY | ORGANIZATION |
|---|---|---|
| 220 | Statewide | Calpaca<br>Penn Valley, CA |
| 221 | Statewide | California High School Rodeo Association<br>Arroyo Grande CA |
| 222 | Statewide | California Cowboy's Pro Rodeo Association<br>Cottonwood, CA |
| 223 | Statewide | California Jr. Cowboy's Rodeo Association |
| 224 | Statewide | California Association of Realtors<br>Los Angeles, CA |
| 225 | Statewide | CalFire HQ<br>Sacramento, CA |
| 226 | Statewide | California Governor's Office of Emergency Services<br>Mather, CA |
| 227 | Statewide | Cal OES Recovery Office<br>Mather, CA |
| 228 | Statewide | California Labor Federation<br>Oakland, CA |
| 229 | Statewide | CalFund.org |
| 230 | Sutter | Adventure Church of Yuba City<br>Yuba City, CA |
| 231 | Sutter | First Reformed Church of Yuba City<br>Yuba City, CA |
| 232 | Sutter | Gurdwara Sahib Yuba City<br>Yuba City, CA |
| 233 | Sutter | St. Isidore Catholic Church<br>Yuba City, CA |
| 234 | Sutter | Cornerstone Church<br>Yuba City, CA |
| 235 | Sutter | Calvary Chapel Yuba City<br>Yuba City, CA |
| 236 | Sutter | First Lutheran Church Yuba City<br>Yuba City, CA |
| 237 | Sutter | American Red Cross, Gold Country Region<br>Northeastern California Chapter<br>Yuba City, CA |
| 238 | Tehama | Salvation Army - Red Bluff<br>Red Bluff, CA |
| 239 | Various | Northern California Board of Rabbis<br>San Francisco, CA |
| 240 | Various | VCA Charities |



Case: 19-30088 Doc# 4688-14 Filed: 11/12/19 Entered: 11/12/19 16:05:12 Page 12 of 13

| | COUNTY | ORGANIZATION |
|---|---|---|
| 241 | Yolo | Baptist Chuches of Northern California<br>Woodland, CA |
| 242 | Yolo | Clarksburg Wine Growers & Vintners Association<br>Clarksburg, CA |
| 243 | Yuba | Fallen Oak Llamas<br>Oregon House, CA |
| 244 | Yuba | Yuba County Disaster Recovery Center<br>Marysville, CA |
| 245 | Yuba | Salvation Army - Yuba/Sutter<br>Yuba City, CA |
| 246 | Yuba | Yuba County Office Of Education<br>Marysville, CA |



Case: 19-30088 Doc# 4688-14 Filed: 11/12/19 Entered: 11/12/19 16:05:12 Page 13 of 13