# Exhibit A - Index of Recorded Liens and Partial Releases

| Ref. no. | Ex. B. pp. | Job no(s). | County | Lien information | | | Partial release information | | | Against | Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Recorded | No. | Amount | Recorded | No. | Amount | | |
| 1 | 2–5 | 21-17-433-008 | Butte | 9/3/2019 | 2019-0039141 | $58,671.75 | | | | Pac. Gas & Elec. Co. | $58,671.75 |
| 2 | 6–11 | 21-17-433-001 | Shasta | 9/4/2019 | 2019-0025793 | $79,443.59 | 10/24/2019 | 2019-0031733 | $70,685.30 | Pac. Gas & Elec. Co. | $8,758.29 |
| 3 | 12–17 | 21-17-441-002 | Butte | 9/3/2019 | 2019-0039145 | $120,235.17 | 10/25/2019 | 2019-0047119 | $22,501.29 | Pac. Gas & Elec. Co. | $97,733.88 |
| 4 | 18–23 | 21-17-434-001 | El Dorado | 9/3/2019 | 20190036425 | $165,729.39 | 11/1/2019 | 20190046765 | Full | Pac. Gas & Elec. Co. | $0.00 |
| 5 | 24–27 | 21-18-380 | San Francisco | 9/13/2019 | 2019K831171 | $53,826.05 | | | | Pac. Gas & Elec. Co. | $53,826.05 |
| 6 | 28–31 | 21-17-445 | Merced | 9/13/2019 | 2019029086 | $684,464.15 | | | | Pac. Gas & Elec. Co. | $684,464.15 |
| 7 | 32–35 | 21-18-393 | Yuba | 9/24/2019 | 2019-012615 | $49,021.54 | | | | Pac. Gas & Elec. Co. | $49,021.54 |
| 8 | 36–39 | 21-17-431-006 | Tuolumne | 10/1/2019 | 2019010431 | $259,186.00 | | | | Pac. Gas & Elec. Co. | $259,186.00 |
| | | | | | | | | | | Total: | $1,211,661.66 |