WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:     (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br>    - and – <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br>                    **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered <br><br> **CERTIFICATE OF NO OBJECTION REGARDING SEVENTH MONTHLY FEE STATEMENT OF WEIL, GOTSHAL & MANGES LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 1, 2019 THROUGH AUGUST 31, 2019** <br><br> [Re: Dkt. No: 4325] <br><br> **Objection Deadline**: November 12, 2019 <br> 4:00 p.m. (Pacific Time) |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

On October 20, 2019, Weil, Gotshal & Manges LLP ("**Weil**" or the "**Applicant**"), attorneys for PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), filed its *Seventh Monthly Fee Statement of Weil, Gotshal & Manges LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of August 1, 2019 through August 31, 2019* [Dkt. No. 4325] (the "**Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered on February 27, 2019 [Dkt. No. 701] (the "**Interim Compensation Procedures Order**").

The Monthly Fee Statement was served as described in the Certificate of Service of Andrew G. Vignali filed on October 24, 2019 [Dkt. No. 4470]. The deadline to file responses or oppositions to the Monthly Fee Statement was November 12, 2019, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am counsel to the firm of Weil, Gotshal & Manges LLP, attorneys for the Debtors.
2. I certify that I have reviewed the Court's docket in these Chapter 11 Cases and have not received any response or opposition to the Monthly Fee Statement.
3. This declaration was executed in New York, New York.

Dated: November 13, 2019

**WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP**

By:   /s/ *Matthew P. Goren*
      Matthew P. Goren (*pro hac vice*)

*Attorneys for Debtors and Debtors in Possession*

# Exhibit A

**Monthly Fee Statement – Professional Fees and Expenses**

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid Pursuant to Interim Comp. Order (80%) | Amount of Expenses Authorized to be Paid Pursuant to Interim Comp. Order (100%) | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Weil, Gotshal & Manges LLP | 08/01/19 – 08/31/19<br><br>10/20/19<br><br>[Dkt. No. 4325] | $2,578,149.25 | $77,426.71 | 11/12/2019 | $2,062,519.40 | $77,426.71 | $515,629.85 |

Notice Parties

PG&E Corporation
c/o Pacific Gas & Electric Company
Attn: Janet Loduca, Esq.
77 Beale Street
San Francisco, CA 94105

Keller & Benvenutti LLP
Attn: Tobias S. Keller, Esq.
 Jane Kim, Esq
650 California Street, Suite 1900
San Francisco, CA 94108

The Office of the United States Trustee for Region 17
Attn: James L. Snyder, Esq.
 Timothy Laffredi, Esq.);
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

Milbank LLP
Attn: Dennis F. Dunne, Esq.
 Sam A. Khalil, Esq.
55 Hudson Yards
New York, NY 10001-2163

Milbank LLP
Attn: Paul S. Aronzon, Esq.,
 Gregory A. Bray, Esq.,
 Thomas R. Kreller, Esq.
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

Baker & Hostetler LLP
Attn: Eric Sagerman, Esq. and
 Cecily Dumas, Esq.
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509

Bruce A. Markell Fee Examiner
541 N. Fairbanks Ct., Ste 2200
Chicago, IL 60611-3710

Scott H. McNutt
324 Warren Road
San Mateo, California 94402
Telephone: (415) 760-5601
Attorney for Fee Examiner

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119