| | |
|---|---|
| 1 | TROUTMAN SANDERS LLP |
| 2 | Hugh M. McDonald (admitted *pro hac vice*) |
|   | Jonathan D. Forstot (admitted *pro hac vice*) |
| 3 | 875 Third Avenue |
|   | New York, NY  10022 |
| 4 | Telephone: (212) 704-6000 |
|   | Facsimile: (212) 704-6288 |
| 5 | hugh.mcdonald@troutman.com |
|   | jonathan.forstot@troutman.com |
| 6 | TROUTMAN SANDERS LLP |
| 7 | Marcus T. Hall, Bar No. 206495 |
|   | Katharine L. Malone, Bar No. 290884 |
| 8 | 3 Embarcadero Center, Suite 800 |
|   | San Francisco, CA  94111 |
| 9 | Telephone: (415) 477-5700 |
|   | Facsimile (415) 477-5710 |
| 10 | marcus.hall@troutman.com |
|    | katharine.malone@troutman.com |

*Attorneys for Consolidated Edison Development, Inc.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 (Lead Case) (Jointly Administered) |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| Debtors. | **CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation | |
| ☒ Affects Pacific Gas and Electric Company | Re:     Docket No. 4625 |
| ☐ Affects both Debtors | |
| * *All papers shall be filed in the Lead, Case, No. 19-30088 (DM).* | |

I, John C. Murphy, declare and state as follows:

1. I am employed at Troutman Sanders LLP. I am over the age of 18 years and not a party to this action. My business address is 875 Third Avenue, New York, New York 10022.

2. I certify that, on November 8, 2019, I caused true and correct copies of *Consolidated Edison Development Inc.'s Reservation of Rights Regarding Postpetition Interest on Unsecured Claims* [Dkt. No. 4625] (the "Reservation of Rights") to be served electronically on the parties as set forth on **Exhibit A**.

3. I further certify that, on November 8, 2019, I caused true and correct copies of the Reservation of Rights to be served via overnight courier on the parties set forth on **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 13, 2019 at New York, New York.

                                             */s/ John C. Murphy*
                                             John C. Murphy

TROUTMAN SANDERS LLP
875 THIRD AVENUE
NEW YORK, NY 10022

# Exhibit A

Weil, Gotshal & Manges LLP

| | |
|---|---|
| Stephen Karotkin | stephen.karotkin@weil.com |
| Jessica Liou | jessica.liou@weil.com |
| Matthew Goren | matthew.goren@weil.com |

Keller & Benvenutti LLP

| | |
|---|---|
| Tobias S. Keller | tkeller@kellerbenvenutti.com |
| Jane Kim | jkim@kellerbenvenutti.com |

Stroock & Stroock & Lavan LLP

| | |
|---|---|
| Kristopher M. Hansen | khansen@stroock.com |
| Erez E. Gilad | egilad@stroock.com |
| Matthew G. Garofalo | mgarafalo@stroock.com |
| Frank A. Merola | fmerola@stroock.com |
| David W. Moon | dmoon@stroock.com |
| Mark A. Speiser | mspeiser@stroock.com |
| Kenneth Pasquale | kpasquale@stroock.com |
| Sherry J. Millman | smillman@stroock.com |
| Harold A. Olsen | holsen@stroock.com |

Davis Polk & Wardwell LLP

| | |
|---|---|
| Eli J. Vonnegut | eli.vonnegut@davispolk.com |
| David Schiff | david.schiff@davispolk.com |
| Timothy Graulich | timothy.graulich@davisplk.com |
| Andrew D. Yaphe | andrew.yaphe@davispolk.com |

Paul, Weiss, Rifkind Wharton & Garrison LLP

| | |
|---|---|
| Alan W. Kornberg | akornberg@paulweiss.com |
| Brian S. Hermann | bhermann@paulweiss.com |
| Walter R. Rieman | wrieman@paulweiss.com |
| Sean A. Mitchell | smitchell@paulweiss.com |
| Neal P. Donnelly | ndonnelly@paulweiss.com |

