**Entered on Docket**
**November 13, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: November 12, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271
Email: kdiemer@diemerwei.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)
Daniel I. Forman (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
       jminias@willkie.com
       bmccallen@willkie.com
       dforman@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>              Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankr. Case No. 19-30088 (DM)<br>Chapter 11<br>(Jointly Administered)<br><br>**ORDER GRANTING AD HOC GROUP OF SUBROGATION CLAIM HOLDERS' MOTION PURSUANT TO 11 U.S.C. §§ 105(A) AND 107(B) AND FED. R. BANKR. P. 9018 FOR ENTRY OF AN ORDER AUTHORIZING THE FILING OF CERTAIN DOCUMENTS UNDER SEAL**<br><br>**[No Hearing Requested]** |

The Court having considered the *Ad Hoc Group of Subrogation Claim Holders' Motion Pursuant to 11 U.S.C.§§ 105(a) and 107(b) and Fed. R. Bankr. P. 9018 for Entry of an Order Authorizing the Filing of Certain Documents Under Seal* (the "**Motion**"), filed on November 11, 2019 by the Ad Hoc Group of Subrogation Claim Holders (the "**Ad Hoc Subrogation Group**") in the jointly administered chapter 11 cases of the above-captioned debtors in possession,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Ad Hoc Subrogation Group is authorized to file the Model Release Attachments, as defined in the Motion, under seal pursuant to sections 105(a) and 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018.

3. The Model Release Attachments are confidential, shall remain under seal, and shall not be made available to anyone without the consent of the Debtors, except that copies of the Model Release Attachments shall be provided to (i) the Debtors; (ii) the Court, (iii) the U.S. Trustee, (iv) counsel to the Official Committee of Unsecured Creditors, the Official Committee of Tort Claimants, and any other official committee established pursuant to section 1102 of the Bankruptcy Code, (v) counsel to the objectors to the RSA Approval Motion, as defined in the Motion, and (vi) any other parties that have endorsed the Protective Order, as defined in the Motion, and have requested a copy of the Model Release Attachments, on a confidential and professional eyes only basis.

4. Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of the Bankruptcy Local Rules are satisfied by such notice.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

\*\*END OF ORDER\*\*