

HOLLAND & KNIGHT LLP
Thomas D. Leland (Pro Hac)
Leah E. Capritta (Pro Hac)
1801 California Street, Suite 5000
Denver, Colorado 80202
Telephone: (303) 974-6660
Fax: (303) 974-6659
Email: thomas.leland@hklaw.com
leah.capritta@hklaw.com

HOLLAND & KNIGHT LLP
Vince Farhat (SBN 183794)
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400
Facsimile: (213) 896-2450
Email: vince.farhat@hklaw.com

Attorneys for Plaintiff
TIGER NATURAL GAS, INC.

Signed and Filed: November 12, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>   -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>   Debtors.<br><br>☐ Affects PG&E Corporation<br>■ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | CASE NO. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING TIGER NATURAL GAS, INC.'S ADMINISTRATIVE MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL**<br><br>[NO HEARING REQUIRED] |

#71414356_v2

1

This matter came before the Court on Tiger Natural Gas, Inc.'s ("Tiger") Motion to File Certain Documents Under Seal (the "Motion"). The Court having considered the Motion, the declaration filed in support, any response and reply briefing, its files and records herein, and being fully advised,

IT IS HEREBY ORDERED, DECREED, AND ADJUDGED that the Motion is GRANTED; and

IT IS HEREBY FURTHER ORDERED, DECREED, AND ADJUDGED that Tiger is authorized to file the excerpts from the documents listed below under seal pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018 in connection with its Reply in Support of Motion for Relief from Automatic Stay:

    a) Deposition Transcript of Michael Quinn, Ph.D, dated September 29, 2017; and

    b) Deposition Transcript of Daniel W. Ray, dated October 4, 2017.

IT IS HEREBY FURTHER ORDERED, DECREED, AND ADJUDGED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

IT IS HEREBY FURTHER ORDERED, DECREED, AND ADJUDGED that notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of the Bankruptcy Local Rules are satisfied by such notice.

**\*\*End of Order\*\***