

Signed and Filed: November 12, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
JOSEPH H. HUNT
Assistant Attorney General
RUTH A. HARVEY
Director
KIRK MANHARDT
Deputy Director
MATTHEW J. TROY (GABN 717258)
Senior Trial Counsel
DANIELLE A. PHAM (CABN 269915)
Trial Attorney
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875
Telephone: (202) 514-7451
E-mail: danielle.pham@usdoj.gov

DAVID L. ANDERSON (CABN 149604)
United States Attorney
ROBIN M. WALL (CABN 235690)
Assistant United States Attorney

Attorneys for the United States of America

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER ADDING THE UNITED STATES OF AMERICA AS PARTIES TO CONFIDENTIALITY AND PROTECTIVE ORDER [DOCKET NO. 3405] AS MODIFIED HEREIN**<br><br>[No hearing requested] |

The Court having considered the *Stipulation and Agreement for Order Adding the United States of America as Parties to Confidentiality and Protective Order as Modified* ("**Stipulation and Agreement for Order**") entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and the United States of America, on behalf of the United States Department of Agriculture, United States Forest Service; the United States Department of the Interior, Bureau of Land Management, Bureau of Indian Affairs, Fish and Wildlife Service, and the National Park Service; the Small Business Administration, and the Department of Homeland Security, Federal Emergency Management Agency (together, the "**U.S. Agencies**"), on the other hand, filed on November __, 2019; and good cause appearing,

IT IS HEREBY ORDERED:

1. The U.S. Agencies shall be parties to the Confidentiality and Protective Order entered by the United States Bankruptcy Court for the Northern District of California on August 7, 2019 in *In re PG&E Corp., et al.*, Case No. 3:19-bk-30088 at Docket No. 3405 (the "**Order**"), as modified herein.

2. The Order is modified as follows.

   A. <u>Treatment of Protected Material by the United States</u>. Nothing in the Order supersedes the U.S. Agencies' law enforcement, national security, or regulatory obligations regarding the disclosure of information required by applicable federal law.

   B. <u>Freedom of Information Act Requests</u>. The provisions of paragraph 8 of the Order shall apply to requests made to the U.S. Agencies pursuant to the Freedom of Information Act, 5 U.S.C. § 552, et seq.

   C. <u>Congressional Requests</u>. The Order shall not prevent or limit the U.S. Agencies' ability to provide Protected Material to the United States Congress pursuant to a Congressional request. The United States will use reasonable efforts to notify the Designating Party of such request if, and only if, the requesting Congressional party does not object to such notification.

APPROVED AS TO FORM AND CONTENT:

Dated: November 12, 2019

KELLER & BENVENUTTI LLP

_/s/ Jane Kim_
Jane Kim

*Attorneys for Debtors
and Debtors in Possession*

***END OF ORDER***