**Entered on Docket**
**November 13, 2019**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



1  AKIN GUMP STRAUSS HAUER & FELD LLP

**Signed and Filed: November 12, 2019**

2  Joseph Sorkin
   One Bryant Park
3  New York, NY 10036
   Telephone:    (212) 872-1000
4  Facsimile:    (212) 872-1002
   Email:        jsorkin@akingump.com

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

5

6  *Counsel to the Ad Hoc Committee of Senior Unsecured*
   *Noteholders of Pacific Gas and Electric Company*

7

8                **UNITED STATES BANKRUPTCY COURT**
9                **NORTHERN DISTRICT OF CALIFORNIA**
                 **SAN FRANCISCO DIVISION**
10

11 | **In re:** | Bankruptcy Case No. 19-30088 (DM) |

12 | **PG&E CORPORATION,** | Chapter 11 |

13 |     **-and-** | (Lead Case) |

14 | **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |

15

16 |                           **Debtors,** | **ORDER GRANTING APPLICATION** |
                                           | **FOR ADMISSION OF JOSEPH** |
17 | ☐ Affects PG&E Corporation | **SORKIN** *PRO HAC VICE* |

18 | ☐ Affects Pacific Gas and Electric Company |

19 | ☒ Affects both Debtors |

20 | *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* |

21

22

23         Joseph Sorkin, whose business address and telephone number is

24 **AKIN GUMP STRAUSS HAUER & FELD LLP**
   Joseph Sorkin
25 One Bryant Park
   New York, NY 10036
26 Telephone: (212) 872-1000
   Facsimile: (212) 872-1002
27 Email: jsorkin@akingump.com

28

1  Is an active member in good standing for the bar of the United States District Court for the Southern

2  District of New York, having applied in the above-entitled action for admission to practice in the

3  Northern District of California on a *pro hac vice* basis, representing the Ad Hoc Committee of Senior

4  Unsecured Noteholders of Pacific Gas and Electric Company.

5

6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

7  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*.

8  Service of papers upon and communication with co-counsel designated in the application will

9  constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy

10  Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court

11  for the Northern District of California.

12  ** END OF ORDER**

13

14

15

16

`17

18

19

20

21

22

23

24

25

26

27

28