Entered on Docket
November 13, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: November 12, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

| | |
|---|---|
| 1 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 2 | Christopher Gessner |
| | One Bryant Park |
| 3 | New York, NY 10036 |
| | Telephone: (212) 872-1000 |
| 4 | Facsimile: (212) 872-1002 |
| | Email: cgessner@akingump.com |

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors,** | **ORDER GRANTING APPLICATION FOR ADMISSION OF CHRISTOPHER GESSNER *PRO HAC VICE*** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

Christopher Gessner, whose business address and telephone number is

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Christopher Gessner
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: cgessner@akingump.com

Is an active member in good standing for the bar of the United States District Court for the Southern District of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

** END OF ORDER**