**Entered on Docket**
**November 13, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: November 12, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  AKIN GUMP STRAUSS HAUER & FELD LLP
2  Sean Nolan
   One Bryant Park
3  New York, NY 10036
   Telephone:  (212) 872-1000
4  Facsimile:  (212) 872-1002
   Email:      snolan@akingump.com

6  *Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
|    -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors,** | **ORDER GRANTING APPLICATION FOR ADMISSION OF SEAN NOLAN *PRO HAC VICE*** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

Sean Nolan, whose business address and telephone number is

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Sean Nolan
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: snolan@akingump.com

| | |
|---|---|
| 1 | Is an active member in good standing for the bar of the State of New York, having applied in the |
| 2 | above-entitled action for admission to practice in the Northern District of California on a *pro hac* |
| 3 | *vice* basis, representing the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and |
| 4 | Electric Company. |
| 5 | |
| 6 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and |
| 7 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. |
| 8 | Service of papers upon and communication with co-counsel designated in the application will |
| 9 | constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy |
| 10 | Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court |
| 11 | for the Northern District of California. |
| 12 | ** END OF ORDER** |