| | |
|---|---|
| 1 | UNITED STATES DEPARTMENT OF JUSTICE |
| | CIVIL DIVISION |
| 2 | JOSEPH H. HUNT |
| | Assistant Attorney General |
| 3 | RUTH A. HARVEY |
| | Director |
| 4 | KIRK MANHARDT |
| | Deputy Director |
| 5 | MATTHEW J. TROY (GABN 717258) |
| | Senior Trial Counsel |
| 6 | DANIELLE A. PHAM (CABN 269915) |
| | Trial Attorney |
| 7 | P.O. Box 875 |
| | Ben Franklin Station |
| 8 | Washington, DC 20044-0875 |
| | Telephone: (202) 514-7451 |
| 9 | E-mail: danielle.pham@usdoj.gov |
| 10 | DAVID L. ANDERSON (CABN 149604) |
| | United States Attorney |
| 11 | ROBIN M. WALL (CABN 235690) |
| | Assistant United States Attorney |
| 12 | |
| | Attorneys for the United States of America |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy Case |
| **PG&E CORPORATION** | ) No. 19-30088 (DM) |
| | ) |
| - and - | ) Chapter 11 |
| | ) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | ) (Lead Case) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **CERTIFICATE OF SERVICE** |
| | ) |
| ☐ Affects PG&E Corporation | ) |
| ☐ Affects Pacific Gas and Electric Company | ) |
| ■ Affects both Debtors | ) |
| | ) |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | ) |

I, Danielle A. Pham, declare that I am employed in the District of Columbia. I am over the age of 18 years and not a party to this action. My business address is 1100 L St NW, Washington, DC 20005.

On November 12, 2019, I filed the *Stipulation and Agreement for Order Adding the United States of America as Parties to Confidentiality and Protection Order [Docket No. 3405] As Modified Herein* ("Stipulation"), Docket No. 4673, on the Court's CM/ECF system, which served copies on all registered filers who have consented to electronic service, pursuant to Local Bankruptcy Rule 9013-3(c).

In addition, on November 12, 2019, a paper copy of the Stipulation, marked "Chambers Copy," was hand delivered to the following address:

> Hon. Dennis Montali – Chambers Copies
> U.S. Bankruptcy Judge
> Mail Box 36099
> 450 Golden Gate Ave.
> San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2019 in Washington, DC.

/s/ Danielle A. Pham
Danielle A. Pham
U.S. Department of Justice
CA Bar No. 269915