Signed and Filed: November 13, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

---

1  **DIEMER & WEI, LLP**
   Kathryn S. Diemer (#133977)
   100 West San Fernando Street, Suite 555
   San Jose, CA 95113
   Telephone: 408-971-6270
   Facsimile: 408-971-6271
   Email: kdiemer@diemerwei.com

   **WILLKIE FARR & GALLAGHER LLP**
   Matthew A. Feldman (admitted *pro hac vice*)
   Joseph G. Minias (admitted *pro hac vice*)
   Charles D. Cording (admitted *pro hac vice*)
   787 Seventh Avenue
   New York, NY 10019-6099
   Telephone: (212) 728-8000
   Facsimile: (212) 728-8111
   Email: mfeldman@willkie.com
          jminias@willkie.com
          ccording@willkie.com

   *Counsel for Ad Hoc Group of Subrogation Claim Holders*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 DM<br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF CHARLES D. CORDING *PRO HAC VICE*** |

| | |
|---|---|
| 1 | Charles D. Cording, whose business address and telephone number is |
| 2 | **WILLKIE FARR & GALLAGHER LLP** |

Charles D. Cording
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: ccording@willkie.com

Is an active member in good standing of the bar of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Ad Hoc Group of Subrogation Claim Holders.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

** END OF ORDER **