**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>     - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                 **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**COVER SHEET FOR CERTIFICATES OF SERVICE REGARDING DEBTORS' SECOND MOTION PURSUANT TO FED. R. BANKR. P. 9006(b) AND 9027 ENLARGING THE TIME WITHIN WHICH TO FILE NOTICES OF REMOVAL OF RELATED PROCEEDINGS**<br><br>Re:     Dkt. No. 4481<br>Date:  November 19, 2019<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>           Courtroom 17, 16th Floor<br>           San Francisco, CA 94102 |

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case<br>No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| **- and -** | (Lead Case)<br>(Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **CERTIFICATE OF SERVICE** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case,*<br>*No. 19-30088 (DM).* | |

# STATE OF CALIFORNIA, CITY AND COUNTY OF LOS ANGELES

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State California, and am a member of the bar of the State of California. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is 355 S. GRAND AVENUE, SUITE 100, LOS ANGELES, CALIFORNIA 90071.

On October 29, 2019, I caused to be served the following documents:

- *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

☑ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

- Stephen P. Blake
  James Kreissman
  C/O Director Defendants (*Blackburn v. Meserve, et. al.*, Case No. 3:19-cv-00501-EJD (N.D. Cal.)
  Simpson Thacher & Bartlett LLP
  2475 Hanover Street
  Palo Alto, CA 94304

- Steve Scholes
  C/O Officer Defendants (*Blackburn v. Meserve, et. al.*, Case No. 3:19-cv-00501-EJD (N.D. Cal.)
  McDermott Will & Emory LLP
  444 West Lake Street
  Chicago, IL 60606

Dated: October 29, 2019

_____
Robert W. Perrin

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **CERTIFICATE OF SERVICE** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**STATE OF CALIFORNIA, CITY AND COUNTY OF LOS ANGELES**

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State California, and am a member of the bar of the State of California. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is 355 S. GRAND AVENUE, SUITE 100, LOS ANGELES, CALIFORNIA 90071.

On October 29, 2019, I caused to be served the following documents:

- *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

☑ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

- James Kreissman
  C/O Director Defendants (*Bowlinger v. Chew, et. al.*, Case No. CGC-18-572326 (S.F. Superior Court))
  Simpson Thacher & Bartlett LLP
  2475 Hanover Street
  Palo Alto, CA 94304

- Steven Scholes
  C/O Officer Defendants (*Bowlinger v. Chew, et. al.*, Case No. CGC-18-572326 (S.F. Superior Court))
  McDermott Will & Emory LLP
  444 West Lake Street
  Chicago, IL 60606

Dated: October 29, 2019

Robert W. Perrin

**2**

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>     **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>          **Debtors.**<br><br>☐Affects PG&E Corporation<br><br>☐Affects Pacific Gas and Electric Company<br><br>☒Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

**STATE OF CALIFORNIA, CITY AND COUNTY OF LOS ANGELES**

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State California, and am a member of the bar of the State of California. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is 355 S. GRAND AVENUE, SUITE 100, LOS ANGELES, CALIFORNIA 90071.

On October 29, 2019, I caused to be served the following documents:

- *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

☑ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

- James Kreissman
  C/O Director Defendants (*Hagberg v. Chew, et. al.*, Case No. CGC-19-573190 (S.F. Superior Court))
  Simpson Thacher & Bartlett LLP
  2475 Hanover Street
  Palo Alto, CA 94304

- Steven Scholes
  C/O Officer Defendants (*Hagberg v. Chew, et. al.*, Case No. CGC-19-573190 (S.F. Superior Court))
  McDermott Will & Emory LLP
  444 West Lake Street
  Chicago, IL 60606

Dated: October 29, 2019

_____
Robert W. Perrin

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**STATE OF CALIFORNIA, CITY AND COUNTY OF LOS ANGELES**

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State California, and am a member of the bar of the State of California. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is 355 S. GRAND AVENUE, SUITE 100, LOS ANGELES, CALIFORNIA 90071.

On October 29, 2019, I caused to be served the following documents:

- *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

☑ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

- James Kreissman
  C/O Director Defendants (*In re California North Bay Fire Derivative Litigation.*, Case No. CGC-17-562591 (S.F. Superior Court))
  Simpson Thacher & Bartlett LLP
  2475 Hanover Street
  Palo Alto, CA 94304

- Steven Scholes
  C/O Officer Defendants (*In re California North Bay Fire Derivative Litigation.*, Case No. CGC-17-562591 (S.F. Superior Court))
  McDermott Will & Emory LLP
  444 West Lake Street
  Chicago, IL 60606

Dated: October 29, 2019

_____

Robert W. Perrin

**2**

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>     **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

# STATE OF CALIFORNIA, CITY AND COUNTY OF LOS ANGELES

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State California, and am a member of the bar of the State of California. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is 355 S. GRAND AVENUE, SUITE 100, LOS ANGELES, CALIFORNIA 90071.

On October 29, 2019, I caused to be served the following documents:

- *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

☒ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

- Neil Potischman
  C/O Underwriter Defendants (*In re PG&E Corp. Sec. Litig.*, Case No. 5:18-cv-3509-EJD (N.D. Cal.)
  Davis Polk & Wardell LLP
  1600 El Camino Real
  Menlo Park, CA 94025

- Stephen P. Blake
  James Kreissman
  C/O Director Defendants (*In re PG&E Corp. Sec. Litig.*, Case No. 5:18-cv-3509-EJD (N.D. Cal.)
  Simpson Thacher & Bartlett LLP
  2475 Hanover Street
  Palo Alto, CA 94304

- Steve Scholes
  C/O Officer Defendants (*In re PG&E Corp. Sec. Litig.*, Case No. 5:18-cv-3509-EJD (N.D. Cal.)
  McDermott Will & Emory LLP
  444 West Lake Street
  Chicago, IL 60606

Dated: October 29, 2019

_____
Robert W. Perrin

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| **- and -** | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **CERTIFICATE OF SERVICE** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

## STATE OF CALIFORNIA, CITY AND COUNTY OF LOS ANGELES

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State California, and am a member of the bar of the State of California.  I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause.  My business address is 355 S. GRAND AVENUE, SUITE 100, LOS ANGELES, CALIFORNIA 90071.

On October 29, 2019, I caused to be served the following documents:

- *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

☒ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

- James Kreissman
  C/O Director Defendants (*Oklahoma Firefighters Pension and Retirement System v. Chew, et. al.*, Case No. 5:18-cv-04698-EJD (N.D. Cal.))
  Simpson Thacher & Bartlett LLP
  2475 Hanover Street
  Palo Alto, CA 94304

- Steven Scholes
  C/O Officer Defendants (*Oklahoma Firefighters Pension and Retirement System v. Chew, et. al.*, Case No. 5:18-cv-04698-EJD (N.D. Cal.)
  McDermott Will & Emory LLP
  444 West Lake Street
  Chicago, IL 60606

Dated:  October 29, 2019

_____
Robert W. Perrin

**2**

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **CERTIFICATE OF SERVICE** |
| **Debtors.** | |
| ☐Affects PG&E Corporation | |
| ☐Affects Pacific Gas and Electric Company | |
| ☒Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**STATE OF CALIFORNIA, CITY AND COUNTY OF LOS ANGELES**

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State California, and am a member of the bar of the State of California. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is 355 S. GRAND AVENUE, SUITE 100, LOS ANGELES, CALIFORNIA 90071.

On October 29, 2019, I caused to be served the following documents:

- *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

☒ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

- Stephen P. Blake
  James Kreissman
  C/O Director Defendants (*Williams v. Earley, et. al.*, Case No. 3:18-cv-07128-EJD (N.D. Cal.)
  Simpson Thacher & Bartlett LLP
  2475 Hanover Street
  Palo Alto, CA 94304

- Steve Scholes
  C/O Officer Defendants (*Williams v. Earley, et. al.*, Case No. 3:18-cv-07128-EJD (N.D. Cal.)
  McDermott Will & Emory LLP
  444 West Lake Street
  Chicago, IL 60606

Dated: October 29, 2019

_____
Robert W. Perrin

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| **- and -** | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **CERTIFICATE OF SERVICE** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State California, and am a member of the bar of the State of California.  I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause.  My business address is 1 Kaiser Plaza, Suite 1675, Oakland, CA 94612.

On October 29, 2019, I caused to be served the following documents:

- *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

**2**

☑ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

- Wakako Uritani
  Eric E. Kim
  **C/O Blake Griggs Properties, Inc. fka BHV Centerstreet Properties, Inc.**
  LORBER, GREENFIELD & POLITO, LLP
  142 Sansome Street, 3rd Floor
  San Francisco, CA 94104

- Shawn A. Toliver
  Devera L. Petak
  Thomas J. D'Antonio
  **C/O Bay Area Traffic Solutions, Inc.**
  LEWIS BRISBOIS BISGAARD & SMITH LLP
  333 Bush Street, Suite 110
  San Francisco, CA 94104

- Brendan Bradley
  **C/O Western National Builders**
  GORDON & REES
  275 Battery Street, Suite 2000
  San Francisco, CA 94111

- Morgan C. Simpson
  **C/O TJKM Transportation Consultants**
  COLLINS, COLLINS, MUIR & STEWART
  1999 Harrison Street, Suite 1700
  Oakland, CA 94612

Dated:  October 29, 2019

MICHAEL FOX

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **CERTIFICATE OF SERVICE** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

WEIL:\97245097\1\67615.0014

## STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State California, and am a member of the bar of the State of California. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is 2440 W. Shaw Ave., Suite 101, Fresno, CA 93711.

On October 29, 2019, I caused to be served the following documents:

- *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

☑ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

*Attorney for Plaintiff Brian Anthony Freitas:*
Roy Huntsman
Michael H. Silvers, A Law Corporation
11500 Olympic Boulevard, Suite 400
Los Angeles, California 90064

Dated: October 30 2019

_____
Sara J. Woods

WEIL:\97245097\1\67615.0014

PROOF OF SERVICE

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF FRESNO    )

I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is: 2440 West Shaw, Suite 101, Fresno, CA 93711-3300. I am familiar with the regular mail collection and processing practices of said business, and in the ordinary course of business the mail is deposited with the United States Postal Service that same day.

On October 30, 2019, I served the within **CERTIFICATE OF SERVICE** by <u>E-MAIL ONLY</u> addressed as follows:

*Jane Kim:*
jkim@kellerbenvenutti.com

I declare under penalty of perjury under the laws of the State of California the above is true and correct.

Executed on October 30, 2019, at Fresno, California.

Erin Brown

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>        **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

WEIL:\97245097\1\67615.0014

## STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State California, and am a member of the bar of the State of California. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is 2440 W. Shaw Ave., Suite 101, Fresno, CA 93711.

On October 29, 2019, I caused to be served the following documents:

- *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

☑ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

*Attorney for Plaintiff Jose Orlando Arevalo Iraheta:*
Maria G. Cordova
Perez, Williams, Medina & Rodriguez, LLP
1432 Divisadero
Fresno, CA 93721

Dated: October 30, 2019

Sara L. Woods

PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF FRESNO       )

    I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is: 2440 West Shaw, Suite 101, Fresno, CA 93711-3300. I am familiar with the regular mail collection and processing practices of said business, and in the ordinary course of business the mail is deposited with the United States Postal Service that same day.

    On October 30, 2019, I served the within **CERTIFICATE OF SERVICE** by **E-MAIL ONLY** addressed as follows:

*Jane Kim:*
jkim@kellerbenvenutti.com

    I declare under penalty of perjury under the laws of the State of California the above is true and correct.

