SCOTT H. McNUTT (CSBN 104696)
324 Warren Road
San Mateo, California 94402
Telephone: (415) 760-5601
Email: smcnutt@ml-sf.com

Counsel to the Fee Examiner

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**SUPPLEMENTAL DECLARATION OF FEE EXAMINERBRUCE A. MARKELL PURSUANT TO 11 U.S.C. § 330 AND FED. R. BANKR. P. 2014 (a)**<br><br>[No Hearing Requested]<br><br>Judge: Hon. Dennis Montali |

I, Bruce A. Markell, declare;

1. In these bankruptcy cases I am the Court-appointed Fee Examiner. See Order Appointing Fee Examiner and Establishing Procedures for Consideration of Requested Fee Compensation and Reimbursement of Expenses ("Fee Examiner Order"), Entered May 29, 2019 [Docket No. 2267].

2. On April 12, 2019, I filed a declaration with this court, as Docket No. 1370-1, that disclosed my known connections to the debtors and to the professionals in this

case. On October 28, 2019, I learned of a new connection. My longtime friend (of over 35 years) and former partner Marc Levinson (now a senior counsel at Orrick Herrington & Sutcliffe LLP), informed me that his daughter, Dara Levinson Silveira, is an associate at Keller & Benvenutti LLP, local counsel for the debtors in these cases.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct and that this declaration was executed at Chicago, Illinois, on November 12, 2019.

DATED: November 12, 2019     BRUCE A. MARKELL

By:    */s/ Bruce A. Markell*
      Bruce A. Markell
      Fee Examiner