| | |
|---|---|
| 1 | Robert A. Julian (SBN 88469) |
| | Cecily A. Dumas (SBN 111449) |
| 2 | BAKER & HOSTETLER LLP |
| | 1160 Battery Street, Suite 100 |
| 3 | San Francisco, CA 94111 |
| | Telephone: 628.208.6434 |
| 4 | Facsimile: 310.820.8859 |
| | Email: rjulian@bakerlaw.com |
| 5 | Email: cdumas@bakerlaw.com |
| 6 | Eric E. Sagerman (SBN 155496) |
| | Lauren T. Attard (SBN 320898) |
| 7 | BAKER & HOSTETLER LLP |
| | 11601 Wilshire Blvd., Suite 1400 |
| 8 | Los Angeles, CA 90025-0509 |
| | Telephone: 310.820.8800 |
| 9 | Facsimile: 310.820.8859 |
| | Email: esagerman@bakerlaw.com |
| 10 | Email: lattard@bakerlaw.com |

*Counsel to the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **ERRATA SHEET REGARDING RESPONSE OF OFFICIAL COMMITTEE OF TORT CLAIMANTS TO DEBTORS' RESTATED RESTRUCTURING SUPPORT AND SETTLEMENT AGREEMENT WITH THE CONSENTING SUBROGATION CLAIMHOLDERS [Dkt. No. 4629]** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Date: November 19, 2019 |
| | Time: 10:00 a.m. (Pacific Time) |
| | Place: United States Bankruptcy Court |
| | Courtroom 17, 16th Floor |
| | San Francisco, CA 94102 |

The Official Committee of Tort Claimants hereby submits this errata sheet with regard to its response [Dkt No. 4629] to the Restated Restructuring Support Agreement [Dkt. No. 4554-1] filed by PG&E Corporation and Pacific Gas & Electric Company and the Ad Hoc Subrogation Group.

The following citation is added to the discussion of section 509 and *Dow Corning* on page 2, point 7, starting on line 18:

*In re Dow Corning Corp.*, 250 B.R. 298, 327 (Bankr. E.D. Mich. 2000) (granting the Official Committee of Tort Claimants' and Debtors' motion for summary judgment on section 509 issues and holding that the government insurer's reimbursement claim is the same claim as the tort claim pursued by beneficiary, otherwise "there is no legal theory that would enable the Government to seek reimbursement from the party sued").

Dated: November 13, 2019

BAKER & HOSTETLER LLP

By: /s/ *Robert A. Julian*
      Robert A. Julian

*Counsel to the Official Committee of Tort Claimants*