KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| **- and –** | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **SUMMARY SHEET TO SECOND INTERIM FEE APPLICATION OF KELLER & BENVENUTTI LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (JUNE 1, 2019 THROUGH SEPTEMBER 30, 2019)** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Date:  TBD<br>Time: TBD<br>Place: United States Bankruptcy Court<br>          Courtroom 17, 16th Floor<br>          San Francisco, CA 94102<br>Judge: Hon. Dennis Montali |
| *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | **Objection Deadline: December 4, 2019<br>4:00 p.m. (Pacific Time)** |

## GENERAL INFORMATION

| | |
|---|---|
| Name of Applicant: | Keller & Benvenutti LLP |
| Authorized to Provide Professional Services to: | Attorneys for Debtors and Debtors in Possession |
| Petition Date: | January 29, 2019 |
| Retention Date: | April 9, 2019 *nunc pro tunc* to January 29, 2019 |
| Prior Applications: | None |

## SUMMARY OF FEES AND EXPENSES SOUGHT IN THIS APPLICATION

Amount of Compensation Sought as Actual, Reasonable, and Necessary: **$687,230.00**

Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: **$66,455.22**

Total Compensation and Expenses Requested for the Compensation Period: **$753,685.22**

## SUMMARY OF PRIOR MONTHLY FEE STATEMENTS

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| 4/10/19 [Dkt. No. 1332] | 1/29/19 – 2/28/19 | $401,910.00 | $13,631.54 | $321,528.00 | $13,631.54 | $80,382.00 |
| 5/8/19 [Dkt. No. 1933] | 3/1/19 – 3/31/19 | $248,035.00 | $11,119.23 | $198,428.00 | $11,119.23 | $49,607.00 |
| 6/6/19 [Dkt. No. 2435 | 4/1/19 – 4/30/19 | $271,250.00 | $2,705.34 | $217,000.00 | $2,705.34 | $54,250.00 |
| 7/8/19 [Dkt. No. 2894] | 5/1/19 – 5/31/19 | $195,450.00 | $5,150.68 | $156,360.00 | $5,150.68 | $39,090.00 |
| **First Interim Fee Application [Dkt. No. 3099]** | | **$1,116,645.00** | **$32,606.79** | **$736,956.00** | **$27,456.11** | **$223,329.00** |
| 8/7/19 [Dkt. No. 3401] | 6/1/19 – 6/30/19 | $154,765.00 | $31,394.43 | $123,812.00 | $31,394.43 | $30,953.00 |
| 9/18/19 [Dkt. No. 3927] | 7/1/19 – 7/31/19 | $177,535.00 | $15,442.54 | $142,028.00 | $15,442.54 | $35,507.00 |
| 10/16/19 [Dkt. No. 4215] | 8/1/19 – 8/30/19 | $196,310.00 | $15,570.27 | $0.00[1] | $0.00 | $39,262.00 |
| 11/5/19 [Dkt. No. 4579] | 9/1/19 – 9/30/19 | $158,620.00 | $4,047.98 | $0.00[2] | $0.00 | $31,724.00 |
| | | **$687,230.00** | **$66,455.22** | **$265,840.00** | **$46,836.97** | **$137,446.00** |

Summary of Any Objections to Monthly Fee Statements:          None.

Compensation and Expenses Sought in this Interim Application Not Yet Paid:          $137,446.00[3]

---

[1] The Firm filed its Certificate of No Objection with respect to its August fees on November 7, 2019 [Docket No. 4592] and has submitted its August invoices to the Debtors but has not yet been paid.

[2] The Firm will be eligible for payment on its September invoices after it files its Certificate of No Objection on its monthly fee statement after the November 26, 2019 4:00 p.m. (Pacific Time) objection deadline expires.

[3] Assumes payment received on August and September monthly fee statements on or prior to the hearing hereon.

