**EXHIBIT A**

**EXHIBIT A**
**COMPENSATION BY PROFESSIONAL**
**FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Brent Williams | Managing Director | $ 1,195 | 272.2 | $ 325,279.00 |
| Alex Stevenson | Managing Director | 1,195 | 75.2 | 89,864.00 |
| Brendan Murphy | Managing Director | 1,095 | 254.2 | 278,349.00 |
| Sherman Guillema | Director | 895 | 76.6 | 68,557.00 |
| Peter Gnatowski | Vice President | 795 | 275.4 | 218,943.00 |
| Matt Merkel | Associate | 695 | 234.6 | 163,047.00 |
| Erik Ellingson | Associate | 695 | 102.7 | 71,376.50 |
| Naeem Muscatwalla | Senior Analyst | 495 | 91.5 | 45,292.50 |
| Riley Jacobs | Analyst | 395 | 199.4 | 78,763.00 |
| Alex Gebert | Analyst | 395 | 221.2 | 87,374.00 |
| Zack Stone | Analyst | 395 | 132.5 | 52,337.50 |
| **Subtotal** | | | **1,935.5** | **$ 1,479,182.50** |
| Less: 50% Discount for Non-Working Travel Time | | | | (17,623.50) |
| **Grand Total** | | | | **$ 1,461,559.00** |