**EXHIBIT B**

# EXHIBIT B
# COMPENSATION BY WORK TASK CODE
# FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 3 | Financial Analysis (Requested by Counsel, or Otherwise) | 210.3 | $ 136,998.50 |
| 4 | 13-Week Cash Flow / MOR / Liquidity Analysis | 34.4 | 19,058.00 |
| 5 | Due Diligence of Debtor's Assets and Liabilities | 13.7 | 9,731.50 |
| 6 | Due Diligence of Wildfire Safety Plan and Related Analysis | 25.5 | 18,522.50 |
| 7 | Debtor Professionals - Diligence / Meetings / Calls | 30.7 | 23,966.50 |
| 9 | Other Professionals / Interested Parties - Diligence / Meetings / Calls | 43.5 | 50,322.50 |
| 10 | Tort Claimants (Counsel/FA) - Diligence / Meetings / Calls | 36.9 | 42,115.50 |
| 11 | Assist Counsel in Responses / Objections to Bankruptcy Court Motions | 5.9 | 6,480.50 |
| 12 | Committee Related Matters - Diligence / Meetings / Calls | 114.0 | 121,950.00 |
| 13 | Bankruptcy Filings, Motions and Other Document Review | 95.8 | 63,481.00 |
| 14 | Review of Executory Contracts and Related Analysis | 4.4 | 3,108.00 |
| 15 | Review of Employee-Related Matters, Including Retention Plans | 1.0 | 795.00 |
| 16 | Review of Claims and Related Analysis | 36.0 | 26,580.00 |
| 17 | Asset Sale(s), Strategic Alternatives, and Related Analysis | 55.8 | 36,681.00 |
| 18 | Analysis of New Debt or Equity Capital | 159.6 | 118,262.00 |
| 19 | Analysis of Pro-Forma Capital Structure, and Related Analysis | 112.2 | 68,489.00 |
| 20 | Benchmarking and Related Analysis | 199.2 | 118,314.00 |
| 21 | Term Sheets, Plan, and Disclosure Statement Analysis | 383.3 | 326,673.50 |
| 22 | Review of Discovery Documents and Deposition Preparation (Witnesses) | 22.1 | 23,219.50 |
| 23 | Deposition(s), Testimony, Court Hearing(s), and Related Preparation / Attendance | 12.7 | 11,836.50 |
| 24 | Business Plan | 117.6 | 99,132.00 |
| 25 | Regulatory and Legislative Matters, and Related Financial Analysis | 44.7 | 31,866.50 |
| 26 | Travel Time - Non Working Travel | 32.6 | 35,247.00 |
| 27 | Project Administration | 37.6 | 30,452.00 |
| 29 | Time and Expenses Tracking | - | - |
| 31 | Fee Application Preparation | 106.0 | 55,900.00 |
| **Subtotal** | | **1,935.5** | **1,479,182.50** |
| | Less: 50% Discount for Non-Working Travel Time | | (17,623.50) |
| **Grand Total** | | **1,935.5** | **$ 1,461,559.00** |