**EXHIBIT C**

# EXHIBIT C
## EXPENSE SUMMARY
## FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

| Expense Type | Amount |
|---|---|
| Airfare | $12,641.90 |
| Data Processing / Materials For Committee | $0.00 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | $567.27 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | $1,631.29 |
| Hotel Stay (Traveling) | $7,530.33 |
| Internet/Online Fees | $146.89 |
| Meals - In Town Only | $522.19 |
| Meals - Out-of-Town Travel Only | $1,425.75 |
| Other / Miscellaneous | $209.26 |
| Parking | $478.80 |
| Printing/Photocopying (In-House) | $1,310.10 |
| Research (Databasees) | $4,500.00 |
| Teleconferencing | $247.74 |
| **Total** | **$31,211.52** |