# Exhibit E

**EXHIBIT E**
**EXPENSE DETAIL**
**FOR THE PERIOD SEPTEMBER 1, 2019 TO SEPTEMBER 30, 2019**

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---:|
| Airfare | 9/1/2019 | 001462 Williams, Brent C | Airfare | 774.00 |
| Airfare | 9/2/2019 | 001462 Williams, Brent C | Airfare | 787.30 |
| Airfare | 9/2/2019 | 001462 Williams, Brent C | Airfare | 745.30 |
| Airfare | 9/3/2019 | 001652 Gnatowski, Peter | Ticketing Fees | 39.00 |
| Airfare | 9/3/2019 | 001502 Merkel, Matthew E | Ticketing Fees | 14.00 |
| Airfare | 9/3/2019 | 001652 Gnatowski, Peter | Airfare | 225.50 |
| Airfare | 9/3/2019 | 001652 Gnatowski, Peter | Airfare | 805.50 |
| Airfare | 9/3/2019 | 001502 Merkel, Matthew E | Airfare | 483.65 |
| Airfare | 9/4/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 35.00 |
| Airfare | 9/4/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 35.00 |
| Airfare | 9/4/2019 | 001463 Murphy, Brendan J | Airfare | 172.04 |
| Airfare | 9/5/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 27.00 |
| Airfare | 9/6/2019 | 001462 Williams, Brent C | Airfare | 755.30 |
| Airfare | 9/12/2019 | 001462 Williams, Brent C | Airfare | 717.50 |
| Airfare | 9/18/2019 | 001462 Williams, Brent C | Airfare | 717.30 |
| Airfare | 9/19/2019 | 001462 Williams, Brent C | Airfare | 1,315.30 |
| Airfare | 9/20/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 14.00 |
| Airfare | 9/20/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 14.00 |
| Airfare | 9/20/2019 | 001463 Murphy, Brendan J | Airfare | 484.88 |
| Airfare | 9/20/2019 | 001463 Murphy, Brendan J | Airfare | 484.88 |
| Airfare | 9/23/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 9.00 |
| Airfare | 9/23/2019 | 001463 Murphy, Brendan J | Airfare | 484.55 |
| Airfare | 9/24/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 35.00 |
| Airfare | 9/26/2019 | 001462 Williams, Brent C | Airfare | 1,430.00 |
| Airfare | 9/27/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 35.00 |
| Airfare | 9/27/2019 | 001462 Williams, Brent C | Airfare | 717.30 |
| Airfare | 9/28/2019 | 001462 Williams, Brent C | Airfare | 497.30 |
| Airfare | 9/29/2019 | 001462 Williams, Brent C | Airfare | 787.30 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/4/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 11.07 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/4/2019 | 001516 Stone, Zack | Working Past 9pm / Late Night Transportation | 19.56 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/4/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 19.80 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/5/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 10.77 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/6/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 17.44 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/6/2019 | 001693 Ellingson, Erik | Working Past 9pm / Late Night Transportation | 17.37 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/8/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 10.22 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/10/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 10.50 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/10/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 19.55 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/11/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 10.02 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/12/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 10.27 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/12/2019 | 001516 Stone, Zack | Working Past 9pm / Late Night Transportation | 22.53 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/13/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 11.20 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/13/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 25.51 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/14/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 24.99 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/15/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 16.10 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/18/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 10.61 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/18/2019 | 001516 Stone, Zack | Working Past 9pm / Late Night Transportation | 19.55 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/18/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 22.45 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/19/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 11.48 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/20/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 14.98 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/20/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 31.18 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/21/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 15.67 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/24/2019 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 49.63 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/25/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 17.72 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/25/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 22.45 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/26/2019 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 55.35 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/27/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 21.39 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/28/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 17.91 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/4/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 21.54 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/4/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 74.30 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/4/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 119.36 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/5/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 5.00 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/5/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 44.06 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/5/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 102.55 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/5/2019 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 31.43 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/6/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 92.40 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/7/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 113.65 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/10/2019 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 50.72 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/11/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 84.75 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/12/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 41.66 |

