**EXHIBIT D**

**PROPOSED ORDER**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　　　　　　　　Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING FIRST INTERIM APPLICATION OF TRIDENT DMG FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 18, 2019 THROUGH SEPTEMBER 30, 2019** |

**THIS MATTER** came before the Court upon consideration of the *First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the period July 18, 2019 through September 30, 2019* [Docket No. XXX] (the "**Application**"), filed by Trident DMG ("**Trident**"), communications consultant for the Official Committee of Tort Claimants ("**TCC**"). Based upon the Court's review and consideration of the Application, the declarations in support thereof, and the other records and pleadings filed in the above-captioned chapter 11 case,

**THE COURT HEREBY FINDS** that notice of and opportunity for a hearing on the Application was duly given, and that such notice was appropriate and sufficient under the particular circumstances. It appears to the Court that good cause exists for interim approval of the fees and expenses that Trident requested in the Application, pursuant to Section 330 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016. The Court further finds that the fees and expenses requested in the Application are reasonable and have been earned.

**THEREFORE, IT IS HEREBY ORDERED:**

1. The Application is approved on an interim basis as reflected herein:

2. Awarding interim allowance of compensation for professional services rendered during the Application Period in the amount of $109,537.01 consisting of $97,500.00 in fees occurred and $12,037.01 in actual and necessary expenses.

3. Authorizing and directing the Debtors to make prompt payment to Trident the total amount of $73,399.51, which is the difference between the amount requested and the amount already paid by the Debtors pursuant to the Interim Compensation Order.

4. The Court retains jurisdiction over any issues or disputes arising out of or relating to this Order.

*** END ORDER ***