# EXHIBIT A

**Transmittal Letter**



November 14, 2019

Ms. Karen Lockhart
Chair, Official Committee of Tort Claimants
Pacific Gas and Electric Co. and PG&E Corp
Klockhart1492@gmail.com

Re: In re: PG&E Corporation and Pacific Gas and Electric Company – Case No. 19-30088

Dear Karen:

Enclosed please find our firm's second interim fee application in the above-captioned cases, along with its exhibits and supporting certification. The Bankruptcy Court's *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* provides that a debtor-in-possession, a trustee, or an official committee must exercise reasonable business judgement in monitoring the fees and expenses of the estates' professionals. I invite you to discuss with me any objections, concerns or questions that you may have with the firm's fee request. The Office of the United States Trustee will also accept your comments. The Court will consider timely-filed objections by any party in interest at the time of hearing, which will take place at a time to be announced shortly.

Sincerely,


/s/ Brent C. Williams
Brent C. Williams
Managing Director

Lincoln Advisors Limited
500 West Madison Street
Suite 3900
Chicago, Illinois 60661

www.lincolninternational.com