**EXHIBIT B**
**COMPENSATION BY PROFESSIONAL**
**FOR THE PERIOD JUNE 1, 2019 THROUGH SEPTEMBER 30, 2019**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Brent Williams | Managing Director | $ 1,195 | 878.2 | $ 1,049,449.00 |
| Alex Stevenson | Managing Director | 1,195 | 278.0 | 332,210.00 |
| Brendan Murphy | Managing Director | 1,095 | 983.0 | 1,076,385.00 |
| Sherman Guillema | Director | 895 | 162.8 | 145,706.00 |
| Peter Gnatowski | Vice President | 795 | 1,084.0 | 861,780.00 |
| Matt Merkel | Associate | 695 | 612.7 | 425,826.50 |
| Erik Ellingson | Associate | 695 | 244.7 | 170,066.50 |
| Naeem Muscatwalla | Senior Analyst | 495 | 333.1 | 164,859.75 |
| Riley Jacobs | Analyst | 395 | 691.8 | 273,261.00 |
| Alex Gebert | Analyst | 395 | 842.7 | 332,866.50 |
| Zack Stone | Analyst | 395 | 234.2 | 92,509.00 |
| Jane Su | Professional Support | 250 | 10.7 | 2,675.00 |
| **Subtotal** | | | **6,355.9** | **$ 4,927,594.25** |
| Less: 50% Discount for Non-Working Travel Time | | | | (59,781.25) |
| **Grand Total** | | | | **$ 4,867,813.00** |