# EXHIBIT C
# COMPENSATION BY WORK TASK CODE
# FOR THE PERIOD JUNE 1, 2019 THROUGH SEPTEMBER 30, 2019

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 3 | Financial Analysis (Requested by Counsel, or Otherwise) | 530.7 | $ 360,796.50 |
| 4 | 13-Week Cash Flow / MOR / Liquidity Analysis | 164.1 | 107,669.50 |
| 5 | Due Diligence of Debtor's Assets and Liabilities | 314.8 | 220,606.00 |
| 6 | Due Diligence of Wildfire Safety Plan and Related Analysis | 321.5 | 250,882.50 |
| 7 | Debtor Professionals - Diligence / Meetings / Calls | 100.5 | 89,547.50 |
| 8 | UCC Professionals - Diligence / Meetings / Calls | 10.5 | 9,707.50 |
| 9 | Other Professionals / Interested Parties - Diligence / Meetings / Calls | 112.2 | 128,179.00 |
| 10 | Tort Claimants (Counsel/FA) - Diligence / Meetings / Calls | 197.0 | 212,625.00 |
| 11 | Assist Counsel in Responses / Objections to Bankruptcy Court Motions | 99.5 | 80,272.50 |
| 12 | Committee Related Matters - Diligence / Meetings / Calls | 444.8 | 459,046.00 |
| 13 | Bankruptcy Filings, Motions and Other Document Review | 471.9 | 319,065.75 |
| 14 | Review of Executory Contracts and Related Analysis | 156.7 | 102,776.50 |
| 15 | Review of Employee-Related Matters, Including Retention Plans | 182.5 | 126,627.50 |
| 16 | Review of Claims and Related Analysis | 178.3 | 138,548.50 |
| 17 | Asset Sale(s), Strategic Alternatives, and Related Analysis | 112.3 | 85,088.50 |
| 18 | Analysis of New Debt or Equity Capital | 159.6 | 118,262.00 |
| 19 | Analysis of Pro-Forma Capital Structure, and Related Analysis | 161.6 | 103,972.00 |
| 20 | Benchmarking and Related Analysis | 311.8 | 183,851.00 |
| 21 | Term Sheets, Plan, and Disclosure Statement Analysis | 1,087.4 | 886,123.00 |
| 22 | Review of Discovery Documents and Deposition Preparation (Witnesses) | 39.5 | 39,932.50 |
| 23 | Deposition(s), Testimony, Court Hearing(s), and Related Preparation / Attendance | 131.2 | 123,284.00 |
| 24 | Business Plan | 119.1 | 100,874.50 |
| 25 | Regulatory and Legislative Matters, and Related Financial Analysis | 347.8 | 239,651.00 |
| 26 | Travel Time - Non Working Travel | 107.5 | 119,562.50 |
| 27 | Project Administration | 183.3 | 143,492.00 |
| 31 | Fee Application Preparation | 309.8 | 177,151.00 |
| **Subtotal** | | **6,355.9** | **4,927,594.25** |
| | Less: 50% Discount for Non-Working Travel Time | | (59,781.25) |
| **Grand Total** | | **6,355.9** | **$ 4,867,813.00** |