**EXHIBIT D**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD JUNE 1, 2019 THROUGH SEPTEMBER 30, 2019**

| Expense Type | Amount |
|---|---|
| Airfare | $35,342.39 |
| Car Rental | $842.08 |
| Data Processing / Materials For Committee | $69.35 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | $3,119.34 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | $4,576.44 |
| Hotel Stay (Traveling) | $21,703.83 |
| Internet/Online Fees | $436.70 |
| Meals - In Town Only | $1,689.27 |
| Meals - Out-of-Town Travel Only | $4,670.51 |
| Other / Miscellaneous | $660.32 |
| Parking | $1,245.80 |
| Printing/Photocopying (In-House) | $3,284.20 |
| Research (Databases) | $18,000.00 |
| Teleconferencing | $1,324.76 |
| Transcripts | $1,479.50 |
| **Total** | **$98,444.49** |