| | |
|---|---|
| | UNITED STATES BANKRUPTCY COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| | SAN FRANCISCO DIVISION |

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br> - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　　　　　　　Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**FIRST AND FINAL MONTHLY FEE STATEMENT OF DUNDON ADVISERS LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2019 THROUGH AUGUST 31, 2019**<br><br>[No hearing requested]<br><br>**OBJECTION DEADLINE**:<br>December 5, 2019 at 4:00 p.m. (PDT) |

To: The Notice Parties

| | |
|---|---|
| Name of Applicant: | Dundon Advisers LLC, Financial Advisor for the Official Committee of Tort Claimants |
| Authorized to Provide Professional Services to: | Official Committee of Tort Claimants |
| Period for which compensation and reimbursement are sought: | March 1, 2019 through August 31, 2019 |
| Amount of compensation and reimbursement are sought: | $122,363.20 (80% of $152,954.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $5,370.24 |

　　　　Dundon Advisers LLC ("**Dundon**" or the "**Applicant**"), financial advisor for the Official Committee of Tort Claimants (the "**Tort Committee**"), representing the largest group of stakeholders in the jointly administered bankruptcy cases (the "**Chapter 11 Cases**") of PG&E

-1-

Case: 19-30088    Doc# 4726    Filed: 11/14/19    Entered: 11/14/19 14:22:32    Page 1 of 4

Corporation and Pacific Gas and Electric Company (the "**Debtors**"), hereby submits its first and final combined monthly fee statement (the "**Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered, and for reimbursement of actual and necessary expenses incurred for the period commencing March 1, 2019 through and including August 31, 2019 (the "**Fee Period**") pursuant to 11 U.S.C §§ 331 and 105(a), Fed. R. Bankr. P. 2016, and the Procedures for Interim Compensation and Reimbursement of Expenses of Professionals entered February 27, 2019 [Dkt. No. 701] (the "**Interim Compensation Procedures Order**").

By this Monthly Fee Statement, Dundon requests allowance and payment of $122,363.20 (representing 80% of $152,954.00) as compensation for professional services rendered to the Tort Committee during the Fee Period and allowance and payment of $5,370.24 (representing 100% of the expenses allowed) as reimbursement for actual and necessary expenses incurred by Dundon during the Fee Period.[*]

Annexed hereto as **Exhibit A** is the name of each professional who performed services for the Tort Committee in connection with these Chapter 11 Cases and for which Dundon is seeking compensation during the Fee Period covered by this Monthly Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours spent during the Fee Period by task. Attached hereto as **Exhibit C** is a summary of expenses incurred during the Fee Period. Attached hereto as **Exhibit D** are the detailed time entries for the Fee Period. Attached hereto as **Exhibit E** are the detailed expense entries for the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "**Objection Deadline**") with this Court.

---

[*] By agreement with the Tort Claims Committee, this Monthly Fee Statement does not reflect Dundon's actual time in non-working travel nor its actual time spent on retention and fee application matters, the former being limited to four hours each way and to 50% of rates for such time; the latter being substantially reduced for periods preceding July 31, 2019 and omitted altogether for periods thereafter.

4840-4592-8620.1

| | |
|---|---|
| 1 | **PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection Deadline, |
| 2 | Dundon shall file a certificate of no objection with the Court, after which the Debtors are authorized |
| 3 | and directed to pay Dundon an amount equal to 80% of the fees and 100% of the expenses requested |
| 4 | in this Monthly Fee Statement. If an objection is properly filed, the Debtors shall be authorized |
| 5 | and directed to pay Dundon 80% of the fees and 100% of the expenses not subject to an objection. |

Dated: November 14, 2019

Respectfully submitted,

DUNDON ADVISERS LLC

By: */s/ Matthew Dundon*
Matthew J. Dundon, Principal

Financial Advisor for Official Committee of Tort Claimants

**Notice Parties**

| | |
|---|---|
| PG&E Corporation<br>c/o Pacific Gas & Electric Company<br>Attn:   Janet Loduca, Esq.<br>77 Beale Street<br>San Francisco, CA 94105 | Keller & Benvenutti LLP<br>Attn:   Tobias S. Keller, Esq.<br>        Jane Kim, Esq.<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 |
| The Office of the United States Trustee for Region 17<br>Attn:   James L. Snyder, Esq.<br>        Timothy Laffredi, Esq.<br>450 Golden Gate Avenue, 5th Floor, Suite #05-0153<br>San Francisco, CA 94102 | Milbank LLP<br>Attn:   Dennis F. Dunne, Esq.<br>        Sam A. Khalil, Esq.<br>55 Hudson Yards<br>New York, NY 10001-2163 |
| Milbank LLP<br>Attn:   Paul S. Aronzon, Esq.<br>        Gregory A. Bray, Esq.<br>        Thomas R. Kreller, Esq.<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 | Weil, Gotshal & Manges LLP<br>Attn:   Stephen Karotkin, Esq.<br>        Jessica Liou, Esq.<br>        Matthew Goren, Esq.<br>767 Fifth Avenue<br>New York, NY 10153-0119 |
| Bruce A. Markell<br>Fee Examiner<br>541 N. Fairbanks Court<br>Suite 2200<br>Chicago, IL 60611-3710 | Scott H. McNutt<br>Attorney for the Fee Examiner<br>324 Warren Road<br>San Mateo, CA 94402 |

Case: 19-30088    Doc# 4726    Filed: 11/14/19    Entered: 11/14/19 14:22:32    Page 4 of 4

4840-4592-8620.1