**Exhibit C**

SUMMARY OF EXPENSES BY CATEGORY
FOR THE PERIOD MARCH 1, 2019 THROUGH AUGUST 31, 2019

| Category | Amount |
|---|---:|
| Airfare | $2,261.02 |
| Out of town travel meals | $217.32 |
| Car services | $470.57 |
| Hotels | $2,421.33 |
| **Total** | **$5,370.24** |

4840-4592-8620.1