**EXHIBIT D**

# EXHIBIT D

## DETAILED TIME ENTRIES BY DATE
## FOR THE PERIOD MARCH 1, 2019 THROUGH AUGUST 31, 2019

| Timekeeper | Date | Description | Task Code | Hours | Rate | Fee |
|---|---|---|---|---|---|---|
| Dundon | 3/2/2019 | Work plan review and drafting | Case Administration | 1.50 | 630 | $945.00 |
| Dundon | 3/2/2019 | Initial overview discussion with Blue Mountain Capital | Corporate Governance | 0.80 | 630 | $504.00 |
| Dundon | 3/2/2019 | Initial review of qualifications and background of Blue Mountain slate | Corporate Governance | 1.20 | 630 | $756.00 |
| Dundon | 3/3/2019 | Capital structure and ownership research and analysis | Corporate Governance | 2.50 | 630 | $1,575.00 |
| Mazier | 3/4/2019 | Moody's report review for areas within scope | Case Administration | 1.20 | 600 | $720.00 |
| Dundon | 3/4/2019 | Memorandum to BakerHostetler regarding initial projects and debtor meetings | Case Administration | 0.80 | 630 | $504.00 |
| Dundon | 3/4/2019 | Initial communications with potential communication platform vendors | Communications Platform | 2.00 | 630 | $1,260.00 |
| Dundon | 3/4/2019 | Review of Co-Star report | Real Estate | 1.50 | 630 | $945.00 |
| Pelosi | 3/4/2019 | Real estate database initial development (Co-Star Report) | Real Estate | 1.10 | 630 | $693.00 |
| Dundon | 3/5/2019 | Case planning with Baker Hostetler (J. Rose, R. Julian) | Meetings and Communications with Committee Professionals | 0.50 | 630 | $315.00 |
| Dundon | 3/5/2019 | Discussion of registered lobbyist resources | Public Policy | 0.60 | 630 | $378.00 |
| Dundon | 3/5/2019 | Correspondence with BakerHostetler (R. Julian) and L. Pelosi regarding lobbying approach | Public Policy | 0.20 | 630 | $126.00 |
| Pelosi | 3/5/2019 | Correspondence with BakerHostetler (R. Julian) and M. Dundon regarding lobbying approach | Public Policy | 0.20 | 630 | $126.00 |
| Dundon | 3/6/2019 | Handling debtor data room access NDA with Lazard and BakerHostetler | Case Administration | 0.90 | 630 | $567.00 |
| Pelosi | 3/6/2019 | Correspondence with Lazard regarding NDA | Case Administration | 0.30 | 630 | $189.00 |
| Dundon | 3/6/2019 | Drafting of communication platform RFP | Communications Platform | 4.20 | 630 | $2,646.00 |
| Mazier | 3/6/2019 | Review of reporting on adjustments to wildfire safety plan | Future Wildfire Mitigation | 0.50 | 600 | $300.00 |
| Dundon | 3/6/2019 | Review of reporting on adjustments to wildfire safety plan | Future Wildfire Mitigation | 0.30 | 630 | $189.00 |
| Dundon | 3/6/2019 | Correspondence with M. Dundon regarding BakerHostetler policy conversation | Public Policy | 0.20 | 630 | $126.00 |
| Pelosi | 3/6/2019 | Discussion with BakerHostetler (R. Julian) regarding Sacramento agenda | Public Policy | 0.50 | 630 | $315.00 |
| Pelosi | 3/6/2019 | Correspondence with M. Dundon regarding BakerHostetler policy conversation | Public Policy | 0.20 | 630 | $126.00 |
| Dundon | 3/7/2019 | Continued handling of debtor data room access NDA with BakerHostetler | Case Administration | 0.40 | 630 | $252.00 |
| Dundon | 3/7/2019 | Review and analysis of bondholder 2019 | Corporate Governance | 1.50 | 630 | $945.00 |
| Dundon | 3/7/2019 | "Cast of characters" analysis from 2019s and NOAs for internal evaluation | Corporate Governance | 1.20 | 630 | $756.00 |
| Dundon | 3/7/2019 | Correspondence with Blue Mountain (J. Weber) regarding board compensation | Corporate Governance | 0.30 | 630 | $189.00 |
| Pelosi | 3/7/2019 | Review of Blue Mountain January 17 letter for tort claim treatment content | Corporate Governance | 0.50 | 630 | $315.00 |
| Pelosi | 3/7/2019 | Conversation with Blue Mountain Board nominee Phil Angelides | Corporate Governance | 1.00 | 630 | $630.00 |
| Dundon | 3/8/2019 | Revision of communications platform RFP | Communications Platform | 1.40 | 630 | $882.00 |
| Dundon | 3/8/2019 | RFP dispatch communications and initial response communications | Communications Platform | 1.60 | 630 | $1,008.00 |
| Dundon | 3/8/2019 | Communication with BakerHostetler (E. Goodman, J. Rose) regarding platform RFP' | Communications Platform | 0.70 | 630 | $441.00 |
| Dundon | 3/8/2019 | Correspondence with Blue Mountain (J. Weber) regarding useful additional data for Committee | Corporate Governance | 0.50 | 630 | $315.00 |
| Dundon | 3/8/2019 | Correspondence with R. Julian re initial equity outreach | Corporate Governance | 0.20 | 630 | $126.00 |
| Dundon | 3/8/2019 | Case planning with Baker Hostetler (R. Julian) | Meetings and Communications with Committee Professionals | 0.30 | 630 | $189.00 |
| Dundon | 3/10/2019 | Communication with BakerHostetler (R. Julian, E. Goodman, J. Rose) regarding certain revisions to RFP conflict provision | Communications Platform | 0.50 | 630 | $315.00 |
