# Exhibit E

## DETAILED EXPENSE ENTRIES BY DATE
## FOR THE PERIOD MARCH 1, 2019 THROUGH AUGUST 31, 2019

| Date | Professional | Vendor | Description | Amount |
|---|---|---|---|---|
| **Hearings and Meetings (3/11-3/14)** | | | | |
| 3/5/2019 | Dundon | American Airlines | Hearings & Lincoln meeting (economy, no commissions) | $ 366.60 |
| 3/11/2019 | Dundon | Uber | Office to JFK | $ 53.18 |
| 3/11/2019 | Dundon | Uber | Office to JFK (tip) | $ 3.08 |
| 3/11/2019 | Dundon | Lyft | SFO to Hotel | $ 29.90 |
| 3/12/2019 | Dundon | CHIPOTLE 1566 | Lunch during trip | $ 13.07 |
| 3/12/2019 | Dundon | Starbucks | Coffee | $ 4.25 |
| 3/12/2019 | Dundon / Pelosi | Pabu Ramen | Dinner with Lincoln, M. Dundon & Pelosi (capped at $50/person) | $ 200.00 |
| 3/13/2019 | Dundon | Uber | Car to hearing | $ 13.62 |
| 3/14/2019 | Dundon | Uber | Car from hearing | $ 9.62 |
| 3/15/2019 | Dundon | Lyft | Hotel to SFO | $ 39.09 |
| 3/15/2019 | Dundon | Hilton San Francisco Financial District | Accommodation 3 nights | $ 1,372.89 |
| 3/14/2019 | Dundon | Juno | Airport to NYC | $ 70.69 |
| **Meetings (4/10-4/12)** | | | | |
| 4/6/2019 | Mazier | American Airlines | Airfare (economy, no commissions) | $ 893.82 |
| 4/11/2019 | Mazier | Uber | from hotel to Lincoln International | $ 29.47 |
| 4/11/2019 | Mazier | Uber | Lincoln International to hotel | $ 25.90 |
| 4/11/2019 | Mazier | Cab | from San Fran airport to hotel | $ 20.00 |
| 4/12/2019 | Mazier | Doubletree SFO | Accommodation (2 nights) | $ 674.83 |
| 4/12/2019 | Mazier | Uber | hotel to San Francisco airport | $ 21.59 |
| 4/12/2019 | Mazier | Uber | JFK to Westport CT | $ 154.43 |
| **April Committee Meeting** | | | | |
| 4/6/2019 | Dundon | American Airlines | Napa Meetings (economy, no commissions) | $ 839.60 |
| 4/17/2019 | Dundon | American Airlines | Meeting Napa Change fee | $ 161.00 |
| 4/28/2019 | Dundon | Doubletree Napa | Accommodation (1 night x 2 persons) | $ 240.19 |
| 4/25/2019 | Dundon | Doubletree Napa | Accommodation (1 night x 1 person) | $ 133.42 |