**Entered on Docket**
**November 14, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: November 13, 2019

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:  (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:  (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☑ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**ORDER APPROVING STIPULATION BETWEEN DEBTOR PACIFIC GAS AND ELECTRIC COMPANY AND RUCKMAN AND LEAL MOVANTS FOR LIMITED RELIEF FROM THE AUTOMATIC STAY**<br><br>[Relates to Dkt. Nos. 4491-4496]<br><br>[Resolving Motion Set for Hearing November 19, 2019 at 10:00 am] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

On consideration of the *Stipulation Between Debtor Pacific Gas and Electric Company and Ruckman and Leal Movants for Limited Relief from the Automatic Stay*, filed November 12, 2019 as Docket No. 4683 (the "**Stipulation**"), between Gloria Ruckman, Robert Ruckman, a minor by and through his guardian ad litem Robert Ruckman, Robert Ruckman, Amalia Leal, and Gilardo Leal (the "**Movants**") and Pacific Gas and Electric Company (the "**Utility**" or "**Debtor**"), one of the debtors and debtors in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), entered in settlement of the Movants' *Motion to Abstain and for Relief from the Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion* [Dkt. 4491] (the "**Motion**"); and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, and to consider the Stipulation and its provisions pursuant to that same authority and Federal Rule of Bankruptcy Procedure 4001(d)(4); and consideration of the Motion, the Stipulation and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient under the circumstances, and sufficient to afford reasonable notice of the material provisions of the Stipulation and opportunity for hearing; and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for approval of the Stipulation; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is approved.

2. The hearing on the Motion (the "**Hearing**") shall be continued for approximately three months, and shall be rescheduled for the next omnibus hearing date on or after

February 19, 2020. The Movants shall file a Notice of Continued Hearing to that effect promptly after dates are set for omnibus hearings in February.

3. The automatic stay shall immediately be modified solely as follows:

    a. To permit the Parties to participate in a mediation to attempt to globally resolve the claims against the Utility and its co-defendants alleged in the State Court Action (the "**Mediation**"). The Parties shall use their best efforts to schedule the Mediation as promptly as possible. If fewer than all parties to the State Court Action agree to participate, the Mediation shall nevertheless proceed between Movants, the Utility, and other parties that wish to participate.

    b. To permit counsel for the Movants to obtain and file a stipulation in the State Court Action among all the parties to that action (including the Debtor) confirming the Parties' agreement to the proposed schedule laid out herein.

    c. The automatic stay shall remain in place for all other purposes.

4. The Parties may agree in writing to one or more further continuances of the Hearing, without further order of the Court, by filing a notice of continuance. The limited stay relief provided in paragraph 3 above shall continue in effect pending the continued Hearing on the Motion.

5. If the Mediation does not result in a settlement as between Utility and the Movants, the Hearing will go forward on the continued date, and the Debtors' opposition to the Motion shall be filed and served not later than 4:00 pm Pacific time on the date that is five (5) calendar days before the continued Hearing date.

* * * END OF ORDER * * *

Approved:

Dated: November 12, 2019

LAW OFFICES OF
LEONARD K. WELSH

/s/ *Leonard K. Welsh*
Leonard K. Welsh

*Attorneys for Movants Gloria Ruckman, Robert Ruckman, a minor by and through his guardian ad litem Robert Ruckman, Robert Ruckman, Amalia Leal, and Gilardo Leal*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119