**Exhibit A**
Compensation by Professional
For the Period August 1, 2019 to August 31, 2019

| Professional | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Bradley Sharp | President & CEO | $ 685.00 | 71.00 | $ 47,265.00 |
| R. Brian Calvert | Sr. Managing Director | 640.00 | 141.30 | 87,392.00 |
| Thomas Jeremiassen | Sr. Managing Director | 575.00 | 67.40 | 36,742.50 |
| Nicholas Troszak | Managing Director | 485.00 | 153.10 | 69,039.75 |
| James Armstrong | Director | 375.00 | 90.60 | 33,656.25 |
| Shelly Cuff | Director | 360.00 | 164.40 | 58,068.00 |
| Spencer Ferrero | Director | 350.00 | 95.90 | 33,565.00 |
| Andrew Wagner | Director | 350.00 | 180.70 | 63,245.00 |
| James Romey | Sr. Associate | 360.00 | 3.40 | 1,224.00 |
| Thomas Frey | Sr. Associate | 325.00 | 49.20 | 15,990.00 |
| Jack Donohue | Associate | 250.00 | 50.30 | 12,575.00 |
| Rowen Dizon | Associate | 230.00 | 5.90 | 1,357.00 |
| Mandy Yedidsion | Associate | 145.00 | 28.10 | 4,074.50 |
| | | | 1,101.30 | $ 464,194.00 |