**Exhibit B**
Compensation by Work Task Code
For the Period August 1, 2019 to August 31, 2019

| **Activity/Professional** | **Title** | **Rate** | **Hours** | **Total** |
|---|---|---|---|---|
| **Fee Application/Client Billing** | | | | |
| R. Brian Calvert | Sr. Managing Director | $ 640.00 | 5.90 | $ 3,776.00 |
| Spencer Ferrero | Director | 350.00 | 19.00 | 6,650.00 |
| | Activity Total | | 24.90 | 10,426.00 |
| **Attend Court Hearings/Review Pleadings** | | | | |
| R. Brian Calvert | Sr. Managing Director | $ 640.00 | 6.30 | 4,032.00 |
| | Activity Total | | 6.30 | 4,032.00 |
| **Claims Analysis/Objections** | | | | |
| Bradley Sharp | President & CEO | $ 685.00 | 64.50 | $ 44,182.50 |
| R. Brian Calvert | Sr. Managing Director | 640.00 | 119.60 | 76,544.00 |
| Thomas Jeremiassen | Sr. Managing Director | 575.00 | 60.40 | 34,730.00 |
| Nicholas Troszak | Managing Director | 485.00 | 131.60 | 63,826.00 |
| James Armstrong | Director | 375.00 | 88.90 | 33,337.50 |
| Shelly Cuff | Director | 360.00 | 158.20 | 56,952.00 |
| Spencer Ferrero | Director | 350.00 | 76.90 | 26,915.00 |
| Andrew Wagner | Director | 350.00 | 180.70 | 63,245.00 |
| James Romey | Sr. Associate | 360.00 | 3.40 | 1,224.00 |
| Thomas Frey | Sr. Associate | 325.00 | 49.20 | 15,990.00 |
| Jack Donohue | Associate | 250.00 | 50.30 | 12,575.00 |
| Rowen Dizon | Associate | 230.00 | 5.90 | 1,357.00 |
| Mandy Yedidsion | Associate | 145.00 | 28.10 | 4,074.50 |
| | Activity Total | | 1,017.70 | $ 434,952.50 |
| **Creditors and Creditors Committee Contact** | | | | |
| Bradley Sharp | President & CEO | $ 685.00 | 2.50 | $ 1,712.50 |
| | Activity Total | | 2.50 | 1,712.50 |
| **Travel (at 1/2 Billing Rate)** | | | | |
| Bradley Sharp | President & CEO | $ 342.50 | 4.00 | $ 1,370.00 |
| R. Brian Calvert | Sr. Managing Director | 320.00 | 9.50 | 3,040.00 |
| Thomas Jeremiassen | Sr. Managing Director | 287.50 | 7.00 | 2,012.50 |
| Nicholas Troszak | Managing Director | 242.50 | 21.50 | 5,213.75 |
| James Armstrong | Director | 187.50 | 1.70 | 318.75 |
| Shelly Cuff | Director | 180.00 | 6.20 | 1,116.00 |
| | Activity Total | | 49.90 | $ 13,071.00 |
| | Total | | 1,101.30 | $ 464,194.00 |