**Exhibit C**
Expense Summary
For the Period August 1, 2019 to August 31, 2019

| Reimbursable Expense | Amount |
|---|---:|
| Airfare | $ 5,346.07 |
| Hotel | 1,925.95 |
| Meals | 783.84 |
| Transportation | 1,303.68 |
| Miscellaneous | 438.66 |
| Total Expenses | $ 9,798.20 |