**Exhibit E**
Expense Detail
For the Period August 1, 2019 to August 31, 2019

**Reimbursable Expenses**

### Airfare

| Date | Professional | Description | Amount |
|---|---|---|---:|
| 08/08/19 | James Armstrong | Round trip from Portland, OR to Oakland, CA to attend case meetings. | $ 622.60 |
| 08/09/19 | Nicholas Troszak | Round trip from Burbank, CA to Oakland, CA to attend case meetings. | 561.96 |
| 08/09/19 | Shelly Cuff | Round trip from Burbank, CA to San Francisco, CA (including change fee) to attend case meetings. | 477.60 |
| 08/15/19 | Nicholas Troszak | Round trip from Burbank, CA to Oakland, CA to attend case meetings. | 561.96 |
| 08/28/19 | Brad Sharp | Round trip from Los Angeles, CA to Santa Rosa, CA to attend case meetings. | 474.06 |
| 08/28/19 | Brian Calvert | Round trip from Los Angeles, CA to Santa Rosa, CA to attend case meetings. | 474.06 |
| 08/29/19 | James Armstrong | Round trip from Portland, OR to Santa Rosa, CA (including change fee) to attend case meetings. | 732.61 |
| 08/29/19 | Nicholas Troszak | Round trip from Burbank, CA to Oakland, CA to attend case meetings. | 561.96 |
| 08/29/19 | Thomas Jeremiassen | Round trip from Burbank, CA to Oakland, CA to attend case meetings. | 561.96 |
| 08/30/19 | Shelly Cuff | Trip from Burbank, CA to Santa Rosa, CA returning to Los Angeles, CA to attend case meetings. | 317.30 |
| | | **Total Airfare** | **$ 5,346.07** |

### Hotel

| Date | Professional | Description | Amount |
|---|---|---|---:|
| 08/22/19 | James Armstrong | Hotel stay at Westin Hotel from 8/20/19 to 8/22/19 while meeting regarding presentation preparation. | $ 678.02 |
| 08/29/19 | James Armstrong | Hotel stay at Courtyard Marriott in Santa Rosa, CA from 8/28/19 to 8/29/19 while attending case meetings. | 259.31 |
| 08/29/19 | Brad Sharp | Hotel stay at Flamingo Hotel in Santa Rosa, CA from 8/28/19 to 8/29/19 while attending case meetings. | 257.59 |
| 08/29/19 | Brian Calvert | Hotel stay at Flamingo Hotel in Santa Rosa, CA from 8/28/19 to 8/29/19 while attending case meetings. | 219.43 |
| 08/30/19 | Shelly Cuff | Hotel stay at Courtyard Marriott in Santa Rosa, CA from 8/28/19 to 8/30/19 while attending case meetings. | 511.60 |
| | | **Total Hotel** | **$ 1,925.95** |

### Meals

| Date | Professional | Description | Amount |
|---|---|---|---:|
| 08/01/19 | Brian Calvert | Breakfast at Starbucks while in San Francisco, CA for case meetings. | $ 4.65 |
| 08/09/19 | Nicholas Troszak | Breakfast at Burbank Airport while traveling to San Rafael, CA for case meetings. | 4.30 |
| 08/09/19 | Shelly Cuff | Breakfast at MCS Burbank while traveling to San Francisco, CA for case meetings. | 7.43 |
| 08/21/19 | James Armstrong | Dinner at Lobby Court while in Los Angeles for meetings regarding presentation preparation. | 69.86 |
| 08/23/19 | Roberta Aranda | In-office lunch for Tom Jeremiassen, Nick Troszak, Shelly Cuff and Spencer Ferrero during lunch-hour business meeting. | 94.55 |
| 08/26/19 | Roberta Aranda | In-office lunch for Brian Calvert, Brad Sharp and Shelly Cuff during lunch-hour business meeting. | 64.75 |
| 08/28/19 | Brian Calvert | Dinner for Brian Calvert, Brad Sharp and James Armstrong at Lococos Cucina Rustica while traveling to Santa Rosa, CA for case meetings. | 225.00 |
| 08/28/19 | Shelly Cuff | Dinner at Courtyard Marriott while traveling to Santa Rosa, CA for case meetings. | 9.27 |
| 08/29/19 | Thomas Jeremiassen | Dinner for Tom Jeremiassen and Nick Troszak at Vino Volo while traveling from San Francisco, CA for case meetings. | 136.98 |
| 08/29/19 | Brian Calvert | Dinner for Brian Calvert, Brad Sharp and James Armstrong at Sky Lounge Restaurant while traveling to Santa Rosa, CA for case meetings. | 121.21 |
| 08/29/19 | Shelly Cuff | Dinner at Santa Rosa Seafood Raw Bar & Grill while traveling to Santa Rosa, CA for case meetings. | 31.70 |
| 08/29/19 | Shelly Cuff | Breakfast at Acre Coffee while traveling to Santa Rosa, CA for case meetings. | 14.14 |
| | | **Total Meals** | **$ 783.84** |

