# EXHIBIT A

# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
### SEPTEMBER 1 THROUGH SEPTEMBER 30, 2019

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from September 1, 2019 through September 30, 2019 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Kevin S. Allred | Partner | 1986 | $950.00 | 33.5 | $31,825.00 | Litigation |
| Brad D. Brian | Partner | 1977 | $1,400.00 | 67.5 | $94,500.00 | Litigation |
| Erin J. Cox | Partner | 2009 | $895.00 | 17.2 | $15,394.00 | Litigation |
| Lisa J. Demsky | Partner | 1996 | $995.00 | 127.2 | $126,564.00 | Litigation |
| Michael R. Doyen | Partner | 1982 | $1,300.00 | 162.3 | $210,990.00 | Litigation |
| David H. Fry | Partner | 1997 | $995.00 | 40.9 | $40,695.50 | Litigation |
| Elaine J. Goldenberg | Partner | 1997 | $995.00 | 33.4 | $33,233.00 | Appellate |
| Seth Goldman | Partner | 2002 | $995.00 | 10.5 | $10,447.50 | Restructuring |
| Miriam Kim | Partner | 2002 | $895.00 | 42.8 | $38,306.00 | Litigation |
| Kelly L.C. Kriebs | Partner | 1999 | $1,100.00 | 9.1 | $10,010.00 | Corporate |
| Luis Li | Partner | 1991 | $1,300.00 | 74.4 | $96,720.00 | Litigation |
| Matthew A. MacDonald | Partner | 2008 | $895.00 | 81.7 | $73,121.50 | Litigation |
| Kathleen M. McDowell | Partner | 1984 | $895.00 | 55.4 | $49,583.00 | Appellate |
| James C. Rutten | Partner | 1997 | $995.00 | 16.8 | $16,716.00 | Litigation |
| Donald B. Verrilli | Partner | 1983 | $1,400.00 | 0.5 | $700.00 | Appellate |
| Henry Weissmann | Partner | 1987 | $1,300.00 | 137.8 | $179,140.00 | Litigation |
| Michael E. Greaney | Of Counsel | 1996 | $890.00 | 0.2 | $178.00 | Corporate / Real Estate |
| Brad R. Schneider | Of Counsel | 2004 | $890.00 | 5.9 | $5,251.00 | Restructuring |
| Grant R. Arnow | Associate | 2017 | $535.00 | 165.1 | $88,328.50 | Litigation |
| Nick Axelrod | Associate | 2013 | $775.00 | 240.6 | $186,465.00 | Litigation |
| Michael C. Baker | Associate | 2016 | $625.00 | 103.0 | $64,375.00 | Litigation |
| Andre W. Brewster | Associate | 2015 | $685.00 | 42.7 | $29,249.50 | Litigation |
| Wesley T.L. Burrell | Associate | 2011 | $810.00 | 31.8 | $25,758.00 | Litigation |
| Matthew K. Donohue | Associate | 2014 | $750.00 | 0.3 | $225.00 | Litigation |
| Brendan Gants | Associate | 2016 | $750.00 | 25.5 | $19,125.00 | Litigation |

