# EXHIBIT B

# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR
## SERVICES RENDERED BY MUNGER, TOLLES & OLSON LLP
## SEPTEMBER 1 THROUGH SEPTEMBER 30, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 020 | Legislative Issues | 17.0 | $11,898.50 |
| 021 | Non-Bankruptcy Litigation / Wildfire (Criminal) | 2624.2 | $1,541,732.50 |
| 022 | Non-Working Travel | 46.1 | $45,825.50 |
| 023 | Purchase Power Agreements (including Adversary Proceedings) | 89.0 | $70,700.50 |
| 025 | Regulatory Issues Including CPUC and FERC | 423.4 | $389,675.00 |
| 026 | Retention / Billing / Fee Applications: MTO | 37.4 | $26,671.50 |
| 033 | TUB - Tubbs Fire state court litigation (Judge Jackson) | 400.8 | $345,779.50 |
| **TOTAL** | | **3637.9** | **$2,432,283.00** |