# EXHIBIT C

# EXHIBIT C

## EXPENSE SUMMARY
## SEPTEMBER 1 THROUGH SEPTEMBER 30, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Meals | $485.62 |
| Travel – Airfare | $10,831.64 |
| Travel – Hotel | $6,747.26 |
| Travel – Ground (Local) | $24.15 |
| Travel – Ground (Out of Town) | $2,358.34 |
| Copying Charges | $4,146.37 |
| Messenger | $502.09 |
| Air Express | $516.74 |
| Other Expense | $105.00 |
| **Total Expenses Requested:** | **$25,717.21** |