**EXHIBIT B**

**DSI** Development Specialists, Inc.
Advisory and Fiduciary Services • Corporate Restructuring and Workouts • Interim Management • Insolvency Services

November 14, 2019

Ms. Karen Lockhart
Chair, Official Committee of Tort Claimants
Pacific Gas and Electric Co. and PG&E Corp
Klockhart1492@gmail.com

RE:   *In re: PG&E Corporation and Pacific Gas and Electric Company – Case No. 19-30088*

Dear Karen:

Enclosed please find our firm's first interim fee application in the above-captioned cases, along with its exhibits and supporting certification. The Bankruptcy Court's *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* provides that a debtor-in-possession, a trustee, or an official committee must exercise reasonable judgment in monitoring the fees and expenses of the estates' professional. I invite you to discuss with me any objections, concerns or questions that you may have with the firm's fee request. The Office of the United States Trustee will also accept your comments. The Court will consider timely-filed objections by any party in interest at the time of the hearing, which will take place at a time to be announced shortly.

Sincerely,

Bradley D. Sharp, President and CEO

LOS ANGELES
333 South Grand Avenue, Suite 4100 • Los Angeles, California 90071-1571 • Telephone: 213.617.2717 • Fax: 213.617.2718 • www.dsi.biz
SAN FRANCISCO • CHICAGO • NEW YORK • MIAMI • LONDON • WILMINGTON • COLUMBUS

Case: 19-30088    Doc# 4731-2    Filed: 11/14/19    Entered: 11/14/19 15:02:36    Page 2 of 2