**EXHIBIT C**

| Name of Professional | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bradley Sharp | President & CEO | $ 685.00 | 314.40 | $ 205,945.25 |
| R. Brian Calvert | Sr. Managing Director | 640.00 | 436.00 | 264,896.00 |
| Thomas Jeremiassen | Sr. Managing Director | 575.00 | 252.80 | 134,435.00 |
| Eric Held | Managing Director | 495.00 | 12.00 | 5,940.00 |
| Nicholas Troszak | Managing Director | 485.00 | 355.50 | 155,418.25 |
| James Armstrong | Director | 375.00 | 94.70 | 35,512.50 |
| Shelly Cuff | Director | 360.00 | 401.40 | 140,076.00 |
| Spencer Ferrero | Director | 350.00 | 249.00 | 83,947.50 |
| Andrew Wagner | Director | 350.00 | 77.80 | 27,230.00 |
| Thomas Frey | Sr. Associate | 325.00 | 24.50 | 7,962.50 |
| Cathy Vance | Associate | 375.00 | 74.20 | 27,825.00 |
| Rowen Dizon | Associate | 230.00 | 5.70 | 1,311.00 |
| | | | 2,298.00 | $ 1,090,499.00 |