**EXHIBIT D**

| Project Category | Category Code | Total Hours Billed | Total Fees |
|---|---|---|---|
| Case Administration | 11 | 2.10 | $ 1,305.00 |
| Fee Application/Client Billing | 12 | 31.30 | 12,727.00 |
| Retention/Engagement Matters | 13 | 69.50 | 32,013.50 |
| Attend Court Hearings/Review Pleadings | 14 | 2.20 | 1,453.00 |
| Claims Analysis/Objection | 31 | 1,945.60 | 968,077.00 |
| Creditors and Creditors Committee Contact | 52 | 24.60 | 15,806.00 |
| Travel (at 1/2 Billing Rate) | 80 | 222.70 | 59,117.50 |
| | | 2,298.00 | $ 1,090,499.00 |