**EXHIBIT F**

| Type | Date | Professional | Description | Amount |
|---|---|---|---|---|
| Airfare | 03/25/19 | Thomas Jeremiassen | Round trip airfare from Burbank to San Francisco to view fire damage areas | $ 533.96 |
| Airfare | 03/31/19 | Thomas Jeremiassen | Flight change fare refund. | (16.00) |
| Airfare | 03/31/19 | Bradley Sharp | Round trip airfare from Burbank to San Francisco to view fire damage areas. | 517.96 |
| Airfare | 04/23/19 | Bradley Sharp | Round trip airfare from Burbank to San Francisco to attend case meetings. | 345.96 |
| Airfare | 04/23/19 | Brian Calvert | Round trip airfare from Burbank to San Francisco to attend case meetings. | 345.96 |
| Airfare | 04/24/19 | Bradley Sharp | Flight from Burbank to San Francisco and return flight from Oakland to Burbank to attend case meetings. | 465.97 |
| Airfare | 04/24/19 | Brian Calvert | Flight from Burbank to San Francisco and return flight from Oakland to Burbank to attend case meetings. | 465.97 |
| Airfare | 04/25/19 | Thomas Jeremiassen | Round trip airfare from Burbank to Oakland to attend case meetings. | 551.96 |
| Airfare | 04/26/19 | Nicholas Troszak | Round trip airfare from Los Angeles to San Francisco to attend case meetings. | 411.60 |
| Airfare | 04/29/19 | Bradley Sharp | Flight change fare refund | (197.99) |
| Airfare | 04/29/19 | Shelly Cuff | Round trip airfare from Los Angeles to San Francisco to attend case meetings. | 357.60 |
| Airfare | 05/09/19 | Bradley Sharp | Round trip airfare from Los Angeles to San Francisco to attend case meetings. | 515.96 |
| Airfare | 05/10/19 | Nicholas Troszak | Round trip airfare from Burbank to San Francisco to attend case meetings. | 464.60 |
| Airfare | 05/10/19 | Bradley Sharp | One way airfare from San Francisco to Los Angeles to attend case meetings. | 257.98 |
| Airfare | 05/10/19 | Bradley Sharp | One way airfare from Burbank to San Francisco to attend case meetings. | 260.98 |
| Airfare | 05/10/19 | Thomas Jeremiassen | Round trip airfare from Burbank to San Francisco to attend case meetings. | 503.60 |
| Airfare | 05/10/19 | Spencer Ferrero | Round trip airfare from Los Angeles to San Francisco to attend case meetings. | 306.60 |
| Airfare | 05/14/19 | Spencer Ferrero | Flight change fee from traveling to San Francisco to attend case meetings. | 25.00 |
| Airfare | 05/14/19 | Shelly Cuff | Round trip airfare from Burbank to San Francisco to attend case meetings (including flight change fee). | 459.60 |
| Airfare | 05/24/19 | Thomas Jeremiassen | Round trip airfare from Burbank to San Francisco to attend case meetings. | 561.96 |
| Airfare | 05/24/19 | Nicholas Troszak | Round trip airfare from Burbank to San Francisco to attend case meetings. | 561.96 |
| Airfare | 05/24/19 | Spencer Ferrero | Round trip airfare from Los Angeles to San Francisco to attend case meetings (including flight change fee). | 461.60 |
| Airfare | 05/24/19 | Shelly Cuff | Round trip airfare from Burbank to San Francisco to attend case meetings (including flight change fee). | 402.60 |
| Airfare | 05/31/19 | Bradley Sharp | Round trip airfare from Burbank to Oakland to attend case meetings. | 561.96 |
| Airfare | 05/31/19 | Thomas Jeremiassen | Round trip airfare from Burbank to Oakland to attend case meetings. | 561.96 |
| Airfare | 05/31/19 | Nicholas Troszak | Round trip airfare from Burbank to Oakland to attend case meetings. | 561.96 |
| Airfare | 05/31/19 | Shelly Cuff | Round trip airfare from Burbank to Oakland to attend case meetings. | 363.60 |
