# EXHIBIT A

# CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(*See* Guidelines ¶ C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
| --- | --- | --- |
| | BILLED OR COLLECTED* Firm or offices for preceding year, excluding bankruptcy | BILLED In this fee application |
| Partner | $684.92 | $904.70 |
| Of Counsel | $703.73 | $1,133.75 |
| Counsel | $558.07 | $569.42 |
| Associate | $428.72 | $508.49 |
| Law Clerk | $309.72 | $264.52 |
| Senior Advisor | $546.70 | $441.52 |
| Paralegal | $288.89 | $258.24 |
| Litigation Services Director | N/A | $495.00 |
| Litigation Support Manager | N/A | $395.00 |
| Litigation Support Coordinator | N/A | $344.62 |
| Legal Analyst | $309.47 | $325.00 |
| Legal Researcher | N/A | $200.00 |
| All timekeepers aggregated blended rate | $554.66 | $650.56 |

\* The hourly rates contained in this column are the current average Standard Billing Arrangement hourly rates for all non-bankruptcy professionals (organized by category of timekeeper) for Baker & Hostetler LLP's, Cleveland, Los Angeles, New York and Washington offices. Each of those four offices billed more than 10% of the hours during the application period. *See Section (C)(3)(a)(i)(b) of Appendix B- Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases.*

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: November 14, 2019
Interim or Final: Interim

4841-5516-1001.1