# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Bartram, Darin R. | Partner | Litigation | 1993 | $64,214.00 | 66.20 | $970.00 | | |
| Benson, Glenn S. | Partner | Environmental | 1993 | $182,912.00 | 285.80 | $640.00 | $640.00 | 0 |
| Brennan, Terry M. | Partner | Litigation | 1995 | $123,060.00 | 205.10 | $600.00 | $600.00 | 0 |
| Casey, Lee A. | Partner | Litigation | 1982 | $289,152.00 | 230.40 | $1,255.00 | $1,255.00 | 0 |
| Chairez, Joseph L. | Partner | Litigation | 1981 | $189,440.00 | 236.80 | $800.00 | | |
| Commins, Gregory J. | Partner | Litigation | 1990 | $342,116.00 | 384.40 | $890.00 | | |
| Curtis, Cory M. | Partner | Litigation | 2003 | $1,750.00 | 2.80 | $625.00 | | |
| DeLaquil, Mark W. | Partner | Litigation | 2004 | $21,859.50 | 24.70 | $885.00 | $885.00 | 0 |
| Dettelbach, Steven M. | Partner | Litigation | 1991 | $16,341.50 | 16.10 | $1,015.00 | $1,015.00 | 0 |
| Dumas, Cecily A. | Partner | Bankruptcy | 1984 | $708,035.00 | 745.30 | $950.00 | $950.00 | 0 |
| Foix, Danyll W. | Partner | Litigation | 1998 | $105,716.00 | 139.10 | $760.00 | | |
| Goodman, Eric R. | Partner | Bankruptcy | 2003 | $440,600.00 | 562.10 | $800.00 | $800.00 | 0 |
| Green, Elizabeth A. | Partner | Bankruptcy | 1986 | $182,448.00 | 254.90 | $720.00 | $720.00 | 0 |
| Grossman, Andrew M. | Partner | Litigation | 2008 | $42,670.00 | 50.20 | $850.00 | $850.00 | 0 |
| Harrington, John J. | Partner | Corporate | 2005 | $1,897.50 | 3.30 | $575.00 | $575.00 | 0 |
| Hartman, Ruth E. | Partner | Litigation | 2004 | $17,578.00 | 37.40 | $470.00 | | |
| Julian, Robert | Partner | Bankruptcy | 1979 | $820,326.25 | 698.70 | $1,175.00 | $1,175.00 | 0 |
| Kleber, Kody | Partner | Litigation | 2007 | $208,010.00 | 378.20 | $550.00 | | |
| Kristiansen, Eric W. | Partner | Litigation | 2000 | $66,924.50 | 97.70 | $685.00 | $685.00 | 0 |

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: November 14, 2019
Interim or Final: Interim

UST Form 11-330-B (2013)

# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| McLellan, Melinda L. | Partner | Privacy/Data Protection | 2005 | $7,344.00 | 9.60 | $765.00 | $765.00 | 0 |
| Morris, Kimberly S. | Partner | Litigation | 2004 | $756,588.25 | 846.20 | $895.00 | $895.00 | 0 |
| Murphy, Keith R. | Partner | Bankruptcy | 1996 | $16,317.00 | 14.70 | $1,110.00 | $1,110.00 | 0 |
| Parrish, Jimmy D. | Partner | Bankruptcy | 2000 | $55,283.00 | 93.70 | $590.00 | $590.00 | 0 |
| Payne Geyer, Tiffany | Partner | Bankruptcy | 2000 | $70,024.50 | 153.90 | $455.00 | $455.00 | 0 |
| Rivkin Jr., David B | Partner | Litigation | 1985 | $519,187.50 | 319.50 | $1,625.00 | $1,625.00 | 0 |
| Rose, Jorian L. | Partner | Bankruptcy | 1998 | $503,889.00 | 502.60 | $1,010.00 | $1,010.00 | 0 |
| Sagerman, Eric E. | Partner | Bankruptcy | 1991 | $116,904.50 | 102.10 | $1,145.00 | $1,145.00 | 0 |
| Weible, Robert A. | Partner | Corporate | 1978 | $189,821.00 | 228.70 | $830.00 | $830.00 | 0 |
| Woltering, Catherine E. | Partner | Litigation | 2008 | $37,875.00 | 50.50 | $750.00 | $750.00 | 0 |
| Bloom, Jerry R. | Of Counsel | Bankruptcy | 1980 | $424,451.50 | 370.70 | $1,145.00 | $1,145.00 | 0 |
| Foley, Elizabeth P. | Of Counsel | Litigation | 1994 | $135,960.00 | 123.60 | $1,100.00 | $1,100.00 | 0 |
| Bator, Chris | Counsel | Litigation | 1987 | $78,999.00 | 154.90 | $510.00 | | |
| Esmont, Joseph M. | Counsel | Bankruptcy | 2008 | $472,980.00 | 792.50 | $600.00 | $600.00 | 0 |
| Fuller, Lars H. | Counsel | Bankruptcy | 1995 | $338,254.25 | 623.90 | $545.00 | $545.00 | 0 |
| Hogan, Thomas | Counsel | Environmental | 2004 | $43,253.50 | 55.10 | $785.00 | | |
| Richardson, David J | Counsel | Bankruptcy | 1993 | $112,271.50 | 163.90 | $685.00 | | |
| Thomas, Emily B. | Counsel | Litigation | 2006 | $99,180.00 | 220.40 | $450.00 | | |
| Attard, Lauren | Associate | Bankruptcy | 2008 | $413,850.00 | 703.70 | $600.00 | $600.00 | 0 |

