# EXHIBIT C-1
# BUDGET

If the parties consent or the court so directs, a budget approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees sought in the fee application vary by more than 10% from the budget, the fee application should explain the variance. See Guidelines C.8. for project category information.

|     | PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES |
|-----|------------------|-----------------|----------------|
| 001 | Administrative Expense Claims | 50-75 | $38,000-$57,000 |
| 002 | Asset Sales/363 Sales | 50-75 | $38,000-$57,000 |
| 003 | Automatic Stay | 300-500 | $228,000-$380,000 |
| 004 | Bankruptcy Litigation | 1500-1800 | $1,140,000-$1,368,000 |
| 005 | Bar Date Motion/Claims Noticing | 700-900 | $532,000-$684,000 |
| 006 | Case Administration (docket updates, WIP and calendar) | 350-450 | $266,000-$342,000 |
| 007 | CCA and other Aggregator Issues | 20-40 | $15,200-$30,400 |
| 008 | Chapter 11 Plan/Plan Confirmation | 500-1000 | $380,000-$760,000 |
| 009 | Committee Meetings and Preparation | 1000-1200 | $760,000-$912,000 |
| 010 | Corporate and Board Issues | 25-50 | $19,000-$38,000 |
| 011 | Customer, Supplier and Vendor Issues | 20-40 | $15,200-$30,400 |
| 012 | DIP Financing/Cash Mgmt./Hedging Transactions | 20-50 | $15,200-$38,000 |
| 014 | Employee Issues | 20-40 | $15,200-$30,400 |
| 015 | Equity Security Holders | 20-40 | $15,200-$30,400 |
| 016 | Exclusivity | 200-300 | $152,000-$228,000 |
| 017 | Executory Contracts/Lease Issues | 40-50 | $30,400-$38,000 |
| 018 | General Case Strategy (includes communications with Committee) | 200-300 | $152,000-$228,000 |
| 019 | Hearings and Court Matters | 200-300 | $152,000-$228,000 |

# EXHIBIT C-1
# BUDGET

If the parties consent or the court so directs, a budget approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees sought in the fee application vary by more than 10% from the budget, the fee application should explain the variance. *See* Guidelines C.8. for project category information.

|     | PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES |
|-----|------------------|-----------------|----------------|
| 020 | Legislative Issues | 700-800 | $532,000-$608,000 |
| 021 | Non-Bankruptcy Litigation | 200-300 | $152,000-$228,000 |
| 022 | Non-Working Travel - *Actual Hours Billed and Fees Incurred* | n/a | n/a |
|     | Non-Working Travel – *Reduced to 2 Hours per Judge Montali's rules* | 461.50 | $350,740 |
| 023 | FERC Adversary Proceeding | 20-40 | $15,200-$30,400 |
| 024 | District Court Litigation | 150-200 | $114,000-$152,000 |
| 025 | Regulatory Issues including CPUC and FERC | 600-800 | $456,000-$608,000 |
| 026 | Retention Applications | 250-300 | $190,000-$228,000 |
| 027 | Fee Application: Baker | 250-300 | $190,000-$228,000 |
| 028 | Fee Application: Other Professionals | 50-100 | $38,000-$76,000 |
| 029 | Schedules/Statement of Financial Affairs | 40-60 | $30,400-$45,600 |
| 030 | Tax Issues | 20-40 | $15,200-$30,400 |
| 031 | U.S. Trustee/Fee Examiner Issues | 40-60 | $30,400-$45,600 |
| 032 | Unsecured Creditor Issues/ Communications/ Meetings | 40-60 | $30,400-$45,600 |
| 033 | Utility Issues/Adequate Assurance/Insurance | 50-100 | $38,000-$76,000 |
| 034 | Withdraw Reference | 20-40 | $15,200-$30,400 |
| 035 | Real Estate and Real Property Issues | 20-40 | $15,200-$30,400 |
| 036 | Avoidance Action Analysis/Lien Avoidance Analysis | 20-40 | $15,200-$30,400 |
| 037 | Investigations | 30-50 | $22,800-$38,000 |
| 038 | Financial Advisors | 20-40 | $15,200-$30,400 |

# EXHIBIT C-1
# BUDGET

If the parties consent or the court so directs, a budget approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees sought in the fee application vary by more than 10% from the budget, the fee application should explain the variance. See Guidelines C.8. for project category information.

|     | PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES |
|-----|------------------|-----------------|----------------|
| 039 | Other Contested Matters | 120-150 | $91,200-$114,000 |
| 040 | Operations | 80-100 | $60,800-$76,000 |
| 041 | KEIP Issues | 80-100 | $60,800-$76,000 |
| 042 | Subrogation | 500-700 | $380,000-$532,000 |
| 043 | Securities | 20-40 | $15,200-$30,400 |
| 044 | Wildfire Assistance Fund | 150-200 | $114,000-$152,000 |
| 045 | Asset Analysis and Recovery | 1200-1400 | $912,000-$1,064,000 |
| 046 | Tort Claims Estimation | 3000-4500 | $2,280,000-$3,420,000 |
| 047 | Class Claims Issues | 40-80 | $30,400-$60,800 |
|     | TOTAL | 13,386.50-18,311.50 | $10,173,740-$13,916,740 |

Case Name:            PG&E Corporation and Pacific Gas & Electric Company
Case Number:          19-30088
Applicant's Name:     Baker & Hostetler LLP
Date of Application:  November 14, 2019
Interim or Final:     Interim