# EXHIBIT D-1

# SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(*See* Guidelines ¶ C.8. for project category information.)

|     | PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|-----|------------------|----------------|---------------|--------------|-------------|
| 001 | Administrative Expense Claims | 50-75 | $38,000-$57,000 | 15.20 | $8,942.50 |
| 002 | Asset Sales/363 Sales | 50-75 | $38,000-$57,000 | 46.70 | $36,586.50 |
| 003 | Automatic Stay | 300-500 | $228,000-$380,000 | 480.30 | $393,827.50 |
| 004 | Bankruptcy Litigation | 1500-1800 | $1,140,000-$1,368,000 | 2002.20 | $1,122,697.50 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 700-900 | $532,000-$684,000 | 787.00 | $553,361.50 |
| 006 | Case Administration (docket updates, WIP and calendar) | 350-450 | $266,000-$342,000 | 467.40 | $192,163.00 |
| 007 | CCA and other Aggregator Issues | 20-40 | $15,200-$30,400 | 0.00 | $0.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 500-1000 | $380,000-$760,000 | 999.20 | $810,618.50 |
| 009 | Committee Meetings and Preparation | 1000-1200 | $760,000-$912,000 | 930.20 | $769,288.50 |
| 010 | Corporate and Board Issues | 25-50 | $19,000-$38,000 | 8.90 | $7,162.50 |
| 011 | Customer, Supplier and Vendor Issues | 20-40 | $15,200-$30,400 | 0.00 | $0.00 |
| 012 | DIP Financing/Cash Mgmt./Hedging Transactions | 20-50 | $15,200-$38,000 | 2.60 | $1,984.00 |
| 014 | Employee Issues | 20-40 | $15,200-$30,400 | 7.10 | $6,782.00 |
| 015 | Equity Security Holders | 20-40 | $15,200-$30,400 | 3.20 | $3,040.00 |
| 016 | Exclusivity | 200-300 | $152,000-$228,000 | 266.70 | $208,182.50 |
| 017 | Executory Contracts/Lease Issues | 40-50 | $30,400-$38,000 | 32.10 | $18,943.50 |
| 018 | General Case Strategy (includes communications with Committee) | 200-300 | $152,000-$228,000 | 184.90 | $149,004.00 |
| 019 | Hearings and Court Matters | 200-300 | $152,000-$228,000 | 278.30 | $224,626.00 |

# EXHIBIT D-1 (continued)

# SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(*See* Guidelines ¶ C.8. for project category information.)

| | PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|---|
| 020 | Legislative Issues/Inverse Reform | 700-800 | $532,000-$608,000 | 880.80 | $1,011,516.00 |
| 021 | Non-Bankruptcy Litigation | 200-300 | $152,000-$228,000 | 225.80 | $132,882.50 |
| 022 | Non-Working Travel – *Actual Hours Billed and Fees Incurred* | n/a | | ~~801.50~~ | ~~$445,921.75~~ |
| | Non-Working Travel – *Reduced to 2 Hours per Judge Montali's rules* | 461.50 | $350,740 | 461.50 | $280,932.00 |
| 023 | FERC Adversary Proceeding | 20-40 | $15,200-$30,400 | 2.60 | $2,114.00 |
| 024 | District Court Litigation | 150-200 | $114,000-$152,000 | 197.70 | $125,399 |
| 025 | Regulatory Issues including CPUC and FERC | 600-800 | $456,000-$608,000 | 939.00 | $657,354.50 |
| 026 | Retention Applications | 250-300 | $190,000-$228,000 | 230.60 | $178,543.00 |
| 027 | Fee Application: Baker | 250-300 | $190,000-$228,000 | 236.60 | $130,603.00 |
| 028 | Fee Application: Other Professionals | 50-100 | $38,000-$76,000 | 61.60 | $46,120.50 |
| 029 | Schedules/Statement of Financial Affairs | 40-60 | $30,400-$45,600 | 62.70 | $36,667.50 |
| 030 | Tax issues | 20-40 | $15,200-$30,400 | 0.00 | $0.00 |
| 031 | U.S. Trustee/Fee Examiner issues | 40-60 | $30,400-$45,600 | 60.70 | $28,822.00 |
| 032 | Unsecured Creditor Issues/ Communications/ Meetings | 40-60 | $30,400-$45,600 | 44.70 | $34,509.50 |
| 033 | Utility Issues/Adequate Assurance/Insurance | 50-100 | $38,000-$76,000 | 83.20 | $48,783.00 |
| 034 | Withdraw Reference | 20-40 | $15,200-$30,400 | 29.70 | $21,519.00 |
| 035 | Real Estate and Real Property Issues | 20-40 | $15,200-$30,400 | 19.70 | $14,263.00 |
| 036 | Avoidance Action Analysis/Lien Avoidance Analysis | 20-40 | $15,200-$30,400 | 2.90 | $1,924.50 |
| 037 | Investigations | 30-50 | $22,800-$38,000 | 42.40 | $26,957.00 |

# EXHIBIT D-1 (continued)

# SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(*See* Guidelines ¶ C.8. for project category information.)

|     | PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|-----|------------------|----------------|---------------|--------------|-------------|
| 038 | Financial Advisors | 20-40 | $15,200-$30,400 | 10.50 | $10,087.50 |
| 039 | Other Contested Matters | 120-150 | $91,200-$114,000 | 156.30 | $118,518.50 |
| 040 | Operations | 80-100 | $60,800-$76,000 | 101.60 | $65,241.50 |
| 041 | KEIP Issues | 80-100 | $60,800-$76,000 | 119.00 | $89,681.50 |
| 042 | Subrogation | 500-700 | $380,000-$532,000 | 626.90 | $361,990.00 |
| 043 | Securities | 20-40 | $15,200-$30,400 | 25.20 | $7,381.50 |
| 044 | Wildfire Assistance Fund | 150-200 | $114,000-$152,000 | 134.50 | $101,257.00 |
| 045 | Asset Analysis and Recovery | 1200-1400 | $912,000-$1,064,000 | 1,444.20 | $671,914.00 |
| 046 | Tort Claims Estimation | 3000-4500 | $2,280,000-$3,420,000 | 4,605.20 | $2,611,888.00 |
| 047 | Class Claims Issues | 40-80 | $30,400-$60,800 | 11.00 | $5,484.00 |
|     | **TOTAL** | **13,386.50 - 18,311.50** | **$10,173,740.00-$13,916,740.00[1]** | **17,328.50** | **$11,329,563.50** |

Case Name:  PG&E Corporation and Pacific Gas & Electric Company
Case Number:  19-30088
Applicant's Name:  Baker & Hostetler LLP
Date of Application:  November 14, 2019
Interim or Final:  Interim

---

[1] Applicant's budgeted fees in the instant Second Interim Application were based upon the blended rate of $760.00 for all timekeepers in Applicant's First Interim Application [Docket No. 2995]. However, during the months covered by Applicant's Second Interim Application, Applicant's staffing resulted in a reduction to the blended rate for all timekeepers from $760.00 per hour to approximately $650.00 per hour. As such, the fees actually sought in the Second Interim Application are lower than the fees budgeted.