# EXHIBIT D-2

# SUMMARY OF EXPENSE REIMBURSEMENT REQUIESTED BY CATEGORY

*(See* Guidelines ¶ C.8. for project category information.)

|   | CATEGORY | AMOUNT |
|---|---|---|
| 04 | Automated Research (E106) | $31,726.93 |
| 03 | Copier/Duplication (E101) | $693.68 |
| 07 | Color Copies (E101) | $1,333.50 |
| 05 | Postage (E108) | $1,272,89 |
| 210 | Court Costs (E112) | $88.00 |
| 250 | Transcripts (E116) | $9,214.85 |
| 260 | Business Meals (E111) | $5,849.44 |
| 270 | Miscellaneous (E124) | $6,545.96 |
| 370 | Delivery Services (E107) | $2,250.46 |
| 380 | Document Specialist (E119) | $855.99 |
| 450 | Online Research (E016) | $328.26 |
| 470 | Other Professional Services/Experts (E123) | $1,544,580.22 |
| 480 | Outside Duplicating & Binding (E102) | $4,062.11 |
| 530 | Teleconference Charges (E105) | $4,562.50 |
| 610 | Airfare/Trainfare (E110) | $105,495.02 |
| 630 | Ground Transportation Local (E109) | $2,974.02 |
| 633 | Overtime Ground Transportation Local (E109) | $507.30 |
| 635 | Ground Transportation Out of Town (E110) | $19,292.03 |
| 640 | Car Rental (E110) | $4,936.90 |

| 650 | Lodging (E110) | $117,071.89 |
|---|---|---|
| 670 | Meals While Traveling (E110) | $9,618.09 |
| 680 | Mileage Reimbursement (E110) | $135.74 |
| 440 | Messenger Service (E107) | $2,217.61 |
| 620 | Filing Fees (E112) | $1,910.00 |
| 230 | Depositions (E115) | $945.00 |
| 570 | Videographic Services (E123) | $20,634.75 |
| **TOTAL** | | **$1,899,103.14** |

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: November 14, 2019
Interim or Final: Interim