# EXHIBIT G

# TRANSMITTAL LETTER

Baker&Hostetler LLP

1160 Battery Street
San Francisco, CA 94111

November 14, 2019

Cecily A. Dumas
direct dial: 415.542.8730
cdumas@bakerlaw.com

Ms. Karen Lockhart
Chair, Official Committee of Tort Claimants for
Pacific Gas and Electric Co. and PG&E Corp.
Kmlockhart1492@gmail.com

Re:     In re: PG&E Corporation and Pacific Gas and Electric Company – Case No. 19-30088

Dear Karen:

Enclosed please find our firm's second interim fee application in the above captioned cases, along with its exhibits and supporting certification. The Bankruptcy Court's *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* provide that a debtor-in possession, a trustee, or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estates' professionals. I invite you to discuss with me any objections, concerns or questions that you may have with the firm's fee request. The Office of the United States Trustee will also accept your comments. The Court will consider timely-filed objections by any party in interest at the time of hearing, which will take place at a time to be announced shortly.

Sincerely,

/s/ Cecily A. Dumas
Cecily A. Dumas
Partner


Enclosures

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

Case: 19-30088    Doc# 4733-9    Filed: 11/14/19    Entered: 11/14/19 15:47:34    Page 2 of 2