Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email:   rjulian@bakerlaw.com
Email:   cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone:    310.442.8875
Facsimile:    310.820.8859
Email:   esagerman@bakerlaw.com
Email:   lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors**<br><br>☐ Affects PG& E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, Deanna Heidelberg Lane, do declare and state as follows:

1. I am employed in Orange County in the State of Florida. I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 200 S. Orange Avenue, Suite 2300, Orlando, FL 32801.

2. I certify that on November 14, 2019, I caused a true and correct copy of the following documents to be served by the method set forth on the Notice Parties Service List attached hereto as **Exhibit A**:

- *Seventh Monthly Fee Statement of Lincoln Partners Advisors LLC for Allowance and Payment of Compensation and Reimbursement of Expenses For The Period September 1, 2019 through September 30, 2019 (Doc. No. 4719)*

- *First Interim Application Of Trident DMG LLC For Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period July 18, 2019 through September 30, 2019 (Doc. No. 4721)*

- *Second Interim Application of Lincoln Partners Advisors LLC for Allowance and Payment of Compensation and Reimbursement of Expenses For The Period June 1, 2019 through September 30, 2019 (Doc. No. 4724)*

- *First and Final Monthly Fee Statement of Dundon Advisers LLC for Allowance and Payment of Compensation and Reimbursement of Expenses For The Period March 1, 2019 through August 31, 2019 (Doc. No. 4726)*

- *First and Final Application of Dundon Advisers LLC for Allowance and Payment of Compensation and Reimbursement of Expenses For The Period March 1, 2019 through August 31, 2019 (Doc. No. 4727)*

- *Fourth Monthly Fee Statement of Development Specialists, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses For The Period August 1, 2019 through August 31, 2019 (Doc. No. 4729)*

- *First Interim Application of Development Specialists, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses For The Period March 20, 2019 through July 31, 2019 (Doc. No. 4731)*

- *Second Interim Application Of Baker & Hostetler LLP For Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period June 1, 2019 through September 30, 2019 (Doc. No. 4733)*

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 14th day of November 2019, at Orlando, Florida.

_____
Deanna Heidelberg Lane

**EXHIBIT A**
Notice Parties Service List
Served as set forth below

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Rachael Foust, Jessica Liou, Matthew Goren | 767 Fifth Avenue New York, NY 10153-0119 | stephen.karotkin@weil.com rachael.foust@weil.com jessica.liou@weil.com matthew.goren@weil.com | Email |
| Counsel to Debtors | Keller & Benvenutti LLP | Attn: Tobias Keller, Jane Kim | 650 California Street, Suite 1900 San Francisco, CA 94108 | tkeller@kellerbenvenutti.com jkim@kellerbenvenutti.com | Email |
| Debtors | PG&E Corporation and Pacific Gas and Electric Company | Attn: Janet Loduca | 77 Beale Street P.O. Box 770000 San Francisco, CA 94105 | | First Class Mail |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq | 450 Golden Gate Avenue 5th Floor, Suite #05-0153 San Francisco, CA 94102 | James.L.Snyder@usdoj.gov timothy.s.laffredi@usdoj.gov | Email |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | 55 Hudson Yards New York, NY 10001-2163 | ddunne@milbank.com skhalil@milbank.com | Email |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | 2029 Century Park E, 33rd Floor Los Angeles, CA 90067 | Paronzon@milbank.com Gbray@milbank.com TKreller@milbank.com | Email |
| Fee Examiner | | Attn: Bruce A. Markell | 541 N. Fairbanks Court, Suite 2200 Chicago, IL 60611-3710 | bamexampge@gmail.com pge@legaldecoder.com traceyrgallegos@gmail.com | Email |
| Counsel to Fee Examiner | Scott H. McNutt | Scott H. McNutt | 324 Warren Road San Mateo, CA 94402 | smcnutt@ml-sf.com | Email |