# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered |
| **Debtors.** | **SEVENTH MONTHLY FEE STATEMENT OF CENTERVIEW PARTNERS LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 1, 2019 THROUGH AUGUST 31, 2019** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case No. 19-30088 (DM). | [No hearing requested] |

To: The Notice Parties

| | |
|---|---|
| Name of Applicant: | Centerview Partners LLC |
| Authorized to Provide Professional Services to: | Investment Banker for the Official Committee of Unsecured Creditors |
| Date of Retention: | May 16, 2019 *nunc pro tunc* to February 15, 2019 |
| Period for which compensation and reimbursement are sought: | August 1, 2019 through August 31, 2019 |
| Amount of compensation sought as actual, reasonable, and necessary: | $200,000.00 (80% of $250,000.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $26,932.22 |

Centerview Partners LLC ("Centerview" or the "Applicant"), the investment banker for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Seventh Monthly Fee Statement (this "Monthly Fee Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period

commencing August 1, 2019 through August 31, 2019 (the "Fee Period") pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professional dated February 27, 2019* [Docket No. 701] (the "Interim Compensation Procedures Order").

By this Fee Statement, Centerview requests allowance and payment of $200,000.00 (80% of $250,000.00) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $26,932.22 (representing 100% of the expenses allowed) as reimbursement for actual and necessary expenses incurred by Centerview during the Fee Period.

Annexed hereto as **Exhibit A** hereto is a schedule for the Fee Period, setting forth the total amount of reimbursement sought in this Monthly Fee Statement. As reflected in **Exhibit A,** Centerview incurred $250,000.00 in fees during the Fee Period. Pursuant to this Monthly Fee Statement, Centerview seeks reimbursement for $200,000.00 (80% of the incurred fees). Additionally, Centerview seeks reimbursement for $26,932.22 of expenses. Attached hereto as **Exhibit B** is a schedule of the number of estimated hours expended by Centerview professionals during the Fee Period with respect to each of the subject matter categories. The professionals of Centerview have expended an estimated total of 255.5 hours in connection with these chapter 11 cases during the Fee Period. Attached hereto as **Exhibit C** is a detailed itemization of expenses Centerview is seeking reimbursement for in this Fee Statement. Attached hereto as **Exhibit D** is Centerview's invoice for the Fee Period.

Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Centerview reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Bankruptcy Local Rules, and the Interim Compensation Order.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation

Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "Objection Deadline") with this Court.

**PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement. If an objection is properly filed, the Debtors shall be authorized and directed to pay the Applicant 80% of the fees and 100% of the expenses not subject to an objection.

Dated: November 14, 2019

Respectfully submitted,

**CENTERVIEW PARTNERS LLC**

By: _____

*Investment Banker for the Official Committee of Unsecured Creditors*

# EXHIBIT A

## Summary of Fees and Expenses for the Fee Period

| Period | Total Fees | Less: 20% Holdback | Current Fee (Net of Holdback) | Plus: Expenses | Total Fees & Expenses (Net of Holdback) | Total Fees & Expenses (Incl. of Holdback) |
|---|---|---|---|---|---|---|
| *8/1/2019-8/31/2019* | $250,000.00 | ($50,000.00) | $200,000.00 | $26,932.22 | $226,932.22 | $276,932.22 |
| **Total Fee Period** | **$250,000.00** | **($50,000.00)** | **$200,000.00** | **$26,932.22** | **$226,932.22** | **$276,932.22** |

# EXHIBIT B

## Summary of Hours by Centerview Professionals for the Fee Period

| Description | Sam Greene<br>Partner | John Cogan<br>Partner | Karn Chopra<br>Partner | Willem Beer<br>Managing Director | Whit Graham<br>Principal | Michael Martynowicz<br>Associate | Nicholas Ulanoff<br>Analyst | Total |
|---|---|---|---|---|---|---|---|---|
| Financial Analysis / Drafting Materials | – | – | 5.0 | 4.0 | 15.0 | 21.5 | 21.5 | 67.0 |
| Internal Coordination with Committee and Co-Advisors | 13.5 | 9.0 | 15.0 | 11.5 | 19.0 | 21.0 | 15.0 | 104.0 |
| Coordination with Debtor and its Advisors | 0.5 | – | 5.5 | 1.0 | 2.5 | 2.0 | 1.0 | 12.5 |
| Diligence | – | – | 2.0 | – | 13.0 | 8.0 | 7.0 | 30.0 |
| Chapter 11 Court Process | 2.0 | 2.0 | 5.0 | 2.0 | 5.0 | 8.0 | 3.0 | 27.0 |
| Travel | – | – | – | – | 12.0 | – | – | 12.0 |
| Coordination with Other Groups | 1.0 | – | 1.0 | – | 1.0 | – | – | 3.0 |
| **Total** | **17.0** | **11.0** | **33.5** | **18.5** | **67.5** | **60.5** | **47.5** | **255.5** |

