## Exhibit C

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

| Category of Timekeeper | BLENDED HOURLY RATE | |
|---|---|---|
| | Billed by timekeepers in New York, excluding bankruptcy[2] | Billed in this Application |
| Partner | $1,211.00 | $1,297.00 |
| Counsel | $969.00 | $1,029.00 |
| Senior Associate (7 years or more since first admission) | $907.00 | $959.00 |
| Mid-level Associate (4-6 years since first admission) | $823.00 | $918.00 |
| Junior Associate (0-3 years since first admission) | $606.00 | $649.00 |
| Paralegal | $308.00 | $307.00 |
| Other | $297.00 | $350.00 |
| **All timekeepers aggregated** | **$817.00** | **$946.00** |

---

[2] In accordance with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013*, preceding year is a rolling 12 months year ending October 31, 2019; blended rates reflect work performed in preceding year in Weil's New York office in which timekeepers collectively billed at least 10% of the hours to the case during the application period, excluding all data from bankruptcy law matters.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119