**Exhibit D**

| Period | Fees Budgeted Under DIP budget | Actual Fees and Expenses Sought |
|---|---|---|
| May 2019 | $3,500,000 | $2,385,976.54 |
| June 2019 | $3,500,000 | $3,047,232.24 |
| July 2019 | $3,500,000 | $3,419,077.94 |
| August 2019 | $3,500,000 | $2,655,575.96 |
| September 2019 | $3,500,000 | $2,433,533.79 |
| **Total:** | **$17,500,000** | **$13,941,396.47** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119