1  Robert A. Julian (SBN 99469)
2  Cecily A. Dumas (SBN 111449)
   BAKER & HOSTETLER LLP
3  1160 Battery Street, Suite 100
   San Francisco, CA 94111
4  Telephone:    628.208.6434
   Facsimile:    310.820.8859
5  Email:   rjulian@bakerlaw.com
   Email:   cdumas@bakerlaw.com

6  Eric E. Sagerman (SBN 155496)
   David J. Richardson (SBN 168592)
7  Lauren T. Attard (SBN 320898)
   BAKER & HOSTETLER LLP
8  11601 Wilshire Blvd., Suite 1400
   Los Angeles, CA 90025-0509
9  Telephone:    310.820.8800
   Facsimile:    310.820.8859
10 Email: esagerman@bakerlaw.com
   Email: drichardson@bakerlaw.com
11 Email: lattard@bakerlaw.com

12 *Counsel for Official Committee of Tort Claimants*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

16 **In re:**                                    Case No. 19-30088 (DM)

17 **PG&E CORPORATION**                          Chapter 11
                                                  (Lead Case)
18      **-and-**                                 (Jointly Administered)

19 **PACIFIC GAS AND ELECTRIC**
   **COMPANY,**

20                          **Debtors**

21 ───────────────────────────────

22 ☐ Affects PG& E Corporation

23 ☐ Affects Pacific Gas and Electric Company     **CERTIFICATE OF SERVICE**

24 ■ Affects both Debtors

25 *All papers shall be filed in the Lead Case,*
   *No. 19-30088 (DM)*

27

28

Baker & Hostetler llp
Attorneys at Law
San Francisco

I, Heidi Hammon-Turano, do declare and state as follows:

1.      I am employed in San Francisco County in the State of California. I am more than eighteen years old and not a party to this action.  My business address is Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, CA 94111.

2.      I certify that on November 8, 2019, I caused a true and correct copy of each of the following documents to be served via e-mail on the Standard Party Email Service List attached hereto as **Exhibit A**:

- *Response of Official Committee of Tort Claimants to Debtors' Restated Restructuring Support and Settlement Agreement with the Consenting Subrogation Claimholders [Dkt No. 4554-1];*
- *Declaration of Lauren T. Attard in Support of Response of Official Committee of Tort Claimants to Debtors' Restated Restructuring Support and Settlement Agreement with the Consenting Subrogation Claimholders [Dkt No. 4554-1];*
- *Declaration of Brent C. Williams in Support of Response of Official Committee of Tort Claimants to Debtors' Restated Restructuring Support and Settlement Agreement with the Consenting Subrogation Claimholders [Dkt No. 4554-1].*

3.      I certify that on November 8, 2019, I caused a true and correct copy of each of the above documents to be served via First Class Mail on the Standard Party Hardcopy First Class Service List attached hereto as **Exhibit B**.

4.      I certify that on November 8, 2019, I caused a true and correct copy of the above documents to be served via email on the Selected Email Service List attached hereto as **Exhibit C**:

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 14th day of November, 2019, at San Francisco, California.

Heidi Hammon-Turano

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Special Counsel to Debtors | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, Kevin J. Orsini, George E. Zobitz, Stephen M. Kessing and Nicholas A. Dorsey, Omid H. Nasab | pzumbro@cravath.com<br>korsini@cravath.com<br>jzobitz@cravath.com<br>skessing@cravath.com<br>ndorsey@cravath.com<br>onasab@cravath.com |
| Counsel to Debtors | Keller & Benvenutti LLP | Attn: Tobias Keller, Jane Kim | tkeller@kellerbenvenutti.com<br>jkim@kellerb envenutti.com |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. ,Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil, Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller, Alan J. Stone | ddunne@milbank.com<br>skhalil@milbank.com<br>Paronzon@milbank.com<br>Gbray@milbank.com<br>TKreller@milbank.com<br>astone@milbank.com |
| Counsel for the administrative agent under the Debtors' debtor in possession financing facilities | Stroock & Stoock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo, Frank A. Merola | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |

