JENNER & BLOCK LLP
Randall E. Mehrberg
353 N. Clark Street
Chicago, IL 60654
Tel: 312 840 7505
rmehrberg@jenner.com

*Special Corporate Defense & Energy Counsel for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **THIRD CONSOLIDATED FEE STATEMENT OF JENNER & BLOCK LLP AS SPECIAL CORPORATE DEFENSE COUNSEL FOR THE DEBTORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2019 THROUGH SEPTEMBER 30, 2019** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | |

To: The Notice Parties

| | |
|---|---|
| Name of Applicant: | Jenner & Block LLP |
| Authorized to Provide Professional Services to: | The Debtors as Special Corporate Defense Counsel |
| Date of Retention: | April 25, 2019, *nunc pro tunc* to January 29, 2019 |
| Period for which compensation and reimbursement are sought: | July 1, 2019 – September 30, 2019 |
| Amount of compensation sought as actual, reasonable, and necessary: | $2,511,567.50 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $28,496.16 |

1  Jenner & Block LLP ("**Jenner & Block**" or the "**Applicant**"), special corporate defense and energy counsel for PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), hereby submits its third consolidated fee statement (this "**Fee Statement**") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing July 1, 2019 through September 30, 2019 (the "**Fee Period**") pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated February 27, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

By this Fee Statement, Jenner & Block requests allowance and payment of $2,009,254.00 (80% of $2,511,567.50) as compensation for professional services rendered to the Debtors during the Fee Period and allowance and payment of $28,496.16 (representing 100% of the expenses incurred) as reimbursement for actual and necessary expenses incurred by Jenner & Block during the Fee Period.

Attached hereto as **Exhibit A** is a summary of hours during the Fee Period by project matter. Attached hereto as **Exhibit B** is summary of each professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period and the hourly rate and total fees for each professional. Attached hereto as **Exhibit C** is a summary of expenses incurred during the Fee Period. Attached hereto as **Exhibit D** are the detailed time entries for the Fee Period. Attached hereto as **Exhibit E** are the detailed expenses entries for the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is filed and served (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection Deadline, Jenner & Block will file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay Jenner & Block an amount equal to 80% of the fees and 100% of the expenses requested in this Fee Statement. If an objection is properly filed, the Debtors will be authorized and directed to pay Jenner & Block 80% of the fees and 100% of the expenses not subject to an objection.

Dated: November 14, 2019
Chicago, Illinois

Respectfully submitted,

JENNER & BLOCK LLP

By: /s/ Randall E. Mehrberg

Randall E. Mehrberg
353 N. Clark Street
Chicago, IL 60654
Tel: 312 840 7505
rmehrberg@jenner.com

*Special Corporate Defense & Energy Counsel for Debtors and Debtors in Possession*

## NOTICE PARTIES

PG&E Corporation
c/o Pacific Gas & Electric Company
Attn: Janet Loduca, Esq.
77 Beale Street
San Francisco, CA 94105

Weil, Gotshal & Manges LLP
Attn: Stephen Karotkin, Esq.
Jessica Liou, Esq.
Matthew Goren, Esq.
767 Fifth Avenue
New York, NY 10153

Keller & Benvenutti LLP
Attn: Tobias S. Keller, Esq.
Jane Kim, Esq.
650 California Street, Suite 1900
San Francisco, CA 94108

The Office of the United States Trustee for Region 17
Attn: James L. Snyder, Esq.
Timothy Laffredi, Esq.
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

Milbank LLP
Attn: Dennis F. Dunne, Esq.
Sam A. Khalil, Esq.
55 Hudson Yards
New York, NY 10001-2163

Milbank LLP
Attn: Paul S. Aronzon, Esq.,
Gregory A. Bray, Esq.,
Thomas R. Kreller, Esq.
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

Baker & Hostetler LLP
Attn: Eric Sagerman, Esq. and
Cecily Dumas, Esq.
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509

Scott H. McNutt, counsel for Bruce A. Markell, Fee Examiner
324 Warren Road
San Mateo, California 94402