# EXHIBIT A

| Matter | Name | Billing Rate | Hours | Amount |
|---|---|---|---|---|
| **TIME SUMMARY BY CATEGORY** ||||||
| **CRIMINAL INVESTIGATION (10006)** | | | | |
| | Randall E. Mehrberg | $893 | 7.0 | $ 6,251.00 |
| | Reid J. Schar | $982 | 53.6 | $ 52,635.20 |
| | Matthew E. Price | $714 | 21.2 | $ 15,136.80 |
| | Coral A. Negron | $714 | 27.9 | $ 19,920.60 |
| | Emily M. Loeb | $706 | 27.1 | $ 19,132.60 |
| | Julian J. Ginos | $595 | 30.9 | $ 18,385.50 |
| | Adrienne Lee Benson | $561 | 53.6 | $ 30,069.60 |
| | Sarah L. Norman | $459 | 5.2 | $ 2,386.80 |
| | Amir A. Shakoorian Tabrizi | $400 | 3.9 | $ 1,560.00 |
| | Tricia J. Peavler | $302 | 0.4 | $ 120.80 |
| | Michaela E. Novakovic | $276 | 1.0 | $ 276.00 |
| | **TOTAL** | | **231.8** | **$ 165,874.90** |
| **DOI INVESTIGATION (10014)** | | | | |
| | Thomas J. Perrelli | $1,118 | 0.2 | $ 223.60 |
| | Emily M. Loeb | $706 | 4.0 | $ 2,824.00 |
| | Carla J. Weiss | $672 | 5.9 | $ 3,964.80 |
| | **TOTAL** | | **10.1** | **$ 7,012.40** |
| **FEDERAL CONTRACTS ADVICE AND COUNSEL (10065)** | | | | |
| | Matthew L. Haws | $761 | 0.5 | $ 380.50 |
| | **TOTAL** | | **0.5** | **$ 380.50** |
| **FCC REGULATORY ADVICE AND COUNSEL (10081)** | | | | |
| | Johanna R. Thomas | $621 | 0.8 | $ 496.80 |
| | **TOTAL** | | **0.8** | **$ 496.80** |
| **LOCATE & MARK (10111)** | | | | |
| | Randall E. Mehrberg | $893 | 10.9 | $ 9,733.70 |
| | Reid J. Schar | $982 | 43.0 | $ 42,226.00 |
| | Brian P. Hauck | $782 | 416.0 | $ 325,312.00 |
| | Andrew F. Merrick | $714 | 290.7 | $ 207,559.80 |
| | Emily M. Loeb | $706 | 176.4 | $ 124,538.40 |
| | Carla J. Weiss | $672 | 44.1 | $ 29,635.20 |
| | Wesley M. Griffith | $663 | 468.0 | $ 310,284.00 |
| | Michael E. Stewart | $621 | 1.0 | $ 621.00 |
| | Tassity S. Johnson | $621 | 51.0 | $ 31,671.00 |
| | Samuel C. Birnbaum | $595 | 156.3 | $ 92,998.50 |

| | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| | Andrew C. Noll | $595 | 236.1 | $ 140,479.50 |
| | Daixi Xu | $506 | 119.6 | $ 60,517.60 |
| | Samuel Jahangir | $506 | 418.4 | $ 211,710.40 |
| | Jennifer J. Yun | $506 | 2.6 | $ 1,315.60 |
| | Sarah L. Norman | $459 | 429.8 | $ 197,278.20 |
| | Anna K. Lyons | $400 | 410.0 | $ 164,000.00 |
| | Amir A. Shakoorian Tabrizi | $400 | 385.8 | $ 154,320.00 |
| | Theresa L. Busch | $327 | 163.8 | $ 53,562.60 |
| | Diana V. Chuck | $302 | 15.8 | $ 4,771.60 |
| | **TOTAL** | | **3,839.3** | **$ 2,162,535.10** |
| **FPA ADVICE AND COUNSEL (10146)** | | | | |
| | Randall E. Mehrberg | $893 | 4.2 | $ 3,750.60 |
| | Suedeen G. Kelly | $871 | 4.1 | $ 3,571.10 |
| | E. Glenn Rippie | $840 | 1.2 | $ 1,008.00 |
| | Max Minzner | $740 | 33.8 | $ 25,012.00 |
| | Samuel C. Birnbaum | $595 | 0.8 | $ 476.00 |
| | Natacha Y. Lam | $561 | 1.3 | $ 729.30 |
| | Jason T. Perkins | $459 | 60.4 | $ 27,723.60 |
| | **TOTAL** | | **105.8** | **$ 62,270.60** |
| **BANKRUPTCY EMPLOYMENT (10252)** | | | | |
| | Randall E. Mehrberg | $893 | 33.2 | $ 29,647.60 |
| | Catherine L. Steege | $918 | 1.0 | $ 918.00 |
| | Brian P. Hauck | $782 | 2.3 | $ 1,798.60 |
| | Coral A. Negron | $714 | 1.0 | $ 714.00 |
| | Emily M. Loeb | $706 | 0.1 | $ 70.60 |
| | Angela M. Allen | $701 | 52.6 | $ 36,872.60 |
| | Johanna R. Thomas | $621 | 0.3 | $ 186.30 |
| | William A. Williams | $459 | 59.3 | $ 27,218.70 |
| | Toi D. Hooker | $327 | 3.4 | $ 1,111.80 |
| | Marc A. Patterson | $196 | 13.8 | $ 2,704.80 |
| | **TOTAL** | | **167.0** | **$ 101,243.00** |
| **BANKRUPTCY ADMINISTRATION (10261)** | | | | |
| | Randall E. Mehrberg | $893 | 0.5 | $ 446.50 |
| | Angela M. Allen | $701 | 3.7 | $ 2,593.70 |
| | William A. Williams | $459 | 8.7 | $ 3,993.30 |
| | **TOTAL** | | **12.9** | **$ 7,033.50** |

| FERC INTERLOCK ADVICE (10309) | | | | | |
|---|---|---|---|---|---|
| | Max Minzner | $740 | 1.3 | $ | 962.00 |
| | Natacha Y. Lam | $561 | 6.7 | $ | 3,758.70 |
| | **TOTAL** | | **8.0** | **$** | **4,720.70** |
| | **GRAND TOTAL** | | **4,376.2** | | **2,511,567.5** |