# EXHIBIT B

| | | TIME SUMMARY BY PROFESSIONAL | | | | |
|---|---|---|---|---|---|---|
| **TITLE** | **NAME OF PROFESSIONAL** | **DEPARTMENT** | **YEAR ADMITTED** | **HOURLY RATE** | **TOTAL HOURS BILLED** | **TOTAL AMOUNT REQUESTED** |
| **Partners** | Randall E. Mehrberg | Energy | 1980 | $893 | 55.8 | $49,829.40 |
| | Thomas J. Perrelli | Litigation | 1991 | $1,118 | 0.2 | $223.60 |
| | Reid J. Schar | Litigation | 1997 | $982 | 96.6 | $94,861.20 |
| | Catherine L. Steege | Restr. & Bankr. | 1982 | $918 | 1.0 | $918.00 |
| | Suedeen G. Kelly | Energy | 1976 | $871 | 4.1 | $3,571.10 |
| | E. Glenn Rippie | Energy | 1985 | $840 | 1.2 | $1,008.00 |
| | Brian P. Hauck | Energy | 2001 | $782 | 418.3 | $327,110.60 |
| | Matthew L. Haws | Litigation | 2002 | $761 | 0.5 | $380.50 |
| | Max Minzner | Energy | 2000 | $740 | 35.1 | $25,974.00 |
| | Andrew F. Merrick | Litigation | 2006 | $714 | 290.7 | $207,559.80 |
| | Matthew E. Price | Energy | 2007 | $714 | 21.2 | $15,136.80 |
| | Coral A. Negron | Litigation | 2008 | $714 | 28.9 | $20,634.60 |
| | Emily M. Loeb | Litigation | 2010 | $706 | 207.6 | $146,565.60 |
| | Angela M. Allen | Restr. & Bankr. | 2008 | $701 | 56.3 | $39,466.30 |
| **Special Counsel** | Johanna R. Thomas | Litigation | 2008 | $621 | 1.1 | $683.10 |
| **Total Partners & Special Counsel:** | | | | | 1,218.6 | $ 933,922.60 |
| **Associates** | Carla J. Weiss | Litigation | 2011 | $672 | 50.0 | $33,600.00 |
| | Wesley M. Griffith | Litigation | 2012 | $663 | 468.0 | $310,284.00 |
| | Michael E. Stewart | Litigation | 2014 | $621 | 1.0 | $621.00 |
| | Tassity S. Johnson | Litigation | 2014 | $621 | 51.0 | $31,671.00 |
| | Samuel C. Birnbaum | Litigation | 2015 | $595 | 157.1 | $93,474.50 |
| | Andrew C. Noll | Litigation | 2014 | $595 | 236.1 | $140,479.50 |
| | Julian J. Ginos | Litigation | 2015 | $595 | 30.9 | $18,385.50 |
| | Adrienne Lee Benson | Litigation | 2019 | $561 | 53.6 | $30,069.60 |
| | Natacha Y. Lam | Litigation | 2014 | $561 | 8.0 | $4,488.00 |
| | Daixi Xu | Litigation | 2016 | $506 | 119.6 | $60,517.60 |

| | Name | Department | Year Admitted | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| | Jennifer J. Yun | Litigation | 2017 | $506 | 2.6 | $1,315.60 |
| | Samuel Jahangir | Litigation | 2016 | $506 | 418.4 | $211,710.40 |
| | Sarah L. Norman | Litigation | 2017 | $459 | 435.0 | $199,665.00 |
| | Jason T. Perkins | Litigation | 2017 | $459 | 60.4 | $27,723.60 |
| | William A. Williams | Restr. & Bankr. | 2015 | $459 | 68.0 | $31,212.00 |
| | Anna K. Lyons | Litigation | 2018 | $400 | 410.0 | $164,000.00 |
| | Amir A. Shakoorian Tabrizi | Litigation | 2018 | $400 | 389.7 | $155,880.00 |
| **Total Associates:** | | | | | **2,959.4** | **$1,515,097.30** |
| **Paralegals** | Toi D. Hooker | Restr. & Bankr. | N/A | $327 | 3.4 | $1,111.80 |
| | Theresa L. Busch | Litigation | N/A | $327 | 163.8 | $53,562.60 |
| | Diana V. Chuck | Litigation | N/A | $302 | 15.8 | $4,771.60 |
| | Michaela E. Novakovic | Litigation | N/A | $276 | 1.0 | $276.00 |
| **Library Services** | Tricia J. Peavler | Library Services | N/A | $302 | 0.4 | $120.80 |
| **Bankr./ Litigation Specialist** | Marc A. Patterson | Restr. & Bankr. | N/A | $196 | 13.8 | $2,704.80 |
| **Total Paraprofessionals and Other Staff:** | | | | | **198.2** | **$62,547.60** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL AMOUNT REQUESTED |
|---|---|---|---|
| Partners and Special Counsel | $766.39 | 1,218.60 | $ 933,922.60 |
| Associates | $511.96 | 2,959.40 | $1,515,097.30 |
| Paraprofessionals and other non-legal staff | $315.58 | 198.2 | $62,547.60 |
| Blended Attorney Rate | $586.17 | 4,178.00 | $ 2,449,018.26 |
| **Total Fees Incurred** | **$573.92** | **4,376.20** | **$ 2,511,567.50** |