## EXHIBIT C

## DISBURSEMENT SUMMARY

| EXPENSES | AMOUNT |
|---|---|
| Travel | $26,477.63 |
| Photocopy & Related Expenses | 1,137.38 |
| Outside Printing Services | $419.83 |
| UPS | $406.30 |
| In-City Transportation | $55.02 |
| **TOTAL DISBURSEMENT** | **$28,496.16** |