**EXHIBIT E**

**EXPENSE DETAIL**

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | |
|---|---|
| CLIENT NUMBER: | 56604 |
| MATTER NUMBER: | 10287 |

PACIFIC GAS AND ELECTRIC COMPANY  OCTOBER 21, 2019
ATTN: LEGAL FINANCE SUPPORT GROUP  INVOICE # 9501601
77 BEALE STREET
B30A
SAN FRANCISCO, CA 94105

**EXPENSES**
**1907533**

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2019: | $ .00 |
| DISBURSEMENTS | $ 2,093.68 |
| TOTAL INVOICE | $ 2,093.68 |

*Electronic Invoice*

LAW OFFICES

# JENNER & BLOCK LLP

353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY<br>ATTN: LEGAL FINANCE SUPPORT GROUP<br>77 BEALE STREET<br>B30A<br>SAN FRANCISCO, CA 94105 | INVOICE # 9501601 |
| CLIENT NUMBER: 56604 | OCTOBER 21, 2019 |

FOR PROFESSIONAL SERVICES RENDERED
THROUGH JULY 31, 2019:

EXPENSES  MATTER NUMBER - 10287
1907533

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 4/23/19 | Other Professional Services ; Elan Corp Payment; Docket 4/26/2019; SQ *MARK S. DODSON; Transcript Fee for A. Benson; 4/23/2019 | 59.40 |
| 4/26/19 | Other Professional Services; Elan Corp Card; Simons 05/27/19 Stmt; COURTCALL appearance by phone for R. Mehrberg; 4/26/2019 | 72.50 |
| 7/03/19 | In-City Transportation, BRIAN HAUCK, 06/28/2019; return cab from meeting at PG&E. | 26.90 |
| 7/22/19 | Outside Printing Services; LA BEST COLOR IMAGING; 07/22/2019 | 419.83 |
| 7/22/19 | 07/22/2019 UPS Delivery Service 1Z01X4270193260080 | 32.02 |
| 7/24/19 | In-City Transportation, ANDREW NOLL, 07/27/2019; overtime taxi charges. | 9.15 |
| 7/29/19 | In-City Transportation, ANDREW NOLL, 07/23/2019; overtime taxi charges. | 9.58 |
| 7/30/19 | Travel, SARAH L. NORMAN, 07/22-24/2019; San Francisco, CA; Witness Interviews. | 1,464.30 |
| | TOTAL DISBURSEMENTS | $ 2,093.68 |

INVOICE TOTAL  $ 2,093.68

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER: 56604
MATTER NUMBER: 10287

PACIFIC GAS AND ELECTRIC COMPANY  NOVEMBER 12, 2019
ATTN: LEGAL FINANCE SUPPORT GROUP  INVOICE # 9505224
77 BEALE STREET
B30A
SAN FRANCISCO, CA 94105

**EXPENSES**
**1907533**

FOR PROFESSIONAL SERVICES RENDERED  $ .00
THROUGH AUGUST 31, 2019:

DISBURSEMENTS  $ 12,668.95

    TOTAL INVOICE  $ 12,668.95

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY<br>ATTN: LEGAL FINANCE SUPPORT GROUP<br>77 BEALE STREET<br>B30A<br>SAN FRANCISCO, CA 94105 | INVOICE # 9505224 |
| CLIENT NUMBER: 56604 | NOVEMBER 12, 2019 |

FOR PROFESSIONAL SERVICES RENDERED
THROUGH AUGUST 31, 2019:

| | |
|---|---|
| EXPENSES<br>1907533 | MATTER NUMBER - 10287 |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 8/01/19 | 08/01/2019 UPS Delivery Service 1Z01X4270192388409 | 9.40 |
| 8/06/19 | In-City Transportation, ANDREW NOLL, 07/30/2019; overtime taxi charges. | 9.39 |
| 8/13/19 | Travel, ANDREW F. MERRICK, 07/22-24/2019; San Francisaco, CA; Interviews. | 2,667.10 |
| 8/19/19 | Photocopy & Related Expenses; LA BEST COLOR IMAGING; 08/19/2019; Printing and Binding. | 304.85 |
| 8/19/19 | Photocopy & Related Expenses; LA BEST COLOR IMAGING; 08/19/2019; Printing and Binding. | 148.37 |
| 8/19/19 | 08/19/2019 UPS Delivery Service 1Z01X4270199173977 | 14.42 |
| 8/20/19 | 08/20/2019 UPS Delivery Service 1Z22124ENP95277315 | 128.01 |
| 8/23/19 | 08/23/2019 UPS Delivery Service 1Z6134380193255231 | 35.23 |
| 8/26/19 | 08/26/2019 UPS Delivery Service 1Z6134381590747411 | 135.70 |
| 8/28/19 | Travel, SARAH L. NORMAN, 08/22-23/2019; San Francisco, CA; for deposition and witness preparation. | 1,444.71 |
| 8/28/19 | Travel; ANDREW NOLL; 08/25-28/2019; San Francisco, CA; for deposition of PG&E employees at the California Plant. | 3,821.89 |
| 8/29/19 | 08/29/2019 UPS Delivery Service 1Z6134388492696245 | 34.61 |
| 8/30/19 | Travel; SARAH L. NORMAN; 08/25-30/2019; San Francisco, CA for PG&E deposition defenses and expert preparation. | 3,915.27 |
| | TOTAL DISBURSEMENTS | $ 12,668.95 |

| | |
|---|---|
| INVOICE TOTAL | $ 12,668.95 |

LAW OFFICES
# JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

| | |
|---|---|
| CLIENT NUMBER: | 56604 |
| MATTER NUMBER: | 10287 |

PACIFIC GAS AND ELECTRIC COMPANY
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA 94105

NOVEMBER 13, 2019
INVOICE # 9508146

**EXPENSES**
**1907533**

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2019: $ .00

DISBURSEMENTS $ 13,865.43

TOTAL INVOICE $ 13,865.43

Electronic Invoice

PACIFIC GAS AND ELECTRIC COMPANY  INVOICE #  9508146
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA  94105

CLIENT NUMBER:  56604  NOVEMBER 13, 2019

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 30, 2019:

EXPENSES  MATTER NUMBER - 10287
1907533

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 9/04/19 | Travel, REID J. SCHAR, 08/26-29/2019; San Francisco, CA; Preparation, depositions and debriefing. | 3,414.43 |
| 9/18/19 | Photocopy & Related Expenses; LA BEST COLOR IMAGING; 09/18/2019; Printing and Binding. | 651.69 |
| 9/18/19 | 09/18/2019 UPS Delivery Service 1Z01X4270197858982 | 16.91 |
| 9/19/19 | Photocopy & Related Expenses; LA BEST COLOR IMAGING; 09/19/2019; Printing and Binding. | 32.47 |
| 9/27/19 | Travel, REID J. SCHAR, 09/15/2019 - 09/17/2019; Attended court hearing on Monitor letter includingpre-meeting and post-hearing debrief. | 2,503.65 |
| 9/27/19 | Travel, ANNA K. LYONS, 09/04/2019, PG&E Meeting. | 9.95 |
| 9/27/19 | Travel, ANDREW F. MERRICK, 08/25/2019 - 08/30/2019, San Francisco CA, Depositions. | 5,237.85 |
| 9/28/19 | Travel, ANDREW F. MERRICK, 08/22/2019 - 08/23/2019, San Francisco CA, Deposition Preparation. | 1,998.48 |
|  | TOTAL DISBURSEMENTS | $ 13,865.43 |

INVOICE TOTAL  $ 13,865.43