**EXHIBIT A**

**CERTIFICATION**

JENNER & BLOCK LLP
Randall E. Mehrberg
353 N. Clark Street
Chicago, IL 60654
Tel: 312 840 7505
rmehrberg@jenner.com

*Special Corporate Defense & Energy Counsel
for Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **CERTIFICATION OF RANDALL E. MEHRBERG IN RESPECT OF SECOND INTERIM APPLICATION OF JENNER & BLOCK LLP AS SPECIAL CORPORATE DEFENSE COUNSEL TO THE DEBTORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JUNE 1, 2019 THROUGH SEPTEMBER 30, 2019** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>X Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Randall E. Mehrberg, hereby certify that:

1. I am a partner in the firm of Jenner & Block LLP ("**Jenner & Block**"). By Order of the Court, dated April 25, 2019, the above-captioned debtors (the "**Debtors**") were authorized to employ Jenner & Block as special corporate defense counsel *nunc pro tunc* to January 29, 2019. [Dkt. 1679.]

2. I am the professional designated by Jenner & Block with the responsibility for compliance with the *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees in the United States Bankruptcy Court for the Northern District*

*of California* (updated February 19, 2014) (the "**Local Guidelines**"), and the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases*, adopted by the Executive Office for the United States Trustee (the "**UST Guidelines**", and together with the Local Guidelines, the "**Guidelines**") and the *Order Pursuant to 11 U.S.C. §§ 130 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. 701] (the "**Compensation Procedures Order**").

3. This Certification is made in support of Jenner & Block's second interim application (the "**Second Interim Fee Application**") for the allowance of compensation for services rendered and reimbursement of expenses incurred for the period from June 1, 2019 through and including September 30, 2019 (the "**Second Interim Application Period**").

4. I have reviewed the Second Interim Fee Application.

5. To the best of my knowledge, information, and belief formed after reasonable inquiry of Jenner & Block's accounting personnel and legal and paraprofessional staff, the Second Interim Fee Application complies with the mandatory guidelines set forth in the Guidelines.

6. The fees and disbursements sought are billed at or below rates and in accordance with practices customarily employed by Jenner & Block and generally accepted by Jenner & Block's clients.

7. To the best of my knowledge, information, and belief formed after reasonable inquiry of Jenner & Block's personnel, Jenner & Block does not make a profit in connection with any disbursements sought in the Second Interim Fee Application except (i) in recording certain disbursements, for administrative convenience, charges are rounded up to the nearest dollar (e.g., long distance telephone calls); (ii) volume discounts, if any, are not reflected (e.g., UPS); and (iii) certain estimates for expenses related to various

disbursements are not specifically calculated (e.g., taxes, rental charges, and related costs of electronic legal research services).

8. To the best of my knowledge, information, and belief formed after reasonable inquiry of Jenner & Block's accounting personnel, Jenner & Block does not include in the amount of any disbursements the amortization of the cost of any investment, equipment, or capital outlay.

9. To the best of my knowledge, information, and belief formed after reasonable inquiry of Jenner & Block's accounting personnel, to the extent that Jenner & Block has purchased or contracted for services from a third party, reimbursement is sought only for the amount billed by the third party to Jenner & Block and paid by Jenner & Block.

10. Jenner & Block maintains supporting documentation for each item for which reimbursement is sought, and such documentation is available for review on request by the Court or the United States Trustee.

11. Jenner & Block has complied with the provisions requiring it to provide the United States Trustee, the Fee Examiner, and the Debtors with a statement of Jenner & Block's fees and expenses.

12. The Notice Parties (as defined in the Compensation Procedures Order) will each be provided with a copy of the Second Interim Fee Application.

Dated: November 14, 2019          Respectfully submitted,

By: /s/ Randy Mehrberg

Randall E. Mehrberg
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel: 312 840 7505
rmehrberg@jenner.com

*Special Corporate Defense & Energy Counsel for Debtors and Debtors in Possession*