**EXHIBIT C**

| TIME SUMMARY BY CATEGORY | | | | |
|---|---|---|---|---|
| Matter | Name | Billing Rate | Hours | Amount |
| **CRIMINAL INVESTIGATION (10006)** | | | | |
| | Randall E. Mehrberg | $893 | 7.0 | $ 6,251.00 |
| | Reid J. Schar | $982 | 60.0 | $ 58,920.00 |
| | Matthew E. Price | $714 | 21.2 | $ 15,136.80 |
| | Coral A. Negron | $714 | 30.4 | $ 21,705.60 |
| | Emily M. Loeb | $706 | 27.5 | $ 19,415.00 |
| | Julian J. Ginos | $595 | 30.9 | $ 18,385.50 |
| | Adrienne Lee Benson | $561 | 55.3 | $ 31,023.30 |
| | Sarah L. Norman | $459 | 5.2 | $ 2,386.80 |
| | Amir A. Shakoorian Tabrizi | $400 | 3.9 | $ 1,560.00 |
| | Tricia J. Peavler | $302 | 0.4 | $ 120.80 |
| | Michaela E. Novakovic | $276 | 1.0 | $ 276.00 |
| | **TOTAL** | | **242.8** | **$ 175,180.80** |
| **DOI INVESTIGATION (10014)** | | | | |
| | Thomas J. Perrelli | $1,118 | 1.3 | $ 1,453.40 |
| | Matthew L. Haws | $761 | 0.6 | $ 456.60 |
| | Emily M. Loeb | $706 | 6.6 | $ 4,659.60 |
| | Carla J. Weiss | $672 | 6.8 | $ 4,569.60 |
| | **TOTAL** | | **15.3** | **$ 11,139.20** |
| **FEDERAL CONTRACTS ADVICE AND COUNSEL (10065)** | | | | |
| | Matthew L. Haws | $761 | 1.0 | $ 761.00 |
| | **TOTAL** | | **1.0** | **$ 761.00** |
| **FCC REGULATORY ADVICE AND COUNSEL (10081)** | | | | |
| | Johanna R. Thomas | $621 | 0.8 | $ 496.80 |
| | **TOTAL** | | **0.8** | **$ 496.80** |

| LOCATE & MARK (10111) | | | | |
|---|---|---:|---:|---:|
| | Randall E. Mehrberg | $893 | 17.9 | $ 15,984.70 |
| | Reid J. Schar | $982 | 52.5 | $ 51,555.00 |
| | Brian P. Hauck | $782 | 543.5 | $ 425,017.00 |
| | David M. Greenwald | $761 | 0.7 | $ 532.70 |
| | John R. Storino | $757 | 0.5 | $ 378.50 |
| | Andrew F. Merrick | $714 | 340.2 | $ 242,902.80 |
| | Emily M. Loeb | $706 | 230.6 | $ 162,803.60 |
| | Carla J. Weiss | $672 | 44.1 | $ 29,635.20 |
| | Wesley M. Griffith | $663 | 565.4 | $ 374,860.20 |
| | Michael E. Stewart | $621 | 1.0 | $ 621.00 |
| | Tassity S. Johnson | $621 | 51.0 | $ 31,671.00 |
| | Samuel C. Birnbaum | $595 | 156.3 | $ 92,998.50 |
| | Andrew C. Noll | $595 | 286.9 | $ 170,705.50 |
| | Daixi Xu | $506 | 123.1 | $ 62,288.60 |
| | Samuel Jahangir | $506 | 422.6 | $ 213,835.60 |
| | Jennifer J. Yun | $506 | 5.0 | $ 2,530.00 |
| | Sarah L. Norman | $459 | 560.7 | $ 257,361.30 |
| | Anna K. Lyons | $400 | 486.9 | $ 194,760.00 |
| | Amir A. Shakoorian Tabrizi | $400 | 460.8 | $ 184,320.00 |
| | Theresa L. Busch | $327 | 188.3 | $ 61,574.10 |
| | Diana V. Chuck | $302 | 15.8 | $ 4,771.60 |
| | **TOTAL** | | **4,553.80** | **$ 2,581,106.90** |
| **FPA ADVICE AND COUNSEL (10146)** | | | | |
| | Randall E. Mehrberg | $893 | 7.0 | $ 6,251.00 |
| | Suedeen G. Kelly | $871 | 4.1 | $ 3,571.10 |
| | E. Glenn Rippie | $840 | 1.2 | $ 1,008.00 |
| | Max Minzner | $740 | 44.8 | $ 33,152.00 |
| | Samuel C. Birnbaum | $595 | 2.4 | $ 1,428.00 |
| | Karthik P. Reddy | $561 | 0.2 | $ 112.20 |
| | Natacha Y. Lam | $561 | 1.3 | $ 729.30 |
| | Jason T. Perkins | $459 | 104.0 | $ 47,736.00 |
| | **TOTAL** | | **165.0** | **$ 93,987.60** |

| | | | | |
|---|---|---|---|---|
| **BANKRUPTCY EMPLOYMENT (10252)** | | | | |
| | Randall E. Mehrberg | $893 | 37.4 | $ 33,398.20 |
| | Catherine L. Steege | $918 | 1.0 | $ 918.00 |
| | Brian P. Hauck | $782 | 2.3 | $ 1,798.60 |
| | Coral A. Negron | $714 | 1.0 | $ 714.00 |
| | Emily M. Loeb | $706 | 0.1 | $ 70.60 |
| | Angela M. Allen | $701 | 56.3 | $ 39,466.30 |
| | Johanna R. Thomas | $621 | 0.3 | $ 186.30 |
| | William A. Williams | $459 | 63.5 | $ 29,146.50 |
| | Toi D. Hooker | $327 | 3.4 | $ 1,111.80 |
| | Marc A. Patterson | $196 | 16.2 | $ 3,175.20 |
| | **TOTAL** | | **181.5** | **$ 109,985.50** |
| **BANKRUPTCY ADMINISTRATION (10261)** | | | | |
| | Randall E. Mehrberg | $893 | 1.2 | $ 1,071.60 |
| | Angela M. Allen | $701 | 4.0 | $ 2,804.00 |
| | William A. Williams | $459 | 8.7 | $ 3,993.30 |
| | **TOTAL** | | **13.9** | **$ 7,868.90** |
| **REGULATORY MATTER (10295)** | | | | |
| | Reid J. Schar | $982 | 1.0 | $ 982.00 |
| | Coral A. Negron | $714 | 0.2 | $ 142.80 |
| | Reena Sikdar | $561 | 1.8 | $ 1,009.80 |
| | **TOTAL** | | **3.0** | **$ 2,134.60** |
| **FERC INTERLOCK ADVICE (10309)** | | | | |
| | Max Minzner | $740 | 1.3 | $ 962.00 |
| | Natacha Y. Lam | $561 | 6.7 | $ 3,758.70 |
| | **TOTAL** | | **8.0** | **$ 4,720.70** |
| | **GRAND TOTAL** | | **5,185.10** | **$ 2,987,382.00** |