# EXHIBIT D

| | | TIME SUMMARY BY PROFESSIONAL | | | | |
|---|---|---|---|---|---|---|
| **TITLE** | **NAME OF PROFESSIONAL** | **DEPARTMENT** | **YEAR ADMITTED** | **HOURLY RATE** | **TOTAL HOURS BILLED** | **TOTAL AMOUNT REQUESTED** |
| **Partners** | Randall E. Mehrberg | Energy | 1980 | $893 | 70.50 | $ 62,956.50 |
| | Thomas J. Perrelli | Litigation | 1991 | $1,118 | 1.30 | $ 1,453.40 |
| | Reid J. Schar | Litigation | 1997 | $982 | 113.50 | $ 111,457.00 |
| | Catherine L. Steege | Restr. & Bankr. | 1982 | $918 | 1.00 | $ 918.00 |
| | Suedeen G. Kelly | Energy | 1976 | $871 | 4.10 | $ 3,571.10 |
| | E. Glenn Rippie | Energy | 1985 | $840 | 1.20 | $ 1,008.00 |
| | Brian P. Hauck | Energy | 2001 | $782 | 545.80 | $ 426,815.60 |
| | David M. Greenwald | Litigation | 1986 | $761 | 0.70 | $ 532.70 |
| | Matthew L. Haws | Litigation | 2002 | $761 | 1.60 | $ 1,217.60 |
| | John R. Storino | Litigation | 2000 | $757 | 0.50 | $ 378.50 |
| | Max Minzner | Energy | 2000 | $740 | 46.10 | $ 34,114.00 |
| | Andrew F. Merrick | Litigation | 2006 | $714 | 340.20 | $ 242,902.80 |
| | Matthew E. Price | Energy | 2007 | $714 | 21.20 | $ 15,136.80 |
| | Coral A. Negron | Litigation | 2008 | $714 | 31.60 | $ 22,562.40 |
| | Emily M. Loeb | Litigation | 2010 | $706 | 264.80 | $ 186,948.80 |
| | Angela M. Allen | Restr. & Bankr. | 2008 | $701 | 60.30 | $ 42,270.30 |
| **Special Counsel** | Johanna R. Thomas | Litigation | 2008 | $621 | 1.10 | $ 683.10 |
| **Total Partners & Special Counsel:** | | | | | 1,505.50 | $1,154,926.60 |
| **Associates** | Carla J. Weiss | Litigation | 2011 | $672 | 50.90 | $ 34,204.80 |
| | Wesley M. Griffith | Litigation | 2012 | $663 | 565.40 | $ 374,860.20 |
| | Tassity S. Johnson | Litigation | 2014 | $621 | 51.00 | $ 31,671.00 |
| | Michael E. Stewart | Litigation | 2014 | $621 | 1.00 | $ 621.00 |
| | Samuel C. Birnbaum | Litigation | 2015 | $595 | 158.70 | $ 94,426.50 |
| | Andrew C. Noll | Litigation | 2014 | $595 | 286.90 | $ 170,705.50 |
| | Julian J. Ginos | Litigation | 2015 | $595 | 30.90 | $ 18,385.50 |
| | Reena Sikdar | Litigation | 2015 | $561 | 1.80 | $ 1,009.80 |
| | Adrienne Lee Benson | Litigation | 2019 | $561 | 55.30 | $ 31,023.30 |
| | Natacha Lam | Litigation | 2014 | $561 | 8.00 | $ 4,488.00 |
| | Karthik P. Reddy | Litigation | 2015 | $561 | 0.20 | $ 112.20 |

| | Name | Department | Year Admitted | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| | Daixi Xu | Litigation | 2016 | $506 | 123.10 | $ 62,288.60 |
| | Jennifer J. Yun | Litigation | 2017 | $506 | 5.00 | $ 2,530.00 |
| | Samuel Jahangir | Litigation | 2016 | $506 | 422.60 | $ 213,835.60 |
| | William A. Williams | Restr. & Bankr. | 2015 | $459 | 72.20 | $ 33,139.80 |
| | Sarah L. Norman | Litigation | 2017 | $459 | 565.90 | $ 259,748.10 |
| | Jason T. Perkins | Litigation | 2017 | $459 | 104.00 | $ 47,736.00 |
| | Anna K. Lyons | Litigation | 2018 | $400 | 486.90 | $ 194,760.00 |
| | Amir A. Shakoorian Tabrizi | Litigation | 2018 | $400 | 464.70 | $ 185,880.00 |
| **Total Associates:** | | | | | 3,454.50 | **$1,761,425.90** |
| **Paralegals** | Toi D. Hooker | Restr. & Bankr. | N/A | $327 | 3.40 | $ 1,111.80 |
| | Theresa L. Busch | Litigation | N/A | $327 | 188.30 | $ 61,574.10 |
| | Diana V. Chuck | Litigation | N/A | $302 | 15.80 | $ 4,771.60 |
| | Michaela E. Novakovic | Litigation | N/A | $276 | 1.00 | $ 276.00 |
| **Library Services** | Tricia J. Peavler | Library Services | N/A | $302 | 0.40 | $ 120.80 |
| **Bankr./ Litig. Specialist** | Marc A. Patterson | Restr. & Bankr | N/A | $196 | 16.20 | $ 3,175.20 |
| **Total Paraprofessionals and Other Staff:** | | | | | 225.10 | **$ 71,029.50** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL AMOUNT REQUESTED |
|---|---|---|---|
| Partners and Special Counsel | 767.138 | 1,505.50 | $ 1,154,926.60 |
| Associates | 509.893 | 3,454.50 | $1,761,425.90 |
| Paraprofessionals and other non-legal staff | 315.546 | 225.10 | $71,029.50 |
| **Blended Attorney Rate** | 587.974 | **4,960.00** | **$ 2,916,352.50** |
| **Blended Timekeeper Rate** | 576.147 | **5,185.10** | **$ 2,987,382.00** |

2