# **EXHIBIT F**

## **DISBURSEMENT SUMMARY**

| EXPENSES | AMOUNT |
|---|---:|
| Travel | $26,477.63 |
| Photocopy & Related Expenses | $1,137.38 |
| Outside Printing Services | $419.83 |
| UPS | $406.30 |
| In-City Transportation | $137.22 |
| **TOTAL DISBURSEMENT** | **$28,578.36** |