# EXHIBIT H

## Jenner & Block Budget Comparison
## June 1, 2019 through September 30, 2019

| Matter ID | PROJECT CATEGORY | BUDGETED | REQUESTED |
|---|---|---|---|
| 10006 | Criminal Investigation | $265,000.00 | $175,180.80 |
| 10014 | DOI Investigation | $35,000.00 | $11,139.20 |
| 10065 | Federal Contracts Advice and Counsel | $10,000.00 | $761.00 |
| 10081 | FCC Regulatory Advice and Counsel | $5,000.00 | $496.80 |
| 10111 | Locate and Mark | $2,600,000.00 | $2,581,106.90 |
| 10146 | FPA Advice and Counsel | $57,500.00 | $93,987.60 |
| 10252/10261 | Bankr. Employment/Bankr. Admin. | $450,000.00 | $109,985.50/ $7,868.90 |
| 10295 | Regulatory Matter | $35,000.00 | $2,134.60 |
| 10309 | FERC Interlock Advice | $7,000.00 | $4,720.70 |
| | **TOTAL** | **$3,464,500.00** | **$2,987,382.00** |