## EXHIBIT I

### Jenner & Block Staffing Plan Comparison
### June 1, 2019 through September 30, 2019

| Staffing Plan | | | Actual | | |
|---|---|---|---|---|---|
| Name | Position | Rate | Name | Position | Rate |
| Randall E. Mehrberg | Partner | $893 | Randall E. Mehrberg | Partner | $893 |
| Thomas J. Perrelli | Partner | $1,118 | Thomas J. Perrelli | Partner | $1,118 |
| Ian H. Gershengorn | Partner | $982 | Reid J. Schar | Partner | $982 |
| Reid J. Schar | Partner | $982 | Catherine L. Steege | Partner | $918 |
| Catherine L. Steege | Partner | $918 | E. Glenn Rippie | Partner | $840 |
| Suedeen G. Kelly | Partner | $871 | Brian P. Hauck | Partner | $782 |
| E. Glenn Rippie | Partner | $840 | David M. Greenwald | Partner | $761 |
| Sam Hirsch | Partner | $782 | Matthew L. Haws | Partner | $761 |
| Brian P. Hauck | Partner | $782 | John R. Storino | Partner | $757 |
| David M. Greenwald | Partner | $761 | Max Minzner | Partner | $740 |
| Matthew S. Hellman | Partner | $761 | Andrew F. Merrick | Partner | $714 |
| Matthew L. Haws | Partner | $761 | Matthew E. Price | Partner | $714 |
| Brandon D. Fox | Partner | $761 | Coral A. Negron | Partner | $714 |
| John R. Storino | Partner | $757 | Emily M. Loeb | Partner | $706 |
| Charles Riely | Partner | $752 | Angela M. Allen | Partner | $701 |
| Max Minzner | Partner | $740 | Johanna R. Thomas | Special Counsel | $621 |
| Andrew F. Merrick | Partner | $714 | Carla J. Weiss | Associate | $672 |
| Allison A. Torrence | Partner | $714 | Wesley M. Griffith | Associate | $663 |
| Matthew E. Price | Partner | $714 | Tassity S. Johnson | Associate | $621 |
| Coral A. Negron | Partner | $714 | Michael E. Stewart | Associate | $621 |
| Emily M. Loeb | Partner | $706 | Samuel C. Birnbaum | Associate | $595 |
| Angela Allen | Partner | $701 | Andrew C. Noll | Associate | $595 |
| Elliot S. Tarloff | Partner | $620 | Julian J. Ginos | Associate | $595 |
| David M. Didion | Special Counsel | $621 | Karthik P. Reddy | Associate | $561 |
| Johanna R. Thomas | Special Counsel | $621 | Reena Sikdar | Associate | $561 |
| Emily A. Bruemmer | Associate | $701 | Adrienne Lee Benson | Associate | $561 |
| Carla J. Weiss | Associate | $672 | Natacha Lam | Associate | $561 |
| Wesley M. Griffith | Associate | $663 | Daixi Xu | Associate | $506 |
| Tassity S. Johnson | Associate | $621 | Jennifer J. Yun | Associate | $506 |
| Alexander J. Bandza | Associate | $621 | Samuel Jahangir | Associate | $506 |
| Michael E. Stewart | Associate | $621 | William A. Williams | Associate | $459 |
| Samuel C. Birnbaum | Associate | $595 | Sarah L. Norman | Associate | $459 |
| Emily K. McWilliams | Associate | $595 | Jason T. Perkins | Associate | $459 |
| Marguerite L. Moeller | Associate | $595 | Amir A. Shakoorian | Associate | $400 |
| Andrew C. Noll | Associate | $595 | Anna K. Lyons | Associate | $400 |
| Katherine B. Johnson | Associate | $595 | Toi D. Hooker | Paralegal | $327 |
| Julian J. Ginos | Associate | $595 | Theresa L. Busch | Paralegal | $327 |
| Samuel C. Birnbaum | Associate | $595 | Diana V. Chuck | Paralegal | $302 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Natascha Lam | Associate | $561 | Tricia J. Peavler | Library | $301 |
| Adrienne Lee Benson | Associate | $561 | Michaela E. Novakovic | Paralegal | $276 |
| Reena Sikdar | Associate | $561 | Marc A. Patterson | Bankr./Litig. | $196 |
| Karthik P. Reddy | Associate | $561 | | | |
| Jennifer Yun | Associate | $506 | | | |
| Andrew Cherry | Associate | $506 | | | |
| Daixi Xu | Associate | $506 | | | |
| Samuel Jahangir | Associate | $506 | | | |
| Andrew P. Walker | Associate | $506 | | | |
| Monika N. Kothari | Associate | $506 | | | |
| William A. Williams | Associate | $459 | | | |
| Sarah L. Norman | Associate | $459 | | | |
| Michelle Peleg | Associate | $459 | | | |
| Jason T. Perkins | Associate | $459 | | | |
| Effiong Dampha | Associate | $400 | | | |
| Amy Eggerton-Wiley | Associate | $400 | | | |
| Anna K. Lyons | Associate | $400 | | | |
| Amir A. Shakoorian | Associate | $400 | | | |
| Adrienne Lee Benson | Associate | $561 | | | |
| Toi D. Hooker | Paralegal | $327 | | | |
| Theresa L. Busch | Paralegal | $327 | | | |
| Diana V. Chuck | Paralegal | $302 | | | |
| Tricia J. Peavler | Library | $301 | | | |
| Michaela E. Novakovic | Paralegal | $276 | | | |
| Marc A. Patterson | Bankr./Litig. | $196 | | | |
| Mary Gulden | Paralegal | $187 | | | |
| Madison Amboian | Paralegal | $187 | | | |
| Matthew T. Par | Applied Tech. | $157 | | | |

2