**Exhibit J**
**Summary of Jenner & Block LLP Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category | Blended Hourly Rate | |
| --- | --- | --- |
| | **Worked and Billed January 2018 – December 2018** (Excluding Bankruptcy Matters) | **Billed in this Fee Application** |
| **Partners & Special Counsel** | $769 | $767.14 |
| 20+ years since admission | $820 | $945.90 |
| 13-19 years since admission | $726 | $755.12 |
| 0-12 years since admission | $700 | $706.07 |
| **Associates** | $529 | $509.89 |
| 6+ years since admission | $620 | $663.74 |
| 4-5 years since admission | $588 | $580.57 |
| 0-3 years since admission | $506 | $447.95 |
| **Paraprofessionals** | $284 | $315.55 |
| **Blended Rate for All Attorneys** | $594 | $587.97 |
| **Blended Rate for All Timekeepers** | $567 | $576.15 |