SCOTT H. McNUTT (CSBN 104696)
324 Warren Road
San Mateo, California 94402
Telephone: (415) 760-5601
Email: smcnutt@ml-sf.com

Counsel to the Fee Examiner

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re

PG&E CORPORATION,

- and -

PACIFIC GAS AND ELECTRIC COMPANY,

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

* All papers shall be filed in the Lead Case, No. 19-30088 (DM)

Bankruptcy Case
No. 19-30088 (DM)
(Lead Case)
(Jointly Administered)

Chapter 11

**DECLARATION IN SUPPORT OF ENTRY OF ORDER ESTABLISHING FEE PROCEDURES**

Date: October 7, 2019
Time: 1:30 p.m. (Pacific Time)
Place: United States Bankruptcy Court
Courtroom 17,
450 Golden Gate Avenue
16th Floor
San Francisco, CA

Judge: Hon. Dennis Montali

1. I am Scott H. McNutt, Counsel to the Fee Examiner in the above-referenced bankruptcy cases. I make this declaration of my own, personal knowledge.

2. I make this declaration in support of entry of the order uploaded simultaneously herewith, a copy of which is attached as Exhibit A.

DECL. IN SUPPORT OF ENTRY OF ORDER

3. The Fee Examiner's Motion to Approve Fee Procedures [Docket No. 3950] (the "Fee Procedures Motion"), was Entered September 19, 2019.

4. The Court heard and considered the Fee Procedures Motion at the date, time and place set forth above.

5. At the Court's direction, the Fee Examiner filed his Reply in Support of Fee Procedures Motion [Docket No. 4475], Entered October 24, 2019. The Reply explains that the Fee Examiner still requires entry of an order on the Fee Procedures Order. Specifically, the Court must adopt its tentative ruling concerning travel time, as well as the scheduling provisions proposed under the Fee Procedures Motion. The Reply attached as an exhibit a proposed form of order identical to Exhibit A hereto.

6. Although the Reply asked the Court to indicate that the Court was adopting the tentative, the Court has done nothing since the filing of the Reply.

7. The Fee Examiner asks the Court to enter the uploaded order, which is consistent with the Court's tentative ruling.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct and that this declaration was executed at San Mateo, California, on November 14, 2019.

DATED: November 14, 2019　　　　SCOTT H. McNUTT

By: /s/Scott H. McNutt
Scott H. McNutt
Counsel to the Fee Examiner

# EXHIBIT A

SCOTT H. McNUTT (CSBN 104696)
324 Warren Road
San Mateo, California 94402
Telephone: (415) 760-5601
Email: smcnutt@ml-sf.com

Counsel to the Fee Examiner

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**ORDER GRANTING FEE EXAMINER'S MOTION TO APPROVE FEE PROCEDURES**<br><br>Date:  October 7, 2019<br>Time:  1:30 p.m. PST<br>Place: Courtroom 17<br>         16th Floor<br>         450 Golden Gate Avenue<br>         San Francisco, CA<br><br>Judge: Hon. Dennis Montali |

Bruce A. Markell, the Court Appointed Fee Examiner (the "Fee Examiner"), in these jointly administered bankruptcy cases, filed his Motion to Approve Fee Procedures on September 19, 2019 [Doc. No. 3950, Entered September 19, 2019] ("Fee Procedures Motion).

Three responsive pleadings to the Fee Procedures Motion were filed:

A.  "Retained Professionals' Joint Response" [Retained Professionals' Joint Response to Motion to Approve Fee Procedures and Fee Examiner Protocol, Docket No. 4064, Entered October 1, 2019].

B. "Milbank Response" [Response of Millbank LLP, Counsel to the Official Committee of Unsecured Creditors, to the Fee Examiner's Motion for Approval of Fee Procedures, Docket No. 4050, Entered October 1, 2019].

C. "U.S. Trustee's Response" [U.S. Trustee's Response to Motion to approve Fee Procedures and Comments Regarding First Interim Fee Applications, Docket No. 4025, Entered September 27, 2019].

This Court filed a "Tentative Ruling" on October 6, 2019 [Docket Text Order]. A hearing was held October 7, 2019. The Fee Examiner and all parties filing responsive pleadings appeared and argued. The Court encouraged parties to work out their differences, suggesting that certain parties "meet and confer" over differences in the wording and structure of the Fee Examiner's Protocol, originally filed with the Court as Docket No. 3762, on August 30, 2019 ("Original Protocol").

A hearing was held on October 7, 2019 at 1:30 p.m. Appearances are as noted in the record.

**Wherefore, in light of the foregoing, and good cause appearing therefor, It is Hereby Ordered that:**

1. The Fee Examiner's Motion to set Fee Procedures is granted as provided herein.
2. As to any currently pending interim fee application (defined as any interim fee application filed before October 8, 2019):
    i. Only the Fee Examiner shall have authority to set a hearing date, and such dates shall be set under the provisions of Paragraph 9 of the Order Appointing Fee Examiner, i.e., after a final report, in coordination with the Debtors counsel, and grouped to advance judicial economy.
    ii. If a fee applicant and the Fee Examiner have reached a compromise, then a hearing should be set on the same basis and be coordinated with other fee hearings, so that hearings are grouped to advance judicial economy.

3. As to future cycles of interim fee applications, the following procedures should be ordered;

   i. Interim fee applications shall be considered every four months, as provided for in the Interim Procedures Order. Under that order the first interim fee applications were to be filed by July 15, 2019. Future interim applications may be filed at four-month intervals commencing with that date. The next deadline to file an interim fee application shall be November 15, 2019, followed by March 15, 2020, and so on every four months. If an interim fee application is filed after the deadline, it will be deemed filed at the next interval. Each application will cover fees and expenses incurred through the end of the second full month preceding the deadline. For example, the applications filed November 15 shall cover time and expenses through September 30; the applications due March 15, 2020 will cover time and expenses through January 31, 2020.

   ii. In the discretion of the Fee Examiner, the hearing dates on the interim applications will be grouped into three blocks as follows:
   - The "core" debtors' counsel and committee counsel (Keller Benvenutti, Weil Gotschal, Cravath, Milbank, and Baker Hostetler);
   - Debtors' other legal counsel subject to fee examination; and
   - Non-legal professionals.

4. The Fee Examiner will determine when each block is set for hearing, attempting to do so in a manner respecting judicial economy and the efficient use of Fee Applicant's time. The Fee Examiner may set each block on a different day. The goal is to group applications such that duplication of effort can be more easily detected (if it exists), and to also spread out the work of the Fee Examiner and his limited staff.

5. The Court adopts its Tentative Ruling and specifically orders that any non-working travel time is disallowed except as provided in the Local Guidelines and this Court's own guidelines. Any Revised Protocol agreed to by the parties should provide "Non-working travel time is compensable as provided in the existing Local Rules and Court Guidelines."

**\*\*End of Order\*\***