1 GREGG M. FICKS (State Bar No. 148093)
COBLENTZ PATCH DUFFY & BASS LLP
2 One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
3 Telephone: 415.391.4800
Facsimile: 415.989.1663
4 Email: ef-gmf@cpdb.com

5 *Special Counsel to Debtors
and Debtors in Possession*

6

7

8 **UNITED STATES BANKRUPTCY COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 11 **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| 12 **PG&E CORPORATION,** | Chapter 11 |
| 13     **-and-** | (Lead Case) (Jointly Administered) |
| 14 **PACIFIC GAS & ELECTRIC COMPANY,** | **SUMMARY SHEET TO FIRST INTERIM FEE APPLICATION OF COBLENTZ** |
| 15     **Debtors.** | **PATCH DUFFY & BASS LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND** |
| 16 ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | **REIMBURSEMENT OF EXPENSES** |
| 17 ☒ Affects both Debtors | **(JANUARY 29, 2019 THROUGH SEPTEMBER 30, 2019)** |
| 18 * *All papers shall be filed in Lead Case No. 19-30088 (DM).* | Date: TBD |
| 19 | Time: 10:00 a.m. (Pacific Time) |
| 20 | Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |
| 21 | Judge: Hon. Dennis Montali |
| 22 | **Objection Deadline:** December 4, 2019 at |
| 23 |     4:00 p.m. (Pacific Time) |

24

25

26

27

28

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

**GENERAL INFORMATION**

Name of Applicant: Coblentz Patch Duffy & Bass LLP

Authorized to Provide Professional
Services to: Special Counsel to Debtors and Debtors in Possession

Petition Date: January 29, 2019

Retention Date: July 11, 2019 *nunc pro tunc* to January 29, 2019

Prior Applications: None

**SUMMARY OF FEES AND EXPENSES SOUGHT IN THIS APPLICATION**

Amount of Compensation Sought as Actual, Reasonable, and Necessary: **$1,025,814.52**

Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: **$17,595.12**

Total Compensation and Expenses Requested for the Compensation Period: **$1,043,409.64**

**SUMMARY OF PRIOR MONTHLY FEE STATEMENTS**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| 08/23/19 [Dkt. No. 3679] | 1/29/19 – 2/28/19 | $80,809.70 | $974.15 | $64,647.76 | $974.15 | $16,161.94 |
| 08/28/19 [Dkt. No. 3741] | 3/1/19 – 3/31/19 | $124,443.40 | $1,180.37 | $99,554.72 | $1,180.37 | $24,888.68 |
| 08/28/19 [Dkt. No. 3742] | 4/1/19 – 4/30/19 | $162,499.20 | $163.09 | $129,999.36 | $163.09 | $32,499.84 |
| 08/30/19 [Dkt. No. 3763] | 5/1/19 – 5/31/19 | $178,126.20 | $7,208.81 | $142,500.96 | $6,953.62 | $35,625.24 |
| 08/30/19 [Dkt. No. 3765] | 6/1/19 – 6/30/19 | $148,515.80 | $1,256.60 | $118,812.64 | $1,256.60 | $29,703.16 |
| 08/30/19 [Dkt. No. 3771] | 7/1/19 – 7/31/19 | $93,200.68 | $0.00 | $74,560.54 | $0.00 | $18,640.14 |
| 09/30/19 [Dkt. No. 4038] | 8/1/19 – 8/31/19 | $124,991.08 | $1,546.10 | $99,992.86 | $1,546.10 | $24,998.22 |
| 10/31/19 [Dkt. No. 4528] | 9/1/19 – 9/30/19 | $113,228.46 | $5,266.00 | $0.00 | $0.00 | $22,645.69 |
| | | **$1,025,814.52** | **$17,595.12** | **$730,068.85** | **$12,329.12** | **$205,162.91** |

Summary of Any Objections to Monthly Fee Statements: **None**

Compensation and Expenses Sought in this Interim Application Not Yet Paid: **$205,162.91**[1]

---

[1] Assumes Applicant receives payment on its Eighth Monthly Fee Statement (for September 2019) [Dkt. No. 4528] on, or prior to, the hearing on this Application.

Case: 19-30088   Doc# 4754   Filed: 11/14/19   Entered: 11/14/19 18:37:42   Page 2 of 25

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

**COMPENSATION BY PROFESSIONAL**
**JANUARY 29, 2019 THROUGH SEPTEMBER 30, 2019**

The Coblentz attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases during the Interim Fee Period are:

| Name of Professional | Position | Primary Practice Group[2] | Year Admitted | Reduced Hourly Rate for Debtors | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara Milanovich | Partner | RE | 1980 | $648.00 | 471.40 | $305,467.20 |
| Doug Sands | Partner | RE | 1987 | $648.00 | 550.40 | $353,443.82 |
| Ficks, Gregg | Partner | BCR/LIT | 1990 | $643.00 | 151.80 | $94,571.40 |
| David C. Beach | Counsel | LIT | 2003 | $540.00 | 0.40 | $216.00 |
| Robert B. Hodil | Counsel | RE | 2003 | $520.00 | 0.70 | $364.00 |
| Sean Coyle | Partner | LIT | 2004 | $500.00 | 305.30 | $152,650.00 |
| Misti M. Schmidt | Counsel | RE | 2007 | $450.00 | 2.10 | $945.00 |
| Mark Hejinian | Associate | LIT | 2011 | $400.00 | 40.60 | $16,240.00 |
| James F. McKee | Associate | LIT | 2014 (TX); 2019 (CA) | $400.00 | 106.10 | $42,440.00 |
| Joy L. Spezeski | Associate | RE | 2013 (IL); 2016 (CA) | $369.00 | 0.10 | $36.90 |
| Daniel P. Barsky | Associate | RE | 2017 | $334.00 | 14.60 | $4,876.40 |
| Leah Collins | Associate | RE | 2016 | $334.00 | 25.10 | $8,383.40 |
| Michael R. Wilson | Paralegal | RE | N/A | $302.00 | 61.60 | $18,603.20 |
| Doug B. Larson | Paralegal | RE | N/A | $284.00 | 0.70 | $198.80 |
| Yasmin Jayasuriya | Paralegal | LIT | N/A | $260.00 | 22.10 | $5,746.00 |
| Jordan V. Mendoza | Paralegal | LIT | N/A | $250.00 | 11.50 | $2,875.00 |
| Angie H. Brandt | Paralegal | RE | N/A | $248.00 | 3.80 | $942.40 |

