**Exhibit A**

# Coblentz Patch Duffy & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
T 415 391 4800
coblentzlaw.com

Gregg M. Ficks
D 415.772.5779
gficks@coblentzlaw.com

November __, 2019

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| John R. Simon, Esq. | Janet Loduca, Esq. |
| Executive Vice President and General Counsel | Sr. Vice President and Deputy General Counsel |
| PG&E Corporation | Pacific Gas and Electric Company |
| 77 Beale Street | 77 Beale Street |
| P.O. Box 770000 | P.O. Box 770000 |
| San Francisco, CA 94177 | San Francisco, CA 94177 |

Re:  In re PG&E Corporation and Pacific Gas and Electric Company;
     First Interim Fee Application of Coblentz Patch Duffy& Bass LLP

Dear John and Janet:

    Attached for your review is a copy of the *First Interim Fee Application of Coblentz Patch Duffy & Bass LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (January 29, 2019 through September 30, 2019),* and a copy of my Certification in support thereof.

    The Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor in possession, a trustee, or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals.  We invite you to discuss any objections, concerns, or questions you may have with us.  The Office of the United States Trustee also will accept your comments, and the Court will consider timely filed objections by any party-in-interest at the time of the hearing on the application.

    If you have any questions or comments, please do not hesitate to call me, Barbara, Doug, or Sean.

Very truly yours,


Gregg M. Ficks

GMF/vxr
Attachments

John R. Simon, Esq.
Janet Loduca, Esq.
November __, 2019
Page 2


cc (w/ attachments):   Wendy Coleman, Esq.
                       Barbara Milanovich, Esq.
                       Doug Sands, Esq.
                       Sean Coyle, Esq.