# EXHIBIT B

# Exhibit B

## Budget and Staffing Plan

### Aggregate Budget for Matter Categories for the Period Beginning on June 1, 2019 and Ending on September 30, 2019

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[1] |
|---|---|---|---|
| **Applicable to the Debtors** | | | |
| 020 | Legislative Issues | 500 | $431,425.00 |
| 021 | Non-Bankruptcy Litigation / Wildfire (Criminal) | 30,575 | $15,703,375.00 |
| 022 | Non-Working Travel | 240 | $222,225.00 |
| 023 | Purchase Power Agreements (including Adversary Proceedings) | 360 | $340,850.00 |
| 025 | Regulatory Issues | 5,060 | $3,682,125.00 |
| 026 | Retention / Billing / Fee Applications: MTO | 240 | $197,550.00 |
| **Total** | | **36,975** | **$20,577,550** |

---

[1] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

**Aggregate Staffing Plan Across All Matter Categories**
**for the Period Beginning on June 1, 2019 and Ending on September 30, 2019**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[2] |
|---|---|---|
| Partner | 16 | $1,114 |
| Of Counsel | 1 | $890 |
| Associate | 6 | $710 |
| Jr. Associate | 10 | $541 |
| Staff Attorney | 17 | $425 |
| eDiscovery Attorney | 1 | $575 |
| Paralegal | 9 | $358 |
| ALS | 3 | $403 |
| Case Clerks | 4 | $110 |
| Litigation Analyst | 1 | $110 |
| **Total Attorney** | **51** | **$624** |
| **Total Non-Attorney** | **17** | **$262** |
| **Total** | **68** | **$557** |

---

[2] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the budget period.