# EXHIBIT C

# Exhibit C

## Voluntary Rate Disclosures

Below is a comparison of the blended hourly rate (billed amount / billed hours) by timekeeper category that was billed to the Debtors during the Fee Period and that was billed on all other matters during the period from October 1, 2018 through September 30, 2019.

| *Fees Billed by date Worked* | | |
|---|---|---|
| | **Blended Hourly Rates** | |
| **Timekeeper Category** | **Billed in this Fee Application 6/1/19-9/30/19 (PG&E Timekeepers)** | **Billed to clients other than PGE 10/1/18-9/30/19 (All MTO Timekeepers)** |
| Partner | $ 1,112 | $ 921 |
| Of Counsel | $ 890 | $ 828 |
| Associate | $ 635 | $ 597 |
| eDiscovery Atty | $ 575 | $ 512 |
| Staff Counsel | $ 421 | $ 380 |
| **Attorneys Total** | **$ 687** | **$ 724** |
| ALS | $ 409 | $ 346 |
| Paralegal | $ 349 | $ 278 |
| Library | $ 245 | $ 145 |
| Litigation Analyst | $ 110 | $ 101 |
| Case Clerks | $ 110 | $ 99 |
| **Paraprofessionals Total** | **$ 387** | **$ 276** |
| **Grand Total** | **$ 658** | **$ 658** |