# EXHIBIT D

# Exhibit D

## Summary of Timekeepers

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Kevin S. Allred | Partner | 1986 | $950.00 | 71.2 | $67,640.00 | Litigation |
| Brad D. Brian | Partner | 1977 | $1,400.00 | 231.8 | $324,520.00 | Litigation |
| Jennifer C. Broder | Partner | 2011 | $860.00 | 0.2 | $172.00 | Corporate |
| Erin J. Cox | Partner | 2009 | $895.00 | 118.0 | $105,610.00 | Litigation |
| Lisa J. Demsky | Partner | 1996 | $995.00 | 728.2 | $724,559.00 | Litigation |
| Michael R. Doyen | Partner | 1982 | $1,300.00 | 614.7 | $799,110.00 | Litigation |
| David H. Fry | Partner | 1997 | $995.00 | 49.9 | $49,650.50 | Litigation |
| Elaine J. Goldenberg | Partner | 1997 | $995.00 | 90.8 | $90,346.00 | Appellate |
| David B. Goldman | Partner | 1991 | $995.00 | 10.9 | $10,845.50 | Corporate |
| Seth Goldman | Partner | 2002 | $995.00 | 76.7 | $76,316.50 | Restructuring |
| Bryan H. Heckenlively | Partner | 2009 | $895.00 | 10.2 | $9,129.00 | Litigation |
| Jeffery H. Heintz | Partner | 1986 | $950.00 | 0.4 | $380.00 | Corporate |
| Miriam Kim | Partner | 2002 | $895.00 | 129.6 | $115,992.00 | Litigation |
| Judith T. Kitano | Partner | 1988 | $1,100.00 | 3.7 | $4,070.00 | Corporate |
| Kelly L.C. Kriebs | Partner | 1999 | $1,100.00 | 9.5 | $10,450.00 | Corporate |
| Luis Li | Partner | 1991 | $1,300.00 | 103.3 | $134,290.00 | Litigation |
| Matthew A. MacDonald | Partner | 2008 | $895.00 | 81.7 | $73,121.50 | Litigation |
| Kathleen M. McDowell | Partner | 1984 | $895.00 | 373.6 | $334,372.00 | Appellate |
| James C. Rutten | Partner | 1997 | $995.00 | 176.1 | $175,219.50 | Litigation |
| Donald B. Verrilli | Partner | 1983 | $1,400.00 | 6.2 | $8,680.00 | Appellate |
| Henry Weissmann | Partner | 1987 | $1,300.00 | 514.6 | $668,980.00 | Litigation |
| Michael E. Greaney | Of Counsel | 1996 | $890.00 | 23.7 | $21,093.00 | Corporate / Real Estate |
| Bradley R. Schneider | Of Counsel | 2004 | $890.00 | 12.2 | $10,858.00 | Restructuring |
| Grant R. Arnow | Associate | 2017 | $535.00 | 711.1 | $380,438.50 | Litigation |
| Nick Axelrod | Associate | 2013 | $775.00 | 903.3 | $700,057.50 | Litigation |
| Michael C. Baker | Associate | 2016 | $625.00 | 547.8 | $342,375.00 | Litigation |
| Andre W. Brewster | Associate | 2015 | $685.00 | 175.1 | $119,943.50 | Litigation |
| Wesley T.L. Burrell | Associate | 2011 | $810.00 | 31.8 | $25,758.00 | Litigation |
| Matthew K. Donohue | Associate | 2014 | $750.00 | 0.3 | $225.00 | Litigation |
| Brendan Gants | Associate | 2016 | $750.00 | 52.5 | $39,375.00 | Litigation |
| Alexander S. Gorin | Associate | 2017 | $535.00 | 323.4 | $173,019.00 | Litigation |
| Lauren M. Harding | Associate | 2015 | $685.00 | 639.4 | $437,989.00 | Litigation |
| Jan W. Jorritsma | Associate | 2018 | $460.00 | 184.3 | $84,778.00 | Litigation |
| Erinma E. Kalu | Associate | 2019 | $460.00 | 1.0 | $460.00 | Litigation |
| Anthony J. Ramirez | Associate | 2016 | $625.00 | 84.9 | $53,062.50 | Corporate |
| Teresa A. Reed Dippo | Associate | 2015 | $685.00 | 155.9 | $106,791.50 | Litigation |
| Lauren Ross | Associate | 2016 | $625.00 | 27.9 | $17,437.50 | Litigation |
| Giovanni S. Saarman Gonzalez | Associate | 2016 | $625.00 | 596.9 | $373,062.50 | Litigation |
| Tori N. Stilwell | Associate | 2019 | $315.00 | 63.3 | $19,939.50 | Litigation |

