# EXHIBIT E

**Exhibit E**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense | Amount |
|---|---:|
| Meals | $4,583.19 |
| Travel – Airfare | $39,530.13 |
| Travel – Hotel | $40,245.88 |
| Travel – Ground (Local) | $113.65 |
| Travel – Ground (Out of Town) | $13,846.86 |
| Copying Charges | $11,695.00 |
| Computer Research – Outside | $225.75 |
| Messenger | $1,447.58 |
| Air Express | $2,700.77 |
| Other Expenses | $885.32 |
| **Total** | **$116,004.13** |