# EXHIBIT F

**Exhibit F**

**Summary, by Matter Category, of Fees Budgeted and Fees Incurred During the Fee Period**

| Matter Number | Project Category Description | Hours | | Total Compensation | | Expenses | Total |
|---|---|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed | | |
| 020 | Legislative Issues | 500 | 263.1 | $431,425.00 | $223,745.50 | - | $223,745.50 |
| 021 | Non-Bankruptcy Litigation / Wildfire (Criminal) | 30,575 | 11,005.7 | $15,703,375.00 | $6,676,888.50 | - | $6,676,888.50 |
| 022 | Non-Working Travel | 240 | 196.7 | $222,225.00 | $193,596.00 | - | $193,596.00 |
| 023 | Purchase Power Agreements (including Adversary Proceedings) | 360 | 238.5 | $340,850.00 | $178,923.00 | - | $178,923.00 |
| 025 | Regulatory Issues | 5,060 | 1,798.3 | $3,682,125.00 | $1,511,479.50 | - | $1,511,479.50 |
| 026 | Retention / Billing / Fee Applications: MTO | 240 | 192.3 | $197,550.00 | $135,803.50 | - | $135,803.50 |
| 033 | TUB - Tubbs Fire state court litigation (Judge Jackson) | N/A | 400.8 | N/A | $345,779.50 | - | $345,779.50 |
| | Credit (1/29 – 5/31) | | | | ($14,480.00) | | ($14,480.00) |
| **Total** | | **36,975** | **14,095.4** | **$20,577,550.00** | **$9,251,735.50** | **$116,004.13** | **$9,367,739.63** |