# EXHIBIT G

# Exhibit G

## Summary of Fees by Matter for the Fee Period

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 020 | Legislative | 263.1 | $223,745.50 |
| 021 | Non-Bankruptcy Litigation – Criminal Wildfire Investigation | 11,005.7 | $6,676,888.50 |
| 022 | Non-Working Travel | 196.7 | $193,596.00 |
| 023 | Power Purchase Agreements and FERC | 238.5 | $178,923.00 |
| 025 | Regulatory | 1,798.3 | $1,511,479.50 |
| 026 | MTO Retention and Fee Applications | 192.3 | $135,803.50 |
| 033 | TUB - Tubbs Fire state court litigation (Judge Jackson) | 400.8 | $345,779.50 |
|  | Credit (1/29 – 5/31) |  | ($14,480.00) |
| **Total:** |  | **14,095.4** | **$9,251,735.50** |

: