GREGG M. FICKS (State Bar No. 148093)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-gmf@cpdb.com

*Special Counsel to Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS & ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **SUPPLEMENTAL CERTIFICATION OF GREGG M. FICKS IN SUPPORT OF FIRST INTERIM FEE APPLICATION OF COBLENTZ PATCH DUFFY & BASS LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (JANUARY 29, 2019 THROUGH SEPTEMBER 30, 2019)** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in Lead Case No. 19-30088 (DM).* | |
| | Date: TBD<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br>Judge: Hon. Dennis Montali |
| | **Objection Deadline:** December 4, 2019 at 4:00 p.m. (Pacific Time) |
| | [Re: Dkt. Nos. 4754 and 4755] |

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

I, Gregg M. Ficks, hereby certify as follows:

1. I am attorney licensed to practice law in the State of California. I am a partner at the law firm of Coblentz Patch Duffy & Bass LLP, Special Counsel to the Debtors,[1] and am authorized to make this Supplemental Certification in that capacity. Except as otherwise may be stated herein, all statements in this Supplemental Certification are based on my personal knowledge, and, if called upon to do so, I could and would testify to them.

2. I make this Supplemental Certification in support of the *First Interim Fee Application of Coblentz Patch Duffy & Bass LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (January 29, 2019 through September 30, 2019)* (the "**Interim Application**") [Dkt. No. 4754] filed November 14, 2019 in these Bankruptcy Cases.

3. Attached hereto as **Exhibit A** is a true and correct copy of my November 15, 2019 letter transmitting the Interim Application to the Debtors and advising them of their rights to review and object to the compensation and expense reimbursement sought therein. I sent such letter to the Debtors on November 15, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of November, 2019, in San Francisco, California.

*/s/ Gregg M. Ficks*
Gregg M. Ficks

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Interim Application described in Paragraph 2 herein.