# Exhibit A

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Gregg M. Ficks
D 415.772.5779
gficks@coblentzlaw.com

November 15, 2019

John R. Simon, Esq.
Executive Vice President and General Counsel
PG&E Corporation
77 Beale Street
P.O. Box 770000
San Francisco, CA 94177

Janet Loduca, Esq.
Sr. Vice President and Deputy General Counsel
Pacific Gas and Electric Company
77 Beale Street
P.O. Box 770000
San Francisco, CA 94177

Re: In re PG&E Corporation and Pacific Gas and Electric Company;
<u>First Interim Fee Application of Coblentz Patch Duffy & Bass LLP</u>

Dear Mr. Simon and Ms. Loduca:

    We are enclosing for your review a copy of the *First Interim Fee Application of Coblentz Patch Duffy & Bass LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (January 29, 2019 through September 30, 2019)*, and a copy of my Certification in support thereof, which were filed yesterday in these bankruptcy cases.

    The Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor in possession, a trustee, or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals. We invite you to discuss any objections, concerns, or questions you may have with us. The Office of the United States Trustee also will accept your comments, and the Court will consider timely filed objections by any party-in-interest at the time of the hearing on the application.

    If you have any questions or comments, please do not hesitate to call me or Barbara Milanovich, Doug Sands, or Sean Coyle of this office.

Very truly yours,

Gregg M. Ficks

GMF/vxr
Enclosures

16213.101 4847-7072-0941.1

Coblentz
Patch Duffy
& Bass LLP

John R. Simon, Esq.
Janet Loduca, Esq.
November 15, 2019
Page 2

cc (w/enclosures):   Wendy Coleman, Esq.
Barbara Milanovich, Esq.
Doug Sands, Esq.
Sean Coyle, Esq.

16213.101 4847-7072-0941.1