# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## AUGUST 1, 2019 THROUGH AUGUST 31, 2019

The attorneys and paraprofessionals who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Richard A. Hall | Corporate | 1989 | $1,500 | 122.50 | $183,750.00 |
| Julie A. North | Litigation | 1990 | 1,500 | 131.10 | 196,650.00 |
| Darin P. McAtee | Litigation | 1993 | 1,500 | 36.00 | 54,000.00 |
| Andrew W. Needham | Tax | 1995 | 1,500 | 25.40 | 38,100.00 |
| George E. Zobitz | Corporate | 1996 | 1,500 | 56.00 | 84,000.00 |
| Antony L. Ryan | Litigation | 1997 | 1,500 | 14.00 | 21,000.00 |
| Paul H. Zumbro | Corporate | 1998 | 1,500 | 166.50 | 249,750.00 |
| Timothy G. Cameron | Litigation | 1999 | 1,500 | 96.50 | 144,750.00 |
| Kevin J. Orsini | Litigation | 2004 | 1,500 | 278.80 | 418,200.00 |
| David M. Stuart | Litigation | 1996 | 1,350 | 19.40 | 26,190.00 |
| Benjamin Gruenstein | Litigation | 2000 | 1,350 | 10.60 | 14,310.00 |
| Omid H. Nasab | Litigation | 2007 | 1,350 | 140.80 | 190,080.00 |
| Damaris Hernandez | Litigation | 2008 | 1,350 | 113.90 | 153,765.00 |
| Andrew C. Elken | Corporate | 2009 | 1,100 | 26.20 | 28,820.00 |
| Nicholas A. Dorsey | Corporate | 2010 | 1,100 | 20.10 | 22,110.00 |
| **Total Partners:** | | | | **1,257.80** | **$1,825,475.00** |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Evan Norris | Litigation | 2003 | $1,025 | 183.60 | $188,190.00 |
| Lillian S. Grossbard | Litigation | 1998 | 1,020 | 147.90 | 150,858.00 |
| Lindsay J. Timlin | Litigation | 2010 | 1,010 | 38.00 | 38,380.00 |
| David A. Herman | Litigation | 2008 | 975 | 176.90 | 172,477.50 |
| Scott Reents | Litigation | 2008 | 975 | 70.30 | 68,542.50 |
| Jordan Peterson | Litigation | 2014 | 960 | 11.70 | 11,232.00 |
| Brittany L. Sukiennik | Litigation | 2012 | 960 | 130.30 | 125,088.00 |
| Nathan Denning | Litigation | 2011 | 960 | 294.60 | 282,816.00 |
| Daniel C. Haaren | Corporate | 2013 | 960 | 219.30 | 210,528.00 |
| Paul Sandler | Corporate | 2014 | 940 | 138.50 | 130,190.00 |
| Holden K. Sumner | Corporate | 2014 | 940 | 13.70 | 12,878.00 |
| Arvind Ravichandran | Tax | 2013 | 940 | 17.20 | 16,168.00 |
| Kelsie Docherty | Litigation | 2015 | 890 | 185.30 | 164,917.00 |
| Michael Zaken | Litigation | 2015 | 890 | 207.60 | 184,764.00 |
| Christopher Beshara | Litigation | 2015 | 890 | 259.60 | 231,044.00 |
| Christina Barreiro | Litigation | 2016 | 855 | 75.60 | 64,638.00 |
| Brendan Benedict | Litigation | 2016 | 855 | 89.30 | 76,351.50 |
| Peter Fountain | Litigation | 2016 | 855 | 99.20 | 84,816.00 |
| Clay H. Greenberg | Litigation | 2016 | 855 | 85.30 | 72,931.50 |
| Matthias Thompson | Litigation | 2016 | 855 | 230.00 | 196,650.00 |
| Max A. Winograd | Litigation | 2016 | 855 | 38.20 | 32,661.00 |
| Charles E. Loeser | Litigation | 2016 | 855 | 38.00 | 32,490.00 |
| Grant S. May | Litigation | 2017 | 840 | 293.30 | 246,372.00 |
| Valerie Sapozhnikova | Corporate | 2017 | 840 | 29.40 | 24,696.00 |
| Evan E. H. Schladow | Corporate | 2017 | 840 | 82.90 | 69,636.00 |
| Sarah V. Warburg-Johnson | Litigation | 2017 | 840 | 43.50 | 36,540.00 |
| Marco Wong | Litigation | 2017 | 840 | 211.80 | 177,912.00 |
| Edgar Myer | Litigation | 2017 (Admitted in New South Wales) | 750 | 169.30 | 126,975.00 |
