# EXHIBIT B

# COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY CRAVATH, SWAINE & MOORE LLP FOR THE PERIOD AUGUST 1, 2019 THROUGH AUGUST 31, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| ADMN | Case Administration (Incl. Docket Updates and Case Calendar) | 231.70 | $74,044.00 |
| ASST | Use and Sale of Assets, Including 363 Sales | 2.10 | 2,052.00 |
| AUTO | Automatic Stay | 4.70 | 4,582.50 |
| BARN | Bar Date and Claims Noticing Matter | 10.70 | 3,345.00 |
| CASE | General Case Strategy | 381.00 | 358,260.00 |
| CASH | Financing / Cash Collateral | 551.50 | 525,166.50 |
| COMM | Committee Matters | 780.70 | 564,578.00 |
| CRAV | Cravath Retention and Fee Application | 355.70 | 246,505.00 |
| CRED | Creditor Inquiries | 0.00 | 0.00 |
| DSSV | Disclosure Statement / Solicitation / Voting Matters | 8.40 | 7,024.50 |
| ECUL | Executory Contracts and Unexpired Leases | 0.00 | 0.00 |
| FEEO | Retention and Fee Application of Non-Cravath Professionals | 0.40 | 509.50 |
| GOVR | Corporate Governance and Securities Matters | 303.20 | 304,821.50 |
| HEAR | Hearings and Court Matters | 389.70 | 350,040.50 |
| INVS | Investigations | 380.00 | 287,397.50 |
| NONB | Non-Bankruptcy Litigation | 3,511.10 | 2,059,397.50 |
| OCMS | Other Contested Matters | 3.60 | 3,202.50 |
| OPRS | Business Operations Matters | 142.40 | 117,644.50 |
| PLAN | Plan of Reorganization / Plan Confirmation | 79.40 | 86,302.50 |
| PUBL | Public Relations Strategy | 59.00 | 58,006.00 |
| REGS | Regulatory & Legislative Matters | 1,696.90 | 1,029,574.00 |
| TRVL | Non-Working Travel Time | 405.50 | $183,138.25* |
| USTM | U.S. Trustee Matters / Meetings / Communications / Reports | 16.70 | 9,003.00 |
| WILD | Wildfire Claims Matters | 5,418.10 | 3,430,650.00 |
| TOTAL | | 14,732.50 | $9,705,244.75** |

\* - Non-Working Travel Time billed at 50% discount.
\*\* - Net of $97,219.00 in voluntary write offs.