**EXHIBIT C**

**EXPENSE SUMMARY
FOR THE PERIOD AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

| **EXPENSES** | **AMOUNTS** |
|---|---|
| Meals | $3,855.30 |
| Transportation | 6,609.78 |
| Courier/Mail Services | 4,425.68 |
| Duplicating | 4,229.45 |
| Special Disbursements (including Experts) | 1,011,801.38 |
| Travel | 134,016.70* |
| **Total Expenses Requested:** | **$1,164,938.29** |

* - Hotel expenses have been capped for reimbursement purposes at $600.00/night.