# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
### SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

The attorneys and paraprofessionals who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Evan R. Chesler | Litigation | 1976 | $1,500 | 50.50 | $75,750.00 |
| Peter T. Barbur | Litigation | 1989 | 1,500 | 116.00 | 174,000.00 |
| Richard A. Hall | Corporate | 1989 | 1,500 | 71.10 | 106,650.00 |
| Julie A. North | Litigation | 1990 | 1,500 | 145.50 | 218,250.00 |
| Darin P. McAtee | Litigation | 1993 | 1,500 | 84.50 | 126,750.00 |
| Andrew W. Needham | Tax | 1995 | 1,500 | 54.80 | 82,200.00 |
| George E. Zobitz | Corporate | 1996 | 1,500 | 67.30 | 100,950.00 |
| Paul H. Zumbro | Corporate | 1998 | 1,500 | 131.30 | 196,950.00 |
| Timothy G. Cameron | Litigation | 1999 | 1,500 | 92.90 | 139,350.00 |
| Kevin J. Orsini | Litigation | 2004 | 1,500 | 358.60 | 537,900.00 |
| Benjamin Gruenstein | Litigation | 2000 | 1,350 | 27.00 | 36,450.00 |
| J. Wesley Earnhardt | Litigation | 2005 | 1,350 | 13.20 | 17,820.00 |
| Omid H. Nasab | Litigation | 2007 | 1,350 | 34.20 | 46,170.00 |
| Damaris Hernandez | Litigation | 2008 | 1,350 | 216.40 | 292,140.00 |
| **Total Partners:** | | | | 1,463.00 | $2,151,330.00 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Christopher J. Kelly | Corporate | 2000 | $1,240 | 19.40 | $24,056.00 |
| Evan Norris | Litigation | 2003 | 1,025 | 181.50 | 186,037.50 |
| Lillian S. Grossbard | Litigation | 1998 | 1,020 | 229.30 | 233,886.00 |
| David A. Herman | Litigation | 2008 | 975 | 205.60 | 200,460.00 |
| Deborah L. Fox | Litigation | 2008 | 975 | 58.40 | 56,940.00 |
| Scott Reents | Litigation | 2008 | 975 | 225.90 | 220,252.50 |
| Nathan Denning | Litigation | 2011 | 960 | 336.10 | 322,656.00 |
| Brittany L. Sukiennik | Litigation | 2012 | 960 | 273.70 | 262,752.00 |
| Paul Sandler | Corporate | 2014 | 960 | 102.40 | 98,304.00 |
| Daniel C. Haaren | Corporate | 2013 | 960 | 229.40 | 220,224.00 |
| Katherine D. Janson | Litigation | 2006 | 945 | 14.80 | 13,986.00 |
| Michael Zaken | Litigation | 2015 | 940 | 224.80 | 211,312.00 |
| Christopher Beshara | Litigation | 2015 | 940 | 254.30 | 239,042.00 |
| Kelsie Docherty | Litigation | 2015 | 940 | 279.70 | 262,918.00 |
| Matthias Thompson | Litigation | 2016 | 890 | 216.50 | 192,685.00 |
| Brendan Benedict | Litigation | 2016 | 890 | 155.30 | 138,217.00 |
| Charles E. Loeser | Litigation | 2016 | 890 | 43.60 | 38,804.00 |
| Christina Barreiro | Litigation | 2016 | 890 | 177.50 | 157,975.00 |
| Clay H. Greenberg | Litigation | 2016 | 890 | 214.80 | 191,172.00 |
| Max A. Winograd | Litigation | 2016 | 890 | 150.00 | 133,500.00 |
| Norman J. Walczak | Corporate | 2016 | 890 | 17.50 | 15,575.00 |
| Peter Fountain | Litigation | 2016 | 890 | 17.80 | 15,842.00 |
| Salah M. Hawkins | Litigation | 2016 | 890 | 170.40 | 151,656.00 |
| Evan E. H. Schladow | Corporate | 2017 | 855 | 18.70 | 15,988.50 |
| Marco Wong | Litigation | 2017 | 855 | 162.90 | 139,279.50 |
| Sarah V. Warburg-Johnson | Litigation | 2017 | 855 | 106.90 | 91,399.50 |
| Melissa Valladares | Litigation | 2017 | 855 | 32.40 | 27,702.00 |
| Grant S. May | Litigation | 2017 | 855 | 221.40 | 189,297.00 |
| Alex Weiss | Litigation | 2018 | 840 | 158.10 | 132,804.00 |
| Allison Kempf | Litigation | 2018 | 840 | 126.70 | 106,428.00 |
| Allison Tilden | Litigation | 2018 | 840 | 231.90 | 194,796.00 |
| Bradley R. Niederschulte | Litigation | 2018 | 840 | 219.00 | 183,960.00 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Christina S. Shin | Corporate | 2018 | 840 | 14.00 | 11,760.00 |
| Jessica Choi | Litigation | 2018 | 840 | 211.60 | 177,744.00 |
| Jonathan D. Mooney | Litigation | 2018 | 840 | 100.80 | 84,672.00 |
