# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY CRAVATH, SWAINE & MOORE LLP FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| ADMN | Case Administration (Incl. Docket Updates and Case Calendar) | 176.80 | 60,626.50 |
| ASST | Use and Sale of Assets, Including 363 Sales | 3.70 | 3,787.50 |
| AUTO | Automatic Stay | 29.50 | 28,349.50 |
| BARN | Bar Date and Claims Noticing Matter | 1.80 | 1,611.00 |
| CASE | General Case Strategy | 469.60 | 355,062.50 |
| CASH | Financing / Cash Collateral | 413.80 | 416,537.00 |
| COMM | Committee Matters | 5,100.10 | 2,922,983.50 |
| CRAV | Cravath Retention and Fee Application | 227.10 | 138,774.00 |
| CRED | Creditor Inquiries | 1.50 | 1,260.00 |
| GOVR | Corporate Governance and Securities Matters | 248.20 | 252,303.00 |
| HEAR | Hearings and Court Matters | 82.30 | 80,902.50 |
| INVS | Investigations | 228.20 | 176,906.00 |
| NONB | Non-Bankruptcy Litigation | 3,125.40 | 2,401,787.50 |
| OCMS | Other Contested Matters | 97.80 | 97,373.00 |
| OPRS | Business Operations Matters | 48.70 | 43,975.00 |
| PLAN | Plan of Reorganization / Plan Confirmation | 176.30 | 190,798.00 |
| PUBL | Public Relations Strategy | 12.80 | 13,996.00 |
| REGS | Regulatory & Legislative Matters | 706.10 | 474,440.00 |
| TRVL | Non-Working Travel Time | 700.90 | 316,301.75* |
| USTM | U.S. Trustee Matters / Meetings / Communications / Reports | 2.00 | 3,000.00 |
| WILD | Wildfire Claims Matters | 5,743.60 | 4,078,276.50 |
| TOTAL | | 17,596.20 | $12,059,050.75** |

\* - Non-Working Travel Time billed at 50% discount.
\*\* - Net of $133,091.00 in voluntary write offs.