# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Meals | $9,757.46* |
| Transportation | 13,319.35 |
| Courier/Mail Services | 2,833.48 |
| Duplicating | 5,380.10 |
| Meeting/Deposition Rooms | 250.00 |
| Special Disbursements (including Experts) | 1,005,058.83** |
| Travel | 218,594.48*** |
| **Total Expenses Requested:** | **$1,255,193.70** |

\* - Includes $61.47 for Meals incurred in July.
\*\* - Includes $2,883.50, $3,120.50 and $627.68 for Special Disbursements incurred in April, May and August respectively.
\*\*\* - Includes $7,615.45 for Travel incurred in July. Hotel expenses have been capped for reimbursement purposes at $600.00/night.