Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**WENDEL ROSEN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@wendel.com

Attorneys for Michael G. Kasolas,
Claims Representative

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>               Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088-DM<br><br>Chapter 7<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**PLEASE TAKE NOTICE** that Mark S. Bostick and Lisa Lenherr of Wendel Rosen LLP hereby appear on behalf of Michael G. Kasolas, appointed as the Claims Representative for Unfiled Fire Claimants by an *Order Extending Bar Date for Fire Claimants and Appointing Claims Representative* entered on November 12, 2019 [Doc# 4672]. Said attorneys request that they be provided with notice of all matters required to be served under Fed. R. Bank P. 2002, 3017

and 9007, and that the following addresses be included in the Court's master mailing list:

Mark S. Bostick<br>
Wendel Rosen LLP<br>
1111 Broadway, 24th Floor<br>
Oakland, CA 94607<br>
Telephone: (510) 834-6600<br>
Email: mbostick@wendel.com

Lisa Lenherr<br>
Wendel Rosen LLP<br>
1111 Broadway, 24th Floor<br>
Oakland, CA 94607<br>
Telephone: (510) 834-6600<br>
Email: llenherr@wendel.com

DATED: November 15, 2019          WENDEL ROSEN LLP

By:     */s/ Lisa Lenherr*
          Mark S. Bostick
          Lisa Lenherr
          Attorneys for Michael G. Kasolas, Claims Representative