Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

# Exhibit C

## Customary and Comparable Compensation Disclosures

| Category of Timekeeper | BLENDED HOURLY RATE | |
|---|---|---|
| | Billed by timekeepers in all domestic offices, excluding bankruptcy | Billed in this Application |
| Partners | $1,324.10 | $1,550.20 |
| Counsel | $1,066.32 | $1,219.98 |
| Associate | $739.33 | $852.36 |
| Paraprofessionals | $284.08 | $379.56 |
| **All timekeepers aggregated** | $814.50 | $1,237.69 |