**Exhibit D**

**Budget for Fees Pursuant to Section 363 (Independent Director Representation)**

| Period | Fees Budgeted (Using Mid-Forecast) | Fees Sought |
|---|---|---|
| May 1 – May 31, 2019 | $165,809.00 | $317,536.50 |
| June 1 – June 30, 2019 | $235,341.00 | $270,021.50 |
| July 1 – July 31, 2019 | $534,097.00 | $310,834.50 |
| August 1 – August 31, 2019 | 763,000.00 | $410,119.50 |
| **Total:** | **$1,698,247.00** | **$1,308,512.00** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017