## Exhibit E

## COMPENSATION BY PROFESSIONAL
## MAY 1, 2019 THROUGH AUGUST 31, 2019

The attorneys who rendered professional services in these Chapter 11 Cases during the Compensation Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Coll-Very, Alexis | Litigation | 1997 | $1,480 | 0.30 | $444.00 |
| Curnin, Paul C. | Litigation | 1988 | $1,640 | 171.80 | $281,752.00 |
| Frankel, Andrew T. | Litigation | 1990 | $1,535 | 16.70 | $25,634.50 |
| Goldin, Nicholas | Litigation | 2000 | $1,480 | 135.20 | $200,096.00 |
| Goldin, Nicholas | Litigation | 2000 | $740 | 9.00 | $6,660.00 |
| Grogan, Gregory T. | ECEB | 2001 | $1,535 | 24.80 | $38,068.00 |
| Kelley, Karen H. | Corporate | 2003 | $1,425 | 2.70 | $3,847.50 |
| Ponce, Mario A. | Corporate | 1989 | $1,640 | 342.30 | $561,372.00 |
| Purushotham, Ravi | Corporate | 2010 | $1,325 | 101.00 | $133,825.00 |
| Qusba, Sandy | Corporate | 1994 | $1,535 | 180.50 | $277,067.50 |
| Torkin, Michael H. | Corporate | 1999 | $1,535 | 190.90 | $293,031.50 |
| Alcabes, Elisa | Litigation | 1989 | $1,220 | 140.00 | $170,800.00 |
| DeLott, Steven R. | Corporate | 1988 | $1,220 | 18.40 | $22,448.00 |
| Koslowe, Jamin R. | ECEB | 1996 | $1,220 | 2.50 | $3,050.00 |
| McLendon, Kathrine | Corporate | 1985 | $1,220 | 92.20 | $112,484.00 |
| Rapp, James I. | Corporate | 1999 | $1,190 | 0.20 | $238.00 |
| **Total Partners and Counsel:** | | | | **1,428.50** | **$2,130,818.00** |

| NAME OF PROFESSIONAL ASSOCIATES | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Calderon, Justin | Litigation | 2018 | $700 | 59.10 | $41,370.00 |
| Campbell, Eamonn W. | Litigation | 2016 | $915 | 10.10 | $9,241.50 |
| Duran, Raul G. | Litigation | 2018 | $590 | 6.10 | $3,599.00 |
| Duran, Raul G. | Litigation | 2018 | $295 | 0.50 | $147.50 |
| Egenes, Erica M. | Corporate | 2018 | $840 | 86.20 | $72,408.00 |
| Fell, Jamie | Corporate | 2015 | $995 | 75.80 | $75,421.00 |
| Isaacman, Jennifer | Litigation | Not admitted | $590 | 54.10 | $31,919.00 |
| Kinsel, Kourtney J. | Litigation | 2018 | $590 | 47.20 | $27,848.00 |
| Levine, Jeff P. | Corporate | 2016 | $915 | 58.50 | $53,527.50 |

| Name | Department | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Lundqvist, Jacob | Litigation | 2019 | $590 | 8.40 | $4,956.00 |
| Mahboubi, Aria | Corporate | 2018 | $700 | 4.30 | $3,010.00 |
| Phillips, Jacob M. | ECEB | 2017 | $840 | 28.70 | $24,108.00 |
| Sparks Bradley, Rachel | Litigation | 2013 | $1,095 | 150.70 | $165,016.50 |
| Sussman, Rebecca A. | Litigation | 2017 | $840 | 174.90 | $146,916.00 |
| Vallejo, Melissa A. | Litigation | Not admitted | $590 | 19.40 | $11,446.00 |
| Yeagley, Alexander | Corporate | 2018 | $700 | 17.60 | $12,320.00 |
| **Total Associates:** | | | | **801.60** | **$683,254.00** |

| NAME OF PARAPROFESSIONALS | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Franklin, Janie Marie | Paralegal – Litigation | | $455 | 5.80 | $2,639.00 |
| Henderson, Douglas | Paralegal – Litigation | | $375 | 2.50 | $937.50 |
| Laspisa, Rosemarie | Paralegal – Litigation | | $400 | 21.50 | $8,600 |
| Rovner, Grace | Paralegal – Corporate | | $265 | 4.90 | $1,298.50 |
| Terricone, Cyrena | Paralegal – Litigation | | $400 | 6.50 | $2,600.00 |
| Kovoor, Thomas G. | Knowledge Management | | $420 | 13.00 | $5,460.00 |
| DeVellis, Mary | Resource Center | | $265 | 1.00 | $265.00 |
| Fuller, Devin | Resource Center | | $265 | 0.50 | $132.50 |
| Magsino, Luke | Resource Center | | $265 | 0.30 | $79.50 |
| Mierski, Nathan | Resource Center | | $265 | 2.30 | $609.50 |
| Scott, Eric Dean | Resource Center | | $265 | 4.00 | $1,060.00 |
| Tripodi, Lou | Library | | $310 | 0.50 | $155.00 |
| **Total Paraprofessionals:** | | | | **62.80** | **$23,836.50** |

| PROFESSIONALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,491.65 | 1,428.50 | $2,130,818.00 |
| Associates | $852.36 | 801.60 | $683,254.00 |
| Paraprofessionals | $379.56 | 62.80 | $23,836.50 |
| Blended Attorney Rate | $1,261.86 | | |
| **Total Fees Incurred** | | **2,292.90** | **$2,837,908.50** |