**Exhibit F**

**COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY SIMPSON THACHER & BARTLETT LLP FOR THE PERIOD MAY 1, 2019 THROUGH AUGUST 31, 2019**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis and Recovery | | |
| AD | Asset Disposition | | |
| BO | Business Operations | | |
| BU | Budgeting (Case) | | |
| CA | Case Administration | 7.20 | $7,401.50 |
| CC | Creditor Communications | | |
| CG | Corporate Governance and Board Matters | 1,219.30 | $1,618,466.50 |
| CH | Court Hearings | 38.90 | $53,092.50 |
| CM | Claims Administration and Objections | 11.30 | $13,074.50 |
| EC | Executory Leases and Contracts | | |
| EE | Employee Benefits/Pensions | 10.10 | $15,503.50 |
| ES | Equityholder Communications | | |
| FA | Fee/Employment Applications | 188.60 | $19,663.00 |
| FI | Financings/Cash Collateral | | |
| FO | Fee/Employment Application Objections | | |
| FR | Fact Analysis and Related Advice | 1.40 | $980.00 |
| IC | Intercompany Issues | | |
| IP | Intellectual Property Issues | | |
| LI | Litigation: Contested Matters and Adversary Proceedings | 69.80 | $72,706.50 |
| LS | Relief From Stay Proceedings | | |
| PL | Plan/Disclosure Statement | 418.50 | $589,729.00 |
| RE | Reporting | .20 | $238.00 |
| TV[1] | Non-Working Travel Time | 9.50 | $6,807.50 |
| TX | Tax Issues | | |
| VA | Valuation | | |

---

[1] Time billed to this task code is billed at one-half of the standard hourly rate.

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| L110 | Fact Investigation/Development | 261.20 | $209,800.00 |
| L120 | Analysis/Strategy | 35.40 | $39,192.00 |
| L130 | Experts/Consultants | | |
| L143 | Discovery - Identification and Preservation | | |
| L160 | Settlement/Non-Binding ADR | | |
| L200 | Pre-Trial Pleadings and Motions | 5.20 | $4,548.50 |
| L241 | Motion to Dismiss: Preemption | | |
| L242 | Motion to Dismiss: Lack of Subject Matter Jurisdiction | | |
| L243 | Motion for Summary Judgment: Kongros | | |
| L244 | Motion for Summary Judgment: Causation | | |
| L245 | Motion for Summary Judgment: Employment | | |
| L246 | Motion for Summary Judgment: Recreational Use Immunity | | |
| L310 | Written Discovery | | |
| L330 | Depositions | | |
| L350 | Discovery Motions | | |
| L400 | Trial Preparation and Trial | | |
| L500 | Appeal | | |
| L600 | eDiscovery - Identification | | |
| L610 | eDiscovery - Preservation | | |
| L620 | eDiscovery - Collection | 3.00 | $1,200.00 |
| L630 | eDiscovery - Processing | 13.30 | $5,506.00 |
| L650 | eDiscovery - Review | | |
| L653 | eDiscovery - First Pass Document Review | | |
| L654 | eDiscovery - Second Pass Document Review | | |
| L655 | eDiscovery - Privilege Review | | |
| L656 | eDiscovery - Redaction | | |
| L670 | eDiscovery - Production | | |
| L671 | eDiscovery - Conversion of ESI to Production | | |
| L680 | eDiscovery - Presentation | | |
| L800 | Experts/Consultants | | |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| L900 | Settlement Process | | |
| **TOTAL** | | **2,292.00** | **$2,837,908.50** |