Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

**Exhibit G**

**EXPENSE SUMMARY FOR THE PERIOD
MAY 1, 2019 THROUGH AUGUST 31, 2019**

| Expenses | Amounts |
|---|---|
| **Research** | **$17,884.39** |
|     Online Research | $17,684.92 |
|     Document Retrieval | $199.47 |
| **Meals** | **$1,825.10** |
|     Overtime | $380.20 |
|     Travel | $1,035.90 |
|     Business | $409.00 |
| **Travel** | **$30,069.62** |
|     Airfare | $21,977.71 |
|     Hotel | $5,712.32 |
|     Out-of-Town Travel | $2,379.59 |
| **Transportation** | **$350.31** |
|     Local | $292.26 |
|     Overtime Carfare | $58.05 |
| **Duplicating** | **$304.08** |
|     Print, Scan & Binding | $209.08 |
|     Miscellaneous Duplicating Services | $95.00 |
| **Courier and Postage** | **$86.44** |
| **Conferencing/Communication** | **$1,425.66** |
|     Telephone | $311.56 |
|     Conferencing Services | $304.10 |
|     Court Call | $810.00 |
| **Total Expenses Requested:** | **$51,945.60** |