# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On November 12, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice to Plaintiff
- Order Re Initial Disclosures and Discovery Conference

3. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 15th day of November 2019, at New York, NY.

_____
Sonia Akter

2

SRF 37451
Case: 19-30088    Doc# 4772    Filed: 11/15/19    Entered: 11/15/19 15:12:04    Page 2 of 4

# Exhibit A

# Exhibit A

Notice Parties Service List

Served via first class mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| BAKER & HOSTETLER, LLP | Attn: Robert A. Julian | 1160 Battery Street | Suite 100 | San Francisco | CA | 94111 |
| Diemer & Wei, LLP | Attn: Kathryn S. Diemer | 100 West San Fernando Street | Suite 555 | San Jose | CA | 95113 |