Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

David B. Rivkin, Jr., (SBN 394446)
BAKER & HOSTETLER LLP
1050 Connecticut Ave., NW, Suite 1100
Washington, DC 20036
Telephone: 202.861.1731
Facsimile: 202.861.1783
Email: drivkin@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **DECLARATION OF DAVID B. RIVKIN, JR. IN SUPPORT OF RESPONSE BRIEF OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS CONCERNING THE APPLICABILITY OF INVERSE CONDEMNATION** <br><br> Date: November 19, 2019 <br> Time: 10:00 a.m. <br> Place: United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> San Francisco, CA 94102 |

DAVID B. RIVKIN, JR., under penalty of perjury, declares:

1. I am a partner at Baker & Hostetler LLP, counsel to the Official Committee of Tort Claimants (the "**TCC**") of PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**") in these chapter 11 cases.

2. I submit this Declaration in support of the TCC's Response Brief Concerning the Applicability of Inverse Condemnation.

3. Attached hereto as **EXHIBIT A** is a true and correct copy of a ruling issued by the Superior Court of California, County of Sacramento, "Ruling on Submitted Matter: Inverse Condemnation Motions," dated June 22, 2017, which this firm obtained from Superior Court of California Website. This ruling finds PG&E may be held liable for inverse condemnation under California law.

4. Attached hereto as **EXHIBIT B** is a true and correct copy of the ruling issued by the Superior Court of California, County of Sacramento, "Ruling on Submitted Matter: PG&E's Renewed Motion for a Legal Determination of Inverse Condemnation Liability Pursuant to Code of Civil Procedure Section 1260.040," dated May 1, 2018, which this firm obtained from the Superior Court of California Website. The ruling states that PG&E is liable for inverse condemnation damages under present controlling appellate law.

5. Attached hereto as **EXHIBIT C** is a true and correct copy of the Superior Court Of California for the County of Sacramento, "Stipulated Judgment" dated November 29, 2018, which the firm obtained from Bloomberg Law. The final judgment resolved Barbara Jean and Robert Thomas Zelmer's inverse condemnation claims against PG&E.

6. Attached hereto as **EXHIBIT D** is a true and correct copy of the order issued by the Superior Court of California, County of Sacramento, "Order Granting Motion For Entry of Stipulated Judgment," November 29, 2018, which the firm obtained from http://s1.q4cdn.com/880135780/files/doc_downloads/2019/20181129-Order-Granting-Motion-for-Entry-of-Stip-Judgment-(Zelmer).pdf. The order agrees to enter the stipulated judgment between PG&E and the Zelmers.

*Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.*

Dated: November 15, 2019

BAKER & HOSTETLER LLP

By: /s/ *David B. Rivkin, Jr.*
      David B. Rivkin

*Counsel for The Official Committee of Tort Claimants*