# EXHIBIT C

Christopher Tayback (SBN 145532)
Kenneth R. Chiate (SBN 39554)
Kristen Bird (SBN 192863)
Jeffrey N. Boozell (SBN 199507)

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
christayback@quinnemanuel.com
kenchiate@quinnemanuel.com
kristenbird@quinnemanuel.com
jeffboozell@quinnemanuel.com

**Counsel for Defendants Pacific Gas and
Electric Company and PG&E Corporation**

Manuel Corrales, Jr. (SBN 117647)
ATTORNEY AT LAW
17140 Bernardo Center Drive, Ste. 358
San Diego, CA 92128
Telephone: (858) 521-0634
mannycorrales@yahoo.com



SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF SACRAMENTO

| | |
|---|---|
| *Coordination Proceeding*<br>*Special Title (CRC 3.550)*<br>BUTTE FIRE CASES | Assigned to the Honorable Allen H. Sumner<br>Department No. 42 |
| This Document Relates to: | CASE NO. JCCP 4853 |
| BARBARA ZELMER, ROBERT<br>ZELMER,<br>    Plaintiffs,<br><br>vs.<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br>et al.,<br><br>    Defendants. | **STIPULATED JUDGMENT** |

The Parties hereby *stipulate* and consent to final judgment resolving the entire case as follows:

WHEREAS, Plaintiffs Barbara Jean Zelmer and Robert Thomas Zelmer ("the Zelmers") filed complaints against Defendant Pacific Gas & Electric Company ("PG&E") asserting claims for inverse condemnation, negligence, trespass, public nuisance, private nuisance, negligence per se, premises liability, violation of California Public Utilities Code § 2106, and violation of California Health and Safety Code § 13007, and alleging damage to their home in Calaveras County, California and other property damage as a result of the 2015 Butte Fire;

WHEREAS, the Zelmers have requested dismissal *with prejudice* of their causes of action against PG&E for negligence, trespass, public nuisance, private nuisance, negligence per se, premises liability, violation of California Public Utilities Code § 2106, and violation of California Health and Safety Code § 13007, leaving inverse condemnation as their sole cause of action;

WHEREAS, PG&E denies any liability for the damages claimed by the Zelmers;

WHEREAS, PG&E believes this Court's June 22, 2017 and May 1, 2018 orders holding PG&E liable for inverse condemnation damages to be prejudicially erroneous and subject to reversal on appeal, but that the expense of trial, both to the court system and the litigants, is unwarranted given the standard for liability under inverse condemnation that was adopted by this Court, including the Court's rejection of legal arguments made in PG&E's May 5, 2017 motion and January 4, 2018 Renewed Motion;

WHEREAS, the Parties wish to enter into a stipulated judgment that is final but reserves the right of PG&E to appeal from the June 22, 2017 and May 1, 2018 orders holding PG&E liable in inverse condemnation for damages arising out the Butte Fire;

THEREFORE, the Parties agree that the Court should enter a final judgment

resolving all of Plaintiffs' claims and the entire case consisting of the terms set forth below for the purpose of facilitating PG&E's appeal of the Court's June 22, 2017 and May 1, 2018 orders:

1.      Plaintiffs shall take nothing on their claims against Defendant PG&E for negligence, trespass, public nuisance, private nuisance, negligence per se, premises liability, violation of California Public Utilities Code § 2106, and violation of California Health and Safety Code § 130, which have been dismissed;

2.      On Plaintiffs' First Cause of Action for Inverse Condemnation in their Complaint and Fourth Cause of Action for Inverse Condemnation in their Adoption Complaint, judgment shall be entered in favor of Plaintiffs and against Defendant PG&E in the amount of $850,000, inclusive of fees and costs;

3.      This stipulated final judgment resolving all of the claims in this case is without prejudice to the rights of PG&E to appeal this final judgment, including the Court's June 22, 2017 order denying PG&E's Motion for a Legal Determination of Inverse Condemnation Liability and its May 1, 2018 order denying PG&E's Renewed Motion for a Legal Determination of Inverse Condemnation Liability;

4.      Plaintiffs hereby waive, pursuant to Code of Civil Procedure § 995.230, any requirement that Defendant post an undertaking, bond or security deposit to stay, and they agree not to enforce the Judgment pending appeal from this Judgment.

/ / /

/ / /

/ / /

/ / /

/ / /

Case: 19-30088    Doc# 4775-3    Filed: 11/15/19    Entered: 11/15/19 15:59:34    Page 4
of 5

IT IS SO STIPULATED

DATED: _____October 1___ , 2018         QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP


                                        By_____
                                        Kenneth R. Chiate
                                        Jeffrey N. Boozell
                                        Kristen Bird
                                        Attorney for Defendants
                                        Pacific Gas and Electric Company
                                        and PG&E Corporation


DATED: ___9/30_____ , 2018              GILLEON LAW FIRM, APC


                                        By_____
                                        Manuel Corrales
                                        Attorney for the Zelmers


IT IS SO ORDERED.

Dated this __29__ day of __November__, 2018.


                                        By_____
                                        HON. ALLEN H. SUMNER
                                        Judge of the Superior Court


03765-00001/10433300.1                              4