# EXHIBIT D

Case: 19-30088    Doc# 4775-4    Filed: 11/15/19    Entered: 11/15/19 15:59:34    Page 1 of 2

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
# COUNTY OF SACRAMENTO

| | |
|---|---|
| *Coordination Proceeding Special Title (CRC 3.550)* <br><br> BUTTE FIRE CASES | Case No. JCCP 4853 <br><br> [~~PROPOSED~~] ORDER GRANTING MOTION FOR ENTRY OF STIPULATED JUDGMENT |

The joint motion of Defendants Pacific Gas and Electric Company and PG&E Corporation (collectively, "PG&E") and Plaintiffs Barbara Jean Zelmer and Robert Thomas Zelmer (collectively, "Zelmers") for an order entering judgment in accordance with the terms of the Stipulated Judgment entered between the Zelmers and PG&E came on for hearing in Department 42 of this Court on ~~October 26~~ November 29, 2018.

Having read the motion and the proposed Stipulated Judgment, and having heard argument by counsel, the Court hereby grants PG&E's Motion for Entry of Stipulated Judgment.

THEREFORE, IT IS ORDERED THAT the joint motion is GRANTED, and that final judgment will be entered pursuant to the Stipulated Judgment between PG&E and the Zelmers.

DATED: ~~October~~ November 29, 2018

_____
Honorable Allen H. Sumner
Judge of the Superior Court

**FILED/ENDORSED**
NOV 29 2018
By B. Loriga, Deputy Clerk

-i-  Case No. JCCP 4853
[PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF STIPULATED JUDGMENT