Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:   628.208.6434
Facsimile:   310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:   310.820.8800
Facsimile:   310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                   **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING SIXTH MONTHLY STATEMENT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR REIMBURSEMENT OF EXPENSES OF KAREN M. LOCKHART FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**<br><br>[Re: Docket No. 4504]<br><br>**Objection Deadline: November 8, 2019** |

**THE MONTHLY STATEMENT**

On October 29, 2019, the Official Committee of Tort Claimants (the "**TCC**"), filed its Sixth Monthly Statement of the Official Committee of Tort Claimants for Reimbursement of Expenses for the Period September 1, 2019 Through September 30, 2019 [Docket No. 4504] (the "**Sixth Monthly Statement**"), in accordance with the Order Pursuant to 11 U.S.C §§ 503(b)(3)(F) and 105(a) Establishing Procedures for Reimbursement of Expenses of Members of the Official Committee of Tort Claimants and Official Committee of Unsecured Creditors dated April 9, 2019 [Docket No. 1305] (the "**Reimbursement Procedures Order**").

The Sixth Monthly Statement was served as described in the Certificate of Service of Heidi Hammon-Turano, filed on October 29, 2019 [Docket. No. 4512]. The deadline to file responses or oppositions to the Sixth Monthly Statement was November 8, 2019, and no oppositions or responses have been filed with the Court or received by Counsel for the TCC. Pursuant to the Reimbursement Procedures Order, within ten (10) business days following service of a certificate of no objection, the Debtors are directed to pay each Committee Member entitled to reimbursement one hundred percent (100%) of the requested expenses without the need of any further order of the Court. A summary of the expenses sought by the Committee Members is attached hereto as **Exhibit A**.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a partner of the firm of Baker & Hostetler LLP and Counsel for the Official Committee of Tort Claimants.

2. I certify that I have reviewed the Court's docket in these chapter 11 cases, and have not received any response or opposition to the Sixth Monthly Statement.

3. This declaration was executed in San Francisco, California.

Dated: November 15, 2019                **BAKER & HOSTETLER LLP**

                                        By: */s/ Cecily A. Dumas*
                                              Cecily A. Dumas

                                        *Counsel to the Official Committee of Tort Claimants*

## EXHIBIT A

**COMMITTEE MEMBERS INCURRING EXPENSES FOR SERVICES RENDERED ON BEHALF OF THE TCC FROM SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

| Name | Position | Total Expenses Incurred |
|---|---|---:|
| Karen M. Lockhart | Chair | $312.79 |