Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Paul S. Aronzon (SBN 88781)
Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Proposed Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors and Debtors In Possession.<br><br>☒ Affects All Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br><br>* *All papers shall be filed in the lead case, 19-30088 (DM)* | Case No.: 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Julie Marissa Wolf, an active member in good standing of the bar of the State of New York and the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis as proposed counsel to the Official Committee of Unsecured Creditors of PG&E Corporation, *et al.* in

the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Paul S. Aronzon (SBN 88781)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

I declare under penalty of perjury that the foregoing is true and correct.

DATED: November 15, 2019

/s/ Julie M. Wolf
JULIE M. WOLF

MILBANK LLP
*Proposed Counsel for the Official Committee of Unsecured Creditors*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Julie M. Wolf*

was duly qualified and admitted on **September 9, 2016** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on August 21, 2019.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

| | |
|---|---|
| 1 | Dennis F. Dunne (admitted *pro hac vice*) |
| 2 | Samuel A. Khalil (admitted *pro hac vice*) |
|   | MILBANK LLP |
| 3 | 55 Hudson Yards |
|   | New York, New York 10001-2163 |
| 4 | Telephone: (212) 530-5000 |
|   | Facsimile: (212) 530-5219 |

1  Dennis F. Dunne (admitted *pro hac vice*)
   Samuel A. Khalil (admitted *pro hac vice*)
2  MILBANK LLP
   55 Hudson Yards
3  New York, New York 10001-2163
   Telephone: (212) 530-5000
4  Facsimile: (212) 530-5219

5  and

6  Paul S. Aronzon (SBN 88781)
   Gregory A. Bray (SBN 115367)
7  Thomas R. Kreller (SBN 161922)
   MILBANK LLP
8  2029 Century Park East, 33rd Floor
   Los Angeles, CA 90067
9  Telephone: (424) 386-4000
   Facsimile: (213) 629-5063
10
   *Proposed Counsel for the Official Committee*
11 *of Unsecured Creditors*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| In re: | Case No.: 19-30088 (DM) |
|---|---|
| PG&E CORPORATION | Chapter 11 |
| -and- | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY | (Jointly Administered) |
| Debtors and Debtors In Possession. | |
| ☒ Affects All Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br><br>\* *All papers shall be filed in the lead case, 19-30088 (DM)* | |

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Julie Marissa Wolf, whose business address and telephone number is Milbank, LLP, 1850 K Street, NW Suite 1100, Washington, D.C. 20006, (202) 835-7500, and who is an active member in good

standing of the bar of the State of New York and the bar of the District of Columbia, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the Official Committee of Unsecured Creditors of PG&E Corporation, et al. in the above-entitled action.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**