## Schedule 1

CA Flats Solar 130, LLC
CA Flats Solar 150, LLC
 Solar Star California XIII, LLC
67RK 8me LLC
65HK 8me LLC
87RL 8me LLC
Adera Solar, LLC
RE Mustang LLC
RE Mustang 3 LLC
RE Mustang 4 LLC