EDWARD J. TREDINNICK (#84033)
GREENE RADOVSKY MALONEY
  SHARE & HENNIGH LLP
Four Embarcadero Center, Suite 4000
San Francisco, California 94111-4106
Telephone: (415) 981-1400
Facsimile: (415) 777-4961
E-mail: etredinnick@greeneradovsky.com

Attorneys for Creditor,
City and County of San Francisco

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No.: 19-30088-DM<br><br>Chapter 11<br><br>**PARTIAL JOINDER OF THE CITY AND COUNTY OF SAN FRANCISCO TO THE REPLY BRIEF OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS CONCERNING THE APPLICABILITY OF INVERSE CONDEMNATION**<br><br>DATE: November 19, 2019<br>TIME: 9:30 am<br>PLACE: Courtroom 17<br>450 Golden Gate Avenue, 16th Fl.<br>San Francisco, California<br>JUDGE: Hon. Dennis Montali<br><br>RELATED DOCKET NOS: 4485, 4773 |

The City and County of San Francisco (**"San Francisco"**) in the above-captioned chapter 11

cases of Pacific Gas and Electric Company (the **"Utility"**) and PG&E Corporation (**"PG&E"** and,

together with the Utility, the **"Debtors"**), hereby partially joins, as further described herein, in the

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

1

558829

Case: 19-30088   Doc# 4781   Filed: 11/15/19   Entered: 11/15/19 17:00:17   Page 1 of 2

Reply Brief of the Official Committee of Tort Claimants Concerning the Applicability of Inverse Condemnation (the **"Tort Committee Reply"**) [Dkt No. 4773] to the Joint Brief of Debtors and the Official Committee of Unsecured Creditors and Supplemental Statement of the PG&E Shareholders Concerning Applicability of Inverse Condemnation [Dkt. No. 4885] (the **"Debtor's Brief"**).

## PARTIAL JOINDER

San Francisco is interested in this issue as a creditor and potential creditor of the Debtors. As stated in its original objection filed herein [Dkt. No. 3412], San Francisco, along with other public entities, have a strong interest in ensuring that inverse condemnation continues to apply to privately-owned utilities so that financial responsibility for the Utility's actions does not shift to public entities and property owners.

San Francisco specifically joins the Tort Committee Reply with respect to the arguments presented in Sections IV, A through C (Pages 9-18) that establish the applicability of inverse condemnation to investor owned utilities under current California case law is settled law that is binding on PG&E and this Court. San Francisco contends that the Court can end its inquiry there, and dispose of the issues presented in the Debtor's Brief without delving into the specifics of California's inverse condemnation standard.

San Francisco expressly reserves all rights to join in any other parties' briefing on this issue

## CONCLUSION

For the reasons stated herein, San Francisco joins in the arguments set forth in Sections IV, A through C of the Tort Committee Reply and requests that the Court determine that current California law regarding the application of inverse condemnation to PG&E applies in this case as set forth in this Partial Joinder.

Respectfully submitted,

Dated: November 15, 2019
GREENE RADOVSKY MALONEY
SHARE & HENNIGH LLP

By: \_\_\_\_\_/s/ Edward Tredinnick_____
Edward J. Tredinnick
Attorneys for Creditor,
City and County of San Francisco

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

558829

2

Case: 19-30088    Doc# 4781    Filed: 11/15/19    Entered: 11/15/19 17:00:17    Page 2 of 2