REBECCA J. WINTHROP (CA Bar No. 116386)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
rebecca.winthrop@nortonrosefulbright.com

Attorneys for Creditors ADVENTIST HEALTH
SYSTEM/WEST and FEATHER RIVER HOSPITAL
D/B/A ADVENTIST HEALTH FEATHER RIVER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                 Debtors. | Case No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |
| ☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☒   Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, the undersigned, declare that I am employed in Los Angeles, California. I am over the age of 18 years and not a party to the within entitled action. My business address is Norton Rose Fulbright US LLP, 555 South Flower Street, Forty-First Floor, Los Angeles, CA 90071.

I certify that on November 15, 2019, I caused a true and correct copy of each of the following documents to be served via Electronic Mail to all "Standard Parties" listed in **Exhibit A**:

- The Adventist Claimants' Objection to the Notice of Debtors' Designation of Claims Filed by the United States of America, the State of California and Adventist Health System as Unliquidated and Subject to Estimation Under Section 502(c) of the Bankruptcy Code [DE #4553]

I certify that on November 15, 2019, I caused a true and correct copy of each of the above listed documents to be served via First Class Mail to all parties listed in **Exhibit B**.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on November 15, 2019 at Los Angeles, CA.

*[Signature]*
Evette M. Rodriguez

**Exhibit A**

**Weil, Gotshal & Manges LLP**
stephen.karotkin@weil.com
matthew.goren@weil.com
jessica.liou@weil.com

**Cravath, Swaine & Moore LLP**
pzumbro@cravath.com
korsini@cravath.com
jzobitz@cravath.com
skessing@cravath.com
ndorsey@cravath.com
onasab@cravath.com

**Baker & Hostetler LLP**
rjulian@bakerlaw.com
cdumas@bakerlaw.com
esagerman@bakerlaw.com
lattard@bakerlaw.com

**Keller & Benvenutti LLP**
tkeller@kellerbenvenutti.com
jkim@kellerbenvenutti.com

**Office of the United States Trustee**
james.l.snyder@usdoj.gov
timothy.s.laffredi@usdoj.gov
marta.villacorta@usdoj.gov

**Milbank LLP**
ddunne@milbank.com
skhalil@milbank.com
paronzon@milbank.com
gbray@milbank.com
tkreller@milbank.com
astone@milbank.com

**Stroock & Stroock & Laval LLP**
khansen@stroock.com
egilad@stroock.com
mgarofalo@stroock.com
fmerola@stroock.com

**Davis Polk & Wardwell LLP**
eli.vonnegut@davispolk.com
david.schiff@davispolk.com
timothy.graulich@davispolk.com

DOCUMENT PREPARED ON RECYCLED PAPER

| | |
|---|---|
| 1 | **Paul, Weiss, Rifkind, Wharton & Garrison LLP** |
| 2 | akornberg@paulweiss.com |
| | bhermann@paulweiss.com |
| 3 | wrieman@paulweiss.com |
| | smitchell@paulweiss.com |
| 4 | ndonnelly@paulweiss.com |
| 5 | **U.S. Department of Justice** |
| | danielle.pham@usdoj.gov |
| 6 | |
| 7 | **Akin Gump Strauss Hauer & Feld LLP** |
| | mstamer@akingump.com |
| 8 | idizengoff@akingump.com |
| | dbotter@akingump.com |
| 9 | aqureshi@akingump.com |
| | avcrawford@akingump.com |
| 10 | |
| | **Diemer & Wei, LLP** |
| 11 | kdiemer@diemerwei.com |
| 12 | **Willkie Farr & Gallagher LLP** |
| | mfeldman@willkie.com |
| 13 | jminias@willkie.com |
| | dforman@willkie.com |

## Exhibit B

**PG&E Corporation and Pacific Gas and Electric Company**
Attn: Janet Loduca
P.O. Box 770000
San Francisco, CA 94105

**U.S. Nuclear Regulatory Commission**
Attn: General Counsel
Washington, D.C. 20555-0001