QUINN EMANUEL URQUHART & SULLIVAN, LLP
Bennett Murphy (Bar No. 174536)
bennettmurphy@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Canyon Capital Advisors LLC*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>    **Debtors**.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Jointly Administered)<br><br><br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

I, Thasin Alam, declare as follows:

I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action. My business address is:

51 Madison Avenue, 22nd Floor, New York, New York 10010.

I served document(s) described as:

**JOINDER IN CONSOLIDATED OPENING BRIEF OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND OTHER CREDITOR GROUPS AND REPRESENTATIVES REGARDING THE APPROPRIATE POSTPETITION INTEREST RATE PAYABLE ON UNSECURED CLAIMS IN A SOLVENT DEBTOR CASE**

on the interested parties in this action as follows:

[x] BY E-MAIL/NEF on November 8, 2019: Service was accomplished through the Notice of Electronic Filing ("NEF") for all parties and counsel who are registered ECF Users.

[x] BY MAIL on November 14 and 15, 2019: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at New York, New York, addressed as set forth on the following page.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. This declaration was executed on November 15, 2019 at New York, New York.

*s/ Thasin Alam*
Thasin Alam
Declarant

# SERVICE LIST

Attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders

Akin Gump Strauss Hauer & Feld LLP
Attn: Michael Stamer, Ira Dizengoff, David Botter, and Abid Qureshi
One Bryant Park
New York, NY 10036

Akin Gump Strauss Hauer & Feld LLP
Ashley Vinson Crawford
580 California Street, Suite 1500
San Francisco, CA 94104

Debtors

PG&E Corporation and Pacific Gas and Electric Company
Attn: Janet Loduca, Esq.
PO Box 770000
San Francisco, CA 94105

Counsel for Debtors

Weil, Gotshal & Manges LLP
Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.
767 Fifth Avenue
New York, New York 10153

Keller & Benvenutti LLP
Attn: Tobias Keller, Esq. and Jane Kim, Esq.
650 California Street, Suite 1900
San Francisco, CA 94108

Counsel for administrative agent under the Debtors' debtor-in-possession financing facility

Stroock & Stroock & Lavan LLP
Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., and Matthew G. Garofalo, Esq.
180 Maiden Lane
New York, NY 10038-4982

Stroock & Stroock & Lavan LLP
Frank A. Merola, Esq
2029 Century Park East,
Los Angeles, CA 90067-3086

Counsel for collateral agent under the Debtors' debtor-in-possession financing facility

Davis Polk & Wardwell LLP
Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.
450 Lexington Avenue
New York, NY 10017

Counsel to the California Public Utilities Commission

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq.
1285 Avenue of the Americas
New York, NY 10019-6064

United States Trustee

Office of the United States Trustee for Region 17
Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq.
450 Golden Gate Avenue,
5th Floor, Suite #05-0153
San Francisco, CA 94102

U.S. Nuclear Regulatory Commission

U.S. Nuclear Regulatory Commission
Attn: General Counsel
Washington, DC 20555-0001

Counsel for United States on behalf of the Federal Energy Regulatory Commission

U.S. Department of Justice
Attn: Danielle A. Pham, Esq.
1100 L Street, NW, Room 7106,
Washington DC 20005

Counsel for the Official Committee of Unsecured Creditors

Milbank LLP
Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq.
55 Hudson Yards
New York, NY 10001-2163

Milbank LLP
Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq.
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

Counsel for the Official Committee of Tort Claimants

Baker & Hostetler LLP
Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq.
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509

Federal Energy Regulatory Commission

Federal Energy Regulatory Commission
Attn: General Counsel
888 First St NE
Washington DC 20426

| | |
|---|---|
| 1 | Internal Revenue Service |
| 2 | Internal Revenue Service<br>Centralized Insolvency Operation |
| 3 | 2970 Market St<br>Philadelphia  PA  19104-5016 |
| 4 | Interested Party John A. Vos A |
| 5 | John A. Vos<br>1430 Lincoln Avenue |
| 6 | San Rafael, CA  94901 |
| 7 | Office of the United States Attorney for the Northern District of California |
| 8 | Attn: Bankruptcy Unit<br>Federal Courthouse |
| 9 | 450 Golden Gate Avenue<br>San Francisco, CA  94102 |
| 10 | Debtors |
| 11 | PG&E Corporation<br>Attn: President or General Counsel |
| 12 | 77 Beale Street<br>P.O. Box 77000 |
| 13 | San Francisco, CA  94177 |
| 14 | Interested Party Placer County Office of the Treasurer-Tax Collector |
| 15 | Placer County Office of the Treasurer-Tax Collector<br>Attn: Robert Kanngiesser |
| 16 | 2976 Richardson Drive<br>Auburn, CA  95603 |
| 17 | Counsel to Ruckman-Leal Creditors, Counsel to Michael Marroquin |
| 18 | Rodriguez & Associates<br>Attn: Joseph Whittington, Esq. and Daniel Turek, Esq. |
| 19 | 2020 Eye Street<br>Bakersfield, CA  93301 |
| 20 | |
| 21 | Nuclear Regulatory Commission |
| 22 | U.S. Nuclear Regulatory Commission<br>Attn: General Counsel |
| 23 | U.S. NRC Region IV<br>1600 E. Lamar Blvd.<br>Arlington, TX  76011 |
| 24 | Nuclear Regulatory Commission |
| 25 | U.S. Nuclear Regulatory Commission<br>Attn: General Counsel |
| 26 | Washington, DC  20555-0001 |
| 27 | |
| 28 | |