EDWARD J. TREDINNICK (#84033)
GREENE RADOVSKY MALONEY
    SHARE & HENNIGH LLP
Four Embarcadero Center, Suite 4000
San Francisco, California 94111-4106
Telephone: (415) 981-1400
Facsimile: (415) 777-4961
E-mail: etredinnick@greeneradovsky.com

Attorneys for Creditor,
City and County of San Francisco

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No.: 19-30088-DM<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE OF PARTIAL JOINDER OF THE CITY AND COUNTY OF SAN FRANCISCO TO THE REPLY BRIEF OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS CONCERNING THE APPLICABILITY OF INVERSE CONDEMNATION**<br><br>DATE: November 19, 2019<br>TIME: 9:30 am<br>PLACE: Courtroom 17<br>450 Golden Gate Avenue, 16th Fl.<br>San Francisco, California<br>JUDGE: Hon. Dennis Montali<br><br>RELATED DOCKET NOS: 4485, 4781 |

///

///

///

///

I, Violet Rajkumar, do declare and state as follows:

I am employed in San Francisco in the State of California. I am more than eighteen years old and not a party to this action. My business address is Greene Radovsky Maloney Share & Hennigh LLP, One Front Street, 32nd Floor, San Francisco, California 94111.

I certify that on November 15, 2019, I caused a true and correct copy of each of the following document to be served per Service List attached hereto:

**PARTIAL JOINDER OF THE CITY AND COUNTY OF SAN FRANCISCO TO THE REPLY BRIEF OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS CONCERNING THE APPLICABILITY OF INVERSE CONDEMNATION**

1. I certify that on November 15, 2019, I caused a true and correct copy of each of the following document served via e-mail on the Standard Party Email Service List attached hereto as **Exhibit A.**

2. I certify that on November 15, 2019, I caused a true and correct copy of the each of the above documents to be served via First Class Mail to the parties on the Standard Parties Service List attached hereto as **Exhibit B.**

3. I certify that on November 15, 2019, I caused a true and correct copy of each of the above documents to be served via Email to the parties on the Core/2002 Email Service List attached hereto as **Exhibit C.**

4. I certify that on November 15, 2019, I caused a true and correct copy of each of the above documents to be served via First-Class Mail to the parties on the Core/2002 First-Class Mail Service List attached hereto as **Exhibit D.**

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 15th day of November, 2019, at San Francisco, California.

/s/ Violet Rajkumar
Violet Rajkumar

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

48503/0814

Case: 19-30088    Doc# 4788    Filed: 11/18/19    Entered: 11/18/19 11:04:36    Page 2 of 2