```
Entered on Docket
November 18, 2019
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
```



Signed and Filed: November 18, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

---

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11 (Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER GRANTING STIPULATION BETWEEN THE DEBTORS AND AD HOC GROUP OF INTERCONNECTION CUSTOMERS TO PERMIT PAYMENT OF CERTAIN PASS-THROUGH AMOUNTS**<br><br>[Relates to Dkt. No. 4400]<br><br>[Resolving Motion Set for Hearing November 19, 2019 at 10:00 am] |

On consideration of the *Stipulation Between the Debtors and Ad Hoc Group of Interconnection Customers to Permit Payment of Certain Pass-Through Amounts*, filed on November 15, 2019 as Docket No. 4779 (the "**Stipulation**"),[1] between Pacific Gas and Electric Company (the "**Utility**"), as debtor and debtor in possession in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), on the one hand, and each of the Interconnection Customers of the Utility identified on Schedule 1 of the Stipulation (the "**AHG of Interconnection Customers**"), on the other (the Debtors and each of the members of the AHG of Interconnection Customers referred to collectively as the "**Parties**," and each as a "**Party**"), entered in settlement of the *Motion and Memorandum of the Ad Hoc Group of Interconnection Customers to Compel Payment of the Pass-Through Amounts Withheld by Pacific Gas and Electric Company* (together with the Declarations filed in support thereof, the "**Pass-Through Motion**") [Dkt. Nos. 4400-4405]; and, pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Stipulation is hereby approved.

2. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

APPROVED AS TO FORM AND CONTENT:
    DATED: November 15, 2019

    STOEL RIVES LLP

    /s/ David B. Levant
    David B. Levant (*Pro Hac Vice*)

    *Attorneys for AHG of Interconnection Customers*

* * END OF ORDER * *

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.