**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR NOVEMBER 19, 2019, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: November 19, 2019<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
NOVEMBER 19, 2019, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

I: **MATTERS SCHEDULED TO BE HEARD IN ADVERSARY PROCEEDING:** *Official Committee of Tort Claimants v. Ad Hoc Group of Subrogation Claim Holders*, **Adv. Proc. No. 19-03053**

    1. **Status Conference**

    Status: Pursuant to Docket Text Order dated November 10, 2019, the Court wishes to hear from the Debtors, the TCC, and the Ad Hoc Group of Subrogation Claim Holders about scheduling matters.

II: **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTER GOING FORWARD*

    2. **Inverse Condemnation**: *Joint Brief of Debtors and the Official Committee of Unsecured Creditors and Supplemental Statement of the PG&E Shareholders Concerning the Applicability of Inverse Condemnation* [**Dkt. 4485**].

    Response Deadline: November 15, 2019, at 4:00 p.m. (Pacific Time).

    Responses Filed:

    A. Memorandum of Points and Authorities in Support of Opposition to Debtors' Motion re Inverse Condemnation [**Dkt. 4768**].

    B. Declaration of Dario de Ghetaldi in Support of Opposition to Debtors' Motion re Inverse Condemnation [**Dkt. 4769**].

    C. Response Brief of the Official Committee of Tort Claimants Concerning the Applicability of Inverse Condemnation [**Dkt. 4773**].

    D. Declaration of David B. Rivkin, Jr. in Support of Response Brief of the Official Committee of Tort Claimants Concerning the Applicability of Inverse Condemnation [**Dkt. 4775**].

    E. Joinder in the Response Brief of the Official Committee of Tort Claimants Concerning the Applicability of Inverse Condemnation [**Dkt. 4780**].

    F. Partial Joinder of the City and County of San Francisco to Reply Brief of the Official Committee of Tort Claimants Concerning the Applicability of Inverse Condemnation [**Dkt. 4781**].

    Related Documents:

    G. Declaration of Kevin J. Orsini in Support of Joint Brief of Debtors and the Official Committee of Unsecured Creditors and Supplemental Statement

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

of the PG&E Shareholders Concerning the Applicability of Inverse Condemnation [**Dkt. 4486**].

Status: This matter is going forward on a contested basis.

*RESOLVED AND CONTINUED MATTERS*

3. **Second Lease Assumption Motion**: *Seventh Omnibus Motion of the Utility Pursuant to 11 U.S.C § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 for an Order Approving Assumption of Certain Real Property Leases* [**Dkt. 4390**].

Response Deadline: November 5, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

A. Declaration of Andrew K. Williams in Support of Second Lease Assumption Motion [**Dkt. 4391**].

B. Request for Entry of Order by Default Granting the Seventh Omnibus Motion of the Utility Pursuant to 11 U.S.C § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 for an Order Approving Assumption of Certain Real Property Leases [**Dkt. 4600**].

Related Orders:

C. Order Pursuant to 11 U.S.C § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 Approving Assumption of Certain Real Property Leases [**Dkt. 4668**].

Status: This Motion was granted on November 12, 2019 [**Dkt. 4668**].

4. **Ruckman Stay Relief Motion**: *Motion to Abstain and for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion* [**Dkt. 4491**].

Response Deadline: November 14, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Stipulation Between Debtor Pacific Gas and Electric Company and Ruckman and Leal Movants for Limited Relief from the Automatic Stay [**Dkt. 4683**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Case: 19-30088    Doc# 4791    Filed: 11/18/19    Entered: 11/18/19 12:13:16    Page 3 of 12

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Related Documents:

B. Exhibits to Motion to Abstain and for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion [**Dkt. 4492**].

C. Declaration of Daniel Rodriguez in Support of Motion for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion [**Dkt. 4493**].

D. Declaration of Leonard K. Welsh in Support of Motion to Abstain and for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion [**Dkt. 4494**].

E. Relief from Stay Cover Sheet [**Dkt. 4495**].

Related Orders:

F. Order Approving Stipulation Between Debtor Pacific Gas and Electric Company and Ruckman and Leal Movants for Limited Relief from the Automatic Stay [**Dkt. 4728**].

Status: This matter has been continued to the first omnibus hearing date on or after February 12, 2020 [**Dkt. 4683, 4728**]. The Movants will file a Notice of Continued Hearing to this effect promptly after dates are set for omnibus hearings in February.

