**DIEMER & WEI, LLP**

Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

**WILLKIE FARR & GALLAGHER LLP**

Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
      jminias@willkie.com
      bmccallen@willkie.com

*Counsel for Ad Hoc Group of Subrogation*
*Claim Holders*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **STIPULATION RE: THE PRODUCTION OF CURRENT ADDRESS INFORMATION FOR INSUREDS** |
| ☐ Affects PG&E Corporation | [No Hearing Requested] |
| ☐ Affects Pacific Gas and Electric Company | |
| ☑ Affects both Debtors | |
| *\*All papers shall be filed in the lead case, No. 19-30088 (DM)* | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Official Committee of Tort Claimants (the "TCC"), any fiduciary, if any, appointed to represent wildfire victims who have not yet filed proofs of claim (the "Claims Representative") and the Ad Hoc Group of Subrogation Claim Holders (the "Ad Hoc Subrogation Group" and, together with the TCC, the "Parties"), hereby reach the following stipulation as to the production by the Ad Hoc Subrogation Group of certain information related to their insureds.

## STIPULATION

WHEREAS on November 12, 2019, the United States Bankruptcy Court for the Northern District of California entered its Order Extending Bar Date for Fire Claimants and Appointing Claims Representative [Dkt. 4672], by which the Bankruptcy Court extended the claims bar date for Fire Claimants to December 31, 2019, and appointed Michael Kasolas as Claims Representative, tasked among other things with locating potential Fire Claimants who have not filed proofs of claim in these bankruptcy cases;

WHEREAS the TCC has requested that the members of the Ad Hoc Subrogation Group provide current address information for their insureds to the Claims Representative and TCC in order to assist the Claims Representative in his efforts to locate potential claimants who have not yet filed proofs of claim in these bankruptcy cases (the "Requested Purposes");

WHEREAS it would impose a significant burden on the TCC in terms of both time and expense to attempt to obtain this Information from other sources;

WHEREAS members of the Ad Hoc Subrogation Group have agreed to make reasonable efforts to provide contact addresses for insureds to the Claims Representative and TCC (the "Information"), while requiring that certain limitations be placed on the use of that Information; and

WHEREAS those efforts are limited to providing address information for insureds reasonably obtainable from electronic databases available with insurers, to the extent such

information exists;

THEREFORE the TCC, the Claims Representative, and the Ad Hoc Subrogation Group agree as follows:

1.      The Ad Hoc Subrogation Group, the Claims Representative and the TCC agree to the Order regarding the Production and Use of the Insureds' Information, filed concurrently with this Stipulation.  Specifically, the Parties agree that the TCC may use the Information for the Requested Purposes.

2.      The Information will be shared only with counsel for the TCC, the TCC's professionals retained in these bankruptcy cases, or the Claims Representative, and the Claims Representative's support staff, vendors or professionals for the Requested Purposes.   Any documents or spreadsheets produced that contain the Information for Requested Purposes shall be designated "PROFESSIONAL EYES ONLY" for TCC Counsel, professionals, and the Claims Representative.

3.      The TCC and the Claims Representative agree that the Ad Hoc Subrogation Group will receive drafts of any notifications they plan to send to insureds using the Information, and that the Ad Hoc Subrogation Group will have an opportunity to review and comment on those drafts.

4.      The Information will not be shared with counsel for the individual plaintiffs, the interests of which are represented by the TCC.

5.      The Information will be used solely for the Requested Purposes and will not be used for any other purpose, including but not limited to attorney advertisement, solicitations, or promoting claims against insurers.

6.      The production of the Information by the Ad Hoc Subrogation Group is conditioned on the Bankruptcy Court entering a finding in its Order approving this Stipulation determining that there is a compelling need for the production of the Information that outweighs any privacy interest the insureds may have in that Information.

7.      The members of the Ad Hoc Subrogation Group will undertake reasonable efforts to provide such Information and shall not be held responsible in any way if any of the

Information is incorrect or incomplete. The Ad Hoc Subrogation Group reserves all rights to object to any additional requests for insured information on any and all grounds.

8. In agreeing to provide the Information, the members of the Ad Hoc Subrogation Group act reasonably, in good faith and are advancing and protecting the interests of their insureds.

9. Nothing in this Stipulation or the Order approving this Stipulation shall diminish or alter the obligations of the members of the Ad Hoc Subrogation Group set forth in the Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors (Dkt. No. 2806) entered on July 1, 2019, which obligations remain in full force and effect.

10. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Stipulation.

So stipulated:

Dated: November 18, 2019      **WILLKIE FARR & GALLAGHER LLP**

/s/ *Benjamin P. McCallen*
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)
Joseph G. Davis
Antonio Yanez, Jr. (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
     jminias@willkie.com
     bmccallen@willkie.com
     jdavis@willkie.com
     ayanez@willkie.com

**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

Dated: November 18, 2019     **BAKER & HOSTETLER LLP**

/s/ *Kimberly S. Morris*
Kimberly S. Morris (SBN 249933)
Cecily A. Dumas (SBN 111449)
Robert A. Julian (SBN 88469)
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:     628.208.6434
Facsimile:     310.820.8859
Email: kmorris@bakerlaw.com
Email: cdumas@bakerlaw.com
Email: rjulian@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:     310.820.8800
Facsimile:     310.820.8859
Email: esagerman@bakerlaw.com
drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

Dated: November 18, 2019     **MICHAEL G. KASOLAS**

/s/ *Michael G. Kasolas*
Michael G. Kasolas
Claims Representative