JOHN T. RICHARDS, ESQ. SBN 159875
john@jtrlaw1.com
EVAN WILLIS, ESQ. SBN 314797
evan@jtrlaw1.com
RICHARDS LAW FIRM
101 West Broadway, Suite #1950
San Diego, CA 92101
(619) 237-9800/ (619) 238-9914 Fax

*Attorneys for Plaintiffs*




FILED
NOV 18 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION**<br>Debtor,<br>v.<br>Tax I.D. No. 94-3234914 | Case Nos. 19-30088(DM)<br>19-30089(DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
| In re:<br>**PACIFIC GAS AND ELECTRIC COMPANY**<br>Debtor,<br>Tax I.D. No. 94-0742640 | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS** |

/ / / /

/ / / /

1

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**TO THE BANKRUPTCY COURT, DEBTORS, AND ALL OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT** Claimants: Jacob Bindernagel, Rebecca Bindernagel, Larry Biegler, Alysia Biegler, John Bindernagel, Denise Bindernagel, Rudolpho Martinez, Hermenia Martinez, The Martinez Revocable Trust Agreement, Randall Yates, Dannie Cook, Vivian Cook, Don Steele, Dotha Steele, James Isham, Vivian Isham, Julie Sherrill, Mildred C. Harding, The Mildred C. Harding Trust, Christina Metroka, The Alan and Christina Metroka Family Trust, Patricia Kelly, Eleanor Lemke, Luis Flores, Lynda Flores, Kenney Olson, The Olson Revocable Inter Vivos Trust, Dean Franks, Dean C. Whaley, The Dean C. Whaley Living Trust, Rebecca Whaley, Ahmer Bilal In., dba Tire Depot, Muhammad Khalid, Mobina Irshad, Martha Van Pelt, Mark Johnson, The Robert and Kay Johnson Family Trust, Kay Johnson, Sheron box, Wayne Brown, Michael Guarino, Christina Guarino, The DeWayne Hart Family Trust, Leslie Attalla, Sam Attalla, The Attalla Family Trust, William Jones, Elizabeth Jones, Ryder Jones, Samantha Jones, Devon Jones, Okja Back, Shin H. Lee Cobble, Sukjoo Lee, Suk Lee, Ok-Sun Lee, The Lee Family Trust, Jeanette Robles, Robert Robles, Howard Belden, Roberta Belden, Earl Achilles Halgren, Estelle Mullins, Connor Youngblood, Zakery Peterson, Deborah Baker, Jacob Baker, Deborah Baker dba The Shearlings, Jose Antonio Vasquez Herrera, Jose Bonifacio Vazquez, Martha

Vasquez, Guadalupe Caroline Vazquez, Jose B. Vazquez, Fatima Vazquez, Clinton Coleman, Juanita Coleman, Michael Wong, Judy Wong, The Michael Y. Wong and Judy L. Wong Living Trust, Jacqueline Qrd, Carmen Maza, Susan Mauer, Lawrence E. Grant, Renee Grant, Sarah Thompson, Mark Efren Robinson, Adriana Robinson, Danilov Home Furnishings, (collectively, "Richards Law Firm Claimants") have retained Richards Law Firm, as their attorney of record in the above-captioned chapter 11 cases (the "Chapter 11 Cases").

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), section 1109(b) of title 11 of the United States Code, 11 U.S.C. § 101 et seq. ("Bankruptcy Code"), and N.D. Cal. Local Rule 5-l(c)(2)(A) and (C), the counsel listed below enter their appearance for Davey and request that Davey be added to the official mailing matrix and service lists in the Chapter 11 Cases and that copies of all pleadings, motions, notices, and other papers, filed or served, in these cases or any proceeding herein, be served upon the below-listed counsel at the following mailing or e-mail addresses or facsimile numbers:

John T. Richards, Esq.
Evan Willis, Esq.
RICHARDS LAW FIRM
101 W. Broadway, Suite 1950
San Diego, CA 92101
Tel: 619-237-9800
Fx: 619-238-9914
john@jtrlaw1.com
evan@jtrlaw1.com

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints, disclosure statements, plans, or demands, whether formal or informal, written or oral or transmitted or conveyed by mail delivery, telephone, telegraph, or otherwise, in the Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit shall constitute a consent to jurisdiction, nor shall it waive any right of Richards Law Firm Claimants to: (1) have final orders in any non-core or core matter in which the Bankruptcy Court does not have final adjudicatory authority entered only after de novo review by a District Court Judge; (2) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (3) have the District Court withdraw reference in any matter subject to mandatory or discretionary withdrawal; (4) object to the jurisdiction of the Bankruptcy Court for any purpose or on any grounds; or (5) asse1i any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs or recoupments to which Richards Law Firm Claimants may be entitled under agreements, in law, or in

equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED: November 18, 2019   RICHARDS LAW FIRM

By: _____
JOHN T. RICHARDS, ESQ.
EVAN WILLIS, ESQ.
RICHARDS LAW FIRM
*Attorneys for Plaintiffs*

RICHARDS LAW FIRM
101 W. Broadway, Suite 1950
San Diego, CA 92101
Telephone: (619) 237-9800
Facsimile:  (619) 238-9914
E-Mail: john@jtrlaw1.com