PILLSBURY WINTHROP SHAW PITTMAN LLP

M. David Minnick (State Bar No. 54148)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94126-5998
(415) 983-1000
dminnick@pillsburylaw.com

Leo T. Crowley (*pro hac vice admission pending*)
31 West 52nd Street
New York, NY 10019
(212) 858-1000
leo.crowley@pillsburylaw.com

Dania Slim (*pro hac vice*)
324 Royal Palm Way, Suite 220
Palm Beach, Florida 33480
(561) 232-3300
dania.slim@pillsburylaw.com

*Counsel for Wilmington Trust, National Association, as Administrative Agent*

FILED

NOV 18 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

1

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Leo T. Crowley, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Wilmington Trust, National Association, as Administrative Agent in the above-entitled cases.

In support of this application, I certify on oath that:

1.  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.  I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3.  An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled cases. The name, address and telephone number of that attorney is:

> M. David Minnick (State Bar No. 54148)
> Four Embarcadero Center, 22nd Floor
> San Francisco, CA 94126-5998
> (415) 983-1000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 6, 2019

/s/ Leo T. Crowley
Leo T. Crowley
31 West 52nd Street
New York, NY 10019
(212) 858-1000
leo.crowley@pillsburylaw.com

*Counsel for Wilmington Trust, National Association, as Administrative Agent*

2



# Appellate Division of the Supreme Court
# of the State of New York
# Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Leo T. Crowley** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 27 th day of **May 1981**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on October 18, 2019.



_Aprilanne Agostino_
——————————————————
Clerk of the Court

**UNITED STATES**
**BANKRUPTCY COURT**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**# 30066040 — JB**

**November 18, 2019**
**14:57:33**

**PRO HAC VICE FEE**
**19-30088-DM11**

Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:                    $310.00 CH
Check#.: 1178553


**Total-> $310.00**


FROM: PILLSBURY WINTHROP SHAW PITTMA
N LLP