1    DAVID B. LEVANT (*pro hac vice*)          SETH D. HILTON (SBN 181899)
     david.levant@stoel.com                    seth.hilton@stoel.com
2    ANDREW H. MORTON (*pro hac vice*)         SARAH E. KOZAL (SBN 313043)
     andrew.morton@stoel.com                   sarah.kozal@stoel.com
3    JENNIFER L. MERSING (*pro hac vice*)      BAO M. VU (SBN 277970)
     jennifer.mersing@stoel.com                bao.vu@stoel.com
4    JENNIFER N. SLOCUM (*pro hac vice*)       STOEL RIVES LLP
     jennifer.slocum@stoel.com                 3 Embarcadero Center, Suite 1120
5    STOEL RIVES LLP                           San Francisco, CA 94111
     600 University Street, Suite 3600         Telephone:  415.617.8900
6    Seattle, WA  98101                        Facsimile:  415.617.8907
     Telephone:  206.624.0900
7    Facsimile:  206.386.7500

8    *Attorneys for the Ad Hoc Group of*
     *Interconnection Customers*

9

10                    UNITED STATES BANKRUPTCY COURT
                      NORTHERN DISTRICT OF CALIFORNIA
11                       SAN FRANCISCO DIVISION

12
     **In re:**                              **Case No. 19-30088 (DM)**
13                                           **Chapter 11**
     **PG&E CORPORATION**                    **(Lead Case) (Jointly Administered)**
14
          **- and -**                        **WITHDRAWAL OF MOTION OF THE**
15                                           **AD HOC GROUP OF INTERCONNECTION**
     **PACIFIC GAS AND ELECTRIC**            **CUSTOMERS TO COMPEL PAYMENT**
16   **COMPANY,**                            **OF PASS-THROUGH AMOUNTS**
                        **Debtors.**          **WITHHELD BY PACIFIC GAS AND**
17                                           **ELECTRIC COMPANY**
     ☐     Affects PG&E Corporation
18   ☒     Affects Pacific Gas and Electric
           Company
19   ☐     Affects both Debtors

20   *All papers shall be filed in the Lead Case,*
     *No. 19-30088 (DM)*
21

22

23          Pursuant to the *Stipulation Between the Debtors and Ad Hoc Group of Interconnection*

24   *Customers to Permit Payment of Certain Pass Through Amounts* (Docket No. 4779; the

25   "***Stipulation***"), as approved by the Bankruptcy Court by *Order* dated November 18, 2019 (Docket

26   No. 4790; the "***Order***"), the undersigned counsel for the AHG of Interconnection Customers[1]

27   _____

28          [1] Defined terms used but not otherwise defined herein have the meanings given to them in
     the Stipulation.

1  hereby withdraws the *Motion and Memorandum of the Ad Hoc Group of Interconnection*

2  *Customers to Compel Payment of Pass-Through Amounts Withheld by Pacific Gas and Electric*

3  *Company* (Docket No. 4400; the "***Motion***") on and subject to the following terms:  The withdrawal

4  of the Motion shall be (i) *with* prejudice with respect to the payment of Network Upgrade

5  Reimbursements, and (ii) *without* prejudice with respect to the Test Energy Portion of the Motion.

6      Nothing in this Withdrawal of the Motion shall limit the rights of the Movants to move to

7  compel compliance with the provisions of the Stipulation and the Order, or to seek relief with

8  respect to any continuing dispute regarding the Network Upgrade Reimbursements due under the

9  CA Flats Interconnection Agreement (as defined in the Narayanan Declaration filed in support of

10 the Motion (Docket No. 4404)).

11

        DATED:  November 18, 2019.          **STOEL RIVES LLP**

12

13

                                           By: */s/* David B. Levant

14
                                               David B. Levant (*pro hac vice*)
15                                             Andrew H. Morton (*pro hac vice*)
                                               Jennifer N. Slocum (*pro hac vice*)

16
                                           *Attorneys for the Ad Hoc Group*
17                                         *of Interconnection Customers*

18

19

20

21

22

23

24

25

26

27

28