**Exhibit B**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES**

| Category of Timekeeper | BLENDED HOURLY RATE | |
| --- | --- | --- |
| | Billed by timekeepers in all domestic offices[1] | Billed in this Application |
| Partners | $1,374.18 | $1,457.98 |
| Associates | 784.50 | 652.30 |
| Paraprofessionals | 337.89 | 306.93 |

---

[1] In accordance with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013, the preceding year is a rolling 12 months year ending September 30, 2019; blended rates reflect aggregate work performed in the preceding year in Cravath's New York office (its sole domestic office) by all its timekeepers in each category.