# Exhibit C

**Comparison of Budgeted to Actual Fees Sought During the Compensation Period**

| Period | Fees and Expenses Budgeted Under DIP Budget[1] | Fees and Expenses Sought |
|---|---|---|
| June 2019 | $10,000,000 | $6,844,883.38 |
| July 2019 | 10,000,000 | 8,847,037.59 |
| August 2019 | 10,909,091 | 10,870,183.04 |
| September 2019 | 10,909,091 | 13,314,244.45 |
| Travel Adjustment:[2] | | (122,214.25) |
| **Adjusted Total:** | **$41,818,182** | **$39,754,134.21** |

---

[1] The "high-case" budget between Debtors and Cravath, Swaine & Moore LLP, as amended August 22, 2019, which included an estimate of pass-through expenses for retained experts.

[2] Consistent with the Fee Procedures Order entered on November 15, 2019, Cravath has capped Non-Working Travel Time (airplane travel) at two hours for billing purposes resulting in a discount of $842,409.50 for the Compensation Period. Prior to the entry of the Fee Procedures Order, Cravath had discounted Non-Working Travel Time by 50% as reflected in the Fifth, Sixth, Seventh and Eighth Monthly Fee Statements for a discount of $720,195.25 for the Compensation Period. The Travel Adjustment of $122,214.25 is the difference between those discount amounts (*i.e.*, the additional discount applied to give effect to the Fee Procedures Order).