RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Gerald Singleton, SBN 208783
Gary LoCurto, SBN 270372
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel: (619) 771-3473
Email: gerald@slffirm.com
glocurto@slffirm.com

Attorneys for SLF Fire Victim Claimants

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>* All papers shall be filed in the Lead Case,<br>No. 19-30088 (DM). | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>**JOINDER BY THE SINGLETON LAW FIRM FIRE VICTIM CLAIMANTS IN THE**<br><br>**1. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO DEBTORS' MOTION RE INVERSE CONDEMNATION FILED BY INDIVIDUAL FIRE VICTIM CREDITORS (Docket No. 4768); and**<br><br>**2. RESPONSE BRIEF OF THE OFFICIAL COMMITTEE OF TORT** |

| | |
|---|---|
| | **CLAIMANTS CONCERNING THE APPLICABILITY OF INVERSE CONDEMNATION (Docket No. 4773)** |
| | Date: November 19, 2019 |
| | Time: 10:00 a.m. (Pacific) |
| | Place: United States Bankruptcy Court: Courtroom 17, 16th Floor San Francisco, CA 94102 |

The Singleton Law Firm (SLF), on behalf of fire victim claimants, hereby join the *Individual Fire Victim Creditors Memorandum of Points and Authorities in Support of Opposition to Debtor's Motion re Inverse Condemnation* (*Docket No. 4768*) filed on November 15, 2019, and the *Response Brief of the Official Committee of Tort Claimants Concerning the Applicability of Inverse Condemnation* (*Docket No. 4773*) filed on November 15, 2019.

Respectfully submitted,

Dated: November 18, 2019            MARSHACK HAYS LLP

By: */s Richard A. Marshack*
    RICHARD A. MARSHACK
    DAVID A. WOOD
    LAILA MASUD
    Attorneys for SLF CLAIMANTS

Dated: November 18, 2019            SINGLETON LAW FIRM, APC

By: */s Gerald Singleton*
    Gerald Singleton
    Gary LoCurto
    Attorneys for the Singleton Law Firm Fire Victim Claimants