| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007 | CRAVATH, SWAINE & MOORE LLP<br>Paul H. Zumbro (*pro hac vice*)<br>(pzumbro@cravath.com)<br>Kevin J. Orsini (*pro hac vice*)<br>(korsini@cravath.com)<br>Omid H. Nasab (*pro hac vice*)<br>(onasab@cravath.com)<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: 212 474 1000<br>Fax: 212 474 3700 |

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF SECOND AMENDMENT TO AMENDED AND RESTATED RESTRUCTURING SUPPORT AGREEMENT**<br><br>**[Relates to Dkt. No. 3992]**<br><br>Date: December 4, 2019<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE TAKE NOTICE** that, on September 24, 2019, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, filed the *Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (i) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (ii) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, including the Allowed Subrogation Claim Amount, and (iii) Granting Related Relief* [Docket No. 3992] (the "**RSA Motion**"). A copy of that certain Restructuring Support Agreement, dated as of September 22, 2019, among the Debtors and the Consenting Creditors parties thereto was attached as Exhibit A to the RSA Motion.

**PLEASE TAKE FURTHER NOTICE** that, on November 1, 2019, the Debtors and Requisite Consenting Creditors entered into that certain Amended and Restated Restructuring Support Agreement (the "**Amended and Restated RSA**") a copy of which was filed with the Court as an exhibit to that certain *Notice of Filing of Amended and Restated Restructuring Support Agreement* [Dkt. No. 4554].[1]

**PLEASE TAKE FURTHER NOTICE** that, on November 13, 2019, pursuant to Section 9 of the Amended and Restated RSA, the Debtors and the Requisite Consenting Creditors agreed to an amendment of the Amended and Restated RSA extending the deadline to obtain Bankruptcy Court approval of the Amended and Restated RSA from November 14, 2019, to November 24, 2019 (the "**First Amendment**"). Notice of the First Amendment was filed with the Court on November 13, 2019 [Dkt. No. 4711].

**PLEASE TAKE FURTHER NOTICE** that, on November 18, 2019, pursuant to Section 9 of the Amended and Restated RSA, the Debtors and the Requisite Consenting Creditors agreed to a second amendment to the Amended and Restated RSA further extending the deadline to obtain Bankruptcy Court approval of the Amended and Restated RSA from November 24, 2019, to December 6, 2019.

**PLEASE TAKE FURTHER NOTICE** that copies of the RSA Motion and the Amended and Restated RSA can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: November 19, 2019

        **WEIL, GOTSHAL & MANGES LLP**
        **CRAVATH, SWAINE & MOORE LLP**
        **KELLER & BENVENUTTI LLP**

        /s/    *Thomas B. Rupp*
        Thomas B. Rupp

        *Attorneys for Debtors and Debtors in Possession*

---

[1] Capitalized terms used but not otherwise herein defined have the meanings ascribed to such terms in the Amended and Restated RSA.