# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br>         **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **CERTIFICATE OF NO OBJECTION REGARDING THIRD MONTHLY FEE STATEMENT OF TRIDENT DMG LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 18, 2019 THROUGH OCTOBER 17, 2019** <br><br> [Re: Docket No. 4440] <br><br> **OBJECTION DEADLINE** <br> November 13, 2019 at 4:00p.m. (PDT) |

**THE MONTHLY FEE STATEMENT**

On October 23, 2019, Trident DMG LLC ("**Trident**" or the "**Applicant**"), communications consultant to the Official Committee of Tort Claimants ("**Tort Committee**"), filed its Third Monthly Fee Statement of Trident DMG LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of September 18, 2019 through October 17, 2019 [Docket No. 4440] (the "**Third Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bank. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* entered on February 28, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

The Third Monthly Fee Statement was served as described in the Certificate of Service of Heidi Hammon-Turano, filed on October 25, 2019 [Docket. No. 4478]. The deadline to file responses or oppositions to the Third Monthly Fee Statement was November 13, 2019, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the above-captioned debtors and debtors-in-possession are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Third Monthly Fee Statement upon the filing of this certification and without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is attached hereto as **Exhibit A.**

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a Partner of the firm of Trident DMG LLC, the communications consultant to the Official Committee of Tort Claimants.

2. I certify that I have reviewed the Court's docket in this and case and have not received any response or opposition to the Third Monthly Fee Statement.

3. This declaration was executed in Washington, D.C.

Dated: November 18, 2019

Respectfully submitted,

**TRIDENT DMG LLC**

By: _____
Adam Goldberg
*Communications Consultant for the Official Committee of Tort Claimants*

# **EXHIBIT A**

Professional Fees and Expenses
Third Monthly Fee Statement

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Trident DMG LLC<br><br>Communications Consultant to the Official Committee of Tort Claimants | Third Monthly<br><br>9/18/19 to 10/17/19<br><br>[Docket No. 4440, filed 10/23/19] | $35,000.00 | $1,157.34 | 11/13/19 | $28,000.00 | $1,157.34 | $7,000.00 |

- 4 -

Case: 19-30088    Doc# 4809    Filed: 11/19/19    Entered: 11/19/19 11:55:58    Page 4 of 4