PILLSBURY WINTHROP SHAW PITTMAN LLP

M. David Minnick (State Bar No. 54148)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94126-5998
(415) 983-1000
dminnick@pillsburylaw.com

**Signed and Filed: November 19, 2019**

*[signature]*

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Leo T. Crowley (*pro hac vice admission pending*)
31 West 52nd Street
New York, NY 10019
(212) 858-1000
leo.crowley@pillsburylaw.com

Dania Slim (*pro hac vice*)
324 Royal Palm Way, Suite 220
Palm Beach, Florida 33480
(561) 232-3300
dania.slim@pillsburylaw.com

*Counsel for Wilmington Trust, National Association, as Administrative Agent*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br><br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

1

| | |
|---|---|
| 1 | Leo T. Crowley, whose business address and telephone number is 31 West 52nd Street, |
| 2 | New York, NY 10019 and (212) 858-1000, and who is an active member in good standing of the |
| 3 | bar of New York having applied in the above-entitled action for admission to practice in the |
| 4 | Northern District of California on a *pro hac vice* basis, representing Wilmington Trust, National |
| 5 | Association, as Administrative Agent. |
| 6 | IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and |
| 7 | conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac* |
| 8 | *vice*. Service of papers upon and communication with co-counsel designated in the application |
| 9 | will constitute notice to the represented party. All future filings in this action are subject to the |
| 10 | Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States |
| 11 | Bankruptcy Court for the Northern District of California. |

Leo T. Crowley, whose business address and telephone number is 31 West 52nd Street, New York, NY 10019 and (212) 858-1000, and who is an active member in good standing of the bar of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Wilmington Trust, National Association, as Administrative Agent.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

** END OF ORDER **