B 210A (Form 210A) (12/09)

FILED
NOV 19 2019 /MT
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## Northern District Of California
## San Francisco Division

In re PG&E Corporation and Pacific Gas and Electric Company (19-30088) (Jointly Administered)

☐ Affects PG&E Corporation
☒ Affects Pacific Gas and Electric Company
☐ Affects both Debtors

## **TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**

J.H. Lane Partners Master Fund, LP.
Address: 126 East 56th Street,
16th Floor, New York, NY 10022
Attention: Haskel Ginsberg
Telephone: (212) 899-9793
Email: hginsberg@jhlanepartners.com

**Name of Transferor**

The Mosaic Company
c/o Peterson Russell Kelly PLLC
Attn: Carolyn Frederick
10900 NE 4th St. STE 1850
Bellevue, WA 98004-8341
Email: cfrederick@prklaw.com

With a copy to:

Reed Smith, LLP
Address: 599 Lexington Avenue
New York, NY 10022
Attention: Robert Scheininger
Telephone: (212) 549 4224
Email: rscheininger@reedsmith.com

**Claim # (if known): 56560**
**Filed Claim Amount: $103,298.22**
**Date Claim Filed: October 15, 2019**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: 11/7/19

Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

US_ACTIVE-150078255.1

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement, **The Mosaic Company** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **J.H. Lane Partners Master Fund, LP** ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of **$ 103,298.22** (the "Claim"), as set forth in proof of claim number 59727 (which proof of claim amended the previously filed (i) proof of claim #56560, and (ii) proof of claim #55431) filed against **Pacific Gas & Electric Company** ("Debtor"), the debtor-in-possession in Case No. (19-30089), (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on November 1, 2019.

| **THE MOSAIC COMPANY** | **J.H. LANE PARTNERS MASTER FUND, LP** |
|---|---|
| By: *Tara Strand* | By: *Seth O. Lax* |
| Title: Sr. Director | Title: MANAGING MEMBER |