**EXHIBIT A**

**COMPENSATION BY PROFESSIONAL
JULY 1, 2019 THROUGH JULY 31, 2019**

The professionals who rendered professional services in these chapter 11 cases during the Fee Period are:

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| *2019 Audit Services* | | | | |
| Basilico, Ellen | Partner/Principal | $380.00 | 3.7 | $1,406.00 |
| Clark, Brian | Partner/Principal | $380.00 | 1.0 | $380.00 |
| Cochran, James | Partner/Principal | $380.00 | 3.0 | $1,140.00 |
| Gillam, Tim | Partner/Principal | $380.00 | 37.9 | $14,402.00 |
| Pemberton, Tricia | Partner/Principal | $380.00 | 4.6 | $1,748.00 |
| Choudhary, Devesh | Managing Director | $380.00 | 1.7 | $646.00 |
| Donahue, Nona | Managing Director | $380.00 | 1.9 | $722.00 |
| Meredith, Wendy | Managing Director | $380.00 | 23.3 | $8,854.00 |
| Bush, Amber | Senior Manager | $330.00 | 3.0 | $990.00 |
| Giamanco, Patrick | Senior Manager | $330.00 | 28.2 | $9,306.00 |
| Murdock, Elizabeth | Senior Manager | $330.00 | 36.2 | $11,946.00 |
| Ncho-Oguie, Jean-Denis | Senior Manager | $330.00 | 44.6 | $14,718.00 |
| Varkey, Jamie | Senior Manager | $330.00 | 0.2 | $66.00 |
| White, Teal | Senior Manager | $330.00 | 0.2 | $66.00 |
| Jasinski, Samantha | Manager | $290.00 | 89.4 | $25,926.00 |
| Nkinzingabo, Rudy | Manager | $290.00 | 20.1 | $5,829.00 |
| Sreeram, Sree | Manager | $290.00 | 5.0 | $1,450.00 |
| Veluri, Pavani | Manager | $290.00 | 3.0 | $870.00 |
| Adams, Haley | Senior Consultant | $230.00 | 21.5 | $4,945.00 |
| Agarwal, Rima | Senior Consultant | $230.00 | 20.5 | $4,715.00 |
| Azebu, Matt | Senior Consultant | $230.00 | 61.4 | $14,122.00 |
| Bhimani, Harika | Senior Consultant | $230.00 | 3.0 | $690.00 |
| Jain, Rachna | Senior Consultant | $230.00 | 1.0 | $230.00 |
| Kamra, Akanksha | Senior Consultant | $230.00 | 26.7 | $6,141.00 |
| Kipkirui, Winnie | Senior Consultant | $230.00 | 185.0 | $42,550.00 |
| M, Nikitha | Senior Consultant | $230.00 | 15.0 | $3,450.00 |
| Morley, Carlye | Senior Consultant | $230.00 | 4.7 | $1,081.00 |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Rice, Blake | Senior Consultant | $230.00 | 116.2 | $26,726.00 |
| Varshney, Swati | Senior Consultant | $230.00 | 47.4 | $10,902.00 |
| Yuen, Jennifer | Senior Consultant | $230.00 | 32.4 | $7,452.00 |
| Bedi, Arpit | Consultant | $200.00 | 102.2 | $20,440.00 |
| Bhattacharya, Ayush | Consultant | $200.00 | 70.0 | $14,000.00 |
| Choudhury, Viki | Consultant | $200.00 | 27.0 | $5,400.00 |
| Doolittle, Chase | Consultant | $120.00 | 12.5 | $1,500.00 |
| Fazil, Mohamed | Consultant | $200.00 | 50.5 | $10,100.00 |
| Hamner, Jack | Consultant | $200.00 | 1.4 | $280.00 |
| Hennessy, Vincent | Consultant | $200.00 | 107.8 | $21,560.00 |
| Jain, Naman | Consultant | $180.00 | 2.0 | $360.00 |
| K, Kavya | Consultant | $120.00 | 84.0 | $10,080.00 |
| Martin, Blake | Consultant | $200.00 | 108.3 | $21,660.00 |
| Mehra, Shreya | Consultant | $180.00 | 23.7 | $4,266.00 |
| Nambiar, Sachin | Consultant | $120.00 | 10.0 | $1,200.00 |
| Nguyen, Jessica | Consultant | $120.00 | 45.3 | $5,436.00 |
| Salisam, Soujanya | Consultant | $200.00 | 11.0 | $2,200.00 |
| Schloetter, Lexie | Consultant | $180.00 | 135.4 | $24,372.00 |
| Sewell, Kyle | Consultant | $180.00 | 78.3 | $14,094.00 |
| Sonn, Rebecca | Consultant | $120.00 | 54.2 | $6,504.00 |
| Steele, Bridget | Consultant | $120.00 | 72.1 | $8,652.00 |
| Xue, Ella | Consultant | $120.00 | 125.5 | $15,060.00 |
| **Professional Subtotal:** | | | **1,963.0** | **$410,633.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **AB 1054 Wildfire Fund** | | | | |
| Barta, Steve | Partner/Principal | $760.00 | 1.3 | $988.00 |
| Barton, Doug | Partner/Principal | $760.00 | 8.9 | $6,764.00 |
| Gillam, Tim | Partner/Principal | $760.00 | 24.0 | $18,240.00 |
| Green, Mike | Partner/Principal | $760.00 | 0.8 | $608.00 |
| Sojkowski, Rick | Partner/Principal | $760.00 | 2.1 | $1,596.00 |
| Weller, Curt | Partner/Principal | $760.00 | 20.3 | $15,428.00 |
| Meredith, Wendy | Managing Director | $760.00 | 0.2 | $152.00 |
| Ncho-Oguie, Jean-Denis | Senior Manager | $660.00 | 13.1 | $8,646.00 |
| Roll, Kevin | Senior Manager | $660.00 | 1.0 | $660.00 |
