# EXHIBIT B

## COMPENSATION BY CATEGORY FOR SERVICES RENDERED BY DELOITTE & TOUCHE LLP FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019

| Categories | Hours | Fees |
|---|---:|---:|
| 2019 Audit Services | 1,963.0 | $410,633.00 |
| AB 1054 Wildfire Fund | 111.1 | $75,934.00 |
| Accounting Consultations | 9.7 | $3,783.00 |
| California Wildfires | 64.3 | $37,458.00 |
| Lease Accounting Services | 2.5 | $872.50 |
| New Accounting Standards | 42.0 | $16,671.00 |
| Post Bankruptcy Matters | 98.0 | $50,178.00 |
| Preparation of Fee Applications | 32.1 | $6,969.00 |
| Regulatory Accounting | 4.5 | $2,616.00 |
| **Fees Category Subtotal :** | **2,327.2** | **$605,114.50** |