# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019

| Expense Categories | Total Expenses for the Period |
|---|---:|
| Airfare | $1,548.08 |
| Hotel | $2,638.90 |
| **Expense Category Subtotal :** | **$4,186.98** |