# EXHIBIT E

# EXPENSE DETAIL FOR THE PERIOD
# JULY 1, 2019 THROUGH JULY 31, 2019

# PG&E Corporation and Pacific Gas and Electric Company
# Deloitte & Touche LLP
# Expenses Sorted by Category for the Fee Period

July 01, 2019 - July 31, 2019

| Category | Date | Description | Amount |
|---|---|---|---|
| *Airfare* | | | |
| Giamanco, Patrick | 07/02/2019 | Roundtrip coach airfare from Atlanta, GA to San Francisco, CA. | $624.77 |
| Donahue, Nona | 07/08/2019 | Roundtrip coach airfare from Spokane, WA to Salt Lake City, UT. | $404.47 |
| Donahue, Nona | 07/12/2019 | Airline change fee. | $200.00 |
| Nkinzingabo, Rudy | 07/21/2019 | Roundtrip coach airfare from Phoenix, AZ to San Francisco, CA. | $318.84 |
| Subtotal for Airfare: | | | $1,548.08 |
| *Hotel* | | | |
| Giamanco, Patrick | 07/09/2019 | 1 night hotel accommodation at Hyatt Regency in San Francisco, CA. | $406.71 |
| Giamanco, Patrick | 07/10/2019 | 1 night hotel accommodation at Hyatt Regency in San Francisco, CA. | $406.71 |
| Nkinzingabo, Rudy | 07/16/2019 | 1 night hotel accommodation at Park Central in San Francisco, CA. | $348.17 |
| Cochran, James | 07/17/2019 | 1 night hotel accommodation at Hyatt Regency in San Francisco, CA. | $383.46 |
| Giamanco, Patrick | 07/17/2019 | 1 night hotel accommodation at Le Meridien in San Francisco, CA. | $338.99 |
| Nkinzingabo, Rudy | 07/17/2019 | 1 night hotel accommodation at Westin in San Francisco, CA. | $377.43 |
| Nkinzingabo, Rudy | 07/18/2019 | 1 night hotel accommodation at Westin in San Francisco, CA. | $377.43 |
| Subtotal for Hotel: | | | $2,638.90 |
| Total | | | $4,186.98 |

# PG&E Corporation and Pacific Gas and Electric Company
# Deloitte & Touche LLP
# Expenses Sorted by Category for the Fee Period

July 01, 2019 - July 31, 2019

## Recapitulation

| Category | Amount |
| --- | --- |
| Hotel | $2,638.90 |
| Airfare | $1,548.08 |