# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **SECOND COMBINED MONTHLY FEE STATEMENT OF AXIOM ADVISORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD AUGUST 1, 2019 THROUGH OCTOBER 31, 2019** |
| ☐Affects PG&E Corporation<br>☐Affects Pacific Gas and Electric Company<br>☒Affects both Debtors | |
| *All papers shall be filed in the Lead Case No. 19-30088 (DM).* | **Objection Deadline: December 12, 2019 at 4:00 p.m. (PT)**<br><br>[No hearing requested] |
| To: | The Notice Parties |
| Name of Applicant: | Axiom Advisors |
| Authorized to Provide Professional Services to: | Government Affairs Consultant for the Official Committee of Unsecured Creditors |
| Date of Retention: | May 10, 2019 *nunc pro tunc* to March 15, 2019 |
| Period for which compensation and reimbursement are sought: | August 1, 2019 through October 31, 2019 |
| Amount of compensation sought as actual, reasonable, and necessary: | $60,000 (80% of $75,000) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0 |

Axiom Advisors ("Axiom" or the "Applicant"), the government affairs consultant for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Second Combined Monthly Fee Statement (this "Monthly Fee Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the

period commencing August 1, 2019 through October 31, 2019 (the "Fee Period") pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professional* dated February 27, 2019 [Docket No. 701] (the "Interim Compensation Procedures Order").

By this Monthly Fee Statement, Axiom requests allowance and payment of $60,000 (80% of $75,000) as compensation for professional services rendered to the Committee during the Fee Period. Axiom is not seeking reimbursement for any amount for expenses during the Fee Period.

Annexed as **Exhibit A** hereto is a schedule for the Fee Period setting forth the total amount of fees and expenses sought to be paid or reimbursed in this Monthly Fee Statement. As reflected in **Exhibit A**, Axiom incurred $75,000 in fees during the Fee Period. Pursuant to this Monthly Fee Statement, Axiom seeks payment of $60,000 (80% of the incurred fees). Attached hereto as **Exhibit B** is a schedule of the number of hours expended by each Axiom professional during the Fee Period. The professionals of Axiom expended a total of 201 hours in connection with these chapter 11 cases during the fee period. Attached hereto as **Exhibit C** are the detailed time entries for the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that after the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement. If an objection is properly filed, the Debtors shall be authorized and directed to pay the Applicant 80% of the fees and 100% of the expenses not subject to an objection.

Dated: November 20, 2019

Respectfully submitted,

**AXIOM ADVISORS**

By: /s/ Cassie Gilson

*Government Affairs Consultant for the Official Committee of Unsecured Creditors*

# **EXHIBIT A**

Summary of Fees and Expenses for the Fee Period

| Period | Total Fees | Less 20% Holdback | Expenses | Total Fees & Expenses (Incl. of Holdback) | Total Fees & Expenses (Net of Holdback) |
|---|---|---|---|---|---|
| 8/1/19-10/31/19 | $75,000 | $60,000 | $0 | $75,000.00 | $60,000.00 |

**EXHIBIT B**

Axiom Advisors

Hourly Details for the Period of
August 1, 2019 through October 31, 2019

| Professional | Title | Hours |
|---|---|---|
| Cassie Gilson | Partner | 73.5 |
| Jason Kinney | Partner | 4.0 |
| Kevin Schmidt | Partner | 20.0 |
| Silvio Ferrari | Associate | 95.5 |
| Debbie Edgar | Legislative Aide | 1.5 |
| Vanessa Sonnier | Legislative Aide | 6.5 |
| | **Total:** | **201.0** |

# EXHIBIT C

**Time Entries**

Axiom Advisors Inc.
Hourly Details for the Period of
August 1, 2019 through October 31, 2019

