# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 11/21/2019 | |
| Case: 19−30088 | Form ID: TRANSC | Total: 7 | |

**Recipients of Notice of Electronic Filing:**
aty     David B. Rivkin, Jr.     drivkin@bakerlaw.com
aty     Matthew A. Feldman     mfeldman@willkie.com
aty     Robert A. Julian     rjulian@bakerlaw.com

                                                                                                                 TOTAL: 3

**Recipients submitted to the Claims Agent (Prime Clerk):**
aty     Jessica Liou     Weil, Gotshal & Manges LLP     767 Fifth Avenue     New York, NY 10153
aty     Kevin J. Orsini     Cravath, Swaine & Moore LLP     825 Eighth Avenue     New York, NY 10019
           JAMES O. JOHNSTON, ESQ.     Jones Day     555 South Flower Street     Los Angeles, CA 90071
           STEVE SKIKOS, ESQ.     Skikos, Crawford, Skikos & Joseph, LLP     One Sansome Street Suite 2830     San Francisco, CA 94104

                                                                                                                 TOTAL: 4