UNITED STATES BANKRUPTCY COURT
Northern District of California

In re:  PG&E CORPORATION &
        PACIFIC GAS & ELECTRIC COMPANY,

        Debtor(s)

Bankruptcy No.: 19-30088
R.S. No.:
Hearing Date: 12/17/2019
Time:         10:00 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions.  Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property.  Utilize Section C as necessary.  If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)  Date Petition Filed:  01/29/2019          Chapter: 11
     Prior hearings on this obligation: _____   Last Day to File §523/§727 Complaints: _____

(B)  Description of personal property collateral (e.g. 1983 Ford Taurus):

     Secured Creditor  [   ] or lessor [   ]
     Fair market value:    $_____          Source of value:_____
     Contract Balance:     $_____          Pre-Petition Default:     $_____
     Monthly Payment:      $_____              No. of months: _____
     Insurance Advance:    $_____          Post-Petition Default:    $_____
                                                    No. of months: _____

(C)  Description of real property collateral (e.g. Single family residence, Oakland, CA):

     Fair market value: $_____      Source of value:_____       If appraisal, date:_____

     Moving Party's position (first trust deed, second, abstract, etc.):

     Approx. Bal.          $_____         Pre-Petition Default:      $_____
     As of (date): _____                     No. of months: _____
     Mo. payment:          $_____         Post-Petition Default:     $_____
     Notice of Default (date): _____          No. of months: _____
     Notice of Trustee's Sale: _____       Advances Senior Liens:    $_____

     Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed:_____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____: | | | |
| _____: | | | |
| _____: | | | |
| (Total) | $_____ | $_____ | $_____ |

(D)  Other pertinent information: To permit creditor and former PG&E employee Todd Hearn to pursue his California Labor Code whistle-blower employment litigaiton in the Napa County Superior Court.

Dated: 11/18/2019

_____
                Signature
Anne Costin (SBN 260126)
_____
           Print or Type Name

Attorney for Creditor/Moving Party Todd Hearn