Anne Costin (SBN 260126)
**COSTIN LAW INC.**
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
Tel: (415) 977-0400
Email: anne@costinlawfirm.com
Attorney for Creditor TODD HEARN

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>&<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors<br><br>TODD HEARN<br><br>Creditor and Moving Party<br><br>v.<br><br>PACIFIC GAS & ELECTRIC COMPANY<br><br>Debtor & Responding Party | Bankruptcy Case No. 19-30088<br><br>Chapter 11<br><br>**PROOF OF SERVICE**<br><br>Hearing Date/Time: December 17, 2019<br>10:00 a.m.<br>Objection Deadline: December 12, 2019<br>4:00 p.m.<br><br>Dept: Courtroom 17, 16th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

**PROOF OF SERVICE**

I, Anne Costin, declare that: I am employed in the County of San Francisco, State of California. I am over the age of 18, and am not a party to this action. My business address is 315 Montgomery Street, 10th Floor, San Francisco, California 94104.

On November 18, 2019, I served:

> **RELIEF FROM STAY COVER SHEET;**
>
> **NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY;**
>
> **MOTION FOR RELIEF FROM AUTOMATIC STAY;**
>
> **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY;**
>
> **DECLARATION OF ATTORNEY ANNE COSTIN IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY; and**
>
> **PROPOSED ORDER GRANTING RELIEF FROM AUTOMATIC STAY.**

I served the above listed documents on each of the 361 persons/entities listed on the "Master Service List as of 10/31/19" as required by and according to the procedures set forth in Paragraph 9 of the Second Amended Case Management Order in this matter, i.e. if a party/entity had an email address(es) listed on the Master Service List, I emailed PDF copies of the above documents to that email address(es). And for the 9 persons/entities that did not have an email address listed on the Master Service List, I mailed hard copies of the above documents to the physical address provided.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 18, 2019.

_/s/ Anne Costin_
Anne Costin