Anne Costin (SBN 260126)
**COSTIN LAW INC.**
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
Tel: (415) 977-0400
Email: anne@costinlawfirm.com
Attorney for Creditor TODD HEARN

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>&<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors | Bankruptcy Case No. 19-30088<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Hearing Date/Time: December 17, 2019<br>10:00 a.m.<br>Objection Deadline: December 12, 2019<br>4:00 p.m.<br><br>Dept: Courtroom 17, 16th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| TODD HEARN<br><br>Creditor and Moving Party<br><br>v.<br><br>PACIFIC GAS & ELECTRIC COMPANY<br><br>Debtor & Responding Party | |

| | |
|---|---|
| 1 | **NOTICE OF HEARING** |
| 2 | PLEASE TAKE NOTICE that at the Omnibus Hearing set for December 17, 2019 at 10:00 |
| 3 | a.m., moving party and creditor TODD HEARN's Motion for Relief from Automatic Stay will come |
| 4 | for hearing in Courtroom 17 (16th Floor) of the Northern District Bankruptcy Court, located at 450 |
| 5 | Golden Gate Avenue, San Francisco, CA 94102. |
| 6 | Pursuant to the Second Amended Case Management Order in this action, the objection |
| 7 | deadline with respect to this Motion shall be 4:00 p.m. on December 12, 2019 (i.e. 5 days prior to the |
| 8 | scheduled hearing). The relief requested herein may be granted without a hearing if no Opposition |
| 9 | is timely filed and served in accordance with the Court's Case Management Procedures. |
| 10 | Any Opposition to this Motion is required to be served via email on Hearn's counsel Anne |
| 11 | Costin of Costin Law Inc. at: anne@costinlawfirm.com |

DATED: November 18, 2019

COSTIN LAW, INC.

By: _____
ANNE COSTIN
Attorney for Creditor/Moving Party HEARN