B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **PACIFIC GAS AND ELECTRIC COMPANY**    Case No. 19-30088 (DM)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Banc of America Credit Products, Inc.** | **Mizuho Bank, Ltd.** |
|---|---|
| Name of Transferee | Transferor |

Name and Address where notices to transferee should be sent:

Banc of America Credit Products, Inc.
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, NY 10036
Attn: Bret Kossman/Michael Walsh
Telephone: (646) 855-6705/(646) 855-8154

E-mail: bret.kossman@bofa.com/ mwalsh2@bofa.com
Email: bas.infomanager@bankofamerica.com

Court Claim # (if known):  79720
Total Amount of Claim Transferred:
USD $ 218,109,973.35

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Seth Denson                    Date:    11/19/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement, Mizuho Bank, Ltd. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Banc of America Credit Products, Inc. ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of not less than $218,109,973.35 (the "Claim"), as set forth in proof of claim number 79720 filed against Pacific Gas and Electric Company ("Debtor"), the debtor-in-possession in Case No. 19-30088 (DM) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on November 15, 2019.

| | |
|---|---|
| **Mizuho Bank, Ltd.** | **Banc of America Credit Products, Inc.** |
| By: *[signature]* | By: _____ |
| Title: Erin Leixner, Managing Director | Title: _____ |

# EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement, Mizuho Bank, Ltd. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Banc of America Credit Products, Inc. ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of not less than $218,109,973.35 (the "Claim"), as set forth in proof of claim number 79720 filed against Pacific Gas and Electric Company ("Debtor"), the debtor-in-possession in Case No. 19-30088 (DM) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on November 15, 2019.

| **Mizuho Bank, Ltd.** | **Banc of America Credit Products, Inc.** |
|---|---|
| By: _____ | By: ____Seth Denson____ |
| Title: | Title: Director |