**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE**
**FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019**

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Interface with Professionals, Official Committees, and Other Parties-In-Interest | 380.5 | n/a |
| Business Operations Planning, Monitoring, Reporting and Analysis and Projections | 13.0 | n/a |
| Preparation and/or review of Court Filings | 26.0 | n/a |
| Court Testimony/Deposition and Preparation | 122.5 | n/a |
| Valuation Analysis | 154.0 | n/a |
| Capital Structure Review and Analysis | 136.5 | n/a |
| Merger & Acquisition Activity | 0.0 | n/a |
| Financing including DIP and Exit Financing | 171.0 | n/a |
| General Corporate Finance, Research and Analysis, and Other Due Diligence | 533.5 | n/a |
| Fee Application, Engagement | 25.0 | n/a |
| Employee Retention Program | 0.0 | n/a |
| **TOTAL** | **1,562.0** | **$300,000.00** |