## EXHIBIT D

### DETAIL OF HOURS EXPENDED
### FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**July 1, 2019 - July 31, 2019**

| Summary of Services Rendered by Project | | |
|---|---|---|
| **Code** | **Project Description** | **Jul-19** |
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 380.5 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 13.0 |
| 3 | Preparation and/or Review of Court Filings | 26.0 |
| 4 | Court Testimony/Deposition and Preparation | 122.5 |
| 5 | Valuation Analysis | 154.0 |
| 6 | Capital Structure Review and Analysis | 136.5 |
| 7 | Merger & Acquisition Activity | -- |
| 8 | Financing Including DIP and Exit Financing | 171.0 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 533.5 |
| 10 | Fee Application, Engagement | 25.0 |
| 11 | Employee Retention Program | -- |
| **Total** | | **1,562.0** |

| Summary of Services Rendered by Professional | | |
|---|---|---|
| **#** | **Name (Title)** | **Jul-19** |
| 4 | Tomer Perry (Managing Director) | 23.0 |
| 5 | Ken Ziman (Managing Director) | 198.3 |
| 7 | Greg Hort (Director) | 61.5 |
| 11 | Eli Silverman (Vice President) | 335.5 |
| 13 | Garrett Deutsch (Associate) | 37.0 |
| 14 | Dan Katz (Associate) | 96.0 |
| 16 | Nathan Mooney (Associate) | 272.0 |
| 17 | Matthew Strain (Associate) | 89.0 |
| 18 | Luke Cummings (Analyst) | 141.5 |
| 19 | Liam Fine (Financial Analyst) | 60.0 |
| 20 | Kevin Hatch (Financial Analyst) | 200.5 |
| 22 | Dan Liotta (Financial Analyst) | 7.8 |
| 25 | Katherine Tobeason (Analyst) | 40.0 |
| **Total** | | **1,562.0** |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**July 1, 2019 - July 31, 2019**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | Tomer Perry (Managing Director) | | |
| 7/22/19 | Court Hearing Travel | 7 | 4 |
| 7/23/19 | Prep Meeting | 1 | 3 |
| 7/23/19 | Deposition | 1 | 4 |
| 7/24/19 | Court Testimony/Deposition and Preparation | 7 | 4 |
| 7/25/19 | Court Hearing Travel | 7 | 4 |
| Jul-19 | **Monthly Subtotal** | 23.0 | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**July 1, 2019 - July 31, 2019**

| | Ken Ziman (Managing Director) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 7/1/19 | Discussion with equity holders advisors | 1 | 1 |
| 7/1/19 | Exit financing analysis | 0.5 | 8 |
| 7/1/19 | Board of Directors meeting | 2 | 9 |
| 7/1/19 | Restructuring subcommittee meeting | 1.5 | 1 |
| 7/2/19 | PG&E advisor recurring call | 1 | 1 |
| 7/2/19 | Discussion with equity holder advisors | 2 | 1 |
| 7/2/19 | Internal exit financing discussion | 2 | 8 |
| 7/2/19 | Exit financing analysis | 0.5 | 8 |
| 7/3/19 | Call with diligence team | 1 | 1 |
| 7/3/19 | Discussion with equity holders advisors | 1 | 1 |
| 7/3/19 | Restructuring subcommittee meeting | 1.5 | 1 |
| 7/4/19 | Advisor call | 1 | 1 |
| 7/4/19 | Discussion with equity holders advisors | 1 | 1 |
| 7/5/19 | Discussion with equity holders advisors | 4 | 1 |
| 7/5/19 | Exit financing analysis | 0.75 | 8 |
| 7/8/19 | Internal team catchup | 1 | 1 |
| 7/8/19 | Exit scenarios discussion with Company | 3 | 9 |
| 7/8/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/8/19 | Internal working session | 0.5 | 9 |
| 7/9/19 | PG&E advisor recurring call | 1 | 1 |
| 7/9/19 | Meeting with Subrogation advisors | 1 | 1 |
| 7/9/19 | Board meeting | 2.5 | 9 |
| 7/9/19 | Internal discussion | 1 | 1 |
| 7/9/19 | Discussion with equity holders advisors | 0.5 | 1 |
| 7/10/19 | Analysis of inbound exit financing proposals | 1 | 8 |
| 7/10/19 | Discussion with Company and advisors | 1 | 6 |
| 7/10/19 | Discussion with equity holders advisors | 0.5 | 1 |
| 7/10/19 | Restructuring subcommittee meeting | 1.5 | 1 |
| 7/11/19 | PG&E advisor recurring call | 1 | 1 |
| 7/11/19 | Advisor discussion for exclusivity motion | 2 | 3 |
| 7/11/19 | Call with PG&E advisors, UCC advisors, and PG&E management | 1 | 1 |
| 7/11/19 | Liquidation analysis discussion with Alix | 2 | 6 |
| 7/11/19 | Exit financing meeting with RBC | 2.5 | 8 |
| 7/11/19 | Discussion with equity holders advisors | 1 | 1 |
| 7/11/19 | Catch up with Alix | 1 | 1 |
| 7/11/19 | Analysis of key stakeholders and holdings | 1 | 6 |
| 7/11/19 | Internal discussion on capital structure issues | 0.5 | 6 |
| 7/11/19 | Materials for CPUC / Ducera discussion | 1 | 1 |
| 7/12/19 | Fresh start accounting discussion with Company advisors | 2 | 2 |
| 7/12/19 | Wildfire claims analysis | 1 | 5 |
| 7/12/19 | Capital structure analysis | 1 | 6 |
| 7/12/19 | Board meeting | 1.5 | 1 |
| 7/12/19 | Analysis of key stakeholders and holdings | 1 | 6 |
| 7/13/19 | Preparation of materials for Ducera meeting | 1 | 9 |
| 7/15/19 | Meeting with Rothschild | 2 | 1 |
| 7/15/19 | Case timeline analysis | 2 | 9 |
| 7/15/19 | Call with Centerview | 1 | 1 |
| 7/15/19 | Board subcommittee meeting | 1.5 | 1 |
| 7/15/19 | Discussion with equity holders advisors | 1 | 1 |
| 7/15/19 | Analysis of key stakeholders and holdings | 1 | 6 |
| 7/16/19 | Court hearing deosition preparation | 1.5 | 4 |
| 7/16/19 | Board call | 2 | 9 |
| 7/16/19 | Exit financing discussion with CS | 1 | 8 |
| 7/16/19 | PG&E advisor recurring call | 1 | 1 |
| 7/16/19 | Discussion with equity holder advisors | 2 | 1 |
| 7/16/19 | Accrued interest analysis | 2 | 6 |
| 7/16/19 | Board call | 1 | 2 |
| 7/16/19 | Call with Rothschild | 1 | 1 |
| 7/17/19 | Internal sources and uses discussion | 3 | 9 |
| 7/17/19 | Meeting with Ducera and Paul Weiss | 4 | 1 |
| 7/17/19 | Discussion with equity holder advisors | 1 | 1 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**July 1, 2019 - July 31, 2019**

