# EXHIBIT E

## DETAIL OF EXPENSES
## FOR THE PERIOD JULY 1, 2019 THROUGH JULY 31, 2019

# PG&E Corporation
# Monthly Fee Statement
# Lazard Frères & Co. LLC

## July 1, 2019 - July 31, 2019

### Fee Calculation

| Item | Amount Incurred |
|---|---:|
| Monthly Fee: July 1, 2019 - July 31, 2019 | $300,000.00 [1] |
| **TOTAL** | **$300,000.00** |

### Summary of Out-of-Pocket Expenses [2]

| Item | Amount Incurred |
|---|---:|
| Car Services and Taxis | $6,418.89 |
| Employee Meals | 662.24 |
| Legal Expenses [3] | 3,531.91 |
| Legal Fees [3] | 52,014.50 |
| Meals-Meetings/Travel | 2,383.23 |
| Travel | 47,797.87 |
| **TOTAL** | **$112,808.64** |

---

[1] *Lazard's retention was approved pursuant to the terms and conditions set forth in the engagement letter dated January 4, 2019 (the "Engagement Letter"), as limited or modfied by the Retention Order [Dkt. No. 2229].*

[2] *Additional expense detail will be furnished upon request.*

[3] *For legal representation of Lazard. See attached invoices.*

**DEAL ACTIVITY - Open item balance**
**ALL EXPENSES**
**NYC06350-PG&E**
Currency: USD - US Dollar
Execution Date: 09/23/2019

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| OPENING BALANCE | 12/31/1899 | | | - |
| Travel - Air | 7/1/2019 | Nathan Mooney | Flt EWR/SFO RT U coach* 06/10/2019 / AMEX | 1,800.00 |
| Travel - Air | 7/1/2019 | Nathan Mooney | Flt SFO/EWR RT-U 06/17/2019 / AMEX | 1,800.00 |
| Travel - Air | 7/1/2019 | Nathan Mooney | Flt EWR/SFO OW-U* coach 05/21/2019 / AMEX | 1,000.00 |
| Travel - Air | 7/1/2019 | Nathan Mooney | EWR/SFO OW U coach 06/18/2019 / AMEX | 1,603.55 |
| Travel - Air | 7/1/2019 | Nathan Mooney | Flt EWR/SFO RT U coach* 06/11/2019 / AMEX | 1,800.00 |
| Travel - Air | 7/2/2019 | Daniel Katz | Coach Class JFK/SFO/JFK - RT 04/23/2019 / AMEX | 692.60 |
| Travel - Air | 7/8/2019 | Eli Silverman | AA/JFK/SFO - coach 06/02/2019 / AMEX | 1,127.30 |
| Travel - Air | 7/8/2019 | Eli Silverman | United/EWR/SFO - coach 05/20/2019 / AMEX | 1,662.08 |
| Travel - Air | 7/8/2019 | Eli Silverman | AA/SFO/JFK - coach 06/06/2019 / AMEX | 1,127.30 |
| Travel - Air | 7/8/2019 | Eli Silverman | United/LAX/EWR - coach 05/24/2019 / AMEX | 1,775.10 |
| Travel - Air | 7/8/2019 | Eli Silverman | AA/JFK/SFO - coach 06/02/2019 / AMEX | 1,127.30 |
| Travel - Air | 7/8/2019 | Eli Silverman | AA/JFK/SFO - coach 05/21/2019 / AMEX | 1,127.30 |
| Travel - Air | 7/9/2019 | Ken Ziman | SFO/EWR OW U coach* 05/29/2019 / AMEX | 1,662.08 |
| Travel - Air | 7/9/2019 | Ken Ziman | SFO/EWR OW U coach splt$ 06/14/2019 / AMEX | 1,000.00 |
| Travel - Air | 7/9/2019 | Ken Ziman | SFO/JFK OW D coach* splt $ 06/14/2019 / AMEX | 1,000.00 |
| Travel - Air | 7/9/2019 | Ken Ziman | EWR/SFO OW U coach splt $* 06/03/2019 / AMEX | 900.00 |
| Travel - Air | 7/9/2019 | Ken Ziman | SFO/EWR OW Un-coach* 05/23/2019 / AMEX | 903.55 |
| Travel - Air | 7/9/2019 | Ken Ziman | Refund EWR/SFO RTU 05/23/2019 / AMEX | (1,603.55) |
| Travel - Air | 7/9/2019 | Ken Ziman | UNITED AIRLINES  HOUSTON 06/13/2019 / AMEX | 1,948.30 |
| Travel - Air | 7/9/2019 | Ken Ziman | Refund flt JFK/SFO RT 05/28/2019 / AMEX | (1,799.90) |
| Travel - Air | 7/9/2019 | Ken Ziman | Refund SFO/JFK OWJB-coach 05/09/2019 / AMEX | (1,799.90) |
| Travel - Air | 7/9/2019 | Ken Ziman | JFK/SFO RT-JB coach 05/28/2019 / AMEX | 3,599.79 |
| Travel - Air | 7/9/2019 | Ken Ziman | Refund SFO/JFK OW JB coach 05/15/2019 / AMEX | (1,799.90) |
| Travel - Air | 7/9/2019 | Ken Ziman | SFO/EWR OW U coach splt $* 06/05/2019 / AMEX | 1,000.00 |
| Travel - Air | 7/9/2019 | Ken Ziman | Refund SFO/JFK OW-D coach 05/23/2019 / AMEX | (2,175.60) |
| Travel - Air | 7/22/2019 | Daniel Katz | UNITED SFO/EWR 05/22/2019 / AMEX | 1,001.33 |
| Travel - Air | 7/22/2019 | Daniel Katz | DELTA AIR JFK/SFO 05/21/2019 / AMEX | 829.30 |
| Travel - Air | 7/25/2019 | Nathan Mooney | Refund IAH/EWR OW 06/30/2019 / AMEX | (595.75) |
| Travel - Air | 7/25/2019 | Nathan Mooney | Flt LGA/IAH OW 06/30/2019 / AMEX | 577.78 |
| Travel - Air | 7/25/2019 | Nathan Mooney | Refund Flt EWR/SFO OW 06/18/2019 / AMEX | (1,603.55) |
| Travel - Air | 7/25/2019 | Nathan Mooney | Flt SFO/EWR OW coach 06/21/2019 / AMEX | 1,000.00 |
| Travel - Air | 7/25/2019 | Nathan Mooney | Refund Flt EWR/SFO RT 05/20/2019 / AMEX | (3,305.63) |
| Travel - Air | 7/25/2019 | Nathan Mooney | Flt IAH/EWR RT 06/30/2019 / AMEX | 1,173.53 |
| Travel - Air | 8/1/2019 | Christian Tempke | UNITED 7/9EWR-SFO-EWR coach 07/09/2019 / AMEX | 1,414.75 |

