| | |
|---|---|
| CRAVATH, SWAINE & MOORE LLP | KELLER & BENVENUTTI LLP |
| Paul H. Zumbro (*pro hac vice*) | Tobias S. Keller (#151445) |
| (pzumbro@cravath.com) | (tkeller@kellerbenvenutti.com) |
| Kevin J. Orsini (*pro hac vice*) | Jane Kim (#298192) |
| (korsini@cravath.com) | (jkim@kellerbenvenutti.com) |
| Omid H. Nasab (*pro hac vice*) | 650 California Street, Suite 1900 |
| (onasab@cravath.com) | San Francisco, CA 94108 |
| Worldwide Plaza | Tel: 415 496 6723 |
| 825 Eighth Avenue | Fax: 415 636 9251 |
| New York, NY 10019 | |
| Tel: 212 474 1000 | |
| Fax: 212 474 3700 | |

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **CERTIFICATE OF NO OBJECTION REGARDING SIXTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JULY 1, 2019 THROUGH JULY 31, 2019** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case No. 19-30088 (DM).* | [Re: Docket No: 4539] |
| | **Objection Deadline**: November 21, 2019<br>4:00 p.m. (Pacific Time) |

On October 31, 2019, Cravath, Swaine & Moore LLP ("**Cravath**" or the "**Applicant**"), attorneys for PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), filed its *Sixth Monthly Fee Statement of Cravath, Swaine & Moore LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of July 1, 2019 through July 31, 2019* [ECF No. 4539] (the "**Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated February 27, 2019* [ECF No. 701] (the "**Interim Compensation Procedures Order**").

The Monthly Fee Statement was served as described in the Certificate of Service of Jamie B. Herszaft filed on November 5, 2019 [ECF No. 4583]. The deadline to file responses or oppositions to the Monthly Fee Statement was November 21, 2019, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am counsel to the firm of Cravath, Swaine & Moore LLP, attorneys for the Debtors.

2. I certify that I have reviewed the Court's docket in these Chapter 11 Cases and have not received any response or opposition to the Monthly Fee Statement.

3. This declaration was executed in New York, New York.

Dated: November 21, 2019

**CRAVATH, SWAINE & MOORE LLP**

By: _____/s/ Paul H. Zumbro_____
        Paul H. Zumbro (*pro hac vice*)

*Attorneys for Debtors and Debtors in Possession*

# Exhibit A

# Monthly Fee Statement – Professional Fees and Expenses

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid Pursuant to Interim Comp. Order (80%) | Amount of Expenses Authorized to be Paid Pursuant to Interim Comp. Order (100%) | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP | 07/01/2019 – 07/31/2019<br><br>10/31/2019<br><br>[ECF No. 4539] | $7,788,617.50[1] | $1,058,420.09 | 11/21/19 | $6,230,894.00 | $1,058,420.09 | $1,557,723.50 |
| **Travel Adjustment:**[2] | | (2,968.00) | | | (2,374.40) | | (593.60) |
| **Adjusted Total:** | | $7,785,649.50 | $1,058,420.09 | | $6,228,519.60 | $1,058,420.09 | $1,557,129.90 |

---

[1] Net of $123,928.50 in voluntary write offs.

[2] Consistent with the *Order Granting Fee Examiner's Motion to Approve Fee Procedures* [ECF No. 4770] entered on November 15, 2019 (the "**Fee Procedures Order**"), Cravath has capped Non-Working Travel Time (airplane travel) at two hours for billing purposes resulting in a discount of $103,759.00. Prior to the entry of the Fee Procedures Order, Cravath had discounted Non-Working Travel Time by 50% as reflected in the Monthly Fee Statement for a discount of $100,791.00. The Travel Adjustment of $2,968.00 is the difference between those discount amounts (*i.e.*, the additional discount applied to give effect to the Fee Procedures Order).

PG&E Corporation
c/o Pacific Gas & Electric Company
Attn:   Janet Loduca, Esq.
77 Beale Street
San Francisco, CA 94105

Keller & Benvenutti LLP
Attn:   Tobias S. Keller, Esq.
        Jane Kim, Esq
650 California Street, Suite 1900
San Francisco, CA 94108

Weil, Gotshal & Manges LLP
Attn:   Stephen Karotkin, Esq.
        Jessica Liou, Esq.
        Matthew Goren, Esq.
767 Fifth Avenue
New York, NY 10153

The Office of the United States Trustee for Region 17
Attn:   James L. Snyder, Esq.
        Timothy Laffredi, Esq.
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

Milbank LLP
Attn:   Dennis F. Dunne, Esq.
        Sam A. Khalil, Esq.
55 Hudson Yards
New York, NY 10001-2163

Milbank LLP
Attn:   Paul S. Aronzon, Esq.
        Gregory A. Bray, Esq.
        Thomas R. Kreller, Esq.
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

Baker & Hostetler LLP
Attn:   Eric Sagerman, Esq.
        Cecily Dumas, Esq.
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509

| | |
|---|---|
| 1 | Bruce A. Markell |
| 2 | Fee Examiner |
| | 541 N. Fairbanks Ct., Ste 2200 |
| 3 | Chicago, IL 60611-3710 |
| 4 | Scott H. McNutt |
| | 324 Warren Road |
| 5 | San Mateo, California 94402 |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |