GREGG M. FICKS (State Bar No. 148093)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-gmf@cpdb.com

*Special Counsel to Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS & ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **NOTICE OF RATE CHANGES FOR SPECIAL COUNSEL COBLENTZ PATCH DUFFY & BASS LLP** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | [Re: Dkt. Nos. 2595, 2596, and 2926] |
| * *All papers shall be filed in Lead Case No. 19-30088 (DM).* | [No Hearing Requested] |

PLEASE TAKE NOTICE THAT in accordance with the Order Pursuant to 11. U.S.C. §327(e) and Fed. R. Bankr. P. 2014(a) and 2016 Authorizing the Debtors to Retain Coblentz Patch Duffy & Bass LLP as Special Counsel *Nunc Pro Tunc* to the Petition Date [Dkt. No. 2926], Special Counsel Coblentz Patch Duffy & Bass LLP hereby provides notice of its rate changes in these bankruptcy cases effective January 1, 2020, as set forth in **Exhibit A** and **Exhibit B** hereto.

DATED: November 22, 2019      COBLENTZ PATCH DUFFY & BASS LLP

By:      */s/ Gregg M. Ficks*
         Gregg M. Ficks
         Special Counsel to Debtors
         and Debtors in Possession

# Exhibit A

**Hourly Rates of Coblentz Patch Duffy & Bass LLP Professionals and Paraprofessionals Expected to Have a Material Role in Representing Debtors as Special Counsel, Effective January 1, 2020**

**Real Estate/Land/Conservation Easement/Eminent Domain:**

| Name | Title | Discounted Hourly Rate – 2020 |
|---|---|---|
| Barbara A. Milanovich | Partner | $700 |
| Douglas C. Sands | Partner | $700 |
| Harry O'Brien | Partner | $950 |
| Matt Bove | Partner | $680 |
| Robert B. Hodil | Partner | $610 |
| Joy Spezeski | Associate | $490 |
| Tamara Lam-Plattesp | Associate | $436 |
| Daniel P. Barsky | Associate | $405 |
| Leah P. Collins | Associate | $405 |
| Michael Wilson | Paralegal | $352 |
| Angie Brandt | Paralegal | $290 |
| Gino Altamirano | Paralegal | $299 |
| Diane Sweeny | Case Clerk | $210 |

**Litigation, including CPUC, Regulatory, and Investigative:**

| Name | Title | Discounted Hourly Rate – 2020 |
|---|---|---|
| Sean P. Coyle | Partner | $600 |
| Jonathan R. Bass | Partner | $900 |
| Gregg M. Ficks | Partner | $704 |
| Mark Hejinian | Partner (eff. 1/1/20) | $500 |
| James McKee | Associate | $422 |
| Yasmin L. Jayasuriya | Paralegal | $260 |
| Jordan Mendoza | Paralegal | $250 |
| Vincent N. Doan | Case Clerk | $175 |

**Exhibit B**

**Hourly Rate Ranges of Coblentz Patch Duffy & Bass LLP Professionals and Paraprofessionals for Representation of Debtors as Special Counsel, Effective January 1, 2020**

| | |
|---|---|
| Partners | $500.00 - $950.00 |
| Associates | $405.00 - $490.00 |
| Paraprofessionals | $175.00 - $352.00 |

# NOTICE PARTIES

PG&E Corporation
c/o Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105
Attn: Janet Loduca, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108
Attn: Tobias S. Keller, Esq.
 Jane Kim, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0019
Attn: Stephen Karotkin, Esq.
 Jessica Liou, Esq.
 Matthew Goren, Esq.

The Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Attn: James L. Snyder, Esq.
 Timothy Laffredi, Esq.

Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Attn: Dennis F. Dunne, Esq.
 Sam A Kahlil, Esq.

Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Attn: Paul S. Aronzon, Esq.
 Gregory A. Bray, Esq.
 Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Blvd, Suite 1400
Los Angeles, CA 90025-0509
Attn: Eric E. Sagerman, Esq.
 Lauren T. Attard, Esq.

Bruce A. Markell
Fee Examiner
541 N. Fairbanks Court, Suite 2200
Chicago, IL 60611-3710

16213.101 4817-1465-4380.1

Case: 19-30088    Doc# 4845    Filed: 11/22/19    Entered: 11/22/19 13:17:09    Page 5 of 6

Scott H. McNutt
324 Warren Road
San Mateo, CA 94401

16213.101 4817-1465-4380.1