COLETTE F. STONE, ESQ. (SBN: 129773)
RONALD F. BERESTKA, JR. ESQ. (SBN: 155707)
LYDIA V. KO, ESQ. (SBN: 272588)
STONE & ASSOCIATES
A Professional Corporation
2125 Ygnacio Valley Road, Suite 101
Walnut Creek, CA 94598
Telephone: (925) 938-1555
Facsimile: (925) 938-2937
Email: cstone@stonelawoffice.com
rberestka@stonelawoffice.com

Attorneys for Defendants,
GEORGE M. VLAZAKIS; MARIA BARBIS; JOHN BARBIS;
and ATHANASIA V. VLAZAKIS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In Re: | ) CASE NO. 19-30088 (DM) |
|---|---|
| PG&E CORPORATION, | ) Chapter 11 |
| And | ) **DECLARATION OF MARIA A. BARBIS IN SUPPORT OF MOTION AS TO INAPPLICABILITY OF STAY, AND IN THE ALTERNATIVE FOR RELIEF FROM STAY** |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors, | |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects Both Debtors | ) Date: December 17, 2019<br>) Time: 10:00 a.m.<br>) Dept.: 17<br>)   450 Golden Gate Ave<br>)   San Francisco, CA 94102<br>) Judge: Dennis Montali<br>) Objection Deadline: December 12, 2019<br>) Time: 4:00 p.m. (Pacific Time) |
| *All papers shall be filed in the Lead Case, no. 19-30088 (DM)* | |

I, Maria A. Barbis, declare:

1. I am a defendant in a lawsuit in the California Superior Court, County of Alameda, Case number RG19021463 brought by Pacific Gas & Electric Company. I have personal knowledge of the facts contained in this declaration and if called to testify thereto could competently do so.

2. My maiden name is Vlazakis. My family has owned the property with street addresses of 225-229 Brush Street and 751 Third Street (APN 001-0111-001 and 001-0111-002)

since at least 1960 (Vlazakis property). The Vlazakis property is presently jointly owned by my siblings, myself and my husband, all defendants in this action.

3. The Vlazakis property is adjacent to and shares an entire city block with the PG & E property that has street addresses of 205-209 Brush Street (parcel APN 001-0111-005) (PG & E property). Located on PG & E's property is a long-standing brick building that is fronted on Third Street roughly to the north. The eastern-facing wall of PG & E's brick building runs along the property line with the Vlazakis' property and is adjacent to the Vlazakis' 751 Third Street building. The 751 Third Street building including the roof was attached to the brick wall, and it has been in place for at least 50 years.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 21st day of November, 2019, at Visalia, California.

*[signature: Maria A. Barbis]*

_____
MARIA A. BARBIS