COLETTE F. STONE, ESQ. (SBN: 129773)
RONALD F. BERESTKA, JR. ESQ. (SBN: 155707)
LYDIA V. KO, ESQ. (SBN: 272588)
STONE & ASSOCIATES
A Professional Corporation
2125 Ygnacio Valley Road, Suite 101
Walnut Creek, CA 94598
Telephone: (925) 938-1555
Facsimile: (925) 938-2937
Email: cstone@stonelawoffice.com
rberestka@stonelawoffice.com

Attorneys for
GEORGE M. VLAZAKIS; MARIA BARBIS; JOHN BARBIS;
and ATHANASIA V. VLAZAKIS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION,<br><br>And<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors,<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects Both Debtors<br><br>*All papers shall be filed in the Lead Case, no. 19-30088 (DM)* | CASE NO. 19-30088 (DM)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION AS TO INAPPLICABILITY OF AUTOMATIC STAY, AND IN THE ALTERNATIVE FOR RELIEF FROM STAY**<br><br>Date: December 17, 2019<br>Time: 10:00 a.m.<br>Dept.: 17<br>    450 Golden Gate Ave<br>    San Francisco, CA 94102<br>Judge: Dennis Montali<br><br>Objection Deadline: December 12, 2019<br>Time: 4:00 p.m. (Pacific Time) |

TO DEBTORS, THE UNITED STATES TRUSTEE, AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that a hearing on the Motion as to Inapplicability of Stay, and in the Alternative for Relief from Stay filed by George M. Vlazakis, Maria Barbis, John Barbis, and Athanasia V. Vlazakis ("Vlazakis Defendants:") will be heard by the Honorable Dennis Montali on December 17, 2019 at 10:00 a.m. in the United States Bankruptcy Court for the Northern District of California located at 450 Golden Gate Avenue, 16th Floor, San Francisco, California in Courtroom 17. Vlazakis Defendants are requesting through the Motion that the Bankruptcy Court

issue an order that the automatic stay does not apply to the state court action filed by PG &E entitled <u>Pacific Gas & Electric Company v. Athanasia V. Vlazakis</u>, et al, California Superior Court, County of Alameda, Case number RG19021463, or in the alternative, for an order lifting the bankruptcy stay for "cause" as to the state court action filed by PG &E entitled <u>Pacific Gas & Electric Company v. Athanasia V. Vlazakis, et al</u>, California Superior Court, County of Alameda, Case number RG19021463, in order that the Vlazakis defendants can assert a cross-complaint against PG & E and otherwise litigate the case without any restrictions caused by the Debtor filing for relief under the Bankruptcy Code.

The Motion is brought per 11 USC Section 362(a)(1) and 362(d)(1), and for cause. The Motion is based on this Notice, the Motion, the Declarations of Ronald F. Berestka and Maria Barbis, and any exhibits attached thereto, all filed in support of the Motion and upon all other pleadings and papers on file herein and such oral and documentary evidence as may be presented at the hearing on the Motion.

PLEASE TAKE FURTHER NOTICE that the Debtor is advised to appear personally or by counsel at the preliminary hearing as provided in Local Rule 4001-1(a) and that failure to so appear may result in the Court granting the relief requested without further hearing, including the a determination that the automatic stay does not apply to the above-referenced state court action, or the lifting of the automatic state to allow the Vlazakis defendants to pursue its proposed cross-complaint and the resolution of the state court lawsuit without any restrictions from the automatic stay. Respondent may but will not be required to file responsive pleadings, points and authorities, and declarations in response to the Motion as provided in Bankruptcy Local Rule for the Northern District of California 4001-1(f).

PLEASE TAKE FURTHER NOTICE that any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for Vlazakis Defendants at the above-referenced address so as to be received by no later than 4:00 p.m. (Pacific Time) on December 12, 2019. Any opposition or response must be filed and served on all "Standard Parties" as defined the Second Amended Order Implementing Certain Notice and Case Management Procedures entered by the Court on May 13, 2019 ("Case Management Order"). Any

relief required in the Motion may be granted without a hearing if no opposition is filed and served in accordance with the Case Management Order. In Deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases and Related Adversary Proceedings.

PLEASE TAKE FURTHER NOTICE that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Ave, San Francisco, CA 94102, or (iii) from the Debtor's notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 for U.S. based parties or +1 (929) 333-8977 for international parties or by email at pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

DATED: November 22, 2019         STONE & ASSOCIATES

By _____
COLETTE F. STONE
RONALD F. BERESTKA, JR.
LYDIA V. KO
Attorneys for Defendants
GEORGE M. VLAZAKIS; MARIA A. BARBIS; JOHN A. BARBIS; and ATHANASIA V. VLAZAKIS