# Exhibit A

| Date Statement Filed | Period Covered | Total Compensation and Expenses Incurred for Period Covered | | Total Amount of Fees Authorized to be Paid Pursuant to Interim Compensation Order | Total Amount of Expenses Authorized to be Paid Pursuant to Interim Compensation Order | Objected Amount | Holdback Fees Amount |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees w/ No Objection (@ 80%) | Expenses (@ 100%) | | Fees w/ No Objection (@ 20%) |
| October 30, 2019 | 08/01/19 - 08/31/19 | $1,186,376.00 | $28,806.37 | $945,098.40 | $28,806.37 | $5,003.00 | $236,274.60 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

4