**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No.: 19-30088 (DM) |
| | ) | R.S. No.: |
| PG&E CORPORATION | ) | Hearing Date: December 17, 2019 |
| | ) | Time: 10:00 a.m. (PST) |
| -and- | ) | |
| | ) | |
| PACIFIC GAS AND ELECTRIC COMPANY | ) | |
| | ) | |
| Debtors | ) | |
| _____ | ) | |

**Relief From Stay Cover Sheet**

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)  Date Petition Filed: <u>January 29, 2019</u>         Chapter: 11
     Prior hearings on this obligation: <u>None</u>       Last Day to File §523/§727 Complaints:

(B)  Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value: $_____      Source of value: _____
   Contract Balance: $_____       Pre-Petition Default: $_____
   Monthly Payment: $_____        No. of months: _____
   Insurance Advance: $_____      Post-Petition Default: $_____
                                            No. of months: _____

(C)  Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $_____ Source of value: _____ If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal. $_____             Pre-Petition Default: $_____
   As of (date): _____             No. of months: _____
   Mo. payment: $_____             Post-Petition Default: $_____
   Notice of Default (date): _____ No. of months:
   Notice of Trustee's Sale: _____ Advances Senior Liens: $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $ | $ | $ |
| 2nd Trust Deed: _____ | $ | $ | $ |
| (Total) | $ | $ | $ |

(D)  Other pertinent information: This motion seeks to modify the automatic stay to permit Movant to exercise its contractual right to terminate an agreement to which Pacific Gas and Electric Company is a counterparty.

Dated: November 22, 2019                MORGAN LEWIS & BOCKIUS, LLP

                                        By:   <u>/s/ Richard W. Esterkin</u>
                                              Richard W. Esterkin (SBN 70769)

                                        Attorneys for <u>Henrietta D Energy Storage LLC</u>