1  GREGG M. FICKS (State Bar No. 148093)
   COBLENTZ PATCH DUFFY & BASS LLP
2  One Montgomery Street, Suite 3000
   San Francisco, California 94104-5500
3  Telephone: 415.391.4800
   Facsimile: 415.989.1663
4  Email: ef-gmf@cpdb.com

5  *Special Counsel to Debtors*
   *and Debtors in Possession*

6

7

8            **UNITED STATES BANKRUPTCY COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA**

10           **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 11 **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| 12 **PG&E CORPORATION,** | Chapter 11 |
| 13    **-and-** | (Lead Case) |
| 14 **PACIFIC GAS & ELECTRIC COMPANY,** | (Jointly Administered) |
| 15     **Debtors.** | **AMENDED CERTIFICATE OF NO OBJECTION REGARDING EIGHTH MONTHLY FEE STATEMENT OF COBLENTZ PATCH DUFFY & BASS LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 1, 2019, THROUGH SEPTEMBER 30, 2019** |
| 16 ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>17 ☒ Affects both Debtors | |
| 18 *\* All papers shall be filed in Lead Case No. 19-30088 (DM).* | |
| 19 | |
| 20 | [Re: Dkt. No. 4528] |
| 21 | **Objection Deadline:** November 21, 2019 at 4:00 p.m. (Pacific Time) |

22

23

24

25

26

27

28

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

1       On October 31, 2019, Coblentz Patch Duffy & Bass LLP ("**Coblentz**" or the

2  "**Applicant**"), special counsel to PG&E Corporation and Pacific Gas and Electric Company (the

3  "**Debtors**"), filed its *Eighth Monthly Fee Statement of Coblentz Patch Duffy & Bass LLP for*

4  *Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of*

5  *September 1, 2019 through September 30, 2019* [Dkt. No. 4528] (the "**Monthly Fee Statement**"),

6  pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for*

7  *Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of*

8  *Professionals* entered on February 27, 2019 [Dkt. No. 701] (the "**Interim Compensation**

9  **Procedures Order**").

10       On October 31, 2019, the Monthly Fee Statement was served as described in the

11  Certificate of Service of Jamie B. Herszaft (filed November 5, 2019) [Dkt. No. 4583].  The

12  deadline to file responses or oppositions to the Monthly Fee Statement was November 21, 2019,

13  and no oppositions or responses have been filed with the Court or received by the Applicant.

14  Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the

15  Applicant eighty percent (80%) of the total fees and one hundred percent (100%) of the total

16  expenses reflected in, and as requested under, the Monthly Fee Statement upon the filing of this

17  certification without the need for a further order of the Court.  A summary of the fees and

18  expenses sought by the Applicant hereby is annexed hereto as **Exhibit A**.

19  **DECLARATION OF NO RESPONSE RECEIVED**

20  The undersigned hereby declares, pursuant to 28, U.S.C. § 1746, under penalty of perjury, that:

21    1.  I am a partner at the firm of Coblentz Patch Duffy & Bass LLP, special counsel to the

22        Debtors.

23    2.  I certify that I have reviewed the Court's docket in these Chapter 11 Cases and no response

24        or opposition to the Monthly Fee Statement has been filed, and that I have not received any

25        response or opposition to the Monthly Fee Statement.

26

27

28

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

3.   This declaration was executed in San Francisco, California.

DATED:  November 22, 2019          COBLENTZ PATCH DUFFY & BASS LLP


By:      */s/ Gregg M. Ficks*
         Gregg M. Ficks
         Special Counsel to Debtors
         and Debtors in Possession

16213.101 4822-8282-4621.1

3

One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

Coblentz Patch Duffy & Bass LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Exhibit A

## Monthly Fee Statement – Professional Fees and Expenses

| Applicant | Fee Application Period; Filing Date; Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid Pursuant to Interim Comp. Order (80%) | Amount of Expenses Authorized to be Paid Pursuant to Interim Comp. Order (100%) | Amount of Holdback of Total Fees Requested |
|---|---|---|---|---|---|---|---|
| Coblentz Patch Duffy & Bass LLP | 09/01/19 – 09/30/19; 10/31/19; [Dkt. No. 4528] | $113,228.46 | $5,266.00 | 11/21/19 | $90,582.77 | $5,266.00 | $22,645.69 |

16213.101 4822-8282-4621.1

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

# NOTICE PARTIES

PG&E Corporation
c/o Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA  94105
Attn:   Janet Loduca, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA  94108
Attn:   Tobias S. Keller, Esq.
        Jane Kim, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0019
Attn:   Stephen Karotkin, Esq.
        Jessica Liou, Esq.
        Matthew Goren, Esq.

The Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA  94102
Attn:   James L. Snyder, Esq.
        Timothy Laffredi, Esq.

Milbank LLP
55 Hudson Yards
New York, NY  10001-2163
Attn:   Dennis F. Dunne, Esq.
        Sam A Kahlil, Esq.

Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA  90067
Attn:   Paul S. Aronzon, Esq.
        Gregory A. Bray, Esq.
        Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Blvd, Suite 1400
Los Angeles, CA  90025-0509
Attn:   Eric E. Sagerman, Esq.
        Lauren T. Attard, Esq.

Bruce A. Markell
Fee Examiner
541 N. Fairbanks Court, Suite 2200
Chicago, IL  60611-3710

16213.101 4822-8282-4621.1

1   Scott H. McNutt
    324 Warren Road
2   San Mateo, CA 94401

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663
Coblentz Patch Duffy & Bass LLP

16213.101 4822-8282-4621.1