Letter to the Court

The Honorable Steven Skikos  10-17-19
Steven
Sworn Declaration of Micheal Manley
DoB ████████  SS# ████████

This petition for extention and notice of intent to file a claim against PG&E for the Camp Fire in Paradise California.

My legal address is 13570 Andover DR Magalia, CA 95954 I resided with my Grandmother at that address I lost everything I owned in the fire and my inability to file any claims is because I have been incarcerated since 3 days after the fire - I have no contact with my family because I am in the Sonoma County Jail.

I need to be able to restart my life upon my release

Please help me reserve my right to compensation

x Steve Manley   Date 10/18/19

Kind Regards
Steven Micheal Manley
2254 Ordinance Rd. Santa Rosa, CA 95403

**RECEIVED**

OCT 23 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA