XAVIER BECERRA
Attorney General of California
CHRISTINA BULL ARNDT
Supervising Deputy Attorney General
ERICA B. LEE
Deputy Attorney General
State Bar No. 288151
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 269-6386
 Fax:  (916) 731-2121
 E-mail:  Erica.Lee@doj.ca.gov
*Attorneys for Creditor California
Department of Parks and Recreation*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case No.  19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF CLAIM NO. 60103 FILED
BY CALIFORNIA DEPARTMENT OF PARKS AND RECREATION**

The California Department of Parks and Recreation hereby withdraws Proof of Claim No. 60103 filed on October 17, 2019, as an unsecured claim in the amount of $1,025,000.00.  The California Department of Parks and Recreation authorizes the Clerk of this Court to reflect this withdrawal on the official claims register for the above-named Debtor.

//

//

//

-1-

Notice of Withdrawal

DATED: November 25, 2019

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
CHRISTINA BULL ARNDT
Supervising Deputy Attorney General

*/s/ E. Lee*

ERICA B. LEE
Deputy Attorney General
*Attorneys for Creditor
California Department of Parks
and Recreation*