# PROOF OF SERVICE

I, Erica Lee, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 300 South Spring Street Los Angeles, California 90013. On November 25, 2019, I served the within document:

**NOTICE OF WITHDRAWAL OF CLAIM NO. 60103 FILED BY CALIFORNIA DEPARTMENT OF PARKS AND RECREATION**

By Electronic Service only via CM/ECF.

_____
Erica Lee