# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | **Bankruptcy Case** |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | **Chapter 11** |
| COMPANY, | **(Lead Case)** |
| Debtors. | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On November 21, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restrictions and Redaction

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 26th day of November 2019, at New York, NY.

_____
Sonia Akter

SRF 37733

**Exhibit A**

Exhibit A
Notice Parties Service List
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP | Kevin J. Orsini | 825 Eighth Avenue | | New York | NY | 10019-7475 |
| Jones Day | James O. Johnston, Esq. | 555 South Flower Street | | Los Angeles | CA | 90071-2300 |
| Skikos, Crawford, Skikos & Joseph, LLP | Steve Skikos, Esq. | One Sansome Street | Suite 2830 | San Francisco | CA | 94104-4435 |
| Weil, Gotshal &Manges LLP | Jessica Liou | 767 Fifth Avenue | | New York | NY | 10153-0119 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)
Page 1 of 1

Case: 19-30088    Doc# 4868    Filed: 11/26/19    Entered: 11/26/19 14:34:40    Page 3 of 5

**Exhibit B**

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on November 19, 2019 was filed on November 20, 2019. The following deadlines apply:

The parties have until Wednesday, November 27, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Wednesday, December 11, 2019.

If a request for redaction is filed, the redacted transcript is due Monday, December 23, 2019.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, February 18, 2020, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 11/25/19

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court