**EXHIBIT A**

**COMPENSATION BY PROFESSIONAL**
**AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

| Name of Professional Individual | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tomer Perry | Managing Director | n/a | 25.0 | n/a |
| Ken Ziman | Managing Director | n/a | 176.5 | n/a |
| Gregory Hort | Director | n/a | 61.5 | n/a |
| Eli Silverman | Vice President | n/a | 292.0 | n/a |
| Garrett Deutsch | Associate | n/a | 2.0 | n/a |
| Daniel Katz | Associate | n/a | 159.0 | n/a |
| Nathan Mooney | Associate | n/a | 210.5 | n/a |
| Matt Strain | Associate | n/a | 116.0 | n/a |
| Luke Cummings | Analyst | n/a | 115.0 | n/a |
| Liam Fine | Analyst | n/a | 149.0 | n/a |
| Kevin Hatch | Analyst | n/a | 120.5 | n/a |
| Dan Liotta | Analyst | n/a | 172.3 | n/a |
| Katherine Tobeason | Analyst | n/a | 2.0 | n/a |
| Scott Belinsky | Analyst | n/a | 68.0 | n/a |
| **TOTALS** | | n/a | **1,669.3** | **$300,000.00** |