# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD AUGUST 1, 2019 THROUGH AUGUST 31, 2019

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Car Services and Taxis | | $6,418.89 |
| Employee Meals | | 662.24 |
| Legal Expenses | | 3,531.91 |
| Legal Fees | | 52,014.50 |
| Meals – Meetings/Travel | | 2,383.23 |
| Travel | | 47,797.87 |
| **Total Expenses** | | **$38,012.35** |

Case: 19-30088    Doc# 4871-3    Filed: 11/26/19    Entered: 11/26/19 16:57:30    Page 1 of 1