# EXHIBIT E

## DETAIL OF EXPENSES
## FOR THE PERIOD AUGUST 1, 2019 THROUGH AUGUST 31, 2019

# PG&E Corporation
# Monthly Fee Statement
# Lazard Frères & Co. LLC

## August 1, 2019 - August 31, 2019

### Fee Calculation

| Item | Amount Incurred |
|---|---:|
| Monthly Fee: August 1, 2019 - August 31, 2019 | $300,000.00 [1] |
| **TOTAL** | **$300,000.00** |

### Summary of Out-of-Pocket Expenses [2]

| Item | Amount Incurred |
|---|---:|
| Car Services and Taxis | $5,049.45 |
| Employee Meals | 291.28 |
| Meals-Meetings/Travel | 1,665.13 |
| Travel | 31,006.49 |
| **TOTAL** | **$38,012.35** |

---

[1] Lazard's retention was approved pursuant to the terms and conditions set forth in the engagement letter dated January 4, 2019 (the "Engagement Letter"), as limited or modfied by the Retention Order [Dkt. No. 2229].

[2] Additional expense detail will be furnished upon request.

[3] For legal representation of Lazard. See attached invoices.

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 10/16/2019

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| **OPENING BALANCE** | **12/31/1899** | | | - |
| Travel - Air | 9/3/2019 | Eli Silverman | United/SFO/EWR - coach 08/23/2019 / AMEX | 1,662.08 |
| Travel - Air | 9/3/2019 | Eli Silverman | AA/JFK/SFO - coach 08/11/2019 / AMEX | 1,743.67 |
| Travel - Air | 9/3/2019 | Eli Silverman | United/EWR/SFO - coach 07/31/2019 / AMEX | 1,799.57 |
| Travel - Air | 9/3/2019 | Eli Silverman | Delta/SFO/Atlanta 08/02/2019 / AMEX | 969.09 |
| Travel - Air | 9/3/2019 | Eli Silverman | United/SFO/EWR - coach 07/25/2019 / AMEX | 1,702.08 |
| Travel - Air | 9/3/2019 | Eli Silverman | AA/SFO/JFK - coach 07/25/2019 / AMEX | 1,743.67 |
| Travel - Air | 9/3/2019 | Eli Silverman | AA/JFK/SFO - coach 07/23/2019 / AMEX | 1,127.30 |
| Travel - Air | 9/3/2019 | Eli Silverman | JetBlue/JFK/SFO - coach 07/23/2019 / AMEX | 846.30 |
| Travel - Air | 9/3/2019 | Eli Silverman | JetBlue/JFK/SFO - coach 07/23/2019 / AMEX | 666.29 |
| Travel - Air | 9/6/2019 | Matthew Strain | DELTA JFK/SFO/JFK Coach 08/01/2019 / AMEX | 1,375.81 |
| Travel - Air | 9/6/2019 | Nathan Mooney | Flt EWR/SFO RT coach 08/07/2019 / AMEX | 1,200.00 |
| Travel - Air | 9/6/2019 | Nathan Mooney | Flt EWR/SFO RT coach 08/12/2019 / AMEX | 1,000.00 |
| Travel - Air | 9/6/2019 | Nathan Mooney | Flt SFO/EWR RT Coach 08/19/2019 / AMEX | 1,200.00 |
