# EXHIBIT A TO § 546(b) NOTICE OF W. BRADLEY ELECTRIC - 11.26.2019

| General Contractor | Job # | GC Contract No. | Job Description | Contract Value | Amount on Lien | Lien Date | Unpaid Work at 01/29/19 | Unpaid Payments Received By 01/28 (Feb. invoices) | Payments Received Between 01/29-11/19/19 | Current Outstanding Pre BK As Of 11/19/19 | Current Outstanding Post BK As Of 11/19/19 | Current Outstanding As Of 11/19/19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Roebbelen | 01-147832 | 21-17-442 | PGE Auburn Dayz | $ 254,989.66 | $66,548.06 | 9/3/2019 | $18,737.10 | $0.00 | -$23,407.47 | $18,737.10 | $24,277.76 | $43,014.86 |
| Roebbelen | 01-149828 | 21-17-430-007 | PGE Templeton | $ 98,657.15 | $54,661.30 | 9/3/2019 | $37,523.58 | $6,818.92 | $0.00 | $44,342.50 | $3,046.80 | $47,389.30 |
| Total | | | | $121,209.36 | | | $56,260.68 | $6,818.92 | -$23,407.47 | $63,079.60 | | $90,404.16 |

PG&E outstanding AR pre-BK
PGE BK

Job 01-147832

Customer Roebbelen Contracting

Contract # 21-17-442

PLACER, County Recorder
RYAN RONCO
DOC- 2019-0067156-00
7136
MONDAY, SEP 9, 2019 10:46 AM
MIC  $3.00 | AUT  $3.00 | SBS  $2.00
ERD  $1.00 | SB2  $75.00 | REC  $11.00
ADD  $0.00
Ttl Pd  $95.00   Rcpt # 0281479
CLKBZRK9T2/GM/1-3

RECORDING REQUESTED BY:

NAME W. Bradley Electric, Inc.

AND WHEN RECORDED MAIL TO:

NAME W. Bradley Electric, Inc.
STREET ADDRESS 90 Hill Road
CITY, STATE & ZIP CODE Novato, CA 94945

Space above this line for Recorder's use

# STATE OF CALIFORNIA MECHANIC'S LIEN
(Claim of Lien – Civil Code Section § 8416)

The undersigned, W. Bradley Electric, Inc.
(FULL NAME OF PERSON OR FIRM CLAIMING MECHANICS LIEN – CONTRACTORS: USE NAME EXACTLY AS IT APPEARS ON CONTRACTOR'S LICENSE)

referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the City of Auburn, County of Placer, State of California, described as follows: 12789 Earhart Avenue, Auburn, CA 95602 APN 052-010-007-000

ASS # 850-001-620-000

(DESCRIPTION OF PROPERTY WHERE THE WORK AND/OR MATERIALS WERE FURNISHED. ALTHOUGH THE STREET ADDRESS ALONE IS SUFFICIENT, IT IS RECOMMENDED TO GIVE BOTH THE STREET ADDRESS AND LEGAL DESCRIPTION.)

After deducting all just credits and offsets, the sum of $ 66,548.06
(AMOUNT OF CLAIM DUE AND UNPAID)

together with interest thereon at the rate of _____ percent per annum from _____ is due
(DATE WHEN AMOUNT OF CLAIM BECAME DUE)

Claimant for the following labor, services, equipment, and/or materials furnished by Claimant:

Electrical work as requested by PG&E for Day 2 Work

(GENERAL DESCRIPTION OF THE WORK AND/OR MATERIALS FURNISHED)

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor, services, equipment, and/or materials is Roebbelen Contracting

(USUALLY NAME OF PERSON OR FIRM WHO CONTRACTED WITH CLAIMANT, OR ORDERED FROM THE CLAIMANT)

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are:

Pacific Gas & Electric 77 Beale Street, San Francisco, CA 94105
(THIS INFORMATION CAN BE OBTAINED FROM THE COUNTY ASSESSOR'S OFFICE WHERE THE REAL PROPERTY IS LOCATED.)

Claimant's Address: 90 Hill Road, Novato, CA 94945

By Ralph Greenwood, CFO
(PRINT NAME)

*Ralph Greenwood*
(SIGNATURE)
W. Bradley Electric, Inc.

## VERIFICATION

I am the CFO of W. Bradley Electric, Inc. in this action. I have read the foregoing
(SPECIFY THE PARTY SUCH AS LIEN CLAIMANT)

claim of mechanic's lien _____ and it is true of my own knowledge,
(SPECIFY PLEADING)

except as to those matters stated on information or belief, and as to those matters, I believe it to be true. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 09/03/19 at 90 Hill Road, Novato, CA 94945
(DATE) (I.E. STREET ADDRESS, CITY, AND STATE WHERE YOU ARE WHILE VERIFYING THIS FORM.)

