**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>              **Debtors**.<br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**STIPULATION BETWEEN DEBTOR PACIFIC GAS AND ELECTRIC COMPANY AND MICHAEL MARROQUIN TO CONTINUE HEARING AND FOR LIMITED RELIEF FROM THE AUTOMATIC STAY**<br><br>[Relates to Dkt. Nos. 4606-4610]<br><br>[Resolving Motion Set for Hearing December 11, 2019 at 10:00 a.m.] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

This stipulation (the "**Stipulation**") is entered into by and between Pacific Gas and Electric Company (the "**Utility**" or the "**Debtor**"), as debtor and debtor in possession, and movant Michael Marroquin ("**Marroquin**"). The Debtor and Marroquin are referred to in this Stipulation collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## RECITALS

A. On November 7, 2019, Marroquin filed the *Motion to Abstain and for Relief from the Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion* [Dkt. 4606] (the "**Motion**").

B. Through the Motion, Marroquin seeks relief from the automatic stay to prosecute his personal injury claims against the Utility in *Marroquin v. Pacific Gas & Electric Company et al.*, Case No. BCV-18-100020 (the "**State Court Action**") pending in the Superior Court of California, County of Kern (the "**State Court**").

C. The State Court Action arises out of injuries that Marroquin allegedly suffered resulting from a May 25, 2017 automobile crash in which the other driver was an employee of the Utility. The Utility's employee is also a named defendant in the State Court Action.

D. Marroquin filed the State Court Action on January 4, 2018.

E. The Debtor and its parent, PG&E Corporation (collectively with the Utility, the "**Debtors**"), filed these Chapter 11 Cases on January 29, 2019 (the "**Petition Date**").

F. The Utility filed a Notice of Stay of Proceedings in the State Court Action on February 11, 2019. The automatic stay applicable to the State Court Action has remained in effect as to the Debtors since the Petition Date. On April 4, 2019, the State Court extended the automatic stay to the Utility's employee.

**NOW, THEREFORE, IT HEREBY IS STIPULATED AND AGREED BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. This Stipulation shall be effective upon entry of an order by this Court approving it.

2.	The hearing on the Motion (the "**Hearing**") shall be continued to March 25, 2020 at 10:00 a.m. (Pacific Time).

3.	The automatic stay shall immediately be modified, to the extent necessary, to permit the Parties to engage in settlement negotiations including, if helpful, through mediation (collectively, the "**Settlement Negotiations**"). The Parties shall use their best efforts to commence the Settlement Negotiations as promptly as possible. The automatic stay shall remain in place for all other purposes.

4.	The Parties may agree in writing to one or more further continuances of the Hearing, without further order of the Court, by filing a notice of continuance. The limited stay relief provided in paragraph 3 above shall continue in effect pending the continued Hearing on the Motion.

5.	If the Settlement Negotiations do not result in a settlement, the Hearing will go forward on the continued date, and the Debtors' opposition to the Motion shall be filed and served not later than 4:00 p.m. Pacific time on the date that is five (5) calendar days before the continued Hearing date.

| | |
|---|---|
| Dated: November 26, 2019 | Dated: November 26, 2019 |
| WEIL, GOTSHAL & MANGES LLP<br>KELLER & BENVENUTTI LLP | LAW OFFICES OF<br>LEONARD K. WELSH |
| /s/ *Peter J. Benvenutti*<br>Peter J. Benvenutti | /s/ *Leonard K. Welsh*<br>Leonard K. Welsh |
| *Attorneys for Debtors*<br>*and Debtors in Possession* | *Attorneys for Movant Michael Marroquin* |