ESTELA O. PINO, SBN 112975
(epino@epinolaw.com)
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101
Roseville, CA 95661
Telephone: (916) 641-2288

Attorneys for the Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases.

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

-and-

In re:

**PACIFIC GAS AND ELECTRIC COMPANY,**

    Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

* All papers shall be filed in the lead case, No. 19-30088(DM)

Case Nos. 19-30088 (DM)

Chapter 11

**MOTION FOR RELIEF FROM AUTOMATIC STAY TO PERMIT THE COURTS OF THE STATE OF CALIFORNIA TO CONDUCT A JURY TRIAL AND RELATED PRETRIAL AND POST TRIAL MATTERS IN CONNECTION WITH THE GHOST SHIP FIRE CASES**

DATE: December 17, 2019
TIME: 10:00 a.m.
PLACE: Courtroom 17
          450 Golden Gate Avenue, 16th Fl.
          San Francisco, California

JUDGE: Hon. Dennis Montali

OBJECTION DEADLINE: **December 12, 2019 (4:00 P.M. Prevailing Pacific Time)**

TO: DEBTORS; THE UNITED STATES TRUSTEE; CREDITORS; OTHER PARTIES IN INTEREST; AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

The Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases (the "Ghost Ship Executive Committee") hereby respectfully submits this Motion for Relief

from the Automatic Stay to Permit the Courts of the State of California to Conduct a Jury Trial and Related Pretrial and Post Trial Matters in Connection with the Ghost Ship Fire Cases (the "Motion") pursuant to 11 U.S.C. Section 362(d)(1), for cause.

The Motion seeks the entry of an order granting relief from the automatic stay to allow the Ghost Ship Plaintiffs to proceed on their wrongful death, survival, personal injury, and related property damage claims (collectively the "Ghost Ship Litigation") against PG&E Corporation and Pacific Gas and Electric Company (collectively the "Debtors"), arising from the fire which occurred on December 2, 2016, at the real property located on 31st Avenue in the City of Oakland, County of Alameda, State of California, bearing Assessor's Parcels Numbers 25-690-10 and 25-690-11, which is commonly referred to as the "Ghost Ship." The fire is commonly referred to as the "Ghost Ship Fire."

The Motion seeks an order to allow the Ghost Ship Litigation to proceed against the Debtors, in order to establish the liability of the Debtors, obtain judgment(s) against the Debtors, and collect any judgment(s) obtained against the Debtors to the extent of available insurance proceeds.

The Motion does not seek relief from the automatic stay to collect any judgment(s) obtained directly against the Debtors, without further order of this Court.

Dated: November 26, 2019

Respectfully submitted,
PINO & ASSOCIATES

By: /s/ Estela O. Pino
Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases.