ESTELA O. PINO, SBN 112975
(epino@epinolaw.com)
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101
Roseville, CA 95661
Telephone: (916) 641-2288

Attorneys for the Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases.

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>    -and-<br><br>In re:<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the lead case, No. 19-30088(DM) | Case Nos. 19-30088 (DM)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY TO PERMIT THE COURTS OF THE STATE OF CALIFORNIA TO CONDUCT A JURY TRIAL AND RELATED PRETRIAL AND POST TRIAL MATTERS IN CONNECTION WITH THE GHOST SHIP FIRE CASES**<br><br>DATE: December 17, 2019<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 17<br>450 Golden Gate Avenue, 16th Fl.<br>San Francisco, California<br><br>JUDGE: Hon. Dennis Montali<br><br>OBJECTION DEADLINE: **December 12, 2019 (4:00 P.M. Prevailing Pacific Time)** |

TO: DEBTORS; THE UNITED STATES TRUSTEE; CREDITORS; OTHER PARTIES IN INTEREST; AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "Petition Date"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), each

filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on December 17, 2019, at 10:00 A.M.(Prevailing Pacific Time) (the "Omnibus Hearing") in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

**PLEASE TAKE FURTHER NOTICE** that, in addition to any other matters to be heard at the Omnibus Hearing, the Bankruptcy Court is scheduled to hear the Motion for Relief from Stay to Permit the Courts of the State of California to Conduct a Jury Trial and Related Pretrial and Post Trial Matters in Connection with the Ghost Ship Fire Cases (the "Motion") filed by the Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases (the "Ghost Ship Executive Committee).

**PLEASE TAKE FURTHER NOTICE** that the Motion is brought pursuant to 11 U.S.C. Section 362(d)(1), for cause. The Motion is based on this Notice, the Motion, the Declaration of Mary E. Alexander, including the exhibits attached thereto, and the Memorandum of Points and Authorities in Support of the Motion, and upon all other pleadings and papers on file herein and such oral and documentary evidence as may be presented during the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on counsel for the Ghost Ship Executive Committee at the above-referenced address so as to be received by no later than **4:00 P.M.(Prevailing Pacific Time) on December 12, 2019**. Any opposition or response must be filed and served on all "Standard Parties" as defined in the Second Amended Order Implementing Certain Notice and Case Management Procedures, entered by the Bankruptcy Court on May 14, 2019, (ECF No. 1996) (the "Case Management

Order"). **Any relief requested in the Motion may be granted without a hearing if no opposition is filed and served in accordance with the Case Management Order.**

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and the supporting papers can be viewed and/or obtained (I) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Ave., San Francisco, CA 94102, or (iii) from the Debtor's notice and claims agent, Prime Clerk, LLC at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S. based parties or +1(929) 333-8977 for international parties or by email at pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: November 26, 2019

Respectfully submitted,
PINO & ASSOCIATES

By: /s/ Estela O. Pino
Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases.