**MARY E. ALEXANDER, J.D., M.P.H.**
**Mary Alexander and Associates, P.C.**
44 Montgomery Street, Suite 1303
San Francisco, CA. 94104
Telephone: 415-433-4440
Facsimile: 415-433-5440

**Education**

    Santa Clara University, School of Law                      1982
    Juris Doctor

    University of California, Berkeley                           1975
    Master of Public Health

    University of Iowa                                                1969
    BA in Biology, Minor in Chemistry

**Area of Practice**

- Personal Injury — Plaintiff

**American Bar Association**

- Member 1982 to present
- 2003 ABA Pursuit of Justice Award
- U.S. District Court District of Arizona, 1986
- U.S. Court of Appeals 9th Circuit, 1982

**Bar Association of San Francisco**

- Member 1984 to present
- Board Member 2004-2007

**Published Works**

- Past Editor-in-Chief of Forum, Consumer Attorneys of California Publication

**Representative Cases**

- Lead attorney working to negotiate a $305 million settlement on behalf of ten California counties against several paint companies. The settlement ended two decades of litigation, which included a $1.15 billion bench verdict.

- A $45 million verdict for a San Mateo victim who had her neck broken and as a result became a quadriplegic who was paralyzed for life when her car was struck by a driver speeding through a red light.
- A $21.4 million jury verdict on behalf of the families of two brothers who died of cancer as a result of their exposure to the known cancer-causing chemical benzene.

- A $13.3 million verdict for a severely injured client in *Hall v. Yosemite Park and Curry Company,* in which faulty bicycle brakes triggered a crash resulting in quadriplegia.
- A $5.5 million settlement for a long-haul trucker who was run over by another trucker while outside the cab of his rig safely locking and inspecting his load.
- A $4 million settlement in a San Francisco Municipal Railway accident, *Landsverk v. CCSFA*.
- $4 million settlement in a pedestrian accident, *Ruszak v. State Farm.*

**Honors and Awards**

- 2019: Consumer Attorney of the Year, Consumer Attorneys of California
- 2019: The Daily Journal's Top 100 Attorneys in California
- 2019: The Daily Journal's Top 30 Plaintiff Lawyers Award
- 2019: National Law Journal's Plaintiff Trailblazer Award
- 2019: Top Women Lawyers Award, The Daily Journal
- 2018-2019: Top Attorneys of North America, Who's Who Directory
- 2018: Best Lawyers in America
- 2018: Top 10 Attorney Award, National Academy of Personal Injury Attorneys
- 2018, 2019: Lawdragon, 500 Leading Lawyers in America
- 2018: Top 25 National Women's Award, National Trial Lawyers
- 2018 (since 2006): Super Lawyers in Northern California
- 2018: Top 25 National Women Trial Lawyers, The National Trial Lawyers
- 2018: Top 100 Attorneys, Lifetime Achievement Northern California
- 2017-2018: 10 Best Attorneys, American Institute of Personal Injury Attorneys
- 2017: Best Law Firm, Best Law Firms of America
- 2016-2019: Best Lawyers, Northern California
- 2015: Top 25 Plaintiff Lawyers – California, The Daily Journal
- 2014: "The Heavyweights" Award, The 500 Leading Lawyers in America
- 2014: Trial Lawyer of the Year, Public Justice
- 2014: Trial Lawyer of the Year Award, San Francisco Trial Lawyers Association (for Lead Paint Verdict)
- 2013: AAJ Leonard Ring Champion of Justice Award
- 2013: Top Rated Lawyers, Top Lawyers of San Francisco Recognized for Excellence & Achievement by the Legal Community
- 2012-2013: Best of 2013, The Recorder, The Best Legal Services and Solutions that Readers Have Rated Highly Across Multiple Categories
- 2012: "The Influencers" Award, The 500 Leading Lawyers in America
- 2012: Top 50 Women Attorneys in Northern California, San Francisco Magazine
- 2012: Trial Lawyer Hall of Fame, California State Bar Litigation Section
- 2010: The Recorder, Million-Dollar Settlements
- 2009: Trial Lawyer of the Year, CAOC Women's Caucus
- 2007: Lawdragon Top 500 Leading Plaintiff Lawyers in America
- 2006: AAJ Women's Trial Lawyer Caucus Special Recognition Award
- 2007: AAJ Distinguished Service Award
- 2005: Presidential Award of Merit, CAOC
- 2004: Edward T. Pollack Award, CAOC

