# OAKLAND FIRE "GHOST SHIP" CASES

|    | Case Name | Case No. | Filed | Plaintiffs' Attorneys |
|----|-----------|----------|-------|----------------------|
| 1  | Askew, Christopher | RG17873709 | 8/31/2017 | Ribera Law Firm |
| 2  | Askew, Leisa | RG17873957 | 9/05/17 | The Veen Firm, P.C. |
| 3  | Avalos, Jose | RG17866659 | 7/06/17 | Mary Alexander & Associates |
| 4  | Barmby, Janet & John and Jean-Thierry Mendiola | RG17869155 | 7/26/17 | Mary Alexander & Associates |
| 5  | Bohlka, Jack | RG17846748 | 1/24/17 | Law Office of Joshua Cohen Slatkin |
| 6  | Bohlka, Margaret | RG17851011 | 2/28/17 | Thon Beck Vanni Callahan & Powell |
| 7  | Brito, Carmen | RG17861366 | 5/23/17 | Mary Alexander & Associates |
| 8  | Calvera, David | RG17869151 | 7/26/17 | Mary Alexander & Associates |
| 9  | Chavarria, Ivannia | RG17872007 | 8/17/17 | Mary Alexander & Associates |
| 10 | Cidlik, Carol | RG17860699 | 5/17/17 | Dolan Law Firm PC |
| 11 | Clark, Rodney | RG17854628 | 3/28/17 | The Brandi Law Firm |
| 12 | Cline, Dennis & Kerry | RG17862635 | 6/2/17 | Dreyer Babich Buccola Wood Campora, LLP |
| 13 | Danemayer, Christopher & Pamela Krueger | RG17861609 | 5/24/17 | Rouda Feder Tietjen McGuinn |
| ~~14~~ | ~~Dennis, Sadao~~ Dismissed 8/23/19 | ~~RG17863866~~ | ~~6/13/17~~ | ~~Girardi & Keese~~ |
| 15 | Dolan, Colleen | RG17860682 | 5/17/17 | The Brandi Law Firm |
| 16 | Farsoudi-Hoda, Farzaneh | RG17871774 | 8/16/17 | Gwilliam, Ivary, Chiosso, Cavalli & Brewer Siegel & Yee |
| 17 | Fritz, Bruce & Nancye | RG17853255 | 3/16/17 | Mary Alexander & Associates |
| 18 | Ghassan, Alexandria & Lucienne and Lesley Moran | RG17848401 | 2/6/17 | Mary Alexander & Associates |
| 19 | Grandchamps, Emilie | RG17849318 | 2/14/17 | Girardi & Keese; The Cochran Firm |
| 20 | Gregory, David & Kimberly | RG16843631 | 12/23/16 | Mary Alexander & Associates |
| 21 | Hough, Brian and Judy | RG17860697 | 5/17/17 | Dolan Law Firm PC |
| 22 | Igaz, John Georges | RG17863541 | 6/9/17 | Dolan Law Firm PC |
| ~~23~~ | ~~Jacobitz, Robert~~ Deceased | ~~RG17863858~~ | ~~6/13/17~~ | ~~Girardi & Keese~~ |

| | | | | |
|---|---|---|---|---|
| 24 | Jahanbani, Natalie | RG17848158 | 2/3/17 | Mary Alexander & Associates |
| 25 | Jo, Yoo Sook & Caleb Seong | RG17871131 | 8/10/17 | Law Offices of Do Kim |
| 26 | Kelber, Nikki | RG17861368 | 5/23/17 | Fiore Achermann |
| 27 | Kellogg, George | RG17857948 | 4/25/17 | Law Office of John R. Browne, III |
| 28 | Kennon, Adam | RG17866657 | 7/06/17 | Mary Alexander & Associates |
| 29 | Kershaw, Andrew; Regan, Linda & Allen, Paul | RG17861362 | 5/23/17 | Mary Alexander & Associates |
| 30 | Kopelman, Yraina | RG17854105 | 3/23/17 | Matiasic & Johnson LLP |
| 31 | Langfur, Benjamin | RG18890521 | 1/25/18 | Girardi & Keese |
| 32 | Lapine, Edmund | RG17854328 | 3/24/17 | Baum Hedlund |
| 33 | Madden, Michael & Catherine | RG16843633 | 12/23/16 | Mary Alexander & Associates |
| 34 | Marin, Aaron | RG17863850 | 6/13/17 | Girardi & Keese |
| 35 | Matlock, Kathe & John | RG17864342 | 6/16/17 | Matiasic & Johnson LLP |
| 36 | Maxwell, Samuel | RG17853077 | 3/15/17 | Kaupp & Feinberg; Bracamontes & Vlasak |
| 37 | McCarty, Gene and Colleen | RG17856893 | 4/17/17 | Girardi & Keese |
| 38 | McGill, Tamra & Phillip | RG17869439 | 7/28/17 | Dreyer Babich Buccola Wood Campora, LLP |
| 39 | Morris, Michael &Toshiko | RG17845655 | 1/13/17 | Mary Alexander & Associates |
| 40 | Morton, Hunter | RG17871997 | 8/17/17 | Mary Alexander & Associates |
| ~~41~~ | ~~O'Brien, Kyle~~ Dismissed 8/08/19 | ~~RG17881032~~ | ~~10/31/17~~ | ~~Mary Alexander & Associates~~ |
| 42 | Perrault, Anthony | RG17884460 | 12/01/17 | Law Office of Paul L. Alaga |
| 43 | Plotkin, Gary and Valerie | RG17850334 | 2/16/17 | Arns Law Firm |
| 44 | Porter, Gretchen and ~~John Dixon~~ Deceased | RG17860470 | 5/16/17 | Mary Alexander & Associates |
| 45 | Ruiz, Andrew | RG17877854 | 10/05/17 | Mary Alexander & Associates |
| 46 | Runnels, Richard & Lorraine | RG17860700 | 5/17/17 | Dolan Law Firm PC |
| 47 | Russell, Michael | RG17872021 | 8/17/17 | Mary Alexander & Associates |
| 48 | Slocum, Susan | RG17854977 | 3/30/17 | Mary Alexander & Associates |
| 49 | Sylvan, Jeffrey and Ursula | RG17884203 | 11/30/17 | Law Office of Randal Blair |

| | | | | |
|---|---|---|---|---|
| 50 | Tanouye, Court and Tomoko | RG18928379 | 11/13/18 | Mary Alexander & Associates |
| 51 | Timonen, Yrjo & Kirsi Piha-Timonen | RG17851540 | 3/3/17 | Girardi & Keese; The Cochran Firm |
| 52 | Vega, Leah | RG17866652 | 7/06/17 | Mary Alexander & Associates |
| 53 | Vega, Maria & Manuel | RG17845597 | 1/13/17 | Dreyer Babich Buccola Wood Campora, LLP |
| 54 | Wadsworth, Edward & Suzanne | RG16843856 | 12/29/16 | Mary Alexander & Associates |
| 55 | Walrath, James & Deborah | RG17854654 | 3/28/17 | Dreyer Babich Buccola Wood Campora, LLP |
| 56 | Wittenauer, Randall | RG17864346 | 6/16/17 | Matiasic & Johnson LLP |