UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: PG&E Corporation,
and
Pacific Gas and Electric Company
Debtor(s)          (Affects Both Debtors)

Bankruptcy No.: 19-30088(DM)
R.S. No.:
Hearing Date: December 17, 2019
Time: 10:00 A.M.

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions.  Complete Section B for mobile homes, motor vehicles, and personal property.  Complete Section C for real property.  Utilize Section C as necessary.  If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)   Date Petition Filed: __January 29, 2019__          Chapter: __11__
      Prior hearings on this obligation: __None__   Last Day to File §523/§727 Complaints:   §523: To be Determined; and
                                                                                            §727: Not Applicable

(B)   Description of personal property collateral (e.g. 1983 Ford Taurus):   NOT APPLICABLE

      Secured Creditor  [  ] or lessor [  ]
      Fair market value:        $_____          Source of value:_____
      Contract Balance:         $_____          Pre-Petition Default:     $_____
      Monthly Payment:          $_____          No. of months:_____
      Insurance Advance:        $_____          Post-Petition Default:    $_____
                                                     No. of months: _____

(C)   Description of real property collateral (e.g. Single family residence, Oakland, CA):   NOT APPLICABLE

      Fair market value: $_____      Source of value:_____          If appraisal, date:_____

      Moving Party's position (first trust deed, second, abstract, etc.):

      Approx. Bal.              $_____          Pre-Petition Default:     $_____
      As of (date): _____                       No. of months: _____
      Mo. payment:              $_____          Post-Petition Default:    $_____
      Notice of Default (date): _____           No. of months: _____
      Notice of Trustee's Sale: _____           Advances Senior Liens:    $_____

      Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed:_____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____: | | | |
| _____: | | | |
| _____: | | | |
| (Total) | $_____ | $_____ | $_____ |

(D)   Other pertinent information:
      The Motion for Relief from Stay requests that the Court terminate the automatic stay to permit a state court jury trial, scheduled to commence on May 26, 2020, on the 2016 Ghost Ship Fire to proceed against the Debtors at the same time as to other defendants.

Dated: November 26, 2019

                                              _____
                                                        Signature
                                              Estela O. Pino
                                              _____
                                                   Print or Type Name
                                              Plaintiffs' Executive Committee appointed by the
                                              Superior Court of the State of California, in and for
                                  Attorney for the County of Alameda, in Case No. RG16843631