Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **THIRD SUPPLEMENTAL DECLARATION OF TOBIAS S. KELLER PURSUANT TO 11 U.S.C. § 327(a) AND FED. R. BANKR. P. 2014(a) AND 2016 ON BEHALF OF KELLER & BENVENUTTI LLP** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Tobias S. Keller, hereby declare pursuant 28 U.S.C. § 1746:

1. I am a partner of the firm of Keller & Benvenutti LLP (the "Firm"), a law firm with offices at 650 California Street, Suite 1900, San Francisco, California 94108.

2. I submit this Declaration as a supplement to my declaration dated March 13, 2019 [Docket No. 870] (the "Original Declaration") in support of the *Application of Debtors Pursuant to 11 U.S.C. §327(a) and Fed. R. Bankr. Proc. 2014(a) and 2016 for Authority to Retain and Employ Keller & Benvenutti LLP as Co-Counsel for the Debtors Nunc Pro Tunc to the Petition Date.*[1]

3. On May 16, 2019, the Firm filed its first supplement to the Original Declaration [Docket No. 2042] in which it disclosed, among other things, a potential dispute as between the Fee Examiner's proposed counsel and one of the Firm's attorneys. On June 21, 2019, the Firm filed its second supplement to the Original Declaration [Docket No. 2715] further elaborating that potential dispute.

4. As anticipated in the Original Declaration, this declaration is submitted to supplement information disclosed in the Original Declaration; as additional information regarding parties in interest becomes available, further supplemental declarations will be submitted to the Court reflecting such amended, supplemented or otherwise modified information.

5. Since the filing of the Original Declaration, additional developments in the Chapter 11 Cases require the supplemental disclosures set forth in the following paragraphs.

6. Disclosure Regarding Claims Representative for Unfiled Fire Claimants

    a. On November 12, 2019, Michael G. Kasolas was appointed as the Claims Representative for Unfiled Fire Claimants by the *Order Extending Bar Date for Fire Claimants and Appointing Claims Representative* [Docket No. 4672].

    b. One attorney of the Firm, Thomas Rupp, worked on representations of Mr. Kasolas in several engagements at his prior firm, usually in Mr. Kasolas's capacity as a bankruptcy

---

[1] Capitalized terms used but not otherwise herein defined have the meanings ascribed to such terms in the Original Declaration.

trustee or state court receiver.  Mr. Rupp did not continue to represent Mr. Kasolas after leaving his prior firm.

       7.       <u>Disclosure Regarding Previous Client</u>

       a.       At his prior firm, Mr. Rupp also worked on a representation of a client[2] with an indirect interest in real property that was destroyed in the October 2017 Sonoma County fires.  Mr. Rupp did not represent this former client in asserting any claims against the Debtors, and he did not continue to represent this client after leaving his prior firm.

       8.       <u>Disclosure Regarding Fee Examiner</u>

       a.       Bruce A. Markell, the Fee Examiner in these Chapter 11 Cases, informed the Court on October 28, 2019 [Docket No. 4709] that he is a friend and former partner of the father of an attorney of the Firm, Dara Silveira.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct and that this declaration was executed at San Francisco, California, on November 27, 2019.

                                           /s/ Tobias S. Keller
                                           Tobias S. Keller

---

[2] The name of the client was not disclosed in the *Declaration of Scott H. Mr. McNutt in Support of Application for Order Authorizing Employment of Scott H. McNutt as Counsel to Fee Examiner* [Docket No. 2559] for attorney-client confidentiality reasons.