| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **CERTIFICATE OF NO OBJECTION REGARDING CONSOLIDATED MONTHLY FEE STATEMENT OF WILLIS TOWERS WATSON US LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 29, 2019 THROUGH AUGUST 31, 2019** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case No. 19-30088 (DM)* | [Re: Docket No. 4584]<br><br>**Objection Deadline:**<br>**November 26, 2019, 4:00 p.m. (Pacific Time)** |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

On November 5, 2019, Willis Towers Watson US LLC ("**WTW**" or the "**Applicant**"), human resource and compensation consultants to PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), filed its *Consolidated Monthly Fee Statement of Willis Towers Watson US LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period January 29, 2019 Through August 31, 2019* [Docket No. 4584] (the "**Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated February 27, 2019 [ECF No. 701] (the "**Interim Compensation Procedures Order**").

The Monthly Fee Statement was served as described in the Certificate of Service of Andrew G. Vignali filed on November 8, 2019 [ECF No. 4626]. The deadline to file responses or oppositions to the Monthly Fee Statement was November 26, 2019, and no oppositions or responses have been filed with

36252234.1 11/27/2019

the Court or received by the Applicant.  Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a Senior Director at Willis Towers Watson US LLC, human resource and compensation consultants for the Debtors.

2. I certify that a review of the Court's docket in these Chapter 11 Cases has been conducted, and I have not received any response or opposition to the Monthly Fee Statement.

3. This Declaration was Executed in San Francisco, California.

Dated:  November 27, 2019                    WILLIS TOWERS WATSON US LLC

                                             _____
                                             Mark J. Kazmierowski
                                             Senior Director
                                             Willis Towers Watson US LLC
                                             345 California Street, Suite 2000
                                             San Francisco, CA 94104-2612
                                             *Human Resource and Compensation*
                                             *Consultants to the Debtors*

36252234.1 11/27/2019

# EXHIBIT A

## Monthly Fee Statement – Professional Fees and Expenses

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to Be Paid at 80% | Expenses Authorized to Be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Willis Towers Watson US LLC | 1/29/2019 to 8/31/2019<br><br>Filed 11/5/2019<br>Docket No. 4584 | $330,613.38 | $27,814.85 | 11/26/2019 | $264,490.95 | $27,814.85 | $66,122.43 |

36252234.1 11/27/2019

**Notice Parties**

PG&E Corporation
c/o Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105
Attn:   Janet Loduca, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108
Attn:   Tobias S. Keller, Esq.,
        Jane Kim, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn:   Stephen Karotkin, Esq.
        Jessica Liou, Esq.
        Matthew Goren, Esq.

The Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Attn:   James L. Snyder, Esq.,
        Timothy Laffredi, Esq.

Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Attn:   Dennis F. Dunne, Esq.,
        Sam A. Khalil, Esq.

Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Attn:   Paul S. Aronzon, Esq.,
        Gregory A. Bray, Esq.,
        Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Attn:   Eric Sagerman, Esq.,
        Cecily Dumas, Esq.

36252234.1 11/27/2019

| 1 | |
|---|---|
| 2 | Bruce A. Markell |
| | Fee Examiner |
| 3 | 541 N. Fairbanks Ct., Ste 2200 |
| | Chicago, IL 60611-3710 |
| 4 | |
| 5 | Scott H. McNutt |
| | 324 Warren Road |
| 6 | San Mateo, California 94402 |

36252234.1 11/27/2019