ESTELA O. PINO, SBN 112975
(epino@epinolaw.com)
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101
Roseville, CA 95661
Telephone: (916) 641-2288

Attorneys for the Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases.

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** </br>**PG&E CORPORATION,** </br>    -and- </br>**In re:** </br>**PACIFIC GAS AND ELECTRIC COMPANY,** </br>    Debtors. </br>☐ Affects PG&E Corporation </br>☐ Affects Pacific Gas and Electric Company </br>☒ Affects both Debtors </br>* All papers shall be filed in the lead case, No. 19-30088(DM) | Case Nos. 19-30088 (DM) </br></br>Chapter 11 </br></br>**PROOF OF SERVICE VIA UNITED STATES MAIL** </br></br>DATE:  December 17, 2019 </br>TIME:  10:00 a.m. </br>PLACE: Courtroom 17 </br>        450 Golden Gate Avenue, </br>        16th Fl. </br>        San Francisco, California </br></br>JUDGE: Hon. Dennis Montali </br></br>OBJECTION DEADLINE: **December 12, 2019 (4:00 P.M. Prevailing Pacific Time)** </br></br>RELATED DOCKET: 4875 |

I am employed in the County of Placer, California. My business address is 1520 Eureka Rd., Suite 101, Roseville, CA 95661. I am over the age of eighteen years and not a party to the foregoing action.

On November 26, 2019, I served the documents named below on the Debtors in said action by causing true copies thereof to be placed in a sealed envelope with postage

Case: 19-30088    Doc# 4885    Filed: 11/27/19    Entered: 11/27/19 10:36:05    Page 1 of 2

thereon fully prepaid in the United States mail in West Sacramento, California, addressed as follows:

**Documents Served:**

1) MOTION FOR RELIEF FROM AUTOMATIC STAY TO PERMIT THE COURTS OF THE STATE OF CALIFORNIA TO CONDUCT A JURY TRIAL AND RELATED PRETRIAL AND POST TRIAL MATTERS IN CONNECTION WITH THE GHOST SHIP FIRE CASES; and

2) NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY TO PERMIT THE COURTS OF THE STATE OF CALIFORNIA TO CONDUCT A JURY TRIAL AND RELATED PRETRIAL AND POST TRIAL MATTERS IN CONNECTION WITH THE GHOST SHIP FIRE CASES; and

3) DECLARATION OF MARY E ALEXANDER IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY TO PERMIT THE COURTS OF THE STATE OF CALIFORNIA TO CONDUCT A JURY TRIAL AND RELATED PRETRIAL AND POST TRIAL MATTERS IN CONNECTION WITH THE GHOST SHIP FIRE CASES [ALONG WITH EXHIBITS 1 THROUGH 4]; and

4) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY TO PERMIT THE COURTS OF THE STATE OF CALIFORNIA TO CONDUCT A JURY TRIAL AND RELATED PRETRIAL AND POST TRIAL MATTERS IN CONNECTION WITH THE GHOST SHIP FIRE CASES; and

5) RELIEF FROM STAY COVER SHEET.

**Party Served**:

PG&E Corporation and Pacific Gas and Electric Company
c/o PG&E Corporation and Pacific Gas and Electric Company
PO Box 770000,
77 Beale Street,
San Francisco, CA 94105
(Attn: Janet Loduca, Esq.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 27, 2019, at Roseville, Placer County, California.

_____
Ramandeep K. Mahal