**EXHIBIT A**

## EXHIBIT A

## HOURS BY PROFESSIONAL
## FOR THE PERIOD OCTOBER 18, 2019 THROUGH NOVEMBER 17, 2019

| PROFESSIONAL | POSITION | TOTAL HOURS |
|---|---|---:|
| Adam Goldberg | Partner | 9.50 |
| Alexander Lange | Senior Director | 22.50 |
| Emily Seeley | Account Manager | 23.50 |
| **TOTAL** | | **55.50** |