**EXHIBIT B**

# EXHIBIT B

## HOURS BY TASK FOR
## FOR THE PERIOD OCTOBER 18, 2019 THROUGH NOVEMBER 17, 2019

| TASK DESCRIPTION | HOURS |
|---|---:|
| Meetings, Emails, and Telephone Calls with Client and/or Client Attorney | 18.50 |
| Internal Client Meetings | 7.00 |
| Research and Writing | 7.50 |
| Working with the Media | 16.00 |
| Communications with External Stakeholders | 6.50 |
| **TOTAL** | **55.50** |