**EXHIBIT C**

## EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD OCTOBER 18, 2019 THROUGH NOVEMBER 17, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Digital Advertisements re Claims Filing Deadline | $4,634.53 |
| **TOTAL EXPENSES REQUESTED:** | **$4,634.53** |