# EXHIBIT D

## Detailed Time Entries

## ADAM GOLDBERG

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 10/18/19 | .5 | Internal Client Meetings |
| 10/21/19 | .5 | Internal Client Meetings |
| 10/23/19 | .5 | Telephone Calls with Client and/or Client Attorneys |
| 10/25/19 | .5 | Internal Client Meetings |
| 10/28/19 | .5 | Emails with Client and/or Client Attorneys |
| 10/29/19 | .5 | Telephone Calls with Client and/or Client Attorneys |
|  | .5 | Internal Client Meetings |
| 10/30/19 | .5 | Telephone Calls with Client and/or Client Attorneys |
| 10/31/19 | .5 | Communications with External Stakeholders |
| 11/4/19 | .5 | Internal Client Meetings |
| 11/6/19 | .5 | Telephone Calls with Client and/or Client Attorneys |
| 11/7/19 | .5 | Emails with Client and/or Client Attorneys |
| 11/11/19 | .5 | Internal Client Meetings |
| 11/13/19 | .5 | Telephone Calls with Client and/or Client Attorneys |
|  | .5 | Internal Client Meetings |
| 11/14/19 | .5 | Internal Client Meetings |
| 11/15/19 | .5 | Research and Writing |
| 10/18/19 | .5 | Internal Client Meetings |
| 10/21/19 | .5 | Internal Client Meetings |
|  |  |  |
| **TOTAL** | **9.5** |  |

**ALEXANDER LANGE**

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 10/18/19 | .5 | Working with the media |
|  | .5 | Research and writing |
| 10/20/19 | .5 | Emails with Client and/or Client Attorneys |
| 10/21/19 | .5 | Emails with Client and/or Client Attorneys |
|  | .5 | Working with the media |
| 10/22/19 | .5 | Working with the media |
|  | .5 | Communications with External Stakeholders |
|  | .5 | Emails with Client and/or Client Attorneys |
| 10/23/19 | .5 | Telephone Calls with Client and/or Client Attorneys |
| 10/24/19 | 1 | Research and writing |
|  | .5 | Telephone Calls with Client and/or Client Attorneys |
| 10/25/19 | .5 | Internal Client Meetings |
| 10/28/19 | .5 | Emails with Client and/or Client Attorneys |
| 10/29/19 | .5 | Telephone Calls with Client and/or Client Attorneys |
|  | 1 | Working with the media |
| 10/30/19 | .5 | Communications with External Stakeholders |
|  | .5 | Telephone Calls with Client and/or Client Attorneys |
| 10/31/19 | .5 | Communications with External Stakeholders |
| 11/1/19 | 1.5 | Communications with External Stakeholders |
| 11/4/19 | .5 | Internal Client Meetings |
|  | .5 | Communications with External Stakeholders |
| 11/5/19 | 1 | Research and writing |
|  | 1 | Communications with External Stakeholders |
|  | .5 | Working with the media |
| 11/6/19 | .5 | Telephone Calls with Client and/or Client Attorneys |
|  | .5 | Working with the media |
| 11/7/19 | .5 | Emails with Client and/or Client Attorneys |
|  | .5 | Communications with External Stakeholders |
|  | .5 | Working with the media |
| 11/8/19 | .5 | Working with the media |
| 11/11/19 | .5 | Emails with Client and/or Client Attorneys |
|  | 1 | Working with the media |
| 11/12/19 | 1.5 | Working with the media |
| 11/13/19 | .5 | Telephone Calls with Client and/or Client Attorneys |
| 11/14/19 | 1 | Communications with External Stakeholders |
|  |  |  |
| **TOTAL:** | **22.5** |  |

# EMILY SEELEY

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 10/18 | 2.5 | Working with the Media |
| 10/19 | 0.5 | Emails with Client and/or Client Attorneys |
| 10/20 | 1 | Working with the Media |
|  | 1 | Emails with Client and/or Client Attorneys |
|  | 0.5 | Telephone Calls with Client and/or Client Attorneys |
| 10/21 | 0.5 | Emails with Client and/or Client Attorneys |
|  | 0.5 | Telephone Calls with Client and/or Client Attorneys |
|  | 0.5 | Research and Writing |
| 10/22 | 0.5 | Emails with Client and/or Client Attorneys |
|  | 0.5 | Research and Writing |
| 10/23 | 0.5 | Telephone Calls with Client and/or Client Attorneys |
|  | 0.5 | Working with the Media |
| 10/24 | 0.5 | Working with the Media |
| 10/25 | 0.5 | Internal Client Meetings |
| 10/28 | 0.5 | Working with the Media |
|  | 0.5 | Emails with Client and/or Client Attorneys |
| 10/29 | 0.5 | Working with the Media |
|  | 0.5 | Emails with Client and/or Client Attorneys |
| 10/30 | 0.5 | Telephone Calls with Client and/or Client Attorneys |
|  | 0.5 | Working with the Media |
|  | 0.5 | Emails with Client and/or Client Attorneys |
| 11/4 | 0.5 | Internal Client Meetings |
| 11/6 | 0.5 | Telephone Calls with Client and/or Client Attorneys |
|  | 0.5 | Working with the Media |
| 11/7 | 0.5 | Research and Writing |
| 11/8 | 1 | Working with the Media |
| 11/11 | 0.5 | Working with the Media |
|  | 0.5 | Research and Writing |
|  | 0.5 | Emails with Client and/or Client Attorneys |
|  | 1 | Research and Writing |
| 11/12 | 0.5 | Research and Writing |
|  | 1 | Working with the Media |
|  | 0.5 | Communications with External Stakeholders |
|  | 0.5 | Emails with Client and/or Client Attorneys |
| 11/13 | 0.5 | Telephone Calls with Client and/or Client Attorneys |
| 11/15 | 1 | Research and Writing |
|  | 0.5 | Emails with Client and/or Client Attorneys |
| **TOTAL:** | **23.5** | |