**EXHIBIT E**

# EXHIBIT E

## EXPENSE DETAIL
## FOR THE PERIOD SEPTEMBER 28, 2019 THROUGH NOVEMBER 17, 2019

| DATE | PROFESSIONAL | EXPENSE DETAIL | AMOUNT |
|---|---|---|---|
| 09/28/2019 | Emily Seeley | Digital Advertisement | $50.00 |
| 09/29/2019 | Emily Seeley | Digital Advertisement | $25.00 |
| 09/30/2019 | Emily Seeley | Digital Advertisement | $35.00 |
| 10/01/2019 | Emily Seeley | Digital Advertisement | $50.00 |
| 10/02/2019 | Emily Seeley | Digital Advertisement | $75.00 |
| 10/04/2019 | Emily Seeley | Digital Advertisement | $75.00 |
| 10/06/2019 | Emily Seeley | Digital Advertisement | $125.00 |
| 10/10/2019 | Emily Seeley | Digital Advertisement | $175.00 |
| 10/12/2019 | Emily Seeley | Digital Advertisement | $250.00 |
| 10/13/2019 | Emily Seeley | Digital Advertisement | $400.00 |
| 10/15/2019 | Emily Seeley | Digital Advertisement | $600.00 |
| 10/17/2019 | Emily Seeley | Digital Advertisement | $900.00 |
| 10/20/2019 | Emily Seeley | Digital Advertisement | $900.00 |
| 10/22/2019 | Emily Seeley | Digital Advertisement | $900.00 |
| 10/27/2019 | Emily Seeley | Digital Advertisement | $74.53 |
| | | | |
| | | **TOTAL** | **$4,634.53** |