Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

# Exhibit A

## COMPENSATION BY PROFESSIONAL
## SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

The attorneys who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Blake, Stephen | Litigation | 2008 | $1,325 | 66.00 | $87,450.00 |
| Curnin, Paul C. | Litigation | 1988 | $1,640 | 66.20 | $108,568.00 |
| Frankel, Andrew T. | Litigation | 1990 | $1,535 | 1.40 | $2,149.00 |
| Goldin, Nicholas | Litigation | 2000 | $1,480 | 40.10 | $59,348.00 |
| Goldin, Nicholas | Litigation | 2000 | $740 | 8.70 | $6,438.00 |
| Grogan, Gregory T. | ECEB | 2001 | $1,535 | 7.70 | $11,819.50 |
| Kreissman, James G. | Litigation | 1989 | $1,640 | 3.50 | $5,740.00 |
| Ponce, Mario A. | Corporate | 1989 | $1,640 | 101.20 | $165,968.00 |
| Purushotham, Ravi | Corporate | 2010 | $1,325 | 24.10 | $31,932.50 |
| Qusba, Sandy | Corporate | 1994 | $1,535 | 107.50 | $165,012.50 |
| Webb, Daniel N. | Corporate | 2002 | $1,480 | 0.80 | $1,184.00 |
| Alcabes, Elisa | Litigation | 1989 | $1,220 | 5.20 | $6,344.00 |
| McLendon, Kathrine | Corporate | 1985 | $1,220 | 9.70 | $11,834.00 |
| **Total Partners and Counsel:** | | | | **442.10** | **$663,787.50** |

| NAME OF PROFESSIONAL ASSOCIATES | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Calderon, Justin | Litigation | 2018 | $700 | 23.80 | $16,660.00 |
| Campbell, Eamonn W. | Litigation | 2016 | $915 | 98.20 | $89,853.00 |
| Duran, Raul G. | Litigation | 2018 | $590 | 23.50 | $13,865.00 |
| Egenes, Erica M. | Corporate | 2018 | $840 | 15.20 | $12,768.00 |
| Fell, Jamie | Corporate | 2015 | $995 | 12.10 | $12,039.50 |
| Isaacman, Jennifer | Litigation | 2019 | $590 | 56.70 | $33,453.00 |
| Kinsel, Kourtney J. | Litigation | 2018 | $590 | 33.30 | $19,647.00 |
| Levine, Jeff P. | Corporate | 2016 | $915 | 17.80 | $16,287.00 |
| Lundqvist, Jacob | Litigation | 2019 | $590 | 62.50 | $36,875.00 |
| Phillips, Jacob M. | ECEB | 2017 | $840 | 12.50 | $10,500.00 |
| Sparks Bradley, Rachel | Litigation | 2013 | $1,095 | 74.00 | $81,030.00 |
| Sussman, Rebecca A. | Litigation | 2017 | $840 | 1.10 | $924.00 |

| | Name | Department | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| 1 | Vallejo, Melissa A. | Litigation | Not admitted | $590 | 0.30 | $177.00 |
| 2 | **Total Associates:** | | | | **431.00** | **$344,078.50** |

| **NAME OF PARAPROFESSIONALS** | **DEPARTMENT** | **YEAR ADMITTED** | **HOURLY RATE** | **TOTAL HOURS BILLED** | **TOTAL COMPENSATION** |
|---|---|---|---|---|---|
| Franklin, Janie Marie | Paralegal – Litigation | | $455 | 25.10 | $11,420.50 |
| Kortright, Magallie | Paralegal - Litigation | | $400 | 13.50 | $5,400.00 |
| Rovner, Grace | Paralegal – Corporate | | $265 | 1.00 | $265.00 |
| Terricone, Cyrena | Paralegal – Litigation | | $400 | 1.00 | $400.00 |
| Carney, Michael | Knowledge Management | | $420 | 0.90 | $378.00 |
| Kovoor, Thomas G. | Knowledge Management | | $420 | 1.50 | $630.00 |
| Scott, Eric Dean | Resource Center | | $265 | 0.30 | $79.50 |
| **Total Paraprofessionals:** | | | | **43.30** | **$18,573.00** |

| **PROFESSIONALS** | **BLENDED HOURLY RATE** | **TOTAL HOURS BILLED** | **TOTAL COMPENSATION** |
|---|---|---|---|
| Partners and Counsel | $1,501.44 | 442.10 | $663,787.50 |
| Associates | $798.33 | 431.00 | $344,078.50 |
| Paraprofessionals | $428.94 | 43.30 | $18,573.00 |
| Blended Attorney Rate | $1,154.35 | | |
| **Total Fees Incurred** | | **916.40** | **$1,026,439.00** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017