**Exhibit C**

**EXPENSE SUMMARY FOR THE PERIOD
SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

| Expenses | Amounts |
|---|---|
| **Court Fees** | **$935.50** |
| **Research** | **$1,728.80** |
| Online Research | $1,595.82 |
| Document Retrieval | $132.98 |
| **Meals** | **$1,517.32** |
| **Travel** | **$22,245.61** |
| Airfare | $14,381.52 |
| Hotel | $7,074.67 |
| Out-of-Town Travel | $634.02 |
| OT - Carfare | $155.40 |
| **Duplicating** | **$135.26** |
| **Courier and Postage** | **$27.52** |
| **Conferencing/Communication** | **$667.26** |
| **Total Expenses Requested:** | **$27,257.27** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017