**Exhibit E**

**ITEMIZED DISBURSEMENTS**

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| **Court Fees** | | | |
| Court fees | 9/19/2019 | PETTY CASH - Court fees - Obtained Cert. of Good Standings from Appellate Division Second Department | 5.50 |
| Court fees | 9/24/2019 | JANIE FRANKLIN - Court Fees; Pro Hac Vice filing fee for Nicholas Goldin American Express: US DISTRICT COURT ND SAN FRANCISCO CA American Express: US DISTRICT COURT ND SAN FRANCISCO CA Sep 24, 2019; Janie Franklin. | 310.00 |
| Court fees | 9/24/2019 | JANIE FRANKLIN - Court Fees; Pro Hac Vice filing fee for Rachel Sparks Bradley. American Express: US DISTRICT COURT ND SAN FRANCISCO CA American Express: US DISTRICT COURT ND SAN FRANCISCO CA Sep 24, 2019; Janie Franklin. | 310.00 |
| Court fees | 9/24/2019 | JANIE FRANKLIN - Court Fees; Pro Hac Vice filing fee for Paul Curnin American Express: US DISTRICT COURT ND SAN FRANCISCO CA American Express: US DISTRICT COURT ND SAN FRANCISCO CA Sep 24, 2019; Janie Franklin. | 310.00 |
| **Research** | | | |
| Online research - West Law | 7/3/2019 | MULTI-SEARCH DOCUMENT DISPLAYS-FELL, JAMIE | 166.38 |
| Online research - West Law | 7/3/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-FELL, JAMIE | 77.76 |
| Online research - West Law | 7/27/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-FELL, JAMIE | 466.52 |

---

[2] The amounts listed in this Exhibit are billed in accordance with the Guidelines and Local Rules.

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Online research - West Law | 7/30/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-FELL, JAMIE | 77.76 |
| Online research - West Law | 8/9/2019 | MULTI-SEARCH DOCUMENT DISPLAYS-FELL, JAMIE | 212.25 |
| Online research - West Law | 8/9/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-FELL, JAMIE | 495.96 |
| Online research - West Law | 8/12/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-FELL, JAMIE | 99.19 |
| Document Retrieval | 8/1/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/1/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/1/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 8/2/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/2/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/2/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 8/5/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/5/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court-CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 8/5/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 8/6/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/6/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/6/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 8/7/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/7/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/7/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 8/8/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/8/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/8/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 8/9/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 8/9/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/9/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 8/12/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/12/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/12/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 8/14/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/14/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/14/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 8/15/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/15/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/15/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 8/16/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/16/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/16/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 