# APPENDIX A

# Appendix A

| NOTE | GOVERNING INDENTURES | TOTAL PRINCIPAL AMOUNT OUTSTANDING | TOTAL SEMIANNUAL INTEREST PAYMENT ($) | TOTAL MAKE-WHOLE PREMIUM[1] |
|---|---|---|---|---|
| § 1. Notes Established Under the 2005 Base Indenture (California Law) | | | | |
| 6.05% Notes due March 1, 2034 | 2005 Base Indenture, dated April 22, 2005 | $3,000,000,000 | $90,750,000 | $1,391,021,618 |
| 5.80% Notes due March 1, 2037 | First Supplemental Indenture to the 2005 Base Indenture, dated March 13, 2007 | $950,000,000 | $27,550,000 | $472,226,079 |
| 6.35% Notes due February 15, 2038 | Third Supplemental Indenture to the 2005 Base Indenture, dated March 3, 2008 | $400,000,000 | $12,700,000 | $233,819,448 |
| 6.25% Notes due March 1, 2039 | Sixth Supplemental Indenture to the 2005 Base Indenture, dated March 6, 2009 | $550,000,000 | $17,187,500 | $313,947,464 |
| 5.40% Notes due January 15, 2040 | Eighth Supplemental Indenture to the 2005 Base Indenture, dated November 18, 2009 | $800,000,000 | $21,600,000 | $395,520,994 |
| | Twelfth Supplemental Indenture to the 2005 Base Indenture, dated November 18, 2010 | | | |

---

[1] The actual amount of the Make-Whole Premiums may vary, subject to the actual Redemption Date, if any, and the applicable Adjusted Treasury Rate. This Memorandum uses June 30, 2020, as the Redemption Date and the Adjusted Treasury Rate as of November 25, 2019, as proxies for illustrative and explanatory purposes only. Nothing in this Appendix, the Debtors' Brief or the accompanying Declaration should be interpreted as a waiver or concession as to the Noteholders' entitlement to any Make-Whole Premiums under any of the Notes or Indentures at issue.

| Note | Governing Indentures | Total Principal Amount Outstanding | Total Semiannual Interest Payment ($) | Total Make-Whole Premium[1] |
|---|---|---|---|---|
| 3.50% Notes due October 1, 2020 | Tenth Supplemental Indenture to the 2005 Base Indenture, dated September 15, 2010<br>Twelfth Supplemental Indenture to the 2005 Base Indenture, dated November 18, 2010 | $800,000,000 | $14,000,000 | $3,472,422 |
| 4.25% Notes due May 15, 2021 | Thirteenth Supplemental Indenture to the 2005 Base Indenture, dated May 13, 2011 | $300,000,000 | $6,375,000 | $6,518,814 |
| 3.25% Notes due September 15, 2021 | Fourteenth Supplemental Indenture to the 2005 Base Indenture, dated September 12, 2011 | $250,000,000 | $4,062,500 | $4,346,997 |
| 4.50% Notes due December 15, 2041 | Sixteenth Supplemental Indenture to the 2005 Base Indenture, dated December 1, 2011 | $250,000,000 | $5,625,000 | $90,636,515 |
| 4.45% Notes due April 15, 2042 | Seventeenth Supplemental Indenture to the 2005 Base Indenture, dated April 16, 2012 | $400,000,000 | $8,900,000 | $147,096,409 |
| 2.45% Notes due August 15, 2022 | Eighteenth Supplemental Indenture to the 2005 Base Indenture, dated August 16, 2012 | $400,000,000 | $4,900,000 | $5,741,909 |
| 3.75% Notes due August 15, 2042 | Eighteenth Supplemental Indenture to the 2005 Base Indenture, dated August 16, 2012 | $350,000,000 | $6,562,500 | $87,586,443 |

