| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Theodore E. Tsekerides (*pro hac vice*)<br>(theodore.tsekerides@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007 | KELLER & BENVENUTTI LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kellerbenvenutti.com)<br>Peter J. Benvenutti (#60566)<br>(pbenvenutti@kellerbenvenutti.com)<br>Jane Kim (#298192)<br>(jkim@kellerbenvenutti.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496 6723<br>Fax: 650 636 9251 |

*Attorneys for Debtors*
*and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Case Nos. 19-30088 (DM)<br><br>(Lead Case) (Jointly Administered)<br><br>Chapter 11<br><br>**DECLARATION OF THEODORE E. TSEKERIDES, ESQ. IN SUPPORT OF DEBTORS' MOVING BRIEF REGARDING UTILITY FUNDED DEBT CLAIMS' ENTITLEMENT TO MAKE-WHOLE PREMIUMS**<br><br>Date: January 14, 2019<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102<br><br>**Opposition Deadline**: December 20, 2019 |

I, Theodore E. Tsekerides, Esq., hereby make the following declaration under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm of Weil, Gotshal & Manges LLP, counsel to PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**") in the above-captioned chapter 11 cases. I respectfully submit this declaration in support of *Debtors' Moving Brief Regarding Utility Funded Debt Claims' Entitlement to Make-Whole Premiums* (the "**Brief**").[1]

2. Attached hereto as **Exhibit 1** is a true and correct copy of the 2005 Base Indenture. The 2005 Base Indenture governs the 6.05% Notes that were due March 1, 2034. The 2005 Base Indenture also governs the 6.35% Notes that were due February 15, 2038, the 6.25% Notes due March 1, 2039, the 5.40% Notes that were due January 15, 2040, the 3.50% Notes that were due October 1, 2020, the 4.25% Notes that were due May 15, 2021, the 3.25% Notes that were due September 15, 2021, the 4.50% Notes that were due December 15, 2041, the 4.45% Notes that were due April 15, 2042, the 2.45% Notes that were due August 15, 2022, the 3.75% Notes that were due August 15, 2042, the 3.25% Notes that were due June 15, 2023, the 4.60% Notes that were due June 15, 2043, the 3.85% Notes that were due November 15, 2023, the 5.125% Notes that were due November 15, 2043, the 3.75% Notes that were due February 15, 2024, the 4.75% Notes that were due February 15, 2044, the 3.40% Notes that were due August 15, 2024, the 4.30% Notes that were due March 15, 2045, the 3.50% Notes that were due June 15, 2025, the 4.25% Notes that were due March 15, 2046, the 2.95% Notes that were due March 1, 2026, the 4.00% Notes that were due December 1, 2046, and the 3.30% Notes that were due March 15, 2027, together with each series of Notes' applicable Supplemental Indenture, as identified in Appendix A attached to the Brief.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Sixth Supplemental Indenture to the 2005 Base Indenture, which established and now governs, together with the 2005 Base Indenture, the 6.25% Notes that were due March 1, 2039, as referred to in the Brief.

---

[1] All capitalized terms not otherwise defined in this Declaration shall have the meaning set forth in the Brief.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Tenth Supplemental Indenture to the 2005 Base Indenture, which established and now governs, together with the 2005 Base Indenture, the 3.50% Notes that were due October 1, 2020, as referred to in the Brief.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Twenty-Third Supplemental Indenture to the 2005 Base Indenture, which established and now governs, together with the 2005 Base Indenture, the 3.40% Notes that were due August 15, 2024, as referred to in the Brief.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the 2017 Base Indenture. The 2017 Base Indenture established and now governs the 3.30% Notes that were due December 1, 2027 and 3.95% Notes that were due December 1, 2047.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the 2018 Base Indenture. The 2018 Indenture, together with the first supplemental indenture dated August 6, 2018, governs the 4.25% Notes that were due August 1, 2023, and the 4.65% Notes that were due August 1, 2028.

Dated: November 27, 2019

**WEIL, GOTSHAL & MANGES LLP**

**KELLER & BENVENUTTI LLP**

By: /s/ *Theodore E. Tsekerides*

Theodore E. Tsekerides

*Attorneys for Debtors and Debtors in Possession*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119