Vinton Frost  
391 Ellis Street  
General Delivery  
San Francisco, CA 94102

November 26, 2019

United States Bankruptcy Court  
For the  
Northern District of California

FILED  
NOV 27 2019  
UNITED STATES BANKRUPTCY COURT  
SAN FRANCISCO, CA

Case 19-30088

PG&E

v.

Stakeholders

AMICUS BRIEF  
IN SUPPORT OF PG&E's MOTION  
TO CONTINUE SOLICITATION PERIOD

---

This Amicus of Court and California Resident submits a statement in support of PG&E's motion to continue the solicitation period. This amicus believes that under Governor Newsom the State of California should enter into a joint venture with a private capital source friendly to PG&E management and employees to acquire the company's assets and remaining liabilities. He proposes a new prototype for a social municipal enterprise public-private investment and operations model with proper safeguards with innovation for the infrastructure and with sufficient incentives and protections for PG&E management and employees, whenery customers win greater efficiencies, reliability, and sustainability.

Amicus wishes for lawyers and other stakeholders in this proceeding to inform the Governor of this possibility, which could be achieved through supplemental proceedings under state law.

Respectfully submitted,

Vinton Frost