# EXHIBIT 1-I



# Contract Change Order

**This is Change Order ("CO") No. 5 to Contract No. C73 (formerly 4400011340) dated 01/19/2017 between the below-named Contractor ("Contractor"), a Delaware Limited Liability Partnership, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this Contract, as amended by this Change Order, pursuant to and in accordance with the terms and conditions of the Contract.**

| | | |
|---|---|---|
| **Contractor's Legal Name:** | KPMG, LLP | **This Contract Change Order consists of 3 page(s).** |
| **Contractor's Address:** | P.O. BOX 120001<br>DALLAS, TX 75312 | |

**Project Name**: CONSULTING SERVICES

**Job Location**: VARIOUS

**CHANGES: The Parties hereby modify the Contract referenced above as follows:**

In consideration of the recitals, and of the terms, covenants and conditions herein, the parties agree that the Contract No. C73, (formerly 4400011340) dated 01/19/2017 is amended as follows:

1. The Contract expiration date is hereby extended from June 30, 2019 to January 31, 2020 the new expiration date.

**ATTACHMENTS: The following are attached to this Contract Change Order and incorporated herein by this reference.**

Attachment No. N/A

| **PRICING CHANGES**: | Previous Total Contract Value: | $ The Total Value of All Authorized CWAs |
|---|---|---|
| | Addition or Deduction: | $ N/A |
| | Revised Total Contract Value: | $ The Total Value of All Authorized CWAs |

**All other terms and conditions of the Contract, as it may have been amended by previous Contract Change Order(s), if any, shall remain the same.**

**PG&E Corporation ("PG&E Corp.") and Pacific Gas and Electric Company (the "Utility," and, together with PG&E Corp., the "Debtors"), are debtors-in-possession in a proceeding pending under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Northern District of California. Nothing herein shall be deemed to constitute an assumption of the Contract and/or any CWA or a waiver or modification of the Debtors' rights to assume, assume and assign, or reject the Contract and/or any CWA pursuant to section 365 of the Bankruptcy Code. The Debtors hereby reserve all rights available to them under such proceedings. Any amounts paid by the Debtors hereunder must be applied to goods and/or services provided to the Debtors on or after January 29, 2019 (the "Petition Date") and shall not be applied to satisfy Claims (as defined in the Bankruptcy Code) arising prior to the Petition Date.**

DocuSign Envelope ID: 29747F88-9AA5-4DCC-8FEF-ED0E979F2737

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT CHANGE ORDER.**

| **PACIFIC GAS AND ELECTRIC COMPANY** | | **CONTRACTOR: KPMG, LLP** | |
|---|---|---|---|
| **Signature** | DocuSigned by: Rafael Soto-Amaro 4B75ED19F856450... | **Signature** | DocuSigned by: Geno Armstrong 2C19AE69855141D... |
| **Name** | Rafael Soto-Amaro | **Name** | Geno Armstrong |
| **Title** | Portfolio Manager | **Title** | Principal – KPMG LLP |
| **Date** | 6/10/2019 | **Date** | 6/7/2019 |

Case: 19-30088 Doc# 4901-1 Filed: 11/27/19 Entered: 11/27/19 16:12:26 Page 3 of 4


DocuSign Envelope ID: 29747F88-9AA5-4DCC-8FEF-ED0E979F2737

Change Order No. 5
Contract No. C73 (formerly 4400011340)
Page 3 of 3

| ADMINISTRATION | | | |
|---|---|---|---|
| **PG&E Negotiator** | Kathleen Elliott | **Contractor Representative** | Geno Armstrong |
| **Phone** | 414-973-5585 | **Phone** | 206-852-7189 |
| **Email:** | Elliottck8@gmail.com | **Email:** | garmstrong@kpmg.com |
| **Accounting Reference** | As shown on each fully executed CWA | | |

| INTERNAL PG&E USE ONLY | | |
|---|---|---|
| **Distribution Date** | | |
| **Distribution of Copies** | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO | ☐ Contractor (Signed Original Copy) |
| | ☐ Work Supervisor | ☐ Manager |
| | ☐ Invoice Approver | ☐ Supervisor |
| | ☐ V.P. | ☐ Sourcing/ Purchasing |
| | ☐ Director | ☐ Law |

62-4675 (12-1-08) Sourcing