1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

5

**SUMMARY OF COMPENSATION BY PROFESSIONAL**

**OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

**BERMAN AND TODDERUD LLP**

| Name of Professional | Position | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Stan Berman | Partner | 1988 (Illinois)<br>1994 (Washington, D.C.)<br>2000 (Washington) | $920 | 56.9 | $52,348.00 |
| Eric Todderud | Partner | 1987 (Oregon-*inactive*)<br>2004 (Washington) | $692 | 77.8 | $53,837.60 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $788.31 | 134.7 | $106,185.60 |

6