# EXHIBIT B

7

**COMPENSATION BY PROJECT FOR SERVICES RENDERED
BY BERMAN AND TODDERUD LLP FOR THE PERIOD
OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| Description | Hours | Amount |
|---|---|---|
| 2000-2001 Energy Crisis FERC Litigation | 134.7 | $106,185.60 |

8