1
2
3
4
5
6
# **EXHIBIT D**
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

11

**October 2019**

**Itemized Time Description**

| DATE | TYPE | ATTORNEY | DESCRIPTION | HOURS | RATE | AMOUNT |
|------|------|----------|-------------|-------|------|--------|
| 10/1/2019 | TIME | Berman | Discussion and emails re overlays sent to various market participants. | 3.80 | $920.00 | $3,496.00 |
| 10/1/2019 | TIME | Todderud | Finalize Joint Notice of settlement overlay | 0.50 | $692.00 | $346.00 |
| 10/1/2019 | TIME | Todderud | Draft certificate of no objection for February through June fees | 0.70 | $692.00 | $484.40 |
| 10/1/2019 | TIME | Todderud | Review settlement overlay reports sent to market participants | 2.60 | $692.00 | $1,799.20 |
| 10/2/2019 | TIME | Todderud | Draft amendment to allocation agreements and conferences re same | 4.00 | $692.00 | $2,768.00 |
| 10/2/2019 | TIME | Todderud | Draft inserts to FERC filing for settlement overlay | 2.10 | $692.00 | $1,453.20 |
| 10/2/2019 | TIME | Berman | Edit allocation agreement amendment and discussion re same. | 2.40 | $920.00 | $2,208.00 |
| 10/2/2019 | TIME | Berman | Discussion and emails re overlays for various participants. | 1.40 | $920.00 | $1,288.00 |
| 10/3/2019 | TIME | Berman | Research and discussion re overlays with affected participants. | 2.80 | $920.00 | $2,576.00 |
| 10/3/2019 | TIME | Todderud | Attend settlement overlay call | 0.70 | $692.00 | $484.40 |
| 10/3/2019 | TIME | Todderud | Circulate and analyze escrow tax returns and conferences re same | 1.40 | $692.00 | $968.80 |
| 10/3/2019 | TIME | Todderud | Incorporate edits to draft amendment to allocation agreements and update settlement list | 1.80 | $692.00 | $1,245.60 |

12

| Date | | Name | Description | Hours | Rate | Amount |
|------|------|------|-------------|-------|------|--------|
| 10/3/2019 | TIME | Todderud | Communications re and analysis of escrow tax returns | 1.30 | $692.00 | $899.60 |
| 10/3/2019 | TIME | Berman | Prepare for and attend call with California Parties re overlays. | 0.80 | $920.00 | $736.00 |
| 10/4/2019 | TIME | Todderud | Finalize certificate of no objection to Fee Statement for February through June | 0.50 | $692.00 | $346.00 |
| 10/4/2019 | TIME | Todderud | Finalize and circulate draft amendment to allocation agreements | 4.40 | $692.00 | $3,044.80 |
| 10/4/2019 | TIME | Berman | Research and emails re issues concerning Duke overlay calculations. | 1.80 | $920.00 | $1,656.00 |
| 10/7/2019 | TIME | Berman | Prepare for and attend weekly FERC strategy call. | 0.50 | $920.00 | $460.00 |
| 10/7/2019 | TIME | Todderud | Attend internal call re status and strategy | 0.30 | $692.00 | $207.60 |
| 10/7/2019 | TIME | Todderud | Draft Interim Fee Statement | 2.10 | $692.00 | $1,453.20 |
| 10/7/2019 | TIME | Todderud | Conferences re escrow tax returns and review same | 0.70 | $692.00 | $484.40 |
| 10/7/2019 | TIME | Todderud | Review escrow accountant retainer agreement and emails re same | 0.80 | $692.00 | $553.60 |
| 10/7/2019 | TIME | Todderud | Research provisions of allocation agreements for generator settlements inconsistent with draft amendment to allocation agreements | 1.10 | $692.00 | $761.20 |
| 10/8/2019 | TIME | Todderud | Coordinate review and approval of escrow tax returns | 0.50 | $692.00 | $346.00 |
| 10/8/2019 | TIME | Todderud | Draft email re draft amendment to allocation agreements | 0.70 | $692.00 | $484.40 |
| 10/8/2019 | TIME | Todderud | Draft interim fee application | 2.20 | $692.00 | $1,522.40 |
| 10/9/2019 | TIME | Todderud | Prepare for and attend call with K. Cunningham (CERS counsel) re amendments to allocation agreement | 1.00 | $692.00 | $692.00 |
| 10/9/2019 | TIME | Todderud | Draft interim fee petition | 2.60 | $692.00 | $1,799.20 |

