1  BRAD BRIAN (State Bar No. 79001)
   Brad.Brian@mto.com
2  THOMAS B. WALPER (State Bar No. 96667)
   thomas.walper@mto.com
3  HENRY WEISSMANN (State Bar No. 132418)
   henry.weissmann@mto.com
4  BRADLEY SCHNEIDER (State Bar No. 235296)
   bradley.schneider@mto.com
5  **MUNGER, TOLLES & OLSON LLP**
   350 South Grand Avenue
6  Fiftieth Floor
   Los Angeles, California 90071
7  Telephone:     (213) 683-9100
   Facsimile:     (213) 683-3702
8
   *Attorneys for Debtors and Debtors in Possession*
9

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and – | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | **NOTICE OF RATE INCREASE OF MUNGER, TOLLES & OLSON LLP AS ATTORNEYS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR CERTAIN MATTERS** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | [No hearing requested] |
| *All papers shall be filed in the Lead Case No. 19-30088 (DM).* | |

Pursuant to the *Order Authorizing Debtors Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Munger, Tolles & Olson LLP as Counsel for Certain Matters for the Debtors Effective as of the Petition Date* [Docket No. 1677] entered on April 25, 2019 (as amended, the "**Retention Order**"), the law firm of Munger, Tolles & Olson LLP ("**MTO**"), attorneys for PG&E Corporation and Pacific Gas and Electric Company (the **"Debtors"**) for certain matters, submits this notice of rate increase.

Effective as of January 1, 2020, some billing rates for MTO attorneys and paraprofessionals will change. MTO's billing rates, effective as of January 1, 2020, are as follows:

| Billing Category/Individual | 2020 Billing Rate / Range |
|---|---|
| Partners | $900 - $1,600 |
| Of counsel | $920 - $1,100 |
| Associates | $490 - $875 |
| E-Discovery | $610 - $650 |
| Staff Attorneys | $405 - $490 |
| Paraprofessionals | $285 - $455 |

MTO and the Debtors have not agreed to any variations from, or alternatives to, MTO's standard billing arrangements.

In addition to filing with notice with the Court, this notice is being provided to the notice parties listed herein.

Dated: December 2, 2019

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By: /s/ *Bradley Schneider*
Bradley Schneider

*Attorneys for Debtors and Debtors in Possession*

**Notice Parties**

PG&E Corporation
c/o Pacific Gas & Electric Company
Attn:   Janet Loduca
77 Beale Street
San Francisco, CA 94105

Weil, Gotshal & Manges LLP
Attn:   Stephen Karotkin
        Jessica Liou
        Matthew Goren
767 Fifth Avenue
New York, NY 10153

The Office of the United States Trustee for Region 17
Attn:   Andrew Vara
        Timothy Laffredi
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

Milbank LLP
Attn:   Dennis F. Dunne
        Sam A. Khalil
55 Hudson Yards
New York, NY 10001-2163

Milbank LLP
Attn:   Paul S. Aronzon
        Gregory A. Bray
        Thomas R. Kreller
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

Baker & Hostetler LLP
Attn:   Eric Sagerman
        Cecily Dumas
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509

Bruce Markell, Fee Examiner
c/o Scott McNutt
324 Warren Road
San Mateo, California 94402