# United States Bankruptcy Court

## Northern District of California

In re:  PG&E CORPORATION and                     Chapter 11
         PACIFIC GAS AND ELECTRIC COMPANY,       Case No.: 19-30088 (DM)
                              Debtors             Jointly Administered

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Sencha Funding, LLC** | **Jefferies Leveraged Credit Products, LLC** |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim #: **1465** <br> Transferred Claim Amount: **$1,797,452.00** <br> Date Claim Filed: 3/7/2019 |
| **Sencha Funding, LLC** <br> **c/o Farallon Capital Management, L.L.C.** <br> **One Maritime Plaza, Suite 2100** <br> **San Francisco, CA 94111** | Court Claim #: **1730** <br> Transferred Claim Amount: **$1,797,452.00** <br> Date Claim Filed: 3/18/2019 |
| **Attn: Michael G. Linn** <br> **Tel: 1 415 421 2132** <br> **Email: mlinn@faralloncapital.com** | |
| Last Four Digits of Acct #: _____N/A_____ | Last Four Digits of Acct. #: ____N/A_____ |
| Name and Address where transferee payments should be sent (if different from above) | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Andrew A. Jones                            Date: December 2, 2019
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT C**

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: THE DEBTORS AND THE BANKRUPTCY COURT

Claim #: 1465 (amended by 1730)

For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC, (the "Transferor") its successors and assigns, does hereby unconditionally and irrevocably sell, transfer and assign unto Sencha Funding, LLC, its successors and assigns (the "Transferee"), all rights, title, interest, claims and causes of action in and to, or arising under or in connection with all of Transferor's claims, designated Proof of Claim Nos. 1465 and 1730, solely to the extent of **$1,797,452.00** (collectively the "Claim"), against PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088-DM (the "Debtors"), pending in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court") and all scheduled claims and all proofs of claim filed by Transferor in respect thereof.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated _Nov 26_, 2019.

| Transferor: | Transferee: |
|---|---|
| Jefferies Leveraged Credit Products, LLC | Sencha Funding, LLC |
| By: *[signature]* | By: *[signature]* |
| Name: | Name: |
| Title: | Title: |
| William P. McLoughlin<br>Senior Vice President<br>Authorized Signatory | Michael G. Linn<br>Managing Member |