

Signed and Filed: December 2, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  WEIL, GOTSHAL & MANGES LLP
   Stephen Karotkin (*pro hac vice*)
2  (stephen.karotkin@weil.com)
   Ray C. Schrock, P.C. (*pro hac vice*)
3  (ray.schrock@weil.com)
   Jessica Liou (*pro hac vice*)
4  (jessica.liou@weil.com)
   Theodore Tsekerides (*pro hac vice*)
5  (theodore.tsekerides@weil.com)
   Matthew Goren (*pro hac vice*)
6  (matthew.goren@weil.com)
   767 Fifth Avenue
7  New York, NY 10153-0119
   Tel: 212 310 8000
8  Fax: 212 310 8007

9  KELLER & BENVENUTTI LLP
   Tobias S. Keller (#151445)
10 (tkeller@kellerbenvenutti.com)
   Peter J. Benvenutti (#60566)
11 (pbenvenutti@kellerbenvenutti.com)
   Jane Kim (#298192)
12 (jkim@kellerbenvenutti.com)
   650 California Street, Suite 1900
13 San Francisco, CA 94108
   Tel: 415 496 6723
14 Fax: 650 636 9251

15 *Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **ORDER DENYING CLASS REPRESENTATIVE'S MOTION TO EXTEND APPLICATION OF FEDERAL RULE OF CIVIL PROCEDURE 23 TO CLASS PROOFS OF CLAIM** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors | Relates to Dkt. No. 4370 |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

On consideration of the *Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Class Proofs of Claim* [Docket No. 4370] (together with its supporting papers, the "**Motion**")[1] filed by David Alonzo and the *Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Class Proofs of Claim* [Docket No. 4684] (together with its supporting papers, the "**Objection**") filed by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"); the Court finding and concluding that:

1. The Debtors' Notice Procedures were robust and carefully calculated to reach all potential claimants;

2. No non-bankruptcy forum certified the proposed class before the Petition Date;

3. The Motion was filed well after the service of the Bar Date Notice;

4. A post-petition claimant cannot represent a pre-petition class even if the relevant bankruptcy estates are solvent; and

5. The traditional procedures for filing of claims and objections thereto are adequate to handle any alleged wrongdoing by the Debtors;

And Mr. Alonzo having accepted the Court's tentative ruling of November 14, 2019; and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Motion is denied.

2. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Order.

/ / /

/ / /

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Objection.

APPROVED AS TO FORM:

DATED: November 27, 2019

OSTERGAR LAW GROUP P.C.

/s/ *John E. Lattin*
John E. Lattin

*Attorneys for Creditor David Alonzo*

** END OF ORDER **