# UNITED STATES BANKRUPTCY COURT

## Northern District of California

In re: Pacific Gas and Electric Company          Case No. 19-30088

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC<br>Name of Transferee | B&B Plumbing & Construction Inc.<br>Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): N/A<br>Amount of Claim: USD$19160.00<br>Date Claim Filed: N/A |
| TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598 | Phone: (209) 357-3273<br>Last four digits of Acct.#: N/A |
| Phone: 516-255-1801<br>Last four digits of Acct#: N/A | Name and Current Address of Transferor:<br>B&B Plumbing & Construction Inc.<br>2145 Atwater Blvd<br>Atwater, CA 95301 |
| Name and address where transferee payments should be sent (if different from above): | |
| Phone: N/A<br>Last four digits of Acct#: N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross          Date: Dec 2, 2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Northern District of California
Attention: Clerk

AND TO: Pacific Gas and Electric Company (Debtor)
Case No. 19-30088
(Jointly Administered Under Pacific Gas and Electric Company, et al., Case No. 19-30088)

Claim # N/A

**B&B PLUMBING CONSTRUCTION INC**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$19,160.00** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 19 DAY OF November, 2019.

ASSIGNOR: B&B PLUMBING CONSTRUCTION INC
_____
(Signature)
Brad Miller
(Print Name)
Vice President
(Title)

ASSIGNEE: TRC MASTER FUND LLC
_____
(Signature)
Terrel Ross
(Print Name)
Managing Member
(Title)

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Trade Payables** | | | | | | | |
| 3.375 AWS TECHNOLOGIES INC<br>7040 AVENIDA ENCINAS STE 104<br>CARLSBAD, CA 92011 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $99,710 |
| 3.376 AZP CONSULTING LLC<br>11614 TOMAHAWK CREEK PKWY STE I<br>LEAWOOD, KS 66211 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $30,845 |
| 3.377 AZTRACK CONSTRUCTION CORPORATION<br>801 LINDBERG LANE<br>PETALUMA, CA 94952 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $534,386 |
| 3.378 AZZ WSI LLC<br>3100 W 7TH ST 500<br>FORT WORTH, TX 76107 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $105,095 |
| 3.379 B & W DISTRIBUTORS INC<br>P.O. BOX 21960<br>MESA, AZ 85277-1960 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $8,333 |
| 3.380 B DON RUSSELL CONSULTING<br>3903 CEDAR RIDGE DR<br>COLLEGE STATION, TX 77845 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $33,940 |
| 3.381 B&B PLUMBING CONSTRUCTION INC<br>2145 ATWATER BLVD<br>ATWATER, CA 95301 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $19,160 |
| 3.382 B&B PORTABLE TOILETS LLC<br>NOT AVAILABLE | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $436 |
| 3.383 B2B INDUSTRIAL PACKAGING LLC<br>313 S ROHLWING RD<br>ADDISON, IL 60101 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $2,016 |
| 3.384 BADGER DAYLIGHTING CORP<br>8930 MOTORSPORTS WY<br>BROWNSBURG, IN 46112 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $4,176,353 |
| 3.385 BAKER FARMING COMPANY LLC<br>8211 N FRESNO ST<br>FRESNO, CA 93720 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $222,356 |

Page 36 of 9581 to Schedule E/F Part 2

Case: 19-30088　Doc# 906-4　Filed: 03/14/19　Entered: 03/14/19 23:02:08　Page 36 of 568
Case: 19-30088　Doc# 4932　Filed: 12/02/19　Entered: 12/02/19 13:11:55　Page 3 of 4

# Prime Clerk

## Creditor Information - Schedule # 1033338

**Creditor**

B&B PLUMBING CONSTRUCTION INC 2145 ATWATER BLVD
ATWATER, CA 95301

**Debtor Name**

Pacific Gas and Electric Company

**Date Filed**

n/a

**Claim Number**

n/a

**Schedule Number**

1033338

## Claim Amounts

| | |
|---|---|
| **Claim Nature** | General Unsecured |
| **Schedule Amount** | $19160.00 |
| **C*** | |
| **U*** | |
| **D*** | |
| **Asserted Claim Amount** | |
| **C*** | |
| **U*** | |
| **F*** | |
| **Current Claim Value** | $19160.00 |
| **Claim Status** | Scheduled |
| **Claim Nature** | Priority |
| **Schedule Amount** | |
| **C*** | |
| **U*** | |
| **D*** | |

Case: 19-30088    Doc# 4932    Filed: 12/02/19    Entered: 12/02/19 13:11:55    Page 4 of