# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY COBLENTZ PATCH DUFFY & BASS LLP FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---|---|
| C100 | Fact Gathering | 49.30 | $14,327.40 |
| C200 | Researching Law | 0.50 | $200.00 |
| L110 | Fact Investigation/Development | 47.10 | $18,840.00 |
| L120 | Analysis/Strategy | 13.90 | $6,760.00 |
| L130 | Experts/Consultants | 1.20 | $600.00 |
| L143 | eDiscovery - Identification and Preservation | 0.40 | $200.00 |
| L200 | Pre-Trial Pleadings and Motions | 1.50 | $750.00 |
| L310 | Written Discovery | 21.60 | $10,010.00 |
| L330 | Depositions | 13.80 | $5,920.00 |
| L650 | Review | 11.50 | $2,760.00 |
| L670 | Production | 4.40 | $770.00 |
| P100[2] | Project Administration | 16.10 | $9,870.50 |
| P240 | Real and Personal Property | 39.50 | $15,551.00 |
| P300 | Structure/Strategy/Analysis | 120.80 | $76,727.09 |

---

[1] These Task Codes and Descriptions were used by Coblentz in conjunction with pre-petition time entries and invoices as required by Debtors prior to the filing of these Bankruptcy Cases, and Coblentz continues to use them in conjunction with post-petition time entries and invoices in these Special Counsel matters. In connection with additional services Coblentz now is required to perform in connection with these bankruptcy cases (*e.g.*, in connection with Coblentz's retention application, monthly fee statements, fee applications, or the like), Coblentz further specifies the time and fees for any such additional services in footnote 2 below.

[2] This Task Code includes (a) 3.7 hours ($2,305.10 in fees) related to Coblentz's Seventh and Eighth Monthly Fee Statements, (b) 3.1 hours ($1,931.30 in fees) related to Coblentz's First Interim Fee Application, (c) .5 hours ($311.50 in fees) related to Bankruptcy Court procedures re retention of expert witness in Special Counsel litigation matter, and (d) 6.4 hours ($3,987.20 in fees) related to the Fee Examiner's Motion for Approval of Fee Protocols and limited joint opposition to same.

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---|---|
| P400 | Initial Document Preparation/Filing | 20.70 | $13,413.60 |
| P500 | Negotiation/Revision/Responses | 20.60 | $13,322.00 |
| P600 | Completion/Closing | 18.50 | $11,988.00 |
| P800 | Maintenance and Renewal | 2.20 | $1,425.60 |
| **Total:** | | **403.60** | **$203,435.19** |