# EXHIBIT E

## DETAILED EXPENSE ENTRIES (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

| Costs Advanced | Amount |
|---|---|
| Court Reporter – U.S. Legal Support – Sac | $2,451.45 |
| **Total Costs Requested:** | **$2,451.45** |