GROOM LAW GROUP, CHARTERED
David N. Levine, *pro hac vice*
dnl@groom.com
Katherine B. Kohn, *pro hac vice*
kkohn@groom.com
1701 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel:    (202) 857-0620
Fax:    (202) 659-4503

*Special Counsel for Debtors*
*and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| **- and -** | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | FIRST MONTHLY FEE STATEMENT OF GROOM LAW GROUP, CHARTERED FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF AUGUST 1, 2019 THROUGH AUGUST 31, 2019 |
| ☐  Affects PG&E Corporation | |
| ☐  Affects Pacific Gas and Electric Company | |
| x   Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | **Objection Deadline**: December 23, 2019 at 4:00 p.m. (Pacific Time) |

1

To: The Notice Parties

| | |
|---|---|
| Name of Applicant | Groom Law Group, Chartered |
| Authorized to Provide Professional Services to: | <u>Debtors</u> |
| Date of Retention: | <u>June 10, 2019 *nunc pro tunc* to January 29, 2019</u> |
| Period for which compensation and reimbursement are sought: | <u>August 1, 2019 through August 31, 2019</u> |
| Amount of compensation sought as actual, reasonable, and necessary | <u>$50,418.00 (80% of $63,022.50)</u> |
| Amount of expense reimbursement sought as actual, reasonable, and necessary | <u>$0</u> |

The Groom Law Group, Chartered ("Groom" or "Applicant"), special employee benefits counsel to PG&E Corporation and Pacific Gas and Electric Company ("Debtors"), hereby submits its First Monthly Fee Statement ("First Monthly Statement")[1] for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing August 1, 2019, through August 31, 2019 (the "Fee Period") pursuant to *the Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bank. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated February 27, 2019* [Dkt. 701] (the "Interim

---

[1] Groom filed its First Consolidated Monthly Fee Statement covering the period from January 29, 2019, to July 31, 2019, on September 27, 2019 [Dkt. No. 4031]. Groom filed a Certificate of No Objection with respect to the Consolidated Monthly Fee Statement on October 21, 2019 [Dkt. No. 4350].

Case: 19-30088    Doc# 4936    Filed: 12/02/19    Entered: 12/02/19 14:01:37    Page 2 of 29

Compensation Procedures Order") and the *Order Appointing Fee Examiner And Establishing Procedures For Consideration Of Requested Fee Compensation And Reimbursement Of Expenses* [Dkt. 2267].

By this Monthly Statement, Groom requests allowance and payment of $50,418.00 (80% of $63,022.50) as compensation for professional services rendered to the Debtors during the Fee Period.

Groom provided legal services to Debtors related to five different matters during the Fee Period.  Attached hereto are the following Exhibits:

1.  Matter A: Counseling re: Defined Benefit Plan

    a.  Exhibit A-1 is the name of each professional who performed services for one or both of the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

    b.  Exhibit A-2 is a summary of hours during the Fee Period by task.

    c.  Exhibit A-3 is the detailed time entries for the Fee Period.

2.  Matter B: Counseling re: Defined Contribution Plan

    a.  Exhibit B-1 is the name of each professional who performed services for one or both of the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

    b.  Exhibit B-2 is a summary of hours during the Fee Period by task.

    c.  Exhibit B-3 is the detailed time entries for the Fee Period.

3

3. <u>Matter C: Counseling re: Health and Welfare Plan</u>

    a. <u>Exhibit C-1</u> is the name of each professional who performed services for one or both of the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

    b. <u>Exhibit C-2</u> is a summary of hours during the Fee Period by task.

    c. <u>Exhibit C-3</u> is the detailed time entries for the Fee Period.

4. <u>Matter D: Counseling re: Bankruptcy Matter</u>

    a. <u>Exhibit D-1</u> is the name of each professional who performed services for the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

    b. <u>Exhibit D-2</u> is a summary of hours during the Fee Period by task.

    c. <u>Exhibit D-3</u> is the detailed time entries for the Fee Period.

