Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.442.8875
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for the Official
Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ■ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **NINTH MONTHLY FEE STATEMENT OF BAKER & HOSTETLER LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019** <br><br> [No hearing requested] <br><br> **OBJECTION DEADLINE:** <br> December 23, 2019 at 4:00 p.m. (PDT) |

| | | |
|---|---|---|
| 1 | To: | The Notice Parties |
| 2 | Name of Applicant: | Baker & Hostetler LLP |
| 3 | Authorized to Provide Professional Services to: | Official Committee of Tort Claimants |
| 4 | Period for which compensation and reimbursement are sought: | October 1, 2019 through October 31, 2019 |
| 5 | Amount of compensation and reimbursement are sought: | $3,627,165.60 (80% of $4,533,957.00) |
| 6 | | |
| 7 | Amount of expense reimbursement sought as actual, reasonable, and necessary: | $1,006,053.04 |

Baker & Hostetler LLP ("**Baker**" or the "**Applicant**"), the attorneys for the Official Committee of Tort Claimants (the "**Tort Committee**"), representing the largest group of stakeholders in the jointly administered bankruptcy cases (the "**Chapter 11 Cases**") of PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), hereby submits its ninth monthly fee statement (the "**Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered, and for reimbursement of actual and necessary expenses incurred for the period commencing October 1, 2019 through and including October 31, 2019 (the "**Fee Period**") pursuant to the Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated February 27, 2019 [Dkt. No. 701] (the "**Interim Compensation Procedures Order**").

By this Monthly Fee Statement, Baker requests allowance and payment of $3,627,165.60 (representing 80% of $4,533.957.00) as compensation for professional services rendered to the Tort Committee during the Fee Period and allowance and payment of $1,006,053.04 (representing 100% of the expenses allowed) as reimbursement for actual and necessary expenses incurred by Baker during the Fee Period.

Annexed hereto as **Exhibit A** is the name of each professional who performed services for the Tort Committee in connection with these Chapter 11 Cases and for which Baker is seeking compensation during the Fee Period covered by this Monthly Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours spent

-2-

during the Fee Period by task.  Attached hereto as **Exhibit C** is a summary of expenses incurred during the Fee Period.  Attached hereto as **Exhibit D** are the detailed time entries for the Fee Period.  Attached hereto as **Exhibit E** are the detailed expense entries for the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "**Objection Deadline**") with this Court.

**PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection Deadline, Baker shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay Baker an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement.  If an objection is properly filed, the Debtors shall be authorized and directed to pay Baker 80% of the fees and 100% of the expenses not subject to an objection.

Dated:   December 2, 2019            Respectfully submitted,

BAKER & HOSTETLER LLP

By:   */s/Cecily A. Dumas*
       Cecily A. Dumas

Attorneys for the Official Committee of Tort Claimants