# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY BAKER & HOSTETLER LLP FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 003 | Automatic Stay | 2.30 | $1,662.00 |
| 004 | Bankruptcy Litigation | 347.10 | $148,291.00 |
| 005 | Bar Date Motion/Claims Noticing | 238.50 | $192,812.00 |
| 006 | Case Administration (docket updates, WIP and calendar) | 110.50 | $45,199.00 |
| 007 | CCA and other Aggregator Issues | 0.60 | $570.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 789.60 | $585,712.50 |
| 009 | Committee Meetings and Preparation | 184.70 | $147,593.50 |
| 010 | Corporate and Board Issues | 52.70 | $34,539.00 |
| 012 | DIP Financing/Cash Mgmt./Hedging Transactions | 71.70 | $58,719.00 |
| 014 | Employee Issues | 4.10 | $3,116.00 |
| 015 | Equity Security Holders | 18.80 | $18,250.00 |
| 016 | Exclusivity | 161.30 | $130,365.50 |
| 017 | Executory Contracts/Lease Issues | 4.00 | $3,135.50 |
| 018 | General Case Strategy (includes communications with Committee) | 25.80 | $21,303.50 |
| 019 | Hearings and Court Matters | 63.20 | $56,523.00 |
| 020 | Legislative Issues | 104.50 | $132,813.00 |
| 021 | Non-Bankruptcy Litigation | 8.00 | $4,935.50 |
| 022 | Non-Working Travel | 170.20 | $108,834.50 |
| 024 | District Court Litigation | 143.80 | $88,631.50 |
| 025 | Regulatory Issues including CPUC and FERC | 177.20 | $108,683.50 |
| 026 | Retention Applications | 46.00 | $31,935.50 |
| 027 | Fee Application: Baker | 34.20 | $16,517.50 |
| 028 | Fee Application: Other Professionals | 12.00 | $9,120.50 |
| 030 | Tax Issues | 39.50 | 34,904.00 |
| 031 | U.S. Trustee/Fee Examiner Issues | 30.20 | $18,461.50 |
| 032 | Unsecured Creditor Issues/Communications/Meetings | 337.10 | $321,571.00 |
| 034 | Withdraw Reference | 1.20 | $960.00 |
| 036 | Avoidance Action Analysis/Lien Avoidance Analysis | 1.20 | $820.50 |
| 038 | Financial Advisors | 0.50 | $475.00 |
| 039 | Other Contested Matters | 7.20 | $4,819.00 |
| 040 | Operations | 13.70 | $4,543.00 |
| 042 | Subrogation | 217.80 | $162,896.50 |

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 044 | Wildfire Assistance Fund | 0.40 | $218.00 |
| 045 | Asset Analysis and Recovery | 418.80 | $220,280.00 |
| 046 | Tort Claims Estimation | 3,250.30 | $1,525,239.50 |
| 047 | Class Claims Issues | 93.80 | $48,839.50 |
| 048 | Kincade Fire Issues | 104.70 | $97,648.00 |
| 049 | Mediation | 9.30 | $9,769.50 |
| 050 | Government Claims | 62.70 | $54,775.00 |
| 051 | CPUC BK OII 19-09-016 | 94.00 | $78,474.00 |
| TOTAL | | 7,453.20 | $4,533,957.00 |