# EXHIBIT C

# EXPENSE SUMMARY
# FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

| EXPENSES | AMOUNT |
|---|---|
| Airfare | $41,900.31 |
| Automated Research | $8,232.40 |
| Business Meals | $11,798.64 |
| Car Rental | $679.25 |
| Color Copies | $905.00 |
| Copier/Duplication | $340.20 |
| Delivery Services | $631.50 |
| Depositions | $15,156.60 |
| Filing Fees | $310.00 |
| Ground Transportation (Local) | $995.47 |
| Ground Transportation (Out of Town) | $7,331.57 |
| Lodging | $60,338.27 |
| Meals While Traveling | $3,541.35 |
| Messenger Service | $119.70 |
| Mileage Reimbursement | $231.10 |
| Miscellaneous (Meeting Room Rental/Set-up, etc.) | $6,487.52 |
| On-line Research | $90.88 |
| Other Professional Services (includes Experts) | $834,955.43 |
| Outside Duplicating & Binding | $5,182.77 |
| Overtime Business Meals | $435.98 |
| Overtime Ground Transportation | $709.93 |
| Postage | $815.42 |
| Teleconference Charges (Court Call) | $1,340.00 |
| Transcripts | $951.00 |
| Videographic Services | $2,572.75 |
| **TOTAL** | **$1,006,053.04** |

Baker & Hostetler LLP
Attorneys at Law
Los Angeles