## EXHIBIT A

## NO LIABILITY FEMA CLAIMS

| No. | Claimant | Claims Number | Claim Amount | Asserted Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| 1. | Department of Homeland Security / Federal Emergency Management Agency | 59692 | $2,552,285,006.62 | PG&E Corporation and Pacific Gas and Electric Company | No Liability to FEMA. *See* Objection at pp. 4-8. |
| 2. | Department of Homeland Security / Federal Emergency Management Agency | 59734 | $1,227,587,473.81 | PG&E Corporation and Pacific Gas and Electric Company | No Liability to FEMA. *See* Objection at pp. 4-8. |
| 3. | Department of Homeland Security / Federal Emergency Management Agency | 59783 | $160,598,290.22 | PG&E Corporation and Pacific Gas and Electric Company | No Liability to FEMA. *See* Objection at pp. 4-8. |