Attachment to Proof of Claim of United States of America
In re Pacific Gas and Electric Company Chapter 11 Case No. 19-30088 (DM)

FEMA's temporary employees that support major disaster declarations are hired under the authority of the Stafford Act and can be either full-time or part-time. Full-time temporary employees are referred to as Cadre of On-Call Response Employees (CORE), and part-time employees are referred to as Reservists. FEMA may also employ local hires that support a specific disaster declaration. For all categories of temporary employees, both base wages (e.g., 40 hours per week) and overtime spent working on activities directly related to a specific major disaster declaration are charged to that major disaster declaration and are included in this Proof of Claim.

Time and attendance for all categories of FEMA employees is recorded in the Web Time and Attendance (WebTA) system administered by the U.S. Department of Agriculture National Finance Center. Payment made to employees are recorded in the Integrated Financial Management Information System (IFMIS). Due to the voluminous documentation available to support these costs, this Attachment includes a summary spreadsheet from the FIT Report.

### B. Travel

FEMA incurs travel expenses to ensure staff are on-site to support disaster affected communities at the Joint Field Office, Area Field Office, Disaster Recovery Centers, and other locations. These costs include transportation, per diem (lodging and meals), and other necessary expenses in accordance with the Federal Travel Regulations. FEMA utilizes Concur Government Edition for all travel arrangements, including the processing of travel authorizations and vouchers. Payments made in support of approved travel vouchers are recorded in IFMIS. Due to the voluminous documentation available to support these costs, this Attachment includes a summary spreadsheet from the FIT Report.

### C. Transportation

In order to carry out its mission, FEMA must transport commodities and equipment to staging areas and disaster affected locations. Transportation also includes package and document delivery services (e.g., FedEx, UPS, DHL, etc.). Orders for transportation services are recorded in eCAPS. Due to the voluminous documentation available to support these costs, this Attachment includes a summary spreadsheet from the FIT Report.

### D. Rent, Communications, Utilities; Print and Reproduction; Supplies and Materials; Equipment; Other Services

In order to provide its disaster assistance directly to disaster affected communities, FEMA operates temporary facilities for each major disaster declarations. Typical temporary facilities include the Joint Field Office, Area Field Offices, Disaster Recovery Centers, and other locations. Typical costs incurred in operating these facilities include, but are not limited to, rent, utilities, security services, and janitorial services. FEMA also incurs costs for necessary supplies, equipment, and printing and copy services to operate at these facilities and administer its programs. Costs associated with each of these expenses are recorded in eCAPS. Due to the

Attachment to Proof of Claim of United States of America
In re Pacific Gas and Electric Company Chapter 11 Case No. 19-30088 (DM)

voluminous documentation available to support these costs, this Attachment includes a summary spreadsheet from the FIT Report.

### E. Mission Assignments – Federal Operations Support

In order to carry out its mission, FEMA may task and reimburse another Federal agency, under the authority of the Stafford Act, to provide Federal Operations Support for FEMA. This may include, but is not limited to, technical experts from other Federal agencies, transportation for FEMA assets and personnel on other Federal agency vehicles, or supplemental personnel to carry out FEMA functions. The scope of work and cost eligible for reimbursement to the other Federal agency is documented in a Mission Assignment, which is recorded in the Enterprise Coordination & Approvals Processing System (eCAPS). Due to the voluminous documentation available to support these costs, this Attachment includes a summary spreadsheet from the FIT Report. An additional summary spreadsheet of Mission Assignment orders is also included.

### F. Contractor Services

In order to carry out its mission, FEMA may also utilize the services of Federal contractors to provide technical and other services. The primary contract mechanism that FEMA utilizes for major disaster declarations are the Public Assistance Technical Assistance Contract (PA-TAC) and the Individual Assistance Technical Assistance Contract (IA-TAC). (There is also a Hazard Mitigation Technical Assistance Contract which is not included in this Proof of Claim.) Orders for services against these pre-existing Agency contracts are recorded in eCAPS. Due to the voluminous documentation available to support these costs, this Attachment includes a summary spreadsheet from the FIT Report.

### G. Incident Summary

The major disaster declaration DR-4240 included both the Valley Fire (Lake County) and Butte Fire (Calaveras County). FEMA's administrative costs supported activities for both the Valley Fire and Butte Fire and cannot be separated. FEMA is claiming 53% of costs based on the relative damage caused by the Valley Fire versus the Butte Fire. FEMA calculated this percentage by comparing the amount of disaster assistance provided for the Butte Fire versus the amount of disaster assistance provided for the Valley Fire.

**Supporting Documentation Index**

| Document Summary | Pages |
|---|---|
| Financial Information Tool (FIT) Report | 12-14 |
| Summary Spreadsheet of County Project Worksheets | 15-18 |
| Summary Spreadsheet of State Agency Project Worksheets | 19-23 |
| Summary Spreadsheet of Direct Federal Assistance Mission Assignments | 24 |
| Summary Spreadsheet of Federal Operations Support Mission Assignments | 25-26 |