| | |
|---|---|
| 1 | Robert A. Julian (SBN 88469) |
| 2 | Cecily A. Dumas (SBN 111449)<br>BAKER & HOSTETLER LLP |
| 3 | 600 Montgomery Street, Suite 3100<br>San Francisco, CA 94111-2806 |
| 4 | Telephone: 628.208.6434<br>Facsimile: 310.820.8859 |
| 5 | Email: rjulian@bakerlaw.com<br>Email: cdumas@bakerlaw.com |
| 6 | Eric E. Sagerman (SBN 155496) |
| 7 | David J. Richardson (SBN 168592)<br>Lauren T. Attard (SBN 320898) |
| 8 | BAKER & HOSTETLER LLP<br>11601 Wilshire Blvd., Suite 1400 |
| 9 | Los Angeles, CA 90025-0509<br>Telephone: 310.820.8800 |
| 10 | Facsimile: 310.820.8859<br>Email: esagerman@bakerlaw.com |
| 11 | Email: drichardson@bakerlaw.com<br>Email: lattard@bakerlaw.com |
| 12 | *Counsel for Official Committee of Tort Claimants* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF HEARING ON OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS (SUBSTANTIVE) TO NO LIABILITY CLAIMS FILED BY THE DEPARTMENT OF HOMELAND SECURITY / FEDERAL EMERGENCY MANAGEMENT AGENCY (CLAIM NOS. 59692, 59734 & 59783)**<br><br>Date: January 14, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>          Courtroom 17, 16th Floor<br>          San Francisco, CA 94102<br><br>**Objection Deadline**: December 31, 2019<br>                              4:00 p.m. (Pacific Time) |

PLEASE TAKE NOTICE that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court will hold a hearing on January 14, 2020 at 10:00 a.m. (Pacific Time) (the "**Omnibus Hearing**") in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

PLEASE TAKE FURTHER NOTICE that, in addition to any other matters scheduled for the Omnibus Hearing, the Bankruptcy Court is scheduled to hear the *Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to No Liability Claims Filed by the Department of Homeland Security / Federal Emergency Management Agency (Claim Nos. 59692, 59734 & 59783)* (the "**Claim Objection**").

PLEASE TAKE FURTHER NOTICE that any oppositions or responses to the Claim Objection must be in writing, filed with the Bankruptcy Court, and served on the counsel for the TCC at the above-referenced addresses so as to be received by no later than **4:00 p.m. (Pacific Time) on December 31, 2019**. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the *Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 (EFC No. 1996) ("**Case Management Order**"). **Any relief requested in the Claim Objection may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order**. In deciding the Claim Objection, the Court may consider any other document filed in these Chapter 11 Cases and related Adversary Proceedings.

PLEASE TAKE FURTHER NOTICE that copies of the Claim Objection and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: December 2, 2019

**BAKER & HOSTETLER LLP**

By: /s/ Robert A. Julian
Robert A. Julian

*Counsel for The Official Committee of Tort Claimants*