**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:  (212) 310-8000
Fax:  (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:  (415) 496-6723
Fax:  (415) 636-9251

*Attorneys for Debtors and
Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR DECEMBER 4, 2019, 10:00 A.M. OMNIBUS HEARING**<br><br>Date:  December 4, 2019<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>          Courtroom 17, 16th Floor<br>          San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
DECEMBER 4, 2019, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

**I:   MATTER SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTER GOING FORWARD*

1. **Subrogation Settlement and RSA Motion**: *Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief* [**Dkt. 3992**].

    Response Deadline: October 16, 2019, at 4:00 p.m. (Pacific Time).

    Responses Filed:

    A.   Limited Objection of California Governor's Office of Emergency Services and California Department of Veterans Affairs to Debtors' Subrogation Settlement and RSA Motion [**Dkt. 4220**].

    B.   Objection of BOKF, NA as Indenture Trustee to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4231**].

    C.   Opposition of Official Committee of Tort Claimants to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4232**].

    D.   Declaration of David J. Richardson in Support of Opposition of Official Committee of Tort Claimants to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4235**].

    E.   Objection of the Official Committee of Unsecured Creditors to the Debtors' Subrogation Settlement and RSA Motion [**Dkt. 4236**].

    F.   Objection of the United States of America to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4237**].

G. The Adventist Claimants' Objection to the Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4239**].

H. Objection of the Ad Hoc Committee of Senior Unsecured Noteholders to Debtors' Motion to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders [**Dkt. 4241**].

I. Ad Hoc Group of Subrogation Claim Holders' Reply in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4348**].

J. Declaration of Benjamin P. McCallen in Support of Ad Hoc Group of Subrogation Claim Holders' Reply in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4348-1**].

K. Declaration of Homer Parkhill in Support of the Ad Hoc Group of Subrogation Claim Holders' Statement in Support of the Subrogation Settlement and RSA Motion [**Dkt. 4348-2**].

L. The Baupost Group, L.L.C.'s Joinder in the Ad Hoc Group of Subrogation Claim Holders' Reply in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4365**].

M. Joinder of Certain PG&E Shareholders to the Debtors' Reply in Support of Subrogation Claims Settlement and RSA Motion [**Dkt. 4367**].

N. Joinder by TURN in Objections and Opposition to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into

| | | |
|---|---|---|
| | | Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 4377**]. |
| | O. | Response of Official Committee of Tort Claimants to Debtors' Restated Restructuring Support and Settlement Agreement with the Consenting Subrogation Claimholders [Dkt No. 4554-1] [**Dkt. 4629**]. |
| | P. | Declaration of Lauren T. Attard in Support of Response of Official Committee of Tort Claimants to Debtors' Restated Restructuring Support and Settlement Agreement with the Consenting Subrogation Claimholders [Dkt. No. 4554-1] [**Dkt. 4630**]. |
| | Q. | Declaration of Brent C. Williams in Support of Response of Official Committee of Tort Claimants to Debtors' Restated Restructuring Support and Settlement Agreement with the Consenting Subrogation Claimholders [Dkt. No. 4554-1] [**Dkt. 4631**]. |
| | R. | The Adventist Claimants' Renewed Objection to the Debtors' Motion for Entry of an Order Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, Etc. [DE # 3992], and Objection to Debtor's Notice of Filing of Amended and Restated Restructuring Support Agreement [DE # 4554] [**Dkt. 4637**]. |
| | S. | Objection of Governor Gavin Newsom to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Claim Amount, and (III) Granting Related Relief [**Dkt. 4640**]. |
| | T. | Supplemental Objection of the Official Committee of Unsecured Creditors to the Debtors' Subrogation Settlement and RSA Motion [**Dkt. 4643**]. |
| | U. | Statement of the Ad Hoc Group of Subrogation Claim Holders [**Dkt. 4644**]. |
| | V. | Supplemental and Updated Objection of BOKF, NA, Indenture Trustee, to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Claim Amount, and (III) Granting Related Relief [**Dkt. 4657**]. |
| | W. | Errata Sheet Regarding Response of Official Committee of Tort Claimants to Debtors' Restated Restructuring Support and Settlement Agreement with the Consenting Subrogation Claimholders [Dkt. No. 4629] [**Dkt. 4710**]. |
| | X. | Statement of the Ad Hoc Group of Subrogation Claim Holders [**Dkt. 4921**]. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Related Documents:

Y. Declaration of Jason P. Wells in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Amount, and (III) Granting Related Relief [**Dkt. 3993**].

Z. Debtors' Reply in Support of Subrogation Claims Settlement and RSA Motion [**Dkt. 4339**].

AA. Notice of Filing of Revised Proposed Order Approving Subrogation Settlement and RSA Motion [**Dkt. 4397**].

BB. Notice of Filing of Amended and Restated Restructuring Support Agreement [**Dkt. 4554**].

CC. Notice of Amendment to Amended and Restated Restructuring Support Agreement [**Dkt. 4711**].

DD. Notice of Second Amendment to Amended and Restated Restructuring Support Agreement [**Dkt. 4806**].

Related Orders:

EE. Tentative Considerations on Objections to Amended and Restated Restructuring Support Agreement [**Dkt. 4872**].

Status: This matter is going forward on a contested basis.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: December 3, 2019

**WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP**

By: /s/ *Dara L. Silveira*
     Dara L. Silveira

*Attorneys for Debtors and Debtors in Possession*