Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF XAVIER OUSTALNIOL IN SUPPORT OF THE RESPONSE OF OFFICIAL COMMITTEE OF TORT CLAIMANTS TO DEBTORS' RESTATED RESTRUCTURING SUPPORT AND SETTLEMENT AGREEMENT WITH THE CONSENTING SUBROGATION CLAIMHOLDERS [DKT NO. 4554-1]** |

Xavier Oustalniol, under penalty of perjury, declares:

1. I, Xavier Oustalniol, am a Partner in the San Francisco office of StoneTurn Group, LLC ("**StoneTurn**"), located at One Sansome Street, Suite 700, San Francisco, CA 94104. I am authorized to execute this declaration on behalf of StoneTurn. Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.

2. I have almost 30 years of combined experience providing forensic accounting, litigation consulting and audit related services in a variety of contexts. I graduated in 1990 with a B.A./Masters Degree from the University of Paris IX, "Dauphine", in Financial and Accounting Techniques. I am a Certified Public Accountant ("CPA") in New York and California, I hold a certification in Financial Forensics, and I am a Certified Insolvency and Restructuring Advisor.

3. As a forensic accountant, I have been involved with and conducted several, financial investigations, domestically and internationally in many industries, including investigating improper financial reporting, asset diversions, employee embezzlements, audit malpractice, and performing damages analyses in breach of contract cases. In addition, I have been involved with a variety of restructuring matters, in various capacities, working on behalf of debtors, trustees and creditors (both secured and unsecured) including in related litigation across various industries. I have provided consulting services and expert testimony relating to financial matters including the proper application of generally accepted accounting principles and prepared affidavits in the context of bankruptcy matters and other claims analysis. My curriculum vitae, which summarizes my qualifications and professional experience, including testimony experience and articles is attached as **Exhibit 1**.

4. Baker & Hostetler LLP ("Counsel") engaged StoneTurn on behalf of the Official Committee of Tort Claimants (the "**TCC**") of PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**").

5. I submit this Declaration in support of the *Response of Official Committee of Tort Claimants to Debtors' Restated Restructuring Support and Settlement Agreement with the Consenting Subrogation Claimholders* [Dkt. No. 4554-1].

6. The TCC requested that StoneTurn assist with analyzing the extent to which the subrogation claims asserted by insurers against the Debtors correspond on a claim-by-claim basis with the claims asserted by wildfire victims against the Debtors. The TCC requested that StoneTurn analyze the indemnity payments made to each insured—as identified on the attachments filed by each insurer to its proof of claim (referred to as Attachment 1s)—to determine which subrogation claim that seeks the right to recover such indemnity payments from the Debtors corresponds to a claim seeking recovery by the insured pursuant to a filed fire proof of claim.

7. Consequently, Counsel asked StoneTurn to review the individual subrogation claims ("ISC") filed with Prime Clerk on or before November 22, 2019 and to provide an evaluation of the total indemnity paid dollar amount of filed ISCs for which a corresponding insured claim ("IC") may have also been filed with Prime Clerk. Also, I am not currently aware of any comparable analysis completed by the Debtors or their experts, and have not been provided with any such analyses at this time.

8. In conducting the analyses supporting my observations in this matter, I was assisted by other StoneTurn colleagues, working under my direction, with extensive experience in the areas of data analytics, economics, economic damages, and business valuation. Our analyses are still ongoing at the time of the filing of my declaration, as we first received the Attachment 1's filed with Prime Clerk containing the ISC data on November 25, 2019 from Counsel and a subsequent second round afterwards. We are currently analyzing these files.

9. The primary source files that form the basis of our current analysis were received from Counsel on November 27, 2019, and I understand all three of these files were prepared by the Debtors' experts. These files include the following:

(A) **Data to TCC 11227019.doc** – A Microsoft Word document, which appears to describe the data sets and the process by which some of the data was obtained, aggregated and normalized (the "Memorandum");

(B) **primeclerk_locations_20191127.xls** – A Microsoft Excel file, which according to the Memorandum contains wildfire claims data from the Prime Clerk PGE Claim Report as of November 14, 2019, and to include "all claims that were filed using the Wildfire form as

2

well as other claims that were either flagged as wildfire claims by Prime Clerk or identified as potential wildfire claims based on a manual review" (the "PC Claims"); and

(C) **subro_data_transmittal_20191127.xls** – A Microsoft Excel file, which according to the Memorandum is an aggregation of insurance company or subrogation claimant Attachment 1's filed with Prime Clerk as of November 26, 2019, and to be "compiled from nearly 200 Attachment 1 files submitted with Subrogation Plaintiff Proof of Claim forms" (the "Subro Claims").

