# Exhibit A

AP SERVICES, LLC

Summary of Compensation and Expenses – Pacific Gas and Electric Company, et al.

For the Period October 1, 2019 through October 31, 2019

| | | |
|---|---|---:|
| Professional Fees | $ | 6,560,883.50 |
| Less 100% Travel Fees* | | (1,135,572.50) |
| **Total Current Fees** | | **5,425,311.00** |
| Expenses | | 642,335.19 |
| **Total Invoice** | $ | **6,067,646.19** |

*AP Services, LLC ("APS") has not included any non-working travel time in this invoice. On November 15, 2019, the Order Granting Fee Examiner's Motion to Approve Fee Procedures (the "Order") was entered in the PG&E Corporation and Pacific Gas and Electric Company chapter 11 cases. Among other issues, the Order decrees how non-working travel time can be addressed and invoiced in these chapter 11 cases. APS is in the process of reviewing non-working travel time incurred from the inception of these chapter 11 cases through October 31, 2019 and preparing an invoice for that time in compliance with the terms of the Order. Beginning with the invoice for November 2019 activity, non-working travel time incurred during the billing period will be included in the invoice in compliance with the terms of the Order.