## Exhibit C

AP SERVICES, LLC
Summary of Expenses - Pacific Gas and Electric Company, et al.
For the Period October 1, 2019 - October 31, 2019

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Airfare | $ 203,745.28 |
| Lodging | 335,236.83 |
| Meals | 40,830.99 |
| Ground Transportation | 60,698.83 |
| Other | 1,823.26 |
| **TOTAL EXPENSES** | **$ 642,335.19** |