| | |
|---|---|
| ESTELA O. PINO, SBN 112975<br>(epino@epinolaw.com)<br>**PINO & ASSOCIATES**<br>1520 Eureka Rd., Suite 101<br>Roseville, CA 95661<br>Telephone: (916) 641-2288 | |

Attorneys for the Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases.

## THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>In re:<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the lead case, No. 19-30088(DM)* | Case Nos. 19-30088 (DM)<br><br>Chapter 11<br><br>**SUPPLEMENT TO MOTION FOR RELIEF FROM AUTOMATIC STAY TO PERMIT THE COURTS OF THE STATE OF CALIFORNIA TO CONDUCT A JURY TRIAL AND RELATED PRETRIAL AND POST TRIAL MATTERS IN CONNECTION WITH THE GHOST SHIP FIRE CASES**<br><br>DATE: December 17, 2019<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 17<br>450 Golden Gate Avenue, 16th Fl.<br>San Francisco, California<br><br>JUDGE: Hon. Dennis Montali<br><br>OBJECTION DEADLINE: **December 12, 2019 (4:00 P.M. Prevailing Pacific Time)**<br><br>RELATED DOCKET: 4875 |

Case: 19-30088    Doc# 4962    Filed: 12/03/19    Entered: 12/03/19 16:56:15    Page 1 of 2

The Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, County of Alameda, in Case No. RG16843631 and related cases (the "Ghost Ship Executive Committee"), by and through its attorneys of record, does hereby respectfully submits the following Supplement to Motion for Relief from the Automatic Stay to Permit the Courts of the State of California to Conduct a Jury Trial and Related Pretrial and Post Trial Matters in Connection with the Ghost Ship Fire Cases.

This is to advise that the City of Oakland, a defendant in the Ghost Ship Litigation, has filed a Motion to Continue Trial Date in the underlying state court action, which has been designated as *In re Ghost Ship Fire Litigation,* Case No. RG16843631 (And Related Cases). The Motion to Continue Trial Date is set to be heard by Judge Brad Seligman in Department 23 of the Superior Court of the State of California, County of Alameda, on December 20, 2019, at 9:30 A.M.

Dated: December 3, 2019        Respectfully submitted,

**PINO & ASSOCIATES**

By: _____
Estela O. Pino, Attorneys for Plaintiffs'
Executive Committee appointed by the
Superior Court of the State of California, in
and for the County of Alameda, in Case No.
RG16843631 and related cases.