Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**WENDEL ROSEN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@wendel.com
Email: llenherr@wendel.com

Attorneys for Michael G. Kasolas, Claims Representative

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>                      Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088-DM<br><br>Chapter 11 (Lead Case)<br>(Jointly Administered)<br><br>**FIRST REPORT OF COURT APPOINTED CLAIMS REPRESENTATIVE** |

      MICHAEL G. KASOLAS, the Court appointed claims representative (the "Claims Representative"), hereby submits his First Report, as follows:

**I.    BACKGROUND**

      On November 11, 2019, the Honorable Dennis Montali, United States Bankruptcy Court, Northern District of California, entered the Order Extending Bar Date for Fire Claimants and Appointment of Claims Representative (the "Bar Date Extension Order"). (Docket No. 4672.) The Bar Date Extension Order provides that the Claims Representative shall be given broad discretion

to conduct the following tasks (the "Tasks") for the benefit of Unfiled Fire Claimants[1]:

    (i) identifying and locating Unfiled Fire Claimants and implementing procedures to provide notice of the Extended Bar Date to Unfiled Fire Claimants;

    (ii) obtaining and interpreting data to identify and locate Unfiled Fire Claimants and, in particular, to identify and locate displaced Unfiled Fire Claimants.

    (iii) establishing and implementing procedures to inform and educate Unfiled Fire Claimants about their rights to file Fire Claims by the Extended Bar Date, and implementing reasonable methods to reach Unfiled Fire Claimants to inform them of the Extended Bar Date and how to file Fire Claimants Proof of Claim Forms on account of any Fire Claims;

    (iv) assisting Unfiled Fire Claimants with the process of filing Fire Claimants' Proof of Claim Forms in these cases, including coordinating with Prime Clerk LLP ("Prime Clerk") who will be independently setting up locations within the fire zone areas where Prime Clerk representatives shall receive Proof of Claim Forms; and

    (v) periodically reporting to both this Court and to Judge Donato on progress and results.

## II. CLAIMS REPRESENTATIVE'S ROLE, BACKGROUND AND QUALIFICATIONS

Michael G. Kasolas, as the Claims Representative, is being asked to identify, locate and assist traumatized and/or displaced fire victims who are eligible to file claims by December 31, 2019. He is thus required to perform a substantial body of work under intense time constraints to identify and reach fire victims who were not previously reached by prior noticing programs, or who were unable to protect their interests in these cases. Rather than blanket the community with generalized repetition of past noticing programs, the program that is described in this Report is designed to identify and target those fire victims who were not reached by, or were not responsive to, prior noticing programs, or who were unable to respond because of reasons such as ongoing trauma. The Claims Representative was selected based upon his ability to successfully achieve the objectives of his appointment within the limited time afforded. Mr. Kasolas will oversee and direct

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Bar Date Extension Order.

his Team in an effort to effectively and efficiently accomplish the Tasks.

Mr. Kasolas is currently a Chapter 7 Trustee for cases in the Oakland Division of the Northern District of California, formerly a Chapter 7 Trustee in the Sacramento Division of the Eastern District of California, has acted as a Chapter 11 Trustee and Examiner for the Sacramento Division of the Eastern District of California, and the Oakland, San Jose, and Santa Rosa Divisions Northern District of California, and has previously acted, and currently acts, as Receiver, Referee, and Partition Referee for cases in the Superior Court of California, Counties of San Francisco, Alameda, and Contra Costa.

### III. CLAIMS REPRESENTATIVE'S TEAM

Bar Date Extension Order provides the Claims Representative with the authority to engage staff, personnel, vendors (including but not limited to media/advertising, project management services, technology solutions, public relations, and other consultants), and counsel (collectively the "Team") to assist in the implementation of the Tasks. To assist him in completion of the Tasks, the Claims Representative has engaged the following as the Team members:

**1) Media—Kinsella Media, an Exela Technologies Brand**

Role: Kinsella Media will design and implement the media outreach that will focus attention on those who have not filed, or been unable to file, claims in these cases.

