Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**WENDEL ROSEN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@wendel.com
Email: llenherr@wendel.com

Attorneys for Michael G. Kasolas, Claims Representative

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088-DM <br><br> Chapter 11 (Lead Case) <br> (Jointly Administered) <br><br> **STIPULATION TO ADVANCE FUNDS TO CLAIMS REPRESENTATIVE** |

This Stipulation to Advance Funds to Claims Representative (the "Stipulation") is entered into between Michael G. Kasolas, the Court appointed claims representative (the "Claims Representative") and PG&E Corporation and Pacific Gas and Electric Company, the above-captioned debtors (the "Debtors").

**RECITALS**

A. On November 11, 2019, the Honorable Dennis Montali, United States Bankruptcy

Court, Northern District of California, entered the Order Extending Bar Date for Fire Claimants and Appointment of Claims Representative (the "Bar Date Extension Order"). (Docket No. 4672, filed Nov. 11, 2019.)

B. The Bar Date Extension Order provides that the Claims Representative shall be given broad discretion to conduct certain tasks described in the Bar Date Extension Order (the "Tasks") for the benefit of Unfiled Fire Claimants.[1]

C. On December 3, 2019, the Claims Representative filed his First Report, which includes a description of the proposed strategy, current status, and projected budget (the "First Report"). (Docket No. 4963.)

D. The Bar Date Extension Order provides that the Claims Representative may apply to the Court for approval of advance fees or costs if deemed necessary in order to successfully complete the Tasks.

E. The Claims Representative has determined that advance funds in the amount of **$395,000.00** are required in order to successfully initiate efforts to complete the Tasks (the "Advance").

F. The Advance will be used to purchase and pay for advertising and third-party non-Team member services as described in the First Report.

G. Receipt of the Advance is required as soon as possible to ensure that media and other third-party services can be timely purchased and paid for.

## STIPULATION

1. Subject to Bankruptcy Court approval, the Debtors agree to advance the requested funds.

2. The Advance will be paid via wire(s) to the Claims Representative and/or to a member(s) of his Team (instructions to be provided) so that it is received within three (3) business day following entry of the Order approving this Stipulation.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Bar Date Extension Order.

**THE FOREGOING IS AGREED.**

DATED: December 3, 2019     WENDEL ROSEN LLP

By: ___*/s/ Lisa Lenherr*___
Mark S. Bostick
Lisa Lenherr
Attorneys for Michael G. Kasolas, Claims Representative

DATED: December 3, 2019     WEIL GOTSHAL & MANGES, LLP

By: ___*/s/ Matthew P. Goren*___
Matthew P. Goren
Attorneys for Debtors and Debtors in Possession

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

017558.0085\5684390.1