

**Signed and Filed: December 3, 2019**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088-DM |
| PG&E CORPORATION, | Chapter 11 |
| - and - | Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| * All papers shall be filed in the Lead Case, No. 19-30088 (DM). | |

### AMENDED CERTIFICATION FOR DIRECT APPEAL TO COURT OF APPEALS

Pursuant to 28 U.S.C. § 158(d)(2) the court, acting on its own motion, certifies for direct appeal to the United States Court of Appeals for the Ninth Circuit, Memorandum Decision on Applicability of Inverse Condemnation entered on the docket on November 27, 2019 (Dkt. #4895), and its accompanying order entered on December 3, 2019.

1 | As required by Fed. R. Bankr. P. 8006(b) and (e)(1), this Amended Certification is
2 | accompanied by the Court's Amended Memorandum Regarding Certification For Direct Appeal
3 | To Court Of Appeals containing the information required by Fed. R. Bankr. P. 8006(f)(2)(A)-
4 | (D).

***END OF AMENDED CERTIFICATION***