

ABID QURESHI
+1 212.872.8027/fax: +1 212.872.1002
aqureshi@akingump.com

December 3, 2019

VIA ECF

Honorable Dennis Montali
United States Bankruptcy Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

   **Re:** *In re PG&E Corporation*¸ **No. 19-30088 (Bankr. N.D. Cal.) (DM)**

Your Honor:

  I write on behalf of the Ad Hoc Committee of Senior Unsecured Noteholders (the "Ad Hoc Committee") in the above-captioned chapter 11 cases of Pacific Gas and Electric Company and PG&E Corporation (collectively, the "Debtors"). The Ad Hoc Committee supports the relief requested in the letter from the Official Committee of Unsecured Creditors (the "Creditors' Committee") to the Court regarding the need for a continuance of the December 17, 2019 hearing on the Debtors' *Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Exit Financing Commitment Letters and (II) Authorizing Incurrence, Payment, and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims* (the "Motion") [Docket No. 4446], and for all the reasons stated therein, joins in the Creditors' Committee's request for a continuance and a corresponding extension of time to respond to the Motion.

          Respectfully submitted,

          /s/ *Abid Qureshi*

          Abid Qureshi

One Bryant Park | New York, New York 10036-6745 | 212.872.1000 | fax: 212.872.1002 | akingump.com

Case: 19-30088  Doc# 4970  Filed: 12/03/19  Entered: 12/03/19 18:59:26  Page 1 of 1