# BakerHostetler

BakerHostetler
600 Montgomery St.
Suite 3100
San Francisco, CA 94111
T: 415.659.2900
F: 415.659.2601
www.bakerlaw.com

David J. Richardson
direct dial: 415.659.2583
drichardson@bakerlaw.com

December 3, 2019

**VIA ECF**

Honorable Dennis Montali
United States Bankruptcy Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: In re PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088 (DM) (Jointly Administered)

Dear Judge Montali:

  I write on behalf of the Official Committee of Tort Claimants (the "**TCC**") to join in the letter brief filed today by the Official Committee of Unsecured Creditors (the "**OCUC**") in connection with the Debtor's *Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Exit Financing Commitment Letters and (II) Authorizing Incurrence, Payment, and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims* (the "Motion") [Docket No. 4446], and the discovery pertaining to that Motion that remains outstanding. For the reasons described in the OCUC letter brief, the TCC concurs that a continuance of the hearing date on the Motion is necessary to ensure that the parties are able to respond to the Motion with adequate information and a fair and complete opportunity to conduct discovery.

Sincerely,

*/s/ David J. Richardson*

David J. Richardson
*Counsel to the Official Committee of Tort Claimants*