1  JOZEL BRUNETT, Chief Counsel, SBN 124188
   CARISSA LYNCH, Tax Counsel IV, SBN 214918
2  State of California Franchise Tax Board
   Mail Stop A-260
3  P.O. Box 1720
   Rancho Cordova, CA  95741-1720
4  Telephone: 916-845-7835
   Facsimile: 916-845-3648
5  E-mail: Carissa.Lynch@ftb.ca.gov

6  Attorneys for California Franchise Tax Board

7

8                        UNITED STATES BANKRUPTCY COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                             SAN FRANCISCO DIVISION

11

| In re: | Bankruptcy Case No. 19-30088 DM |
|---|---|
| **PG&E CORPORATION** | Chapter 11 |
| and | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **CALIFORNIA FRANCHISE TAX BOARD'S REQUEST FOR SPECIAL NOTICE** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case No. 19-30088 DM | |

21

22      PLEASE TAKE NOTICE that the California Franchise Tax Board ("FTB"), interested

23 party herein in the above-captioned Chapter 11 jointly administered case, hereby requests that all

24 notices given or required to be given in this case to creditors, any creditors' committee, or any

25 other party in interest (including all matters described pursuant to Bankruptcy Code Section

26 102(1) and Bankruptcy Rules 2002(a), (b), (c), (f) and (i), 3017(a), 9007 and 9010) and all papers

27 or other documents filed, served, or required to be served in the above-captioned Case, be served

28

                                          1

on the addressees listed below and that, pursuant to Bankruptcy Rules 2002(g) and 9007, the following be added to the Court's master mailing list:

>  Carissa Lynch
>  State of California Franchise Tax Board
>  Mail Stop A-260
>  P.O. Box 1720
>  Rancho Cordova, CA 95741-1720
>  Telephone: 916-845-7835
>  Facsimile: 916-845-3648
>  E-mail: Carissa.Lynch @ftb.ca.gov

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the rules specified above but also includes, without limitation, orders and notices of any plans, disclosure statements, applications, motions, petitions, pleadings, requests, complaints, demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this request for notice nor any subsequent appearance, pleading, proof of claim, claim or suit is intended or shall be deemed or construed as:

(a) a consent by FTB to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving FTB;

(b) a waiver of any right of FTB to (i) have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a Bankruptcy Judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (ii) have final orders in non-core matters entered only after de novo review by a District Court Judge, (iii) trial by jury in any proceeding so triable in the Case or in any case, controversy, or proceeding related to the Case, (iv) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (v) any and all rights, claims, actions, defenses, setoffs, recoupments or remedies to which FTB is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved hereby, or (vi) the requirements for service of process under Federal Rule of Bankruptcy Procedure 7004; or

2

(c) a waiver of any objections or defenses that the State of California, FTB, or any other agency, unit or entity of the State of California may have to this Court's jurisdiction over the State of California, FTB, or such other agency, unit or entity based upon the Eleventh Amendment to the United States Constitution or related principles of sovereign immunity or otherwise, all of which objections and defenses are hereby reserved.

This request for notice is based upon the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, including Rules 2002, 3017, 9007, and 9010, but is not a consent to jurisdiction of the Bankruptcy Court over FTB, and is not a waiver of FTB's rights, specifically, but not limited to: (i) FTB's rights to have final orders in certain matters entered only after de novo review by a district judge; (ii) FTB's rights to trial by jury in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto; (iii) FTB's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which FTB is or may be entitled under any agreement, in law, or in equity – all of which rights, claims, actions, defenses, setoffs, and recoupments the FTB expressly reserves.

Dated: December 4, 2019

STATE OF CALIFORNIA
FRANCHISE TAX BOARD

By: /s/ Carissa Lynch
Carissa Lynch
Attorneys for California Franchise Tax Board