1   XAVIER BECERRA, SBN 118517
    Attorney General of California
2   MARGARITA PADILLA, SBN 99966
    Supervising Deputy Attorney General
3   JAMES POTTER, SBN 166992
    Deputy Attorney General
4   1515 Clay Street, 20th Floor
    P.O. Box 70550
5   Oakland, CA 94612-0550
    Telephone: (510) 879-0815
6   Fax: (510) 622-2270
    Margarita.Padilla@doj.ca.gov
7   James.Potter@doj.ca.gov

    XAVIER BECERRA, SBN 118517
    Attorney General of California
    DANETTE VALDEZ, SBN 141780
    ANNADEL ALMENDRAS, SBN
    192064
    Supervising Deputy Attorneys General
    455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
    Telephone: (415) 510-3367
    Fax: (415) 703-5480
    Danette.Valdez@doj.ca.gov
    Annadel.Almendras@doj.ca.gov

8   STEVEN H. FELDERSTEIN, SBN 059678
    PAUL J. PASCUZZI, SBN 148810
9   FELDERSTEIN FITZGERALD
    WILLOUGHBY PASCUZZI & RIOS LLP
10  500 Capitol Mall, Suite 2250
    Sacramento, CA 95814
11  Telephone: (916) 329-7400
    Fax: (916) 329-7435
12  sfelderstein@ffwplaw.com
    ppascuzzi@ffwplaw.com
13
    Attorneys for California Department of
14  Transportation, et al.

15                  UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF CALIFORNIA
16                       SAN FRANCISCO DIVISION

17  In re:                                  Bankruptcy Case
                                            No. 19-30088 (DM)
18  PG&E CORPORATION
                                            Chapter 11
19          - and –
                                            (Lead Case)
20  PACIFIC GAS AND ELECTRIC
    COMPANY,                                (Jointly Administered)
21
                        Debtors.
22  ☐       Affects PG&E Corporation        Date:    December 11, 2019
                                            Time:    10:00 a.m.
23  ☐       Affects Pacific Gas and         Ctrm:    17
            Electric Company                Judge:   Dennis Montali
24  ☑       Affects both Debtors
25
26          **LIMITED OBJECTION OF THE CALIFORNIA STATE AGENCIES TO
            MOTION OF DEBTORS PURSUANT TO 11 U.S.C. § 1121(d) TO EXTEND
27          THE EXCLUSIVE SOLICITATION PERIOD [DOCKET NO. 4825]**
28

The California Department of Transportation ("Caltrans"), California Underground Facilities Safe Excavation Board ("Dig Safe Board"), California Department of Parks and Recreation ("State Parks") and California Department of Water Resources ("DWR") (collectively, the "California State Agencies") hereby file this limited objection and reservation of rights with respect to the *Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) to Extend the Exclusive Solicitation Period* (Docket No. 4825) (the "Motion") based on the following:

1. The Debtors represent in the Motion that they "are current on payment of their postpetition obligations[.]" *See* Motion at 15:5-6; Boken Declaration[1] at ¶ 8. However, the California State Agencies assert the Debtors owe them approximately $1.4 million in unpaid post-petition obligations as described in more detail below.

2. Counsel for the California State Agencies has contacted counsel for the Debtors regarding the unpaid post-petition obligations to several California State Agencies. Based on this communication, the Debtors are working with the various California State Agencies to confirm what post-petition amounts remain unpaid and pay any undisputed amounts.

3. The specific unpaid post-petition obligations owed to the California State Agencies are as follows:

    a. <u>Caltrans</u>: The Debtors owe Caltrans over $600,000 for past-due obligations that arose post-petition for certain permits, and the post-petition deficiency continues to increase monthly. Caltrans has been in communication with the Debtors' regarding these amounts. While the unpaid post-petition invoices had previously been sent to PG&E, at PG&E's request and in an attempt to resolve the matter consensually, Caltrans is in the process of providing additional copies of these invoices to the Debtors. Once all applicable invoices have been provided and verified by the Debtors, the Debtors expect to be in a more informed position to discuss payment for the undisputed amounts.

    b. <u>Dig Safe Board</u>: Dig Safe Board is a board within the California Department of Forestry and Fire Protection. Dig Safe Board is owed post-petition monthly regulatory fees under Government Code section 4216.16 in the amount of $584,659.13 that have

---

[1] Capitalized terms not otherwise defined shall have the same meaning as the Motion.

Case: 19-30088   Doc# 4976   Filed: 12/04/19   Entered: 12/04/19 14:38:51   Page 2 of 41

become due after January 29, 2019. The post-petition amounts owed to Dig Safe Board are set forth in Proof of Claim No. 79375 filed by Dig Safe Board on October 21, 2019. *See* Supplemental Statement to Proof of Claim No. 79375 at 2:26 – 3:24. For the Court's convenience, a copy of Proof of Claim No. 79375 is attached as Exhibit A to this limited objection. The Debtors and Dig Safe Board have made progress with respect to these amounts, and outstanding invoices for undisputed amounts due are expected to be submitted to the Debtor for payment by the end of this week.

          c.     <u>State Parks</u>: The Debtors owe State Parks (on behalf of the Office of Historic Preservation) more than $100,000 for past-due obligations some of which arose post-petition under a contract between the Utility and State Parks. An invoice was sent to the Utility in June 2019 that remains unpaid, and State Parks continues to incur costs under the contract with the Utility at a rate of approximately $17,000 per month. The Debtors have asked State Parks to clarify what unpaid amounts relate to the post-petition period so those amounts can be paid. State Parks is working to provide this information to the Debtors.

          d.     <u>DWR</u>: DWR is the lead agency in coordinating the California Cooperative Snow Surveys program ("CCSS"). As reflected in Proof of Claim No. 77978 filed by DWR on October 18, 2019, the Debtors owe approximately $38,000 for their share of the costs for the CCSS program for 2019. *See* Supplemental Statement to Proof of Claim No. 77978 at 3:4-7. For the Court's convenience, a copy of Proof of Claim No. 77978 is attached as Exhibit B to this limited objection. The Debtors have asked DWR to provide an invoice covering the post-petition period so the appropriate amounts can be paid.

    4.     Pending confirmation that all post-petition obligations owed by the Debtors to the California State Agencies are paid in full, the California State Agencies submit this limited objection to preserve their objection to the Debtors' statement that the Debtors are current on all post-petition obligations. There may be other post-petition obligations due and payable by the Debtors, and the California State Agencies reserve all rights.

