**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| Debtors. | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On December 2, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Rate Increase of Munger, Tolles & Olson LLP as Attorneys to the Debtors and Debtors in Possession for Certain Matters [Docket No. 4922]

3. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 4th day of December 2019, at New York, NY.

                                     _____
                                     Sonia Akter

# **Exhibit A**

# Exhibit A

Notice Parties Service List
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| PG&E Corporation | c/o Pacific Gas & Electric Company | Attn: Janet Loduca | 77 Beale Street | San Francisco | CA | 94105 |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | 767 Fifth Avenue | | New York | NY | 10153 |
| The Office of the United States Trustee for Region 17 | Attn: Andrew Vara, Timothy Laffredi | 450 Golden Gate Avenue, 5th Floor | Suite #05-0153 | San Francisco | CA | 94102 |
| Milbank LLP | Attn: Dennis F. Dunne, Sam A. Khalil | 55 Hudson Yards | | New York | NY | 10001-2163 |
| Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | 2029 Century Park East | 33rd Floor | Los Angeles | CA | 90067 |
| Baker & Hostetler LLP | Attn: Eric Sagerman, Cecily Dumas | 11601 Wilshire Boulevard | Suite 1400 | Los Angeles | CA | 90025-0509 |
| Bruce Markell, Fee Examiner | c/o Scott McNutt | 324 Warren Road | | San Mateo | CA | 94402 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1

Case: 19-30088    Doc# 4978    Filed: 12/04/19    Entered: 12/04/19 15:17:28    Page 4 of 4