

Signed and Filed: December 4, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**WENDEL ROSEN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@wendel.com
Email: llenherr@wendel.com

Attorneys for Michael G. Kasolas, Claims Representative

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br> **PG&E CORPORATION** <br>       -and- <br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br>                            Debtors. <br> ☐  Affects PG&E Corporation <br> ☐  Affects Pacific Gas and Electric Company <br> ■  Affects both Debtors <br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088-DM <br> Chapter 11 (Lead Case) <br> (Jointly Administered) <br><br> **ORDER APPROVING STIPULATION TO ADVANCE FUNDS TO CLAIMS REPRESENTATIVE** |

The above-captioned Debtors and the court appointed Claims Representative having entered into a Stipulation to Advance Funds to Claims Representative (the "Stipulation"), filed on December 3, 2019, as Docket No. 4966, and pursuant to the Order Extending Bar Date for Fire Claimants and Appointment of Claims Representative, entered on November 11, 2019, as Docket No. 4672, and for good cause,

**IT IS ORDERED** that**:**

1. The Stipulation is approved;

2. The Debtors are authorized and directed to advance **$395,000.00** to the Claims Representative and/or his Team member(s) (the "Advance"); and

3. The Advance shall be paid via wire(s) to the Claims Representative and/or to a member(s) of his Team (instructions to be provided by the Claims Representative) so that it is received within three (3) business day following entry of this Order.

**\*\*END OF ORDER\*\***