RICHARD DOYLE, City Attorney (88625)
ED MORAN, Chief Deputy City Attorney (86992)
ELISA T. TOLENTINO, Sr. Deputy City Attorney (228726)
LUISA F. ELKINS, Sr. Deputy City Attorney (286703)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

Attorneys for Defendants
Attorneys for The City San Jose

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. | Bankruptcy Case No. 19 - 30088 (DM) <br><br> Chapter 11 (Lead Case) *(Jointly Administered)* <br><br> **CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San Jose, California 95113-1905, and is located in the county where the service described below occurred.

I certify that on December 4, 2019, I caused to be served the within:

**RESPONSE OF THE CITY OF SAN JOSE TO THE**

**MOTION OF DEBTORS PURSUANT TO 11 U.S.C. § 1121(d)**

**TO EXTEND THE EXCLUSIVE SOLICITATION PERIOD**

☒ by E-MAIL, with a copy of this declaration, to electronic addresses listed on the Standard Party Email Service List attached hereto as **Exhibit A.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 4, 2019, at San Jose, California.

*/s/ Courtney Mohammadi*
Courtney Mohammadi

# EXHIBIT A

Standard Parties Email Service List
Served via Email

| Description | Notice Name | Email |
|---|---|---|
| Counsel to Debtors | Weil, Gotshal & Manges LLP<br>Attn: Stephen Karotkin<br>Jessica Liou<br>Matthew Goren | stephen.karotkin@weil.com<br>jessica.liou@weil.com<br>matthew.goren@weil.com |
| Counsel to Debtors | Keller & Benvenutti LLP<br>Attn: Tobias Keller<br>Jane Kim | tkeller@kellerbenvenutti.com<br>jkim@kellerb envenutti.com |
| Counsel for the administrative agent under the Debtors' debtor in possession financing facilities | Stroock & Stoock & Lavan LLP<br>Attn: Kristopher M. Hansen<br>Erez E. Gilad<br>Matthew G. Garofalo<br>Frank A. Merola | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities | Davis Polk & Wardwell LLP<br>Attn: Eli J. Vonnegut<br>David Schiff<br>Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Alan W. Kornberg<br>Brian S. Hermann<br>Walter R. Rieman<br>Sean A. Mitchell<br>Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Office of the United States Trustee | Office of the United States Trustee<br>Attn: James L. Snyder<br>Timothy Lafreddi<br>Marta E. Villacorta | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| U.S. Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission<br>Attn: Marian Zobler | marian.zobler@nrc.gov |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice<br>Attn: Danielle A. Pham | danielle.pham@usdoj.gov |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP<br>Attn: Dennis F. Dunne<br>Samuel A. Khalil<br>Paul S. Aronzon<br>Gregory A. Bray<br>Thomas R. Kreller<br>Alan J. Stone<br>Samir Vora | ddunne@milbank.com<br>skhalil@milbank.com<br>Paronzon@milbank.com<br>Gbray@milbank.com<br>TKreller@milbank.com<br>astone@milbank.com<br>svora@milbank.com |

| | | |
|---|---|---|
| Counsel for the Official Committee of Tort Claimants | Baker & Hostetler LLP<br>Attn: Eric E. Sagerman<br>Lauren T. Attard<br>Robert A. Julian<br>Cecily Dumas | esagerman@bakerlaw.com<br>lattard@bakerlaw.com<br>rjulian@bakerlaw.com<br>cdumas@bakerlaw.com |
| Special Counsel to Debtors | Cravath, Swaine & Moore LLP<br>Attn: Paul H. Zumbro<br>Kevin J. Orsini,<br>George E. Zobitz<br>Stephen M. Kessing<br>Nicholas A. Dorsey<br>Omid H.Nasab | pzumbro@cravath.com<br>korsini@cravath.com<br>jzobitz@cravath.com<br>skessing@cravath.com<br>ndorsey@cravath.com<br>onasab@cravath.com |
| PG&E Shareholders | Jones Day<br>Attn: Bruce S. Bennett<br>Joshua M. Mester<br>James O. Johnston | bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP<br>Attn: Ashley Vinson Crawford | avcrawford@akingump.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP<br>Attn: Michael S. Stamer<br>Ira S. Dizengoff<br>David H. Botter | mstamer@akingump.com<br>idizengoff@akingump.com<br>dbotter@akingump.com |
| Co-Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Braunhagey & Borden LLP<br>Attn: J. Noah Hagey<br>Jeffrey M. Theodore<br>David H. Kwasniewski<br>Andrew Levine | hagey@braunhagey.com<br>theodore@braunhagey.com<br>kwasniewski@braunhagey.com<br>levine@braunhagey.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Willkie Farr & Gallagher LLP<br>Attn: Matthew A. Feldman<br>Joseph G. Minias<br>Daniel I. Forman<br>Benjamin P. McCallen<br>Antonio Yanez, Jr.<br>Erica L. Kerman<br>Jonathan D. Waisnor<br>Matthew Freimuth | mfeldman@willkie.com<br>jminias@willkie.com<br>dforman@willkie.com<br>bmccallen@willkie.com<br>ayanez@willkie.com<br>ekerman@willkie.com<br>jwaisnor@willkie.com<br>mfreimuth@willkie.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Diemer & Wei, LLP<br>Attn: Kathryn S. Diemer | kdiemer@diemerwei.com |
| Debtors | Epiq Corporate Restructuring, LLC<br>Attn: PG&E UCC and PG&E TCC | sgarabato@epiqglobal.com |