Darwin E. Farrar (SBN 152735)
Chief Counsel
**Public Advocates Office**
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, California 94102
Tel:  415-703-1599
Email: darwin.farrar@cpuc.ca.gov

And

Alisa C. Lacey (AZ 010571) (Pro Hac Vice)
Thomas J. Salerno (AZ 007492) (Pro Hac Vice)
Anthony P. Cali (AZ 028261) (Pro Hac Vice)
**Stinson LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004
Tel: 602-279-1600
Fax: 602-240-6925
Email: alisa.lacey@stinson.com
Email: thomas.salerno@stinson.com
Email: anthony.cali@stinson.com

*Attorneys for the Public Advocates Office*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ All Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**THE PUBLIC ADVOCATES OFFICE'S STATEMENT OF POSITION OPPOSING DEBTORS' MOTION PURSUANT TO 11 U.S.C. § 1121(d) TO EXTEND THE EXCLUSIVE SOLICITATION PERIOD [DE 4825]**<br><br>Hearing Date:  December 11, 2019<br>Hearing Time:  10 am<br>Objection Date: December 4, 2019 |

CORE/3516687.0002/156327344.2

The Public Advocates Office at the California Public Utilities Commission (the "**CPUC**") files its Statement of Position Opposing *Debtor's Motion Pursuant to 11 U.S.C. § 1121(d) To Extend The Exclusive Solicitation Period* [DE 4825] (hereafter the "**Motion**".) The *Debtors' First Amended Plan of Reorganization* [DE 3966] (the "**Plan**") does not comply with Public Utilities Code Section 3292 (added by AB 1054) for a number of reasons, including those set forth in *The Public Advocates Office's Statement of Position Re: Joint Motion of the Official Committee of Tort Claimants and Ad Hoc Committee of Senior Secured Noteholders to Terminate the Debtors' Exclusive Periods* [DE 4052] filed on October 1, 2019, attached hereto as Exhibit A for ease of reference. To date, Debtors' have not amended the Plan to rectify any of the listed deficiencies. As previously discussed in the Public Advocates Office *Statement of Position* [DE 4052], the Debtors' Plan provides no assurance of ratepayer neutrality. The Plan is therefore not feasible, and it will not meet the requirements for plan confirmation under 11 U.S.C. § 1129. Among other issues barring confirmation, a plan that does not comply with AB 1054 cannot be approved by the CPUC as required by § 1129(a)(6).

While Debtors' do provide that the TCC and Ad Hoc Committee of Noteholders may solicit their pending plan, Debtors' seek to obtain the 11 U.S.C. § 1121(d) extension in order to erect a barricade to preclude any other party from being able to propose or solicit support for any other competing plan of reorganization in these cases. Debtors are affirmatively seeking to preclude other potentially viable options for reorganization which is not in the best interests of the ratepayers. Given that the Debtors' Plan is not currently confirmable, in that it does not comply with AB 1054, the Debtors' attempt to have this Court use continued exclusivity to bar other potential plans that do comply with AB 1054 should be denied.

The Public Advocates Office respectfully requests denial of the Motion.

Dated: December 4, 2019.

PUBLIC ADVOCATES OFFICE
Darwin E. Farrar (SBN 152735)
Chief Counsel, Public Advocates Office
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, California 94102
Tel: 415-703-1599
Email: darwin.farrar@cpuc.ca.gov;

And

STINSON LLP
*/s/ Alisa C. Lacey*
Alisa C. Lacey
Thomas J. Salerno
Anthony P. Cali
1850 N. Central Ave., #2100
Phoenix, AZ 85004
Tel: 602-279-1600
Fax: 602-240-6925
Email: alisa.lacey@stinson.com
Email: thomas.salerno@stinson.com
Email: anthony.cali@stinson.com

*Attorneys for the Public Advocates Office*