Heinz Binder (SBN 87908)
Robert G. Harris (SBN 124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Rob@bindermalter.com

Attorneys for TURN, The Utility Reform Network

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>      Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case Nos. 19-30088 DM (Lead Case)<br>     19-30089 DM<br><br>Chapter 11<br>*Jointly Administered*<br><br>Date: December 11, 2019<br>Time: 10:00 a.m.<br>Place: Courtroom 17<br>    450 Golden Gate Avenue<br>    San Francisco, California<br><br>DKT #4825<br>OBJECTION DEADLINE: December 4, 2019 |

**JOINDER BY TURN IN THE PUBLIC ADVOCATES OFFICE'S STATEMENT OF POSITION OPPOSING DEBTORS' MOTION PURSUANT TO 11 U.S.C. § 1121(d) TO EXTEND THE EXCLUSIVE SOLICITATION PERIOD [DE 4825]**

1   The Utility Reform Network ("TURN") hereby joins in The Public Advocates Office's
2   Statement of Position Opposing Debtors' Motion Pursuant to 11 U.S.C. § 1121(d to Extend the
3   Exclusive Solicitation Period.

Dated: December 4, 2019                          BINDER & MALTER, LLP


                                                 By: /s/ *Robert G. Harris*
                                                     Robert G. Harris

                                                 Attorneys for TURN, the Utility Reform Network