| | |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP |
| | Stephen Karotkin (*pro hac vice*) |
| 2 | (stephen.karotkin@weil.com) |
| | Ray C. Schrock, P.C. (*pro hac vice*) |
| 3 | (ray.schrock@weil.com) |
| | Jessica Liou (*pro hac vice*) |
| 4 | (jessica.liou@weil.com) |
| | Matthew Goren (*pro hac vice*) |
| 5 | (matthew.goren@weil.com) |
| | 767 Fifth Avenue |
| 6 | New York, NY 10153-0119 |
| | Tel: 212 310 8000 |
| 7 | Fax: 212 310 8007 |
| 8 | KELLER & BENVENUTTI LLP |
| | Tobias S. Keller (#151445) |
| 9 | (tkeller@kellerbenvenutti.com) |
| | Jane Kim (#298192) |
| 10 | (jkim@kellerbenvenutti.com) |
| | 650 California Street, Suite 1900 |
| 11 | San Francisco, CA 94108 |
| | Tel: 415 496 6723 |
| 12 | Fax: 650 636 9251 |

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| | Chapter 11 |
| **PG&E CORPORATION,** | (Lead Case) (Jointly Administered) |
| - and - | **SECOND NOTICE OF CONTINUED HEARING ON APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 363(b) AND 105(a) FOR AUTHORITY TO ENTER INTO, PERFORM UNDER AND MAKE PAYMENTS UNDER CERTAIN CONSULTING CONTRACTS WITH MCKINSEY & COMPANY, INC. UNITED STATES** |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | **[Re: Dkt No. 3919]** |
| ☐ Affects Pacific Gas and Electric Company | Date: January 14, 2020 |
| ☑ Affects both Debtors | Time: 10:00 a.m. (Pacific Time) |
| | Place: United States Bankruptcy Court |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Courtroom 17, 16th Floor |
| | San Francisco, CA 94102 |
| | **Objection Deadline**: January 7, 2020 |
| | 4:00 p.m. (Pacific Time) |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**"). |

   PLEASE TAKE NOTICE that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

   **PLEASE TAKE FURTHER NOTICE** that on September 17, 2019, the Debtors filed the *Application of Debtors Pursuant to 11 U.S.C. §§ 363(b) and 105(a) for Authority to Enter Into, Perform Under and Make Payments Under Certain Consulting Contracts with McKinsey & Company Inc. United States* [Dkt. No. 3919] (the "**Application**"). Concurrently with the Application, the Debtors filed a notice of hearing [Dkt No. 3920], which stated that: (1) the hearing before the Bankruptcy Court on the Application was scheduled for November 19, 2019, at 10:00 a.m. (Pacific Time) (the "**November 19 Omnibus Hearing**"); (2) any oppositions or responses to the Application must have been in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtors at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on November 12, 2019 (the "**Objection Deadline**"); and (3) all oppositions and responses must have been filed and served on all "Standard Parties" as defined in paragraph 5 of, and otherwise in accordance with, the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**").

   **PLEASE TAKE FURTHER NOTICE** that the hearing on the Application was previously continued from the November 19 Omnibus Hearing to December 17, 2019.

   **PLEASE TAKE FURTHER NOTICE** that the hearing on the Application will be further **continued** from its hearing date of December 17, 2019, to **January 14, 2020, at 10:00 a.m. (Pacific Time)** in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. The Objection Deadline is extended to **4:00 p.m. (Pacific Time) on January 7, 2020**. All oppositions and responses must be filed and served pursuant to the Case Management Order.

   **PLEASE TAKE FURTHER NOTICE** that copies of each pleading identified herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: December 4, 2019

                **WEIL, GOTSHAL & MANGES LLP**
                **KELLER & BENVENUTTI LLP**

                /s/ *Thomas B. Rupp*
                    Thomas B. Rupp

                *Attorneys for Debtors and Debtors in Possession*