# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br><br><br>Ref. Docket Nos. 4720, 4723, 4725, 4734-4736, 4738, 4740 and 4750 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                          ) ss.:
COUNTY OF NEW YORK )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

   a. "Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period September 1, 2019 Through September 30, 2019," dated November 14, 2019 [Docket No. 4720], (the "FTI Application"),

   b. "Second Interim Application of Milbank LLP for Allowance and Payment of Compensation and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period from June 1, 2019 through September 30, 2019," dated November 14, 2019 [Docket No. 4723], (the "2nd Interim Milbank Application"),

c. "First Interim Application of Centerview Partners LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period February 15, 2019 through May 31, 2019," dated November 14, 2019 [Docket No. 4725], (the "1st Interim Centerview Application"),

d. "Second Interim Application of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period June 1, 2019 through September 30, 2019," dated November 14, 2019 [Docket No. 4734], (the "2nd Interim FTI Application"),

e. "Fifth Monthly Fee Statement of Centerview Partners LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period June 1, 2019 through June 30, 2019," dated November 14, 2019 [Docket No. 4735], (the "5th Centerview Application"),

f. "Sixth Monthly Fee Statement of Centerview Partners LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period July 1, 2019 through July 31, 2019," dated November 14, 2019 [Docket No. 4736], (the "6th Centerview Application"),

g. "Seventh Monthly Fee Statement of Centerview Partners LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period August 1, 2019 through August 31, 2019," dated November 14, 2019 [Docket No. 4738], (the "7th Centerview Application"),

h. "Eighth Monthly Fee Statement of Centerview Partners LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period September 1, 2019 through September 30, 2019," dated November 14, 2019 [Docket No. 4740], (the "8th Centerview Application"), and

i. "Second Interim Application of Centerview Partners LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period June 1, 2019 through September 30, 2019," dated November 14, 2019 [Docket No. 4750], (the "2nd Interim Centerview Application"),

by causing true and correct copies of the:

i. FTI Application, 2nd Interim Milbank Application, 1st Interim Centerview Application, 2nd Interim FTI Application, 5th Centerview Application, 6th Centerview Application, 7th Centerview Application, 8th Centerview Application and 2nd Interim Centerview Application, to be enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, on November 14, 2019,

ii. FTI Application, 2nd Interim Milbank Application, 1st Interim Centerview Application, 2nd Interim FTI Application, 5th Centerview Application, 6th Centerview Application, 7th Centerview Application, 8th Centerview Application and 2nd Interim Centerview Application, to be delivered via electronic mail to those parties listed on the attached Exhibit B, on November 14, 2019, and

|   |   |   |
|---|---|---|
| 1 | iii. | 2nd Interim Milbank Application, 1st Interim Centerview Application, 2nd Interim FTI Application and 2nd Interim Centerview Application, to be enclosed securely in an envelope and delivered via messenger to the following party: *U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF CA, ATTN: HONORABLE DENNIS MONTALI, CHAMBERS COPY, 450 GOLDEN GATE AVE, 18TH FLOOR, SAN FRANCISCO, CA 94102*, on November 15, 2019. |

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                   */s/ Wing Chan*
                                                   Wing Chan

Sworn to before me this
19th day of November, 2019
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

BAKER & HOSTETLER, LLP
COUNSEL FOR OFFICIAL COMMITTEE OF TORT CLAIMANTS
ATTN: ERIC E. SAGERMAN AND CECILY DUMAS
11601 WILSHIRE BLVD.
SUITE 1400
LOS ANGELES CA 90025-0509

MILBANK LLP
COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ATTN: DENNIS F. DUNNE, SAMUEL A. KHALIL
55 HUDSON YARDS
NEW YORK NY 10001-2163

DLA PIPER LLP
ATTN: JOSHUA D. MORSE
555 MISSION STREET
SUITE 2400
SAN FRANCISCO CA 94105-2933

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JAMES L. SNYDER, ESQ. & TIMOTHY LAFREDDI, ESQ.,
MARTA E. VILLACORTA
450 GOLDEN GATE AVE
SUITE 05-0153
SAN FRANCISCO CA 94102

PG&E CORPORATION
ATTN: JANET LODUCA
77 BEALE STREET
SAN FRANCISCO CA 94177

# EXHIBIT B

# PG&E Corporation -and- Pacific Gas and Electric Company – Case No. 19-30088 (DM)
## Electronic Mail Fee Application Service List

bamexampge@gmail.com
ddunne@milbank.com
esagerman@bakerlaw.com
gbray@milbank.com
james.l.snyder@usdoj.gov
jessica.liou@weil.com
jkim@kellerbenvenutti.com
lattard@bakerlaw.com
marta.villacorta@usdoj.gov
matthew.goren@weil.com
paronzon@milbank.com
skhalil@milbank.com
stephen.karotkin@weil.com
timothy.s.laffredi@usdoj.gov
tkeller@kellerbenvenutti.com;
tkreller@milbank.com