# Notice Recipients

District/Off: 0971−3　　　User: dchambers　　　Date Created: 12/6/2019
Case: 19−30088　　　Form ID: TRANSC　　　Total: 9

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Andrew Michael Leblanc | ALeblanc@milbank.com |
| aty | Gregory A. Bray | gbray@milbank.com |
| aty | Matthew A. Feldman | mfeldman@willkie.com |
| aty | Nancy Mitchell | nmitchell@omm.com |
| aty | Rebecca J. Winthrop | rebecca.winthrop@nortonrosefulbright.com |
| aty | Robert A. Julian | rjulian@bakerlaw.com |

TOTAL: 6

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | |
|---|---|---|---|---|
| aty | Michael S. Stamer | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | New York, NY 10036 |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| | ABID QURESHI, ESQ. | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | New York, NY 10036 |

TOTAL: 3