# EXHIBIT A

# COMPENSATION BY PROFESSIONAL
## OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from October 1, 2019 through October 31, 2019 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Tobias S. Keller | Partner | 1990 | 800 | 37.2 | $29,760 |
| Peter J. Benvenutti | Partner | 1974 | 800 | 60 | $48,000 |
| Jane Kim | Partner | 2003[1] | 650 | 51.1 | $33,215 |
| Keith A. McDaniels | Of Counsel | 1997 | 600 | 3.6 | $2,160 |
| Dara L. Silveira | Associate | 2010 | 400 | 80.7 | $32,280 |
| Thomas B. Rupp | Associate | 2011 | 400 | 56 | $22,400 |
| Hadley Roberts-Donnelly | Paralegal Trainee | N/A | 150 | 30.5 | $4,575 |
| **Total Professionals:** | | | | **319.1** | **$172,390** |

[1] Member of the California Bar since 2014

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 744.8 | 151.9 | $113,135 |
| Associates | 400 | 136.7 | $54,680 |
| **Blended Attorney Rate** | **581.5** | **288.6** | **$167,815** |
| Paraprofessionals and other non-legal staff | 150 | 30.5 | $4,575 |
| **Total Fees Incurred** | **540.2** | **319.1** | **$172,390** |