# EXHIBIT B

# COMPENSATION BY WORK TASK CODE FOR
# SERVICES RENDERED BY KELLER & BENVENUTTI LLP
# OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Omnibus & Miscellaneous Court Appearances | 52.6 | $26,730 |
| 004 | General Case Administration | 37.8 | $12,070 |
| 005 | Automatic Stay Proceedings | 64.4 | $36,000 |
| 006 | Initial Debtor Interview, Meeting of Creditors, Creditor Inquiries | .8 | $540 |
| 007 | Professional Retention and Compensation – Keller & Benvenutti | 18 | $8,560 |
| 008 | Professional Retention and Compensation – Other Professionals | 28.4 | $13,430 |
| 014 | Employee Matters | 11.7 | $8,020 |
| 015 | Supplier Issues | 4 | $1,825 |
| 016 | General Asset Analysis and Recovery | .2 | $160 |
| 018 | Executory Contract Issues | 2 | $825 |
| 021 | Plan – Advice, Strategy and Negotiation | 16.5 | $12,205 |
| 022 | Plan and Disclosure Statement – Preparation of Documents | 23.2 | $13,250 |
| 026 | Wildfire Litigation | 13.7 | $9,205 |
| 027 | Claims Review | 14 | $9,835 |
| 028 | Claim Disputes and Resolution | 7.9 | $5,690 |
| 032 | USDC Probation Compliance | 3.7 | $2,240 |
| 036 | Miscellaneous Litigation Issues and Advice | 18.6 | $10,765 |
| 037 | Appeals | 1.6 | $1,040 |
| **TOTAL** | | **319.1** | **$172,390** |