# EXHIBIT C

# EXPENSE SUMMARY
## OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $0 |
| Meals | $265.92 |
| Travel | $0 |
| Transportation | $96.19 |
| Printing and Duplication | $3,383.83 |
| Transcription Services | $3,767.95 |
| Telephone Conferencing | $0 |
| Messenger | $505.84 |
| Filing Fees | $620 |
| **Total Expenses Requested:** | **$8,639.73** |