# EXHIBIT E



650 California Street, Suite 1900  
San Francisco, CA 94108  
Email: admin@kellerbenvenutti.com

Billing Statement No. 102019  
Date: 12/04/2019  
Due Upon Receipt

PG&E Corporation  
Attn: Janet Loduca  
77 Beale Street  
San Francisco, CA 94105

## 00138-31 PG&E

## Chapter 11 representation- Expenses

| Type | Date | Description | Quantity | Rate | Fees and Expenses Total |
|---|---|---|---|---|---|
| Expense | 10/03/2019 | E112 Court fees: Pro Hac Vice fee for Peter T. Barbur. | 1.00 | $310.00 | $310.00 |
| Expense | 10/07/2019 | E109 Local travel: Uber from office to court for 10/7 omnibus hearing. | 1.00 | $12.22 | $12.22 |
| Expense | 10/08/2019 | E116 Trial transcripts: Transcript for 10/7 estimation hearing. | 1.00 | $558.25 | $558.25 |
| Expense | 10/08/2019 | E111 Meals: Snacks for 10/8 Cravath meeting at K&B offices. | 1.00 | $32.93 | $32.93 |
| Expense | 10/08/2019 | E116 Trial transcripts: eScribers Invoice No. 279463. | 1.00 | $1,324.95 | $1,324.95 |
| Expense | 10/08/2019 | E111 Meals: Lunch for Cravath meeting on 10/8. | 1.00 | $142.72 | $142.72 |
| Expense | 10/09/2019 | E111 Meals: Lunch for Cravath meeting 10/9. | 1.00 | $90.27 | $90.27 |
| Expense | 10/11/2019 | E102 Outside printing: Clear Discovery Invoice No. 1244. | 1.00 | $1,971.55 | $1,971.55 |
| Expense | 10/15/2019 | E107 Delivery services/messengers: Nationwide Legal Invoice No. 361248. | 1.00 | $308.40 | $308.40 |
| Expense | 10/21/2019 | E116 Trial transcripts: Transcript for 10/21 estimation hearing. | 1.00 | $275.50 | $275.50 |
| Expense | 10/21/2019 | E109 Local travel: Car back to office for 10/21 Statue Conference. | 1.00 | $12.92 | $12.92 |
| Expense | 10/21/2019 | E109 Local travel: Car to Court for 10/21 Status Conference. | 1.00 | $12.35 | $12.35 |
| Expense | 10/22/2019 | E116 Trial transcripts: Transcript for 10/21 estimation hearing. | 1.00 | $36.25 | $36.25 |
| Expense | 10/23/2019 | E109 Local travel: Uber from office to court for 10/23 omnibus hearing. | 1.00 | $18.41 | $18.41 |
| Expense | 10/23/2019 | E109 Local travel: Uber from court to office for 10/23 omnibus hearing. | 1.00 | $13.44 | $13.44 |
| Expense | 10/24/2019 | E107 Delivery services/messengers: Nationwide Invoice No. 361753. | 1.00 | $197.44 | $197.44 |
| Expense | 10/24/2019 | E116 Trial transcripts: eScribers Invoice No. 283215. | 1.00 | $1,573.00 | $1,573.00 |
| Expense | 10/24/2019 | E102 Outside printing: eDiscovery Invoice No. 1251. | 1.00 | $1,412.28 | $1,412.28 |
| Expense | 10/28/2019 | E109 Local travel: Car to status conference hearing on 10/28. | 1.00 | $13.16 | $13.16 |
| Expense | 10/28/2019 | E109 Local travel: Car from status conference hearing 10/28. | 1.00 | $13.69 | $13.69 |
| Expense | 10/30/2019 | E112 Court fees: Pro Hac Vice fee for Brittany L. Sukiennik. | 1.00 | $310.00 | $310.00 |

| Time Keeper | Position | Time | Rate | Fees and Expenses Total |
|---|---|---|---|---|
| | | | **Fees and Expenses Subtotal** | $8,639.73 |
| | | | **Fees and Expenses Total** | $8,639.73 |