# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 4855 |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                      ) ss.:
COUNTY OF NEW YORK  )

FORREST HOUKU, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 22, 2019, I caused to be served the "Consolidated Reply Brief of the Official Committee of Unsecured Creditors and Other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case," dated November 22, 2019 [Docket No. 4855], by causing true and correct copies to be:

   a. enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   b. delivered via electronic mail to those parties listed on the attached Exhibit B, and

c. enclosed securely in an envelope and delivered via messenger to the following party: *U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF CA, ATTN: HONORABLE DENNIS MONTALI, CHAMBERS COPY, 450 GOLDEN GATE AVE, 18TH FLOOR, SAN FRANCISCO, CA 94102*, on November 25, 2019.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Houku*
Forrest Houku

Sworn to before me this
26th day of November, 2019
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires November 24, 2021

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION | ATTN: GENERAL COUNSEL 888 FIRST ST NE WASHINGTON DC 20426 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104-5016 |
| JOHN A. VOS | 1430 LINCOLN AVENUE SAN RAFAEL CA 94901 |
| OFFICE OF THE UNITED STATES ATTORNEY | FOR THE NORTHERN DISTRICT OF CALIFORNIA ATTN: BANKRUPTCY UNIT FEDERAL COURTHOUSE, 450 GOLDEN GATE AVE SAN FRANCISCO CA 94102 |
| PG&E CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL 77 BEALE STREET P.O. BOX 77000 SAN FRANCISCO CA 94177 |
| PLACER COUNTY OFFICE OF THE TREASURER | TAX COLLECTOR ATTN: ROBERT KANNGIESSER 2976 RICHARDSON DRIVE AUBURN CA 95603 |
| RODRIGUEZ & ASSOCIATES | ATTN: JOSEPH WHITTINGTON, ESQ. AND DANIEL TUREK, ESQ. 2020 EYE STREET BAKERSFIELD CA 93301 |
| U.S. NUCLEAR REGULATORY COMMISSION | ATTN: GENERAL COUNSEL WASHINGTON DC 20555-0001 |
| U.S. NUCLEAR REGULATORY COMMISSION | ATTN: GENERAL COUNSEL U.S. NRC REGION IV 1600 E. LAMAR BLVD. ARLINGTON TX 76011 |

**Total Creditor count 9**

# EXHIBIT B

| NAME | EMAIL |
|---|---|
| ADLER LAW GROUP, APLC | eadler@theadlerfirm.com<br>gemarr59@hotmail.com<br>bzummer@theadlerfirm.com<br>olatifi@theadlerfirm.com |
| ADLER LAW GROUP, APLC | eadler@theadlerfirm.com<br>gemarr59@hotmail.com<br>bzummer@theadlerfirm.com<br>olatifi@theadlerfirm.com |
| ADVENTIST HEALTH SYSTEM/WEST | laytonrl@ah.org |
| Aera Energy LLC | rasymm@aeraenergy.com |
| AKERMAN LLP | evelina.gentry@akerman.com |
| AKERMAN LLP | yelena.archiyan@akerman.com<br>john.mitchell@akerman.com |
| Akin Gump Strauss Hauer & Feld LLP | avcrawford@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | dsimonds@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | mstamer@akingump.com<br>idizengoff@akingump.com<br>dbotter@akingump.com |
| ANDREWS & THORNTON | shiggins@andrewsthornton.com<br>jct@andrewsthornton.com<br>aa@andrewsthornton.com |
| ARENT FOX LLP | andrew.silfen@arentfox.com<br>beth.brownstein@arentfox.com<br>jordana.renert@arentfox.com |
| Arent Fox LLP | andy.kong@arentfox.com<br>christopher.wong@arentfox.com |
| ARENT FOX LLP | aram.ordubegian@arentfox.com |
| Arnold & Porter Kaye Scholer LLP | brian.lohan@arnoldporter.com<br>steven.fruchter@arnoldporter.com |
| AT&T | jg5786@att.com |
| Attorney General of California | danette.valdez@doj.ca.gov<br>annadel.almendras@doj.ca.gov |
| Attorney General of California | james.potter@doj.ca.gov<br>margarita.padilla@doj.ca.gov |
| Attorney General of California | james.potter@doj.ca.gov |
| BAILEY AND ROMERO LAW FIRM | marthaeromerolaw@gmail.com |
| BAKER & HOSTETLER, LLP | esagerman@bakerlaw.com<br>lattard@bakerlaw.com |
| BAKER & HOSTETLER, LLP | rjulian@bakerlaw.com<br>cdumas@bakerlaw.com |
| Baker Botts L.L.P. | ian.roberts@bakerbotts.com<br>kevin.chiu@bakerbotts.com |
| Baker Botts L.L.P. | navi.dhillon@bakerbotts.com |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | jrowland@bakerdonelson.com |

