# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>Ref. Docket No. 4858 |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Lead Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 25, 2019, I caused to be served the "Certificate of No Objection Regarding Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period August 1, 2019 Through August 31, 2019," dated November 21, 2019 [Docket No. 4858], by causing true and correct copies to be:

   a. enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
26th day of November, 2019
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires November 24, 2021

# EXHIBIT A

# PG&E CORPORATION

# FEE APP NOTICE PARTIES

| | |
|---|---|
| BAKER & HOSTETLER, LLP<br>COUNSEL FOR OFFICIAL COMMITTEE OF TORT CLAIMANTS<br>ATTN: ERIC E. SAGERMAN AND CECILY DUMAS<br>11601 WILSHIRE BLVD.<br>SUITE 1400<br>LOS ANGELES CA 90025-0509 | MILBANK LLP<br>COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>ATTN: DENNIS F. DUNNE, SAMUEL A. KHALIL<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163 |
| DLA PIPER LLP<br>ATTN: JOSHUA D. MORSE<br>555 MISSION STREET<br>SUITE 2400<br>SAN FRANCISCO CA 94105-2933 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: JAMES L. SNYDER, ESQ. & TIMOTHY LAFREDDI, ESQ.,<br>MARTA E. VILLACORTA<br>450 GOLDEN GATE AVE<br>SUITE 05-0153<br>SAN FRANCISCO CA 94102 |
| PG&E CORPORATION<br>ATTN: JANET LODUCA<br>77 BEALE STREET<br>SAN FRANCISCO CA 94177 | |

# EXHIBIT B

| |
|---|
| bamexampge@gmail.com |
| david.riley@dlapiper.com |
| ddunne@milbank.com |
| esagerman@bakerlaw.com |
| Gbray@milbank.com |
| James.L.Snyder@usdoj.gov |
| jessica.liou@weil.com |
| jkim@kellerbenvenutti.com |
| lattard@bakerlaw.com |
| Marta.Villacorta@usdoj.gov |
| matthew.goren@weil.com |
| Paronzon@milbank.com |
| rachael.foust@weil.com |
| skhalil@milbank.com |
| stephen.karotkin@weil.com |
| timothy.s.laffredi@usdoj.gov |
| tkeller@kellerbenvenutti.com |
| TKreller@milbank.com |
| traceyrgallegos@gmail.com |