# EXHIBIT A

# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## OCTOBER 1 THROUGH OCTOBER 31, 2019

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from October 1, 2019 through October 31, 2019 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Kevin S. Allred | Partner | 1986 | $950.00 | 122.7 | $116,565.00 | Litigation |
| Brad D. Brian | Partner | 1977 | $1,400.00 | 102.2 | $143,080.00 | Litigation |
| Erin J. Cox | Partner | 2009 | $895.00 | 7.7 | $6,891.50 | Litigation |
| Lisa J. Demsky | Partner | 1996 | $995.00 | 173.2 | $172,334.00 | Litigation |
| Michael R. Doyen | Partner | 1982 | $1,300.00 | 164.3 | $213,590.00 | Litigation |
| David H. Fry | Partner | 1997 | $995.00 | 196.6 | $195,617.00 | Litigation |
| Elaine J. Goldenberg | Partner | 1997 | $995.00 | 30.5 | $30,347.50 | Appellate |
| David B. Goldman | Partner | 1991 | $995.00 | 4.6 | $4,577.00 | Corporate |
| Seth Goldman | Partner | 2002 | $995.00 | 28.3 | $28,158.50 | Restructuring |
| Miriam Kim | Partner | 2002 | $895.00 | 64.3 | $57,548.50 | Litigation |
| Judith T. Kitano | Partner | 1988 | $1,100.00 | 0.3 | $330.00 | Corporate |
| Luis Li | Partner | 1991 | $1,300.00 | 104.8 | $136,240.00 | Litigation |
| Matthew A. MacDonald | Partner | 2008 | $895.00 | 243.2 | $217,664.00 | Litigation |
| Kathleen M. McDowell | Partner | 1984 | $895.00 | 69.7 | $62,381.50 | Litigation |
| James C. Rutten | Partner | 1997 | $995.00 | 33.0 | $32,835.00 | Litigation |
| Donald B. Verrilli | Partner | 1983 | $1,400.00 | 0.8 | $1,120.00 | Appellate |
| Henry Weissmann | Partner | 1987 | $1,300.00 | 188.5 | $245,050.00 | Litigation |
| Michael E. Greaney | Of Counsel | 1996 | $890.00 | 13.4 | $11,926.00 | Corporate / Real Estate |
| Sarah J. Cole | Of Counsel | 2002 | $890.00 | 106.7 | $94,963.00 | Litigation |
| Brad R. Schneider | Of Counsel | 2004 | $890.00 | 2.5 | $2,225.00 | Restructuring |
| Grant R. Arnow | Associate | 2017 | $535.00 | 244.2 | $130,647.00 | Litigation |
| Nick Axelrod | Associate | 2013 | $775.00 | 280.3 | $217,232.50 | Litigation |
| Michael C. Baker | Associate | 2016 | $625.00 | 205.9 | $128,687.50 | Litigation |
| Andre W. Brewster | Associate | 2015 | $685.00 | 102.0 | $69,870.00 | Litigation |
| Wesley T.L. Burrell | Associate | 2011 | $810.00 | 55.1 | $44,631.00 | Litigation |

