# EXHIBIT B

# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR
## SERVICES RENDERED BY MUNGER, TOLLES & OLSON LLP
## OCTOBER 1 THROUGH OCTOBER 31, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 021 | Non-Bankruptcy Litigation / Wildfire (Criminal) | 2469.9 | $1,463,529.50 |
| 022 | Non-Working Travel[2] | 110.7 | $102,351.00 |
| 023 | Purchase Power Agreements (including Adversary Proceedings) | 122.0 | $96,355.00 |
| 025 | Regulatory Issues Including CPUC and FERC | 754.7 | $640,653.50 |
| 026 | Retention / Billing / Fee Applications: MTO | 62.1 | $40,157.00 |
| 033 | TUB - Tubbs Fire state court litigation (Judge Jackson) | 1893.5 | $1,363,148.00 |
| 035 | Kincade | 289.6 | $233,907.00 |
| **TOTAL** | | **5702.5** | **$3,940,101.00** |

---

[2] MTO has been engaged in discussions with the Fee Examiner regarding the treatment of non-working travel time in the First Interim Application following the hearing on the motion of the Fee Examiner on October 7, 2019. Until those discussions conclude, MTO has continued to bill non-working travel time at one half of the time recorded but will adjust these amounts once the issue has been resolved with the Fee Examiner and the Court has approved the First Interim Application.