# EXHIBIT C

# EXHIBIT C

## EXPENSE SUMMARY
## OCTOBER 1 THROUGH OCTOBER 31, 2019

| EXPENSES | AMOUNTS |
|---|---:|
| Meals | $1,376.33 |
| Travel – Airfare | $11,274.92 |
| Travel – Hotel | $19,230.59 |
| Travel – Ground (Local) | $48.00 |
| Travel – Ground (Out of Town) | $3,558.49 |
| Copying Charges | $1,055.58 |
| Messenger | $394.21 |
| Air Express | $210.46 |
| Other Expense | $92.00 |
| **Total Expenses Requested:** | **$37,240.58** |