# UNITED STATES BANKRUPTCY COURT

## Northern District of California

In re: <u>PG&E Corporation</u>                        Case No. <u>19-30088</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>TRC MASTER FUND LLC</u><br>Name of Transferee | <u>INNOVEX ENVIRONMENTAL MANAGEMENT</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598<br><br>Phone: <u>516-255-1801</u><br>Last four digits of Acct#: <u>N/A</u> | Court Claim # (if known): <u>N/A</u><br>Amount of Claim: <u>USD$22,067.00</u><br>Date Claim Filed: <u>N/A</u><br><br>Phone: <u>(925) 270-2438</u><br>Last four digits of Acct.#: <u>N/A</u><br><br>Name and Current Address of Transferor:<br><br>Innovex Environmental Management<br>2300 Clayton Rd Ste 1435<br>Concord, CA 94520 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: <u>N/A</u><br>Last four digits of Acct#: <u>N/A</u> | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/Terrel Ross</u>                        Date: <u>December 5, 2019</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

## Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Northern District of California
Attention: Clerk

AND TO: Pacific Gas and Electric Company (Debtor)
Case No. 19-30089
(Jointly Administered Under PG&E Corporation et al., Case No. 19-30088)

Claim # N/A

**Innovex Environmental Management,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$22,067.00** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __4th__ DAY OF __December__, 2019.

ASSIGNOR: Innovex Environmental Management.
_____
(Signature)

Ronald D. Chinn
(Print Name)

President
(Title)

ASSIGNEE: TRC MASTER FUND LLC
_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Trade Payables** | | | | | | | |
| 3.1908 INGERSOLL RAND INDUSTRIAL<br>2373 LINCOLN AVE<br>HAYWARD, CA 94545 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $183,314 |
| 3.1909 INGOMAR PACKING CO. LLC<br>PO BOX 1448<br>LOS BANOS, CA 93536 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $16,448 |
| 3.1910 INNERLINE ENGINEERING INC<br>24541 REDLANDS BLVD<br>LOMA LINDA, CA 92354 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $37,374 |
| 3.1911 INNISFREE M&A INCORPORATED<br>501 MADISON AVE 20TH FL<br>NEW YORK, NY 10022 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $17,208 |
| 3.1912 INNOVEX ENVIRONMENTAL MANAGEMENT<br>2300 CLAYTON RD STE 1435<br>CONCORD, CA 94520 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $22,067 |
| 3.1913 INSIDE WASHINGTON PUBLISHERS LLC<br>P.O. BOX 7167<br>WASHINGTON, DC 20044 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $1,545 |
| 3.1914 INSIGHT GLOBAL LLC<br>4170 ASHFORD DUNWOODY RD STE250<br>ATLANTA, GA 30319 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $3,284,795 |
| 3.1915 INSIGHT SERVICES INC<br>20338 PROGRESS DR<br>STRONGSVILLE, OH 44149 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $3,392 |
| 3.1916 INSIGNIA ENVIRONMENTAL<br>258 HIGH STREET<br>PALO ALTO, CA 94301 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $3,633 |
| 3.1917 INSTANT TRANSACTIONS CORPORATION<br>848 N RAINBOW BLVD #2729<br>LAS VEGAS, NV 89107 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $1,140 |
| 3.1918 INSTITUTE OF HEATING AND AIR<br>454 W BROADWAY<br>GLENDALE, CA 91204 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $14,356 |

Page 175 of 9581 to Schedule E/F Part 2

Case: 19-30088    Doc# 906-4    Filed: 03/14/19    Entered: 03/14/19 23:02:08    Page 175 of 168
Case: 19-30088    Doc# 4997    Filed: 12/05/19    Entered: 12/05/19 12:48:03    Page 3 of 3