# UNITED STATES BANKRUPTCY COURT

# Northern District of California

In re: PG&E Corporation    Case No. 19-30088

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC<br>Name of Transferee | INNOVEX Environmental Management<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598<br><br>Phone: 516-255-1801<br>Last four digits of Acct#: N/A | Court Claim # (if known): 2185<br>Amount of Claim: USD$11,294.71<br>Date Claim Filed: 04/12/2019<br><br>Phone: (925) 270-2438<br>Last four digits of Acct.#: N/A<br><br>Name and Current Address of Transferor:<br><br>Innovex Environmental Management<br>2300 Clayton Rd Ste 1435<br>Concord, CA 94520 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: N/A<br>Last four digits of Acct#: N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross    Date: December 5, 2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Northern District of California
Attention: Clerk

AND TO: Pacific Gas and Electric Company (Debtor)
Case No. 19-30089
(Jointly Administered Under PG&E Corporation et al., Case No. 19-30088)

Claim # 2185

**INNOVEX Environmental Management, Inc.,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD $11,294.71** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___4th___ DAY OF ___December___, 2019.

**ASSIGNOR: INNOVEX Environmental Management, Inc.**

_____
(Signature)

Ronald D. Chinn
(Print Name)

President
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)



# Creditor Data Details - Claim # 2185

**Creditor**
INNOVEX Environmental Management, Inc.
2300 Clayton Road, Suite 1435
Concord, CA 94520

**Debtor Name**
Pacific Gas and Electric Company
**Date Filed**
04/12/2019

**Claim Number**
2185
**Schedule Number**
n/a

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | $11,294.71 | | $11,294.71 | Asserted |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $0.00 | | $11,294.71 | | $11,294.71 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign