**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**REQUEST FOR ENTRY OF ORDER BY DEFAULT GRANTING DISCONNECTION OII SETTLEMENT MOTION**<br><br>**[Relates to Dkt. No. 4665]**<br><br>Hearing Date: December 11, 2019<br>Hearing Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>Objection Deadline: December 4, 2019<br>4:00 p.m. **(**Pacific Time**)** |

## REQUEST FOR ENTRY OF ORDER BY DEFAULT

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Dkt No. 1996] (the "**Case Management Order**"), that the Court enter an order by default on the *Debtors' Motion for an Order (I) Approving Settlement Agreement Resolving Service Disconnection OII and (II) Granting Related Relief* filed by the Debtors on November 11, 2019 [Dkt. No. 4665] (the "**Motion**").

## RELIEF REQUESTED IN THE MOTION

The Motion seeks entry of an order approving the amended settlement agreement, dated May 9, 2019 (the "**Settlement Agreement**"), by and among the Utility and the Utility Enforcement Branch of the Consumer Protection and Enforcement Division ("**CPED**") of the California Public Utilities Commission ("**CPUC**") resolving the Disconnection OII (as defined in the Motion).

A proposed order (the "**Proposed Order**") was attached as **Exhibit A** to the Motion. The order being submitted is different from the Proposed Order attached to the Motion in that the reference to a hearing being held has been deleted.

## NOTICE AND SERVICE

A *Notice of Hearing on Debtors' Motion for an Order (I) Approving Settlement Agreement Resolving Service Disconnection OII and (II) Granting Related Relief* was filed concurrently with the Motion on November 11, 2019 [Dkt. No. 4667] (the "**Notice of Hearing**"). The Motion, its supporting declaration of Rakesh Nigam, and the Notice of Hearing were served as described in the Certificate of Service of Sonia Akter filed on November 15, 2019 [Dkt. No. 4763]. The deadline to file responses or oppositions to the Motion has passed, and no responses or oppositions have been filed with the Court or received by counsel for the Debtors.

# DECLARATION OF NO RESPONSE RECEIVED

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am an attorney with the firm of Keller & Benvenutti LLP, co-counsel for the Debtors.

2. I have reviewed the Court's docket in the Chapter 11 Cases and have determined that no response or opposition has been filed with respect to the Motion.

3. This declaration was executed in San Francisco, California.

WHEREFORE, the Debtors hereby request entry of the Proposed Order substantially in the form attached to the Motion, granting the Motion as set forth therein.

Dated: December 5, 2019

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

*/s/ Thomas B. Rupp*
　　　Thomas B. Rupp

*Attorneys for Debtors and Debtors in Possession*