# Exhibit A

## Summary Chart of the Contested Claims

| Claim Number | Entity | Relevant Fire | Damages Sought | Total Claim Amount | Contested Amount |
|---|---|---|---|---|---|
| 59682 | U.S. Department of the Interior - National Park Service | Atlas | Suppression costs | $9,368.42 | $9,368.42 |
| 63744 | U.S. Department of the Interior - National Park Service | Butte | Suppression costs | $33,749.97 | $33,749.97 |
| 65522 | U.S. Department of the Interior - National Park Service | Tubbs | Suppression costs | $102,302.81 | $102,302.81 |
| 59734 | FEMA | North Bay Fires | Public and individual assistance, administrative costs | $1,227,587,473.81 | $1,227,587,473.81 |
| 59783 | FEMA | Butte | Public and individual assistance, administrative costs | $160,598,290.22 | $160,598,290.22 |
| 73262 | California Department of Developmental Services | Camp and Norrbom-Nuns | Evaluation and care of individuals with developmental disabilities and property damage | $5,091,429.65 | $5,091,429.65 |
| 77897 | California Department of Forestry and Fire Protection | Adobe, Atlas, Norrbom, Nuns, Partrick, Pocket, Pressley, Pythian/Oakmont | Suppression, administrative, accounting and investigation costs | $117,504,408.91 | $117,504,408.91 |
| 75665 | California Department of Forestry and Fire Protection | Blue | Suppression, administrative, accounting and investigation costs | $172,621.03 | $172,621.03 |
| 79729 | California Department of Forestry and Fire Protection | Butte | Suppression, administrative, accounting and investigation costs | $104,545,284.20 | $104,545,284.20 |
| 78467 | California Department of Forestry and Fire Protection | Camp | Suppression, administrative, accounting and investigation costs | $109,506,276.63 | $109,506,276.63 |
| 77727 | California Department of Forestry and Fire Protection | Cascade, La Porte, Lobo and McCourtney | Suppression, administrative, accounting and investigation costs | $11,224,238.65 | $11,224,238.65 |
| 77667 | California Department of Forestry and Fire Protection | Honey | Suppression, administrative, accounting and investigation costs | $1,104,743.07 | $1,104,743.07 |

| Claim Number | Entity | Relevant Fire | Damages Sought | Total Claim Amount | Contested Amount |
|---|---|---|---|---|---|
| 79752 | California Department of Forestry and Fire Protection | Sulphur | Suppression, administrative, accounting and investigation costs | $2,925,443.59 | $2,925,443.59 |
| 65505 | California Department of Forestry and Fire Protection | N/A | Post-petition attorney fees | $82,857.25 | $82,857.25 |
| 77351 | California Department of Toxic Substances Control | Butte, Camp, Cascade, La Porte, Lobo, McCourtney, Redwood Valley, and Sulphur | Environmental obligations and liabilities | $7,166,391.29 | $7,166,391.29 |
| 79746 | California State University, Chico | Camp | Property damage, loss of income, emergency operation center costs and labor costs | $273,460.26 | $273,460.26 |
| 60117 | California Department of Parks and Recreation | Camp | Travel expenses for employees | $3,407.08 | $3,407.08 |
| 61514 | California Department of Parks and Recreation | Camp | Voyager cost for fuel used for mitigation | $235.62 | $235.62 |
| 77696 | California Department of Parks and Recreation | Camp | Labor costs | $122,102.52 | $122,102.52 |
| 77861 | California Department of Parks and Recreation | Camp | Labor costs | $5,691.33 | $5,691.33 |
| 79533 | California Department of Parks and Recreation | Camp | Event Permit for Power restoration | $4,900.00 | $4,900.00 |
| 77009 | California Department of Parks and Recreation | Nuns and Tubbs | Staff costs for property protection, human safety, staffing and field patrols | $1,029,600.00 | $1,029,600.00 |
| 77624 | California Governor's Office of Emergency Services | North Bay Fires | Public assistance | $346,933,590.00 | $228,224,955 (funds spent on emergency services) |
| 79429 | California Governor's Office of Emergency Services | Butte | Public assistance | $106,638,695.00 | $106,638,695.00 |
| 79878 | Department of Veterans Affairs of the State of California | Butte, Camp and Nuns | Property damage and debris removal | $10,878,747.41 | $4,385,193.55 (amounts paid for property damage) |
| 72321 | California Department of Transportation | North Bay Fires | Emergency response, cleanup and repairs of infrastructure | $7,587,178.97 | $7,587,178.97 |

Ex. A (continued)

| Claim Number | Entity | Relevant Fire | Damages Sought | Total Claim Amount | Contested Amount |
|---|---|---|---|---|---|
| 68782 | California Department of Transportation | Camp | Emergency response, cleanup and repairs of infrastructure | $217,044,048.00 | $13,683,195.98 (amounts paid for labor costs, operating expenses and emergency contacts) |
| 59459 | Adventist Health System/West and Feather River Hospital | Camp | Economic (property, lost wages, assistance costs) damages and punitive damages | $1,012,061,204.00 | $142,888,153 (cleanup costs, loss of inventory, operating losses, miscellaneous damages) |
| 59996 | Adventist Health System/West and Feather River Hospital | Camp | Economic (property, lost wages, assistance costs) damages and punitive damages | $1,012,061,204.00 | $142,888,153 (cleanup costs, loss of inventory, operating losses, miscellaneous damages) |