# Exhibit B

AP SERVICES, LLC

Summary of Fees and Hours by Professionals and
Description of Responsibilities of Professionals – Pacific Gas and Electric Company, et al.
For the Period October 1, 2019 through October 31, 2019

| PROFESSIONAL | APS TITLE | RESPONSIBILITIES | RATE | HOURS | FEES |
|---|---|---|---|---|---|
| James A Mesterharm | Managing Director | Develop and implement financial restructuring strategies; serve as lead AP Services resource on bankruptcy and restructuring issues; serve as key interface with creditor constituencies and other principal parties in interest; assist counsel in preparing and providing support for case motions, including testimony in bankruptcy court; provide transactional guidance, direction, and oversight; direct AP Services team and management on restructuring workstreams; assist management and advisors in development and negotiation of Plan of Reorganization | $1,140 | 144.9 | $ 165,186.00 |
| John Boken | Managing Director | Develop and implement financial and operational restructuring strategies; serve as lead AP Services resource and interface with creditor advisors, creditor constituencies, contract counterparties, and other principal parties in interest; provide operational guidance, direction, and oversight; oversee AP Services team and management in financing, liquidity management, operational improvement, diligence support, contract assessment, and other key restructuring workstreams; oversee development of business plan and long-term forecast; coordinate with counsel on support for case motions, including testimony in bankruptcy court; assist management and advisors in development and negotiation of Plan of Reorganization | $1,140 | 235.2 | 268,128.00 |
| David R Hindman | Managing Director | Develop and implement operational restructuring and cost reduction strategies; serve as lead AP Services resource on energy procurement, contract portfolio, and counterparty management issues; lead AP Services team and management in identification and implementation of cost efficiency opportunities across all business units and support functions; assist in interface, communications, and diligence support with creditor advisors, creditor constituencies, contract counterparties, and other principal parties in interest; assist in development of business plan and long-term forecast, assumptions, and support | $1,015 | 210.6 | 213,759.00 |
| Robb C McWilliams | Managing Director | Direct case management activities and priorities of working teams across multiple work streams and advise on various matters including the review of invoices for the determination of prepetition and postpetition, monthly operating reports, claims analysis, assessment of contracts for assumption or rejection and the review and analysis of the | $1,015 | 141.4 | 143,521.00 |

| Name | Title | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | various term sheets and the Plan of Reorganization | | | |
| Vance L Scott | Managing Director | Lead the Supplier Reset Negotiations workstream for Tier 1 and Tier 2 Electric Operations, Gas Operations, Power and Nuclear Generation, Corporate Services and IT Vendors as part of the assessment of executory contracts. | $1,015 | 99.5 | 100,992.50 |
| Brooke Hopkins | Managing Director | Lead the effort to prepare materials for the board review of Third Party Risk Management and Contract Management including Plan-to-Procure-to-Pay process improvements in collaboration with the CPO and Internal Audit. Identify financial control improvements to help with underlying issues such as AFPOs Accrual process, etc. | $1,015 | 163.7 | 166,155.50 |
| Albert Leung | Director | Lead labor, organizational effectiveness and benefits cost savings assessment which includes development of labor model and analysis of PGE internal and external labor spend for each line of business. Support additional labor related optimization initiatives across lines of businesses and other program management office implementation. | $945 | 7.4 | 6,993.00 |
| Eva Anderson | Director | Manage and facilitate development of responses to all diligence requests submitted by the Official Committee advisors and ad hoc creditor advisors. Support development of presentation materials for extensive on-site creditor advisor management meetings. Support Company's real estate team on bankruptcy-related owned and leased property issues. | $945 | 227.0 | 214,515.00 |
| John Kaplan | Director | Support cost reduction workstream and drive the Integrated Investment Planning & Project Execution Processes Implementation. Leading redesign of Main Replacement planning and project execution process. | $945 | 198.4 | 187,488.00 |
| Ken Chan | Director | Support cost reduction workstream activities. Lead overall vegetation management cost reduction (wildfire, wood removal, technology productivity improvement, contract negotiation, supply strategy). Co-lead fleet management cost reduction (outsourcing, specs rationalization, process improvement, demand management). Assist electrical operations contracting and process improvement. | $945 | 252.1 | 238,234.50 |
| Rus Parashchak | Director | Support cost reduction workstreams and Integrated Investment Planning & Project Execution Processes Implementation. Help drive redesign of Main Replacement planning and project execution process. | $945 | 228.1 | 215,554.50 |
| Randy Fike | Director | Support the Supplier Reset Negotiations workstream for Tier 1 and Tier 2 Electric Operations, Gas Operations, Power and Nuclear Generation, Corporate Services and IT Vendors as part of the assessment of executory contracts. Serve as principal negotiator for the Power and Nuclear Generation, Corporate Services and IT Vendors. | $945 | 237.2 | 224,154.00 |

