BRAD BRIAN (State Bar No. 79001)
Brad.Brian@mto.com
THOMAS B. WALPER (State Bar No. 96667)
thomas.walper@mto.com
HENRY WEISSMANN (State Bar No. 132418)
henry.weissmann@mto.com
BRADLEY SCHNEIDER (State Bar No. 235296)
bradley.schneider@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071
Telephone:    (213) 683-9100
Facsimile:    (213) 683-3702

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING MONTHLY FEE STATEMENT OF MUNGER, TOLLES & OLSON LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**<br><br>*Re: Docket No. 4730*<br><br>**Objection Deadline:  December 5, 2019<br>                                4:00 p.m. (Pacific Time)**<br><br>[No hearing requested] |

On November 14, 2019, at Docket Number 4730, Munger, Tolles & Olson LLP ("**MTO**" or "**Applicant**"), attorneys for PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**") for certain matters, filed its Monthly Fee Statement (the "**Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing September 1, 2019 through September 30, 2019 (the "**Fee Period**") pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(e) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on February 28, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

The Monthly Fee Statement was served as described in the *Affidavit of Service* of Andrew G. Vignali, filed on November 19, 2019 [Docket No. 4810]. The deadline to file responses or oppositions to the Monthly Fee Statement was December 5, 2019 at 4:00 p.m. (PT), and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am Of Counsel to the law firm of Munger, Tolles & Olson LLP, counsel to the Debtors and Debtors in Possession for certain matters.

2. I certify that I have reviewed or caused the review of the Court's docket in these chapter 11 cases and that Applicant has not received any response or opposition to the Monthly Fee Statement.

3. This declaration was executed in Los Angeles, California.

Dated: December 6, 2019

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By: /s/ *Bradley Schneider*
      Bradley Schneider

*Attorneys for Debtors and Debtors in Possession*

# Exhibit A

# EXHIBIT A

## Monthly Fee Statement – Professional Fees and Expenses

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid Pursuant to Interim Comp. Order (80%) | Amount of Expenses Authorized to be Paid Pursuant to Interim Comp. Order (100%) | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Munger, Tolles & Olson LLP | 9/1/19 through 9/30/19; Filed 11/14/19; D.N. 4730 | $2,432,283.00 | $25,717.21 | 12/5/19 | $1,945,826.40 | $25,717.21 | $486,456.60 |

# Notice Parties

PG&E Corporation
c/o Pacific Gas & Electric Company
Attn:   Janet Loduca
77 Beale Street
San Francisco, CA 94105

Weil, Gotshal & Manges LLP
Attn:   Stephen Karotkin
        Jessica Liou
        Matthew Goren
767 Fifth Avenue
New York, NY 10153

The Office of the United States Trustee for Region 17
Attn:   Andrew Vara
        Timothy Laffredi
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

Milbank LLP
Attn:   Dennis F. Dunne
        Sam A. Khalil
55 Hudson Yards
New York, NY 10001-2163

Milbank LLP
Attn:   Paul S. Aronzon
        Gregory A. Bray
        Thomas R. Kreller
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

Baker & Hostetler LLP
Attn:   Eric Sagerman
        Cecily Dumas
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509