# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

Pacific Gas & Electric Corp., *et al.*

                   Debtors.

Chapter 11

Case No. 19-30088 Chapter 11

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

    A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **TRC Environmental Corporation** | **Whitebox Relative Value Partners, LP** |
| Name of Transferor | Name of Transferee |
| Phone: (860) 298-9692 | Phone: (612) 253-6061 |
| Last Four Digits of Acct #: N/A | Last Four Digits of Acct #: N/A |

Name and Address where notices and payments to transferee should be sent:

**Whitebox Relative Value Partners, LP
c/o Whitebox Advisors
3033 Excelsior Blvd, Suite 300
Minneapolis, MN 55416-4675
Attn: Scott Specken**

Claim No: 79593
Debtor: Pacific Gas and Electric Company (19-30089)
Date Filed: October 21, 2019

Total Amount of Claim: $459,967.06
**Transferred Amount of Claim:
$459,967.06**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 12/5/2019 | 16:18 PST _____

Transferee/Transferee's Agent  Mark Strefling
                                     Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 & 3571.

DocuSign Envelope ID: FDA9E986-F4E0-4236-A1F6-30FEA62F2B3A

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

Claim #: 79593

For value received, the adequacy and sufficiency of which are hereby acknowledged, TRC Environmental Corporation ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Whitebox Relative Value Partners, LP ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), evidenced by proof of claim number 79593 in the amount of $459,967.06, against Pacific Gas and Electric Company ("Debtor"), the debtor-in-possession in the chapter 11 reorganization case, case no.: 19-30089, in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"), and any and all other proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13th day of NOVEMBER 2019.

| TRC ENVIRONMENTAL CORPORATION | WHITEBOX RELATIVE VALUE PARTNERS, LP |
|---|---|
| | By: Whitebox Advisors LLC its investment manager |
| By: *(signed)* | By: *(signed)* Luke Harris |
| Name: Jason Greenlaw | Name: Luke Harris |
| Title: CFO | Title: General Counsel - Corporate, Transactions & Litigation |

DOCS_SF:102127.2 84993/001