GROOM LAW GROUP, CHARTERED
David N. Levine, *pro hac vice*
dnl@groom.com
Katherine B. Kohn, *pro hac vice*
kkohn@groom.com
1701 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel:     (202) 857-0620
Fax:    (202) 659-4503

*Special Counsel for Debtors*
*and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| **- and -** | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | SECOND CONSOLIDATED FEE STATEMENT OF GROOM LAW GROUP, CHARTERED FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 1, 2019 THROUGH OCTOBER 31, 2019 |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| x  Affects both Debtors | |
| *All papers shall be filed in the Lead Case No. 19-30088 (DM).* | **Objection Deadline**: December 29, 2019 at 4:00 p.m. (Pacific Time) |

1

To: The Notice Parties

| | |
|---|---|
| Name of Applicant | Groom Law Group, Chartered |
| Authorized to Provide Professional Services to: | <u>Debtors</u> |
| Date of Retention: | <u>June 10, 2019 *nunc pro tunc* to January 29, 2019</u> |
| Period for which compensation and reimbursement are sought: | <u>September 1, 2019 through October 31, 2019</u> |
| Amount of compensation sought as actual, reasonable, and necessary | <u>$104,120.08 (80% of $130,150.10)</u> |
| Amount of expense reimbursement sought as actual, reasonable, and necessary | <u>$620.00</u> |

The Groom Law Group, Chartered ("Groom" or "Applicant"), special employee benefits counsel to PG&E Corporation and Pacific Gas and Electric Company ("Debtors"), hereby submits its Second Consolidated Fee Statement ("Second Consolidated Statement")[1] for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing September 1, 2019, through October 31, 2019 (the "Fee Period") pursuant to *the Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bank. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated February 27,*

---

[1] Groom filed its First Consolidated Monthly Fee Statement covering the period from January 29, 2019, to July 31, 2019, on September 27, 2019 [Dkt. No. 4031]. Groom filed a Certificate of No Objection with respect to the Consolidated Monthly Fee Statement on October 21, 2019 [Dkt. No. 4350]. Groom filed its First Monthly Fee Statement covering August 2019 on December 2, 2019 [Dkt. No. 4936].

2

*2019* [Dkt. 701] (the "Interim Compensation Procedures Order") and the *Order Appointing Fee Examiner And Establishing Procedures For Consideration Of Requested Fee Compensation And Reimbursement Of Expenses* [Dkt. 2267].

By this Monthly Statement, Groom requests allowance and payment of $104,120.08 (80% of $130,150.10) as compensation for professional services rendered to the Debtors during the Fee Period and allowance and payment of $620.00 (representing 100% of the expenses allowed) as reimbursement for actual and necessary expenses incurred by Groom during the Consolidated Fee Period.

Groom provided legal services to Debtors related to five different matters during the Fee Period. Attached hereto are the following Exhibits:

1. Matter A: Counseling re: Defined Benefit Plan

    a. Exhibit A-1 is the name of each professional who performed services for one or both of the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

    b. Exhibit A-2 is a summary of hours during the Fee Period by task.

    c. Exhibit A-3 is the detailed time entries for the Fee Period.

2. Matter B: Counseling re: Defined Contribution Plan

    a. Exhibit B-1 is the name of each professional who performed services for one or both of the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

    b. Exhibit B-2 is a summary of hours during the Fee Period by task.

    c. Exhibit B-3 is the detailed time entries for the Fee Period.

3. <u>Matter C: Counseling re: Health and Welfare Plan</u>

    a. <u>Exhibit C-1</u> is the name of each professional who performed services for one or both of the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

    b. <u>Exhibit C-2</u> is a summary of hours during the Fee Period by task.

    c. <u>Exhibit C-3</u> is the detailed time entries for the Fee Period.

4. <u>Matter D: Counseling re: Bankruptcy Matter</u>

    a. <u>Exhibit D-1</u> is the name of each professional who performed services for the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

    b. <u>Exhibit D-2</u> is a summary of hours during the Fee Period by task.

    c. <u>Exhibit D-3</u> is the detailed time entries for the Fee Period.

    d. <u>Exhibit D-4</u> is the summary of expenses incurred on this matter in the Consolidated Fee Period.

5. <u>Matter E: Voluntary Disability Plan</u>

    a. Exhibit E-1 is the name of each professional who performed services for the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

    b. Exhibit E-2 is a summary of hours during the Fee Period by task.

    c. Exhibit E-3 is the detailed time entries for the Fee Period.

In accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Statement, if any, must be filed and served on or before the 21st day (or the next

4

business day if such day is not a business day) following the date the Monthly Statement is served with this Court (the "Objection Deadline").

Upon expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Statement. If an objection is properly filed, the Debtors shall be authorized and directed to pay the Applicant 80% of the requested fees and 100% of the requested expenses that are not subject to an objection.

Dated: December 8, 2019    GROOM LAW GROUP, CHARTERED

        By: /s/ Katherine B. Kohn
        *Special Counsel for Debtors and*
        *Debtors in Possession*

**Notice Parties**

PG&E Corporation
c/o Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105
Attn:   Janet Loduca, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Stephen Karotkin, Esq.
Rachael Foust, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108
Attn:   Tobias S. Keller, Esq.,
        Jane Kim, Esq.

The Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Attn:   James L. Snyder, Esq.,
        Timothy Laffredi, Esq.

Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Attn:   Dennis F. Dunne, Esq.,
        Sam A. Khalil, Esq.

Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Attn:   Paul S. Aronzon, Esq.,
        Gregory A. Bray, Esq.,
        Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Attn:   Eric Sagerman, Esq.,
 Cecily Dumas, Esq.

