# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                                **Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Ref. Docket No. 4950 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                                                   ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 3, 2019, I caused to be served the "Certificate of No Objection Regarding Eighth Monthly Fee Statement of Milbank LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period September 1, 2019 Through September 30, 2019," filed on December 3, 2019 [Docket No. 4950], by causing true and correct copies to be:

   a. enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, and

   b. delivered via electronic mail to those parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
4th day of December, 2019
*/s/ Regina Amporfro*
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Commission Expires December 24, 2021

# EXHIBIT A

| | |
|---|---|
| BAKER & HOSTETLER, LLP<br>COUNSEL FOR OFFICIAL COMMITTEE OF TORT CLAIMANTS<br>ATTN: ERIC E. SAGERMAN AND CECILY DUMAS<br>11601 WILSHIRE BLVD.<br>SUITE 1400<br>LOS ANGELES CA 90025-0509 | MILBANK LLP<br>COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>ATTN: DENNIS F. DUNNE, SAMUEL A. KHALIL<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163 |
| DLA PIPER LLP<br>ATTN: JOSHUA D. MORSE<br>555 MISSION STREET<br>SUITE 2400<br>SAN FRANCISCO CA 94105-2933 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: JAMES L. SNYDER, ESQ. & TIMOTHY LAFREDDI, ESQ.,<br>MARTA E. VILLACORTA<br>450 GOLDEN GATE AVE<br>SUITE 05-0153<br>SAN FRANCISCO CA 94102 |
| PG&E CORPORATION<br>ATTN: JANET LODUCA<br>77 BEALE STREET<br>SAN FRANCISCO CA 94177 | |

# EXHIBIT B

PG&E CORPORATION – Case No. 19-30088 (DM)
Electronic Mail Additional Parties

PG&E CORPORATION – Case No. 19-30088 (DM)
Electronic Mail Additional Parties

- bamexampge@gmail.com
- david.riley@dlapiper.com
- ddunne@milbank.com
- esagerman@bakerlaw.com
- Gbray@milbank.com
- James.L.Snyder@usdoj.gov
- jessica.liou@weil.com
- jkim@kellerbenvenutti.com
- lattard@bakerlaw.com
- Marta.Villacorta@usdoj.gov
- matthew.goren@weil.com
- Paronzon@milbank.com
- rachael.foust@weil.com
- skhalil@milbank.com
- stephen.karotkin@weil.com
- timothy.s.laffredi@usdoj.gov
- tkeller@kellerbenvenutti.com
- TKreller@milbank.com
- traceyrgallegos@gmail.com