UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Pacific Gas and Electric Company, Chapter 11 Case No. 19-30089 and jointly administered under In re PG&E Corporation and Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088 (the "Bankruptcy Case").

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **SPCP Group LLC** | **Almendariz Consulting, Inc.** |
| Name of Transferee | Name of Transferor |

Court Claim # (if known): Prime Clerk No. 1032103. $819,650.00 general unsecured claim set forth as item 3.198 on Schedule E/F of the Debtor's Bankruptcy Schedules filed on March 14, 2019 in the Bankruptcy Case as document number 906-4, a copy of which page of Schedule E/F is attached hereto as Exhibit "1".

Debtor: Pacific Gas and Electric Company

**Amount of Claim Transferred: USD $819,650.00**

**Name and Address where notices to transferee should be sent:**
SPCP Group, LLC
2 Greenwich Plaza
1st Floor
Greenwich, CT 06830
Attn: Brian Jarmain and Operations
bjarmain@silverpointcapital.com
creditadmin@silverpointcapital.com
administration@silverpointcapital.com
rbeacher@pryorcashman.com

**Name and Address where transferee payments should be sent (if different from above):**
SPCP Group, LLC
Mail Code:11084
PO Box 70280
Philadelphia, PA 19176-0280

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SPCP Group LLC

By: _____ Date: 12/3/19
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357

OHSUSA:752495281.3


Ex 1

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| | **Trade Payables** | | | | | | | |
| 3.190 | ALLIED P&C INS. CO. PO BOX 182068 COLUMBUS, CA 43218 | VARIOUS ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $14,278 |
| 3.191 | ALLIED WASTE SERVICES 441 N BUCHANAN CIRCLE PACHECO, CA 94553-5119 | VARIOUS ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $11,570 |
| 3.192 | ALLIED WASTE SERVICES #210 P.O. BOX 78829 PHOENIX, AZ 85062-8829 | VARIOUS ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $897 |
| 3.193 | ALLISON SIERRA INC P.O. BOX 1157 MARIPOSA, CA 95338 | VARIOUS ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $171,955 |
| 3.194 | ALLISTER PHAN 92 LARKSPUR AVE DALY CITY, CA 94015 | VARIOUS ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $5,086 |
| 3.195 | ALLSTATE INSURANCE COMPANY P.O. BOX 6525 DIAMOND BAR, CA 91765 | VARIOUS ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $28,000 |
| 3.196 | ALLWIRE INC P.O. BOX 1000 CHOWCHILLA, CA 93610 | VARIOUS ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $33,423 |
| 3.197 | ALLYSON NIEMETH 317 FIRST AVE SOUTH PACHECO, CA 94553 | VARIOUS ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $9,700 |
| 3.198 | ALMENDARIZ CONSULTING INC 1136 SUNCAST LN STE STE 9 EL DORADO HILLS, CA 95762 | VARIOUS ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $819,650 |
| 3.199 | ALOM TECHNOLOGIES CORPORATION NOT AVAILABLE | VARIOUS ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $0 |
| 3.200 | ALONGI SERVICE INDUSTRIES INC 3661 KIM WAY YUBA CITY, CA 95993 | VARIOUS ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $11,164 |

Page 19 of 9581 to Schedule E/F Part 2

Case: 19-30088    Doc# 906-4    Filed: 03/14/19    Entered: 03/14/19 23:02:08    Page 19
Case: 19-30088    Doc# 5026    Filed: 12/09/19    Entered: 12/09/19 13:11:49    Page 2 of 5

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court Northern District of California, San Francisco Division

AND TO: PG&E Corporation and Pacific Gas and Electric Company; Case No. 19-30088 (DM), Jointly Administered

Claim No. **Prime Clerk No. 1032103** $819,650.00 of general unsecured claims set forth as item 3.198 on Schedule E/F of the Debtor's Bankruptcy Schedules filed on March 14, 2019 in the Bankruptcy Case as document number 906-4, a copy of which page of Schedule E/F is attached hereto as Exhibit "1".

Bankruptcy Case: Pacific Gas and Electric Company ("Debtor") Chapter 11 Case No. 19-30089 and jointly administered under In re PG&E Corporation and Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088

**ALMENDARIZ CONSULTING, INC.** its successors and assigns ( "Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SPCP GROUP, LLC**
2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830
Attn: Brian Jarmain and Operations
bjarmain@silverpointcapital.com

With a copy to:
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher
Email: rbeacher@pryorcashman.com

**Payments to be sent to**
SPCP Group, LLC
Mail Code: 11084
P.O. Box 70280
Philadelphia, PA 19176-0280

its successors and assigns ("Buyer"), all rights, title and interest in and to that certain $819,650.00 of general unsecured claims of Seller against the Debtor in the Bankruptcy Case as set forth as item 3.198 on Schedule E/F of the Debtor's Bankruptcy Schedules filed on March 14, 2019 in the Bankruptcy Case as document number 906-4 and designated as Prime Clerk No. 1032103, a copy of which page of Schedule E/F is attached hereto as Exhibit "1" (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of the Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all and future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

OHSUSA:752495281.3

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the 3rd day of December, 2019.

ALMENDARIZ CONSULTING, INC.

By: *(signature)*
Name: Kirk Ridgley
Title: CFO

SPCP GROUP LLC

By: *(signature)*
Name: Jennifer Poccia
Title: Authorized Signatory

OHSUSA:752495281.3



## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| | **Trade Payables** | | | | | | | |
| 3.190 | ALLIED P&C INS. CO.<br>PO BOX 182068<br>COLUMBUS, CA 43218 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $14,278 |
| 3.191 | ALLIED WASTE SERVICES<br>441 N BUCHANAN CIRCLE<br>PACHECO, CA 94553-5119 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $11,570 |
| 3.192 | ALLIED WASTE SERVICES #210<br>P.O. BOX 78829<br>PHOENIX, AZ 85062-8829 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $897 |
| 3.193 | ALLISON SIERRA INC<br>P.O. BOX 1157<br>MARIPOSA, CA 95338 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $171,955 |
| 3.194 | ALLISTER PHAN<br>92 LARKSPUR AVE<br>DALY CITY, CA 94015 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $5,086 |
| 3.195 | ALLSTATE INSURANCE COMPANY<br>P.O. BOX 6525<br>DIAMOND BAR, CA 91765 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $28,000 |
| 3.196 | ALLWIRE INC<br>P.O. BOX 1000<br>CHOWCHILLA, CA 93610 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $33,423 |
| 3.197 | ALLYSON NIEMETH<br>317 FIRST AVE SOUTH<br>PACHECO, CA 94553 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $9,700 |
| 3.198 | ALMENDARIZ CONSULTING INC<br>1136 SUNCAST LN STE STE 9<br>EL DORADO HILLS, CA 95762 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $819,650 |
| 3.199 | ALOM TECHNOLOGIES CORPORATION<br>NOT AVAILABLE | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $0 |
| 3.200 | ALONGI SERVICE INDUSTRIES INC<br>3661 KIM WAY<br>YUBA CITY, CA 95993 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $11,164 |

Page 19 of 9581 to Schedule E/F Part 2

Case: 19-30088 Doc# 906-4 Filed: 03/14/19 Entered: 03/14/19 23:02:08 Page 19 of 568
Case: 19-30088 Doc# 5026 Filed: 12/09/19 Entered: 12/09/19 13:11:49 Page 5 of 5