# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING FIRST AND FINAL MONTHLY FEE STATEMENT OF DUNDON ADVISERS LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2019 THROUGH AUGUST 31, 2019**<br><br>[Re: Docket No. 4726]<br><br>**OBJECTION DEADLINE**<br>December 5, 2019 at 4:00p.m. (PDT) |

## THE MONTHLY FEE STATEMENT

On November 14, 2019, Dundon Advisers LLC ("**Dundon**" or the "**Applicant**"), financial advisor for the Official Committee of Tort Claimants ("**Tort Committee**"), filed its First and Final Monthly Fee Statement of Dundon Advisers LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of March 1, 2019 through August 31, 2019 [Docket No. 4726] (the "**First and Final Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bank. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* entered on February 28, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

The First and Final Monthly Fee Statement was served as described in the Certificate of Service of Deanna Heidelberg Lane, filed on November 14, 2019 [Docket. No. 4737]. The deadline to file responses or oppositions to the First and Final Monthly Fee Statement was December 5, 2019, and no oppositions or responses have been filed with the Court or received by the Applicant.

Pursuant to the Interim Compensation Procedures Order, the above-captioned debtors and debtors-in-possession are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the First and Final Monthly Fee Statement upon the filing of this certification and without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is attached hereto as **Exhibit A.**

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a Principal of the firm of Dundon Advisers LLC, financial advisor to the Tort Committee.

2. I certify that I have reviewed the Court's docket in this and case and have not received any response or opposition to the First and Final Monthly Fee Statement.

3. This declaration was executed in Harrison, New York.

Dated: December 8, 2019                     Respectfully submitted,

**DUNDON ADVISERS LLC**

By: _____
Matthew Dundon
*Financial Advisor*
*for the Official Committee of Tort Claimants*

- 2 -

# EXHIBIT A

Professional Fees and Expenses
First and Final Monthly Fee Statement

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Dundon Advisers LLC<br><br>Financial Advisor for the Official Committee of Tort Claimants | First and Final<br><br>3/1/19 through 8/31/19<br><br>[Docket No. 4726, filed 11/14/19] | $152,954.00 | $5,372.24 | 12/5/19 | $122,363.20 | $5,372.24 | $30,590.80 |

- 3 -