MARY E. ALEXANDER, SBN 104173
(malexander@maryalexanderlaw.com)
**MARY ALEXANDER & ASSOCIATES, P.C.**
44 Montgomery Street, Suite 1303
San Francisco, CA 94104
Telephone: (415) 433-4440

Plaintiffs' Liaison Counsel.

ESTELA O. PINO, SBN 112975
(epino@epinolaw.com)
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101
Roseville, CA 95661
Telephone: (916) 641-2288

Attorneys for the Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases.

## THE UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

-and-

In re:

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*\* All papers shall be filed in the lead case, No. 19-30088(DM)*

Case Nos. 19-30088 (DM)

Chapter 11

**JOINDER IN MOTION FOR RELIEF FROM AUTOMATIC STAY IN CONNECTION WITH THE GHOST SHIP FIRE CLAIMS**

DATE: December 17, 2019
TIME: 10:00 a.m.
PLACE: Courtroom 17
450 Golden Gate Avenue, 16th Fl.
San Francisco, California

JUDGE: Hon. Dennis Montali

RELATED DOCKETS: 4875-4879

Plaintiffs in the Ghost Ship Fire Cases who are also Fire Victim Claimants, whose names are set forth below (hereinafter collectively referred to as the "Ghost Ship Claimants"), by and through their attorneys of record, do hereby respectfully submit the following Joinder in Motion

for Relief from Automatic Stay in Connection with the Ghost Ship Fire Claims (the "Joinder").

# I.
# INTRODUCTION

On November 26, 2019, the Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, County of Alameda, in Case No. RG16843631 and related cases (the "Ghost Ship Executive Committee") filed a Motion for Relief from the Automatic Stay to Permit the Courts of the State of California to Conduct a Jury Trial and Related Pretrial and Post Trial Matters in Connection with the Ghost Ship Fire Cases (the "Motion for Relief from the Automatic Stay") (Dkt. 4875).

The signatories below are the counsel for the various plaintiffs in the *In re Ghost Ship Fire Litigation,* Case No. RG16843631 (And Related Cases).

# II.
# JOINDER

The Ghost Ship Claimants, named below, join as moving parties in the Motion for Relief from the Automatic Stay:

1. David Gregory, individually, as Personal Representative of the Estate of Michela Gregory, and as Successor in Interest of Michela Gregory; Kimberly Gregory, individually and as Successor in Interest to Michela Gregory; and Estate of Michela Gregory; and

2. Lesley Moran, as Guardian Ad Litem to A.G. and LG., minors, Individually and as Successors in Interest of Alex Ghassan; Lesley Moran as Personal Representative of the Estate of Alex Ghassan; and the Estate of Alex Ghassan; and

3. Janet Barmby, Individually, as Personal Representative of the Estate of Jennifer Mendiola, and as Successor in Interest of Jennifer Mendiola; John Barmby, Individually and as Successor in Interest of Jennifer Mendiola; Jean-Thierry Mendiola, Individually and as Successor in Interest of Jennifer Mendiola; and Estate of Jennifer Mendiola; and

4. Ivannia Chavarria, Individually, as Personal Representative of the Estate of Brandon Wittenauer, and as Successor in Interest of Brandon Wittenauer; and Estate of Brandon Wittenauer; and

5. Bruce Fritz, Individually, as Personal Representative of the Estate of Justin Fritz (also known as Riley Fritz), and as Successor in Interest of Justin Fritz (also known as Riley Fritz); Nancye Fritz, Individually and as Successor in Interest of Justin Fritz (also known as Riley Fritz); and Estate of Justin Fritz (also known as Riley Fritz); and

6. Natalie Jahanbani, Individually, as Personal Representative of the Estate of Matthew Bohlka (also known as EM Bohlka), and as Successor in Interest of Matthew Bohlka (also known as EM Bohlka); and Estate of Matthew Bohlka (also known as EM Bohlka); and

7. Mason Dixon, Successor in Interest to John Dixon, as heir to the Estate of William Dixon; and the Estate of William Dixon; and

8. Andrew Kershaw, Individually, as Personal Representative of the Estate of Amanda Kershaw, and as Successor in Interest of Amanda Kershaw; Linda Regan, Individually and as Successor in Interest of Amanda Kershaw; Paul Allen, Individually and as Successor in Interest of Amanda Kershaw; and Estate of Amanda Kershaw; and

9. Michael Madden, Individually, as Personal Representative of the Estate of Griffin Madden, and as Successor in Interest of Griffin Madden; Catherine Madden, Individually and as Successor in Interest of Griffin Madden; and Estate of Griffin Madden; and

