**DIEMER & WEI, LLP**

Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

**WILLKIE FARR & GALLAGHER LLP**

Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
       jminias@willkie.com
       bmccallen@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **STIPULATION RE: THE PRODUCTION OF CURRENT CONTACT INFORMATION FOR INSUREDS** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | [No Hearing Requested] |
| *All papers shall be filed in the lead case, No. 19-30088 (DM)* | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Official Committee of Tort Claimants (the "TCC"), Michael Kasolas as the claims representative appointed to assist wildfire victims who have not yet filed proofs of claim (the "Claims Representative") and the Ad Hoc Group of Subrogation Claim Holders (the "Ad Hoc Subrogation Group" and, together with the TCC, the "Parties"), hereby reach the following stipulation as to the production by the Ad Hoc Subrogation Group of certain information related to their insureds.

## **STIPULATION**

WHEREAS on November 12, 2019, the United States Bankruptcy Court for the Northern District of California entered its Order Extending Bar Date for Fire Claimants and Appointing Claims Representative [Dkt. 4672], by which the Bankruptcy Court extended the claims bar date for Fire Claimants to December 31, 2019, and appointed the Claims Representative, tasked among other things with locating potential Fire Claimants who have not filed proofs of claim in these bankruptcy cases;

WHEREAS on November 18, 2019, the TCC and the Ad Hoc Subrogation Group entered into a Stipulation Re: the Production of Current Address Information For Insureds [Dkt. 4794]. This stipulation was so-ordered by the Court on November 19, 2019 [Dkt. 4815].

WHEREAS the TCC and the Claims Representative have requested that, in addition to providing address information, the members of the Ad Hoc Subrogation Group also provide phone numbers and email addresses for their insureds to the Claims Representative and TCC in order to assist the Claims Representative in his efforts to locate potential claimants who have not yet filed proofs of claim in these bankruptcy cases (the "Requested Purposes");

WHEREAS it would impose a significant burden on the TCC in terms of both time and expense to attempt to obtain this information from other sources;

WHEREAS members of the Ad Hoc Subrogation Group have agreed to make reasonable efforts to provide phone numbers and email addresses for insureds (the "Additional

Information") to the Claims Representative and TCC, while requiring that certain limitations be placed on the use of that Additional Information; and

WHEREAS those efforts are limited to providing phone number and email address information for insureds reasonably obtainable from electronic databases available with insurers, to the extent such information exists;

THEREFORE the TCC, the Claims Representative, and the Ad Hoc Subrogation Group agree as follows:

1. The Ad Hoc Subrogation Group, the Claims Representative and the TCC agree to the Order regarding the Production and Use of the Insureds' Additional Information, filed concurrently with this Stipulation. Specifically, the Parties agree that the TCC and the Claims Representative may use the Additional Information for the Requested Purposes.

2. The Additional Information will be shared only with counsel for the TCC, the TCC's professionals retained in these bankruptcy cases, or the Claims Representative, and the Claims Representative's support staff, vendors or professionals for the Requested Purposes. Any documents or spreadsheets produced that contain the Additional Information for Requested Purposes shall be designated "PROFESSIONAL EYES ONLY" for TCC Counsel, professionals, and the Claims Representative.

3. The TCC and the Claims Representative agree that the Ad Hoc Subrogation Group will receive drafts of any notifications they plan to send to insureds using the Additional Information or any scripts of phone calls, and that the Ad Hoc Subrogation Group will have an opportunity to review and comment on those drafts.

4. The TCC and the Claims Representative agree that no more than two emails will be sent to each insured using the Additional Information and no more than two phone calls or text messages will be made to each insured using the Additional Information regardless of whether a response is received from the insured. The TCC and the Claims Representative shall make a good faith effort to reduce potential harassment, limit automated calls, and make calls by live phone operators where it is feasible to do so, including by unmasking the phone

number used to make the phone calls or text messages.

5. The TCC and the Claims Representative shall make a good faith effort to limit any communications sent to insureds using the Additional Information to only those insureds who have not yet filed a proof of claim.

6. The Additional Information will not be shared with counsel for the individual plaintiffs, the interests of which are represented by the TCC.

7. The Additional Information will be used solely for the Requested Purposes and will not be used for any other purpose, including but not limited to attorney advertisement, telemarketing, solicitations, or promoting claims against insurers.

8. The production of the Additional Information by the Ad Hoc Subrogation Group is conditioned on the Bankruptcy Court entering a finding in its Order approving this Stipulation determining that there is a compelling need for the production of the Additional Information that outweighs any privacy interest the insureds may have in that Additional Information.

9. The members of the Ad Hoc Subrogation Group will undertake reasonable efforts to provide such Additional Information and shall not be held responsible in any way if any of the Additional Information is incorrect or incomplete. The Ad Hoc Subrogation Group reserves all rights to object to any additional requests for insured information on any and all grounds.

10. In agreeing to provide the Additional Information, the members of the Ad Hoc Subrogation Group act reasonably, in good faith and are advancing and protecting the interests of their insureds.

11. Nothing in this Stipulation or the Order approving this Stipulation shall diminish or alter the obligations of the members of the Ad Hoc Subrogation Group set forth in the Order (I) Establishing Deadline for Filing Proofs of Claim, (II) Establishing the Form and Manner of Notice Thereof, and (III) Approving Procedures for Providing Notice of Bar Date and Other Information to All Creditors and Potential Creditors [Dkt. No. 2806] entered on July 1, 2019, which obligations remain in full force and effect.

12. This Court shall retain jurisdiction to hear and determine all matters arising

from or related to the implementation, interpretation or enforcement of this Stipulation.

So stipulated:

Dated: December 9, 2019		**WILLKIE FARR & GALLAGHER LLP**

/s/ *Benjamin P. McCallen*
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)
Joseph G. Davis
Antonio Yanez, Jr. (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
jminias@willkie.com
bmccallen@willkie.com
jdavis@willkie.com
ayanez@willkie.com


**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

Dated: December 9, 2019		**BAKER & HOSTETLER LLP**

/s/ *David J. Richardson*
Kimberly S. Morris (SBN 249933)
Cecily A. Dumas (SBN 111449)
Robert A. Julian (SBN 88469)
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:	628.208.6434
Facsimile:	310.820.8859
Email: kmorris@bakerlaw.com
Email: cdumas@bakerlaw.com
Email: rjulian@bakerlaw.com

Eric E. Sagerman (SBN 155496)

| | |
|---|---|
| 1 | David J. Richardson (SBN 168592) |
| 2 | Lauren T. Attard (SBN 320898) |
|   | BAKER & HOSTETLER LLP |
| 3 | 11601 Wilshire Blvd., Suite 1400 |
|   | Los Angeles, CA 90025-0509 |
| 4 | Telephone:   310.820.8800 |
|   | Facsimile:   310.820.8859 |
| 5 | Email: esagerman@bakerlaw.com |
|   | Email: drichardson@bakerlaw.com |
| 6 | Email: lattard@bakerlaw.com |

*Counsel to the Official Committee of Tort Claimants*

Dated: December 9, 2019       **WENDEL ROSEN LLP**

*/s/ Lisa Lenherr*
Mark S. Bostick
Lisa Lenherr
*Counsel to Michael G. Kasolas,*
*Claims Representative*