# EXHIBIT A
# PROPOSED ORDER

| | | |
|---|---|---|
| 1 | **LABATON SUCHAROW LLP**<br>Thomas A. Dubbs | **LOWENSTEIN SANDLER LLP**<br>Michael S. Etkin (*pro hac vice*) |
| 2 | Louis Gottlieb<br>Carol C. Villegas | Andrew Behlmann (*pro hac vice*)<br>One Lowenstein Drive |
| 3 | Jeffrey A. Dubbin (SBN 287199)<br>140 Broadway | Roseland, New Jersey 07068 |
| 4 | New York, New York 10005 | |
| 5 | *Lead Counsel to Lead Plaintiff and the Class* | *Bankruptcy Counsel to Lead Plaintiff and the Class* |
| 6 | | |
| 7 | **MICHELSON LAW GROUP**<br>Randy Michelson (SBN 114095) | |
| 8 | 220 Montgomery Street, Suite 2100<br>San Francisco, California 94104 | |
| 9 | *Bankruptcy Counsel to Lead Plaintiff and the Class* | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**[PROPOSED] ORDER GRANTING SECURITIES LEAD PLAINTIFF'S MOTION TO APPLY BANKRUPTCY RULE 7023 TO CLASS PROOF OF CLAIM** |

Upon the Motion, dated December 9, 2019 [ECF No. _][1], of Public Employees Retirement Association of New Mexico ("**Lead Plaintiff**" or "**PERA**"), the court-appointed lead plaintiff in the securities class action captioned as *In re PG&E Corporation Securities Litigation*, Case No. 18-03509 (the "**Securities Litigation**") pending in the U.S. District Court for the Northern District of California (the "**District Court**") on behalf of itself and the proposed class it represents in the Securities Litigation (the "**Class**"), together with York County on behalf of the County of York Retirement Fund, City of Warren Police and Fire Retirement System, and Mid-Jersey Trucking Industry & Local No. 701 Pension Fund (collectively, the "**Securities Act Plaintiffs**" and together with Lead Plaintiff, the "**Securities Plaintiffs**"), for entry of an order, pursuant to Rules 9014(a) and (c) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), directing that Bankruptcy Rule 7023 applies to the class proofs of claim filed by Lead Plaintiff on behalf of itself and the Class against each of the Debtors (the "**Class Claims**") [Claim Nos. 72193, 72273] and establishing a briefing schedule for and scheduling a hearing, if necessary, on certification of the Class for all purposes in the chapter 11 bankruptcy cases (the "**Chapter 11 Cases**") of the above-captioned debtors in possession (the "**Debtors**"); and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found and determined that notice of the Motion was reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and held a hearing to consider the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is appropriate under the circumstances; and upon the record of all of the proceedings had on the Motion before this Court, and after due deliberation and sufficient cause appearing therefor,

---

[1] Capitalized terms used but not defined herein have the meanings given thereto in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. Pursuant to Federal Rule of Bankruptcy Procedure 9014, the Court hereby directs that Federal Rule of Bankruptcy Procedure 7023 applies to the Motion and the Class Claim.

3. Lead Plaintiff shall file its brief in support of certification of the Class for purposes of the Chapter 11 Cases on or before _____, 2020. The Debtors shall file their brief, if any, in opposition to certification of the Class for purposes of the Chapter 11 Cases on or before _____, 2020. Lead Plaintiff shall file its reply brief, if any, in further support of certification of the Class for purposes of the Chapter 11 Cases on or before _____, 2020.

4. Nothing in this Order shall preclude Lead Plaintiff from seeking withdrawal of the bankruptcy reference with respect to certification of the Class for purposes of the Chapter 11 Cases.

** END OF ORDER **