**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION**,

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

* *All papers shall be filed in the lead case, No. 19-30088 (DM)*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**NOTICE OF AGENDA FOR DECEMBER 11, 2019, 10:00 A.M. OMNIBUS HEARING**

Date:  December 11, 2019
Time:  10:00 a.m. (Pacific Time)
Place: United States Bankruptcy Court
       Courtroom 17, 16th Floor
       San Francisco, CA 94102

**PROPOSED AGENDA FOR
DECEMBER 11, 2019, 10:00 A.M. (PACIFIC TIME)
<u>OMNIBUS HEARING</u>**

**I:** <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*STATUS CONFERENCE*

1. **Exit Financing Motion Scheduling**: The Court will discuss the date for the continued hearing on the Debtors' Exit Financing Motion [**Dkt. 4446**] and the deadline for objections to it.

   <u>Responses Filed</u>:

   A. Letter Brief from the Official Committee of Unsecured Creditors Regarding Exit Financing Motion Scheduling [**Dkt. 4968**].[1]

   B. Letter Brief from the Ad Hoc Committee of Senior Unsecured Noteholders Regarding Exit Financing Motion Scheduling [**Dkt. 4970**].

   C. Letter Brief from the TCC Regarding Exit Financing Motion Scheduling [**Dkt. 4971**].

*CONTESTED MATTER GOING FORWARD*

2. **Postpetition Interest Briefing**: *Debtors' Brief Regarding Applicable Rate of Postpetition Interest on Allowed Unsecured Claims and Joinder of PG&E Shareholders* [**Dkt. 4624**].

   <u>Response Deadline</u>: November 22, 2019, at 4:00 p.m. (Pacific Time).

   <u>Responses Filed</u>:

   A. Consolidated Edison Development Inc.'s Reservation of Rights Regarding Postpetition Interest on Unsecured Claims [**Dkt. 4625**].

   B. Consolidated Opening Brief of the Official Committee of Unsecured Creditors and Other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case [**Dkt. 4634**].

   C. Joinder in Consolidated Opening Brief of the Official Committee of Unsecured Creditors and Other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case [**Dkt. 4636**].

   D. Reservation of Rights of the Ad Hoc Group of Subrogation Claim Holders Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case [**Dkt. 4840**].

---

[1] Initially filed on the docket as a motion [**Dkt. 4964**] and withdrawn [**Dkt. 4972**].

E. Consolidated Reply Brief of the Official Committee of Unsecured Creditors and Other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case [**Dkt. 4855**].

F. Letter from Creditor Groups Regarding *In re Ultra Petroleum Corp.* [**Dkt. 5003**].

Related Documents:

G. Debtors' Brief in Opposition to Consolidated Opening Brief of Unsecured Creditors and other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtors Case; Joinder of PG&E Shareholders [**Dkt. 4849**].

H. Letter from Debtors Regarding *In re Ultra Petroleum Corp.* [**Dkt. 5018**].

Related Order:

I. Order re Time Allowances for Hearing and Questions for Counsel on Issue of Post-Petition Interest [**Dkt. 5024**].

Status: This matter is going forward on a contested basis.

***RESOLVED AND CONTINUED MATTERS***

3. **Marroquin Motion for Relief from Stay**: *Motion to Abstain and for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion* [**Dkt. 4606**].

Response Deadline: March 20, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Stipulation Between Debtor Pacific Gas and Electric Company and Michael Marroquin to Continue Hearing and for Limited Relief from the Automatic Stay [**Dkt. 4874**].

Related Documents:

B. Exhibits to Motion to Abstain and for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion [**Dkt. 4607**].

C. Declaration of Daniel Rodriguez in Support of Motion for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion [**Dkt. 4608**].

D. Declaration of Leonard K. Welsh in Support of Motion to Abstain and for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion [**Dkt. 4609**].

E. Relief from Stay Cover Sheet [**Dkt. 4610**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Related Order:

F. Order Approving Stipulation Between Debtor Pacific Gas and Electric Company and Michael Marroquin to Continue Hearing and for Limited Relief from the Automatic Stay [**Dkt. 4888**].

Status: This matter has been continued by stipulation to March 25, 2020 [**Dkt. 4874**].

4. **Disconnection OII Settlement Motion**: *Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 9019 for an Order (I) Approving Settlement Agreement Resolving Service Disconnection OII and (II) Granting Related Relief* [**Dkt. 4665**].

Response Deadline: December 4, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

A. Declaration of Rakesh Nigam in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Approving Settlement Agreement Resolving Service Disconnection OII and (II) Granting Related Relief [**Dkt. 4666**].

B. Request for Entry of Order by Default Granting Disconnection OII Settlement Motion [**Dkt. 5000**].

Related Order:

C. Order Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 9019 (I) Approving Settlement Agreement Resolving Service Disconnection OII and (II) Granting Related Relief [**Dkt. 5002**].

Status: This Motion has been granted [**Dkt. 5002**] and dropped from the calendar by December 5, 2019 Docket Text Order.

5. **Exclusive Solicitation Period Motion**: *Motion of the Debtors Pursuant to 11 U.S.C. § 1121(d) to Extend the Exclusive Solicitation Period* [**Dkt. 4825**].

Response Deadline: December 4, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Amicus Brief in Support of PG&E's Motion to Continue Solicitation Period [**Dkt. 4899**].

B. Limited Objection of the California State Agencies to Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) to Extend the Exclusive Solicitation Period [**Dkt. 4976**].

C. Response of the City of San Jose to the Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) to Extend the Exclusive Solicitation Period [**Dkt. 4981**].

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

D.      The Public Advocates Office's Statement of Position Opposing Debtors' Motion Pursuant to 11 U.S.C. § 1121(d) to Extend the Exclusive Solicitation Period [**Dkt. 4982**].

E.      Joinder by TURN in the Public Advocates Office's Statement of Position Opposing Debtors' Motion Pursuant to 11 U.S.C. § 1121(d) to Extend the Exclusive Solicitation Period [**Dkt. 4983**].

Related Documents:

F.      Declaration of John Boken in Support of Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) to Extend the Exclusive Solicitation Period [**Dkt. 4826**].

Related Order:

G.      Order Granting Motion to Extend the Exclusive Solicitation Period [**Dkt. 5017**].

Status: This Motion has been granted [**Dkt. 5017**] and dropped from the calendar by December 9, 2019 Docket Text Order.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: December 10, 2019            **WEIL, GOTSHAL & MANGES LLP**
                                              **KELLER & BENVENUTTI LLP**

                                              By:     */s/ Dara L. Silveira*
                                                                Dara L. Silveira

                                              *Attorneys for Debtors and Debtors in Possession*