# UNITED STATES BANKRUPTCY COURT

## Northern District of California

In re: PG&E Corporation        Case No. 19-30088

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TRC MASTER FUND LLC | COAST NUT & BOLT INC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO Box 633
Woodmere, NY 11598

Phone: 516-255-1801
Last four digits of Acct#: N/A

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#: N/A

Court Claim # (if known): N/A
Amount of Claim: USD$21,064.00
Date Claim Filed: N/A

Phone: (805) 439-4224
Last four digits of Acct.#: N/A

Name and Current Address of Transferor:

Coast Nut & Bolt Inc
3468 Sacramento Dr. Unit E
San Luis Obispo, CA 93401

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross        Date: December 9, 2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO:      United States Bankruptcy Court ("Bankruptcy Court")
Northern District of California
Attention: Clerk

AND TO: Pacific Gas and Electric Company (Debtor)
Case No. 19-30089
(Jointly Administered Under PG&E Corporation et al., Case No. 19-30088)

Claim # N/A

**Coast Nut & Bolt Inc,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$21,064.00** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 9TH DAY OF DECEMBER, 2019.

**ASSIGNOR: Coast Nut & Bolt Inc.**

_____
(Signature)

ANNETTE BAUMGARTNER
(Print Name)

CFO
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

# Prime Clerk | A Division of Duff & Phelps

## Creditor Information - Schedule # 1033296

**Creditor**
COAST NUT & BOLT INC
3468 SACRAMENTO DR UNIT E
SAN LUIS OBISPO, CA 93401

**Debtor Name**
Pacific Gas and Electric Company
**Date Filed**
n/a

**Claim Number**
n/a
**Schedule Number**
1033296

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | $21064.00 | | | | $21064.00 | Scheduled |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| Total | $21,064.00 | | | | $21,064.00 | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and

  Open in new window

## Schedule E/F: Creditors Who Have Unsecured Claims

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Trade Payables** | | | | | | | |
| 3.972 CLEARESULT CONSULTING INC<br>4301 WESTBANK DR STE 300A<br>AUSTIN, TX 78746 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $1,677,354 |
| 3.973 CLEARLAKE WASTE SOLUTIONS INC<br>P.O. BOX 60<br>UKIAH, CA 95482-0060 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $2,128 |
| 3.974 CLEAVELAND/PRICE INC<br>853 A COTTING CT<br>VACAVILLE, CA 95688 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $43,606 |
| 3.975 CLEOFAS PADILLA<br>PO BOX 673<br>DOS PALOS, CA 93620 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $50 |
| 3.976 CLICKFOX INC<br>5575 DTC PKWY STE 300<br>GREENWOOD VILLAGE, CO 80111 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $659 |
| 3.977 CLICKSOFTWARE INC<br>35 CORPORATE DR #140<br>BURLINGTON, MA 1803 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $61,363 |
| 3.978 CLIPPER CONTROLS INC<br>660 BERCUT DR<br>SACRAMENTO, CA 95811 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $1,547 |
| 3.979 CM DISTRIBUTORS INC<br>118 S HALE AVE<br>ESCONDIDO, CA 92029 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $164,920 |
| 3.980 CN UTILITY CONSULTING INC<br>P.O. BOX 818<br>DES MOINES, IA 50304 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $452,160 |
| 3.981 COACHSOURCE LLC<br>673 DAKOTA TRAIL<br>FRANKLIN LAKES, NJ 7417 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $8,752 |
| 3.982 COAST NUT & BOLT INC<br>3468 SACRAMENTO DR UNIT E<br>SAN LUIS OBISPO, CA 93401 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $21,064 |

Page 90 of 9581 to Schedule E/F Part 2

Case: 19-30088    Doc# 906-4    Filed: 03/14/19    Entered: 03/14/19 23:02:08    Page 90 of 1568
Case: 19-30088    Doc# 5049    Filed: 12/10/19    Entered: 12/10/19 12:05:31    Page 4 of 4