# UNITED STATES BANKRUPTCY COURT

# Northern District of California

In re: PG&E Corporation                                  Case No. 19-30088

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC<br>Name of Transferee | Benson & Son Electric Inc.<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598<br><br>Phone: 516-255-1801<br>Last four digits of Acct#: N/A<br><br>Name and address where transferee payments should be sent (if different from above):<br><br>Phone: N/A<br>Last four digits of Acct#: N/A | Court Claim # (if known): N/A<br>Amount of Claim: USD$31002.00<br>Date Claim Filed: N/A<br><br>Phone: (650) 642-5167<br>Last four digits of Acct.#: N/A<br><br>Name and Current Address of Transferor:<br><br>Benson & Son Electric Inc<br>1751 Leslie St.<br>San Mateo, CA 94402 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross                                  Date: December 9, 2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Northern District of California
Attention: Clerk

AND TO: Pacific Gas and Electric Company (Debtor)
Case No. 19-30089
(Jointly Administered Under PG&E Corporation et al., Case No. 19-30088)

Claim # N/A

**Benson & Son Electric, Inc.** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$31,002.00** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 6TH DAY OF DECEMBER, 2019.

ASSIGNOR: Benson & Son Electric, Inc.

_____
(Signature)

MARK NOBLE
(Print Name)

Vice President
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|---|

### Trade Payables

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| 3.440 | BELLA WILDFIRE & FORESTRY INC<br>P.O. BOX 195<br>WEIMAR, CA 95736 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $37,855 |
| 3.441 | BELZONA CALIFORNIA INC<br>2201 E WINSTON RD STE F<br>ANAHEIM, CA 92806 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $1,810 |
| 3.442 | BENDER ROSENTHAL INC<br>2825 WATT AVE STE 200<br>SACRAMENTO, CA 95821 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $1,714,897 |
| 3.443 | BENJAMIN F PARKER<br>NOT AVAILABLE | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $500 |
| 3.444 | BENSON & SON ELECTRIC INC<br>1751 LESLIE ST<br>SAN MATEO, CA 94402 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $31,002 |
| 3.445 | BENTLEY SYSTEMS INCORPORATED<br>685 STOCKTON DR<br>EXTON, PA 19341-0678 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $263,031 |
| 3.446 | BERGEN-POWER PIPE SUPPORTS INC<br>225 MERRIMAC ST<br>WOBURN, MA 1888 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $6,588 |
| 3.447 | BERLITZ CORPORATION<br>159 HOMER AVE<br>PALO ALTO, CA 94301 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $1,105 |
| 3.448 | BERRY PETROLEUM COMPANY LLC<br>5201 TRUXTUN AVE<br>BAKERSFIELD, CA 93309 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $1,046,337 |
| 3.449 | BERTOLOTTI DISPOSAL<br>P.O. BOX 157<br>CERES, CA 95307 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $3,326 |
| 3.450 | BESS TESTLAB INC<br>2463 TRIPALDI WAY<br>HAYWARD, CA 94545 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $174,194 |

Page 42 of 9581 to Schedule E/F Part 2

Case: 19-30088    Doc# 906-4    Filed: 03/14/19    Entered: 03/14/19 23:02:08    Page 42 of 1568
Case: 19-30088    Doc# 5052    Filed: 12/10/19    Entered: 12/10/19 12:10:18    Page 3 of 4

# Prime Clerk | A Division of DUFF&PHELPS

## Creditor Information - Schedule # 1032606

| | | |
|---|---|---|
| **Creditor** | **Debtor Name** | **Claim Number** |
| BENSON & SON ELECTRIC INC | Pacific Gas and Electric Company | n/a |
| 1751 LESLIE ST | **Date Filed** | **Schedule Number** |
| SAN MATEO, CA 94402 | n/a | 1032606 |

## Claim Amounts

| Claim Nature | Schedule Amount | C* U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | $31,002.00 | C | | | $0.00 | Scheduled |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | **$31,002.00** | | | | **$0.00** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign

Prime Clerk maintains this website for the public's convenience and for general informational purposes only. Anyone using this website is cautioned NOT to rely on any information contained on this Website, and any user of this website should not take or refrain from taking any action based upon anything included or not included on this website. We are not a law firm or a substitute for an attorney or law firm. Users of this website may want to seek legal counsel on the particular facts and circumstances at issue. All search results provided through this website are qualified in their entirety by the official register of claims and the Schedules of Assets and



Open in new window