| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310-8000<br>Fax: 212 310-8007 | WILLKIE FARR & GALLAGHER LLP<br>Matthew A. Feldman (*pro hac vice*)<br>(mfeldman@willkie.com)<br>Joseph G. Minias (*pro hac vice*)<br>(jminias@willkie.com)<br>Benjamin P. McCallen (*pro hac vice*)<br>(bmccallen@willkie.com)<br>Daniel I. Forman (*pro hac vice*)<br>(dforman@willkie.com)<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Tel: 212 728-8000<br>Fax: 212 728-8111 |
| KELLER & BENVENUTTI LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kellerbenvenutti.com)<br>Jane Kim (#298192)<br>(jkim@kellerbenvenutti.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: 415 496-6723<br>Fax: 650 636-9251 | DIEMER & WEI, LLP<br>Kathryn S. Diemer (#133977)<br>(kdiemer@diemerwei.com)<br>100 West San Fernando Street, Suite 555<br>San Jose, CA 95113<br>Tel: 408 971-6270<br>Fax: 408 971-6271<br><br>*Counsel for Ad Hoc Group of Subrogation Claim Holders* |

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Admin.)<br><br>**JOINT STATEMENT OF THE DEBTORS AND THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS REGARDING THE COURT'S DOCKET TEXT ORDER ON DECEMBER 9, 2019** |

PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), and the Ad Hoc Group of Subrogation Claim Holders (the "**Ad Hoc Subrogation Group**"), as parties to that certain Amended and Restated Restructuring Support Agreement (the "**Subrogation RSA**"), by and through their undersigned counsel, make the following joint statement regarding the Court's docket text order issued on December 9, 2019:

## JOINT STATEMENT

The Debtors and the Ad Hoc Subrogation Group request that the Court defer issuing a ruling on the motion to approve the Subrogation RSA (the "**Subrogation RSA Motion**") until after December 13, 2019. Accordingly, the Debtors and Ad Hoc Subrogation Group have agreed to modify the outside date for approval of the Subrogation RSA to 12:00 p.m. Pacific Time on Monday, December 16, 2019.[1] The Debtors and the Ad Hoc Subrogation Group will update the Court before Monday if the outside date has been extended further or if the parties wish the Court to rule on the Subrogation RSA Motion.

[*remainder of page left intentionally blank*]

---

[1] A notice advising all parties of that extension shall be filed with the Court separately.

Dated: December 10, 2019

| | |
|---|---|
| */s/ Stephen Karotkin* | */s/ Matthew A. Feldman* |
| WEIL, GOTSHAL & MANGES LLP | WILLKIE FARR & GALLAGHER LLP |
| Stephen Karotkin (*pro hac vice*) | Matthew A. Feldman (*pro hac vice*) |
| (stephen.karotkin@weil.com) | (mfeldman@willkie.com) |
| Ray C. Schrock, P.C. (*pro hac vice*) | Joseph G. Minias (*pro hac vice*) |
| (ray.schrock@weil.com) | (jminias@willkie.com) |
| Jessica Liou (*pro hac vice*) | Benjamin P. McCallen (*pro hac vice*) |
| (jessica.liou@weil.com) | (bmccallen@willkie.com) |
| Matthew Goren (*pro hac vice*) | Daniel I. Forman (*pro hac vice*) |
| (matthew.goren@weil.com) | (dforman@willkie.com) |
| 767 Fifth Avenue | 787 Seventh Avenue |
| New York, NY 10153-0119 | New York, NY 10019-6099 |
| Tel: 212 310-8000 | Tel: 212 728-8000 |
| Fax: 212 310-8007 | Fax: 212 728-8111 |
| | |
| KELLER & BENVENUTTI LLP | |
| Tobias S. Keller (#151445) | DIEMER & WEI, LLP |
| (tkeller@kellerbenvenutti.com) | Kathryn S. Diemer (#133977) |
| Jane Kim (#298192) | (kdiemer@diemerwei.com) |
| (jkim@kellerbenvenutti.com) | 100 West San Fernando Street, Suite 555 |
| 650 California Street, Suite 1900 | San Jose, CA 95113 |
| San Francisco, CA 94108 | Tel: 408 971-6270 |
| Tel: 415 496-6723 | Fax: 408 971-6271 |
| Fax: 650 636-9251 | |
| | |
| *Attorneys for Debtors* | *Counsel for Ad Hoc Group of Subrogation* |
| *and Debtors in Possession* | *Claim Holders* |