CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br>　　- and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br>　　　　**Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **NOTICE OF FILING OF AMENDED FIRST INTERIM FEE APPLICATION OF CRAVATH, SWAINE & MOORE FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 29, 2019 THROUGH AND INCLUDING MAY 31, 2019** <br><br> Date:　　December 17, 2019 <br> Time:　　10:00 a.m. (Pacific Time) <br> Place:　　United States Bankruptcy Court <br> 　　　　　Courtroom 17, 16th Floor <br> 　　　　　San Francisco, CA 94102 |

**PLEASE TAKE NOTICE** that on August 23, 2019, Cravath, Swaine & Moore LLP ("**Cravath**"), attorneys for PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), filed the *First Interim Fee Application of Cravath, Swaine & Moore LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period January 29, 2019 Through and Including May 31, 2019* [Docket No. 3683] (the "**First Interim Fee Application**"). As contemplated by the *Fee Examiner Protocol for Chapter 11 Cases of PG&E Corporation and Pacific Gas and Electric Company* [Docket No. 4473-1] filed on October 24, 2019 (the "**Revised Protocol**"), Cravath met and conferred with Bruce A. Markell the fee examiner for the Chapter 11 Cases (the "**Fee Examiner**") regarding the First Interim Fee Application. Based on those discussions, Cravath and the Fee Examiner reached an agreement whereby the aggregate compensation sought in the First Interim Fee Application will be voluntarily reduced by $1,300,000.00.

**PLEASE TAKE FURTHER NOTICE** that the First Interim Fee Application is hereby amended to the extent of such reduction. Pursuant to section 2.4 of the Revised Protocol, the signature below of Scott H. McNutt, Counsel to the Fee Examiner, shall serve to indicate the Fee Examiner has no remaining objections to the First Interim Fee Application.

Dated: December 10, 2019

CRAVATH, SWAINE & MOORE LLP

/s/ *Paul H. Zumbro*

Paul H. Zumbro

*Attorneys for Debtors and Debtors in Possession*

Acknowledged and Agreed,

Scott H. McNutt
Counsel to the Fee Examiner

/s/ *Scott H. McNutt*

Scott H. McNutt

Notice Parties

PG&E Corporation
c/o Pacific Gas & Electric Company
Attn:   Janet Loduca, Esq.
77 Beale Street
San Francisco, CA 94105

Keller & Benvenutti LLP
Attn:   Tobias S. Keller, Esq.
        Jane Kim, Esq
650 California Street, Suite 1900
San Francisco, CA 94108

Weil, Gotshal & Manges LLP
Attn:   Stephen Karotkin, Esq.
        Jessica Liou, Esq.
        Matthew Goren, Esq.
767 Fifth Avenue
New York, NY 10153

The Office of the United States Trustee for Region 17
Attn:   James L. Snyder, Esq.
        Timothy Laffredi, Esq.
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

Milbank LLP
Attn:   Dennis F. Dunne, Esq.
        Sam A. Khalil, Esq.
55 Hudson Yards
New York, NY 10001-2163

Milbank LLP
Attn:   Paul S. Aronzon, Esq.
        Gregory A. Bray, Esq.
        Thomas R. Kreller, Esq.
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

Baker & Hostetler LLP
Attn:   Eric Sagerman, Esq.
        Cecily Dumas, Esq.
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509

1  Bruce A. Markell
   Fee Examiner
2  541 N. Fairbanks Ct., Ste 2200
   Chicago, IL 60611-3710
3
4  Scott H. McNutt
   324 Warren Road
5  San Mateo, California 94402

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28