SCOTT H. McNUTT (CSBN 104696)
324 Warren Road
San Mateo, California 94402
Telephone: (415) 760-5601
Email: smcnutt@ml-sf.com

Counsel to the Fee Examiner

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ALLOWING AND AUTHORIZING PAYMENT OF FIRST INTERIM FEE APPLICATIONS OF MULTIPLE FEE APPLICANTS BASED UPON COMPROMISES WITH THE FEE EXAMINER**<br><br>Date:    December 17, 2019<br>Time:   10:00 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>          Courtroom 17,<br>          450 Golden Gate Avenue<br>          16th Floor<br>          San Francisco, CA<br><br>Judge:  Hon. Dennis Montali |

1   **PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

  **PLEASE TAKE FURTHER NOTICE** that on November 15, 2019, the Court entered its *Order Granting Fee Examiner Motion to Approve Fee Procedures* ("**Fee Procedures Order**") (Doc. No. 4770).

  **PLEASE TAKE FURTHER NOTICE** that pursuant to the Fee Procedures Order, the Fee Examiner is authorized to set hearings to approve interim fee applications based upon compromises reached with fee applicants.

  **PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on December 17, 2019 at 10:00 a.m. (Pacific Time) (the "**Omnibus Hearing**") in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

  **PLEASE TAKE FURTHER NOTICE** that, in addition to any other matters scheduled for the Omnibus Hearing, the Bankruptcy Court will hear the *First Interim Applications for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period February 15, 2019 through May 31, 2019* (the "**Applications**") of the fee applicants indicated on Exhibit A, attached hereto and incorporated herein by reference (the "**Compromise Fee Applicants**").

  **PLEASE TAKE FURTHER NOTICE** that the Compromise Fee Applicants have each agreed to the stipulated reduction indicated on **Exhibit A**, and these stipulated reductions will be reflected in either stipulated amendments to the previously filed first interim fee applications, or reflected in orders reflecting the stipulated reductions.

  **PLEASE TAKE FURTHER NOTICE** that the Compromise Fee Applicants each condition their stipulated reductions on no further or additional objections being asserted by the Office of the United States Trustee.

  **PLEASE TAKE FURTHER NOTICE** that the Fee Procedures order reserves the Fee Examiner's right to raise certain objections at the time of subsequent interim fee applications and final fee applications.

  **PLEASE TAKE FURTHER NOTICE** that copies of the First Interim Applications and Amendments can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for international parties or by e-mail at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

| | | |
|---|---|---|
| 1 | Dated: December 10, 2019 | SCOTT H. MCNUTT |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Scott H. McNutt |
| | | Scott H. McNutt |
| 5 | | Counsel to the Fee Examiner |

# EXHIBIT A

EXHIBIT A
to
NOTICE OF HEARING ALLOWING AND AUTHORIZING PAYMENT OF FIRST INTERIM FEE APPLICATIONS OF MULTIPLE FEE APPLICANTS BASED UPON COMPROMISES WITH THE FEE EXAMINER

UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF CALIFORNIA

In re: PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY, Debtors
Bankruptcy Case No. 19-30088 (DM)

| Retained Professional | Filing Date of 1st Interim Fee Application | Docket No. of 1st Interim Fee App. | Stipulated Reductions |
|---|---|---|---|
| Baker & Hostetler | 7/15/2019 | 2995 | $370,716.33 |
| Cravath, Swaine & Moore | 8/23/2019 | 3683 | $1,300,000.00 |
| FTI Consulting | 7/22/2019 | 3137 | $220,000.00 |
| Jenner & Block | 8/8/2019 | 3465 | $75,000.00 |
| KPMG | 7/15/2019 | 2992 | $50,000.00 |
| Munger Tolles & Olson | 7/15/2019 | 2996 | $210,000.00 |