1  REBECCA J. WINTHROP (CA Bar No. 116386)
   ROBIN BALL (CA Bar No. 159698)
2  NORTON ROSE FULBRIGHT US LLP
   555 South Flower Street, Forty-First Floor
3  Los Angeles, California  90071
   Telephone:    (213) 892-9200
4  Facsimile:    (213) 892-9494
   rebecca.winthrop@nortonrosefulbright.com
5  robin.ball@nortonrosefulbright.com

6  Attorneys for Creditors ADVENTIST HEALTH
   SYSTEM/WEST and FEATHER RIVER
7  HOSPITAL D/B/A ADVENTIST HEALTH
   FEATHER RIVER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>       - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>                    Debtors.<br><br>☐    Affects PG&E Corporation<br>☐    Affects Pacific Gas and Electric Company<br>☒    Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19 - 30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**STIPULATION BY AND AMONG THE DEBTORS, THE UNITED STATES OF AMERICA, CERTAIN CALIFORNIA STATE AGENCIES AND THE ADVENTIST CLAIMANTS RE: DESIGNATION OF CLAIMS AS UNLIQUIDATED AND SUBJECT TO ESTIMATION UNDER SECTION 502(c) OF THE BANKRUPTCY CODE [DE # 4553]**<br><br>**Hearing Date and Time:**<br>Date:  December 17, 2019<br>Time:  10:00 a.m. (Pacific Time)<br>Place: Courtroom 17<br>          450 Golden Gate Ave., 16th Floor<br>          San Francisco, CA 94102 |

TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE:

PLEASE TAKE NOTICE that PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "Debtors"), Creditors Adventist Health System/West and Feather River Hospital d/b/a Adventist Health Feather River, each a California religious non-profit corporation (together, the "Adventist Health Claimants"), the United States of America, on behalf of various federal agencies (collectively, the "United States Agencies"), and the California Department of Forestry and Fire Protection, California Department of Toxic Substances Control, California Governor's Office of Emergency Services, California Department of Veterans Affairs, California State University, Chico, California Department of Parks and Recreation, California Department of Transportation, California Department of Developmental Services and California Department of Water Resources (collectively, the "California State Agencies"), by and through their counsel of record, hereby request that this Court stay certain deadlines and hearing dates as further set forth below. In support of such request, the parties hereto respectfully represent as follows:

**RECITALS**

A. WHEREAS, on October 31, 2019, this Court entered its *Order Establishing Pre-Confirmation Briefing and Hearing Schedule for Certain Legal Issues* [Dkt. # 4540] (the "Scheduling Order"), which established, among other things, a briefing schedule and hearing date regarding whether certain claims asserted against the Debtors by the United States Agencies, by the California State Agencies and by the Adventist Claimants are unliquidated and thus subject to estimation under section 502(c) of the Bankruptcy Code (the "Liquidated Claims Issues"). The Scheduling Order established December 12, 2019, as the date by which the Adventist Claimants, the United States Agencies and the California State Agencies may file their separate reply briefs (collectively, the "Reply Briefs"), and December 17, 2019 at 10:00 a.m. as the date and time at which the Court will hear oral argument on the Estimation Issues (the "Hearing on Liquidated Claims Issues").

B. WHEREAS, on December 9, 2019, the Debtors announced that they had entered into a Restructuring Support Agreement with the Official Committee of Tort Claimants

| | |
|---|---|
| 1 | (the "TCC") and various other parties (the "TCC RSA"), which obligates the Debtors to, among |
| 2 | other things, file a motion seeking approval of the TCC RSA (the "TCC RSA Approval Motion") |
| 3 | on shortened notice and obtain a stay of the estimation proceedings currently pending before the |
| 4 | U.S. District Court for the Northern District of California (the "District Court"). |
| 5 | C. WHEREAS, on December 9, 2019, the District Court issued a docket order stating |
| 6 | that, "[i]n light of the settlement motion, the case is stayed pending further order of the Court." |
| 7 | [Dist. Ct. Dkt. # 265.] |
| 8 | D. WHEREAS, on December 9, 2019, the Debtors filed with this Court the TCC RSA |
| 9 | Approval Motion [Dkt. # 5038] and a supporting declaration [Dkt. # 5039]. |
| 10 | E. WHEREAS, pending this Court's consideration of the TCC RSA Approval Motion, |
| 11 | the parties have agreed to continue the deadline for submitting the Reply Briefs and the Hearing on |
| 12 | Liquidated Claims Issues, all as further set forth below. |

