# EXHIBIT A

## PG&E Corporation and PG&E Company, et.al.
### Case No. 19-30088
Summary Of Hours and Discounted Fees Incurred By Professional
July 1, 2019 through July 31, 2019

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Adrian Irwin | Senior Associate - Advisory | 166.1 | $ 325 | $ 53,982.50 |
| Aldryn Estacio | Manager - Advisory | 28.0 | $ 400 | $ 11,200.00 |
| Allison Smith | Senior Associate - Advisory | 21.2 | $ 325 | $ 6,890.00 |
| Anthony Henderson | Senior Associate - Advisory | 101.8 | $ 325 | $ 33,085.00 |
| Arun Mani | Principal - Advisory | 8.0 | $ 500 | $ 4,000.00 |
| Brian Wei | Associate - Advisory | 152.6 | $ 275 | $ 41,965.00 |
| Carlo Toribio | Senior Associate - Advisory | 130.5 | $ 325 | $ 42,412.50 |
| Celeste Campbell | Manager - Bankruptcy | 72.5 | $ 163 | $ 11,781.25 |
| Cole Gallagher | Senior Associate - Advisory | 192.1 | $ 325 | $ 62,432.50 |
| Cy Whitten | Senior Associate - Advisory | 66.4 | $ 325 | $ 21,580.00 |
| Daniel Elmblad | Senior Associate - Advisory | 54.3 | $ 325 | $ 17,647.50 |
| David Ross | Manager - Advisory | 112.2 | $ 400 | $ 44,880.00 |
| Gaurav Thapan-Raina | Manager - Advisory | 144.0 | $ 400 | $ 57,600.00 |
| Geno Armstrong | Principal - Advisory | 1.0 | $ 500 | $ 500.00 |
| Gustavo Garcia | Associate - Advisory | 97.3 | $ 275 | $ 26,757.50 |
| Jason Weng | Senior Associate - Advisory | 29.8 | $ 325 | $ 9,685.00 |
| Jeff Mahoney | Specialist Director - Analytics | 4.9 | $ 435 | $ 2,131.50 |
| Jeffrey Kwan | Associate - Advisory | 55.1 | $ 275 | $ 15,152.50 |
| Jonathan White | Managing Director- Advisory | 45.5 | $ 475 | $ 21,612.50 |
| Juan Gonzalez III | Partner - Advisory | 1.5 | $ 500 | $ 750.00 |
| Juanita Garza | Associate - Bankruptcy | 43.6 | $ 138 | $ 5,995.00 |
| Kyle McNamara | Director - Advisory | 38.7 | $ 435 | $ 16,834.50 |
| Lucy Cai | Associate - Advisory | 180.6 | $ 275 | $ 49,665.00 |
| Marcus Xu | Senior Associate - Advisory | 144.0 | $ 325 | $ 46,800.00 |
| Mark Ehrhardt | Director - Advisory | 2.5 | $ 435 | $ 1,087.50 |
| Mark Martin | Manager - Advisory | 25.8 | $ 400 | $ 10,320.00 |
| Matt Broida | Director - Advisory | 131.9 | $ 435 | $ 57,376.50 |
| Matthew Bowser | Senior Associate - Advisory | 103.5 | $ 325 | $ 33,637.50 |
| Monica Plangman | Associate Director - Bankruptcy | 20.2 | $ 213 | $ 4,292.50 |
| Phillip Prombo | Manager - Advisory | 25.5 | $ 400 | $ 10,200.00 |
| Preston Devaney | Associate - Advisory | 99.5 | $ 275 | $ 27,362.50 |
| Reid Tucker | Principal - Advisory | 1.0 | $ 500 | $ 500.00 |
| Rita Squalli Houssaini | Manager - Advisory | 109.0 | $ 400 | $ 43,600.00 |
| Scott Stoddard | Director - Advisory | 36.2 | $ 435 | $ 15,747.00 |
| Tim Littman | Senior Associate - Advisory | 3.9 | $ 325 | $ 1,267.50 |
| Tom Schenk | Director - Advisory | 13.5 | $ 435 | $ 5,872.50 |

# EXHIBIT A

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary Of Hours and Discounted Fees Incurred By Professional
July 1, 2019 through July 31, 2019

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation | |
|---|---|---|---|---|---|
| Trent Anderson | Associate - Advisory | 51.7 | $ 275 | $ 14,217.50 | |
| Wendy Shaffer | Senior Associate - Bankruptcy | 2.0 | $ 150 | $ 300.00 | |
| Yiwen Fu | Manager - Advisory | 3.0 | $ 400 | $ 1,200.00 | |
| **Subtotal Hours and Fees at Discounted Rates** | | **2,520.9** | | **$ 832,320.75** | |
| Data Security Services - Exhibit C2 | | | | $ 125,066.20 | (1) |
| Legal Support Services - Exhibit C3 (non-hourly fees) | | | | $ 50,009.73 | (2) |
| **Subtotal Fees** | | | | **$ 1,007,396.68** | |
| Less Reduction in Fees in Anticipation of Change Order - Exhibit C1 | | | | $ (217,092.00) | (3) |
| **Total Fees Requested** | | | | **$ 790,304.68** | |
| Out of Pocket Expenses | | | | $ 51,389.19 | |
| **Total Fees and Out of Pocket Expenses** | | | | **$ 841,693.87** | |
| less Holdback Adjustment (20%) | | | | $ (158,060.94) | |
| **Net Requested Fees & Out of Pocket Expenses** | | | | **$ 683,632.93** | |
| **Blended Hourly Rate** (excludes Fixed Fee Hours) | | | | **$ 330.17** | |

(1) KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. As of July 31, 2019, KPMG is requesting the fixed-fee amount above for these services, as approved by the client.

(2) These fees represent the recurring monthly charges as detailed in Appendix C of the Legal Support Services Agreement and further detailed on Exhibit C3.

(3) The Debtors and KPMG are in the process of documenting several adjustments in the scope of KPMG's services, which KPMG anticipates will include a termination of further work on Task 3 together with an agreement that KPMG will charge $915,000 in fees for Task 3. KPMG had incurred $832,660.50 in such fees through June 2019, with $299,431.50 incurred in July 2019 and an additional $132,908.00 in August 2019. Although a change order has not yet been executed and presented to the court, in anticipation of such a change order KPMG is reducing this fee request by $217,092.00.