# EXHIBIT B

## PG&E Corporation and PG&E Company, et.al.
## Case No. 19-30088
Summary of Hours and Discounted Fees Incurred by Category
July 1, 2019 through July 31, 2019

| Project Category | Exhibit | Total Billed Hours | Total Fees Requested | |
|---|---|---:|---:|---|
| Asset Management Services | C1 | 2,382.0 | $ 809,691.00 | |
| Data Security Services | C2 | | $ 125,066.20 | (1) |
| Legal Support Services | C3 | 0.0 | $ 50,009.73 | |
| IT Software Services (Phase 1) | C4 | 0.0 | $ - | |
| Enterprise Project Management Tools Implementation Services | C5 | 0.0 | $ - | |
| Risk Assessment Services | C6 | 0.0 | $ - | |
| Retention Services | C7 | 4.6 | $ 747.50 | |
| Fee Application Preparation Services | C8 | 134.3 | $ 21,882.25 | |
| **Subtotal Fees** | | **2,520.9** | **$ 1,007,396.68** | |
| Less Reduction in Fees in Anticipation of Change Order - Exhibit C1 | | | $ (217,092.00) | (2) |
| **Total Fees Requested** | | | **$ 790,304.68** | |

(1) KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. As of July 31, 2019, KPMG is requesting the fixed-fee amount above for these services, as approved by the client.

(2) The Debtors and KPMG are in the process of documenting several adjustments in the scope of KPMG's services, which KPMG anticipates will include a termination of further work on Task 3 together with an agreement that KPMG will charge $915,000 in fees for Task 3. KPMG had incurred $832,660.50 in such fees through June 2019, with $299,431.50 incurred in July 2019 and an additional $132,908.00 in August 2019. Although a change order has not yet been executed and presented to the court, in anticipation of such a change order KPMG is reducing this fee request by $217,092.00.