**EXHIBIT D**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary of Out of Pocket Expenses
July 1, 2019 through July 31, 2019

| Category | | Amount |
|---|---|---:|
| Airfare | $ | 17,528.79 |
| Lodging | $ | 22,560.64 |
| Meals | $ | 2,595.24 |
| Ground Transportation | $ | 8,704.52 |
| Miscellaneous | $ | - |
| **Total** | **$** | **51,389.19** |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
July 1, 2019 through July 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | Amount |
|---|---|---|---:|
| Gaurav Thapan-Raina | 05/30/19 | Roundtrip coach airfare from New York to San Francisco, CA. Dates: 05/28/19 05/30/19 | $ 910.15 |
| Tom Schenk | 05/31/19 | Roundtrip coach airfare from Chicago, IL to San Francisco, CA. Dates: 06/06/19 06/07/19 | $ 657.89 |
| Gaurav Thapan-Raina | 06/06/19 | Roundtrip coach airfare from New York to San Francisco, CA. Dates: 06/03/19 06/06/19 | $ 564.10 |
| Gaurav Thapan-Raina | 06/13/19 | Roundtrip coach airfare from New York, NY to San Francisco, CA. Dates: 06/10/19 06/13/19 | $ 713.35 |
| Gaurav Thapan-Raina | 06/20/19 | Roundtrip coach airfare from New York, NY to San Francisco, CA. Dates: 06/16/19 06/20/19 | $ 709.60 |
| Gaurav Thapan-Raina | 06/27/19 | Roundtrip coach airfare from New York, NY to San Francisco, CA. Dates: 06/24/19 06/27/19 | $ 676.60 |
| Scott Stoddard | 07/01/19 | One-way coach airfare from Los Angeles, CA to Oakland, CA. Date: 07/01/19 | $ 206.28 |
| Matthew Bowser | 07/01/19 | One-way coach airfare from Santa Ana to Oakland, CA. Date: 07/01/19 | $ 237.60 |
| David Ross | 07/02/19 | Roundtrip coach airfare from Los Angeles, CA to San Francisco, CA. Date: 7/2/19 | $ 301.21 |
| Gustavo Garcia | 07/02/19 | Flight change due to 4th of July week. | $ 23.52 |
| Scott Stoddard | 07/03/19 | One-way coach airfare from Oakland, CA to Los Angeles, CA. Date: 07/03/19 | $ 221.95 |
| Matthew Bowser | 07/03/19 | Coach airfare from San Francisco, CA to Salt Lake, UT to Bozeman, MT. Date: 07/03/19 | $ 267.80 |
| Gustavo Garcia | 07/03/19 | One-way coach airfare from Oakland, CA to Houston, TX. Date: 07/03/19 | $ 468.47 |
| Gustavo Garcia | 07/07/19 | One-way coach airfare from Houston, TX to Oakland, CA. Date:07/07/19 | $ 491.99 |
| Lucy Cai | 07/08/19 | One-way coach airfare from Chicago, IL (ORD) to San Francisco, CA (SFO). Date: 07/08/19 | $ 448.70 |
| Matthew Bowser | 07/08/19 | Coach airfare from Bozeman, MT to Salt Lake, UT to Oakland, CA. Date: 07/08/19 | $ 275.80 |
| Scott Stoddard | 07/09/19 | Roundtrip coach airfare from Los Angeles, CA to Oakland, CA | $ 403.86 |
| Jeff Mahoney | 07/10/19 | Round trip coach class airfare from Houston, TX to San Francisco, CA. Dates: 07/24/19 07/25/19 Business Purpose: PGE Federal Monitor Meeting | $ 665.39 |
| Trent Anderson | 07/10/19 | One way economy class ticket to travel from Seattle, WA to San Francisco, CA. Date: 07/10/19 | $ 306.64 |
| David Ross | 07/11/19 | Coach airfare from Los Angeles, CA to San Francisco, CA. Date: 7/8/19 07/11/19 | $ 251.70 |
| Gaurav Thapan-Raina | 07/11/19 | Change fee for one-way coach airfare from San Francisco, CA to New York, NY Dates: 07/11/19 (Flight changed - original 07/12/19) | $ 364.71 |
| Matt Broida | 07/11/19 | Roundtrip coach airfare from Houston, TX to San Francisco, CA. Dates: 07/08/19 07/11/19 | $ 599.86 |
| Gaurav Thapan-Raina | 07/11/19 | Roundtrip coach airfare from New York, NY to San Francisco, CA. Dates: 07/08/19 07/12/19 Departure flight changed to 07/11/19 | $ 722.64 |
| Matthew Bowser | 07/11/19 | One-way airfare from Santa Ann, CA to Oakland CA. Date: 07/12/19 | $ 237.60 |
| Trent Anderson | 07/12/19 | One way economy class ticket to travel from San Francisco, CA to Seattle, WA. Date: 07/12/19 | $ 306.64 |

**PG&E Corporation and PG&E Company, et.al.**
Case No. 19-30088
Detail of Out of Pocket Expenses
July 1, 2019 through July 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Gustavo Garcia | 07/12/19 | One-way coach airfare from San Francisco, CA to Houston, TX. Date: 07/12/19 | $ | 442.30 |
| Lucy Cai | 07/14/19 | Roundtrip airfare from San Francisco, CA (SFO) to Las Vegas, AZ (LAS). Dates: 7/11/19 - 7/14/19 | $ | 569.18 |
| Matthew Bowser | 07/15/19 | One-way airfare from Santa Ana, CA to Oakland, CA.. Date: 07/15/19 | $ | 268.92 |
| Scott Stoddard | 07/17/19 | Roundtrip coach airfare from Los Angeles, CA to Oakland, CA. Date: 07/15/19 07/17/19 | $ | 412.56 |
| Lucy Cai | 07/18/19 | One-way coach airfare from San Francisco, CA (SFO) to Chicago, IL (ORD). Date: 07/18/19 | $ | 44.70 |
| Matt Broida | 07/18/19 | Roundtrip coach airfare from Houston, TX to San Francisco, CA. Dates: 07/14/19 07/18/19 | $ | 599.86 |
| Trent Anderson | 07/18/19 | Roundtrip economy class ticket to travel from Seattle, WA to San Francisco, CA. Dates: 07/14/19 07/18/19 | $ | 613.27 |
| Lucy Cai | 07/22/19 | One-way coach airfare from Chicago, IL (ORD) to San Francisco, CA (SFO). Date: 07/22/19 | $ | 448.70 |
| Arun Mani | 07/24/19 | Roundtrip coach airfare from Los Angeles, CA to San Francisco, CA. Dates: 07/23/19 07/24/19 | $ | 289.60 |
| Daniel Elmblad | 07/25/19 | Roundtrip coach airfare from Houston, TX to San Francisco, CA for Travel to PG&E to conduct meeting with Federal Monitor. Dates: 07/24/19 07/25/19 | $ | 384.81 |
| Lucy Cai | 07/25/19 | One-way coach airfare from San Francisco, CA (SFO) to Chicago, IL (ORD). Date: 07/25/19 | $ | 473.51 |
| Gaurav Thapan-Raina | 07/25/19 | Roundtrip coach airfare from New York, NY to San Francisco, CA. Dates: 07/14/19 07/25/19 | $ | 590.87 |
| Arun Mani | 07/26/19 | Roundtrip coach airfare from Houston, TX to Los Angeles, CA for travel to PG&E. Dates 07/21 - 07/26 | $ | 588.01 |
| Matt Broida | 07/28/19 | Airfare Change Fee - Roundtrip coach airfare from San Francisco, CA to Cleveland, OH. Dates 07/25/19 07/28/19 | $ | 281.13 |
| Matt Broida | 07/28/19 | Roundtrip coach airfare from San Francisco, CA to Cleveland, OH. Dates 07/25/19 07/28/19 | $ | 487.32 |
| | | **Air Fare Subtotal** | **$** | **17,528.79** |
| Gaurav Thapan-Raina | 05/29/19 | Lodging for 1 night (05/28/19 - 05/29/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Gaurav Thapan-Raina | 05/30/19 | Lodging for 1 night (05/29/19 - 05/30/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Kirk-Patrick Caron | 06/03/19 | Lodging for 1 night (06/02/19 - 06/03/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Kirk-Patrick Caron | 06/04/19 | Lodging for 1 night (06/03/19 - 06/04/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Gaurav Thapan-Raina | 06/04/19 | Lodging for 1 night (06/03/19 - 06/04/19) while traveling to perform work for PG&E. | $ | 300.00 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
