**O'BRIEN & ZEHNDER**
John M. O'Brien (SBN 148757)
Grant R. Zehnder (SBN 271228)
Jason Borg, (SBN 186173) Of Counsel.
9401 E. Stockton Blvd., Suite 225
Elk Grove, CA 95624
Telephone: (916) 714-8200
Facsimile: (916) 714-8201
jborg@jasonborglaw.com

Attorneys for Creditors

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | BANKRUPTCY CASE NOS: 19-30088 (DM) |
| | 19-30089 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| **and** | (Lead Case) |
| | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY** | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |
| Debtors. | |
| X - Affects both Debtors | |
| * - All papers shall be filed in the Lead Case. No. 19-3008(DM) | |

**PLEASE TAKE NOTICE** that LINDA DIGHTON, NANCY OLIVER, GRANT SMELSER; JOHN RANDALL DIGHTON; TEDDY OLIVER and RICHARD KELLY, for

Notice of Appearance and Request for Service of Papers -1-

themselves and on behalf of all others similarly situated, as creditors and parties-in-interest in the above-captioned cases, by their counsel, O'BRIEN & ZEHNDER, pursuant to the Federal Rules of Bankruptcy Procedure 2002 and 9010(b) and 11 U.S.C Section 101, request that all notices given or required and all papers served in this case be delivered to and served upon attorneys identified below at the following address:

**O'BRIEN & ZEHNDER**
Attn: Jason Borg, Esq. - Of Counsel
9401 E. Stockton Blvd. Suite #225
Elk Grove, CA 95624
jborg@jasonborglaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in Federal Rules of Bankruptcy Procedure 2002, but also, without limitation, notices of any orders or other pleadings, motions, applications, hearings, requests, petitions, objections, answering or reply papers, disclosure statements, and plans of reorganizations brought before this Court with respect to these proceedings.

**PLEASE TAKE FURTHER NOTICE** that neither this appearance, nor any former or later appearance, pleading, claim or suit shall constitute consent to jurisdiction, nor shall it waive: (1) Creditors' right to have final order in non-core and core matters in which the Bankruptcy Court does not have final adjudicatory authority; (2) Creditors' right to a trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; or (3) any other rights, claims, actions, defenses to jurisdiction, to which said Creditors may be entitled in law or equity, all of which rights, claims, and actions said Creditors expressly reserve.

Notice of Appearance and Request for Service of Papers -2-

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes that the above-referenced attorneys be added to the master mailing list and the NEF electronic notice list for the above-referenced case.

DATED: December 11, 2019

## O'BRIEN & ZEHNDER

By /s/ Jason Borg
_____
Jason Borg
Of - Counsel Attorney for Creditors
LINDA DIGHTON, NANCY OLIVER
GRANT SMELSER, JOHN RANDALL DIGHTON
TEDDY OLIVER & RICHARD KELLY

Notice of Appearance and Request for Service of Papers -3-