**O'BRIEN & ZEHNDER**
John M. O'Brien (SBN 148757)
Grant R. Zehnder (SBN 271228)
Jason Borg, (SBN 186173) Of Counsel.
9401 E. Stockton Blvd., Suite 225
Elk Grove, CA 95624
Telephone: (916) 714-8200
Facsimile: (916) 714-8201
jborg@jasonborglaw.com

Attorneys for Creditors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | BANKRUPTCY CASE NOS: 19-30088 (DM) |
| | 19-30089 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| and | (Lead Case) |
| | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY** | **CERTIFICATE OF SERVICE** |
| Debtors. | |
| X - Affects both Debtors | |
| * - All papers shall be filed in the Lead Case. No. 19-3008(DM) | |

_____/

## CERTIFICATE OF SERVICE

I hereby certify that I am employed in the County of Sacramento, am over the age of

eighteen (18) years and am not a party to the written cause of action. My business address is 9401

Certificate of Service                                  -1-

E. Stockton Blvd #225, Elk Grove, CA 95624.

On December 11, 2019, the Notice of Appearance and Request for Service of Papers and Certificate of Service was served on the interested parties as follows:

1. To be served by the Court via Notice of Electronic Filing ("NEF")

Pursuant to Local Bankruptcy Rules the documents listed above will be served by the court via NEF and hyperlink to the document.

2. On December 11, 2019 I served the Notice of Appearance and Request for Service of Papers and Certificate of Service on the interested parties by placing a true copy thereof in a sealed envelope with a postage prepaid addressed as set forth:

SEE ATTACHED LIST

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 11, 2019, at Elk Grove, California.

/s/ Janet Shively
───────────────────────
Janet Shively

| | | |
|---|---|---|
| | Peter J. Benvenutti<br>Keller & Benvenutti LLP<br>650 California St. 19th Fl.<br>San Francisco, CA 94108-2702 | Kevin Bostel<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 |
| Timothy G. Cameron<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 8th Ave.<br>New York, NY 10019-7475 | Jared R. Friedmann<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153-0119 | Andriana Georgallas<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 |
| Stuart J. Goldring<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153-0119 | Matthew Goren<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 | David A. Herman<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019-7475 |
| Stephen Karotkin<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 | Tobias S. Keller<br>Keller and Benvenutti LLP<br>650 California St. #1900<br>San Francisco, CA 94108-2736 | Jane Kim<br>Keller & Benvenutti LLP<br>650 California St, Suite 1900<br>San Francisco, CA 94108-2736 |
| Katherine Kohn<br>Groom Law Group, Chartered<br>1701 Pennsylvania Ave, NW #1200<br>Washington, DC 20006-5811 | Kevin Kramer<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 | David Levine<br>Groom Law Group, Chartered<br>1701 Pennsylvania Ave, NW #1200<br>Washington, DC 20006-5811 |
| Dara Levinson Silveira<br>Keller & Benvenutti LLP<br>650 California St. #1900<br>San Francisco, CA 94108-2736 | Jessica Liou<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 | Omid H. Nasab<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019-7475 |
| John Nolan<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 | Kevin J. Orsini<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019-7475 | Thomas B. Rupp<br>Keller and Benvenutti LLP<br>650 California St. #1900<br>San Francisco, CA 94108-2736 |
| Bradley R. Schneider<br>Munger Tolles and Olson LLP<br>350 S Grand Ave., 50th Fl.<br>Los Angeles, CA 90071-3426 | Ray C. Schrock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 | Richard W. Slack<br>Weil Gotshal and Manges, LLP<br>767 Fifth Ave.<br>New York, NY 10153-0119 |
| Theodore Tsekerides<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153-0119 | Paul H. Zumbro<br>Cravath, Swaine & Moore LLP<br>85 Eighth Avenue<br>New York, NY 10011-5134 | |