**EXHIBIT A**

**COMPENSATION BY PROFESSIONAL
AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

The professionals who rendered professional services in these chapter 11 cases during the Fee Period are:

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| *2018 NDT Audit Services* | | | | |
| Chhajer, Neha | Senior Manager | $330.00 | 7.5 | $2,475.00 |
| Ncho-Oguie, Jean-Denis | Senior Manager | $330.00 | 1.0 | $330.00 |
| Azebu, Matt | Senior Consultant | $230.00 | 13.0 | $2,990.00 |
| Varshney, Swati | Senior Consultant | $230.00 | 7.0 | $1,610.00 |
| Bedi, Arpit | Consultant | $200.00 | 12.5 | $2,500.00 |
| Hennessy, Vincent | Consultant | $200.00 | 30.5 | $6,100.00 |
| Ranganathan, Akshaya | Consultant | $200.00 | 35.0 | $7,000.00 |
| **Professional Subtotal:** | | | **106.5** | **$23,005.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| *2019 Audit Services* | | | | |
| Cochran, James | Partner/Principal | $380.00 | 2.0 | $760.00 |
| Gillam, Tim | Partner/Principal | $380.00 | 14.5 | $5,510.00 |
| Pemberton, Tricia | Partner/Principal | $380.00 | 4.0 | $1,520.00 |
| Choudhary, Devesh | Managing Director | $380.00 | 4.0 | $1,520.00 |
| Meredith, Wendy | Managing Director | $380.00 | 13.5 | $5,130.00 |
| Giamanco, Patrick | Senior Manager | $330.00 | 15.5 | $5,115.00 |
| Murdock, Elizabeth | Senior Manager | $330.00 | 24.8 | $8,184.00 |
| Ncho-Oguie, Jean-Denis | Senior Manager | $330.00 | 16.8 | $5,544.00 |
| Potts, John | Senior Manager | $330.00 | 1.0 | $330.00 |
| Varkey, Jamie | Senior Manager | $330.00 | 0.2 | $66.00 |
| Bukkapuram, Kranthi | Manager | $290.00 | 1.0 | $290.00 |
| Jasinski, Samantha | Manager | $290.00 | 26.9 | $7,801.00 |
| Misra, Saurabh | Manager | $290.00 | 37.0 | $10,730.00 |
| Adams, Haley | Senior Consultant | $230.00 | 90.5 | $20,815.00 |
| Agarwal, Rima | Senior Consultant | $230.00 | 0.5 | $115.00 |

