**EXHIBIT B**

**COMPENSATION BY CATEGORY FOR SERVICES RENDERED
BY DELOITTE & TOUCHE LLP FOR THE PERIOD
AUGUST 1, 2019 THROUGH AUGUST 31, 2019**

| Categories | Hours | Fees |
|---|---:|---:|
| 2018 NDT Audit Services | 106.5 | $23,005.00 |
| 2019 Audit Services | 1,545.9 | $325,718.00 |
| Accounting Consultations | 16.0 | $9,520.00 |
| California Wildfires | 359.6 | $235,086.00 |
| New Accounting Standards | 5.2 | $2,222.00 |
| Post Bankruptcy Matters | 49.3 | $26,253.00 |
| Preparation of Fee Applications | 75.5 | $16,855.00 |
| **Fees Category Subtotal :** | **2,158.0** | **$638,659.00** |