# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD AUGUST 1, 2019 THROUGH AUGUST 31, 2019

| Expense Categories | Total Expenses for the Period |
|---|---:|
| Airfare | $624.77 |
| Hotel | $603.34 |
| **Expense Category Subtotal :** | **$1,228.11** |