# EXHIBIT E

## EXPENSE DETAIL FOR THE PERIOD
## AUGUST 1, 2019 THROUGH AUGUST 31, 2019

# PG&E Corporation and Pacific Gas and Electric Company
# Deloitte & Touche LLP
# Expenses Sorted by Category for the Fee Period

August 01, 2019 - August 31, 2019

| Category | Date | Description | Amount |
|---|---|---|---|
| *Airfare* | | | |
| Giamanco, Patrick | 08/01/2019 | Roundtrip coach airfare from Atlanta, GA to San Francisco, CA. | $624.77 |
| Subtotal for Airfare: | | | $624.77 |
| *Hotel* | | | |
| Giamanco, Patrick | 08/18/2019 | 1 night hotel accommodation at Courtyard in San Francisco, CA. | $208.67 |
| Giamanco, Patrick | 08/19/2019 | 1 night hotel accommodation at Courtyard in San Francisco, CA. | $394.67 |
| Subtotal for Hotel: | | | $603.34 |
| Total | | | $1,228.11 |

## Recapitulation

| Category | Amount |
|---|---|
| Airfare | $624.77 |
| Hotel | $603.34 |