| | |
|---|---|
| 1 | **DIEMER & WEI, LLP** |
| 2 | Kathryn S. Diemer (#133977) |
|   | 100 West San Fernando Street, Suite 555 |
| 3 | San Jose, CA 95113 |
|   | Telephone: 408-971-6270 |
| 4 | Facsimile: 408-971-6271 |
|   | Email: kdiemer@diemerwei.com |
| 5 | |
| 6 | **WILLKIE FARR & GALLAGHER LLP** |
|   | Matthew A. Feldman (*pro hac vice*) |
| 7 | Joseph G. Minias (*pro hac vice*) |
|   | Daniel I. Forman (*pro hac vice*) |
| 8 | 787 Seventh Avenue |
| 9 | New York, NY 10019-6099 |
|   | Telephone: (212) 728-8000 |
| 10 | Facsimile: (212) 728-8111 |
|   | Email: mfeldman@willkie.com |
| 11 |        jminias@willkie.com |
|   |        dforman@willkie.com |
| 12 | |
| 13 | *Counsel for Ad Hoc Group of Subrogation Claim Holders* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PG&E CORPORATION,** | Bankr. Case No. 19-30088 (DM) |
| -and- | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| Debtors. | **CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | |

I, Alexander J. Lewicki, do declare and state as follows:

1. I am employed in Santa Clara County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Diemer & Wei LLP, 100 W. San Fernando St. Suite 555, San Jose, CA, 95113.

2. I certify that on December 12, 2019, I caused a true and correct copy of each of the following documents to be served via Electronic Mail to all parties listed in **Exhibit A**:

   - **Joint Statement of the Debtors and the Ad Hoc Group of Subrogation Claim Holders Regarding the Court's Docket Text Order on December 9, 2019.**

3. I certify that on December 12, 2019, I caused a true and correct copy of each of the above listed documents to be served via First Class Mail to all parties listed in **Exhibit B**.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed on December 12, 2019,

/s/ *Alexander J. Lewicki*
Alexander J. Lewicki

**Exhibit A**

**Weil, Gotshal & Manges LLP**
Stephen.Karotkin@weil.com
Matthew.goren@weil.com
Jessica.liou@weil.com

**Cravath, Swaine & Moore LLP**
Pzumbro@cravath.com
korsini@cravath.com
jzobitz@cravath.com
skessing@cravath.com
ndorsey@cravath.com
onasab@cravath.com

**Baker & Hostetler LLP**
rjulian@bakerlaw.com
cdumas@bakerlaw.com
esagerman@bakerlaw.com
lattard@bakerlaw.com

**Keller & Benvenutti LLP**
tkeller@kellerbenvenutti.com
jkim@kellerbenvenutti.com

**Office of the United States Trustee**
James.l.snyder@usdoj.gov
Timothy.s.laffredi@usdoj.gov
Marta.villacorta@usdoj.gov

**Milbank LLP**
Ddunne@milbank.com
skhalil@milbank.com
Paronzon@milbank.com
Gbray@milbank.com
Tkreller@milbank.com
Astone@milbank.com

**Stroock & Stroock & Laval LLP**
khansen@stroock.com
egilad@stroock.com
mgarofalo@stroock.com
fmerola@stroock.com

**Davis Polk & Wardwell LLP**
Eli.vonnegut@davispolk.com
David.schiff@davispolk.com
Timothy.graulich@davispolk.com

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
Akornberg@paulweiss.com
bhermann@paulweiss.com
wrieman@paulweiss.com
smitchell@paulweiss.com
ndonnelly@paulweiss.com

**U.S. Department of Justice**
Danielle.pham@usdoj.gov
Matthew.troy@usdoj.gov

**California Public Utilities Commission**
Arocles.aguilar@cpuc.ca.gov
Candace.morey@cpuc.ca.gov

**US Securities and Exchange Commission**
sanfrancisco@sec.gov
secbankruptcy@sec.gov

**Attorney General of California**
Danette.valdez@doj.ca.gov
Annadel.almendras@doj.ca.gov
Margarita.padilla@doj.ca.gov
James.potter@doj.ca.gov

**Akin Gump Strauss Hauer & Feld LLP**
avcrawford@akingump.com
mstamer@akingump.com
idizengoff@akingump.com
dbotter@akingump.com

**O'Melveny & Myers LLP**
jbeiswenger@omm.com
mmitchell@omm.com
mhinker@omm.com

**Norton Rose Fulbright US LLP**
Rebecca.winthrop@nortonrosefullbright.com

# Exhibit B

**PG&E Corporation and Pacific Gas and Electric Company**
Attn: Janet Loduca
P.O. Box 770000
San Francisco, CA 94105

**U.S. Nuclear Regulatory Commission**
Attn: General Counsel
Washington, D.C. 20555-0001

**Federal Energy Regulatory Commission**
Attn: General Counsel
888 First St. NE
Washington D 20426

**Internal Revenue Service**
Attn: Centralized Insolvency Operation
2970 Market Street
Philadelphia, PA 19104-5016

**Office of the United States Attorney for the Northern District of California**
Attn: Bankruptcy Unit
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102