# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 12/13/2019 | |
| Case: 19−30088 | Form ID: TRANSC | Total: 7 | |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Dennis F. Dunne | ddunne@milbank.com |
| aty | James O. Johnston | jjohnston@jonesday.com |
| aty | Matthew D. McGill | MMcGill@gibsondunn.com |
| aty | Rebecca J. Winthrop | rebecca.winthrop@nortonrosefulbright.com |

                                                                                  TOTAL: 4

**Recipients submitted to the Claims Agent (Prime Clerk):**
| | | | | |
|---|---|---|---|---|
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | Theodore Tsekerides | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| | ABID QURESHI, ESQ. | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | New York, NY 10036 |

                                                                                   TOTAL: 3