

Signed and Filed: December 12, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

REBECCA J. WINTHROP (CA Bar No. 116386)
ROBIN BALL (CA Bar No. 159698)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
rebecca.winthrop@nortonrosefulbright.com
robin.ball@nortonrosefulbright.com

Attorneys for Creditors ADVENTIST HEALTH
SYSTEM/WEST and FEATHER RIVER
HOSPITAL D/B/A ADVENTIST HEALTH
FEATHER RIVER

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors. | Case No. 19 - 30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER APPROVING STIPULATION BY AND AMONG THE DEBTORS, THE UNITED STATES OF AMERICA, CERTAIN CALIFORNIA STATE AGENCIES AND THE ADVENTIST CLAIMANTS RE: DESIGNATION OF CLAIMS AS UNLIQUIDATED AND SUBJECT TO ESTIMATION UNDER SECTION 502(c) OF THE BANKRUPTCY CODE [DE # 4553]** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Hearing Date and Time:**<br>Date: December 17, 2019<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Courtroom 17<br>450 Golden Gate Ave., 16th Floor<br>San Francisco, CA 94102 |

| | |
|---|---|
| 1 | The Court, having considered the *Stipulation By and Among the Debtors, the United States* |
| 2 | *of America, Certain California State Agencies and the Adventist Claimants Re: Designation of* |
| 3 | *Claims as Unliquidated and Subject to Estimation Under Section 502(c) of the Bankruptcy Code* |
| 4 | *[DE # 4553]* filed on December 11, 2019 [DE # 5066 ] (the "Stipulation"), and good cause |
| 5 | appearing therefor, |
| 6 | IT IS HEREBY ORDERED as follows: |
| 7 | 1. The Stipulation and procedures set forth therein are hereby approved. |
| 8 | 2. The deadline for submission of the Reply Briefs and the Hearing on Liquidated Claims |
| 9 | Issues (as such terms are defined in the Stipulation) shall be, and hereby are, continued to such |
| 10 | further dates which may be ordered by this Court pursuant to Paragraph 3 of the Stipulation, |
| 11 | assuming such dates become necessary. |

APPROVED AS TO FORM AND
CONTENT:

Dated: December 11, 2019

REBECCA J. WINTHROP
ROBIN BALL
NORTON ROSE FULBRIGHT US LLP


By: */s/ Rebecca J. Winthrop*
    REBECCA J. WINTHROP

*Attorney for Creditors*
ADVENTIST HEALTH SYSTEM/WEST
*and* FEATHER RIVER HOSPITAL D/B/A
ADVENTIST HEALTH FEATHER RIVER

| | |
|---|---|
| APPROVED AS TO FORM AND CONTENT: | APPROVED AS TO FORM AND CONTENT: |
| Dated: December 11, 2019 | Dated: December 11, 2019 |
| XAVIER BECERRA<br>Attorney General of California<br>MARGARITA PADILLA<br>Supervising Deputy Attorney General | WEIL, GOTSHAL & MANGES LLP<br>CRAVATH, SWAINE & MOORE LLP<br>KELLER & BENVENUTTI LLP |
| By: */s/ Paul J. Pascuzzi*<br>  STEVEN H. FELDERSTEIN<br>  PAUL J. PASCUZZI<br>  FELDERSTEIN FITZGERALD<br>  WILLOUGHBY PASCUZZI & RIOS LLP | By: */s/ Paul H. Zumbro*<br>  PAUL H. ZUMBRO<br><br>*Counsel for the Debtors and Debtors in Possession* |

*Attorneys for California Department of Forestry and Fire Protection, California Department of Toxic Substances Control, California Governor's Office of Emergency Services, California Department of Veterans Affairs, California State University, California Department of Parks and Recreation, California Department of Transportation, California Department of Developmental Services and California Department of Water Resources*

APPROVED AS TO FORM AND CONTENT:

Dated: December 11, 2019

JOSEPH H. HUNT
Assistant Attorney General
DAVID L. ANDERSON (CABN 149604)
United States Attorney
ROBIN M. WALL (CABN 235690)
Assistant United States Attorney

By: */s/ Matthew J. Troy*
  RUTH A. HARVEY
  Director
  KIRK MANHARDT
  Deputy Director
  MATTHEW J. TROY

  *Senior Trial Counsel*
  *Attorneys for United States*

***END OF ORDER***

99059403.1

DOCUMENT PREPARED ON RECYCLED PAPER