# EXHIBIT A

Lee Law Offices
Attn: Lee, Kenyon Mark
1700 South El Camino Real
Suite 450
San Mateo, CA  94402

STONE & ASSOCIATES
Attn: Stone, Colette F.
2125 Ygnacio Valley Rd
Suite 101
Walnut Creek, CA  94598

# Superior Court of California, County of Alameda
# Hayward Hall of Justice

Pacific Gas and Electric Company
                              Plaintiff/Petitioner(s)

VS.

Vlazakis
                          Defendant/Respondent(s)
(Abbreviated Title)

No. RG19021463

Application Re: Other Ex Parte Denied

The application is denied as defendants seek relief that is not available on an ex parte basis, have made no showing of exigency and have not addressed whether permitting the filing of a cross-complaint is barred by the automatic stayin bankruptcy.

The application is granted to the extent it is necessary, due to defendants' delay, to extend the time needed to resolve the issue of the structure of the trial in this matter.  The court rules as follows:

Defendants are directed to file in the bankruptcy proceedings, forthwith, a request for determination as to the applicability of the automatic stay to defendants' proposed cross-claims and, if applicable, for relief from the stay.

Defendants may file a motion for leave to amend answer and/or a motion for leave to file a cross-complaint, and shall set the matter(s) for hearing on December 24, 2019 at 1:30 p.m. in Department 507, and may request reservation number(s)from the clerk of Dept. 507.  The motion(s) shall be filed and served, via overnight delivery or facsimile, no later than December 10, 2019.  Opposition shall be filed and served in like manner no later than December 17, 2019.  Reply shall be filed and servedvia hand or facsimile no later than noon on December 20, 2019.  Defendants shall provide the court with a status update re: applicability of the stay, at the latest, with the reply brief(s).

Chambers copies of all filings shall be hand delivered to Dept. 507 at the time of filing.

The December 20, 2019 case management conference and hearing date re: structure of trial are hereby VACATED.  Case management is RE-SET to Dec. 24, 2019 at 1:30 p.m.  Case management statements shall be filed on later than 12:00 noonon Dec. 20, 2019 with chambers copies E-MAILED AND HAND DELIVERED to Dept. 507 on that date.

The hearing re: Trial structure shall be at 1:30 p.m. in Dept. 507 on Jan. 21, 2019.

The parties shall file and serve by facsimile or overnight mail their moving briefs, simultaneously, on January 10, 2019.

Responsive briefs not to exceed 10 pages shall be filed and served in like manner on January 15, 2019.

Chambers copies of all filings shall be hand delivered to Dept. 507 at the time of filing.

Dated: 11/04/2019

_____
Judge Jenna Whitman

| SHORT TITLE: Pacific Gas and Electric Company VS Vlazakis | CASE NUMBER: RG19021463 |
|---|---|

ADDITIONAL ADDRESSEES

Law Offices of George M. Vlazakis
Attn: Vlazakis, George M.
225 Brush Street
Oakland, CA   94607____