**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEBTORS' PRELIMINARY LIMITED OPPOSITION TO VLAZAKIS DEFENDANTS' MOTION AS TO THE INAPPLICABILITY OF STAY, AND IN THE ALTERNATIVE FOR RELIEF FROM STAY**<br><br>Relates to Dkt. Nos. 4846, 4847<br><br>Date: December 17, 2019<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pacific Gas and Electric Company (the "**Utility**"), as a debtor and debtor in possession along with PG&E Corporation ("**PG&E Corp.**", together with the Utility, the "**Debtors**") in the above-captioned Chapter 11 Cases (the "**Chapter 11 Cases**") hereby respectfully requests that the Court take judicial notice pursuant to Federal Rule of Evidence 201 of the following documents filed in in the Superior Court for the County of Alameda, *PG&E v. Vlazakis et al.*, Case No. RG19021463 (the "**State Court Action**"):

1. The Declaration of Brian Garber in Support of Pacific Gas and Electric Company's Application for Preliminary Injunction, filed on June 6, 2019, a true and correct copy of which is attached hereto as **Exhibit A**.

3. The Supplemental Declaration of Brian Garber in Support of Pacific Gas and Electric Company's Application for Preliminary Injunction, filed on July 11, 2019, a true and correct copy of which is attached hereto as **Exhibit B**.

It is appropriate for the Court to take judicial notice of Exhibits A and B. Under Federal Rule of Evidence 201, upon the request of a party, a court may take judicial notice of a fact that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). The authenticity of Exhibits A and B cannot reasonably be questioned because they are publicly available filings in the State Court Action.

Accordingly, the Debtors respectfully request that the Court take judicial notice of the documents identified above and attached hereto as Exhibits A and B.

Dated: December 12, 2019

**WEIL, GOTSHAL & MANGES LLP**

**KELLER & BENVNUTTI LLP**

By:  /s/ Peter J. Benvenutti
      Peter J. Benvenutti

*Attorneys for Debtors and Debtors in Possession*