| | |
|---|---|
| 1  ANN H. KIM (CSBN 167104)<br>   CESAR V. ALEGRIA, JR. (CSBN 145625)<br>2  PACIFIC GAS AND ELECTRIC COMPANY<br>   P.O. Box 7442<br>3  San Francisco, CA 94120<br>4<br>5  **DIRECT CORRESPONDENCE TO:**<br>6  KENYON MARK LEE, SBN 94102<br>   MONIKA PLEYER LEE, SBN 117019<br>7  **LEE LAW OFFICES**<br>   1700 South El Camino Real, Suite 450<br>8  San Mateo, California 94402<br>9  Telephone: (650) 212-3400<br>   Facsimile: (650) 212-3414<br>10<br>    Attorneys for Plaintiff<br>11  PACIFIC GAS AND ELECTRIC COMPANY | **FILED BY FAX**<br>ALAMEDA COUNTY<br>July 11, 2019<br>CLERK OF<br>THE SUPERIOR COURT<br>By Cheryl Clark, Deputy<br>**CASE NUMBER:**<br>**RG19021463** |

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Plaintiff,<br><br>    vs.<br><br>ATHANASIA V. VLAZAKIS, GEORGE M. VLAZAKIS, MARIA A. BARBIS, and DOES I through XX,<br><br>            Defendants. | Case No.: RG19021463<br>ASSIGNED FOR ALL PURPOSES TO JUDGE Noel Wise<br>DEPARTMENT 24<br><br>SUPPLEMENTAL DECLARATION OF BRIAN GARBER IN SUPPORT OF PACIFIC GAS AND ELECTRIC COMPANY'S APPLICATION FOR PRELIMINARY INJUNCTION<br><br>Action Filed: June 4, 2019<br>Trial Date:   None Set<br>Hearing Date: July 18, 2019<br>Hearing Time: 9:00 a.m.<br><br>Reservation No.: R-2084863 |

I, Brian Garber, declare:

---

SUPPLEMENTAL DECLARATION OF BRIAN GARBER IN SUPPORT OF PACIFIC GAS AND ELECTRIC COMPANY'S APPLICATION FOR PRELIMINARY INJUNCTION. Case No.: RG19021463

1

1. I am currently a Senior Project Manager for Pacific Gas and Electric Company ("PG&E") and have been since 2015. I have been a project manager, or otherwise employed in the construction industry in various management or supervisorial capacities since 1986. In my capacity as a PG&E Senior Project Manager, I oversee a variety of construction, development, repair, or replacement projects for the company's natural gas transmission network system-wide.

2. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify truthfully to the matters set forth below. I make this declaration in support of PG&E's Application for a Preliminary Injunction.

3. I provide this supplemental declaration to further explain why the Lot Line Adjustment Agreement that I attached to my Declaration dated June 4, 2019 became infeasible and PG&E could not assist defendants as contemplated by that agreement.

4. The initial design for the reinforcement of the wall on the PG&E property adjacent to defendants' property, which formed the basis for the Lot Line Adjustment Agreement, required the installation of structural members (fasteners) that would have crossed property lines. When this design was submitted to the City of Oakland, the City refused to issue a permit. The City also notified PG&E that approval of any improvements to wall would require that defendants' property be upgraded to become ADA compliant. It is my understanding that defendants would not agree to comply with such condition. Approval by the City of Oakland was one of the conditions that had to be fulfilled under the Lot Line Adjustment Agreement.

5. While not required to do so, after the rejection by the City of Oakland PG&E instructed its structural engineers to explore alternative approaches. In order to complete this process as expeditiously as possible and to meet deadlines, the alternative design thus developed was submitted to the City of Oakland before all involved PG&E departments had commented on the design. This alternative design required sub-grade injection of cement on the PG&E property extending well into the property in order to shore up the remaining wall. This design was approved by the City of Oakland.

SUPPLEMENTAL DECLARATION OF BRIAN GARBER IN SUPPORT OF PACIFIC GAS AND ELECTRIC COMPANY'S APPLICATION FOR PRELIMINARY INJUNCTION. Case No.: RG19021463

Case: 19-30088    Doc# 5091-2    Filed: 12/12/19    Entered: 12/12/19 15:16:50    Page 2 of 3

6. Subsequently it became clear that this alternative design is not compatible with PG&E's gas transmission engineers' plans for construction of the Gas Regulation Station. *Inter alia*, the necessary sub-grade injection of cement would make it impossible to install the vaults and other portions of the facilities required to complete the project as designed. In other words, given the requirements of the City of Oakland, it was no longer feasible for PG&E to provide support to the wall to which defendants had attached their support beams from the PG&E property.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed this 11th day of July, 2019 at San Ramon, California.

Brian Garber

SUPPLEMENTAL DECLARATION OF BRIAN GARBER IN SUPPORT OF PACIFIC GAS AND ELECTRIC COMPANY'S APPLICATION FOR PRELIMINARY INJUNCTION, Case No. 19-cv-01902-HSG

Case: 19-30088    Doc# 5091-2    Filed: 12/12/19    Entered: 12/12/19 15:16:50    Page 3 of 3