**EXHIBIT A**

**NO LIABILITY CAL OES CLAIMS**

| No. | Claimant | Claims Number | Claim Amount | Asserted Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| 1. | California Governor's Office of Emergency Services | 87748 | $99,354,738 | Pacific Gas and Electric Company | No Liability to Cal OES. *See* Objection at pp. 6-16. |
| 2. | California Governor's Office of Emergency Services | 87754 | $281,230,590 | Pacific Gas and Electric Company | No Liability to Cal OES. *See* Objection at pp. 6-16. |
| 3. | California Governor's Office of Emergency Services | 87755 | $2,313,479,642 | Pacific Gas and Electric Company | No Liability to Cal OES. *See* Objection at pp. 6-16. |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO