**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☑ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case,<br>No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF THEODORE E.<br>TSEKERIDES IN SUPPORT OF<br>DEBTORS' PRELIMINARY<br>OPPOSITION TO TODD HEARN'S<br>MOTION FOR RELIEF FROM<br>AUTOMATIC STAY**<br><br>Date:   December 17, 2019<br>Time:  10:00 a.m.<br>Place:  United States Bankruptcy Court<br>          Courtroom 17, 16th Floor<br>          San Francisco, CA  94102 |

*Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119*

I, Theodore E. Tsekerides, pursuant to section 1746 of title 28 of the United States Code, hereby make the following declaration under penalty of perjury:

1.     I am a Partner at Weil, Gotshal & Manges LLP, counsel to PG&E Corporation and Pacific Gas and Electric Company (the "**Utility**") (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases ("**Chapter 11 Cases**").  I respectfully submit this *Declaration in support of the Debtors' Preliminary Opposition to Todd Hearn's Motion for Relief from Automatic Stay, filed on the date hereof.  I am authorized to submit this declaration on behalf of the Debtors.*

2.     Attached hereto as Exhibit A is a true and correct copy of a letter from Vince Magri to Todd Hearn, dated January 22, 2019.

3.     Attached hereto as Exhibit B is a true and correct copy of a letter from Sumeet Singh to Todd Hearn, dated July 17, 2019.

Dated: December 12, 2019                    _/s/ Theodore E. Tsekerides_
                                             Theodore E. Tsekerides

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119