# **Exhibit A**



January 22, 2019

Todd Hearn
357 Coombs Street
Napa, CA 94559

Todd Hearn

This letter is to notify you of the termination of your employment with Pacific Gas and Electric Company effective January 22, 2019.

Your termination of employment is based on the totality of the findings of Company Investigations into your conduct. Specifically, it has been determined that you violated the Employee Code of Conduct by misusing company time, misstating work activities, and fraudulent submissions of timecards for overtime compensation resulting in all day rest periods, and delayed service time to customers in violation of the Labor Contract (Title 3.3).

All Company property including your Company keys, ID card, gate-entry card, and Company materials in your possession are to be returned immediately.

Your termination Payroll Change request and final check are enclosed. You are not eligible for rehire as a regular employee, hiring hall employee, agency worker or contract employee.

You will be receiving benefit information from the HR Service Center in approximately two weeks. In the meantime, you may contact the HR Service Center directly at (415) 973-4357.

Sincerely,

Vince Magri
Electric Distribution Superintendent

Cc: Ron Richardson, Director Electric Distribution
Kathy Ledbetter, Labor Relations

EXHIBIT 2