# **Exhibit B**



77 Beale Street
San Francisco, CA 94105

E-mail: Sumeet.Singh@pge.com

July 17, 2019

Mr. Todd Hearn
357 Coombs Street
Napa, CA   94559

Subject:  Your 6/21 letter regarding TripSavers

Dear Mr. Hearn,

Thank you for your letter raising concerns about the operation of TripSavers in the High Fire Threat District (HFTD) areas in PG&E's service territory.  As you know, TripSavers, which have similar automatic reclosing capability to that of circuit breakers and line reclosers, are used to de-energize electric power lines when a problem is detected and re-energize lines when the problem is cleared.  These types of reclosing devices have been widely utilized in the electric utility industry to improve service reliability and restoration times for electric customers.

As described in PG&E's 2019 Wildfire Safety Plan, PG&E implemented a Wildfire Reclosing Disable Program following the 2017 wildfires, i.e. for the 2018 wildfire season, to disable the automatic reclosing capability on our devices (nearly 2,800 devices) located in Tier 2 and Tier 3 High Fire Threat Districts (HFTD).  This includes TripSavers and line reclosers both during fire season months and when there are elevated fire risk conditions.  Disabling automatic reclosing capability on these devices means that these devices will de-energize the power line after a problem occurs (e.g., after contact with vegetation or other debris) and NOT automatically reclose and re-energize the line.  In addition, PG&E has a Company Procedure (Fire Index Patrol and Non-Reclose Process, Rev. 2, October 2018) that documents the steps to implement this program, including the governance and informed decision-making process for when, where and how to disable automatic reclosing functions for substations and distribution power lines located in Tier 2 and Tier 3 HFTD areas.

Regarding your comment about incorrect installations and malfunctioning TripSavers, if you have knowledge of specific locations with incorrect installations or malfunctioning TripSavers, I would value your sharing of this information with us as soon as possible so that we can take the appropriate actions.

We appreciate you sharing your concerns and highlighting them to me for my attention.  Safety remains our top priority and unwavering focus.

I understand the IBEW has filed a grievance regarding the termination of your employment, which is currently in the grievance resolution process.  Accordingly, it is not appropriate for me to comment on your employment status or the investigation of the concerns you raised with Human Resources.

Regards,

*Sumeet Singh*

Sumeet Singh
Vice President, Asset Risk Management and Community Wildfire Safety Program