**EXHIBIT A**

# EXHIBIT A
## COMPENSATION BY PROFESSIONAL
## FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Brent Williams | Managing Director | $ 1,195 | 246.9 | $ 295,045.50 |
| Alex Stevenson | Managing Director | 1,195 | 93.0 | 111,135.00 |
| Brendan Murphy | Managing Director | 1,095 | 291.2 | 318,864.00 |
| Sherman Guillema | Director | 895 | 132.6 | 118,677.00 |
| Peter Gnatowski | Vice President | 795 | 279.6 | 222,282.00 |
| Matt Merkel | Associate | 695 | 300.7 | 208,986.50 |
| Erik Ellingson | Associate | 695 | 115.8 | 80,481.00 |
| Naeem Muscatwalla | Senior Analyst | 495 | 153.0 | 75,735.00 |
| Riley Jacobs | Analyst | 395 | 267.9 | 105,820.50 |
| Alex Gebert | Analyst | 395 | 227.3 | 89,783.50 |
| Zack Stone | Analyst | 395 | 215.8 | 85,241.00 |
| **Grand Total** | | | 2,323.8 | $ 1,712,051.00 |