**EXHIBIT B**

# EXHIBIT B
# COMPENSATION BY WORK TASK CODE
# FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 3 | Financial Analysis (Requested by Counsel, or Otherwise) | 315.3 | $ 205,403.50 |
| 6 | Due Diligence of Wildfire Safety Plan and Related Analysis | 113.9 | 94,860.50 |
| 7 | Debtor Professionals - Diligence / Meetings / Calls | 3.0 | 2,585.00 |
| 9 | Other Professionals / Interested Parties - Diligence / Meetings / Calls | 27.4 | 30,913.00 |
| 10 | Tort Claimants (Counsel/FA) - Diligence / Meetings / Calls | 58.3 | 64,888.50 |
| 11 | Assist Counsel in Responses / Objections to Bankruptcy Court Motions | 27.7 | 23,631.50 |
| 12 | Committee Related Matters - Diligence / Meetings / Calls | 50.4 | 51,988.00 |
| 13 | Bankruptcy Filings, Motions and Other Document Review | 127.3 | 87,343.50 |
| 14 | Review of Executory Contracts and Related Analysis | 10.3 | 6,818.50 |
| 15 | Review of Employee-Related Matters, Including Retention Plans | 6.2 | 3,009.00 |
| 16 | Review of Claims and Related Analysis | 56.3 | 45,968.50 |
| 17 | Asset Sale(s), Strategic Alternatives, and Related Analysis | 11.6 | 8,752.00 |
| 18 | Analysis of New Debt or Equity Capital | 461.7 | 311,401.50 |
| 19 | Analysis of Pro-Forma Capital Structure, and Related Analysis | 87.5 | 57,252.50 |
| 20 | Benchmarking and Related Analysis | 173.7 | 97,471.50 |
| 21 | Term Sheets, Plan, and Disclosure Statement Analysis | 134.0 | 123,220.00 |
| 22 | Review of Discovery Documents and Deposition Preparation (Witnesses) | 179.9 | 133,960.50 |
| 23 | Deposition(s), Testimony, Court Hearing(s), and Related Preparation / Attendance | 133.8 | 124,621.00 |
| 24 | Business Plan | 83.7 | 63,281.50 |
| 25 | Regulatory and Legislative Matters, and Related Financial Analysis | 75.3 | 49,203.50 |
| 26 | Travel Time - Non Working Travel (Capped at 2 Hours Per Trip) | 24.0 | 26,680.00 |
| 27 | Project Administration | 38.0 | 29,070.00 |
| 29 | Time and Expenses Tracking | - | - |
| 31 | Fee Application Preparation | 124.5 | 69,727.50 |
| **Grand Total** | | **2,323.8** | **1,712,051.00** |