**EXHIBIT C**

**EXHIBIT C**
**EXPENSE SUMMARY**
**FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| Expense Type | Amount |
|---|---:|
| Airfare | $9,750.02 |
| Data Processing / Materials For Committee | $0.00 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | $1,058.57 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | $2,235.68 |
| Hotel Stay (Traveling) | $4,749.29 |
| Internet/Online Fees | $152.91 |
| Meals - In Town Only | $1,032.14 |
| Meals - Out-of-Town Travel Only | $1,502.41 |
| Other / Miscellaneous | $194.40 |
| Parking | $244.00 |
| Printing/Photocopying (In-House) | $407.70 |
| Research (Databasees) | $4,500.00 |
| Teleconferencing | $189.74 |
| **Total** | **$26,016.86** |