**Exhibit E**

Case: 19-30088    Doc# 5110-5    Filed: 12/13/19    Entered: 12/13/19 16:49:23    Page 1 of 4

## EXHIBIT E
## EXPENSE DETAIL
## FOR THE PERIOD OCTOBER 1, 2019 TO OCTOBER 31, 2019

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Airfare | 8/28/2019 | 001206 Stevenson, Alexander W | Ticketing Fees | 22.00 |
| Airfare | 8/28/2019 | 001463 Murphy, Brendan J | Airfare | 496.04 |
| Airfare | 8/28/2019 | 001463 Murphy, Brendan J | Airfare | 14.00 |
| Airfare | 8/28/2019 | 001463 Murphy, Brendan J | Airfare | 496.04 |
| Airfare | 8/28/2019 | 001463 Murphy, Brendan J | Airfare | 14.00 |
| Airfare | 9/24/2019 | 001463 Murphy, Brendan J | Airfare | 203.67 |
| Airfare | 9/27/2019 | 001463 Murphy, Brendan J | Airfare | 203.67 |
| Airfare | 9/30/2019 | 001206 Stevenson, Alexander W | Ticketing Fees | 10.00 |
| Airfare | 9/30/2019 | 001206 Stevenson, Alexander W | Airfare | 381.96 |
| Airfare | 9/30/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 9.00 |
| Airfare | 9/30/2019 | 001463 Murphy, Brendan J | Airfare | 401.92 |
| Airfare | 9/30/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 18.00 |
| Airfare | 9/30/2019 | 001463 Murphy, Brendan J | Airfare | 401.92 |
| Airfare | 10/1/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 22.00 |
| Airfare | 10/3/2019 | 001206 Stevenson, Alexander W | Ticketing Fees | 30.00 |
| Airfare | 10/3/2019 | 001206 Stevenson, Alexander W | Airfare | 148.94 |
| Airfare | 10/3/2019 | 001206 Stevenson, Alexander W | Ticketing Fees | 32.00 |
| Airfare | 10/3/2019 | 001462 Williams, Brent C | Airfare | 1,106.00 |
| Airfare | 10/8/2019 | 001206 Stevenson, Alexander W | Ticketing Fees | 14.00 |
| Airfare | 10/8/2019 | 001402 Guillema, Sherman R | Ticketing Fees | 19.00 |
| Airfare | 10/8/2019 | 001402 Guillema, Sherman R | Airfare | 459.96 |
| Airfare | 10/8/2019 | 001462 Williams, Brent C | Airfare | 774.00 |
| Airfare | 10/8/2019 | 001502 Merkel, Matthew E | Ticketing Fees | 19.00 |
| Airfare | 10/8/2019 | 001502 Merkel, Matthew E | Airfare | 452.96 |
| Airfare | 10/9/2019 | 001462 Williams, Brent C | Airfare | 807.30 |
| Airfare | 10/10/2019 | 001206 Stevenson, Alexander W | Ticketing Fees | 27.00 |
| Airfare | 10/11/2019 | 001402 Guillema, Sherman R | Ticketing Fees | 30.00 |
| Airfare | 10/11/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 18.00 |
| Airfare | 10/11/2019 | 001502 Merkel, Matthew E | Ticketing Fees | 19.00 |
| Airfare | 10/11/2019 | 001502 Merkel, Matthew E | Airfare | 275.98 |
| Airfare | 10/24/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 14.00 |
| Airfare | 10/24/2019 | 001463 Murphy, Brendan J | Airfare | 748.06 |
| Airfare | 10/28/2019 | 001462 Williams, Brent C | Airfare | 1,341.30 |
| Airfare | 10/29/2019 | 001462 Williams, Brent C | Airfare | 719.30 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/12/2019 | 001652 Gnatowski, Peter | Working Past 9pm / Late Night Transportation | 179.02 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 9/24/2019 | 001538 Muscatwalla, Naeem | Working Past 9pm / Late Night Transportation | 10.12 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/1/2019 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 45.46 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/1/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 20.28 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/3/2019 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 49.68 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/3/2019 | 001516 Stone, Zack | Working Past 9pm / Late Night Transportation | 21.35 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/3/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 27.23 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/4/2019 | 001538 Muscatwalla, Naeem | Working Past 9pm / Late Night Transportation | 8.49 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/4/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 26.41 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/7/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 18.62 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/8/2019 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 51.06 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/8/2019 | 001538 Muscatwalla, Naeem | Working Past 9pm / Late Night Transportation | 10.10 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/9/2019 | 001538 Muscatwalla, Naeem | Working Past 9pm / Late Night Transportation | 10.75 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/9/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 25.98 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/10/2019 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 50.83 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/11/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 18.30 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/15/2019 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 52.62 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/15/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 21.40 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/17/2019 | 001516 Stone, Zack | Working Past 9pm / Late Night Transportation | 21.30 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/18/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 26.35 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/21/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 14.75 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/22/2019 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 53.91 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/22/2019 | 001516 Stone, Zack | Working Past 9pm / Late Night Transportation | 15.96 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/24/2019 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 51.30 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/24/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 22.51 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/25/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 25.85 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/26/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 29.25 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/29/2019 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 50.29 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/29/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 21.26 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/31/2019 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 57.38 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/31/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 20.76 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 9/28/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 101.62 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/1/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 200.75 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/2/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 84.63 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/2/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 89.09 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/2/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 76.95 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/3/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 30.91 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/3/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 26.82 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/4/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 81.02 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/4/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 24.91 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/4/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 100.92 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/6/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 75.80 |

