Northern California Law Group, PC.
Joseph Feist -- SBN 249447
Jonathan J. Griffith – SBN 266891
2611 Esplanade
Chico, CA 95973
Telephone: (530)433-0233
Fax: (530) 345-2103

UNITED STATES BANKRUPCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No.: 19-30088 (DM) |
| PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY | Chapter 11 |
| | (Lead Case) |
| | (Jointly Administered) |
| Affects:<br>Both Debtors | VERIFIED STATEMENT REGARDING MULTIPLE CREDITOR REPRESENTATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PREOCEDURE 2019 |
| | . |

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Northern California Law Group, PC ("NCLG" hereafter) files this verified statement asserting it represents 260 individuals who suffered injuries and damages in the fire commonly known as the Camp Fire. Each Claimant has retained NCLG to represent her/him/it in connection with damages suffered from the Camp Fire and none of the Claimants themselves represent or purport to represent any other entities in connection with the Debtors' Chapter 11 cases. The Claimants are:

| | |
|---|---|
| 1 | Sally Thorp |
| | Jen Makin |
| 2 | Roger Martinez |
| | John Terra |
| 3 | Calvin Dodson |
| | Clay Nystrom |
| 4 | Dan Cox |
| | Lee Carman |
| 5 | Robert Sutliff |
| | Evelyn Jordan |
| 6 | Steven Sikking |
| | Seth Hendrick |
| 7 | Jennifer Hendrick |
| | Brendon Doll |
| 8 | Sarah Hill |
| | Isaiah Vera |
| 9 | Annaliesa Batts |
| | Joel Batts |
| 10 | John Stooksberry |
| | Denise Stooksberry |
| 11 | Bryan Sullivan |
| | Julita Go |
| 12 | Eva Go |
| | Doug West |
| 13 | Gary Lloyd |
| | Jack Gingerich |
| 14 | Jonas Weil |
| | Johnnie Baty |
| 15 | Dion Dye |
| | Jason Winning |
| 16 | Shannon Taylor |
| | Socorra Johnson |
| 17 | Ben Johnson |
| | John O'Rourke |
| 18 | Patricia O'Rourke |
| | Adora Molina |
| 19 | Melissa Carman |
| | Michael Burns |
| 20 | Angela Kaksonen |
| | Kathleen Borris |
| 21 | Deirdre Coderre |
| | Michael Williams |
| 22 | Andrew Velasquez |
| | Travis Quinton |
| 23 | Sarah Quinton |

| | |
|---|---|
| 1 | Alan Mak |
| | Brandi Meyer |
| 2 | Dolores West |
| | Cynthia Powell |
| 3 | Brody Beck |
| | Ryan See |
| 4 | Natasha See |
| | J Bristow |
| 5 | Bausch |
| | Kyle Kittelson |
| 6 | Debra Parks |
| | Tami Depalma |
| 7 | Eileen Dunn |
| | Luke Chow |
| 8 | Sean Chow |
| | Antonio Paiva |
| 9 | Ashley DeLaRosa |
| | Micah Stainback |
| 10 | Jonathan Baird |
| | Kenneth Duchi |
| 11 | Sean Hering |
| | Lisa Jordan |
| 12 | Joshua Parks |
| | Kerry Barchus |
| 13 | Christian Walters |
| | Daniel Dailey |
| 14 | Angela Coker |
| | Lynda Howell |
| 15 | Brenda Howell |
| | Ed Delongfield |
| 16 | Constantina Howard |
| | Leroy Howard |
| 17 | Kelly Jones |
| | Irma Enriquez |
| 18 | Ben Hernandez |
| | Linda Schooling |
| 19 | Debbie Cruise |
| | Cecil Morris |
| 20 | Tami Coleman |
| | Moose Lodge |
| 21 | Chris Franklin |
| | Gretchen Franklin |
| 22 | Nancy Seals |
| | Candice Seals |
| 23 | Andries Bijstra |

