# UNITED STATES BANKRUPTCY COURT

## Northern District of California

In re: Pacific Gas and Electric Company        Case No. 19-30088

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC MASTER FUND LLC<br>Name of Transferee | DAWSON OIL COMPANY<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>TRC MASTER FUND LLC<br>Attn: Terrel Ross<br>PO Box 633<br>Woodmere, NY 11598<br><br>Phone: 516-255-1801<br>Last four digits of Acct#: N/A | Court Claim # (if known): N/A<br>Amount of Claim: USD$20,515.00<br>Date Claim Filed: N/A<br><br>Phone: (916) 835-5635<br>Last four digits of Acct.#: N/A<br><br>Name and Current Address of Transferor:<br><br>DAWSON OIL COMPANY<br>4325 Pacific St<br>Rocklin, CA 95677 |
| Name and address where transferee payments should be sent (if different from above):<br><br>Phone: N/A<br>Last four digits of Acct#: N/A | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross                      Date: December 16, 2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Northern District of California
Attention: Clerk

AND TO: Pacific Gas and Electric Company (Debtor)
Case No. 19-30089
(Jointly Administered Under PG&E Corporation et al., Case No. 19-30088)

Claim # N/A

**DAWSON OIL COMPANY**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$20,515.00** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 11th DAY OF DECEMBER, 2019.

ASSIGNOR: DAWSON OIL COMPANY

_Kasey E. Fray_
(Signature)

KASEY FRAY
(Print Name)

OWNER
(Title)

ASSIGNEE: TRC MASTER FUND LLC

(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Trade Payables** | | | | | | | |
| 3.1182 DAVIS WASTE REMOVAL CO INC<br>P.O. BOX 1170<br>DAVIS, CA 95617 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $1,996 |
| 3.1183 DAWSON OIL COMPANY<br>4325 PACIFIC ST<br>ROCKLIN, CA 95677 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $20,515 |
| 3.1184 DAY CARTER & MURPHY LLP<br>3620 AMERICAN RIVER DR STE 205<br>SACRAMENTO, CA 95864 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $5,850 |
| 3.1185 DC ELECTRIC GROUP INC<br>P.O. BOX 7525<br>COTATI, CA 94931 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $37,925 |
| 3.1186 DCM SERVICES LLC<br>7601 PENN AVE SOUTH STE A600<br>MINNEAPOLIS, MN 55423-5004 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $4,694 |
| 3.1187 DDB WORLDWIDE COMMUNICATIONS GROUP<br>600 CALIFORNIA ST 7TH FL<br>SAN FRANCISCO, CA 94108 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $2,849,538 |
| 3.1188 DDW OPERATING LLC<br>480 GATE 5 RD STE 100<br>SAUSALITO, CA 94965 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $4,453 |
| 3.1189 DE SHAW RENEWABLE INVESTMENTS LLC<br>1166 AVENUE OF THE AMERICAS FL 9<br>NEW YORK, NY 10036 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $70,417 |
| 3.1190 DEAN M KATO<br>423 WASHINGTON ST FIFTH FL<br>SAN FRANCISCO, CA 94111 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $3,042 |
| 3.1191 DEAN TREADWAY<br>19 ACORN WAY<br>KENTFIELD, CA 94904 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $8,968 |
| 3.1192 DEANGELO BROTHERS LLC<br>100 N CONAHAN DR<br>HAZLETON, PA 18201 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $48,313 |

Page 109 of 9581 to Schedule E/F Part 2

Case: 19-30088    Doc# 906-4    Filed: 03/14/19    Entered: 03/14/19 23:02:08    Page 109 of 568
Case: 19-30088    Doc# 5120    Filed: 12/16/19    Entered: 12/16/19 07:41:03    Page 3 of 4



# Prime Clerk | A Division of Duff & Phelps

## Creditor Information - Schedule # 1033307

**Creditor**
DAWSON OIL COMPANY
4325 PACIFIC ST
ROCKLIN, CA 95677

**Debtor Name**
Pacific Gas and Electric Company

**Date Filed**
n/a

**Claim Number**
n/a

**Schedule Number**
1033307

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | $20515.00 | | | | $20515.00 | Scheduled |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | | | | |
| Admin Priority | | | | | | |
| **Total** | **$20,515.00** | | | | **$20,515.00** | |