XAVIER BECERRA, SBN 118517
Attorney General of California
MARGARITA PADILLA, SBN 99966
Supervising Deputy Attorney General
JAMES POTTER, SBN 166992
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-0815
Fax: (510) 622-2270
Margarita.Padilla@doj.ca.gov
James.Potter@doj.ca.gov

XAVIER BECERRA, SBN 118517
Attorney General of California
DANETTE VALDEZ, SBN 141780
ANNADEL ALMENDRAS, SBN
192064
Supervising Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3367
Fax: (415) 703-5480
Danette.Valdez@doj.ca.gov
Annadel.Almendras@doj.ca.gov

STEVEN H. FELDERSTEIN, SBN 059678
PAUL J. PASCUZZI, SBN 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Fax: (916) 329-7435
sfelderstein@ffwplaw.com
ppascuzzi@ffwplaw.com

Attorneys for California Department of Forestry
and Fire Protection, et al.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>    - and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                Debtors.<br><br>☐     Affects PG&E Corporation<br>☐     Affects Pacific Gas and Electric Company<br>☑     Affects both Debtors | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>Date:      December 17, 2019<br>Time:     10:00 a.m.<br>Ctrm:    17<br>Judge:   Dennis Montali |

**RESPONSE OF THE CALIFORNIA STATE AGENCIES TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 363(b) AND 105(a) AND FED. R. BANKR. P. 6004 AND 9010 FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS AND TCC TO ENTER INTO RESTRUCTURING SUPPORT AGREEMENT WITH THE TCC, CONSENTING FIRE CLAIMANT PROFESSIONALS, AND SHAREHOLDER PROPONENTS, AND (II) GRANTING RELATED RELIEF [DOCKET NO. 5038]**

The California Department of Forestry and Fire Protection, California Department of Toxic Substances Control, California Governor's Office of Emergency Services, California Department of Veterans Affairs, California State University, California Department of Parks and Recreation, California Department of Transportation and California Department of Developmental Services (collectively, the "California State Agencies") hereby respond to *Debtors' Motion Pursuant To 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9010 for Entry of an Order (I) Authorizing the Debtors and TCC to Enter Into Restructuring Support Agreement with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, and (II) Granting Related Relief* ("Tort Claimants RSA Motion") [Docket No. 5038] based on the following:

1. As the Court is aware, the California State Agencies collectively hold substantial prepetition claims related to the wildfires caused by Pacific Gas and Electric Company. Although the California State Agencies are not parties to the Tort Claimants RSA and did not participate in its negotiation, under the Tort Claimants RSA and Term Sheet most of their claims will be included as Fire Claims and channeled to a Fire Victim Trust.[1] The California State Agencies' fire-related claims for the Fires listed in Exhibit A of the RSA Term Sheet are proposed to be satisfied in full from the $13.5 billion Fire Victim Trust.

2. Under the Tort Claimants RSA, the "Requisite Consenting Fire Claimant Professionals" will, on January 20, 2020, provide all terms for the Fire Victim Trust that are not specified in the Term Sheet. Tort Claimants RSA § 2(i).[2]

3. The Tort Claimants RSA Motion seeks limited relief: authorization for the Debtors, TCC, Consenting Fire Claimant Professionals and Shareholder Proponents to enter into the Tort Claimants RSA and Term Sheet. The Tort Claimants RSA Motion does not purport to

---

[1] Capitalized terms not otherwise defined shall have the same meaning as the Motion, Tort Claimants RSA or Term Sheet.

[2] The Debtors just filed their *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated December 12, 2019* (Dkt. No. 5101) ("Debtors' Amended Plan"). The California State Agencies have not thoroughly reviewed the Debtors' Amended Plan and reserve all rights.

bind any particular creditor, including the California State Agencies, to any particular chapter 11 plan, plan treatment or any other issue related to confirmation of a chapter 11 plan.

4. The California State Agencies file this statement to reserve any and all rights, particularly with respect to any issues regarding the governance, administration and procedures for the Fire Victim Trust and confirmation of the Debtors' Amended Plan (filed less than two business days before this response was due), or any other chapter 11 plan, including, but not limited to, the following issues:

a. Whether the Debtors' Amended Plan or any other chapter 11 plan complies with the confirmation requirements of 11 U.S.C. § 1129;

b. Whether the Debtors' Amended Plan or any other chapter 11 plan fully complies with the requirements of A.B. 1054;

c. If the Fire Victim Trust consists of more than one trust, whether the various trusts treat the Fire Victim Claims in a manner that meets the requirements of the Bankruptcy Code;

d. Any issues regarding the governance, administration and procedures for the Fire Victim Trust, including but not limited to (i) the terms of the Fire Victim Trust agreement that have yet to be disclosed, (ii) the claims resolution procedures that will govern the resolution, liquidation, and payment of Fire Claims from the Fire Victim Trust, and (iii) the governance structure for the Fire Victim Trust, including the adequate representation of the holders of Fire Victim Claims on the committee or board to oversee the Fire Victim Trust and the selection of the trustee(s);

e. Opposing the Estimation Approval Motion and Estimation Approval Order; and

f. Such other issues as may arise during the Debtors' bankruptcy cases.

