Law Office of Kenneth Roye
Kenneth P. Roye  SBN 42572
Joseph G. Astleford  SBN 231494
142 West 2nd Street, Suite B
Chico, CA 95928
Phone: 530-893-2398
Fax: 530-893-2396
Attorney for Claimants

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. **19-30088 (DM)** |
| | Chapter 11 |
| **PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY** | (Lead Case) |
| | (Jointly Administered) |
| | |
| | **CERTIFICATE OF SERVICE** |
| | |
| | DATE: DECEMBER 17, 2019 |
| | TIME: 2:00 P.M. |
| | CTRM: 17 |
| (Affects Both Debtors) | JUDGE: DENNIS MONTALI |

    I am employed in the County of Butte, California. I am over the age of eighteen years and not a party to the within action. My business address is 20 Independence Circle, Chico, CA 95973. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On **December 16, 2019,** I served a copy, with all exhibits, of the following documents:

-1-

- OBJECTION TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 363(b) AND 105(a) AND FED. R. BANKR. P. 6004 AND 9019 FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS AND TCC TO ENTER INTO RESTRUCTURING SUPPORT AGREEMENT WITH THE TCC, CONSENTING FIRE CLAIMANT PROFESSIONALS, AND SHAREHOLDER PROPONENTS, AND (II) GRANTING RELATED RELIEF [DOCKET NO. 5038]

on the party or parties named below, in **Case No. 16-20883** by following ordinary business practice, placing a true copy thereof enclosed in a sealed envelope for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepaid, in the United States Postal Service that same day in the ordinary course of business, addressed as follows:

SEE ATTACHED LIST OF PARTIES SERVED

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **December 16, 2019** at Chico, California.

*/s/ Debbie Dugan*
**Debbie Dugan**

PG&E Corporation and PG&E
Attn: Janet Loduca, Esq.
PO Box 770000
San Francisco, CA 94105

Weil, Gotschal & Manges LLP
767 Fifth Ave.
New York, New York 10153

Keller & Benvenuitti LLP
Attn: Tobias Keller, Esq.
650 California Street, Suite 1900
San Francisco, CA 94108

Stroock & Stroock & Lavan LLP
Attn: Dristopher M. Hansen, Esq
180 Maiden Lane, New York, NY 10038-4982

Davis Polk & Wardwell LLP
Attn: Eli J. Vonnegut, Esq.
450 Lexington Ave.
New York, NY 10017

Paul Weiss, Rifkind, Whatron & Garrison LLP
Attn: Alan W. Kornberg, Esq.
1285 Avenue of the Americas
New York, NY 10019-6064

Office of the United States Trustee
Attn: James L. Snyder, Esq.
450 Golden Gate Avenue 5th fl. Suite 05-0153
San Francisco, CA 94102

U.S. Nuclear Regulatory Commission
Attn: General Counsel
Washington DC 20555-0001

US Department of Justice
Attn.: Danielle A. Pham, Esq.
1100 L Street, NW Room 7106
Washington, DC 20005

Milbank LLP
Attn: Dennis F. Dunne Esq
55 Hudson Yards
New York, NY 10001-2163

Milbank LLP
Attn: Paul S. Aronzon, Esq
202- Century Park East, 33rd Floor
Los Angeles, CA 90067

Baker & Hostetler LLP
Attn: Eric Sagerman, Esq.
11601 Wilshire Blvd. suite 1400
Los Angeles, CA 90025-0509