1  Jennifer Machlin Cecil (SBN#294806)
   Jcecil@winston.com
2  WINSTON & STRAWN LLP
   101 California Street, 35th Floor
3  San Francisco, CA 94111-5840
   Telephone: (415) 591-1000
4  Facsimile: (415) 591-1400

5  David Neier (*admitted pro hac vice*)
   dneier@winston.com
6  WINSTON & STRAWN LLP
   200 Park Avenue, 40th Floor
7  New York, NY 10166-4193
   Telephone: (212) 294-6700
8  Facsimile: (212) 294-4700

9  *Attorneys for The City San Jose, California*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Bankruptcy Case No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐ Affects PG& Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that the City of San Jose, California appears in this proceeding as a party in interest and requests, pursuant to 11 U.S.C. §§ 342 and 1109(b) and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that copies of all papers filed in this proceeding be served at the addresses and to the individuals set forth below:

Jennifer Machlin Cecil
Jcecil@winston.com
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

David Neier
dneier@winston.com
WINSTON & STRAWN LLP
200 Park Avenue, 40th Floor
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. §1109(b) and Bankruptcy Rule 2002, the foregoing request includes not only the notices and papers referred to or specified above but also includes, without limitation, orders and notices of any application, complaint, demand, motion, petition, plan, disclosure statement, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, telegraph, telex or otherwise filed or made which affect or seek to affect in any way rights or interests of creditors, parties in interest, the City of San Jose, the Debtors or the property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the City of San Jose intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive or otherwise impair or limit the rights of the City of San Jose (a) to have final orders in non-core matters entered only after de novo review by a District Judge, (b) to a trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (c) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs, or recoupments to which the City of San Jose or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments he City of San Jose expressly reserves.  Nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy

Rules or Federal Rules of Civil Procedure.

Dated: December 16, 2019

                                      WINSTON & STRAWN LLP

                                By:    /s/Jennifer Machlin Cecil
                                    Jennifer Machlin Cecil
                                    David Neier (*admitted pro hac vice*)

                              *Attorneys for The City San Jose, California*