UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re: | Chapter 11 |
| --- | --- |
| Pacific Gas & Electric Corp., *et al.* | Case No. 19-30088 Chapter 11 |
| Debtor | (Jointly Administered) |

## AMENDED TRANSFER OF CLAIM OTHER THAN FOR SECURITY[1]

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
| --- | --- |
| **CITIGROUP FINANCIAL PRODUCTS INC.**<br>Name of Transferee<br>Phone: (212) 723-6064, (302) 894-6175<br>Last Four Digits of Acct #: N/A | **ERM-WEST, INC.**<br>Name of Transferor<br>Phone: 925-945-0455<br>Last Four Digits of Acct #: N/A |
| Name and Address where notices and payments to transferee should be sent: | **Claim No.:** 197-1 (as it appears on the Claims Register maintained by the Bankruptcy Court, as amended by Claim Nos. 197-2, 197-3, and 197-4; which claim and amendments correspond to Claim Nos. 3686, 5404, 7646, and 7705, respectively, as they appear on the Claims registry maintained by Prime Clerk)<br>Case No.: 19-30088 |
| Kenneth Keeley<br>Citigroup Global Markets<br>390 Greenwich Street, 4th Floor<br>New York, NY 10013<br>-and-<br>Brian S. Broyles<br>Citigroup Financial Products Inc.<br>One Penns Way<br>OPS 2/2nd FL – Global Loans<br>New Castle, DE 19720 | Date Filed: 7/16/2019<br>Date Amended: 7/30/2019 and 8/22/19<br>Total Amount of Claim: $6,961,002.00<br>**Transferred Amount of Claim:**<br>$6,961,002.00 |

[1] The original *Transfer of Claim Other Than for Security* pertaining to the above-referenced claim, filed in the above-referenced case on September 9, 2019 as Dkt. No. 3846, only referenced the number 197 given to such claim on the Claims Registry maintained by the Bankruptcy Court. This *Amended Transfer of Claim Other Than for Security* ("Amended Notice") also includes the number given to such claim and its amendments on the Claims registry maintained by Prime Clerk and is being filed to avoid any confusion that all claims and related rights of Transferor against the Debtor have been transferred from the Transferor to the Transferee. This Amended Notice is also filed to update the Transferee's notice information.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ BSB — DocuSigned by: C4DE567BF5CDD43F...  Date: 12/16/19

Transferee/Transferee's Agent

Brian S. Broyles - Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:  United States Bankruptcy Court
Northern District of California
Attn: Clerk

AND TO:  Pacific Gas and Electric Company ("Debtor")
Case No. 19-30089

ERM-WEST, INC. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

CITIGROUP FINANCIAL PRODUCTS INC.
1615 Brett Road
New Castle, DE 19720

its successors and assigns ("Buyer"), all right, title and interest in and to the claims of Seller against the Debtor, docketed as Claim No. 197 (collectively the "Claim") in the United States Bankruptcy Court for the Northern District of California.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

754889-4-811-v0.7

80-40539871

Case: 19-30088    Doc# 5144    Filed: 12/17/19    Entered: 12/17/19 08:08:51    Page 3 of 6

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of August 22, 2019.

**ERM-WEST, INC.**

By: *John Stipa*
Name: John Stipa
Title: Treasurer

**CITIGROUP FINANCIAL PRODUCTS INC.**

By: _____
Name:
Title:

754889-4-811-v0.7

80-40539871

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of August 22, 2019.

**ERM-WEST, INC.**

By: _____
Name:
Title:

**CITIGROUP FINANCIAL PRODUCTS INC.**

By: *Joelle Gavlick* (DocuSigned by: 240CDA98C9F64D3...)
Name:
Title:

Joelle Gavlick - Authorized Signatory

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30065833 - JB

September 09, 2019
    14:59:38

   TRANS OF CLAIM
   19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:
Check#.: 25943537880        $25.00 CH


Total-> $25.00


FROM: DAMIEN MORRIS CLIFFORD CHANCE
```