CALIFORNIA PUBLIC UTILITIES COMMISSION
Arocles Aguilar, SBN 94753
505 Van Ness Avenue
San Francisco, California 94102
Telephone: (415) 703-2015
Facsimile: (415) 703-2262
Email: arocles.aguilar@cpuc.ca.gov
      geoffrey.dryvvynsyde@cpuc.ca.gov
      candace.morey@cpuc.ca.gov

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Alan W. Kornberg
Brian S. Hermann (*pro hac vice*)
Walter Rieman, SBN 139365
Sean A. Mitchell (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: akornberg@paulweiss.com
      bhermann@paulweiss.com
      wrieman@paulweiss.com
      smitchell@paulweiss.com

*Attorneys for the California Public Utilities Commission*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION**, | Chapter 11 |
|     - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
|       Debtors. | **AFFIDAVIT OF SERVICE**<br>**[ECF NO. 5121]** |
| ☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☑   Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | |

I, Joseph Monzione, being duly sworn, deposes, and says:

1. I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

2. On December 16, 2019, I caused to be served true and correct copies of the **Reservation of Rights by California Public Utilities Commission Regarding (A) Debtors' Motion Seeking Approval of RSA and (B) the Amended Plan** on the persons set forth on the attached service list (Exhibit A) in the manner shown thereon.

3. Also on December 16, 2019, I caused to be served true and correct copies of the aforementioned document on all parties of interest via the Court's electronic case filing system.

/s/ Joseph Monzione

Sworn to before me this

17th day of December, 2019

/s/ Maurice Tattnall

Notary Public, State of New York

No. 01TA6018000

Qualified in Kings County

Certificate Filed in New York County

My Commission Expires December 21, 2022

# Exhibit A – Service List

**By Email**

EAdler@TheAdlerFirm.com; gemarr59@hotmail.com; bzummer@TheAdlerFirm.com; olatifi@theadlerfirm.com; laytonrl@ah.org; RASymm@aeraenergy.com; evelina.gentry@akerman.com; yelena.archiyan@akerman.com; john.mitchell@akerman.com; avcrawford@akingump.com; dsimonds@akingump.com; mstamer@akingump.com; idizengoff@akingump.com; dbotter@akingump.com; shiggins@andrewsthornton.com; jct@andrewsthornton.com; aa@andrewsthornton.com; Andrew.Silfen@arentfox.com; Beth.Brownstein@arentfox.com; Jordana.Renert@arentfox.com; andy.kong@arentfox.com; christopher.wong@arentfox.com; Aram.Ordubegian@arentfox.com; brian.lohan@arnoldporter.com; steven.fruchter@arnoldporter.com; Jg5786@att.com; Danette.Valdez@doj.ca.gov; Annadel.Almendras@doj.ca.gov; James.Potter@doj.ca.gov; Margarita.Padilla@doj.ca.gov; marthaeromerolaw@gmail.com; esagerman@bakerlaw.com; lattard@bakerlaw.com; rjulian@bakerlaw.com; cdumas@bakerlaw.com; Ian.Roberts@BakerBotts.com; Kevin.Chiu@BakerBotts.com; Navi.Dhillon@BakerBotts.com; jrowland@bakerdonelson.com; lrochester@bakerdonelson.com; jhayden@bakerdonelson.com; hubenb@ballardspahr.com; ganzc@ballardspahr.com; myersms@ballardspahr.com; summersm@ballardspahr.com; rubins@ballardspahr.com; hartlt@ballardspahr.com; John.mccusker@baml.com; ssummy@baronbudd.com; jfiske@baronbudd.com; tmccurnin@bkolaw.com; chigashi@bkolaw.com; thigham@bkolaw.com; rgoldman@baumhedlundlaw.com; dmargermoore@baumhedlundlaw.com; belvederelegalecf@gmail.com; kcapuzzi@beneschlaw.com; mbarrie@beneschlaw.com; kenns@beneschlaw.com; csimon@bergerkahn.com; harriet.steiner@bbklaw.com; Klaw@bbslaw.com; Michael@bindermalter.com; Rob@bindermalter.com; Heinz@bindermalter.com; njbloomfield@njblaw.com; mgorton@boutinjones.com; hagey@braunhagey.com; theodore@braunhagey.com; kwasniewski@braunhagey.com; levine@braunhagey.com; bletsch@braytonlaw.com; misola@brotherssmithlaw.com; grougeau@brlawsf.com; schristianson@buchalter.com; vbantnerpeo@buchalter.com; arocles.aguilar@cpuc.ca.gov; geoffrey.dryvynsyde@cpuc.ca.gov; candace.morey@cpuc.ca.gov; melaniecruz@chevron.com; marmstrong@chevron.com; dgooding@choate.com; jmarshall@choate.com; otakvoryan@ckrlaw.com; kwinick@clarktrev.com; mgoodin@clausen.com; lschweitzer@cgsh.com; mschierberl@cgsh.com; ghofmann@cohnekinghorn.com; ra-li-ucts-bankrupt@state.pa.us; pcalifano@cwclaw.com; deg@coreylaw.com alr@coreylaw.com; smb@coreylaw.com; sm@coreylaw.com; fpitre@cpmlegal.com acordova@cpmlegal.com; ablodgett@cpmlegal.com; Tambra.curtis@sonoma-county.org; eric.may@yolocounty.org; fsmith@cozen.com; mfelger@cozen.com; mplevin@crowell.com; bmullan@crowell.com; malmy@crowell.com; tyoon@crowell.com; tkoegel@crowell.com; mdanko@dankolaw.com; kmeredith@dankolaw.com; smiller@dankolaw.com; andrew.yaphe@davispolk.com; eli.vonnegut@davispolk.com;

