REBECCA J. WINTHROP (CA Bar No. 116386)
ROBIN BALL (CA Bar No. 159698)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
rebecca.winthrop@nortonrosefulbright.com
robin.ball@nortonrosefulbright.com

Attorneys for ADVENTIST HEALTH SYSTEM/WEST and FEATHER RIVER HOSPITAL D/B/A ADVENTIST HEALTH FEATHER RIVER

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19 - 30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**STIPULATION AMONG THE ADVENTIST HEALTH CLAIMANTS, THE DEBTORS, AND THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS TO RESOLVE ADVENTIST HEALTH CLAIMANTS' OBJECTION TO SUBROGATION SETTLEMENT AND RSA MOTION**<br><br>**Related Docket No. 3992**<br><br>[No Hearing Date Requested] |

PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "Debtors"), Creditors Adventist Health System/West and Feather River Hospital d/b/a Adventist Health Feather River, each a California religious non-profit corporation (together, the "Adventist Health Claimants"), and the Ad Hoc Group of Subrogation Claim Holders (the "Ad Hoc Subrogation Group"), by and through their counsel of record, hereby stipulate and agree as follows:

## RECITALS

WHEREAS, the Debtors filed a motion seeking approval of a restructuring support agreement (the "RSA" and the agreement to resolve the subrogation claims described therein, the "Subrogation Claims Settlement") and a settlement with the Ad Hoc Subrogation Group [Dkt. No. 3992] (the "RSA Motion"). The RSA was thereafter amended, including on November 2, 2019 [Dkt. No. 4554] (together, with any further amendments, modifications, or supplements thereof, including any future amendments, modifications, or supplements not requiring court approval, the "Amended RSA").

WHEREAS, the Adventist Health Claimants filed objections to the RSA Motion on October 16 and November 8, 2019 [Dkt. Nos. 4239 and 4637, respectively] (collectively, the "Objections").

WHEREAS, the Debtors filed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated December 12, 2019* [Dkt. No. 5101] (the "December 12 Plan") addressing the Objections.[1]

## STIPULATION

NOW, THEREFORE, and subject to the approval of this Court, the Debtors, the Adventist Health Claimants, and the Ad Hoc Subrogation Group hereby agree as follows:

1. The recitals set forth above are hereby incorporated by reference as though set forth in full herein.

2. The Adventist Health Claimants hereby agree that their Objections to approval of the RSA Motion and the Subrogation Claims Settlement are resolved as set forth herein.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to such terms in the December 12 Plan.

DOCUMENT PREPARED ON RECYCLED PAPER

3. The Adventists Health Claimants hereby agree that the revisions to Section 4.19(f)(ii) of the Debtors' Plan (now set out in Section 4.18(f)(ii)), as filed with the Court in the December 12 Plan, fully resolve and address the Objections of the Adventist Health Claimants to the RSA Motion. The exception applicable to the Adventist Claimants as set forth in Section 4.18(f)(ii) of the Debtor's Plan shall be included in any further amendments to the December 12 Plan or any other amended plan proposed by the Debtors or the Ad Hoc Subrogation Group so long as the Amended RSA remains in effect.

4. Nothing in the Amended RSA or this Stipulation shall obligate the Adventist Health Claimants to execute and deliver a release or waiver of any claims against any present or former holders of a Subrogation Wildfire Claim or its assignee(s) that insured the Adventist Health Claimants, as a condition to entering into a settlement or other agreement with respect to its Fire Victim Claims.

5. Except as provided herein with respect to Section 4.18(f)(ii), nothing herein shall be deemed a waiver of any of the Adventist Health Claimants' rights and claims with respect to settling any claims against the estates, or with respect to the December 12 Plan or any other chapter 11 plan, including, without limitation, the right to vote for or against any plan or object to confirmation of the Debtors' or any other parties' proposed plan, or to timely object to the motion filed by the Debtors for approval of the Restructuring Support Agreement entered into by and among the Debtors and the Official Committee of Tort Claimants [Dkt. No. 5038].

Dated: December 17, 2019

RESPECTFULLY SUBMITTED:

NORTON ROSE FULBRIGHT US LLP

By: */s/ Rebecca J. Winthrop*
    REBECCA J. WINTHROP

Counsel for Adventist Health System/West and Feather River Hospital d/b/a Adventist Health Feather River

| | | |
|---|---|---|
| 1 | Dated: December 17, 2019 | WILLKIE FARR & GALLAGHER LLP |
| 2 | | DIEMER & WEI LLP |
| 3 | | |
| 4 | | By: _/s/ *Matthew A. Feldman*_____ |
| | |     MATTHEW A. FELDMAN |
| 5 | | |
| 6 | | Counsel for the Ad Hoc Group of Subrogation Claim Holders |
| 7 | Dated: December 17, 2019 | WEIL, GOTSHAL & MANGES LLP |
| 8 | | KELLER & BENVENUTTI LLP |
| 9 | | |
| 10 | | By: _/s/ *Matthew P. Goren*_____ |
| | |     MATTHEW P. GOREN |
| 11 | | Counsel for the Debtors and Debtors in Possession |