WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

MUNGER, TOLLES & OLSON LLP
Fred A. Rowley, Jr. (#192298)
(fred.rowley@mto.com)
Mark R. Yohalem (#243596)
(mark.yohalem@mto.com)
350 South Grand Ave
Los Angeles, CA 90071-3426
Tel: 213 683 9100

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**NOTICE OF APPEAL AND STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT IN THE EVENT UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT DOES NOT AUTHORIZE DIRECT APPEAL PURSUANT TO 28 U.S.C. § 158(d)** |

1       NOTICE IS HEREBY GIVEN that PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby appeal, pursuant to 28 U.S.C. § 158(a)(1), from the *Order on Applicability of Inverse Condemnation; Rule 54(b) Certification* entered on December 3, 2019 [Docket No. 4949] (the "**Order**") and the related *Memorandum Decision on Inverse Condemnation* entered on November 27, 2019 [Docket No. 4895] (the "**Memorandum**"). Copies of the foregoing are attached hereto as **Exhibit A** and **Exhibit B**, respectively.

      The Debtors intend to file a petition for a direct appeal pursuant to 28 U.S.C. § 158(d) with the United States Court of Appeals for the Ninth Circuit (the "Ninth Circuit"). As set forth in the *Memorandum Regarding Certification for Direct Appeal to Court of Appeals* [Docket No. 4953], the *Certification for Direct Appeal to Court of Appeals* [Docket No. 4954], the *Amended Memorandum Regarding Certification for Direct Appeal to Court of Appeals* [Docket No. 4965], and the *Amended Certification for Direct Appeal to Court of Appeals* [Docket No. 4967], all entered on December 3, 2019, this Court has certified a direct appeal of the Order to the Ninth Circuit. The Debtors submit that there are bases under 28 U.S.C. § 158(d) for direct certification to the Ninth Circuit. If permission to appeal is denied by the Ninth Circuit, then, pursuant to 28 U.S.C. § 158(c)(1), the Debtors elect to have the appeal heard by the United States District Court for the Northern District of California rather than by the Bankruptcy Appellate Panel for the Ninth Circuit.

      The names of all parties to the Order and Memorandum other than the Debtors, and the names, addresses, and telephone numbers of their attorneys, are:

