## Exhibit A - Index of Recorded Liens and Partial Releases

| Ref. no. | Ex. B. pp. | Job no(s). | County | Lien information | | | Release information | | | Against | Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Recorded | No. | Amount | Recorded | No. | Amount | | |
| 1 | 2–5 | 21-17-431-002 | Merced | 10/25/2019 | 2019034691 | $25,230.72 | | | | Pac. Gas & Elec. Co. | $25,230.72 |
| 2 | 6–9 | 21-17-431-003 | Madera | 10/25/2019 | 2019025042 | $118,038.71 | | | | Pac. Gas & Elec. Co. | $118,038.71 |
| 3 | 10–15 | 21-17-431-007 | San Joaquin | 10/24/2019 | 2019-121917 | $17,122.86 | 12/9/2019 | 2019-142806 | $1,106.32 | Pac. Gas & Elec. Co. | $16,016.54 |
| | | | | | | | | | | Total: | $159,285.97 |