FILED

DEC 18 2019

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Honorable Judge Dennis Montali,

Case No. 19-30088

I am a 13-year employee with PG&E in the Electric department. Part of the Bankruptcy settlement is that PG&E adjust their Board. One issue that I believe is being over looked is the company doesn't have enough Electrical employees to maintain our infrastructure efficiently and safely.

The company has a practice of hiring Journeymen and Apprentices from out of state.

Once the Apprentices become Journeymen they return to the state they are from. One of the contributing factors for apprentices leaving is the high cost of living in California.

The Journeymen on only stay for the mandated three years so they do not have to return the moving bonus given to them by the company. The other problem is Journeymen from out of state are not familiar with PG&E's (California) standards which causes a contribute safety accidents which lot of them go unreported. The Journeymen Linemen are supposed to instructing the apprentices on building standards but they don't know themselves because they refuse to open up our book of standards.

The last issue is the company makes it nearly impossible for current employees who hired directly into the gas Dept to transfer laterally into to the Electric Dept. Linemen classifications. A gas employee with 5 or more years who becomes an apprentice Linemen can be fired if he fails any part of the lineman apprenticeship so most employees who've waited years to be hired with the company are too fearful to make the change in classification.
Ask to see the company's records on how many Linemen, Troublemen we had in 70-90's to the number of Linemen and Troublemen we have today. Our industry is not like the Auto industry where because of modernization that you need less employees. PG&E owns the apprenticeship so they control who is allowed to become Linemen through out California.

I know your primary issue is that wildfire victims who lost property are compensated but my hope is that you help implement new policy that will keep our company from going back into bankruptcy every 11 years which seems to be the norm.

Thank you for your time
Cloudell Douglas (Concerned Linemen)