December 18, 2019

The Honorable Judge Montali
US Bankruptcy Court          Case # 19-3088-DM

Your Honor,

I am a victim of the CampFire. Our family lost everything we owned Nov 8, 2018. We have been following the case and are AGAINST the proposed PG&E settlement.

As it is currently structured, the victim settlement places too much finical hardship on the victims. The 13.5B settlement will leave victims with too few pennies on the dollar fundamental to our ongoing daunting expenses of recovery and rebuilding.

We have observed in the proposed PG&E Settlement:

1. Victims are the only party that is required to WAIT for years and wait for a volatile stock. However, we are the ONLY ones in temporary living arrangements who's lives are still upside down and have the immediate basic needs to become whole again.

2. The 13.5B includes billions for state and federal agencies, covers multiple fires and years, and estimated billions in attorney expenses. This many BULK deductions from this fund will not "make us whole." This settlement will pay all those IN THE BUSINESS OF DISASTERS!! There will NOT be enough LEFT OVERS for victims after everyone makes their money for the year on our tired backs.

3. The 11B settlement with insurance claims hedge fund/wall street purchasers will offset individual and collective communities of victims opportunity at being made whole. Per the current agreement, this settlement will be paid immediately and at HIGHER PERCENTAGE dollar amount than the 13.5B actual victims could EVER attain.

Please help the ACTUAL FIRE VICTIMS!! We are not asking for windfalls as PGE has insulted victims. We are asking for our walls, roofs, sinks, our businesses, our homes, our daily lives back.

This proposed settlement does NOT have much consideration for ACTUAL VICTIMS needs and sufferings. Please DO NOT place the greedy, neglectful, vulture select groups of people above what we, ACTUAL VICTIMS, have had to SURVIVE through this last year.

We are the ones who has been out in the cold displaced, disheveled, and distraught. It is our REQUEST AND HOPE that you will consider THOSE THAT ACTUALLY SUFFERED before stocks, corporations, hedge funds, and those seeking to make money off of our suffering in the business of risk and disasters.

Sincerely yours,

Sasha Poe and family