

Signed and Filed: December 18, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

```
In re:                              ) Bankruptcy Case
                                    ) No. 19-30088-DM
PG&E CORPORATION,                   )
                                    ) Chapter 11
        - and -                     )
                                    ) Jointly Administered
PACIFIC GAS AND ELECTRIC COMPANY,   )
                                    )
        Debtors.                    )
                                    )
                                    )
☐ Affects PG&E Corporation          )
☐ Affects Pacific Gas and           )
    Electric Company                )
☒ Affects both Debtors              )
                                    )
* All papers shall be filed in      )
the Lead Case, No. 19-30088 (DM).   )
                                    )
```

**ORDER REGARDING "NOTICE OF HEARING ALLOWING AND AUTHORIZING PAYMENT OF FIRST INTERIM FEE APPLICATIONS OF MULTIPLE FEE APPLICANTS BASED UPON COMPROMISES WITH THE FEE EXAMINER" (DKT. NO. 5065)**

On December 10, 2019, counsel for the Fee Examiner filed a Notice of Hearing Allowing and Authorizing Payment of First Interim Fee Applications of Multiple Fee Applicants Based upon Compromises with the Fee Examiner (the "Notice")

-1-

(dkt. 5065), setting six interim applications for hearing on December 17, 2019. While the court appreciates that the Fee Examiner reached compromises with the six firms identified in Exhibit A to the Notice, neither the Order Granting Fee Examiner's Motion to Approve Fee Procedures (dkt. 4770) nor the Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (dkt. 701) establishes a shortened notice procedure for fee applications. Because the 21-day notice requirements set forth in Fed. R. Bankr. P. 2002(a)(6) still applied, the court entered a docket text order taking the following matters off the December 17 calendar:

(1) KPMG LLP's First Interim Application for Compensation (Dkt. 2992);

(2) Baker & Hostetler LLP's First Interim Application for Compensation and Reimbursement of Expenses of Baker & Hostetler LLP (Dkt. 2995);

(3) Munger Tolles & Olson LLP's First Interim Fee Application (Dkt. 2996);

(4) FTI Consulting Inc.'s First Interim Application for Compensation (Dkt. 3137);

(5) Jenner & Block's First Interim Application for Compensation (Dkt. 3465); and

(6) Cravath, Swaine & Moore LLP's First Interim Application for Compensation (Dkt. 3683).

Contemporaneously with the issuance of this order, the court is entering an Amended Order Granting Fee Examiner's Motion to Approve Fee Procedures, which modifies paragraph 2(b) to specify the procedures for hearings where an applicant and

Case: 19-30088    Doc# 5167    Filed: 12/18/19    Entered: 12/18/19 16:16:25    Page 2 of 3

the Fee Examiner have reached a compromise.  If the notice requirements of that amended order and Fed. R. Bankr. P. 2002(a)(6) are satisfied, the court can hear the above fee applications on the PG&E calendar scheduled for January 14, 2020 at 10:00 a.m.  The Fee Examiner should comply with paragraph 2 of the Amended Order Granting Fee Examiner's Motion to Approve Fee Procedures when scheduling future fee application hearings.

**\*\*END OF ORDER\*\***