# Notice Recipients

District/Off: 0971−3  User: dchambers  Date Created: 12/20/2019
Case: 19−30088  Form ID: TRANSC  Total: 30

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Alan W. Kornberg | |
| aty | Anne Costin | anne@costinlawfirm.com |
| aty | Cecily Ann Dumas | cdumas@bakerlaw.com |
| aty | Dario de Ghetaldi | deg@coreylaw.com |
| aty | Estela O. Pino | epino@epinolaw.com |
| aty | Gregory A. Bray | gbray@milbank.com |
| aty | Jeffrey M. Reisner | jreisner@irell.com |
| aty | Jennifer Machlin Cecil | JCecil@winston.com |
| aty | Joseph Kyle Feist | jfeistesq@gmail.com |
| aty | Matthew A. Feldman | mfeldman@willkie.com |
| aty | Matthew Jordan Troy | matthew.troy@usdoj.gov |
| aty | Nancy Mitchell | nmitchell@omm.com |
| aty | Paul H. Zumbro | mao@cravath.com |
| aty | Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| aty | Rebecca J. Winthrop | rebecca.winthrop@nortonrosefulbright.com |
| aty | Robert A. Julian | rjulian@bakerlaw.com |

TOTAL: 16

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | |
|---|---|---|
| aty | Kenneth Roye | 142 West 2nd St. Suite B Chico, CA 95928 |
| aty | Beth M. Brownstein | Arent Fox LLP 1301 Avenue of the Americas, 42nd Fl. New York, NY 10019 |
| aty | Frank M. Pitre | Cotchett, Pitre & McCarthy, LLP San Francisco Airport Office Center 840 Malcolm Rd., #200 Burlingame, CA 94010 |
| aty | Kevin J. Orsini | Cravath, Swaine & Moore LLP 825 Eighth Avenue New York, NY 10019 |
| aty | Mary E. Alexander | Mary Alexander & Associates, P.C. 44 Montgomery St., #1303 San Francisco, CA 94104 |
| aty | Michael S. Stamer | Akin Gump Strauss Hauer & Feld LLP One Bryant Park New York, NY 10036 |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP 767 Fifth Avenue New York, NY 10153 |
| aty | Theodore Tsekerides | Weil, Gotshal & Manges LLP 767 Fifth Avenue New York, NY 10153 |
| | BRUCE BENNETT, ESQ. | Jones Day 555 South Flower Street Fiftieth Floor Los Angeles, CA 90071 |
| | GREG M. ZIPES, ESQ. | United States Department of Justice Office of the U.S. Trustee 450 Golden Gate Avenue Suite 05−0153 San Francisco, CA 94102 |
| | RONALD F. BERESTKA, JR., ESQ. | Stone & Associates A Professional Corporation 2125 Ygnacio Valley Road Suite 101 Walnut Creek, CA 94598 |
| | ABID QURESHI, ESQ. | Akin Gump Strauss Hauer & Feld LLP One Bryant Park New York, NY 10036 |
| | WILLIAM GORDON KAUPP, ESQ. | Kaupp & Feinberg, LLP One Sansome Street Floor 35 San Francisco, CA 94104 |
| | PETER J. BENVENUTTI, ESQ. | Keller & Benvenutti, LLP 650 California Street 19th Floor San Francisco, CA 94108 |

TOTAL: 14