

| | |
|---|---|
| 1 | REBECCA J. WINTHROP (CA Bar No. 116386) |
| 2 | ROBIN BALL (CA Bar No. 159698) **Signed and Filed: December 19, 2019** |
| | NORTON ROSE FULBRIGHT US LLP |
| 3 | 555 South Flower Street, Forty-First Floor |
| | Los Angeles, California  90071 |
| 4 | Telephone:     (213) 892-9200 |
| | Facsimile:      (213) 892-9494    _____ |
| 5 | rebecca.winthrop@nortonrosefulbright.com  **DENNIS MONTALI** |
| | robin.ball@nortonrosefulbright.com   **U.S. Bankruptcy Judge** |

Counsel for ADVENTIST HEALTH SYSTEM/WEST and FEATHER RIVER HOSPITAL D/B/A ADVENTIST HEALTH FEATHER RIVER

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19 - 30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
|    - and - | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY | (Jointly Administered) |
|     Debtors. | **ORDER APPROVING STIPULATION BY AND AMONG THE ADVENTIST HEALTH CLAIMANTS, THE DEBTORS, AND THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS TO RESOLVE ADVENTIST HEALTH CLAIMANTS' OBJECTION TO SUBROGATION SETTLEMENT AND RSA MOTION [DE # 3992]** |
| ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | [No Hearing Date Requested] |

DOCUMENT PREPARED ON RECYCLED PAPER

The Court, having considered the *Stipulation By and Among the Adventist Health Claimants, the Debtors, and the Ad Hoc Group of Subrogation Claim Holders to Resolve the Adventist Health Claimants' Objection to Subrogation Settlement and RSA Motion [DE # 3992]* filed on December 17, 2019 [DE # 5153] (the "<u>Stipulation</u>"), and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is approved.

| | |
|---|---|
| APPROVED AS TO FORM AND CONTENT: | APPROVED AS TO FORM AND CONTENT: |
| Dated: December 17, 2019 | Dated: December 17, 2019 |
| NORTON ROSE FULBRIGHT US LLP | WEIL, GOTSHAL & MANGES LLP<br>KELLER & BENVENUTTI LLP |
| By: /s/ Rebecca J. Winthrop<br>   REBECCA J. WINTHROP | By: /s/ Matthew P. Goren<br>   MATTHEW P. GOREN |
| Counsel for ADVENTIST HEALTH SYSTEM/WEST and FEATHER RIVER HOSPITAL D/B/A ADVENTIST HEALTH FEATHER RIVER | Counsel for the Debtors and Debtors in Possession |

APPROVED AS TO FORM AND CONTENT:

Dated: December 17, 2019

WILLKIE FARR & GALLAGHER LLP
DIEMER & WEI LLP

By: /s/ Matthew A. Feldman
   MATTHEW A. FELDMAN

Counsel for the Ad Hoc Group of Subrogation Claim Holders

***END OF ORDER***

DOCUMENT PREPARED ON RECYCLED PAPER

99106274.2