DEC 19 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

The Honorable Judge Montali  
US Bankruptcy Court  
Case # 19-3088-DM

Dec 16, 2019

Your Honor,

I am a victim of the Camp fire and I have lost everything I owned and have been praying for a fair settlement – not a "windfall" but a fair settlement from PG&E.

I don't believe a fair settlement is forthcoming because of the $11 billion settlement PG&E negotiated with the insurance companies/hedge fund investors.

Since this was negotiated prior to PG&E adding the Ghost Ship and Tubbs fires into the victims settlement, I believe that leaves PG&E underfunded to satisfy victims liabilities and will ruin too many lives,

Please do not let this happen, the injustice of it will be felt for years to come. It is my hope that PG&E would renegotiate that amount to satisfy those claims without the big profits that investors would make from the devastation of the wildfires.

Sincerely,

*Lisa Williams*

Lisa Williams  
Now living in Henderson, NV