# APPENDIX B

| NOTE | TOTAL PRINCIPAL AMOUNT OUTSTANDING | NET PRESENT VALUE OF REMAINING SCHEDULED INTEREST PAYMENTS[1] | TOTAL MAKE-WHOLE PREMIUM |
|---|---|---|---|
| § 1. Notes Established Under the 2005 Base Indenture (California Law) | | | |
| 6.05% Notes due March 1, 2034 | $3,000,000,000 | $2,145,052,413 | $0 |
| 5.80% Notes due March 1, 2037 | $950,000,000 | $765,203,918 | $0 |
| 6.35% Notes due February 15, 2038 | $400,000,000 | $366,844,911 | $0 |
| 6.25% Notes due March 1, 2039 | $550,000,000 | $514,385,285 | $0 |
| 5.40% Notes due January 15, 2040 | $800,000,000 | $680,312,989 | $0 |
| 3.50% Notes due October 1, 2020 | $800,000,000 | $7,039,982 | $0 |
| 4.25% Notes due May 15, 2021 | $300,000,000 | $11,014,245 | $0 |
| 3.25% Notes due September 15, 2021 | $250,000,000 | $9,667,876 | $0 |
| 4.50% Notes due December 15, 2041 | $250,000,000 | $189,330,933 | $0 |
| 4.45% Notes due April 15, 2042 | $400,000,000 | $304,385,310 | $0 |
| 2.45% Notes due August 15, 2022 | $400,000,000 | $20,348,828 | $0 |
| 3.75% Notes due August 15, 2042 | $350,000,000 | $226,901,700 | $0 |
| 3.25% Notes due June 15, 2023 | $375,000,000 | $34,913,620 | $0 |
| 4.60% Notes due June 15, 2043 | $375,000,000 | $306,596,997 | $0 |

---

[1] These calculations are based on the net present values of the remaining scheduled interest payments assuming a Redemption Date of June 30, 2020, and applying the Adjusted Treasury Rate as of November 25, 2019, plus the applicable basis point margin. These figures are being used for demonstrative purposes only. Nothing in this Appendix or the Debtors' Opposition Brief should be interpreted as a waiver or concession as to the Noteholders' entitlement to any Make-Whole Premiums under any of the Notes or Indentures at issue.

| NOTE | TOTAL PRINCIPAL AMOUNT OUTSTANDING | NET PRESENT VALUE OF REMAINING SCHEDULED INTEREST PAYMENTS[1] | TOTAL MAKE-WHOLE PREMIUM |
|---|---|---|---|
| 3.85% Notes due November 15, 2023 | $300,000,000 | $37,618,865 | $0 |
| 5.125% Notes due November 15, 2043 | $500,000,000 | $459,005,581 | $0 |
| 3.75% Notes due February 15, 2024 | $450,000,000 | $58,944,646 | $0 |
| 4.75% Notes due February 15, 2044 | $675,000,000 | $581,407,717 | $0 |
| 3.40% Notes due August 15, 2024 | $350,000,000 | $47,135,696 | $0 |
| 4.30% Notes due March 15, 2045 | $600,000,000 | $483,107,514 | $0 |
| 3.50% Notes due June 15, 2025 | $600,000,000 | $99,020,427 | $0 |
| 4.25% Notes due March 15, 2046 | $450,000,000 | $366,072,586 | $0 |
| 2.95% Notes due March 1, 2026 | $600,000,000 | $94,835,994 | $0 |
| 4.00% Notes due December 1, 2046 | $600,000,000 | $470,957,757 | $0 |
| 3.30% Notes due March 15, 2027 | $400,000,000 | $82,901,625 | $0 |
| § 2. Notes Established Under the 2017 Base Indenture (New York Law) | | | |
| 3.30% Notes due December 1, 2027 | $1,150,000,000 | $261,604,374 | $0 |
| 3.95% Notes due December 1, 2047 | $850,000,000 | $675,558,088 | $0 |
| § 3. Notes Established Under the 2018 Base Indenture (New York Law) | | | |
| 4.25% Notes due August 1, 2023 | $500,000,000 | $63,454,603 | $0 |
| 4.65% Notes due August 1, 2028 | $300,000,000 | $103,584,503 | $0 |