Office of the United States Trustee

| | |
|---|---|
| James L. Snyder | james.l.snyder@usdoj.gov |
| Timothy Laffredi | timothy.s.laffredi@usdoj.gov |
| Marta Villacorta | marta.villacorta@usdoj.gov |

United States Department of Justice

| | |
|---|---|
| Danielle A. Pham | danielle.pham@usdoj.gov |

TROUTMAN SANDERS LLP
875 THIRD AVENUE
NEW YORK, NY 10022

Milbank LLP

| | |
|---|---|
| Dennis F. Dunne | ddunne@milbank.com |
| Samuel A. Khalil | skhalil@milbank.com |
| Paul S. Aronzon | paronzon@milbank.com |
| Gregory A. Bray | gbray@milbank.com |
| Thomas R. Kreller | tkreller@milbank.com |

Baker & Hostetler LLP

| | |
|---|---|
| Eric E. Sagerman | esagerman@bakerlaw.com |
| Lauren T. Attard | lattard@bakerlaw.com |
| Robert A. Julian | rjulian@bkerlaw.com |
| Cecily A. Dumas | cdumas@bakerlaw.com |

DLA Piper

| | |
|---|---|
| David Riley | david.riley@dlapiper.com |
| Eric Goldberg | eric.goldberg@dlapiper.com |

Jones Day

| | |
|---|---|
| Bruce S. Bennett | bbennet@jonesday.com |
| Joshua M. Mester | jmester@jonesday.com |
| James O. Johnston | jjohnston@jones.com |

Akin Gump Strauss Hauer & Feld LLP

| | |
|---|---|
| David P. Simonds | dsimonds@akingump.com |
| Michael S. Stamer | mstamer@akingump.com |
| Ira S. Dizengoff | idizengoff@akingump.com |
| David H. Botter | dbotter@akingump.com |
| Ashley Vinson Crawford | avcrawford@akingump.com |

Arent Fox LLP

| | |
|---|---|
| Andrew I. Silfen | andrew.silfen@arentfox.com |
| Beth M. Brownstein | beth.brownstein@arentfox.com |
| Jordana L. Renert | jordana.renert@arentfox.com |
| Aram Ordubegian | aram.ordubegian@arentfox.com |

Frederic Dorwart Lawyers PLLC

| | |
|---|---|
| Samuel S. Ory | sory@fdlaw.com |

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| David M. Feldman | dfeldman@gibsondunn.com |
| Matthew K. Kelsey | mkelsey@gibsondunn.com |
| Matthew D. McGill | mmcgill@gibsondunn.com |
| Michael S. Neumeister | mneumeister@gibsondunn.com |
| Michelle Choi | mchoi@gibsondunn.com |

Pillsbury Winthrop Shaw Pittman LLP

Leo T. Crowley     leo.crowley@pillsburylaw.com

Schulte Roth & Zabel LLP

| | |
|---|---|
| Adam C. Harris | adam.harris@srz.com |
| James T. Bentley | james.bentley@srz.com |
| Kelly (Bucky) Knight | kelly.knight@srz.com |

Bienert Katzman PC

David M. Guess     dguess@bienertkatzman.com

TROUTMAN SANDERS LLP
875 THIRD AVENUE
NEW YORK, NY 10022

**Exhibit B**

The Honorable Dennis J. Montali
United States Bankruptcy Court
450 Golden Gate Avenue
San Francisco, CA 94102


Office of the United States Trustee
450 Golden Gate Avenue
5th Floor, Suite #05-0153
San Francisco, CA 94102

Attn:   James Snyder, Esq.
        Timothy Laffredi, Esq.


The Debtors
 c/o PG&E Corporation and Pacific Gas and Electric Company
PO Box 770000
77 Beale Street
San Francisco, CA 94105

Attn:   Janet Loduce, Esq.


U.S. Nuclear Regulatory Commission
Washington, DC 20555-00001

Attn:   General Counsel