    Executed on October 30, 2019, at Fresno, California.

_____
                    Erin Brown

1    WEIL, GOTSHAL & MANGES LLP
     Stephen Karotkin (*pro hac vice*)
2    (stephen.karotkin@weil.com)
     Ray C. Schrock, P.C. (*pro hac vice*)
3    (ray.schrock@weil.com)
     Jessica Liou (*pro hac vice*)
4    (jessica.liou@weil.com)
     Matthew Goren (*pro hac vice*)
5    (matthew.goren@weil.com)
     767 Fifth Avenue
6    New York, NY 10153-0119
     Tel: 212 310 8000
7    Fax: 212 310 8007

8    KELLER & BENVENUTTI LLP
9    Tobias S. Keller (#151445)
     (tkeller@kellerbenvenutti.com)
10   Jane Kim (#298192)
     (jkim@kellerbenvenutti.com)
11   650 California Street, Suite 1900
     San Francisco, CA 94108
12   Tel: 415 496 6723
     Fax: 650 636 9251

13
     *Attorneys for Debtors*
14   *and Debtors in Possession*

15           **UNITED STATES BANKRUPTCY COURT**
             **NORTHERN DISTRICT OF CALIFORNIA**
16                **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 17 **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| 18 | |
| 19 **PG&E CORPORATION,** | Chapter 11 |
| 20     **- and -** | (Lead Case) (Jointly Administered) |
| 21 **PACIFIC GAS AND ELECTRIC COMPANY,** | **CERTIFICATE OF SERVICE** |
| 22 | |
| 23        **Debtors.** | |
| 24 ☐ Affects PG&E Corporation | |
| 25 ☐ Affects Pacific Gas and Electric Company | |
| 26 | |
| 27 ☒ Affects both Debtors | |
| 28   * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

WEIL:\97245097\1\67615.0014

1          **STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

2          I, the undersigned, declare under penalty of perjury under the laws of the State of

3 California that the following is true and correct:

4          I am an attorney employed in the State California, and am a member of the bar of the

5 State of California.  I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause.  My business address is 2440 W. Shaw

6 Ave., Suite 101, Fresno, CA 93711.

7          On October 29, 2019, I caused to be served the following documents:

8        •  *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related*

9         *Proceedings* (and supporting documents)

10 ☑ By first class mail to the counsel of record to the following individuals, at their respective

11 notification addresses listed below:

12

13 <u>*Attorney for Plaintiff Michael Marroquin:*</u>
Daniel Rodriguez

14 Daniel Turek
Rodriguez & Associates

15 1128 Truxtun Avenue

16 Bakersfield, CA 93301

17 Dated:  October **30,** 2019

18                          Sara J. Woods

19

20

21

22

23

24

25

26

27

28

Case: 19-30088   Doc# 4708   Filed: 11/13/19   Entered: 11/13/19 16:04:51   Page 26 of 102

WEIL:\97245097\1\67615.0014

PROOF OF SERVICE

STATE OF CALIFORNIA     )
                                ) ss.
COUNTY OF FRESNO      )

        I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is: 2440 West Shaw, Suite 101, Fresno, CA 93711-3300. I am familiar with the regular mail collection and processing practices of said business, and in the ordinary course of business the mail is deposited with the United States Postal Service that same day.

        On October 30, 2019, I served the within **CERTIFICATE OF SERVICE** by <u>**E-MAIL ONLY**</u> addressed as follows:

*Jane Kim:*
jkim@kellerbenvenutti.com

        I declare under penalty of perjury under the laws of the State of California the above is true and correct.

        Executed on October 30, 2019, at Fresno, California.

_____
Erin Brown

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>    **- and -**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

## STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State of California, and **am a member of the bar of the State of California**. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is STEPTOE & JOHNSON LLP, ONE MARKET PLAZA, SPEAR TOWER, SUITE 3900, SAN FRANCISCO, CA 94105.

On October 29, 2019, I caused to be served the following documents:

- *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

☑ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

☑ By e-mail to the counsel of record to the following individuals and to Defendant Max Harris, at their respective electronic notification addresses listed below:

| | |
|---|---|
| Raymond Meyer, Jr., Esq.<br>Stephen C. Dreher, Esq.<br>Keith G. Bremer, Esq.<br>Bremer Whyte Brown & O'Meara LLP<br>300 Frank H. Ogawa Plaza<br>The Rotunda Building, Suite 355<br>Oakland, CA 94612<br>Phone: (510) 540-4881<br>Facsimile: (510) 540-4889<br>rmeyer@bremerwhyte.com<br>sdreher@bremerwhyte.com<br>kbremer@bremerwhyte.com | Defendants' Liaison Counsel for all related actions and Attorneys for Defendants Chor Nar Siu Ng, Individually and as Trustee of the Chor Nar Siu Ng Revocable Trust Dated September 28, 2007 and Eva Ng |
| Daniel H. Bookin, Esq.<br>Katelyn Kennedy, Esq.<br>O'Melveny & Meyers, LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Phone: (415) 984-8700<br>Facsimile: (415) 984-8701<br>dbookin@omm.com<br>kkennedy@omm.com | Attorneys for Defendants Chor Nar Siu Ng, Individually and as Trustee of the Chor Nar Siu Ng Revocable Trust Dated September 28, 2007 and Eva Ng |

| | |
|---|---|
| Clifford E. Yin, Esq.<br>Coblentz Patch Duffy & Bass LP<br>One Montgomery Street, Suite 3000<br>San Francisco, CA 94104<br>Phone: (415) 391-4800<br>Facsimile: (415) 989-1663<br>Ef-cey@cpbd.com | Attorneys for City of Oakland |
| Orestes Alexander Cross, Esq.<br>Valor Legal, P.C.<br>2600 Tenth Street, Ste. 435<br>Berkeley, CA 94710<br>Phone: (415) 545-8394<br>Facsimile: (415) 520-9695<br>E-mail: ocross@valorlegal.com | Attorneys for Defendant and Cross-Complainant Jonathan Hrabko |
| S. Dean Ruiz, Esq.<br>Harris, Perisho & Ruiz<br>Brookside Corporate Center<br>3439 Brookside Road, Suite 210<br>Stockton, CA 95129<br>Phone: (209) 957-4254<br>Facsimile: (209) 957-5338<br>E-mail: dean@hprlaw.net | Attorneys for Defendant Daniel Lopez |
| Jon. B. Zimmerman, Esq.<br>Messner Reeves LLP<br>160 West Santa Clara Street, Suite 1000<br>San Jose, CA 95113<br>Phone: (408) 397-298-7120<br>Phone: (408) 792-5906 - direct<br>Facsimile: (408) 295-0477<br>E-mail: jzimmerman@messner.com | Attorneys for Defendant Russell E.L. Butler aka Black Jeans |
| Anderson Franco, Esq.<br>Gregory de la Pena, Esq.<br>De la Pena & Holiday, LLP<br>One Embarcadero Center, Suite 2860<br>San Francisco, CA 94111<br>Phone: (415) 268-8000<br>Fax: (415) 268-8180<br>AFranco@dlphlaw.com<br>GdelaPena@dlphlaw.com | Attorneys for Defendant Benjamin Cannon |
| Max Harris<br>maxharrisart@gmail.com | Defendant, In Pro Per |

Dated:  October 29, 2019

_Laurie Edelstein_

Laurie Edelstein

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State California, and am a member of the bar of the State of California. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is WFBM, LLP, ONE CITY BOULEVARD WEST FIFTH FLOOR ORANGE, CA 92868-3677.

On October 29, 2019, I caused to be served the following documents:

- **Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings (and supporting documents)**

☑ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

Barbara J. Parker, Esq.
 City Attorney
Michelle M. Meyers, Esq.
 Senior Deputy City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland, CA 94612
Tel:    (510) 238-2964
Fax:    (510) 238-6500
Attorneys for Defendant
CITY OF OAKLAND

Jody Struck, Esq.
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, CA 94612
Tel:    (510) 763-2324
Fax:    (510) 273-8534
Eml:    jstruck@htalaw.com
Co-Counsel for Defendant
CITY OF OAKLAND

2

Robert M. Maltz, Esq.
Hartsuyker, Stratman & Williams-Abrego
P.O. Box 258829
Oklahoma City, OK 73125-8829
[Howk Chin & Fei Wong]


Dated:  October 29, 2019

_____
Soniya Khemlani

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State California, and am a member of the bar of the State of California.  I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause.  My business address is 1 Kaiser Plaza, Suite 1675, Oakland, CA 94612.

On October 29, 2019, I caused to be served the following documents:

- *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

Case: 19-30088    Doc# 4708    Filed: 11/13/19    Entered: 11/13/19 16:04:51    Page 35
of 102
WEIL:\97245097\1\67615.0014

☑ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

- David Barch
  **C/O Blue Plantain, LLC, Mary Greenberg, and Roger Lee Greenberg**
  LAW OFFICE OF SHAWN C. MOORE
  2251 Harvard Street, Suite 100
  Sacramento, CA 94815

- Kelly Collins, Deputy City Attorney
  **C/O City and County of San Francisco**
  CITY ATTORNEY OF SAN FRANCISCO
  1390 Market Street, 6th Floor
  San Francisco, CA 94102

Dated:  October 29, 2019

MICHAEL FOX

3

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐Affects PG&E Corporation<br><br>☐Affects Pacific Gas and Electric Company<br><br>☒Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

**STATE OF CALIFORNIA, CITY AND COUNTY OF SACRAMENTO**

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State of California, and am a member of the bar of the State of California. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is Ericksen Arbuthnot, 100 Howe Avenue, Suite 110 South, Sacramento, CA 95825.

On October 29, 2019, I caused to be served the following documents:

- *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

☑ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

| | |
|---|---|
| Kevin J. Dehoff<br>Gokalp Y. Gurer<br>**For CITY OF OROVILLE**<br>**(Anderson v. City of Oroville)**<br>Angelo, Kilday & Kilduff, LLP<br>601 University Avenue, Ste 150<br>Sacramento, CA 95825 | Lynn Garcia<br>Ryan Ichinaga<br>Spinelli Donald Nott<br>**For COUNTY OF TUOLUMNE**<br>**(Gatto v. County of Tuolumne)**<br>601 University Avenue, Suite 225<br>Sacramento, CA 95825 |

Dated: October 29, 2019

_____

WEIL:\97245097\1\67615.0014

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

|  |  |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐Affects PG&E Corporation<br><br>☐Affects Pacific Gas and Electric Company<br><br>☒Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES, CITY OF LOS ANGELES**

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State of California, and **am a member of the bar of the State of California**. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is 707 Wilshire Boulevard, 46th Floor, Los Angeles, California 90017-2554.

On October 30, 2019, I caused to be served the following documents:

- *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

☑ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

- Brian Bonney, Esq.
  Clapp Moroney|Vucinich|Beeman Scheley
  Attorneys for MSquared Construction, Inc.
  5860 Owens Drive, Suite 410
  Pleasanton, CA 94588

- Marrianne S. Taleghani, Esq.
  Paul Caleo, Esq.
  Burnham Brown, A Professional Law Corp.
  Attorneys for Ronan Construction, Inc.
  1901 Harrison Street, 14th Floor
  Oakland, CA 94612

Dated: October 30, 2019

_____

Nicholas J. Begakis

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case,*<br>*No. 19-30088 (DM).* | |

WEIL:\97245097\1\67615.0014

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES, CITY OF LOS ANGELES**

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State of California, and **am a member of the bar of the State of California**. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is 707 Wilshire Boulevard, 46th Floor, Los Angeles, California 90017-2554.