**COMPENSATION BY PROFESSIONAL**
**JUNE 1, 2019 THROUGH SEPTEMBER 30, 2019**

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases during the Interim Fee Period are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Tobias S. Keller | Partner | 1990 | 800 | 122.7 | $98,160 |
| Peter J. Benvenutti | Partner | 1974 | 800 | 267.8 | $214,240 |
| Jane Kim | Partner | 2003[1] | 650 | 184.2 | $119,730 |
| Keith A. McDaniels | Of Counsel | 1997 | 600 | 8.1 | $4,860 |
| Dara L. Silveira | Associate | 2010 | 400 | 256 | $102,400 |
| Thomas B. Rupp | Associate | 2011 | 400 | 265.8 | $106,320 |
| Jacob Bodden | Paralegal Trainee | N/A | 150 | 265.4 | $39,810 |
| Hadley Roberts-Donnelly | Paralegal Trainee | N/A | 150 | 11.4 | $1,710 |
| **Total Professionals:** | | | | **1,381.4** | **$687,230** |

[1] Member of the California Bar since 2014

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 750 | 582.8 | $436,990 |
| Associates | 400 | 521.8 | $208,720 |
| **Blended Attorney Rate** | **585** | **1,104.6** | **$645,710** |
| Paraprofessionals | 150 | 276.8 | $41,520 |
| **Total Fees Incurred** | **497** | **1,381.4** | **$687,230** |

**COMPENSATION BY WORK TASK CODE**
**JUNE 1, 2019 THROUGH SEPTEMBER 30, 2019**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Omnibus & Miscellaneous Court Appearances | 430.1 | $132,155 |
| 003 | Legal Research | 1.7 | $680 |
| 004 | General Case Administration | 78.5 | $32,415 |
| 005 | Automatic Stay Proceedings | 262 | $170,535 |
| 006 | Initial Debtor Interview, Meeting of Creditors, Creditor Inquiries | 15.6 | $11,205 |
| 007 | Professional Retention and Compensation – Keller & Benvenutti | 80.1 | $37,995 |
| 008 | Professional Retention and Compensation – Other Professionals | 77.6 | $46,060 |
| 009 | Financing and Cash Collateral | 1.7 | $1,360 |
| 012 | Tort Committees – Communication & Negotiation | 1.9 | $1,490 |
| 013 | U.S. Trustee – Communications & Negotiation | .2 | $130 |
| 014 | Employee Matters | 27.2 | $16,010 |
| 015 | Supplier Issues | 24.8 | $12,670 |
| 016 | General Asset Analysis and Recovery | 2.6 | $2,065 |
| 017 | Sale or Use of Property – Motions | 8.3 | $4,365 |
| 018 | Executory Contract Issues | 38.7 | $20,175 |
| 019 | Tax Issues | .5 | $325 |
| 021 | Plan – Advice, Strategy and Negotiation | 50.8 | $32,045 |
| 022 | Plan Disclosure Statements – Preparation of Documents | 25.8 | $17,800 |
| 025 | FERC Adversary Proceeding | 9.8 | $6,665 |
| 026 | Wildfire Litigation | 49.2 | $30,125 |
| 027 | Claims Review | 17.7 | $11,680 |
| 028 | Claim Disputes and Resolution | 15.3 | $9,580 |
| 032 | USDC Probation Compliance and Monitoring | 8.2 | $4,940 |
| 034 | Third Party Injunction Action (PERA) | 22.1 | $12,600 |
| 035 | Government Relations and Communications | .2 | $160 |
| 036 | Miscellaneous Litigation Issues and Advice | 109.5 | $60,040 |
| 037 | Appeals | 21.3 | $11,960 |
| **TOTAL** | | **1,381.4** | **$687,230** |

## EXPENSE SUMMARY
## JUNE 1, 2019 THROUGH SEPTEMBER 30, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $0.00 |
| Meals | $0.00 |
| Travel | $0.00 |
| Transportation | $114.85 |
| Duplicating | $47,551.28 |
| Transcription Services | $14,587.25 |
| Telephone Conferencing | $242.50 |
| Messenger | $3,311.34 |
| Filing Fees | $648.00 |
| **Total Expenses Requested:** | **$66,455.22** |

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **SECOND INTERIM FEE APPLICATION OF KELLER & BENVENUTTI LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (JUNE 1, 2019 THROUGH SEPTEMBER 30, 2019)** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Date:  TBD<br>Time:  TBD<br>Place:  United States Bankruptcy Court<br>        Courtroom 17, 16th Floor<br>        San Francisco, CA 94102<br>Judge: Hon. Dennis Montali |
| *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | |
| | **Objection Deadline: December 4, 2019**<br>**4:00 p.m. (Pacific Time)** |

Keller & Benvenutti LLP ("**Keller & Benvenutti**" or the "**Firm**"), co-counsel for PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby submits its Second Interim Fee Application (the "**Interim Application**") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing June 1, 2019, through September 30, 2019 (the "**Interim Fee Period**"), pursuant to the *Order Pursuant to 11 U.S.C*

*§§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on February 27, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**"), sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* (the "**Northern District Guidelines**"), the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (the "**UST Guidelines**"), the Fee Examiner Protocol [Docket No. 4473], and the Local Bankruptcy Rules for the Northern District of California.