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/13/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 21.15 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/13/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 95.52 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/13/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 85.72 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/17/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 10.25 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/17/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 41.17 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/17/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 25.87 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/17/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 96.04 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/17/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 124.00 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/18/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 94.49 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/18/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 98.70 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/19/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 44.54 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/26/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 21.95 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/27/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 47.41 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/27/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 43.06 |
| Hotel Stay (Traveling) | 9/4/2019 | 001462 Williams, Brent C | Hotel Stay | 192.88 |
| Hotel Stay (Traveling) | 9/4/2019 | 001463 Murphy, Brendan J | Hotel Stay | 464.80 |
| Hotel Stay (Traveling) | 9/4/2019 | 001652 Gnatowski, Peter | Hotel Stay | 464.80 |
| Hotel Stay (Traveling) | 9/6/2019 | 001462 Williams, Brent C | Hotel Stay | 191.25 |
| Hotel Stay (Traveling) | 9/6/2019 | 001502 Merkel, Matthew E | Hotel Stay | 464.80 |
| Hotel Stay (Traveling) | 9/7/2019 | 001462 Williams, Brent C | Hotel Stay | 931.97 |
| Hotel Stay (Traveling) | 9/13/2019 | 001463 Murphy, Brendan J | Hotel Stay | 800.00 |
| Hotel Stay (Traveling) | 9/16/2019 | 001463 Murphy, Brendan J | Hotel Stay | 683.39 |
| Hotel Stay (Traveling) | 9/18/2019 | 001462 Williams, Brent C | Hotel Stay | 505.50 |
| Hotel Stay (Traveling) | 9/19/2019 | 001462 Williams, Brent C | Hotel Stay | 843.06 |
| Hotel Stay (Traveling) | 9/19/2019 | 001463 Murphy, Brendan J | Hotel Stay | 773.79 |
| Hotel Stay (Traveling) | 9/20/2019 | 001462 Williams, Brent C | Hotel Stay | 445.65 |
| Hotel Stay (Traveling) | 9/27/2019 | 001462 Williams, Brent C | Hotel Stay | 403.33 |
| Hotel Stay (Traveling) | 9/30/2019 | 001462 Williams, Brent C | Hotel Stay | 365.11 |
| Internet/Online Fees | 9/4/2019 | 001463 Murphy, Brendan J | Internet/Online Fees | 20.99 |
| Internet/Online Fees | 9/4/2019 | 001502 Merkel, Matthew E | Internet/Online Fees | 10.99 |
| Internet/Online Fees | 9/6/2019 | 001463 Murphy, Brendan J | Internet/Online Fees | 18.99 |
| Internet/Online Fees | 9/11/2019 | 001463 Murphy, Brendan J | Internet/Online Fees | 20.99 |
| Internet/Online Fees | 9/13/2019 | 001463 Murphy, Brendan J | Internet/Online Fees | 14.99 |
| Internet/Online Fees | 9/17/2019 | 001463 Murphy, Brendan J | Internet/Online Fees | 9.99 |
| Internet/Online Fees | 9/24/2019 | 001652 Gnatowski, Peter | Internet/Online Fees | 49.95 |
| Meals - In Town Only | 9/3/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 9/4/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 17.80 |
| Meals - In Town Only | 9/4/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 18.51 |
| Meals - In Town Only | 9/5/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 11.80 |
| Meals - In Town Only | 9/6/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) | 29.76 |
| Meals - In Town Only | 9/6/2019 | 001693 Ellingson, Erik | Working Past 8pm / In Office Dinner (One Professional) | 10.33 |
| Meals - In Town Only | 9/10/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 29.98 |
| Meals - In Town Only | 9/11/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 6.94 |
| Meals - In Town Only | 9/11/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 9/12/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 8.91 |
| Meals - In Town Only | 9/13/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 9/17/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 9/17/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 28.23 |
| Meals - In Town Only | 9/18/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 2.21 |
| Meals - In Town Only | 9/19/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 14.22 |
| Meals - In Town Only | 9/20/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 18.75 |
| Meals - In Town Only | 9/22/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 9/23/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 16.33 |
| Meals - In Town Only | 9/23/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 9/24/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 9/25/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 8.91 |
| Meals - In Town Only | 9/26/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 18.96 |
| Meals - In Town Only | 9/26/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 29.79 |
| Meals - In Town Only | 9/30/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 10.76 |
| Meals - In Town Only | 9/30/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - Out-of-Town Travel Only | 9/4/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (Four Professionals) Capped | 160.00 |
| Meals - Out-of-Town Travel Only | 9/4/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) | 17.83 |
| Meals - Out-of-Town Travel Only | 9/4/2019 | 001652 Gnatowski, Peter | Travel Meal - Dinner (One Professional) Capped | 75.00 |
| Meals - Out-of-Town Travel Only | 9/4/2019 | 001652 Gnatowski, Peter | Travel Meal - Breakfast (One Professional) | 27.06 |
| Meals - Out-of-Town Travel Only | 9/4/2019 | 001502 Merkel, Matthew E | Travel Meals - Dinner (One Professional) | 33.97 |
| Meals - Out-of-Town Travel Only | 9/4/2019 | 001502 Merkel, Matthew E | Travel Meals - Breakfast (One Professional) | 6.45 |
| Meals - Out-of-Town Travel Only | 9/5/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) | 8.55 |
| Meals - Out-of-Town Travel Only | 9/5/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (One Professional) | 50.27 |
| Meals - Out-of-Town Travel Only | 9/5/2019 | 001652 Gnatowski, Peter | Travel Meal - Breakfast (One Professional) Capped | 35.00 |