| Dundon | 3/10/2019 | Communication with potential platform vendors regarding certain issues in RFP | Corporate Governance | 0.50 | 630 | $315.00 |
| Dundon | 3/10/2019 | Call with Lincoln Financial (B. Williams) | Meetings and Communications with Committee Professionals | 0.70 | 630 | $441.00 |
| Dundon | 3/11/2019 | Continued communication with BakerHostetler (R. Julian, E. Goodman, J. Rose) regarding certain revisions to RFP conflict provision | Communications Platform | 0.40 | 630 | $252.00 |
| Dundon | 3/11/2019 | Ongoing communications with potential platform vendors regarding RFP terms | Communications Platform | 2.00 | 630 | $1,260.00 |

| Name | Date | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Dundon | 3/11/2019 | Travel New York to San Francisco (at 50% of otherwise applicable rates) | Meetings and Communications with Committee Professionals | 4.00* | 315 | $2,520.00 |
| Mazier | 3/11/2019 | Review of reporting on PUC regulatory change potential | Public Policy | 0.50 | 600 | $300.00 |
| Dundon | 3/12/2019 | Continued communication with BakerHostetler (R. Julian, E. Goodman, J. Rose) regarding certain revisions to RFP conflict provision | Communications Platform | 0.50 | 630 | $315.00 |
| Dundon | 3/12/2019 | Ongoing communications with potential platform vendors regarding RFP terms | Communications Platform | 1.50 | 630 | $945.00 |
| Dundon | 3/12/2019 | Call with KCC regarding Committee data room | Communications Platform | 0.30 | 630 | $189.00 |
| Dundon | 3/12/2019 | Call with FirmEx regarding Committee data room | Communications Platform | 0.30 | 630 | $189.00 |
| Dundon | 3/12/2019 | Call with Merrill VDR regarding Committee data room | Communications Platform | 0.20 | 630 | $126.00 |
| Dundon | 3/12/2019 | Call with Epiq regarding Committee data room | Communications Platform | 0.20 | 630 | $126.00 |
| Dundon | 3/12/2019 | Call with financial adviser to ad hoc equity committee (A. Schlesinger) | Corporate Governance | 0.60 | 630 | $378.00 |
| Dundon | 3/12/2019 | Meeting with Brent Williams and Brendan Murphy of Lincoln and M. Dundon re case and project planning | Meetings and Communications with Committee Professionals | 1.40 | 630 | $882.00 |
| Pelosi | 3/12/2019 | Meeting with Brent Williams and Brendan Murphy of Lincoln and L. Pelosi re case and project planning | Meetings and Communications with Committee Professionals | 1.40 | 630 | $882.00 |
| Dundon | 3/12/2019 | Meeting with Committee members | Meetings and Communications with Creditors | 1.00 | 630 | $630.00 |
| Pelosi | 3/12/2019 | Meeting with Committee members | Meetings and Communications with Creditors | 1.00 | 630 | $630.00 |
| Mazier | 3/12/2019 | Review and analysis of district court decision on PPA jurisdiction | Rate Base | 0.60 | 600 | $360.00 |
| Dundon | 3/13/2019 | Review and analysis of received vendor proposals | Communications Platform | 4.50 | 630 | $2,835.00 |
| Dundon | 3/13/2019 | Attending Bankruptcy Court Heading | Court Proceedings | 2.50 | 630 | $1,575.00 |
| Pelosi | 3/13/2019 | Attending Bankruptcy Court Heading | Court Proceedings | 1.50 | 630 | $945.00 |
| Dundon | 3/14/2019 | Discussion with DSI (B. Sharp) regarding claims management | Case Administration | 0.50 | 630 | $315.00 |
| Dundon | 3/14/2019 | Follow-up conversation regarding proposals with vendors | Communications Platform | 0.50 | 630 | $315.00 |
| Dundon | 3/14/2019 | Travel San Francisco to New York (at 50% of otherwise applicable rates) | Meetings and Communications with Committee Professionals | 4.00* | 315 | $2,520.00 |
| Dundon | 3/14/2019 | Call with Baker Hostetler (J. Rose) re claims management component of Committee mandate | Meetings and Communications with Committee Professionals | 0.50 | 630 | $315.00 |
| Pelosi | 3/14/2019 | Reviewed legislation, legislative research and related reports on proposed wildfire legislation. | Public Policy | 1.50 | 630 | $945.00 |
| Dundon | 3/15/2019 | Discussion with Baker Hostetler (E. Goodman, J. Rose) re committee platform | Communications Platform | 0.40 | 630 | $252.00 |
| Dundon | 3/15/2019 | Call with Baker Hostetler (E. Goodman, J. Rose) re committee platform | Communications Platform | 1.00 | 630 | $630.00 |
| Pelosi | 3/15/2019 | Continued review legislation, legislative research and related reports on proposed wildfire legislation. | Public Policy | 0.50 | 630 | $315.00 |
| Dundon | 3/16/2019 | Communication with BakerHostetler (J. Rose) regarding NDA | Case Administration | 0.30 | 630 | $189.00 |
| Dundon | 3/16/2019 | Shareholder composition analysis | Corporate Governance | 1.60 | 630 | $1,008.00 |
| Dundon | 3/17/2019 | Correspondence with BakerHostetler (E. Goodman) re status of vendor selection | Communications Platform | 0.20 | 630 | $126.00 |
| Mazier | 3/17/2019 | Correspondence with L. Pelosi and M. Dundon regarding board composition issues | Corporate Governance | 0.40 | 600 | $240.00 |