Case: 19-30088    Doc# 4729-5    Filed: 11/14/19    Entered: 11/14/19 14:52:57    Page 1 of 2

**Exhibit E**
Expense Detail
For the Period August 1, 2019 to August 31, 2019

**Transportation**

| Date | Person | Description | | Amount |
|---|---|---|---|---|
| 08/08/19 | James Armstrong | Rental car while traveling to Oakland, CA for case meetings. | $ | 113.52 |
| 08/30/19 | Shelly Cuff | Rental car while traveling to Santa Rosa, CA for case meetings. | | 105.50 |
| 08/09/19 | Nicholas Troszak | Round trip Uber from Oakland, CA to San Rafael, CA for case meetings. | | 124.90 |
| 08/09/19 | Nicholas Troszak | Parking at Burbank Airport while traveling to San Rafael, CA for case meetings. | | 24.00 |
| 07/17/19 | Shelly Cuff | Uber from airport to San Francisco, CA for case meetings. | | 32.87 |
| 07/17/19 | Shelly Cuff | Uber from home to airport for travel to case meetings. | | 25.30 |
| 07/17/19 | Shelly Cuff | Uber from meeting location to airport for travel from case meetings. | | 37.17 |
| 07/17/19 | Shelly Cuff | Uber from airport to home for travel from case meetings. | | 28.50 |
| 08/15/19 | Nicholas Troszak | Round trip Uber from Oakland, CA to San Rafael, CA for case meetings. | | 107.16 |
| 08/15/19 | Nicholas Troszak | Parking at Burbank Airport while traveling to San Rafael, CA for case meetings. | | 24.00 |
| 08/28/19 | Brian Calvert | Taxi from Santa Rosa Airport to hotel while traveling for case meetings. | | 42.84 |
| 08/22/19 | James Armstrong | Round trip Lyft from airport to hotel while in Los Angeles, CA for presentation preparation. | | 97.11 |
| 08/29/19 | Nicholas Troszak | Round trip Uber from Oakland, CA to Santa Rosa, CA for case meetings. | | 253.25 |
| 08/29/19 | Nicholas Troszak | Parking at Burbank Airport while traveling to San Rafael, CA for case meetings. | | 24.00 |
| 08/29/19 | Brian Calvert | Round trip mileage from home to airport while traveling to Santa Rosa, CA for case meetings. | | 34.80 |
| 08/29/19 | Brad Sharp | Parking at LAX while traveling to Santa Rosa, CA for case meetings. | | 57.26 |
| 08/29/19 | Thomas Jeremiassen | Parking at Burbank Airport while traveling to Santa Rosa, CA for case meetings. | | 24.00 |
| 08/29/19 | Brian Calvert | Parking at LAX while traveling to Santa Rosa, CA for case meetings. | | 57.37 |
| 08/30/19 | Shelly Cuff | Gas for rental car while traveling to Santa Rosa, CA for case meetings. | | 17.63 |
| 08/28/19 | Shelly Cuff | Uber from home to airport for travel to case meetings. | | 42.68 |
| 09/01/19 | Shelly Cuff | Uber from airport to home for travel from case meetings. | | 29.82 |
| | | Total Transportation | $ | 1,303.68 |

**Miscellaneous Expenses**

| Date | Person | Description | | Amount |
|---|---|---|---|---|
| 08/01/19 | DSI | AT&T Teleconference | $ | 101.36 |
| 08/01/19 | Shelly Cuff | Software related to damages calculations. | | 29.98 |
| 08/01/19 | Shelly Cuff | Software related to damages calculations. | | 37.42 |
| 08/07/19 | Spencer Ferrero | Data related to damages calculations. | | 75.00 |
| 08/09/19 | Shelly Cuff | Fedex photocopy charge (200 color pages @$0.45/page) | | 90.00 |
| 08/31/19 | DSI | Photocopy charges - Los Angeles (910 pages @$0.10/page) | | 91.00 |
| 08/31/19 | DSI | Photocopy charges - Chicago (139 pages @$0.10/page) | | 13.90 |
| | | Total Miscellaneous | $ | 438.66 |
| | | Total Expenses | $ | 9,798.20 |