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Alexander S. Gorin | Associate | 2017 | $535.00 | 102.3 | $54,730.50 | Litigation |
| Lauren M. Harding | Associate | 2015 | $685.00 | 106.5 | $72,952.50 | Litigation |
| Erinma E. Kalu | Associate | 2019 | $460.00 | 1.0 | $460.00 | Litigation |
| Anthony J. Ramirez | Associate | 2016 | $625.00 | 35.4 | $22,125.00 | Corporate |
| Teresa A. Reed Dippo | Associate | 2015 | $685.00 | 20.7 | $14,179.50 | Litigation |
| Lauren Ross | Associate | 2016 | $625.00 | 0.9 | $562.50 | Litigation |
| Giovanni S. Saarman Gonzalez | Associate | 2016 | $625.00 | 143.9 | $89,937.50 | Litigation |
| Trevor N. Templeton | Associate | 2016 | $685.00 | 98.2 | $67,267.00 | Litigation |
| Mark M. Chowdhury | Staff Counsel | 1991 | $380.00 | 158.4 | $60,192.00 | N/A |
| Michael Y. Doko | Staff Counsel | 1998 | $405.00 | 39.0 | $15,795.00 | N/A |
| Candice Fuller | Staff Counsel | 2014 | $460.00 | 75.8 | $34,868.00 | N/A |
| Michael L. Lerew | Staff Counsel | 1993 | $380.00 | 89.2 | $33,896.00 | N/A |
| Shelley Lipman | Staff Counsel | 1993 | $380.00 | 69.3 | $26,334.00 | N/A |
| Susan Liu | Staff Counsel | 2001 | $460.00 | 33.4 | $15,364.00 | N/A |
| Terence M. McKiernan | Staff Counsel | 1999 | $460.00 | 143.7 | $66,102.00 | N/A |
| Lisa M. McLean | Staff Counsel | 2001 | $380.00 | 61.4 | $23,332.00 | N/A |
| Hadi Motiee | Staff Counsel | 2007 | $460.00 | 24.3 | $11,178.00 | N/A |
| Marcia B. Osborne | Staff Counsel | 1989 | $405.00 | 104.7 | $42,403.50 | N/A |
| Doris R. Perl | Staff Counsel | 1990 | $460.00 | 74.8 | $34,408.00 | N/A |
| Mark M. Perl | Staff Counsel | 1991 | $460.00 | 122.2 | $56,212.00 | N/A |
| Allison Rector | Staff Counsel | 2018 | $405.00 | 27.2 | $11.016.00 | N/A |
| Jarrett D. Reid | Staff Counsel | 2010 | $405.00 | 34.3 | $13,891.50 | N/A |
| Barni Rothman | Staff Counsel | 1985 | $405.00 | 49.1 | $19,885.50 | N/A |
| Arjang Seraji | Staff Counsel | 1997 | $460.00 | 120.4 | $55,384.00 | N/A |
| Steven D. Valentine | Staff Counsel | 1997 | $460.00 | 0.8 | $368.00 | N/A |
| Jennifer Galindo | Paralegal | N/A | $380.00 | 18.1 | $6,878.00 | N/A |
| Bruce M. Gordon | Paralegal | N/A | $270.00 | 14.3 | $3,861.00 | N/A |
| Arn Jacobsen | Paralegal | N/A | $380.00 | 3.5 | $1,330.00 | N/A |
| Michael J. Lamb | Paralegal | N/A | $380.00 | 43.2 | $16,416.00 | N/A |
| Cynthia R. Richardson | Paralegal | N/A | $380.00 | 39.6 | $15,048.00 | N/A |
| Victor H. Gonzales | ALS | N/A | $350.00 | 58.8 | $20,580.00 | N/A |

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Bowe Kurowski | ALS | N/A | $430.00 | 96.9 | $41,667.00 | N/A |
| Phillip E. Nickels, Jr. | ALS | N/A | $430.00 | 0.9 | $387.00 | N/A |
| Jason D. Troff | ALS | N/A | $430.00 | 75.5 | $32,465.00 | N/A |
| Agnes O. Villero | Library | N/A | $245.00 | 9.3 | $2,278.50 | N/A |
| Benjamin J. Shin | Litigation Analyst | N/A | $110.00 | 3.7 | $407.00 | N/A |
| Noemi Contreras | Clerk | N/A | $110.00 | 3.0 | $330.00 | N/A |
| Nelson Marinero | Clerk | N/A | $110.00 | 1.8 | $198.00 | N/A |
| Jennifer C. Mendoza | Clerk | N/A | $110.00 | 2.3 | $253.00 | N/A |
| Frank G. Rivera | Clerk | N/A | $110.00 | 4.0 | $440.00 | N/A |
| **Total Professionals:** | | | | **3637.9** | **$2,432,283.00** | |

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partner | $1,128 | 911.0 | $1,027,945.50 |
| Of Counsel | $890 | 6.1 | $5,429.00 |
| Associate | $658 | 1,117.9 | $735,740.50 |
| Staff Counsel | $424 | 1,228.0 | $520,629.50 |
| **Attorneys Total** | **$702** | **3,263.0** | **$2,289,744.50** |
| Paralegal | $367 | 118.7 | $43,533.00 |
| ALS | $410 | 232.1 | $95,099.00 |
| Library | $245 | 9.3 | $2,278.50 |
| Litigation Analyst | $110 | 3.7 | $407.00 |
| Clerk | $110 | 11.1 | $1,221.00 |
| **Paraprofessionals Total** | **$380** | **374.9** | **$142,538.00** |
| **Grand Total** | **$669** | **3,637.9** | **$2,432,283.00** |