| Airfare | 06/12/19 | Bradley Sharp | Round trip airfare from Burbank to Oakland to attend case meetings. | 280.98 |
| Airfare | 06/13/19 | Brian Calvert | One way airfare from Burbank to Oakland to attend case meetings. | 305.98 |
| Airfare | 06/13/19 | Brian Calvert | Round trip airfare from Burbank to Oakland to attend case meetings. | 305.98 |
| Airfare | 06/14/19 | Bradley Sharp | One way airfare from Oakland to Burbank to attend case meetings. | 280.98 |
| Airfare | 06/14/19 | Shelly Cuff | Round trip airfare from Los Angeles to San Francisco (including change fees) to attend case meetings. | 664.28 |
| Airfare | 06/24/19 | Nicholas Troszak | Round trip airfare from Burbank to Oakland to attend case meetings. | 561.96 |
| Airfare | 06/25/19 | Bradley Sharp | Round trip airfare from Burbank to San Francisco to attend case meetings. | 521.96 |
| Airfare | 06/25/19 | Brian Calvert | Round trip airfare from Burbank to San Francisco to attend case meetings. | 571.96 |
| Airfare | 06/27/19 | Nick Troszak | Round trip airfare from Los Angeles to Sacramento (including change fee) to attend case meetings. | 416.60 |
| Airfare | 07/03/19 | Brian Calvert | Round trip airfare from Burbank to Sacramento to attend case meetings. | 593.96 |
| Airfare | 07/07/19 | Nick Troszak | Round trip airfare from Burbank to Sacramento to attend case meetings. | 543.96 |
| Airfare | 07/16/19 | Brad Sharp | Round trip airfare from Burbank to Oakland to attend case meetings. | 561.96 |
| Airfare | 07/17/19 | Brian Calvert | Round trip airfare from Burbank to Oakland to attend case meetings. | 611.96 |
| Airfare | 07/17/19 | Nick Troszak | Round trip airfare from Burbank to Oakland to attend case meetings. | 561.96 |
| Airfare | 07/17/19 | Thomas Jeremiassen | Round trip airfare from Burbank to Oakland to attend case meetings. | 561.96 |
| Airfare | 07/23/19 | Nick Troszak | Round trip airfare from Burbank to Oakland to attend case meetings. | 561.96 |
| Airfare | 07/26/19 | Brian Calvert | Round trip airfare from Burbank to San Francisco to attend case meetings. | 571.96 |
| Airfare | 07/26/19 | Thomas Jeremiassen | One way airfare from Burbank to San Francisco to attend case meetings. | 260.98 |
| Airfare | 07/29/19 | Thomas Jeremiassen | One way airfare from Oakland to Reno after attending case meetings. | 186.98 |
| Hotel | 03/31/19 | Bradley Sharp | Hotel stay at Chico Courtyard Marriott from 3/29/19 to 3/31/19 while viewing fire damage area. | 390.44 |
| Hotel | 04/23/19 | Bradley Sharp | Hotel stay at San Francisco Marriott Marquis from 4/23/19 to 4/24/19 for meetings. | 522.69 |
| Hotel | 04/23/19 | Brian Calvert | Hotel stay at San Francisco Marriott Marquis from 4/23/19 to 4/24/19 for meetings. | 522.69 |
| Hotel | 06/14/19 | Bradley Sharp | Hotel stay at Le Meridian while traveling to San Francisco to attend case meetings. | 441.50 |
| Hotel | 06/14/19 | Brian Calvert | Hotel stay at Le Meridian while traveling to San Francisco to attend case meetings. | 441.50 |
| Hotel | 06/14/19 | Shelly Cuff | Hotel stay at Le Meridian while traveling to San Francisco to attend case meetings. | 397.23 |
| Hotel | 07/31/19 | Brian Calvert | Hotel stay at Marriott Waterfront while traveling to San Francisco to attend case meetings. | 340.86 |
| Meals | 03/29/19 | Thomas Jeremiassen | Breakfast at Chico Courtyard Marriott while traveling to view fire damage areas | 2.68 |
| Meals | 03/29/19 | Thomas Jeremiassen | Dinner for Tom Jeremiassen and Bradley Sharp at Chico Courtyard Marriott while traveling to view fire damage areas. | 80.00 |