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: November 14, 2019
Interim or Final: Interim

UST Form 11-330-B (2013)

SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Barnes, Cory N. | Associate | Litigation | 2018 | $5,644.50 | 21.30 | $265.00 | | |
| Bent, Camille C. | Associate | Bankruptcy | 2010 | $32,818.00 | 53.80 | $610.00 | $610.00 | 0 |
| Blanchard, Jason I. | Associate | Bankruptcy | 2011 | $201,695.00 | 310.30 | $650.00 | $650.00 | 0 |
| Bloom, Taylor A. | Associate | Privacy/Data Protection | 2014 | $5,272.50 | 11.10 | $475.00 | $475.00 | 0 |
| Brown, Arielle L. | Associate | Privacy/Data Protection | 2014 | $6,336.00 | 17.60 | $360.00 | $360.00 | 0 |
| Cordiak, Robert W. | Associate | Litigation | 2018 | $9,672.50 | 36.50 | $265.00 | | |
| Cutts, Kyle T. | Associate | Litigation | 2014 | $47,214.00 | 109.80 | $430.00 | | |
| Donaho, Thomas A. | Associate | Litigation | 2011 | $47,753.00 | 90.10 | $530.00 | $530.00 | 0 |
| Dow, Dustin M. | Associate | Employment | 2012 | $150,161.00 | 411.40 | $365.00 | | |
| Forhan, Elliot P. | Associate | Corporate | 2014 | $71,502.00 | 210.30 | $340.00 | $340.00 | 0 |
| Geisinger, Kathryn A. | Associate | Tax | 2015 | $4,867.00 | 15.70 | $310.00 | | |
| Jones, Cary P. | Associate | Litigation | 2018 | $13,568.00 | 51.20 | $265.00 | | |
| Jowdy, Joshua | Associate | Litigation | 2017 | $36,388.00 | 82.70 | $440.00 | $440.00 | 0 |
| Kates, Elyssa S. | Associate | Bankruptcy | 2000 | $438,672.00 | 577.20 | $760.00 | $760.00 | 0 |
| Kavouras, Daniel M. | Associate | Litigation | 2012 | $122,457.50 | 349.50 | $365.00 | $365.00 | 0 |
| Khan, Ferve E. | Associate | Bankruptcy | 2009 | $42,313.00 | 64.60 | $655.00 | $655.00 | 0 |
| Knudsen, Renee M. | Associate | Litigation | 2016 | $22,172.00 | 48.20 | $460.00 | $460.00 | 0 |
| Layden, Andrew V. | Associate | Bankruptcy | 2010 | $12,595.00 | 22.90 | $550.00 | $550.00 | 0 |
| Lemon, Daniel R. | Associate | Litigation | 2017 | $23,655.00 | 83.00 | $285.00 | | |

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: November 14, 2019
Interim or Final: Interim

UST Form 11-330-B (2013)