# EXHIBIT C

## SUMMARY OF EXPENSES

| Type | Expenses |
|---|---:|
| Legal | $19,175.42 |
| Transportation | 6,263.17 |
| Lodging | 1,200.00 |
| Meals | 237.68 |
| Communication | 55.95 |
| **Total Expenses (8/1/19-8/31/19)** | **$26,932.22** |

| Expense Type | Date | Name | Description | Amount |
|---|---|---|---|---:|
| Legal | 08/08/2019 | Greene, Sam | Legal Fees | 19,175.42 |
| | | | **Legal** | **$19,175.42** |
| Transportation | 08/02/2019 | Martynowicz, Mike | OT Transportation | 33.96 |
| Transportation | 08/03/2019 | Ulanoff, Nick | OT Transportation | 20.16 |
| Transportation | 08/05/2019 | Martynowicz, Mike | OT Transportation | 27.36 |
| Transportation | 08/08/2019 | Graham, Whit | Booking / Refund / Other Fee | 7.00 |
| Transportation | 08/08/2019 | Graham, Whit | Booking / Refund / Other Fee | 7.00 |
| Transportation | 08/08/2019 | Graham, Whit | Booking / Refund / Other Fee | 5.00 |
| Transportation | 08/08/2019 | Graham, Whit | Flight | 827.10 |
| Transportation | 08/08/2019 | Graham, Whit | Flight | 946.76 |
| Transportation | 08/12/2019 | Martynowicz, Mike | OT Transportation | 26.82 |
| Transportation | 08/12/2019 | Graham, Whit | OT Transportation | 71.48 |
| Transportation | 08/13/2019 | Ulanoff, Nick | OT Transportation | 26.74 |
| Transportation | 08/13/2019 | Martynowicz, Mike | OT Transportation | 22.55 |
| Transportation | 08/13/2019 | Graham, Whit | OT Transportation | 11.20 |
| Transportation | 08/13/2019 | Graham, Whit | OT Transportation | 12.46 |
| Transportation | 08/13/2019 | Graham, Whit | Transportation While Traveling | 182.22 |
| Transportation | 08/14/2019 | Graham, Whit | Transportation While Traveling | 156.38 |
| Transportation | 08/14/2019 | Graham, Whit | Transportation While Traveling | 52.76 |
| Transportation | 08/14/2019 | Graham, Whit | Transportation While Traveling | 51.95 |
| Transportation | 08/19/2019 | Ulanoff, Nick | OT Transportation | 32.98 |
| Transportation | 08/28/2019 | Martynowicz, Mike | Booking / Refund / Other Fee | 9.00 |
| Transportation | 08/28/2019 | Martynowicz, Mike | Booking / Refund / Other Fee | 9.00 |
| Transportation | 08/28/2019 | Martynowicz, Mike | Booking / Refund / Other Fee | 5.00 |
| Transportation | 08/28/2019 | Martynowicz, Mike | Booking / Refund / Other Fee | 9.00 |
| Transportation | 08/28/2019 | Martynowicz, Mike | Flight | 900.42 |
| Transportation | 08/28/2019 | Martynowicz, Mike | Flight | 946.76 |