**EXHIBIT B**
Standard Parties Hardcopy First Class Mail Service List
Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Debtors | PG&E Corporation and<br>Pacific Gas and Electric Company | Attn: Janet Loduca<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94105 |
| U.S. Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>Washington, D.C. 20555-0001 |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Daniel I. Forman, Benjamin P. McCallen; Antonio Yanez, Jr., Erica L. Kerman, Jonathan D. Waisnor | mfeldman@willkie.com<br>jminias@willkie.com<br>dforman@willkie.com<br>bmccallen@willkie.com<br>ayanez@willkie.com<br>ekerman@willkie.com<br>jwaisnor@willkie.com | Email |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Diemer & Wei, LLP | Attn: Kathryn S. Diemer | kdiemer@diemerwei.com | Email |
| Counsel to California State Agencies, California Governor's Officeof Emergency Services and California Department of Veterans Affairs | Attorney General of California | Attn: XAVIER BECERRA, DANETTE VALDEZ, and ANNADEL ALMENDRAS | Danette.Valdez@doj.ca.gov<br>Annadel.Almendras@doj.ca.gov | Email |
| Counsel to California State Agencies, California Governor's Officeof Emergency Services and California Department of Veterans Affairs | Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | Margarita.Padilla@doj.ca.gov<br>James.Potter@doj.ca.gov | Email |
| Counsel to California State Agencies, California Governor's Officeof Emergency Services and California Department of Veterans Affairs | FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP | Attn: STEVEN H. FELDERSTEIN and PAUL J. PASCUZZI | sfelderstein@ffwplaw.com<br>ppascuzzi@ffwplaw.com | Email |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Justin A. Kesselman | justin.kesselman@arentfox.com | Email |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Andrew I. Silfen, Beth M. Brownstein, Jordana L. Renert, Nicholas A. Marten, Mark A. Angelov, David Mayo, Andrew Dykens | Andrew.Silfen@arentfox.com<br>Beth.Brownstein@arentfox.com<br>Jordana.Renert@arentfox.com<br>Nicholas.Marten@arentfox.com<br>mark.angelov@arentfox.com<br>david.mayo@arentfox.com<br>andrew.dykens@arentfox.com | Email |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Aram Ordubegian | Aram.Ordubegian@arentfox.com | Email |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Jackson D. Toof | jackson.toof@arentfox.com | Email |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | FREDERIC DORWART, LAWYERS PLLC | Attn: Samuel S. Ory | sory@fdlaw.com | Email |
| United States of America | U.S. Department of Justice-Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Kirk Manhardt, Matthew J. Troy, David L. Anderson, Robin M. Wall | matthew.troy@usdoj.gov | Email |
| Counsel for Adventist Health System/West | NORTON ROSE FULBRIGHT US LLP | Attn: Rebecca J. Winthrop | rebecca.winthrop@nortonrosefulbright.com | Email |
| Counsel for Adventist Health System/West | NORTON ROSE FULBRIGHT US LLP | Attn: David A. Rosenzweig | david.rosenzweig@nortonrosefulbright.com | Email |
| Counsel for Adventist Health System/West | Adventist Health System/West | Attn: Robert L. Layton | laytonrl@ah.org | Email |

| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Ashley Vinson Crawford | avcrawford@akingump.com | Email |
|---|---|---|---|---|
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | mstamer@akingump.com idizengoff@akingump.com dbotter@akingump.com | Email |
| Counsel for Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | BRAUNHAGEY AND BORDEN LLP | Attn: J. Noah Hagey, Jeffrey M. Theodore, David H. Kwasniewski, Andrew Levine | hagey@braunhagey.com theodore@braunhagey.com kwasniewski@braunhagey.com levine@braunhagey.com | Email |
| Counsel for PG&E Shareholders | JONES DAY | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston | bbennett@jonesday.com jmester@jonesday.com jjohnston@jonesday.com | Email |
| Counsel for PG&E Shareholders | JONES DAY | Attn: Morgan R. Hirst | mhirst@jonesday.com | Email |
| Counsel for PG&E Shareholders | JONES DAY | Attn: Geoffrey S. Stewart | gstewart@jonesday.com | Email |
| Counsel for PG&E Shareholders | JONES DAY | Attn: Anna Kordas | akordas@jonesday.com | Email |
| Counsel for TURN – The Utility Reform Network | Silicon Valley Law Group | Attn: David V. Duperrault, Kathryn E. Barrett | dvd@svlg.com keb@svlg.com | Email |
| Counsel for TURN – The Utility Reform Network | TURN—The Utility Reform Network | Attn: Mark Toney, Thomas Long | mtoney@turn.org tlong@turn.org | Email |
| Counsel for TURN – The Utility Reform Network | BINDER & MALTER, LLP | Attn: Michael W. Malter, Robert G. Harris, Heinz Binder | Michael@bindermalter.com Rob@bindermalter.com Heinz@bindermalter.com | Email |