---

[2] RE = Real Estate; LIT = Litigation; BCR = Bankruptcy and Creditors' Rights; CORP = Corporate

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

| Name of Professional | Position | Primary Practice Group[2] | Year Admitted | Reduced Hourly Rate for Debtors | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Dianne M. Sweeny | Paralegal | RE | N/A | $210.00 | 4.50 | $945.00 |
| Viet Doan | Paralegal | LIT | N/A | $175.00 | 96.40 | $16,780.00 |
| **Total Professionals:** | | | | | 1,869.20 | **1,025,814.52** |

| PROFESSIONALS TOTALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $612.41 | 1,482.10 | $907,657.42 |
| Associates | $385.93 | 186.50 | $71,976.70 |
| **Blended Attorney Rate** | **$587.10** | **1,668.60** | **$979,634.12** |
| Paraprofessionals and other non-legal staff | $230.21 | 200.60 | $46,180.40 |
| **Total Fees Incurred** | **$548.80** | **1,869.20** | **1,025,814.52** |

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 . Fax 415.989.1663

**COMPENSATION BY WORK TASK CODE**
**JANUARY 29, 2019 THROUGH SEPTEMBER 30, 2019**

The following Task Codes and Descriptions were used by Coblentz in conjunction with pre-petition time entries and invoices as required by Debtors prior to the filing of these Bankruptcy Cases. Coblentz has continued to use these Task Codes and Descriptions in conjunction with post-petition time entries and invoices in these Special Counsel matters.

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|-----------|-------------|-------|--------|
| C100 | Fact Gathering | 83.10 | $28,512.60 |
| C400 | Third Party Communication | 0.70 | $350.00 |
| L110 | Fact Investigation/Development | 70.00 | $28,000.00 |
| L120 | Analysis/Strategy | 273.40 | $136,290.00 |
| L130 | Experts/Consultants | 16.80 | $7,840.00 |
| L143 | eDiscovery - Identification and Preservation | 0.50 | $250.00 |
| L200 | Pre-Trial Pleadings and Motions | 10.90 | $5,260.00 |
| L310 | Written Discovery | 13.40 | $5,660.00 |
| L330 | Depositions | 49.00 | $19,752.50 |
| L650 | Review | 38.80 | $10,077.50 |
| L653 | First Pass Document Review | 8.80 | $3,520.00 |
| L670 | Production | 98.70 | $19,391.00 |
| P100 | Project Administration | 216.50 | $136,797.00 |
| P240 | Real and Personal Property | 67.40 | $30,837.10 |
| P280 | Other | 0.20 | $100.00 |
| P300 | Structure/Strategy/Analysis | 580.00 | $372,208.82 |
| P400 | Initial Document Preparation/Filing | 226.60 | $146,836.80 |
| P500 | Negotiation/Revision/Responses | 98.10 | $63,568.80 |
| P600 | Completion/Closing | 12.50 | $8,100.00 |
| P700 | Post-Completion/Post/Closing | 2.20 | $1,425.60 |
| P800 | Maintenance and Renewal | 1.60 | $1,036.80 |
| **Total:** | | **1,869.20** | **$1,025,814.52** |

In addition, in order to facilitate the Court's, the United States Trustee's, the Fee Examiner's, and parties' review of the fees for which Coblentz seeks approval and payment hereunder in the context of this Interim Fee Application, Coblentz provides the following

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

alternative Task (Matter Code) Table, which Table segregates the Special Counsel matters
Coblentz has handled for the Debtors during the Interim Fee Period by the Coblentz Matter
Name/Matter Number for such matters. *The following table reflects the same hours and same
amounts as the preceding Task Code Table, but is organized in a different format that Coblentz
believes is more consistent with the applicable Guidelines:*