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Trevor N. Templeton | Associate | 2016 | $685.00 | 98.2 | $67,267.00 | Litigation |
| David W. Walchak | Associate | 2018 | $460.00 | 117.1 | $53,866.00 | Litigation |
| Bobby Malhotra | eDiscovery Attorney | 2008 | $575.00 | 1.4 | $805.00 | N/A |
| Mark M. Chowdhury | Staff Counsel | 1991 | $380.00 | 560.9 | $213,142.00 | N/A |
| Michael Y. Doko | Staff Counsel | 1998 | $405.00 | 364.4 | $147,582.00 | N/A |
| Candice Fuller | Staff Counsel | 2014 | $460.00 | 222.0 | $102,120.00 | N/A |
| Michael L. Lerew | Staff Counsel | 1993 | $380.00 | 299.0 | $113,620.00 | N/A |
| Shelley Lipman | Staff Counsel | 1993 | $380.00 | 429.1 | $163,058.00 | N/A |
| Susan Liu | Staff Counsel | 2001 | $460.00 | 213.2 | $98,072.00 | N/A |
| Terence M. McKiernan | Staff Counsel | 1999 | $460.00 | 383.4 | $176,364.00 | N/A |
| Lisa M. McLean | Staff Counsel | 2001 | $380.00 | 207.9 | $79,002.00 | N/A |
| Hadi Motiee | Staff Counsel | 2007 | $460.00 | 72.3 | $33,258.00 | N/A |
| Marcia B. Osborne | Staff Counsel | 1989 | $405.00 | 362.8 | $146,934.00 | N/A |
| Doris R. Perl | Staff Counsel | 1990 | $460.00 | 358.5 | $164,910.00 | N/A |
| Mark M. Perl | Staff Counsel | 1991 | $460.00 | 379.1 | $174,386.00 | N/A |
| Allison Rector | Staff Counsel | 2018 | $405.00 | 163.4 | $66,177.00 | N/A |
| Jarett D. Reid | Staff Counsel | 2010 | $405.00 | 78.2 | $31,671.00 | N/A |
| Barni Rothman | Staff Counsel | 1985 | $405.00 | 127.6 | $51,678.00 | N/A |
| Arjang Seraji | Staff Counsel | 1997 | $460.00 | 312.9 | $143,934.00 | N/A |
| Steven D. Valentine | Staff Counsel | 1997 | $460.00 | 39.5 | $18,170.00 | N/A |
| Alicia Barlow | Paralegal | N/A | $325.00 | 3.1 | $1,007.50 | N/A |
| Jennifer Galindo | Paralegal | N/A | $380.00 | 55.4 | $21,052.00 | N/A |
| Bruce M. Gordon | Paralegal | N/A | $270.00 | 73.8 | $19,926.00 | N/A |
| Arn Jacobsen | Paralegal | N/A | $380.00 | 19.8 | $7,524.00 | N/A |
| Michael J. Lamb | Paralegal | N/A | $380.00 | 43.2 | $16,416.00 | N/A |
| Nicholas Martin | Paralegal | N/A | $325.00 | 4.5 | $1,462.50 | N/A |
| Danny R. Munson | Paralegal | N/A | $380.00 | 23.0 | $8,740.00 | N/A |
| Larry M. Polon | Paralegal | N/A | $325.00 | 40.9 | $13,292.50 | N/A |
| Cynthia R. Richardson | Paralegal | N/A | $380.00 | 88.0 | $33,440.00 | N/A |
| Justin A. Wilson | Paralegal | N/A | $325.00 | 7.6 | $2,470.00 | N/A |
| Victor H. Gonzales | ALS | N/A | $350.00 | 263.0 | $92,050.00 | N/A |
| Bowe Kurowski | ALS | N/A | $430.00 | 278.4 | $119,712.00 | N/A |
| Phillip E. Nickels, Jr. | ALS | N/A | $430.00 | 0.9 | $387.00 | N/A |
| Jason D. Troff | ALS | N/A | $430.00 | 437.5 | $188,125.00 | N/A |
| Agnes O. Villero | Library | N/A | $245.00 | 9.3 | $2,278.50 | N/A |
| Benjamin J. Shin | Litigation Analyst | N/A | $110.00 | 3.7 | $407.00 | N/A |
| Noemi Contreras | Clerk | N/A | $110.00 | 3.0 | $330.00 | N/A |
| Nelson Marinero | Clerk | N/A | $110.00 | 1.8 | $198.00 | N/A |
| Jennifer C. Mendoza | Clerk | N/A | $110.00 | 7.5 | $825.00 | N/A |
| Frank G. Rivera | Clerk | N/A | $110.00 | 4.0 | $440.00 | N/A |
| Credit (1/29 – 5/31) | | | | | ($14,480.00) | |
| **Total Professionals:** | | | | **14,095.4** | **$9,251,735.50** | |