| Katherine O'Koniewski | Litigation | 2018 | 750 | 144.70 | 108,525.00 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Christopher J. Charlton | Litigation | 2018 (Admitted in England and Wales) | 750 | 82.90 | 62,175.00 |
| Michael Ardeljan | Litigation | 2018 | 750 | 57.00 | 42,750.00 |
| Jessica Choi | Litigation | 2018 | 750 | 183.10 | 137,325.00 |
| Allison Kempf | Litigation | 2018 | 750 | 120.00 | 90,000.00 |
| Monica D. Kozycz | Litigation | 2018 | 750 | 207.00 | 155,250.00 |
| Jonathan D. Mooney | Litigation | 2018 | 750 | 9.60 | 7,200.00 |
| Bradley R. Niederschulte | Litigation | 2018 | 750 | 84.80 | 63,600.00 |
| Victoria Ryan | Litigation | 2018 | 750 | 8.60 | 6,450.00 |
| Christina S. Shin | Corporate | 2018 | 750 | 39.70 | 29,775.00 |
| Patrick S. Taylor | Corporate | 2018 | 750 | 74.40 | 55,800.00 |
| Allison Tilden | Litigation | 2018 | 750 | 222.70 | 167,025.00 |
| Sarah M. Topol | Litigation | 2018 | 750 | 111.10 | 83,325.00 |
| Alex Weiss | Litigation | 2018 | 750 | 256.40 | 192,300.00 |
| Seann Archibald | Corporate | 2019 | 595 | 63.80 | 37,961.00 |
| Sara Bodner | Litigation | 2019 | 595 | 249.80 | 148,631.00 |
| Aishlinn R. Bottini | Litigation | 2019 | 595 | 197.10 | 117,274.50 |
| Lauren A. Cole | Litigation | 2019 | 595 | 145.20 | 86,394.00 |
| Margaret Fleming | Corporate | 2019 | 595 | 179.10 | 106,564.50 |
| Sofia Gentel | Litigation | 2019 | 595 | 232.10 | 138,099.50 |
| Ciara Grubbs | Litigation | 2019 | 595 | 7.20 | 4,284.00 |
| Ya Huang | Corporate | 2019 | 595 | 70.30 | 41,828.50 |
| Kalana Kariyawasam | Litigation | 2019 | 595 | 138.40 | 82,348.00 |
| Feyilana Lawoyin | Litigation | 2019 | 595 | 160.40 | 95,438.00 |
| Mika Madgavkar | Litigation | 2019 | 595 | 163.70 | 97,401.50 |
| Sylvia Mahaffey | Corporate | 2019 | 595 | 137.70 | 81,931.50 |
| Caleb Robertson | Litigation | 2019 | 595 | 228.00 | 135,660.00 |
| Rebecca Schwarz | Litigation | 2019 | 595 | 15.50 | 9,222.50 |
| Joel Hagood | Litigation | 2010 | 565 | 102.00 | 57,630.00 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Raffaele DiMaggio | Litigation | 2004 | 565 | 205.60 | 116,164.00 |
| Marisa Wheeler | Litigation | 2003 | 565 | 175.40 | 99,101.00 |
| Jay Holt | Litigation | 1977 | 415 | 158.70 | 65,860.50 |
| Alain Rozan | Litigation | 1985 | 415 | 238.30 | 98,894.50 |
| Andrea Naham | Litigation | 1987 | 415 | 300.30 | 124,624.50 |
| Trebor Lloyd | Litigation | 1993 | 415 | 191.30 | 79,389.50 |
| Andrew Weiner | Litigation | 1997 | 415 | 189.90 | 78,808.50 |
| Peter Lee | Litigation | 2004 | 415 | 272.50 | 113,087.50 |
| Peter Truong | Litigation | 2004 | 415 | 233.80 | 97,027.00 |
| Alejandro MacLean | Litigation | 2008 | 415 | 144.50 | 59,967.50 |
| Robert Njoroge | Litigation | 2008 | 415 | 42.20 | 17,513.00 |
| Moshe K. Silver | Litigation | 2009 | 415 | 244.10 | 101,301.50 |
| Michael Pfeffer | Litigation | 2010 | 415 | 239.50 | 99,392.50 |
| Michael Fessler | Litigation | 2011 | 415 | 250.80 | 104,082.00 |
| Dianne Rim | Litigation | 2011 | 415 | 273.20 | 113,378.00 |
| Ryan Spence | Litigation | 2013 | 415 | 210.00 | 87,150.00 |
| Matthew Ng | Litigation | 2014 | 415 | 220.00 | 91,300.00 |
| Nathan Ancheta | Litigation | 2017 | 415 | 244.50 | 101,467.50 |
| Kimberly Tolman | Litigation | 2014 | 390 | 215.90 | 84,201.00 |
| **Total Associates:** | | | | **11,323.10** | **$7,405,620.50** |