| Katherine O'Koniewski | Litigation | 2018 | 840 | 23.00 | 19,320.00 |
| Michael Ardeljan | Litigation | 2018 | 840 | 32.00 | 26,880.00 |
| Monica D. Kozycz | Litigation | 2018 | 840 | 247.90 | 208,236.00 |
| Patrick S. Taylor | Corporate | 2018 | 840 | 31.50 | 26,460.00 |
| Sarah M. Topol | Litigation | 2018 | 840 | 165.50 | 139,020.00 |
| Margaret Fleming | Corporate | 2019 | 750 | 143.90 | 107,925.00 |
| Sara Bodner | Litigation | 2019 | 750 | 159.70 | 119,775.00 |
| Aishlinn R. Bottini | Litigation | 2019 | 750 | 175.50 | 131,625.00 |
| Caleb Robertson | Litigation | 2019 | 750 | 219.30 | 164,475.00 |
| Derek Mong | Litigation | 2019 | 750 | 40.60 | 30,450.00 |
| Feyilana Lawoyin | Litigation | 2019 | 750 | 78.30 | 58,725.00 |
| Kalana Kariyawasam | Litigation | 2019 | 750 | 281.70 | 211,275.00 |
| Lauren A. Cole | Litigation | 2019 | 750 | 241.90 | 181,425.00 |
| Mika Madgavkar | Litigation | 2019 | 750 | 87.20 | 65,400.00 |
| Seann Archibald | Corporate | 2019 | 750 | 13.30 | 9,975.00 |
| Sofia Gentel | Litigation | 2019 | 750 | 90.30 | 67,725.00 |
| Sylvia Mahaffey | Corporate | 2019 | 750 | 187.80 | 140,850.00 |
| Ya Huang | Corporate | 2019 | 750 | 112.10 | 84,075.00 |
| Edgar Myer | Litigation | 2017 (Admitted in New South Wales) | 750 | 192.10 | 144,075.00 |
| Christopher J. Charlton | Litigation | 2018 (Admitted in England and Wales) | 750 | 178.70 | 134,025.00 |
| Andrew Astore | Corporate | * | 595 | 24.10 | 14,339.50 |
| Evan Siegel | Litigation | * | 595 | 21.20 | 12,614.00 |
| Harold King | Corporate | * | 595 | 41.70 | 24,811.50 |
| Shanique Campbell | Litigation | * | 595 | 36.00 | 21,420.00 |
| Swara Saraiya | Litigation | * | 595 | 73.30 | 43,613.50 |
| William LaRosa | Litigation | * | 595 | 84.50 | 50,277.50 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Marisa Wheeler | Litigation | 2003 | 565 | 206.30 | 116,559.50 |
| Raffaele DiMaggio | Litigation | 2004 | 565 | 252.00 | 142,380.00 |
| Joel Hagood | Litigation | 2010 | 565 | 180.60 | 102,039.00 |
| Jay Holt | Litigation | 1977 | 415 | 232.60 | 96,529.00 |
| Katherine Geraci | Litigation | 1984 | 415 | 61.10 | 25,356.50 |
| Alain Rozan | Litigation | 1985 | 415 | 295.50 | 122,632.50 |
| Andrea Naham | Litigation | 1987 | 415 | 252.90 | 104,953.50 |
| Matthew Goetz | Litigation | 1992 | 415 | 137.00 | 56,855.00 |
| Louise Quick Spann | Litigation | 1993 | 415 | 139.30 | 57,809.50 |
| Trebor Lloyd | Litigation | 1993 | 415 | 199.90 | 82,958.50 |
| Grace Sommero | Litigation | 1995 | 415 | 129.90 | 53,908.50 |
| Andrew Weiner | Litigation | 1997 | 415 | 199.30 | 82,709.50 |
| Peter Lee | Litigation | 2004 | 415 | 235.50 | 97,732.50 |
| Peter Truong | Litigation | 2004 | 415 | 290.20 | 120,433.00 |
| Alejandro MacLean | Litigation | 2008 | 415 | 152.70 | 63,370.50 |
| Robert Njoroge | Litigation | 2008 | 415 | 195.70 | 81,215.50 |
| Moshe K. Silver | Litigation | 2009 | 415 | 239.00 | 99,185.00 |
| Daniel Berkowitz | Litigation | 2010 | 415 | 54.50 | 22,617.50 |
| Michael Pfeffer | Litigation | 2010 | 415 | 239.50 | 99,392.50 |
| Dianne Rim | Litigation | 2011 | 415 | 256.20 | 106,323.00 |
| Elizabeth Shura | Litigation | 2011 | 415 | 54.30 | 22,534.50 |
| Michael Fessler | Litigation | 2011 | 415 | 198.50 | 82,377.50 |
| Elizabeth Varas | Litigation | 2013 | 415 | 109.00 | 45,235.00 |
| Joanna Ingalls | Litigation | 2013 | 415 | 77.40 | 32,121.00 |
| Ryan Spence | Litigation | 2013 | 415 | 220.50 | 91,507.50 |
| Kimberly Tolman | Litigation | 2014 | 415 | 217.50 | 90,262.50 |
| Matthew Ng | Litigation | 2014 | 415 | 211.00 | 87,565.00 |
| Nathan Ancheta | Litigation | 2017 | 415 | 202.30 | 83,954.50 |
| **Total Associates:** | | | | **13,626.40** | **$9,453,392.50** |