5. **Exit Financing Motion**: *Debtors' Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Exit Financing Commitment Letters and (II) Authorizing Incurrence, Payment and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims* [**Dkt. 4446**].

Response Deadline: November 13, 2019 at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Letter from the Official Committee of Unsecured Creditors to the Honorable Dennis Montali Regarding Exit Financing Discovery [**Dkt. 4562**].

B. Letter from the Ad Hoc Committee of Senior Unsecured Noteholders to the Honorable Dennis Montali in Regards to November 4, 2019 Letter from Creditors' Committee [**Dkt. 4566**].

C. Letter from the Official Committee of Tort Claimants to the Honorable Dennis Montali Regarding Exit Financing Discovery [**Dkt. 4575**].

D. Letter from the Debtors to the Honorable Dennis Montali in Response to Letters Filed by Requesting Parties [**Dkt. 4577**].

Related Documents:

E. Declaration of Kenneth S. Ziman in Support of Debtors' Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Exit Financing Commitment Letters and (II)

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Authorizing Incurrence, Payment and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims [**Dkt. 4447**].

Status: This matter has been continued to December 17, 2019 [**Dkt. 4639**].

6. **Tiger Natural Gas, Inc.'s Motion for Relief from Stay**: *Tiger Natural Gas, Inc.'s Motion for Relief from Stay Pursuant to 11 U.S.C. § 362(d)(1); Memorandum of Points and Authorities in Support* [**Dkt. 4322**].

Response Deadline: November 8, 2019 at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Debtors' Preliminary Opposition to Tiger Natural Gas, Inc.'s Motion for Relief from Stay Pursuant to 11 U.S.C. § 362(d)(1) [**Dkt. 4622**].

B. Declaration of Elizabeth Collier in Support of Debtor's Preliminary Opposition to Tiger Natural Gas, Inc.'s Motion for Relief from Stay Pursuant to 11 U.S.C. § 362(d)(1) [**Dkt. 4623**].

Related Documents:

C. Declaration of Leah E. Capritta in Support of Tiger Natural Gas, Inc.'s Motion for Relief from the Automatic Stay [**Dkt. 4322-2**].

D. Tiger Natural Gas, Inc.'s Request for Judicial Notice in Support of Its Motion for Relief from the Automatic Stay [**Dkt. 4322-4**].

E. Relief from Stay Cover Sheet [**Dkt. 4322-5**].

F. Tiger Natural Gas, Inc.'s Reply in Support of Motion for Relief from Stay Pursuant to 11 U.S.C. § 362(d)(1) [**Dkt. 4661**].

G. Declaration of Leah E. Capritta in Support of Tiger Natural Gas, Inc.'s Reply in Support of Motion for Relief from Stay Pursuant to 11 U.S.C. § 362(d)(1) [**Dkt. 4661-1**].

Status: The Court issued a tentative ruling by Docket Text Order on November 10, 2019 that Tiger's motion would be continued until late February 2020. Tiger has accepted the tentative ruling.

7. **Debtors' Second Motion Enlarging Time to File Notices of Removal**: *Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings* [**Dkt. 4481**].

Response Deadline: November 12, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

B. Declaration of John Boken in Support of Debtors' Second Motion Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time

Within Which to File Notices of Removal of Related Proceedings [**Dkt. 4482**].

Related Orders:

C. Second Order Pursuant to Fed. R. Bankr. P. 9006(b) and 9027 Enlarging the Time Within Which to File Notices of Removal of Related Proceedings [**Dkt. 4756**].

Status: This Motion was granted [**Dkt. 4756**] and taken off calendar by Docket Text Order on November 13, 2019.

8. **Motion to Allow Class Proofs of Claim**: *Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Class Proofs of Claim* [**Dkt. 4370**].

Response Deadline: November 12, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Class Proof of Claim [**Dkt. 4684**].

B. Declaration of Robb C. McWilliams in Support of Debtors' Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Class Proof of Claim [**Dkt. 4685**].

C. Declaration of Richard W. Slack in Support of Debtors' Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Class Proof of Claim [**Dkt. 4686**].

D. Declaration of Benjamin P.D. Schrag (I) Regarding Implementation of the Debtors' Notice Procedures and Supplemental Notice Plan and (II) in Support of the Debtors' Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Class Proof of Claim [**Dkt. 4687**].