| Barclay, Kelsey | Manager | $580.00 | 38.4 | $22,272.00 |
| Garcia, Edward | Manager | $580.00 | 1.0 | $580.00 |
| **Professional Subtotal:** | | | **111.1** | **$75,934.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **Accounting Consultations** | | | | |
| Martin, Blake | Consultant | $390.00 | 9.7 | $3,783.00 |
| **Professional Subtotal:** | | | **9.7** | **$3,783.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **California Wildfires** | | | | |
| Barton, Doug | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Gillam, Tim | Partner/Principal | $760.00 | 11.4 | $8,664.00 |
| Meredith, Wendy | Managing Director | $760.00 | 10.1 | $7,676.00 |
| Ncho-Oguie, Jean-Denis | Senior Manager | $660.00 | 6.4 | $4,224.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 34.9 | $16,054.00 |
| Rice, Blake | Senior Consultant | $460.00 | 1.0 | $460.00 |
| **Professional Subtotal:** | | | **64.3** | **$37,458.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **Lease Accounting Services** | | | | |
| Cochran, James | Partner/Principal | $365.00 | 1.5 | $547.50 |
| Giamanco, Patrick | Senior Manager | $325.00 | 1.0 | $325.00 |
| **Professional Subtotal:** | | | **2.5** | **$872.50** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **New Accounting Standards** | | | | |
| Vitola, Paul | Partner/Principal | $760.00 | 0.6 | $456.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 13.5 | $6,210.00 |
| Bedi, Arpit | Consultant | $390.00 | 6.0 | $2,340.00 |
| Sewell, Kyle | Consultant | $350.00 | 21.9 | $7,665.00 |
| **Professional Subtotal:** | | | **42.0** | **$16,671.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **Post Bankruptcy Matters** | | | | |
| Gerstel, Ken | Partner/Principal | $760.00 | 1.0 | $760.00 |
| Gillam, Tim | Partner/Principal | $760.00 | 3.5 | $2,660.00 |
| Kilkenny, Tom | Partner/Principal | $760.00 | 1.8 | $1,368.00 |
| Donahue, Nona | Managing Director | $760.00 | 2.1 | $1,596.00 |
| Meredith, Wendy | Managing Director | $760.00 | 3.2 | $2,432.00 |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Perez Zaldivar, Ignacio | Managing Director | $760.00 | 0.4 | $304.00 |
| Sasso, Anthony | Managing Director | $760.00 | 0.8 | $608.00 |
| Sullivan, Mike | Managing Director | $760.00 | 1.0 | $760.00 |
| Luong, Mimi | Senior Manager | $660.00 | 0.6 | $396.00 |
| Murdock, Elizabeth | Senior Manager | $660.00 | 4.7 | $3,102.00 |
| Ncho-Oguie, Jean-Denis | Senior Manager | $660.00 | 2.0 | $1,320.00 |
| Pallai, Prakash | Senior Manager | $660.00 | 2.5 | $1,650.00 |
| Sivakumar, Gireesh kumar | Senior Manager | $660.00 | 2.0 | $1,320.00 |
| Jasinski, Samantha | Manager | $580.00 | 1.0 | $580.00 |
| Nkinzingabo, Rudy | Manager | $580.00 | 3.3 | $1,914.00 |
| Anandan, Harish Bharadwaj | Senior Consultant | $460.00 | 28.0 | $12,880.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 6.6 | $3,036.00 |
| Rice, Blake | Senior Consultant | $460.00 | 2.5 | $1,150.00 |
| Yuen, Jennifer | Senior Consultant | $460.00 | 3.6 | $1,656.00 |
| Doolittle, Chase | Consultant | $390.00 | 1.5 | $585.00 |
| Hamner, Jack | Consultant | $390.00 | 1.0 | $390.00 |
| Hennessy, Vincent | Consultant | $390.00 | 17.9 | $6,981.00 |
| Martin, Blake | Consultant | $390.00 | 2.0 | $780.00 |
| Nguyen, Jessica | Consultant | $390.00 | 1.0 | $390.00 |
| Schloetter, Lexie | Consultant | $390.00 | 2.0 | $780.00 |
| Sewell, Kyle | Consultant | $390.00 | 1.0 | $390.00 |
| Steele, Bridget | Consultant | $390.00 | 1.0 | $390.00 |
| **Professional Subtotal:** | | | **98.0** | **$50,178.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| *Preparation of Fee Applications* | | | | |
| Jasinski, Samantha | Manager | $290.00 | 6.1 | $1,769.00 |
| Gutierrez, Dalia | Project Controller | $200.00 | 26.0 | $5,200.00 |
| **Professional Subtotal:** | | | **32.1** | **$6,969.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| *Regulatory Accounting* | | | | |
| Meredith, Wendy | Managing Director | $760.00 | 0.7 | $532.00 |
| Jasinski, Samantha | Manager | $580.00 | 2.8 | $1,624.00 |
| Rice, Blake | Senior Consultant | $460.00 | 1.0 | $460.00 |
| **Professional Subtotal:** | | | **4.5** | **$2,616.00** |
| **Total** | | | **2,327.2** | **$605,114.50** |