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **August 2019** | | | |
| Cassie Gilson | 8/1/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 8/2/2019 | 1.0 | Review UCC materials |
| Cassie Gilson | 8/5/2019 | 1.0 | Prepare and attend UCC call competing plan proposal protocol |
| Cassie Gilson | 8/6/2019 | 0.5 | Review UCC materials |
| Cassie Gilson | 8/12/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 8/13/2019 | 1.0 | Review bills and amendments |
| Cassie Gilson | 8/13/2019 | 0.5 | Review UCC materials |
| Cassie Gilson | 8/14/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 8/14/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 8/15/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 8/15/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 8/16/2019 | 0.5 | Review bills and amendments |
| Cassie Gilson | 8/19/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 8/19/2019 | 1.0 | Prepare and attend PG&E standing advisors call |
| Cassie Gilson | 8/20/2019 | 0.5 | Review bills and amendments |
| Cassie Gilson | 8/20/2019 | 0.5 | Review UCC materials |
| Cassie Gilson | 8/20/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 8/21/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 8/22/2019 | 0.5 | Prepare for and attend weekly PG&E: Public Affairs Meeting/Call |
| Cassie Gilson | 8/22/2019 | 1.5 | Prepare for and attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 8/26/2019 | 1.0 | Attend PG&E standing advisors call |
| Cassie Gilson | 8/27/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 8/28/2019 | 0.5 | Review bills and amendments |
| Cassie Gilson | 8/29/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 8/29/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 8/29/2019 | 0.5 | Review UCC materials |
| Cassie Gilson | 8/30/2019 | 1.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 8/30/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **September 2019** | | | |
| Cassie Gilson | 9/4/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 9/4/2019 | 0.5 | Review bills and amendments |
| Cassie Gilson | 9/5/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 9/5/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 9/5/2019 | 0.5 | Prepare and attend meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 9/6/2019 | 1.0 | Review bills and amendments |
| Cassie Gilson | 9/9/2019 | 1.0 | Attend PG&E standing advisors call |
| Cassie Gilson | 9/9/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 9/9/2019 | 1.0 | Prepare and attend meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 9/10/2019 | 0.5 | Review bills and amendments |
| Cassie Gilson | 9/11/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 9/11/2019 | 0.5 | Prepare and attend meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 9/12/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 9/12/2019 | 0.5 | Prepare and attend meetings with Legislators and staff to discuss wildfire policy issues |
| Cassie Gilson | 9/12/2019 | 1.5 | Prepare for and attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 9/16/2019 | 1.0 | Prepare for and attend PG&E standing advisors call |
| Cassie Gilson | 9/17/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 9/19/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 9/19/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 9/20/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 9/22/2019 | 0.5 | Attend PG&E UCC call re: bondholder proposal |
| Cassie Gilson | 9/23/2019 | 1.0 | Prepare for and attend PG&E standing advisors call |
| Cassie Gilson | 9/23/2019 | 0.5 | Review UCC materials |
| Cassie Gilson | 9/24/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 9/24/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 9/25/2019 | 0.5 | Prepare for and attend update call with FTI Consulting |
| Cassie Gilson | 9/26/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 9/26/2019 | 0.5 | Review UCC materials |
| Cassie Gilson | 9/27/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 9/30/2019 | 1.0 | Attend PG&E standing advisors call |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **October 2019** | | | |
| Cassie Gilson | 10/2/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 10/2/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 10/3/2019 | 0.5 | Prepare for and attend update call with FTI Consulting |
| Cassie Gilson | 10/3/2019 | 1.5 | Prepare for and attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 10/4/2019 | 1.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 10/4/2019 | 0.5 | Review UCC materials |
| Cassie Gilson | 10/7/2019 | 1.0 | Attend PG&E standing advisors call |
| Cassie Gilson | 10/7/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 10/9/2019 | 1.0 | Prepare and attend meetings with Legislative staff to discuss wildfire policy issues |
| Cassie Gilson | 10/11/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 10/14/2019 | 1.0 | Prepare for and attend PG&E standing advisors call |
| Cassie Gilson | 10/15/2019 | 0.5 | Review UCC materials |
| Cassie Gilson | 10/16/2019 | 1.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 10/17/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 10/17/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 10/22/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Cassie Gilson | 10/22/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 10/22/2019 | 1.5 | Prepare for and attend PG&E UCC call re: TCC Plan Schedule Statement |
| Cassie Gilson | 10/24/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Cassie Gilson | 10/24/2019 | 1.5 | Prepare for and attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 10/25/2019 | 1.0 | Prepare and attend meetings with Legislative staff to discuss wildfire policy issues |
| Cassie Gilson | 10/25/2019 | 1.0 | Review UCC materials |
| Cassie Gilson | 10/28/2019 | 1.0 | Attend PG&E standing advisors call |
| Cassie Gilson | 10/30/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 10/30/2019 | 1.0 | Prepare for and attnd UCC call re: post-petition fires |
| Cassie Gilson | 10/30/2019 | 1.0 | Review UCC materials |
| Cassie Gilson | 10/31/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| | | 73.5 | |