| | Ken Ziman (Managing Director) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 7/17/19 | Internal modeling discussion | 1 | 9 |
| 7/17/19 | Hours collection and processing | 3 | 3 |
| 7/17/19 | Accrued interest analysis | 2 | 6 |
| 7/18/19 | Modeling session with PJT | 2.5 | 1 |
| 7/18/19 | Meeting with Ducera and Paul Weiss | 3 | 1 |
| 7/18/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/18/19 | Accrued interest analysis | 2 | 6 |
| 7/18/19 | Discussion of accrued interest analysis with AlixPartners | 2 | 1 |
| 7/18/19 | Internal meeting | 0.5 | 1 |
| 7/19/19 | DIP forecasting and analysis | 2 | 8 |
| 7/19/19 | Discussion of DIP and accrued interest with AlixPartners | 1 | 1 |
| 7/19/19 | PG&E Board call | 1 | 1 |
| 7/19/19 | Credit rating anlysis disucssion with PG&E | 1 | 9 |
| 7/19/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/19/19 | Restructuring subcommittee meeting | 1.5 | 1 |
| 7/20/19 | Internal game planning discussion | 1 | 1 |
| 7/20/19 | Sources and uses analysis | 0.5 | 9 |
| 7/21/19 | Dataroom diligence management | 2 | 1 |
| 7/21/19 | Emergence financing analysis | 4 | 8 |
| 7/22/19 | Restructuring subcommittee meeting | 3 | 9 |
| 7/22/19 | Sources and uses analysis | 2 | 9 |
| 7/22/19 | Analysis of key stakeholders and holdings | 1 | 6 |
| 7/22/19 | Cost of debt analysis | 3 | 6 |
| 7/22/19 | Exit financing analysis | 3 | 8 |
| 7/22/19 | Preparation for Ken Ziman declaration | 1 | 4 |
| 7/23/19 | Internal discussion | 1 | 6 |
| 7/23/19 | Cash discussion with AlixPartners | 1 | 1 |
| 7/23/19 | Modeling session with PJT | 1 | 9 |
| 7/23/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/23/19 | Analysis of Ad Hoc Noteholder Group term sheet | 1 | 3 |
| 7/23/19 | Meeting with CPUC | 2 | 1 |
| 7/23/19 | Meeting with the company | 1 | 9 |
| 7/23/19 | Travel to San Francisco for Company | 9 | 9 |
| 7/24/19 | Call with Rothschild | 1 | 1 |
| 7/24/19 | Restructuring subcommittee meeting | 2 | 9 |
| 7/24/19 | Discussion with Guggenheim | 1.5 | 1 |
| 7/24/19 | Court hearings | 4 | 4 |
| 7/24/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/24/19 | Strategy session with management | 2 | 9 |
| 7/25/19 | Call with Credit Suisse | 1 | 6 |
| 7/25/19 | CPUC protocol discussion with PG&E advisors | 1 | 1 |
| 7/25/19 | PG&E advisor recurring call | 1 | 1 |
| 7/25/19 | Call with PG&E advisors, UCC advisors, and PG&E management | 1 | 1 |
| 7/25/19 | Analysis of key stakeholders and holdings | 0.5 | 6 |
| 7/25/19 | DIP forecasting and analysis | 1.5 | 8 |
| 7/26/19 | Catch up with AlixPartners | 1 | 1 |
| 7/26/19 | Preparation of materials for Guggenheim | 1 | 9 |
| 7/26/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/26/19 | POR proposal comparison | 0.75 | 9 |
| 7/26/19 | Analysis of key stakeholders and holdings | 1 | 6 |
| 7/26/19 | DIP forecasting and analysis | 0.75 | 8 |
| 7/26/19 | Travel back from San Francisco | 9 | 9 |
| 7/27/19 | Call with Paul Weiss, Ducera and Weil | 1 | 1 |
| 7/28/19 | Compilation of materials sent to Board and Management | 0.5 | 9 |
| 7/28/19 | Sources and uses analysis | 1 | 6 |
| 7/29/19 | Meeting with equity holders, PJT, Weil & Cravath | 3 | 1 |
| 7/29/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/29/19 | Restructuring subcommittee meeting | 2 | 9 |
| 7/29/19 | Securitization analysis for Ducera | 0.5 | 8 |
| 7/29/19 | Compilation of materials sent to Board and Management | 1 | 9 |
| 7/29/19 | Financing call with management | 0.5 | 6 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**July 1, 2019 - July 31, 2019**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Ken Ziman (Managing Director)** | | |
| 7/29/19 | Strategy call with management | 0.5 | 9 |
| 7/30/19 | PG&E advisor recurring call | 1 | 1 |
| 7/30/19 | Internal strategy discussion | 2 | 1 |
| 7/30/19 | Restructuring subcommittee meeting | 2 | 1 |
| 7/30/19 | Liquidity forecast analysis | 0.5 | 9 |
| 7/31/19 | PG&E advisor recurring call | 1 | 1 |
| 7/31/19 | Sources and uses analysis | 1 | 6 |
| 7/31/19 | Exit financing analysis | 1 | 8 |
| **Jul-19** | **Monthly Subtotal** | **198.3** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**July 1, 2019 - July 31, 2019**