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 09/23/2019

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Travel - Air | 8/1/2019 | Ken Ziman | Flt refund SFO/JFK OW 07/25/2019 / AMEX | (89.00) |
| Travel - Air | 8/1/2019 | Ken Ziman | Flt EWR/SFO OW coach 06/17/2019 / AMEX | 1,000.00 |
| Travel - Air | 8/1/2019 | Ken Ziman | Flt SFO/JFK OW coach 07/25/2019 / AMEX | 2,258.50 |
| Travel - Air | 8/1/2019 | Ken Ziman | Flt EWR/SFO OW coach 06/25/2019 / AMEX | 1,000.00 |
| Travel - Air | 8/1/2019 | Ken Ziman | Flt SFO/EWR OW coach 06/20/2019 / AMEX | 1,000.00 |
| Travel - Air | 8/1/2019 | Ken Ziman | Flt SFO/EWR OW coach 07/25/2019 / AMEX | 1,000.00 |
| Travel - Air | 8/1/2019 | Ken Ziman | Flt SFO/EWR OW coach 07/22/2019 / AMEX | 1,000.00 |
| Travel - Air | 8/1/2019 | Ken Ziman | Flt EWR/SFO OW coach 07/26/2019 / AMEX | 1,000.00 |
| Travel - Air | 8/15/2019 | Eli Silverman | AA/JFK/SFO - credit refund 06/02/2019 / AMEX | (1,127.30) |
| Travel - Air | 8/15/2019 | Eli Silverman | United/EWR/SFO - credit refund 05/20/2019 / AMEX | (1,607.30) |
| Travel - Air | 8/15/2019 | Eli Silverman | AA/JFK/SFO - coach 07/10/2019 / AMEX | 1,997.30 |
| Travel - Air | 8/15/2019 | Eli Silverman | AA/JFK/SFO - credit refund 05/21/2019 / AMEX | (1,127.30) |
| Travel - Air | 8/15/2019 | Eli Silverman | AMERICAN AIRLINES TAMPA 05/22/2019 / AMEX | (1,731.02) |
| Travel - Air | 8/15/2019 | Eli Silverman | United/SFO/EWR - coach 06/21/2019 / AMEX | 1,474.80 |
| Travel - Air | 8/15/2019 | Eli Silverman | AA/SFO/JFK - coach 07/12/2019 / AMEX | 1,127.30 |
| Travel - Air | 8/21/2019 | Daniel Katz | United EWR/SFO/EWR Coach 06/18/2019 / AMEX | 1,392.00 |
| Travel - Air | 8/22/2019 | Tomer Perry | UNITED EWR / SFO / Houston / NY 07/22/2019 / AMEX | 1,833.75 |
| Travel - Air | 8/22/2019 | Tomer Perry | UNITED EWR / SFO / NY 08/12/2019 / AMEX | 1,719.07 |
| **Travel - Air Total** | | | | **32,089.95** |
| Car Services - After Hours | 7/8/2019 | Eli Silverman | Lazard/home-NYC 06/02/2019 Time: 11:23 / AMEX | 16.28 |
| Car Services - After Hours | 7/8/2019 | Eli Silverman | Lazard/home-NYC 06/12/2019 Time: 18:34 / AMEX | 28.90 |
| Car Services - After Hours | 7/8/2019 | Eli Silverman | Late 5/19 - Lazard/home-NYC 05/20/2019 Time: 01:00 / AMEX | 11.33 |
| Car Services - After Hours | 7/8/2019 | Eli Silverman | Late 6/11 - Lazard/home-NYC 06/12/2019 Time: 00:30 / AMEX | 19.58 |
| Car Services - After Hours | 7/9/2019 | Christian Tempke | Uber Thurs 4/25 Late O-H10:39p 04/25/2019 Time: 22:39 / Cash | 87.76 |
| Car Services - After Hours | 7/9/2019 | Kevin Hatch | Lazard/home-NYC 05/23/2019 Time: 21:17 / AMEX | 15.45 |
| Car Services - After Hours | 7/9/2019 | Kevin Hatch | Lazard/home-NYC 06/06/2019 Time: 22:03 / AMEX | 28.78 |
| Car Services - After Hours | 7/9/2019 | Kevin Hatch | Lazard/home-NYC 05/20/2019 Time: 23:36 / AMEX | 28.17 |
| Car Services - After Hours | 7/9/2019 | Kevin Hatch | Lazard/home-NYC - tip #20 06/06/2019 Time: 22:03 / AMEX | 2.56 |
| Car Services - After Hours | 7/9/2019 | Liam Fine | UBER Lazard/home 05/16/2019 Time: 01:07 / AMEX | 24.71 |
| Car Services - After Hours | 7/9/2019 | Liam Fine | UBER Lazard/home 05/28/2019 Time: 22:53 / AMEX | 27.12 |
| Car Services - After Hours | 7/9/2019 | Liam Fine | UBER Lazard/home 05/14/2019 Time: 00:58 / AMEX | 24.03 |
| Car Services - After Hours | 7/9/2019 | Liam Fine | NYC TAXI Lazard/home 05/17/2019 Time: 22:30 / AMEX | 17.80 |
| Car Services - After Hours | 7/9/2019 | Liam Fine | UBER Lazard/home 05/30/2019 Time: 00:11 / AMEX | 25.23 |
| Car Services - After Hours | 7/9/2019 | Liam Fine | UBER Lazard/home 05/23/2019 Time: 23:00 / AMEX | 28.83 |
| Car Services - After Hours | 7/12/2019 | Matthew Strain | Uber Lazard Office to Home 05/30/2019 Time: 22:34 / AMEX | 18.82 |