| Travel - Air | 9/6/2019 | Nathan Mooney | Flt SFO/EWR OW coach 08/15/2019 / AMEX | 662.08 |
| Travel - Air | 9/6/2019 | Nathan Mooney | Flt SFO/EWR OW coach 07/25/2019 / AMEX | 1,000.00 |
| Travel - Air | 9/6/2019 | Nathan Mooney | Flt EWR/SFO OW coach * 08/12/2019 / AMEX | 1,000.00 |
| Travel - Air | 9/6/2019 | Nathan Mooney | Flt EWR/SFO OW coach 07/23/2019 / AMEX | 156.84 |
| Travel - Air | 9/23/2019 | Daniel Katz | Jetblue JFK/SFO/JFK - Coach 08/01/2019 / AMEX | 970.81 |
| Travel - Air | 9/30/2019 | Matthew Strain | UNITED SFO/EWR Coach 09/05/2019 / AMEX | 940.00 |
| Travel - Air | 9/30/2019 | Matthew Strain | American Coach JFK/SFO 09/04/2019 / AMEX | 940.25 |
| **Travel - Air Total** | | | | **22,705.84** |
| Car Services - After Hours | 9/3/2019 | Eli Silverman | Saturday/Lazard/home-NYC 07/27/2019 Time: 12:30 / AMEX | 15.08 |
| Car Services - After Hours | 9/4/2019 | Dan Liotta | LYFT - work to home 08/12/2019 Time: 01:03 / AMEX | 32.79 |
| Car Services - After Hours | 9/4/2019 | Gregory Hort | UBER OFFICE TO HOME 07/31/2019 Time: 18:58 / AMEX | 33.79 |
| Car Services - After Hours | 9/4/2019 | Gregory Hort | UBER OFFICE TO HOME 08/07/2019 Time: 21:21 / AMEX | 31.30 |
| Car Services - After Hours | 9/4/2019 | Liam Fine | UBER OFFICE TO HOME 08/07/2019 Time: 01:11 / AMEX | 24.68 |
| Car Services - After Hours | 9/4/2019 | Liam Fine | UBER OFFICE TO HOME 08/06/2019 Time: 01:58 / AMEX | 22.81 |
| Car Services - After Hours | 9/4/2019 | Liam Fine | UBER OFFICE TO HOME 08/08/2019 Time: 23:38 / AMEX | 27.54 |
| Car Services - After Hours | 9/4/2019 | Liam Fine | UBER OFFICE TO HOME 07/31/2019 Time: 02:02 / AMEX | 22.44 |
| Car Services - After Hours | 9/4/2019 | Liam Fine | UBER OFFICE TO HOME 07/30/2019 Time: 04:29 / AMEX | 23.35 |
| Car Services - After Hours | 9/4/2019 | Liam Fine | UBER OFFICE TO HOME 08/12/2019 Time: 22:21 / AMEX | 26.38 |
| Car Services - After Hours | 9/4/2019 | Liam Fine | UBER OFFICE TO HOME 07/26/2019 Time: 00:10 / AMEX | 29.85 |
| Car Services - After Hours | 9/4/2019 | Liam Fine | UBER OFFICE TO HOME 07/29/2019 Time: 02:01 / AMEX | 22.20 |
| Car Services - After Hours | 9/4/2019 | Liam Fine | UBER OFFICE TO HOME 08/05/2019 Time: 01:42 / AMEX | 22.67 |
| Car Services - After Hours | 9/4/2019 | Liam Fine | UBER OFFICE TO HOME 07/24/2019 Time: 22:28 / AMEX | 30.79 |