By Ralph Greenwood, CFO
PRINT CLAIMANT'S NAME

*Ralph Greenwood*
(CLAIMANT'S SIGNATURE)
W. Bradley Electric, Inc.

# California Mechanic's Lien and Notice of Mechanic's Lien
## Proof of Service Affidavit

As per California Civil Code 8416(a)(7), the undersigned served copies of the California Mechanic's Lien form and Notice of Mechanic's Lien document, by certified, registered, or first-class mail, postage prepaid and evidenced by the attached certificate of mailing.

On: 09/03/19      at: Certified Mail with Return Receipt
(Date Notice Served)      (Where Notice was Served)

### Names and Addresses of Parties Served
(Per California Civil Code 8416(a)(7) when serving a mechanic's lien you are required to serve the Owner. However, if the Owner cannot be served by one of the above methods then you can serve the Construction Lender or the Original/Direct Contractor).

**Owner (or Reputed)**

Pacific Gas & Electric
_____ (Owner, or Reputed, Name)

_____ (Name of Person Served)

_____ (Title of Person Served if appropriate)

77 Beale Street
_____ (Street)

San Francisco, CA 94105
_____ (City, State, Zip)

**Construction Lender (or Reputed), if any**

_____ (Construction Lender, or Reputed, Company Name)

_____ (Name of Person Served)

_____ (Title of Person Served if appropriate)

_____ (Street)

_____ (City, State, Zip)

**Direct Contractor (or Reputed)**

Roebbelen Contracting
_____ (Direct Contractor, or Reputed, Name if appropriate)

_____ (Name of Person Served)

_____ (Title of Person Served if appropriate)

1241 Hawks Flight Court
_____ (Street)

El Dorado Hills, CA 95762
_____ (City, State, Zip)

**Other, if any**

_____ (Other Company Name if appropriate)

_____ (Name of Person Served)

_____ (Title of Person Served if appropriate)

_____ (Street)

_____ (City, State, Zip)

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

*[signature]*     Ralph Greenwood
(Signature of person who served notice)     (Printed or typed name of signer)

CFO     W. Bradley Electric, Inc.
(Title of signer)     (Name of company that signer represents)

Signed at Novato, Marin County , California, on September 3 , 20 19
(City and/or County where signer is located when signing)     (Month and Date)     (Year)

Monk and DB jg, LLC & www.TheContractorsGroup.com © 2011-2012 notice-of-mechanics-lien-ca.doc (Rev 5)
CONSULT AN ATTORNEY TO VERIFY THIS FORM'S FITNESS FOR YOUR PURPOSE

# NOTICE OF MECHANIC'S LIEN

## ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property.

The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov

Description of the affected property exactly as it is shown on the mechanic's lien form:

12789 Earhart Avenue, Auburn, CA 95602

RECORDING REQUESTED BY
W. Bradley Electric, Inc.

AND WHEN RECORDED MAIL TO

(Name)
W. Bradley Electric, Inc.

(Street Address)
90 Hill Road

(City, State and Zip)
Novato, CA 94945

SPACE ABOVE THIS LINE FOR RECORDERS USE

# PARTIAL RELEASE OF CLAIM OF MECHANIC'S LIEN

The Mechanic's Lien claimed by W. Bradley Electric, Inc. against Pacific Gas & Electric upon the following real property described in the lien located in the City of Auburn _____, County of Placer _____, State of California, being described as follows:

LEGAL DESCRIPTION: 12789 Earhart Avenue, Auburn, CA 95602 APN 010-007-000

STREET ADDRESS: 12789 Earhart Avenue, Auburn, CA 95602 APN 010-007-000

and that certain Notice of Mechanic's Lien recorded as Instrument No. 2019-0067156-00 on 09/09/19

in Book Number _____, page _____, in the Official records of the County of Placer _____, is hereby partially released.

This release is partial only by reason of the fact that the undersigned has not been paid in full. The original amount of the Mechanic's Lien herein referred to was the sum of $ 66,548.06. There has been paid on the account thereof the sum of $ 23,533.20, leaving a balance now presently due, owing and unpaid to the undersigned in the sum of $ 43,014.86. Said Mechanic's Lien shall remain in full force and effect for the balance due the undersigned.

Dated: 11/22/19

Firm Name W. Bradley Electric, Inc.