- 2003: Doctor of Law Degree, Santa Clara School of Law, upon giving the Commencement speech at the graduation of the Class of 2003
- 2003: Special Achievement Award, Santa Clara University
- 2003: U. S. Action Leadership Award
- 2003: Top 50 Women Litigators, The Daily Journal
- 2002: Middlesex County Bar Association Minuteman Award – Special Guest of Honor
- 2002: Trial Lawyers Association Award of Appreciation
- 2002: Top 30 Women Litigators, The Daily Journal
- 2002: AAJ Minority Caucus Trailblazer Award
- 2001: Trial Lawyer of the Year Award by Themis Capital Corporation
- 2001-2003: Top 100 Most Influential Lawyers in California, The Daily Journal
- 1999: Wyoming Trial Lawyers Association Award of Appreciation
- 1998: Marvin E. Lewis Award, CAOC
- 1997: Outstanding Achievement Award, CAOC
- 1996: President Public Justice Award
- 1996: AAJ Women's Caucus Marie Lambert Award
- 1996: Democratic Caucus of California State Assembly Award of Appreciation
- 1995: AAJ New Lawyer's Division of AAJ Joe Tonahill Award
- 1994, 1996: Trench Soldier Award, CAOC
- 1993, 1996: AAJ Outstanding State Delegate Award
- 1993-2000, 2002, 2004: AAJ Wiedemann Wysocki Award

**Professional Associations and Memberships**

- 2016: American Board of Trial Advocates Foundation Senior Life Fellow
- 2015: Supreme Court of the United States of America, Admitted
- 2015: ABA Standing Committee on Medical Professional Liability, Member
- 2010: AAJ President, AAJ Endowment
- 2009: AAJ Endowment, Treasurer
- 2008: American Association for Justice, Secretary, AAJ Endowment
- 2007: American Association for Justice, Secretary, AAJ Endowment
- 2005-2006: American Board of Trial Advocates, Member, National Board
- 2005: Roscoe Pound Institute, President
- 2004-2007: Bar Association of San Francisco, Member of Board of Directors
- 2004-2007: Bar Association of San Francisco, Board Member
- 2004-Present: National Center for State Courts, Attorney Board Member
- 2003: American Association for Justice, President
- 2002-Present: AAJ Leaders' Forum, Member
- 2002: American Board of Trial Advocates Foundation Life Fellow
- 2002: American Association for Justice, President Elect
- 2001: American Association for Justice, Vice President
- 2000: American Association for Justice, Secretary
- 2000: Foundation of the American Board of Trial Advocates Life Fellow
- 1999: American Association for Justice, Treasurer
- 1998: American Association for Justice, Parliamentarian

- 1998-2017: American Association for Justice, Member, Board of AAJ Endowment
- 1997-1999: Washinton State Trial Lawyers Association, Member
- 1997-Present: American Board of Trial Advocates, Member
- 1996-1997: American Association for Justice, Chair, State Delegates
- 1996-1997: American Association for Justice, Chair, Council of Presidents
- 1996: Consumer Attorneys of California, President
- 1995-1996: American Association for Justice, Chair, PAC Task Force
- 1995-1999: Public Justice, Member, Board of Governors
- 1995-Present: Western Trial Lawyers Association, Member, Board of Governors
- 1995: Consumer Attorneys of California, President-Elect
- 1994-1995: American Association for Justice, Chair, Membership Committee
- 1994: Consumer Attorneys of California, Vice President
- 1993: Consumer Attorneys of California, Parliamentarian
- 1988-1992: Consumer Attorneys of California, Member, Board of Governors
- 1984-1999: San Francisco Trial Lawyers Association, Board Member
- 1984-Present: Bar Association of San Francisco, Member
- 1982-Present: California Women Lawyers, Member, 1982 – Present
- 1982-Present: Public Justice, Member
- 1982-Present: American Bar Association, Member
- Association of Plaintiff Interstate Trucking Lawyers of America, Member
- College of Master Advocates and Barristers, Member
- College of Master Advocates and Barristers, Senior Counsel
- National Crimes Victims Association, President
- Consumers Attorneys Association of Los Angeles, Member
- San Mateo County Trial Lawyers Association, Member
- Santa Clara Trial Lawyers Association, Member
- Santa Clara University School of Law, Member, Board of Visitors