8/19/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/19/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/19/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 8/20/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/20/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/20/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 8/21/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/21/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 8/21/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 8/22/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/22/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/22/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 8/23/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/23/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/23/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 8/26/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/26/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/26/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 8/27/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

**Simpson Thacher & Bartlett LLP**
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 8/27/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/27/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 8/28/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/28/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/28/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 8/29/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/29/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/29/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 8/30/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/30/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 8/30/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 9/3/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/3/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/3/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 9/4/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/4/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/4/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 9/5/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/5/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/5/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 9/6/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/6/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - justin.calderon@stblaw.com | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 9/6/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 9/9/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/9/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/9/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 9/10/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/10/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/10/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 9/11/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/11/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/11/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 9/12/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - justin.calderon@stblaw.com | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 9/12/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/12/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 9/13/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/13/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/13/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 9/16/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/16/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/16/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 9/17/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/17/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/17/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 9/18/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/18/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/18/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 9/19/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/19/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/19/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 9/20/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/20/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/20/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 9/23/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/23/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - justin.calderon@stblaw.com | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 9/23/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 9/24/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/24/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/24/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 9/25/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/25/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/25/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 9/26/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/26/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/26/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 9/27/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - justin.calderon@stblaw.com | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 9/27/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| Document Retrieval | 9/30/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/30/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - justin.calderon@stblaw.com | 1.09 |
| Document Retrieval | 9/30/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - raul.duran@stblaw.com | 1.09 |
| **Meals** | | | |
| Meals - Overtime | 7/30/2019 | JEFF LEVINE - Overtime Meal 10PM; Overtime meal American Express: FREEHAND NEW YORK F& NEW YORK NY American Express: FREEHAND NEW YORK F& NEW YORK NY Jul 30, 2019; Jeff Levine. Jeff Levine | 30.00 |
| Meals - Overtime | 8/3/2019 | JEFF LEVINE - Overtime Meal 09PM; Overtime meal American Express: CAVIAR San Francisco CA American Express: CAVIAR San Francisco CA Aug 03, 2019; Jeff Levine. Jeff Levine | 30.00 |
| Meals - Overtime | 8/7/2019 | JEFF LEVINE - Overtime Meal 09PM; Overtime meal American Express: LEVELUP*SWEETGREEN98 BOSTON MA American Express: LEVELUP*SWEETGREEN98 BOSTON MA Aug 07, 2019; Jeff Levine. Jeff Levine | 16.33 |
| Meals - Overtime | 8/8/2019 | JEFF LEVINE - Overtime Meal 0830PM; Overtime meal American Express: CAVIAR San Francisco CA American Express: CAVIAR San Francisco CA Aug 08, 2019; Jeff Levine. Jeff Levine | 29.16 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Meals - Overtime | 8/10/2019 | JEFF LEVINE - Overtime Meal 03PM; Overtime meal (Saturday) Aug 10, 2019; Jeff Levine. Jeff Levine | 11.50 |
| Meals - Travel | 8/13/2019 | SANDY QUSBA - Hotel - Out of Town Travel Meal; Travel meal Aug 13, 2019; Sandy Qusba. Sandy Qusba - Two days of meals | 150.00 |
| Meals - Travel | 8/14/2019 | SANDY QUSBA - Out of Town Travel Meal; Travel meal. American Express: LARK CREEK GRILL 000 SAN FRANCISCO CA American Express: LARK CREEK GRILL 000 SAN FRANCISCO CA Aug 14, 2019; Sandy Qusba. Sandy Qusba | 16.00 |
| Meals - Travel | 8/14/2019 | SANDY QUSBA - Hotel - Out of Town Travel Meal; Travel meal. Aug 14, 2019; Sandy Qusba. Sandy Qusba | 66.20 |
| Meals - Overtime | 9/3/2019 | JEFF LEVINE - Overtime Meal 07PM; Overtime meal American Express: CAVIAR San Francisco CA American Express: CAVIAR San Francisco CA Sep 03, 2019; Jeff Levine. Jeff Levine | 30.00 |
| Meals - Overtime | 9/3/2019 | ERICA EGENES - Overtime Meal 09PM; Overtime meal. Sons of Thunder. Charged on Ms. Egenes's personal credit card. Sons of Thunder. Charged on Ms. Egenes's personal credit card. Sep 03, 2019; Erica Egenes. Erica Egenes | 30.00 |
| Meals - Overtime | 9/5/2019 | Chk. No. 4178953 (Cafe. Meal) 9/5/2019 18:44 Badge ID: 7540 Name Campbell, Eamonn W. - 15361 | 14.74 |
| Meals - Overtime | 9/9/2019 | Chk. No. 4179791 (Cafe. Meal) 9/9/2019 18:55 Badge ID: 7540 Name Campbell, Eamonn W. - 15361 | 15.82 |