| NOTE | GOVERNING INDENTURES | TOTAL PRINCIPAL AMOUNT OUTSTANDING | TOTAL SEMIANNUAL INTEREST PAYMENT ($) | TOTAL MAKE-WHOLE PREMIUM[1] |
|---|---|---|---|---|
| 3.25% Notes due June 15, 2023 | Nineteenth Supplemental Indenture to the 2005 Base Indenture, dated June 14, 2013 | $375,000,000 | $6,093,750 | $15,594,837 |
| 4.60% Notes due June 15, 2043 | Nineteenth Supplemental Indenture to the 2005 Base Indenture, dated June 14, 2013 | $375,000,000 | $8,625,000 | $152,176,332 |
| 3.85% Notes due November 15, 2023 | Twentieth Supplemental Indenture to the 2005 Base Indenture, dated November 12, 2013 | $300,000,000 | $5,775,000 | $20,003,769 |
| 5.125% Notes due November 15, 2043 | Twentieth Supplemental Indenture to the 2005 Base Indenture, dated November 12, 2013 | $500,000,000 | $12,812,500 | $246,368,543 |
| 3.75% Notes due February 15, 2024 | Twenty-First Supplemental Indenture to the 2005 Base Indenture, dated February 21, 2014 | $450,000,000 | $8,437,500 | $30,544,416 |
| 4.75% Notes due February 15, 2044 | Twenty-First Supplemental Indenture to the 2005 Base Indenture, dated February 21, 2014<br><br>Twenty-Third Supplemental Indenture to the 2005 Base Indenture, dated August 18, 2014 | $675,000,000 | $16,031,250 | $296,807,924 |

Case: 19-30088    Doc# 4896-1    Filed: 11/27/19    Entered: 11/27/19 15:10:02    Page 4 of 6

| Note | Governing Indentures | Total Principal Amount Outstanding | Total Semiannual Interest Payment ($) | Total Make-Whole Premium[1] |
|---|---|---|---|---|
| 3.40% Notes due August 15, 2024 | Twenty-Third Supplemental Indenture to the 2005 Base Indenture, dated August 18, 2014 | $350,000,000 | $5,950,000 | $22,713,232 |
| 4.30% Notes due March 15, 2045 | Twenty-Fourth Supplemental Indenture to the 2005 Base Indenture, dated November 6, 2014 | $600,000,000 | $12,900,000 | $220,178,777 |
| | Twenty-Fifth Supplemental Indenture to the 2005 Base Indenture, dated June 12, 2015 | | | |
| 3.50% Notes due June 15, 2025 | Twenty-Fifth Supplemental Indenture to the 2005 Base Indenture, dated June 12, 2015 | $600,000,000 | $10,500,000 | $47,580,989 |
| | Twenty-Sixth Supplemental Indenture to the 2005 Base Indenture, dated November 5, 2015 | | | |
| 4.25% Notes due March 15, 2046 | Twenty-Sixth Supplemental Indenture to the 2005 Base Indenture, dated November 5, 2015 | $450,000,000 | $9,562,500 | $158,960,130 |
| 2.95% Notes due March 1, 2026 | Twenty-Seventh Supplemental Indenture to the 2005 Base Indenture, dated March 1, 2016 | $600,000,000 | $8,850,000 | $35,358,827 |

| Note | Governing Indentures | Total Principal Amount Outstanding | Total Semiannual Interest Payment ($) | Total Make-Whole Premium[1] |
|---|---|---|---|---|
| 4.00% Notes due December 1, 2046 | Twenty-Eighth Supplemental Indenture to the 2005 Base Indenture, dated December 1, 2016<br><br>Twenty-Ninth Supplemental Indenture to the 2005 Base Indenture, dated March 10, 2017 | $600,000,000 | $12,000,000 | $192,633,705 |
| 3.30% Notes due March 15, 2027 | Twenty-Ninth Supplemental Indenture to the 2005 Base Indenture, dated March 10, 2017 | $400,000,000 | $6,600,000 | $36,458,446 |
| § 2. Notes Established Under the 2017 Base Indenture (New York Law) | | | | |
| 3.30% Notes due December 1, 2027 | 2017 Base Indenture, dated November 29, 2017 | $1,150,000,000 | $183,975,000 | $113,676,974 |
| 3.95% Notes due December 1, 2047 | 2017 Base Indenture, dated November 29, 2017 | $850,000,000 | $16,787,500 | $268,866,297 |
| § 3. Notes Established Under the 2018 Base Indenture (New York Law) | | | | |
| 4.25% Notes due August 1, 2023 | 2018 Base Indenture and the First Supplemental Indenture to the 2018 Base Indenture, dated August 6, 2018 | $500,000,000 | $10,625,000 | $35,815,238 |
| 4.65% Notes due August 1, 2028 | 2018 Base Indenture and the First Supplemental Indenture to the 2018 Base Indenture, dated August 6, 2018 | $300,000,000 | $6,975,000 | $58,385,531 |