13

| Date | Type | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/9/2019 | TIME | Berman | Calls and research re Duke overlay issues. | 1.70 | $920.00 | $1,564.00 |
| 10/9/2019 | TIME | Berman | Edit interim fee application materials. | 0.50 | $920.00 | $460.00 |
| 10/10/2019 | TIME | Berman | Prepare for and attend call with California Parties re overlays. | 1.00 | $920.00 | $920.00 |
| 10/10/2019 | TIME | Berman | Prepare for and attend call re El Paso overlay. | 2.40 | $920.00 | $2,208.00 |
| 10/10/2019 | TIME | Todderud | Attend settlement overlay call | 0.90 | $692.00 | $622.80 |
| 10/10/2019 | TIME | Todderud | Edit draft amendment to allocation agreements | 1.70 | $692.00 | $1,176.40 |
| 10/11/2019 | TIME | Berman | Review interest shortfall allocation materials and emails re same. | 0.70 | $920.00 | $644.00 |
| 10/11/2019 | TIME | Todderud | Draft interim fee petition | 1.20 | $692.00 | $830.40 |
| 10/11/2019 | TIME | Todderud | Review interest shortfall calculations in settlement overlays | 0.30 | $692.00 | $207.60 |
| 10/14/2019 | TIME | Todderud | Identify allocation factors under SRA settlement and telephone with C. Berry (Bates White economist) re same | 1.50 | $692.00 | $1,038.00 |
| 10/14/2019 | TIME | Todderud | Edit draft amendment to allocation agreements | 1.10 | $692.00 | $761.20 |
| 10/14/2019 | TIME | Berman | Prepare for and attend weekly FERC strategy call. | 0.50 | $920.00 | $460.00 |
| 10/14/2019 | TIME | Berman | Research interest shortfall issues and emails re same. | 1.80 | $920.00 | $1,656.00 |
| 10/14/2019 | TIME | Berman | Edit allocation amendment. | 0.30 | $920.00 | $276.00 |
| 10/15/2019 | TIME | Todderud | Revise interim fee application | 0.60 | $692.00 | $415.20 |
| 10/15/2019 | TIME | Todderud | Edit draft amendment to allocation agreements and research same | 1.70 | $692.00 | $1,176.40 |
| 10/15/2019 | TIME | Todderud | Review interest shortfall calculations from settlement overlays | 0.80 | $692.00 | $553.60 |

14

| Date | | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/15/2019 | TIME | Berman | Emails and discussion re defunct market participant who received overlay. | 0.80 | $920.00 | $736.00 |
| 10/16/2019 | TIME | Todderud | Telephone with P. Turner (counsel for Energy Services Ventures bankruptcy estate) re Cal Polar settlement overlay and review Cal Polar settlement overlay and emails re overlay issues | 0.90 | $692.00 | $622.80 |
| 10/16/2019 | TIME | Todderud | Verify accuracy of engagement letter for BNN (escrow accountants) and circulate same for execution | 0.80 | $692.00 | $553.60 |
| 10/16/2019 | TIME | Todderud | Finalize edits to interim fee application | 2.10 | $692.00 | $1,453.20 |
| 10/16/2019 | TIME | Todderud | Review Midway Sunset settlement overlay materials | 0.50 | $692.00 | $346.00 |
| 10/16/2019 | TIME | Berman | Edit interim fee application. | 1.00 | $920.00 | $920.00 |
| 10/17/2019 | TIME | Todderud | Attend settlement overlay call | 0.80 | $692.00 | $553.60 |
| 10/17/2019 | TIME | Berman | Prepare for and attend call with California Parties re settlement overlays. | 1.00 | $920.00 | $920.00 |
| 10/17/2019 | TIME | Berman | Research issues re market participant's overlay and calls and emails re same. | 4.50 | $920.00 | $4,140.00 |
| 10/17/2019 | TIME | Berman | Emails re mediation efforts. | 0.40 | $920.00 | $368.00 |
| 10/18/2019 | TIME | Berman | Emails re overlay issues with market participant. | 0.90 | $920.00 | $828.00 |
| 10/21/2019 | TIME | Berman | Prepare for and attend weekly FERC strategy call. | 0.50 | $920.00 | $460.00 |
| 10/21/2019 | TIME | Berman | Research and emails re overlays of various market participants and questions re same. | 4.50 | $920.00 | $4,140.00 |
| 10/21/2019 | TIME | Berman | Emails re overlay status and issues. | 0.50 | $920.00 | $460.00 |
| 10/21/2019 | TIME | Todderud | Attend PG&E call re status and strategy | 0.50 | $692.00 | $346.00 |