5. <u>Matter E: Voluntary Disability Plan</u>

    a. Exhibit E-1 is the name of each professional who performed services for the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

    b. Exhibit E-2 is a summary of hours during the Fee Period by task.

    c. Exhibit E-3 is the detailed time entries for the Fee Period.

In accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Statement, if any, must be filed and served on or before the 21st day (or the next business day if such day is not a business day) following the date the Monthly Statement is served with this Court (the "Objection Deadline").

4

Upon expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Statement. If an objection is properly filed, the Debtors shall be authorized and directed to pay the Applicant 80% of the requested fees and 100% of the requested expenses that are not subject to an objection.

Dated: December 2, 2019

GROOM LAW GROUP, CHARTERED

By: /s/ Katherine B. Kohn

*Special Counsel for Debtors and Debtors in Possession*

5

**Notice Parties**

PG&E Corporation
c/o Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105
Attn:   Janet Loduca, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Stephen Karotkin, Esq.
Rachael Foust, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108
Attn:   Tobias S. Keller, Esq.,
        Jane Kim, Esq.

The Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Attn:   James L. Snyder, Esq.,
        Timothy Laffredi, Esq.

Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Attn:   Dennis F. Dunne, Esq.,
        Sam A. Khalil, Esq.

Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Attn:   Paul S. Aronzon, Esq.,
        Gregory A. Bray, Esq.,
        Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Attn:   Eric Sagerman, Esq.,
 Cecily Dumas, Esq.

1

Bruce Markell
Fee Examiner
Northwestern University Pritzker School of Law
375 East Chicago Avenue
Chicago, IL 60611-3069

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

## EXHIBIT A-1

## COMPENSATION BY PROFESSIONAL
## AUGUST 1, 2019, THROUGH AUGUST 31, 2019

    The attorneys and paraprofessionals who rendered professional services to one or more of the Debtors relating to the Defined Benefit Plan during the Fee Period are:

| Names of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Allison Ullman | 2008 | $755 | 0.70 | $528.50 |
| David Levine | 1998 | $860 | 5.70 | $4,902.00 |
| *Total Partners and Counsel* | | | *6.40* | *$5,430.50* |

| Names of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nancy McTyre (Legal Consultant) | 2010 | $675 | 1.60 | $1,080.00 |
| Stacey Bradford | 1996 | $637 | 11.20 | $7,134.40 |
| Mark Carolan | 2010 | $675 | 0.30 | $202.50 |
| Arsalan Malik | 2015 | $504 | 0.20 | $100.80 |
| *Total Associates* | | | *13.30* | *$8,517.80* |

| Names of Paraprofessionals | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Josh Shapiro | -- | $751 | 0.50 | $375.50 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $848.51 | 6.40 | $5,430.50 |
| Associates | $640.43 | 13.30 | $8,517.80 |

1

| | | | |
|---|---|---|---|
| Other Professionals and Paraprofessionals | $751 | 0.50 | $375.50 |
| Blended Attorney Rate | $708.00 | | |
| *Total Fees Incurred* | | *20.20* | *$14,323.80* |

2

## EXHIBIT A-2

### COMPENSATION BY WORK TASK CODE FOR SERVICES
### RENDERED ON MATTER DURING FEE PERIOD

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| C200 | Researching Law | 20.20 | $14,323.70 |