10. I have been asked by Counsel to assume that the information contained in the Subro Claims and PC Claims is complete and accurate for the purpose of my analysis at this time. Due to the time constraints for the preparation of this declaration and supporting analyses, we have not:

(A) Validated the steps described by Debtors' experts in the Memorandum;

(B) Independently aggregated all of the Attachment 1 forms obtained from Counsel to replicate the analysis provided in the Subro Claims - this analysis is ongoing;

(C) Reconciled the name of claimants provided in the Subro Claims to the PC Claims (the PC Claims did not contain any claimant name data and would require additional steps to incorporate names contained in the most recent Prime Clerk PGE Claim Report); or

(D) Verified whether the Subro Claims or the PC Claims corresponded to valid claims or are filed for loss locations within the fire perimeter as defined by California Department of Forestry & Fire Protection.

11. There are 53 different fields and 59,877 records within the Subro Claims data, of which 54,724 of the records have a corresponding indemnity paid amount for a total of approximately $15.7 billion. There are 12 different fields and 82,740 records within the PC Claims data. To determine if any of the Subro Claims records, and corresponding indemnity paid amounts, were also within the PC Claims records, we performed the following procedures:

(A) Reviewed both the Subro Claims and PC Claims data fields to understand the information contained within the files, and determine a way to create a consistent unique identifier across the two data sets;

(B) Within both the Subro Claims data and the PC Claims data, created a unique identifier for each record consisting of the combination of "apn_clean" and "zip" fields (the "Unique ID"); and

(C) Used automated computer program tools to identify instances where any Subro Claim record Unique ID was matched to a PC Claim record Unique ID.

12. Based on the procedures described above, I identified six different instances in which any Subro Claim record Unique ID was matched to a PC Claim record Unique ID ("Match Type"):

(A) One Subro Claim Unique ID record was matched to one PC Claim Unique ID record, and both the Subro Claim record and PC Claim record contained the exact same address ("Match 1");

(B) One Subro Claim Unique ID was matched to one or more PC Claim Unique ID, and the Subro Claim record and one or more PC Claim records contained the exact same address ("Match 2");

(C) One or more Subro Claim Unique ID was matched to one or more PC Claim Unique ID, and the one or more Subro Claim records and one or more PC Claim records contained the exact same address ("Match 3");

(D) One or more Subro Claim Unique ID was matched to one or more PC Claim Unique ID, and the one or more Subro Claim records and one or more PC Claim records contained the addresses that were not exactly the same ("Match 4");

(E) One Subro Claim Unique ID record was not matched to any PC Claim Unique ID records ("Match 5"); and

(F) Instances where a Subro Claim record did not contain sufficient data to create a Unique ID and therefore was unable to be compared to the PC Claim records ("Match 6").

13. The table below shows a summary of the reconciliation between both files:

| Match Type | Reconciliation Type | | Cumulative Total | | |
|---|---|---|---|---|---|
| | Subro Claims | PC Claims | Subro Claim Records | PC Claim Records | Subro Claims Total Indemnity Paid |
| 1 | One | One | 2,798 | 2,798 | $1.2 billion |
| 2 | One | One or more | 9,459 | 28,651 | $5.0 billion |
| 3 | One or more (Same address) | One or more (Same address) | 27,993 | 52,524 | $10.8 billion |
| 4 | One or more (Different address) | One or more (Different address) | 34,182 | 64,147 | $12.4 billion |
| 5 | One | Unmatched | 55,447 | 78,327 | $15.1 billion |
| 6 | No Unique ID | No Unique ID | 59,877 | 82,740 | $15.7 billion |

14. Each of these Match Types require additional review, consisting of both automated computer and manual review processes, to further confirm the validity of the claims, name of the claimants, and types of claims filed.