Qualifications: Kinsella Media, a leading notice expert firm, has designed and implemented more than 1,000 notification programs and placed over $400 million in legal notice advertising during the course of 28 years in business. They are particularly well-suited to the task of reaching fire victims who have not been reached by prior notices, or who have been unable to come forward to protect their interests in these cases. Katherine Kinsella founded Kinsella Media in 1991 and worked to establish the methodology that became the industry standard for legal notification programs. Shannon Wheatman, Ph.D., is the current president of Kinsella Media and has 19 years of experience in legal notice. Katherine Kinsella and Dr. Wheatman have been recognized as legal notice experts in state and federal courts across the U.S. in both class action and bankruptcy cases. Dr. Wheatman's plain language expertise was advanced by her education, including her doctoral dissertation on plain language drafting of legal notice. Under their

leadership, the firm developed and implemented some of the most complex notice programs in the legal industry (see **Exhibit A** for some relevant case experience).

Team Contribution: Kinsella Media is drafting all materials in plain language and designing all creative materials (flyers, poster, newspaper ads, TV and radio ads, digital banner ads, social media ads, graphics for Facebook group page). Kinsella Media has recommended a media program that will run in the weeks leading up to the extended deadline and will plan and buy all approved media. Kinsella Media will continuously monitor the delivery of the campaign and make adjustments as necessary to optimize effectiveness by targeting traumatized and/or displaced fire victims. Upon completion of the campaign, Kinsella Media will provide an implementation report confirming everything ran as planned.

## 2) Public Relations & Outreach—Holmes Associates

Role: Holmes Associates will design and implement a communications strategy that is focused on the particular fire victims who have not been reached by, or responded to, prior noticing programs.

Qualifications: Holmes Associates was established by Shelly Holmes, a 30-year marketing communications and public relations professional, who spent years as a senior partner in international and regional agencies, overseeing complex clients and multimillion-dollar budgets. Her goal was to create an agency that used a more efficient, flexible and results-driven approach than many other agencies were offering. The Holmes Associates team members come from large agencies, corporations, newsrooms, startups and more. Because of these varied backgrounds and experiences, members are adept at branding and messaging, general and targeted market outreach, grassroots and community outreach, key influencer relations, media relations, social media and crisis communications. Team members currently working on this outreach program have significant experience in public outreach and education campaigns that included working with rural communities in distress or with unique needs and circumstances, including but not limited to those surviving/addressing natural disasters.

Team Contribution: Holmes Associates is working with the Team to develop a communications strategy that takes into account a short timeframe but large geographic reach,

with the goal of using prioritized tactics that reach the most traumatized and displaced people possible by December 31, 2019. It is taking into account the feedback from media, organizations and local residents that the fire-survivor community and the region at-large is dealing with "fire fatigue" and somewhat overwhelmed with all the information and deadlines they have received over the last year or so. Holmes Associates will implement this strategy through the use of Community Partnerships, Community Grassroots Outreach, Social Media and Media Relations. Additionally, Holmes Associates is coordinating efforts with other PR and communications firms and efforts that represent PG&E, TCC and local business concerns.

### 3) Technology & Data—BMC Group

Role: BMC Group will design and perform the data analysis that will be critical to ensure that the Claims Representative does not duplicate the efforts of prior noticing programs, but instead focuses on those fire victims who can be identified as having not filed a claim in these cases.

Qualifications: BMC Group is a leading provider of technology-enabled information management and collaboration services. The BMC Group team is made up of leading industry professionals, many with significant experience in both the legal and administrative aspects of large, complex Chapter 11 and Class Action cases. For over 20 years, BMC Group has acted as information agent, official claims and noticing agent, solicitation and balloting agent and distribution agent in thousands of cases nationwide.

Team Contribution: BMC Group's role is as 'information agent' on the Team. It will design, host and administer a SmartRoom secure virtual dataroom that will be used to compile and analyze data to assist the Claims Representative and his Team to pinpoint the traumatized and displaced Unfiled Fire Claimants and ensure that the media efforts are directed to the correct markets. Further, based on data analysis results, BMC Group will execute direct outbound print, mail, text, and telephone notice outreach to potential Unfiled Fire Claimants. In addition, BMC Group will design and host the website and related social media links, email inbox, and call center. In coordination with these efforts, BMC Group will work with the Team to develop website content and call center scripts, including FAQs.

4) **Legal—Wendel Rosen LLP**

<u>Role:</u> Legal support for the Claims Representative.