    5.     Neither this objection nor any subsequent appearance, pleading, proof of claim, claim or suit is intended or shall be deemed or construed as:

a.     a consent by the California State Agencies to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving the California State Agencies;

b.     a waiver of any right of the California State Agencies to (i) have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a Bankruptcy Judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (ii) have final orders in non-core matters entered only after de novo review by a District Court Judge, (iii) trial by jury in any proceeding so triable in the Chapter 11 Cases or in any case, controversy, or proceeding related to the Chapter 11 Cases, (iv) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (v) any and all rights, claims, actions, defenses, setoffs, recoupments or remedies to which the California State Agencies are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved hereby; or

c.     a waiver of any objections or defenses that the State of California, the California State Agencies or any other agency, unit or entity of the State of California may have to this Court's jurisdiction over the State of California, the California State Agencies or such other agency, unit or entity based upon the Eleventh Amendment to the United States

///
///
///
///
///
///
///
///
///
///

1  Constitution or related principles of sovereign immunity or otherwise, all of which objections and

2  defenses are hereby reserved.

3  Dated: December 4, 2019                    Respectfully submitted,

4                                             XAVIER BECERRA
                                             Attorney General of California
5                                             MARGARITA PADILLA
                                             Supervising Deputy Attorney General
6
                                           By: /s/ Paul J. Pascuzzi
7                                             STEVEN H. FELDERSTEIN
                                             PAUL J. PASCUZZI
8                                             FELDERSTEIN FITZGERALD
                                             WILLOUGHBY PASCUZZI & RIOS LLP
9                                             Attorneys for California Department of Transportation,
                                             California Underground Facilities Safe Excavation
10                                            Board, California Department of Parks and Recreation
                                             and California Department of Water Resources
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

**United States Bankruptcy Court, Northern District of California**

| Fill in this information to identify the case (Select only one Debtor per claim form): |
|---|
| ☐ PG&E Corporation (19-30088) |
| ☒ Pacific Gas and Electric Company (19-30089) |

Official Form 410

# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.

---

**Part 1:   Identify the Claim**

**1. Who is the current creditor?**

California Underground Facilities Safe Excavation Board

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor   Dig Safe Board

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Jeffrey Brooks
Board Attorney
California Underground Facilities Safe
Excavation Board
2251 Harvard Street, 4th Floor
Sacramento, CA 95815

Contact phone   (916) 207-1222
Contact email   Jeffrey.Brooks@fire.ca.gov

Where should payments to the creditor be sent? (if different)

[ ] Date Stamped Copy Returned
[ ] No Self-Addressed Stamped Envelope
[✓] No Copy Provided

Contact phone   _____
Contact email   _____

**4. Does this claim amend one already filed?**

☒ No
☐ Yes.   Claim number on court claims registry (if known)_____   Filed on ____/____/____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing?   _____

---

193006880030900

**Part 2:**     **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| **6. Do you have any number you use to identify the debtor?** | ☒ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ _____ _____ _____ |

| | |
|---|---|
| **7. How much is the claim?** | $ _3,074.52_____    **Does this amount include interest or other charges?**<br>       ☒ No<br>       ☐ Yes. Attach statement itemizing interest, fees, expenses, or other<br>           charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| **8. What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br><br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br><br>Limit disclosing information that is entitled to privacy, such as health care information.<br><br>State fee for regulatory costs pursuant to Government Code section 4216.16; and Cal. Code Regs. title 19, section 4010.<br><br>_____ |

| | |
|---|---|
| **9. Is all or part of the claim secured?** | ☒ No<br>☐ Yes. The claim is secured by a lien on property.<br><br>      **Nature of property:**<br>      ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>      ☐ Motor vehicle<br>      ☐ Other. Describe: _____<br><br>      **Basis for perfection:** _____<br>      Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>      **Value of property:**             $_____<br><br>      **Amount of the claim that is secured:**    $_____<br><br>      **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>      **Amount necessary to cure any default as of the date of the petition:**    $_____<br><br>      **Annual Interest Rate** (when case was filed)_____%<br>      ☐ Fixed<br>      ☐ Variable |

| | |
|---|---|
| **10. Is this claim based on a lease?** | ☒ No<br>☐ Yes. Amount necessary to cure any default as of the date of the petition.    $_____ |

| | |
|---|---|
| **11. Is this claim subject to a right of setoff?** | ☒ No<br>☐ Yes. Identify the property: _____ |

Case: 19-30088    Doc# 4976    Filed: 12/04/19    Entered: 12/04/19 14:38:51    Page 8 of 41

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. Check one: | Amount entitled to priority |
| --- | --- | --- |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   10/17/2019   (mm/dd/yyyy)

*(signature)* Anthony Marino

Signature

Print the name of the person who is completing and signing this claim:

| Name | Anthony | | Marino |
| --- | --- | --- | --- |
| | First name | Middle name | Last name |
| Title | Executive Officer | | |
| Company | California Underground Facilities Safe Excavation Board | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 2251 Harvard Street, 4th Floor | | |
| | Number          Street | | |
| | Sacramento | CA | 95815 |
| | City | State | ZIP Code |
| Contact phone | (916) 767-3370 | Email | tony.marino@fire.ca.gov |

Case: 19-30088    Doc# 4976    Filed: 12/04/19    Entered: 12/04/19 14:38:51    Page 9 of 41

Case: 19-30088   Doc# 4976   Filed: 12/04/19   Entered: 12/04/19 14:38:51   Page 10 of 41

1  BRUCE CRANE
   Chief Counsel
2  JEFFREY BROOKS
   State Bar No. 222979
3  Department of Forestry and Fire Protection
   State of California
4  2251 Harvard Street, 4th Floor
   Sacramento, CA 95815
5  Telephone: (916) 207-1222
   Electronic Mail: jeffrey.brooks@fire.ca.gov
6

7

8                IN THE UNITED STATES BANKRUPTCY COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  | In re: | CASE NO. 19-30089 (DM) |
13  | **PACIFIC GAS AND ELECTRIC** | Chapter 11 |
14  | **COMPANY,** | |
15  | Debtor. | **CALIFORNIA UNDERGROUND FACILITIES SAFE EXCAVATION BOARD'S SUPPLEMENTAL STATEMENT IN CONNECTION WITH ITS PROOF OF CLAIM FOR UNPAID GOVERNMENTAL FEES** |
16  | | |
17  | | |
18  | | |
19  | | Hearing: |
    | | Time: |
20  | | Courtroom: |
    | | Judge:      Honorable Dennis Montali |