| | |
|---|---|
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | lrochester@bakerdonelson.com  jhayden@bakerdonelson.com |
| Ballard Spahr LLP | hubenb@ballardspahr.com |
| BALLARD SPAHR LLP | hubenb@ballardspahr.com |
| BALLARD SPAHR LLP | ganzc@ballardspahr.com  myersms@ballardspahr.com |
| Ballard Spahr LLP | summersm@ballardspahr.com |
| BALLARD SPAHR LLP | rubins@ballardspahr.com |
| BALLARD SPAHR LLP | hartlt@ballardspahr.com |
| Bank of America | john.mccusker@baml.com |
| Baron & Budd, P.C. | ssummy@baronbudd.com  jfiske@baronbudd.com |
| Barton, Klugman & Oetting LLP | tmccurnin@bkolaw.com  chigashi@bkolaw.com  thigham@bkolaw.com |
| BAUM HEDLUND ARISTEI & GOLDMAN, PC | rgoldman@baumhedlundlaw.com  dmargermoore@baumhedlundlaw.com |
| BELVEDERE LEGAL, PC | belvederelegalecf@gmail.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | kcapuzzi@beneschlaw.com  mbarrie@beneschlaw.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | kenns@beneschlaw.com |
| Berger Kahn, a Law Corporation | csimon@bergerkahn.com |
| Berger Kahn, a Law Corporation | csimon@bergerkahn.com |
| BEST BEST & KRIEGER LLP | harriet.steiner@bbklaw.com |
| BIALSON, BERGEN & SCHWAB | klaw@bbslaw.com |
| BINDER & MALTER, LLP | michael@bindermalter.com  rob@bindermalter.com  heinz@bindermalter.com |
| BLOOMFIELD LAW GROUP, INC., P.C. | njbloomfield@njblaw.com |
| Boutin Jones Inc. | mgorton@boutinjones.com |
| BraunHagey & Borden LLP | hagey@braunhagey.com  theodore@braunhagey.com  kwasniewski@braunhagey.com  levine@braunhagey.com |
| BRAYTON-PURCELL LLP | bletsch@braytonlaw.com |
| Brothers Smith LLP | misola@brotherssmithlaw.com |
| Brunetti Rougeau LLP | grougeau@brlawsf.com |
| Buchalter, A Professional Corporation | schristianson@buchalter.com  vbantnerpeo@buchalter.com |
| California Public Utilities Commission | arocles.aguilar@cpuc.ca.gov  geoffrey.dryvynsyde@cpuc.ca.gov  candace.morey@cpuc.ca.gov |
| CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A. INC. | melaniecruz@chevron.com  marmstrong@chevron.com |