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Allison M. Day | Associate | 2015 | $685.00 | 79.6 | $54,526.00 | Litigation |
| Raquel E. Dominguez | Associate | 2019 | $460.00 | 14.6 | $6,716.00 | Litigation |
| Brendan Gants | Associate | 2016 | $750.00 | 65.6 | $49,200.00 | Litigation |
| Alexander S. Gorin | Associate | 2017 | $535.00 | 168.6 | $90,201.00 | Litigation |
| Lauren M. Harding | Associate | 2015 | $685.00 | 139.0 | $95,215.00 | Litigation |
| Erinma E. Kalu | Associate | 2019 | $460.00 | 142.5 | $65,550.00 | Litigation |
| Megan L. McCreadie | Associate | 2017 | $535.00 | 66.5 | $35,577.50 | Litigation |
| Michele C. Nielsen | Associate | 2016 | $625.00 | 197.1 | $123,187.50 | Litigation |
| Anthony J. Ramirez | Associate | 2016 | $625.00 | 0.3 | $187.50 | Corporate |
| Teresa A. Reed Dippo | Associate | 2015 | $685.00 | 82.3 | $56,375.50 | Litigation |
| Giovanni S. Saarman Gonzalez | Associate | 2016 | $625.00 | 175.1 | $109,437.50 | Litigation |
| Trevor N. Templeton | Associate | 2016 | $685.00 | 283.5 | $194,197.50 | Litigation |
| Bobby Malhotra | eDiscovery Attorney | 2008 | $575.00 | 0.5 | $287.50 | N/A |
| Mark M. Chowdhury | Staff Counsel | 1991 | $380.00 | 61.6 | $23,408.00 | N/A |
| Michael Y. Doko | Staff Counsel | 1998 | $405.00 | 92.2 | $37,341.00 | N/A |
| Candice Fuller | Staff Counsel | 2014 | $460.00 | 37.5 | $17,250.00 | N/A |
| Kevin Y. Kim | Staff Counsel | 2018 | $405.00 | 3.8 | $1,539.00 | N/A |
| Michael L. Lerew | Staff Counsel | 1993 | $380.00 | 65.7 | $24,966.00 | N/A |
| Shelley Lipman | Staff Counsel | 1993 | $380.00 | 65.1 | $24,738.00 | N/A |
| Susan Liu | Staff Counsel | 2001 | $460.00 | 57.4 | $26,404.00 | N/A |
| Terence M. McKiernan | Staff Counsel | 1999 | $460.00 | 107.3 | $49,358.00 | N/A |
| Lisa M. McLean | Staff Counsel | 2001 | $380.00 | 52.3 | $19,874.00 | N/A |
| Hadi Motiee | Staff Counsel | 2007 | $460.00 | 19.6 | $9,016.00 | N/A |
| Marcia B. Osborne | Staff Counsel | 1989 | $405.00 | 85.1 | $34,465.50 | N/A |
| Doris R. Perl | Staff Counsel | 1990 | $460.00 | 73.1 | $33,626.00 | N/A |
| Mark M. Perl | Staff Counsel | 1991 | $460.00 | 31.9 | $14,674.00 | N/A |
| Allison Rector | Staff Counsel | 2018 | $405.00 | 4.8 | $1,944.00 | N/A |
| Jarrett D. Reid | Staff Counsel | 2010 | $405.00 | 121.6 | $49,248.00 | N/A |
| Barni Rothman | Staff Counsel | 1985 | $405.00 | 49.8 | $20,169.00 | N/A |
| Arjang Seraji | Staff Counsel | 1997 | $460.00 | 134.6 | $61,916.00 | N/A |
| Jennifer Galindo | Paralegal | N/A | $380.00 | 8.8 | $3,344.00 | N/A |

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Bruce M. Gordon | Paralegal | N/A | $270.00 | 29.4 | $7,938.00 | N/A |
| Michael J. Lamb | Paralegal | N/A | $380.00 | 127.5 | $48,450.00 | N/A |
| Cynthia R. Richardson | Paralegal | N/A | $380.00 | 51.9 | $19,722.00 | N/A |
| Justin A.Wilson | Paralegal | N/A | $325.00 | 13.7 | $4,452.50 | N/A |
| Victor H. Gonzales | ALS | N/A | $350.00 | 75.6 | $26,460.00 | N/A |
| Bowe Kurowski | ALS | N/A | $430.00 | 151.4 | $65,102.00 | N/A |
| Phillip E. Nickels, Jr. | ALS | N/A | $430.00 | 23.9 | $10,277.00 | N/A |
| Jason D. Troff | ALS | N/A | $430.00 | 106.5 | $45,795.00 | N/A |
| Agnes O. Villero | Library | N/A | $245.00 | 26.0 | $6,370.00 | N/A |
| Alan S. Shaw-Krivosh | Litigation Analyst | N/A | $110.00 | 26.5 | $2,915.00 | N/A |
| Benjamin J. Shin | Litigation Analyst | N/A | $110.00 | 5.6 | $616.00 | N/A |
| Nicholas C. Wiley | Litigation Analyst | N/A | $110.00 | 16.2 | $1,782.00 | N/A |
| Milagros R. D'Albert | Case Clerk | N/A | $110.00 | 0.8 | $88.00 | N/A |
| Nelson Marinero | Case Clerk | N/A | $110.00 | 15.3 | $1,683.00 | N/A |
| **Total Professionals:** | | | | **5702.5** | **$3,940,101.00** | |

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partner | $ 1,084 | 1,534.7 | $ 1,664,329.50 |
| Of Counsel | $ 890 | 122.6 | $ 109,114.00 |
| Associate | $ 639 | 2,302.2 | $ 1,471,439.00 |
| eDiscovery Attorney | $ 575 | 0.5 | $ 287.50 |
| Staff Counsel | $ 423 | 1,063.4 | $ 449,936.50 |
| **Attorneys Total** | **$ 736** | **5,023.4** | **$ 3,695,106.50** |
| Paralegal | $ 363 | 231.3 | $ 83,906.50 |
| ALS | $ 413 | 357.4 | $ 147,634.00 |
| Library | $ 245 | 26.0 | $ 6,370.00 |
| Litigation Analyst | $ 110 | 48.3 | $ 5,313.00 |
| Case Clerk | $ 110 | 16.1 | $ 1,771.00 |
| **Paraprofessionals Total** | **$ 361** | **679.1** | **$ 244,994.50** |
| **Grand Total** | **$ 691** | **5,702.5** | **$ 3,940,101.00** |