| Name | Title | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Lisa Perfetti | Director | Support the effort to prepare materials for the board review of Third Party Risk Management and Contract Management including Plan-to-Procure-to-Pay process improvements in collaboration with the CPO and Internal Audit. Identify financial control improvements to help with underlying issues such as AFPOs, Accrual process, etc. | $945 | 207.0 | 195,615.00 |
| Virgilio E Sosa | Director | Support the Supplier Reset Negotiations workstream for Tier 1 and Tier 2 Electric Operations, Gas Operations, Power and Nuclear Generation, Corporate Services and IT Vendors as part of the assessment of executory contracts. Serve as principal negotiator for the Electric Operations Vendors. | $945 | 259.9 | 245,605.50 |
| Bradley Hunter | Director | Lead liquidity and cash management workstreams. Manage development and maintenance of cash forecast and actual tracking models. Coordinate production of periodic cash forecast reports for internal and external reporting. Participate in regular meetings with management to review cash flow trends and liquidity status. | $895 | 25.1 | 22,464.50 |
| Erik Bell | Director | Support the operation of the Spend Governance Committee. Participate in cost reduction efforts around the Gas Operations and Power Generation groups including the identification and evaluation of specific opportunities to reduce or defer expenditures in an effort to lower customer energy rates. | $895 | 161.4 | 144,453.00 |
| John C Labella | Director | Lead and manage team of PGE, AP Services and temporary staffing in the review of vendor invoices for a determination if services or goods provided were in the pre or post-petition period. Design and implement updated semi-automated invoice review processes to expedite invoice reviews as necessary. Provide support to PGE accounting group in identifying and aggregating financial data for preparation of Monthly Operating reports for July and August. Develop and manage claims review teams to perform reconciliations of vendor trade claims against relevant company records and assist in resolution of causes for variances. | $895 | 175.9 | 157,430.50 |
| Denise Lorenzo | Director | Design and manage process for submitting, approving and processing prepetition payments authorized under various first day motions (Supplier Management Committee), including the assessment of Operational Integrity Supplier designations. Design and manage process for reporting of executed prepetition payments and maintaining controls to ensure compliance with granted first day authority. Design and manage process for designating all executory contracts for assumption, rejection and renegotiation. | $830 | 185.8 | 154,214.00 |
| Michelle R Repko | Director | Design and manage process for all claims resolution efforts across various company functional teams. Assist company in preforming preliminary analysis on existing claims population. Assist company in development and execution of high dollar claim assessment process to facilitate Q3 | $830 | 165.8 | 137,614.00 |

| Name | Title | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | financial reporting requirements. Support various other case management efforts. | | | |
| John Galiski | Director | Work on the effort to prepare materials for the board review of Third Party Risk Management and Contract Management including Plan-to-Procure-to-Pay process improvements in collaboration with the CPO and Internal Audit. Identify financial control improvements to help with underlying issues such as AFPOs, Accrual process, etc. | $830 | 242.0 | 200,860.00 |
| Brent Robison | Director | Lead cross-functional effort with AP Services team and company team members in development and implementation of a process to resolve over 600 asserted 503b9 claims. Assist company in development and formation of claims steering committee and organization-wide process for resolving claims. Assist company in preforming preliminary analysis on existing claim population. Support various other case management efforts. | $775 | 181.6 | 140,740.00 |
| Eric J Powell | Director | Lead Construction Services and Engineering cost savings assessment which includes external sourcing labor and non-labor work and internal work and resource optimization; coordinate interaction and work across the electric and gas lines of businesses | $775 | 222.5 | 172,437.50 |
| Patryk P Szafranski | Director | Serve as lead AP Services resource on business plan development; lead AP Services team and client staff in 5 year forecast consolidation, scenario modeling; assist in interface, communications, and diligence support with potential investors and other internal and external stakeholders | $775 | 316.4 | 245,210.00 |
| Elizabeth Kardos | Director | Assist in the preparation of retention documents, relationship disclosures reports and monthly staffing and compensation reports | $685 | 0.5 | 342.50 |
| Jorge L Wallis Iribarren | Senior Vice President | Support the Supplier Reset Negotiations workstream for Tier 1 and Tier 2 Electric Operations, Gas Operations, Power and Nuclear Generation, Corporate Services and IT Vendors as part of the assessment of executory contracts. Serve as principal negotiator for the Gas Operations Vendors. | $665 | 194.1 | 129,076.50 |
| Yong Zheng | Senior Vice President | Support the Supplier Reset Negotiations workstream for Tier 1 Gas Operations, as part of the assessment of executory contracts and overall spend reduction efforts. Serve as support to the principal negotiator for the Gas Operations Vendors. | $665 | 184.8 | 122,892.00 |
| Arnab Mukherjee | Senior Vice President | Support cost reduction workstream with specific focus on Integrated Investment Planning & Project Execution. Support assessment of current processes and development of recommendations for Main Replacement. | $665 | 165.3 | 109,924.50 |
| Jarod E Clarrey | Senior Vice President | Design and manage process for all claims resolution efforts across various company functional teams. Conduct training session with PGE claims review teams to provide process overview and web-based analytical instruction. Led efforts to amend Schedules of | $615 | 1.5 | 922.50 |