1

Bruce Markell
Fee Examiner
Northwestern University Pritzker School of Law
375 East Chicago Avenue
Chicago, IL 60611-3069

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**<u>EXHIBIT A-1</u>**

**<u>COMPENSATION BY PROFESSIONAL</u>**
**<u>SEPTEMBER 1, 2019, THROUGH OCTOBER 31, 2019</u>**

The attorneys and paraprofessionals who rendered professional services to one or more of the Debtors relating to the Defined Benefit Plan during the Fee Period are:

| Name of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kim Boberg | 2009 | $708 | 7.50 | $5,310.00 |
| Elizabeth Dold | 1995 | $898 | 0.30 | $269.40 |
| Daniel Hogans | 1993 | $836 | 0.50 | $418.00 |
| Katherine Kohn | 2009 | $708 | 3.00 | $2,124.00 |
| David Levine | 1998 | $860 | 6.20 | $5,332.00 |
| *Total Partners and Counsel* | | | *17.50* | *$13,453.40* |

| Name of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stacey Bradford | 1996 | $637 | 8.40 | $5,350.80 |
| Will Fogleman | 2011 | $675 | 5.10 | $3,442.50 |
| Nancy McTyre (Legal Consultant) | 2010 | $675 | 1.20 | $810.00 |
| *Total Associates* | | | *14.70* | *$9,603.30* |

| Name of Paraprofessionals | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andi Shahinllari | -- | $214 | 0.40 | $85.60 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $768.77 | *17.50* | *$13,453.40* |
| Associates | $543.85 | *14.70* | *$9,603.30* |

1

| | | | |
|---|---|---|---|
| Paraprofessionals | $214 | 0.40 | $85.60 |
| Blended Attorney Rate | $637.79 | | |
| *Total Fees Incurred* | | *32.60* | *$23,142.30* |

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## EXHIBIT A-2

### COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED ON MATTER DURING FEE PERIOD

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| C200 | Researching Law | *32.60* | *$23,142.30* |

1

# EXHIBIT A-3

## ITEMIZED SERVICES

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 9/10/2019 | BOBERG | 0.50 | C200 | Draft Excess Benefit Plan DRO procedures. | $354.00 |
| 9/11/2019 | BOBERG | 1.30 | C200 | Draft Excess Benefit Plan DRO procedures. | $920.40 |
| 9/12/2019 | BOBERG | 2.40 | C200 | Draft Excess Benefit Plan DRO procedures and model DROs. | $1,699.20 |
| 9/13/2019 | BOBERG | 0.60 | C200 | Draft Excess Benefit Plan DRO procedures. | $424.80 |
| 9/16/2019 | BOBERG | 1.90 | C200 | Review EBP participant DRO. | $1,345.20 |
| 9/18/2019 | BOBERG | 0.50 | C200 | Draft DRO procedures. | $354.00 |
| 9/24/2019 | BOBERG | 0.30 | C200 | Follow-up re: proposed EBP DRO. | $212.40 |
| 9/3/2019 | BRADFORD | 0.20 | C200 | Review QDRO issue for Excess Benefit Plan. | $127.40 |
| 9/4/2019 | BRADFORD | 0.10 | C200 | Revise D.L. letter. | $63.70 |
| 9/4/2019 | BRADFORD | 0.10 | C200 | Review issues re: QDRO under Excess Benefit Plan. | $63.70 |
| 9/6/2019 | BRADFORD | 0.10 | C200 | Review Retirement Plan/SERP QDRO. | $63.70 |
| 9/9/2019 | BRADFORD | 0.10 | C200 | Review and analyze proposed QDRO for Excess Plan and sample models and procedures. | $63.70 |
| 9/10/2019 | BRADFORD | 0.20 | C200 | Review draft QDRO procedures for model for Excess Plan. | $127.40 |
| 9/10/2019 | BRADFORD | 0.20 | C200 | Review and analyze question concerning shared payment QDRO. | $127.40 |
| 9/11/2019 | BRADFORD | 1.20 | C200 | Review and analyze QDRO issue for Excess Benefit Plan. | $764.40 |
| 9/16/2019 | BRADFORD | 1.90 | C200 | Review and analyze options for DRO and payment of participants Excess Plan benefit. | $1,210.30 |

2

| Date | Name | Hours | Code | Description | Amount |
|---|---|---|---|---|---|
| 9/16/2019 | BRADFORD | 0.40 | C200 | Review draft memorandum re: retirement plan amendment updates and considerations. | $254.80 |
| 9/17/2019 | BRADFORD | 1.30 | C200 | Review draft memorandum re: retirement plan amendment documents. | $828.10 |
| 9/17/2019 | BRADFORD | 0.50 | C200 | Teleconference with Weil and PG&E team re: pension amendments. | $318.50 |
| 9/18/2019 | BRADFORD | 0.10 | C200 | Email client re: DROs for Excess Benefit Plan benefits. | $63.70 |
| 9/19/2019 | BRADFORD | 0.90 | C200 | Review retirement plan amendment documents. | $573.30 |
| 9/25/2019 | BRADFORD | 0.10 | C200 | Telephone call and email to R. Reilly to discuss QDRO for Excess Benefit Plan. | $63.70 |
| 9/25/2019 | BRADFORD | 0.20 | C200 | Teleconference with WPF and R. Reilly re: DROs under Excess Benefit Plan. | $127.40 |
| 9/30/2019 | BRADFORD | 0.80 | C200 | Review LTD deductions and applicable law. | $509.60 |
| 9/16/2019 | DOLD | 0.30 | C200 | Review FICA issues. | $269.40 |
| 9/4/2019 | FOGLEMAN | 0.30 | C200 | Review issue re: SERP participant DRO. | $202.50 |
| 9/6/2019 | FOGLEMAN | 0.10 | C200 | Analyze nonqualified plan DRO. | $67.50 |
| 9/11/2019 | FOGLEMAN | 0.20 | C200 | Analyze nonqualified plan DRO administration. | $135.00 |
| 9/12/2019 | FOGLEMAN | 1.50 | C200 | Review issue re: EBP participant DRO. | $1,012.50 |
| 9/16/2019 | FOGLEMAN | 1.50 | C200 | Review and revise comments to participant DRO and related email. | $1,012.50 |
| 9/18/2019 | FOGLEMAN | 0.30 | C200 | Review comments to analysis re: participant DRO. | $202.50 |
| 9/24/2019 | FOGLEMAN | 0.80 | C200 | Analyze issues re: proposed DRO. | $540.00 |
| 9/25/2019 | FOGLEMAN | 0.40 | C200 | Prepare for and attend call with R. Reilly, SAB re: DRO. | $270.00 |