10. Michael Morris, Individually, as Personal Representative of the Estate of Jennifer Morris, and as Successor in Interest of Jennifer Morris; Toshiko Morris, Individually and as Successor in Interest of Jennifer Morris; and Estate of Jennifer Morris; and

11. Gretchen Porter, Individually, as Personal Representative of the Estate of William Dixon, and as Successor in Interest of William Dixon; and Estate of William Dixon; and

12. Susan Slocum[1], Individually, as Personal Representative of the Estate of Donna Kellogg, and as Successor in Interest of Donna Kellogg; and Estate of Donna Kellogg; and

13. Court Tanouye, Individually, as Personal Representative of the Estate of Jennifer Tanouye, and as Successor in Interest of Jennifer Tanouye; Tomoko Tanouye, Individually and as Successor in Interest of Jennifer Tanouye; and Estate of Jennifer Tanouye; and

14. Edward Wadsworth, Individually, as Personal Representative of the Estate of Peter Wadsworth, and as Successor in Interest of Peter Wadsworth; Suzanne Wadsworth, Individually and as Successor in Interest of Peter Wadsworth; and Estate of Peter Wadsworth; and

15. Brian Hough, an individual, and as successor-in-interest to Travis Hough; Judy Hough, an individual, and as successor-in-interest to Travis Hough ; and

---

[1] Ms. Slocum is a member of the Official Committee of Tort Claimants in the above captioned jointly administered cases.

16. Carol Cidlik, an individual, and as successor-in-interest to Nicole Siegrist; and

17. John Georges Igaz, an individual, and as successor-in-interest to John Nicholas Igaz; and

18. Richard Runnels, an individual, and as successor-in-interest to Benjamin Runnels; Lorraine Runnels, an individual, and as successor-in-interest to Benjamin Runnels; and

19. Colleen Dolan, Individually and as Personal Representative of the Estate of Chelsea Dolan; and

20. Rodney Clark, Individually and as Personal Representative of the Estate of Barrett Clark; and

21. Tamra McGill, Individually, as a Personal Representative of the Estate of Draven McGill, and as Successor in Interest of Draven McGill; and Phillip McGill, Individually; and

22. Maria Vega, individually and as heir to Alex Vega, deceased; Manuel Vega, individually and as heir to Alex Vega, deceased; and Maria Vega and Manuel Vega as co-representatives of the Estate of Alex Vega; and

23. James and Deborah Walrath, individually and as heir to Nicholas Walrath, deceased; and James and Deborah Walrath as co-representatives of the Estate of Nicholas Walrath; and

24. Dennis Cline, individually and as heir to David Riley Cline, deceased; Kerry Cline, individually and as heir to David Riley Cline, deceased; and Dennis Cline and Kerry Cline as co-representatives of the Estate of David Riley Cline; and

25. Christopher Askew, Individually and as Successor in Interest of Cash Askew; and

26. Jack Bohlka, Individually and as Personal Representative of the Estate of Matthew Bohlka (also known as Em Bohlka) and as Successor in Interest of Matthew Bohlka (also known as Em Bohlka); and

27. Margaret Bohlka, individually and as heir to Matthew Andrew Bohlka aka Em Bohlka, deceased; and

28. Gene McCarty and Colleen McCarty, Individually and as Personal Representatives of the Estate of Jason McCarty; and

29. Yrjo Timonen and Kirsi Piha-Timonen, Individually and as Successors in Interest to Hanna Ruax; and

30. Gary Plotkin and Valerie Plotkin, Individually and as Successors in Interest to Vanessa Plotkin; and

///

31. Robert E. Lapine, Individually, and as Successor-in-Interest to Edmond W. Lapine, II, Deceased; and

32. John Matlock, individually, and as successor-in-interest to Joseph Hudson Matlock, Deceased; and

33. Kathe Matlock, individually, and as successor-in-interest to Joseph Hudson Matlock, Deceased; and

34. Randall Wittenauer, individually, and as successor-in-interest to Brandon Chase Wittenauer, Deceased; and

35. Yraina L. Kopelman, individually, and as successor-in-interest to Edmond William Lapine, II, Deceased; and

36. George D. Kellogg, individually And on behalf of Donna Kellogg, Deceased; and

37. Christopher Danemayer, Individually and as Successor in Interest of Micah Krueger Danemayer; and Pamela Krueger, Individually and as Successor in Interest of Micah Krueger Danemayer; and

38. Yoo Sook Jo, Individually and as Successor in Interest of Ara Christina Jo; and Caleb Seong Jo, Individually and as Successor in Interest of Ara Christina Jo; and