**STIPULATION**

NOW, THEREFORE, and subject to the approval of this Court, the Debtors, the Adventist Health Claimants, the United States Agencies and the California State Agencies hereby agree as follows:

1. The recitals set forth above are hereby incorporated by reference as though fully set forth herein.

2. The Parties agree that the deadline for submission of the Reply Briefs and the Hearing on Liquidated Claims Issues shall be, and hereby are, continued to such further dates which may be ordered by this Court pursuant to Paragraph 3 below, assuming such dates become necessary as indicated below.

3. In the event that (a) the estimation proceedings in the District Court are no longer stayed, (b) the TCC RSA is not approved by this Court at the hearing therefor, (c) this Court adjourns the hearing on the TCC RSA to a later date, or (d) the TCC RSA is terminated for any reason whatsoever, then the parties shall, within seven (7) calendar days, meet and confer regarding the manner in which the Hearing on Liquidated Claims Issues shall go forward, including the dates on which the Reply Briefs may be filed and the Hearing on Liquidated Claims Issues shall take

DOCUMENT PREPARED ON RECYCLED PAPER

place, and report to this Court concerning their agreements and/or respective positions concerning these matters. Upon receipt of such a report, the Court will determine the new date on which the Reply Briefs shall be filed and the new date and time at which the Hearing on Liquidated Claims Issues shall take place.

4. Nothing in this Stipulation shall constitute consent by the Adventist Claimants, the United States Agencies, or the California State Agencies to the TCC RSA Approval Motion, or a waiver of any of their rights with respect thereto, including filing any response to the TCC RSA Approval Motion.

Dated: December 11, 2019

RESPECTFULLY SUBMITTED:

REBECCA J. WINTHROP
ROBIN BALL
NORTON ROSE FULBRIGHT US LLP

By: */s/ Rebecca J. Winthrop*
REBECCA J. WINTHROP
Attorney for Creditors ADVENTIST HEALTH SYSTEM/WEST and FEATHER RIVER HOSPITAL D/B/A ADVENTIST HEALTH FEATHER RIVER

| | | |
|---|---|---|
| Dated: December 11, 2019 | | XAVIER BECERRA<br>Attorney General of California<br>MARGARITA PADILLA<br>Supervising Deputy Attorney General |

By: */s/ Paul J. Pascuzzi*
   STEVEN H. FELDERSTEIN
   PAUL J. PASCUZZI
   FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
Attorneys for California Department of Forestry and Fire Protection, California Department of Toxic Substances Control, California Governor's Office of Emergency Services, California Department of Veterans Affairs, California State University, California Department of Parks and Recreation, California Department of Transportation, California Department of Developmental Services and California Department of Water Resources

Dated: December 11, 2019

WEIL, GOTSHAL & MANGES LLP
CRAVATH, SWAINE & MOORE LLP
KELLER & BENVENUTTI LLP

By: */s/ Paul H. Zumbro*
   Counsel for the Debtors and Debtors in Possession

Dated: December 11, 2019

JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON (CABN 149604)
United States Attorney
ROBIN M. WALL (CABN 235690)
Assistant United States Attorney

By: */s/ Matthew J. Troy*
   RUTH A. HARVEY
   Director
   KIRK MANHARDT
   Deputy Director
   MATTHEW J. TROY
   Senior Trial Counsel
   Attorneys for United States

DOCUMENT PREPARED ON RECYCLED PAPER

99055397.5

- 5 -

Case: 19-30088    Doc# 5066    Filed: 12/11/19    Entered: 12/11/19 09:04:57    Page 5 of 5