July 1, 2019 through July 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Kirk-Patrick Caron | 06/05/19 | Lodging for 1 night (06/04/19 - 06/05/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Gaurav Thapan-Raina | 06/05/19 | Lodging for 1 night (06/04/19 - 06/05/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Kirk-Patrick Caron | 06/06/19 | Lodging for 1 night (06/05/19 - 06/06/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Tom Schenk | 06/06/19 | Lodging for 1 night (06-06-19 - 06-0719) while traveling. | $ | 300.00 |
| Gaurav Thapan-Raina | 06/06/19 | Lodging for 1 night (06/05/19 - 06/06/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Gaurav Thapan-Raina | 06/11/19 | Lodging for 1 night (06/10/19 - 06/11/19) while traveling to perform work for PG&E. | $ | 215.21 |
| Gaurav Thapan-Raina | 06/12/19 | Lodging for 1 night (06/11/19 - 06/12/19) while traveling to perform work for PG&E. | $ | 215.21 |
| Gaurav Thapan-Raina | 06/17/19 | Lodging for 1 night (06/16/19 - 06/17/19) while traveling to perform work for PG&E. | $ | 226.34 |
| Gaurav Thapan-Raina | 06/18/19 | Lodging for 1 night (06/17/19 - 06/18/19) while traveling to perform work for PG&E. | $ | 222.28 |
| Gaurav Thapan-Raina | 06/19/19 | Lodging for 1 night (06/18/19 - 06/19/19) while traveling to perform work for PG&E. | $ | 222.28 |
| Gaurav Thapan-Raina | 06/20/19 | Lodging for 1 night (06/19/19 - 06/20/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Gaurav Thapan-Raina | 06/25/19 | Lodging for 1 night (06/24/19 - 06/25/19) while traveling to perform work for PG&E. | $ | 222.28 |
| Gaurav Thapan-Raina | 06/26/19 | Lodging for 1 night (06/25/19 - 06/26/19) while traveling to perform work for PG&E. | $ | 222.28 |
| Gaurav Thapan-Raina | 06/27/19 | Lodging for 1 night (06/26/19 - 06/27/19) while traveling to perform work for PG&E. | $ | 222.28 |
| Gustavo Garcia | 07/01/19 | Lodging for 1 night (06/30/19 - 07/01/19) while traveling to perform work for PG&E. | $ | 189.01 |
| Gustavo Garcia | 07/02/19 | Lodging for 1 night (07/01/19 - 07/02/19) while traveling to perform work for PG&E. | $ | 189.01 |
| Matthew Bowser | 07/02/19 | Lodging for 1 night (07/01/19 - 07/02/19) while traveling to perform work for PG&E. | $ | 239.97 |
| Gustavo Garcia | 07/03/19 | Lodging for 1 night (07/02/19 - 07/03/19) while traveling to perform work for PG&E. | $ | 189.01 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
July 1, 2019 through July 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Matthew Bowser | 07/03/19 | Lodging for 1 night (07/02/19 - 07/03/19) while traveling to perform work for PG&E. | $ | 268.27 |
| Scott Stoddard | 07/03/19 | Lodging for 2 nights (07/01/19 - 07/03/19) while traveling to perform work for PG&E. | $ | 318.17 |
| Gustavo Garcia | 07/08/19 | Lodging for 1 night (07/07/19 - 07/08/19) while traveling to perform work for PG&E. | $ | 189.01 |
| Gaurav Thapan-Raina | 07/09/19 | Lodging for 1 night (07/08/19 - 07/09/19) while traveling to perform work for PG&E. | $ | 222.28 |
| Matt Broida | 07/09/19 | Lodging for 1 night (07/08/19 - 07/09/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Lucy Cai | 07/09/19 | Lodging for 1 night (07/08/19 - 07/09/19) while traveling to perform work for PG&E. | $ | 237.71 |
| David Ross | 07/09/19 | Lodging for 1 night (07/08/19 - 07/09/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Gustavo Garcia | 07/09/19 | Lodging for 1 night (07/08/19 - 07/09/19) while traveling to perform work for PG&E. | $ | 249.07 |
| Matthew Bowser | 07/09/19 | Lodging for 1 night (07/08/19 - 07/09/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Gaurav Thapan-Raina | 07/10/19 | Lodging for 1 night (07/09/19 - 07/10/19) while traveling to perform work for PG&E. | $ | 222.28 |
| Matt Broida | 07/10/19 | Lodging for 1 night (07/09/19 - 07/10/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Lucy Cai | 07/10/19 | Lodging for 1 night (07/09/19 - 07/10/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Matthew Bowser | 07/10/19 | Lodging for 1 night (07/09/19 - 07/10/19) while traveling to perform work for PG&E. | $ | 249.07 |
| Gustavo Garcia | 07/10/19 | Lodging for 1 night (07/09/19 - 07/10/19) while traveling to perform work for PG&E. | $ | 249.07 |
| Gaurav Thapan-Raina | 07/11/19 | Lodging for 1 night (07/10/19 - 07/11/19) while traveling to perform work for PG&E. | $ | 222.28 |
| Matt Broida | 07/11/19 | Lodging for 1 night (07/10/19 - 07/11/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Lucy Cai | 07/11/19 | Lodging for 1 night (07/10/19 - 07/11/19) while traveling to perform work for PG&E. | $ | 237.71 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
July 1, 2019 through July 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Gustavo Garcia | 07/11/19 | Lodging for 1 night (07/10/19 - 07/11/19) while traveling to perform work for PG&E. | $ | 249.07 |
| Matthew Bowser | 07/11/19 | Lodging for 1 night (07/11/19 - 07/12/19) while traveling to perform work for PG&E. | $ | 249.07 |
| Trent Anderson | 07/11/19 | Lodging for 1 night (07/10/19 - 07/11/19) while traveling to perform work for PG&E. | $ | 266.34 |
| Scott Stoddard | 07/12/19 | Lodging for 1 night (07/11/19 - 07/12/19) while traveling to perform work for PG&E. | $ | 243.69 |
| Trent Anderson | 07/12/19 | Lodging for 1 night (07/11/19 - 07/12/19) while traveling to perform work for PG&E. | $ | 266.22 |
| Matthew Bowser | 07/12/19 | Lodging for 1 night (07/11/19 - 07/12/19) while traveling to perform work for PG&E. | $ | 290.08 |
| Gustavo Garcia | 07/12/19 | Lodging for 1 night (07/11/19 - 07/12/19) while traveling to perform work for PG&E. | $ | 295.69 |
| Matt Broida | 07/15/19 | Lodging for 1 night (07/14/19 - 07/15/19) while traveling to perform work for PG&E. | $ | 192.99 |
| Lucy Cai | 07/15/19 | Lodging for 1 night (07/14/19 - 07/15/19) while traveling to perform work for PG&E. | $ | 227.80 |
| Gaurav Thapan-Raina | 07/15/19 | Lodging for 1 night (07/14/19 - 07/15/19) while traveling to perform work for PG&E. | $ | 271.17 |
| Trent Anderson | 07/15/19 | Lodging for 1 night (07/14/19 - 07/15/19) while traveling to perform work for PG&E. | $ | 232.27 |
| Lucy Cai | 07/16/19 | Lodging for 1 night (07/15/19 - 07/16/19) while traveling to perform work for PG&E. | $ | 227.80 |
| Gaurav Thapan-Raina | 07/16/19 | Lodging for 1 night (07/15/19 - 07/16/19) while traveling to perform work for PG&E. | $ | 271.17 |