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Azebu, Matt | Senior Consultant | $230.00 | 41.1 | $9,453.00 |
| Kamra, Akanksha | Senior Consultant | $230.00 | 19.5 | $4,485.00 |
| Kipkirui, Winnie | Senior Consultant | $230.00 | 191.0 | $43,930.00 |
| M, Nikitha | Senior Consultant | $230.00 | 6.0 | $1,380.00 |
| Mantri, Arvind | Senior Consultant | $230.00 | 36.0 | $8,280.00 |
| Rice, Blake | Senior Consultant | $230.00 | 85.3 | $19,619.00 |
| Varshney, Swati | Senior Consultant | $230.00 | 65.0 | $14,950.00 |
| Yuen, Jennifer | Senior Consultant | $230.00 | 8.5 | $1,955.00 |
| Alfahhad, Abdulrahman | Consultant | $200.00 | 21.0 | $4,200.00 |
| Bedi, Arpit | Consultant | $200.00 | 115.5 | $23,100.00 |
| Bhattacharya, Ayush | Consultant | $200.00 | 120.0 | $24,000.00 |
| Choudhury, Viki | Consultant | $200.00 | 39.5 | $7,900.00 |
| Doolittle, Chase | Consultant | $120.00 | 4.0 | $480.00 |
| Fazil, Mohamed | Consultant | $200.00 | 69.5 | $13,900.00 |
| Fernandes, Josephine | Consultant | $120.00 | 0.5 | $60.00 |
| Hennessy, Vincent | Consultant | $200.00 | 89.0 | $17,800.00 |
| K, Kavya | Consultant | $120.00 | 124.0 | $14,880.00 |
| Kapoor, Sameer | Consultant | $120.00 | 0.2 | $24.00 |
| Khan, Shabeer | Consultant | $120.00 | 0.7 | $84.00 |
| Maheshwari, Varun | Consultant | $200.00 | 2.5 | $500.00 |
| Martin, Blake | Consultant | $200.00 | 26.0 | $5,200.00 |
| Mehra, Shreya | Consultant | $180.00 | 9.0 | $1,620.00 |
| Nadakuduti, Sirisha | Consultant | $120.00 | 0.4 | $48.00 |
| Nambiar, Sachin | Consultant | $120.00 | 53.0 | $6,360.00 |
| Parimi, Kishore Parimi | Consultant | $120.00 | 0.8 | $96.00 |
| Patha, Prem | Consultant | $120.00 | 0.5 | $60.00 |
| Reddy, Aakash | Consultant | $120.00 | 0.2 | $24.00 |
| Schloetter, Lexie | Consultant | $180.00 | 135.0 | $24,300.00 |
| Sonn, Rebecca | Consultant | $120.00 | 6.5 | $780.00 |
| Vellanki Mruthyun, Jai Kumar | Consultant | $120.00 | 0.5 | $60.00 |
| Xue, Ella | Consultant | $120.00 | 23.0 | $2,760.00 |
| **Professional Subtotal:** | | | **1,545.9** | **$325,718.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| ***Accounting Consultations*** | | | | |
| Clark, Brian | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Gillam, Tim | Partner/Principal | $760.00 | 2.5 | $1,900.00 |
| Bush, Amber | Senior Manager | $660.00 | 0.5 | $330.00 |
| Ncho-Oguie, Jean-Denis | Senior Manager | $660.00 | 4.0 | $2,640.00 |
| Jasinski, Samantha | Manager | $580.00 | 3.0 | $1,740.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 1.0 | $460.00 |
| Rice, Blake | Senior Consultant | $460.00 | 4.5 | $2,070.00 |
| **Professional Subtotal:** | | | **16.0** | **$9,520.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| ***California Wildfires*** | | | | |
| Barta, Steve | Partner/Principal | $760.00 | 3.0 | $2,280.00 |
| Barton, Doug | Partner/Principal | $760.00 | 23.5 | $17,860.00 |
| Clark, Brian | Partner/Principal | $760.00 | 1.5 | $1,140.00 |
| Gillam, Tim | Partner/Principal | $760.00 | 52.7 | $40,052.00 |
| Graf, Bill | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Green, Mike | Partner/Principal | $760.00 | 2.0 | $1,520.00 |
| Howard, Jonathan | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Kilkenny, Tom | Partner/Principal | $760.00 | 1.6 | $1,216.00 |
| Pemberton, Tricia | Partner/Principal | $760.00 | 3.1 | $2,356.00 |
| Sojkowski, Rick | Partner/Principal | $760.00 | 4.5 | $3,420.00 |
| Weller, Curt | Partner/Principal | $760.00 | 51.3 | $38,988.00 |
| Meredith, Wendy | Managing Director | $760.00 | 13.7 | $10,412.00 |
| Murdock, Elizabeth | Senior Manager | $660.00 | 1.0 | $660.00 |
| Ncho-Oguie, Jean-Denis | Senior Manager | $660.00 | 53.0 | $34,980.00 |
| Roll, Kevin | Senior Manager | $660.00 | 6.5 | $4,290.00 |
| Barclay, Kelsey | Manager | $580.00 | 50.5 | $29,290.00 |
| Garcia, Edward | Manager | $580.00 | 13.5 | $7,830.00 |
| Jasinski, Samantha | Manager | $580.00 | 1.0 | $580.00 |
| Sakalova, Vera | Manager | $580.00 | 20.0 | $11,600.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 46.7 | $21,482.00 |
| Rice, Blake | Senior Consultant | $460.00 | 5.5 | $2,530.00 |
| Varshney, Swati | Senior Consultant | $460.00 | 4.0 | $1,840.00 |
| **Professional Subtotal:** | | | **359.6** | **$235,086.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **New Accounting Standards** | | | | |
| Murdock, Elizabeth | Senior Manager | $660.00 | 0.2 | $132.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 2.0 | $920.00 |
| Bedi, Arpit | Consultant | $390.00 | 3.0 | $1,170.00 |
| **Professional Subtotal:** | | | **5.2** | **$2,222.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **Post Bankruptcy Matters** | | | | |
| Gerstel, Ken | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Gillam, Tim | Partner/Principal | $760.00 | 1.0 | $760.00 |
| Donahue, Nona | Managing Director | $760.00 | 0.5 | $380.00 |
| Meredith, Wendy | Managing Director | $760.00 | 1.0 | $760.00 |
| Sullivan, Mike | Managing Director | $760.00 | 0.5 | $380.00 |
| Luong, Mimi | Senior Manager | $660.00 | 0.4 | $264.00 |
| Murdock, Elizabeth | Senior Manager | $660.00 | 10.2 | $6,732.00 |
| Ncho-Oguie, Jean-Denis | Senior Manager | $660.00 | 5.7 | $3,762.00 |
| Jasinski, Samantha | Manager | $580.00 | 3.5 | $2,030.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 4.5 | $2,070.00 |
| Rice, Blake | Senior Consultant | $460.00 | 5.0 | $2,300.00 |
| Doolittle, Chase | Consultant | $390.00 | 1.0 | $390.00 |
| Hennessy, Vincent | Consultant | $390.00 | 13.5 | $5,265.00 |
| Martin, Blake | Consultant | $390.00 | 2.0 | $780.00 |
| **Professional Subtotal:** | | | **49.3** | **$26,253.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **Preparation of Fee Applications** | | | | |
| Meredith, Wendy | Managing Director | $380.00 | 1.0 | $380.00 |
| Jasinski, Samantha | Manager | $290.00 | 17.5 | $5,075.00 |
| Gutierrez, Dalia | Project Controller | $200.00 | 57.0 | $11,400.00 |
| **Professional Subtotal:** | | | **75.5** | **$16,855.00** |
| **Total** | | | **2,158.0** | **$638,659.00** |