**EXHIBIT E**
**EXPENSE DETAIL**
**FOR THE PERIOD OCTOBER 1, 2019 TO OCTOBER 31, 2019**

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/7/2019 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 60.48 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/7/2019 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 46.94 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/7/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 9.32 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/7/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 12.07 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/7/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 60.48 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/7/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 87.56 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/7/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 28.49 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/7/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 31.03 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/8/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 8.29 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/8/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 10.15 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/8/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 99.42 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/8/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 85.45 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/9/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 42.95 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/10/2019 | 001402 Guillema, Sherman R | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 45.79 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/10/2019 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 84.32 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/10/2019 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 56.52 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/11/2019 | 001402 Guillema, Sherman R | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 54.01 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/11/2019 | 001402 Guillema, Sherman R | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 43.38 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/11/2019 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 23.47 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/12/2019 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 50.49 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/12/2019 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 79.55 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/17/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 10.10 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/17/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 37.39 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/17/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 31.96 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/17/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 66.75 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/17/2019 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 55.87 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/17/2019 | 001502 Merkel, Matthew E | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 74.40 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 10/30/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 45.63 |
| Hotel Stay (Traveling) | 10/3/2019 | 001463 Murphy, Brendan J | Hotel Stay | 1,072.45 |
| Hotel Stay (Traveling) | 10/7/2019 | 001463 Murphy, Brendan J | Hotel Stay | 929.60 |
| Hotel Stay (Traveling) | 10/8/2019 | 001206 Stevenson, Alexander W | Hotel Stay | 352.96 |
| Hotel Stay (Traveling) | 10/8/2019 | 001462 Williams, Brent C | Hotel Stay | 404.87 |
| Hotel Stay (Traveling) | 10/8/2019 | 001462 Williams, Brent C | Hotel Stay | 329.99 |
| Hotel Stay (Traveling) | 10/10/2019 | 001462 Williams, Brent C | Hotel Stay | 356.82 |
| Hotel Stay (Traveling) | 10/11/2019 | 001402 Guillema, Sherman R | Hotel Stay | 489.07 |
| Hotel Stay (Traveling) | 10/11/2019 | 001502 Merkel, Matthew E | Hotel Stay | 443.65 |
| Hotel Stay (Traveling) | 10/30/2019 | 001462 Williams, Brent C | Hotel Stay | 369.88 |
| Internet/Online Fees | 10/2/2019 | 001463 Murphy, Brendan J | Internet/Online Fees | 20.99 |
| Internet/Online Fees | 10/4/2019 | 001463 Murphy, Brendan J | Internet/Online Fees | 14.99 |
| Internet/Online Fees | 10/7/2019 | 001463 Murphy, Brendan J | Internet/Online Fees | 20.99 |
| Internet/Online Fees | 10/8/2019 | 001463 Murphy, Brendan J | Internet/Online Fees | 18.99 |
| Internet/Online Fees | 10/10/2019 | 001462 Williams, Brent C | Internet/Online Fees | 17.95 |
| Internet/Online Fees | 10/30/2019 | 001462 Williams, Brent C | Internet/Online Fees | 59.00 |
| Meals - In Town Only | 9/24/2019 | 001538 Muscatwalla, Naeem | Working Past 8pm / In Office Dinner (One Professional) | 30.00 |
| Meals - In Town Only | 10/1/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 25.97 |
| Meals - In Town Only | 10/1/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 10.89 |
| Meals - In Town Only | 10/1/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 10/3/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 29.82 |
| Meals - In Town Only | 10/3/2019 | 001538 Muscatwalla, Naeem | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 10/3/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 10/4/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 10/4/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 11.50 |
| Meals - In Town Only | 10/4/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 10/5/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 19.38 |
| Meals - In Town Only | 10/6/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 18.09 |
| Meals - In Town Only | 10/7/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 26.62 |
| Meals - In Town Only | 10/7/2019 | 001538 Muscatwalla, Naeem | Working Past 8pm / In Office Dinner (One Professional) | 28.77 |
| Meals - In Town Only | 10/7/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 10/8/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 29.96 |
| Meals - In Town Only | 10/8/2019 | 001538 Muscatwalla, Naeem | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 10/9/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 10/9/2019 | 001538 Muscatwalla, Naeem | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 10/9/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 10/11/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 10/12/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 10.71 |
| Meals - In Town Only | 10/15/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 29.87 |
| Meals - In Town Only | 10/15/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 10/17/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 16.33 |
| Meals - In Town Only | 10/17/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) | 16.88 |
| Meals - In Town Only | 10/21/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 10/21/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 10/22/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 25.80 |
| Meals - In Town Only | 10/23/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 14.70 |
| Meals - In Town Only | 10/23/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 10/24/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 29.96 |
| Meals - In Town Only | 10/24/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |

# EXHIBIT E
# EXPENSE DETAIL
# FOR THE PERIOD OCTOBER 1, 2019 TO OCTOBER 31, 2019

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Meals - In Town Only | 10/25/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 21.00 |
| Meals - In Town Only | 10/28/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 15.46 |
| Meals - In Town Only | 10/28/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 10/29/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 29.96 |
| Meals - In Town Only | 10/29/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 21.78 |
| Meals - In Town Only | 10/30/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 28.69 |
| Meals - In Town Only | 10/31/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - Out-of-Town Travel Only | 9/26/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 51.61 |
| Meals - Out-of-Town Travel Only | 10/2/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) Capped | 35.00 |
| Meals - Out-of-Town Travel Only | 10/3/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (One Professional) | 60.00 |
| Meals - Out-of-Town Travel Only | 10/3/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) Capped | 35.00 |
| Meals - Out-of-Town Travel Only | 10/4/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) Capped | 35.00 |
| Meals - Out-of-Town Travel Only | 10/4/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (Four Professionals) | 203.85 |
| Meals - Out-of-Town Travel Only | 10/6/2019 | 001206 Stevenson, Alexander W | Travel Meal - Dinner (One Professional) | 36.66 |
| Meals - Out-of-Town Travel Only | 10/6/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 49.80 |
| Meals - Out-of-Town Travel Only | 10/6/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) | 17.73 |
| Meals - Out-of-Town Travel Only | 10/7/2019 | 001206 Stevenson, Alexander W | Travel Meal - Dinner (One Professional) | 55.86 |
| Meals - Out-of-Town Travel Only | 10/7/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 50.62 |
| Meals - Out-of-Town Travel Only | 10/7/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) Capped | 35.00 |
| Meals - Out-of-Town Travel Only | 10/7/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (Four Professionals) | 249.89 |
| Meals - Out-of-Town Travel Only | 10/8/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (Two Professionals) | 135.80 |
| Meals - Out-of-Town Travel Only | 10/8/2019 | 001462 Williams, Brent C | Travel Meal - Breakfast (One Professional) | 34.89 |
| Meals - Out-of-Town Travel Only | 10/8/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) | 5.30 |
| Meals - Out-of-Town Travel Only | 10/9/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 43.10 |
| Meals - Out-of-Town Travel Only | 10/9/2019 | 001402 Guillema, Sherman R | Travel Meal - Breakfast (One Professional) | 11.69 |
| Meals - Out-of-Town Travel Only | 10/10/2019 | 001402 Guillema, Sherman R | Travel Meal - Dinner (One Professional) Capped | 75.00 |
| Meals - Out-of-Town Travel Only | 10/10/2019 | 001502 Merkel, Matthew E | Travel Meal - Dinner (One Professional) | 24.75 |
| Meals - Out-of-Town Travel Only | 10/11/2019 | 001402 Guillema, Sherman R | Travel Meal - Breakfast (One Professional) | 13.18 |
| Meals - Out-of-Town Travel Only | 10/11/2019 | 001502 Merkel, Matthew E | Travel Meal - Breakfast (One Professional) | 25.77 |
| Meals - Out-of-Town Travel Only | 10/11/2019 | 001502 Merkel, Matthew E | Travel Meal - Dinner (One Professional) | 27.74 |
| Meals - Out-of-Town Travel Only | 10/12/2019 | 001502 Merkel, Matthew E | Travel Meal - Breakfast (One Professional) | 5.34 |
| Meals - Out-of-Town Travel Only | 10/16/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 46.64 |
| Meals - Out-of-Town Travel Only | 10/30/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (Two Professionals) | 77.19 |
| Meals - Out-of-Town Travel Only | 10/31/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 60.00 |
| Other / Miscellaneous | 8/28/2019 | | Messenger Services for materials for Committee Meeting | 184.90 |
| Other / Miscellaneous | 9/26/2019 | | Postage/Shipping for Committee Meeting | 9.50 |
| Parking | 10/7/2019 | 001206 Stevenson, Alexander W | Parking at airport | 154.00 |
| Parking | 10/9/2019 | 001462 Williams, Brent C | Parking at airport | 90.00 |
| Printing/Photocopying (In-House) | 10/31/2019 | | WL Hours - 201910 | 118.25 |
| Printing/Photocopying (In-House) | 10/31/2019 | | WL Copies - 201910 | 289.45 |
| Research (Databasees) | 10/31/2019 | | Paid research and subscription cost(s) for Client work | 950.00 |
| Research (Databasees) | 10/31/2019 | | Paid research and subscription cost(s) for Client work | 3,550.00 |
| Teleconferencing | 10/31/2019 | | Conference Calls 201910 | 189.74 |