| | |
|---|---|
| 1 | Claudia Bijstra |
| | Marie Dierssen |
| 2 | Catherine McClure |
| | Tonia Hanson |
| 3 | Paul Clement |
| | Thomas Nitschman |
| 4 | Lisa Nitschman |
| | James Gartner |
| 5 | Roberta West |
| | Frank Devoll |
| 6 | Walter Hendrix |
| | Wesley Duchi |
| 7 | Sharon Duchi |
| | Charre Welch |
| 8 | David Ryder |
| | Kathleen Newton |
| 9 | Jeffory Newton |
| | Eileen Crabtree |
| 10 | Sharon Lancaster |
| | Lynn Larsen |
| 11 | Lynn Franklin |
| | Rhoda Derringer |
| 12 | Patti Savage |
| | Michael Vairo |
| 13 | Anita Vairo |
| | Ellen Sypnicki |
| 14 | David Sypnicki |
| | Allan Denial |
| 15 | Mary Battagalia |
| | Axel Baviere |
| 16 | Hugh Holden |
| | Jennifer Holden |
| 17 | Christine Davis |
| | Richard Moss |
| 18 | Joyclyn Moss |
| | Dawn Juhl |
| 19 | Kenneth Juhl |
| | Keri Plichta |
| 20 | Donald Plichta |
| | Yvonne O'Donnell |
| 21 | Richard Sloane |
| | Jim Davis |
| 22 | Danielle Maddox |
| | Marina Runnells |
| 23 | Gary Cunningham |

| | |
|---|---|
| 1 | Sharon Cunningham |
| | Patsy Kelly |
| 2 | Richard Rasmussen |
| | Barbara Rasmussen |
| 3 | David Robison |
| | Gloria Robison |
| 4 | Patricia Splivalo |
| | Mabel Mak |
| 5 | Karen Henderson |
| | Kevin Henderson |
| 6 | Ron Cooper |
| | Jacque Cooper |
| 7 | Carol Brand |
| | Margaret Edwards |
| 8 | Walt Darden |
| | Bryan Beck |
| 9 | Sara Prewitt |
| | Kathleen McLane |
| 10 | Edward McLane |
| | Ronald Forbes |
| 11 | Cathi Forbes |
| | Gloria Zamora-Enriquez |
| 12 | Michael Shores |
| | Linda Shores |
| 13 | Michael Robertson |
| | Amy Bravo |
| 14 | John Cole |
| | Bille Kohler |
| 15 | Ron Kohler |
| | George Losada |
| 16 | Charlotte Lytton |
| | Aleta Trowell |
| 17 | David Trowell |
| | Debra Swiger |
| 18 | Pam Jeffrey |
| | Mouang Saeturn |
| 19 | Marci Rude |
| | Thom Smith |
| 20 | Nicki Smith |
| | Fraternal Order of Eagles |
| 21 | Shirley Howard |
| | Catherine Biagi |
| 22 | Eileen McInture |
| | Michael McInture |
| 23 | Gertude Tweedt |

| | |
|---|---|
| 1 | Cheryl Chapman |
| | Mitchell Feller |
| 2 | Jamie Parra |
| | Cesar Parra |
| 3 | Myron Coleman |
| | Debra Coleman |
| 4 | Michelle Smith |
| | Gordon Smith |
| 5 | Gordon Smith Trust |
| | Carolyn La'Due |
| 6 | Richard La'Due |
| | Eugene Klein |
| 7 | INS Rent/Other |
| | Nikole Mayer |
| 8 | Robert Mayer |
| | Mary Lake |
| 9 | Joyce Bond |
| | Christopher Borunda |
| 10 | Melissa White |
| | Sharon Gingerich |
| 11 | Scott Gingerich |
| | David Fairchild |
| 12 | Paul Bowen |
| | Eve Dutra |
| 13 | Steven Dutra |
| | Victoria Uribe |
| 14 | Kaye Faler |
| | Erik Seals |
| 15 | Mari Depalma |
| | Chris Depalma |
| 16 | Jade Enos |
| | Jim Leong |
| 17 | Todd Diebel |
| | Jonas Weil V |
| 18 | Kayla Weil |
| | Kim Presentati |
| 19 | Armand Presentati |
| | M.B, C.B. |
| 20 | I.S., S.S |
| | J.I. |
| 21 | G.I. |
| | A.Q. |
| 22 | A.Q. |
| | K.K., K.K. |
| 23 | L.B. |

| | |
|---|---|
| 1 | G.M. |
| | H.W. |
| 2 | A.S. |
| | C.S. |
| 3 | L.H. |
| | G.F. |
| 4 | G.H.E. |
| | S.R.B.R. |
| 5 | A.R.B.R. |
| | A.J. |
| 6 | K.K., K.K. |
| | S.K., M.A.K. |
| 7 | A.M. |
| | C.E. |
| 8 | B.C., C.C. |
| | W.H. |
| 9 | A.H., K.H, S.H., C.D. |
| | N.D., F.D., J.P., O.S. |
| 10 | K.S. |
| | B.S. |
| 11 | P.S.H.B. |

Respectfully Submitted,

Dated: 12/15/2019            /s/ Joseph Feist

Joseph Feist

Northern California Law Group, PC.