5. As noted in the Motion, several provisions of the Tort Claimants RSA permit its termination under various circumstances, several of which are automatic. Tort Claimants RSA Motion at 15:12 – 16:12. The California State Agencies reserve any and all rights to oppose the

Case: 19-30088    Doc# 5123    Filed: 12/16/19    Entered: 12/16/19 11:37:28    Page 3 of 6

Tort Claimants RSA Motion if there has been a termination, but the parties proceed with approval of the Tort Claimants RSA anyway by waiving provisions of the RSA. *Id.* at 16:13-18.

6. So long as the relief requested on the Tort Claimants RSA Motion does not purport to bind any particular creditor, including the California State Agencies, to any particular chapter 11 plan, plan treatment or any other issue related to confirmation of a chapter 11 plan, the California State Agencies do not oppose the Tort Claimants RSA Motion and reserve all rights. The California State Agencies reserve the right to join in other responses or objections to the Tort Claimants RSA Motion.

7. Neither this statement nor any subsequent appearance, pleading, proof of claim, claim or suit is intended or shall be deemed or construed as:

a. a consent by the California State Agencies to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving the California State Agencies;

b. a waiver of any right of the California State Agencies to (i) have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a Bankruptcy Judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (ii) have final orders in non-core matters entered only after de novo review by a District Court Judge, (iii) trial by jury in any proceeding so triable in the Chapter 11 Cases or in any case, controversy, or proceeding related to the Chapter 11 Cases, (iv) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (v) any and all rights, claims, actions, defenses, setoffs, recoupments or remedies to which the California State Agencies are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved hereby; or

c. a waiver of any objections or defenses that the State of California, the California State Agencies or any other agency, unit or entity of the State of California may have to this Court's jurisdiction over the State of California, the California State Agencies or such other agency, unit or entity based upon the Eleventh Amendment to the United States

1  Constitution or related principles of sovereign immunity or otherwise, all of which objections and

2  defenses are hereby reserved.

3  Dated: December 16, 2019            Respectfully submitted,

4                                     XAVIER BECERRA
                                      Attorney General of California
5                                     MARGARITA PADILLA
                                      Supervising Deputy Attorney General
6
                                   By: /s/ Paul J. Pascuzzi
7                                     STEVEN H. FELDERSTEIN
                                      PAUL J. PASCUZZI
8                                     FELDERSTEIN FITZGERALD
                                      WILLOUGHBY PASCUZZI & RIOS LLP
9                                     Attorneys for California Department of Forestry and
                                      Fire Protection, California Department of Toxic
10                                    Substances Control, California Governor's Office of
                                      Emergency Services, California Department of Veterans
11                                    Affairs, California State University, California
                                      Department of Parks and Recreation, California
12                                    Department of Transportation and California
                                      Department of Developmental Services
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Sabrina M. Cisneros, declare: |
| 3 | I am a resident of the State of California and over the age of eighteen years, and not a |
| 4 | party to the within action; my business address is 500 Capitol Mall, Suite 2250, Sacramento, CA |
| 5 | 95814. On December 16, 2019, I served the within documents: |
| 6 | **RESPONSE OF THE CALIFORNIA STATE AGENCIES TO DEBTORS'** |
| 7 | **MOTION PURSUANT TO 11 U.S.C. §§ 363(b) AND 105(a) AND FED. R.** **BANKR. P. 6004 AND 9010 FOR ENTRY OF AN ORDER (I) AUTHORIZING** |
| 8 | **THE DEBTORS AND TCC TO ENTER INTO RESTRUCTURING SUPPORT** **AGREEMENT WITH THE TCC, CONSENTING FIRE CLAIMANT** |
| 9 | **PROFESSIONALS, AND SHAREHOLDER PROPONENTS, AND (II)** **GRANTING RELATED RELIEF [DOCKET NO. 5038]** |
| 10 | By Electronic Service only via CM/ECF. |
| 11 | */s/ Sabrina M. Cisneros* |
| 12 | Sabrina M. Cisneros |