david.schiff@davispolk.com; timothy.graulich@davispolk.com;
dgrassgreen@gmail.com; bryan.bates@dentons.com; john.moe@dentons.com;
Lauren.macksoud@dentons.com; michael.isaacs@dentons.com;
oscar.pinkas@dentons.com; peter.wolfson@dentons.com; samuel.maizel@dentons.com;
kdiemer@diemerwei.com; david.riley@dlapiper.com;
eric.goldberg@dlapiper.com; joshua.morse@dlapiper.com; scampora@dbbwc.com;
gjones@dykema.com; lgoldberg@ebce.org; Leslie.Freiman@edpr.com;
Randy.Sawyer@edpr.com; larry@engeladvice.com; sgarabato@epiqglobal.com;
sfelderstein@ffwplaw.com; ppascuzzi@ffwplaw.com; sfinestone@fhlawllp.com;
sfinestone@fhlawllp.com; jhayes@fhlawllp.com; rwitthans@fhlawllp.com;
emorabito@foley.com; bnelson@foley.com; vavilaplana@foley.com;
sory@fdlaw.com; mbusenkell@gsbblaw.com; ehg@classlawgroup.com;
dsh@classlawgroup.com; dfeldman@gibsondunn.com; mkelsey@gibsondunn.com;
Gweiner@gibsondunn.com; Jkrause@gibsondunn.com; mmcgill@gibsondunn.com;
Mrosenthal@gibsondunn.com; Amoskowitz@gibsondunn.com;
mneumeister@gibsondunn.com; mchoi@gibsondunn.com; vuocolod@gtlaw.com;
steinbergh@gtlaw.com; hoguem@gtlaw.com; etredinnick@greeneradovsky.com;
sgross@grosskleinlaw.com; mgrotefeld@ghlaw-llp.com; mochoa@ghlaw-llp.com;
wpickett@ghlaw-llp.com; jfhallisey@gmail.com; Sharon.petrosino@hercrentals.com;
jdoran@hinckleyallen.com; erin.brady@hoganlovells.com;
hampton.foushee@hoganlovells.com; bennett.spiegel@hoganlovells.com;
alex.sher@hoganlovells.com; peter.ivanick@hoganlovells.com; rwolf@hollandhart.com;
robert.labate@hklaw.com; david.holtzman@hklaw.com; mjb@hopkinscarley.com;
jross@hopkinscarley.com; katie.coleman@hugheshubbard.com;
ehuguenin@hugueninkahn.com; jbothwell@hugueninkahn.com;
keckhardt@huntonak.com; ppartee@huntonak.com; mjdube@ca.ibm.com;
cvarnen@irell.com; astrabone@irell.com; jreisner@irell.com; klyman@irell.com;
mstrub@irell.com; Bankruptcy2@ironmountain.com; robert.albery@jacobs.com;
jane-luciano@comcast.net; ajang@janglit.com; snoma@janglit.com;
jdt@jdthompsonlaw.com; rbk@jmbm.com; byoung@jmbm.com;
lgabriel@jmglawoffices.com; aortiz@jhwclaw.com; sjordan@jhwclaw.com;
ecf@jhwclaw.com; JAE1900@yahoo.com; peter.boutin@kyl.com;
tkeller@kellerbenvenutti.com; jkim@kellerbenvenutti.com;
KDWBankruptcyDepartment@kelleydrye.com; bfeder@kelleydrye.com;
bkleinman@kilpatricktownsend.com; prosenblatt@kilpatricktownsend.com;
Mark_Minich@kindermorgan.com; mosby_perrow@kindermorgan.com;
aparna.yenamandra@kirkland.com; david.seligman@kirkland.com;
marc.kieselstein@kirkland.com; mark.mckane@kirkland.com;
michael.esser@kirkland.com; alexander.pilmer@kirkland.com;
stephen.hessler@kirkland.com; jsink@kmclaw.com; kklee@ktbslaw.com;
dstern@ktbslaw.com; skidder@ktbslaw.com; hbedoyan@kleinlaw.com;
ecf@kleinlaw.com; acaton@kramerlevin.com; mwasson@kramerlevin.com;
tdubbs@labaton.com; lgottlieb@labaton.com; cvillegas@labaton.com;
jdubbin@labaton.com; klamb@lkfirm.com; mslattery@lkfirm.com; tkelch@lkfirm.com;
bglaser@lkfirm.com; summerst@lanepowell.com; adam.malatesta@lw.com;
amy.quartarolo@lw.com; caroline.reckler@lw.com; andrew.parlen@lw.com;