| Party | Counsel |
|---|---|
| Certain PG&E Shareholders* | JONES DAY<br>Bruce S. Bennett (SBN 105430)<br>Joshua M. Mester (SBN 194783)<br>James O. Johnston (SBN 167330)<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA 90071.2300<br>Telephone: (213) 489-3939<br>Facsimile: (213) 243-2539<br>E-mail: bbennett@jonesday.com, jmester@jonesday.com, jjohnston@jonesday.com |
| Official Committee of Unsecured Creditors | MILBANK LLP<br>Gregory A. Bray (SBN: 115367)<br>Thomas R. Kreller (SBN: 161922)<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067<br>Telephone: (424) 386-4000<br>Facsimile: (213) 629-5063<br>E-mail: gbray@milbank.com, tkreller@milbank.com,<br><br>MILBANK LLP<br>Dennis F. Dunne (admitted pro hac vice)<br>Samuel A. Khalil (admitted pro hac vice)<br>55 Hudson Yards<br>New York, NY 10001-2163<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br>E-mail: ddunne@milbank.com, skhalil@milbank.com |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14 | Official Committee of Tort Claimants | BAKER & HOSTETLER LLP<br>Robert A. Julian (SBN 88469)<br>Cecily A. Dumas (SBN 111449)<br>600 Montgomery Street, Suite 3100<br>San Francisco, CA 94111<br>Telephone: (415) 659-2600<br>Facsimile: (415) 659-2601<br>Email: rjulian@bakerlaw.com, cdumas@bakerlaw.com<br><br>BAKER & HOSTETLER LLP<br>Eric E. Sagerman (SBN 155496)<br>Lauren T. Attard (SBN 320898)<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025<br>Telephone: 310.820.8800<br>Facsimile: 310.820.8859<br>Email: esagerman@bakerlaw.com, lattard@bakerlaw.com<br><br>BAKER & HOSTETLER LLP<br>David B. Rivkin, Jr. (SBN 394446)<br>1050 Connecticut Ave., NW, Suite 1100<br>Washington, DC 20036<br>Telephone: 202.861.1731<br>Facsimile: 202.861.1783<br>Email: drivkin@bakerlaw.com |
| 15<br>16<br>17<br>18 | Becky Christensen et al. | DREYER BABICH BUCOLA WOOD CAMPORA LLP<br>Steven M. Campora (SBN 110909)<br>20 Bicentennial Cir.<br>Sacramento, CA 95826<br>Telephone: (916) 379-3500<br>Facsimile: (916) 379-3500<br>Email: scampora@dbbwc.com |
| 19<br>20<br>21<br>22 | Member of Official Committee of Tort Claimants and Other Individual Fire Victims | EDELSON P.C.<br>Rafey S. Balabanian (SBN 315962)<br>123 Townsend St., Ste. 100<br>San Francisco, CA 94107<br>Telephone: (415) 212-9300<br>Facsimile: (415) 373-9435<br>Email: rbalabanian@edelson.com |
| 23<br>24<br>25<br>26 | Adventist Health System/West and Feather River Hospital D/B/A Adventist Health Feather River | NORTON ROSE FULBRIGHT US LLP<br>Rebecca J. Winthrop (SBN 116386)<br>555 South Flower Street Forty-First Floor<br>Los Angeles, California 90071<br>Telephone: (213) 892-9200<br>Facsimile: (213) 892-9494<br>rebecca.winthrop@nortonrosefulbright.com |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| | Eighty-one individual, business, commercial, family trust and personal injury victims of the Camp Fire | RICHARDS LAW FIRM<br>John T. Richards, Esq.<br>Evan Willis, Esq.<br>101 West Broadway, Suite #1950<br>San Diego, CA 92101<br>john@jrtlaw1.com<br>evan@jrtlaw1.com |
| | Ad Hoc Group of Subrogation Claim Holders* | WILLKIE FARR & GALLAGHER LLP<br>Matthew A. Feldman (pro hac vice)<br>Joseph G. Minias (pro hac vice)<br>Benjamin P. McCallen (pro hac vice)<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Telephone: (212) 728-8000<br>Facsimile: (212) 728-8111<br>Email: mfeldman@willkie.com, jminias@willkie.com, bmccallen@willkie.com<br><br>DIEMER & WEI LLP<br>Kathryn S. Diemer (#133977)<br>100 West San Fernando Street, Suite 555<br>San Jose, CA 95113<br>Telephone: (408) 971-6270<br>Facsimile: (408) 971-6271<br>Email: kdiemer@diemerwei.com |
| | Attorneys for Creditor, City and County of San Francisco | GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP<br>Edward J. Tredinnick (SBN 84033)<br>Four Embarcadero Center, Suite 4000<br>San Francisco, CA 94111-4106<br>Telephone: (415) 981-1400<br>Facsimile: (415) 777-4961<br>E-mail: etredinnick@greeneradovsky.com<br><br>GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP<br>Edward J. Tredinnick (SBN 84033)<br>One Front Street, Suite 3200<br>San Francisco, 94111<br>Telephone: (415) 981-1400<br>Facsimile: (415) 777-4961<br>E-mail: etredinnick@greeneradovsky.com |

| | |
|---|---|
| Individual Wildfire Victims<br><br>Barbara Thompson, John Thompson, Matthew Thompson, Peter Thompson, Raymond Breitenstein, and Stephen Breitenstein | COREY, LUZAICH,<br>DE GHETALDI & RIDDLE LLP<br>Dario de Ghetaldi – Bar No. 126782<br>Amanda L. Riddle – Bar No. 215221<br>Steven M. Berki – Bar No. 245426<br>700 El Camino Real, P.O. Box 669<br>Millbrae, CA 94030-0669<br>Telephone: (650) 871-5666<br>Facsimile: (650) 871-4144<br>Email: deg@coreylaw.com, alr@coreylaw.com, smb@coreylaw.com<br><br>DANKO MEREDITH<br>Michael S. Danko – Bar No. 111359<br>Kristine K. Meredith – Bar No. 158243<br>Shawn R. Miller – Bar No. 238447<br>333 Twin Dolphin Drive, Suite 145<br>Redwood Shores, CA 94065<br>Telephone: (650) 453-3600<br>Facsimile: (650) 394-8672<br>Email: mdanko@dankolaw.com, kmeredith@dankolaw.com, smiller@dankolaw.com<br><br>GIBBS LAW GROUP<br>Eric Gibbs – Bar No. 178658<br>Dylan Hughes – Bar No. 209113<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>Telephone: (510) 350-9700<br>Facsimile: (510) 350-9701<br>Email: ehg@classlawgroup.com, dsh@classlawgroup.com |

For group parties denoted with "*", please see **Exhibit C** hereto for a detailed list identifying members of the group.

Dated: December 17, 2019

                                        **CRAVATH, SWAINE & MOORE LLP**
                                        **WEIL, GOTSHAL & MANGES LLP**
                                        **MUNGER, TOLLES & OLSON LLP**
                                        **KELLER & BENVENUTTI LLP**

                            By: */s/ Kevin J. Orsini*
                                  Kevin J. Orsini

*Attorneys for Debtors and Debtors in Possession*