On October 30, 2019, I caused to be served the following documents:

- *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

☑ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

SEE ATTACHED SERVICE LIST

Dated: October 30, 2019

_____
Nicholas J. Begakis

WEIL:\97245097\1\67615.0014

| 1 | **SERVICE LIST** |
| 2 | *Hendrix et al. v. Pacific Gas & Electric Company et al.,* |
|   | **San Luis Obispo County Superior Court Case No. 18CVP-0001** |

| 3 | John W. Fricks, Esq. | *Attorney for Plaintiffs* |
| 4 | Ogden & Fricks LLP | *S. BRENT HENDRIX AND* |
|   | 656 Santa Rosa Street, Suite 2B | *CATHERINE S. HENDRIX* |
| 5 | San Luis Obispo, California 93401 | |
|   | Telephone: (805) 544-5600 | |
| 6 | Facsimile: (805) 544-7700 | |
|   | Email: jfricks@ogdenfricks.com | |
| 7 | | |
| 8 | | |

WEIL:\97245097\1\67615.0014

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (dm).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

I, Charles T. Sheldon, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State of California, and am a member of the bar of the State of California. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is WFBM, LLP, 601 MONTGOMERY STREET, 9TH FLOOR, SAN FRANCISCO, CA 94111.

On October 29, 2019, pursuant to instructions from Weil, Gotshal & Manges LLP and Keller & Benvenutti LLP, attorneys for Debtors and Debtors in Possession, I caused to be served the following documents:

- **Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings (and supporting documents)**

☒ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

Douglas Sears
Matheny, Sears, Linkert, Jaime
3638 American River Dr.
Sacramento, CA 95864
Attorney for Co-Defendant: Lorelay Robles-Partida

Howard Rome Martin & Ridley, LLP
1900 O'Farrell Street, Suite 280
San Mateo, CA 94403
Attorney for Co-Defendant: City of Milpitas

Catherine A. Salah, Esq.
Gordon & Rees Scully Mansukhani
275 Battery Street
Suite 2000
San Francisco, CA 94111
Attorney for Co-Defendant: HMH Engineers

Dated: October 29, 2019

Charles T. Sheldon

2

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐Affects PG&E Corporation<br><br>☐Affects Pacific Gas and Electric Company<br><br>☒Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

## STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State California, and am a member of the bar of the State of California. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is WFBM, LLP, ONE CITY BOULEVARD WEST FIFTH FLOOR ORANGE, CA 92868-3677.

On October 29, 2019, pursuant to instructions from Weil, Gotshal & Manges LLP and Keller & Benvenutti LLP, attorneys for Debtors and Debtors in Possession, I caused to be served the following documents:

- **Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings (and supporting documents)**

☑ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

Barbara J. Parker, Esq.
Maria S. Bee, Esq.
Andrew S. Huang, Esq.
**CITY ATTORNEY**
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612

Jody Struck, Esq.
**HAAPALA, THOMPSON & ABERN, LLP**
1939 Harrison Street, Suite 800
Oakland, California 94612-3527
Tel.: (510) 763-2324
Fax: (510) 273-8534
jstruck@htalaw.com
*Co-Counsel for* ***Defendant City of Oakland***

Tobias S. Keller, Esq.
Jane Kim, Esq.
KELLER & BENVENUTTI LLP
650 California Street, Suite 1900
San Francisco, California 94108
Tel.: (415) 496-6723
Fax: (650) 636-9251
tkeller@kellerbenvenutti.com
jkim@kellerbenvenutti.com
Attorneys for Debtors and Debtors in Possession
**BANKRUPTCY CASE**

Stephen Karotkin, Esq.
Ray C. Schrock, P.C., Esq.
Jessica Liou, Esq.
Matthew Goren, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 101553-0119
Tel.: (212) 310-8000
Fax: (212) 310-8007
stephen.karotkin@weil.com
ray.schrock@weil.com
jessica.liou@weil.com
matthew.goren@weil.com
Pro Hac Vice Attorneys for Debtors and Debtors in Possession

**BANKRUPTCY CASE**

Robert M. Maltz, Esq.
Hartsuyker, Stratman & Williams-Abrego
P.O. Box 258829
Oklahoma City, OK 73125-8829
[Howk Chin & Fei Wong]

Dated:  October 29, 2019

Soniya Khemlani

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **CERTIFICATE OF SERVICE** |
| **Debtors.** | |
| ☐Affects PG&E Corporation | |
| ☐Affects Pacific Gas and Electric Company | |
| ☒Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

1

2   **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES, CITY OF LOS ANGELES**

3        I, the undersigned, declare under penalty of perjury under the laws of the State of

4   California that the following is true and correct:

5        I am an attorney employed in the State of California, and **am a member of the bar of**

6   **the State of California**.  I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause.  My business address is 707 Wilshire

7   Boulevard, 46th Floor, Los Angeles, California 90017-2554.

8        On October 30, 2019, I caused to be served the following documents:

9        • *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027*
             *Enlarging the Time Within Which to File Notices of Removal of Related*

10           *Proceedings* (and supporting documents)

11  ☑ By first class mail to the counsel of record to the following individuals, at their respective

12  notification addresses listed below:

13  SEE ATTACHED SERVICE LIST

14

15  Dated:  October 30, 2019

16                                          Nicholas J. Begakis

17

18

19

20

21

22

23

24

25

26

27

28

WEIL:\97245097\1\67615.0014

**SERVICE LIST**
***Longoria v. Pacific Gas and Electric Company,***
**San Francisco Superior Court Case No. CGC-17-560324**

| | |
|---|---|
| Robert T. Bryson (SBN 156953)<br>Stephen Kelly (SBN 275784).<br>Paloma Carrero (SBN 295177)<br>ROBINS CLOUD LLP<br>808 Wilshire Blvd., Suite 450<br>Santa Monica, California 90401<br>(310) 929-4200 Telephone<br>(310) 566-5900 Facsimile<br>rbryson@robinscloud.com<br>skelly@robinscloud.com<br>pcarrero@robinscloud.com | *Attorney for Plaintiff*<br>*Raul Longoria* |

WEIL:\97245097\1\67615.0014

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **CERTIFICATE OF SERVICE** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

## STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State California, and am a member of the bar of the State of California. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is 1 Kaiser Plaza, Suite 1675, Oakland, CA 94612.

On October 29, 2019, I caused to be served the following documents:

- *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

WEIL:\97245097\1\67615.0014

☑ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

- John A. Burke
  Courtney H. O'Brien
  **C/O Jane Inok Hong**
  BISHOP BARRY
  6001 Shellmound Street, Suite 875
  Emeryville, CA 94608

- Jose A. Montalvo
  **C/O Ann D. Grcevich, successor Trustee of the Survivor's Trust, Grcevich Trust Dated June 7, 1991**
  LAW OFFICE OF JOHN A. BIARD
  P.O. Box 64093
  St. Paul, MN 55164-0093

- Andrew Huang
  Barbara Parker
  **C/O City of Oakland**
  CITY ATTORNEYS OFFICE
  One Frank H. Ogawa Plaza, 6th Fl.
  Oakland, CA 94612

- Jody Struck
  Venda Glover
  **C/O City of Oakland**
  HAAPALA, THOMPSON & ABERN, LLP
  1939 Harrison Street, #800
  Oakland, CA 94612

Dated: October 29, 2019

MICHAEL FOX

3

Case: 19-30088   Doc# 4708   Filed: 11/13/19   Entered: 11/13/19 16:04:51   Page 54 of 102

WEIL:\97245097\1\67615.0014

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| **- and -** | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **CERTIFICATE OF SERVICE** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

1

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

2

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

3

4

I am an attorney employed in the State California, and am a member of the bar of the State of California. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is 1 Kaiser Plaza, Suite 1675, Oakland, CA 94612.

5

6

On October 29, 2019, I caused to be served the following documents:

7

8

- *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

9

10  //

11  //

12  //

13  //

14  //

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28

2

WEIL:\97245097\1\67615.0014

☑ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

- Gregory T. Fayard
  Deseree Rosebrock
  **C/O Northern California Conference of Seventh-Day Adventists (sued erroneously as Seventh Day Adventist Church); and County of Alameda**
  FREEMAN MATHIS & GARY, LLP
  1013 Galleria Blvd., Suite 250
  Roseville, CA 95678

Dated: October 29, 2019

MICHAEL FOX

Case: 19-30088   Doc# 4708   Filed: 11/13/19   Entered: 11/13/19 16:04:51   Page 57 of 102
WEIL:\97245097\1\67615.0014

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| **- and -** | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **CERTIFICATE OF SERVICE** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (dm).* | |

## STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I, Gayle L. Gough, am an attorney employed in the State of California and a member of the bar of the State of California. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is Gough & Hancock LLP, Two Embarcadero Center, Suite 640, San Francisco, CA 94111.

On the dates set forth below, at my direction and under my supervision, Gough & Hancock employee Jennifer McNeil caused to be served the following documents:

- *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time within which to File Notices of Removal of Related Proceedings*

- *Declaration of John Boken in Support of Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time within which to File Notices of Removal of Related Proceedings*

on each counsel of record listed below and on Exhibit A on the date, at the address, and by the method of service stated here:

| COUNSEL OF RECORD FOR PARTY SERVED | DATE & METHOD OF SERVICE |
|---|---|
| Counsel of Record as stated on **Exhibit A,** attached hereto, for Parties in the *Butte Fire Cases*, JCCP 4853 | **VIA ELECTRONIC POSTING ON CASEHOMEPAGE**<br><br>**OCTOBER 29, 2019** |
| Lori E. Andrus, Esq.<br>Jennie Lee Anderson, Esq.<br>Counsel of Record for Sevgi Curtis and Janos Libor<br>ANDRUS ANDERSON LLP<br>155 Montgomery Street, Suite 900<br>San Francisco, CA 94104<br>lori@andrusanderson.com<br>jennie@andrusanderson.com | **VIA ELECTRONIC MAIL**<br><br>**OCTOBER 29, 2019** |
| Jeffrey G. Bairey<br>Cherie J. Edson<br>Counsel of Record for Teichert Pipelines, Inc.<br>LEWIS BRISBOIS BISGAARD SMITH LLP<br>333 Bush Street, Suite 100<br>San Francisco, CA 94104<br>jeff.bairey@lewisbrisbois.com<br>cherie.edson@lewisbrisbois.com | **VIA ELECTRONIC MAIL**<br><br>**OCTOBER 29, 2019** |