The Interim Application is based upon the points and authorities cited herein, the Declaration of Tobias S. Keller filed concurrently herewith, the exhibits attached hereto and thereto, the pleadings, papers, and records on file in this case, and any evidence or argument that the Court may entertain at the time of the hearing on the Interim Application.

## CASE BACKGROUND AND STATUS

### A.     The Debtors' Bankruptcy Proceedings

The Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on January 29, 2019 (the "**Petition Date**").  The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed.

On February 12, 2019, the Office of the United States Trustee for the Northern District of California (the "**U.S. Trustee**") appointed an Official Committee of Unsecured Creditors in the Debtors' cases (the "**Creditors' Committee**").  On February 15, 2019, the U.S. Trustee appointed an Official Committee of Tort Claimants (the "**TCC**").  On May 29, 2019, upon the request of the U.S. Trustee, the Court appointed Professor Bruce A. Markell as the fee examiner in these Chapter 11 Cases (the "**Fee Examiner**").

A description of the Debtors' business, capital structure, and the circumstances leading to the filing of these Chapter 11 Cases is set forth in the *Amended Declaration of Jason P. Wells in Support of First Day Motions and Related Relief* [Docket No. 263].

**B.    The Debtors' Retention of Keller & Benvenutti**

On April 10, 2019, the Court entered the *Order Authorizing Debtors Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 to Retain and Employ Keller & Benvenutti LLP <u>Nunc Pro Tunc</u> to the Petition Date* [Docket No. 1306] (the "**Retention Order**").  A copy of the Retention Order is attached hereto as **<u>Exhibit A</u>**.

The Retention Order authorizes the Debtors to compensate and reimburse the Firm pursuant to the Bankruptcy Code, the Bankruptcy Rules, the Northern District Guidelines, and the Interim Compensation Order.  Subject to the Firm's application to the Court, the Debtors also are authorized by the Retention Order to compensate Keller & Benvenutti at the Firm's standard hourly rates for services performed and to reimburse it for actual and necessary expenses incurred.  The Retention Order authorizes Keller & Benvenutti to provide the following services to the Debtors:

- Appear in Court on behalf of the Debtors;
- Provide legal advice regarding the Debtors' rights and obligations as debtors in possession and regarding local rules, practices, and procedures;
- Act to protect and preserve the Debtors' estates through the prosecution of actions on the Debtors' behalf, defense of actions commenced against the Debtors, negotiation of disputes in which the Debtors are involved, and preparation of objections to claims filed against the Debtors' estates;
- Prepare on behalf of the Debtors any necessary applications, motions, answers, orders, reports, and other legal papers;
- Provide traditional services of local co-counsel including, without limitation: monitoring the docket for filings and coordinating with co-counsel in pending matters that need response; preparing agenda letters, certificates of no objection, certifications of counsel, and

notices of fee applications and hearings; preparing hearing binders of documents and pleadings; and preparing documents and pleadings for hearings;

- Handle inquiries and calls from creditors and counsel to interested parties regarding pending matters and the general status of the Chapter 11 Cases and, to the extent required, coordinate with co-counsel on any necessary responses;

- Act as primary counsel in the event that debtor's lead bankruptcy counsel has a disabling conflict, believes it would be more efficient, or otherwise desires the Firm to act in such capacity in discrete matters; and

- Provide additional support to the Debtors and to co-counsel, as requested.

**C.      Professional Compensation and Reimbursement of Expenses Requested**

By this Interim Application, the Firm seeks interim allowance of compensation in the amount of $687,230.00 and actual and necessary expenses in the amount of $66,455.22, for a total allowance of $753,685.22, and payment of $137,446 (20% of the allowed fees)[4] for the Interim Fee Period.

All services for which Keller & Benvenutti requests compensation were performed for or on behalf of the Debtors.  Keller & Benvenutti has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Interim Application.