**EXHIBIT E**
**EXPENSE DETAIL**
**FOR THE PERIOD SEPTEMBER 1, 2019 TO SEPTEMBER 30, 2019**

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Meals - Out-of-Town Travel Only | 9/5/2019 | 001652 Gnatowski, Peter | Travel Meal - Dinner (One Professional) Capped | 75.00 |
| Meals - Out-of-Town Travel Only | 9/5/2019 | 001502 Merkel, Matthew E | Travel Meals - Breakfast (One Professional) | 10.21 |
| Meals - Out-of-Town Travel Only | 9/6/2019 | 001462 Williams, Brent C | Travel Meal - Breakfast (One Professional) | 27.01 |
| Meals - Out-of-Town Travel Only | 9/6/2019 | 001652 Gnatowski, Peter | Travel Meal - Breakfast (One Professional) | 7.94 |
| Meals - Out-of-Town Travel Only | 9/6/2019 | 001652 Gnatowski, Peter | Travel Meal - Dinner (One Professional) | 18.74 |
| Meals - Out-of-Town Travel Only | 9/6/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 60.00 |
| Meals - Out-of-Town Travel Only | 9/6/2019 | 001502 Merkel, Matthew E | Travel Meals - Dinner (One Professional) | 37.40 |
| Meals - Out-of-Town Travel Only | 9/6/2019 | 001502 Merkel, Matthew E | Travel Meals - Breakfast (One Professional) | 8.62 |
| Meals - Out-of-Town Travel Only | 9/7/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 60.00 |
| Meals - Out-of-Town Travel Only | 9/7/2019 | 001462 Williams, Brent C | Travel Meal - Breakfast (One Professional) Capped | 35.00 |
| Meals - Out-of-Town Travel Only | 9/11/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) | 4.16 |
| Meals - Out-of-Town Travel Only | 9/12/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (One Professional) | 58.00 |
| Meals - Out-of-Town Travel Only | 9/12/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) Capped | 35.00 |
| Meals - Out-of-Town Travel Only | 9/13/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (One Professional) Capped | 75.00 |
| Meals - Out-of-Town Travel Only | 9/13/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) Capped | 35.00 |
| Meals - Out-of-Town Travel Only | 9/17/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (Three Professionals) Capped | 225.00 |
| Meals - Out-of-Town Travel Only | 9/18/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) | 6.01 |
| Meals - Out-of-Town Travel Only | 9/19/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 49.00 |
| Meals - Out-of-Town Travel Only | 9/19/2019 | 001462 Williams, Brent C | Travel Meal - Breakfast (One Professional) | 34.49 |
| Meals - Out-of-Town Travel Only | 9/19/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) | 8.36 |
| Meals - Out-of-Town Travel Only | 9/19/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (One Professional) | 52.40 |
| Meals - Out-of-Town Travel Only | 9/20/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 60.00 |
| Meals - Out-of-Town Travel Only | 9/27/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 29.28 |
| Other / Miscellaneous | 8/28/2019 | | Messenger Services for materials for Committee Meeting | 184.90 |
| Other / Miscellaneous | 9/4/2019 | 001652 Gnatowski, Peter | Mileage | 24.36 |
| Parking | 9/5/2019 | 001502 Merkel, Matthew E | Parking at airport | 22.00 |
| Parking | 9/6/2019 | 001462 Williams, Brent C | Parking at airport | 118.80 |
| Parking | 9/6/2019 | 001652 Gnatowski, Peter | Parking at airport | 78.00 |
| Parking | 9/12/2019 | 001462 Williams, Brent C | Parking at airport | 50.00 |
| Parking | 9/19/2019 | 001462 Williams, Brent C | Parking at airport | 120.00 |
| Parking | 9/28/2019 | 001462 Williams, Brent C | Parking at airport | 90.00 |
| Printing/Photocopying (In-House) | 9/30/2019 | | WL Books - 201909 | 300.00 |
| Printing/Photocopying (In-House) | 9/30/2019 | | WL Copies - 201909 | 1,010.10 |
| Research (Databases) | 9/30/2019 | | Paid research and subscription cost(s) for Client work | 950.00 |
| Research (Databasees) | 9/30/2019 | | Paid research and subscription cost(s) for Client work | 3,550.00 |
| Teleconferencing | 9/27/2019 | 001473 Gebert, Alexander M | Court Call | 110.00 |
| Teleconferencing | 9/30/2019 | | Conference Calls 201909 | 137.74 |