| Dundon | 3/17/2019 | Correspondence with L. Pelosi and A. Mazier regarding board composition issues | Corporate Governance | 0.40 | 630 | $252.00 |
| Pelosi | 3/17/2019 | Correspondence with M. Dundon and A. Mazier regarding board composition issues | Corporate Governance | 0.40 | 630 | $252.00 |
| Dundon | 3/22/2019 | Communications with BakerHostetler (R. Julian, J. Rose) regarding case status and strategy | Meetings and Communications with Committee Professionals | 0.50 | 630 | $315.00 |
| Dundon | 3/22/2019 | Call with BakerHostetler (R. Julian) regarding case status and strategy | Meetings and Communications with Committee Professionals | 0.40 | 630 | $252.00 |
| Dundon | 3/24/2019 | Communications with BakerHostetler (R. Julian, C. Dumas) and certain Committee members' counsel regarding case status and strategy | Meetings and Communications with Creditors | 0.30 | 630 | $189.00 |
| Pelosi | 3/24/2019 | Communication with Committee member regarding case status and strategy | Meetings and Communications with Creditors | 0.40 | 630 | $252.00 |
| Dundon | 3/25/2019 | Correspondence with BakerHostetler (E. Goodman) re status of vendor selection | Communications Platform | 0.30 | 630 | $189.00 |
| Dundon | 3/26/2019 | Case status update with Committee member | Meetings and Communications with Creditors | 1.00 | 630 | $630.00 |
| Dundon | 3/27/2019 | Case status update with Committee member | Meetings and Communications with Creditors | 0.50 | 630 | $315.00 |
| Dundon | 3/28/2019 | Review and analysis of case scope materials and communications | Case Administration | 2.40 | 630 | $1,512.00 |
| Mazier | 3/28/2019 | Analysis of governance components of ad-hoc bondholder proposals | Corporate Governance | 0.70 | 600 | $420.00 |

| Name | Date | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Mazier | 3/28/2019 | Analysis of reporting on new Board composition proposals | Corporate Governance | 0.40 | 600 | $240.00 |
| Mazier | 3/31/2019 | Internal communications with L. Pelosi and M. Dundon regarding real estate procedures motion | Real Estate | 0.60 | 600 | $360.00 |
| Dundon | 3/31/2019 | Initial review of real estate procedures motion | Real Estate | 1.10 | 630 | $693.00 |
| Dundon | 3/31/2019 | Correspondence with BakerHostetler (J. Rose) and Lincoln (B. Williams) re real estate procedures motion | Real Estate | 0.30 | 630 | $189.00 |
| Dundon | 3/31/2019 | Internal communications with L. Pelosi and A. Mazier regarding real estate procedures motion | Real Estate | 1.20 | 630 | $756.00 |
| Pelosi | 3/31/2019 | Initial review of real estate procedures motion | Real Estate | 1.50 | 630 | $945.00 |
| Pelosi | 3/31/2019 | Internal communications with M. Dundon and A. Mazier regarding real estate procedures motion | Real Estate | 1.00 | 630 | $630.00 |
| Dundon | 4/1/2019 | Call with Baker Hostetler and Lincoln regarding case planning | Meetings and Communications with Committee Professionals | 0.40 | 630 | $252.00 |
| Pelosi | 4/1/2019 | Call with Baker Hostetler and Lincoln regarding case planning | Meetings and Communications with Committee Professionals | 0.40 | 630 | $252.00 |
| Dundon | 4/1/2019 | Case status update with Committee member | Meetings and Communications with Creditors | 0.50 | 630 | $315.00 |
| Mazier | 4/1/2019 | Review of reporting on Moody's analysis of PPA rejection | Rate Base | 0.60 | 600 | $360.00 |
| Dundon | 4/1/2019 | Preparation of commentary on real estate procedures motion | Real Estate | 1.10 | 630 | $693.00 |
| Dundon | 4/1/2019 | Review of next turn of BakerHostetler comments on to real estate procedures motion | Real Estate | 0.60 | 630 | $378.00 |
| Dundon | 4/1/2019 | Correspondence with BakerHostetler (J. Rose) and Lincoln (B. Williams) re real estate procedures motion | Real Estate | 0.30 | 630 | $189.00 |
| Pelosi | 4/1/2019 | Review of next turn of BakerHostetler comments on to real estate procedures motion | Real Estate | 1.00 | 630 | $630.00 |
| Pelosi | 4/1/2019 | Correspondence with BakerHostetler (J. Rose) and Lincoln (B. Williams) re real estate procedures motion | Real Estate | 0.30 | 630 | $189.00 |
| Pelosi | 4/1/2019 | Research into PG&E real estate assets | Real Estate | 1.20 | 630 | $756.00 |
| Dundon | 4/1/2019 | Drafting of retention application package | Retention and Fee Applications | 1.80 | 630 | $1,134.00 |
| Dundon | 4/2/2019 | Correspondence with BakerHostetler (E. Goodman) re status of vendor selection | Communications Platform | 0.20 | 630 | $126.00 |
| Dundon | 4/2/2019 | Analysis of reporting on potential new corporate structure / management | Corporate Governance | 0.50 | 630 | $315.00 |
| Dundon | 4/2/2019 | Communication with BakerHostetler (R. Julian, C. Woltering) regarding potential new corporate structure/management | Corporate Governance | 0.20 | 630 | $126.00 |