| Meals | 03/30/19 | Bradley Sharp | Dinner at Chico Courtyard Marriott while traveling to view fire damage areas. | 14.93 |
| Meals | 03/30/19 | Thomas Jeremiassen | Dinner at Chico Courtyard Marriott while traveling to view fire damage areas. | 13.79 |
| Meals | 03/31/19 | Bradley Sharp | Dinner at Chico Courtyard Marriott while traveling to view fire damage areas. | 18.05 |
| Meals | 03/31/19 | Thomas Jeremiassen | Dinner at Chico Courtyard Marriott while traveling to view fire damage areas. | 20.43 |
| Meals | 04/23/19 | Bradley Sharp | Dinner at Pabu for Brad Sharp, Brian Calvert, Bob Julian, Cecily Dumas and Kim Morris while in San Francisco for meetings. | 200.00 |
| Meals | 04/23/19 | Brian Calvert | Lunch at Bin 55 while traveling to San Francisco for meetings. | 31.96 |
| Meals | 04/23/19 | Brian Calvert | Dinner at Bin 55 for Brian Calvert and Bradley Sharp while traveling to San Francisco for meetings. | 80.00 |
| Meals | 04/23/19 | Brian Calvert | Hotel stay at San Francisco Marriott Marquis from 4/23/19 to 4/24/19 | 75.36 |
| Meals | 04/24/19 | Bradley Sharp | Breakfast at Go Bistro for Brad Sharp and Brian Calvert while traveling to San Francisco for meetings. | 43.56 |
| Meals | 04/29/19 | Brian Calvert | Breakfast at San Francisco Marriott Marquis while traveling to San Francisco for meetings | 5.15 |
| Meals | 04/29/19 | Shelly Cuff | Dinner at Arenas USA for while traveling to San Francisco for meetings. | 12.13 |
| Meals | 05/09/19 | Bradley Sharp | Lunch at Max's Eatz while traveling to San Francisco for meetings. | 22.87 |
| Meals | 05/14/19 | Nicholas Troszak | Lunch at Extra Virgin Olive Oil Café while traveling to San Francisco for meetings. | 30.85 |
| Meals | 05/14/19 | Spencer Ferrero | Lunch at Burger Joint while traveling to San Francisco for meetings. | 21.58 |
| Meals | 05/14/19 | Shelly Cuff | Breakfast at MCS Burbank while traveling to San Francisco for meetings. | 3.80 |
| Meals | 05/14/19 | Shelly Cuff | Lunch at Extra Virgin Olive Oil Café while traveling to San Francisco for meetings. | 14.44 |
| Meals | 05/29/19 | Nicholas Troszak | Breakfast at Burbank Airport Food while traveling to San Francisco for meetings. | 3.42 |
| Meals | 05/29/19 | Spencer Ferrero | Dinner at Carl's Jr while traveling to San Francisco for meetings. | 9.83 |
| Meals | 05/29/19 | Shelly Cuff | Breakfast at MCS Burbank while traveling to San Francisco for meetings. | 6.83 |
| Meals | 05/29/19 | Shelly Cuff | Lunch at Dogpatch while traveling to San Francisco for meetings. | 16.53 |
| Meals | 06/03/19 | Nicholas Troszak | Breakfast for Nick Troszak at Blue Bottle Coffee while traveling to San Francisco to attend case meetings. | 5.16 |
| Meals | 06/03/19 | Shelly Cuff | Breakfast for Shelly Cuff at MCS Burbank while traveling to San Francisco to attend case meetings. | 7.43 |
| Meals | 06/13/19 | Bradley Sharp | Dinner at Ozumo for Brian Calvert, Brad Sharp and Shelly Cuff while traveilng to San Francisco to attend case meetings. | 120.00 |

| Type | Date | Professional | Description | Amount |
|---|---|---|---|---|
| Meals | 06/13/19 | Bradley Sharp | Lunch at Bar 333 for Brian Calvert, Brad Sharp and Shelly Cuff while traveilng to San Francisco to attend case meetings. | 107.64 |
| Meals | 06/13/19 | Shelly Cuff | Breakfast for Shelly Cuff at MCS Burbank while traveling to San Francisco to attend case meetings. | 10.46 |