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Lockyer, Brittany N. | Associate | Litigation | 2018 | $25,890.50 | 97.70 | $265.00 | | |
| Martinez, Daniella E. | Associate | Litigation | 2016 | $154,720.00 | 386.80 | $400.00 | | |
| McCabe, Bridget S. | Associate | Litigation | 2010 | $317,079.00 | 503.30 | $630.00 | | |
| McCutcheon, Marcus | Associate | Litigation | 2011 | $52,416.00 | 100.80 | $520.00 | | |
| Merola, Danielle L. | Associate | Bankruptcy | 2015 | $28,502.50 | 87.70 | $325.00 | | |
| Pena, Clair C. | Associate | Litigation | 2016 | $61,845.00 | 199.50 | $310.00 | | |
| Persoff, Joseph S. | Associate | Employment | 2015 | $3,712.50 | 9.90 | $375.00 | | |
| Prabucki, Kenneth | Associate | Litigation | 2010 | $1,886.50 | 4.90 | $385.00 | | |
| Raile, Richard B. | Associate | Litigation | 2012 | $25,312.00 | 44.80 | $565.00 | $565.00 | 0 |
| Rice, David W. | Associate | Litigation | 2012 | $145,546.00 | 238.60 | $610.00 | $610.00 | 0 |
| Sabella, Michael A. | Associate | Bankruptcy | 2008 | $85,522.00 | 140.20 | $610.00 | $610.00 | 0 |
| Smith, Shanisha Y. | Associate | Environmental | 2013 | $2,585.00 | 5.50 | $470.00 | | |
| Sproull, Kelsey M. | Associate | Litigation | 2011 | $25,389.50 | 49.30 | $515.00 | $515.00 | 0 |
| Steinberg, Zoe M. | Associate | | 2018 | $23,902.00 | 70.30 | $340.00 | | |
| Thompson, Taylor M. | Associate | Litigation | 2018 | $49,740.50 | 187.70 | $265.00 | | |
| Zuberi, Madiha M. | Associate | Litigation | 2011 | $201,404.50 | 332.90 | $605.00 | $605.00 | 0 |
| Cash, Claudia | Law Clerk | Unassigned | Admission pending | $7,923.50 | 29.90 | $265.00 | | |
| Daniels, Alyssa M. | Law Clerk | Unassigned | Admission pending | $29,335.50 | 110.70 | $265.00 | | |

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: November 14, 2019
Interim or Final: Interim

UST Form 11-330-B (2013)

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Davis, Austin N. | Law Clerk | Unassigned | Admission pending | $29,097.00 | 109.80 | $265.00 | | |
| Stuy, Lauren T. | Law Clerk | Unassigned | Admission pending | $33,204.50 | 125.30 | $265.00 | | |
| Mazoch, Jo Ann M. | Summer Law Clerk | Unassigned | | $3,125.00 | 12.50 | $250.00 | | |
| Peterson, Peggy A | Sr. Advisor | Gov't Policy | | $41,710.00 | 97.00 | $430.00 | $430.00 | 0 |
| Thompson, Tyler M. | Sr. Advisor | Gov't Policy | | $8,888.00 | 17.60 | $505.00 | | |
| Boos, George G. | Paralegal | Litigation | | $9,604.00 | 34.30 | $280.00 | | |
| Divok, Eva | Paralegal | Litigation | | $39,606.00 | 114.80 | $345.00 | | |
| Greenfield, Juanita | Paralegal | Litigation | | $101,540.00 | 507.70 | $200.00 | | |
| Kinne, Tanya | Paralegal | Business | | $26,462.50 | 72.50 | $365.00 | $365.00 | 0 |
| Lane, Deanna L. | Paralegal | Bankruptcy | | $33,964.00 | 121.30 | $280.00 | $280.00 | 0 |
| Petre, Timothy P. | Paralegal | Litigation | | $92,907.00 | 251.10 | $370.00 | | |
| Ravick, Jacob | Paralegal | Bankruptcy | | $23,300.00 | 93.20 | $250.00 | $250.00 | 0 |
| Rawles, Michael | Paralegal | Litigation | | $17,766.00 | 65.80 | $270.00 | $270.00 | 0 |
| Roberts, Kim B. | Paralegal | Tax | | $11,720.00 | 58.60 | $200.00 | | |
| Sweet, Karen R. | Paralegal | Litigation | | $1,176.00 | 4.20 | $280.00 | | |
| Szalay, Sarah | Paralegal | Bankruptcy | | $20,677.50 | 91.90 | $225.00 | $225.00 | 0 |
| Williamson, Forrest G. | Paralegal | International/ Patent | | $12,387.50 | 99.10 | $125.00 | | |

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: November 14, 2019
Interim or Final: Interim

UST Form 11-330-B (2013)

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Bekier, James | Director-Litigation Services | Litigation Support | | $2,920.50 | 5.90 | $495.00 | $495.00 | 0 |
| Bookout, Kimberly M. | Lit. Support Coordinator | Litigation Support | | $31,625.00 | 126.50 | $250.00 | $250.00 | 0 |
| Gage, Carly R. | Lit. Support Prog. Mngr. | Litigation Support | | $3,041.50 | 7.70 | $395.00 | | |
| Landrio, Nikki M. | Sr. Complex Case Coordinator | Litigation Support | | $152,460.00 | 363.00 | $420.00 | $420.00 | 0 |
| McDonald, Michael H. | Sr. Lit. Supp. Coordinator | Litigation Support | | $30,889.00 | 134.30 | $230.00 | | |
| Zuniga, Diego F. | Legal Analyst | International | | $10,530.00 | 32.40 | $325.00 | | |
| LaFalce, Stephen | Legal Researcher | Practice Services | | $1,000.00 | 5.00 | $200.00 | | |
| **TOTAL** | | | | **$11,494,553.25** | **17,668.60** | | | |

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: November 14, 2019
Interim or Final: Interim

UST Form 11-330-B (2013)