| Expense Type | Date | Name | Description | Amount |
|---|---|---|---|---|
| Transportation | 08/28/2019 | Graham, Whit | Booking / Refund / Other Fee | 7.00 |
| Transportation | 08/28/2019 | Graham, Whit | Booking / Refund / Other Fee | 5.00 |
| Transportation | 08/28/2019 | Graham, Whit | Booking / Refund / Other Fee | 9.00 |
| Transportation | 08/28/2019 | Graham, Whit | Booking / Refund / Other Fee | 9.00 |
| Transportation | 08/28/2019 | Chopra, Karn | Booking / Refund / Other Fee | 9.00 |
| Transportation | 08/28/2019 | Chopra, Karn | Booking / Refund / Other Fee | 5.00 |
| Transportation | 08/28/2019 | Chopra, Karn | Booking / Refund / Other Fee | 7.00 |
| Transportation | 08/28/2019 | Chopra, Karn | Booking / Refund / Other Fee | 9.00 |
| Transportation | 08/28/2019 | Chopra, Karn | Flight | 900.42 |
| Transportation | 08/28/2019 | Chopra, Karn | Flight | 859.70 |
| Transportation | 08/28/2019 | Chopra, Karn | Booking / Refund / Other Fee | 9.00 |
| Transportation | 08/28/2019 | Beer, Willem | Booking / Refund / Other Fee | 7.00 |
| Transportation | 08/28/2019 | Beer, Willem | Booking / Refund / Other Fee | 7.00 |
| Transportation | 08/28/2019 | Beer, Willem | Booking / Refund / Other Fee | 5.00 |
| Transportation | 08/28/2019 | Beer, Willem | Booking / Refund / Other Fee | 7.00 |
| Transportation | 08/29/2019 | Chopra, Karn | Booking / Refund / Other Fee | 7.00 |
| | | | **Transportation** | **$6,263.17** |
| Lodging | 08/15/2019 | Graham, Whit | Hotel (2 Nights) | 1,200.00 |
| | | | **Lodging** | **$1,200.00** |
| Meals | 08/03/2019 | Ulanoff, Nick | OT Meals | 41.21 |
| Meals | 08/05/2019 | Chopra, Karn | OT Meals | 34.46 |
| Meals | 08/05/2019 | Martynowicz, Mike | OT Meals | 25.74 |
| Meals | 08/08/2019 | Ulanoff, Nick | OT Meals | 30.39 |
| Meals | 08/12/2019 | Graham, Whit | OT Meals | 33.31 |
| Meals | 08/12/2019 | Martynowicz, Mike | OT Meals | 13.59 |
| Meals | 08/13/2019 | Graham, Whit | Meals While Traveling | 45.31 |
| Meals | 08/14/2019 | Graham, Whit | Meals While Traveling | 3.34 |
| Meals | 08/28/2019 | Martynowicz, Mike | OT Meals | 10.33 |
| | | | **Meals** | **$237.68** |
| Communication | 08/13/2019 | Graham, Whit | Wifi on Plane | 16.00 |
| Communication | 08/14/2019 | Graham, Whit | Wifi on Plane | 39.95 |
| | | | **Communication** | **$55.95** |
| | | | **Total** | **$26,932.22** |

**EXHIBIT D**
**COPY OF INVOICE**



Centerview Partners LLC
31 West 52nd Street
22nd Floor
New York, NY 10019
(212) 380-2650
Tax ID: 20-0834979

November 8, 2019

PG&E Corporation and Pacific Gas and
Electric Company
Attention: John Boken & Michelle Repko
AlixPartners
865 South Figueroa Street Suite 2310,
Los Angeles 90017

INVOICE # 1736.2.11.08.2019

Monthly Advisory Fee per paragraph 2(a) of the engagement letter dated February 15, 2019:

| | |
|---|---|
| August: | $ 250,000.00 |
| Out-of-pocket expenses (8/1/19-8/31/19): | 26,932.22 |
| Total | $ 276,932.22 |

Wire Instructions:
  Account Name:  Centerview Partners LLC
  Account #:     95331450
  Bank:          Citibank NA
  ABA #:         021000089
  Bank Address:  153 East 53rd St, New York, NY 10022
  Contact:       Accounting (212) 429-2435

**Notice Parties**

PG&E Corporation
c/o Pacific Gas & Electric Company
Attn:   Janet Loduca, Esq.
77 Beale Street
San Francisco, CA 94105

Weil, Gotshal & Manges LLP
Attn:   Stephen Karotkin, Esq.
        Jessica Liou, Esq.
        Matthew Goren, Esq.
767 Fifth Avenue
New York, NY 10153-0119

Keller & Benvenutti LLP
Attn:   Tobias S. Keller, Esq.
        Jane Kim, Esq
650 California Street, Suite 1900
San Francisco, CA 94108

The Office of the United States Trustee for Region 17
Attn:   James L. Snyder, Esq.
        Timothy Laffredi, Esq.);
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

Baker & Hostetler LLP
        Attn: Eric Sagerman, Esq. and
Cecily Dumas, Esq.
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509