**ALTERNATIVE TASK (MATTER) COMPENSATION TABLE**
**FOR JANUARY 29, 2019 THROUGH SEPTEMBER 30, 2019**

| TASK (MATTER) CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 02898-110 | General Real Estate | 21.80 | $13,986.60 |
| 02898-357 | Land Stewardship | 531.70 | $341,337.88 |
| 02898-376 | Hinkley CA Purchases | 26.90 | $10,227.80 |
| 02898-799 | Contract Review - Real Estate / Shared Services | 342.30 | $207,835.40 |
| 16213-043 | Salinas MGP / California Water Service Company Purchase | 0.30 | $90.60 |
| 16213-045 | Richmond Substation S Land Sale | 77.00 | $33,875.40 |
| 16213-047 | Lyons Land and Cattle, Merced | 11.50 | $7,362.40 |
| 16213-056 | CPUC Regulatory Investigation | 238.80 | $113,453.00 |
| 16213-058 | LCC Conservation Easement Compliance | 7.90 | $4,711.54 |
| 16213-060 | DWR - Oroville Dam | 343.20 | $123,368.00 |
| 16213-084 | Sale of Sheridan Property Area (Placer Co.) | 0.10 | $36.90 |
| 16213-089 | General Advice and Counsel - Surplus Disposition | 63.40 | $41,083.20 |
| 16213-094 | Purchase of Gabany Property (Sonoma County) | 0.40 | $113.60 |
| 16213-101 | Bankruptcy Special Counsel-Related Services | 175.60 | $109,993.80 |
| 16213-106 | Local Community Energy Fire Resiliency | 28.30 | $18,338.40 |
| **Total:** | | **1,869.20** | **$1,025,814.52** |

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

# EXPENSE SUMMARY
## JANUARY 29, 2019 THROUGH SEPTEMBER 30, 2019

The expenses incurred by the Debtors and billed by Coblentz to the Debtors in connection with the Special Counsel matters Coblentz has been handling during the Interim Fee Period are as follows:

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | N/A |
| Meals | N/A |
| Travel | N/A |
| Transportation | $121.18 |
| Duplicating | 633.37 |
| Transcription (Deposition) Services | $15,941.57 |
| Third Party Consulting Fees | N/A |
| Telephone Conferencing | N/A |
| Messenger | $436.70 |
| Filing Fees | 112.50 |
| Litigation Support Vendors | N/A |
| Sacramento Superior Court Case Access System Retrieval Fee | 7.00 |
| Court Website Subscription Fee for Case No. JCCP4974 | $343.00 |
| **Total Expenses Requested:** | **$17,595.12** |

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

1   GREGG M. FICKS (State Bar No. 148093)
    COBLENTZ PATCH DUFFY & BASS LLP
2   One Montgomery Street, Suite 3000
    San Francisco, California 94104-5500
3   Telephone: 415.391.4800
    Facsimile: 415.989.1663
4   Email: ef-gmf@cpdb.com

5   *Special Counsel to Debtors
    and Debtors in Possession*

6

7

8                   **UNITED STATES BANKRUPTCY COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                        **SAN FRANCISCO DIVISION**

11  **In re:**                              Bankruptcy Case No. 19-30088 (DM)

12  **PG&E CORPORATION,**                   Chapter 11

13          **-and-**                       (Lead Case) (Jointly Administered)

14  **PACIFIC GAS & ELECTRIC COMPANY,**     **FIRST INTERIM FEE APPLICATION OF
                                            COBLENTZ PATCH DUFFY & BASS LLP
15          **Debtors.**                    FOR ALLOWANCE AND PAYMENT OF
                                            COMPENSATION AND
16  ☐ Affects PG&E Corporation              REIMBURSEMENT OF EXPENSES
    ☐ Affects Pacific Gas and Electric Company  (JANUARY 29, 2019 THROUGH
17  ☒ Affects both Debtors                  SEPTEMBER 30, 2019)**

18  * *All papers shall be filed in Lead Case No.   Date:    TBD
    19-30088 (DM).*                         Time:    10:00 a.m. (Pacific Time)
19                                          Place:   United States Bankruptcy Court
                                                     Courtroom 17, 16th Floor
20                                                   San Francisco, CA 94102
                                            Judge:   Hon. Dennis Montali
21
                                            **Objection Deadline:** December 4, 2019 at
22                                                             4:00 p.m. (Pacific Time)

23

24

25

26

27

28

Coblentz Patch Duffy & Bass LLP

One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

1    Coblentz Patch Duffy & Bass LLP ("**Coblentz**" or the "**Firm**"), Special Counsel to PG&E

2    Corporation and Pacific Gas and Electric Company (the "**Debtors**") in the above-captioned

3    chapter 11 cases (the "**Chapter 11 Cases**"), hereby submits its First Interim Fee Application (the

4    "**Interim Application**") for allowance and payment of compensation for professional services

5    rendered and for reimbursement of actual and necessary expenses incurred for the period

6    commencing January 29, 2019, through September 30, 2019 (the "**Interim Fee Period**"), pursuant

7    to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to*

8    *Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*,

9    entered on February 27, 2019 [Docket No. 701] (the "**Interim Compensation Procedures**

10   **Order**"), sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"),

11   Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the

12   *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* (the

13   "**Northern District Guidelines**"), the *United States Trustee Guidelines for Reviewing*

14   *Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (the

15   "**UST Guidelines**"), and the Local Bankruptcy Rules for the Northern District of California.

16   The Interim Application is based upon the points and authorities cited herein, the

17   Certification of Gregg M. Ficks filed concurrently herewith, the exhibits attached hereto and/or

18   thereto, the pleadings, papers, and records on file in this case, and any evidence or argument that

19   the Court may entertain at the time of the hearing on the Interim Application.

20   ## CASE BACKGROUND AND STATUS

21   ### A.    The Debtors' Bankruptcy Proceedings

22   The Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code

23   on January 29, 2019 (the "**Petition Date**").  The Debtors continue to operate their businesses and

24   manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the

25   Bankruptcy Code.  No trustee or examiner has been appointed.

26   On February 12, 2019, the Office of the United States Trustee for the Northern District of

27   California (the "**U.S. Trustee**") appointed an Official Committee of Unsecured Creditors in the

28   Debtors' cases (the "**Creditors' Committee**").  On February 15, 2019, the U.S. Trustee appointed

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

1  an Official Committee of Tort Claimants (the "**TCC**").  On May 29, 2019, upon the request of the

2  U.S. Trustee, the Court appointed Professor Bruce A. Markell as the fee examiner in these Chapter

3  11 Cases (the "**Fee Examiner**").