| NAME OF PARAPROFESSIONALS: | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Alex Kol | Litigation Technology | $400 | 11.50 | $4,600.00 |
| Brian Ross | Litigation Technology | 400 | 8.50 | 3,400.00 |
| Janet Venegas Fernando | Litigation Technology | 400 | 48.40 | 19,360.00 |
| Miguel Gonzalez | Litigation Technology | 385 | 20.50 | 7,892.50 |
| Vaughn Harper | Litigation Technology | 385 | 6.70 | 2,579.50 |
| Roberto Severini | Litigation Technology | 360 | 31.30 | 11,268.00 |
| Dana Crandall | Litigation Support Administrator | 335 | 23.00 | 7,705.00 |
| Somaiya Kibria | Litigation Legal Assistant | 335 | 155.10 | 51,958.50 |
| David Sizer | Litigation Legal Assistant | 310 | 6.60 | 2,046.00 |
| Jim Bell | Litigation Legal Assistant | 310 | 135.20 | 41,912.00 |
| Joan Lewandowski | Litigation Legal Assistant | 310 | 158.20 | 49,042.00 |
| Stephanie Scanzillo | Litigation Legal Assistant | 310 | 209.70 | 65,007.00 |
| Kathleen Driscoll | Litigation Legal Assistant | 308.54* | 151.90 | 46,867.00 |
| Charlie Zhen | Litigation Legal Assistant | 290 | 223.70 | 64,873.00 |
| Husniye Cogur | Litigation Legal Assistant | 290 | 162.50 | 47,125.00 |
| Nicole Jakobson | Litigation Legal Assistant | 290 | 184.10 | 53,389.00 |
| Raley Abramczyk | Litigation Legal Assistant | 290 | 198.10 | 57,449.00 |
| Veronica Velasco | Litigation Legal Assistant | 290 | 220.80 | 64,032.00 |
| Vivian Fernandez | Litigation Legal Assistant | 290 | 195.80 | 56,782.00 |
| **Total Paraprofessionals:** | | | **2,151.60** | **$657,287.50** |

\* These individuals advanced in seniority and their hourly rates increased from $290 to $310 on August 5, 2019. These figures represent their average billing rates for the month.

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $1,451.32 | 1,257.80 | $1,825,475.00 |
| Associates | 654.03 | 11,323.10 | 7,405,620.50 |
| Paraprofessionals | 305.49 | 2,151.60 | 657,287.50 |
| **Blended Attorney Rate** | **$733.74** | | |
| **Total Fees Incurred** | | 14,732.50 | 9,888,383.00[1] |
| **Less 50% Discount on Non-Working Travel Time** | | | (183,138.25) |
| **Total Adjusted Fees** | | | **$9,705,244.75** |

---

[1] Net of $97,219.00 in voluntary write offs.