\* - Not yet admitted.

| NAME OF PARAPROFESSIONALS: | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Janet Venegas Fernando | Litigation Technology | $400 | 78.60 | $31,440.00 |
| Miguel Gonzalez | Litigation Technology | 385 | 31.90 | 12,281.50 |
| Vaughn Harper | Litigation Technology | 385 | 17.60 | 6,776.00 |
| Roberto Severini | Litigation Technology | 360 | 67.30 | 24,228.00 |
| Dana Crandall | Litigation Support Administrator | 335 | 35.50 | 11,892.50 |
| Somaiya Kibria | Litigation Legal Assistant | 335 | 123.60 | 41,406.00 |
| Jim Bell | Litigation Legal Assistant | 310 | 196.70 | 60,977.00 |
| Joan Lewandowski | Litigation Legal Assistant | 310 | 244.50 | 75,795.00 |
| Kathleen Driscoll | Litigation Legal Assistant | 310 | 234.80 | 72,788.00 |
| Stephanie Scanzillo | Litigation Legal Assistant | 310 | 250.30 | 77,593.00 |
| Charlie Zhen | Litigation Legal Assistant | 290 | 212.10 | 61,509.00 |
| Husniye Cogur | Litigation Legal Assistant | 290 | 171.00 | 49,590.00 |
| Nicole Jakobson | Litigation Legal Assistant | 290 | 194.50 | 56,405.00 |
| Raley Abramczyk | Litigation Legal Assistant | 290 | 243.30 | 70,557.00 |
| Veronica Velasco | Litigation Legal Assistant | 290 | 190.50 | 55,245.00 |
| Vivian Fernandez | Litigation Legal Assistant | 290 | 214.30 | 62,147.00 |
| **Total Paraprofessionals:** | | | **2,506.50** | **$770,630.00** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $1,470.19 | 1,463.30 | $2,151,330.00 |
| Associates | 693.76 | 13,626.40 | 9,453,392.50 |
| Paraprofessionals | 307.45 | 2,506.50 | 770,630.00 |
| **Blended Attorney Rate** | **$769.05** | | |
| **Total Fees Incurred** | | 17,596.20 | 12,375,352.50[1] |
| **Less 50% Discount on Non-Working Travel Time** | | | (316,301.75) |
| **Total Adjusted Fees** | | | **$12,059,050.75** |

---

[1] Net of $133,091.00 in voluntary write offs.