E. Declaration of Jeanne C. Finegan (I) Regarding Implementation of the Debtors' Notice Procedures and Supplemental Notice Plan and (II) in Support of the Debtors' Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Class Proof of Claim [**Dkt. 4688**].

Related Documents:

F. Declaration of John E. Lattin in Support of Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Class Proofs of Claim [**Dkt. 4370-1**].

Status: This Motion was denied by Docket Text Order on November 14, 2019 and was dropped from the calendar by Docket Text Order on November 15, 2019.

9. **Motion to Disallow Claims**: *Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)* [**Dkt. 2896**].

Response Deadline: July 31, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Response in Opposition to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3263**].

B. Response of C.H. Reynolds Electric, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3267**].

C. Opposition of Shiloh IV Lessee, LLC to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3284**].

D. Opposition of Marsh Landing, LLC to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3286**].

E. Response of Claimant Global Ampersand LLC to Objection of Debtor to Claim Asserted by Claimant Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3288**].

F. Response of Surf to Snow Environmental Resource Management, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3302**].

G. Omnibus Stipulation Between Debtors and Certain Claimants Extending Time to Respond to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3306**].

H. Letter to Court filed by Hypower, Inc. [**Dkt. 3315**].

I. Exhibit A to Response of C.H. Reynolds Electric, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3324**].

Related Documents:

J. Declaration of Robb C. McWilliams in Support of Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 2897**].

K. Notice of Filing of Revised Proposed Order Approving Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3522**].

Related Orders:

L. Order Granting Omnibus Stipulation Between Debtors and Certain Claimants Extending Time to Respond to Debtors' First Omnibus Report

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3365**].

M. Order Granting Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3564**].

Status: This matter has been continued to January 29, 2020 [**Dkt. 4786**].

10. **Motion to Compel Payment of Pass-Through Amounts**: *Motion and Memorandum of the Ad Hoc Group of Interconnection Customers to Compel Pass-Through Amounts Withheld by Pacific Gas and Electric Company* [**Dkt. 4400**].

Response Deadline: November 14, 2019 at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Stipulation Between Debtors and Ad Hoc Group of Interconnection Customers to Continue Hearing on Motion to Compel Payment of Pass-Through Amounts Withheld by Pacific Gas and Electric Company [**Dkt. 4621**].

B. Order Approving Stipulation Between Debtors and Ad Hoc Group of Interconnection Customers to Continue Hearing on Motion to Compel Payment of Pass-Through Amounts Withheld by Pacific Gas and Electric Company [**Dkt. 4671**].

C. Stipulation Between the Debtors and Ad Hoc Group of Interconnection Customers to Permit Payment of Certain Pass-Through Amounts [**Dkt. 4779**].

Related Documents:

D. Declaration of Jennifer Mersing in Support of the Motion by the Ad Hoc Group of Interconnection Customers to Compel Payment of Pass-Through Amounts Withheld by Pacific Gas and Electric Company [**Dkt. 4402**].

E. Declaration of Ryan Liddell in Support of the Motion by the Ad Hoc Group of Interconnection Customers to Compel Payment of Pass-Through Amounts Withheld by Pacific Gas and Electric Company [**Dkt. 4403**].

F. Declaration of Anand Narayanan in Support of the Motion by the Ad Hoc Group of Interconnection Customers to Compel Payment of Pass-Through Amounts Withheld by Pacific Gas and Electric Company [**Dkt. 4404**].

G. Declaration of Jon C. Yoder in Support of the Motion by the Ad Hoc Group of Interconnection Customers to Compel Payment of Pass-Through Amounts Withheld by Pacific Gas and Electric Company [**Dkt. 4405**].

H. Relief from Stay Cover Sheet [**Dkt. 4406**].

Status: This matter was resolved by stipulation on November 15, 2019 [**Dkt. 4779**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

11. **Subrogation Settlement and RSA Motion**: *Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief* [**Dkt. 3992**].

Response Deadline: October 16, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Limited Objection of California Governor's Office of Emergency Services and California Department of Veterans Affairs to Debtors' Subrogation Settlement and RSA Motion [**Dkt. 4220**].

B. Objection of BOKF, NA as Indenture Trustee to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4231**].

C. Opposition of Official Committee of Tort Claimants to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4232**].

D. Declaration of David J. Richardson in Support of Opposition of Official Committee of Tort Claimants to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4235**].