Axiom Advisors Inc.
Hourly Details for the Period of
August 1, 2019 through October 31, 2019

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **August 2019** | | | |
| Jason Kinney | 8/15/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 8/29/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| **September 2019** | | | |
| Jason Kinney | 9/5/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 9/19/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 9/24/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| **October 2019** | | | |
| Jason Kinney | 10/17/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 10/22/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 10/30/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| | | 4.0 | |

Axiom Advisors Inc.
Hourly Details for the Period of
August 1, 2019 through October 31, 2019

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **August 2019** | | | |
| Kevin Schmidt | 8/1/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Kevin Schmidt | 8/6/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Kevin Schmidt | 8/8/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Kevin Schmidt | 8/12/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 8/13/2019 | 0.5 | Review bills and amendments |
| Kevin Schmidt | 8/14/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 8/15/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 8/19/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Kevin Schmidt | 8/19/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 8/19/2019 | 1.0 | Review bills and amendments |
| Kevin Schmidt | 8/22/2019 | 0.5 | Prepare and attend meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 8/28/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Kevin Schmidt | 8/29/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 8/29/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 8/30/2019 | 1.0 | Review bills and amendments |
| **September 2019** | | | |
| Kevin Schmidt | 9/4/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 9/5/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 9/5/2019 | 0.5 | Review bills and amendments |
| Kevin Schmidt | 9/6/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 9/10/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Kevin Schmidt | 9/10/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 9/10/2019 | 0.5 | Review UCC materials |

| Professional | Date | Hours | Explanation |
| --- | --- | --- | --- |
| Kevin Schmidt | 9/11/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 9/11/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Kevin Schmidt | 9/24/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |

**October 2019**

| Professional | Date | Hours | Explanation |
| --- | --- | --- | --- |
| Kevin Schmidt | 10/3/2019 | 0.5 | Prepare and and attend meetings and discussions with stakeholders re: wildfire policy issues |
| Kevin Schmidt | 10/17/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 10/17/2019 | 0.5 | Prepare and attend meetings and discussions with stakeholders re: wildfire policy issues |
| Kevin Schmidt | 10/18/2019 | 1.0 | Review UCC materials |
| Kevin Schmidt | 10/31/2019 | 1.0 | Review UCC materials |
| | | 20.0 | |

Axiom Advisors Inc.
Hourly Details for the Period of
August 1, 2019 through October 31, 2019

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **August 2019** | | | |
| Silvio Ferrari | 8/8/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Silvio Ferrari | 8/12/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 8/12/2019 | 2.0 | Monitor Senate and Assemby floor session |
| Silvio Ferrari | 8/12/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 8/13/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Silvio Ferrari | 8/15/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 8/15/2019 | 1.5 | Monitor Senate and Assemby floor session |
| Silvio Ferrari | 8/19/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 8/19/2019 | 3.5 | Monitor Senate and Assemby floor session |
| Silvio Ferrari | 8/20/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 8/20/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 8/22/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Silvio Ferrari | 8/22/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Silvio Ferrari | 8/22/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 8/22/2019 | 2.5 | Monitor Senate and Assemby floor session |
| Silvio Ferrari | 8/22/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 8/26/2019 | 3.0 | Monitor Senate and Assemby floor session |
| Silvio Ferrari | 8/27/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Silvio Ferrari | 8/27/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 8/28/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 8/29/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 8/29/2019 | 0.5 | Review bills and amendments |
| Silvio Ferrari | 8/30/2019 | 2.5 | Monitor Senate and Assemby floor session |
| **September 2019** | | | |
| Silvio Ferrari | 9/3/2019 | 4.0 | Monitor Senate and Assemby floor session |
| Silvio Ferrari | 9/4/2019 | 0.5 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 9/4/2019 | 1.0 | Review bills and amendments |
| Silvio Ferrari | 9/5/2019 | 5.0 | Monitor Senate and Assemby floor session |