| | Greg Hort (Director) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 7/1/19 | Calls with Advisors/Management | 4.5 | 1 |
| 7/2/19 | Calls with Advisors/Management | 4 | 1 |
| 7/3/19 | Calls with Advisors/Management | 2 | 1 |
| 7/8/19 | Calls with Advisors/Management | 3.5 | 1 |
| 7/9/19 | Calls with Advisors/Management | 3.5 | 1 |
| 7/10/19 | Calls with Advisors/Management | 2 | 1 |
| 7/12/19 | Calls with Advisors/Management | 3 | 1 |
| 7/15/19 | Calls with Advisors/Management | 5.5 | 1 |
| 7/16/19 | Calls with Advisors/Management | 3.5 | 1 |
| 7/17/19 | Calls with Advisors/Management | 4 | 1 |
| 7/18/19 | Calls with Advisors/Management | 2 | 1 |
| 7/19/19 | Calls with Advisors/Management | 2.5 | 1 |
| 7/21/19 | Calls with Advisors/Management | 0.5 | 1 |
| 7/22/19 | Calls with Advisors/Management | 1.5 | 1 |
| 7/23/19 | Calls with Advisors/Management | 2 | 1 |
| 7/24/19 | Calls with Advisors/Management | 3.5 | 1 |
| 7/25/19 | Calls with Advisors/Management | 2 | 1 |
| 7/26/19 | Calls with Advisors/Management | 1 | 1 |
| 7/27/19 | Calls with Advisors/Management | 1 | 1 |
| 7/28/19 | Calls with Advisors/Management | 0.5 | 1 |
| 7/29/19 | Calls with Advisors/Management | 3 | 1 |
| 7/30/19 | Calls with Advisors/Management | 5.5 | 1 |
| 7/31/19 | Calls with Advisors/Management | 1 | 1 |
| **Jul-19** | **Monthly Subtotal** | **61.5** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**July 1, 2019 - July 31, 2019**

| | Eli Silverman (Vice President) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 7/1/19 | Discussion with equity holders advisors | 1 | 1 |
| 7/1/19 | Exit financing analysis | 6 | 8 |
| 7/1/19 | Board of Directors meeting | 4 | 9 |
| 7/1/19 | Restructuring subcommittee meeting | 1.5 | 1 |
| 7/2/19 | PG&E advisor recurring call | 1 | 1 |
| 7/2/19 | Discussion with equity holder advisors | 2 | 1 |
| 7/2/19 | Internal exit financing discussion | 4 | 8 |
| 7/2/19 | Exit financing analysis | 4 | 8 |
| 7/3/19 | Call with diligence team | 1 | 1 |
| 7/3/19 | Discussion with equity holders advisors | 1 | 1 |
| 7/3/19 | Restructuring subcommittee meeting | 1.5 | 1 |
| 7/3/19 | Exit financing analysis | 3 | 8 |
| 7/4/19 | Advisor call | 1 | 1 |
| 7/4/19 | Discussion with equity holders advisors | 1 | 1 |
| 7/5/19 | Discussion with equity holders advisors | 4 | 1 |
| 7/5/19 | Exit financing analysis | 4 | 8 |
| 7/6/19 | Exit financing analysis | 5 | 8 |
| 7/7/19 | Exit financing analysis | 4 | 8 |
| 7/8/19 | Internal team catchup | 1 | 1 |
| 7/8/19 | Exit scenarios discussion with Company | 3 | 9 |
| 7/8/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/8/19 | Internal working session | 4 | 9 |
| 7/9/19 | PG&E advisor recurring call | 1 | 1 |
| 7/9/19 | Meeting with Subrogation advisors | 1 | 1 |
| 7/9/19 | Board meeting | 2.5 | 9 |
| 7/9/19 | Internal discussion | 1 | 1 |
| 7/9/19 | Discussion with equity holders advisors | 0.5 | 1 |
| 7/10/19 | Analysis of inbound exit financing proposals | 4 | 8 |
| 7/10/19 | Modeling discussion with Company and advisors | 4 | 6 |
| 7/10/19 | Discussion with equity holders advisors | 0.5 | 1 |
| 7/10/19 | Restructuring subcommittee meeting | 1.5 | 1 |
| 7/10/19 | Travel to San Francisco | 9 | 9 |
| 7/11/19 | PG&E advisor recurring call | 1 | 1 |
| 7/11/19 | Advisor discussion for exclusivity motion | 2 | 3 |
| 7/11/19 | Call with PG&E advisors, UCC advisors, and PG&E management | 1 | 1 |
| 7/11/19 | Liquidiation analysis discussion with Alix | 2 | 6 |
| 7/11/19 | Exit financing meeting with RBC | 2.5 | 8 |
| 7/11/19 | Discussion with equity holders advisors | 1 | 1 |
| 7/11/19 | Catch up with Alix | 1 | 1 |
| 7/11/19 | Analysis of key stakeholders and holdings | 3.5 | 6 |
| 7/11/19 | Internal discussion on capital structure issues | 0.5 | 6 |
| 7/11/19 | Materials for CPUC / Ducera discussion | 3 | 1 |
| 7/12/19 | Fresh start accounting discussion with Company advisors | 2 | 2 |
| 7/12/19 | Wildfire claims analysis | 2 | 5 |
| 7/12/19 | Capital structure analysis | 3 | 6 |
| 7/12/19 | Board meeting | 1.5 | 1 |
| 7/12/19 | Analysis of key stakeholders and holdings | 1 | 6 |
| 7/12/19 | Travel to New York City | 9 | 9 |
| 7/13/19 | Preparation of materials for Ducera meeting | 6 | 9 |
| 7/13/19 | Case timeline analysis | 2 | 9 |
| 7/14/19 | Internal team gameplanning discussion | 1.5 | 1 |
| 7/14/19 | Preparation of Board materials | 5 | 9 |
| 7/14/19 | Preparation of materials for Ducera meeting | 3 | 9 |
| 7/15/19 | Meeting with Rothschild | 2 | 1 |
| 7/15/19 | Case timeline analysis | 2 | 9 |
| 7/15/19 | Call with Centerview | 1 | 1 |
| 7/15/19 | Board subcommittee meeting | 1.5 | 1 |
| 7/15/19 | Discussion with equity holders advisors | 1 | 1 |
| 7/15/19 | Analysis of key stakeholders and holdings | 3.5 | 6 |
| 7/16/19 | Court hearing deosition preparation | 3 | 4 |
| 7/16/19 | Board call | 2 | 9 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**July 1, 2019 - July 31, 2019**