**DEAL ACTIVITY - Open item balance**
**ALL EXPENSES**
**NYC06350-PG&E**
**Currency: USD - US Dollar**
**Execution Date: 09/23/2019**

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Car Services - After Hours | 7/12/2019 | Matthew Strain | Uber Lazard Office to Home 05/29/2019 Time: 22:14 / AMEX | 18.54 |
| Car Services - After Hours | 7/12/2019 | Matthew Strain | Uber Lazard Office to Home 05/16/2019 Time: 22:47 / AMEX | 28.51 |
| Car Services - After Hours | 7/12/2019 | Matthew Strain | Uber Lazard Office to Home 05/31/2019 Time: 00:16 / AMEX | 19.78 |
| Car Services - After Hours | 7/12/2019 | Matthew Strain | Uber Lazard Office to Home 05/17/2019 Time: 22:00 / AMEX | 34.07 |
| Car Services - After Hours | 7/12/2019 | Matthew Strain | Uber Lazard Office to Home 05/23/2019 Time: 22:12 / AMEX | 29.80 |
| Car Services - After Hours | 7/12/2019 | Matthew Strain | Uber Lazard Office to Home 05/24/2019 Time: 22:19 / AMEX | 31.24 |
| Car Services - After Hours | 7/25/2019 | Nathan Mooney | Car to home late night 06/25/2019 Time: 22:26 / AMEX | 25.52 |
| Car Services - After Hours | 7/25/2019 | Nathan Mooney | Car home after 12am(6/26) 06/27/2019 Time: 00:30 / AMEX | 23.19 |
| Car Services - After Hours | 7/25/2019 | Nathan Mooney | Car to home late night 07/08/2019 Time: 22:08 / AMEX | 25.72 |
| Car Services - After Hours | 8/9/2019 | Kevin Hatch | Sunday - home-NYC/Lazard 06/30/2019 Time: 12:05 / AMEX | 31.21 |
| Car Services - After Hours | 8/9/2019 | Kevin Hatch | Sunday - Lazard/home-NYC 06/30/2019 Time: 16:15 / AMEX | 39.46 |
| Car Services - After Hours | 8/9/2019 | Kevin Hatch | Lazard/home-NYC 06/21/2019 Time: 20:28 / AMEX | 21.08 |
| Car Services - After Hours | 8/15/2019 | Eli Silverman | Lazard/home-NYC 06/25/2019 Time: 22:00 / AMEX | 12.43 |
| Car Services - After Hours | 8/21/2019 | Daniel Katz | Uber Lazard Office/Home 06/21/2019 Time: 20:53 / AMEX | 33.32 |
| Car Services - After Hours | 8/21/2019 | Daniel Katz | UBER Lazard to Home 07/12/2019 Time: 22:00 / AMEX | 32.16 |
| Car Services - After Hours | 8/21/2019 | Daniel Katz | UBER Lazard to Home 06/14/2019 Time: 22:11 / AMEX | 44.38 |
| Car Services - After Hours | 8/21/2019 | Daniel Katz | Ube Lazard Office/Home 06/15/2019 Time: 00:16 / AMEX | 28.31 |
| Car Services - After Hours | 8/22/2019 | Tomer Perry | UBER Home/office-wkend 08/10/2019 Time: 14:21 / AMEX | 8.69 |
| Car Services - After Hours | 8/27/2019 | Kevin Hatch | Late 7/23 - Lazard/home-NYC 07/24/2019 Time: 02:55 / AMEX | 11.33 |
| Car Services - After Hours | 8/27/2019 | Kevin Hatch | Lazard/home-NY 07/29/2019 Time: 21:10 / AMEX | 15.76 |
| Car Services - After Hours | 8/27/2019 | Kevin Hatch | Lazard/home-NY 07/31/2019 Time: 22:24 / AMEX | 32.04 |
| Car Services - After Hours | 8/27/2019 | Kevin Hatch | Saturday - Lazard/Home-Rye, NY 07/27/2019 Time: 14:18 / AMEX | 174.02 |
| **Car Services - After Hours Total** | | | | **1,125.91** |
| Car Services - Business Travel | 7/1/2019 | Nathan Mooney | From mtg to Fairmnt hotel SF 05/23/2019 / AMEX | 22.16 |
| Car Services - Business Travel | 7/1/2019 | Nathan Mooney | From fairmnt htel to dinner SF 05/24/2019 / AMEX | 31.29 |
| Car Services - Business Travel | 7/1/2019 | Nathan Mooney | Car from home to EWR 05/21/2019 / AMEX | 83.74 |
| Car Services - Business Travel | 7/1/2019 | Nathan Mooney | From client mtg to hotel SF 05/22/2019 / AMEX | 8.60 |
| Car Services - Business Travel | 7/1/2019 | Nathan Mooney | From client mtg SF to mtg SF 05/23/2019 / AMEX | 20.75 |
| Car Services - Business Travel | 7/1/2019 | Nathan Mooney | To airport in SF from hotel 05/24/2019 / AMEX | 86.04 |
| Car Services - Business Travel | 7/1/2019 | Nathan Mooney | From pge mtg in SF to dinner 05/23/2019 / AMEX | 37.00 |
| Car Services - Business Travel | 7/1/2019 | Nathan Mooney | Car from EWR to home-rush hr 05/24/2019 / AMEX | 80.00 |
| Car Services - Business Travel | 7/1/2019 | Nathan Mooney | From dinner to fairmnt Htl SF 05/24/2019 / AMEX | 13.14 |
| Car Services - Business Travel | 7/8/2019 | Eli Silverman | Hotel/PG&E office/San Fran 05/23/2019 / AMEX | 17.25 |
| Car Services - Business Travel | 7/8/2019 | Eli Silverman | Hotel/PG&E office/San Fran 06/03/2019 / AMEX | 23.32 |
| Car Services - Business Travel | 7/8/2019 | Eli Silverman | PG&E/dinner/San Fran 05/21/2019 / AMEX | 8.09 |