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Car Services - After Hours | 9/4/2019 | Liam Fine | UBER OFFICE TO HOME 07/25/2019 Time: 22:01 / AMEX | 31.37 |
| Car Services - After Hours | 9/4/2019 | Dan Liotta | work to home weekend 08/03/2019 Time: 23:15 / AMEX | 33.30 |
| Car Services - After Hours | 9/4/2019 | Dan Liotta | work to home late 08/01/2019 Time: 23:40 / AMEX | 26.52 |
| Car Services - After Hours | 9/4/2019 | Katherine Tobeason | UBER Office/Home 07/31/2019 Time: 22:51 / AMEX | 24.27 |
| Car Services - After Hours | 9/6/2019 | Matthew Strain | Uber Lazard Office/Home 07/19/2019 Time: 22:33 / AMEX | 37.93 |
| Car Services - After Hours | 9/6/2019 | Matthew Strain | Uber Lazard Office/Home 07/20/2019 Time: 00:10 / AMEX | 34.76 |
| Car Services - After Hours | 9/6/2019 | Matthew Strain | Uber Lazard Office/Home 07/22/2019 Time: 21:37 / AMEX | 29.32 |
| Car Services - After Hours | 9/6/2019 | Matthew Strain | UBER Work to Home 07/17/2019 Time: 22:05 / AMEX | 30.83 |
| Car Services - After Hours | 9/6/2019 | Matthew Strain | Uber Lazard Office/Home 07/23/2019 Time: 22:00 / AMEX | 73.76 |
| Car Services - After Hours | 9/6/2019 | Nathan Mooney | Car to work weekend 07/27/2019 Time: 09:28 / AMEX | 27.58 |
| Car Services - After Hours | 9/6/2019 | Matthew Strain | Uber Lazard Office/Home 07/16/2019 Time: 22:09 / AMEX | 29.80 |
| Car Services - After Hours | 9/6/2019 | Matthew Strain | Uber Lazard Office/Home 07/21/2019 Time: 23:22 / AMEX | 33.80 |
| Car Services - After Hours | 9/6/2019 | Matthew Strain | Uber Lazard Office/Home 07/31/2019 Time: 04:27 / AMEX | 28.51 |
| Car Services - After Hours | 9/6/2019 | Matthew Strain | Uber Lazard Office/Home 07/20/2019 Time: 10:49 / AMEX | 30.38 |
| Car Services - After Hours | 9/6/2019 | Nathan Mooney | Car to work-weekend 07/27/2019 Time: 14:36 / AMEX | 23.54 |
| Car Services - After Hours | 9/6/2019 | Matthew Strain | Uber Lazard Office/Home 07/21/2019 Time: 14:17 / AMEX | 33.17 |
| Car Services - After Hours | 9/6/2019 | Matthew Strain | Uber Lazard Office/Home 07/18/2019 Time: 00:16 / AMEX | 34.35 |
| Car Services - After Hours | 9/23/2019 | Daniel Katz | UBER Lazard office/Home 07/31/2019 Time: 03:26 / AMEX | 27.81 |
| Car Services - After Hours | 9/23/2019 | Daniel Katz | UBER Lazard office/Home 08/01/2019 Time: 02:07 / AMEX | 27.41 |
| Car Services - After Hours | 9/25/2019 | Gregory Hort | UBER OFFICE TO HOME 08/23/2019 Time: 14:41 / AMEX | 34.86 |
| Car Services - After Hours | 9/25/2019 | Gregory Hort | UBER OFFICE TO HOME 08/16/2019 Time: 13:39 / AMEX | 20.65 |
| Car Services - After Hours | 9/30/2019 | Matthew Strain | Uber Home/Laz Office Wknd 08/31/2019 Time: 15:41 / AMEX | 36.80 |
| Car Services - After Hours | 9/30/2019 | Matthew Strain | UBER Laz office to home 08/21/2019 Time: 22:12 / AMEX | 31.11 |
| Car Services - After Hours | 9/30/2019 | Matthew Strain | Uber Laz Ofc/Home Wknd 08/31/2019 Time: 19:54 / AMEX | 53.24 |
| Car Services - After Hours | 9/30/2019 | Matthew Strain | Uber Home/Laz Office Holiday 09/02/2019 Time: 18:06 / AMEX | 28.81 |
| Car Services - After Hours | 9/30/2019 | Matthew Strain | UBER LAZARD Office/Home 08/20/2019 Time: 02:01 / AMEX | 19.86 |
| Car Services - After Hours | 9/30/2019 | Matthew Strain | UBER LAZARD Office/Home 08/17/2019 Time: 23:18 / AMEX | 35.59 |
| Car Services - After Hours | 9/30/2019 | Matthew Strain | UBER LAZARD Office/Home 08/16/2019 Time: 01:19 / AMEX | 18.51 |
| Car Services - After Hours | 9/30/2019 | Matthew Strain | Uber Laz Ofc/Home Holiday 09/02/2019 Time: 19:54 / AMEX | 28.87 |
| **Car Services - After Hours Total** | | | | **1,292.37** |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | Home/Weil/NYC 07/19/2019 / AMEX | 9.13 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | JFK airport/home-NYC 07/25/2019 / AMEX | 104.04 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | Home-NYC/JFK airport 07/23/2019 / AMEX | 76.52 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | PG&E/hotel/San Fran 08/01/2019 / AMEX | 22.26 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | Courthouse/PG&E - San Fran 07/24/2019 / AMEX | 39.83 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | Meeting/hotel/San Fran 07/25/2019 / AMEX | 30.13 |