(Signature) W. Bradley Electric, Inc.

By: Ralph Greenwood
(Type or Print Name of Person Signing Release)

STATE OF CALIFORNIA )
                     ) ss.
COUNTY OF _____ )

On _____, before me, _____, a Notary Public personally appeared _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

Form/Partial Release of Mechanic's Lien/CalLienLawUpdate.Com

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of Marin )

On November 22nd, 2019 before me, Orin Brown, Notary Public
                                    (insert name and title of the officer)

personally appeared Ralph Greenwood ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

ORIN BROWN  
Notary Public - California  
Marin County  
Commission # 2182801  
My Comm. Expires Feb 10, 2021

Job 01-149828

Customer Roebbelen Contracting

Contract # 21-17-430-007

Tommy Gong
San Luis Obispo - County Clerk-Recorder
09/19/2019 09:35 AM
Recorded at the request of:
PUBLIC
Titles: 1    Pages: 3
Fees:  $102.00
Taxes: $0.00
Total: $102.00

2019033663

RECORDING REQUESTED BY:

NAME W. Bradley Electric, Inc.

AND WHEN RECORDED MAIL TO:

NAME W. Bradley Electric, Inc.
STREET ADDRESS 90 Hill Road
CITY, STATE & ZIP CODE Novato, CA 94945

Space above this line for Recorder's use

# STATE OF CALIFORNIA MECHANIC'S LIEN
(Claim of Lien – Civil Code Section § 8416)

The undersigned, W. Bradley Electric, Inc.
(FULL NAME OF PERSON OR FIRM CLAIMING MECHANIC'S LIEN – "CONTRACTORS" USE NAME EXACTLY AS IT APPEARS ON CONTRACTOR'S LICENSE)

referred to in this Claim of Lien as the Claimant, claims a mechanic's lien for the labor, services, equipment and/or materials described below, furnished for a work of improvement upon that certain real property located in the City of Paso Robles, County of San Luis Obispo, State of California and described as follows: 160 Cow Meadow Place, Paso Robles, CA 93446 APN 040-153-011

¹ (DESCRIPTION OF PROPERTY WHERE THE WORK AND/OR MATERIALS WERE FURNISHED ALTHOUGH THE STREET ADDRESS ALONE IS SUFFICIENT, IT IS RECOMMENDED TO GIVE BOTH THE STREET ADDRESS AND LEGAL DESCRIPTION.)

After deducting all just credits and offsets, the sum of $ 54,661.30
(AMOUNT OF CLAIM DUE AND UNPAID)

together with interest thereon at the rate of _____ percent per annum from _____ is due
(DATE WHEN AMOUNT OF CLAIM BECAME DUE)

Claimant for the following labor, services, equipment, and/or materials furnished by Claimant:
Pacific Gas & Electric Area 4- SC Bull room Refresh

The name of the person or company by whom Claimant was employed, or to whom Claimant furnished the labor, services, equipment, and/or materials is Roebbelen Contracting
(GENERAL DESCRIPTION OF THE WORK AND/OR MATERIALS FURNISHED)
(USUAL NAME OF PERSON OR FIRM WHO CONTRACTED WITH CLAIMANT, OR ORDERED FROM THE CLAIMANT)

The name(s) and address(es) of the owner(s) or reputed owner(s) of the real property is/are:
Pacific Gas & Electric 246 Market Street, San Francisco, CA 94105
(THIS INFORMATION CAN BE OBTAINED FROM THE COUNTY ASSESSOR'S OFFICE WHERE THE REAL PROPERTY IS LOCATED)

Claimant's Address: 90 Hill Road, Novato, CA 94945

By Ralph Greenwood, CFO
(PRINT NAME)                              (SIGNATURE)

## VERIFICATION

I am the CFO of W. Bradley Electric, Inc.       in this action. I have read the foregoing
(SPECIFY THE PARTY SUCH AS LIEN CLAIMANT)

claim of mechanic's lien       and it is true of my own knowledge,
(SPECIFY PLEADING)

except as to those matters stated on information or belief, and as to those matters, I believe it to be true. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 09/03/19       at 90 Hill Road, Novato, CA 94945
(DATE)                     (IF STREET ADDRESS, CITY, AND STATE WHERE YOU ARE WHILE VERIFYING THIS FORM)

By Ralph Greenwood, CFO
(PRINT CLAIMANT'S NAME)         (CLAIMANT'S SIGNATURE)

# California Mechanic's Lien and Notice of Mechanic's Lien
## Proof of Service Affidavit

As per California Civil Code 8416(a)(7), the undersigned served copies of the California Mechanic's Lien form and Notice of Mechanic's Lien document, by certified, registered, or first-class mail, postage prepaid and evidenced by the attached certificate of mailing.