| Meals - Travel | 9/9/2019 | MARIO A. PONCE - Out of Town Travel Meal; Meal American Express: Starbucks T5 JFK 155 Jamaica NY American Express: Starbucks T5 JFK 155 Jamaica NY Sep 09, 2019; Mario Ponce. Mario Ponce | 6.42 |
| Meals - Travel | 9/9/2019 | MARIO A. PONCE - Out of Town Travel Meal; Dinner American Express: HARBORVIEW | 131.07 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| | | RESTAURAN SAN FRANCISCO CA American Express: HARBORVIEW RESTAURAN SAN FRANCISCO CA Sep 09, 2019; Mario Ponce. Mario Ponce, Sandy Qusba | |
| Meals - Travel | 9/10/2019 | NICHOLAS GOLDIN - Out of Town Travel Meal; Lunch Sep 10, 2019; Nicholas Goldin. Nicholas Goldin | 17.21 |
| Meals - Travel | 9/10/2019 | MARIO A. PONCE - Hotel - Out of Town Travel Meal; Meal Sep 10, 2019; Mario Ponce. Mario Ponce | 43.69 |
| Meals - Travel | 9/10/2019 | SANDY QUSBA - Out of Town Travel Meal; Travel meal American Express: CC AERONOVA JAMAICA NY American Express: CC AERONOVA JAMAICA NY Sep 10, 2019; Sandy Qusba. Sandy Qusba | 20.42 |
| Meals - Travel | 9/10/2019 | SANDY QUSBA - Hotel - Out of Town Travel Meal; Travel meal - breakfast Sep 10, 2019; Sandy Qusba. Sandy Qusba | 43.01 |
| Meals - Travel | 9/11/2019 | MARIO A. PONCE - Out of Town Travel Meal; Dinner American Express: TST* WAYFARE TAVERN SAN FRANCISCO CA American Express: TST* WAYFARE TAVERN SAN FRANCISCO CA Sep 11, 2019; Mario Ponce. Mario Ponce, Sandy Qusba, Nicholas Goldin | 62.69 |
| Meals - Travel | 9/11/2019 | MARIO A. PONCE - Out of Town Travel Meal; Dinner American Express: TST* WAYFARE TAVERN SAN FRANCISCO CA American Express: TST* WAYFARE TAVERN SAN FRANCISCO CA Sep 11, 2019; Mario Ponce. Mario Ponce, Sandy Qusba, Nicholas Goldin | 225.00 |
| Meals - Travel | 9/11/2019 | SANDY QUSBA - Out of Town Travel Meal; Travel meal. American Express: LOEWS SAN FRANCISCO CA American Express: LOEWS SAN FRANCISCO SAN FRANCISCO CA Sep 11, 2019; Sandy Qusba. Sandy Qusba | 75.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Meals - Travel | 9/11/2019 | SANDY QUSBA - Out of Town Travel Meal; Dinner in San Francisco with Mario Ponce and Nicholas Goldin. American Express: MICHAEL MINA SAN FRANCISCO CA American Express: MICHAEL MINA SAN FRANCISCO CA Sep 11, 2019; Sandy Qusba. Sandy Qusba, Mario Ponce, Nicholas Goldin, Paul Curnin | 300.00 |
| Meals - Overtime | 9/12/2019 | JACOB LUNDQVIST - Overtime Meal | 27.92 |
| Meals - Overtime | 9/16/2019 | JENNIFER ISAACMAN - Overtime Meal | 25.86 |
| Meals - Overtime | 9/22/2019 | JACOB LUNDQVIST - Overtime Meal | 30.00 |
| Meals - Overtime | 9/23/2019 | Chk. No. 4175168 (Cafe. Meal) 9/23/2019 18:48 Badge ID: 7540 Name Campbell, Eamonn W. - 15361 | 9.76 |
| Meals - Overtime | 9/24/2019 | Chk. No. 4175759 (Cafe. Meal) 9/24/2019 18:54 Badge ID: 7540 Name Campbell, Eamonn W. - 15361 | 13.96 |
| Meals - Overtime | 9/24/2019 | JACOB LUNDQVIST - Overtime Meal | 23.71 |
| Meals - Overtime | 9/26/2019 | Chk. No. 4176909 (Cafe. Meal) 9/26/2019 18:49 Badge ID: 7540 Name Campbell, Eamonn W. - 15361 | 11.75 |
| Meals - Overtime | 9/30/2019 | Chk. No. 4177910 (Cafe. Meal) 9/30/2019 19:19 Badge ID: 7540 Name Campbell, Eamonn W. - 15361 | 10.10 |
| **Travel** | | | |
| Airfare | 8/6/2019 | SANDY QUSBA - Airfare; Lawyers Travel service fee American Express: TRAVEL AGENCY SERVIC NEW YORK NY American Express: TRAVEL AGENCY SERVIC NEW YORK NY Aug 06, 2019; Sandy Qusba. | 55.00 |
| Airfare | 8/6/2019 | SANDY QUSBA - Airfare; Re-issued airline ticket (this replaces original ticket ending in 821, which was refunded, and included this report) American Express: AMERICAN AIRLINES NEW YORK NY | 1,792.98 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| | | American Express: AMERICAN AIRLINES NEW YORK NY Aug 06, 2019; Sandy Qusba. | |
| Airfare | 8/6/2019 | SANDY QUSBA - Airfare; Lawyers Travel service fee. American Express: TRAVEL AGENCY SERVIC NEW YORK NY American Express: TRAVEL AGENCY SERVIC NEW YORK NY Aug 06, 2019; Sandy Qusba. | 55.00 |