15

| Date | | Timekeeper | Description | Hours | Rate | Amount |
|------|------|------------|-------------|-------|------|--------|
| 10/21/2019 | TIME | Todderud | Draft certification of no objection to fee petition | 0.40 | $692.00 | $276.80 |
| 10/21/2019 | TIME | Todderud | Draft interim fee application | 1.80 | $692.00 | $1,245.60 |
| 10/21/2019 | TIME | Todderud | Compile revised list of allocation agreements | 1.10 | $692.00 | $761.20 |
| 10/22/2019 | TIME | Todderud | Finalize interim fee petition | 3.00 | $692.00 | $2,076.00 |
| 10/22/2019 | TIME | Todderud | Analyze SMUD and Midway settlement overlays | 1.20 | $692.00 | $830.40 |
| 10/22/2019 | TIME | Berman | Research and emails re overlay questions of various market participants. | 4.20 | $920.00 | $3,864.00 |
| 10/23/2019 | TIME | Berman | Research and emails re questions of various market participants concerning overlays. | 3.20 | $920.00 | $2,944.00 |
| 10/23/2019 | TIME | Berman | Emails and discussion re overlay status and issues. | 1.00 | $920.00 | $920.00 |
| 10/23/2019 | TIME | Todderud | Research development of 2007 Midway Sunset side agreement and liability for third party offsets | 2.60 | $692.00 | $1,799.20 |
| 10/23/2019 | TIME | Todderud | Draft emails re retainer agreement for escrow accountant | 0.30 | $692.00 | $207.60 |
| 10/23/2019 | TIME | Todderud | Draft certificate of no objection for August fees | 0.40 | $692.00 | $276.80 |
| 10/24/2019 | TIME | Todderud | Attend settlement overlay call | 1.10 | $692.00 | $761.20 |
| 10/24/2019 | TIME | Todderud | Emails re retainer letter for escrow accountant | 0.30 | $692.00 | $207.60 |
| 10/24/2019 | TIME | Todderud | Research and draft response to I. Kwasny (CPUC counsel) re settlement overlay issues | 0.50 | $692.00 | $346.00 |
| 10/24/2019 | TIME | Todderud | Conference and email re December escrow tax filing | 0.30 | $692.00 | $207.60 |
| 10/24/2019 | TIME | Todderud | Research development of Midway Sunset 2007 side agreement and liability for third party offsets | 2.90 | $692.00 | $2,006.80 |

16

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/24/2019 | TIME | Berman | Prepare for and attend call with California Parties re overlays. | 0.80 | $920.00 | $736.00 |
| 10/25/2019 | TIME | Berman | Research and emails re overlay issues for various market participants. | 2.00 | $920.00 | $1,840.00 |
| 10/25/2019 | TIME | Todderud | Research emails addressing development of 2007 Midway Sunset side agreement and liability for third party offsets | 2.60 | $692.00 | $1,799.20 |
| 10/25/2019 | TIME | Todderud | Draft inserts to FERC settlement overlay filing | 2.40 | $692.00 | $1,660.80 |
| 10/28/2019 | TIME | Todderud | Attend internal call re status and strategy | 0.30 | $692.00 | $207.60 |
| 10/28/2019 | TIME | Todderud | Review estimates of December escrow tax payment calculations and conference with C. Berry (Bates White) re same | 0.60 | $692.00 | $415.20 |
| 10/28/2019 | TIME | Todderud | Draft inserts to settlement overlay filing | 1.90 | $692.00 | $1,314.80 |
| 10/28/2019 | TIME | Berman | Prepare for and attend weekly FERC strategy call. | 0.40 | $920.00 | $368.00 |
| 10/28/2019 | TIME | Berman | Research and emails re overlay questions and issues of various participants. | 2.40 | $920.00 | $2,208.00 |
| 10/29/2019 | TIME | Berman | Research and calls re Midway Sunset overlay issues. | 1.20 | $920.00 | $1,104.00 |
| 10/29/2019 | TIME | Todderud | Draft inserts to settlement overlay filing | 1.00 | $692.00 | $692.00 |
| 10/29/2019 | TIME | Todderud | Review status of escrow documents | 0.80 | $692.00 | $553.60 |
| 10/30/2019 | TIME | Todderud | Review SMUD settlement overlay and emails re interest shortfall calculations | 0.90 | $692.00 | $622.80 |
| 10/30/2019 | TIME | Berman | Research and emails re overlay questions for various market participants. | 3.80 | $920.00 | $3,496.00 |
| 10/30/2019 | TIME | Todderud | Revise certificate of no objection | 0.30 | $692.00 | $207.60 |

17

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/31/2019 | TIME | Todderud | Draft Monthly Fee Statement for September and letter to fee examiner | 2.60 | $692.00 | $1,799.20 |
| 10/31/2019 | TIME | Todderud | Research summer reliability settlement allocations and draft email re same | 1.10 | $692.00 | $761.20 |
| 10/31/2019 | TIME | Berman | Prepare for and attend call with California Parties re overlays. | 0.60 | $920.00 | $552.00 |
| 10/31/2019 | TIME | Berman | Calls and emails with various market participants re overlay questions. | 0.80 | $920.00 | $736.00 |

18