1

**EXHIBIT A-3**

**ITEMIZED SERVICES**

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 8/5/2019 | BRADFORD | 0.10 | C200 | Revise paragraph for R. Reilly concerning litigation over actuarial factors. | $63.70 |
| 8/5/2019 | BRADFORD | 0.10 | C200 | Review discussion concerning California law permitting state registration of opposite sex domestic partnerships. | $63.70 |
| 8/7/2019 | BRADFORD | 2.30 | C200 | Draft email with options for amending Retirement Plan | $1,465.10 |
| 8/12/2019 | BRADFORD | 0.90 | C200 | Review draft amendment for missing participants and post 70.5 adjustments issue. | $573.30 |
| 8/13/2019 | BRADFORD | 2.00 | C200 | Draft writeup for missing participants amendment. | $1,274.00 |
| 8/14/2019 | BRADFORD | 0.90 | C200 | Teleconference with administration team regarding administrative issues. | $573.30 |
| 8/19/2019 | BRADFORD | 1.30 | C200 | Review proposed notice to participants re: solicitations on social media and website. | $828.10 |
| 8/21/2019 | BRADFORD | 1.20 | C200 | Review and analyze questions regarding coverage of domestic partners and San Francisco and California requirements. | $764.40 |
| 8/26/2019 | BRADFORD | 1.30 | C200 | Teleconference with R. Reilly and A. Ullman regarding domestic partner benefits | $828.10 |
| 8/30/2019 | BRADFORD | 1.10 | C200 | Prepare for administration conference call with client team. | $700.70 |
| 8/16/2019 | CAROLAN | 0.30 | C200 | Review question regarding alternative premium funding target election process on PBGC portal. | $202.50 |
| 8/4/2019 | LEVINE | 0.20 | C200 | Prepare write-up re: current lawsuits. | $172.00 |

2

| 8/5/2019 | LEVINE | 0.30 | C200 | Actuarial lawsuit EBC write-up follow-up. | $258.00 |
|----------|--------|------|------|-------------------------------------------|---------|
| 8/12/2019 | LEVINE | 0.30 | C200 | Review open plan amendment items. | $258.00 |
| 8/13/2019 | LEVINE | 0.30 | C200 | Follow-up on current pension plan amendment items. | $258.00 |
| 8/14/2019 | LEVINE | 0.30 | C200 | Pension plan amendment summary follow-up. | $258.00 |
| 8/14/2019 | LEVINE | 0.70 | C200 | Call with R. Reilly, L. Laanisto. | $602.00 |
| 8/14/2019 | LEVINE | 0.70 | C200 | Prepare/revise talking points. | $602.00 |
| 8/14/2019 | LEVINE | 0.70 | C200 | Follow-up on plaintiffs inquiry. | $602.00 |
| 8/18/2019 | LEVINE | 0.50 | C200 | Actuarial lawsuits follow-up. | $430.00 |
| 8/19/2019 | LEVINE | 1.00 | C200 | Actuarial lawsuits follow-up; review plan amendment and write-up. | $860.00 |
| 8/20/2019 | LEVINE | 0.20 | C200 | EBC write-up follow-up with SAB. | $172.00 |
| 8/21/2019 | LEVINE | 0.20 | C200 | Arbitration decision follow-up. | $172.00 |
| 8/31/2019 | LEVINE | 0.30 | C200 | Follow-up on Excess Benefit Plan DRO. | $258.00 |
| 8/20/2019 | MALIK | 0.20 | C200 | Review EBC fiduciary file. | $100.80 |
| 8/21/2019 | MCTYRE | 1.30 | C200 | Draft write up of Schwab case re: arbitration. | $877.50 |
| 8/22/2019 | MCTYRE | 0.30 | C200 | Revise write up of Schwab case re: arbitration. | $202.50 |
| 8/4/2019 | SHAPIRO | 0.50 | C200 | Review actuarial equivalence lawsuit summary. | $375.50 |
| 8/21/2019 | ULLMAN | 0.10 | C200 | Call with R. Reilly re: domestic partnership questions. | $75.50 |
| 8/22/2019 | ULLMAN | 0.30 | C200 | Follow-up work re: Domestic partnership issues. | $226.50 |
| 8/26/2019 | ULLMAN | 0.30 | C200 | Call with R. Reilly and SB re: Domestic partnership issue. | $226.50 |
| **GRAND TOTAL** | | | | | **$14,323.70** |