15. At the time of submission of this declaration, I conclude that of the 59,877 records included in Subro Claims, 27,993 of the Subro Claims have a Unique ID corresponding to a record that can be found in the PC Claims with the same Unique ID and address, for a total of approximately $10.8 billion.[1]

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.*

Dated: December 3, 2019          By: /s/

---

[1] A single Subro Claim record may match between 1 and 240 PC Claim records based upon the comparison of Unique IDs. We have not analyzed whether the Subro Claim record claimant name corresponds to the PC Claim record claimant name(s) as this information was not provided in the Prime Clerk File submitted by the Debtors' experts. Thus, it is possible that a claim filed at the same address may correspond to another insured.

5

# Exhibit 1



# Xavier Oustalniol
### CPA (CA, NY), CFF, CIRA
### Partner

**San Francisco**
One Sansome Street, Suite 700
San Francisco, CA 94104
T:  +1 415 848 7680
M:  +1 415 488 3599
E: xoustalniol@stoneturn.com

**Palo Alto**
3000 EL Camino Real
Bldg 4 – Suite 200
Palo Alto, CA 94306

Xavier Oustalniol is a Partner with StoneTurn in San Francisco. He focuses on complex forensic accounting issues, fraud investigations and prevention, and anti-corruption matters, and provides consulting services regarding damages analysis, securities class action litigations, arbitrations, accountant malpractice and purchase price disputes, including providing expert testimony.

With almost 30 years of combined experience as an auditor, forensic accountant and litigation consultant, Xavier has worked with clients across a wide range of industries, including FinTech, banks (mortgage, retail, investment), insurance companies, investment companies, and other securities broker / dealers, as well as automotive, aviation, real estate, technology, energy, food, luxury apparel, chemicals, electronic components, gaming, telecom, broadcasting, professional services partnerships (including law firms), leasing, consumer products, agricultural business, manufacturing and transportation. Xavier has also assisted clients including the government and public defenders dealing with Ponzi scheme issues, False Claims Act and Qui Tam cases.

Xavier has testified as an accounting expert on the application of Generally Accepted Accounting Principles (GAAP) and other financial issues at trial, deposition and in arbitrations. He has authored expert reports, declarations and assisted with the preparation of experts for deposition and testimony. He also assisted counsel with deposition preparation of opposing experts and fact witnesses, and responses to Wells submissions.

### Education

Université Paris IX "Dauphine," Paris, "Maîtrise" in financial and accounting techniques (MSTCF), B.A./Masters

Economic Sciences, Associate Degree (DEUG Sciences Economiques)

### Practice Areas

Litigation

Investigations

Anti-Corruption

Expert Testimony

### Languages

French (fluent)

# Xavier Oustalniol, CPA (CA, NY), CFF, CIRA                    Partner

He has assisted clients (debtors, creditors, trustees) in a number of bankruptcy-related litigations (including Enron, Lehman, Washington Mutual) and other accounting investigations, including during settlement negotiations and mediation.

Xavier has directed complex forensic accounting investigations for boards where regulators such as the U.S. Securities and Exchange Commission (SEC), U.S. Department of Justice (DOJ) and the Financial Industry Regulatory Authority (FINRA) were involved. He consulted on other cross-border disputes before the International Centre for Settlement of Investment Disputes (ICSID), the American Arbitration Association (AAA) and the International Chamber of Commerce (ICC), involving companies in Europe, South and Central America and Japan.

Prior to joining StoneTurn, Xavier was with Alvarez & Marsal, where he served as a Managing Director in the firm's Global Forensic and Dispute Services practice in San Francisco. Previously, he was with two other global professional services firms. He began his career as an auditor with Deloitte.

Xavier is a Certified Public Accountant (licensed in California and New York), Certified in Financial Forensics and a Certified Insolvency and Restructuring Advisor. He is fluent in French.