<u>Qualifications</u>: Founded in 1909, Wendel Rosen LLP is one of the oldest and largest law firms in the East Bay region of the San Francisco Bay Area. The firm has a nationally recognized and highly regarded bankruptcy and creditor debtor rights, insolvency and reorganization law practice. Mark Bostick, lead counsel in this matter, has more than 35 years of experience focused on insolvency law, representing trustees, debtors, creditors and other interested parties in all forms of insolvency proceedings and out-of-court workouts.

<u>Team Contribution</u>: Wendel Rosen LLP will work with the Team and third parties, including the TCC, the Debtors, and Prime Clerk, to ensure that all media, communications and outreach activities provide legally accurate information in compliance with the Bar Date Extension Order. The firm will also assist the Team in preparing any necessary reports, requests for funds or payment, and other submissions to the courts.

## IV. PRELIMINARY STRATEGY AND CURRENT STATUS

The Team has formulated the following preliminary[2] strategy to accomplish the Tasks:

1. **<u>Media</u>:**

The paid media program seeks to provide notice of the Extended Bar Date to Unfiled Fire Claimants focusing specifically on the fire counties and contiguous counties in Northern California, and generating content that encourages those who have not yet filed proofs of claim to do so for damages and losses not previously emphasized in previous noticing efforts. Per discussions with members of the TCC, it is Kinsella Media's understanding that among those least likely to file claims are individuals who are renters, occupants, the elderly, under-employed, and those who suffered non-property damages and loss. Although people have moved out of the area and out of state, it is Kinsella Media's belief that many remain pursuant to news reports citing

---

[2] The Claims Representative and his Team are still gathering data and coordinating their efforts with third-party groups and individuals familiar with the issues related to locating fire-related claimants and outreach efforts. The Team is agile and can (and will) pivot when necessary to ensure that funds are effectively utilized to maximize impact and effectiveness.

20,000 fire victims still living in Chico, California.

Building off the original notice efforts, the claims outreach media program will be targeted to the specific counties and contiguous areas affected by the Northern California Fires. The media program will provide awareness that will dovetail with and support local on-ground efforts to identify Fire Claimants.

The media program is a layered approach using social media, radio, local and community newspapers, general market and cable TV. Social media will be used in the affected counties as we believe Fire Victims are in many cases still in touch with each other.

While the reach of the media program is important, the content is unique to reflect the specific and targeted goals of the Claims Representatives' assigned Tasks. The extension of the bar date, the role that residents can play in reaching out to former neighbors, and the message that the Court is taking this extra step in an effort to reach all fire victims, are indicative of the content that will attempt to reach targeted claimants rather than blanket the community with repetition of prior media content. The exact media scheduling will be determined based on timing of funding and on costs and targeting information.

For the current status of media efforts, see the media activity report attached as **Exhibit B**.

### 2. **Public Relations & Outreach:**

The limited time frame and budgeting for this program does not permit the Claims Representative's Team to create new communications networks to reach potential fire victims. Instead, Holmes Associates is working to establish Community Partnerships which will allow the Team to utilize communications networks from agencies, organizations and businesses who already have existing channels of outreach and lists of clients or customers who have opted-in to receive communications. Holmes Associates has created relationships with: Butte County Department of Employment and Social Services (flyer distribution to all partners, plus flyer distribution at their weekly survivor dinners); NorCal United Way (Facebook posting of messaging and flyer, and text-out to 30,000 survivors who have opted-in for communications); HopeNow (social media posts on its platforms; multiple outreach lists provided); the Long Term Recovery Group (attended Nov. 22 agency meeting for program announcement and flyer

FIRST REPORT 7

distribution); the Red Cross (flyer distribution to Red Cress partners and regional offices); and TCC members (flyer distribution at Gridley FEMA camp, social media postings, blast emails to partner agencies); to name a few of the current partners. An initial outreach has also been made to the California Association of REALTORS, Northern California, and LeadingAge (senior nonprofit). Partnership development will continue through December 31, 2019.

Grassroots flyer outreach has started through the Butte County Dept. of Employment and Social Services (weekly survivor dinners and County partners); churches (Sunday bulletins, messages from the pulpit, weekly meals for survivors), Charitable Based Organizations (flyers for distribution through counters, clients, customers; inclusion in newsletters), survivor groups (flyer distribution and social media platforms), FEMA facilities, and local businesses, as well as attending community events including college football and basketball games to distribute flyers. Four thousand (4,000) flyers have been distributed by November 25, 2019. Grassroots outreach and flyer distribution will continue through December 31, 2019.