21

22       The California Underground Facilities Safe Excavation Board (Dig Safe Board), a Board

23  within the California Department of Forestry and Fire Protection (CAL FIRE), submits this

24  supplemental statement in connection with its Proof of Claim in the Chapter 11 bankruptcy

25  proceeding of Debtor Pacific Gas and Electric Company (PG&E). As indicated in the Proof of

26  Claim, the Dig Safe Board submits a claim for not less than $3,074.52 for fees due and payable to

27  the Dig Safe Board, with an express reservation to revise, amend, and/or supplement this claim at

28  a future date.  The Dig Safe Board's claim is supported by an invoice generated by a regional call

                                        1

1  center responsible for dispatching utilities to locate and mark underground utility facilities before

2  excavation that may impact those underground facilities. The invoice is in the attachments to this

3  supplemental statement at Exhibit 1.

### THE DIG SAFE BOARD'S RIGHT TO RECOVERY OF FEES

5  The Dig Safe Board was created under the Office of the State Fire Marshal within CAL

6  FIRE. (Cal. Gov. Code § 4216.12(a).) The Dig Safe Board is charged with coordinating education

7  and outreach activities relating to safe excavation practices, developing safe excavation standards,

8  and enforcing "dig safe" laws set forth in Government Code sections 4216 through 4216.24.

9  (Gov. Code § 4216.12(b).)

10  Every operator of an underground utility facility in California must become a member of,

11  and contribute to the cost of operating, a regional notification center. (Gov. Code § 4216.1.)

12  There are two notification centers in California, Underground Service Alert of Northern

13  California & Nevada and Underground Service Alert.

14  Each notification center collects fees from its members, and the Dig Safe Board's operating

15  expenses are paid by a portion of those fees pursuant to Government Code section 4216.16. Those

16  fees comprise a substantial part of the Dig Safe Board's budget.

17  The fees which are the subject of this claim were imposed by the Dig Safe Board on PG&E

18  and total $3,074.52. The fees were billed to PG&E on one invoice dated January 22, 2019. That

19  invoice was submitted by Underground Service Alert of Northern California & Nevada and is

20  attached as Exhibit 1.

### THE DIG SAFE BOARD'S COSTS

22  In providing services related to the regulation of excavation that may impact underground

23  utility facilities, the Dig Safe Board has reasonably imposed fees in the amount of $3,074.52

24  before January 29, 2019. These fees are recoverable under Government Code section 4216.16 and

25  are detailed in the attachments at Exhibit 1.

26  PG&E has not paid additional fees in the amount of $584,659.13 that have become due

27  after January 29, 2019. Those fees are detailed in the attachments as Exhibit 2, and are itemized

28  as follows:

2

| | | | |
|---|---|---|---|
| 1 | Underground Service Alert of Northern California & Nevada submitted two invoices in | | |
| 2 | these amounts: | | |
| 3 | Invoice No. 1708962019DIG | $ | 1,892.59 |
| 4 | Invoice No. 1588692019DIG | $ | 577,996.94 |
| 5 | *Subtotal:* | $ | *579,889.53* |
| 6 | | | |
| 7 | Underground Service Alert submitted eight invoices in these amounts: | | |
| 8 | Invoice No. 18dsbfee384 | $ | 596.20 |
| 9 | Invoice No. 18dsbfee991 | $ | 596.20 |
| 10 | Invoice No. 18dsbfee1605 | $ | 596.20 |
| 11 | Invoice No. 18dsbfee2214 | $ | 596.20 |
| 12 | Invoice No. 18dsbfee2823 | $ | 596.20 |
| 13 | Invoice No. 18dsbfee3432 | $ | 596.20 |
| 14 | Invoice No. 18dsbfee4041 | $ | 596.20 |
| 15 | Invoice No. 18dsbfee4650 | $ | 596.20 |
| 16 | *Subtotal:* | $ | *4,769.60* |
| 17 | | | |

18  The Dig Safe Board expects that PG&E will continue to owe additional fees that will

19  accrue pursuant to Government Code section 4216.16. These costs are recoverable as

20  administrative priority expense claims. *In re Munce's Superior Petro. Prod., Inc.*, 736 F.3d 567,

21  571-573 (1st Cir. 2013) (a contempt fine imposed for violating a court order compelling the

22  debtor to comply with state environmental law deemed an actual, necessary cost and expense of

23  preserving the estate, thus entitling the creditor to administrative expense priority); *Cumberland*

24  *Farms, Inc. v. Florida Dep't. of Envtl. Prot.*, 116 F.3d 16, 20-21 (1st Cir. 1997). The Dig Safe

25  Board expressly reserves its right to revise, amend, and/or supplement this claim.

26  **CONCLUSION**

27  The Dig Safe Board makes this claim for itself and no other agency, unit, or entity of the

28  State of California. Any waiver of sovereign immunity under the law resulting from the filing of

3

1   this claim is by The Dig Safe Board, and no other agency, unit, or entity of the State of California,

2   and is strictly limited to this claim.  Neither this supplemental statement nor any subsequent

3   appearance, pleading, proof of claim, claim, or suit is intended to or shall be deemed or construed

4   as:

5       (a)    a consent by the Dig Safe Board to the jurisdiction of this Court or any other court

6   with respect to proceedings, if any, commenced in any case against or otherwise involving the

7   Dig Safe Board;

8       (b)    a waiver of any right of the Dig Safe Board to (i) have an Article III judge adjudicate

9   in the first instance any case, proceeding, matter, or controversy as to which a Bankruptcy Judge

10  may not enter a final order or judgement consistent with Article III of the United States

11  Constitution, (ii) have final orders in non-core matters entered only after *de novo* review by a

12  District Court Judge, (iii) trial by jury in any proceeding so triable in the Chapter 11 Cases or in

13  any case, controversy, or proceeding related to the Chapter 11 Cases, (iv) have the United States

14  District Court withdraw the reference in any matter subject to mandatory or discretionary

15  withdrawal, or (v) any and all rights, claims, actions, defenses, setoffs, recoupments, or remedies

16  to which the Dig Safe Board is or may be entitled under agreements, in law or in equity, all of

17  which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby; or

18      (c)    a waiver of any objections or defenses that the Dig Safe Board may have to this

19  Court's jurisdiction over the Dig Safe Board based upon the Eleventh Amendment to the United

20  States Constitution or related principles of sovereign immunity or otherwise, all of which

21  objections and defenses are hereby reserved.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

4

1    All correspondence and pleadings pertaining to this Proof of Claim and any amendments or

2    supplements to it should be directed to the undersigned.