| | |
|---|---|
| Choate, Hall & Stewart LLP | dgooding@choate.com |
| Choate, Hall & Stewart LLP | jmarshall@choate.com |
| CKR Law, LLP | otakvoryan@ckrlaw.com |
| Clark & Trevithick | kwinick@clarktrev.com |
| Clausen Miller P.C. | mgoodin@clausen.com |
| Cleary Gottlieb Sheen & Hamilton LLP | lschweitzer@cgsh.com<br>mschierberl@cgsh.com |
| COHNE KINGHORN, P.C. | ghofmann@cohnekinghorn.com |
| Commonwealth of Pennsylvania | ra-li-ucts-bankrupt@state.pa.us |
| Cooper, White & Cooper LLP | pcalifano@cwclaw.com |
| COREY, LUZAICH, DE GHETALDI & RIDDLE LLP | deg@coreylaw.com<br>alr@coreylaw.com<br>smb@coreylaw.com<br>sm@coreylaw.com |
| Cotchett, Pitre & Mccarthy, LLP | fpitre@cpmlegal.com<br>acordova@cpmlegal.com<br>ablodgett@cpmlegal.com |
| County of Sonoma | tambra.curtis@sonoma-county.org |
| COUNTY OF YOLO | eric.may@yolocounty.org |
| Cozen O'Connor | fsmith@cozen.com |
| Cozen O'Connor | mfelger@cozen.com |
| Crowell & Moring LLP | mplevin@crowell.com<br>bmullan@crowell.com |
| Crowell & Moring LLP | malmy@crowell.com |
| Crowell & Moring LLP | tyoon@crowell.com |
| Crowell & Moring LLP | tkoegel@crowell.com |
| DANKO MEREDITH | mdanko@dankolaw.com<br>kmeredith@dankolaw.com<br>smiller@dankolaw.com |
| Davis Polk & Wardwell LLP | andrew.yaphe@davispolk.com |
| Davis Polk & Wardwell LLP | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Debra Grassgreen | dgrassgreen@gmail.com |
| Dentons US LLP | bryan.bates@dentons.com |
| Dentons US LLP | john.moe@dentons.com |
| Dentons US LLP | lauren.macksoud@dentons.com |
| Dentons US LLP | michael.isaacs@dentons.com |
| Dentons US LLP | oscar.pinkas@dentons.com |
| Dentons US LLP | peter.wolfson@dentons.com |
| Dentons US LLP | samuel.maizel@dentons.com |
| Diemer & Wei, LLP | kdiemer@diemerwei.com |
| DLA PIPER LLP (US) | david.riley@dlapiper.com<br>eric.goldberg@dlapiper.com |
| DLA PIPER LLP (US) | joshua.morse@dlapiper.com |

| | |
|---|---|
| DREYER BABICH BUCCOLA WOOD CAMPORA, LLP | scampora@dbbwc.com |
| Dykema Gossett LLP | gjones@dykema.com |
| East Bay Community Energy Authority | lgoldberg@ebce.org |
| EDP Renewables North America LLC | leslie.freiman@edpr.com<br>randy.sawyer@edpr.com |
| Engel Law, P.C. | larry@engeladvice.com |
| Epiq Corporate Restructuring, LLC | sgarabato@epiqglobal.com |
| FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | sfelderstein@ffwplaw.com<br>ppascuzzi@ffwplaw.com |
| Finestone Hayes LLP | sfinestone@fhlawllp.com |
| Finestone Hayes LLP | sfinestone@fhlawllp.com<br>jhayes@fhlawllp.com<br>rwitthans@fhlawllp.com |
| FOLEY & LARDNER LLP | emorabito@foley.com<br>bnelson@foley.com |
| FOLEY & LARDNER LLP | vavilaplana@foley.com |
| FREDERIC DORWART, LAWYERS PLLC | sory@fdlaw.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | mbusenkell@gsbblaw.com |
| GIBBS LAW GROUP | ehg@classlawgroup.com<br>dsh@classlawgroup.com |
| GIBSON, DUNN & CRUTCHER LLP | dfeldman@gibsondunn.com<br>mkelsey@gibsondunn.com |
| Gibson, Dunn & Crutcher LLP | gweiner@gibsondunn.com<br>jkrause@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | mmcgill@gibsondunn.com |
| Gibson, Dunn & Crutcher LLP | mrosenthal@gibsondunn.com<br>amoskowitz@gibsondunn.com |
| GIBSON, DUNN & CRUTCHER LLP | mneumeister@gibsondunn.com<br>mchoi@gibsondunn.com |
| Greenberg Traurig, LLP | vuocolod@gtlaw.com |
| GREENBERG TRAURIG, LLP | steinbergh@gtlaw.com |
| GREENBERG TRAURIG, LLP | hoguem@gtlaw.com |
| Greene Radovsky Maloney Share & Hennigh LLP | etredinnick@greeneradovsky.com |
| GROSS & KLEIN LLP | sgross@grosskleinlaw.com |
| Grotefeld Hoffmann | mgrotefeld@ghlaw-llp.com<br>mochoa@ghlaw-llp.com<br>wpickett@ghlaw-llp.com |
| HALLISEY AND JOHNSON PC | jfhallisey@gmail.com |
| HercRentals | sharon.petrosino@hercrentals.com |
| Hinckley, Allen & Snyder LLP | jdoran@hinckleyallen.com |
| HOGAN LOVELLS US LLP | erin.brady@hoganlovells.com |
| HOGAN LOVELLS US LLP | hampton.foushee@hoganlovells.com |