| Name | Title | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | Assets and Liabilities related to PGE real property. Support contract management workstream. | | | |
| Jennifer A McConnell | Senior Vice President | Support diligence response workstream with development of response materials to diligence requests, coordination with company, counsel and other constituents, tracking of response status, and reporting/presentations related thereto. | $615 | 225.1 | 138,436.50 |
| Wally Li | Senior Vice President | Support and maintain the claims and contracts website including user management and system/software/security upgrades and patches; support and resolve user technical issues; develop and test requested changes (such as new functions/modules); handle data update, import, export, and archive upon requests. | $600 | 41.6 | 24,960.00 |
| Kaitlyn A Sundt | Senior Vice President | Assist in the preparation of retention documents, relationship disclosures reports and monthly staffing and compensation reports | $490 | 3.2 | 1,568.00 |
| Laurie C Verry | Senior Vice President | Assist in the preparation of retention documents, relationship disclosures reports and monthly staffing and compensation reports | $490 | 0.7 | 343.00 |
| Christopher S Atkins | Vice President | Support spend governance workstream with a focus on IT. Assist with cost reduction initiative development and implementation through data mining and analysis. Transition to PMO to begin developing structure and execution timeline. | $600 | 293.1 | 175,860.00 |
| Chris J Dunbar | Vice President | Support cash forecasting workstream by (1) developing a collections model and (2) engineering a process for incorporating energy procurement spend. Develop strategy around energy procurement cost reduction potential. | $585 | 4.2 | 2,457.00 |
| Sid Joshi | Vice President | Support the Supplier Reset Negotiations workstream for Tier 2 Supplier Outreach, as part of the assessment of executory contracts and overall spend reduction efforts. | $565 | 164.2 | 92,773.00 |
| David M Purcell | Vice President | Support liquidity and cash management workstream and business plan development workstream. Build and maintain cash forecast, track and analyze actual results, and develop cash forecast reports for internal and external parties. Additionally assist client staff in 5 year forecast consolidation and scenarios modeling. | $565 | 203.6 | 115,034.00 |
| Jeremy P Egan | Vice President | Support the Supplier Reset Negotiations workstream for Tier 1 Electric Operations, as part of the assessment of executory contracts and overall spend reduction efforts. Serve as support to the principal negotiator for the Electric Operations Vendors. | $565 | 121.4 | 68,591.00 |
| Bryce Pyle | Vice President | Support business plan development workstream with focus on validation of five-year forecast. Assist in diligence support with internal and external stakeholders. | $565 | 249.7 | 141,080.50 |
| Ryan N Witte | Vice President | Support cost reduction workstream activities within vegetation management and fleet management. Co-lead support for fleet and aviation cost reductions (outsourcing, specs | $565 | 141.4 | 79,891.00 |