3

| Date | Name | Hours | Code | Description | Amount |
|------|------|-------|------|-------------|--------|
| 9/12/2019 | HOGANS | 0.50 | C200 | Analysis and advice re: FICA/HI tax compliance issues for excess benefit plan. | $418.00 |
| 9/16/2019 | KOHN | 0.60 | C200 | Analyze retirement plan amendment memo. | $424.80 |
| 10/2/2019 | KOHN | 1.40 | C200 | Analyze issues re: retirement plan claims. | $991.20 |
| 10/3/2019 | KOHN | 0.50 | C200 | Call with R. Reilly and DNL re: current event briefing relating to pension plans. | $354.00 |
| 10/4/2019 | KOHN | 0.40 | C200 | Revise bullets regarding current events | $283.20 |
| 10/4/2019 | KOHN | 0.10 | C200 | Review revised talking points regarding current events | $70.80 |
| 9/3/2019 | LEVINE | 0.20 | C200 | Review and follow-up on Excess Plan DRO. | $172.00 |
| 9/5/2019 | LEVINE | 0.30 | C200 | Review and follow-up re: excess benefit plan. | $258.00 |
| 9/9/2019 | LEVINE | 0.20 | C200 | Follow-up on excess plan DRO questions. | $172.00 |
| 9/12/2019 | LEVINE | 0.50 | C200 | Follow-up on excess plan DRO process and website terms and conditions. | $430.00 |
| 9/15/2019 | LEVINE | 0.20 | C200 | Review and follow-up re: excess benefit plan taxation. | $172.00 |
| 9/17/2019 | LEVINE | 0.20 | C200 | Follow-up on FICA reporting. | $172.00 |
| 9/17/2019 | LEVINE | 0.30 | C200 | Excess benefit plan DRO review and follow-up. | $258.00 |
| 9/22/2019 | LEVINE | 0.30 | C200 | Review and follow-up on eligible compensation questions. | $258.00 |
| 9/24/2019 | LEVINE | 0.60 | C200 | Excess plan QDRO review and follow-up re: options. | $516.00 |
| 10/2/2019 | LEVINE | 0.70 | C200 | Review WTW work product. | $602.00 |
| 10/3/2019 | LEVINE | 0.30 | C200 | Follow-up with WTW. | $258.00 |
| 10/3/2019 | LEVINE | 0.30 | C200 | Update talking points/bullets. | $258.00 |

4

| 10/3/2019 | LEVINE | 0.70 | C200 | Review new claim and call with client. | $602.00 |
|---|---|---|---|---|---|
| 10/5/2019 | LEVINE | 0.20 | C200 | Follow-up on current events. | $172.00 |
| 10/14/2019 | LEVINE | 0.70 | C200 | Review and follow-up on current events and end of year items/amendments. | $602.00 |
| 10/30/2019 | LEVINE | 0.50 | C200 | Review open amendment items. | $430.00 |
| 10/7/2019 | MCTYRE | 1.00 | C200 | Revise draft audit response letter re: pension claims. | $675.00 |
| 10/8/2019 | MCTYRE | 0.20 | C200 | Revise draft audit response letter re: pension claims. | $135.00 |
| 9/16/2019 | SHAHINLLARI | 0.40 | C200 | Review and analyze audit letter for PG&E Company Retirement Plan. | $85.60 |
| **Grand Total** | | | | | **$23,142.30** |

5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT B-1**

**COMPENSATION BY PROFESSIONAL**
**SEPTEMBER 1, 2019, THROUGH OTOBER 31, 2019**

      The attorneys and paraprofessionals who rendered professional services to one or both of the Debtors relating to the Debtors' Defined Contribution Plan ("RSP") during the Fee Period are:

| Name of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David Levine | 1998 | $860 | 1.70 | $1,462.00 |

| Name of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stacey Bradford | 1996 | $637 | 35.90 | $22,868.30 |
| Michael Cook | 2017 | $417 | 4.00 | $1,668.00 |
| Nancy McTyre (Legal Consultant) | 2010 | $675 | 2.30 | $1,552.50 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $860 | 1.70 | $1,462.00 |
| Associates | $618.22 | 42.20 | $26,088.80 |
| Blended Attorney Rate | $627.58 | | |
| *Total Fees Incurred* | | *43.90* | *$27,550.80* |

6

**EXHIBIT B-2**

**COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED DURING THE FEE PERIOD**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| C200 | Researching Law | 43.90 | $27,550.80 |

7

## EXHIBIT B-3

### ITEMIZED SERVICES

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 9/6/2019 | BRADFORD | 2.10 | C200 | Review and analyze L.H. appeal for additional matching contributions. | $1,337.70 |
| 9/9/2019 | BRADFORD | 0.40 | C200 | Review information from PG&E on L.H. compensation and deferrals in connection with appeal. | $254.80 |
| 9/10/2019 | BRADFORD | 0.10 | C200 | Revise L.H. appeal acknowledgment letter. | $63.70 |
| 9/16/2019 | BRADFORD | 0.90 | C200 | Review recent changes to amendment to stock fund provisions. | $573.30 |
| 9/17/2019 | BRADFORD | 2.70 | C200 | Review and analyze updates to premium pay rules. | $1,719.90 |
| 9/19/2019 | BRADFORD | 0.60 | C200 | Review updates to stock fund amendment. | $382.20 |
| 9/19/2019 | BRADFORD | 0.20 | C200 | Revise stock fund amendments. | $127.40 |
| 9/20/2019 | BRADFORD | 1.00 | C200 | Revise amendment to stock fund investment rules for Union RSP. | $637.00 |
| 9/20/2019 | BRADFORD | 0.20 | C200 | Conference call with client and DNL regarding treatment of premium payments for linemen and instructors. | $127.40 |
| 9/22/2019 | BRADFORD | 0.10 | C200 | Revise amendments and write-up for stock fund investment changes. | $63.70 |
| 10/17/2019 | BRADFORD | 0.30 | C200 | Review Fidelity's proposed group VCP application for RMD failures. | $191.10 |
| 10/20/2019 | BRADFORD | 4.00 | C200 | Review draft response to L.H. appeal. | $2,548.00 |
| 10/21/2019 | BRADFORD | 6.00 | C200 | Review and revise draft response to L.H. appeal. | $3,822.00 |
| 10/22/2019 | BRADFORD | 3.20 | C200 | Revise L.H. appeal response. | $2,038.40 |
| 10/22/2019 | BRADFORD | 2.40 | C200 | Revise EBAC appeal memo for L.H. appeal. | $1,528.80 |