39. Farzaneh Farsoudi-Hoda, individually and as heir to Sara Hoda, deceased; and

40. Leisa Askew, individually and as heir of Cash Askew, deceased; and

41. Jeffrey Sylvan and Ursula Sylvan, Individually and as Successors in Interest of Michele Marie Sylvan; and

42. Samuel Maxwell[2]; and

43. Anthony Perrault; and

44. Aaron Marin; and

45. Benjamin Langfur; and

46. Emilie Grandchamps; and

47. Robert Jacobitz; and

48. Jose Avalos; and

49. Carmen Brito; and

---

[2] Mr. Maxwell is a member of the Official Committee of Tort Claimants in the above captioned jointly administered cases.

50. David Calvera; and

51. Adam Kennon; and

52. Hunter Morton; and

53. Andrew Ruiz; and

54. Michael Russell; and

55. Leah Vega; and

56. Nicole Kelber.

The Motion for Relief from the Automatic Stay sets forth the reasons why this Court should grant relief from automatic stay. The Ghost Ship Claimants hereby fully incorporate, by reference, the arguments set forth in the Motion for Relief from the Automatic Stay, as if fully set forth herein.

The Ghost Ship Claimants have been waiting three years for justice. Many lost their children, who were struck down in the prime of their lives. Some of the claimants lost their homes. Two little girls, who were only 4 years old at that time, lost their father. One was horribly injured and will require 24 hour attendant care for the rest of his life. Justice delayed is justice denied and the Ghost Ship Claimants will receive no justice and no resolution, in this Court. These victims deserve closure.

///
///
///
///
///
///
///
///
///

## III.
## CONCLUSION

For all the foregoing reasons, the Ghost Ship Claimants respectfully request that this Court grant the Motion for Relief from the Automatic Stay.

Date: December 7, 2019							Respectfully Submitted,

**MARY ALEXANDER & ASSOCIATES, P.C.**


By: */s/Mary E. Alexander*
    Mary E. Alexander,
    Plaintiffs Liaison Counsel and Attorneys for David gregory, Kimberly Gregory, Jose Avalos, Janet Barmby, John Barmby, Jean-Thierry Mendiola, Carmen Brito, David Calvera, Ivannia Chavarria, Bruce Fritz, Nancye Fritz, Alexandria Ghassan and Lucienne Ghassan, by and through their Guardian ad Litem, Lesley Moran, Natalie Jahanbani, Adam Kennon, Andrew Kershaw, Linda Regan, Paul Allen, Michael Madden, Catherine Madden, Michael Morris, Toshiko Morris, Hunter Morton, Gretchen Porter, Andrew Ruiz, Michael Russell, Susan Slocum Court Tanouye, Tomoko Tanouye, Leah Vega, Edward Wadsworth and Suzanne Wadsworth.

Date: December 9, 2019							Respectfully Submitted,

**DOLAN LAW FIRM PC**


By: */s/Arsen Sarapinian*
    Arsen Sarapinian, Esq.,
    Attorneys for Plaintiffs Carol Cidlik, Brian Hough, Judy Hough, John Georges Igaz, Richard Runnels, and Lorraine Runnels.

*SIGNATURES CONTINUE ON THE NEXT PAGE*

| | | |
|---|---|---|
| Date: December 7, 2019 | | Respectfully Submitted, |

**THE BRANDI LAW FIRM**

By: /s/Thomas Brandi
    Thomas Brandi, Esq.,
    Attorneys for Plaintiffs Rodney Clark and Colleen Dolan.

Date: December 7, 2019    Respectfully Submitted,

**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

By: /s/Robert B. Bale
    Robert B. Bale, Esq.,
    Attorneys for Plaintiffs Dennis Cline, Kerry Cline, Tamra McGill, Phillip McGill, Maria Vega, Manuel Vega, James Walrath, and Deborah Walrath.