| Matt Broida | 07/16/19 | Lodging for 1 night (07/15/19 - 07/16/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Matthew Bowser | 07/16/19 | Lodging for 1 night (07/15/19 - 07/16/19) while traveling to perform work for PG&E. | $ | 213.94 |
| Trent Anderson | 07/16/19 | Lodging for 1 night (07/15/19 - 07/16/19) while traveling to perform work for PG&E. | $ | 232.27 |
| Scott Stoddard | 07/16/19 | Lodging for 1 night (07/15/19 - 07/16/19) while traveling to perform work for PG&E. | $ | 237.71 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
July 1, 2019 through July 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Lucy Cai | 07/17/19 | Lodging for 1 night (07/16/19 - 07/17/19) while traveling to perform work for PG&E. | $ | 227.81 |
| Matt Broida | 07/17/19 | Lodging for 1 night (07/16/19 - 07/17/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Gaurav Thapan-Raina | 07/17/19 | Lodging for 1 night (07/16/19 - 07/17/19) while traveling to perform work for PG&E. | $ | 271.17 |
| Matthew Bowser | 07/17/19 | Lodging for 1 night (07/16/19 - 07/17/19) while traveling to perform work for PG&E. | $ | 213.94 |
| Trent Anderson | 07/17/19 | Lodging for 1 night (07/16/19 - 07/17/19) while traveling to perform work for PG&E. | $ | 232.27 |
| Scott Stoddard | 07/17/19 | Lodging for 1 night (07/16/19 - 07/17/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Lucy Cai | 07/18/19 | Lodging for 1 night (07/17/19 - 07/18/19) while traveling to perform work for PG&E. | $ | 227.81 |
| Matt Broida | 07/18/19 | Lodging for 1 night (07/17/19 - 07/18/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Gaurav Thapan-Raina | 07/18/19 | Lodging for 1 night (07/17/19 - 07/18/19) while traveling to perform work for PG&E. | $ | 271.17 |
| Matthew Bowser | 07/18/19 | Lodging for 1 night (07/17/19 - 07/18/19) while traveling to perform work for PG&E. | $ | 213.94 |
| Trent Anderson | 07/18/19 | Lodging for 1 night (07/17/19 - 07/18/19) while traveling to perform work for PG&E. | $ | 232.27 |
| Gaurav Thapan-Raina | 07/19/19 | Lodging for 1 night (07/18/19 - 07/19/19) while traveling to perform work for PG&E. | $ | 271.17 |
| Gaurav Thapan-Raina | 07/20/19 | Lodging for 1 night (07/19/19 - 07/20/19) while traveling to perform work for PG&E. | $ | 271.17 |
| Gaurav Thapan-Raina | 07/21/19 | Lodging for 1 night (07/20/19 - 07/21/19) while traveling to perform work for PG&E. | $ | 271.17 |
| Gaurav Thapan-Raina | 07/22/19 | Lodging for 1 night (07/21/19 - 07/22/19) while traveling to perform work for PG&E. | $ | 271.17 |
| Lucy Cai | 07/23/19 | Lodging for 1 night (07/22/19 - 07/23/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Gaurav Thapan-Raina | 07/23/19 | Lodging for 1 night (07/22/19 - 07/23/19) while traveling to perform work for PG&E. | $ | 271.17 |

**PG&E Corporation and PG&E Company, et.al.**
Case No. 19-30088
Detail of Out of Pocket Expenses
July 1, 2019 through July 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Matt Broida | 07/23/19 | Lodging for 1 night (07/22/19 - 07/23/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Jeff Mahoney | 07/24/19 | Lodging for 1 night (07/24/19 - 07/25/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Arun Mani | 07/24/19 | Lodging for 1 night (07/23/19 - 07/24/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Lucy Cai | 07/24/19 | Lodging for 1 night (07/23/19 - 07/24/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Gaurav Thapan-Raina | 07/24/19 | Lodging for 1 night (07/23/19 - 07/24/19) while traveling to perform work for PG&E. | $ | 271.17 |
| Matt Broida | 07/24/19 | Lodging for 1 night (07/23/19 - 07/24/19) while traveling to perform work for PG&E. | $ | 381.19 |
| Matt Broida | 07/25/19 | Lodging for 1 night (07/24/19 - 07/25/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Lucy Cai | 07/25/19 | Lodging for 1 night (07/24/19 - 07/25/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Gaurav Thapan-Raina | 07/25/19 | Lodging for 1 night (07/24/19 - 07/25/19) while traveling to perform work for PG&E. | $ | 271.17 |
| Daniel Elmblad | 07/25/19 | Lodging for 1 night (07/24/19 - 07/25/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Matt Broida | 07/29/19 | Lodging for 1 night (07/28/19 - 07/29/19) while traveling to perform work for PG&E. | $ | 290.08 |
| David Ross | 07/30/19 | Lodging for 1 night (07/29/19 - 07/30/19) while traveling to perform work for PG&E. | $ | 237.71 |
| Matt Broida | 07/30/19 | Lodging for 1 night (07/29/19 - 07/30/19) while traveling to perform work for PG&E. | $ | 290.08 |
| Matt Broida | 07/31/19 | Lodging for 1 night (07/30/19 - 07/31/19) while traveling to perform work for PG&E. | $ | 237.71 |
| David Ross | 07/31/19 | Lodging for 1 night (07/30/19 - 07/31/19) while traveling to perform work for PG&E. | $ | 237.71 |
| | | **Lodging Subtotal** | **$** | **22,560.64** |
| Gaurav Thapan-Raina | 05/28/19 | Out of town breakfast while traveling. | $ | 4.18 |
| Gaurav Thapan-Raina | 05/29/19 | Out of town dinner while traveling. | $ | 27.48 |
| Kirk-Patrick Caron | 06/02/19 | Out of town breakfast while traveling. | $ | 3.89 |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
July 1, 2019 through July 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | Amount |
|---|---|---|---:|
| Kirk-Patrick Caron | 06/03/19 | Out of town breakfast while traveling. | $ 18.95 |
| Gaurav Thapan-Raina | 06/03/19 | Out of town breakfast while travelling. | $ 19.62 |
| Gaurav Thapan-Raina | 06/04/19 | Out of town dinner while traveling. | $ 33.44 |
| Gaurav Thapan-Raina | 06/05/19 | Out of town dinner while traveling. | $ 23.96 |
| Gaurav Thapan-Raina | 06/06/19 | Out of town dinner while traveling. | $ 35.66 |
| Gaurav Thapan-Raina | 06/11/19 | Out of town dinner while traveling. | $ 28.65 |
| Gaurav Thapan-Raina | 06/12/19 | Out of town dinner while traveling. | $ 26.19 |
| Gaurav Thapan-Raina | 06/13/19 | Out of town dinner while traveling. | $ 28.64 |
| Gaurav Thapan-Raina | 06/18/19 | Out of town breakfast while traveling. | $ 6.33 |
| Gaurav Thapan-Raina | 06/18/19 | Out of town dinner while traveling. | $ 25.82 |
| Gaurav Thapan-Raina | 06/19/19 | Out of breakfast while traveling. | $ 9.88 |
| Gaurav Thapan-Raina | 06/25/19 | Out of town dinner while traveling. | $ 15.16 |
| Gaurav Thapan-Raina | 06/26/19 | Out of town dinner while traveling. | $ 40.00 |
| Gaurav Thapan-Raina | 06/27/19 | Out of town dinner while traveling. | $ 40.00 |