christopher.harris@lw.com; andrew.parlen@lw.com; daren@schlecterlaw.com;
pwp@pattiprewittlaw.com; rlalawyer@yahoo.com; smo@smolsonlaw.com;
ws@waynesilverlaw.com; fos@scarpullalaw.com; pbc@scarpullalaw.com;
jim@jsheplaw.com; lwelsh@lkwelshlaw.com; tjb@brandilaw.com;
matt@lesnickprince.com; cprince@lesnickprince.com; DLN@LNBYB.COM;
EHK@LNBYB.COM; Lovee.Sarenas@lewisbrisbois.com;
Amy.Goldman@lewisbrisbois.com; Scott.Lee@lewisbrisbois.com;
Jasmin.Yang@lewisbrisbois.com; houston_bankruptcy@publicans.com;
asmith@lockelord.com; bknapp@lockelord.com; eguffy@lockelord.com;
lkress@lockelord.com; meagan.tom@lockelord.com; sbryant@lockelord.com;
jackie.fu@lockelord.com; mscohen@loeb.com; aclough@loeb.com;
metkin@lowenstein.com; abehlmann@lowenstein.com; golivera@lowenstein.com;
imac@macfern.com; mannycorrales@yahoo.com; Craig@MarguliesFaithLaw.com;
rmarshack@marshackhays.com; dwood@marshackhays.com;
lmasud@marshackhays.com; malexander@maryalexanderlaw.com;
btrust@mayerbrown.com; jcdebaca@mayerbrown.com; chenriquez@mayerbrown.com;
Annie.Duong@mccormickbarstow.com; demerzian@mccormickbarstow.com;
Annie.Duong@mccormickbarstow.com; jreisner@mwe.com; klyman@mwe.com;
jsmith@mckoolsmith.com; randy.michelson@michelsonlawgroup.com;
ddunne@milbank.com; skhalil@milbank.com; Paronzon@milbank.com;
Gbray@milbank.com; TKreller@milbank.com; avobrient@mintz.com;
ablevin@mintz.com; anahmias@mbnlawyers.com; kmontee@monteeassociates.com;
bfallon@morrisjames.com; James.Ficenec@ndlf.com; Joshua.Bevitz@ndlf.com;
mferullo@nixonpeabody.com; rpedone@nixonpeabody.com; wlisa@nixonpeabody.com;
info@norcallawgroup.net; joe@norcallawgroup.net;
david.rosenzweig@nortonrosefulbright.com; howard.seife@nortonrosefulbright.com;
andrew.rosenblatt@nortonrosefulbright.com; christy.rivera@nortonrosefulbright.com;
rebecca.winthrop@nortonrosefulbright.com; kfineman@nutihart.com;
gnuti@nutihart.com; chart@nutihart.com; jbeiswenger@omm.com;
jrapisardi@omm.com; nmitchell@omm.com; dshamah@omm.com;
pfriedman@omm.com; bankruptcy@coag.gov; James.L.Snyder@usdoj.gov;
timothy.s.laffredi@usdoj.gov; Marta.Villacorta@usdoj.gov; malone@oles.com;
dfelder@orrick.com; dmintz@orrick.com; lmcgowen@orrick.com;
malevinson@orrick.com; tcmitchell@orrick.com; jlucas@pszjlaw.com;
gglazer@pszjlaw.com; dgrassgreen@pszjlaw.com; ipachulski@pszjlaw.com;
jfiero@pszjlaw.com; bbates@phrd.com; tom@parkinsonphinney.com;
wong.andrea@pbgc.gov; efile@pbgc.gov; morgan.courtney@pbgc.gov;
efile@pbgc.gov; efile@pbgc.gov; robertson.daniel@pbgc.gov; ngo.melissa@pbgc.gov;
efile@pbgc.gov; ADSmith@perkinscoie.com; kcunningham@PierceAtwood.com;
dania.slim@pillsburylaw.com; hugh.ray@pillsburylaw.com;
leo.crowley@pillsburylaw.com; dminnick@pillsburylaw.com;
philip.warden@pillsburylaw.com; epino@epinolaw.com; peter@pmrklaw.com;
lweber@polsinelli.com; rsoref@polsinelli.com; pgeteam@PrimeClerk.com;
serviceqa@primeclerk.com; gerald.kennedy@procopio.com;
mbienenstock@proskauer.com; brosen@proskauer.com; mzerjal@proskauer.com;
mfirestein@proskauer.com; lrappaport@proskauer.com; sma@proskauer.com;