2

| | | |
|---|---|---|
| 1 | Christopher W. Wood, Esq. | **VIA FIRST CLASS MAIL** |
| 2 | Larry Q. Phan, Esq.<br>Counsel of Record for Daniel Franklin | **OCTOBER 29, 2019** |
| | DREYER BABICH BUCCOLA WOOD | |
| 3 |    CAMPORA LLP<br>20 Bicentennial Circle | |
| 4 | Sacramento, CA 95826 | |
| | Christopher J. Nevis, Esq. | **VIA FIRST CLASS MAIL** |
| 5 | Michael G. Descalso, Esq.<br>Counsel of Record for Mastec Network Solutions, Inc. | **OCTOBER 29, 2019** |
| 6 | LEWIS BRISBOIS BISGAARD & SMITH LLP<br>333 Bush St, Suite 1100 | |
| 7 | San Francisco, CA 94104 | |
| | Raymond Ghermezian, Esq. | **VIA FIRST CLASS MAIL** |
| 8 | Counsel of Record for Gezell Mazidus Jones<br>RAYMOND GHERMEZIAN, APLC | **OCTOBER 29, 2019** |
| 9 | 3435 Wilshire Boulevard, Suite 1800<br>Los Angeles, CA 90010 | |
| 10 | Rachel Vida Chatman | **VIA FIRST CLASS MAIL** |
| | Counsel of Record for City of Berkeley | |
| 11 | BERKELEY CITY ATTORNEY'S OFFICE<br>2180 Milvia St., Fl. 4 | **OCTOBER 29, 2019** |
| 12 | Berkeley, CA 94704-1122 | |
| | Greg A. Coates | **VIA FIRST CLASS MAIL** |
| 13 | Counsel of Record for Weldon King, et al.<br>LAW OFFICE OF GREG A. COATES | **OCTOBER 29, 2019** |
| 14 | P.O. Box 14263<br>San Luis Obispo, CA 93406 | |
| 15 | Robert A. Morgenstern, Esq. | **VIA FIRST CLASS MAIL** |
| | Ninos Saroukhanioff, Esq. | |
| 16 | Gigi Gutierrez, Esq.<br>Counsel of Record for UPS, Inc. | **OCTOBER 29, 2019** |
| 17 | MARANGA * MORGENSTERN, APLC<br>5850 Canoga Avenue, Suite 600 | |
| 18 | Woodland Hills, CA 91367 | |
| | Michael Kushner, Esq. | **VIA FIRST CLASS MAIL** |
| 19 | Counsel of Record for Farmers Insurance Exchange<br>HARTSUYKER, STRATMAN & WILLIAMS-ABREGO | **OCTOBER 29, 2019** |
| 20 | 4607 lakeview Canyon Rd., Ste. 275<br>Westlake Village, CA 91361 | |
| 21 | Bradley D. Liggett | **VIA FIRST CLASS MAIL** |
| | Ryan Harris | |
| 22 | Counsel of Record for Genevieve Leroux, et al.<br>HARRIS PERSONAL INJURY LAWYERS, INC. | **OCTOBER 29, 2019** |
| 23 | 1025 Farmhouse Lane, Second Floor<br>San Luis Obispo, CA 93401 | |
| 24 | David M. Cumberland | **VIA FIRST CLASS MAIL** |
| | Joshua M. George | |
| 25 | Counsel of Record for City of San Luis Obispo<br>ADAMSKI MOROSKI MADDEN | **OCTOBER 29, 2019** |
| 26 |    CUMBERLAND & GREEN LLP<br>P.O. Box 3835 | |
| 27 | San Luis Obispo, CA 93403-3835 | |
| 28 | | |

Case: 19-30088   Doc# 4708   Filed: 11/13/19   Entered: 11/13/19 16:04:51   Page 60
of 102
WEIL:\97014481\2\67615.0014

| | |
|---|---|
| Robert Bruce Kopelson<br>Counsel of Record for Cristina Mendoza<br>LAW OFFICE OF ROBERT B. KOPELSON<br>75 East Santa Clara<br>Suite 1180<br>San Jose, CA 95113<br>kopelaw@hotmail.com | **VIA ELECTRONIC MAIL**<br><br>**OCTOBER 29, 2019** |
| Steven Leo Derby<br>Anthony Edward Goldsmith<br>Celia Louise McGuinness<br>Counsel of Record for Cristina Mendoza<br>DERBY, McGUINNESS & GOLDSMITH LLP<br>200 Lakeside Drive Suite A<br>Oakland, CA 94612<br>info@dmglawfirm.com<br>cmcguinness@dmglawfirm.com | **VIA ELECTRONIC MAIL**<br><br>**OCTOBER 29, 2019** |
| Matthew W Pritchard<br>Counsel of Record for City of San Jose<br>OFFICE OF THE CITY ATTORNEY<br>City of San Jose<br>200 East Santa Clara Street, 16th Floor<br>San Jose, CA 95113<br>matthew.pritchard@sanjoseca.gov | **VIA ELECTRONIC MAIL**<br><br>**OCTOBER 29, 2019** |
| David Michael McLaughlin<br>Spiros Elias Fousekis<br>Counsel of Record for Hudson Skyport Plaza, LLC,<br>Hudson Skyport Plaza Land, LLC, and Hudson Pacific<br>Properties, Inc.<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>1001 Marshall Street, Suite 500<br>Redwood City, CA 94063<br>david.mclaughlin@rmkb.com<br>spiros.fousekis@rmkb.com | **VIA ELECTRONIC MAIL**<br><br>**OCTOBER 29, 2019** |
| David A Clinton<br>Laurie C. Book<br>Counsel of Record for Speiker Properties LP, EOP<br>Operating Limited Partnership, LP, and CA Skyport I<br>Limited Partnership<br>CLINTON & CLINTON<br>100 Oceangate, 14th Floor<br>Long Beach, CA 90802<br>dclinton@clinton-clinton.com<br>lbook@clinton-clinton.com | **VIA ELECTRONIC MAIL**<br><br>**OCTOBER 29, 2019** |
| Jay R. Strauss<br>David C. Winton<br>Counsel of Record for Stewart Miller and Richard Roth<br>WINTON STRAUSS LAW GROUP, P.C.<br>2 Ranch Drive, Upper Suite<br>Novato, CA  94945 | **VIA FIRST CLASS MAIL**<br><br>**OCTOBER 29, 2019** |
| T. Peter Pierce<br>Counsel of Record for City of San Rafael<br>RICHARDS WATSON & GERSHON<br>44 Montgomery Street, Suite 3800<br>San Francisco, CA 94104 | **VIA FIRST CLASS MAIL**<br><br>**OCTOBER 29, 2019** |

4

WEIL:\97014481\2\67615.0014

| | |
|---|---|
| Thomas F. Bertrand<br>Counsel of Record for Marin Municipal Water District<br>BERTRAND, FOX, ELLIOT, OSMAN & WENZEL<br>2749 Hyde Street<br>San Francisco, CA 94109 | **VIA FIRST CLASS MAIL**<br><br>**OCTOBER 29, 2019** |
| James C. Mitchell, Esq.<br>Counsel of Record for Juan Perez<br>THE GILLEON LAW FIRM<br>1320 Columbia Street, Suite 200<br>San Diego, CA 92101<br>jcm@mglawyers.com | **VIA ELECTRONIC MAIL**<br><br>**OCTOBER 29, 2019** |
| David M. Glaspy, Esq.<br>Counsel of Record for Snelson Companies, Inc.<br>GLASPY & GLASPY<br>100 Pringle Avenue, Suite 750<br>Walnut Creek, CA 94596<br>dglaspy@glaspy.com | **VIA ELECTRONIC MAIL**<br><br>**OCTOBER 29, 2019** |
| Justin T. Campagne<br>Counsel of Record for Scott Raven and Charlyse Raven<br>CAMPAGNE & CAMPAGNE<br>A Professional Corporation<br>Airport Office Center<br>1685 N. Helm Avenue<br>Fresno, CA 93727<br>jcampagne@campagnelaw.com | **VIA ELECTRONIC MAIL**<br><br>**OCTOBER 29, 2019** |
| David A. Harris<br>Counsel of Record for Jennifer Hodges<br>SANTANA & VIERRA<br>255 California, Suite 900<br>San Francisco, CA 94111<br>david.harris01@libertymutual.com | **VIA ELECTRONIC MAIL**<br><br>**OCTOBER 29, 2019** |
| Brian C. Merges<br>Counsel of Record for Hot Line Construction, Inc.<br>MOKRI VANIS & JONES LLP<br>444 S. Flower St., Ste. 750<br>Los Angeles, CA 90071<br>bmerges@mvjllp.com | **VIA ELECTRONIC MAIL**<br><br>**OCTOBER 29, 2019** |
| Eric M. Schroeder, Esq.<br>Amanda R. Stevens, Esq.<br>Matthew H. Green, Esq.<br>Counsel of Record for California Capital Insurance Company<br>SCHROEDER LOSCOTOFF LLP<br>7410 Greenhaven Drive, Suite 200<br>Sacramento, CA 95831 | **VIA FIRST CLASS MAIL**<br><br>**OCTOBER 29, 2019** |
| Kyle K. Tambornini<br>Counsel of Record for Judith E. Reel<br>EASON & TAMBORNINI<br>1234 H. Street, Suite 200<br>Sacramento, CA 95814 | **VIA FIRST CLASS MAIL**<br><br>**OCTOBER 29, 2019** |
| William H. Staples, Esq.<br>Counsel of Record for A to Z Nursery and Ted Miljevich<br>CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY<br>A PROFESSIONAL CORPORATION<br>5860 Owens Drive, Suite 410<br>Pleasanton, CA 95888 | **VIA FIRST CLASS MAIL**<br><br>**OCTOBER 29, 2019** |

WEIL:\97014481\2\67615.0014

| | | |
|---|---|---|
| 1 | Sanjay S. Schmidt<br>Counsel of Record for Swami Shraddhananda Saraswati<br>LAW OFFICE OF SANJAY S. SCHMIDT<br>1388 Sutter Street, Suite 810<br>San Francisco, CA 94109<br>ss@sanjayschmidtlaw.com | **VIA ELECTRONIC MAIL**<br><br>**OCTOBER 29, 2019** |
| 2 | | |
| 3 | | |
| 4 | Steven Leo Derby<br>Counsel of Record for Swami Shraddhananda Saraswati<br>DERBY, McGUINNESS & GOLDSMITH LLP<br>300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612<br>info@dmglawfirm.com | **VIA ELECTRONIC MAIL**<br><br>**OCTOBER 29, 2019** |
| 5 | | |
| 6 | | |
| 7 | Ann M. Asiano<br>Matthew Thomas Brand<br>Counsel of Record for City of Albany<br>CLARK HILL LLP<br>One Embarcadero Center, Suite 400<br>San Francisco, CA 94111<br>aasiano@clarkhill.com<br>mbrand@clarkhill.com | **VIA ELECTRONIC MAIL**<br><br>**OCTOBER 29, 2019** |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | Sara B. Allman<br>Counsel of Record for City of Albany<br>One Embarcadero Center, Suite 400<br>San Francisco, CA 94111<br>sallman@clarkhill.com | **VIA ELECTRONIC MAIL**<br><br>**OCTOBER 29, 2019** |
| 12 | | |
| 13 | | |
| 14 | Nairi Paterson<br>Counsel of Record for Frank L. Yee and May L. Yee<br>HARTSUYKER, STRATMAN & WILLIAMS-ABREGO<br>505 14th Street, Suite 400<br>Oakland, CA 94612<br>nairi.paterson@farmersinsurance.com | **VIA ELECTRONIC MAIL**<br><br>**OCTOBER 29, 2019** |
| 15 | | |
| 16 | | |
| 17 | Lori Renee Mayfield<br>Counsel of Record for Marvin Gardens Real Property<br>Services, Inc.<br>LAW OFFICE OF SHAWN C. MOORE<br>2251 Harvard Street, Suite 100<br>Sacramento, CA 95815<br>mayfiel1@nationwide.com | **VIA ELECTRONIC MAIL**<br><br>**OCTOBER 29, 2019** |
| 18 | | |
| 19 | | |
| 20 | Raymond Ghermezian, Esq.<br>Counsel of Record for Audra Scott<br>RAYMOND GHERMEZIAN, APLC<br>3435 Wilshire Boulevard, Suite 1800<br>Los Angeles, CA 90010 | **VIA FIRST CLASS MAIL**<br><br>**OCTOBER 29, 2019** |
| 21 | | |
| 22 | | |
| 23 | Christopher A. Callihan, City Attorney<br>Michael D. Mutalipassi, Asst. City Attorney<br>Counsel of Record for City of Salinas<br>CITY OF SALINAS – OFFICE OF THE CITY<br>    ATTORNEY<br>200 Lincoln Avenue<br>Salinas, CA 93901 | **VIA FIRST CLASS MAIL**<br><br>**OCTOBER 29, 2019** |
| 24 | | |
| 25 | | |
| 26 | Crisostomo G. Ibarra<br>Gener D. Benitez<br>Counsel of Record for Bill Singleton<br>IBARRA PROFESSIONAL LAW CORPORATION<br>459 Fulton Street, Suite 109<br>San Francisco, CA 94102 | **VIA FIRST CLASS MAIL**<br><br>**OCTOBER 29, 2019** |
| 27 | | |
| 28 | | |