There is no agreement or understanding between Keller & Benvenutti and any other person other than the partners of Keller & Benvenutti for the sharing of compensation to be received for services rendered in these cases.  As of the Petition Date, the Firm had a remaining credit balance in favor of the Debtors for professional services performed and to be performed, and expenses incurred and to be incurred, in connection with these Chapter 11 Cases in the amount of $111,105.20.  In connection with these Chapter 11 Cases, as of this date Keller & Benvenutti has been paid $1,002,796

---

[4] Assumes payment of the Firm's August and September fees in the ordinary course.

in fees and reimbursed $74,293.08 in expenses.[5] As of the date of the Interim Application, the Firm has been paid $265,840 in fees and reimbursed $46,836.97 in expenses during the Interim Fee Period. These amounts have been paid pursuant to the Interim Compensation Order but not yet allowed.

The Firm has billed the Debtors in these Chapter 11 Cases in accordance with its existing billing rates and procedures in effect during the Interim Fee Period. These rates are the same rates Keller & Benvenutti charges for services rendered by its attorneys and paraprofessionals in comparable matters, and are reasonable given the compensation charged by comparably skilled practitioners in similar matters in both the California and national markets. The Summary Sheet filed herewith contains tables listing the Keller & Benvenutti attorneys and paraprofessionals who have performed services for the Debtors during the Interim Fee Period, including their job titles, hourly rates, aggregate number of hours worked in this matter, and, for attorneys, the year in which each professional was licensed to practice law. The Summary Sheet also contains a table summarizing the hours worked by the Firm's attorneys and paraprofessionals broken down by project billing code. Keller & Benvenutti maintains computerized time records, which have been filed on the docket with the Firm's monthly fee statements and furnished to the Debtors, counsel for the Creditors' Committee and the TCC, the U.S. Trustee, and the Fee Examiner in the format specified by the Interim Compensation Order.

### D. Budget and Budget-to-Actual Performance

For the periods ending June 30, July 31, August 30, and September 30, 2019, Keller & Benvenutti provided budget estimates to the Debtors of $250,000, $250,000, $210,000, and $235,000, respectively. The Firm's actual fees during these periods were usually lower than predicted, and actual experience was never more than ten (10%) greater than estimated.

---

[5] The Firm has not yet been paid on the fees detailed in the First Interim Fee Application of Keller & Benvenutti LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (January 29, 2019 Through May 31, 2019) [Docket No. 3099].

**JURISDICTION**

2       This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. sections 157 and 1334.

3    This is a core proceeding pursuant to 28 U.S.C. section 157(b).  Venue is proper before this Court

4    pursuant to 28 U.S.C. sections 1408 and 1409.

5    **PROJECT BILLING AND NARRATIVE STATEMENT OF SERVICES RENDERED**

6       During the Interim Fee Period, Keller & Benvenutti professionals expended 1,381.4 hours on

7    behalf of the Debtors.  Of this, 582.8 hours were expended by partners and of counsel, 521.8 by

8    associates, and 276.8 by paraprofessionals.  Keller & Benvenutti's attorneys bill at hourly rates ranging

9    from $400 to $800, for a blended attorney rate of $585 during the Interim Fee Period.

10       In accordance with the Interim Compensation Procedures Order, the Northern District

11    Guidelines, and the Local Rules, the Firm has classified services performed into the twenty-seven

12    specific categories set forth below.  Keller & Benvenutti has attempted to place the services provided

13    in the category that best relates to such services; because certain services may relate to one or more

14    categories, however, services pertaining to one category may in fact be included in another category.

15       **A.**    **Omnibus & Miscellaneous Court Appearances**

16       Keller & Benvenutti attorneys represented the Debtors at the omnibus hearings on June 11,

17    June 26, July 9, July 24, July 31, August 9, August 13, August 14, August 27, and September 24, 2019.

18    The Firm prepared the agendas for each of these omnibus hearings, which included extensive

19    conferences both internally and with the Debtors' other professionals.  The Firm's paraprofessionals

20    also developed binders for use by the Debtors' other professionals at the omnibus hearings.

21                   Total Hours:  430.1       Total Fees:  $132,155.00

22    **B.**    **Legal Research**

23       During the Interim Fee Period, Keller & Benvenutti conducted research for the Debtors

24    regarding plan support agreements and issue preclusion.