| Dundon | 4/2/2019 | Call with Baker Hostetler (C. Woltering) regarding securities law issues | Corporate Governance | 1.00 | 630 | $630.00 |
| Dundon | 4/2/2019 | Revision of retention application draft | Retention and Fee Applications | 1.00 | 630 | $252.00 |
| Dundon | 4/3/2019 | Correspondence with BakerHostetler (R. Julian, C. Dumas) regarding upcoming Committee and Committee professional Meetings and calls | Case Administration | 0.60 | 630 | $378.00 |
| Mazier | 4/3/2019 | CalFire Report review | Future Wildfire Mitigation | 1.00 | 600 | $600.00 |
| Mazier | 4/3/2019 | Correspondence with L. Pelosi and M. Dundon regarding CalFire report | Future Wildfire Mitigation | 0.30 | 600 | $180.00 |
| Dundon | 4/3/2019 | Correspondence with L. Pelosi and A. Mazier regarding CalFire report | Future Wildfire Mitigation | 0.30 | 630 | $189.00 |
| Pelosi | 4/3/2019 | Correspondence with A. Mazier and M. Dundon regarding CalFire report | Future Wildfire Mitigation | 0.30 | 630 | $189.00 |
| Dundon | 4/3/2019 | Case status update with Committee member | Meetings and Communications with Creditors | 0.50 | 630 | $315.00 |
| Dundon | 4/3/2019 | Review of Sen. Hill proposed legislation | Public Policy | 0.50 | 630 | $315.00 |
| Dundon | 4/3/2019 | Correspondence with Lincoln (B. Williams, B. Murphy) and L. Pelosi regarding real estate assets and analysis | Real Estate | 0.70 | 630 | $441.00 |
| Pelosi | 4/3/2019 | Correspondence with Lincoln (B. Williams, B. Murphy) and M. Dundon regarding real estate assets and analysis | Real Estate | 0.70 | 630 | $441.00 |
| Mazier | 4/3/2019 | GenOn potential conflict research | Retention and Fee Applications | 1.50 | 600 | $900.00 |
| Mazier | 4/4/2019 | Correspondence with BakerHostetler (E. Goodman) re status of vendor selection | Communications Platform | 0.30 | 600 | $180.00 |
| Dundon | 4/4/2019 | Correspondence with BakerHostetler (E. Goodman) re status of vendor selection | Communications Platform | 0.30 | 630 | $189.00 |
| Mazier | 4/4/2019 | Analysis of reporting on new CEO and Board members | Corporate Governance | 1.00 | 600 | $600.00 |
| Dundon | 4/4/2019 | Correspondence with Committee professional team regarding new CEO and Board members | Corporate Governance | 0.30 | 630 | $189.00 |
| Dundon | 4/4/2019 | Participated in Tort Claimants Committee Weekly Call | Meetings and Communications with Creditors | 1.50 | 630 | $945.00 |
| Dundon | 4/4/2019 | Internal recap with L. Pelosi of weekly call | Meetings and Communications with Creditors | 0.20 | 630 | $126.00 |
| Pelosi | 4/4/2019 | Participated in Tort Claimants Committee Weekly Call | Meetings and Communications with Creditors | 1.50 | 630 | $945.00 |

| Name | Date | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Pelosi | 4/4/2019 | Internal recap with L. Pelosi of weekly call | Meetings and Communications with Creditors | 0.20 | 630 | $126.00 |
| Dundon | 4/4/2019 | Correspondence regarding lease rejection analysis with Keen-Summit (M. Bordwin) | Real Estate | 0.30 | 630 | $189.00 |
| Dundon | 4/4/2019 | Review and edit of proposed letter to Debtors re GenOn | Retention and Fee Applications | 0.20 | 630 | $126.00 |
| Dundon | 4/5/2019 | Correspondence with BakerHostetler (R. Julian, C. Dumas) regarding upcoming events and potential liquidity facility | Case Administration | 0.30 | 630 | $189.00 |
| Dundon | 4/5/2019 | Call with Baker Hostetler (E. Goodman) re status and next steps on platform | Communications Platform | 0.50 | 630 | $315.00 |
| Dundon | 4/5/2019 | Update to vendors on selection process | Communications Platform | 0.30 | 630 | $189.00 |
| Dundon | 4/5/2019 | Call with L. Pelosi regarding upcoming assignments | Public Policy | 0.30 | 630 | $189.00 |
| Pelosi | 4/5/2019 | Call with Matt Dundon regarding upcoming assignments | Public Policy | 0.30 | 630 | $189.00 |
| Pelosi | 4/5/2019 | Discussion with sources regarding pending "Strike Team" report | Public Policy | 0.40 | 630 | $252.00 |
| Pelosi | 4/5/2019 | Correspondence with M. Dundon and certain Committee members' counsel and Baker Hostetler regarding pending "Strike Team report" | Public Policy | 0.30 | 630 | $189.00 |
| Dundon | 4/5/2019 | Call with M. Bordwin re real estate lease rejection approaches | Real Estate | 0.50 | 630 | $315.00 |
| Dundon | 4/5/2019 | Call with L. Pelosi regarding upcoming assignments | Real Estate | 0.30 | 630 | $189.00 |
| Pelosi | 4/5/2019 | Call with Matt Dundon regarding upcoming assignments | Real Estate | 0.30 | 630 | $189.00 |
| Dundon | 4/6/2019 | Correspondence with BakerHostetler (R. Weible) regarding upcoming governance issues | Corporate Governance | 0.20 | 630 | $126.00 |
| Dundon | 4/6/2019 | Calls with Committee members regarding case status and progress | Meetings and Communications with Creditors | 3.20 | 630 | $2,016.00 |