| Meals | 06/14/19 | Bradley Sharp | Breakfast at Park Grill for Brian Calvert, Brad Sharp, Bob Julian and Shelly Cuff while traveilng to San Francisco to attend case meetings. | 105.30 |
| Meals | 06/26/19 | Bradley Sharp | Dinner for Brad Sharp at HMS while traveling to San Francisco to attend case meetings. | 22.87 |
| Meals | 06/26/19 | Brian Calvert | Dinner for Brian Calvert at HMS while traveling to San Francisco to attend case meetings. | 22.87 |
| Meals | 06/26/19 | Joe Zagajeski | Lunch for Brad Sharp, Nick Troszak, Tom Jeremiassen, Brian Calvert and Shelly Cuff from Specialty's while traveling to San Francisco to attend case meetings. | 66.18 |
| Meals | 06/26/19 | Nicholas Troszak | Breakfast for Nick Troszak at MCS while traveling to northern California to attend case meetings. | 4.69 |
| Meals | 06/26/19 | Nicholas Troszak | Lunch for Nick Troszak at Starbucks while traveling to northern California to attend case meetings. | 15.88 |
| Meals | 06/26/19 | Nicholas Troszak | Dinner for Nick Troszak at Iron Horse Tavern while traveling to northern California to attend case meetings. | 30.06 |
| Meals | 06/27/19 | Nicholas Troszak | Breakfast for Nick Troszak at Bar 510 while traveling to northern California to attend case meetings. | 4.82 |
| Meals | 07/01/19 | DSI | Lunch-hour business meeting meal for Brad Sharp, Brian Calvert, Tom Jeremiassen, Nick Troszak, Shelly Cuff and Mandy Yedidsion. | 120.00 |
| Meals | 07/08/19 | DSI | Lunch-hour business meeting meal for Brad Sharp, Brian Calvert, Tom Jeremiassen, Nick Troszak, Shelly Cuff, Spencer Ferrero, Matthew Sorenson and Andrew Wagner. | 160.00 |
| Meals | 07/12/19 | DSI | Lunch-hour business meeting meal for Brad Sharp, Brian Calvert, Tom Jeremiassen, Nick Troszak, Shelly Cuff and Spencer Ferrero | 116.61 |
| Meals | 07/13/19 | Nick Troszak | Breakfast at Starbucks while traveling to northern California to attend case meetings. | 7.40 |
| Meals | 07/16/19 | DSI | Lunch-hour business meeting meal for Brad Sharp, Brian Calvert, Tom Jeremiassen, Nick Troszak, Shelly Cuff and Spencer Ferrero | 120.00 |
| Meals | 07/17/19 | Nick Troszak | Breakfast at Oak Pete's Coffee while traveling to northern California to attend case meetings. | 7.88 |
| Meals | 07/25/19 | Nick Troszak | Breakfast at Burbank Airport Food while traveling to northern California to attend case meetings. | 4.30 |
| Meals | 07/25/19 | Nick Troszak | Lunch at Oak Pizza while traveling to northern California to attend case meetings. | 24.29 |
| Meals | 07/31/19 | Brian Calvert | Dinner at Marriott Waterfront while traveling to northern California to attend case meetings. | 40.00 |
| Meals | 07/31/19 | Brian Calvert | Lunch at MCS Burbank while traveling to San Francisco to attend case meetings. | 19.25 |
| Meals | 07/31/19 | Tom Jeremiassen | Lunch at MCS Burbank while traveling to San Francisco to attend case meetings. | 26.76 |
| Miscellaneous | 04/01/19 | DSI | AT&T Teleconference | 5.28 |
| Miscellaneous | 04/30/19 | DSI | Photocopy charges - Los Angeles (490 pages @$0.10/page) | 49.00 |
| Miscellaneous | 04/30/19 | DSI | Photocopy charges - Chicago (10 pages @$0.10/page) | 1.00 |
| Miscellaneous | 05/22/19 | Spencer Ferrero | Data Set Fee | 25.00 |
| Miscellaneous | 05/23/19 | DSI | AT&T Teleconference | 21.15 |
| Miscellaneous | 05/29/19 | Shelly Cuff | Wi-Fi while flying from Burbank to San Francisco | 5.99 |
| Miscellaneous | 05/31/19 | DSI | Photocopy charges - Los Angeles (168 pages @$0.10/page) | 16.80 |
| Miscellaneous | 05/31/19 | DSI | Photocopy charges - Chicago (19 pages @$0.10/page) | 1.90 |