4  Based on information and belief, a description of the Debtors' business, capital structure,

5  and the circumstances leading to the filing of these Chapter 11 Cases is set forth in the *Amended*

6  *Declaration of Jason P. Wells in Support of First Day Motions and Related Relief* [Docket No.

7  263].

8  **B.     The Debtors' Retention of Coblentz**

9  On July 11, 2019, the Court entered the *Order Authorizing Debtors Pursuant to 11 U.S.C.*

10  *§ 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 to Retain and Employ Coblentz Patch Duffy &*

11  *Bass LLP Nunc Pro Tunc to the Petition Date* [Docket No. 2926] (the "**Retention Order**").  A

12  copy of the Retention Order is attached hereto as **Exhibit A**.

13  The Retention Order authorizes the Debtors to compensate and reimburse the Firm

14  pursuant to the Bankruptcy Code, the Bankruptcy Rules, the Northern District Guidelines, and the

15  Interim Compensation Order.  Subject to the Firm's application to the Court, the Debtors also are

16  authorized by the Retention Order to compensate Coblentz for services performed at hourly rates

17  that Coblentz has discounted for the Debtors as described in the application seeking the Firm's

18  employment [Docket No. 2595], and to reimburse Coblentz for actual and necessary expenses

19  incurred.

20  The Retention Order authorizes Coblentz to provide the following services to the Debtors:

21  •  advise and represent PG&E in real estate purchase and sale transactions and matters,

22      lease transactions and matters, and related or similar work, as further described in the

23      Debtor's Application to retain Coblentz as Special Counsel (the "**Retention**

24      **Application**") and the Declarations of Gregg M. Ficks filed in support thereof (the

25      "**Ficks Declarations**");

26  •  advise and represent PG&E in land conservation commitment transactions and matters,

27      and related or similar work, as further described in the Retention Application and the

28      Ficks Declarations;

- advise and represent PG&E in litigation, investigatory, and regulatory matters, including in the DWR Matter, and related or similar work, as further described in the Retention Application and the Ficks Declarations;

- advise and represent PG&E in the Ex Parte OII Matter, and related or similar work, as further described in the Retention Application and the Ficks Declarations; and

- perform any other necessary legal services requested by the Debtors, and accepted by Coblentz, during the pendency of these Chapter 11 cases.

C.     **Professional Compensation and Reimbursement of Expenses Requested**

By this Interim Application, the Firm seeks interim allowance of compensation in the amount of $1,025,814.52, and allowance of actual and necessary expenses in the amount of $17,595.12, for a total allowance of $1,043,409.64.

By this Interim Application, Coblentz further seeks Court approval and authority for Debtors to make payment of the $205,162.90 hold-back accrued during the Interim Fee Period (*i.e.*, Coblentz requests approval and payment of the 20 percent of the requested fees that the Debtors held-back from payment to Coblentz during the Interim Fee Period in accordance with the Interim Compensation Procedures Order).

All services for which Coblentz requests compensation were performed for or on behalf of the Debtors. Coblentz has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Interim Application.

There is no agreement or understanding between Coblentz and any other person other than the partners of Coblentz for the sharing of compensation to be received for services rendered by Coblentz in these cases. As of the Petition Date, the Firm had no retainer from, or balance owing to, the Debtors. In connection with the Special Counsel matters for which Coblentz has been retained in these Chapter 11 Cases, as of this date Coblentz has been paid $730,068.85 in post-petition fees and reimbursed $12,329.12 in post-petition expenses, and Coblentz anticipates receiving payment of $90,582.77 in post-petition fees and $5,266.00 in post-petition expenses on account of its Eighth Monthly Fee Statement (for September 2019 Invoices) [Dkt. No. 4528] on,

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

or prior to, the hearing on this Application. The immediately preceding amounts, consisting of a total of $820,651.62 in fees and $17,595.12 in costs ($838,246.74 combined), have been paid, or will be paid prior to the hearing on this Interim Fee Application, pursuant to the Interim Compensation Procedures Order, but have not yet allowed, and Coblentz requests allowance hereby.

The Firm has billed the Debtors in these Chapter 11 Cases in accordance with its existing billing rates, as discounted for the Debtors as described in the Retention Application and/or Ficks Declarations, and in accordance with procedures in effect during the Interim Fee Period. These rates are the same rates Coblentz charges for services rendered by its attorneys and paraprofessionals in comparable matters, less the discounts provided, and are reasonable given the compensation charged by comparably skilled practitioners in similar matters. The Summary Sheet filed herewith contains tables listing the Coblentz attorneys and paraprofessionals who have performed services for the Debtors during the Interim Fee Period, including their job titles, hourly rates, aggregate number of hours worked in this matter, and, for attorneys, the year in which each professional was licensed to practice law. The Summary Sheet also contains tables summarizing the hours worked by the Firm's attorneys and paraprofessionals broken down by project billing code, and further broken down for each matter for which the Firm is providing services to for the Debtors. Coblentz maintains computerized time records, which have been filed on the docket in invoice format with the Firm's monthly fee statements and furnished to the Debtors, counsel for the Creditors' Committee and the TCC, the U.S. Trustee, and the Fee Examiner in the format requested by the Interim Compensation Procedures Order, and/or in the format requested by those parties.