E. Objection of the Official Committee of Unsecured Creditors to the Debtors' Subrogation Settlement and RSA Motion [**Dkt. 4236**].

F. Objection of the United States of America to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4237**].

G. The Adventist Claimants' Objection to the Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring

| | |
|---|---|
| | Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4239**]. |
| H. | Objection of the Ad Hoc Committee of Senior Unsecured Noteholders to Debtors' Motion to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders [**Dkt. 4241**]. |
| I. | Ad Hoc Group of Subrogation Claim Holders' Reply in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4348**]. |
| J. | Declaration of Benjamin P. McCallen in Support of Ad Hoc Group of Subrogation Claim Holders' Reply in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4348-1**]. |
| K. | Declaration of Homer Parkhill in Support of the Ad Hoc Group of Subrogation Claim Holders' Statement in Support of the Subrogation Settlement and RSA Motion [**Dkt. 4348-2**]. |
| L. | The Baupost Group, L.L.C.'s Joinder in the Ad Hoc Group of Subrogation Claim Holders' Reply in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4365**]. |
| M. | Joinder of Certain PG&E Shareholders to the Debtors' Reply in Support of Subrogation Claims Settlement and RSA Motion [**Dkt. 4367**]. |
| N. | Joinder by TURN in Objections and Opposition to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4377**]. |
| O. | Response of Official Committee of Tort Claimants to Debtors' Restated Restructuring Support and Settlement Agreement with the Consenting Subrogation Claimholders [Dkt No. 4554-1] [**Dkt. 4629**]. |

| | | |
|---|---|---|
| P. | Declaration of Lauren T. Attard in Support of Response of Official Committee of Tort Claimants to Debtors' Restated Restructuring Support and Settlement Agreement with the Consenting Subrogation Claimholders [Dkt. No. 4554-1] [**Dkt. 4630**]. |
| Q. | Declaration of Brent C. Williams in Support of Response of Official Committee of Tort Claimants to Debtors' Restated Restructuring Support and Settlement Agreement with the Consenting Subrogation Claimholders [Dkt. No. 4554-1] [**Dkt. 4631**]. |
| R. | The Adventist Claimants' Renewed Objection to the Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, Etc. [DE # 3992], and Objection to Debtor's Notice of Filing of Amended and Restated Restructuring Support Agreement [DE # 4554] [**Dkt. 4637**]. |
| S. | Objection of Governor Gavin Newsom to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Claim Amount, and (III) Granting Related Relief [**Dkt. 4640**]. |
| T. | Supplemental Objection of the Official Committee of Unsecured Creditors to the Debtors' Subrogation Settlement and RSA Motion [**Dkt. 4643**]. |
| U. | Supplemental and Updated Objection of Bokf, NA, Indenture Trustee, to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Claim Amount, and (III) Granting Related Relief [**Dkt. 4657**]. |
| V. | Errata Sheet Regarding Response of Official Committee of Tort Claimants to Debtors' Restated Restructuring Support and Settlement Agreement with the Consenting Subrogation Claimholders [Dkt. No. 4629] [**Dkt. 4710**]. |

Related Documents:

| | |
|---|---|
| W. | Declaration of Jason P. Wells in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 3993**]. |
| X. | Debtors' Reply in Support of Subrogation Claims Settlement and RSA Motion [**Dkt. 4339**]. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Y.    Notice of Filing of Amended and Restated Restructuring Support Agreement [**Dkt. 4554**].

Z.    Statement of the Ad Hoc Group of Subrogation Claim Holders [**Dkt. 4644**].

AA.    Notice of Amendment to Amended and Restated Restructuring Support Agreement [**Dkt. 4711**].

Status: This matter has been continued to December 4, 2019 [**Dkt. 4762**].

12.    **McKinsey Retention Application**: *Application of Debtors Pursuant to 11 U.S.C. §§ 363(b) and 105(a) for Authority to Enter Into, Perform Under and Make Payments Under Certain Consulting Contracts with McKinsey & Company, Inc. United States* [**Dkt. 3919**].

Response Deadline: November 12, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Status: This matter was continued to December 17, 2019 [**Dkt. 4578**].

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: November 18, 2019

                                               **WEIL, GOTSHAL & MANGES LLP**
                                               **KELLER & BENVENUTTI LLP**

                                             By:    /s/ *Dara L. Silveira*
                                                           Dara L. Silveira

                                             *Attorneys for Debtors and Debtors in Possession*