| Professional | Date | Hours | Explanation |
| --- | --- | --- | --- |
| Silvio Ferrari | 9/6/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Silvio Ferrari | 9/6/2019 | 2.0 | Monitor Senate and Assemby floor session |
| Silvio Ferrari | 9/9/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 9/9/2019 | 6.5 | Monitor Senate and Assemby floor session |
| Silvio Ferrari | 9/9/2019 | 1.0 | Review bills and amendments |
| Silvio Ferrari | 9/10/2019 | 9.5 | Monitor Senate and Assemby floor session |
| Silvio Ferrari | 9/10/2019 | 1.0 | Review bills and amendments |
| Silvio Ferrari | 9/11/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 9/11/2019 | 8.0 | Monitor Senate and Assemby floor session |
| Silvio Ferrari | 9/12/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 9/12/2019 | 4.0 | Monitor Senate and Assemby floor session |
| Silvio Ferrari | 9/13/2019 | 1.0 | Meetings with Legislators and staff to discuss wildfire policy issues |
| Silvio Ferrari | 9/13/2019 | 15.0 | Monitor Senate and Assemby floor session |
| Silvio Ferrari | 9/17/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Silvio Ferrari | 9/19/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 9/24/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 9/27/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |

**October 2019**

| Professional | Date | Hours | Explanation |
| --- | --- | --- | --- |
| Silvio Ferrari | 10/1/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Silvio Ferrari | 10/2/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 10/8/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Silvio Ferrari | 10/17/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 10/18/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Silvio Ferrari | 10/22/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Silvio Ferrari | 10/22/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 10/22/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Silvio Ferrari | 10/25/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |

| Professional | Date | Hours | Explanation |
| --- | --- | --- | --- |
| Silvio Ferrari | 10/30/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 10/30/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues |
| Silvio Ferrari | 8/142019 | 0.5 | Review bills and amendments |
| | | 95.5 | |

Axiom Advisors Inc.
Hourly Details for the Period of
August 1, 2019 through October 31, 2019

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **October 2019** | | | |
| Debbie Edgar | 10/4/2019 | 0.5 | Discussion with Laura Stephen, FPPC Reporting Specialist, and C. Gilson re: UCC quarterly filing |
| Debbie Edgar | 10/14/2019 | 0.5 | Discussion with Laura Stephen, FPPC Reporting Specialist, and C. Gilson re: UCC quarterly filing |
| Debbie Edgar | 10/17/2019 | 0.5 | Discussion with Laura Stephen, FPPC Reporting Specialist, and C. Gilson re: UCC quarterly filing |
| | | 1.5 | |

Axiom Advisors Inc.
Hourly Details for the Period of
August 1, 2019 through October 31, 2019

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **August 2019** | | | |
| Vanessa Sonnier | 8/12/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 8/14/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 8/15/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 8/19/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 8/20/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 8/22/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 8/26/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 8/29/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 8/30/2019 | 0.5 | Bill and amendment tracking |
| **September 2019** | | | |
| Vanessa Sonnier | 9/3/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 9/5/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 9/9/2019 | 0.5 | Bill and amendment tracking |
| Vanessa Sonnier | 9/10/2019 | 0.5 | Bill and amendment tracking |
| | | 6.5 | |

**Notice Parties**

PG&E Corporation
c/o Pacific Gas & Electric Company
Attn:   Janet Loduca, Esq.
77 Beale Street
San Francisco, CA 94105

Weil, Gotshal & Manges LLP
Attn:   Stephen Karotkin, Esq.
        Jessica Liou, Esq.
        Matthew Goren, Esq.
767 Sixth Avenue
New York, NY 10153-0119

Keller & Benvenutti LLP
Attn:   Tobias S. Keller, Esq.
        Jane Kim, Esq
650 California Street, Suite 1900
San Francisco, CA 94108

The Office of the United States Trustee for Region 17
Attn:   James L. Snyder, Esq.
        Timothy Laffredi, Esq.
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

Baker & Hostetler LLP
Attn:   Eric Sagerman, Esq. and
        Cecily Dumas, Esq.
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509

4810-7687-3901, v. 1