| | Eli Silverman (Vice President) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 7/16/19 | Exit financing discussion with CS | 1 | 8 |
| 7/16/19 | PG&E advisor recurring call | 1 | 1 |
| 7/16/19 | Discussion with equity holder advisors | 2 | 1 |
| 7/16/19 | Accrued interest analysis | 6 | 6 |
| 7/16/19 | Board call | 1 | 2 |
| 7/16/19 | Call with Rothschild | 1 | 1 |
| 7/17/19 | Internal sources and uses discussion | 3 | 9 |
| 7/17/19 | Meeting with Ducera and Paul Weiss | 4 | 1 |
| 7/17/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/17/19 | Internal modeling discussion | 1 | 9 |
| 7/17/19 | Hours collection and processing | 3 | 3 |
| 7/17/19 | Accrued interest analysis | 2 | 6 |
| 7/18/19 | Modeling session with PJT | 2.5 | 1 |
| 7/18/19 | Meeting with Ducera and Paul Weiss | 3 | 1 |
| 7/18/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/18/19 | Accrued interest analysis | 2 | 6 |
| 7/18/19 | Discussion of accrued interest analysis with AlixPartners | 2 | 1 |
| 7/18/19 | Internal meeting | 0.5 | 1 |
| 7/19/19 | Rosenbaum Deposition | 8 | 4 |
| 7/19/19 | DIP forecasting and analysis | 2 | 8 |
| 7/19/19 | Discussion of DIP and accrued interest with AlixPartners | 1 | 1 |
| 7/19/19 | PG&E Board call | 1 | 1 |
| 7/19/19 | Credit rating anlysis disucssion with PG&E | 1 | 9 |
| 7/19/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/19/19 | Restructuring subcommittee meeting | 1.5 | 1 |
| 7/20/19 | Internal game planning discussion | 1 | 1 |
| 7/20/19 | Sources and uses analysis | 4 | 9 |
| 7/21/19 | Dataroom diligence management | 2 | 1 |
| 7/21/19 | Emergence financing analysis | 4 | 8 |
| 7/22/19 | Tracy Deposition | 5 | 4 |
| 7/22/19 | Restructuring subcommittee meeting | 3 | 9 |
| 7/22/19 | Sources and uses analysis | 2 | 9 |
| 7/22/19 | Analysis of key stakeholders and holdings | 1 | 6 |
| 7/22/19 | Cost of debt analysis | 3 | 6 |
| 7/22/19 | Exit financing analysis | 3 | 8 |
| 7/22/19 | Preparation for Tomer Perry declaration | 1 | 4 |
| 7/22/19 | Preparation for Ken Ziman declaration | 1 | 4 |
| 7/23/19 | Travel to San Francisco | 9 | 9 |
| 7/23/19 | Tomer Perry declaration preparation | 2 | 4 |
| 7/23/19 | Internal discussion | 1 | 6 |
| 7/23/19 | Cash discussion with AlixPartners | 1 | 1 |
| 7/23/19 | Modeling session with PJT | 1 | 9 |
| 7/23/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/23/19 | Preparation for Jim Mesterharm declaration | 3 | 4 |
| 7/23/19 | Analysis of Ad Hoc Noteholder Group term sheet | 1 | 3 |
| 7/23/19 | Tomer Perry deposition | 3 | 4 |
| 7/23/19 | Meeting with CPUC | 2 | 1 |
| 7/23/19 | Meeting with the company | 1 | 9 |
| 7/24/19 | Call with Rothschild | 1 | 1 |
| 7/24/19 | Restructuring subcommittee meeting | 2 | 9 |
| 7/24/19 | Discussion with Guggenheim | 1.5 | 1 |
| 7/24/19 | Court hearings | 4 | 4 |
| 7/24/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/24/19 | Strategy session with management | 2 | 9 |
| 7/25/19 | Call with Credit Suisse | 1 | 6 |
| 7/25/19 | CPUC protocol discussion with PG&E advisors | 1 | 1 |
| 7/25/19 | PG&E advisor recurring call | 1 | 1 |
| 7/25/19 | Call with PG&E advisors, UCC advisors, and PG&E management | 1 | 1 |
| 7/25/19 | Analysis of key stakeholders and holdings | 2 | 6 |
| 7/25/19 | DIP forecasting and analysis | 3 | 8 |
| 7/25/19 | Travel to New York City | 9 | 9 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**July 1, 2019 - July 31, 2019**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | **Eli Silverman (Vice President)** | | |
| 7/26/19 | Catch up with AlixPartners | 1 | 1 |
| 7/26/19 | Preparation of materials for Guggenheim | 1 | 9 |
| 7/26/19 | Discussion of corporate model with PG&E | 1 | 2 |
| 7/26/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/26/19 | POR proposal comparison | 3 | 9 |
| 7/26/19 | Analysis of key stakeholders and holdings | 2 | 6 |
| 7/26/19 | DIP forecasting and analysis | 2 | 8 |
| 7/27/19 | Call with Paul Weiss, Ducera and Weil | 1 | 1 |
| 7/27/19 | Compilation of materials sent to Board and Management | 2 | 9 |
| 7/28/19 | Compilation of materials sent to Board and Management | 3 | 9 |
| 7/28/19 | Sources and uses analysis | 2 | 6 |
| 7/29/19 | Meeting with equity holders, PJT, Weil & Cravath | 3 | 1 |
| 7/29/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/29/19 | Restructuring subcommittee meeting | 2 | 9 |
| 7/29/19 | Exit financing analysis | 4 | 8 |
| 7/29/19 | Securitization analysis for Ducera | 3 | 8 |
| 7/29/19 | Compilation of materials sent to Board and Management | 1 | 9 |
| 7/29/19 | Financing call with management | 0.5 | 6 |
| 7/29/19 | Strategy call with management | 0.5 | 9 |
| 7/30/19 | PG&E advisor recurring call | 1 | 1 |
| 7/30/19 | Internal strategy discussion | 2 | 1 |
| 7/30/19 | Restructuring subcommittee meeting | 2 | 1 |
| 7/30/19 | Liquidity forecast analysis | 3 | 9 |
| 7/31/19 | PG&E advisor recurring call | 1 | 1 |
| 7/31/19 | Sources and uses analysis | 2 | 6 |
| 7/31/19 | Exit financing analysis | 1 | 8 |
| **Jul-19** | **Monthly Subtotal** | **335.5** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**July 1, 2019 - July 31, 2019**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | Garrett Deutsch (Associate) | | |
| 7/1/19 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 3 | 9 |
| 7/11/19 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 4 | 9 |
| 7/12/19 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 4 | 9 |
| 7/15/19 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 2 | 9 |
| 7/16/19 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 2 | 9 |
| 7/17/19 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 2 | 9 |
| 7/18/19 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 5 | 9 |
| 7/20/19 | Court Testimony/Deposition and Preparation | 3 | 4 |
| 7/22/19 | Court Testimony/Deposition and Preparation | 6 | 4 |
| 7/23/19 | Court Testimony/Deposition and Preparation | 6 | 4 |
| **Jul-19** | **Monthly Subtotal** | **37.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**July 1, 2019 - July 31, 2019**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | **Dan Katz (Associate)** | | |
| 7/1/19 | Disclosure Statement Discussion | 1 | 1 |
| 7/1/19 | ECF Discussion | 1 | 1 |
| 7/2/19 | POR Scenario Analysis | 7 | 9 |
| 7/3/19 | Subcommitee Meeting | 1 | 1 |
| 7/5/19 | POR Scenario Analysis | 5 | 9 |
| 7/8/19 | POR Working Session | 5 | 1 |
| 7/9/19 | Claims Discussion | 1 | 1 |
| 7/10/19 | Modeling Discussion | 1 | 1 |
| 7/11/19 | POR Scenario Analysis | 4 | 9 |
| 7/12/19 | AB 1054 Modeling Discussion | 3 | 1 |
| 7/15/19 | RX call - Centerview, PJT, PG&E | 3 | 5 |
| 7/18/19 | PJT model review | 2 | 5 |
| 7/22/19 | Rx call | 3 | 9 |
| 7/22/19 | Modeling for Board Scenarios | 4 | 5 |
| 7/24/19 | Modeling for Board Scenarios | 3 | 5 |
| 7/25/19 | Modeling for Board Scenarios | 6 | 5 |
| 7/26/19 | Modeling for Board Scenarios | 5 | 5 |
| 7/27/19 | Modeling for Board Scenarios | 6 | 5 |
| 7/28/19 | Modeling for Board Scenarios | 9 | 5 |
| 7/29/19 | Modeling for Board Scenarios | 8 | 5 |
| 7/30/19 | Modeling for Board Scenarios | 6 | 5 |
| 7/31/19 | Modeling for Board Scenarios | 12 | 5 |
| **Jul-19** | **Monthly Subtotal** | **96.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**July 1, 2019 - July 31, 2019**