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 09/23/2019

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Car Services - Business Travel | 7/8/2019 | Eli Silverman | Home-NYC/JFK airporty 06/02/2019 / AMEX | 83.85 |
| Car Services - Business Travel | 7/8/2019 | Eli Silverman | Home/NYC - client meeting 06/07/2019 / AMEX | 8.97 |
| Car Services - Business Travel | 7/8/2019 | Eli Silverman | San Fran airport/hotel 05/05/2019 / AMEX | 84.02 |
| Car Services - Business Travel | 7/8/2019 | Eli Silverman | Hotel/PG&E/San Fran 06/04/2019 / AMEX | 17.55 |
| Car Services - Business Travel | 7/8/2019 | Eli Silverman | Dinner/hotel/San Fran 05/23/2019 / AMEX | 37.29 |
| Car Services - Business Travel | 7/8/2019 | Eli Silverman | PG&E/hotel 06/04/2019 / AMEX | 21.30 |
| Car Services - Business Travel | 7/8/2019 | Eli Silverman | SFO airport/hotel 05/20/2019 / AMEX | 81.82 |
| Car Services - Business Travel | 7/8/2019 | Eli Silverman | Hotel/PG&E - San Fran 06/06/2019 / AMEX | 92.95 |
| Car Services - Business Travel | 7/8/2019 | Eli Silverman | Lazard/Newark airport 05/20/2019 / AMEX | 92.81 |
| Car Services - Business Travel | 7/8/2019 | Eli Silverman | Dinner/Hotel/San Fran 06/03/2019 / AMEX | 15.99 |
| Car Services - Business Travel | 7/8/2019 | Eli Silverman | PG&E office/Hotel/San Fran 05/21/2019 / AMEX | 21.21 |
| Car Services - Business Travel | 7/8/2019 | Eli Silverman | Hotel/PG&E/San Fran 06/05/2019 / AMEX | 17.22 |
| Car Services - Business Travel | 7/8/2019 | Eli Silverman | PG&E/Hotel/San Fran 06/03/2019 / AMEX | 22.14 |
| Car Services - Business Travel | 7/8/2019 | Eli Silverman | Hotel/Lazard/San Fran 05/22/2019 / AMEX | 22.38 |
| Car Services - Business Travel | 7/8/2019 | Eli Silverman | PG&E/hotel - San Fran 06/05/2019 / AMEX | 21.05 |
| Car Services - Business Travel | 7/8/2019 | Eli Silverman | Hotel/PG&E office 05/21/2019 / AMEX | 17.28 |
| Car Services - Business Travel | 7/8/2019 | Eli Silverman | JFK/Home-NYC 06/06/2019 / AMEX | 86.31 |
| Car Services - Business Travel | 7/8/2019 | Eli Silverman | SFO airport/hotel 06/03/2019 / AMEX | 101.87 |
| Car Services - Business Travel | 7/9/2019 | Ken Ziman | From client mtg to ritz SF 05/22/2019 / AMEX | 9.05 |
| Car Services - Business Travel | 7/9/2019 | Ken Ziman | Car from home nyc to EWR 06/03/2019 / AMEX | 83.75 |
| Car Services - Business Travel | 7/9/2019 | Ken Ziman | Car from SFO to client mtg SF 06/03/2019 / AMEX | 36.10 |
| Car Services - Business Travel | 7/9/2019 | Ken Ziman | Car from hotel to SFO airport 05/23/2019 / AMEX | 28.95 |
| Car Services - Business Travel | 7/9/2019 | Ken Ziman | From client mtg to hotel SF 05/15/2019 / AMEX | 11.67 |
| Car Services - Business Travel | 7/9/2019 | Ken Ziman | Car from JFK to home nyc 06/05/2019 / AMEX | 62.74 |
| Car Services - Business Travel | 7/9/2019 | Ken Ziman | From SF office to client mtg 06/04/2019 / AMEX | 32.57 |
| Car Services - Business Travel | 7/9/2019 | Ken Ziman | Car from SFO to client mtg SF 05/21/2019 / AMEX | 46.77 |
| Car Services - Business Travel | 7/9/2019 | Ken Ziman | Car from home nyc to EWR 05/21/2019 / AMEX | 87.83 |
| Car Services - Business Travel | 7/9/2019 | Christian Tempke | NY BLACKCAR5/10 EWR-H 05/10/2019 / AMEX | 135.55 |
| Car Services - Business Travel | 7/9/2019 | Ken Ziman | From client mtg to hotel SF 05/16/2019 / AMEX | 8.90 |
| Car Services - Business Travel | 7/9/2019 | Ken Ziman | Car from EWR to home nyc 05/30/2019 / AMEX | 61.12 |
| Car Services - Business Travel | 7/9/2019 | Ken Ziman | From SFO to client office SF 05/28/2019 / AMEX | 40.93 |
| Car Services - Business Travel | 7/9/2019 | Ken Ziman | Car from client mtg to SFO 05/29/2019 / AMEX | 32.95 |
| Car Services - Business Travel | 7/9/2019 | Ken Ziman | Car from JFK to home 05/17/2019 / AMEX | 64.70 |
| Car Services - Business Travel | 7/9/2019 | Ken Ziman | From client mtg to Ritz SF 05/23/2019 / AMEX | 8.70 |
| Car Services - Business Travel | 7/9/2019 | Ken Ziman | Car from home nyc to JFK 05/28/2019 / AMEX | 75.74 |