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 10/16/2019

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | Hotel/PG&E/San Fran 08/01/2019 / AMEX | 20.40 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | Weil office/Lazard 07/22/2019 / AMEX | 26.24 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | SFO airport/hotel/San Fran 08/11/2019 / AMEX | 76.51 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | Hotel/PG&E/San Fran 08/12/2019 / AMEX | 18.93 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | Hotel/PG&E/San Fran 08/02/2019 / AMEX | 18.47 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | LGA airport/home-NYC 08/04/2019 / AMEX | 54.44 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | SFO airport/PG&E/San Fran 07/23/2019 / AMEX | 76.50 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | Akin office/hotel - San Fran 07/23/2019 / AMEX | 26.61 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | Hotel/SFO airport 07/25/2019 / AMEX | 76.64 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | Hotel/Courthouse/San Fran 08/13/2019 / AMEX | 14.95 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | Home/JPG meeting/NYC 08/06/2019 / AMEX | 11.33 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | Lazard/Newark airport 07/31/2019 / AMEX | 86.09 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | Lazard/client meeting/NYC 08/08/2019 / AMEX | 14.16 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | Meeting/home NYC 08/06/2019 / AMEX | 69.67 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | Lazard/Credit Suisse/NYC 08/06/2019 / AMEX | 56.28 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | Lazard/Citi meeting/NYC 08/07/2019 / AMEX | 49.00 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | Home-NYC/Laguardia airport 08/11/2019 / AMEX | 77.77 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | PG&E/hotel/San Fran 07/24/2019 / AMEX | 29.43 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | Lazard/Weil's office/NYC 07/29/2019 / AMEX | 19.78 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | SFO airport/hotel/San Fran 07/31/2019 / AMEX | 83.98 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | Home-NYC/client meeting 07/17/2019 / AMEX | 13.49 |
| Car Services - Business Travel | 9/3/2019 | Eli Silverman | Home/client meeting 07/22/2019 / AMEX | 20.34 |
| Car Services - Business Travel | 9/4/2019 | Gregory Hort | EMPIRE Hotel to PG&E meeting to SFO 08/02/2019 / AMEX | 100.00 |
| Car Services - Business Travel | 9/4/2019 | Gregory Hort | EMPIRE SFO AIRPORT TO HOTEL 08/01/2019 / AMEX | 90.01 |
| Car Services - Business Travel | 9/4/2019 | Gregory Hort | EMPIRE NEW YORK AIRPORT TO HOME 08/02/2019 / AMEX | 105.09 |
| Car Services - Business Travel | 9/6/2019 | Nathan Mooney | Car from hotel to SFO (2 pl) 07/25/2019 / AMEX | 91.53 |
| Car Services - Business Travel | 9/6/2019 | Nathan Mooney | Car from SFO to client mtg 08/12/2019 / AMEX | 98.24 |
| Car Services - Business Travel | 9/6/2019 | Nathan Mooney | Car from home to EWR 08/12/2019 / AMEX | 79.52 |
| Car Services - Business Travel | 9/6/2019 | Nathan Mooney | Car to pge office from SFO 07/23/2019 / AMEX | 93.67 |
| Car Services - Business Travel | 9/6/2019 | Nathan Mooney | Car from nyc mtgs to Laz office (6ppl) 08/07/2019 / AMEX | 94.39 |
| Car Services - Business Travel | 9/6/2019 | Nathan Mooney | Car to pge mtg at citi nyc (6 ppl) 08/07/2019 / AMEX | 87.41 |
| Car Services - Business Travel | 9/6/2019 | Matthew Strain | TRISTAR PG&E office to SFO 08/06/2019 / AMEX | 91.46 |
| Car Services - Business Travel | 9/6/2019 | Nathan Mooney | Car from EWR to home 07/25/2019 / AMEX | 82.41 |
| Car Services - Business Travel | 9/6/2019 | Nathan Mooney | Car from mtg to mtg SF 08/13/2019 / AMEX | 37.07 |
| Car Services - Business Travel | 9/6/2019 | Nathan Mooney | Car from home to EWR 07/23/2019 / AMEX | 80.27 |
| Car Services - Business Travel | 9/6/2019 | Nathan Mooney | Car to SF hotel from mtg SF 07/25/2019 / AMEX | 20.21 |