On: 09/03/19      at: Certified Mail with Return Receipt
(Date Notice Served)      (Where Notice was Served)

### Names and Addresses of Parties Served
(Per California Civil Code 8416(a)(7) when serving a mechanic's lien you are required to serve the Owner. However, if the Owner cannot be served by one of the above methods then you can serve the Construction Lender or the Original/Direct Contractor).

**Owner (or Reputed)**

Pacific Gas & Electric
(Owner, or Reputed, Name)

(Name of Person Served)

(Title of Person Served if appropriate)

246 Market Street
(Street)

San Francisco, CA 94105
(City, State, Zip)

**Construction Lender (or Reputed), if any**

(Construction Lender, or Reputed, Company Name)

(Name of Person Served)

(Title of Person Served if appropriate)

(Street)

(City, State, Zip)

**Direct Contractor (or Reputed)**

Roebbelen Contracting
(Direct Contractor, or Reputed, Name if appropriate)

(Name of Person Served)

(Title of Person Served if appropriate)

1241 Hawks Flight Court
(Street)

El Dorado Hills, CA 95762
(City, State, Zip)

**Other, if any**

(Other Company Name if appropriate)

(Name of Person Served)

(Title of Person Served if appropriate)

(Street)

(City, State, Zip)

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

_Ralph Greenwood_ (signature)
(Signature of person who served notice)

Ralph Greenwood
(Printed or typed name of signer)

CFO
(Title of signer)

W. Bradley Electric, Inc.
(Name of company that signer represents)

Signed at Novato, Marin County
(City and/or County where signer is located when signing)
, California, on September 3 , 20 19
(Month and Date) (Year)

| Description of the affected property exactly as it is shown on the mechanic's lien form: |
|---|
| 160 Cow Meadow Place, Paso Robles, CA 93446 |

# NOTICE OF MECHANIC'S LIEN
## ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the enclosed mechanic's lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action against your property.

The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov

Monk and DBug, LLC & www.TheContractorsGroup.com © 2011-2012 notice-of-mechanics-lien-ca.doc (Rev. 5)
CONSULT AN ATTORNEY TO VERIFY THIS FORM'S FITNESS FOR YOUR PURPOSE

END OF DOCUMENT

RECORDING REQUESTED BY
W. Bradley Electric, Inc.

AND WHEN RECORDED MAIL TO

W. Bradley Electric, Inc.
(Name)

90 Hill Road
(Street Address)

Novato, CA 94945
(City, State and Zip)

SPACE ABOVE THIS LINE FOR RECORDERS USE

# PARTIAL RELEASE OF CLAIM OF MECHANIC'S LIEN

The Mechanic's Lien claimed by W. Bradley Electric, Inc. against Pacific Gas & Electric upon the following real property described in the lien located in the City of Paso Robles , County of San Luis Obispo , State of California, being described as follows:

LEGAL DESCRIPTION: 160 Cow Meadow Place, Paso Robles, CA 93446 APN 040-153-011

STREET ADDRESS: 160 Cow Meadow Place, Paso Robles, CA 93446 APN 040-153-011

and that certain Notice of Mechanic's Lien recorded as Instrument No. 2019039623 on 09-19-2019

in Book Number _____ page _____ in the Official records of the County of San Luis Obispo is hereby partially released.

This release is partial only by reason of the fact that the undersigned has not been paid in full. The original amount of the Mechanic's Lien herein referred to was the sum of $ 54,661.30 . There has been paid on the account thereof the sum of $ 7,272.00 , leaving a balance now presently due, owing and unpaid to the undersigned in the sum of $ 47,389.30 . Said Mechanic's Lien shall remain in full force and effect for the balance due the undersigned.

Dated: 11/22/19

Firm Name W. Bradley Electric, Inc.

(Signature) *W. Bradley Electric, Inc.*

By: Ralph Greenwood
(Type or Print Name of Person Signing Release)

STATE OF CALIFORNIA )
) ss.
COUNTY OF: _____ )

On _____, before me, _____, a Notary Public personally appeared _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

Form/Partial Release of Mechanic's Lien/CalienLawUpdate.Com

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ____Marin____ )

On ____November 22nd, 2019____ before me, ____Orin Brown, Notary Public____
(insert name and title of the officer)

personally appeared ____Ralph Greenwood____ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

ORIN BROWN
Notary Public - California
Marin County
Commission # 2182801
My Comm. Expires Feb 10, 2021