| Airfare | 8/20/2019 | NICHOLAS GOLDIN - Airfare; Travel fee American Express: TRAVEL AGENCY SERVIC NEW YORK NY American Express: TRAVEL AGENCY SERVIC NEW YORK NY Aug 20, 2019; Nicholas Goldin. | 55.00 |
| Airfare | 8/23/2019 | MARIO A. PONCE - Airfare; Airfare American Express: JETBLUE NEW YORK NY American Express: JETBLUE NEW YORK NY Aug 23, 2019; Mario Ponce. | 2,281.59 |
| Airfare | 8/23/2019 | SANDY QUSBA - Airfare; Airline ticket to San Francisco on PG&E. American Express: JETBLUE NEW YORK NY American Express: JETBLUE NEW YORK NY Aug 23, 2019; Sandy Qusba. | 2,781.87 |
| Airfare | 8/23/2019 | SANDY QUSBA - Airfare; Lawyers Travel service fee. American Express: TRAVEL AGENCY SERVIC NEW YORK NY American Express: TRAVEL AGENCY SERVIC NEW YORK NY Aug 23, 2019; Sandy Qusba. | 55.00 |
| Airfare | 9/3/2019 | PAUL C. CURNIN - Airfare; Airfare to San Francisco American Express: AMERICAN AIRLINES NEW YORK NY American Express: AMERICAN AIRLINES NEW YORK NY Sep 03, 2019; Paul Curnin. | 2,576.63 |
| Airfare | 9/3/2019 | PAUL C. CURNIN - Airfare; Travel Dept service charge American Express: TRAVEL AGENCY SERVIC NEW | 55.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| | | YORK NY American Express: TRAVEL AGENCY SERVIC NEW YORK NY Sep 03, 2019; Paul Curnin. | |
| Airfare | 9/4/2019 | NICHOLAS GOLDIN - Airfare; PGE American Express: AMERICAN AIRLINES NEW YORK NY American Express: AMERICAN AIRLINES NEW YORK NY Sep 04, 2019; Nicholas Goldin. | 2,616.64 |
| Airfare | 9/9/2019 | NICHOLAS GOLDIN - Airfare; Travel Agency Fee American Express: TRAVEL AGENCY SERVIC NEW YORK NY American Express: TRAVEL AGENCY SERVIC NEW YORK NY Sep 09, 2019; Nicholas Goldin. | 24.95 |
| Airfare | 9/10/2019 | PAUL C. CURNIN - Airfare; Airfare to San Francisco American Express: DELTA AIR LINES NEW YORK NY American Express: DELTA AIR LINES NEW YORK NY Sep 10, 2019; Paul Curnin. | 2,363.30 |
| Airfare | 9/11/2019 | SANDY QUSBA - Airfare; Airfare increased - exchanged ticket. American Express: JETBLUE NEW YORK NY American Express: JETBLUE NEW YORK NY Sep 11, 2019; Sandy Qusba. | 488.00 |
| Airfare | 9/12/2019 | PAUL C. CURNIN - Airfare; Refund for canceled flight American Express: AMERICAN AIRLINES NEW YORK NY American Express: AMERICAN AIRLINES NEW YORK NY Sep 12, 2019; Paul Curnin. | (895.41) |
| Airfare | 9/20/2019 | STEPHEN BLAKE - Airfare; Internet American Express: UNITED AIRLINES HOUSTON TX American Express: UNITED AIRLINES HOUSTON TX Sep 20, 2019; Stephen Blake. | 14.99 |
| Airfare | 9/24/2019 | STEPHEN BLAKE - Airfare; Internet American Express: UNITED AIRLINES HOUSTON TX American Express: UNITED AIRLINES | 27.99 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| | | HOUSTON TX Sep 24, 2019; Stephen Blake. | |
| Airfare | 9/27/2019 | STEPHEN BLAKE - Airfare; Internet fee. American Express: UNITED AIRLINES HOUSTON TX American Express: UNITED AIRLINES HOUSTON TX Sep 27, 2019; Stephen Blake. | 32.99 |
| Hotel | 8/9/2019 | SANDY QUSBA - Lodging; Attend hearing in San Francisco. Airline canceled flight to San Francisco on the same day of the flight. Hotel has a 3-day cancellation policy. No receipt for hotel as he never arrived in San Francisco. Airline canceled flight to San Francisco on the same day of the flight. Hotel has a 3-day cancellation policy. No receipt for hotel as he never arrived in San Francisco. Aug 09, 2019; Sandy Qusba. | 598.69 |
| Hotel | 8/14/2019 | SANDY QUSBA - Lodging; Attend hearings in San Francisco. Aug 14, 2019; Sandy Qusba. | 1,199.88 |
| Hotel | 9/12/2019 | PAUL C. CURNIN - Lodging; Hotel in California Sep 12, 2019; Paul Curnin. | 999.42 |
| Hotel | 9/12/2019 | NICHOLAS GOLDIN - Lodging; PGE Lodging Sep 12, 2019; Nicholas Goldin. | 999.42 |
| Hotel | 9/12/2019 | MARIO A. PONCE - Lodging; Hotel Sep 12, 2019; Mario Ponce. | 1,499.13 |
| Hotel | 9/12/2019 | SANDY QUSBA - Lodging; Attend hearings in San Francisco Sep 12, 2019; Sandy Qusba. | 1,778.13 |
| OT - Carfare | 7/30/2019 | JEFF LEVINE - Overtime Transportation 09PM; Overtime carfare Jul 30, 2019; Jeff Levine. | 23.07 |