3

**EXHIBIT B-1**

**COMPENSATION BY PROFESSIONAL**
**AUGUST 1, 2019, THROUGH AUGUST 31, 2019**

The attorneys and paraprofessionals who rendered professional services to one or both of the Debtors relating to the Debtors' Defined Contribution Plan ("RSP") during the Fee Period are:

| Name of Professional Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Katie Amin | 2009 | $713 | 0.10 | $71.30 |
| Allison Itami | 2009 | $713 | 1.00 | $713.00 |
| David Levine | 1998 | $860 | 0.40 | $344.00 |
| Allison Ullman | 2008 | $755 | 1.60 | $1,208.00 |

| Names of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| John Barlow | 2015 | $561 | 0.50 | $280.50 |
| Stacey Bradford | 1996 | $637 | 0.60 | $382.20 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $753.64 | 3.10 | $2,336.30 |
| Associates | $602.45 | 1.10 | $662.70 |
| Blended Attorney Rate | $650.63 | | |
| *Total Fees Incurred* | | *4.20* | *$2,999.00* |

4

## **EXHIBIT B-2**

### **COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED DURING THE FEE PERIOD**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| C200 | Researching Law | 4.20 | $2,999.00 |

5

# EXHIBIT B-3

## ITEMIZED SERVICES

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 8/21/2019 | AMIN | 0.10 | C200 | Review question re: domestic partner coverage. | $71.30 |
| 8/22/2019 | BARLOW | 0.50 | C200 | Draft/revise email re: domestic partners | $280.50 |
| 8/1/2019 | BRADFORD | 0.30 | C200 | Email R. Reilly and M. Parry re: benefits of participant reinstated in arbitration. | $191.10 |
| 8/13/2019 | BRADFORD | 0.30 | C200 | Review question concerning suspension of deferrals for hardship withdrawal and participant's request to make up missed deferrals. | $191.10 |
| 8/21/2019 | ITAMI | 1.00 | C200 | Review arbitration case for plan implications. | $713.00 |
| 8/15/2019 | LEVINE | 0.20 | C200 | Follow-up on incongruent election question. | $172.00 |
| 8/22/2019 | LEVINE | 0.20 | C200 | Review and follow-up re: NAV correction item. | $172.00 |
| 8/21/2019 | ULLMAN | 0.10 | C200 | Call with R. Reilly re: domestic partnership questions. | $75.50 |
| 8/21/2019 | ULLMAN | 0.20 | C200 | Follow-up work re: R. Reilly's domestic partnership questions. | $151.00 |
| 8/22/2019 | ULLMAN | 0.40 | C200 | Follow-up work re: domestic partnership issues. | $302.00 |
| 8/23/2019 | ULLMAN | 0.10 | C200 | Follow-up work re: domestic partnership questions. | $75.50 |
| 8/26/2019 | ULLMAN | 0.40 | C200 | Call with R. Reilly and SB re: domestic partnership issue. | $302.00 |
| 8/26/2019 | ULLMAN | 0.40 | C200 | Prepare for call with client re: domestic partnership issue. | $302.00 |
| **GRAND TOTAL** | | | | | **$2,999.00** |

6

**EXHIBIT C-1**

**COMPENSATION BY PROFESSIONAL**
**AUGUST 1, 2019, THROUGH AUGUST 31, 2019**

The attorneys and paraprofessionals who rendered professional services to one or both of the Debtors related to Health and Welfare Plans during the Fee Period are:

| Name of Professional Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Elizabeth Dold | 1995 | $898 | 0.80 | $718.40 |
| Allison Itami | 2009 | $713 | 1.40 | $998.20 |
| Katy Kamen | 1990 | $751 | 0.20 | $150.20 |
| David Levine | 1998 | $860 | 0.70 | $602.00 |
| Christy Tinnes | 1998 | $812 | 0.20 | $162.40 |
| Allison Ullman | 2008 | $755 | 1.80 | $1,359.00 |
| Joel Wood | 2009 | $713 | 0.20 | $142.60 |

| Names of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stacey Bradford | 1996 | $637 | 1.30 | $828.10 |
| Arsalan Malik | 2015 | $504 | 0.20 | $100.80 |