## PUBLICATIONS / PRESENTATIONS

- "Regulatory and Legal Compliance in International Business and Trade" - Pocket MBA – Practising Law Institute, San Francisco (September 24, 2019)
- "The Practical Who, What, When, Why and How's of Third Party Due Diligence & Monitoring' – Annual Compliance & Ethics Institute, National Harbor, MD (September 15, 2019)
- "Will DPAs travel across the Atlantic - What will they look like in Europe?" — Dow Jones Risk & Compliance Webinar (March 22, 2019)
- *Global Trends in Enforcement Actions*, PLI (October 2018 – co-authored with Catherine E. Moreno and Ziwei Xiao of Wilson Sonsini Goodrich & Rosati and Kimberly Ratto of StoneTurn)
- "Foreign Agents, Partners & Intermediaries: You Can't Live With Them, But You Can't Live Without Them" — 17th Annual Compliance & Ethics Institute, Las Vegas, NV (October 23, 2018)
- "Regulatory and Legal Compliance in International Business and Trade" — PLI Pocket MBA (October 2, 2018)
- *French Enforcement Actions Under Sapin II*, The FCPA Blog (March 2018)
- "One Year Later: French Anti-Corruption Law (Sapin II) Update" — Securities Docket Webinar (February 27, 2018)
- *Know Your Customer vs. Know Your Intermediary*, Compliance Week (December 2017 – co-authored with S. Neuman)
- "Foreign Agents, Partners & Intermediaries: You Can't Live with Them, but You Can't Live Without Them" — 16th Annual Compliance & Ethics Institute, Las Vegas, NV (October 15, 2017)

# Xavier Oustalniol, CPA (CA, NY), CFF, CIRA — Partner

- *Comply Now: Six Regulatory Considerations for CUs and Fintechs*, Credit Union Times (June 2017 – co-authored with J. Ahmad)
- *First Look at the Whistleblower Provisions in the New French Anti-Corruption Law*, The FCPA Blog (November 2016)
- *Five Ways to Prepare for the New French Anti-Corruption Law*, The FCPA Blog (July 2016)
- "Doing Business Ethically in Africa: Success Stories and Challenges" — ABA Section of International Law, Montreal, Canada (October 21, 2015)
- "What You Should Know About Social Media and Digital Forensics, and Were Always Afraid to Ask" — Lycée Français de San Francisco (April 30, 2015)
- "Key Issues Facing Boards of Directors: Risks to Multinational Companies Arising from the U.S. Foreign Corrupt Practices Act" — Directors Roundtable, San Francisco and Menlo Park (July 16, 2013)
- "Continuous Control Monitoring to Increase FCPA Compliance Program Effectiveness" — MetricStream Webinar (May 14, 2013)
- "How to Work With / Against an Expert - an Expert Perspective" — Reed Smith LLP, San Francisco (November 5, 2012)
- "Unifying Compliance, Audit and Risk and Eliminating Silos" — Panel Discussion, Governance, Risk & Compliance Forums: Chicago (September 2012) and Dallas (October 2012)
- "Leveraging Your Existing Compliance Program to Address Specific Anti-Corruption and AML Requirements" — Governance, Risk & Compliance Forums: Chicago (September 2012) and Dallas (October 2012)
- "Fraud Risk Readiness in Financial Institutions – Designing a Risk Framework that Works and … Executing" — The Compliance Conversation: AML & Anti-Corruption Event: Thomson Reuters, San Francisco (June 2012)
- "What You Need to Know About FRCP 26 and the UK Bribery Act" — Nixon Peabody, San Francisco (May 2011)

## PROFESSIONAL AFFILIATIONS / OTHER

- Certified Public Accountant (CPA), Licensed in California and New York
- Certified in Financial Forensics (CFF)
- Certified Insolvency and Restructuring Advisor (CIRA)
- Member, American Institute of Certified Public Accountants (AICPA)
- Member, Association of Insolvency and Restructuring Advisors (AIRA)

**Xavier Oustalniol, CPA (CA, NY), CFF, CIRA**  Partner

## PREVIOUS EXPERIENCE

- Alvarez & Marsal Global Forensic and Dispute Services, LLC
- Aon Consulting
- Kroll Zolfo Cooper
- Deloitte & Touche

StoneTurn.com