Social media is being used to "talk" to people through existing survivor and wildfire Group pages. Currently the following survivor and wildfire groups have allowed the Holmes Associates team to join and post: Chico Needs (29k); Camp Fire Survivors (1.8k); California Wildfires (3.6k); Rebuilding Hope: Camp Fire Recovery Resources (2.3k). We are awaiting entry into other related Groups, and the team is creating @NorCalFireClaims Facebook and Instagram pages which will be used to post information.

In coordination with Kinsella Media, media outreach is being conducted to local, regional and national print, broadcast and online media. Holmes Associates is also coordinating efforts with other PR and communications firms and efforts that represent PG&E, TCC and local business concerns. A media release was written and distributed on November 15, 2019, through a blast email list and through a wire service. Currently the pickup report from our wire service shows 559 release views and hits. The Holmes Associates team has started and will continue follow-up calls to educate media of the efforts being undertaken to help more traumatized and displaced people file a PG&E claim before December 31, 2019.

### 3. Technology & Data:

Since November 1, 2019, BMC Group has expended approximately 300 hours engaged in the following:

- Analysis of proof of claim data, insurance data, and other address and claims information, to create a database of people who are most likely to be fire victims who have not filed proofs of claim in these cases, in order to avoid repetition of past noticing programs;
- Design, host and administer the SmartRoom secure virtual dataroom for internal team use and for hosting data subject to the Protective Order;
- Design and host the website www.OfficialFireClaims.com launched on November 15;
- Host and administer email box info@officialfireclaims.com;
- Design and host the Call Center (888.909.0100) launched on November 15;
- Participate in drafting and act as administrator of Frequently Asked Questions on the "OfficialFire Claims" website;
- Record and post a Call Center script including FAQs, administer updates;
- Receive, analyze and report on various data;
- Ongoing maintenance and administration of the website and the Call Center;
- Participate in Team communications;
- Participate in communications with existing fire victim support groups; and
- Conduct research in support of Team initiatives.

Anticipated additional activity will include data analysis, mechanics of outreach, e.g., text, email and direct mail; and social media account monitoring and maintenance targeted to identifying and locating traumatized and/or displaced Unfiled Fire Claimants. An abbreviated Spanish language message will be recorded and added to the Call Center line. BMC Group's staffing strategy focuses on the ability to scale, while assigning the right resources to complement the client and its advisors.

## V. PROJECTED BUDGET

To accomplish the Tasks and above-described strategy, the Claims Representative's

overall anticipated budget for himself and his Team for the period between November 1, 2019, and January 20, 2020, is **$1,575,380.00**, broken down as follows:

| | |
|---|---|
| Claims Representative | $ 366,000.00[3] |
| Media | $ 300,000.00 (media costs) |
| | $ 125,000.00[4] (Kinsella Media fees) |
| Public Relations & Outreach | $ 300,380.00 |
| Technology & Data | $ 359,000.00 |
| Legal | $ 125,000.00[5] |
| **TOTAL:** | **$ 1,575,380.00** |

For informational purposes, as of **November 20, 2019**, the estimated[6] fees and costs incurred by the Claims Representative and his Team is as follows:

| | |
|---|---|
| Claims Representative | $111,000 |
| Media | $ 27,000 (media costs) |
| | $ 77,280 (Kinsella Media fees) |
| Public Relations & Outreach | $ 39,790 |
| Technology & Data | $ 37,500 |
| Legal | $ 25,000 |
| **TOTAL:** | **$317,570** |

Pursuant to the Bar Date Extension Order, and except to the extent that advance funds are approved by further Court order, invoices for the above services will be submitted by the Claims Representative and his Team directly to the Debtors for payment and are due upon receipt without

---

[3] The Claims Representative's hourly rate is $600 and $125 for his administrative staff. For purposes of this budget, he estimates incurring 600 hours and 48 hours for his administrative staff between November 1, 2019, and January 20, 2020.

[4] Kinsella Media's hourly rates range from $125 to $600. Both Ms. Kinsella and Dr. Wheatman are court-recognized notice experts and their hourly rates are $600 and $500 respectively; professional staff's hourly rates are between $125 and $350.

[5] Wendel Rosen LLP's fees are based on its standard hourly billing rates which range from $345 to $620 for attorneys and from $165 to $300 for paralegals, law clerks, and case clerks. Hourly rates are subject to reasonable change, usually at the beginning of each year. Time is billed in increments of one-tenth of an hour.