3

     Dated:  October 17, 2019                          Respectfully submitted,

4

5

6

7    JEFFREY BROOKS
     Attorney for
8    California Underground Facilities Safe
     Excavation Board

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

Exhibit 1



Underground Service Alert of
Northern California & Nevada
4005 Port Chicago Hwy,
Ste. 100 Concord, CA
94520-1122

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 1/22/2019 | 1708962019 |

**BILL TO**

STANDARD PACIFIC GAS
ATTN: JACQUE ALLISON (CUBE #
5028C)
1850 GATEWAY BLVD., 5TH FLOOR
CONCORD, CA 94520

| Customer Number |
|-----------------|
| 170896 |

| Service Period |
|----------------|
| ANNUAL |

| P.O. NO. |
|----------|
| |

| DUE DATE |
|----------|
| Net 30 days |

Ticket Types:
NEW – New ticket – billable
EXTN – Extension – billable
RNEW – Renewal – billable
FLUP – Follow Up – non-billable
CNCL – Cancel - non-billable

| TICKET TYPES | DESCRIPTION | QTY | AMOUNT |
|--------------|-------------|-----|--------|
| TICKET | Unique Billable Total | 3,294 | 0.00 |
| CALIF | 2019 Membership fee $150 plus unique 2018 billable ticket fee | 1 | 3,074.52 |

REMIT PAYMENT TO:
**Underground Service Alert of**
**Northern California and Nevada**
4005 Port Chicago Highway, Suite 100
Concord, CA 94520
Tax ID# 94-3022852
Questions? Contact Bethany @ 925 483-9870 or
bethany.dillon@usanorth811.org

| Total | $3,074.52 |
|-------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$3,074.52** |

Exhibit 2

# Invoice

### State of California
**California Underground Facilities Safe Excavation Board**
**(DIG SAFE BOARD)**

Remit to: Dig Safe Board
C/O Underground Service Alert
4005 Port Chicago Hwy, Ste 100
Concord, CA 94520-1122

| Date | Invoice # |
|------|-----------|
| 2/13/2019 | 1588692019DIG |

**P.O. No.**

**Bill To**

PACIFIC GAS & ELECTRIC
ATTN: JACQUE ALLISON (CUBE # 5028C)
1850 GATEWAY BLVD, 5TH FLOOR
CONCORD, CA 94520

**Customer Number**

158869

**Terms**

NET 30

| Description | No. of Tickets | Amount |
|-------------|----------------|--------|
| California State Fee for Regulatory Costs* | 1,005,987 | 577,996.94 |

*Pursuant to Government Code Section 4216.16 and implementing regulations under Division 4 of Title 19 of the California Code of Regulations. Each member of a regional notification center is required to pay a fee for regulatory costs to the California Underground Facilities Safe Excavation Board ("Dig Safe Board").

| **Total** | $577,996.94 |
|-----------|-------------|

There will be a 5% late fee for payments not received within 30 days.

Please make your check payable to:

**Underground Service Alert of Northern California & Nevada for the benefit of the Dig Safe Board**

Dig Safe Board annual budget = $7,000,000
CA tickets for 2018 = 12,183,298

## Invoice

**State of California**
**California Underground Facilities Safe Excavation Board**
**(DIG SAFE BOARD)**

Remit to: Dig Safe Board
C/O Underground Service Alert
4005 Port Chicago Hwy, Ste 100
Concord, CA 94520-1122

| Date | Invoice # |
|------|-----------|
| 2/13/2019 | 1708962019DIG |

**P.O. No.**

**Bill To**

STANDARD PACIFIC GAS
ATTN: LARISSA HICKS (CUBE # 5028C)
1850 GATEWAY BLVD., 5TH FLOOR
CONCORD, CA 94520

**Customer Number**

170896

**Terms**

NET 30

| Description | No. of Tickets | Amount |
|-------------|----------------|--------|
| California State Fee for Regulatory Costs* | 3,294 | 1,892.59 |

> *Pursuant to Government Code
> Section 4216.16 and
> implementing regulations under
> Division 4 of Title 19 of the
> California Code of Regulations.
> Each member of a regional
> notification center is required to
> pay a fee for regulatory costs to
> the California Underground
> Facilities Safe Excavation Board
> ("Dig Safe Board").

| **Total** | $1,892.59 |
|-----------|-----------|

There will be a 5% late fee for payments not
received within 30 days.

**Please make your check payable to:**

**Underground Service Alert of Northern
California & Nevada for the benefit of the
Dig Safe Board**

Dig Safe Board annual budget = $7,000,000
CA tickets for 2018 = 12,183,298

# Dig Safe Board

916-568-3800

2/1/2019

Invoice #    18dsbfee384

Pacific Gas & Electric Co
PO Box 7760
San Francisco, CA 94120-7760
Ven #1011163

PGE01

| Description | Total Fees for 2018 | Monthly |
|---|---|---|
| California State Fee for Regulatory Costs* | 7,154.38 | 596.20 |

*Pursuant to Government Code Section 4216.16 and implementing regulations under Division 4 of Title 19 of the California Code of Regulations, each member of a regional notification center is required to pay a fee for regulatory costs to the California Underground Facilities Safe Excavation Board ("Dig Safe Board").