| | |
|---|---|
| HOGAN LOVELLS US LLP | bennett.spiegel@hoganlovells.com |
| HOGAN LOVELLS US LLP | alex.sher@hoganlovells.com <br> peter.ivanick@hoganlovells.com |
| HOLLAND & HART LLP | rwolf@hollandhart.com |
| Holland & Knight LLP | robert.labate@hklaw.com <br> david.holtzman@hklaw.com |
| Hopkins & Carley, a Law Corporation | mjb@hopkinscarley.com <br> jross@hopkinscarley.com |
| Hughes Hubbard & Reed LLP | katie.coleman@hugheshubbard.com |
| HUGUENIN KAHN LLP | ehuguenin@hugueninkahn.com <br> jbothwell@hugueninkahn.com |
| HUNTON ANDREWS KURTH LLP | keckhardt@huntonak.com |
| HUNTON ANDREWS KURTH LLP | ppartee@huntonak.com |
| IBM Corporation | mjdube@ca.ibm.com |
| Irell & Manella LLP | cvarnen@irell.com <br> astrabone@irell.com |
| Irell & Manella LLP | jreisner@irell.com <br> klyman@irell.com |
| Irell & Manella LLP | mstrub@irell.com |
| Iron Mountain Information Management, LLC | bankruptcy2@ironmountain.com |
| Jacobs Engineering | robert.albery@jacobs.com |
| Jane Luciano | jane-luciano@comcast.net |
| Jang & Associates, LLP | ajang@janglit.com <br> snoma@janglit.com |
| JD Thompson Law | jdt@jdthompsonlaw.com |
| Jeffer Mangles Butler & Mitchell LLP | rbk@jmbm.com <br> byoung@jmbm.com |
| JENKINS MULLIGAN & GABRIEL LLP | lgabriel@bg.law |
| JORDAN, HOLZER & ORTIZ, PC | aortiz@jhwclaw.com <br> sjordan@jhwclaw.com <br> ecf@jhwclaw.com |
| Joseph A. Eisenberg P.C. | jae1900@yahoo.com |
| KEESAL, YOUNG & LOGAN <br> A Professional Corporation | peter.boutin@kyl.com |
| Keller & Benvenutti LLP | tkeller@kellerbenvenutti.com <br> jkim@kellerbenvenutti.com |
| Kelley Drye & Warren LLP | kdwbankruptcydepartment@kelleydrye.com <br> bfeder@kelleydrye.com |
| KILPATRICK TOWNSEND & STOCKTON LLP | bkleinman@kilpatricktownsend.com |
| KILPATRICK TOWNSEND & STOCKTON LLP | prosenblatt@kilpatricktownsend.com |
| Kinder Morgan, Inc. | mark_minich@kindermorgan.com |
| Kinder Morgan, Inc. | mosby_perrow@kindermorgan.com |

| | |
|---|---|
| Kirkland & Ellis LLP | aparna.yenamandra@kirkland.com |
| Kirkland & Ellis LLP | david.seligman@kirkland.com |
| Kirkland & Ellis LLP | marc.kieselstein@kirkland.com |
| Kirkland & Ellis LLP | mark.mckane@kirkland.com<br>michael.esser@kirkland.com |
| Kirkland & Ellis LLP | alexander.pilmer@kirkland.com |
| Kirkland & Ellis LLP | stephen.hessler@kirkland.com |
| Kirton McConkie | jsink@kmclaw.com |
| Klee, Tuchin, Bogdanoff & Stern LLP | kklee@ktbslaw.com<br>dstern@ktbslaw.com<br>skidder@ktbslaw.com |
| Klein, Denatale, Goldner, Cooper, Rosenlieb & Kimball, LLP | hbedoyan@kleinlaw.com<br>ecf@kleinlaw.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | acaton@kramerlevin.com<br>mwasson@kramerlevin.com |
| LABATON SUCHAROW LLP | tdubbs@labaton.com<br>lgottlieb@labaton.com<br>cvillegas@labaton.com<br>jdubbin@labaton.com |
| LAMB & KAWAKAMI LLP | klamb@lkfirm.com<br>mslattery@lkfirm.com<br>tkelch@lkfirm.com |
| Lamb and Kawakami LLP | bglaser@lkfirm.com |
| LANE POWELL PC | summerst@lanepowell.com |
| Latham & Watkins LLP | adam.malatesta@lw.com |
| Latham & Watkins LLP | amy.quartarolo@lw.com |
| Latham & Watkins LLP | caroline.reckler@lw.com<br>andrew.parlen@lw.com |
| Latham & Watkins LLP | christopher.harris@lw.com<br>andrew.parlen@lw.com |
| Law Office of Daren M. Schlecter | daren@schlecterlaw.com |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | pwp@pattiprewittlaw.com |
| Law Office of Richard L. Antognini | rlalawyer@yahoo.com |
| Law Office of Steven M. Olson | smo@smolsonlaw.com |
| LAW OFFICE OF WAYNE A. SILVER | ws@waynesilverlaw.com |
| LAW OFFICES OF FRANCIS O. SCARPULLA | fos@scarpullalaw.com<br>pbc@scarpullalaw.com |
| Law Offices of James Shepherd | jim@jsheplaw.com |
| Law Offices of Leonard K. Welsh | lwelsh@lkwelshlaw.com |
| Law Offices of Thomas J. Brandi | tjb@brandilaw.com |
| Lesnick Prince & Pappas LLP | matt@lesnickprince.com<br>cprince@lesnickprince.com |
| Levene, Neale, Bender, Yoo & Brill L.L.P. | dln@lnbyb.com |