| Name | Title | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| | | rationalization, process improvement, demand management). | | | |
| Nitesh Neelanshu | Vice President | Support cost reduction workstream with specific focus on analytics and documentation support related to construction and engineering services spend optimization. Support PMO, steering committee and additional cost reduction efforts as necessary. | $565 | 238.7 | 134,865.50 |
| Spencer Dorsey | Vice President | Support liquidity, cash management and vendor management workstreams. Prepare daily cash report to monitor post-petition liquidity for PGE Treasury department/CRO/Deputy CRO. Build and maintain disbursements database to support payment tracking initiatives related to prepetition vs. postpetition payments and payments permissible under first day motion authority. | $480 | 227.1 | 109,008.00 |
| Margarita Kucherenko | Vice President | Support claims management workstream with specific focus on development of the overall claims process workflow materials to facilitate claims assessment by PGE functional assessment teams. | $480 | 210.4 | 100,992.00 |
| Robell G. Wondwosen | Vice President | Support cost reduction workstream with specific focus on implementation of PMO structure to support cost reduction initiatives. Provide ad hoc support to business plan development workstream. | $480 | 253.2 | 121,536.00 |
| Daniella Negron La Rosa | Vice President | Support the EO (Electric Operations) cost reduction team with specific focus on AFPO activity and management of contractor rates. | $480 | 207.5 | 99,600.00 |
| Michelle E Meyer | Vice President | Support Supplier Reset Negotiations workstream for Tier 1 and Tier 2 Electric Operations, Gas Operations, Power and Nuclear Generation, Corporate Services and IT Vendors as part of the assessment of executory contracts. Coordinate with PG&E Project Management Office for negotiations and contract cure amounts, and assist in analysis for Tier 1 and Tier 2 negotiations. | $480 | 203.9 | 97,872.00 |
| Bruce Smathers | Vice President | Support the cost reduction workstream within Gas Operations by identifying, evaluating, and tracking initiatives in an effort to lower customer energy rates. | $440 | 213.9 | 94,116.00 |
| Tammy Brewer | Vice President | Assist with the preparation of monthly staffing and compensation reports | $430 | 10.7 | 4,601.00 |
| Edward Duhalde | Vice President | Draft third supplemental disclosure declaration. | $360 | 10.0 | 3,600.00 |
| Karen S Castleberry | Vice President | Support case management activities | $285 | 2.1 | 598.50 |
| Cindy Wan | Vice President | Support and maintain the claims and contracts website which include: user management and system/software/security upgrades and patches; support and resolve user technical issues; develop and test requested changes (such as new functions/modules); handle data update, import, export, and archive upon requests. | $285 | 16.9 | 4,816.50 |

| Name | Title | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Andrea M LeBar | Associate | Assist with the preparation of monthly staffing and compensation reports | $360 | 54.0 | 19,440.00 |
| Austin Simon | Associate | Support cost reduction workstream activities within vegetation management and fleet management. Provide support to the principal negotiation team. | $240 | 112.6 | 27,024.00 |
| Brian Beilinson | Consultant | Support compliance with accounts payable segregation requirements by (1) designing a process and methodology for designating invoices as prepetition or post-petition and (2) training and managing a team of 30 billing analysts tasked with reviewing and classifying all 3-way match PO invoices as pre-petition or post-petition. Managed the Claims Review Team by 1) creating and teaching the general claims reconciliation training materials, 2) reviewing templates submitted by the claim reviewers for accuracy, and 3) managing the claims WIP queue and tracking results. | $425 | 238.9 | 101,532.50 |
| Zachary A Pollack | Consultant | Support compliance with accounts payable segregation requirements with development of SQLite database to analyze daily open invoices. Utilize daily SAP reports and the open invoices database to distribute daily invoice assignments queue to the invoice review team as well as report on payment blocks and their dispositions. | $425 | 218.8 | 92,990.00 |
| Zachary E Courie | Consultant | Support supplier management committee process with the design and implementation of payment request forms, management of committee meeting agendas, and creation of payments report. Advise company on proper adherence to supplier management committee guidelines/requirements, designation of prepetition invoices and analysis required to support evaluation of potential operational integrity suppliers. Support the assessment of executory contracts by creating a contracts database, managing updates to the contracts webtool and database, and creating contracts reporting for management. | $425 | 196.5 | 83,512.50 |
| Tim T Kan | Consultant | Perform analysis and support for the Supplier Reset Negotiations workstream for Tier 1and Tier 2 Electric Operations, Gas Operations, Power and Nuclear Generation, Corporate Services and IT Vendors as part of the assessment of executory contracts. | $425 | 223.1 | 94,817.50 |
| Kevin French | Consultant | Support the effort to prepare materials for the board review of Third Party Risk Management and Contract Management including Plan-to-Procure-to-Pay process improvements in collaboration with the new CPO and Internal Audit. Identify financial control improvements to help with underlying issues such as AFPOs, Accrual process, etc. | $425 | 228.4 | 97,070.00 |

| Name | Role | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Katharine G Glasscock | Consultant | Support claims management workstream and manage database containing all filed and scheduled claims as well as claims objections. Develop and maintain automated process to facilitate initial analysis and categorization of filed claims as well as matching to scheduled claims. Assist company in preliminary assessment of existing claims population. | $385 | 213.8 | 82,313.00 |
| Barbara J Ferguson | Paraprofessional | Support claims management workstream | $305 | 39.7 | 12,108.50 |
| Derrick Q Irving | Paraprofessional | Support claims management workstream | $305 | 42.6 | 12,993.00 |
| **Total Professional Hours and Fees** | | | | **9,446.1** | **6,560,883.50** |
| Less 100% Travel Fees | | | | | (1,135,572.50) |
| **Total Professional Fees** | | | | | **$ 5,425,311.00** |