8

| Date | Name | Hours | Code | Description | Amount |
|---|---|---|---|---|---|
| 10/23/2019 | BRADFORD | 1.00 | C200 | Research information re: Financial Engines and similar/related company reaching out to participants. | $637.00 |
| 10/23/2019 | BRADFORD | 0.20 | C200 | Review L.H. pay stub information in connection with appeal. | $127.40 |
| 10/24/2019 | BRADFORD | 4.30 | C200 | Revise draft letter to L.H. and EBAC summary of appeal. | $2,739.10 |
| 10/25/2019 | BRADFORD | 3.20 | C200 | Revise draft L. H.  EBAC memo and exhibits. | $2,038.40 |
| 10/25/2019 | BRADFORD | 0.10 | C200 | Email R. Reilly re: L.H. appeal EBAC memo. | $63.70 |
| 10/25/2019 | BRADFORD | 0.20 | C200 | Review and analyze question concerning small cashouts for trailing dividends and response. | $127.40 |
| 10/28/2019 | BRADFORD | 0.20 | C200 | Review revised memorandum to EBAC re: L.H. appeal. | $127.40 |
| 10/28/2019 | BRADFORD | 0.30 | C200 | Review and analyze Plan document for year-end amendments. | $191.10 |
| 10/28/2019 | BRADFORD | 0.40 | C200 | Revise draft letter to L.H. denying appeal. | $254.80 |
| 10/30/2019 | BRADFORD | 0.20 | C200 | Review email from R. Reilly re: RSP and add to D. Levine's response. | $127.40 |
| 10/31/2019 | BRADFORD | 1.00 | C200 | Review emails re: EBAC questions concerning RSP in connection with L.H. appeal. | $637.00 |
| 10/31/2019 | BRADFORD | 0.60 | C200 | Draft letter extending review period for L.H. appeal. | $382.20 |
| 9/23/2019 | COOK | 4.00 | C200 | L.H. appeal review and draft response letter. | $1,668.00 |
| 10/2/2019 | LEVINE | 0.20 | C200 | Review RSP financials. | $172.00 |
| 10/17/2019 | LEVINE | 0.30 | C200 | Review and follow-up re: Fidelity RMD correction. | $258.00 |
| 10/18/2019 | LEVINE | 0.20 | C200 | Review and follow-up internally re: Fidelity VCP question. | $172.00 |
| 10/24/2019 | LEVINE | 0.20 | C200 | Review L.H. materials for EBAC. | $172.00 |
| 10/26/2019 | LEVINE | 0.20 | C200 | Review and follow-up re: Fidelity clean up question. | $172.00 |

9

| | | | | | |
|---|---|---|---|---|---|
| 10/30/2019 | LEVINE | 0.20 | C200 | L.H. appeal follow-up. | $172.00 |
| 10/31/2019 | LEVINE | 0.40 | C200 | L.H. process and claim decision follow-up. | $344.00 |
| 10/22/2019 | MCTYRE | 0.10 | C200 | Analyze L.H. appeal. | $67.50 |
| 10/23/2019 | MCTYRE | 1.20 | C200 | Revise draft decision letter for L.H. appeal. | $810.00 |
| 10/24/2019 | MCTYRE | 0.20 | C200 | Analyze L.H. appeal. | $135.00 |
| 10/25/2019 | MCTYRE | 0.30 | C200 | Revise draft decision letter for L. H. appeal. | $202.50 |
| 10/25/2019 | MCTYRE | 0.10 | C200 | Analyze L.H. appeal. | $67.50 |
| 10/31/2019 | MCTYRE | 0.40 | C200 | Revise draft extension letter for decision on L.H. appeal. | $270.00 |
| **GRAND TOTAL** | | | | | **$27,550.80** |

10

**EXHIBIT C-1**

**COMPENSATION BY PROFESSIONAL**
**SEPTEMBER 1, 2019, THROUGH OCTOBER 31, 2019**

     The attorneys and paraprofessionals who rendered professional services to one or both of the Debtors related to Health and Welfare Plans during the Fee Period are:

| Name of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Katie Amin | 2009 | $713 | 0.20 | $142.60 |
| Christine Keller | 1996 | $812 | 0.60 | $487.20 |
| David Levine | 1998 | $860 | 1.80 | $1,548.00 |
| Rachel Levy | 2005 | $732 | 0.30 | $219.60 |
| Allison Ullman | 2008 | $755 | 2.70 | $2,038.50 |

| Name of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stacey Bradford | 1996 | $637 | 1.70 | $1,082.90 |
| Arsalan Malik | 2015 | $504 | 0.40 | $201.60 |

\*\*\*

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $792.80 | 5.60 | $4,435.40 |
| Associates | $611.66 | 2.10 | $1,284.50 |
| Blended Attorney Rate | $742.84 | | |
| *Total Fees Incurred* | | **7.70** | ***$5,720.40*** |

11

**<u>EXHIBIT C-2</u>**

**COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED DURING THE FEE PERIOD**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| C200 | Researching Law | 7.70 | $5,720.40 |