Date: December 7, 2019    Respectfully Submitted,

**KAUPP & FEINBERG**

By: /s/W. Gordon Kaupp
    W. Gordon Kaupp, Esq.
    Attorneys for Plaintiff Samuel Maxwell

Date: December 9, 2019    Respectfully Submitted,

**RIBERA LAW FIRM**

By: /s/Sandra Ribera Speed
    Sandra Ribera Speed, Esq.
    Attorneys for Plaintiff Christopher Askew

*SIGNATURES CONTINUE ON THE NEXT PAGE*

| | | |
|---|---|---|
| 1 | Date: December 7, 2019 | Respectfully Submitted, |
| 2 | | **LAW OFFICE OF JOSHUA COHEN SLATKIN** |
| 3 | | |
| 4 | | By: /s/Joshua Cohen Slatkin |
| 5 | | Joshua Cohen Slatkin, Esq.<br>Attorneys for Plaintiff Jack Bohlka |

Date: December 7, 2019                    Respectfully Submitted,

**THON BECK VANNI CALLAHAN & POWELL**

By: /s/Raffi H. Ohanian
    Raffi H. Ohanian, Esq.
    Attorneys for Plaintiff Margaret Bohlka

Date: December 7, 2019                    Respectfully Submitted,

**GIRARDI KEESE**


By: /s/Arin Scapa
    Arin Scapa, Esq.
    Attorneys for Plaintiffs Emilie Grandchamps, individually and as successor in interest of Alex Ghassan, Robert Jacobitz, Benjamin Langfur, Aaron Marin, Gene McCarty, Colleen McCarty, Yrjo Timonen, Kirsi Piha-Timonen

Date: December 8, 2019                    Respectfully Submitted,

**THE ARNS LAW FIRM**


By: /s/Robert C. Foss
    Robert C. Foss, Esq.
    Attorneys for Plaintiffs Gary Plotkin and Valerie Plotkin

*SIGNATURES CONTINUE ON THE NEXT PAGE*

Date: December 7, 2019                Respectfully Submitted,

                        **BAUM HEDLUND ARISTEI GOLDMAN, PC**

By: */s/Clay Robbins, III*
    Clay Robbins, III, Esq.
    Attorneys for Plaintiff Robert Lapine

Date: December 7, 2019                Respectfully Submitted,

                        **LAW OFFICE OF JOHN R. BROWNE, III**

By: */s/John R. Browne, III*
    John R. Browne, III, Esq.
    Attorneys for Plaintiff George Kellogg

Date: December 7, 2019                Respectfully Submitted,

                        **ROUDA FEDER TIETJEN MCGUINN**

By: */s/ John M. Feeder*
    John M. Feder , Esq.
    Attorneys for Plaintiffs Christopher
    Danemeyer and Pamela Krueger

*SIGNATURES CONTINUE ON THE NEXT PAGE*

Date: December 8, 2019                    Respectfully Submitted,

**LAW OFFICES OF DO KIM APLC**

By: */s/Do Kim*
    Do Kim, Esq.
    Attorneys for Plaintiffs Yoo Sook Jo and
    Caleb Seong Jo

Date: December 7, 2019                    Respectfully Submitted,

**SIEGEL & YEE**

By: */s/Dan Siegel*
    Dan Siegel, Esq.
    Attorneys for Plaintiff Farzaneh Farsoudi-
    Hoda

Date: December 7, 2019                    Respectfully Submitted,

**LIUZZI MURPHY SOLOMON CHURTON & HALE, LLP**

By: */s/David L. Winnett*
    David L. Winnett, Esq.
    Attorneys for Plaintiff Leisa Askew

*SIGNATURES CONTINUE ON THE NEXT PAGE*

Date: December 7, 2019                    Respectfully Submitted,

**LAW OFFICE OF PAUL L. ALAGA**

By: /s/Paul L. Alaga
    Paul L. Alaga, Esq.
    Attorneys for Plaintiff Anthony Perrault

Date: December 7, 2019                    Respectfully Submitted,

**LAW OFFICE OF RANDAL BLAIR**

By: /s/Randal F. Blair
    Randal F. Blair, Esq.
    Attorneys for Plaintiffs Jeffrey Sylvan and
    Ursula Sylvan

Date: December 7, 2019                    Respectfully Submitted,

**FIORE ACHERMANN**

By: /s/Sophia M. Achermann
    Sophia M. Achermann, Esq.
    Attorneys for Plaintiff Nicole Kelber

Date: December 7, 2019                    Respectfully Submitted,

**THE MATIASIC FIRM, P.C.**

By: /s/Paul A. Matiasic
    Paul A. Matiasic, Esq.
    Attorneys for Plaintiffs Yraina
    Kopelman. Kathe Matlock, John Matlock and
    Randall Wittenauer.

The Ghost Ship Executive Committee supports this joinder to its Motion.

Date: December 9, 2019

Respectfully submitted,

**PINO & ASSOCIATES**

By:/s/*Estela O. Pino*

Estela O. Pino, Attorneys for Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases.

## CERTIFICATION

In compliance with Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that each signatory has concurred in the filing of this document.

Executed on December  9 , 2019, at Roseville, Placer County, California.

/s/Estela O. Pino
Estela O. Pino