| Dennis Cha | 06/27/19 | Out of town dinner while traveling. | $ 15.21 |
| Gustavo Garcia | 07/01/19 | Out of town dinner while traveling. | $ 12.39 |
| Matthew Bowser | 07/01/19 | Out of town breakfast while traveling. | $ 20.83 |
| Gustavo Garcia | 07/01/19 | Out of town breakfast while traveling. | $ 21.95 |
| Matthew Bowser | 07/01/19 | Out of town dinner while traveling. | $ 26.00 |
| Scott Stoddard | 07/01/19 | Out of town breakfast while traveling. | $ 29.43 |
| David Ross | 07/02/19 | Out of town dinner for D. Ross on 7/2/19. | $ 15.26 |
| Gustavo Garcia | 07/02/19 | Out of town breakfast while traveling. | $ 10.00 |
| Gustavo Garcia | 07/02/19 | Out of town dinner while traveling. | $ 40.00 |
| Matthew Bowser | 07/02/19 | Out of town dinner while traveling. | $ 40.00 |
| Gustavo Garcia | 07/03/19 | Out of town breakfast while traveling. | $ 9.20 |
| Scott Stoddard | 07/03/19 | Out of town breakfast while traveling | $ 10.00 |
| Matthew Bowser | 07/03/19 | Out of town breakfast while traveling. | $ 13.90 |
| Matthew Bowser | 07/03/19 | Out of town dinner while traveling. | $ 36.10 |
| Gustavo Garcia | 07/03/19 | Out of town dinner while traveling. | $ 40.00 |
| Scott Stoddard | 07/03/19 | Out of town dinner while traveling. | $ 40.00 |
| Lucy Cai | 07/08/19 | Out of town breakfast on 7/8 while traveling. | $ 10.85 |
| Matt Broida | 07/08/19 | Out of town dinner on 7/8 while traveling. | $ 20.31 |
| David Ross | 07/08/19 | Out of town dinner for D. Ross on 7/8/19. | $ 37.42 |
| Gustavo Garcia | 07/08/19 | Out of town breakfast while traveling. | $ 15.95 |
| Gustavo Garcia | 07/08/19 | Out of town dinner while traveling. | $ 17.52 |
| Matthew Bowser | 07/08/19 | Out of town breakfast while traveling. | $ 18.08 |
| Matt Broida | 07/09/19 | Out of town breakfast on 7/9 while traveling. | $ 5.00 |
| Lucy Cai | 07/09/19 | Out of town breakfast on 7/9 while traveling. | $ 7.40 |
| David Ross | 07/09/19 | Out of town dinner for D. Ross on 7/9/19. | $ 11.09 |
| David Ross | 07/09/19 | Out of town breakfast for D. Ross on 7/9/19. | $ 18.05 |
| Gaurav Thapan-Raina | 07/09/19 | Out of town dinner while traveling. | $ 28.57 |
| Matt Broida | 07/09/19 | Out of town dinner on 7/9 while traveling. | $ 38.28 |
| Lucy Cai | 07/09/19 | Out of town dinner on 7/9 while traveling. | $ 40.00 |
| Matthew Bowser | 07/09/19 | Out of town breakfast while traveling. | $ 15.25 |
| Matt Broida | 07/10/19 | Out of town breakfast on 7/10 while traveling. | $ 2.00 |
| Lucy Cai | 07/10/19 | Out of town breakfast on 7/10 while traveling. | $ 5.49 |
| Gaurav Thapan-Raina | 07/10/19 | Out of town dinner while traveling. | $ 30.04 |
| Lucy Cai | 07/10/19 | Out of town dinner 7/10 while traveling. | $ 40.00 |
| Matthew Bowser | 07/10/19 | Out of town breakfast while traveling. | $ 9.15 |
| Gustavo Garcia | 07/10/19 | Out of town breakfast while traveling. | $ 9.95 |
| Gustavo Garcia | 07/10/19 | Out of town dinner while traveling. | $ 32.02 |
| Lucy Cai | 07/11/19 | Out of town breakfast on 7/11 while traveling. | $ 5.49 |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
July 1, 2019 through July 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | Amount |
|---|---|---|---:|
| Gaurav Thapan-Raina | 07/11/19 | Out of town dinner while traveling. | $ 25.99 |
| Lucy Cai | 07/11/19 | Out of town dinner on 7/10 while traveling. | $ 40.00 |
| Trent Anderson | 07/11/19 | Out of town breakfast while traveling. | $ 3.90 |
| Matthew Bowser | 07/11/19 | Out of town breakfast while traveling. | $ 8.90 |
| Matthew Bowser | 07/11/19 | Out of town dinner while traveling. | $ 15.95 |
| Trent Anderson | 07/11/19 | Out of town dinner while traveling. | $ 37.32 |
| Trent Anderson | 07/12/19 | Out of town breakfast while traveling. | $ 5.75 |
| Scott Stoddard | 07/12/19 | Out of town Meals - self only PG&E Task 2 Breakfast | $ 10.00 |
| Gustavo Garcia | 07/12/19 | Out of town breakfast while traveling. | $ 18.00 |
| Scott Stoddard | 07/12/19 | Out of town breakfast while traveling. | $ 29.71 |
| Matthew Bowser | 07/12/19 | Out of town dinner while traveling. | $ 34.34 |
| Matthew Bowser | 07/12/19 | Dinner while traveling to perform work for PG&E. | $ 40.00 |
| Trent Anderson | 07/12/19 | Out of town dinner while traveling. | $ 40.00 |
| Matt Broida | 07/14/19 | Out of town dinner on 7/14 while traveling. | $ 40.00 |
| Trent Anderson | 07/14/19 | Out of town dinner while traveling. | $ 34.20 |
| Matt Broida | 07/15/19 | Out of town breakfast on 7/15 while traveling. | $ 10.00 |
| Matt Broida | 07/15/19 | Out of town dinner on 7/15 while traveling. | $ 40.00 |
| Matthew Bowser | 07/15/19 | Out of town breakfast while traveling. | $ 10.00 |
| Trent Anderson | 07/15/19 | Out of town dinner while traveling. | $ 26.24 |
| Matthew Bowser | 07/15/19 | Out of town dinner while traveling. | $ 40.00 |
| Lucy Cai | 07/16/19 | Out of town breakfast on 7/16 while traveling. | $ 3.70 |
| Matt Broida | 07/16/19 | Out of town dinner on 7/16 while traveling. | $ 18.62 |
| Lucy Cai | 07/16/19 | Out of town dinner on 7/16 while traveling. | $ 31.56 |
| Trent Anderson | 07/16/19 | Out of town breakfast while traveling. | $ 10.00 |
| Matthew Bowser | 07/16/19 | Out of town breakfast while traveling. | $ 10.00 |
| Trent Anderson | 07/16/19 | Out of town dinner while traveling. | $ 40.00 |
| Matthew Bowser | 07/16/19 | Out of town dinner while traveling. | $ 40.00 |
| Scott Stoddard | 07/16/19 | Out of town dinner while traveling. | $ 40.00 |
| Lucy Cai | 07/17/19 | Out of town breakfast on 7/17 while traveling. | $ 3.70 |
| Lucy Cai | 07/17/19 | Out of town dinner on 7/17 while traveling. | $ 40.00 |
| Matt Broida | 07/17/19 | Out of town dinner on 7/17 while traveling with D. Ross, G. Thapan-Raina, and M. Broida (all KPMG). | $ 120.00 |
| Matthew Bowser | 07/17/19 | Out of town breakfast while traveling. | $ 10.92 |
| Trent Anderson | 07/17/19 | Out of town dinner while traveling. | $ 37.51 |
| Scott Stoddard | 07/17/19 | Out of town dinner while traveling. | $ 40.00 |
| Matthew Bowser | 07/18/19 | Out of town breakfast while traveling. | $ 6.70 |
| Scott Stoddard | 07/18/19 | Out of town breakfast while traveling | $ 15.00 |
| Lucy Cai | 07/18/19 | Out of town breakfast on 7/18 while traveling. | $ 2.70 |
| Matt Broida | 07/18/19 | Out of town breakfast on 7/18 while traveling. | $ 6.60 |
| Arun Mani | 07/23/19 | Out of town dinner while traveling. | $ 27.00 |
| Matt Broida | 07/23/19 | Out of town breakfast on 7/23 while traveling. | $ 3.00 |