dbp@provlaw.com; rbeacher@pryorcashman.com; bennettmurphy@quinnemanuel.com;
crivas@reedsmith.com; houston@reedsmith.com; jdoolittle@reedsmith.com;
mhouston@reedsmith.com; mhowery@reedsmith.com; pmunoz@reedsmith.com;
rsimons@reedsmith.com; david@reederlaw.com; john@jtrlaw1.com;
evan@jtrlaw1.com; lillian.stenfeldt@rimonlaw.com; phillip.wang@rimonlaw.com;
nanette@ringstadlaw.com; robins@robinscloud.com; rbryson@robinscloud.com;
steven.polard@rmkb.com; gregg.galardi@ropesgray.com;
keith.wofford@ropesgray.com; daniel.egan@ropesgray.com;
mark.bane@ropesgray.com; matthew.roose@ropesgray.com;
peter.welsh@ropesgray.com; joshua.sturm@ropesgray.com;
patricia.chen@ropesgray.com; ssally@ropesgray.com;
matthew.mcginnis@ropesgray.com; rfriedman@rutan.com; pblanchard@rutan.com;
Owen.Clements@sfcityatty.org; Catheryn.Daly@sfcityatty.org; cbelmonte@ssbb.com;
pbosswick@ssbb.com; erlamblaw@gmail.com; gkalikman@schnader.com;
dmg@severson.com; dhc@severson.com; bjk@severson.com; rpinkston@seyfarth.com;
charney@seyfarth.com; luckey.mcdowell@shearman.com;
daniel.laguardia@shearman.com; dshemano@shemanolaw.com;
mlauter@sheppardmullin.com; okatz@sheppardmullin.com;
mlauter@sheppardmullin.com; sfarzan@sheppardmullin.com;
egoldstein@goodwin.com; lshulman@shbllp.com; mlowe@shbllp.com; dvd@svlg.com;
keb@svlg.com; cmartin@simon.com; jsanders@stblaw.com;
michael.torkin@stblaw.com; ngoldin@stblaw.com; kmclendon@stblaw.com;
jamie.fell@stblaw.com; gerald@slffirm.com; john@slffirm.com;
Amy.Park@skadden.com; Eric.Ivester@skadden.com; mbreslauer@swsslaw.com;
wyones@swsslaw.com; jmullan@sonomacleanpower.org; Julia.Mosel@sce.com;
patricia.cirucci@sce.com; Ecf@stjames-law.com; todd.bailey@ftb.ca.gov;
jcumming@dir.ca.gov; sc2104271@gmail.com; cp@stevenslee.com;
lpg@stevenslee.com; jdsokol@lawssl.com; kcoles@lawssl.com;
dandreoli@steyerlaw.com; jlowenthal@steyerlaw.com; squan@steyerlaw.com;
ethompson@stites.com; andrew.morton@stoel.com; jennifer.slocum@stoel.com;
david.levant@stoel.com; gabrielle.glemann@stoel.com; oren.haker@stoel.com;
sunny.sarkis@stoel.com; pglassman@sycr.com; dmoon@stroock.com;
fmerola@stroock.com; khansen@stroock.com; egilad@stroock.com;
mgarofalo@stroock.com; khansen@stroock.com; egilad@stroock.com;
mgarofalo@stroock.com; holsen@stroock.com; mspeiser@stroock.com;
kpasquale@stroock.com; smillman@stroock.com; esserman@sbep-law.com;
taylor@sbep-law.com; ivan@icjenlaw.com; jmills@taylorenglish.com;
daniel@thebklawoffice.com; Erika.Schoenberger@davey.com;
josephwest@westlawfirmofcalifornia.com; rhonda.goldstein@ucop.edu;
altogut@teamtogut.com; kortiz@teamtogut.com; aoden@teamtogut.com;
aglaubach@teamtogut.com; Rich@TrodellaLapping.com; gabriel.ozel@troutman.com;
harris.winsberg@troutman.com; matthew.roberts2@troutman.com;
hugh.mcdonald@troutman.com; mtoney@turn.org; tlong@turn.org;
danielle.pham@usdoj.gov; danielle.pham@usdoj.gov; shane.huang@usdoj.gov;
shane.huang@usdoj.gov; bankruptcynotices@up.com; bankruptcynotices@up.com;