| | |
|---|---|
| Richard E. McGreevy<br>Brian Leach<br>Counsel of Record for Pacific Bell Telephone Company<br>dba AT&T California<br>LEACH & McGREEVY LLP<br>2833 Laguna Street<br>San Francisco, CA 94123 | **VIA FIRST CLASS MAIL**<br><br>**OCTOBER 29, 2019** |
| Brian L. Larsen, Esq.<br>Joseph Lee, Esq.<br>Thuy Le, Esq.<br>Counsel of Record for Kevin Thomas<br>LAW OFFICES OF BRIAN L. LARSEN<br>530 Jackson Street, 2nd Floor<br>San Francisco, CA 94133 | **VIA FIRST CLASS MAIL**<br><br>**OCTOBER 29, 2019** |
| Michael Welch, Esq.<br>Counsel of Record for Alfredo Aguilera<br>PHILIP M. ANDERSEN & ASSOCIATES<br>4450 Rosewood Drive, Suite 450<br>Pleasanton, CA 94588 | **VIA FIRST CLASS MAIL**<br><br>**OCTOBER 29, 2019** |
| Steven R. Jacobsen<br>Counsel of Record for Juan Nunez aka Nunez Tattoo<br>LAW OFFICES OF STEVEN R. JACOBSEN<br>825 Washington Street, Suite 300<br>Oakland, CA 94607 | **VIA FIRST CLASS MAIL**<br><br>**OCTOBER 29, 2019** |
| Laura E. Seidl, Esq.<br>Nicomedes Sy Herrera, Esq.<br>Matthew Weiler, Esq.<br>Counsel of Record for Gail Thurman and Johnny Thurman<br>HERRERA PURDY LLP<br>1300 Clay Street, Suite 600<br>Oakland, CA 94612 | **VIA FIRST CLASS MAIL**<br><br>**OCTOBER 29, 2019** |
| Rey S. Yang<br>Counsel of Record for Bert Zhang<br>YANG PROFESSIONAL LAW CORPORATION<br>80 S Lake Ave Ste 820<br>Pasadena, CA 91101-4965 | **VIA FIRST CLASS MAIL**<br><br>**OCTOBER 29, 2019** |
| Thomas S. Gelini.<br>Counsel of Record for Bert Zhang and Cynthia Cheung<br>BENNETT, SAMUELSEN, REYNOLDS, ALLARD,<br>COWPERTHWAITE & GELINI, A PROFESSIONAL<br>CORPORATION<br>1301 Marina Village Parkway, Suite 300<br>Alameda, CA 94501 | **VIA FIRST CLASS MAIL**<br><br>**OCTOBER 29, 2019** |
| S. Sean Bral, Esq.<br>Counsel of Record for Ebony Williams<br>BRAL & ASSOCIATES<br>1875 Century Park East, Suite 1770<br>Los Angeles, CA 90067 | **VIA FIRST CLASS MAIL**<br><br>**OCTOBER 29, 2019** |
| Dennis J. Herrera<br>Cheryl Adams<br>Timothy J. Fama<br>Counsel of Record for City of San Francisco<br>Fox Plaza<br>1390 Market Street, 6th Floor<br>San Francisco, CA 94102-5408 | **VIA FIRST CLASS MAIL**<br><br>**OCTOBER 29, 2019** |

Case: 19-30088   Doc# 4708   Filed: 11/13/19   Entered: 11/13/19 16:04:51   Page 64
of 102
WEIL:\97014481\2\67615.0014

| | |
|---|---|
| Jonathan E. Sommer<br>Bryan S. Silverman<br>Counsel of Record for Veritas Group, Inc.<br>LUBIN OLSON & NIEWLADOMSKI LLP<br>600 Montgomery Street, 14th Floor<br>San Francisco, CA 94111 | **VIA FIRST CLASS MAIL**<br><br>**OCTOBER 29, 2019** |
| Clayeo C. Arnold<br>Joshua H. Watson<br>Counsel of Record for Rachel Woodward and Russ<br>Woodward<br>CLAYEO C. ARNOLD,<br>A PROFESSIONAL LAW CORPORATION<br>865 Howe Avenue<br>Sacramento, CA 95825 | **VIA FIRST CLASS MAIL**<br><br>**OCTOBER 29, 2019** |
| Joseph J. Minoza, Esq.<br>Kara Wild, Esq.<br>Counsel of Record for High Country Forestry<br>ERICKSEN ARBUTHNOT<br>2300 Clayton Road, Suite 350<br>Concord, CA 94520 | **VIA FIRST CLASS MAIL**<br><br>**OCTOBER 29, 2019** |
| G. Kelly Reid, Esq.<br>Counsel of Record for Mountain F. Enterprises, Inc.<br>BORTON PETRINI, LLP<br>660 Las Gallinas Avenue, Suite B<br>San Rafael, CA 94903 | **VIA FIRST CLASS MAIL**<br><br>**OCTOBER 29, 2019** |

Dated: October 30, 2019

_Gayle L. Gough_

Gayle L. Gough

WEIL:\97014481\2\67615.0014

# EXHIBIT A

1

2

3 **MASTER SERVICE LIST**

4 *Butte Wildfire Litigation*

5

6

| | |
|---|---|
| 7 Maura Walsh Ochoa<br>8 Waylon J. Pickett<br>Todd C. Harshman<br>9 GROTEFELD HOFFMANN<br>700 Larkspur Landing Circle, Suite 280<br>10 Larkspur, CA 94939<br>P:      (415) 344-9670<br>F:      (415) 989-2802<br>11 mochoa@ghlaw-llp.com<br>12 wpickett@ghlaw-llp.com<br>tharshman@ghlaw-llp.com<br>13 lcortez@ghlaw-llp.com (Paralegal)<br>lheath@ghlaw-llp.com (Paralegal) | Attorneys for Subrogation Plaintiffs<br>State Farm General Insurance Company, et al.<br>Case No. 15CV41266 |
| 14 Shawn E. Caine<br>15 LAW OFFICES OF SHAWN E. CAINE<br>1221 Camino Del Mar<br>16 Del Mar, CA 92014<br>P:      (858) 350-1660<br>17 F:      (866) 754-1398<br>scaine@cainelaw.com<br>18 jkirshner@cainelaw.com | Attorneys for Subrogation Plaintiffs<br>United Services Automobile Association, et al.<br>Case No. |
| 19 Craig S. Simon<br>20 BERGER KAHN, A LAW CORPORATION<br>1 Park Plaza, Suite 340<br>21 Irvine, CA 92614<br>P:      (949) 474-1880<br>22 F:      (949) 313-5029<br>csimon@bergerkahn.com<br>23 smuncey@bergerkahn.com          (Paralegal) | Attorneys for Subrogation Plaintiffs<br>Fire Insurance Exchange, et al.<br>Case No. 15CV41276 |
| 24 Denise Lewis<br>25 CALIFORNIA DEPARTMENT OF VETERANS AFFAIRS<br>1227 "O" Street, Suite 306<br>Sacramento, CA 95841<br>26 P:      (916) 653-2539<br>F:      (916) 653-2454<br>27 denise.lewis@calvet.ca.gov<br>katie.saephan@calvet.ca.gov<br>28 | Attorneys for Subrogation Plaintiffs<br>California Department of Veterans Affairs (CalVet) |

Page 1 of 9

MASTER SERVICE LIST

| | |
|---|---|
| Dario de Ghetaldi<br>Amanda Riddle<br>Clare Capaccioli Velasquez<br>COREY, LUZAICH, DE GHETALDI, & RIDDLE LLP<br>700 El Camino Real<br>Millbrae, CA 94030<br>P: (650) 871-5666<br>F: (650) 871-4144<br>deg@coreylaw.com<br>alr@coreylaw.com<br>ccv@coreylaw.com<br>dlp@coreylaw.com | Attorneys for Individual Plaintiffs<br><br>Case No. |
| Mike Danko<br>Kristine Meredith<br>Shawn Miller<br>Brad Bowen<br>DANKO MEREDITH<br>333 Twin Dolphin Drive, Suite 145<br>Redwood Shores, CA 94065<br>P: (650) 453-3600<br>F: (650) 394-8672<br>mdanko@dankolaw.com<br>kmeredith@dankolaw.com<br>smiller@dankolaw.com<br>bbowen@dankolaw.com, | Attorneys for Individual Plaintiffs<br><br>Case No. |
| Daniel G. Whalen<br>ENGSTROM LIPSCOMB & LACK<br>10100 Santa Monica Blvd., 12th Floor<br>Los Angeles, CA 90067<br>P: (310) 552-3800<br>F: (310) 552-9434<br>dwhalen@elllaw.com<br>gwaters@elllaw.com<br>ajacobson@elllaw.com<br>rhansen@elllaw.com<br>dcwhalen@elllaw.com | Attorneys for Individual Plaintiffs<br><br>Case No. |

MASTER SERVICE LIST

Case: 19-30088    Doc# 4708    Filed: 11/13/19    Entered: 11/13/19 16:04:51    Page 68<br>of 102

| | |
|---|---|
| John Gomez<br>Ahmed Diab<br>GOMEZ TRIAL ATTORNEYS<br>655 W. Broadway, Suite 1700<br>San Diego, CA 92101<br>P: (619) 237-3490<br>F: (619) 237-3496<br>john@gomeztrialattorneys.com<br>adiab@gomeztrialattorneys.com<br>michelle@gomeztrialattorneys.com (Paralegal) | Co-Counsel for Individual Plaintiffs<br>Richard Tyler, et al.<br>Case No. CGC-15-548319 |
| Scott Summy, Esq.<br>Britt K. Strottman, Esq.<br>John Fiske, Esq.<br>BARON & BUDD<br>11440 West Bernardo Court, Suite 265<br>San Diego, CA 92127<br>P: (858) 225-7200<br>ssammy@barronbudd.com<br>bstrottman@baronbudd.com<br>jfiske@baronbudd.com<br>jhutchison@baronbudd.com<br>lphilpott@baronbudd.com<br>mgantos@baronbudd.com | Attorneys for Plaintiff County of Calaveras<br>Case No. CGC-18-564465 |
| Robert W. Jackson<br>Brett R. Parkinson<br>JACKSON & PARKINSON, TRIAL LAWYERS<br>205 W. Alvarado Street<br>Fallbrook, CA 92028<br>P: (760) 723-1295<br>F: (760) 723-9561<br>robert@jacksontriallawyers.com<br>brett@jacksontriallawyers.com | Attorneys for Individual Plaintiffs<br>Case No. |
| Eric Ratinoff<br>Greg Stuck<br>ERIC RATINOFF LAW CORP.<br>401 Watt Avenue, Suite 1<br>Sacramento, CA 95864<br>P: (916) 970-9100<br>F: (916) 246-1696<br>eric@ericratinoff.com<br>gstuck@ericratinoff.com<br>kbenzler@ericratinoff.com<br>scleckler@ericratinoff.com<br>lconley@ericratinoff.com | Attorneys for Individual Plaintiffs<br>Case No. |