25                   Total Hours:  1.70       Total Fees:  $680.00

26

27

28

**C. General Case Administration**

The Firm's role as the Debtors' local counsel necessitates it taking on a proportionately larger share of the administrative workflow necessary to keep these Chapter 11 Cases running smoothly. To that end, during the Interim Fee Period, Keller & Benvenutti professionals:

- Assisted the Debtors and their advisors with *pro hac vice* applications, ECF notices, and ordering hearing transcripts;
- Tracked pending motions and papers and reviewed the case docket;
- Drafted and uploaded orders following hearings;
- Electronically filed documents on behalf of the Debtors' other professionals;
- Communicated frequently with the Debtors' other professionals regarding work in process, including participating in weekly calls with the Debtors' other professionals discussing the status of upcoming motions and plans for upcoming hearings;
- Prepared hearing notices;
- Communicated with Court staff regarding hearing and filing logistics;
- Coordinated with the Debtors' other professionals, including PrimeClerk, to handle service of court documents.

Total Hours: 78.5      Total Fees: $32,415.00

**D. Automatic Stay Proceedings**

During the Interim Period, Keller & Benvenutti analyzed and advised the Debtors with respect to automatic stay issues relating to, among others: (1) the California Public Utilities Commission; (2) Wendy Nathan; (3) the Federal Energy Regulatory Commission; (4) the City of Morgan Hill; (5) Michael S. Danko and Mary S. Danko; (6) Kathleen Pelley and Allan Pelley; (7) the Valero litigation, (8) power purchase agreement counterparties; (9) Dan Clarke; (10) Xiaotian Sun, Wei Luo, Csaba Mester, and Marta Mester; (11) litigation relating to the Tubbs fire; (12) Philip Verwey Farms; (13) Gloria Robinson; (14) the California Barrel Company quiet title action; (15) the Ghost Ship litigation; (16) Angela Ramirez; (17) the *Mendoza v. City of San Jose* litigation; (18) Enel Green

Power North America, Inc.; and (19) Marina and Mikhail Gelman. The Firm advised the Debtors on these matters regarding strategy, coordinated with the Debtors' other professionals, drafted stipulations, and prepared filings.

Total Hours:  262          Total Fees:  $170,535.00

**E.       Initial Debtor Interview, Meeting of Creditors, Creditor Inquiries**

During the Interim Fee Period, the Firm advised the Debtors with respect to their monthly operating reports and amended schedules. Keller & Benvenutti attorneys also responded to inquiries from the Debtors' creditors regarding claim format and claims trading and assignment.

Total Hours:  15.6          Total Fees:  $11,205.00

**F.       Professional Retention and Compensation – Keller & Benvenutti**

During the Interim Fee Period, Keller & Benvenutti prepared monthly fee statements [Docket Nos. 3401, 3927, 4215, and 4579] as well as the *First Interim Fee Application of Keller & Benvenutti LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (January 29, 2019 Through May 31, 2019)* [Docket No. 3099]. The Firm's professionals also corresponded with the Fee Examiner and his counsel regarding the Firm's fee statements and time entries.

Total Hours:  80.1          Total Fees:  $37,995.00

**G.       Professional Retention and Compensation – Other Professionals**

During the Interim Fee Period, Keller & Benvenutti, among other things:  (1) consulted with and filed fee statements for the Debtors' other retained professionals; (2) advised the Debtors' other professionals regarding local practice with respect to fees and reimbursable expenses; (3) conferred with the Debtors' other professionals regarding negotiations with the Fee Examiner; and (4) worked with the Debtors' other professionals on the *Retained Professionals' Joint Response to Motion to Approve Fee Procedures and Fee Examiner Protocol* [Docket No. 4064].

Total Hours:  77.6          Total Fees:  $46,060.00

**H.      Financing and Cash Collateral**

The Firm assisted the Debtors' other professionals with issues surrounding financing, including responding to inquiries regarding opportunities to provide post-confirmation financing.

Total Hours:   1.70         Total Fees:   $1,360.00

**I.      Tort Committees – Communication and Negotiations**

Keller & Benvenutti attorneys conferred with the Debtors' other professionals and the TCC's counsel regarding the TCC's discovery requests and discovery disputes arising therefrom.

Total Hours:   1.90         Total Fees:   $1,490.00

**J.      U.S. Trustee – Communication and Negotiations**

The Firm communicated with the U.S. Trustee on issues relating to general case administration and the Fee Examiner Protocol.