| Dundon | 4/6/2019 | Correspondence with L. Pelosi regarding IBEW meeting | Public Policy | 0.20 | 630 | $126.00 |
| Pelosi | 4/6/2019 | Correspondence with M. Dundon regarding IBEW meeting | Public Policy | 0.20 | 630 | $126.00 |
| Pelosi | 4/6/2019 | Scheduling IBEW meeting | Public Policy | 0.30 | 630 | $189.00 |
| Dundon | 4/7/2019 | Correspondence with L. Pelosi regarding pending CPUC meetings | Public Policy | 0.30 | 630 | $189.00 |
| Pelosi | 4/7/2019 | Correspondence with M. Dundon regarding pending CPUC meetings | Public Policy | 0.30 | 630 | $189.00 |
| Dundon | 4/8/2019 | Planning and coordination for vendor interviews | Communications Platform | 1.20 | 630 | $756.00 |
| Dundon | 4/8/2019 | Correspondence with L. Pelosi, BakerHostetler (J. Rose, C. Dumas) and Lincoln (B. Williams) regarding revised form of real estate sales order | Real Estate | 0.20 | 630 | $126.00 |
| Pelosi | 4/8/2019 | Correspondence with M. Dundon, BakerHostetler (J. Rose, C. Dumas) and Lincoln (B. Williams) regarding revised form of real estate sales order | Real Estate | 0.20 | 630 | $126.00 |
| Roussey | 4/9/2019 | Correspondence with M. Dundon regarding proposal comparisons | Communications Platform | 0.30 | 550 | $165.00 |
| Dundon | 4/9/2019 | Correspondence with Baker Hostetler (principally with J. Rose) re proposal comparisons | Communications Platform | 0.70 | 630 | $441.00 |
| Dundon | 4/9/2019 | Correspondence with J. Roussey regarding proposal comparisons | Communications Platform | 0.30 | 630 | $189.00 |
| Dundon | 4/9/2019 | Case status and strategy conversation with equity ad hoc advisers PJT | Corporate Governance | 0.40 | 630 | $252.00 |
| Mazier | 4/9/2019 | Review of reports on Morgan Stanley take on wildfire risk | Future Wildfire Mitigation | 0.50 | 600 | $300.00 |
| Mazier | 4/9/2019 | Review of Barclay's Stress Test report | Rate Base | 1.00 | 600 | $600.00 |
| Dundon | 4/9/2019 | Review of revised form of real estate sales order | Real Estate | 0.60 | 630 | $378.00 |
| Roussey | 4/10/2019 | Review and summarization to further counsel request of proposals | Communications Platform | 5.50 | 550 | $3,025.00 |
| Roussey | 4/10/2019 | Correspondence with BakerHostetler (J. Rose, E. Goodman) and M. Dundon regarding further proposal analyses | Communications Platform | 0.20 | 550 | $110.00 |
| Dundon | 4/10/2019 | Correspondence with BakerHostetler (J. Rose, E. Goodman) and J. Roussey regarding further proposal analyses | Communications Platform | 0.40 | 630 | $252.00 |
| Dundon | 4/10/2019 | Communications with various vendors regarding status of proposals | Communications Platform | 0.80 | 630 | $504.00 |
| Mazier | 4/10/2019 | Case status and strategy conversation with equity ad hoc advisers PJT and M. Dundon | Corporate Governance | 0.40 | 600 | $240.00 |
| Dundon | 4/10/2019 | Case status and strategy conversation with equity ad hoc advisers PJT and A. Mazier | Corporate Governance | 0.40 | 630 | $252.00 |
| Dundon | 4/10/2019 | Correspondence with Committee professionals (full leadership team) regarding PJT conversations | Corporate Governance | 0.30 | 630 | $189.00 |
| Mazier | 4/10/2019 | Non-working travel to Connecticut to San Francisco (at 50% of otherwise applicable rates) | Future Wildfire Mitigation | 4.00* | 300 | $1,200.00 |
| Mazier | 4/10/2019 | Review of Morgan Stanley research product on wildfire risk | Future Wildfire Mitigation | 1.20 | 600 | $720.00 |
| Mazier | 4/10/2019 | Review of NorthStar report on safety culture | Future Wildfire Mitigation | 1.00 | 600 | $600.00 |
| Roussey | 4/11/2019 | Continued work with vendors to refine proposal terms | Communications Platform | 3.50 | 550 | $1,925.00 |
| Dundon | 4/11/2019 | Call with Baker Hostetler (J. Rose) re vendor interview | Communications Platform | 0.50 | 630 | $315.00 |
| Mazier | 4/11/2019 | Meeting with Lincoln and BakerHostetler to discuss wildfire mitigation | Future Wildfire Mitigation | 0.70 | 600 | $420.00 |
| Mazier | 4/11/2019 | Participated in Tort Claimants Committee Weekly Call | Meetings and Communications with Creditors | 1.10 | 600 | $660.00 |

| Name | Date | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Dundon | 4/11/2019 | Discussion with L. Pelosi to prepare Committee presentation | Meetings and Communications with Creditors | 0.50 | 630 | $315.00 |
| Dundon | 4/11/2019 | Participated in Tort Claimants Committee Weekly Call | Meetings and Communications with Creditors | 1.10 | 630 | $693.00 |
| Pelosi | 4/11/2019 | Discussion with M. Dundon to prepare Committee presentation | Meetings and Communications with Creditors | 0.50 | 630 | $315.00 |
| Pelosi | 4/11/2019 | Participated in Tort Claimants Committee Weekly Call | Meetings and Communications with Creditors | 1.10 | 630 | $693.00 |