| Miscellaneous | 05/31/19 | Shelly Cuff | Data Set Subscription | 14.99 |
| Miscellaneous | 06/03/19 | Nicholas Troszak | Wi-fi while flying round trip from Burbank to Oakland | 39.95 |
| Miscellaneous | 06/07/19 | Shelly Cuff | Wi-Fi while flying from Burbank to San Francisco | 5.99 |
| Miscellaneous | 06/18/19 | Nicholas Troszak | Data Set Fee | 4,702.50 |
| Miscellaneous | 06/20/19 | DSI | AT&T Teleconference | 58.73 |
| Miscellaneous | 06/30/19 | DSI | Photocopy charges - Los Angeles (877 pages @$0.10/page) | 87.70 |
| Miscellaneous | 06/30/19 | DSI | Photocopy charges - Chicago (85 pages @$0.10/page) | 8.50 |
| Miscellaneous | 07/01/19 | DSI | AT&T Teleconference | 68.07 |
| Miscellaneous | 07/08/19 | DSI | PACER charges | 57.20 |
| Miscellaneous | 07/24/19 | Shelly Cuff | Wi-Fi while flying from Los Angeles to Chicago | 17.99 |
| Miscellaneous | 07/31/19 | Nicholas Troszak | Wi-Fi while flying from Burbank to Sacramento | 8.00 |
| Miscellaneous | 07/31/19 | DSI | Photocopy charges - Los Angeles (943 pages @$0.10/page) | 94.30 |
| Miscellaneous | 07/31/19 | DSI | Photocopy charges - Chicago (242 pages @$0.10/page) | 24.20 |
| Transportation | 03/31/19 | Bradley Sharp | Rental car from Avis while traveling to Chico to tour fire damage areas. | 67.59 |
| Transportation | 03/31/19 | Bradley Sharp | Fuel for rental car while traveling to Chico to tour fire damage areas. | 29.28 |
| Transportation | 03/31/19 | Thomas Jeremiassen | Parking at Burbank Airport while traveling to view fire damage areas. | 98.00 |
| Transportation | 03/31/19 | Bradley Sharp | Parking at Burbank Airport while traveling to view fire damage areas. | 72.00 |
| Transportation | 04/15/19 | Bradley Sharp | Taxi from home to Burbank Airport while traveling to San Francisco for meetings. | 60.60 |
| Transportation | 04/23/19 | Bradley Sharp | Taxi from airport to hotel while traveling to San Francisco for meetings. | 58.50 |
| Transportation | 04/24/19 | Bradley Sharp | Parking at Burbank Airport while traveling to San Francisco for meetings. | 48.00 |
| Transportation | 04/24/19 | Bradley Sharp | Taxi from home to Burbank Airport while traveling to San Francisco for meetings. | 128.82 |
| Transportation | 04/24/19 | Brian Calvert | Parking at Burbank Airport while traveling to San Francisco for meetings. | 48.00 |
| Transportation | 04/29/19 | Nicholas Troszak | Parking at LAX while traveling to San Francisco for meetings. | 29.05 |
| Transportation | 04/29/19 | Nicholas Troszak | Uber from counsel offices to airport in San Francisco for meetings. | 33.39 |
| Transportation | 04/29/19 | Thomas Jeremiassen | Parking at Burbank Airport while traveling to San Francisco for meetings. | 24.00 |
| Transportation | 04/29/19 | Thomas Jeremiassen | Public transportation for self and Nick Troszak to counsel offices in San Francisco for meetings. | 22.00 |
| Transportation | 04/29/19 | Brian Calvert | Uber from counsel offices to airport in Oakland for meetings. | 83.88 |
| Transportation | 04/29/19 | Brian Calvert | Uber from airport to counsel offices in San Francisco for meetings. | 64.96 |
| Transportation | 04/29/19 | Brian Calvert | Parking at Burbank Airport while traveling to San Francisco for meetings. | 24.00 |
| Transportation | 04/29/19 | Shelly Cuff | Uber from home to LAX while traveling to San Francisco for meetings. | 37.66 |
| Transportation | 04/29/19 | Shelly Cuff | Taxi from airport to counsel offices in San Francisco for meetings. | 63.10 |
| Transportation | 04/29/19 | Shelly Cuff | Taxi from airport to home while traveling to San Francisco for meetings. | 58.86 |