### D. Voluntary Discounts and Write-Offs Coblentz Previously Provided to the Debtors Related to Fees and Costs Incurred During the Interim Fee Period

The fees and costs for which Coblentz requests approval and payment under this Interim Fee Application are net of $247,024.41 in voluntary fee and cost reductions Coblentz already has provided to the Debtors in connection with the Interim Fee Period: (1) as pre-invoicing write-offs Coblentz provided to the Debtors prior to issuing the invoices; (2) as agreed hourly rate discounts

1  Coblentz provided to the Debtors, as approved under the Retention Order; and/or (3) in order to

2  avoid billing for fees or costs that may have been inconsistent with applicable Orders, Guidelines,

3  or the Protocol in these Bankruptcy Cases.  This $247,024.11 reduction consists of the following:

4  • Coblentz's previously agreed reduced rates in these Special Counsel matters

5  resulted in a reduction of $204,204.98 in legal fees from Coblentz's standard

6  hourly rates for the services performed for the Debtors during the Interim Fee

7  Period;

8  • Coblentz reduced its professional hours spent in these Special Counsel matters

9  during the Interim Fee Period by 82 hours prior to issuing applicable invoices,

10  resulting in a voluntary reduction of $28,858.50 in legal fees;

11  • Coblentz wrote-off $10,745.55 in costs incurred during the Interim Fee Period prior

12  to issuing applicable invoices; and

13  • Coblentz provided a previously agreed volume discount of $3,215.38 to the

14  Debtors for land conservation work performed during the Interim Fee Period.

15  **E.      Budget and Budget-to-Actual Performance**

16  Debtors provide annual budgets to Coblentz for some (but not all) of the matters Coblentz

17  handles for them.  These budgets are subject to periodic review and adjustments by the Debtors

18  during the course of each year.  To the extent the Debtors have provided current budgets to

19  Coblentz for the matters Coblentz is handling for it, Coblentz has not exceeded those budgets

20  during the Interim Fee Period.

21  <u>**JURISDICTION**</u>

22  This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. sections 157 and

23  1334.  This is a core proceeding pursuant to 28 U.S.C. section 157(b).  Venue is proper before this

24  Court pursuant to 28 U.S.C. sections 1408 and 1409.

25  <u>**PROJECT BILLING AND NARRATIVE STATEMENT OF SERVICES RENDERED**</u>

26  During the Interim Fee Period, Coblentz professionals expended 1869.20 hours on behalf

27  of the Debtors.  Of this, 1482.10 hours were expended by partners and of counsel, 1863.50 by

28  associates, and 200.60 by paraprofessionals.  Under this engagement, Coblentz's attorneys who

One Montgomery Street, Suite 3000, San Francisco, California 94104-5500

Coblentz Patch Duffy & Bass LLP

415.391.4800 · Fax 415.989.1663

billed during the time period covered by this Application billed at discounted hourly rates ranging from $334.00 to $648.00, for a blended attorney rate of $587.10 during the Interim Fee Period.

In accordance with the Interim Compensation Procedures Order, the Northern District Guidelines, and the Local Rules, the Firm has classified the services it has performed for the Debtors during the Interim Fee Period into the following fourteen (14) categories, which categories reflect the Coblentz Matter Names/Matter Numbers under which Coblentz has invoiced the Debtors during the Interim Fee Period. Detailed time entries for the following categories previously have been filed with the Court and served in accordance with the Interim Compensation Procedures Order under Coblentz's First through Eighth Monthly Fee Statements [Dkt. Nos. 3679, 3741, 3742, 3763, 3765, 3771, 4038, and 4528] following entry of the Retention Order. Coblentz hereby incorporates those time entries into this Interim Fee Application, and refers any interested party to them.

## I. Real Estate/Land/Conservation Easement/Eminent Domain

### A. Contract Review – Real Estate/Shared Services (Coblentz Matter No. 02898-799)

This matter includes time spent on real property transactions, primarily drafting and negotiating lease documents. During this time period, Coblentz worked on 11 leases for customer service, warehouse and yard, office, and hangar spaces, 16 lease amendments for existing PG&E facilities, and numerous notices to landlords exercising options to extend or hold over. This matter also includes time spent in interpreting leases, representing PG&E in any disputes with landlords, and communicating with PG&E representatives and opposing counsel.

Total Hours: 342.30          Total Fees: $207,835.40

### B. General Advice and Counsel – Surplus Disposition (Coblentz Matter No. 16213-089)

This matter includes time working with PG&E representatives to develop four Purchase and Sale Agreement templates for the sale of PG&E surplus properties. The four templates will be used in circumstances in which (1) the subject property has no or minor environmental issues and no CPUC approval is required, (2) the subject property has no or minor environmental issues and

CPUC approval is required, (3) the subject property has environmental issues and no CPUC approval is required, and (4) the subject property has environmental issues and CPUC approval is required. The Purchase Agreements contain alternate provisions and numerous notes to the drafter that are intended to facilitate preparation of initial drafts of Purchase Agreements by non-attorneys. This matter also includes time to develop a form letter of intent for such sales.

Total Hours: 63.40          Total Fees: $41,083.20

### C. <u>Richmond Substation S Land Parcel (Coblentz Matter No. 16213-045)</u>

This matter reflects time devoted to PG&E's acquisition of a parcel of land adjoining property currently owned by PG&E in Richmond, California. The matter includes preparing and monitoring a checklist of critical dates and closing documents and coordinating due diligence review with PG&E representatives. This matter required extensive title review, including analysis of not only title of the subject property, but also title of private roads and an adjoining parcel owned by the City of Richmond. This matter also involved preparing a title objection letter, drafting a notice waiving contingencies, and extensive communications with the title company.