| | Nathan Mooney (Associate) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 7/1/19 | Discussion with equity holders advisors | 1 | 1 |
| 7/1/19 | Exit financing analysis | 6 | 8 |
| 7/1/19 | Board of Directors meeting | 2 | 9 |
| 7/2/19 | PG&E advisor recurring call | 1 | 1 |
| 7/2/19 | Discussion with equity holder advisors | 2 | 1 |
| 7/2/19 | Internal exit financing discussion | 2 | 8 |
| 7/2/19 | Exit financing analysis | 3 | 8 |
| 7/3/19 | Call with diligence team | 1 | 1 |
| 7/3/19 | Discussion with equity holders advisors | 1 | 1 |
| 7/3/19 | Restructuring subcommittee meeting | 1.5 | 1 |
| 7/3/19 | Exit financing analysis | 3 | 8 |
| 7/4/19 | Advisor call | 1 | 1 |
| 7/4/19 | Discussion with equity holders advisors | 1 | 1 |
| 7/5/19 | Discussion with equity holders advisors | 1 | 1 |
| 7/5/19 | Exit financing analysis | 3 | 8 |
| 7/6/19 | Exit financing analysis | 4 | 8 |
| 7/7/19 | Exit financing analysis | 4 | 8 |
| 7/8/19 | Internal team catchup | 1 | 1 |
| 7/8/19 | Exit scenarios discussion with Company | 1 | 9 |
| 7/8/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/8/19 | Internal working session | 2 | 9 |
| 7/9/19 | PG&E advisor recurring call | 1 | 1 |
| 7/9/19 | Meeting with Subrogation advisors | 1 | 1 |
| 7/9/19 | Board meeting | 2.5 | 9 |
| 7/9/19 | Internal discussion | 1 | 1 |
| 7/9/19 | Discussion with equity holders advisors | 0.5 | 1 |
| 7/10/19 | Analysis of inbound exit financing proposals | 3 | 8 |
| 7/10/19 | Modeling discussion with Company and advisors | 1.5 | 6 |
| 7/10/19 | Discussion with equity holders advisors | 0.5 | 1 |
| 7/11/19 | PG&E advisor recurring call | 1 | 1 |
| 7/11/19 | Advisor discussion for exclusivity motion | 1 | 3 |
| 7/11/19 | Call with PG&E advisors, UCC advisors, and PG&E management | 1 | 1 |
| 7/11/19 | Liquidation analysis discussion with Alix | 1 | 6 |
| 7/11/19 | Exit financing meeting with RBC | 2.5 | 8 |
| 7/11/19 | Discussion with equity holders advisors | 1 | 1 |
| 7/11/19 | Catch up with Alix | 1 | 1 |
| 7/11/19 | Analysis of key stakeholders and holdings | 3.5 | 6 |
| 7/11/19 | Internal discussion on capital structure issues | 0.5 | 6 |
| 7/11/19 | Materials for CPUC / Ducera discussion | 1 | 1 |
| 7/12/19 | Fresh start accounting discussion with Company advisors | 1 | 2 |
| 7/12/19 | Wildfire claims analysis | 1 | 5 |
| 7/12/19 | Capital structure analysis | 1 | 6 |
| 7/12/19 | Board meeting | 1.5 | 1 |
| 7/12/19 | Case timeline analysis | 2.5 | 9 |
| 7/12/19 | Analysis of key stakeholders and holdings | 1 | 6 |
| 7/13/19 | Preparation of materials for Ducera meeting | 6 | 9 |
| 7/13/19 | Case timeline analysis | 2 | 9 |
| 7/14/19 | Internal team gameplanning discussion | 1.5 | 1 |
| 7/14/19 | Preparation of Board materials | 4 | 9 |
| 7/14/19 | Preparation of materials for Ducera meeting | 3 | 9 |
| 7/15/19 | Meeting with Rothschild | 2 | 1 |
| 7/15/19 | Case timeline analysis | 2 | 9 |
| 7/15/19 | Call with Centerview | 1 | 1 |
| 7/15/19 | Board subcommittee meeting | 1.5 | 1 |
| 7/15/19 | Discussion with equity holders advisors | 1 | 1 |
| 7/15/19 | Analysis of key stakeholders and holdings | 3.5 | 6 |
| 7/16/19 | Court hearing deosition preparation | 1 | 4 |
| 7/16/19 | Board call | 2 | 9 |
| 7/16/19 | Exit financing discussion with CS | 1 | 8 |
| 7/16/19 | PG&E advisor recurring call | 1 | 1 |
| 7/16/19 | Discussion with equity holder advisors | 2 | 1 |

Case: 19-30088    Doc# 4834-4    Filed: 11/21/19    Entered: 11/21/19 11:44:30    Page 13 of 22