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Car Services - Business Travel | 7/9/2019 | Ken Ziman | Car from court to office SF 05/22/2019 / AMEX | 11.92 |
| Car Services - Business Travel | 7/9/2019 | Ken Ziman | Car from EWR to home NYC 05/23/2019 / AMEX | 68.31 |
| Car Services - Business Travel | 7/22/2019 | Daniel Katz | UBER NY Lazardoffice to JFK 05/21/2019 / AMEX | 105.02 |
| Car Services - Business Travel | 7/22/2019 | Daniel Katz | UBER SF Hotel to Office 05/23/2019 / AMEX | 95.14 |
| Car Services - Business Travel | 7/22/2019 | Daniel Katz | UBER SF - SFO to Hotel 05/22/2019 / AMEX | 74.59 |
| Car Services - Business Travel | 7/25/2019 | Nathan Mooney | Car from EWR to home 06/21/2019 / AMEX | 134.54 |
| Car Services - Business Travel | 7/25/2019 | Nathan Mooney | Car from client mtg to hotel 06/19/2019 / AMEX | 21.11 |
| Car Services - Business Travel | 7/25/2019 | Nathan Mooney | Car from hotel to SFO 06/21/2019 / AMEX | 77.73 |
| Car Services - Business Travel | 7/25/2019 | Nathan Mooney | Car to client from hotel 06/19/2019 / AMEX | 16.74 |
| Car Services - Business Travel | 8/1/2019 | Ken Ziman | Car from home to office SF 06/13/2019 / AMEX | 22.70 |
| Car Services - Business Travel | 8/1/2019 | Ken Ziman | Car from SFO to hotel SF 06/17/2019 / AMEX | 22.26 |
| Car Services - Business Travel | 8/1/2019 | Ken Ziman | Car from LGA to home 06/21/2019 / AMEX | 81.15 |
| Car Services - Business Travel | 8/1/2019 | Christian Tempke | EMPIRE car 6/17 H-EWR 06/17/2019 / AMEX | 81.22 |
| Car Services - Business Travel | 8/1/2019 | Ken Ziman | Car from home to EWR 06/25/2019 / AMEX | 87.16 |
| Car Services - Business Travel | 8/1/2019 | Ken Ziman | Car from EWR to home 07/03/2019 / AMEX | 85.18 |
| Car Services - Business Travel | 8/1/2019 | Ken Ziman | Car to home from client mtg 07/09/2019 / AMEX | 24.98 |
| Car Services - Business Travel | 8/1/2019 | Ken Ziman | Car from home to EWR 06/17/2019 / AMEX | 71.33 |
| Car Services - Business Travel | 8/1/2019 | Ken Ziman | Car from EWR to home 06/15/2019 / AMEX | 94.02 |
| Car Services - Business Travel | 8/1/2019 | Ken Ziman | Car from office to SFO 06/20/2019 / AMEX | 23.73 |
| Car Services - Business Travel | 8/1/2019 | Ken Ziman | Car to mtg in SF from hotel 06/14/2019 / AMEX | 8.30 |
| Car Services - Business Travel | 8/1/2019 | Ken Ziman | Car from SFO to Laz SF offce 06/26/2019 / AMEX | 23.78 |
| Car Services - Business Travel | 8/1/2019 | Ken Ziman | Car from mtg to SFO airport 06/14/2019 / AMEX | 29.50 |
| Car Services - Business Travel | 8/15/2019 | Eli Silverman | PG&E/Palace hotel - San Fran 06/18/2019 / AMEX | 21.02 |
| Car Services - Business Travel | 8/15/2019 | Eli Silverman | PG&E/hotel - San Fran 06/19/2019 / AMEX | 17.21 |
| Car Services - Business Travel | 8/15/2019 | Eli Silverman | Hotel/SFO airport 06/21/2019 / AMEX | 85.63 |
| Car Services - Business Travel | 8/15/2019 | Eli Silverman | SFO airport/hotel 07/10/2019 / AMEX | 22.45 |
| Car Services - Business Travel | 8/15/2019 | Eli Silverman | JFK airport/home-NYC 07/12/2019 / AMEX | 109.34 |
| Car Services - Business Travel | 8/15/2019 | Eli Silverman | Home-NYC JFK airport 07/10/2019 / AMEX | 86.51 |
| Car Services - Business Travel | 8/15/2019 | Eli Silverman | Home-NYC/Brooklyn 07/13/2019 / AMEX | 35.30 |
| Car Services - Business Travel | 8/15/2019 | Eli Silverman | SFO airport/Ritz hotel 06/20/2019 / AMEX | 75.58 |
| Car Services - Business Travel | 8/15/2019 | Eli Silverman | SFO airport/PG&E office 07/10/2019 / AMEX | 92.99 |
| Car Services - Business Travel | 8/15/2019 | Eli Silverman | Home/Lazard - on client call 06/27/2019 / AMEX | 11.08 |
| Car Services - Business Travel | 8/15/2019 | Eli Silverman | SFO airport/Palace hotel 06/17/2019 / AMEX | 102.90 |
| Car Services - Business Travel | 8/15/2019 | Eli Silverman | Hotel/SFO airport 07/12/2019 / AMEX | 75.63 |
| Car Services - Business Travel | 8/15/2019 | Eli Silverman | PG&E/hotel - San Fran 07/11/2019 / AMEX | 19.97 |