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 10/16/2019

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Car Services - Business Travel | 9/6/2019 | Nathan Mooney | Car from client mtg to mtg 08/13/2019 / AMEX | 20.47 |
| Car Services - Business Travel | 9/6/2019 | Matthew Strain | Uber Lazard Office/Home 08/02/2019 / AMEX | 17.95 |
| Car Services - Business Travel | 9/6/2019 | Matthew Strain | TRISTAR EWR to Home 08/06/2019 / AMEX | 118.39 |
| Car Services - Business Travel | 9/6/2019 | Matthew Strain | Uber Lazard Office/Airport 08/01/2019 / AMEX | 84.30 |
| Car Services - Business Travel | 9/6/2019 | Ken Ziman | Car from hotel to mtg SF 07/24/2019 / AMEX | 9.22 |
| Car Services - Business Travel | 9/6/2019 | Ken Ziman | Car from home to EWR 07/23/2019 / AMEX | 92.05 |
| Car Services - Business Travel | 9/6/2019 | Ken Ziman | Car to mtg w PJT 07/17/2019 / AMEX | 27.30 |
| Car Services - Business Travel | 9/6/2019 | Ken Ziman | Car from home to meeting 07/29/2019 / AMEX | 29.38 |
| Car Services - Business Travel | 9/6/2019 | Ken Ziman | Car from airport to home nyc 07/25/2019 / AMEX | 78.30 |
| Car Services - Business Travel | 9/6/2019 | Ken Ziman | Car from SFO to hotel 07/23/2019 / AMEX | 35.69 |
| Car Services - Business Travel | 9/6/2019 | Ken Ziman | Car from home to mtg 07/25/2019 / AMEX | 23.52 |
| Car Services - Business Travel | 9/6/2019 | Ken Ziman | Car from hotel to SFO 07/25/2019 / AMEX | 32.01 |
| Car Services - Business Travel | 9/10/2019 | Christian Tempke | TAXI 7/16 SFO-hotel 07/17/2019 / AMEX | 59.16 |
| Car Services - Business Travel | 9/10/2019 | Christian Tempke | YELLOW CAB 7/17 Meeting-SFO 07/18/2019 / AMEX | 56.40 |
| Car Services - Business Travel | 9/10/2019 | Christian Tempke | UBER8/6 ClientNYCDinner-Home 08/07/2019 / AMEX | 95.67 |
| Car Services - Business Travel | 9/10/2019 | Christian Tempke | CABSFHotel- SFO7/17NoReceipt 07/17/2019 / AMEX | 11.55 |
| Car Services - Business Travel | 9/23/2019 | Daniel Katz | UBER SFO Hotel/PGE Office 08/01/2019 / AMEX | 18.87 |