| OT - Carfare | 8/1/2019 | JEFF LEVINE - Overtime Transportation 09PM; Overtime carfare Aug 01, 2019; Jeff Levine. | 18.79 |
| OT - Carfare | 8/2/2019 | JEFF LEVINE - Overtime Transportation 11PM; Overtime carfare Merchant: Uber Technologies, Inc. Merchant:Uber Technologies, Inc. Merchant: Uber Technologies, Inc. | 38.11 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| | | Merchant:Uber Technologies, Inc. Aug 02, 2019; Jeff Levine. | |
| OT - Carfare | 8/8/2019 | JEFF LEVINE - Overtime Transportation 10PM; Overtime carfare Aug 08, 2019; Jeff Levine. | 14.16 |
| OT - Carfare | 9/3/2019 | JEFF LEVINE - Overtime Transportation 09PM; Overtime carfare Sep 03, 2019; Jeff Levine. | 18.21 |
| OT - Carfare | 9/13/2019 | JACOB LUNDQVIST - Overtime Transportation | 14.15 |
| OT - Carfare | 9/24/2019 | JACOB LUNDQVIST - Overtime Transportation | 14.16 |
| OT - Carfare | 9/25/2019 | JACOB LUNDQVIST - Overtime Transportation 10PM; Taxi Home Sep 25, 2019; Jacob Lundqvist. | 14.75 |
| Out-of-town travel | 9/10/2019 | PAUL C. CURNIN - Out of Town Travel; Car service in San Francisco Sep 10, 2019; Paul Curnin. | 34.93 |
| Out-of-town travel | 9/10/2019 | PAUL C. CURNIN - Out-of-town travel; Car service to airport Sep 10, 2019; Paul Curnin. | 92.21 |
| Out-of-town travel | 9/10/2019 | NICHOLAS GOLDIN Out-of-town travel; Car Service Sep 10, 2019; Nicholas Goldin. | 79.12 |
| Out-of-town travel | 9/10/2019 | NICHOLAS GOLDIN - Out of Town Travel; Car service American Express: UBER TRIP HELP.UBER.COM CA American Express: UBER TRIP HELP.UBER.COM CA Sep 10, 2019; Nicholas Goldin. | 34.99 |
| Out-of-town travel | 9/12/2019 | PAUL C. CURNIN - Out-of-town travel; Car service airport to home Sep 12, 2019; Paul Curnin. | 100.84 |
| Out-of-town travel | 9/12/2019 | NICHOLAS GOLDIN - Out of Town Travel; Car service American Express: UBER TRIP HELP.UBER.COM CA American Express: UBER TRIP HELP.UBER.COM CA Sep 12, 2019; Nicholas Goldin. | 30.41 |
| Out-of-town travel | 9/12/2019 | NICHOLAS GOLDIN Out-of-town travel; Car service American Express: FIRST CITYCAB CORP. QUEENS NY American Express: FIRST | 73.70 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| | | CITYCAB CORP. QUEENS NY Sep 12, 2019; Nicholas Goldin. | |
| Out-of-town travel | 9/12/2019 | MARIO A. PONCE - Out of Town Travel; Taxi American Express: TRANSPORTATION CCSRV San Carlos CA American Express: TRANSPORTATION CCSRV San Carlos CA Sep 12, 2019; Mario Ponce. | 65.00 |
| Out-of-town travel | 9/15/2019 | SUNNY'S EXECUTIVE SEDAN SERVICE INC - Out of Town Travel: DROP OFF HYATT REGENCY SAN FRANCISCO, 5 EMBARCADERO CENTER, CA - RES# 575886*1 | 122.82 |
| **Duplication** | | | |
| Printing | 9/19/2019 | Print from Email: New York Campbell, Eamonn W. | 74.80 |
| Printing | 9/19/2019 | Print from email, color: New York Campbell, Eamonn W. | 20.52 |
| Printing | 9/25/2019 | Print from Email: New York Campbell, Eamonn W. | 13.00 |
| OCR | 9/20/2019 | OCR: New York Isaacman, Jennifer | 26.94 |
| **Courier & Postage** | | | |
| Courier - Fedex | 9/6/2019 | FEDEX - To: CLERKS OFFICE Judge Edward Dav / From: Janie Tracking Number: 776176398796 | 13.76 |
| Courier - Fedex | 9/24/2019 | FEDEX - To: CLERKS OFFICE Judge Edward Dav / From: Janie Tracking Number: 776327620224 | 13.76 |
| **Conferencing/Communications** | | | |
| Conference Room Services | 9/23/2019 | Breakfast | 17.15 |
| Conference Room Services | 9/23/2019 | Breakfast | 30.87 |
| Conference Room Services | 9/23/2019 | Breakfast | 45.73 |
| Court Call | 9/27/2019 | COURTCALL LLC - Court Call Telephonic court appearance re: PG&E Corporation/19-30088 (ALL) | 117.50 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Telephone | 8/2/2019 | LOOP UP LLC - Loopup-2019-08-02-15851-SC0146-Rebecca Sussman's Meeting Room Moderated By: 15851 | 3.64 |
| Telephone | 8/2/2019 | LOOP UP LLC - Loopup-2019-08-02-15786-SC0151-Erica Egenes' Meeting Room Moderated By: 15786 | 2.66 |
| Telephone | 8/2/2019 | LOOP UP LLC - Loopup-2019-08-02-16904-SC0295-Michael Torkin's Meeting Room Moderated By: 16904 | 24.99 |