***

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $779.77 | 5.30 | $4,132.80 |
| Associates | $619.26 | 1.50 | $928.90 |
| Blended Attorney Rate | $744.36 | | |
| *Total Fees Incurred* | | **6.80** | ***$5,061.70*** |

7

**EXHIBIT C-2**

**COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED DURING THE FEE PERIOD**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| C200 | Researching Law | 6.80 | $5,061.70 |

## EXHIBIT C-3

## ITEMIZED SERVICES

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 8/22/2019 | BRADFORD | 1.30 | C200 | Review benefit issues for retiree who was reinstated retroactively. | $828.10 |
| 8/15/2019 | DOLD | 0.80 | C200 | Review assignment issue. | $718.40 |
| 8/29/2019 | ITAMI | 1.40 | C200 | Review / prepare AD&D amendment. | $998.20 |
| 8/23/2019 | KAMEN | 0.10 | C200 | Review issues re: health and retirement benefits for domestic partners. | $75.10 |
| 8/23/2019 | KAMEN | 0.10 | C200 | Draft email re: health plan benefits for domestic partners. | $75.10 |
| 8/2/2019 | LEVINE | 0.50 | C200 | Sick pay taxation follow-up. | $430.00 |
| 8/4/2019 | LEVINE | 0.20 | C200 | Review LTD call notes and follow-up with KBA. | $172.00 |
| 8/29/2019 | MALIK | 0.20 | C200 | Review 2015 Group Life Insurance Plan restatement. | $100.80 |
| 8/22/2019 | TINNES | 0.20 | C200 | Emails re coverage for domestic partners. | $162.40 |
| 8/4/2019 | ULLMAN | 0.20 | C200 | Review/analysis re: new California domestic partner law. | $151.00 |
| 8/21/2019 | ULLMAN | 0.10 | C200 | Call with R. Reilly re: domestic partnership questions. | $75.50 |
| 8/21/2019 | ULLMAN | 0.10 | C200 | Follow-up work re: R. Reilly's domestic partnership questions. | $75.50 |
| 8/22/2019 | ULLMAN | 0.40 | C200 | Follow-up work re: domestic partnership issues. | $302.00 |
| 8/22/2019 | ULLMAN | 0.10 | C200 | Review question from SB re: retroactive employment | $75.50 |

9

Case: 19-30088    Doc# 4936    Filed: 12/02/19    Entered: 12/02/19 14:01:37    Page 18 of 29

| Date | Name | Hours | Code | Description | Amount |
|------|------|-------|------|-------------|--------|
| | | | | reinstatement and health benefits. | |
| 8/23/2019 | ULLMAN | 0.10 | C200 | Follow-up work re: domestic partnership questions. | $75.50 |
| 8/26/2019 | ULLMAN | 0.30 | C200 | Call with R. Reilly and SB re: domestic partnership issue. | $226.50 |
| 8/26/2019 | ULLMAN | 0.10 | C200 | Review question from SB re: retroactive employment reinstatement and health benefits. | $75.50 |
| 8/26/2019 | ULLMAN | 0.40 | C200 | Prepare for call with client re: domestic partnership issue. | $302.00 |
| 8/22/2019 | WOOD | 0.10 | C300 | Draft correspondence and analysis regarding same. | $71.30 |
| 8/22/2019 | WOOD | 0.10 | C300 | Review and analyze correspondence and questions regarding domestic partners. | $71.30 |
| | | **6.80** | | | **$5,061.70** |