[6] For purposes of this First Report, fees and costs through November 20, 2019, have been estimated and are subject to change.

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

017558.0085\5676427.8

Case: 19-30088    Doc# 4963    Filed: 12/03/19    Entered: 12/03/19 17:11:07    Page 10 of 19

further Court order. Also pursuant to the Bar Date Extension Order, the Claims Representative is not incurring any personal responsibility or liability for these substantial costs, all of which are to be paid by the Debtors. Due to the truncated timeframe and substantial fees and costs that must be paid up front, funds must be advanced as set forth in section VI.

## VI. REQUEST FOR ADVANCED FUNDS

The Bar Date Extension Order provides that the Claims Representative may apply to the Court for approval of advance fees or costs if deemed necessary in order to successfully complete the Tasks. The Claims Representative has determined that advance funds in the amount of **$395,000.00** are required (the "Advance").[7]

<u>The Media portion of the Advance ($300,000.00 to Kinsella Media)</u> will be used to purchase and pay for advertising and services such as: booking and paying for all media; paying producers to create television, radio, and online video spots; voice talent; Spanish translation costs; and graphic designer fees to create digital banner ads. Receipt of the Advance is required as soon as possible to ensure that media and other third-party services can be timely purchased and paid for.

<u>The Public Relations & Outreach portion of the Advance ($70,000 to Holmes Associates)</u> will be used for part of the first-month fees (already incurred) for: strategy; social and traditional media relations; and community outreach efforts and third-party out-of-pocket costs for non-Team member services (such as text-out services; printing of flyers and supplies for flyer distribution; and other outreach expenses).

Subject to Bankruptcy Court approval, the Debtors have agreed to advance the requested funds as provided in the Stipulation to Advance Funds to Claims Representative, which is being filed contemporaneously herewith.

## VII. PRELIMINARY EXPECTATIONS

As of November 19, 2019, there were just over 72,000 fire-related claims filed. The TCC

---

[7] The Advance is for: $300,000.00 media; $70,000 outreach, and $25,000 advance for out-of-pocket expense (postage, paper and envelopes to +20,000; also technology and translation fees).

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

017558.0085\5676427.8

FIRST REPORT 11

Case: 19-30088   Doc# 4963   Filed: 12/03/19   Entered: 12/03/19 17:11:07   Page 11 of 19

estimates that there could be 70,000 to 100,000 fire-related claims, (Docket No. 4293, p. 9, filed Oct 18, 2019)—suggesting that there are as many as 28,000+ unaccounted for fire-related claims. Since his appointment, the Claims Representative and his Team have met with various parties that have conducted, or are continuing to conduct, outreach activities related to fire victims. Anecdotal evidence suggests that there may be as few as 8,000 unaccounted-for claims. However, it is impossible to know with any accuracy the actual number of unaccounted-for fire-related claims. The Claims Representative has obtained data from the insurance subrogation group and is seeking to obtain rebilling data from PG&E to assist in the identification and location of the Unfiled Fire Claimants with the assistance with the TCC. Therefore, the Claims Representative and his Team have developed the strategy described above to effectively and efficiently reach as many potential Unfiled Fire Victims as possible, targeting those who are traumatized or displaced to ensure that they are aware of the new claims bar deadline and have the necessary support and assistance to get their claims filed by the extended claim bar date.

## VIII. CONCLUSION

Until and unless the Court orders otherwise, the Claims Representative will proceed to effectuate the foregoing strategy within the anticipated budget.

DATED: December 3, 2019

Respectfully submitted,

WENDEL ROSEN LLP

By: /s/ Lisa Lenherr
Mark S. Bostick
Lisa Lenherr
Attorneys for Michael G. Kasolas, Claims Representative

# EXHIBIT A



# Relevant Case Experience

***In re Holocaust Victim Assets Litigation,*** Nos. CV-96-4849, CV-96-5161, and CV-97-461 (E.D.N.Y.).

**Case:** 1.25 billion settlement - Reparations

**Claimant Population:** Jews, Roma, homosexuals, and physically and mentally disabled people persecuted by the Nazis.

**Notice Program:** Kinsella Media had responsibility for providing notice to the Romani Holocaust victims. Using in-country organizers and human rights organizations, the firm designed and implemented a grassroots campaign to reach the isolated and educationally disadvantaged Roma in 15 countries in Europe and the former Soviet Union. In addition, Kinsella Media planned and managed paid media directed to Jewish people in the United States as well as press outreach in 37 countries orchestrating five press conferences in Berlin, Budapest, Moscow, Paris, Tel Aviv, and New York over a 24-hour period.