Frequently Asked Questions about the Dig Safe Board Fee Regulations can be found at https://digsafe.fire.ca.gov/media/1947/dig-safe-board-fee-faqs.pdf

*Monthly Total Due*    $596.20

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Detach remittance and return with your check made payable to   **Underground Service Alert of Southern California**

REMITTANCE

Member Code: PGE01

Invoice #  18dsbfee384

Date:

Amount Due:    $596.20

Amount Enclosed:

Dig Safe Board
c/o Underground Service Alert/SC
PO Box 77070
Corona, CA 92877-0102

# Dig Safe Board

916-568-3800

3/1/2019

Invoice #     18dsbfee991

Pacific Gas & Electric Co                    PGE01
PO Box 7760
San Francisco, CA 94120-7760
Ven #1011163

| Description | Total Fees for 2018 | Monthly |
|---|---|---|
| California State Fee for Regulatory Costs* | 7,154.38 | 596.20 |
| *Pursuant to Government Code Section 4216.16 and implementing regulations under Division 4 of Title 19 of the California Code of Regulations, each member of a regional notification center is required to pay a fee for regulatory costs to the California Underground Facilities Safe Excavation Board ("Dig Safe Board"). | | |
| Frequently Asked Questions about the Dig Safe Board Fee Regulations can be found at https://digsafe.fire.ca.gov/media/1947/dig-safe-board-fee-faqs.pdf | | |
| *Monthly Total Due* | | $596.20 |

Detach remittance and return with your check made payable to  **Underground Service Alert of Southern California**

REMITTANCE

Member Code: PGE01

Invoice #  18dsbfee991

Date:

Amount Due:      $596.20

Amount Enclosed:

Dig Safe Board
c/o Underground Service Alert/SC
PO Box 77070
Corona, CA 92877-0102

# Dig Safe Board

916-568-3800

4/1/2019

Invoice #    18dsbfee1605

Pacific Gas & Electric Co          PGE01
PO Box 7760
San Francisco, CA 94120-7760
Ven #1011163

| Description | Billable Tickets** | 2018 Total Fees | Monthly |
|---|---|---|---|
| California State Fee for Regulatory Costs*<br>Dig Safe Board Operational Expenses - $7,000,000<br>Total 2018 Statewide Billable Tickets - 12,183,298 | 12,452 | 7,154.38 | 596.20 |

*Monthly Total Due*          $596.20

** Total 2018 Billable Tickets: New, Re-Marks and Updates**

*Pursuant to Government Code Section 4216.16 and implementing regulations under Division 4 of Title 19 of the California Code of Regulations, each member of a regional notification center is required to pay a fee for regulatory costs to the California Underground Facilities Safe Excavation Board ("Dig Safe Board").

Frequently Asked Questions about the Dig Safe Board Fee Regulations can be found at https://digsafe.fire.ca.gov/media/1947/dig-safe-board-fee-faqs.pdf

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Detach remittance and return with your check made payable to   Underground Service Alert of Southern California

REMITTANCE

Member Code: PGE01

Invoice #  18dsbfee1605

Date Due:  **5/16/2019**

Amount Due:    $596.20

Amount Enclosed:

Dig Safe Board
c/o Underground Service Alert/SC
PO Box 77070
Corona, CA 92877-0102

# Dig Safe Board

916-568-3800

5/1/2019

Invoice #    18dsbfee2214

Pacific Gas & Electric Co                           PGE01
PO Box 7760
San Francisco, CA 94120-7760
Ven #1011163

| Description | Billable Tickets** | 2018 Total Fees | Monthly |
|---|---|---|---|
| California State Fee for Regulatory Costs*<br>Dig Safe Board Operational Expenses - $7,000,000<br>Total 2018 Statewide Billable Tickets - 12,183,298 | 12,452 | 7,154.38 | 596.20 |

*Monthly Total Due*                    $596.20

**  Total 2018 Billable Tickets: New, Re-Marks and Updates**

*Pursuant to Government Code Section 4216.16 and implementing regulations under Division 4 of Title 19 of the California Code of Regulations, each member of a regional notification center is required to pay a fee for regulatory costs to the California Underground Facilities Safe Excavation Board ("Dig Safe Board").

Frequently Asked Questions about the Dig Safe Board Fee Regulations can be found at https://digsafe.fire.ca.gov/media/1947/dig-safe-board-fee-faqs.pdf

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Detach remittance and return with your check made payable to   Underground Service Alert of Southern California

REMITTANCE                                Member Code: PGE01

                                          Invoice #  18dsbfee2214

                                          Date Due:  **6/15/2019**

                                          Amount Due:    $596.20

                                          Amount Enclosed:

Dig Safe Board
c/o Underground Service Alert/SC
PO Box 77070
Corona, CA 92877-0102

# Dig Safe Board

916-568-3800

6/1/2019

Invoice #    18dsbfee2823

Pacific Gas & Electric Co                           PGE01
PO Box 7760
San Francisco, CA 94120-7760
Ven #1011163

| Description | Billable Tickets** | 2018 Total Fees | Monthly |
|---|---|---|---|
| California State Fee for Regulatory Costs*<br>Dig Safe Board Operational Expenses - $7,000,000<br>Total 2018 Statewide Billable Tickets - 12,183,298 | 12,452 | 7,154.38 | 596.20 |

*Monthly Total Due*                                  $596.20

** Total 2018 Billable Tickets: New, Re-Marks and Updates**

*Pursuant to Government Code Section 4216.16 and implementing regulations
under Division 4 of Title 19 of the California Code of Regulations, each member of
a regional notification center is required to pay a fee for regulatory costs to the
California Underground Facilities Safe Excavation Board ("Dig Safe Board").

Frequently Asked Questions about the Dig Safe Board Fee Regulations can be found at
https://digsafe.fire.ca.gov/media/1947/dig-safe-board-fee-faqs.pdf

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Detach remittance and return with your check made payable to   Underground Service Alert of Southern California

REMITTANCE                                  Member Code: PGE01

                                            Invoice #  18dsbfee2823

                                            Date Due:  **7/16/2019**

                                            Amount Due:    $596.20

                                            Amount Enclosed:

Dig Safe Board
c/o Underground Service Alert/SC
PO Box 77070
Corona, CA 92877-0102

# Dig Safe Board

916-568-3800

8/1/2019

Invoice #    18dsbfee4041

Pacific Gas & Electric Co                                    PGE01
PO Box 7760
San Francisco, CA 94120-7760
Ven #1011163

| Description | Billable Tickets** | 2018 Total Fees | Monthly |
|---|---|---|---|
| California State Fee for Regulatory Costs*<br>Dig Safe Board Operational Expenses - $7,000,000<br>Total 2018 Statewide Billable Tickets - 12,183,298 | 12,452 | 7,154.38 | 596.20 |

*Monthly Total Due*          **$596.20**

**\*\* Total 2018 Billable Tickets: New, Re-Marks and Updates\*\***

*Pursuant to Government Code Section 4216.16 and implementing regulations
under Division 4 of Title 19 of the California Code of Regulations, each member of
a regional notification center is required to pay a fee for regulatory costs to the
California Underground Facilities Safe Excavation Board ("Dig Safe Board").