| | |
|---|---|
| LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. | ehk@lnbyb.com |
| Lewis Brisbois Bisgaard & Smith LLP | lovee.sarenas@lewisbrisbois.com<br>amy.goldman@lewisbrisbois.com<br>scott.lee@lewisbrisbois.com<br>jasmin.yang@lewisbrisbois.com |
| Linebarger Goggan Blair & Sampson, LLP | houston_bankruptcy@publicans.com |
| Locke Lord LLP | asmith@lockelord.com |
| Locke Lord LLP | bknapp@lockelord.com |
| Locke Lord LLP | eguffy@lockelord.com |
| Locke Lord LLP | lkress@lockelord.com |
| Locke Lord LLP | meagan.tom@lockelord.com |
| Locke Lord LLP | sbryant@lockelord.com |
| Locke Lord LLP | jackie.fu@lockelord.com |
| LOEB & LOEB LLP | mscohen@loeb.com<br>aclough@loeb.com |
| LOWENSTEIN SANDLER LLP | metkin@lowenstein.com<br>abehlmann@lowenstein.com<br>golivera@lowenstein.com |
| Macdonald \| Fernandez LLP | imac@macfern.com |
| Manuel Corrales, Jr., Esquire | mannycorrales@yahoo.com |
| MARGULIES FAITH, LLP | craig@marguliesfaithlaw.com |
| MARSHACK HAYS LLP | rmarshack@marshackhays.com<br>dwood@marshackhays.com<br>lmasud@marshackhays.com |
| MARY ALEXANDER & ASSOCIATES, P.C. | malexander@maryalexanderlaw.com |
| MAYER BROWN LLP | btrust@mayerbrown.com<br>jcdebaca@mayerbrown.com |
| MAYER BROWN LLP | chenriquez@mayerbrown.com |
| McCormick Barstow LLP | annie.duong@mccormickbarstow.com<br>demerzian@mccormickbarstow.com |
| McCormick Barstow LLP | annie.duong@mccormickbarstow.com |
| MCDERMOTT WILL & EMERY LLP | jreisner@mwe.com<br>klyman@mwe.com |
| McKoool Smith, P.C. | jsmith@mckoolsmith.com |
| MICHELSON LAW GROUP | randy.michelson@michelsonlawgroup.com |
| Milbank LLP | ddunne@milbank.com<br>skhalil@milbank.com |
| Milbank LLP | paronzon@milbank.com<br>gbray@milbank.com<br>tkreller@milbank.com |
| Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | avobrient@mintz.com<br>ablevin@mintz.com |
| Mirman, Bubman & Nahmias, LLP | anahmias@mbnlawyers.com |
| MONTEE & ASSOCIATES | kmontee@monteeassociates.com |