## **EXHIBIT C-3**

## **ITEMIZED SERVICES**

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 9/7/2019 | AMIN | 0.20 | C200 | Analyze question re: retroactive reinstatement of active employment status. | $142.60 |
| 9/4/2019 | BRADFORD | 0.90 | C200 | Review information regarding reinstated employee benefits. | $573.30 |
| 9/5/2019 | BRADFORD | 0.50 | C200 | Review summary of issues in connection with awarding back pay and benefits to union employee and NLRB rules. | $318.50 |
| 9/5/2019 | BRADFORD | 0.30 | C200 | Teleconference with M. Parry and AU re: health benefits for reinstated employee. | $191.10 |
| 9/5/2019 | KELLER | 0.30 | C200 | Review issues re: active health plan reinstatement. | $243.60 |
| 9/7/2019 | KELLER | 0.30 | C200 | Review issues re: reinstatement in active health plan issue. | $243.60 |
| 9/9/2019 | LEVINE | 0.60 | C200 | Follow-up on group life coverage question. | $516.00 |
| 9/10/2019 | LEVINE | 0.40 | C200 | Additional follow-up on AD&D benefit question. | $344.00 |
| 9/10/2019 | LEVINE | 0.30 | C200 | Director LTD follow-up. | $258.00 |
| 9/16/2019 | LEVINE | 0.20 | C200 | Follow-up on AD&D. | $172.00 |
| 9/30/2019 | LEVINE | 0.30 | C200 | Follow-up on Director AD&D. | $258.00 |
| 9/4/2019 | LEVY | 0.30 | C200 | Analyze issues re: retroactive coverage of health plan. | $219.60 |
| 9/19/2019 | MALIK | 0.20 | C200 | Review/analyze plan document and amendment records. | $100.80 |
| 9/19/2019 | MALIK | 0.20 | C200 | Review/analyze plan document and amendment records. | $100.80 |
| 9/4/2019 | ULLMAN | 1.50 | C200 | Review/analyze impact of retroactive reclassification on health benefits. | $1,132.50 |
| 9/5/2019 | ULLMAN | 0.20 | C200 | Call with SAB and M. Parry re: retroactive reclassification and impact on health benefits. | $151.00 |
| 9/5/2019 | ULLMAN | 0.80 | C200 | Review/analyze impact of retroactive reclassification on health benefits. | $604.00 |

13

| | | | | | |
|---|---|---|---|---|---|
| 9/8/2019 | ULLMAN | 0.10 | C200 | Follow-up work re: reinstatement question. | $75.50 |
| 10/15/2019 | ULLMAN | 0.10 | C200 | Correspondence from client re: AD&D beneficiary form. | $75.50 |
| **Grand Total** | | | | | **$5,720.40** |

14

**EXHIBIT D-1**

**COMPENSATION BY PROFESSIONAL**
**SEPTEMBER 1, 2019, THROUGH SEPTEMBER 31, 2019**

    The attorneys and paraprofessionals who rendered professional services to the Debtors in connection with benefits issues related to bankruptcy (2018 Wildfires) during the Fee Period are:

| Name of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael Del Conte | 2008 | $713 | 2.90 | $2,067.70 |
| Dan Hogans | 1993 | $836 | 1.60 | $1,337.60 |
| Allie Itami | 2009 | $713 | 10.50 | $10,980.20 |
| Katherine Kohn | 2009 | $708 | 7.20 | $5,097.60 |
| David Levine | 1998 | $860 | 26.30 | $22,618.00 |
| Kevin Walsh | 2009 | $708 | 1.70 | $1,203.60 |

| Name of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stacey Bradford | 1996 | $637 | 0.30 | $191.10 |
| Will Fogleman | 2011 | $675 | 2.90 | $1,957.50 |
| Arsalan Malik | 2015 | $504 | 1.00 | $504.00 |
| Ross McSweeney | 2012 | $637 | 15.20 | $9,682.40 |

| Name of Paraprofessionals | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andi Shahinllari | -- | $214 | 15.00 | $3,210 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
|  |  |  |  |

15

| | | | |
|---|---|---|---|
| Partners and Counsel | $785.93 | 55.10 | $43,304.70 |
| Associates | $635.82 | 19.40 | $12,335.00 |
| Paraprofessionals | $214 | 15.00 | $3,210 |
| Blended Attorney Rate | $746.84 | | |
| *Total Fees Incurred* | | *87.70* | *$58,849.70* |

16

**EXHIBIT D-2**

**COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED DURING THE FEE PERIOD**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| C200 | Researching Law | 87.70 | $58,849.70 |

17

**EXHIBIT D-3**

**ITEMIZED SERVICES**

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 9/23/2019 | BRADFORD | 0.30 | C200 | Review and analyze possible plan amendment and notification issues. | $191.10 |
| 9/3/2019 | DEL CONTE | 1.80 | C200 | Review 404a-5 and QDIA questions including call with client and Fidelity and follow-up. | $1,283.40 |
| 9/16/2019 | DEL CONTE | 0.50 | C200 | Review and respond to questions re updated QDIA and 404a-5. | $356.50 |
| 9/17/2019 | DEL CONTE | 0.30 | C200 | Review QDIA communications. | $213.90 |
| 9/22/2019 | DEL CONTE | 0.30 | C200 | Review and respond to email chain re QDIA and Gallagher notices. | $213.90 |
| 10/1/2019 | FOGLEMAN | 0.20 | C200 | Review background re: retirement plan amendment rules. | $135.00 |
| 10/4/2019 | FOGLEMAN | 1.40 | C200 | Review applicability of 409A bankruptcy rules to retirement plan amendments. | $945.00 |
| 10/7/2019 | FOGLEMAN | 1.30 | C200 | Analyze issues re: applicability of 409A(b) to retirement plan amendments. | $877.50 |
| 10/21/2019 | HOGANS | 1.60 | C200 | Prepare analysis of section 409A compliance issues. | $1,337.60 |
| 9/3/2019 | ITAMI | 0.80 | C200 | Attend call with client re: stock fund limitation communications. | $570.40 |
| 9/4/2019 | ITAMI | 1.40 | C200 | Review communications re: stock fund limitation. | $998.20 |
| 9/16/2019 | ITAMI | 0.80 | C200 | Review proposal for participant communications from J. Redmond. | $570.40 |
| 9/17/2019 | ITAMI | 1.50 | C200 | Prepare and send communication re: QDIA | $1,069.50 |