| Lucy Cai | 07/23/19 | Out of town breakfast on 7/23 while traveling. | $ 3.70 |
| Lucy Cai | 07/23/19 | Out of town dinner on 7/23 while traveling. | $ 28.09 |
| Arun Mani | 07/24/19 | Out of town breakfast while traveling. | $ 7.24 |
| Arun Mani | 07/24/19 | Out of town dinner while traveling. | $ 20.00 |
| Lucy Cai | 07/24/19 | Out of town breakfast on 7/24 while traveling while traveling. | $ 3.70 |
| Daniel Elmblad | 07/24/19 | Out of town dinner while traveling to conduct work at PG&E. | $ 21.46 |
| Lucy Cai | 07/24/19 | Out of town dinner on 7/24 while traveling. | $ 34.74 |
| Jeff Mahoney | 07/25/19 | Out of town dinner while traveling. | $ 15.12 |
| Lucy Cai | 07/25/19 | Out of town breakfast on 7/25 while traveling. | $ 6.62 |
| Matt Broida | 07/26/19 | Out of town dinner on 7/26 while traveling. | $ 17.93 |

**PG&E Corporation and PG&E Company, et.al.**
Case No. 19-30088
Detail of Out of Pocket Expenses
July 1, 2019 through July 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Matt Broida | 07/29/19 | Out of town breakfast on 7/29 while traveling. | $ | 10.00 |
| Matt Broida | 07/29/19 | Out of town dinner on 7/29 while traveling. | $ | 40.00 |
| David Ross | 07/30/19 | Out of town breakfast for D. Ross on 7/30. | $ | 9.19 |
| Matt Broida | 07/30/19 | Out of town breakfast on 7/30 while traveling. | $ | 10.00 |
| David Ross | 07/30/19 | Out of town dinner for D. Ross on 7/30. | $ | 32.48 |
| Matt Broida | 07/30/19 | Out of town dinner on 7/30 while traveling. | $ | 37.93 |
| Matt Broida | 07/31/19 | Out of town breakfast on 7/31 while traveling. | $ | 4.51 |
| David Ross | 07/31/19 | Out of town breakfast for D. Ross on 7/31. | $ | 9.19 |
| Matt Broida | 07/31/19 | Out of town dinner on 7/31 dinner with D. Ross and M. Broida (both KPMG). | $ | 80.00 |
| | | **Meals Subtotal** | **$** | **2,595.24** |
| Gaurav Thapan-Raina | 05/28/19 | Ground transportation via Taxi for travel from home to airport (JFK, NY) to fly to PG&E site in CA | $ | 68.50 |
| Gaurav Thapan-Raina | 05/28/19 | Ground transportation via Taxi from San Francisco, CA airport to PG&E site in San Ramon, CA. | $ | 118.15 |
| Gaurav Thapan-Raina | 05/30/19 | Ground transportation via Mai Dang Transporting for travel from San Francisco, CA airport to PG&E site in San Ramon, CA | $ | 52.00 |
| Gaurav Thapan-Raina | 05/30/19 | Ground transportation via Uber fare from client site to San Francisco, CA airport to catch flight to New York City, NY. | $ | 63.12 |
| Gaurav Thapan-Raina | 05/30/19 | Ground transportation via taxi for travel from JFK airport (NYC) to home. | $ | 66.35 |
| Gaurav Thapan-Raina | 06/03/19 | Ground transportation via UBER for travel from San Francisco, CA airport to hotel in Walnut Creek, CA. | $ | 55.38 |
| Gaurav Thapan-Raina | 06/03/19 | Ground transportation via Taxi to JFK airport (NYC) to travel to PG&E site in San Ramon, CA | $ | 67.42 |
| Lucy Cai | 06/05/19 | Ground transportation via Lyft from airport to client site. | $ | 62.22 |
| Kirk-Patrick Caron | 06/06/19 | Tolls for Car rental for 2 days (05/28 - 05/29). | $ | 17.76 |
| Tom Schenk | 06/06/19 | Ground transportation via UBER for travel to Chicago, IL airport from home. | $ | 106.89 |
| Gaurav Thapan-Raina | 06/06/19 | Ground transportation via Travel from PG&E site in San Ramon to hotel in Walnut Creek, CA | $ | 20.31 |
| Gaurav Thapan-Raina | 06/06/19 | Ground transportation via Taxi from JFK airport (NYC) to home. | $ | 68.42 |
| Tom Schenk | 06/07/19 | Ground transportation via UBER for travel from PG&E offices to hotel | $ | 7.62 |
| Tom Schenk | 06/07/19 | Ground transportation via UBER for travel from hotel to San Francisco, CA Airport (SFO). | $ | 36.55 |
| Tom Schenk | 06/07/19 | Ground transportation via UBER for travel to San Francisco Airport from hotel. | $ | 59.29 |
| Tom Schenk | 06/08/19 | Ground transportation from hotel to PG&E offices. | $ | 6.00 |
| Gaurav Thapan-Raina | 06/10/19 | Ground transportation via Taxi for travel to JFK airport to travel to PG&E site in San Ramon, CA. | $ | 73.67 |
| Gaurav Thapan-Raina | 06/10/19 | Ground transportation via UBER for travel from San Francisco, CA airport to PG&E site in San Ramon, CA. | $ | 82.34 |
| Gaurav Thapan-Raina | 06/11/19 | Ground transportation via UBER for travel from PG&E site in San Ramon, CA to Clarion Hotel in Concord. | $ | 24.32 |
| Gaurav Thapan-Raina | 06/12/19 | Ground transportation via UBER for travel from hotel to PG&E site in San Ramon, CA. | $ | 26.91 |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
July 1, 2019 through July 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | Amount |
|---|---|---|---|
| Gaurav Thapan-Raina | 06/12/19 | Ground transportation via UBER for travel from Clarion Hotel to PG&E site in San Ramon, CA. | $ 28.07 |
| Gaurav Thapan-Raina | 06/13/19 | Ground transportation via Uber from PG&E San Ramon site to Clarion Hotel in Concord. | $ 25.69 |
| Gaurav Thapan-Raina | 06/13/19 | Ground transportation via UBER for travel from Clarion Hotel to PG&E site in San Ramon, CA. | $ 26.24 |
| Gaurav Thapan-Raina | 06/13/19 | Ground transportation via UBER for travel from Clarion Hotel to PG&E site in San Ramon. | $ 27.20 |
| Gaurav Thapan-Raina | 06/13/19 | Ground transportation via Travel from PG&E site in San Ramon to Sn Francisco, CA airport (SFO). | $ 66.41 |
| Gaurav Thapan-Raina | 06/13/19 | Ground transportation via Taxi from airport (JFK, NY) to home in NYC related to PG&E work | $ 67.42 |
| Gaurav Thapan-Raina | 06/16/19 | Ground transportation via Taxi for travel from home to airport in New York. | $ 68.42 |
| Gaurav Thapan-Raina | 06/16/19 | Ground transportation via Uber from San Francisco airport (SFO) to hotel in Walnut Creek, CA. | $ 116.88 |
| Gaurav Thapan-Raina | 06/18/19 | Ground transportation via Uber for travel from PG&E site i n San Ramon to hotel in Walnut Creek. | $ 19.29 |
| Gaurav Thapan-Raina | 06/18/19 | Ground transportation via Uber from hotel in Walnut Creek to PG&E site in San Ramon. | $ 19.61 |
| Gaurav Thapan-Raina | 06/18/19 | Ground transportation via UBER for travel from hotel to PG&E site in San Ramon. | $ 30.31 |
| Gaurav Thapan-Raina | 06/19/19 | Ground transportation via Uber fare for travel from client site to hotel. | $ 19.33 |
| Gaurav Thapan-Raina | 06/19/19 | Ground transportation via UBER for travel from hotel to PG&E site in San Ramon. | $ 19.83 |
| Gaurav Thapan-Raina | 06/20/19 | Ground transportation via Uber fare for travel from hotel to client offices. | $ 20.69 |