matthew.troy@usdoj.gov; matthew.troy@usdoj.gov; sanfrancisco@sec.gov;
secbankruptcy@sec.gov; tscobb@vorys.com; wagstaffe@wvbrlaw.com;
busch@wvbrlaw.com; mkelly@walkuplawoffice.com;
kbaghdadi@walkuplawoffice.com; mschuver@walkuplawoffice.com;
rileywalter@W2LG.com; Mwilhelm@W2LG.com;
stephen.karotkin@weil.com; matthew.goren@weil.com; jessica.liou@weil.com;
bankruptcycourtnotices@unioncounsel.net; erich@unioncounsel.net;
tmainguy@unioncounsel.net; cgray@unioncounsel.net; joelsner@weintraub.com;
mbostick@wendel.com; llenherr@wendel.com; cshore@whitecase.com;
rkampfner@whitecase.com; tlauria@whitecase.com; mbrown@whitecase.com;
TBlischke@williamskastner.com; mfeldman@willkie.com; jminias@willkie.com;
dforman@willkie.com; CHRIS.JOHNSTONE@WILMERHALE.COM;
dneier@winston.com; jrawlins@winston.com; myuffee@winston.com;
rgolubow@wcghlaw.com; jcurran@wolkincurran.com; kw@wlawcorp.com;
info@youngwardlothert.com; nchaset@ebce.org

**By Overnight Mail**

President / General Counsel
PG&E Corporation
77 Beale Street
San Francisco, CA 94177

General Counsel
Federal Regulatory Energy Commission
888 First Street, NE
Washington, DC 20426

Internal Revenue Service
Centralized Insolvency Operation
2970 Market Street
Philadelphia, PA 19104 – 5016

John A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901

Bankruptcy Unit
Office of the U.S. Attorney for the
Northern District of California
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Robert Kanngiesser
Placer County Office of the Treasurer -
Tax Collector
2976 Richardson Drive
Auburn, CA 95603

Joseph Whittington
Daniel Turek
Rodriquez & Associates
2020 Eye Street
Bakersfield, CA 93301

General Counsel
U.S. Nuclear Regulatory Commission
U.S. NRC Region IV
1600 East Lamar Blvd.
Arlington, TX 76011

General Counsel
U.S. Nuclear Regulatory Commission
2300 Clarendon Blvd.
Arlington, VA 22201


**By Express Mail**

President / General Counsel
PG&E Corporation
77 Beale Street
P.O. Box 77000
San Francisco, CA 94177