MASTER SERVICE LIST

| | | |
|---|---|---|
| 1 2 3 4 5 | Steven M. Campora<br>DREYER BABICH BUCCOLA WOOD, et al.<br>20 Bicentennial Circle<br>Sacramento, CA 95826<br>P: (916) 379-3500<br>F: (916) 379-3599<br>scampora@dbbwc.com<br>nwong@dbbwc.com<br>acrowl@dbbwc.com | Attorneys for Individual Plaintiffs<br>Fred Slifkoff, et al<br>Case No. 15CV41194<br><br>Richard C. Bush, et al.<br>Case No. 15CV41261 |
| 6 7 8 9 10 11 12 | Frank M. Pitre<br>Alison E. Cordova<br>COTCHETT PITRE & McCARTHY LLP<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>P: (650) 697-6000<br>F: (650) 697-0577<br>fpitre@cpmlegal.com<br>acordova@cpmlegal.com<br>tstevens@cpmlegal.com (Assistant)<br>mdominguez@cpmlegal.com (Paralegal) | Attorneys for Individual Plaintiffs<br>Teresa L. Rush<br>Case No. 15CV41261<br><br>Fred Slifkoff<br>Case No. 15CV41194 |
| 13 14 15 16 17 18 19 20 21 22 | Ken Roye<br>Joseph Astleford<br>LAW OFFICE OF KENNETH P. ROYE<br>142 West 2nd Street, Suite B<br>Chico, CA 95928<br>P: (530) 893-2398<br>F: (530) 893-2396<br>ken@kenroyelaw.com<br>joseph@kenroyelaw.com<br>deann@kenroyelaw.com (Assistant)<br>brittany@kenroyelaw.com (Assistant)<br><br>Jeffery L. Caufield<br>CAUFIELD & JAMES LLP<br>2851 Camino Del Rios S #410<br>San Diego, CA 92108<br>P: (619) 325-0441<br>F: (619) 325-0231<br>jeff@caufieldjames.com | Attorneys for Individual Plaintiffs<br><br>James and Cathy Boyle, et al.<br>Case No. CGC-17-561200 |

23
24
25
26
27
28

| | |
|---|---|
| Gerald Singleton<br>Erika L. Vasquez<br>Amanda LoCurto<br>John Lemon<br>SINGLETON LAW FIRM, APC<br>450 A Street – Fifth Floor<br>San Diego, CA  92101<br>Tel: (619) 771-3473<br>Fax: (760) 697-1329<br>gerald@geraldsingleton.com<br>erika@geraldsingleton.com<br>amanda@geraldsingleton.com<br>tyler@geraldsingleton.com (Paralegal)<br>mara@cafirelawyers.com<br>john@jcl-lawoffice.com<br><br>Co-Counsel<br>Demetrios A. Sparacino<br>SPARACINO LAW CORPORATION<br>525 B Street, Suite 1500<br>San Diego, CA  92101<br>P:    (619) 955-5254<br>F:    (619) 374-1313<br>dsparacino@sparacinolaw.com | Attorneys for Individual Plaintiffs<br>Moeller and Stewart<br><br>Case No. |
| Elliot Adler<br>Ellen Adler<br>ADLER LAW GROUP, APLC<br>402 W. Broadway, Suite 860<br>San Diego, CA 92101<br>P:    (619) 531-8700<br>F:    (619) 342-9600<br>eadler@theadlerfirm.com<br>enadler@theadlerfirm.com<br>chunter@theadlerfirm.com (Paralegal) | Attorneys for Individual Plaintiffs<br><br>Case No. |
| Manuel Corrales, Jr.<br>MANUEL CORRALES, JR. ATTORNEY AT LAW<br>17140 Bernardo Center Drive, Suite 358<br>San Diego, CA 92128<br>P:    (858) 521-0634<br>F:    (858) 521-0633<br>mannycorrales@yahoo.com<br>hcskanchy@hotmail.com<br>cariannesteinman@outlook.com | Attorneys for Individual Plaintiffs Barbara Jean<br>Zelmer and Robert Thomas Zelmer |
| Michael Deal<br>LAW OFFICES ANTHONY T. SCHNEDIER<br>4685 MacArthur Court, Suite 200<br>Newport Beach, CA  92660<br>P:    (949) 250-5549<br>F:    (855) 880-5646<br>dealm2@nationwide.com<br>jerryj1@nationwide.com (Paralegal) | Attorneys for Nationwide Mutual Insurance<br>Company, et al.<br><br>Case No. 15CV41277 |

Page 5 of 9
MASTER SERVICE LIST

| | | |
|---|---|---|
| 1 | Don Dowling<br>Jessica Rowen<br>ROSS, HACKETT, DOWLING, VALENCIA & WALTI<br>600 El Camino Real<br>San Bruno, CA 94066<br>P:        (650) 588-0367<br>F:        (650) 588-3413<br>ddowling@rosshackett.com<br>jrowen@rosshackett.com | Attorneys for Individual Plaintiffs Sachs, Thompson<br><br>Case No. 15CV41326 |
| 6 | C. Jason Smith<br>Matthew M. Breining<br>SMITH, MCDOWELL & POWELL, A.L.C.<br>100 Howe Avenue, Suite 208 South<br>Sacramento, CA 95825<br>P:        (916) 569-8100<br>F:        (916) 848-3777<br>cjsmith@smplawcorp.com<br>mbreining@smplawcorp.com | Attorneys for Individual Plaintiffs Ann Dillon;<br>Southern Exposure Wellness<br><br>Case No. 17CV42087 |
| 11 | J. Anthony Abbott<br>MAYALL HURLEY, P.C.<br>2453 Grand Canal Boulevard<br>Stockton, CA 95207<br>P:        (209) 477-3833<br>F:        (209) 473-4818<br>jabbott@mayallaw.com<br>jzeyen@mayallaw.com (Assistant)<br><br>Brian Chavez-Ochoa<br>CHAVEZ-OCHOA LAW OFFICES<br>4 Jean Street, Suite Four<br>Valley Springs, CA  95252<br>P:        (209) 772-3013<br>F:        (209) 772-3090<br>brianr@chavezochoalaw.com | Attorneys for Individual Plaintiffs Hing Chunh<br>Alexander Wong; Sau Chun Ida Wong |

MASTER SERVICE LIST

Case: 19-30088    Doc# 4708    Filed: 11/13/19    Entered: 11/13/19 16:04:51    Page 72
of 102

| | | |
|---|---|---|
| 1 | DEFENSE COUNSEL | |
| 2 | Gayle L. Gough | Attorneys for Defendant |
| | Mark J. Hancock | Pacific Gas & Electric Company |
| 3 | Sara Duncan | |
| | Andrew Briggs | |
| 4 | Kristie Tappan | |
| | GOUGH & HANCOCK LLP | |
| 5 | Two Embarcadero Center, Suite 640 | |
| | San Francisco, CA 94111 | |
| 6 | P:      (415) 848-8900 | |
| | F:      (415) 974-6745 | |
| 7 | gayle.gough@ghcounsel.com | |
| | mark.hancock@ghcounsel.com | |
| 8 | sara.duncan@ghcounsel.com | |
| | andrew.briggs@ghcounsel.com | |
| 9 | kristie.tappan@ghcounsel.com | |
| | jennifer.mcneil@ghcounsel.com | |
| 10 | | |
| 11 | Randy W. Gimple | Attorneys for Defendant |
| | David Bona | Trees, Inc. |
| 12 | Aaron Shapiro | |
| | Alex Cheng | |
| 13 | Sunny Shapiro | |
| | CARLSON, CALLADINE & PETERSON | |
| 14 | 353 Sacramento Street, 16th Floor | |
| | San Francisco, CA 94111 | |
| 15 | P:      (415) 391-3911 | |
| | F:      (415) 391-3898 | |
| 16 | rgimple@ccplaw.com | |
| | dbona@ccplaw.com | |
| 17 | shahn@ccplaw.com | |
| | acheng@ccplaw.com | |
| 18 | sshapiro@ccplaw.com | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Page 7 of 9

MASTER SERVICE LIST

| | | |
|---|---|---|
| 1 | Matthew T. Hawk | Attorneys for Defendant ACRT |
| 2 | John Castro | |
| | GORDON & REES LLP | |
| 3 | 275 Battery Street, 20th Floor | |
| | San Francisco, CA 94111 | |
| 4 | P:      (415) 986-5900 | |
| | F:      (415) 986-8054 | |
| 5 | mhawk@gordonrees.com | |
| | lvaughn@gordonrees.com | |
| 6 | jvandecarr@gordonrees.com | |
| | ecordero@grsm.com | |
| 7 | eruiz@grsm.com | |
| | jcastro@grsm.com | |
| 8 | Daniel S. Newman | |
| | NEWMAN & BROOMAND, LLP | |
| 9 | 2250 East Bidwell Street, Suite 100 | |
| | Folsom, CA 95630 | |
| 10 | P:      (916) 932-0397 | |
| | F:      (916) 932-0398 | |
| 11 | dsn@nbllplaw.com | |
| | cn@nbllplaw.com | |
| 12 | | |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MASTER SERVICE LIST

| | |
|---|---|
| **INTERESTED PARTIES** | |
| Jeffrey P. Reusch, Esq.<br>Kelly Welchans, Esq.<br>Deputy Attorney General<br>CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>1300 I Street<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>P:     (916) 210-7804<br>jeffrey.reusch@doj.ca.gov<br>kelly.welchans@doj.ca.gov | CAL FIRE |

**Bankruptcy Counsel**

| | |
|---|---|
| Emily Thomas, Esq.<br>BAKER & HOSTETLER LLP<br>1160 Battery Street East, Suite 100<br>San Francisco, CA 94111<br>Tel: (628) 208-6440<br>Fax: (310) 820-8859<br>ethomas@bakerlaw.com<br>jgreenfield@bakerlaw.com | Official Committee of Tor Claimants "TCC" |

Page 9 of 9
MASTER SERVICE LIST

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **CERTIFICATE OF SERVICE** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES, CITY OF LOS ANGELES**

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State of California, and **am a member of the bar of the State of California**. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is 707 Wilshire Boulevard, 46th Floor, Los Angeles, California 90017-2554.