Total Hours:   0.20         Total Fees:   $130.00

**K.      Employee Matters**

During the Interim Fee Period, Keller & Benvenutti advised the Debtors and the Debtors' other professionals on issues relating to and, in some cases, motions in support of:  (1) claims by retirees; (2) the compensation and terms of employment of the Debtors' Chief Executive Officer; (3) the Key Employee Incentive Program; (4) D&O insurance; and (5) confidential settlements with former employees.

Total Hours:   27.2         Total Fees:   $16,010.00

**L.      Supplier Issues**

The Firm communicated directly with the Debtors' various suppliers or their counsel and advised the Debtors and the Debtors' other professionals regarding suppliers' potential prepetition claims.  One Keller & Benvenutti attorney spent time during the Interim Fee Period working on a payment agreement with Tulsa Inspection Resources.

Total Hours:   24.8         Total Fees:   $12,670.00

### M. General Asset Analysis and Recovery

This billing code relates to work performed by Keller & Benvenutti attorneys with respect to a variety of asset recovery issues, including a land license dispute, the recovery of unclaimed funds, a quiet title action, a purchase offer by the South San Joaquin Irrigation District, and the potential sale of insurance assets.

Total Hours:  2.60          Total Fees:  $2,065.00

### N. Sale or Use of Property – Motions

During the Interim Fee Period, the Firm assisted the Debtors' other professionals with the following motions, as well as their supporting documents and replies:  (1) the *Motion Pursuant to 11 U.S.C. §§ 105(a) and 363 for an Order Authorizing Debtors to Participate in AB-1054 Wildfire Fund* [Docket No. 3444]; (2) the *De Minimis Asset Sale Procedures Motion* [Docket No. 3575]; and (3) the *De Minimis Claims Settlement Procedures Motion* [Docket No. 3576].

Total Hours:  8.30          Total Fees:  $4,365.00

### O. Executory Contract Issues

During the Interim Period, Keller & Benvenutti advised the Debtors in connection with various matters relating to the treatment of executory contracts and unexpired leases.  Among other things, Keller & Benvenutti:  (1) advised the Debtors and the Debtors' other professionals regarding the potential modification or rejection of certain contracts and leases; (2) communicated with contract counterparties to address certain disputes and inquiries, including with respect to the potential modification or rejection of their contracts; and (3) assisted the Debtors' other professionals with the preparation of motions, replies, and supporting documents relating to assumption of certain Energy Procurement Agreements, contracts in connection with the Community Pipeline Safety Initiative, and certain other contracts and leases.

Total Hours:  38.7          Total Fees:  $20,175.00

**P.     Tax Issues**

The Firm advised the Debtors and assisted the Debtors' other professionals with respect to issues surrounding the Debtors' tax obligations, specifically those owed to the State of Maryland.

Total Hours:   0.50          Total Fees:   $325.00

**Q.     Plan – Advice, Strategy, and Negotiation**

Since the beginning of these Chapter 11 Cases, the Firm has been in discussions with the Debtors and the Debtors' other professionals regarding paths to resolution of the cases.  In addition to these high-level strategy conversations, this billing code also covers research and consultation relating to the following:  (1) the Debtors' exclusive period and the potential termination thereof; (2) plan support agreements; (3) backstop agreements; (4) estimation of claims under section 502 of the Bankruptcy Code; (5) disclosure statement formats favored in this Court; (6) potential waivers of director and officer liability; and (7) potential impairment of claims compromised under Bankruptcy Rule 9019.

Total Hours:   50.8          Total Fees:   $32,045.00

**R.     Plan and Disclosure Statements – Preparation of Documents**

This billing code relates to work performed on the Debtors' Plan of Reorganization (the "**Plan**").  During the Interim Fee Period, Keller & Benvenutti attorneys reviewed and commented on drafts of the Plan, Disclosure Statement, and the Restructuring Support Agreement with the Consenting Subrogation Claimholders (the "**RSA**").  The Firm also assisted the Debtors' other professionals with the motion in support of the RSA and the *Second Exclusivity Extension Motion* [Docket No. 4005].

Total Hours:   25.8          Total Fees:   $17,800.00

**S.     FERC Adversary Proceeding**

Work in this billing category relates to Adversary Proceeding No. 19-03003, *PG&E Corporation, Pacific Gas and Electric Company v. Federal Energy Regulatory Commission*.  During

the Interim Fee Period, Keller & Benvenutti attorneys assisted in work relating to motions for summary judgment and declaratory judgment and the appeal therefrom.