| Mazier | 4/11/2019 | Meeting with Lincoln and BakerHostetler to discuss rate base items | Rate Base | 0.70 | 600 | $420.00 |
| Mazier | 4/12/2019 | Non-working travel from San Francisco to Connecticut (at 50% of otherwise applicable rates) | Future Wildfire Mitigation | 4.00* | 300 | $2,400.00 |
| Pelosi | 4/12/2019 | Meeting with BakerHostetler (R. Julian) to discuss Committee strategy | Meetings and Communications with Committee Professionals | 0.50 | 630 | $315.00 |
| Mazier | 4/12/2019 | Communications with M. Dundon and L. Pelosi regarding strike team report | Public Policy | 0.30 | 600 | $180.00 |
| Mazier | 4/12/2019 | Review of Strike Team Report | Public Policy | 3.00 | 600 | $1,800.00 |
| Dundon | 4/12/2019 | Review of Strike Team Report | Public Policy | 3.50 | 630 | $2,205.00 |
| Dundon | 4/12/2019 | Communications with L. Pelosi and A. Mazier regarding strike team report | Public Policy | 1.00 | 630 | $630.00 |
| Dundon | 4/12/2019 | Drafting of Strike Team Report assessment memo | Public Policy | 3.00 | 630 | $1,890.00 |
| Dundon | 4/12/2019 | Review of Pelosi proposed presentation slides on Strike Force Report | Public Policy | 0.80 | 630 | $504.00 |
| Pelosi | 4/12/2019 | Communications with M. Dundon and A. Mazier regarding strike team report | Public Policy | 1.00 | 630 | $630.00 |
| Pelosi | 4/12/2019 | Reviewed Governors Wildfire and Strike Force Report and prepared summary of legislative process for Committee | Public Policy | 2.00 | 630 | $1,260.00 |
| Pelosi | 4/12/2019 | Meeting with Hunters Stern of International Brotherhood of Electrical Workers, regarding Governors Strike Team Report and pending legislation | Public Policy | 1.50 | 630 | $945.00 |
| Dundon | 4/12/2019 | Updating correspondence with Baker Hostetler (J. Rose) re GenOn treatment with debtors | Retention and Fee Applications | 0.20 | 630 | $126.00 |
| Mazier | 4/13/2019 | Correspondence with BakerHostetler full team and M. Dundon and L. Pelosi regarding Strike Team report | Public Policy | 0.50 | 600 | $300.00 |
| Dundon | 4/13/2019 | Correspondence with BakerHostetler full team and L. Pelosi and A. Mazier regarding Strike Team report | Public Policy | 0.50 | 630 | $315.00 |
| Pelosi | 4/13/2019 | Correspondence with BakerHostetler full team and M. Dundon and A. Mazier regarding Strike Team report | Public Policy | 1.00 | 630 | $630.00 |
| Dundon | 4/15/2019 | Discussion with BakerHostetler (J. Esmont, C. Dumas) regarding presentation to Committee | Meetings and Communications with Creditors | 0.30 | 630 | $189.00 |
| Mazier | 4/15/2019 | Discussion with M. Dundon and A. Pelosi regarding proceedings of CPUC hearing | Public Policy | 0.50 | 600 | $300.00 |
| Dundon | 4/15/2019 | Discussion with A. Mazier and A. Pelosi regarding proceedings of CPUC hearing | Public Policy | 0.50 | 630 | $315.00 |
| Pelosi | 4/15/2019 | Attended California Public Utilities Commission Public Discussion on Pacific Gas and Electric Forums on Governance, Management, and Safety Culture | Public Policy | 6.00 | 630 | $3,780.00 |
| Pelosi | 4/15/2019 | Discussion with M. Dundon and A. Mazier regarding proceedings of CPUC hearing | Public Policy | 0.80 | 630 | $504.00 |
| Mazier | 4/15/2019 | Monitored CPUC public hearing | Rate Base | 5.80 | 600 | $3,480.00 |
| Dundon | 4/15/2019 | Correspondence with BakerHostetler (E. Kates) regarding retention letter with Committee | Retention and Fee Applications | 0.40 | 630 | $252.00 |
| Dundon | 4/15/2019 | Preparation of retention letter draft for Committee | Retention and Fee Applications | 0.70 | 630 | $441.00 |
| Dundon | 4/16/2019 | Follow-up correspondence with BakerHostetler (D. Workman, J. Rose) re proposals | Communications Platform | 0.30 | 630 | $189.00 |
| Dundon | 4/16/2019 | Discussion with L. Pelosi regarding Committee presentation | Meetings and Communications with Creditors | 0.30 | 630 | $189.00 |
| Pelosi | 4/16/2019 | Discussion with M. Dundon regarding Committee presentation | Meetings and Communications with Creditors | 0.30 | 630 | $189.00 |
| Dundon | 4/16/2019 | Correspondence with Blue Mountain (J. Weber) and L. Pelosi regarding CPUC proceedings and policy questions | Public Policy | 0.40 | 630 | $252.00 |
| Dundon | 4/16/2019 | Correspondence with BakerHostetler (C. Dumas) regarding Committee presentation | Public Policy | 0.70 | 630 | $189.00 |
| Pelosi | 4/16/2019 | Correspondence with Blue Mountain (J. Weber) and M. Dundon regarding CPUC proceedings and policy questions | Public Policy | 0.40 | 630 | $252.00 |
| Pelosi | 4/16/2019 | Correspondence with BakerHostetler (C. Dumas) regarding Committee presentation | Public Policy | 0.70 | 630 | $441.00 |
| Pelosi | 4/16/2019 | Non-advocacy update from State Senate staff regarding progress of legislation | Public Policy | 1.00 | 630 | $630.00 |