| Transportation | 05/09/19 | Bradley Sharp | Uber from home to Burbank Airport while traveling to San Francisco for meetings. | 31.34 |
| Transportation | 05/09/19 | Bradley Sharp | Public transportation to counsel offices in San Francisco for meetings. | 23.00 |
| Transportation | 05/09/19 | Bradley Sharp | Taxi from airport to home while traveling to San Francisco for meetings. | 71.22 |
| Transportation | 05/14/19 | Bradley Sharp | Uber from Burbank Airport to home while traveling to San Francisco for meetings. | 18.65 |
| Transportation | 05/14/19 | Bradley Sharp | Uber from home to Burbank Airport while traveling to San Francisco for meetings. | 30.14 |
| Transportation | 05/14/19 | Bradley Sharp | Taxi from airport to counsel offices in San Francisco for meetings. | 60.60 |
| Transportation | 05/14/19 | Thomas Jeremiassen | Parking at Burbank Airport while traveling to San Francisco for meetings. | 24.00 |
| Transportation | 05/14/19 | Nicholas Troszak | Uber from counsel offices to airport in San Francisco for meetings. | 50.04 |
| Transportation | 05/14/19 | Nicholas Troszak | Taxi from airport to counsel offices in San Francisco for meetings. | 20.30 |
| Transportation | 05/14/19 | Nicholas Troszak | Parking at Burbank Airport while traveling to San Francisco for meetings. | 24.00 |
| Transportation | 05/14/19 | Spencer Ferrero | Parking at LAX while traveling to San Francisco for meetings. | 40.00 |
| Transportation | 05/14/19 | Shelly Cuff | Uber from counsel offices to airport while traveling to San Francisco for meetings. | 14.12 |

| Type | Date | Professional | Description | Amount |
|---|---|---|---|---|
| Transportation | 05/14/19 | Shelly Cuff | Uber from airport to home while traveling to San Francisco for meetings. | 33.48 |
| Transportation | 05/14/19 | Shelly Cuff | Uber from home to airport while traveling to San Francisco for meetings. | 25.57 |
| Transportation | 05/29/19 | Thomas Jeremiassen | Parking at Burbank Airport while traveling to San Francisco for meetings. | 24.00 |
| Transportation | 05/29/19 | Thomas Jeremiassen | Public transportation to counsel offices in San Francisco for meetings. | 22.00 |
| Transportation | 05/29/19 | Nicholas Troszak | Public transportation to counsel offices in San Francisco for meetings. | 22.00 |
| Transportation | 05/29/19 | Spencer Ferrero | Taxi from airport to counsel offices in San Francisco for meetings. | 63.75 |
| Transportation | 05/29/19 | Spencer Ferrero | Parking at LAX while traveling to San Francisco for meetings. | 31.52 |
| Transportation | 05/29/19 | Shelly Cuff | Uber from home to airport while traveling to San Francisco for meetings. | 25.87 |
| Transportation | 05/29/19 | Shelly Cuff | Uber from counsel offices to airport while traveling to San Francisco for meetings. | 34.92 |
| Transportation | 05/29/19 | Shelly Cuff | Uber from airport to home while traveling to San Francisco for meetings. | 49.97 |
| Transportation | 05/29/19 | Nicholas Troszak | Public transportation from Oakland airport to attorney offices while traveling to San Francisco for case meetings. | 22.00 |
| Transportation | 05/29/19 | Nicholas Troszak | Public transportation from attorney offices to Oakland airport while traveling to San Francisco for case meetings. | 22.00 |
| Transportation | 06/03/19 | Bradley Sharp | Uber from home to Burbank airport while traveling to San Francisco for case meetings. | 29.74 |