Total Hours: 77.00          Total Fees: $33,875.40

### D. <u>Hinkley, CA Purchases (Coblentz Matter No. 02898-376)</u>

This matter reflects time assisting PG&E in acquiring properties in Hinkley, California. During this time period, Coblentz worked on transactions with 8 different property owners. Tasks include drafting and approving Purchase Agreements as to form, reviewing title, preparing escrow instructions, and coordinating closings. This matter also includes time tracking the status of transactions, participating in bi-monthly conference calls to review pending transactions, and communicating with PG&E representatives and the title company.

Total Hours: 26.90          Total Fees: $10,227.80

### E. <u>Local Community Energy Fire Resiliency (Coblentz Matter No. 16213-106)</u>

This matter reflects time working with PG&E representatives to develop a form License Agreement and a form Amendment to existing License Agreements to provide for customer resource centers during Public Safety Power Shutoff Events. This matter also includes advising PG&E in negotiating and interpreting license agreements for particular locations.

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

Total Hours: 28.30                    Total Fees: $18,338.40

**F.      Lyons Land and Cattle, Merced (Coblentz Matter No. 16213-047)**

This matter reflects attention to post-closing agreements following PG&E's acquisition of property for construction of a service center in Merced. The time includes negotiations with the Merced Irrigation District regarding a Deferred Fee Subdivision Drainage Agreement, analysis of the status of the Pipeline Construction Agreement with the adjoining property owner, and communications with PG&E representatives.

Total Hours: 11.50                    Total Fees: $7,362.40

**G.      General Real Estate (Coblentz Matter No. 02898-110)**

This matter reflects time in tracking the status of various real estate transactions and updating a monthly status report delivered to PG&E's in-house counsel.

Total Hours: 21.80                    Total Fees: $13,986.60

**H.      Purchase of Gabany Property (Coblentz Matter No. 16213-094)**

This matter reflects paralegal time to review the final title policy for conformance with the pro forma policy in connection with a PG&E acquisition of real property.

Total Hours: 0.40                     Total Fees: $113.60

**I.      Salinas MGP/California Water Service Company Purchase (Coblentz Matter No. 16213-043)**

This matter reflects the time of a paralegal to review the title policy for conformance with the pro forma policy following PG&E's acquisition of property in Salinas from the California Water Service Company.

Total Hours: 0.30                     Total Fees: $90.60

**J.      Sale of Sheridan Property (Placer County) (Coblentz Matter No. 16213-084)**

This matter reflects communications with the title company to wind up an escrow following the buyer's termination of an agreement to purchase PG&E property.

Total Hours: 0.10                     Total Fees: $36.90

**K.      Land Stewardship (Coblentz Matter No. 02898-357)**

This matter involves the implementation of PG&E's "Land Conservation Commitment"

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

pursuant to its 2003 bankruptcy settlement. The settlement requires PG&E to ensure that approximately 140,000 acres of PG&E's watershed lands are protected through conservation easements or similar instruments together, in some cases, with fee title transfers. The Land Conservation Commitment involves roughly 100 transactions. Coblentz provided services for approximately 36 transactions of these transactions during the Interim Fee Period.

Coblentz serves as primary transactional counsel for this matter. Coblentz's work involves a broad range of tasks. Coblentz has primary responsibility for drafting, reviewing, and negotiating documents such as deeds, access easements, conservation easements, donation letters, environmental indemnity agreements, powers of termination, baseline documentation reports, Transaction Agreements (the equivalent of a purchase and sale agreement in a sale context), subdivision documentation, title reports, property descriptions, and escrow instructions. Coblentz's work also involves assistance with various real estate issues associated with the involved properties, including issues relating to title report items (*e.g.*, access issues, title encumbrances, subdivision issues, third party rights), leases, licenses, and permits. Once documents have been drafted and negotiated, Coblentz assists with PG&E's internal approval process, providing final documents, legal approval of such documents as to form, and providing transaction summaries for review by PG&E personnel approving PG&E's execution of such documentation. After regulatory approval, Coblentz is responsible for preparing and/or reviewing the final conveyance documents and coordinating the closings. Coblentz participates in regular teleconferences and meetings with PG&E representatives to review the portfolio of pending transactions, discussing the status of transactions, identifying issues to be pursued, and updating a schedule for completion of deliverables by the PG&E and other participants in the transactions.

Total Hours: 531.70                  Total Fees:  $341,337.88

L.       **LCC Conservation Easement Compliance (Coblentz Matter No. 16213-060)**

Ownership of certain of the properties covered by PG&E's Land Conservation Commitment are retained by PG&E, and such properties are encumbered by conservation easements entered into by PG&E with the holders of such easements (*e.g.*, non-profit conservation organizations). The conservation easements require PG&E to perform certain obligations (*e.g.*,

Case: 19-30088    Doc# 4754    Filed: 11/14/19    Entered: 11/14/19 18:37:42    Page 17 of 25

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

COBLENTZ PATCH DUFFY & BASS LLP

ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

1  annual reporting and consultation with the easement holders), and restrict certain activities on the

2  properties. Coblentz is the primary outside counsel assisting PG&E in its performance of these

3  duties. This work includes assistance with PG&E's annual reporting and consultation

4  requirements, including review of annual reports and advice on how PG&E's duties should be

5  satisfied. Coblentz also provides assistance with the interpretation of conservation easement

6  provisions and the development of policies relating to the performance of duties under such

7  conservation easements.