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**July 1, 2019 - July 31, 2019**

| | Nathan Mooney (Associate) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 7/16/19 | Accrued interest analysis | 7 | 6 |
| 7/16/19 | Board call | 1 | 2 |
| 7/16/19 | Call with Rothschild | 1 | 1 |
| 7/17/19 | Internal sources and uses discussion | 1 | 9 |
| 7/17/19 | Meeting with Ducera and Paul Weiss | 4 | 1 |
| 7/17/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/17/19 | Internal modeling discussion | 1 | 9 |
| 7/17/19 | Hours collection and processing | 3 | 3 |
| 7/17/19 | Accrued interest analysis | 2 | 6 |
| 7/18/19 | Modeling session with PJT | 2.5 | 1 |
| 7/18/19 | Meeting with Ducera and Paul Weiss | 3 | 1 |
| 7/18/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/18/19 | Accrued interest analysis | 2 | 6 |
| 7/18/19 | Discussion of accrued interest analysis with AlixPartners | 2 | 1 |
| 7/18/19 | Internal meeting | 0.5 | 1 |
| 7/19/19 | Rosenbaum Deposition | 6 | 4 |
| 7/19/19 | DIP forecasting and analysis | 1 | 8 |
| 7/19/19 | Discussion of DIP and accrued interest with AlixPartners | 1 | 1 |
| 7/19/19 | PG&E Board call | 1 | 1 |
| 7/19/19 | Credit rating anlysis disucssion with PG&E | 1 | 9 |
| 7/19/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/20/19 | Internal game planning discussion | 1 | 1 |
| 7/20/19 | Sources and uses analysis | 2 | 9 |
| 7/21/19 | Dataroom diligence management | 2 | 1 |
| 7/21/19 | Emergence financing analysis | 2 | 8 |
| 7/22/19 | Tracy Deposition | 5 | 4 |
| 7/22/19 | Restructuring subcommittee meeting | 3 | 9 |
| 7/22/19 | Sources and uses analysis | 2 | 9 |
| 7/22/19 | Analysis of key stakeholders and holdings | 1 | 6 |
| 7/22/19 | Cost of debt analysis | 1 | 6 |
| 7/22/19 | Exit financing analysis | 3 | 8 |
| 7/22/19 | Preparation for Tomer Perry declaration | 1 | 4 |
| 7/22/19 | Preparation for Ken Ziman declaration | 1 | 4 |
| 7/23/19 | Travel to San Francisco | 9 | 9 |
| 7/23/19 | Tomer Perry declaration preparation | 2 | 4 |
| 7/23/19 | Internal discussion | 1 | 6 |
| 7/23/19 | Cash discussion with AlixPartners | 1 | 1 |
| 7/23/19 | Modeling session with PJT | 1 | 9 |
| 7/23/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/23/19 | Preparation for Jim Mesterharm declaration | 1 | 4 |
| 7/23/19 | Analysis of Ad Hoc Noteholder Group term sheet | 1 | 3 |
| 7/23/19 | Tomer Perry deposition | 3 | 4 |
| 7/23/19 | Meeting with CPUC | 2 | 1 |
| 7/23/19 | Meeting with the company | 1 | 9 |
| 7/24/19 | Call with Rothschild | 1 | 1 |
| 7/24/19 | Restructuring subcommittee meeting | 2 | 9 |
| 7/24/19 | Discussion with Guggenheim | 1.5 | 1 |
| 7/24/19 | Court hearings | 4 | 4 |
| 7/24/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/24/19 | Strategy session with management | 2 | 9 |
| 7/25/19 | Call with Credit Suisse | 1 | 6 |
| 7/25/19 | CPUC protocol discussion with PG&E advisors | 1 | 1 |
| 7/25/19 | PG&E advisor recurring call | 1 | 1 |
| 7/25/19 | Call with PG&E advisors, UCC advisors, and PG&E management | 1 | 1 |
| 7/25/19 | Analysis of key stakeholders and holdings | 2 | 6 |
| 7/25/19 | DIP forecasting and analysis | 2 | 8 |
| 7/25/19 | Travel to New York City | 9 | 9 |
| 7/26/19 | Catch up with AlixPartners | 1 | 1 |
| 7/26/19 | Preparation of materials for Guggenheim | 1 | 9 |
| 7/26/19 | Discussion of corporate model with PG&E | 1 | 2 |
| 7/26/19 | Discussion with equity holder advisors | 1 | 1 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**July 1, 2019 - July 31, 2019**

| Date | Nathan Mooney (Associate) Description of Work | Hours | Code |
|---|---|---|---|
| 7/26/19 | POR proposal comparison | 3 | 9 |
| 7/26/19 | Analysis of key stakeholders and holdings | 2 | 6 |
| 7/26/19 | DIP forecasting and analysis | 2 | 8 |
| 7/27/19 | Call with Paul Weiss, Ducera and Weil | 1 | 1 |
| 7/27/19 | Compilation of materials sent to Board and Management | 2 | 9 |
| 7/28/19 | Compilation of materials sent to Board and Management | 3 | 9 |
| 7/28/19 | Sources and uses analysis | 2 | 6 |
| 7/29/19 | Meeting with equity holders, PJT, Weil & Cravath | 3 | 1 |
| 7/29/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/29/19 | Restructuring subcommittee meeting | 2 | 9 |
| 7/29/19 | Exit financing analysis | 2 | 8 |
| 7/29/19 | Securitization analysis for Ducera | 3 | 8 |
| 7/29/19 | Compilation of materials sent to Board and Management | 1 | 9 |
| 7/29/19 | Financing call with management | 0.5 | 6 |
| 7/29/19 | Strategy call with management | 0.5 | 9 |
| 7/30/19 | PG&E advisor recurring call | 1 | 1 |
| 7/30/19 | Internal strategy discussion | 2 | 1 |
| 7/30/19 | Restructuring subcommittee meeting | 2 | 1 |
| 7/30/19 | Liquidity forecast analysis | 3 | 9 |
| 7/31/19 | PG&E advisor recurring call | 1 | 1 |
| 7/31/19 | Sources and uses analysis | 2 | 6 |
| 7/31/19 | Exit financing analysis | 1 | 8 |
| **Jul-19** | **Monthly Subtotal** | **272.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**July 1, 2019 - July 31, 2019**