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 09/23/2019

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Car Services - Business Travel | 8/15/2019 | Eli Silverman | Hotel/PG&E office - San Fran 07/10/2019 / AMEX | 18.38 |
| Car Services - Business Travel | 8/15/2019 | Eli Silverman | Palace hotel/PG&E - San Fran 06/18/2019 / AMEX | 16.74 |
| Car Services - Business Travel | 8/15/2019 | Eli Silverman | Newark airport/home-NYC 06/21/2019 / AMEX | 84.02 |
| Car Services - Business Travel | 8/15/2019 | Eli Silverman | Lazard/JFK airport 06/17/2019 / AMEX | 78.17 |
| Car Services - Business Travel | 8/15/2019 | Eli Silverman | Car while on PG&E call 06/14/2019 / AMEX | 10.76 |
| Car Services - Business Travel | 8/15/2019 | Eli Silverman | Palace hotel/SFO airport 06/20/2019 / AMEX | 76.82 |
| Car Services - Business Travel | 8/15/2019 | Eli Silverman | Car while on PG&E call 06/15/2019 / AMEX | 11.94 |
| Car Services - Business Travel | 8/21/2019 | Daniel Katz | UBER EWR/Home 06/20/2019 / AMEX | 152.18 |
| Car Services - Business Travel | 8/21/2019 | Daniel Katz | Uber 63 Minna/780 McDonnell 06/20/2019 / AMEX | 78.25 |
| Car Services - Business Travel | 8/21/2019 | Daniel Katz | Uber Lazard Office/EWR 06/18/2019 / AMEX | 108.37 |
| Car Services - Business Travel | 8/21/2019 | Daniel Katz | Uber SFO/ Ritz Carlton 06/19/2019 / AMEX | 80.57 |
| Car Services - Business Travel | 8/22/2019 | Tomer Perry | TRISTAR Newark airport to home 07/25/2019 / AMEX | 100.70 |
| Car Services - Business Travel | 8/22/2019 | Tomer Perry | UBER Newark airport to home 07/22/2019 / AMEX | 71.72 |
| Car Services - Business Travel | 8/22/2019 | Tomer Perry | UBER Beale St to Stockton in SF 07/24/2019 / AMEX | 19.36 |
| Car Services - Business Travel | 8/22/2019 | Tomer Perry | UBER Stockton St to SFO 08/13/2019 / AMEX | 83.84 |
| Car Services - Business Travel | 8/22/2019 | Tomer Perry | UBER Stockton St to SFO 07/25/2019 / AMEX | 76.57 |
| Car Services - Business Travel | 8/22/2019 | Tomer Perry | UBER home to JFK for flight to SFO 07/23/2019 / AMEX | 80.39 |
| Car Services - Business Travel | 8/27/2019 | Kevin Hatch | Home-NY/Lazard--on client call 07/29/2019 / AMEX | 22.78 |
| **Car Services - Business Travel Total** | | | | **5,292.98** |
| Travel - Hotels | 7/1/2019 | Nathan Mooney | Hotel SF 3 nights @$400 05/25/2019 / AMEX | 1,200.00 |
| Travel - Hotels | 7/2/2019 | Daniel Katz | RITZ CARLTON SAN FRAN 2 nights 04/25/2019 / AMEX | 800.00 |
| Travel - Hotels | 7/8/2019 | Eli Silverman | JW Marriott/SanFran 2nt @ $400 06/04/2019 / AMEX | 800.00 |
| Travel - Hotels | 7/8/2019 | Eli Silverman | Ritz/SanFran – 3nts @ $400 06/06/2019 / AMEX | 1,200.00 |
| Travel - Hotels | 7/8/2019 | Eli Silverman | Ritz/SanFran 3 nts $ $400 05/23/2019 / AMEX | 1,200.00 |
| Travel - Hotels | 7/9/2019 | Ken Ziman | 1 night @$471 split$ 06/04/2019 / AMEX | 400.00 |
| Travel - Hotels | 7/9/2019 | Ken Ziman | Hotel 1 night @$471 in SF 05/29/2019 / AMEX | 400.00 |
| Travel - Hotels | 7/9/2019 | Ken Ziman | 2 nights@$599 SF split 05/23/2019 / AMEX | 800.00 |
| Travel - Hotels | 7/9/2019 | Ken Ziman | 2 nights@$509 SF-RC splt 05/16/2019 / AMEX | 800.00 |
| Travel - Hotels | 7/22/2019 | Daniel Katz | HUNTINGTON HOTEL   SAN FRANC 05/22/2019 / AMEX | 250.00 |
| Travel - Hotels | 7/25/2019 | Nathan Mooney | Hotel 3 nights SF@$400 06/21/2019 / AMEX | 1,200.00 |
| Travel - Hotels | 7/25/2019 | Nathan Mooney | Hotel 1 night $616 06/21/2019 / AMEX | 400.00 |
| Travel - Hotels | 8/1/2019 | Ken Ziman | Hotel 3 nights SF@$422 06/20/2019 / AMEX | 1,200.00 |
| Travel - Hotels | 8/1/2019 | Ken Ziman | Hotel 1 night @$439 06/14/2019 / AMEX | 400.00 |
| Travel - Hotels | 8/1/2019 | Ken Ziman | Hotel 2 nights @$471 06/27/2019 / AMEX | 800.00 |
| Travel - Hotels | 8/15/2019 | Eli Silverman | Palace/San Fran 3nts @ $400 ea 06/17/2019 / AMEX | 1,200.00 |

**DEAL ACTIVITY - Open item balance**
**ALL EXPENSES**
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 09/23/2019

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Travel - Hotels | 8/15/2019 | Eli Silverman | Ritz/San Fran 2nts at $400 ea. 07/10/2019 / AMEX | 800.00 |
| Travel - Hotels | 8/15/2019 | Eli Silverman | Ritz /San Fran 1nt @ $616.00 06/21/2019 / AMEX | 400.00 |
| Travel - Hotels | 8/21/2019 | Daniel Katz | RITZ CARLTON SAN FRA SAN FRANC 06/19/2019 / AMEX | 325.00 |
| Travel - Hotels | 8/22/2019 | Tomer Perry | RITZ CARLTON SAN FRA 2nights 07/25/2019 / AMEX | 800.00 |
| **Travel - Hotels Total** | | | | **15,375.00** |
| Travel - WiFi/Data fees - airlines/hotels | 7/1/2019 | Nathan Mooney | Wifi on plane 05/23/2019 / AMEX | 24.99 |
| Travel - WiFi/Data fees - airlines/hotels | 7/1/2019 | Nathan Mooney | Wifi on plane 05/21/2019 / AMEX | 33.99 |
| Travel - WiFi/Data fees - airlines/hotels | 7/8/2019 | Eli Silverman | Wifi - SFO/JFK 06/06/2019 / AMEX | 16.00 |
| Travel - WiFi/Data fees - airlines/hotels | 7/8/2019 | Eli Silverman | WiFi - AA/SFO/JFK 06/03/2019 / AMEX | 16.00 |
| Travel - WiFi/Data fees - airlines/hotels | 7/8/2019 | Eli Silverman | Wifi/United - LAX/EWR 05/24/2019 / AMEX | 23.99 |
| Travel - WiFi/Data fees - airlines/hotels | 7/25/2019 | Nathan Mooney | Wifi on plane 06/21/2019 / AMEX | 40.99 |
| Travel - WiFi/Data fees - airlines/hotels | 7/25/2019 | Nathan Mooney | Wifi on plane 06/17/2019 / AMEX | 34.99 |
| Travel - WiFi/Data fees - airlines/hotels | 8/15/2019 | Eli Silverman | Wifi - SFO/JFK 07/12/2019 / AMEX | 16.00 |
| Travel - WiFi/Data fees - airlines/hotels | 8/15/2019 | Eli Silverman | WiFi access on airplane 06/21/2019 / AMEX | 40.99 |
| Travel - WiFi/Data fees - airlines/hotels | 8/15/2019 | Eli Silverman | WiFi - JFK/SFO 07/12/2019 / AMEX | 16.00 |
| Travel - WiFi/Data fees - airlines/hotels | 8/15/2019 | Eli Silverman | United WiFi - Newark/San Fran 06/17/2019 / AMEX | 34.99 |
| Travel - WiFi/Data fees - airlines/hotels | 8/21/2019 | Daniel Katz | UNITED AIRLINES    HOUSTON 06/18/2019 / AMEX | 33.99 |
| **Travel - WiFi/Data fees - airlines/hotels Total** | | | | **332.92** |
| Employee Meals - In Office | 8/12/2019 | Nathan Mooney | Mooney Nathan M 2019-03-05 19:17:45 The Meatball S | 25.00 |
| Employee Meals - In Office | 7/8/2019 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 05/14/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 7/8/2019 | Eli Silverman | Lunch/Juice Press/NY - 1p 05/19/2019 / AMEX | 22.81 |
| Employee Meals - In Office | 7/8/2019 | Eli Silverman | Dinner/AL Horno/NY - 1p 06/07/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 7/8/2019 | Eli Silverman | Dinner/Sofia/Pizza - 1p 05/31/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 7/8/2019 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 05/29/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 7/8/2019 | Eli Silverman | Dinner/AL Horno/NY - 1p 06/08/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 7/8/2019 | Eli Silverman | Lunch/Juice Press/NY - 1p 06/09/2019 / AMEX | 22.81 |
| Employee Meals - In Office | 7/8/2019 | Eli Silverman | Dinner/Whole Foods/NY - 1p 06/01/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 7/8/2019 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 06/11/2019 / AMEX | 17.15 |
| Employee Meals - In Office | 7/9/2019 | Kevin Hatch | Lunch/Juice Press/NY - 1p 06/08/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 7/9/2019 | Kevin Hatch | Dinner/Sweetgreen/NY - 1p 06/10/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 8/1/2019 | Christian Tempke | BLUERIBBON6/26WedDinSeamlesDn 06/26/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 8/9/2019 | Kevin Hatch | Lunch/Juice Press/NY - 1p 06/29/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 8/9/2019 | Kevin Hatch | Lunch/Juice Press/NY - 1p 06/22/2019 / AMEX | 24.67 |
| Employee Meals - In Office | 8/15/2019 | Eli Silverman | Dinner/Bareburger/NY - 1p 06/15/2019 / AMEX | 25.00 |