| Car Services - Business Travel | 9/23/2019 | Daniel Katz | UBER SFO/Hotel 08/01/2019 / AMEX | 96.41 |
| Car Services - Business Travel | 9/23/2019 | Daniel Katz | UBER HOME/JFK 08/01/2019 / AMEX | 75.14 |
| Car Services - Business Travel | 9/23/2019 | Daniel Katz | UBER JFK/Home 08/03/2019 / AMEX | 81.90 |
| Car Services - Business Travel | 9/23/2019 | Daniel Katz | UBER Hotel/Restaurant 08/02/2019 / AMEX | 20.22 |
| Car Services - Business Travel | 9/30/2019 | Matthew Strain | Uber Home/Laz Off Vac Day 08/30/2019 / AMEX | 32.02 |
| Car Services - Business Travel | 9/30/2019 | Matthew Strain | Uber SFO/Hotel 09/05/2019 / AMEX | 92.97 |
| Car Services - Business Travel | 9/30/2019 | Matthew Strain | Uber EWR/ Home 09/06/2019 / AMEX | 90.13 |
| Car Services - Business Travel | 9/30/2019 | Matthew Strain | Uber PGE SFO Ofc /SFO AIRPORt 09/05/2019 / AMEX | 83.90 |
| Car Services - Business Travel Total | | | | 3,757.08 |
| Travel - Hotels | 9/3/2019 | Eli Silverman | Ritz/San Fran-2 nts @ $600 ea. 08/02/2019 / AMEX | 1,200.00 |
| Travel - Hotels | 9/3/2019 | Eli Silverman | Ritz/San Fran - 2nts @ $600 07/25/2019 / AMEX | 1,200.00 |
| Travel - Hotels | 9/4/2019 | Gregory Hort | FOUR SEASONS SAN FRA SAN FRANC 08/02/2019 / AMEX | 564.76 |
| Travel - Hotels | 9/4/2019 | Gregory Hort | FOUR SEASONS SAN FRA SAN FRANC 07/26/2019 / AMEX | 553.12 |
| Travel - Hotels | 9/6/2019 | Matthew Strain | RITZ CARLTON SAN FRA SAN FRANC 08/02/2019 / AMEX | 400.00 |
| Travel - Hotels | 9/6/2019 | Ken Ziman | Hotel 2 nights SF Rtz 07/25/2019 / AMEX | 1,200.00 |
| Travel - Hotels | 9/6/2019 | Nathan Mooney | Hotel Rtz SF 2n 07/25/2019 / AMEX | 1,200.00 |
| Travel - Hotels | 9/10/2019 | Christian Tempke | RITZ7/16SAN FRAN1nite@400 07/17/2019 / AMEX | 600.00 |
| Travel - Hotels | 9/23/2019 | Daniel Katz | RITZ CARLTON SAN FRA SAN FRANC 08/02/2019 / AMEX | 400.00 |
| Travel - Hotels | 9/30/2019 | Matthew Strain | RITZ CARLTON SAN FRA SAN FRANC 09/05/2019 / AMEX | 592.96 |