| Telephone | 8/3/2019 | LOOP UP LLC - Loopup-2019-08-03-00905-SC0319-Mario Ponce's Meeting Room Moderated By: 00905 | 3.21 |
| Telephone | 8/3/2019 | LOOP UP LLC - Loopup-2019-08-03-15406-SC0323-Jeff Levine's Meeting Room Moderated By: 15406 | 27.59 |
| Telephone | 8/3/2019 | LOOP UP LLC - Loopup-2019-08-03-15406-SC0325-Jeff Levine's Conference Room Moderated By: 15406 | 7.55 |
| Telephone | 8/4/2019 | LOOP UP LLC - Loopup-2019-08-04-15786-SC0337-Erica Egenes' Meeting Room Moderated By: 15786 | 3.49 |
| Telephone | 8/5/2019 | LOOP UP LLC - Loopup-2019-08-05-15786-SC0365-Erica Egenes' Meeting Room Moderated By: 15786 | 4.58 |
| Telephone | 8/5/2019 | LOOP UP LLC - Loopup-2019-08-05-15786-SC0360-Erica Egenes' Meeting Room Moderated By: 15786 | 0.05 |
| Telephone | 8/7/2019 | LOOP UP LLC - Loopup-2019-08-07-01239-SC0716-Andy Frankel's Meeting Room Moderated By: 01239 | 0.05 |
| Telephone | 8/7/2019 | LOOP UP LLC - Loopup-2019-08-07-01239-SC0774-Andy Frankel's Meeting Room Moderated By: 01239 | 33.11 |
| Telephone | 8/8/2019 | LOOP UP LLC - Loopup-2019-08-08-15851-SC0868-Rebecca Sussman's Meeting Room Moderated By: 15851 | 1.09 |
| Telephone | 8/10/2019 | LOOP UP LLC - Loopup-2019-08-10-15786-SC1086-Erica Egenes' Meeting Room Moderated By: 15786 | 6.72 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Telephone | 8/12/2019 | LOOP UP LLC - Loopup-2019-08-12-15786-SC1166-Erica Egenes' Meeting Room Moderated By: 15786 | 25.21 |
| Telephone | 8/14/2019 | LOOP UP LLC - Loopup-2019-08-14-15851-SC1465-Rebecca Sussman's Meeting Room Moderated By: 15851 | 7.91 |
| Telephone | 8/14/2019 | LOOP UP LLC - Telephone Loopup-2019-08-14-00905-SC1437-Mario Ponce's Meeting Room Moderated By: 00905 | 1.53 |
| Telephone | 8/15/2019 | LOOP UP LLC - Loopup-2019-08-15-15406-SC1594-Jeff Levine's Meeting Room Moderated By: 15406 | 25.93 |
| Telephone | 8/19/2019 | LOOP UP LLC - Loopup-2019-08-19-15786-SC1882-Erica Egenes' Meeting Room Moderated By: 15786 | 2.19 |
| Telephone | 8/19/2019 | LOOP UP LLC - Loopup-2019-08-19-15786-SC1884-Erica Egenes' Meeting Room Moderated By: 15786 | 50.50 |
| Telephone | 8/20/2019 | LOOP UP LLC - Loopup-2019-08-20-15786-SC2020-Erica's Meeting Room Moderated By: 15786 | 7.60 |
| Telephone | 8/21/2019 | LOOP UP LLC - Loopup-2019-08-21-15851-SC2114-Rebecca Sussman's Meeting Room Moderated By: 15851 | 2.66 |
| Telephone | 8/21/2019 | LOOP UP LLC - Loopup-2019-08-21-16904-SC2235-Michael Torkin's Meeting Room Moderated By: 16904 | 5.26 |
| Telephone | 8/22/2019 | LOOP UP LLC - Loopup-2019-08-22-15851-SC2403-Rebecca Sussman's Meeting Room Moderated By: 15851 | 3.74 |
| Telephone | 8/22/2019 | LOOP UP LLC - Loopup-2019-08-22-15786-SC2399-Erica Egenes' Meeting Room Moderated By: 15786 | 14.71 |
| Telephone | 8/22/2019 | LOOP UP LLC - Loopup-2019-08-22-15786-SC2358-Erica Egenes' Meeting Room Moderated By: 15786 | 11.82 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Telephone | 8/24/2019 | LOOP UP LLC - Loopup-2019-08-24-15786-SC2536-PGE Meeting Room Moderated By: 15786 | 27.96 |
| Telephone | 8/25/2019 | LOOP UP LLC - Loopup-2019-08-25-15786-SC2545-PGE Meeting Room Moderated By: 15786 | 5.06 |
| Telephone | 8/25/2019 | LOOP UP LLC - Loopup-2019-08-25-15786-SC2543-PGE Meeting Room Moderated By: 15786 | 14.94 |
| Telephone | 8/26/2019 | LOOP UP LLC - Loopup-2019-08-26-15786-SC2593-PGE Meeting Room Moderated By: 15786 | 56.59 |
| Telephone | 8/29/2019 | LOOP UP LLC - Telephone Loopup-2019-08-29-01335-SC3108-Paul Curnin's Meeting Room Moderated By: 01335 | 6.87 |
| Telephone | 8/30/2019 | LOOP UP LLC - Loopup-2019-08-30-15786-SC3176-PGE Meeting Room Moderated By: 15786 | 0.16 |
| Telephone | 8/30/2019 | LOOP UP LLC - Loopup-2019-08-30-15786-SC3169-PGE Meeting Room Moderated By: 15786 | 11.56 |
| Telephone | 8/31/2019 | LOOP UP LLC - Loopup-2019-08-31-15786-SC3219-PGE Meeting Room Moderated By: 15786 | 55.08 |
| TOTAL | | | **$27,257.27** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017