10

# EXHIBIT D-1

## COMPENSATION BY PROFESSIONAL
## AUGUST 1, 2019, THROUGH AUGUST 31, 2019

The attorneys and paraprofessionals who rendered professional services to the Debtors in connection with benefits issues related to bankruptcy (2018 Wildfires) during the Fee Period are:

| Name of Professional Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael Del Conte | 2008 | $713 | 1.80 | $1,283.40 |
| Dan Hogans | 1999 | $836 | 0.40 | $334.40 |
| Allie Itami | 2009 | $713 | 14.60 | $10,409.80 |
| Katherine Kohn | 2009 | $708 | 2.80 | $1,982.40 |
| David Levine | 1998 | $860 | 15.80 | $13,588.00 |

| Names of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stacey Bradford | 1996 | $637 | 2.60 | $1,656.20 |
| Mark Carolan | 2010 | $675 | 0.30 | $202.50 |
| Ross McSweeney | 2012 | $637 | 11.90 | $7,580.30 |

***

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $779.60 | 35.40 | $27,598.00 |
| Associates | $637.77 | 14.80 | $9,439.00 |
| Blended Attorney Rate | $737.78 | | |

11

| | | | |
|---|---|---|---|
| **Total Fees Incurred** | | *50.20* | *$37,037.00* |

**<u>EXHIBIT D-2</u>**

**COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED DURING THE FEE PERIOD**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| C200 | Researching Law | *50.20* | *$37,037.00* |

13

**EXHIBIT D-3**

**ITEMIZED SERVICES**

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 8/1/2019 | BRADFORD | 0.50 | C200 | Review and analyze pension accruals and possible updates during bankruptcy restrictions. | $318.50 |
| 8/2/2019 | BRADFORD | 1.00 | C200 | Review and analyze options for pension accrual amendment. | $637.00 |
| 8/6/2019 | BRADFORD | 0.10 | C200 | Draft retirement plan update summary. | $63.70 |
| 8/30/2019 | BRADFORD | 1.00 | C200 | Review and analyze DRO for retiree's Excess Plan benefit. | $637.00 |
| 8/12/2019 | CAROLAN | 0.30 | C200 | Review draft retirement plan amendment write-up. | $202.50 |
| 8/23/2019 | DEL CONTE | 1.00 | C200 | Review and respond to QDIA question. | $713.00 |
| 8/28/2019 | DEL CONTE | 0.80 | C200 | Review 404a-5 and QDIA notices. | $570.40 |
| 8/26/2019 | HOGANS | 0.40 | C200 | Analysis and advice re: requirements for FICA/HI tax collection on nonqualified deferred compensation. | $334.40 |
| 8/9/2019 | ITAMI | 1.50 | C200 | Analyze concerns regarding rights offering as impacting the retirement plan. | $1,069.50 |
| 8/14/2019 | ITAMI | 0.50 | C200 | Provide update on ESOP cases for public companies. | $356.50 |
| 8/15/2019 | ITAMI | 0.80 | C200 | Review documents related to plan stock limitations. | $570.40 |
| 8/16/2019 | ITAMI | 1.00 | C200 | Review participant communication drafts about and attend group call regarding stock fund investment limitations. | $713.00 |
| 8/20/2019 | ITAMI | 2.00 | C200 | Revise required legal notices regarding stock limitations. | $1,426.00 |
| 8/22/2019 | ITAMI | 0.50 | C200 | Discuss Fidelity's implementation of stock limitation. | $356.50 |