***Cobell v. Salazar,*** No. 1:96-CV-1285 (D.D.C.).

**Case:** $3.4 billion settlement – Mismanagement of Funds

**Claimant Population:** Believed to be the largest civil rights settlement with the federal government, the class included over 500,000 Native Americans with Individual Indian Money accounts managed by the U.S. Department of the Interior for decades.

**Notice Program:** The notice program included direct notice supported by TV and radio ads in targeted areas around the country, ads in more than 75 Native American publications and tribal newsletters, and Internet advertising on Native American websites. Kinsella Media also oversaw a broad earned media campaign that distributed a press release to Native American and national and local mainstream publications with telephone follow-up to encourage media coverage of the settlement.

**Highlights:** To complement paid and earned media efforts, Kinsella Media constructed a layered community outreach program with over 1,800 tribal governments, non-profit organizations, and commercial enterprises participating in the notice program by hanging posters, showing a video about the settlement translated into eight Native American languages and Spanish, and/or distributing flyers about the settlement.

**EXHIBIT A**

2101 L STREET NW, SUITE 800    WASHINGTON, DC 20037    T 202.686.4111    F 202.293.6961    KINSELLAMEDIA.COM

***Keepseagle v. Vilsack,*** No. 1:99-CV-3119 (D.D.C.).

**Case:** $760 million settlement - Discrimination

**Claimant Population:** Native American farmers, ranchers, and their heirs who were denied the same opportunities to obtain farm loans as white farmers.

**Notice Program:** Kinsella Media placed advertisements in tribal, regional, and national Native American media; regional and national agricultural trade publications; and a mass newspaper supplement targeted primarily at rural areas nationwide. Internet banner ads on local and national Native American-focused websites supported the print and broadcast aspects of the media program. Kinsella also implemented an earned media program that generated additional free media coverage.

**Highlights:** English and Navajo radio ads were placed in key markets with significant concentrations of Native American farmers and ranchers along with Native American networks.

***In re Black Farmers Discrimination Litigation,*** MDL No. 08-mc-511 (D.D.C.).

**Case:** $1.25 billion settlement - Discrimination

**Claimant Population:** African American farmers who experienced farm loan discrimination by the USDA.

**Notice Program:** A robust direct notice program, using an easily understandable postcard that directed people to a toll-free number or website for more information, was supported by paid and earned media efforts. The print media program was structured around advertisements placed in African American and community newspapers, farming and ranching trade publications, a national newspaper supplement. Radio was a critical part of the notice program with spots airing on radio stations in two large African-American networks as well as targeted local radio and agricultural radio in areas with the highest numbers of class members.

**Highlights:** Extensive third-party outreach included mailings to over 6,180 African-American farmer groups, predominantly African-American churches, civil rights groups, general agriculture organizations, historically black colleges and universities and other relevant entities.

*In re: Think Finance, LLC,* No. 17-33964 (Bankr. N.D. Tex.)

**Case:** Chapter 11 Bankruptcy with $40 million consumer settlement

**Claimant Population:** Over 1 million consumer payday loan borrowers

**Expert Services:** Kinsella Media provided an expert review of the Bar Date Notice Program, especially how well it reached consumers. Dr. Wheatman testified at the 7023 Motion Hearing as an expert witness for several groups of consumer borrower plaintiffs. The Court qualified Dr. Wheatman as an expert on bankruptcy notice. Subsequently, the debtors reached a settlement with the consumer borrowers and Kinsella Media assisted with the development of the settlement notice program.

**Highlights:** In the order granting the 7023 Motions, U.S. Bankruptcy Judge Harlin DeWayne Hale, noted: "The results indicate that while the Notice Procedures may have been constitutionally sufficient, they were not successful in facilitating creditor participation in these Bankruptcy Cases. A fundamental goal of bankruptcy is to promote creditor participation."

*Good v. West Virginia American Water Co.,* No. 14-CV-1374 (S.D.W. Va.)

**Case:** $151 million settlement

**Claimant Population:** Businesses, homeowners, renters, and employees in nine counties in West Virginia who were impacted by the Elk River contamination spill. Claims could be made for economic losses and medical costs.