Frequently Asked Questions about the Dig Safe Board Fee Regulations can be found at
https://digsafe.fire.ca.gov/media/1947/dig-safe-board-fee-faqs.pdf

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Detach remittance and return with your check made payable to   Underground Service Alert of Southern California

REMITTANCE                                        Member Code: PGE01

                                                  Invoice #  18dsbfee4041

                                                  Date Due:  **9/15/2019**

                                                  Amount Due:    $596.20

                                                  Amount Enclosed:

Dig Safe Board
c/o Underground Service Alert/SC
PO Box 77070
Corona, CA 92877-0102

# Dig Safe Board

916-568-3800

7/1/2019

Invoice #    18dsbfee3432

Pacific Gas & Electric Co                                    PGE01
PO Box 7760
San Francisco, CA 94120-7760
Ven #1011163

| Description | Billable Tickets** | 2018 Total Fees | Monthly |
|---|---|---|---|
| California State Fee for Regulatory Costs*<br>Dig Safe Board Operational Expenses - $7,000,000<br>Total 2018 Statewide Billable Tickets - 12,183,298 | 12,452 | 7,154.38 | 596.20 |

*Monthly Total Due*                   $596.20

** Total 2018 Billable Tickets: New, Re-Marks and Updates**

*Pursuant to Government Code Section 4216.16 and implementing regulations under Division 4 of Title 19 of the California Code of Regulations, each member of a regional notification center is required to pay a fee for regulatory costs to the California Underground Facilities Safe Excavation Board ("Dig Safe Board").

Frequently Asked Questions about the Dig Safe Board Fee Regulations can be found at https://digsafe.fire.ca.gov/media/1947/dig-safe-board-fee-faqs.pdf

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Detach remittance and return with your check made payable to   Underground Service Alert of Southern California

REMITTANCE                                     Member Code: PGE01

                                               Invoice #  18dsbfee3432

                                               Date Due: **8/15/2019**

                                               Amount Due:    $596.20

                                               Amount Enclosed:

Dig Safe Board
c/o Underground Service Alert/SC
PO Box 77070
Corona, CA 92877-0102

# Dig Safe Board

916-568-3800

9/1/2019

Invoice #    18dsbfe4650

Pacific Gas & Electric Co                                      PGE01
PO Box 7760
San Francisco, CA 94120-7760
Ven #1011163                         2700234932

| Description | Billable Tickets** | 2018 Total Fees | Monthly |
|---|---|---|---|
| California State Fee for Regulatory Costs*<br>Dig Safe Board Operational Expenses - $7,000,000<br>Total 2018 Statewide Billable Tickets - 12,183,298 | 12,452 | 7,154.38 | 596.20 |

*Monthly Total Due*          **$596.20**

**\*\* Total 2018 Billable Tickets: New, Re-Marks and Updates\*\***

*Pursuant to Government Code Section 4216.16 and implementing regulations under Division 4 of Title 19 of the California Code of Regulations, each member of a regional notification center is required to pay a fee for regulatory costs to the California Underground Facilities Safe Excavation Board ("Dig Safe Board").

Frequently Asked Questions about the Dig Safe Board Fee Regulations can be found at
https://digsafe.fire.ca.gov/media/1947/dig-safe-board-fee-faqs.pdf

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Detach remittance and return with your check made payable to   Underground Service Alert of Southern California

REMITTANCE                                    Member Code: PGE01

                                              Invoice #  18dsbfe4650

                                              Date Due: **10/16/2019**

                                              Amount Due:    $596.20

                                              Amount Enclosed:

Dig Safe Board
c/o Underground Service Alert/SC
PO Box 77070
Corona, CA 92877-0102

38

**FedEx** Express   Billable Stamp   Use only for shipments within the U.S. Saturday delivery not available.

**FedEx Standard Overnight***

Next business afternoon by 3 p.m. Not available to all locations. Weekday delivery only. Please consult the current FedEx Service Guide for specific commitments.

**NONREDEEMABLE**
Please see back for declared value information and important terms and conditions.

**1 From**  See onboard release signature below.

ORDER: 00848270
PRIME CLERK LLC
MARYSVILLE, CA
DECLARED VALUE $100
PACKAGE WEIGHT
(212) 257-4169

**2 To**  Shipment will not be accepted if address below is altered.

PG&E CLAIMS PROCESSING
PRIME CLERK LLC
850 3RD AVE STE 412
BROOKLYN, NY 11232
(212) 257-4169

RECEIVED

OCT 23 2019

PRIME CLERK LLC

**FedEx**
TRK# 8148 0459 3875
8662

WED – 23 OCT AA
STANDARD OVERNIGHT

# XA FBTA

11232
NY-US
EWR

FIN  49  220CT19 NYVA  56AC3/2A3C/85A2

# EXHIBIT B

**United States Bankruptcy Court, Northern District of California**

| Fill in this information to identify the case (Select only one Debtor per claim form): |
|---|
| ☐ PG&E Corporation (19-30088) |
| ☒ Pacific Gas and Electric Company (19-30089) |

☑ Date Stamped Copy Returned
☐ No Self-Addressed Stamped Envelope
☐ No Copy Provided

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

Unless an exception in the Bar Date Order applies to you, you should not use this form to submit a claim that arises out of or relates to the fires that occurred in Northern California prior to January 29, 2019.

| Part 1: | Identify the Claim |
|---|---|

| | | |
|---|---|---|
| 1. | Who is the current creditor? | California Department of Water Resources |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |

| | | |
|---|---|---|
| 2. | Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? _____ |

| | | | |
|---|---|---|---|
| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Danette E. Valdez<br>Supervising Deputy Attorney General<br>455 Golden Gate Avenue<br>San Francisco, CA 94102<br>(415) 510-3540<br>danette.valdez@doj.ca.gov<br><br>Katharine S. Killeen<br>Assistant Chief Counsel<br>1416 9th Street<br>Sacramento, CA 95814<br>(916) 653-5791<br>katharine.killeen@water.ca.gov | **Where should payments to the creditor be sent? (if different)**<br><br>Danette E. Valdez<br>Supervising Deputy Attorney General<br>455 Golden Gate Avenue<br>San Francisco, CA 94102<br>(415) 510-3540<br><br>Katharine S. Killeen<br>Assistant Chief Counsel<br>1416 9th Street<br>Sacramento, CA 95814<br>(916) 653-5791 |
| | | Contact phone  See above<br>Contact email  See above | Contact phone  See above<br>Contact email  See above |

| | | |
|---|---|---|
| 4. | Does this claim amend one already filed? | ☒ No<br>☐ Yes.  Claim number on court claims registry (if known)_____  Filed on ___/___/___ <br> MM / DD / YYYY |

| | | |
|---|---|---|
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |

Claim Number: 77978

Case: 19-30088    Doc# 4976    Filed: 12/04/19    Entered: 12/04/19 14:38:51    Page 30 of 41