**PG&E CORPORATION - and - PACIFIC GAS AND ELECTRIC COMPANY**
**Electronic Mail Master Service List**

| | |
|---|---|
| Morris James LLP | bfallon@morrisjames.com |
| Newmeyer & Dillion LLP | james.ficenec@ndlf.com<br>joshua.bevitz@ndlf.com |
| NIXON PEABODY LLP | mferullo@nixonpeabody.com |
| NIXON PEABODY LLP | rpedone@nixonpeabody.com |
| NIXON PEABODY LLP | wlisa@nixonpeabody.com |
| Northern California Law Group, PC | info@norcallawgroup.net<br>joe@norcallawgroup.net |
| NORTON ROSE FULBRIGHT US LLP | david.rosenzweig@nortonrosefulbright.com |
| NORTON ROSE FULBRIGHT US LLP | howard.seife@nortonrosefulbright.com<br>andrew.rosenblatt@nortonrosefulbright.com<br>christy.rivera@nortonrosefulbright.com |
| NORTON ROSE FULBRIGHT US LLP | rebecca.winthrop@nortonrosefulbright.com |
| Nuti Hart LLP | kfineman@nutihart.com<br>gnuti@nutihart.com<br>chart@nutihart.com |
| O'MELVENY & MYERS LLP | jbeiswenger@omm.com |
| O'MELVENY & MYERS LLP | jrapisardi@omm.com<br>nmitchell@omm.com<br>dshamah@omm.com |
| O'MELVENY & MYERS LLP | pfriedman@omm.com |
| Office of the California Attorney General | bankruptcy@coag.gov |
| Office of the United States Trustee | james.l.snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>marta.villacorta@usdoj.gov |
| OLES MORRISON RINKER & BAKER LLP | malone@oles.com |
| Orrick, Herrington & Sutcliffe LLP | dfelder@orrick.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | dmintz@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | lmcgowen@orrick.com |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | malevinson@orrick.com |
| Orrick, Herrington & Sutcliffe LLP | tcmitchell@orrick.com |
| Pachulski Stang Ziehl & Jones LLP | jlucas@pszjlaw.com<br>gglazer@pszjlaw.com<br>dgrassgreen@pszjlaw.com<br>ipachulski@pszjlaw.com |
| Pachulski Stang Ziehl & Jones LLP | jfiero@pszjlaw.com |
| Parker, Hudson, Rainer & Dobbs, LLP | bbates@phrd.com |
| Parkinson Phinney | tom@parkinsonphinney.com |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com |

| | |
|---|---|
| | smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Pension Benefit Guaranty Corporation | wong.andrea@pbgc.gov<br>efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | morgan.courtney@pbgc.gov<br>efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | efile@pbgc.gov<br>robertson.daniel@pbgc.gov |
| Pension Benefit Guaranty Corporation | ngo.melissa@pbgc.gov<br>efile@pbgc.gov |
| Perkins Coie, LLP | adsmith@perkinscoie.com |
| Pierce Atwood LLP | kcunningham@pierceatwood.com |
| Pillsbury Winthrop Shaw Pittman LLP | dania.slim@pillsburylaw.com |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | hugh.ray@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | leo.crowley@pillsburylaw.com |
| Pillsbury Winthrop Shaw Pittman LLP | dminnick@pillsburylaw.com |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | philip.warden@pillsburylaw.com |
| PINO & ASSOCIATES | epino@epinolaw.com |
| PMRK LAW | peter@pmrklaw.com |
| Polsinelli LLP | lweber@polsinelli.com |
| Polsinelli LLP | rsoref@polsinelli.com |
| Prime Clerk LLC | pgeteam@primeclerk.com<br>serviceqa@primeclerk.com |
| Procopio, Cory, Hargreaves & Savitch LLP | gerald.kennedy@procopio.com |
| Proskauer Rose LLP | mbienenstock@proskauer.com<br>brosen@proskauer.com<br>mzerjal@proskauer.com |
| Proskauer Rose LLP | mfirestein@proskauer.com<br>lrappaport@proskauer.com<br>sma@proskauer.com |
| Provencher & Flatt, LLP | dbp@provlaw.com |
| Pryor Cashman LLP | rbeacher@pryorcashman.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | bennettmurphy@quinnemanuel.com |
| Reed Smith LLP | crivas@reedsmith.com<br>mhouston@reedsmith.com |
| Reed Smith LLP | jdoolittle@reedsmith.com |
| Reed Smith LLP | mhouston@reedsmith.com |
| Reed Smith LLP | mhowery@reedsmith.com |
| Reed Smith LLP | pmunoz@reedsmith.com |
| Reed Smith LLP | rsimons@reedsmith.com |
| REEDER LAW CORPORATION | david@reederlaw.com |