18

| | | | | and fee disclosure notices for stock limitation change. | |
|---|---|---|---|---|---|
| 9/20/2019 | ITAMI | 1.00 | C200 | Review plan amendments for stock limitation imposition. | $713.00 |
| 9/22/2019 | ITAMI | 1.00 | C200 | Discuss stock limitation and default investment notices. | $713.00 |
| 9/26/2019 | ITAMI | 3.00 | C200 | Prepare for and attend client call re: rights offerings and ERISA plans. | $2,139.00 |
| 9/30/2019 | ITAMI | 1.00 | C200 | Review POR provisions for benefit plan implications. | $713.00 |
| 10/2/2019 | ITAMI | 1.30 | C200 | Analyze implications of bankruptcy plan submissions and proposals on ERISA covered benefit plans. | $926.90 |
| 10/4/2019 | ITAMI | 1.20 | C200 | Review and revise notice re: company stock issue. | $855.60 |
| 10/8/2019 | ITAMI | 0.40 | C200 | Call with PG&E and Gallagher re company stock issue. | $285.20 |
| 10/8/2019 | ITAMI | 1.00 | C200 | Respond to client questions re: company stock issue. | $713.00 |
| 10/17/2019 | ITAMI | 1.00 | C200 | Revise employee communication draft re: stock fund issue. | $713.00 |
| 9/8/2019 | KOHN | 0.10 | C200 | Analyze client question re: bankruptcy impact on retiree medical and long-term disability plans. | $70.80 |
| 9/11/2019 | KOHN | 0.20 | C200 | Review draft fee application. | $141.60 |
| 9/15/2019 | KOHN | 0.50 | C200 | Review time entries for fee application for privilege. | $354.00 |
| 9/16/2019 | KOHN | 0.70 | C200 | Review edits from R. Reilly to fee application. | $495.60 |
| 9/17/2019 | KOHN | 0.50 | C200 | Analyze revised fee application. | $354.00 |
| 9/19/2019 | KOHN | 1.10 | C200 | Finalize fee application. | $778.80 |
| 9/20/2019 | KOHN | 0.10 | C200 | Review issues re: fee application. | $70.80 |
| 9/25/2019 | KOHN | 0.30 | C200 | Review issues re: finalizing initial fee application. | $212.40 |

19

| Date | Name | Hours | Code | Description | Amount |
|------|------|-------|------|-------------|--------|
| 9/26/2019 | KOHN | 0.90 | C200 | Review and revise initial application. | $637.20 |
| 9/27/2019 | KOHN | 0.70 | C200 | Review and analyze issues re: final interim fee application. | $495.60 |
| 10/8/2019 | KOHN | 0.20 | C200 | Call with Weil re: retirement plan amendments. | $141.60 |
| 10/8/2019 | KOHN | 0.50 | C200 | Call with Weil re: retirement plan amendments. | $354.00 |
| 10/8/2019 | KOHN | 0.40 | C200 | Call with client and outside counsel re: benefits issues. | $283.20 |
| 10/15/2019 | KOHN | 0.20 | C200 | Weekly call re: benefits issues. | $141.60 |
| 10/17/2019 | KOHN | 0.40 | C200 | Analyze time entries for privilege for fee application. | $283.20 |
| 10/18/2019 | KOHN | 0.20 | C200 | Analyze issues re: fee application. | $141.60 |
| 10/18/2019 | KOHN | 0.10 | C200 | Respond to R. Reilly question re: PBGC claims. | $70.80 |
| 10/21/2019 | KOHN | 0.10 | C200 | Review Certificate of No Objection for fee application. | $70.80 |
| 9/3/2019 | LEVINE | 0.30 | C200 | Call re: benefits issues. | $258.00 |
| 9/3/2019 | LEVINE | 0.70 | C200 | Call and follow-up on notice language. | $602.00 |
| 9/3/2019 | LEVINE | 0.70 | C200 | Call and follow-up on notice language. | $602.00 |
| 9/3/2019 | LEVINE | 0.70 | C200 | Legislation follow-up and discussion with R. Reilly. | $602.00 |
| 9/4/2019 | LEVINE | 0.40 | C200 | 13D and warrants follow-up. | $344.00 |
| 9/4/2019 | LEVINE | 0.50 | C200 | Stock follow-up. | $430.00 |
| 9/10/2019 | LEVINE | 0.30 | C200 | 436 restriction follow-up. | $258.00 |
| 9/10/2019 | LEVINE | 0.30 | C200 | Follow-up with E. Hilfers. | $258.00 |
| 9/10/2019 | LEVINE | 0.30 | C200 | Review retirement plan amendment items with R. Reilly. | $258.00 |
| 9/12/2019 | LEVINE | 0.20 | C200 | Review and follow-up re: fee application. | $172.00 |
| 9/13/2019 | LEVINE | 0.30 | C200 | Company stock amendment and implementation follow-up. | $258.00 |

20

| | | | | | |
|---|---|---|---|---|---|
| 9/15/2019 | LEVINE | 0.20 | C200 | Review post-restriction lump sum options. | $172.00 |
| 9/15/2019 | LEVINE | 0.50 | C200 | Retirement plan amendment follow-up. | $430.00 |
| 9/16/2019 | LEVINE | 1.80 | C200 | Retirement plan amendment review and memo preparation. | $1,548.00 |
| 9/16/2019 | LEVINE | 0.20 | C200 | Follow-up on stock changes/QDIA. | $172.00 |
| 9/17/2019 | LEVINE | 0.60 | C200 | Review for retirement plan = amendment call and compensation questions. | $516.00 |
| 9/17/2019 | LEVINE | 0.60 | C200 | QDIA notice follow-up. | $516.00 |
| 9/17/2019 | LEVINE | 0.70 | C200 | Call re: retirement plan amendment issues and follow-up re: same. | $602.00 |
| 9/18/2019 | LEVINE | 0.40 | C200 | Retirement plan amendment follow-up. | $344.00 |
| 9/18/2019 | LEVINE | 0.70 | C200 | Review bankruptcy filings. | $602.00 |
| 9/19/2019 | LEVINE | 0.20 | C200 | Review fee matters. | $172.00 |
| 9/20/2019 | LEVINE | 0.30 | C200 | Review and follow-up re: stock fund changes. | $258.00 |
| 9/22/2019 | LEVINE | 0.90 | C200 | Company stock implementation follow-up. | $774.00 |
| 9/23/2019 | LEVINE | 0.30 | C200 | Review 436 restriction amendment items. | $258.00 |
| 9/24/2019 | LEVINE | 0.90 | C200 | Review retirement plan amendments. | $774.00 |
| 9/26/2019 | LEVINE | 0.30 | C200 | Review fee application revisions. | $258.00 |
| 9/26/2019 | LEVINE | 0.40 | C200 | Review POR proposal impacts. | $344.00 |
| 9/26/2019 | LEVINE | 0.50 | C200 | Call and follow-up on rights offering proposal. | $430.00 |
| 9/27/2019 | LEVINE | 0.70 | C200 | Follow-up re: distribution options and review POR questions. | $602.00 |
| 9/27/2019 | LEVINE | 0.30 | C200 | Fee application follow-up with team. | $258.00 |
| 9/29/2019 | LEVINE | 0.20 | C200 | Review retirement plan amendment follow-up. | $172.00 |
| 9/30/2019 | LEVINE | 0.40 | C200 | POR follow-up with AAI, RM. | $344.00 |