| Gaurav Thapan-Raina | 06/20/19 | Ground transportation via Uber fare for travel from hotel in San Francisco, CA to airport. | $ 33.02 |
| Gaurav Thapan-Raina | 06/20/19 | Ground transportation via Uber fare from JFK airport, NY to home. | $ 80.49 |
| Gaurav Thapan-Raina | 06/24/19 | Ground transportation via Taxi from home to airport to travel to client site. | $ 67.42 |
| Gaurav Thapan-Raina | 06/25/19 | Ground transportation via Uber for travel from San Francisco Airport to Hotel in Walnut Creek, CA. | $ 61.48 |
| Gaurav Thapan-Raina | 06/26/19 | Ground transportation via Uber fare for travel from hotel in Walnut Creek to San Ramon, CA. | $ 18.94 |
| Gaurav Thapan-Raina | 06/26/19 | Ground transportation via Uber fare for travel from client site to hotel. | $ 21.27 |
| Gaurav Thapan-Raina | 06/26/19 | Ground transportation via Uber for travel from hotel to client offices. | $ 26.46 |
| Gaurav Thapan-Raina | 06/27/19 | Ground transportation via Uber for travel from client offices to hotel in Walnut Creek, CA. | $ 20.03 |
| Gaurav Thapan-Raina | 06/27/19 | Ground transportation via Uber for travel from client site to hotel. | $ 23.07 |
| Gaurav Thapan-Raina | 06/27/19 | Ground transportation via Uber for travel from client site to airport. | $ 66.42 |
| Dennis Cha | 06/27/19 | Additional Tolls for Car Rental for 5 days (06/23/19 - 06/27/19). | $ 19.90 |
| Dennis Cha | 06/27/19 | Ground transportation via LYFT for travel from airport to home. | $ 29.29 |
| Dennis Cha | 06/27/19 | Car Rental for 4 days (06/23 - 06/27/19). | $ 240.68 |
| Gaurav Thapan-Raina | 06/28/19 | Ground transportation via Uber for travel from airport to home. (2:24 a.m.) | $ 72.29 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
July 1, 2019 through July 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Gustavo Garcia | 07/01/19 | Parking at Lodging for 1 night (06/30/19 - 07/01/19) while traveling to perform work for PG&E. | $ | 10.00 |
| David Ross | 07/02/19 | Ground transportation via Lyft for travel from home to airport for D. Ross on 7/2. | $ | 12.80 |
| David Ross | 07/02/19 | Ground transportation via Lyft for D. Ross for travel from San Francisco, CA Airport (SFO) to Office for PG&E meetings on 7/2/19. | $ | 32.41 |
| David Ross | 07/02/19 | Ground transportation via Lyft for travel from San Francisco Office to San Francisco, CA (SFO) airport for D. Ross on 7/2/19. | $ | 34.28 |
| Gustavo Garcia | 07/02/19 | Parking at Lodging for 1 night (07/01/19 - 07/02/19) while traveling to perform work for PG&E. | $ | 10.00 |
| Matthew Bowser | 07/02/19 | Parking at Lodging for 1 night (07/01/19 - 07/02/19) while traveling to perform work for PG&E. | $ | 30.00 |
| Scott Stoddard | 07/02/19 | Ground transportation via UBER for travel from home to Los Angeles, CA Airport (LAX). | $ | 36.87 |
| Gustavo Garcia | 07/03/19 | Parking at Lodging for 1 night (07/02/19 - 07/03/19) while traveling to perform work for PG&E. | $ | 10.00 |
| Matthew Bowser | 07/03/19 | Parking at Lodging for 1 night (07/02/19 - 07/03/19) while traveling to perform work for PG&E. | $ | 30.00 |
| Scott Stoddard | 07/03/19 | Ground transportation via UBER for travel San Diego Airport to El Cajon, CA. | $ | 61.30 |
| Gustavo Garcia | 07/03/19 | Car Rental for 4 days (06/30/19 - 07/03/19). | $ | 150.90 |
| Scott Stoddard | 07/03/19 | Car Rental for 3 days (07/01/19 - 07/03/19). | $ | 173.95 |
| Matthew Bowser | 07/03/19 | Car Rental for 3 days (07/01/19 - 07/03/19) while traveling to perform work for PG&E. | $ | 220.09 |
| Gustavo Garcia | 07/07/19 | Ground transportation via UBER for travel from home to airport. | $ | 14.69 |
| David Ross | 07/08/19 | Ground transportation via Lyft for travel from home to Los Angeles, CA (LAX) on 7/8/19. | $ | 12.49 |
| Matt Broida | 07/08/19 | Ground transportation via LYFT for travel from home to Houston, TX Airport (IAH) on 7/8. | $ | 30.27 |
| Matt Broida | 07/08/19 | Ground transportation via LYFT for travel from San Francisco, CA Airport (SFO) to PG&E San Francisco on 7/8. | $ | 33.88 |
| Matt Broida | 07/08/19 | Ground transportation via LYFT for travel from PGE San Francisco to Hotel on 7/8. | $ | 47.73 |
| Lucy Cai | 07/08/19 | Ground transportation via Uber for travel from home to airport on 7/8 while traveling to client site. | $ | 59.99 |
| Gaurav Thapan-Raina | 07/08/19 | Ground transportation via Uber fare from home to JFK Airport, NY to perform work for PG&E | $ | 76.83 |
| David Ross | 07/09/19 | Ground transportation via Lyft for travel for D. Ross from Los Angeles, CA (LAX) airport to home on 7/9/19. | $ | 13.20 |
| David Ross | 07/09/19 | Tolls for Rental Car for D. Ross for 2 days (7/8/19 - 07/09/19). | $ | 14.40 |
| Gaurav Thapan-Raina | 07/09/19 | Ground transportation via Uber expense for travel from PG&E offices to hotel | $ | 20.72 |
| David Ross | 07/09/19 | Parking at Lodging for 1 night (07/08/19 - 07/09/19) while traveling to perform work for PG&E. | $ | 30.00 |
| Lucy Cai | 07/09/19 | Parking at Lodging for 1 night (07/08/19 - 07/09/19) while traveling to perform work for PG&E. | $ | 30.00 |
| Gaurav Thapan-Raina | 07/09/19 | Ground transportation via Uber fare incurred for travel from SFO airport to client site | $ | 85.41 |
| David Ross | 07/09/19 | Rental Car for D. Ross for 2 days (7/8/19 - 07/09/19). | $ | 128.15 |

**PG&E Corporation and PG&E Company, et.al.**
Case No. 19-30088
Detail of Out of Pocket Expenses
July 1, 2019 through July 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Gaurav Thapan-Raina | 07/10/19 | Ground transportation via Uber fare incurred for travel from hotel to client site | $ | 21.08 |
| Gaurav Thapan-Raina | 07/10/19 | Ground transportation via Uber expense incurred for travel from client site to hotel | $ | 21.45 |
| Lucy Cai | 07/10/19 | Parking at Lodging for 1 night (07/09/19 - 07/10/19) while traveling to perform work for PG&E. | $ | 30.00 |
| Trent Anderson | 07/10/19 | Ground transportation via LYFT for travel from office to home to pick up luggage. | $ | 13.81 |
| Trent Anderson | 07/10/19 | Ground transportation via LYFT for travel from home to airport to work on PG&E engagement. | $ | 46.01 |
| Lucy Cai | 07/11/19 | Ground transportation via Lyft from airport to hotel on 7/11. | $ | 15.16 |
| Gaurav Thapan-Raina | 07/11/19 | Ground transportation via Uber expense for travel from hotel to client site | $ | 19.58 |
| Gaurav Thapan-Raina | 07/11/19 | Ground transportation via Uber expense for travel from client site to hotel | $ | 21.70 |