On October 30, 2019, I caused to be served the following documents:

- *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

☑ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

SEE ATTACHED SERVICE LIST

Dated: October 30, 2019

Nicholas J. Begakis

WEIL:\97245097\1\67615.0014

*Ruckman, et al. v. Big N Deep Ag Development Co., et al.*
**Kern County Superior Court Case No. BCV-15-101699**

### SERVICE LIST

Daniel Rodriguez, Esq.
Joel T. Andreesen, Esq.
Chantal Trujillo, Esq.
RODRIGUEZ & ASSOCIATES
2020 Eye Street
Bakersfield, CA 93301
Fax: (661) 323-0132
E-mail: chantal@rodriguezlaw.net
          jwhittington@rodriguezlaw.net
*Counsel for Plaintiffs, Robert Ruckman, Gloria Ruckman, Robert Elias Ruckman, Amalia Leal, Gil Leal*

Theodore Hoppe, Esq.
HOPPE LAW GROUP
Fig Garden Village
680 West Shaw Avenue, Suite 207
Fresno, CA 93704
Fax: (559) 241-7212
Email: tad@hoppe-law.com
*Counsel for Defendants, Cross-Defendants, Jeff Alexander, dba Big N Deep Agricultural Development, Jeff Alexander Farming*

Ralph Wegis, Esq.
Law Office of Ralph Wegis
1930 Truxtun Avenue
Bakersfield, CA 93301
*Counsel for Defendant, Big N Deep Development*

Daniel T. Clifford, Esq.
CLIFFORD & BROWN
1430 Truxtun Ave., Suite 900
Bakersfield, CA 93301
*Attorneys for Defendant, Wildwood Farms, LLC*

Daniel R. Baradat, Esq.
BARADAT & PABOOJIAN, INC.
720 W. Alluvial Avenue
Fresno, CA 93711
Email: drb@bplaw-inc.com
*Counsel for Bobby Ojeda, and Cassandra Ojeda*

Case: 19-30088   Doc# 4708   Filed: 11/13/19   Entered: 11/13/19 16:04:51   Page 78 of 102
WEIL:\97245097\1\67615.0014

Christopher J. Hagan, Esq.
Joseph A. Werner, Esq.
HAGAN LAW GROUP, LLP
2031 F Street
Bakersfield, CA 93301
Phone: (661) 215-4980
Fax: (661) 215-4989
Email: chris@brumfield-haganlaw.com; joe@brumfield-haganlaw.com
*Attorney for Defendant and Cross-Complainant AG-WISE ENTERPRISES, INC*

Larry F. Peake, Esq.
LARRY F. PEAKE, A PROFESSIONAL CORPORATION
2031 F Street
Bakersfield, CA 93301
Phone: (661) 215-4980
Fax: (661) 215-4989
Email: lpeake@ncinternet.net; larry@brumfield-haganlaw.com
*Attorney for Defendant and Cross-Complainant AG-WISE ENTERPRISES, INC*

James Baratta, Esq.
Thomas J. Moran, Esq.
GRANT, GENOVESE & BARATTA, LLP
2030 Main Street, Suite 1600
Irvine, CA 92614
Fax: (949) 660-6060
Email: jmb@ggb-law.com; tjm@ggb-law.com
*Associate Attorneys for Defendant and Cross-Complainant AG-WISE ENTERPRISES, INC*

Eric O. Ibisi, Esq.
3600 Wilshire Blvd., Ste. 332
Los Angeles, CA 90010-2607
Phone: (213) 383-5839
Fax: (424) 230-3047
Email: Ibisilaw@att.net
*(Attorneys for Plaintiffs Bridget Ojeda, Joseph M Ojeda, Jr., (Kern County Superior Court Case No. BCV-17-100722)*

Steven McQuillan, Esq.
Chester E. Walls, Esq.
McCormick, Barstow, Sheppard,
Wayte & Carruth, LLP
7647 North Fresno Street
Fresno, CA 93720
Tel: 559-433-1300
Fax: 559-433-2300
***Attorneys for Cross-Defendant OASIS TURF, LLC***

Timothy E. Cary, Esq.
CaryT@Stutmanlaw.com
Nathan R. Hurd, Esq.
HurdN@Stutmanlaw.com
Law Offices of Robert A. Stutman, P.C.
1260 Corona Pointe Court, Suite 306
Corona, CA 92879
Tel: 951-387-4700
Fax: 951-963-1298
***Attorneys for Intervenor Travelers Commercial Insurance Company***

5

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES, CITY OF LOS ANGELES**

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State of California, and **am a member of the bar of the State of California**. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is 707 Wilshire Boulevard, 46th Floor, Los Angeles, California 90017-2554.

On October 30, 2019, I caused to be served the following documents:

- *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

☑ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

SEE ATTACHED SERVICE LIST

Dated: October 30, 2019

*[signature]*

Nicholas J. Begakis

*Ouk, et al. v. Pacific Gas & Electric Company, et al.*
**Fresno County Superior Court Case No. 15CECG01274**

**<u>SERVICE LIST</u>**

| | |
|---|---|
| Nicholas Wagner, Esq.<br>**WAGNER, JONES, KOPFMAN &<br>ARTENIAN LLP**<br>1111 E. Herndon, Suite 317<br>Fresno, CA 93720<br>Tel:  (559) 449-1800<br>Fax: (559) 449-0749<br>Email: bwagner@wagnerjones.com<br>Email: kschemenwagnerjones.com | Attorneys for Plaintiffs, Sam Ouk,<br>Edgar Torres, Gabino Alberto  Pizano,<br>Kao Hang, Fidel Ramirez |
| Lazaro Salazar, Esq.<br>**LAZARO SALAZAR LAW, INC.**<br>252 N. Fulton Street<br>Fresno, CA 93701<br>Tel: (559) 498-0828<br>Fax: (559) 498-0822<br>Email:  lazaro@lazarosalazarlaw.com | Attorney for Plaintiffs, Juan Pablo<br>Chagoya Gonzalez, Monica Andrade<br>Sanchez |
| Warren R. Paboojian, Esq.<br>**BARADAT & PABOOJIAN, INC.**<br>720 W. Alluvial Avenue<br>Fresno, CA 93711<br>Tel: (559) 431-5366<br>Fax: (559) 431-1702<br>Email: wrp@bplaw-inc.com | Attorney for Claimants, Efrain S.<br>Garcia, Christina Gutierrez |
| David M. Overstreet, IV, Esq.<br>**OVERSTREET & ASSOCIATES**<br>1300 East Shaw Avenue, Suite 125<br>Fresno, CA 93710<br>Tel: (559) 221-2771<br>Fax: (559) 221-2775<br>Email: dmo@oa-law.net | Attorneys for County of Fresno |
| David H. Parker, Esq.<br>Richard J. Kern, Esq.<br>**PARKER, KERN, NARD & WENZEL**<br>7112 North Fresno Street, Suite 300<br>Fresno, CA 93720<br>Tel: (559) 449-2558<br>Fax: (559) 449-2564 | Attorneys for County of Fresno |

3

WEIL:\97245097\1\67615.0014

| | |
|---|---|
| Ara Jabagchourian, Esq.<br>**LAW OFFICES OF ARA JABAGCHOURIAN, P.C.**<br>1650 S. Amphlett Blvd., Suite 216<br>San Mateo, CA 94402<br>Tel: (650) 437-6840<br>Fax: (650) 403-0909<br>Email: ara@arajlaw.com | Attorneys for Espino Family and Rosario Lara |
| J. David Petrie, Esq.<br>**PETRIE LEATH LARRIVEE & O'ROURKE, LLP**<br>6051 North Fresno Street, Suite 110<br>Fresno, CA 93710<br>Tel: (559) 498-6522<br>Fax: (559) 498-6516<br>Email: dpetrie@pllolegal.com<br>       sorourke@pllolegal.com | Attorneys for Fresno County Peace Officers Association |
| Russell D. Cook, Esq.<br>1233 West Shaw #100<br>Fresno, CA 93711<br>Tel: (559) 225-2510 | Attorneys for Union Pacific Railroad Company |
| Daniel C. Cederborg, Esq.<br>**OFFICE OF FRESNO COUNTY COUNSEL**<br>2220 Tulare Street, 5th Floor<br>Fresno, CA 93721<br>Tel: (559) 600-3479<br>Fax: (559) 600-3480<br>Email: dcederborg@co.fresno.ca.us | Attorneys for Fresno Sheriff's Department |
| Dario de Ghetaldi, Esq.<br>Amanda L. Riddle, Esq.<br>Sumble Manzoor, Esq.<br>COREY, LUZAICH, DE GHETALDI & RIDDLE LLP<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030<br>Tel: (650) 871-5666<br>Fax: (650) 871-4144<br>deg@coreylaw.com<br>alr@coreylaw.com<br>sm@coreylaw.com | Attorneys for Plaintiff Ismael Arreazola |

4

Case: 19-30088   Doc# 4708   Filed: 11/13/19   Entered: 11/13/19 16:04:51   Page 84 of 102
WEIL:\97245097\1\67615.0014

Bradley A. Post, Esq.
BORTON PETRINI, LLP
201 Needham Street
Modesto, CA 95354
Tel: (209) 576-1701
Fax: (209) 527-9753
bpost@bortonpetrini.com

Attorneys for Sheriff's Foundation for Public Safety

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

5

WEIL:\97245097\1\67615.0014

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **CERTIFICATE OF SERVICE** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES, CITY OF LOS ANGELES**

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State of California, and **am a member of the bar of the State of California**. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is 707 Wilshire Boulevard, 46th Floor, Los Angeles, California 90017-2554.

On October 30, 2019, I caused to be served the following documents:

- *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

☑ By first class mail to the counsel of record to the following individuals, at their respective

notification addresses listed below:

SEE ATTACHED SERVICE LIST

Dated:  October 30, 2019

_____

Nicholas J. Begakis

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | | | |

**SERVICE LIST**
***Pacific Gas and Electric Company v. Jeff Alexander et. al.*,**
**Kern County Superior Court Case No. BCV-15-101623**

| Ralph B. Wegis, Esq.<br>Law Office of Ralph B. Wegis<br>1930 Truxtun Avenue<br>Bakersfield, CA 93301<br>Tel: (661) 635-2100<br>Fax: (661)635-2107<br>*E-mail:* rwegis@ralphwegis.com | *Co-Counsel for Defendants*<br>Jeff Alexander doing business as Big N<br>Deep Agricultural Development and Jeff<br>Alexander Farming |
|---|---|
| Theodore W. Hoppe, Esq.<br>**The Hoppe Law Group**<br>680 West Shaw Avenue, Suite 207<br>Fresno, CA 93704<br>Tel: (559) 241-7070<br>Fax: (559) 241-7212<br>*E-mail:* tad@hoppe-law.com | *Co-Counsel for Defendants*<br>Jeff Alexander doing business as Big N<br>Deep Agricultural Development and Jeff<br>Alexander Farming |

3

WEIL:\97245097\1\67615.0014

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

1    **STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

2        I, the undersigned, declare under penalty of perjury under the laws of the State of
3    California that the following is true and correct:

4        I am an attorney employed in the State California, and am a member of the bar of the
     State of California.  I am a citizen of the United States, over the age of eighteen (18) years, and
5    not a party to or interested in the within-entitled cause.  My business address is 1 Kaiser Plaza,
     Suite 1675, Oakland, CA 94612.
6
        On October 29, 2019, I caused to be served the following documents:
7

8        • *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027*
           *Enlarging the Time Within Which to File Notices of Removal of Related*
9          *Proceedings* (and supporting documents)

10   //

11   //

12   //

13   //

14   //

15   //

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28

WEIL:\97245097\1\67615.0014

1  ☑ By first class mail to the counsel of record to the following individuals, at their respective

2  notification addresses listed below:

3
- Alicia L. Queen
   **C/O Rick Cao, Paul Long**
4  HARTSUYKER, STRATMAN & WILLIAMS – ABREGO
   P.O. Box 258829
5  Oklahoma City, OK 73125-8829

6

7

8

9  Dated:  October 29, 2019

MICHAEL FOX

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

WEIL:\97245097\1\67615.0014

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed by Rovens Lamb LLP in the State of California. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is 1500 ROSECRANS AVE, SUITE 418, MANHATTAN BEACH, CA 90266.