Total Hours:   9.8          Total Fees:   $6,665.00

### T.     Wildfire Litigation

Work in this billing category relates to litigation arising from the 2017 and 2018 Northern California wildfires.  Most of the work performed by Keller & Benvenutti attorneys during the Interim Fee Period relates to the Court's withdrawal of the reference regarding wildfire claims estimation [Docket No. 3648] and the estimation proceeding in front of the Honorable James Donato in the United States District Court for the Northern District of California (the "**District Court**"), Case No. 19-05257 (the "**Estimation Proceedings**").  In the Estimation Proceedings, the Firm has assisted the Debtors' other professionals with overarching strategy, as well as with discovery disputes and status conference planning.  Additionally, during the Interim Fee Period, the Firm represented the Debtors and assisted the Debtors' other professionals with respect to Adversary Proceeding No. 19-03005, *Herndon et al. v. PG&E Corporation et al*. and the appeal therefrom.  Keller & Benvenutti attorneys also assisted the Debtors' other professionals with respect to wildfire-related discovery, including disputes surrounding the BrownGreer database.

Total Hours:   49.2          Total Fees:   $30,125.00

### U.     Claims Review

This category relates to issues regarding creditors' asserted claims.  During the Interim Fee Period, Keller & Benvenutti attorneys advised the Debtors and the Debtors' other professionals regarding certain proofs of claim, the deadline to file proofs of claim (the "**Bar Date**"), mechanics' liens, and claims asserted under section 503(b)(9).  Near the end of the Interim Fee Period, the Firm also began to work with the Debtors' other professionals regarding a work plan for claims objections.

Total Hours:   17.7          Total Fees:   $11,680.00

### V.   Claim Disputes and Resolution

The Firm advised the Debtors and the Debtors' other professionals with respect to setting the Bar Date, including the motion and supporting documents and stipulations to extend response times thereto.  This category also relates to work regarding claims asserted under section 503(b)(9), reclamation claims, settlement of de minimis claims, and negotiated allowance of claims.

Total Hours:  15.3          Total Fees:  $9,580.00

### W.   USDC Probation Compliance and Monitoring

This billing code relates to monitoring work performed by the Firm with respect to the criminal case against the Debtors pending in the District Court.  Keller & Benvenutti monitored the proceedings in the District Court to ensure preparedness should there be any impact on the smooth administration of these Chapter 11 Cases, including attending hearings and reviewing pleadings, and advised the Debtors regarding the same.

Total Hours:  8.20          Total Fees:  $4,940.00

### X.   Third Party Injunction Action (PERA)

This billing code relates to work performed in Adversary Proceeding No. 19-03006, *PG&E Corporation, Pacific Gas and Electronic Company v. Public Employees Retirement Association of New Mexico, et al*.  During the Interim Fee Period, the Firm assisted the Debtors and the Debtors' other professionals with a motion for a preliminary injunction against the defendants, which included coordinating preparation of documents, filing, and service of various papers in the adversary proceeding, including filings under seal.

Total Hours:  22.1          Total Fees:  $12,600.00

### Y.   Government Relations and Communications

In June, Tobias Keller communicated with the Debtors' in-house counsel regarding requests for panel appearances and statements on the case.

Total Hours:  0.20          Total Fees:  $160.00

**Z.      Miscellaneous Litigation Issues and Advice**

The Firm has endeavored to create separate billing codes for larger litigation matters. However, this category serves as a catch-all for smaller litigation and discovery matters. During the Interim Fee Period, Keller & Benvenutti assisted the Debtors and the Debtors' other professionals with logistical matters relating to court appearances, e-filing notices, and setting the omnibus hearing agendas on litigation issues. This billing code also has been applied to work performed with respect to the following: (1) discovery disputes with the TCC, including motions for protective orders and motions to compel; (2) work relating to Adversary Proceeding Nos. 19-03037, *Elward et al. v. Pacific Gas & Electric Company* and 19-03005, *Herndon et al. v. PG&E Corporation et al.*; (3) the consent decree with the San Francisco Herring Association; (4) the TCC's motion for a jury trial [Docket No. 2843]; (5) efforts to find a non-litigated resolution to the Ghost Ship case; (6) a potential injunction barring suits against the Debtors' contractors; (7) attempted resolution of a stayed personal injury lawsuit; and (8) negotiations and scheduling stipulations in Adversary Proceeding No. 19-03008, *JH Kelly, LLC v. AECOM Technical Services, Inc.*

Total Hours:   109.5          Total Fees:   $60,040.00

**AA.    Appeals**

During the Interim Fee Period, the Firm worked on matters related to appeals with respect to: (1) Adversary Proceeding No. 19-03003, *PG&E Corporation and Pacific Gas & Electric Company v. Federal Energy Regulatory Commission*; (2) the Court's orders lifting the automatic stay for the TCC [Docket No. 3644] and the Ad Hoc Group of Subrogation Claim Holders [Docket No. 3643]; and (3) Adversary Proceeding No. 19-03005, *Herndon et al. v. PG&E Corporation*.