| Pelosi | 4/16/2019 | Meeting in Sacramento with Les Spahn, senior legislative advisor to Senator Bill Dodd regarding Governors Strike Team report, pending legislation and process (1 hour meeting, 2 hours drive time) | Public Policy | 3.00 | 630 | $1,890.00 |

| Timekeeper | Date | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Pelosi | 4/16/2019 | Correspondence with BakerHostetler (C. Dumas) regarding Committee presentation | Public Policy | 0.40 | 630 | $252.00 |
| Roussey | 4/16/2019 | Discussion regarding real estate analysis next steps | Real Estate | 0.60 | 550 | $330.00 |
| Dundon | 4/16/2019 | Discussion regarding real estate analysis next steps | Real Estate | 0.60 | 630 | $378.00 |
| Pelosi | 4/16/2019 | Discussion regarding real estate analysis next steps | Real Estate | 0.60 | 630 | $378.00 |
| Mazier | 4/17/2019 | Review of Debtors response to Quanta due diligence questions | Rate Base | 0.40 | 600 | $240.00 |
| Mazier | 4/17/2019 | Docket review | Rate Base | 0.20 | 600 | $120.00 |
| Dundon | 4/17/2019 | Real estate analysis and status discussion with L. Pelosi | Real Estate | 1.00 | 630 | $630.00 |
| Pelosi | 4/17/2019 | Real estate analysis and status discussion with M. Dundon | Real Estate | 1.00 | 630 | $630.00 |
| Mazier | 4/18/2019 | Review of RBC, Barclays research on Strike Force report | Public Policy | 0.60 | 600 | $360.00 |
| Dundon | 4/18/2019 | Call with Baker Hostetler (C. Dumas) and L. Pelosi re Legislative Update and Process | Public Policy | 1.00 | 630 | $630.00 |
| Pelosi | 4/18/2019 | Call with Baker Hostetler (C. Dumas) and M. Dundon re Legislative Update and Process | Public Policy | 1.00 | 630 | $630.00 |
| Pelosi | 4/18/2019 | Review of UCC's proposed government relations expert retention | Public Policy | 0.50 | 630 | $315.00 |
| Mazier | 4/18/2019 | Review of RBC analysis of So Cal Edison rate base adjustments as precedent | Rate Base | 1.00 | 600 | $600.00 |
| Mazier | 4/19/2019 | STIP measures review specific to incentives on Dundon areas of responsibility | Rate Base | 0.10 | 600 | $60.00 |
| Dundon | 4/19/2019 | Correspondence with BakerHostetler (C. Dumas) and L. Pelosi regarding real estate diligence | Real Estate | 0.40 | 630 | $252.00 |
| Pelosi | 4/19/2019 | Correspondence with BakerHostetler (C. Dumas) and M. Dun regarding real estate diligence | Real Estate | 0.40 | 630 | $252.00 |
| Dundon | 4/19/2019 | Correspondence with BakerHostetler (E. Kates) regarding form of engagement letter | Retention and Fee Applications | 0.70 | 630 | $441.00 |
| Dundon | 4/19/2019 | Review of changes to form of engagement letter | Retention and Fee Applications | 0.20 | 630 | $126.00 |
| Dundon | 4/21/2019 | Correspondence with L. Pelosi regarding status and direction of real estate research | Real Estate | 0.40 | 630 | $252.00 |
| Dundon | 4/21/2019 | Correspondence with M. Dundon regarding status and direction of real estate research | Real Estate | 0.40 | 630 | $252.00 |
| Dundon | 4/21/2019 | Correspondence with BakerHostetler (C. Dumas, J. Rose) regarding status of retention application | Retention and Fee Applications | 0.50 | 630 | $315.00 |
| Dundon | 4/21/2019 | Discussion with BakerHostetler (J. Rose) regarding language of retention declaration | Retention and Fee Applications | 0.40 | 630 | $252.00 |
| Mazier | 4/22/2019 | Preparation for Napa meeting (portion) w. M. Dundon | Corporate Governance | 2.50 | 600 | $1,500.00 |
| Mazier | 4/22/2019 | Correspondence with M. Dundon regarding Blue Mountain director addition | Corporate Governance | 0.20 | 600 | $120.00 |
| Mazier | 4/22/2019 | Correspondence with A. Mazier regarding Blue Mountain director addition | Corporate Governance | 0.20 | 600 | $120.00 |
| Dundon | 4/22/2019 | Preparation for Napa meeting (portion) w. A. Mazier | Corporate Governance | 2.50 | 630 | $1,575.00 |
| Dundon | 4/22/2019 | Call with Baker Hostetler (C. Dumas) re case planning and "all hands" meeting | Meetings and Communications with Committee Professionals | 0.50 | 630 | $315.00 |
| Pelosi | 4/22/2019 | Call with Baker Hostetler (C. Dumas) re case planning and "all hands" meeting | Meetings and Communications with Committee Professionals | 0.50 | 630 | $315.00 |
| Mazier | 4/22/2019 | Review of public comments to WMPs, daily broker research, docket review | Rate Base | 1.40 | 600 | $840.00 |
| Mazier | 4/22/2019 | Preparation for Napa meeting (portion) w. M. Dundon | Rate Base | 1.20 | 600 | $720.00 |
| Dundon | 4/22/2019 | Preparation for Napa meeting (portion) w/ A. Mazier | Rate Base | 1.20 | 630 | $756.00 |
| Dundon | 4/22/2019 | Correspondence regarding real estate analysis with AlixPartners (E. Anderson) | Real Estate | 0.50 | 630 | $315.00 |
| Pelosi | 4/22/2019 | Prepared Valuation Analysis of PG&E Office Buildings in San Francisco | Real Estate | 6.00 | 630 | $3,780.00 |