| Transportation | 06/03/19 | Bradley Sharp | Public transportation from Oakland airport to attorney offices while traveling to San Francisco for case meetings. | 20.00 |
| Transportation | 06/03/19 | Bradley Sharp | Public transportation from attorney offices to Oakland airport while traveling to San Francisco for case meetings. | 20.00 |
| Transportation | 06/03/19 | Thomas Jeremiassen | Parking at Burbank airport while traveling to San Francisco for case meetings. | 24.00 |
| Transportation | 06/03/19 | Thomas Jeremiassen | Public transportation from Oakland airport to attorney offices while traveling to San Francisco for case meetings. | 6.00 |
| Transportation | 06/03/19 | Thomas Jeremiassen | Public transportation from attorney offices to Oakland airport while traveling to San Francisco for case meetings. | 22.00 |
| Transportation | 06/03/19 | Nicholas Troszak | Parking at Burbank airport while traveling to San Francisco for case meetings. | 24.00 |
| Transportation | 06/03/19 | Shelly Cuff | Uber from home to Burbank airport while traveling to San Francisco for case meetings. | 25.34 |
| Transportation | 06/03/19 | Shelly Cuff | Uber from Burbank airport to home while traveling to San Francisco for case meetings. | 61.46 |
| Transportation | 06/03/19 | Shelly Cuff | Public transportation from attorney offices to Oakland airport while traveling to San Francisco for case meetings. | 10.00 |
| Transportation | 06/04/19 | Bradley Sharp | Taxi from Burbank airport to home while traveling to San Francisco for case meetings. | 61.00 |
| Transportation | 06/13/19 | Bradley Sharp | Uber from home to Burbank airport while traveling to San Francisco for case meetings. | 29.65 |
| Transportation | 06/13/19 | Bradley Sharp | Public transportation from Oakland airport to attorney offices while traveling to San Francisco for case meetings. | 28.00 |
| Transportation | 06/13/19 | Bradley Sharp | Public transportation from attorney offices to Oakland airport while traveling to San Francisco for case meetings. | 20.00 |
| Transportation | 06/14/19 | Bradley Sharp | Taxi from Burbank airport to home while traveling to San Francisco for case meetings. | 63.00 |
| Transportation | 06/14/19 | Shelly Cuff | Public transportation from Oakland airport to attorney offices while traveling to San Francisco for case meetings. | 11.00 |
| Transportation | 06/14/19 | Shelly Cuff | Uber from LAX to home while traveling to San Francisco for case meetings. | 31.82 |
| Transportation | 06/14/19 | Shelly Cuff | Uber from attorney's office to SFO while traveling to San Francisco for case meetings. | 54.72 |
| Transportation | 06/14/19 | Shelly Cuff | Uber from home to Burbank airport while traveling to San Francisco for case meetings. | 25.48 |
| Transportation | 06/26/19 | Bradley Sharp | Uber from home to Burbank airport while traveling to San Francisco for case meetings. | 36.04 |
| Transportation | 06/26/19 | Bradley Sharp | Taxi from Burbank airport to home while traveling to San Francisco for case meetings. | 60.15 |
| Transportation | 06/26/19 | Bradley Sharp | Public transportation from Oakland airport to attorney offices while traveling to San Francisco for case meetings. | 20.00 |
| Transportation | 06/26/19 | Brian Calvert | Public transportation from attorney offices to Oakland airport while traveling to San Francisco for case meetings. | 20.00 |
| Transportation | 06/29/19 | Nicholas Troszak | Rental car for Nick Troszak while traveling to northern California to attend case meetings. | 72.61 |