8           Total Hours: 7.90                    Total Fees: $4,711.54

9  **II.     Litigation, Including CPUC, Regulatory, and Investigative**

10          **A.      CPUC Regulatory Investigation (Coblentz Matter No. 16213-056)**

11          Coblentz's work on the matter has included review and analysis of thousands of records

12  from the files of the utility concerning potential interactions with the CPUC to determine

13  relevance and potential discoverability in the OII, as well as managing production of relevant

14  materials and negotiating the scope of discovery with CPUC staff and other interested parties

15  participating in the OII. Coblentz negotiated with CPUC staff and interested parties concerning a

16  case management schedule, and the appropriate manner of creating a record of the case upon

17  which the CPUC may base a decision, culminating in a joint case management submission and a

18  pretrial conference before the assigned Administrative Law Judge at the CPUC.

19          Following the completion of discovery, Coblentz negotiated with CPUC staff and

20  interested parties concerning the contents of an appropriate factual record for the CPUC's

21  consideration. This involved the review and analysis of dozens of materials potentially to be

22  included in the record (as well as the implications of including those materials), the drafting and

23  revising of written factual stipulations, narrative summaries concerning certain issues in the case,

24  and the creation of a joint evidentiary record to be submitted to the CPUC.

25          Coblentz then negotiated a settlement of this matter with CPUC staff and the interested

26  parties, as well as a joint motion in support of the settlement to be submitted to the CPUC.

27  Coblentz has taken substantial drafting responsibility for each of the joint written materials

28  described above. The work has also involved strategic discussions with the client concerning

discovery issues and settlement.

Coblentz also handled various ancillary e-discovery projects, such as searching for and managing electronic materials relevant to discovery, and analyzing preservation issues.

Total Hours:  238.80                    Total Fees:  $113,453.00

**B.    PG&E v. DWR / Oroville Dam Crisis Litigation (Coblentz Matter No. 16213-060)**

In this litigation matter, Coblentz has traveled to Sacramento for, and participation in, case management conferences, and telephonically participated in various case management and discovery conferences involving the coordinated plaintiffs and DWR.  Coblentz also has reviewed, analyzed, and revised various joint discovery and case management materials common to the coordinated plaintiffs.  Coblentz also has monitored and analyzed various pleadings submitted by the coordinated plaintiffs and DWR for relevance to PG&E's claims in the matter.

Coblentz's work on this matter also has included telephonically attending numerous depositions of DWR personnel and analyzing the strategic implications of information developed through these depositions.  Coblentz has also devised search strategies for identifying and analyzing the most relevant materials among more than 900,000 documents produced by DWR in discovery in the coordinated proceedings, as well as materials used in various depositions in the matter, and analyzing those materials.  Coblentz also has analyzed and summarized the utility's damages claims in accordance with a case management order in the matter.  Coblentz also has begun the process of reviewing and analyze potentially responsive materials from the files of the utility in response to discovery requests from DWR.  Coblentz also has prepared and propounded discovery requests to DWR.

Coblentz's work on the matter also has involved strategic conferences with the client and analysis of e-discovery issues relevant to discovery from both DWR and the utility.  Coblentz also has assessed potential expert candidates.

Total Hours:  343.20                    Total Fees:  $123,368.00

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

## III. Bankruptcy Special Counsel-Related Services (Coblentz Matter No. 16213-101)

Total Hours: 175.60        Total Fees: $109,993.80

The following sub-category calculations were made by best effort *manual* sub-categorization and sub-calculation. They are good faith calculations.

### A. Coblentz First Through Seventh Monthly Fee Statements

This sub-category relates to work preparing Coblentz's First though Seventh Monthly Fee Statement, including communications with the Fee Examiner's office, United States Trustee, and related communications.

Total Hours: 50.10        Total Fees: $31,212.30

### B. Coblentz First Interim Fee Application

During the Interim Fee Period, the Firm began preparation of its First Interim Fee Application. Most of the work related to this First Interim Fee Application has been performed after the Interim Fee Period, however, and will be included in Coblentz's Second Interim Fee Application.

Total Hours: 4.9        Total Fees: $3,052.70

### C. Coblentz Retention and Disclosures

Coblentz attorneys prepared the Debtors' application for retention of Coblentz as Special Counsel, and related Court filings. Coblentz also reviewed materials for disclosures regarding its retention, investigated actual or potential disclosures, reported applicable disclosures, and updated the disclosures. Coblentz filed a supplemental Declaration in support of the Retention Application, and attended a hearing thereon.

Total Hours: 116.20        Total Fees: $74,233.60

### D. Fee Examiner Motion for Approval of Fee Protocols

During the Interim Fee Period, the Firm reviewed and analyzed the Fee Examiner's Motion for Approval of Fee Protocols, participated in a joint opposition re same, and communicated with other Debtors' counsel re same.

Total Hours: 2.4        Total Fees: $1,495.20

COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

**EXPENSE SUMMARY**
**JANUARY 29, 2019 THROUGH SEPTEMBER 30, 2019**

During the Interim Fee Period, the Firm advanced costs on behalf of the Debtors in connection with the discharge of the duties described in the Interim Application. During the Interim Fee Period, Coblentz incurred a total of $17,595.12 in expenses. These expenses are further specified on the last page of the Summary Sheet filed herewith, and are reasonable and necessary to the Special Counsel services Coblentz has provided. Receipts for all significant expenses have been provided to the Debtors and to the Fee Examiner.