| Matthew Strain (Associate) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 7/1/19 | Modeling for Board Scenarios | 3 | 5 |
| 7/2/19 | Modeling for Board Scenarios | 4 | 5 |
| 7/3/19 | Working team meeting on business plan | 3 | 5 |
| 7/12/19 | Accounting discussion with client | 2 | 5 |
| 7/12/19 | Modeling for Board Scenarios | 4 | 5 |
| 7/15/19 | RX call - Centerview, PJT, PG&E | 3 | 5 |
| 7/18/19 | PJT model review | 2 | 5 |
| 7/22/19 | Rx call | 3 | 9 |
| 7/22/19 | Modeling for Board Scenarios | 6 | 5 |
| 7/24/19 | Modeling for Board Scenarios | 5 | 5 |
| 7/25/19 | Modeling for Board Scenarios | 4 | 5 |
| 7/26/19 | Modeling for Board Scenarios | 6 | 5 |
| 7/27/19 | Modeling for Board Scenarios | 8 | 5 |
| 7/28/19 | Modeling for Board Scenarios | 8 | 5 |
| 7/29/19 | Modeling for Board Scenarios | 8 | 5 |
| 7/30/19 | Modeling for Board Scenarios | 8 | 5 |
| 7/31/19 | Modeling for Board Scenarios | 12 | 5 |
| **Jul-19** | **Monthly Subtotal** | **89.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**July 1, 2019 - July 31, 2019**

| | Luke Cummings (Analyst) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 7/1/19 | Update ability to finance liabilities analysis | 8 | 9 |
| 7/2/19 | Update ability to finance liabilities analysis | 6 | 9 |
| 7/3/19 | Update ability to finance liabilities analysis | 6 | 9 |
| 7/4/19 | Update ability to finance liabilities analysis | 4 | 9 |
| 7/8/19 | Update ability to finance liabilities analysis | 8 | 9 |
| 7/9/19 | Update ability to finance liabilities analysis | 10 | 9 |
| 7/10/19 | Update ability to finance liabilities analysis | 9 | 9 |
| 7/11/19 | Update ability to finance liabilities analysis | 8 | 9 |
| 7/12/19 | Update ability to finance liabilities analysis | 8.5 | 9 |
| 7/15/19 | Update ability to finance liabilities analysis | 3 | 9 |
| 7/16/19 | Update ability to finance liabilities analysis | 9 | 9 |
| 7/17/19 | Update ability to finance liabilities analysis | 8 | 9 |
| 7/18/19 | Update ability to finance liabilities analysis | 5 | 9 |
| 7/19/19 | Update ability to finance liabilities analysis | 8.5 | 9 |
| 7/20/19 | Update ability to finance liabilities analysis | 4 | 9 |
| 7/21/19 | Update ability to finance liabilities analysis | 1 | 9 |
| 7/22/19 | Update ability to finance liabilities analysis | 7 | 9 |
| 7/23/19 | Update ability to finance liabilities analysis | 6 | 9 |
| 7/24/19 | Update ability to finance liabilities analysis | 7 | 9 |
| 7/25/19 | Incorporation of updated business plan | 8 | 9 |
| 7/26/19 | Incorporation of updated business plan | 5.5 | 9 |
| 7/27/19 | Incorporation of updated business plan | 4 | 9 |
| **Jul-19** | **Monthly Subtotal** | **141.5** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**July 1, 2019 - July 31, 2019**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Liam Fine (Financial Analyst)** | | |
| 7/22/19 | Update ability to finance liabilities analysis | 4 | 9 |
| 7/23/19 | Update ability to finance liabilities analysis | 6 | 9 |
| 7/24/19 | Update ability to finance liabilities analysis | 6 | 9 |
| 7/25/19 | Update ability to finance liabilities analysis | 6 | 9 |
| 7/26/19 | Update ability to finance liabilities analysis | 8 | 9 |
| 7/29/19 | Update ability to finance liabilities analysis | 10 | 9 |
| 7/30/19 | Update ability to finance liabilities analysis | 10 | 9 |
| 7/31/19 | Update ability to finance liabilities analysis | 10 | 9 |
| **Jul-19** | **Monthly Subtotal** | **60.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**July 1, 2019 - July 31, 2019**

| | Kevin Hatch (Financial Analyst) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 7/1/19 | Discussion with equity holders advisors | 1 | 1 |
| 7/1/19 | Exit financing analysis | 7 | 8 |
| 7/2/19 | PG&E advisor recurring call | 1 | 1 |
| 7/2/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/2/19 | Internal exit financing discussion | 2 | 8 |
| 7/3/19 | Call with diligence team | 1 | 1 |
| 7/3/19 | Discussion with equity holders advisors | 1 | 1 |
| 7/3/19 | Restructuring subcommittee meeting | 1.5 | 1 |
| 7/5/19 | Discussion with equity holders advisors | 1 | 1 |
| 7/8/19 | Exit financing analysis | 1 | 8 |
| 7/7/19 | Exit financing analysis | 1 | 8 |
| 7/8/19 | Internal team catchup | 1 | 1 |
| 7/8/19 | Exit scenarios discussion with Company | 1 | 1 |
| 7/9/19 | PG&E advisor recurring call | 1 | 1 |
| 7/9/19 | Meeting with Subrogation advisors | 1 | 1 |
| 7/10/19 | Analysis of inbound exit financing proposals | 3 | 8 |
| 7/10/19 | Modeling discussion with Company and advisors | 1.5 | 6 |
| 7/11/19 | PG&E advisor recurring call | 1 | 1 |
| 7/11/19 | Advisor discussion for exclusivity motion | 1 | 3 |
| 7/11/19 | Call with PG&E advisors, UCC advisors, and PG&E management | 1 | 1 |
| 7/11/19 | Liquidation analysis discussion with Alix | 1 | 6 |
| 7/11/19 | Exit financing meeting with RBC | 2.5 | 8 |
| 7/11/19 | Discussion with equity holders advisors | 1 | 1 |
| 7/11/19 | Catch up with Alix | 1 | 1 |
| 7/11/19 | Analysis of key stakeholders and holdings | 3.5 | 6 |
| 7/12/19 | Fresh start accounting discussion with Company advisors | 1 | 2 |
| 7/12/19 | Board meeting | 1.5 | 1 |
| 7/12/19 | Case timeline analysis | 2.5 | 9 |
| 7/12/19 | Analysis of key stakeholders and holdings | 1 | 6 |
| 7/13/19 | Preparation of materials for Ducera meeting | 6 | 9 |
| 7/13/19 | Case timeline analysis | 2 | 9 |
| 7/14/19 | Internal team gameplanning discussion | 1.5 | 1 |
| 7/14/19 | Preparation of Board materials | 4 | 9 |
| 7/14/19 | Preparation of materials for Ducera meeting | 3 | 9 |
| 7/15/19 | Meeting with Rothschild | 2 | 1 |
| 7/15/19 | Case timeline analysis | 2 | 9 |
| 7/15/19 | Call with Centerview | 1 | 1 |
| 7/15/19 | Board subcommittee meeting | 1.5 | 1 |
| 7/15/19 | Discussion with equity holders advisors | 1 | 1 |
| 7/15/19 | Analysis of key stakeholders and holdings | 3.5 | 6 |
| 7/16/19 | Exit financing discussion with CS | 1 | 8 |
| 7/16/19 | PG&E advisor recurring call | 1 | 1 |
| 7/16/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/16/19 | Accrued interest analysis | 7 | 6 |
| 7/16/19 | Board call | 1 | 2 |
| 7/17/19 | Internal sources and uses discussion | 1 | 9 |
| 7/17/19 | Meeting with Ducera and Paul Weiss | 4 | 1 |
| 7/17/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/17/19 | Internal modeling discussion | 1 | 9 |
| 7/17/19 | Hours collection and processing | 3 | 3 |
| 7/17/19 | Accrued interest analysis | 2 | 6 |
| 7/18/19 | Modeling session with PJT | 1 | 9 |
| 7/18/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/18/19 | Accrued interest analysis | 2 | 6 |
| 7/18/19 | Discussion of accrued interest analysis with AlixPartners | 2 | 1 |
| 7/19/19 | DIP forecasting and analysis | 2 | 8 |
| 7/19/19 | Discussion of DIP and accrued interest with AlixPartners | 2 | 1 |
| 7/19/19 | PG&E Board call | 1 | 1 |
| 7/19/19 | Credit rating anlysis disucssion with PG&E | 1 | 9 |
| 7/20/19 | Internal game planning discussion | 1 | 1 |
| 7/20/19 | Sources and uses analysis | 2 | 9 |