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 09/23/2019

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Employee Meals - In Office | 8/15/2019 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 07/09/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 8/15/2019 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 06/24/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 8/15/2019 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 06/27/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 8/15/2019 | Eli Silverman | Dinner/Al Horno Lean/NY - 1p 06/30/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 8/15/2019 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 07/02/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 8/15/2019 | Eli Silverman | Diner/Al Horno Lean/NY - 1p 06/28/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 8/15/2019 | Eli Silverman | Dinner/Al Horno Lean/NY - 1p 06/29/2019 / AMEX | 24.92 |
| Employee Meals - In Office | 8/15/2019 | Eli Silverman | Dinner/American Burger/NY - 1p 06/12/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 8/15/2019 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 06/13/2019 / AMEX | 24.91 |
| Employee Meals - In Office | 8/27/2019 | Kevin Hatch | Dinner/Al Horno/NY - 1p 07/13/2019 / AMEX | 24.91 |
| Employee Meals - In Office | 8/27/2019 | Kevin Hatch | Dinner/Al Horno/NY - 1p 07/14/2019 / AMEX | 24.97 |
| **Employee Meals - In Office Total** | | | | **662.24** |
| Employee Meals - Travel/Other | 7/1/2019 | Nathan Mooney | Travel lunch 1p SF 05/22/2019 / AMEX | 22.44 |
| Employee Meals - Travel/Other | 7/1/2019 | Nathan Mooney | Travel lunch 1 p SF 05/21/2019 / AMEX | 19.36 |
| Employee Meals - Travel/Other | 7/1/2019 | Nathan Mooney | Travel breakfast 1p SF 05/22/2019 / AMEX | 18.63 |
| Employee Meals - Travel/Other | 7/2/2019 | Daniel Katz | CC DEEP BLUE Dinner 04/24/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 7/8/2019 | Eli Silverman | Dinner/Ritz/San Fran - 1p 06/04/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 7/8/2019 | Eli Silverman | Dinner/Alioto's/San Fran - 5p 05/22/2019 / AMEX | 325.00 |
| Employee Meals - Travel/Other | 7/8/2019 | Eli Silverman | Lunch/Sprig Cafe/SanFran - 1p 06/03/2019 / AMEX | 22.50 |
| Employee Meals - Travel/Other | 7/8/2019 | Eli Silverman | Dinner/Ritz/San Fran - 1p 06/06/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 7/8/2019 | Eli Silverman | Dinner/Ritz/San Fran - 1p 06/03/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 7/8/2019 | Eli Silverman | Dinner/Klein's Deli/SanFran-1p 05/23/2019 / AMEX | 23.90 |
| Employee Meals - Travel/Other | 7/8/2019 | Eli Silverman | Lunch/Sprig Cafe/SanFran - 1p 06/04/2019 / AMEX | 18.26 |
| Employee Meals - Travel/Other | 7/8/2019 | Eli Silverman | Lunch/Spri Cafe/San Fran 1p 06/05/2019 / AMEX | 20.51 |
| Employee Meals - Travel/Other | 7/8/2019 | Eli Silverman | Lunch/Sprig Cafe/SanFran - 1p 05/23/2019 / AMEX | 39.25 |
| Employee Meals - Travel/Other | 7/8/2019 | Eli Silverman | Lunch/Napa Farms/SanFran - 1p 06/06/2019 / AMEX | 35.39 |
| Employee Meals - Travel/Other | 7/8/2019 | Eli Silverman | Lunch/Sprig Cafe/San Fran - 1p 05/21/2019 / AMEX | 20.51 |
| Employee Meals - Travel/Other | 7/8/2019 | Eli Silverman | Lunch/Sprig Cafe/SanFran - 1p 05/22/2019 / AMEX | 23.18 |
| Employee Meals - Travel/Other | 7/8/2019 | Eli Silverman | Lunch/Specialty's/SanFran - 1p 05/21/2019 / AMEX | 19.66 |
| Employee Meals - Travel/Other | 7/8/2019 | Eli Silverman | Breakfast/Newark airport - 1p 05/21/2019 / AMEX | 17.46 |
| Employee Meals - Travel/Other | 7/8/2019 | Eli Silverman | Dinner/Ritz/San Fran 05/23/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 7/8/2019 | Eli Silverman | Breakfast/Starbucks/SanFran 1p 06/03/2019 / AMEX | 8.45 |
| Employee Meals - Travel/Other | 7/9/2019 | Ken Ziman | Travel Dinner 1p SF 06/03/2019 / AMEX | 41.23 |
| Employee Meals - Travel/Other | 7/9/2019 | Ken Ziman | Travel dinner-3p SF 05/22/2019 / AMEX | 112.79 |
| Employee Meals - Travel/Other | 7/25/2019 | Nathan Mooney | Travel dinner 1 p SF 06/18/2019 / AMEX | 40.93 |