**DEAL ACTIVITY - Open item balance**
**ALL EXPENSES**
**NYC06350-PG&E**
**Currency: USD - US Dollar**
**Execution Date: 10/16/2019**

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| **Travel - Hotels Total** | | | | **7,910.84** |
| Travel - WiFi/Data fees - airlines/hotels | 9/3/2019 | Eli Silverman | AA wifi - SFO/JFK 07/25/2019 / AMEX | 16.00 |
| Travel - WiFi/Data fees - airlines/hotels | 9/3/2019 | Eli Silverman | United wifi 07/31/2019 / AMEX | 36.99 |
| Travel - WiFi/Data fees - airlines/hotels | 9/3/2019 | Eli Silverman | Delta wifi - Atlanta/NY 08/04/2019 / AMEX | 10.00 |
| Travel - WiFi/Data fees - airlines/hotels | 9/3/2019 | Eli Silverman | AA wifi - JFK/SFO 08/11/2019 / AMEX | 16.00 |
| Travel - WiFi/Data fees - airlines/hotels | 9/3/2019 | Eli Silverman | United wifi - EWR/SFO 07/22/2019 / AMEX | 32.99 |
| Travel - WiFi/Data fees - airlines/hotels | 9/3/2019 | Eli Silverman | Delta wifi - SFO/Atlanta 08/02/2019 / AMEX | 34.00 |
| Travel - WiFi/Data fees - airlines/hotels | 9/4/2019 | Gregory Hort | UNITED AIRLINES   HOUSTON 08/02/2019 / AMEX | 25.99 |
| Travel - WiFi/Data fees - airlines/hotels | 9/4/2019 | Gregory Hort | UNITED AIRLINES   HOUSTON 08/01/2019 / AMEX | 34.99 |
| Travel - WiFi/Data fees - airlines/hotels | 9/6/2019 | Matthew Strain | GOGOINFLIGHT WIFI   877-350-0 08/01/2019 / AMEX wifi 08/01/2019 / AMEX | 39.95 |
| Travel - WiFi/Data fees - airlines/hotels | 9/6/2019 | Nathan Mooney | GOGOINFLIGHT   877-350-0 07/23/2019 / AMEX | 18.99 |
| Travel - WiFi/Data fees - airlines/hotels | 9/6/2019 | Matthew Strain | GOGOINFLIGHT WIFI   877-350-0 08/02/2019 / AMEX | 11.98 |
| Travel - WiFi/Data fees - airlines/hotels | 9/6/2019 | Matthew Strain | UNITED wifi SFO-DEN 7/17 07/16/2019 / AMEX | 39.95 |
| Travel - WiFi/Data fees - airlines/hotels | 9/10/2019 | Christian Tempke | Wifi on Plane UA SFO/EWR 09/05/2019 / AMEX | 20.99 |
| Travel - WiFi/Data fees - airlines/hotels | 9/30/2019 | Matthew Strain | Wifi on plane AA JFK.SFO 09/05/2019 / AMEX | 40.99 |
| Travel - WiFi/Data fees - airlines/hotels | 9/30/2019 | Matthew Strain | | 10.00 |
| **Travel - WiFi/Data fees - airlines/hotels Total** | | | | **389.81** |
| Business Meals with Client | 9/3/2019 | Eli Silverman | Breakfast/Blackseed/NY - 18p 07/18/2019 / AMEX | 60.18 |
| **Business Meals with Client Total** | | | | **60.18** |
| Employee Meals - In Office | 9/3/2019 | Eli Silverman | Dinner/Juice Press/NY - 1p 08/07/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 9/3/2019 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 07/29/2019 / AMEX | 16.37 |
| Employee Meals - In Office | 9/3/2019 | Eli Silverman | Dinner/JuicePress/NY - 1p 07/22/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 9/3/2019 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 08/05/2019 / AMEX | 16.37 |
| Employee Meals - In Office | 9/3/2019 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 07/17/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 9/3/2019 | Eli Silverman | Dinner/JuicePress/NY - 1p 07/20/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 9/3/2019 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 08/09/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 9/3/2019 | Eli Silverman | Dinner/Al Horno/NY - 1p 07/22/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 9/3/2019 | Eli Silverman | Dinner/Chopt/NY -1 07/30/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 9/3/2019 | Eli Silverman | Dinner/Sofia Pizza/NY - 1p 07/19/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 9/4/2019 | Liam Fine | DINNER MURRAY HILL MARKET 1 NEW YORK 08/01/2019 / AMEX | 24.46 |
| Employee Meals - In Office | 9/4/2019 | Liam Fine | DINNER MANGIA NEW YORK 07/22/2019 / AMEX | 23.41 |
| Employee Meals - In Office | 9/6/2019 | Nathan Mooney | Dinner in office-wkend 07/27/2019 / AMEX | 10.67 |
| **Employee Meals - In Office Total** | | | | **291.28** |
| Employee Meals - Travel/Other | 9/3/2019 | Eli Silverman | Dinner/hotel/SanFran - 4p 07/23/2019 / AMEX | 220.16 |
| Employee Meals - Travel/Other | 9/3/2019 | Eli Silverman | Dinner/Ritz hotel/SanFran - 1p 07/31/2019 / AMEX | 46.51 |
| Employee Meals - Travel/Other | 9/3/2019 | Eli Silverman | Lunch/Sprig Cafe/San Fran - 1p 07/23/2019 / AMEX | 4.68 |

Case: 19-30088    Doc# 4871-5    Filed: 11/26/19    Entered: 11/26/19 16:57:30    Page 7 of 8