14

| | | | | | |
|---|---|---|---|---|---|
| 8/23/2019 | ITAMI | 1.50 | C200 | Attend call regarding stock fund limitation and notices regarding same. | $1,069.50 |
| 8/26/2019 | ITAMI | 1.00 | C200 | Review participant notices regarding stock fund limitation. | $713.00 |
| 8/28/2019 | ITAMI | 1.00 | C200 | Review incongruity update from J. Redmond. | $713.00 |
| 8/28/2019 | ITAMI | 1.00 | C200 | Review and discuss rights offering considerations in connection with stock fund. | $713.00 |
| 8/29/2019 | ITAMI | 2.00 | C200 | Review and discuss rights offering considerations in connection with stock fund. | $1,426.00 |
| 8/29/2019 | ITAMI | 1.00 | C200 | Review stock limitation implementation timing and notice questions. | $713.00 |
| 8/30/2019 | ITAMI | 0.80 | C200 | Review communications regarding stock limitation notices. | $570.40 |
| 8/5/2019 | KOHN | 0.20 | C200 | Call with R. Foust and DNL re: fee application issues. | $141.60 |
| 8/12/2019 | KOHN | 0.10 | C200 | Review issues re: retirement plan amendments | $70.80 |
| 8/20/2019 | KOHN | 0.30 | C200 | Call with outside counsel re: benefits issues. | $212.40 |
| 8/20/2019 | KOHN | 0.10 | C200 | Analyze B-AFTAP certification. | $70.80 |
| 8/24/2019 | KOHN | 0.50 | C200 | Review issues re: fee application. | $354.00 |
| 8/27/2019 | KOHN | 0.80 | C200 | Review issues re: AB 1054 impact on benefit plans. | $566.40 |
| 8/27/2019 | KOHN | 0.80 | C200 | Attend weekly benefits call. | $566.40 |
| 8/1/2019 | LEVINE | 0.80 | C200 | Review Company stock open items and Gallagher follow-up. | $688.00 |
| 8/1/2019 | LEVINE | 0.40 | C200 | Bankruptcy billing and follow-up. | $344.00 |
| 8/2/2019 | LEVINE | 0.40 | C200 | Follow-up re: retirement plan amendments. | $344.00 |
| 8/5/2019 | LEVINE | 0.50 | C200 | Follow-up re: billing and call with Weil, R. Reilly re: billing. | $430.00 |
| 8/6/2019 | LEVINE | 0.20 | C200 | Communicate with counsel re: plan design. | $172.00 |
| 8/7/2019 | LEVINE | 0.50 | C200 | Follow-up re: plan design with R. Reilly. | $430.00 |

15

| Date | Name | Hours | Code | Description | Amount |
|------|------|-------|------|-------------|--------|
| 8/8/2019 | LEVINE | 0.40 | C200 | Plan design items follow-up. | $344.00 |
| 8/9/2019 | LEVINE | 0.80 | C200 | Review and follow-up re: 13D question. | $688.00 |
| 8/15/2019 | LEVINE | 0.20 | C200 | Review and follow-up re: corporate director LTD. | $172.00 |
| 8/15/2019 | LEVINE | 0.40 | C200 | Company stock timeline follow-up. | $344.00 |
| 8/16/2019 | LEVINE | 1.00 | C200 | Call and follow-up re: stock implementation. | $860.00 |
| 8/16/2019 | LEVINE | 0.10 | C200 | Company stock timeline follow-up. | $86.00 |
| 8/18/2019 | LEVINE | 0.20 | C200 | Follow-up on benefit restrictions communication. | $172.00 |
| 8/19/2019 | LEVINE | 0.40 | C200 | Retirement plan amendment options follow-up. | $344.00 |
| 8/20/2019 | LEVINE | 0.60 | C200 | Retirement plan amendment prep and discuss with team. | $516.00 |
| 8/21/2019 | LEVINE | 0.50 | C200 | Review and follow-up re: stock fund transition items. | $430.00 |
| 8/22/2019 | LEVINE | 1.00 | C200 | Review materials from Fidelity and prepare for call with AAI. | $860.00 |
| 8/23/2019 | LEVINE | 0.50 | C200 | Review invoices for bankruptcy fee submission. | $430.00 |
| 8/23/2019 | LEVINE | 0.50 | C200 | Review notice requirements and MDC analysis. | $430.00 |
| 8/23/2019 | LEVINE | 0.50 | C200 | Follow-up re: stock call with MDC | $430.00 |
| 8/26/2019 | LEVINE | 0.50 | C200 | Follow-up on company stock matters. | $430.00 |
| 8/27/2019 | LEVINE | 0.20 | C200 | Retirement plan amendment follow-up. | $172.00 |
| 8/27/2019 | LEVINE | 0.40 | C200 | Begin review of AB 1054. | $344.00 |
| 8/28/2019 | LEVINE | 2.30 | C200 | Review legislation and stock follow-up items. | $1,978.00 |
| 8/29/2019 | LEVINE | 1.00 | C200 | Legislation follow-up. | $860.00 |
| 8/29/2019 | LEVINE | 1.00 | C200 | Follow-up with R. Reilly re: 13D filing and bankruptcy follow-up. | $860.00 |
| 8/29/2019 | LEVINE | 0.50 | C200 | Review company stock items. | $430.00 |
| 8/13/2019 | MCSWEENEY | 2.70 | C200 | Revise draft combined fee application to include unbilled invoices for June and July 2019. | $1,719.90 |
| 8/21/2019 | MCSWEENEY | 0.90 | C200 | Revise draft fee application to include additional time, and | $573.30 |