**Notice Program:** Direct notice (in color postcards with tear-off claim form) were sent to identifiable class members. Mailing lists were created through property lists, utility company customer database, and use of a third-party to identify renters. Broad notice through the use of paid media, including color ads in local newspapers, TV, radio, and local Internet.

**Highlights:** Resulted in a 60% claims rate.

*Dolmage v. Province of Ontario,* No. CV-09-376927 (Ont. S.C.J.).

**Case:** $35 million settlement

**Claimant Population:** Former residents of three treatment facilities in Canada for the mentally challenged and disabled (Huronia Residential Centre, Rideau Regional Centre, and Southwestern Regional Centre), and heirs of deceased residents.

**Notice Program:** Direct notice (in large readable font, written at a 5th grade level) to identifiable former residents. Broad notice through the use of paid media, including national consumer magazines, local newspapers, TV, radio, a national newspaper, and national and local Internet. Media outreach using a multimedia news release.

**Highlights:** Extensive outreach to agencies that assist/house former residents, long term care facilities, community centers, retirement homes, adult protective services workers, a disability law center, and a group representing people with intellectual disabilities.

*In re W.R. Grace & Co.,* No. 01-01139 (Bankr. D. Del.).

**Claimant Population:** Asbestos property damage claimants, general creditors, and Zonolite Attic Insulation claimants exposed to W.R. Grace's asbestos-containing products.

**Notice Program:** Three separate bar date notice programs were implemented in the U.S. and Canada using various combinations of consumer magazines, trade publications, newspaper supplements, newspapers, Internet, and TV.

**Highlights:** A website and print and TV advertisements were produced in English, French Canadian, and Inuktitut, an aboriginal language, for the Zonolite Attic Insulation notice program in Canada.

*In re Dow Corning,* No. 95-20512 (Bankr. E.D. Mich.).

**Claimant Population:** Individuals with silicone implants manufactured by Dow Corning subject to a bar date to file personal injury claims.

**Notice Program:** The notice program used extensive direct notice; robust publication and TV advertising; third-party notice to medical, health, and legal organizations; and a national press conference that initiated a broad public relations outreach.

**Highlights:** The paid media alone reached 95% of U.S. adults.

# EXHIBIT B

# PG&E Bankruptcy: Media Activity Report

Updated: November 21, 2019


KINSELLA

EXHIBIT B

| | Component | Status | Description |
|---|---|---|---|
| 1 | General Research | Complete | Research articles on fires and fire related websites and social media groups, review court documents, analyze previous notice program declarations. |
| 2 | Fire Profiles | Complete | Compile information on all fires and affected counties. Share with team. |
| 3 | Organization Research | Complete | Research organizations in affected area that could assist with on-ground outreach. Provide research and contact lists to PR firm. |
| 4 | Media Research | Complete | Analysis of media consumption habits and geography of potential claimants. |
| 5 | Media Rates | Complete | Compile media rates and timing for implementing media program in December. |
| 6 | Media Proposal/Budget | Complete | Submit media recommendations, budget, and potential schedule. |
| 7 | Website Review | Complete | Review both desktop and mobile claims submission pages for PrimeClerk. Recommend changes to improve navigation to Fire Claimant Proof of Claim. |
| 8 | Landing Page/FAQs | Complete | Draft initial langauge and review feedback for new Landing Page and FAQs for website. |
| 9 | Flyer - English - color & b/w | Complete | English Flyers drafted and approved. |
| 10 | Flyer - Spanish - color & b/w | Complete | Spanish Flyers drafted and approved. |
| 11 | Poster | Complete | Poster drafted and approved. |
| 12 | Publication Notice - English | Complete | English Publication Notice drafted and approved. |
| 13 | TV/Radio Script/Storyboard | In Progress | Shared draft TV/Radio scipts and TV storyboard with team for feedback (11/21). |
| 14 | Publication Layouts | In Progress | Publication Notice is being laid out in various ad sizes for newspapers. |
| 15 | Publication Notice - Spanish | In Progress | Translation has been completed. Awaiting final layout to circulate for approval. |
| 16 | Social/Digital Ads | In Progress | Drafting ads that will be circulated by November 22. |
| 17 | PR Firm Assistance | In Progress | Assist PR firm with advertising research for areas where they will focus outreach. |