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☐ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?** $ See Supplemental Statement . **Does this amount include interest or other charges?**

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

### See Supplemental Statement re: California Cooperative Snow Survey Program

**9. Is all or part of the claim secured?**

☐ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____

**Amount of the claim that is secured:** $ _____

**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____ %

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

Official Form 410 | **Proof of Claim** | page 2

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)( ) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:  Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  10/15/2019 (mm/dd/yyyy)

Signature

**Print the name of the person who is completing and signing this claim:**

| | |
|---|---|
| Name | Ramesh Gautam, PhD, PE |
| | First name          Middle name          Last name |
| Title | Chief, California Cooperative Snow Surveys Program/Hydrology Branch/DFM |
| Company | California Department of Water Resources |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | P.O. Box 942836 |
| | Number          Street |
| | Sacramento          CA          94236-0001 |
| | City          State          ZIP Code |
| Contact phone | (916) 574-2638          Email  ramesh.gautam@water.ca.gov |

Case: 19-30088    Doc# 4976    Filed: 12/04/19    Entered: 12/04/19 14:38:51    Page 32 of 41

1  XAVIER BECERRA, SBN 118517
   Attorney General of California
2  MARGARITA PADILLA, SBN 99966
   ANNADEL A. ALMENDRAS, SBN 192064
3  DANETTE E. VALDEZ, SBN 141780
   Supervising Deputy Attorneys General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
5   Telephone: (415) 510-3540
    Email: Danette.Valdez@doj.ca.gov
6  *Attorneys for the California Department of Water*
   *Resources*
7

8

9              IN THE UNITED STATES BANKRUPTCY COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13                                          Case No. 19 30089 (DM)
   **In re:**
14                                          **Chapter 11**
   **PACIFIC GAS AND ELECTRIC COMPANY,**
15                                          **SUPPLEMENTAL STATEMENT**
                                Debtor.     **OF THE CALIFORNIA**
16                                          **DEPARTMENT OF WATER**
                                            **RESOURCES IN SUPPORT OF**
17                                          **PROOF OF CLAIMS RE**
                                            **CALIFORNIA COOPERATIVE**
18                                          **SNOW SURVEYS**

19

20

21

22

23

24

25

26

27

28

                                    1

1    The Department of Water Resources (DWR) submits this supplemental statement in

2  support of DWR's protective Proof of Claim relating to PG&E's share of the costs associated

3  with the California Cooperative Snow Surveys (CCSS) program.

4                                    **BACKGROUND**

5     Established in 1956 by the California State Legislature, DWR protects, conserves,

6  develops, and manages much of California's water supply. This includes the State Water Project

7  (SWP), the nation's largest state-built water conveyance program.

8     The SWP supplies water to an almost 27 million Californians and 750,000 acres of

9  farmland. It spans more than 700 miles from Northern California to Southern California and

10  includes 34 storage facilities, 20 pumping plants, 5 hydroelectric power plants, 4 pumping-

11  generating plants, and approximately 700 miles of canals, tunnels, and pipelines. In addition to

12  supplying high-quality water for California's cities, industries, and farms, the SWP also provides

13  flood control, hydroelectric power generation, recreational opportunities, and ecosystem

14  enhancements to protect fish and wildlife habitat.

15     DWR is also the lead agency in coordinating the California Cooperative Snow Surveys

16  (CCSS) program. Established in 1929 by the California Legislature, the CCSS program is a

17  partnership of more than 50 state, federal, and private agencies. Section 228 of California Water

18  Code provides that DWR shall gather and correlate information and data pertinent to an annual

19  forecast of seasonal water crop, including the making of snow surveys, either independently or in

20  cooperation of any person, or any county, State, Federal, or other agency.

21     The cooperating agencies share a pool of expert staff and in funding the program, which

22  collects, analyzes and disseminates snow data from more than 265 snow courses and 130 snow

23  sensors located throughout the Sierra Nevada and Shasta-Trinity mountains. Testing the snow

24  levels will determine the amount of water available for the year to generate power.

25     DWR's role in coordinating the CCSS includes:

26     •   Maintaining snow surveying and sampling equipment

27     •   Training for our partner agencies

28     •   Course measurement schedules and data collection

2

1    • Fiscal and staff resource needs for the various partners within the program.

2    Over the years, there has been a cooperative arrangement between DWR and PG&E where

3    DWR provides PG&E with an invoice for its share of the costs for the CCSS program, and PG&E

4    pays the invoice. However, PG&E has not paid the following invoices:

5    | Year | Amount |
     |------|--------|
6    | 2018 | $28,215 |
7    | 2019 | $37,994 |

8    DWR submits this claim to protect its interests against PG&E. DWR reserves the right to

9    revise, amend, and/or supplement it at a future date in the event additional information becomes

10   available or is necessary to support this claim.[1]

11                                   **LIABILITY**

12   Permits, orders, licenses, deed restrictions, and conservation easements are not executory

13   contracts because they are more than mere contracts and have the force of law separate and apart

14   from contract law. *FDIC v. Frates*, 44 F. Supp. 2d 1176, 1200-1201 (N.D. Okla. 1999); *U.S. v.*

15   *Amer. Nat'l Can Co.*, 126 F. Supp. 2d 521, 531 (N.D. Ill. 2000). The amount that PG&E owes

16   DWR is akin to a regulatory order assessing PG&E for its share of the regulatory costs associated

17   with testing the snow levels.