| | |
|---|---|
| Richards Law Firm | john@jtrlaw1.com<br>evan@jtrlaw1.com |
| RIMON, P.C. | lillian.stenfeldt@rimonlaw.com |
| RIMON, P.C. | phillip.wang@rimonlaw.com |
| Ringstad & Sanders LLP | nanette@ringstadlaw.com |
| Robins Cloud LLP | robins@robinscloud.com<br>rbryson@robinscloud.com |
| ROPERS, MAJESKI, KOHN & BENTLEY | steven.polard@rmkb.com |
| ROPES & GRAY LLP | gregg.galardi@ropesgray.com<br>keith.wofford@ropesgray.com<br>daniel.egan@ropesgray.com |
| Ropes & Gray LLP | mark.bane@ropesgray.com<br>matthew.roose@ropesgray.com |
| Ropes & Gray LLP | peter.welsh@ropesgray.com<br>joshua.sturm@ropesgray.com<br>patricia.chen@ropesgray.com |
| ROPES & GRAY LLP | ssally@ropesgray.com<br>matthew.mcginnis@ropesgray.com |
| RUTAN & TUCKER, LLP | rfriedman@rutan.com<br>pblanchard@rutan.com |
| San Francisco City Attorney's Office | owen.clements@sfcityatty.org<br>catheryn.daly@sfcityatty.org |
| Satterlee Stephens LLP | cbelmonte@ssbb.com<br>pbosswick@ssbb.com |
| SAVAGE, LAMB & LUNDE, PC | erlamblaw@gmail.com |
| SCHNADER HARRISON SEGAL & LEWIS LLP | gkalikman@schnader.com |
| SEVERSON & WERSON | dmg@severson.com<br>dhc@severson.com<br>bjk@severson.com |
| Seyfarth Shaw LLP | rpinkston@seyfarth.com<br>charney@seyfarth.com |
| Shearman & Sterling LLP | luckey.mcdowell@shearman.com |
| Shearman & Sterling LLP | daniel.laguardia@shearman.com |
| Shemanolaw | dshemano@shemanolaw.com |
| Sheppard, Mullin, Richter & Hampton LLP | mlauter@sheppardmullin.com |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | okatz@sheppardmullin.com<br>mlauter@sheppardmullin.com<br>sfarzan@sheppardmullin.com |
| SHIPMAN & GOODWIN LLP | egoldstein@goodwin.com |
| Shulman Hodges & Bastian LLP | lshulman@shbllp.com<br>mlowe@shbllp.com |
| Silicon Valley Law Group | dvd@svlg.com<br>keb@svlg.com |
| Simon Property Group, Inc. | cmartin@simon.com |

| | |
|---|---|
| SIMPSON THACHER & BARTLETT LLP | jsanders@stblaw.com |
| SIMPSON THACHER & BARTLETT LLP | michael.torkin@stblaw.com<br>ngoldin@stblaw.com<br>kmclendon@stblaw.com<br>jamie.fell@stblaw.com |
| SINGLETON LAW FIRM, APC | gerald@slffirm.com<br><br>john@slffirm.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | amy.park@skadden.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | eric.ivester@skadden.com |
| Solomon Ward Seidenwurm & Smith, LLP | mbreslauer@swsslaw.com<br>wyones@swsslaw.com |
| Sonoma Clean Power Authority | jmullan@sonomacleanpower.org |
| Southern California Edison Company | julia.mosel@sce.com<br>patricia.cirucci@sce.com |
| St. James Law, P.C. | ecf@stjames-law.com |
| State of California Franchise Tax Board | todd.bailey@ftb.ca.gov |
| State of California, Department of Industrial Relations | jcumming@dir.ca.gov |
| Steve Christopher | sc2104271@gmail.com |
| Stevens & Lee, P.C. | cp@stevenslee.com |
| Stevens & Lee, P.C. | lpg@stevenslee.com |
| Stewart Sokol & Larkin LLC | jdsokol@lawssl.com<br>kcoles@lawssl.com |
| STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | dandreoli@steyerlaw.com |
| STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | jlowenthal@steyerlaw.com |
| STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | squan@steyerlaw.com |
| STITES & HARBISON PLLC | ethompson@stites.com |
| STOEL RIVES LLP | andrew.morton@stoel.com<br>jennifer.slocum@stoel.com |
| STOEL RIVES LLP | david.levant@stoel.com |
| Stoel Rives LLP | gabrielle.glemann@stoel.com |
| Stoel Rives LLP | oren.haker@stoel.com |
| STOEL RIVES LLP | sunny.sarkis@stoel.com |
| STRADLING YOCCA CARLSON & RAUTH, P.C. | pglassman@sycr.com |
| STROOCK & STROOCK & LAVAN LLP | dmoon@stroock.com |
| Stroock & Stroock & Lavan LLP | fmerola@stroock.com |