21

| 10/1/2019 | LEVINE | 0.80 | C200 | Review retirement plan amendment issues and status call re same. | $688.00 |
|---|---|---|---|---|---|
| 10/1/2019 | LEVINE | 0.30 | C200 | Review bankruptcy billing matters. | $258.00 |
| 10/3/2019 | LEVINE | 0.30 | C200 | Follow-up on plan impacts for POR. | $258.00 |
| 10/3/2019 | LEVINE | 0.30 | C200 | Review/revise Fidelity communications. | $258.00 |
| 10/4/2019 | LEVINE | 1.40 | C200 | Retirement plan amendment follow-up and analysis. | $1,204.00 |
| 10/4/2019 | LEVINE | 0.40 | C200 | Review and follow-up on company stock communication. | $344.00 |
| 10/5/2019 | LEVINE | 0.20 | C200 | Follow-up on retirement plan amendment questions. | $172.00 |
| 10/7/2019 | LEVINE | 0.30 | C200 | Retirement plan amendment review and follow-up. | $258.00 |
| 10/8/2019 | LEVINE | 0.40 | C200 | Q&A follow-up. | $344.00 |
| 10/8/2019 | LEVINE | 0.40 | C200 | Call with Weil re: retirement amendment. | $344.00 |
| 10/8/2019 | LEVINE | 0.40 | C200 | Company stock follow-up. | $344.00 |
| 10/8/2019 | LEVINE | 0.40 | C200 | Status call. | $344.00 |
| 10/15/2019 | LEVINE | 0.20 | C200 | Weekly status call. | $172.00 |
| 10/17/2019 | LEVINE | 0.10 | C200 | Review communication re: stock fund. | $86.00 |
| 10/17/2019 | LEVINE | 0.40 | C200 | Follow-up on POR questions. | $344.00 |
| 10/18/2019 | LEVINE | 0.40 | C200 | Review and follow-up on restructuring questions. | $344.00 |
| 10/19/2019 | LEVINE | 0.50 | C200 | Rights offering follow-up. | $430.00 |
| 10/21/2019 | LEVINE | 0.40 | C200 | Rights offering follow-up. | $344.00 |
| 10/21/2019 | LEVINE | 0.30 | C200 | Review and comment on stock fund Q&A. | $258.00 |
| 10/21/2019 | LEVINE | 0.20 | C200 | Review POR options. | $172.00 |
| 10/21/2019 | LEVINE | 0.30 | C200 | Review summary of 409A compliance issues. | $258.00 |
| 10/24/2019 | LEVINE | 0.70 | C200 | Follow-up on POR options and follow-up with R. Reilly. | $602.00 |
| 10/28/2019 | LEVINE | 0.30 | C200 | Review stock fund test data. | $258.00 |
| 10/29/2019 | LEVINE | 0.30 | C200 | Review rabbi trust questions. | $258.00 |

22

| Date | Name | Hours | Code | Description | Amount |
|---|---|---|---|---|---|
| 10/29/2019 | LEVINE | 0.80 | C200 | Status call and company stock follow-up. | $688.00 |
| 10/2/2019 | MALIK | 1.00 | C200 | Review/analyze plan of reorganization and related documents in bankruptcy docket. | $504.00 |
| 9/16/2019 | MCSWEENEY | 1.20 | C200 | Review draft fee application for conformity with bankruptcy court and fee examiner guidelines. | $764.40 |
| 9/18/2019 | MCSWEENEY | 2.40 | C200 | Revise draft fee application. | $1,528.80 |
| 9/19/2019 | MCSWEENEY | 1.30 | C200 | Revise draft fee application. | $828.10 |
| 9/20/2019 | MCSWEENEY | 2.80 | C200 | Revise draft fee application. | $1,783.60 |
| 9/23/2019 | MCSWEENEY | 1.70 | C200 | Revise draft fee application. | $1,082.90 |
| 9/24/2019 | MCSWEENEY | 0.80 | C200 | Revise draft fee application. | $509.60 |
| 9/25/2019 | MCSWEENEY | 1.20 | C200 | Revise draft fee application. | $764.40 |
| 9/26/2019 | MCSWEENEY | 1.40 | C200 | Revise draft fee application. | $891.80 |
| 9/27/2019 | MCSWEENEY | 2.40 | C200 | Revise draft fee application. | $1,528.80 |
| 9/17/2019 | SHAHINLLARI | 2.40 | C200 | Analyze and attention to fee application filing. | $513.60 |
| 9/20/2019 | SHAHINLLARI | 0.40 | C200 | Phone call with the Court re: fee application with the Bankruptcy Court. | $85.60 |
| 9/26/2019 | SHAHINLLARI | 2.20 | C200 | Coordinate with accounting with regard to billed time and conform with the Application requirements. | $470.80 |
| 9/26/2019 | SHAHINLLARI | 2.10 | C200 | Prepare the Fee Application for filing with the Court. | $449.40 |
| 9/27/2019 | SHAHINLLARI | 2.00 | C200 | Coordinate with accounting re: billed time and conform with the Application requirements. | $428.00 |
| 9/27/2019 | SHAHINLLARI | 1.90 | C200 | Prepare and finalize the Fee Application for filing with the Court. | $406.60 |
| 9/28/2019 | SHAHINLLARI | 0.20 | C200 | Telephone call with Trace Gallegos re: attorney bios. | $42.80 |
| 9/28/2019 | SHAHINLLARI | 0.50 | C200 | Prepare and update attorney bio information per Fee Examiner's request. | $107.00 |
| 9/29/2019 | SHAHINLLARI | 0.70 | C200 | Prepare and update attorney bio information per Fee Examiner's request. | $149.80 |