| Gaurav Thapan-Raina | 07/11/19 | Ground transportation via Uber expense incurred for travel from hotel to client site | $ | 23.46 |
| Lucy Cai | 07/11/19 | Parking at Lodging for 1 night (07/10/19 - 07/11/19) while traveling to perform work for PG&E. | $ | 30.00 |
| Matt Broida | 07/11/19 | Ground transportation via LYFT for travel from Houston, TX Airport (IAH) to home on 7/11. | $ | 33.92 |
| Gaurav Thapan-Raina | 07/11/19 | Ground transportation via Taxi expense for travel from JFK airport to home | $ | 66.35 |
| Gaurav Thapan-Raina | 07/11/19 | Ground transportation via Uber expense for travel from client site to airport. | $ | 67.01 |
| Lucy Cai | 07/11/19 | Rental car for 4 days (07-08-19 - 07/11/ 19) while traveling at client site. | $ | 213.73 |
| Trent Anderson | 07/11/19 | Ground transportation via LYFT for travel from hotel to meeting. | $ | 10.65 |
| Trent Anderson | 07/11/19 | Ground transportation via Lyft for travel from meeting to dinner. | $ | 13.62 |
| Matthew Bowser | 07/11/19 | Tolls for Car Rental for 4 days (07/08/19 - 07/11/19) while traveling to perform work for PG&E. | $ | 16.15 |
| Matthew Bowser | 07/11/19 | Ground transportation via Square for travel from San Francisco office to Airport. | $ | 16.75 |
| Scott Stoddard | 07/11/19 | Ground transportation via UBER for travel from San Francisco, CA airport (SFO) to downtown San Francisco. | $ | 34.18 |
| Gustavo Garcia | 07/11/19 | Tolls for Car Rental for 4 days (07/07/19 - 07/11/19). | $ | 46.10 |
| Trent Anderson | 07/11/19 | Rental car for 1 day (07/10 - 07/11) during work on PG&E engagement | $ | 55.82 |
| Gustavo Garcia | 07/11/19 | Car Rental for 4 days (07/07/19 - 07/11/19). | $ | 213.33 |
| Matthew Bowser | 07/11/19 | Car Rental for 4 days (07/08/19 - 07/11/19) while traveling to perform work for PG&E. | $ | 213.40 |
| Trent Anderson | 07/12/19 | Ground transportation via Lyft from dinner to hotel during work on PG&E engagement. | $ | 7.80 |
| Trent Anderson | 07/12/19 | Ground transportation via Lyft from hotel to office during work on PG&E engagement. | $ | 9.37 |
| Gustavo Garcia | 07/12/19 | Ground transportation via Uber for travel from office to hotel. | $ | 10.63 |
| Gustavo Garcia | 07/12/19 | Ground transportation via Uber for travel from hotel to office. | $ | 16.37 |
| Scott Stoddard | 07/12/19 | Ground transportation via DT SF to SFO | $ | 29.36 |
| Trent Anderson | 07/12/19 | Ground transportation via Lyft from office to San Francisco, CA (SFO) airport. | $ | 35.92 |

**PG&E Corporation and PG&E Company, et.al.**
Case No. 19-30088
Detail of Out of Pocket Expenses
July 1, 2019 through July 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Matthew Bowser | 07/12/19 | Ground transportation via LYFT for travel from client site to airport. | $ | 36.90 |
| Scott Stoddard | 07/12/19 | Parking for 2 days (07/11/19 - 07/12/19) at Airport. | $ | 40.00 |
| Trent Anderson | 07/12/19 | Ground transportation via Lyft from Seattle, WA (SEA) airport to home. | $ | 48.91 |
| Matthew Bowser | 07/12/19 | Airport parking for x days (07/01 - 07/12) excluding weekends. | $ | 160.00 |
| Matt Broida | 07/14/19 | Ground transportation via LYFT for travel from home to Houston, TX Airport (IAH) on 7/14. | $ | 34.44 |
| Gaurav Thapan-Raina | 07/14/19 | Ground transportation via Uber for travel from San Francisco airport to hotel in Pleasanton. | $ | 59.59 |
| Gaurav Thapan-Raina | 07/14/19 | Ground transportation via Uber for travel from home to JFK airport | $ | 101.99 |
| Trent Anderson | 07/14/19 | Ground transportation via Lyft from home to Seattle, WA (SEA) airport. | $ | 40.19 |
| Matt Broida | 07/15/19 | Parking for TAT field visit recap meeting on 7/15. | $ | 3.75 |
| Lucy Cai | 07/15/19 | Tolls for Rental car for 2 days (07-14-19 - 07/15/ 19) while traveling at client site. | $ | 13.77 |
| Matt Broida | 07/15/19 | Tolls for rental car for travel for Sonoma County TAT testing on 7/15. | $ | 17.30 |
| Lucy Cai | 07/15/19 | Parking at Lodging for 1 night (07/14/19 - 07/15/19) while traveling to perform work for PG&E. | $ | 30.00 |
| Gaurav Thapan-Raina | 07/15/19 | Ground transportation via Uber for travel from hotel to client site in Santa Rosa, CA. | $ | 100.91 |
| Matt Broida | 07/15/19 | Car Rental for 1 day (07/14 - 07/15) for PG&E TAT inspection in Sonoma County. | $ | 103.20 |
| Gaurav Thapan-Raina | 07/15/19 | Ground transportation via Uber for travel from PG&E field office in Santa Rosa to hotel in Pleasanton. | $ | 137.91 |
| Matthew Bowser | 07/15/19 | Reimbursable mileage for travel from home to airport. (14 miles * .58 = 8.12) | $ | 8.12 |
| Lucy Cai | 07/16/19 | Parking at Lodging for 1 night (07/15/19 - 07/16/19) while traveling to perform work for PG&E. | $ | 30.00 |
| Matt Broida | 07/16/19 | Ground transportation via LYFT for travel from San Francisco, CA Airport (SFO) to hotel on 7/16. | $ | 37.00 |
| Matt Broida | 07/16/19 | Ground transportation via LYFT for travel from San Francisco, CA Airport (SFO) to hotel on 7/16. | $ | 46.51 |
| Scott Stoddard | 07/16/19 | Parking at Lodging for 1 night (07/15/19 - 07/16/19) while traveling to perform work for PG&E. | $ | 30.00 |
| Matthew Bowser | 07/16/19 | Parking at Lodging for 1 night (07/15/19 - 07/16/19) while traveling to perform work for PG&E. | $ | 30.00 |
| Gaurav Thapan-Raina | 07/17/19 | Ground transportation via Uber for travel from client site to hotel. | $ | 15.93 |
| Gaurav Thapan-Raina | 07/17/19 | Ground transportation via Uber for travel from hotel to client site. | $ | 16.86 |
| Lucy Cai | 07/17/19 | Parking at Lodging for 1 night (07/16/19 - 07/17/19) while traveling to perform work for PG&E. | $ | 30.00 |
| Matthew Bowser | 07/17/19 | Parking at Lodging for 1 night (07/16/19 - 07/17/19) while traveling to perform work for PG&E. | $ | 30.00 |

**PG&E Corporation and PG&E Company, et.al.**
Case No. 19-30088
Detail of Out of Pocket Expenses
July 1, 2019 through July 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Scott Stoddard | 07/17/19 | Parking at Lodging for 1 night (07/16/19 - 07/17/19) while traveling to perform work for PG&E. | $ | 50.00 |
| Scott Stoddard | 07/17/19 | Parking for 3 days (07/15/19 - 07/17/19) at Airport. | $ | 109.00 |
| Scott Stoddard | 07/17/19 | Car Rental for 3 days (07/15/19 - 07/17/19). | $ | 111.06 |
| Trent Anderson | 07/18/19 | Fuel for Car Rental for 5 days (07//14/19 - 07/18/19). | $ | 17.45 |
| Matthew Bowser | 07/18/19 | Parking at Lodging for 1 night (07/17/19 - 07/18/19) while traveling to perform work for PG&E. | $ | 30.00 |