On October 29, 2019, I caused to be served the following documents:

- ***Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)**

☑ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

- SEE ATTACHED SERVICE LISTU

Dated: October 29, 2019

_____
TAMMY CORTEZ
Legal Assistant

WEIL:\97245097\1\67615.0014

**SERVICE LIST**
*Flores v. Miller's Landing Resort, et al.*
Madera County Case No. MCV072206

3
4
5
6
7
8

Geoffrey S. Wells
Tobin M. Lanzetta
Christian T.F. Nickerson
GREENE BROILLET & WHEELER, LLP
100 Wilshire Boulevard, Suite 2100
Santa Monica, CA 90407-2131
FAX: (310) 576-1220
Email: GWells@gbw.law
　　　　TLanzetta@gbw.law
　　　　CNickerson@gbw.law

Attorneys for Plaintiffs and Cross-Defendant Martin Flores

9
10
11
12
13

Deborah S. Tropp
Kendall L. Craver
MCNEIL TROPP & BRAUN LLP
2 Park Plaza, Suite 620
Irvine, CA 92614
FAX: (949) 259-2891
Email: DTropp@MTBAttorneys.com
　　　　KCraver@MTBAttorneys.com

Attorneys for Defendant/Cross-Complainant/Cross-Defendant Miller's Landing Resort

14
15
16
17

Michael J. Czeshinski
WILKINS, DROLSHAGEN &
CZESHINSKI LLP
6785 N. Willow Avenue
Fresno, CA 93710
FAX: (559) 438-2393
Email: mjc@wdcllp.com

Attorneys for Defendants/Cross-Complainants Phat Chau and Dee Truong

18
19
20

Joshua R. Jachimowicz
JACHIMOWICZ LAW GROUP
1530 The Alameda, Suite 115
San Jose, CA 95126
FAX: (408) 246-1051
Email: josh@jachlawgroup.com
　　　　tanya@jachlawgroup.com

Attorneys for Cross-Defendant Iris Chi

21
22
23
24
25

Daniel S. Rodman
Alina Mooradian
SNELL & WILMER, L.L.P.
600 Anton Blvd., Suite 1400
Costa Mesa, California 92626-7689
FAX: (714) 427-7799
Email: drodman@swlaw.com
　　　　amooradian@swlaw.com

Attorneys for Defendant Yamaha Motor Corporation, U.S.A.

26
27
28

ROVENS LAMB LLP
1500 ROSECRANS AVENUE
SUITE 418
MANHATTAN BEACH, CA
90266

| | |
|---|---|
| Warren R. Paboojian<br>Adam B. Stirrup<br>BARADAT & PABOOJIAN, INC.<br>720 West Alluvial Avenue<br>Fresno, CA 93711<br>TEL: 559-431-5366<br>FAX: 559-431-1702<br>EMAIL: wrp@bplaw-inc.com<br>abs@bplaw-inc.com | Attorneys for Plaintiffs BRANDON HARRIS, individually; SARAH HARRIS, individually; ESTATE OF LILLY HARRIS, by and through its successor of interest, BRANDON HARRIS; CLAIRE HARRIS, a minor, by and through her guardian ad litem, BRANDON HARRIS; MARK HARRIS, individually; and KIMBERLY HARRIS, individually |
| Todd B. Barsotti<br>TODD B. BARSOTTI, A PROF. LAW CORP.<br>6780 N. West Ave., Suite 102<br>Fresno, CA 93711<br>TEL: 559-226-2100<br>FAX: 559-226-7636<br>EMAIL: tbar@barsotti-law.com | Attorneys for Plaintiff JUSTIN HARRIS |
| Jack C. Nick<br>PRINDLE GOETZ BARNES<br>310 Golden Shore, Fourth Floor<br>Long Beach, CA 90802<br>TEL: 562-436-3946<br>FAX: 562-495-0564<br>EMAIL: jnick@prindlelaw.com | Attorneys for Defendant MILLER'S LANDING RESORT, INC. |
| Christopher J. Beeman<br>Riana E. Daniel<br>CLAPP, MORONEY, VUCINICH, BEEMAN+SCHELEY<br>5860 Owens Drive, Suite 410<br>Pleasanton, CA 94588<br>TEL: 925-734-0990<br>FAX: 925-734-0888<br>EMAIL: cbeeman@clappmoroney.com | Attorneys for Defendant/Cross-Complainant WARREN CHAPMAN |
| Jordan S. Tabak<br>BOWMAN & BROOKE<br>970 West 190th Street, Suite 700<br>Torrance, CA 90502<br>FAX: 310-719-1019<br>EMAIL:<br>Jordan.tabak@bowmanandbrooke.com | Attorneys for Defendant AMERICAN HONDA MOTOR CO., INC. |

ROVENS LAMB LLP
1500 ROSECRANS AVENUE
SUITE 418
MANHATTAN BEACH, CA
90266

PROOF OF SERVICE

Case: 19-30088    Doc# 4708    Filed: 11/13/19    Entered: 11/13/19 16:04:51    Page 95 of 102

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ROVENS LAMB LLP
1500 ROSECRANS AVENUE
SUITE 418
MANHATTAN BEACH, CA
90266

**<u>SERVICE LIST</u>**
*Montelongo v. Freitas Bros. Farms, LLC, et al.*
Santa Barbara County Case No. 16CV02467

Andrew C. Bryman
Law Office of Bryman & Apelian
24025 Park Sorrento, Suite 220
Calabasas, California 91302
FAX: 818-225-5155
Email: andrewbryman@aol.com
   brymanassistant@yahoo.com

Attorneys for Plaintiffs, Cesar Montelongo, Sr., Leticia Pulido, Tatiana Mendoza-Oseguera, and Meleny Destiny Montelongo by and through her Guardian ad Litem, Tatiana Mendoza-Oseguera

Gerald L. Marcus
Law Offices of Gerald L. Marcus
24025 Park Sorrento, Suite 430
Calabasas, California 91302
FAX: 818-784-5970
Email: geraldmarcuslaw@aol.com
   m.goujon@injurynetwork.org

Charles H. Horn
LeClairRyan, LLP
44 Montgomery Street, 18th Floor
San Francisco, CA 94104
FAX: 415-391-8766
Email: Charles.horn@leclairryan.com

Attorneys for Defendants, Freitas Bros. Farms, LLC; Eric Michael Freitas; and EMF Properties, LLC

Paul H. Burleigh
LeClairRyan, LLP
725 S. Figueroa Street, Suite 350
Los Angeles, CA 90017
FAX: 213-624-3755
Email: paul.burleigh@leclairryan.com

| | |
|---|---|

## SERVICE LIST
### *Chue Moua, et al. v. Pacific Gas and Electric Company*
San Joaquin Case No. STK-CV-UPT-2018-13254

| | |
|---|---|
| Matthew R. Eason<br>Kyle K. Tambornini<br>EASON & TAMBORNINI, ALC<br>1234 H Street, Suite 200<br>Sacramento, CA 95814<br>TEL: 916-438-1819<br>FAX: 916-438-1820<br>EMAIL: Matthew@capcitylaw.com | Attorneys for Plaintiffs |
| Domenic D. Spinelli<br>SPINELLI, DONALD & NOTT<br>601 University Avenue, Suite 225<br>Sacramento, CA 95825<br>TEL: 916-448-7888<br>FAX: 916-448-6888<br>EMAIL: domenics@sdnlaw.com | Attorneys for Defendant, MANTECA UNIFIED SCHOOL DISTRICT |
| Joshua Stevens<br>HERUM CRABTREE SUNTAG<br>5757 Pacific Ave, Suite 222<br>Stockton, CA 95207<br>TEL: 209-472-7700<br>FAX:<br>EMAIL: jstevens@herumcrabtree.com | Attorneys for CITY OF STOCKTON |
| David R. Casady<br>Angela C. Allard<br>BERMAN BERMAN BERMAN SCHNEIDER & LOWARY, LLP<br>2390 Professional Drive<br>Roseville, CA 95661<br>TEL: 916-846-9391<br>FAX: 916-672-9290<br>EMAIL: drcasady@b3law.com<br>    acallard@b3law.com<br>    lcarmichael@b3law.com | Attorneys for JESSE TREJO and ELSA TREJO |
| Brandon J. Finn<br>COSTA LAW FIRM<br>2489 Sunrise Blvd, Suite A<br>Gold River, CA 95670<br>TEL: 916-400-2734<br>FAX: 916-400-2744<br>EMAIL: bjf@costalaw.net | Attorneys for CHU Q. YANG |

ROVENS LAMB LLP
1500 ROSECRANS AVENUE
SUITE 418
MANHATTAN BEACH, CA
90266

| | |
|---|---|
| John A. McFadden<br>CARBONE, SMITH & KOYAMA<br>509 West Weber Ave., Suite 203<br>Stockton, CA 95203<br>TEL: 209-951-3678<br>FAX: 209-946-9388<br>EMAIL: john.mcfadden@csaa.com | Attorneys for JANZEL JOHNSON and<br>MELISA CALLENDER |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROVENS LAMB LLP<br>1500 ROSECRANS AVENUE<br>SUITE 418<br>MANHATTAN BEACH, CA<br>90266

**PROOF OF SERVICE**

1

**<u>SERVICE LIST</u>**
***Amir Shahmirza v. PG&E***
San Mateo Case No. 18CIV06064

2

3

| | |
|---|---|
| Matthew Mellen<br>Duncan McGee<br>MELLEN LAW FIRM<br>1050 Marina Village Parkway<br>Suite 102<br>Alameda, CA 94501<br>Tel: 510-263-8441<br>Fax: 510-263-8453<br>Email: email@mellenlawfirm.com | Attorneys for Plaintiff AMIR<br>SHAHMIRZA |
| | |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ROVENS LAMB LLP**
**1500 ROSECRANS AVENUE**
**SUITE 418**
**MANHATTAN BEACH, CA**
**90266**

**PROOF OF SERVICE**

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

WEIL:\97245097\1\67615.0014

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES, CITY OF LOS ANGELES**

I, the undersigned, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am an attorney employed in the State of California, and **am a member of the bar of the State of California**. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled cause. My business address is 707 Wilshire Boulevard, 46th Floor, Los Angeles, California 90017-2554.

On October 30, 2019, I caused to be served the following documents:

- *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* (and supporting documents)

☑ By first class mail to the counsel of record to the following individuals, at their respective notification addresses listed below:

SEE ATTACHED SERVICE LIST

Dated: October 30, 2019

_____

Nicholas J. Begakis

**SERVICE LIST**
*Cruz v. Webb, et al.,*
**Kern County Superior Court Case No. BCV-18-101137**

| | |
|---|---|
| Alex Sarajian, Esq.<br>William B. Mayoff, Esq.<br>Karina A. Padua, Esq.<br>LA Injury Attorneys<br>1611 N. San Fernando Blvd.<br>Burbank, CA 91504<br>Telephone: (818) 243-4529<br>Fax Number: (818) 243-4311 | *Attorney for Plaintiff* |

WEIL:\97245097\1\67615.0014