Total Hours:   21.3          Total Fees:   $11,960.00

**EXPENSE SUMMARY**
**JUNE 30, 2019 THROUGH SEPTEMBER 30, 2019**

As is its typical practice in chapter 11 cases, the Firm advanced costs on behalf of the Debtors in connection with the discharge of the duties described in the Interim Application. During the Interim

Fee Period, Keller & Benvenutti incurred a total of $66,455.22 in expenses. These expenses, which include reproduction of hearing binders, payment of *pro hac vice* and filing fees, and ordering hearing transcripts, are reasonable and necessary to the smooth administration of these Chapter 11 Cases. Receipts for all significant expenses have been provided to the Debtors and the Fee Examiner.

## LEGAL BASIS FOR INTERIM COMPENSATION

The professional services for which Keller & Benvenutti requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of Keller & Benvenutti's professional responsibilities as attorneys for the Debtors in these Chapter 11 Cases. Keller & Benvenutti's services have been necessary and beneficial to the Debtors and their estates, creditors, and other parties in interest.

In accordance with the factors enumerated in section 330 of the Bankruptcy Code, Keller & Benvenutti respectfully submits that the amount requested by Keller & Benvenutti is fair and reasonable given the complexity of these Chapter 11 Cases, the time expended, the nature and extent of the services rendered, the value of such services, and the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, Keller & Benvenutti has reviewed the requirements of the Interim Compensation Procedures Order, the Northern District Guidelines, and the UST Guidelines and believes that the Interim Application complies with all of them except as specifically noted herein.

## AVAILABLE FUNDS

The Firm understands that the Debtors' estate has sufficient funds available to pay the fees and costs sought herein.

## NOTICE

Notice of the Interim Application has been provided to parties in interest in accordance with the procedures set forth in the Interim Compensation Order. Keller & Benvenutti submits that, in view of the facts and circumstances of these Chapter 11 Cases, such notice is sufficient and no other or further notice need be provided.

**CONCLUSION**

Keller & Benvenutti respectfully requests an interim allowance to Keller & Benvenutti for compensation in the amount of $687,230.00 and actual and necessary expenses in the amount of $66,455.22, for a total allowance of $753,685.22, and an authorization for payment of $137,446 (20% of the allowed fees); and for such other and further relief as this Court deems proper.

Dated: November 14, 2019

Respectfully submitted,

KELLER & BENVENUTTI LLP

By: _____ /s/ Tobias S. Keller _____
         Tobias S. Keller

*Attorneys for Debtors and Debtors in Possession*

**Notice Parties**

PG&E Corporation
c/o Pacific Gas & Electric Company
Attn:  Janet Loduca, Esq.
77 Beale Street
San Francisco, CA 94105

Weil, Gotshal & Manges LLP
Attn:  Stephen Karotkin, Esq.
          Jessica Liou, Esq.
          Matthew Goren, Esq.
767 Fifth Avenue
New York, NY 10153

The Office of the United States Trustee for Region 17
Attn:  Andrew Vara, Esq.
          Timothy Laffredi, Esq.);
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

Milbank LLP
Attn:  Dennis F. Dunne, Esq.
          Sam A. Khalil, Esq.
55 Hudson Yards
New York, NY 10001-2163

Milbank LLP
Attn:  Paul S. Aronzon, Esq.,
          Gregory A. Bray, Esq.,
          Thomas R. Kreller, Esq.
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

Baker & Hostetler LLP
          Attn: Eric Sagerman, Esq. and
          Cecily Dumas, Esq.
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509

Bruce A. Markell, Fee Examiner
541 N. Fairbanks Ct., Ste 2200
Chicago, IL 60611-3710

Scott H. McNutt
324 Warren Road
San Mateo, California 94402