| Pelosi | 4/22/2019 | Correspondence regarding real estate analysis with AlixPartners (E. Anderson) | Real Estate | 0.50 | 630 | $315.00 |
| Dundon | 4/22/2019 | Review and revision of proposed final retention package | Retention and Fee Applications | 0.80 | 630 | $504.00 |
| Dundon | 4/22/2019 | Correspondence with L. Pelosi and BakerHostetler regarding Court's view on multiple advisers | Retention and Fee Applications | 0.60 | 630 | $378.00 |
| Pelosi | 4/22/2019 | Correspondence with L. Pelosi and BakerHostetler regarding Court's view on multiple advisers | Retention and Fee Applications | 0.60 | 630 | $378.00 |
| Mazier | 4/23/2019 | Public discussion at CPUC | Rate Base | 4.40 | 600 | $2,640.00 |
| Mazier | 4/23/2019 | Review of cost of capital filing by debtors | Rate Base | 1.50 | 600 | $900.00 |
| Dundon | 4/24/2019 | Review of BakerHostetler "Core Objective" Memorandum | Case Administration | 0.50 | 630 | $315.00 |
| Mazier | 4/24/2019 | Discussion of rumored Berkshire Hathway bid for debtors with M. Dundon | Corporate Governance | 0.30 | 600 | $180.00 |
| Dundon | 4/24/2019 | Discussion of rumored Berkshire Hathway bid for debtors with A. Mazier | Corporate Governance | 0.30 | 630 | $189.00 |
| Dundon | 4/24/2019 | Call with Baker Hostler (C. Dumas) on case status and planning | Meetings and Communications with Committee Professionals | 0.50 | 630 | $315.00 |
| Pelosi | 4/24/2019 | Call with Baker Hostler (C. Dumas) on case status and planning | Meetings and Communications with Committee Professionals | 0.50 | 630 | $315.00 |
| Mazier | 4/24/2019 | Review of Barclay's research on the Strike Team's report | Public Policy | 0.30 | 600 | $180.00 |
| Dundon | 4/24/2019 | Discussion with Lazard (K. Ziman) regarding real estate | Real Estate | 0.40 | 630 | $252.00 |
| Dundon | 4/24/2019 | Revision of Real Estate Valuation materials | Real Estate | 3.20 | 630 | $2,016.00 |
| Dundon | 4/24/2019 | Real estate call with Alix Partners | Real Estate | 0.50 | 630 | $315.00 |
| Pelosi | 4/24/2019 | Real estate call with Alix Partners | Real Estate | 0.50 | 630 | $315.00 |

| Timekeeper | Date | Description | Category | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| Dundon | 4/25/2019 | Call with Baker Hostler (J. Rose) on case status and planning | Meetings and Communications with Committee Professionals | 0.50 | 630 | $315.00 |
| Dundon | 4/25/2019 | Correspondence with BakerHostetler (C. Dumas, J. Rose) re engagement issues | Retention and Fee Applications | 0.40 | 630 | $252.00 |
| Mazier | 4/26/2019 | Public hearing on PG&E safety culture | Future Wildfire Mitigation | 5.30 | 600 | $3,180.00 |
| Dundon | 4/28/2019 | Correspondence with BakerHostetler (C. Dumas, J. Rose) re engagement issues | Retention and Fee Applications | 0.40 | 630 | $252.00 |
| Pelosi | 4/29/2019 | Monitored Commission on Catastrophic Wildfire Cost and Recovery Meeting | Public Policy | 6.00 | 630 | $3,780.00 |
| Pelosi | 5/1/2019 | Review and edit of Pelosi time and expenses | Retention and Fee Applications | 0.50 | 630 | $315.00 |
| Roussey | 5/1/2019 | Review and edit of Roussey time and expenses | Retention and Fee Applications | 0.30 | 550 | $165.00 |
| Mazier | 5/1/2019 | Review and edit of Mazier time and expenses | Retention and Fee Applications | 0.40 | 600 | $240.00 |
| Dundon | 5/3/2019 | Review and edit of Dundon time | Retention and Fee Applications | 1.60 | 630 | $1,008.00 |
| Dundon | 5/10/2019 | Discussion of retention and fee application with Baker Hosteler attorneys | Retention and Fee Applications | 1.00 | 630 | $630.00 |
| Dundon | 5/17/2019 | Discussion of retention and fee application with Baker Hosteler attorneys | Retention and Fee Applications | 0.70 | 630 | $441.00 |
| Dundon | 5/17/2019 | Correspondence with Baker Hostelter regarding engagement terms | Retention and Fee Applications | 0.50 | 630 | $315.00 |
| Dundon | 5/30/2019 | Discussion with Baker Hostetler (J. Rose) regarding engagement terms and status of billing | Retention and Fee Applications | 0.40 | 630 | $252.00 |
| Dundon | 6/10/2019 | Review of all time and expenses and preparation of draft fee and expense detail | Retention and Fee Applications | 2.50 | 630 | $1,575.00 |
| Dundon | 6/15/2019 | Discussion with BakerHostetler regarding format and structure of retention | Retention and Fee Applications | 0.60 | 630 | $378.00 |
| Dundon | 6/21/2019 | Revision of draft fee and expenses to reflect certain Committee considerations | Retention and Fee Applications | 0.50 | 630 | $315.00 |
| Dundon | 7/25/2019 | Review of draft retention application prepared by BakerHostetler | Retention and Fee Applications | 1.00 | 630 | $630.00 |
| Dundon | After 7/25/19 | Retention and fee application matters | Retention and Fee Applications | 0.00* | 630 | $0.00 |

*See notes regarding certain discounts and reductions above.*