| Transportation | 06/29/19 | Nicholas Troszak | Gas for rental car while traveling to northern California to attend case meetings. | 39.44 |
| Transportation | 06/29/19 | Nicholas Troszak | Public transportation while traveling to northern California to attend case meetings. | 22.00 |
| Transportation | 06/29/19 | Nicholas Troszak | Parking at Burbank airport while traveling to northern California to attend case meetings. | 24.00 |
| Transportation | 07/11/19 | Nick Troszak | Parking at Burbank airport while traveling to Sacramento for case meetings. | 24.00 |
| Transportation | 07/11/19 | Brian Calvert | Parking at Burbank airport while traveling to Sacramento for case meetings. | 24.00 |
| Transportation | 07/13/19 | Nicholas Troszak | Rental car for Nick Troszak while traveling to northern California to attend case meetings. | 247.74 |
| Transportation | 07/17/19 | Brad Sharp | Uber from home to Burbank airport while traveling to San Francisco for case meetings. | 31.09 |
| Transportation | 07/17/19 | Brad Sharp | Public transportation from Oakland airport to attorney offices while traveling to San Francisco for case meetings. | 20.00 |
| Transportation | 07/17/19 | Brian Calvert | Public transportation from Oakland airport to attorney offices while traveling to San Francisco for case meetings. | 20.00 |
| Transportation | 07/17/19 | Tom Jeremiassen | Parking at Burbank airport while traveling to San Francisco for case meetings. | 24.00 |
| Transportation | 07/17/19 | Brian Calvert | Parking at Burbank airport while traveling to San Francisco for case meetings. | 24.00 |
| Transportation | 07/17/19 | Tom Jeremiassen | Public transportation from Oakland airport to attorney offices while traveling to San Francisco for case meetings. | 22.00 |
| Transportation | 07/17/19 | Brad Sharp | Taxi from Burbank airport to home while traveling to San Francisco for case meetings. | 40.45 |
| Transportation | 07/19/19 | Nick Troszak | Parking at Burbank airport while traveling to San Francisco for case meetings. | 24.00 |
| Transportation | 07/19/19 | Nick Troszak | Public transportation from Oakland airport to attorney offices while traveling to San Francisco for case meetings. | 22.00 |
| Transportation | 07/22/19 | Brian Calvert | Mileage to/from attorney's office in LA for case meetings. | 20.56 |
| Transportation | 07/22/19 | Shelly Cuff | Uber from home to attorney's office in LA for case meetings | 25.95 |
| Transportation | 07/22/19 | Shelly Cuff | Uber from attorney's office in LA to home for case meetings. | 27.98 |
| Transportation | 07/23/19 | Brian Calvert | Uber from home to Burbank airport while traveling to San Francisco for case meetings. | 31.03 |
| Transportation | 07/23/19 | Brian Calvert | Mileage to/from attorney's office in LA for case meetings. | 20.56 |
| Transportation | 07/23/19 | Shelly Cuff | Uber from home to attorney's office in LA for case meetings | 25.99 |
| Transportation | 07/23/19 | Shelly Cuff | Uber from attorney's office in LA to home for case meetings. | 22.51 |
| Transportation | 07/26/19 | Nick Troszak | Uber from Oakland airport to meeting location for case meetings. | 63.15 |
| Transportation | 07/26/19 | Nick Troszak | Uber from meeting location to Oakland airport for case meetings. | 64.87 |
| Transportation | 07/26/19 | Nick Troszak | Parking at Burbank airport while traveling to San Francisco for case meetings. | 24.00 |
| Transportation | 07/31/19 | Brian Calvert | Parking at Burbank airport while traveling to San Francisco for case meetings. | 48.00 |