**LEGAL BASIS FOR INTERIM COMPENSATION**

The professional services for which Coblentz requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with the Special Counsel matters for which Coblentz has been employed, and in the discharge of Coblentz's professional responsibilities as Special Counsel for the Debtors during these Chapter 11 Cases. Coblentz's services have been necessary and beneficial to the Debtors and their estates, creditors, and other parties in interest.

In accordance with the factors enumerated in section 330 of the Bankruptcy Code, Coblentz respectfully submits that the amount requested by Coblentz is fair and reasonable given the complexity of these Special Counsel matters, the time expended, the nature and extent of the services rendered, the value of such services, and the costs of comparable services other than in connection with a case under the Bankruptcy Code. Moreover, Coblentz has reviewed the requirements of the Interim Compensation Procedures Order, the Northern District Guidelines, and the UST Guidelines, and believes that the Interim Application substantially complies with those documents, except as follows:

A. The project categories described in the Interim Application sometimes include fees beyond the generally applicable $20,000 project billing threshold (Court Guideline For Compensation I.3.) due to the impracticality of further breaking-out the categories, the cost/benefit balance of further dissecting these categories especially in light of the narrow margin above the ordinary course professional threshold that has caused Coblentz to undertake participation in

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

Special Counsel procedures and requirements, as opposed to being considered an ordinary course professional in these cases, and Coblentz's relatively small role in these Bankruptcy Cases, relative to larger firms handling larger parts of the cases;

B.      Time entries in this Interim Fee Application include some time (approximately 5.2 hours resulting in $3,239.60 in fees) for revising and reducing proposed invoices prior to issuance of the invoices in order to try to conform the fees and costs therein to the applicable Guidelines and requirements.  Coblentz requests that these fees be allowed for the same reasons as set forth in Item A, above; and

C.      Time entries during the Interim Fee Period include time related to the extensive conflicts check and review required in these large Bankruptcy Cases.  Coblentz requests that the Court approves the fees for these time entries for the same reasons set forth in Item A, above.

To the extent the fees or costs for which Coblentz seeks approval herein are inconsistent with the Revised Fee Examiner Protocol (the "**Protocol**") [Dkt. No. 4473-1], Coblentz, for the reasons set forth above, objects to the Protocol pursuant to the procedure established in the Notice of Filing of the Protocol [Dkt. No. 4473] at pg. 2-3.

## AVAILABLE FUNDS

The Firm understands that the Debtors' estates have sufficient funds available to pay the fees and costs sought herein.

## NOTICE

Notice of the Interim Application has been provided to parties-in-interest in accordance with the procedures set forth in the Interim Compensation Order.  Coblentz submits that, in view of the facts and circumstances of these Chapter 11 Cases, such notice is sufficient and no other or further notice need be provided.

## CONCLUSION

Coblentz respectfully requests allowance of compensation to Coblentz in the amount of $1,025,814.52, and allowance of actual and necessary expenses in the amount of $17,595.12, for a total allowance of $1,043,409.64.  Coblentz further respectfully requests authorization for the Debtors to pay the previously held-back amount $205,162.90 (20% of the allowed fees), and for

One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663
Coblentz Patch Duffy & Bass LLP

1  such other and further relief as this Court deems proper.

2  DATED:  November 14, 2019        Respectfully submitted,

3                                   COBLENTZ PATCH DUFFY & BASS LLP

4

5                                   By:      /s/ Gregg M. Ficks
6                                        Gregg M. Ficks
                                         Special Counsel to Debtors
7                                        and Debtors in Possession

One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663
Coblentz Patch Duffy & Bass LLP

1

# NOTICE PARTIES

2

3   PG&E Corporation
    c/o Pacific Gas & Electric Company
4   77 Beale Street
    San Francisco, CA  94105
5   Attn:   Janet Loduca, Esq.

6   Keller & Benvenutti LLP
    650 California Street, Suite 1900
7   San Francisco, CA  94108
    Attn:   Tobias S. Keller, Esq.
8           Jane Kim, Esq.

9   Weil, Gotshal & Manges LLP
    767 Fifth Avenue
10  New York, NY  10153-0019
    Attn:   Stephen Karotkin, Esq.
11          Jessica Liou, Esq.
            Matthew Goren, Esq.

12
    The Office of the United States Trustee for Region 17
13  450 Golden Gate Avenue, 5th Floor, Suite #05-0153
    San Francisco, CA  94102
14  Attn:   James L. Snyder, Esq.
            Timothy Laffredi, Esq.

15
    Milbank LLP
16  55 Hudson Yards
    New York, NY  10001-2163
17  Attn:   Dennis F. Dunne, Esq.
            Sam A Kahlil, Esq.

18
    Milbank LLP
19  2029 Century Park East, 33rd Floor
    Los Angeles, CA  90067
20  Attn:   Paul S. Aronzon, Esq.
            Gregory A. Bray, Esq.
21          Thomas R. Kreller, Esq.

22  Baker & Hostetler LLP
    11601 Wilshire Blvd, Suite 1400
23  Los Angeles, CA  90025-0509
    Attn:   Eric E. Sagerman, Esq.
24          Lauren T. Attard, Esq.

25  Bruce A. Markell
    Fee Examiner
26  541 N. Fairbanks Court, Suite 2200
    Chicago, IL  60611-3710

27

28

Scott H. McNutt
324 Warren Road
San Mateo, CA 94401

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663