| | Kevin Hatch (Financial Analyst) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 7/21/19 | Dataroom diligence management | 2 | 1 |
| 7/21/19 | Emergence financing analysis | 6 | 8 |
| 7/22/19 | Sources and uses analysis | 2 | 9 |
| 7/22/19 | Analysis of key stakeholders and holdings | 2 | 6 |
| 7/22/19 | Cost of debt analysis | 2 | 6 |
| 7/22/19 | Exit financing analysis | 3 | 8 |
| 7/22/19 | Preparation for Tomer Perry declaration | 2 | 4 |
| 7/22/19 | Preparation for Ken Ziman declaration | 2 | 4 |
| 7/23/19 | Modeling session with PJT | 1 | 9 |
| 7/23/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/23/19 | Preparation for Jim Mesterharm declaration | 2 | 4 |
| 7/23/19 | Analysis of Ad Hoc Noteholder Group term sheet | 1 | 3 |
| 7/23/19 | Court hearings | 2 | 4 |
| 7/24/19 | Discussion with Guggenheim | 1 | 1 |
| 7/24/19 | Court hearings | 2 | 4 |
| 7/24/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/24/19 | Hours collection and processing | 3 | 3 |
| 7/25/19 | CPUC protocol discussion with PG&E advisors | 1 | 1 |
| 7/25/19 | PG&E advisor recurring call | 1 | 1 |
| 7/25/19 | Call with PG&E advisors, UCC advisors, and PG&E management | 1 | 1 |
| 7/25/19 | Analysis of key stakeholders and holdings | 2 | 6 |
| 7/25/19 | Sources and uses analysis | 4 | 9 |
| 7/25/19 | DIP forecasting and analysis | 2 | 8 |
| 7/26/19 | Catch up with AlixPartners | 1 | 1 |
| 7/26/19 | Preparation of materials for Guggenheim | 1 | 9 |
| 7/26/19 | Discussion of corporate model with PG&E | 1 | 2 |
| 7/26/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/26/19 | POR proposal comparison | 3 | 9 |
| 7/26/19 | Analysis of key stakeholders and holdings | 2 | 6 |
| 7/26/19 | DIP forecasting and analysis | 2 | 8 |
| 7/27/19 | Compilation of materials sent to Board and Management | 6 | 9 |
| 7/28/19 | Compilation of materials sent to Board and Management | 3 | 9 |
| 7/28/19 | Sources and uses analysis | 2 | 6 |
| 7/29/19 | Discussion with equity holder advisors | 1 | 1 |
| 7/29/19 | Exit financing analysis | 2 | 8 |
| 7/29/19 | Securitization analysis for Ducera | 3 | 8 |
| 7/29/19 | Compilation of materials sent to Board and Management | 1 | 9 |
| 7/30/19 | PG&E advisor recurring call | 1 | 1 |
| 7/30/19 | Internal strategy discussion | 2 | 1 |
| 7/30/19 | Restructuring subcommittee meeting | 2 | 1 |
| 7/30/19 | Liquidity forecast analysis | 3 | 9 |
| 7/31/19 | PG&E advisor recurring call | 1 | 1 |
| 7/31/19 | Sources and uses analysis | 3 | 6 |
| 7/31/19 | Exit financing analysis | 3 | 8 |
| **Jul-19** | **Monthly Subtotal** | **200.5** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**July 1, 2019 - July 31, 2019**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Dan Liotta (Financial Analyst)** | | |
| 7/29/19 | Exit financing analysis | 1 | 8 |
| 7/29/19 | Securitization analysis for Ducera | 0.75 | 8 |
| 7/29/19 | Compilation of materials sent to Board and Management | 0.5 | 9 |
| 7/30/19 | PG&E advisor recurring call | 0.5 | 1 |
| 7/30/19 | Internal strategy discussion | 0.5 | 1 |
| 7/30/19 | Restructuring subcommittee meeting | 1 | 1 |
| 7/30/19 | Liquidity forecast analysis | 0.75 | 9 |
| 7/31/19 | PG&E advisor recurring call | 1 | 1 |
| 7/31/19 | Sources and uses analysis | 1 | 6 |
| 7/31/19 | Exit financing analysis | 0.75 | 8 |
| **Jul-19** | **Monthly Subtotal** | **7.8** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**July 1, 2019 - July 31, 2019**

| Katherine Tobeason (Analyst) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 7/1/19 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 4 | 9 |
| 7/11/19 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 4 | 9 |
| 7/12/19 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 4 | 9 |
| 7/15/19 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 3 | 9 |
| 7/16/19 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 3 | 9 |
| 7/17/19 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 2 | 9 |
| 7/18/19 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 5 | 9 |
| 7/20/19 | Court Testimony/Deposition and Preparation | 3 | 4 |
| 7/22/19 | Court Testimony/Deposition and Preparation | 6 | 4 |
| 7/23/19 | Court Testimony/Deposition and Preparation | 6 | 4 |
| **Jul-19** | **Monthly Subtotal** | **40.0** | |