Case: 19-30088    Doc# 4834-5    Filed: 11/21/19    Entered: 11/21/19 11:44:30    Page 10 of 12

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 09/23/2019

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Employee Meals - Travel/Other | 7/25/2019 | Nathan Mooney | Travel dinner 1p SF 06/21/2019 / AMEX | 45.00 |
| Employee Meals - Travel/Other | 7/25/2019 | Nathan Mooney | Travel lunch 1p SF 06/17/2019 / AMEX | 40.75 |
| Employee Meals - Travel/Other | 7/25/2019 | Nathan Mooney | Travel dinner 1p SF 06/19/2019 / AMEX | 29.90 |
| Employee Meals - Travel/Other | 8/1/2019 | Ken Ziman | Travel dinner 1 p SF 06/28/2019 / AMEX | 26.87 |
| Employee Meals - Travel/Other | 8/1/2019 | Ken Ziman | Travel meal 1 p SF 06/19/2019 / AMEX | 29.50 |
| Employee Meals - Travel/Other | 8/1/2019 | Ken Ziman | Travel dinner 1p SF 06/17/2019 / AMEX | 25.77 |
| Employee Meals - Travel/Other | 8/15/2019 | Eli Silverman | Dinner/Palace/San Fran 1p 06/18/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 8/15/2019 | Eli Silverman | Dinner/Palace/San Fran 1p 06/19/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 8/15/2019 | Eli Silverman | Lunch/Starbucks/SanFran - 1p 06/19/2019 / AMEX | 15.40 |
| Employee Meals - Travel/Other | 8/15/2019 | Eli Silverman | Dinner/Ritz/SanFran - 1p 07/11/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 8/15/2019 | Eli Silverman | Lunch/Sprig Cafe/San Fran - 1p 07/10/2019 / AMEX | 24.08 |
| Employee Meals - Travel/Other | 8/15/2019 | Eli Silverman | Lunch/Palace/San Fran 1p 06/18/2019 / AMEX | 35.38 |
| Employee Meals - Travel/Other | 8/15/2019 | Eli Silverman | Bkfst/Palace/San Fran 1p 06/20/2019 / AMEX | 30.00 |
| Employee Meals - Travel/Other | 8/15/2019 | Eli Silverman | Lunch/Sprig Cafe/San Fran - 1p 07/11/2019 / AMEX | 22.50 |
| Employee Meals - Travel/Other | 8/15/2019 | Eli Silverman | Dinner/Ritz/SanFran - 1p 07/11/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 8/15/2019 | Eli Silverman | Dinner/Anchor & Hope - SF - 4p 06/19/2019 / AMEX | 260.00 |
| Employee Meals - Travel/Other | 8/15/2019 | Eli Silverman | Dinner/Ritz/San Francisco - 2p 06/20/2019 / AMEX | 80.00 |
| Employee Meals - Travel/Other | 8/15/2019 | Eli Silverman | Lunch/Fraiche/San Fran - 1p 06/22/2019 / AMEX | 9.87 |
| Employee Meals - Travel/Other | 8/15/2019 | Eli Silverman | Lunch/Spig Cafe/San Fran - 1p 06/18/2019 / AMEX | 8.53 |
| Employee Meals - Travel/Other | 8/15/2019 | Eli Silverman | Dinner/Palace/San Fran 1p 06/17/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 8/15/2019 | Eli Silverman | Lunch/Spig Cafe/San Fran - 1p 06/18/2019 / AMEX | 22.68 |
| Employee Meals - Travel/Other | 8/21/2019 | Daniel Katz | Breakfast Ritz - SFO 1person 06/19/2019 / AMEX | 15.19 |
| Employee Meals - Travel/Other | 8/21/2019 | Daniel Katz | Dinner Ritz - SFO 1person 06/19/2019 / AMEX | 47.01 |
| Employee Meals - Travel/Other | 8/22/2019 | Tomer Perry | SPRIG CAFE - Lunch San Franc 07/24/2019 / AMEX | 18.24 |
| Employee Meals - Travel/Other | 8/22/2019 | Tomer Perry | RITZ CARLTON SAN FRA Dinner 07/25/2019 / AMEX | 43.98 |
| Employee Meals - Travel/Other | 8/22/2019 | Tomer Perry | C2 - CIBO EXPRESS EWR - Dinner 07/22/2019 / AMEX | 35.46 |
| Employee Meals - Travel/Other | 8/22/2019 | Tomer Perry | STARBUCKS Breakfast SAN FRANC 07/24/2019 / AMEX | 8.50 |
| Employee Meals - Travel/Other | 8/22/2019 | Tomer Perry | SPRIG CAFE Lunch San Franc 07/23/2019 / AMEX | 20.51 |
| Employee Meals - Travel/Other | 8/22/2019 | Tomer Perry | Starbucks Breakfast JFK 07/23/2019 / AMEX | 8.66 |
| Employee Meals - Travel/Other Total | | | | 2,383.23 |
| Legal Fees | 7/16/2019 | | LGL SVCS REND MAY'19 | 50,306.50 |
| Legal Fees | 8/21/2019 | | LGL SVCS REND. JUNE'19 | 1,708.00 |
| Legal Fees Total | | | | 52,014.50 |
| Legal Expenses | 7/16/2019 | | LGL SVCS REND MAY'19 | 3,371.37 |
| Legal Expenses | 8/21/2019 | | LGL SVCS REND. JUNE'19 | 160.54 |

Case: 19-30088    Doc# 4834-5    Filed: 11/21/19    Entered: 11/21/19 11:44:30    Page 11 of 12

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 09/23/2019

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Legal Expenses Total | | | | 3,531.91 |
| CLOSING BALANCE as of 08/31/2019 | | | | 112,808.63 |