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 10/16/2019

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Employee Meals - Travel/Other | 9/3/2019 | Eli Silverman | Lunch/Sprig Cafe/San Fran - 1p 07/24/2019 / AMEX | 23.49 |
| Employee Meals - Travel/Other | 9/3/2019 | Eli Silverman | Lunch/Sprig Cafe/San Fran - 1p 08/12/2019 / AMEX | 24.77 |
| Employee Meals - Travel/Other | 9/3/2019 | Eli Silverman | Lunch/Sprig Cafe/San Fran - 1p 08/13/2019 / AMEX | 24.17 |
| Employee Meals - Travel/Other | 9/3/2019 | Eli Silverman | Lunch/Sprig Cafe/San Fran - 1p 07/23/2019 / AMEX | 23.18 |
| Employee Meals - Travel/Other | 9/3/2019 | Eli Silverman | Lunch.Sprig Cafe/San Fran - 1p 08/01/2019 / AMEX | 24.67 |
| Employee Meals - Travel/Other | 9/3/2019 | Eli Silverman | Dinner/Anchor&Hope/SanFran 4p 07/24/2019 / AMEX | 260.00 |
| Employee Meals - Travel/Other | 9/3/2019 | Eli Silverman | Lunch/Napa Farm/San Fran -- 1p 07/25/2019 / AMEX | 27.20 |
| Employee Meals - Travel/Other | 9/4/2019 | Gregory Hort | 665 - DISTRICT MARKE SAN FRANC BFAST 08/01/2019 / AMEX | 7.41 |
| Employee Meals - Travel/Other | 9/4/2019 | Gregory Hort | C2 VANGUARD MKT - NEWARK BFAST 08/01/2019 / AMEX | 6.16 |
| Employee Meals - Travel/Other | 9/4/2019 | Gregory Hort | BOULEVARD 0975  SAN FRAN DINNER 08/01/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 9/4/2019 | Gregory Hort | SPRIG CAFÉ San Fran Lunch 08/01/2019 / AMEX | 6.99 |
| Employee Meals - Travel/Other | 9/6/2019 | Matthew Strain | FOUR SEASONS SF Lunch - 3ppl 08/01/2019 / AMEX | 82.36 |
| Employee Meals - Travel/Other | 9/6/2019 | Nathan Mooney | Travel bfast SF 1 p 07/23/2019 / AMEX | 22.00 |
| Employee Meals - Travel/Other | 9/6/2019 | Matthew Strain | BOULEVARD Dinner  SAN FRANC 08/01/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 9/6/2019 | Matthew Strain | RITZ CARLTON SF Breakfast 08/02/2019 / AMEX | 35.00 |
| Employee Meals - Travel/Other | 9/6/2019 | Nathan Mooney | Travel meal 1 p SF 07/23/2019 / AMEX | 17.15 |
| Employee Meals - Travel/Other | 9/6/2019 | Ken Ziman | Breakfast 1p SF hotel split 07/25/2019 / AMEX | 20.00 |
| Employee Meals - Travel/Other | 9/6/2019 | Nathan Mooney | Travel lunch 1p SF 08/13/2019 / AMEX | 17.88 |
| Employee Meals - Travel/Other | 9/6/2019 | Nathan Mooney | Travel bfast 1 p SF 08/12/2019 / AMEX | 19.93 |
| Employee Meals - Travel/Other | 9/10/2019 | Christian Tempke | CHIPOTLE 7/17 lunch SAN FRANC 07/17/2019 / AMEX | 18.34 |
| Employee Meals - Travel/Other | 9/10/2019 | Christian Tempke | LOS ANGELES AIRPORT7/16 dinner 07/16/2019 / AMEX | 32.02 |
| Employee Meals - Travel/Other | 9/11/2019 | Ken Ziman | Travel dinner 3pl SF 04/30/2019 / Cash | 190.07 |
| Employee Meals - Travel/Other | 9/11/2019 | Ken Ziman | Travel dinner 1p SF 06/25/2019 / Cash | 25.22 |
| Employee Meals - Travel/Other | 9/23/2019 | Daniel Katz | Dinner 4 Seasons Mkt (1person) 08/01/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 9/23/2019 | Daniel Katz | Dinner 4 Seasons SF (2ppl) 08/01/2019 / AMEX | 130.00 |
| Employee Meals - Travel/Other | 9/23/2019 | Daniel Katz | Room Service SFO 1person 08/02/2019 / AMEX | 37.82 |
| Employee Meals - Travel/Other | 9/30/2019 | Matthew Strain | Dilner Ritz Carlton SFO 09/05/2019 / AMEX | 62.77 |
| Employee Meals - Travel/Other Total | | | | 1,604.95 |
| CLOSING BALANCE as of 10/16/2019 | | | | 38,012.36 |