16

| | | | | | |
|---|---|---|---|---|---|
| | | | | review for confidentiality/privilege concerns. | |
| 8/22/2019 | MCSWEENEY | 1.10 | C200 | Revise draft fee application to include additional time, and review for confidentiality/privilege concerns. | $700.70 |
| 8/23/2019 | MCSWEENEY | 2.70 | C200 | Revise draft fee application to include additional time, and review for confidentiality/privilege concerns. | $1,719.90 |
| 8/24/2019 | MCSWEENEY | 1.20 | C200 | Revise draft fee application to include additional time, and review for confidentiality/privilege concerns. | $764.40 |
| 8/28/2019 | MCSWEENEY | 2.10 | C200 | Revise draft fee application to include additional time, and review for confidentiality/privilege concerns. | $1,337.70 |
| 8/30/2019 | MCSWEENEY | 1.20 | C200 | Revise draft fee application to include additional time, and review for confidentiality/privilege concerns. | $764.40 |
| **GRAND TOTAL** | | | | | **$37,037.00** |

17

## EXHIBIT E-1

## COMPENSATION BY PROFESSIONAL
## AUGUST 29, 2019, THROUGH AUGUST 31, 2019

The attorneys and paraprofessionals who rendered professional services to the debtors relating to the Voluntary Disability Plan during the Fee Period are:

| Names of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David Levine | 1998 | $860 | 0.50 | $430.00 |
| Allison Ullman | 2008 | $755 | 4.20 | $3,171.00 |
| *Total Partners and Counsel* | | | *4.70* | *$3,601.00* |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $766.17 | 4.70 | $3,601.00 |
| Blended Attorney Rate | $766.17 | | |
| *Total Fees Incurred* | | | $3,601.00 |

18

**<u>EXHIBIT E-2</u>**

**COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED ON MATTER DURING FEE PERIOD**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| C200 | Researching Law | 4.70 | $3,601.00 |

19

**EXHIBIT E-3**

**ITEMIZED SERVICES**

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 8/23/2019 | LEVINE | 0.50 | C200 | Review VP letters from AU and review draft communication. | $430.00 |
| 8/1/2019 | ULLMAN | 0.30 | C200 | Correspondence with client re: VP documents and EDD. | $226.50 |
| 8/2/2019 | ULLMAN | 0.50 | C200 | Circulate documents to EDD re: VP issue. | $377.50 |
| 8/19/2019 | ULLMAN | 0.20 | C200 | Follow-up correspondence with EDD re: VP issue. | $151.00 |
| 8/22/2019 | ULLMAN | 0.10 | C200 | Review correspondence from client re: VP letters. | $75.50 |
| 8/23/2019 | ULLMAN | 3.00 | C200 | Review draft VP letters. | $2,265.00 |
| 8/26/2019 | ULLMAN | 0.10 | C200 | Call with R. Reilly re: VP letters. | $75.50 |
| | | | | **GRAND TOTAL** | **$3,601.00** |

20