18   In addition, even if the cooperative agreement between DWR and PG&E is deemed an

19   executory contract that PG&E wishes to reject, PG&E must meet a heightened standard and

20   demonstrate that rejection of such a contract is in the public interest. Where, as here, the

21   bankruptcy policies collide with other regulatory schemes, the simple business judgment does not

22   apply. *In re Mirant Corp.*, 378 F.3d 511, 525 (5th Cir. 2004); *see generally In re Pilgrim's Pride*

23   *Corp.*, 403 B.R. 413, 421-422 (Bankr. N.D. Tex. 2009). Rejection of obligations that are part of a

24   regulatory scheme is clearly not in the public interest.

25                              **RESERVATION OF RIGHTS**

26   DWR makes this claim for itself and no other agency, unit, or entity of the State of

27   _____

28   [1] Documents and other information supporting this Proof of Claim are available upon
     request to the undersigned.

3

California. Any waiver of sovereign immunity under the law resulting from the filing of the separate Proof of Claim or this Supplemental Statement is by DWR, and no other agency, unit, or entity of the State of California, and is strictly limited to this claim.

Neither this Proof of Claim and Supplemental Statement, nor any subsequent appearance, pleading, proof of claim, claim, or suit is intended to or shall be deemed or construed as:

(a) consent by DWR to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving DWR or other agency of the State of California;

(b) a waiver of any right of DWR to (i) have an Article III Judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a Bankruptcy Judge may not enter a final order or judgement consistent with Article III of the United States Constitution, (ii) have final orders in non-core matters entered only after de novo review by a District Court Judge, (iii) trial by jury in any proceeding so triable in the Chapter 11 Cases or in any case, controversy, or proceeding related to the Chapter 11 Cases, (iv) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (v) any and all rights, claims, actions, defenses, setoffs, recoupments, or remedies to which the State Water Board is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby; or

(c) a waiver of any objections or defenses that DWR, the State of California, or any other agency, unit, or entity of the State of California may have to this Court's jurisdiction over DWR, the State of California, or such other agency, unit, or entity based upon the Eleventh Amendment to the United States Constitution or related principles of sovereign immunity or otherwise, all of which objections and defenses are hereby reserved.

///

///

///

///

///

4

1       All correspondence and pleadings pertaining to DWR's Proof of Claim and/or this

2   Supplemental Statement in support of the Proof of Claim, and any amendments or supplements,

3   should be directed to the undersigned.

4

5   Dated: October 15, 2019             Respectfully submitted,

6                             XAVIER BECERRA
                               Attorney General of California

7                             ANNADEL A. ALMENDRAS
                             Supervising Deputy Attorney General

8

9                        *Danette E. Valdez*

10                       DANETTE E. VALDEZ
                             Supervising Deputy Attorney General

11                             *Attorneys for California*
                             *Department of Water Resources*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

**XAVIER BECERRA**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 510-4400
Telephone: (415) 510-3367
Facsimile: (415) 703-5480
E-Mail: Annadel.Almendras@doj.ca.gov

October 15, 2019

**Via Overnight Delivery**

PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
850 Third Avenue, Suite 412
Brooklyn, NY 11232

RE:     Proof of Claim – *In re Pacific Gas and Electric Company* (Chapter 11)
          United States Bankruptcy Court, Northern District of California, Case No. 19-30089 (DM)

Dear Prime Clerk:

     Enclosed please find an original and one copy of a Proof of Claim and supporting Supplemental Statement to be filed in the Pacific Gas and Electric Company bankruptcy matter. Also enclosed is a self-addressed stamped envelope.

     Please return a conformed filed-endorsed copy of the Proof of Claim and Supplemental Statement in the self-addressed stamped envelope. If you have any questions or require additional information, please contact me at (415) 510-3367.

Sincerely,

ANNADEL A. ALMENDRAS
Supervising Deputy Attorney General

For     XAVIER BECERRA
          Attorney General

AAA:ps



RECEIVED

OCT 1 7 2019

PRIME CLERK LLC

Proof of Claim-
*In re Pacific Gas and Electric Company* (Chapter 11)
United States Bankruptcy Court,
Northern District of California
Case No. 19-30089 (DM)

RECEIVED

OCT 18 2019

PRIME CLERK LLC

RECEIVED

OCT 1 7 2019

PRIME CLERK LLC

**FedEx** Express

Package
US Airbill

FedEx Tracking Number **8142 2742 8243**

Form 0200

**1 From**

Date

Sender's Name _____ Phone _____

Company _____

Address _____

City _____ State _____ ZIP _____

**2 Your Internal Billing Reference**

**3 To**

Recipient's Name _____ Phone _____

Company _____

Address _____

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address _____

Use this line for the HOLD location address or for continuation of your shipping statement.

City _____ State _____ ZIP _____

**4 Express Package Service**

*To most locations*

Packages up to 150 lbs.
For packages over 150 lbs., use the FedEx Express Freight US Airbill.

**Next Business Day**

☐ FedEx First Overnight

☐ FedEx Priority Overnight

☐ FedEx Standard Overnight

**2 or 3 Business Days**

☐ FedEx 2Day A.M.

☐ FedEx 2Day

☐ FedEx Express Saver

**5 Packaging** *Declared value limit $100*

☐ FedEx Envelope    ☐ FedEx Pak    ☐ FedEx    ☐ Other

**6 Special Handling and Delivery Signature Options**

☐ Saturday Delivery

☐ No Signature Required    ☐ Direct Signature    ☐ Indirect Signature

**Does this shipment contain dangerous goods?**

☐ No    ☐ Yes    ☐ Yes    ☐ Dry Ice

☐ Cargo Aircraft Only

**7 Payment** *Bill to:*

☐ Sender    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check

Total Packages    Total Weight

644

RECEIVED
OCT 18 2019
PRIME CLERK LLC

8142 2742 8243

fedex.com 1.800.GoFedEx 1.800.463.3339

1

**PROOF OF SERVICE**

2      I, Sabrina M. Cisneros, declare:

3      I am a resident of the State of California and over the age of eighteen years, and not a

4  party to the within action; my business address is 500 Capitol Mall, Suite 2250, Sacramento, CA

5  95814.  On December 4, 2019, I served the within documents:

6      **LIMITED OBJECTION OF THE CALIFORNIA STATE AGENCIES TO**
       **MOTION OF DEBTORS PURSUANT TO 11 U.S.C. § 1121(d) TO EXTEND**
7      **THE EXCLUSIVE SOLICITATION PERIOD [DOCKET NO. 4825]**

8  By Electronic Service only via CM/ECF.

9

10                    */s/ Sabrina M. Cisneros*
                     Sabrina M. Cisneros

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28