| | |
|---|---|
| Stroock & Stroock & Lavan LLP | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com |
| STROOCK & STROOCK & LAVAN LLP | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>holsen@stroock.com<br>mspeiser@stroock.com<br>kpasquale@stroock.com<br>smillman@stroock.com |
| Stutzman, Bromberg, Esserman & Plifka, P.C. | esserman@sbep-law.com<br>taylor@sbep-law.com |
| Synergy Project Management, Inc. | ivan@icjenlaw.com |
| Taylor English Duma LLP | jmills@taylorenglish.com |
| The Bankruptcy Group, P.C. | daniel@thebklawoffice.com |
| The Davey Tree Expert Company | erika.schoenberger@davey.com |
| The Law Office of Joseph West | josephwest@westlawfirmofcalifornia.com |
| The Regents of the University of California | rhonda.goldstein@ucop.edu |
| TOGUT, SEGAL & SEGAL LLP | altogut@teamtogut.com<br>kortiz@teamtogut.com<br>aoden@teamtogut.com<br>aglaubach@teamtogut.com |
| Trodella & Lapping LLP | rich@trodellalapping.com |
| TROUTMAN SANDERS LLP | gabriel.ozel@troutman.com |
| TROUTMAN SANDERS LLP | harris.winsberg@troutman.com<br>matthew.roberts2@troutman.com |
| Troutman Sanders LLP | hugh.mcdonald@troutman.com |
| TURN—The Utility Reform Network | mtoney@turn.org<br>tlong@turn.org |
| U.S. Department of Justice | danielle.pham@usdoj.gov |
| U.S. Department of Justice | danielle.pham@usdoj.gov |
| U.S. Department of Justice, Civil Division | shane.huang@usdoj.gov |
| U.S. Department of Justice, Civil Division | shane.huang@usdoj.gov |
| Union Pacific Railroad Company | bankruptcynotices@up.com |
| United States Department of Justice Civil Division | matthew.troy@usdoj.gov |
| United States Department of Justice Civil Division | matthew.troy@usdoj.gov |
| US Securities and Exchange Commission | sanfrancisco@sec.gov |
| US Securities and Exchange Commission | secbankruptcy@sec.gov |
| Vorys, Sater, Seymour and Pease LLP | tscobb@vorys.com |
| WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP | wagstaffe@wvbrlaw.com<br>busch@wvbrlaw.com |

| | |
|---|---|
| Walkup Melodia Kelly & Schoenberger | mkelly@walkuplawoffice.com<br>kbaghdadi@walkuplawoffice.com<br>mschuver@walkuplawoffice.com |
| Walter Wilhelm Law Group a Professional Corporation | rileywalter@w2lg.com<br>mwilhelm@w2lg.com |
| Weil, Gotshal & Manges LLP | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Weinberg Roger & Rosenfeld | bankruptcycourtnotices@unioncounsel.net<br>erich@unioncounsel.net<br>tmainguy@unioncounsel.net<br>cgray@unioncounsel.net |
| WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN | joelsner@weintraub.com |
| Wendel Rosen LLP | mbostick@wendel.com<br>llenherr@wendel.com |
| White & Case LLP | cshore@whitecase.com |
| White & Case LLP | rkampfner@whitecase.com |
| White & Case LLP | tlauria@whitecase.com<br>mbrown@whitecase.com |
| Williams Kastner | tblischke@williamskastner.com |
| Willkie Farr & Gallagher LLP | mfeldman@willkie.com<br>jminias@willkie.com<br>dforman@willkie.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | chris.johnstone@wilmerhale.com |
| Winston & Strawn LLP | dneier@winston.com |
| WINSTON & STRAWN LLP | jrawlins@winston.com |
| Winston & Strawn LLP | myuffee@winston.com |
| WINTHROP COUCHOT GOLUBOW HOLLANDER, LLP | rgolubow@wcghlaw.com |
| Wolkin Curran, LLP | jcurran@wolkincurran.com |
| Worley Law, P.C. | kw@wlawcorp.com |
| Young Ward & Lothert, A Professional Law Corporation | info@youngwardlothert.com |