23

| | | | | | |
|---|---|---|---|---|---|
| 9/30/2019 | SHAHINLLARI | 0.80 | C200 | Prepare and update attorney bio information per Fee Examiner's request. | $171.20 |
| 10/21/2019 | SHAHINLLARI | 1.80 | C200 | Prepare and file electronically with the Court the Certificate of No Objection with regard to Groom's Fee Application. | $385.20 |
| 9/19/2019 | WALSH | 0.80 | C200 | Analyze emails re: participant contacting plan asking for information. | $566.40 |
| 9/22/2019 | WALSH | 0.50 | C200 | Analyze re: possible plan amendment. | $354.00 |
| 9/23/2019 | WALSH | 0.40 | C200 | Analyze re: possible plan amendment. | $283.20 |
| **GRAND TOTAL** | | | | | **$58,849.70** |

24

**EXHIBIT D-4**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 09/4/2019 | Pro Hac Admissions for DNL in the N.D. Cal. Bankruptcy Court | $310.00 |
| 09/4/2019 | Pro Hac Admissions for KBK in the N.D. Cal. Bankruptcy Court | $310.00 |

25

**EXHIBIT E-1**

**COMPENSATION BY PROFESSIONAL**
**SEPTEMBER 1, 2019, THROUGH SEPTEMBER 30, 2019**

The attorneys and paraprofessionals who rendered professional services to the debtors relating to the Voluntary Disability Plan during the Fee Period are:

| Name of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Allison Ullman | 2008 | $755 | 13.90 | $10,494.50 |
| *Total Partners and Counsel* | | | *13.90* | *$10,494.50* |

| Names of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Paul Rinefierd | 2013 | $556 | 7.90 | $4,392.40 |
| *Total Associates* | | | *7.90* | *$4,392.40* |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $755 | 13.90 | $10,494.50 |
| Associates | $556 | 7.90 | $4,392.40 |
| Blended Attorney Rate | $682.89 | | |
| *Total Fees Incurred* | | *21.80* | *$14,886.90* |

26

**<u>EXHIBIT E-2</u>**

**COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED ON MATTER DURING FEE PERIOD**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| C200 | Researching Law | 21.80 | $14,886.90 |

27

## EXHIBIT E-3

### ITEMIZED SERVICES

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 10/4/2019 | RINEFIERD | 1.20 | C200 | Review/analyze paid family leave issue. | $667.20 |
| 10/6/2019 | RINEFIERD | 1.40 | C200 | Review/analyze question re: partial-day paid family leave. | $778.40 |
| 10/7/2019 | RINEFIERD | 2.10 | C200 | Review/analyze paid family leave issue. | $1,167.60 |
| 10/8/2019 | RINEFIERD | 0.10 | C200 | Review email from P. Simpkins re: paid family leave issue. | $55.60 |
| 10/9/2019 | RINEFIERD | 0.10 | C200 | Review issues re: paid family leave. | $55.60 |
| 10/11/2019 | RINEFIERD | 0.50 | C200 | Call with AU, representative from Employment Development Department re: paid family leave issue. | $278.00 |
| 10/11/2019 | RINEFIERD | 2.00 | C200 | Review/analyze wage continuation policy, voluntary plan document re: intermittent leave issue. | $1,112.00 |
| 10/11/2019 | RINEFIERD | 0.50 | C200 | Call with AU, R. Reilly, P. Simpkins re: paid family leave issue. | $278.00 |
| 9/3/2019 | ULLMAN | 0.10 | C200 | Send VP document to R. Reilly. | $75.50 |
| 9/3/2019 | ULLMAN | 0.10 | C200 | Review and respond to email from R. Reilly re: VP letters. | $75.50 |
| 9/4/2019 | ULLMAN | 0.20 | C200 | Email to R. Reilly re: VP signature. | $151.00 |
| 9/4/2019 | ULLMAN | 0.30 | C200 | Prepare VP document for execution per R. Reilly request. | $226.50 |
| 9/5/2019 | ULLMAN | 0.10 | C200 | Review correspondence from R. Reilly re: VP letters. | $75.50 |
| 9/6/2019 | ULLMAN | 0.10 | C200 | Review correspondence from R. Reilly re: VP letters. | $75.50 |
| 9/18/2019 | ULLMAN | 0.10 | C200 | Follow up re: voluntary plan document. | $75.50 |
| 10/3/2019 | ULLMAN | 0.30 | C200 | Review/analyze VP question from P. Simpkins. | $226.50 |
| 10/4/2019 | ULLMAN | 0.40 | C200 | Call with R. Reilly re: VP documentation. | $302.00 |

28

| 10/4/2019 | ULLMAN | 3.60 | C200 | Review VP documentation per R. Reilly request. | $2,718.00 |
|---|---|---|---|---|---|
| 10/4/2019 | ULLMAN | 1.00 | C200 | Review/analysis re: VP question from P. Simpkins. | $755.00 |
| 10/7/2019 | ULLMAN | 1.50 | C200 | Review/analyze VP question from P. Simpkins. | $1,132.50 |
| 10/9/2019 | ULLMAN | 0.20 | C200 | Review/respond to email from P. Simpkins re: VP question. | $151.00 |
| 10/11/2019 | ULLMAN | 0.30 | C200 | Call with client re: VP. | $226.50 |
| 10/11/2019 | ULLMAN | 1.60 | C200 | Follow-up work re: VP question. | $1,208.00 |
| 10/11/2019 | ULLMAN | 0.90 | C200 | Prepare for follow-up call with client re: VP. | $679.50 |
| 10/15/2019 | ULLMAN | 0.10 | C200 | Correspondence from client re: VP question. | $75.50 |
| 10/17/2019 | ULLMAN | 0.10 | C200 | Review correspondence from R. Reilly re: VP question. | $75.50 |
| 10/30/2019 | ULLMAN | 0.40 | C200 | Call with client and Sedgwick re: VP appeal. | $302.00 |
| 10/30/2019 | ULLMAN | 2.50 | C200 | Review/analysis of plan, regulations, guidance re: VP appeal. | $1,887.50 |
| **GRAND TOTAL** | | | | | **$14,886.90** |

29