| Trent Anderson | 07/18/19 | Car Rental for 5 days (07//14/19 - 07/18/19). | $ | 176.55 |
| Gaurav Thapan-Raina | 07/18/19 | Ground transportation via Uber for travel from hotel to client site | $ | 16.87 |
| Lucy Cai | 07/18/19 | Tolls for Rental car for 3 days (07-16-19 - 07/18/ 19) while traveling at client site. | $ | 19.98 |
| Matt Broida | 07/18/19 | Ground transportation vi LYFT for travel from hotel to PG&E San Ramon Office on 7/17. | $ | 21.70 |
| Gaurav Thapan-Raina | 07/18/19 | Ground transportation via Uber for travel from hotel to client site. | $ | 25.24 |
| Lucy Cai | 07/18/19 | Parking at Lodging for 1 night (07/17/19 - 07/18/19) while traveling to perform work for PG&E. | $ | 30.00 |
| Matt Broida | 07/18/19 | Ground transportation via LYFT for travel from Houston, TX Airport (IAH) to Home on 7/18. | $ | 33.41 |
| Lucy Cai | 07/18/19 | Ground Transport excluding Mileage Taxi returning from airport Taxi on 7/18 while returning from airport to home. | $ | 46.50 |
| Lucy Cai | 07/18/19 | Rental car for 5 days (07-14-19 - 07/18/ 19) while traveling at client site. | $ | 191.13 |
| Gaurav Thapan-Raina | 07/19/19 | Ground transportation via Uber for travel from client site to hotel. | $ | 15.42 |
| Gaurav Thapan-Raina | 07/19/19 | Ground transportation via Uber for travel from hotel to client site. | $ | 16.85 |
| Matt Broida | 07/22/19 | Ground transportation via LYFT for travel from home to Houston, TX Airport (IAH). | $ | 20.49 |
| Lucy Cai | 07/22/19 | Ground transportation via Uber for travel from home to airport on 7/22. | $ | 68.74 |
| Gaurav Thapan-Raina | 07/23/19 | Ground transportation via Uber for travel from PG&E offices in San Ramon to hotel. | $ | 15.88 |
| Gaurav Thapan-Raina | 07/23/19 | Ground transportation via Uber for travel from hotel to client site. | $ | 20.56 |
| Lucy Cai | 07/23/19 | Parking at Lodging for 1 night (07/22/19 - 07/23/19) while traveling to perform work for PG&E. | $ | 30.00 |
| Lucy Cai | 07/23/19 | Tolls for Rental car for 2 days (07-22-19 - 07/23/ 19) while traveling at client site. | $ | 33.34 |
| Matt Broida | 07/23/19 | Ground transportation via LYFT to Houston, TX Airport (IAH) on 7/23. | $ | 41.14 |
| Jeff Mahoney | 07/24/19 | Ground transportation via Uber from San Francisco Airport (SFO) to hotel in support of PGE Federal Monitor Meeting. | $ | 46.80 |
| Arun Mani | 07/24/19 | Ground transportation via UBER for travel from Westin Hotel to San Francisco (SFO) Airport. | $ | 32.44 |
| Gaurav Thapan-Raina | 07/24/19 | Ground transportation via Uber trip from hotel to PG&E offices for Vegetation Mgmt project | $ | 13.71 |
| Gaurav Thapan-Raina | 07/24/19 | Ground transportation via Uber fare for travel from client office to hotel | $ | 15.52 |
| Daniel Elmblad | 07/24/19 | Reimbursable mileage for travel from home to Houston, TX airport. (29 miles @.58 = $28.42) | $ | 27.26 |
| Lucy Cai | 07/24/19 | Parking at Lodging for 1 night (07/23/19 - 07/24/19) while traveling to perform work for PG&E. | $ | 30.00 |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
Case No. 19-30088
Detail of Out of Pocket Expenses
July 1, 2019 through July 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | Amount |
|---|---|---|---|
| Matt Broida | 07/24/19 | Ground transportation via LYFT for travel from San Francisco, CA Airport (SFO) area to Hotel on 7/22. | $ 34.76 |
| Arun Mani | 07/25/19 | Ground transportation via UBER for travel from Westin Hotel to PG&E Offices. | $ 9.51 |
| Gaurav Thapan-Raina | 07/25/19 | Ground transportation via Uber fare from PG&E offices to hotel in Pleasanton | $ 10.01 |
| Gaurav Thapan-Raina | 07/25/19 | Ground transportation via Uber fare for travel from hotel to PG&E offices in San Ramon | $ 14.28 |
| Gaurav Thapan-Raina | 07/25/19 | Ground transportation via Uber fare for travel from hotel to PG&E offices in San Ramon | $ 20.77 |
| Lucy Cai | 07/25/19 | Tolls for Rental car for 2 days (07-23-19 - 07/25/19) while traveling at client site. | $ 21.80 |
| Daniel Elmblad | 07/25/19 | Parking of personal vehicle at airport for 2 days (7/24 - 07/25) while traveling to PG&E. | $ 25.88 |
| Daniel Elmblad | 07/25/19 | Reimbursable mileage for travel to home from Houston, TX airport. (29 miles @.58 = $28.42) | $ 28.42 |
| Lucy Cai | 07/25/19 | Parking at Lodging for 1 night (07/24/19 - 07/25/19) while traveling to perform work for PG&E. | $ 30.00 |
| Daniel Elmblad | 07/25/19 | Ground transportation for travel from San Francisco airport to hotel. | $ 30.96 |
| Daniel Elmblad | 07/25/19 | Ground transportation for travel from PG&E site to San Francisco airport. | $ 39.66 |
| Lucy Cai | 07/25/19 | Ground transportation via Taxi for travel from airport to home on 7/25. | $ 52.80 |
| Matt Broida | 07/25/19 | Ground transportation via LYFT for travel from San Francisco to PGE San Ramon Office. | $ 65.03 |
| Matt Broida | 07/25/19 | Ground transportation via LYFT for travel from hotel to San Francisco, CA Airport (SFO) on 7/25. | $ 68.73 |
| Lucy Cai | 07/25/19 | Rental car for 4 days (07-22-19 - 07/25/19) while traveling at client site. | $ 241.40 |
| Gaurav Thapan-Raina | 07/26/19 | Ground transportation via Uber from client site in San Ramon to airport | $ 59.31 |
| Gaurav Thapan-Raina | 07/26/19 | Ground transportation via Taxi from JFK airport to home in connection with PGE VM project | $ 72.86 |
| Matt Broida | 07/28/19 | Ground transportation from San Francisco, CA Airport (SFO) to hotel on 7/28. | $ 37.68 |
| David Ross | 07/29/19 | Ground transportation via Lyft for travel from home to airport for D. Ross on 7/29. | $ 12.89 |
| David Ross | 07/30/19 | Parking at Lodging for 1 night (07/29/19 - 07/30/19) while traveling to perform work for PG&E. | $ 30.00 |
| Matt Broida | 07/31/19 | Ground transportation via LYFT for travel from PGE San Ramon office to hotel. | $ 25.93 |

**EXHIBIT D1**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
July 1, 2019 through July 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| David Ross | 07/31/19 | Parking at Lodging for 1 night (07/30/19 - 07/31/19) while traveling to perform work for PG&E. | $ | 30.00 |
| Matt Broida | 07/31/19 | Ground transportation for travel from hotel to San Francisco, CA Airport (SFO) on 7/31. | $ | 49.08 |
| | | **Total Ground Transportation** | $ | 8,704.52 |
| | | **Miscellaneous Subtotal** | $ | - |
| | | **Total Out of Pocket Expenses** | $ | 51,389.19 |

KPMG LLP Monthly Fee Statement  Page 181 of 181

Case: 19-30088   Doc# 5067-4   Filed: 12/11/19   Entered: 12/11/19 10:15:24   Page 18 of 18