1   DOWNEY BRAND LLP
    Jamie P. Dreher (Bar No. 209380)
2   621 Capitol Mall, 18th Floor
    Sacramento, CA 95814
3   Telephone:    (916) 444-1000
    Facsimile:    (916) 444-2100
4
    Attorneys for
5   Teichert Pipelines, Inc. and A. Teichert & Son, Inc.
    d/b/a Teichert Aggregates
6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

| 12 In re: | Case Nos.: |
|---|---|
| 13 PG&E CORPORATION | 19-30088 (DM) – Lead Case |
| 14 and | 19-30089 (DM) |
| 15 PACIFIC GAS AND ELECTRIC COMPANY, | Chapter 11 Case |
| 16 Debtors. | **TEICHERT PIPELINES, INC.'S NOTICE OF LIEN RELEASES** |
| 17 | |
| 18 ☐   Affects PG&E Corporation | |
| 19 ☐   Affects Pacific Gas and Electric Company | |
| 20 ☒   Affect both Debtors | |

22      TEICHERT PIPELINES, Inc. ("TEICHERT"), by and through its undersigned

23   counsel, hereby files this Notice of Eight (8) Partial Lien Releases and One (1) Full Lien

24   Release (the "Notice"), and in support thereof states as follows:

25      1.      On January 29, 2019 (the "Petition Date") PG&E Corporation and/or Pacific

26   Gas and Electric Company (collectively, the "Debtors") filed voluntary Chapter 11

27   bankruptcy petitions.

28   ///

                                1

DOWNEY BRAND LLP

DOWNEY BRAND LLP

2. As of the Petition Date, TEICHERT provided labor, services, equipment, and materials for works of improvement owned by Debtors, located in the following counties: Alameda, Colusa, Contra Costa, Kern, Marin, Mendocino, Napa, Sacramento, San Francisco, San Mateo, Santa Clara, Solano, Sonoma, and Yolo. TEICHERT has lien rights (collectively the "Liens") related to these works of improvement. *See* Cal. Civ. Code § 8050(a).

3. TEICHERT properly perfected its Liens under California Civil Code §§ 8400, *et seq.* by timely recording its Liens in the above named counties.

4. TEICHERT subsequently recorded eight (8) partial releases reflecting downward adjustments to some of the amounts originally claimed in its Liens, and one (1) full release of an entire amount originally claimed. Authentic copies of the Liens affected by these releases are attached as **Exhibit A**. Authentic copies of the releases are attached as **Exhibit B**.

5. To comply with all applicable law, including California state law and bankruptcy law, 11 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), TEICHERT is filing and serving this Notice to preserve, perfect, maintain, and continue the perfection of its previously noticed Liens and its lien rights in the properties identified therein.

6. The filing of this notice shall not be construed as an admission that such filing is required under the Bankruptcy Code, the California mechanics lien law, or any other applicable law. In addition, TEICHERT does not make any admission of fact or law, and TEICHERT asserts that its Liens are senior to and effective against entities that may have acquired rights or interests in the properties previously.

7. The filing of this notice shall not be deemed to be a waiver of TEICHERT's right to seek relief from the automatic stay to foreclose its Liens and/or a waiver of any other rights or defenses.

8. The filing of this Notice shall not be deemed to affect TEICHERT's perfected lien rights under 11 U.S.C. § 546(b) and California Civil Code §§ 8400, *et seq.*

/ / /

1600847.3

2

9.      The filing of this Notice serves only to update the Court regarding changes in amounts originally claimed in TEICHERT's Liens following the filing of TEICHERT's original 11 U.S.C. § 546(b) notices.

10.     TEICHERT reserves all rights, including the right to amend or supplement this Notice and/or any other Liens previously noticed with this Court.

DATED:  December 23, 2019          DOWNEY BRAND LLP


By:      /s/ Jamie P. Dreher
         JAMIE P. DREHER
         Attorney for
         TEICHERT PIPELINES, INC. AND
         A. TEICHERT & SON, INC. D/B/A
         TEICHERT AGGREGATES

1600847.3

# EXHIBIT A

CONFORMED COPY
NOT COMPARED
WITH ORIGINAL



YOLO Recorder's Office
Jesse Salinas, County Recorder
DOC- 2019-0010090-00
Check Number  28052
RECD BY DOWNEY BRAND
Tuesday, MAY 14, 2019 10:27:00
Ttl Pd  $108.00      Rcpt # 0001346736
                                    FRT/X9/1-4

RECORDING REQUESTED BY
REQUESTED BY SCOTT MCELHERN
WHEN RECORDED MAIL TO

NAME          DOWNEY BRAND LLP
MAILING       Scott McElhern
ADDRESS       621 Capitol Mall, 18th Floor
              Sacramento, CA  95814

PHONE         (916) 444-1000
NUMBER

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## CLAIM OF MECHANICS LIEN
### (Cal. Civ. Code § 8416)

1.    Teichert Pipelines, Inc. ("Claimant") claims a mechanics lien for the labor, services, equipment and/or materials described in paragraph 2, furnished for a Pacific Gas & Electric Company work of improvement located in the City of West Sacramento, County of Yolo, State of California, and more particularly described as follows:

Gas transmission pipeline L-116 at the following locations:

MP-8.722 and MP-8.7322 at Enterprise Blvd. between APN 067-010-033-000 and APN 067-010-037-000 in West Sacramento, California 95691.

MP 11.699-11.728 at Westacre Road between APN 058-150-002-000 and APN 058-150-006-000 and at Webster Street between APN 058-150-001-000 and APN 058-150-039-000, in West Sacramento, California 95691.

MP 10.610 at Evergreen Avenue, adjacent to APN 067-120-067-000 and APN 067-120-026-000 in West Sacramento, California 95691.

2.    After deducting all just credits and offsets, the sum of $586,960.70 plus interest accrued and accruing thereon at the maximum legal rate, is due Claimant for the following generally described labor, materials, services, and/or equipment:  Excavate and expose each end of casing; remove casing; complete pipeline inspection; perform repairs and recoat as needed; install casing vents as necessary; install test facilities at each end; complete remediation and documentation; backfill and compact excavation; install PG&E decals and pipeline marker decals.

3.    Claimant furnished the work and materials at the request of and under contract with Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

4.    The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.  Claimant asserts this lien on the distinct and vested property rights of Pacific Gas & Electric Company in the improvements, and not on the property of any public agency owner.

5.    Claimant's address is:  3500 American River Drive, Sacramento, CA 95864.

DATED:  May 9, 2019                    TEICHERT PIPELINES, INC.

                                        By: _____
                                            Sean Collins, Credit Manager

## VERIFICATION

I, Sean Collins, am the Credit Manager of Teichert Pipelines, Inc., and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: May 9, 2019

TEICHERT PIPELINES, INC.

By: _____
Sean Collins, Credit Manager

## NOTICE OF MECHANICS LIEN CLAIM

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

**BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.clb.ca.gov.**

1557664.1

## PROOF OF SERVICE AFFIDAVIT

I, Mary Dowd declare:

On May 14, 2019, at Sacramento, California, I served the enclosed:

### CLAIM OF MECHANIC'S LIEN

by enclosing true and correct copies thereof in sealed envelopes, with postage thereon fully prepaid, using one of the following described mailing methods:

☐      Registered Mail, Return Receipt Requested;

☒      Certified Mail, Return Receipt Requested;

☐      Express Mail; or

☐      Overnight delivery by an express service carrier.

The envelope was addressed as follows:

     Pacific Gas & Electric Company
     77 Beale Street, 32nd Floor
     San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on May 14, 2019, at Sacramento, California.

_____
Mary Dowd

1510300.1

RECORDING REQUESTED BY
REQUESTED BY SCOTT MCELHERN
WHEN RECORDED MAIL TO

NAME        DOWNEY BRAND LLP
MAILING     Scott McElhern
ADDRESS     621 Capitol Mall, 18th Floor
            Sacramento, CA 95814

PHONE       (916) 444-1000
NUMBER

**2019034572**

Official Records Of Sonoma County
Deva Marie Proto

05/23/2019 10:38 AM
Fee: $ 28.00 4 Pages

**CONFORMED COPY**
Not Compared with Original

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## CLAIM OF MECHANICS LIEN
### (Cal. Civ. Code § 8416)

1.     Teichert Pipelines, Inc. ("Claimant") claims a mechanics lien for the labor, services, equipment and/or materials described in paragraph 2, furnished for a Pacific Gas & Electric Company work of improvement located in the County of Sonoma, State of California, and more particularly described as follows.

Gas transmission pipeline L-021D for the following locations:

MP 20.08 and 20.24:  601 Sky Ranch Drive, Petaluma, CA 94954; APN 136-0600-057-000.

MP 24.64:  5111 Old Redwood Highway North, Petaluma, California 94954 (APN 007-421-015-000); at Old Redwood Highway North adjacent to APN 007-411-025; at Montero Way between APN 007-421-024-000 and APN 007-421-025-000 in Petaluma, California 94954.

MP 30.80:  7181 Highway 116, Forestville, California 95436 (APN 046-062-058-000).

MP 29.89:  at West Sierra Avenue between APN 046-102-017-000 and APN 046-102-025-000 in Cotati, California 94931.

MP 30.00:  6700 Stony Point Road, Cotati, California 94931 (APN 046-092-018) and 1699 W Sierra Avenue, Cotati, California 94931 (APN 046-102-001).

2.     After deducting all just credits and offsets, the sum of $308,876.91 plus interest accrued and accruing thereon at the maximum legal rate, is due Claimant for the following generally described labor, materials, services, and/or equipment:  Excavate and expose pipeline; complete pipeline inspection; perform repairs and recoat as needed; complete documentation; backfill and compact excavation; install PG&E warning decals and pipeline marker decals.

3.     Claimant furnished the work and materials at the request of and under contract with Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

4.     The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105. Claimant asserts this lien on the distinct and vested property rights of Pacific Gas & Electric Company in the improvements, and not on the interest of any private or public fee owners.

5.    Claimant's address is: 3500 American River Drive, Sacramento, CA  95864.

DATED: _May 20, 2019_          TEICHERT PIPELINES, INC.

By: _____
                              Sean Collins, Credit Manager

## VERIFICATION

I, Sean Collins, am the Credit Manager of Teichert Pipelines, Inc., and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: _May 20, 2019_          TEICHERT PIPELINES, INC.

By: _____
                              Sean Collins, Credit Manager

## NOTICE OF MECHANICS LIEN CLAIM

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.clb.ca.gov.

1557715.1

## PROOF OF SERVICE AFFIDAVIT

I, Mary Dowd declare:

On May 23, 2019, at Sacramento, California, I served the enclosed:

## CLAIM OF MECHANIC'S LIEN

by enclosing true and correct copies thereof in sealed envelopes, with postage thereon fully prepaid, using one of the following described mailing methods:

☐ Registered Mail, Return Receipt Requested;

☒ Certified Mail, Return Receipt Requested;

☐ Express Mail; or

☐ Overnight delivery by an express service carrier.

The envelope was addressed as follows:

Pacific Gas & Electric Company
77 Beale Street, 32nd Floor
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on May 23, 2019, at Sacramento, California.

_Mary Dowd_
Mary Dowd

1510300.1

CONFORMED COPY

Copy of Document Recorded on
05/03/2019 03:00:21 PM
as 2019-04745
Mendocino County Clerk-Recorder

RECORDING REQUESTED BY
REQUESTED BY SCOTT MCELHERN
WHEN RECORDED MAIL TO

NAME     DOWNEY BRAND LLP
MAILING    Scott McElhern
ADDRESS   621 Capitol Mall, 18th Floor
             Sacramento, CA 95814

PHONE      (916) 444-1000
NUMBER

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## CLAIM OF MECHANICS LIEN
### (Cal. Civ. Code § 8416)

1.    Teichert Pipelines, Inc. ("Claimant") claims a mechanics lien for the labor, services, equipment and/or materials described in paragraph 2, furnished for a Pacific Gas & Electric Company work of improvement located in the City of Redwood Valley, County of Mendocino, State of California, and more particularly described as follows:

Gas main lines and gas service lines for the following locations:

14400 Tomki Road, Redwood Valley, California 95470
14275 Tomki Road, Redwood Valley, California 95470
14251 Tomki Road, Redwood Valley, California 95470
14220 Tomki Road, Redwood Valley, California 95470
14605 Tomki Road, Redwood Valley, California 95470
14250 Tomki Road, Redwood Valley, California 95470

2.    After deducting all just credits and offsets, the sum of $181,024.84 plus interest accrued and accruing thereon at the maximum legal rate, is due Claimant for the following generally described labor, materials, services, and/or equipment: installation of 2-inch plastic high pressure main line; install and deactivate gas service lines; rebuild high pressure regulator farm tap; deactivate and remove high pressure regulator farm tap;

3.    Claimant furnished the work and materials at the request of and under contract with Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

4.    The name and address of the owner or reputed owner of the real property and improvements thereon is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

5.    Claimant's address is: 3500 American River Drive, Sacramento, CA 95864.

DATED: 4/26/2019

TEICHERT PIPELINES, INC.

By: _____
Sean Collins, Credit Manager

## VERIFICATION

I, Sean Collins, am the Credit Manager of Teichert Pipelines, Inc., and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: 4/26/2019

TEICHERT PIPELINES, INC.

By: _____
       Sean Collins, Credit Manager

## NOTICE OF MECHANICS LIEN CLAIM

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.clb.ca.gov.

1556957.1

## PROOF OF SERVICE AFFIDAVIT

I, Mary Dowd declare:

On May 3, 2019, at Sacramento, California, I served the enclosed:

## CLAIM OF MECHANIC'S LIEN

by enclosing true and correct copies thereof in sealed envelopes, with postage thereon fully prepaid, using one of the following described mailing methods:

☐      Registered Mail, Return Receipt Requested;

☒      Certified Mail, Return Receipt Requested;

☐      Express Mail; or

☐      Overnight delivery by an express service carrier.

The envelope was addressed as follows:

     Pacific Gas & Electric Company
     77 Beale Street, 32nd Floor
     San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on May 3, 2019, at Sacramento, California.

_____
Mary Dowd

1510500.1

RECORDING REQUESTED BY
REQUESTED BY SCOTT MCELHERN
WHEN RECORDED MAIL TO

NAME        DOWNEY BRAND LLP
MAILING     Scott McElhern
ADDRESS     621 Capitol Mall, 18th Floor
            Sacramento, CA 95814

PHONE       (916) 444-1000
NUMBER

Recorded in Official Records,
Solano County
Doc#: 201900028826
5/13/2019            12:53:52 PM

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## CLAIM OF MECHANICS LIEN
### (Cal. Civ. Code § 8416)

1.  Teichert Pipelines, Inc. ("Claimant") claims a mechanics lien for the labor, services, equipment and/or materials described in paragraph 2, furnished for a Pacific Gas & Electric Company work of improvement located in the City of Vallejo, County of Solano, State of California, and more particularly described as follows:

    Gas main lines and gas service lines for the locations listed on the attached Exhibit A.

2.  After deducting all just credits and offsets, the sum of $280,491.68, plus interest accrued and accruing thereon at the maximum legal rate, is due Claimant for the following generally described labor, materials, services, and/or equipment: construction and installation of 2-inch and 6-inch high pressure plastic gas main; gas service replacements; gas service transfers; insert gas services; deactivation of 1-1/4-inch and 2-inch high pressure plastic gas main; deactivation of 2-inch, 6-inch, and 8-inch steel gas main; and installation of steel/plastic and plastic/plastic tie-in(s).

3.  Claimant furnished the work and materials at the request of and under contract with Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

4.  The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

5.  Claimant's address is: 3500 American River Drive, Sacramento, CA 95864.

DATED: May 9, 2019                    TEICHERT PIPELINES, INC.

                                      By: _____
                                          Sean Collins, Credit Manager

## VERIFICATION

I, Sean Collins, am the Credit Manager of Teichert Pipelines, Inc., and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: _May 9, 2019_

TEICHERT PIPELINES, ING.

By: _____
Sean Collins, Credit Manager

## EXHIBIT A

517 Butte Street, Vallejo, CA 94590
514 Butte Street, Vallejo, CA 94590
417 Butte Street, Vallejo, CA 94590
201 Kentucky Street, Vallejo, CA 94590
420 Butte Street, Vallejo, CA 94590
625 Butte Street, Vallejo, CA 95490
619 Butte Street, Vallejo, CA 94590
617 Butte Street, Vallejo, CA 94590
622 Butte Street, Vallejo, CA 94590
616 Butte Street, Vallejo, CA 94590
518 Butte Street, Vallejo, CA 94590
516 Butte Street, Vallejo, CA 94590
140 Ohio Street, Vallejo, CA 94590
145 Ohio Street, Vallejo, CA 94590
201 Ohio Street, Vallejo, CA 94590
43 Alabama Street, Vallejo, CA 94590
715 Butte Street, Vallejo, CA 94590
711 Butte Street, Vallejo, CA 94590

## NOTICE OF MECHANICS LIEN CLAIM

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.clb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT

I, Mary Dowd declare:

On May 13, 2019, at Sacramento, California, I served the enclosed:

### CLAIM OF MECHANIC'S LIEN

by enclosing true and correct copies thereof in sealed envelopes, with postage thereon fully prepaid, using one of the following described mailing methods:

☐      Registered Mail, Return Receipt Requested;

☒      Certified Mail, Return Receipt Requested;

☐      Express Mail; or

☐      Overnight delivery by an express service carrier.

The envelope was addressed as follows:

> Pacific Gas & Electric Company
> 77 Beale Street, 32nd Floor
> San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on May 13, 2019, at Sacramento, California.

_____
Mary Dowd

1510300.1

201906270691

ORIGINAL
Accepted for Recording
COPY-NOT CERTIFIED

JUN 2 7 2019

Sacramento County
Clerk-Recorder

RECORDING REQUESTED BY
REQUESTED BY SCOTT MCELHERN
WHEN RECORDED MAIL TO

NAME
MAILING
ADDRESS

DOWNEY BRAND LLP
Scott McElhern
621 Capitol Mall, 18th Floor
Sacramento, CA 95814

PHONE
NUMBER

(916) 444-1000

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## CLAIM OF MECHANICS LIEN
### (Cal. Civ. Code § 8416)

1.　　Teichert Pipelines, Inc. ("Claimant") claims a mechanics lien for the labor, services, equipment and/or materials described in paragraph 2, furnished for a Pacific Gas & Electric Company work of improvement located in the City of Sacramento, County of Sacramento, State of California, and more particularly described as follows:

Gas main lines and gas service lines for the locations listed on the attached Exhibit A.

2.　　After deducting all just credits and offsets, the sum of $672,877.22, plus interest accrued and accruing thereon at the maximum legal rate, is due Claimant for the following generally described labor, materials, services, and/or equipment: construction and installation of 4-inch low pressure plastic gas main; gas service replacements; and deactivation of 6-inch, 4-inch, and 3-inch low pressure gas main.

3.　　Claimant furnished the work and materials at the request of and under contract with Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

4.　　The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105. Claimant asserts this lien on the distinct and vested property rights of Pacific Gas & Electric Company in the improvements, and not on the interest of any private or public fee owners.

5.　　Claimant's address is: 3500 American River Drive, Sacramento, CA 95864.

DATED: ___June 26, 2019___　　　　TEICHERT PIPELINES, INC.

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Sean Collins, Credit Manager

## VERIFICATION

I, Sean Collins, am the Credit Manager of Teichert Pipelines, Inc., and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: _June 26, 2019_

TEICHERT PIPELINES, INC.

By: _____
Sean Collins, Credit Manager

## EXHIBIT A

| | |
|---|---|
| 1701 4th Avenue, Sacramento, CA 95818 | 1801 4th Avenue, Sacramento, CA 95818 |
| 1703 4th Avenue, Sacramento, CA 95818 | 1809 4th Avenue, Sacramento, CA 95818 |
| 1705 4th Avenue, Sacramento, CA 95818 | 1817 4th Avenue, Sacramento, CA 95818 |
| 1600 4th Avenue, Sacramento, CA 95818 | 1831 4th Avenue, Sacramento, CA 95818 |
| 1604 4th Avenue, Sacramento, CA 95818 | 1833 4th Avenue, Sacramento, CA 95818 |
| 1608 4th Avenue, Sacramento, CA 95818 | 1841 4th Avenue, Sacramento, CA 95818 |
| 1612 4th Avenue, Sacramento, CA 95818 | 1849 4th Avenue, Sacramento, CA 95818 |
| 1616 4th Avenue, Sacramento, CA 95818 | 1857 4th Avenue, Sacramento, CA 95818 |
| 1620 4th Avenue, Sacramento, CA 95818 | 1700 4th Avenue, Sacramento, CA 95818 |
| 2900 17th Street, Sacramento, CA 95818 | 1724 4th Avenue, Sacramento, CA 95818 |
| 2929 Marty Way, Sacramento, CA 95818 | 1732 4th Avenue, Sacramento, CA 95818 |
| 1609 Vallejo Way, Sacramento, CA 95818 | 1740 4th Avenue, Sacramento, CA 95818 |
| 1613 Vallejo Way, Sacramento, CA 95818 | 1748 4th Avenue, Sacramento, CA 95818 |
| 1617 Vallejo Way, Sacramento, CA 95818 | 1756 4th Avenue, Sacramento, CA 95818 |
| 1621 Vallejo Way, Sacramento, CA 95818 | 1764 4th Avenue, Sacramento, CA 95818 |
| 1709 4th Avenue, Sacramento, CA 95818 | 1800 4th Avenue, Sacramento, CA 95818 |
| 1717 4th Avenue, Sacramento, CA 95818 | 1810 4th Avenue, Sacramento, CA 95818 |
| 1725 4th Avenue, Sacramento, CA 95818 | 1822 4th Avenue, Sacramento, CA 95818 |
| 1733 4th Avenue, Sacramento, CA 95818 | 1832 4th Avenue, Sacramento, CA 95818 |
| 1741 4th Avenue, Sacramento, CA 95818 | 1840 4th Avenue, Sacramento, CA 95818 |
| 1755 4th Avenue, Sacramento, CA 95818 | 1848 4th Avenue, Sacramento, CA 95818 |
| 2870 18th Street, Sacramento, CA 95818 | 1862 4th Avenue, Sacramento, CA 95818 |

## NOTICE OF MECHANICS LIEN CLAIM

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.clb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT

I, Sandy Russell declare:

On June 27, 2019, at Sacramento, California, I served the enclosed:

## CLAIM OF MECHANIC'S LIEN

by enclosing true and correct copies thereof in sealed envelopes, with postage thereon fully prepaid, using one of the following described mailing methods:

- ☐ Registered Mail, Return Receipt Requested;
- ☒ Certified Mail, Return Receipt Requested
- ☐ Express Mail; or
- ☐ Overnight delivery by an express service carrier.

The envelope was addressed as follows:

Pacific Gas & Electric Company
77 Beale Street, 32nd Floor
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on June 27, 2019, at Sacramento, California.

Sandy Russell

1522155.1

ORIGINAL
Accepted for Recording
COPY-NOT CERTIFIED

NAME            DOWNEY BRAND LLP
MAILING         Scott McElhern
ADDRESS         621 Capitol Mall, 18th Floor
                Sacramento, CA 95814

PHONE           (916) 444-1000
NUMBER

AUG 23 2019

Sacramento County
Clerk-Recorder
**201908230731**

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## CLAIM OF MECHANICS LIEN
### (Cal. Civ. Code § 8416)

1.      Teichert Pipelines, Inc. ("Claimant") claims a mechanics lien for the labor, services, equipment and/or materials described in paragraph 2, furnished for a Pacific Gas & Electric Company work of improvement located in the City of Sacramento, County of Sacramento, State of California, and more particularly described as follows:

Gas main lines and gas service lines for the locations listed on the attached Exhibit A; and

Deactivation of the following gas lines:

14th Avenue between 52nd Street and 58th Street in Sacramento, CA 95820;

57th Street between 14th Avenue and San Francisco Boulevard, Sacramento, CA 95820;

San Francisco Boulevard between 55th Street and 57th Street, Sacramento, CA 95820;

55th Street between San Francisco Boulevard and 19th Avenue, Sacramento, CA 95820;

19th Avenue between 52nd Street and 55th Street, Sacramento, CA 95820;

20th Avenue between Stockton Boulevard and 52nd Street & 53rd Street Alley, Sacramento, CA 95820;

52nd Street & 53rd Street Alley between 19th Avenue and 20th Avenue, Sacramento, CA 95820

2.      After deducting all just credits and offsets, the sum of $1,123,321.57, plus interest accrued and accruing thereon at the maximum legal rate, is due Claimant for the following generally described labor, materials, services, and/or equipment:  construction and installation of 1-1/4 inch, 2-inch, 4-inch, and 6-inch high pressure plastic gas main; gas service uprates; gas service replacements; gas transfer services; deactivation of low pressure wrought iron gas main; and deactivation of low pressure plastic gas main.

3.      Claimant furnished the work and materials at the request of and under contract with Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

4.      The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.  Claimant asserts this lien on the distinct and

1

vested property rights of Pacific Gas & Electric Company in the improvements, and not on the interest of any private or public fee owners.

5.    Claimant's address is: 3500 American River Drive, Sacramento, CA 95864.

DATED: _August 22, 2019_                    TEICHERT PIPELINES, INC.

By: _____
          Sean Collins, Credit Manager

2

## VERIFICATION

I, Sean Collins, am the Credit Manager of Teichert Pipelines, Inc., and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: _August 22, 2019_     TEICHERT PIPELINES, INC.

By: _____
         Sean Collins, Credit Manager

3

**EXHIBIT A**

| | |
|---|---|
| 4965 9th Avenue, Sacramento, CA 95820 | 5024 10th Avenue, Sacramento, CA 95820 |
| 5001 9th Avenue, Sacramento, CA 95820 | 5032 10th Avenue, Sacramento, CA 95820 |
| 5009 9th Avenue, Sacramento, CA 95820 | 5040 10th Avenue, Sacramento, CA 95820 |
| 5017 9th Avenue, Sacramento, CA 95820 | 5048 10th Avenue, Sacramento, CA 95820 |
| 5025 9th Avenue, Sacramento, CA 95820 | 5056 10th Avenue, Sacramento, CA 95820 |
| 5033 9th Avenue, Sacramento, CA 95820 | 5068 10th Avenue, Sacramento, CA 95820 |
| 5041 9th Avenue, Sacramento, CA 95820 | 5081 10th Avenue, Sacramento, CA 95820 |
| 5049 9th Avenue, Sacramento, CA 95820 | 4917 11th Avenue, Sacramento, CA 95820 |
| 5057 9th Avenue, Sacramento, CA 95820 | 4925 11th Avenue, Sacramento, CA 95820 |
| 5065 9th Avenue, Sacramento, CA 95820 | 4933 11th Avenue, Sacramento, CA 95820 |
| 5073 9th Avenue, Sacramento, CA 95820 | 4941 11th Avenue, Sacramento, CA 95820 |
| 5109 9th Avenue, Sacramento, CA 95820 | 4951 11th Avenue, Sacramento, CA 95820 |
| 5115 9th Avenue, Sacramento, CA 95820 | 5009 11th Avenue, Sacramento, CA 95820 |
| 5000 9th Avenue, Sacramento, CA 95820 | 5017 11th Avenue, Sacramento, CA 95820 |
| 5008 9th Avenue, Sacramento, CA 95820 | 5025 11th Avenue, Sacramento, CA 95820 |
| 5016 9th Avenue, Sacramento, CA 95820 | 5033 11th Avenue, Sacramento, CA 95820 |
| 5024 9th Avenue, Sacramento, CA 95820 | 5041 11th Avenue, Sacramento, CA 95820 |
| 5032 9th Avenue, Sacramento, CA 95820 | 5049 11th Avenue, Sacramento, CA 95820 |
| 5040 9th Avenue, Sacramento, CA 95820 | 5057 11th Avenue, Sacramento, CA 95820 |
| 5048 9th Avenue, Sacramento, CA 95820 | 5065 11th Avenue, Sacramento, CA 95820 |
| 5056 9th Avenue, Sacramento, CA 95820 | 5073 11th Avenue, Sacramento, CA 95820 |
| 5064 9th Avenue, Sacramento, CA 95820 | 5107 11th Avenue, Sacramento, CA 95820 |
| 5072 9th Avenue, Sacramento, CA 95820 | 5115 11th Avenue, Sacramento, CA 95820 |
| 5100 9th Avenue, Sacramento, CA 95820 | 4916 11th Avenue, Sacramento, CA 95820 |
| 5118 9th Avenue, Sacramento, CA 95820 | 4926 11th Avenue, Sacramento, CA 95820 |
| 3410 50th Street, Sacramento, CA 95820 | 4932 11th Avenue, Sacramento, CA 95820 |
| 3405 50th Street, Sacramento, CA 95820 | 4942 11th Avenue, Sacramento, CA 95820 |
| 3424 50th Street, Sacramento, CA 95820 | 4948 11th Avenue, Sacramento, CA 95820 |
| 3425 50th Street, Sacramento, CA 95820 | 4956 11th Avenue, Sacramento, CA 95820 |
| 3524 50th Street, Sacramento, CA 95820 | 3604 50th Street, Sacramento, CA 95820 |
| 3525 50th Street, Sacramento, CA 95820 | 5000 11th Avenue, Sacramento, CA 95820 |
| 5001 10th Avenue, Sacramento, CA 95820 | 5008 11th Avenue, Sacramento, CA 95820 |
| 5009 10th Avenue, Sacramento, CA 95820 | 5016 11th Avenue, Sacramento, CA 95820 |
| 5017 10th Avenue, Sacramento, CA 95820 | 5024 11th Avenue, Sacramento, CA 95820 |
| 5025 10th Avenue, Sacramento, CA 95820 | 5032 11th Avenue, Sacramento, CA 95820 |
| 5033 10th Avenue, Sacramento, CA 95820 | 5040 11th Avenue, Sacramento, CA 95820 |
| 5041 10th Avenue, Sacramento, CA 95820 | 5048 11th Avenue, Sacramento, CA 95820 |
| 5049 10th Avenue, Sacramento, CA 95820 | 5056 11th Avenue, Sacramento, CA 95820 |
| 5057 10th Avenue, Sacramento, CA 95820 | 5064 11th Avenue, Sacramento, CA 95820 |
| 5065 10th Avenue, Sacramento, CA 95820 | 5106 11th Avenue, Sacramento, CA 95820 |
| 5073 10th Avenue, Sacramento, CA 95820 | 3601 50th Street, Sacramento, CA 95820 |
| 5000 10th Avenue, Sacramento, CA 95820 | 4917 12th Avenue, Sacramento, CA 95820 |
| 5008 10th Avenue, Sacramento, CA 95820 | 4925 12th Avenue, Sacramento, CA 95820 |
| 5016 10th Avenue, Sacramento, CA 95820 | 4933 12th Avenue, Sacramento, CA 95820 |

4

| | |
|---|---|
| 4941 12th Avenue, Sacramento, CA 95820 | 4948 13th Avenue, Sacramento, CA 95820 |
| 4949 12th Avenue, Sacramento, CA 95820 | 4956 13th Avenue, Sacramento, CA 95820 |
| 4957 12th Avenue, Sacramento, CA 95820 | 4964 13th Avenue, Sacramento, CA 95820 |
| 5001 12th Avenue, Sacramento, CA 95820 | 5000 13th Avenue, Sacramento, CA 95820 |
| 5009 12th Avenue, Sacramento, CA 95820 | 5008 13th Avenue, Sacramento, CA 95820 |
| 5017 12th Avenue, Sacramento, CA 95820 | 5016 13th Avenue, Sacramento, CA 95820 |
| 5025 12th Avenue, Sacramento, CA 95820 | 5024 13th Avenue, Sacramento, CA 95820 |
| 5033 12th Avenue, Sacramento, CA 95820 | 5032 13th Avenue, Sacramento, CA 95820 |
| 5041 12th Avenue, Sacramento, CA 95820 | 5040 13th Avenue, Sacramento, CA 95820 |
| 5049 12th Avenue, Sacramento, CA 95820 | 5048 13th Avenue, Sacramento, CA 95820 |
| 5057 12th Avenue, Sacramento, CA 95820 | 5054 13th Avenue, Sacramento, CA 95820 |
| 5065 12th Avenue, Sacramento, CA 95820 | 5064 13th Avenue, Sacramento, CA 95820 |
| 5073 12th Avenue, Sacramento, CA 95820 | 5072 13th Avenue, Sacramento, CA 95820 |
| 4926 12th Avenue, Sacramento, CA 95820 | 4957 13th Avenue, Sacramento, CA 95820 |
| 4932 12th Avenue, Sacramento, CA 95820 | 5001 13th Avenue, Sacramento, CA 95820 |
| 4942 12th Avenue, Sacramento, CA 95820 | 3722 50th Street, Sacramento, CA 95820 |
| 4948 12th Avenue, Sacramento, CA 95820 | 4821 11th Avenue, Sacramento, CA 95820 |
| 5000 12th Avenue, Sacramento, CA 95820 | 4825 11th Avenue, Sacramento, CA 95820 |
| 5008 12th Avenue, Sacramento, CA 95820 | 4833 11th Avenue, Sacramento, CA 95820 |
| 5016 12th Avenue, Sacramento, CA 95820 | 4847 11th Avenue, Sacramento, CA 95820 |
| 5024 12th Avenue, Sacramento, CA 95820 | 4849 11th Avenue, Sacramento, CA 95820 |
| 5032 12th Avenue, Sacramento, CA 95820 | 4857 11th Avenue, Sacramento, CA 95820 |
| 5040 12th Avenue, Sacramento, CA 95820 | 4873 11th Avenue, Sacramento, CA 95820 |
| 5048 12th Avenue, Sacramento, CA 95820 | 4878 11th Avenue, Sacramento, CA 95820 |
| 5056 12th Avenue, Sacramento, CA 95820 | 4901 11th Avenue, Sacramento, CA 95820 |
| 5066 12th Avenue, Sacramento, CA 95820 | 4826 11th Avenue, Sacramento, CA 95820 |
| 5072 12th Avenue, Sacramento, CA 95820 | 4836 11th Avenue, Sacramento, CA 95820 |
| 5074 12th Avenue, Sacramento, CA 95820 | 4840 11th Avenue, Sacramento, CA 95820 |
| 4923 13th Avenue, Sacramento, CA 95820 | 4850 11th Avenue, Sacramento, CA 95820 |
| 4925 13th Avenue, Sacramento, CA 95820 | 4856 11th Avenue, Sacramento, CA 95820 |
| 4933 13th Avenue, Sacramento, CA 95820 | 4864 11th Avenue, Sacramento, CA 95820 |
| 4941 13th Avenue, Sacramento, CA 95820 | 4900 11th Avenue, Sacramento, CA 95820 |
| 4949 13th Avenue, Sacramento, CA 95820 | 4910 11th Avenue, Sacramento, CA 95820 |
| 5009 13th Avenue, Sacramento, CA 95820 | 3649 Stockton Boulevard, Sacramento, CA 95820 |
| 5017 13th Avenue, Sacramento, CA 95820 | 4825 12th Avenue, Sacramento, CA 95820 |
| 5025 13th Avenue, Sacramento, CA 95820 | 4835 12th Avenue, Sacramento, CA 95820 |
| 5033 13th Avenue, Sacramento, CA 95820 | 4841 12th Avenue, Sacramento, CA 95820 |
| 5041 13th Avenue, Sacramento, CA 95820 | 4849 12th Avenue, Sacramento, CA 95820 |
| 5063 13th Avenue, Sacramento, CA 95820 | 4901 12th Avenue, Sacramento, CA 95820 |
| 5065 13th Avenue, Sacramento, CA 95820 | 4909 12th Avenue, Sacramento, CA 95820 |
| 5067 13th Avenue, Sacramento, CA 95820 | 3701 Stockton Boulevard, Sacramento, CA 95820 |
| 5069 13th Avenue, Sacramento, CA 95820 | 4824 12th Avenue, Sacramento, CA 95820 |
| 4916 13th Avenue, Sacramento, CA 95820 | 4832 12th Avenue, Sacramento, CA 95820 |
| 4924 13th Avenue, Sacramento, CA 95820 | 4844 12th Avenue, Sacramento, CA 95820 |
| 4932 13th Avenue, Sacramento, CA 95820 | 4900 12th Avenue, Sacramento, CA 95820 |
| 4940 13th Avenue, Sacramento, CA 95820 | 4912 12th Avenue, Sacramento, CA 95820 |

5

| | |
|---|---|
| 3711 Stockton Blvd, Sacramento, CA 95820 | 5136 11th Avenue, Sacramento, CA 95820 |
| 4900 13th Avenue, Sacramento, CA 95820 | 3608 52nd Street, Sacramento, CA 95820 |
| 4908 13th Avenue, Sacramento, CA 95820 | 3608 1/2 52nd Street, Sacramento, CA 95820 |
| 4907 13th Avenue, Sacramento, CA 95820 | 3616 52nd Street, Sacramento, CA 95820 |
| 4909 13th Avenue, Sacramento, CA 95820 | 3617 52nd Street, Sacramento, CA 95820 |
| 3717 Stockton Boulevard, Sacramento, CA 95820 | 3625 52nd Street, Sacramento, CA 95820 |
| 3731 Stockton Boulevard, Sacramento, CA 95820 | 3635 52nd Street, Sacramento, CA 95820 |
| | 3641 52nd Street, Sacramento, CA 95820 |
| | 3649 52nd Street, Sacramento, CA 95820 |
| 3733 Stockton Boulevard, Sacramento, CA 95820 | 3701 52nd Street, Sacramento, CA 95820 |
| | 3709 52nd Street, Sacramento, CA 95820 |
| 3749 Stockton Boulevard, Sacramento, CA 95820 | 3624 52nd Street, Sacramento, CA 95820 |
| | 3632 52nd Street, Sacramento, CA 95820 |
| 3741 Stockton Boulevard, Sacramento, CA 95820 | 3640 52nd Street, Sacramento, CA 95820 |
| | 3654 52nd Street, Sacramento, CA 95820 |
| 4903 13th Avenue, Sacramento, CA 95820 | 3700 52nd Street, Sacramento, CA 95820 |
| 4905 13th Avenue, Sacramento, CA 95820 | 3702 52nd Street, Sacramento, CA 95820 |
| 5123 9th Avenue, Sacramento, CA 95820 | 3533 52nd Street, Sacramento, CA 95820 |
| 5132 9th Avenue, Sacramento, CA 95820 | 3541 52nd Street, Sacramento, CA 95820 |
| 5134 9th Avenue, Sacramento, CA 95820 | 5201 11th Avenue, Sacramento, CA 95820 |
| 5131 9th Avenue, Sacramento, CA 95820 | 3601 52nd Street, Sacramento, CA 95820 |
| 3420 52nd Street, Sacramento, CA 95820 | 3611 52nd Street, Sacramento, CA 95820 |
| 3420 1/2 52nd Street, Sacramento, CA 95820 | 3720 52nd Street, Sacramento, CA 95820 |
| 3424 52nd Street, Sacramento, CA 95820 | 3736 52nd Street, Sacramento, CA 95820 |
| 3426 52nd Street, Sacramento, CA 95820 | 3738 52nd Street, Sacramento, CA 95820 |
| 3428 52nd Street, Sacramento, CA 95820 | 3804 52nd Street, Sacramento, CA 95820 |
| 3432 52nd Street, Sacramento, CA 95820 | 5139 14th Avenue, Sacramento, CA 95820 |
| 3500 52nd Street, Sacramento, CA 95820 | 3717 52nd Street, Sacramento, CA 95820 |
| 3510 52nd Street, Sacramento, CA 95820 | 3725 52nd Street, Sacramento, CA 95820 |
| 3516-A 52nd Street, Sacramento, CA 95820 | 3733 52nd Street, Sacramento, CA 95820 |
| 3516-B 52nd Street, Sacramento, CA 95820 | 3741 52nd Street, Sacramento, CA 95820 |
| 3516-C 52nd Street, Sacramento, CA 95820 | 3801 52nd Street, Sacramento, CA 95820 |
| 3526 52nd Street, Sacramento, CA 95820 | 5500 55th Street, Sacramento, CA 95820 |
| 3530 52nd Street, Sacramento, CA 95820 | 5504 55th Street, Sacramento, CA 95820 |
| 3417 52nd Street, Sacramento, CA 95820 | 4115 55th Street, Sacramento, CA 95820 |
| 3417 1/2 52nd Street, Sacramento, CA 95820 | |
| 3425 52nd Street, Sacramento, CA 95820 | |
| 3425 1/2 52nd Street, Sacramento, CA 95820 | |
| 3433 52nd Street, Sacramento, CA 95820 | |
| 3501 52nd Street, Sacramento, CA 95820 | |
| 3509 52nd Street, Sacramento, CA 95820 | |
| 3515 52nd Street, Sacramento, CA 95820 | |
| 3525 52nd Street, Sacramento, CA 95820 | |
| 5131 11th Avenue, Sacramento, CA 95820 | |
| 5123 11th Avenue, Sacramento, CA 95820 | |
| 5124 11th Avenue, Sacramento, CA 95820 | |

## NOTICE OF MECHANICS LIEN CLAIM

## ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.clb.ca.gov.

7

# PROOF OF SERVICE AFFIDAVIT

I, Mary Dowd declare:

On August 23, 2019, at Sacramento, California, I served the enclosed:

## CLAIM OF MECHANIC'S LIEN

by enclosing true and correct copies thereof in sealed envelopes, with postage thereon fully prepaid, using one of the following described mailing methods:

☐ Registered Mail, Return Receipt Requested;

☒ Certified Mail, Return Receipt Requested;

☐ Express Mail; or

☐ Overnight delivery by an express service carrier.

The envelope was addressed as follows:

Pacific Gas & Electric Company
77 Beale Street, 32nd Floor
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on August 23, 2019, at Sacramento, California.

_____
Mary Dowd

1510900.1

COPY

ORIGINAL
Accepted for Recording
COPY-NOT CERTIFIED

APR 2 9 2019

Sacramento County
Clerk-Recorder

201904290681

RECORDING REQUESTED BY
REQUESTED BY SCOTT MCELHERN
WHEN RECORDED MAIL TO

NAME          DOWNEY BRAND LLP
MAILING       Scott McElhern
ADDRESS       621 Capitol Mall, 18th Floor
              Sacramento, CA 95814

PHONE         (916) 444-1000
NUMBER

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## CLAIM OF MECHANICS LIEN
### (Cal. Civ. Code § 8416)

1.      Teichert Pipelines, Inc. ("Claimant") claims a mechanics lien for the labor, services, equipment and/or materials described in paragraph 2, furnished for a Pacific Gas & Electric Company work of improvement located in the City of Sacramento, County of Sacramento, State of California, and more particularly described as follows:

        Gas main lines and gas service lines for the locations listed on the attached Exhibit A.

2.      After deducting all just credits and offsets, the sum of $828,364.70, plus interest accrued and accruing thereon at the maximum legal rate, is due Claimant for the following generally described labor, materials, services, and/or equipment: construction and installation of 2-inch and 4-inch high pressure plastic gas main; gas service replacements; gas service transfers; deactivation of 3-inch high pressure steel gas main; and gas service cut-off.

3.      Claimant furnished the work and materials at the request of and under contract with Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

4.      The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

5.      Claimant's address is: 3500 American River Drive, Sacramento, CA 95864.

DATED:    4/25/2019                    TEICHERT PIPELINES, INC.

                                       By: _____
                                           Sean Collins, Credit Manager

## VERIFICATION

I, Sean Collins, am the Credit Manager of Teichert Pipelines, Inc., and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: 4/25/2019

TEICHERT PIPELINES, INC.

By: _____
Sean Collins, Credit Manager

## EXHIBIT A

| | |
|---|---|
| 3024 39th Street, Sacramento, CA 95817 | 3975 Broadway, Sacramento, CA 95817 |
| 3034 39th Street, Sacramento, CA 95817 | 3977 Broadway, Sacramento, CA 95817 |
| 3035 39th Street, Sacramento, CA 95817 | 3989 Broadway, Sacramento, CA 95817 |
| 3045 39th Street, Sacramento, CA 95817 | 4001 Broadway, Sacramento, CA 95817 |
| 3046 39th Street, Sacramento, CA 95817 | 4006 Broadway, Sacramento, CA 95817 |
| 3100 39th Street, Sacramento, CA 95817 | 4007 Broadway, Sacramento, CA 95817 |
| 3109 39th Street, Sacramento, CA 95817 | 4030 Broadway, Sacramento, CA 95817 |
| 3110 39th Street, Sacramento, CA 95817 | 4107 Broadway, Sacramento, CA 95817 |
| 3113 39th Street, Sacramento, CA 95817 | 3006 San Jose Way, Sacramento, CA 95817 |
| 3117 39th Street, Sacramento, CA 95817 | 3012 San Jose Way, Sacramento, CA 95817 |
| 3123 39th Street, Sacramento, CA 95817 | 3024 San Jose Way, Sacramento, CA 95817 |
| 3859 7th Avenue, Sacramento, CA 95817 | 3032 San Jose Way, Sacramento, CA 95817 |
| 3867 7th Avenue, Sacramento, CA 95817 | 3035 San Jose Way, Sacramento, CA 95817 |
| 3868 7th Avenue, Sacramento, CA 95817 | 3044 San Jose Way, Sacramento, CA 95817 |
| 3873 7th Avenue, Sacramento, CA 95817 | 3050 San Jose Way, Sacramento, CA 95817 |
| 3875 7th Avenue, Sacramento, CA 95817 | 3101 San Jose Way, Sacramento, CA 95817 |
| 3876 7th Avenue, Sacramento, CA 95817 | 3108 San Jose Way, Sacramento, CA 95817 |
| 3883 7th Avenue, Sacramento, CA 95817 | 3110 San Jose Way, Sacramento, CA 95817 |
| 3889 7th Avenue, Sacramento, CA 95817 | 3122 San Jose Way, Sacramento, CA 95817 |
| 3890 7th Avenue, Sacramento, CA 95817 | 3200 San Jose Way, Sacramento, CA 95817 |
| 3894 7th Avenue, Sacramento, CA 95817 | 3207 San Jose Way, Sacramento, CA 95817 |
| 3900 7th Avenue, Sacramento, CA 95817 | 3210 San Jose Way, Sacramento, CA 95817 |
| 3201 Martin Luther King Jr. Blvd., | 3217 San Jose Way, Sacramento, CA 95817 |
| Sacramento, CA 95817 | 3220 San Jose Way, Sacramento, CA 95817 |
| | 3221 San Jose Way, Sacramento, CA 95817 |
| | 3224 San Jose Way, Sacramento, CA 95817 |
| | 3240 San Jose Way, Sacramento, CA 95817 |
| | 3241 San Jose Way, Sacramento, CA 95817 |
| | 3250 San Jose Way, Sacramento, CA 95817 |
| | 3251 San Jose Way, Sacramento, CA 95817 |
| | 3201 San Jose Way, Sacramento, CA 95817 |
| | 3231 San Jose Way, Sacramento, CA 95817 |

## NOTICE OF MECHANICS LIEN CLAIM

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.clb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT

I, Mary Dowd declare:

On April 29, 2019, at Sacramento, California, I served the enclosed:

## CLAIM OF MECHANIC'S LIEN

by enclosing true and correct copies thereof in sealed envelopes, with postage thereon fully prepaid, using one of the following described mailing methods:

☐ Registered Mail, Return Receipt Requested;

☒ Certified Mail, Return Receipt Requested;

☐ Express Mail; or

☐ Overnight delivery by an express service carrier.

The envelope was addressed as follows:

Pacific Gas & Electric Company
77 Beale Street, 32nd Floor
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on April 29, 2019, at Sacramento, California.

_Mary Dowd_
Mary Dowd

1510300.1

COPY

RECORDING REQUESTED BY
REQUESTED BY SCOTT MCELHERN
WHEN RECORDED MAIL TO

NAME          DOWNEY BRAND LLP
MAILING       Scott McElhern
ADDRESS       621 Capitol Mall, 18th Floor
              Sacramento, CA  95814

PHONE         (916) 444-1000
NUMBER

ORIGINAL
Accepted for Recording
COPY – NOT CERTIFIED

AUG 05 2019

Sacramento County
Clerk/Recorder

201908050565

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## CLAIM OF MECHANICS LIEN
### (Cal. Civ. Code § 8416)

1.      Teichert Pipelines, Inc. ("Claimant") claims a mechanics lien for the labor, services, equipment and/or materials described in paragraph 2, furnished for a Pacific Gas & Electric Company work of improvement located in the City of Sacramento, County of Sacramento, State of California, and more particularly described as follows:

        Gas main lines and gas service lines for the locations listed on the attached Exhibit A.

2.      After deducting all just credits and offsets, the sum of $1,308,568.78, plus interest accrued and accruing thereon at the maximum legal rate, is due Claimant for the following generally described labor, materials, services, and/or equipment: construction and installation of 2-inch high pressure plastic gas main; construction and installation of 4-inch high pressure plastic gas main; construction and installation of 4-inch low pressure plastic gas main; gas service replacements; gas transfer services; and deactivation of low pressure steel gas main.

3.      Claimant furnished the work and materials at the request of and under contract with Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA  94105.

4.      The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA  94105.  Claimant asserts this lien on the distinct and vested property rights of Pacific Gas & Electric Company in the improvements, and not on the interest of any private or public fee owners.

5.      Claimant's address is:  3500 American River Drive, Sacramento, CA  95864.

DATED: _august 2, 2019_          TEICHERT PIPELINES, INC.

                                 By: _____
                                        Sean Collins, Credit Manager

## VERIFICATION

I, Sean Collins, am the Credit Manager of Teichert Pipelines, Inc., and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: _August 2, 2019_

TEICHERT PIPELINES, INC.

By: _____
          Sean Collins, Credit Manager

## EXHIBIT A

| | |
|---|---|
| 1119 Fremont Way, Sacramento, CA 95818 | 2775 14th Street, Sacramento, CA 95818 |
| 1133 Fremont Way, Sacramento, CA 95818 | 2777 14th Street, Sacramento, CA 95818 |
| 1141 Fremont Way, Sacramento, CA 95818 | 2779 14th Street, Sacramento, CA 95818 |
| 1149 Fremont Way, Sacramento, CA 95818 | 2781 14th Street, Sacramento, CA 95818 |
| 1153 Fremont Way, Sacramento, CA 95818 | 2783 14th Street, Sacramento, CA 95818 |
| 2756 12th Street, Sacramento, CA 95818 | 2785 14th Street, Sacramento, CA 95818 |
| 2749 12th Street, Sacramento, CA 95818 | 2787 14th Street, Sacramento, CA 95818 |
| 2751 12th Street, Sacramento, CA 95818 | 2759 Riverside Boulevard, Sacramento, CA 95818 |
| 2753 12th Street, Sacramento, CA 95818 | 2761 Riverside Boulevard, Sacramento, CA 95818 |
| 2755 12th Street, Sacramento, CA 95818 | 2763 Riverside Boulevard, Sacramento, CA 95818 |
| 2757 12th Street, Sacramento, CA 95818 | 1108 Fremont Way, Sacramento, CA 95818 |
| 2759 12th Street, Sacramento, CA 95818 | 1116 Fremont Way, Sacramento, CA 95818 |
| 2761 12th Street, Sacramento, CA 95818 | 1124 Fremont Way, Sacramento, CA 95818 |
| 2758 13th Street, Sacramento, CA 95818 | 1132 Fremont Way, Sacramento, CA 95818 |
| 2760 13th Street, Sacramento, CA 95818 | 1140 Fremont Way, Sacramento, CA 95818 |
| 2762 13th Street, Sacramento, CA 95818 | 1148 Fremont Way, Sacramento, CA 95818 |
| 2764 13th Street, Sacramento, CA 95818 | 1166 Fremont Way, Sacramento, CA 95818 |
| 2766 13th Street, Sacramento, CA 95818 | 1101 Fremont Way, Sacramento, CA 95818 |
| 2768 13th Street, Sacramento, CA 95818 | 1115 Fremont Way, Sacramento, CA 95818 |
| 2770 13th Street, Sacramento, CA 95818 | 1117 Fremont Way, Sacramento, CA 95818 |
| 1300 Markham Way, Sacramento, CA 95818 | 1125 Fremont Way, Sacramento, CA 95818 |
| 2761 13th Street, Sacramento, CA 95818 | 1133 Fremont Way, Sacramento, CA 95818 |
| 2763 13th Street, Sacramento, CA 95818 | 1141 Fremont Way, Sacramento, CA 95818 |
| 2765 13th Street, Sacramento, CA 95818 | 1149 Fremont Way, Sacramento, CA 95818 |
| 2767 13th Street, Sacramento, CA 95818 | 2789 Riverside Boulevard, Sacramento, CA 95818 |
| 2771 13th Street, Sacramento, CA 95818 | 1108 Vallejo Way, Sacramento, CA 95818 |
| 1348 Markham Way, Sacramento, CA 95818 | 1118 Vallejo Way, Sacramento, CA 95818 |
| 2768 14th Street, Sacramento, CA 95818 | 1165 3rd Avenue, Sacramento, CA 95818 |
| 2770 14th Street, Sacramento, CA 95818 | 1121 3rd Avenue, Sacramento, CA 95818 |
| 2772 14th Street, Sacramento, CA 95818 | 1109 3rd Avenue, Sacramento, CA 95818 |
| 2774 14th Street, Sacramento, CA 95818 | 1101 3rd Avenue, Sacramento, CA 95818 |
| 2776 14th Street, Sacramento, CA 95818 | 2763 12th Street, Sacramento, CA 95818 |
| 2783 Regina Way, Sacramento, CA 95818 | 2765 12th Street, Sacramento, CA 95818 |
| 2785 Regina Way, Sacramento, CA 95818 | 2767 12th Street, Sacramento, CA 95818 |
| 2777 Regina Way, Sacramento, CA 95818 | 2769 12th Street, Sacramento, CA 95818 |
| 2769 Regina Way, Sacramento, CA 95818 | 2771 12th Street, Sacramento, CA 95818 |
| 2774 14th Street, Sacramento, CA 95818 | 2773 12th Street, Sacramento, CA 95818 |
| 1329 3rd Avenue, Sacramento, CA 95818 | 2775 12th Street, Sacramento, CA 95818 |
| 1343 3rd Avenue, Sacramento, CA 95818 | 2777 12th Street, Sacramento, CA 95818 |
| 1345 3rd Avenue, Sacramento, CA 95818 | 2772 13th Street, Sacramento, CA 95818 |
| 1385 3rd Avenue, Sacramento, CA 95818 | 2774 13th Street, Sacramento, CA 95818 |
| 1400 Markham Way, Sacramento, CA 95818 | 2776 13th Street, Sacramento, CA 95818 |
| 2771 14th Street, Sacramento, CA 95818 | 2778 13th Street, Sacramento, CA 95818 |
| 2773 14th Street, Sacramento, CA 95818 | 2780 13th Street, Sacramento, CA 95818 |

| | |
|---|---|
| 2784 13th Street, Sacramento, CA 95818 | 2782 13th Street, Sacramento, CA 95818 |
| 2786 13th Street, Sacramento, CA 95818 | 1156 3rd Avenue, Sacramento, CA 95818 |
| 2788 13th Street, Sacramento, CA 95818 | 1101 4th Avenue, Sacramento, CA 95818 |
| 2773 13th Street, Sacramento, CA 95818 | 1107 4th Avenue, Sacramento, CA 95818 |
| 2775 13th Street, Sacramento, CA 95818 | 1115 4th Avenue, Sacramento, CA 95818 |
| 2777 13th Street, Sacramento, CA 95818 | 1121 4th Avenue, Sacramento, CA 95818 |
| 2779 13th Street, Sacramento, CA 95818 | 1129 4th Avenue, Sacramento, CA 95818 |
| 2781 13th Street, Sacramento, CA 95818 | 1137 4th Avenue, Sacramento, CA 95818 |
| 2783 13th Street, Sacramento, CA 95818 | 1143 4th Avenue, Sacramento, CA 95818 |
| 2785 13th Street, Sacramento, CA 95818 | 1149 4th Avenue, Sacramento, CA 95818 |
| 2787 13th Street, Sacramento, CA 95818 | 1155 4th Avenue, Sacramento, CA 95818 |
| 2789 13th Street, Sacramento, CA 95818 | 1161 4th Avenue, Sacramento, CA 95818 |
| 2778 Regina Way, Sacramento, CA 95818 | 1167 4th Avenue, Sacramento, CA 95818 |
| 2780 Regina Way, Sacramento, CA 95818 | 1250 Vallejo Way, Sacramento, CA 95818 |
| 2782 Regina Way, Sacramento, CA 95818 | 1154 4th Avenue, Sacramento, CA 95818 |
| 2784 Regina Way, Sacramento, CA 95818 | 1160 4th Avenue, Sacramento, CA 95818 |
| 2800 Regina Way, Sacramento, CA 95818 | 1166 4th Avenue, Sacramento, CA 95818 |
| 2804 Regina Way, Sacramento, CA 95818 | 1172 4th Avenue, Sacramento, CA 95818 |
| 2808 Regina Way, Sacramento, CA 95818 | 1178 4th Avenue, Sacramento, CA 95818 |
| 2812 Regina Way, Sacramento, CA 95818 | 2900 Regina Way, Sacramento, CA 95818 |
| 2816 Regina Way, Sacramento, CA 95818 | 2904 Regina Way, Sacramento, CA 95818 |
| 1315 Vallejo Way, Sacramento, CA 95818 | 2908 Regina Way, Sacramento, CA 95818 |
| 1320 3rd Avenue, Sacramento, CA 95818 | 2914 Regina Way, Sacramento, CA 95818 |
| 1328 3rd Avenue, Sacramento, CA 95818 | 2916 Regina Way, Sacramento, CA 95818 |
| 1342 3rd Avenue, Sacramento, CA 95818 | 1157 Swanston Drive, Sacramento, CA 95818 |
| 1344 3rd Avenue, Sacramento, CA 95818 | 1153 Swanston Drive, Sacramento, CA 95818 |
| 1352 3rd Avenue, Sacramento, CA 95818 | 1149 Swanston Drive, Sacramento, CA 95818 |
| 1360 3rd Avenue, Sacramento, CA 95818 | 1150 Swanston Drive, Sacramento, CA 95818 |
| 1368 3rd Avenue, Sacramento, CA 95818 | 1154 Swanston Drive, Sacramento, CA 95818 |
| 2800 14th Street, Sacramento, CA 95818 | 1158 Swanston Drive, Sacramento, CA 95818 |
| 2789 14th Street, Sacramento, CA 95818 | 1162 Swanston Drive, Sacramento, CA 95818 |
| 2801 14th Street, Sacramento, CA 95818 | 2901 Riverside Boulevard, Sacramento, CA 95818 |
| 2809 14th Street, Sacramento, CA 95818 | 2907 Riverside Boulevard, Sacramento, CA 95818 |
| 2821 14th Street, Sacramento, CA 95818 | 2911 Riverside Boulevard, Sacramento, CA 95818 |
| 2825 14th Street, Sacramento, CA 95818 | 1106 4th Avenue, Sacramento, CA 95818 |
| 2901 14th Street, Sacramento, CA 95818 | 1112 4th Avenue, Sacramento, CA 95818 |
| 2909 14th Street, Sacramento, CA 95818 | 1118 4th Avenue, Sacramento, CA 95818 |
| 2917 14th Street, Sacramento, CA 95818 | 1124 4th Avenue, Sacramento, CA 95818 |
| 1401 Vallejo Way, Sacramento, CA 95818 | 1130 4th Avenue, Sacramento, CA 95818 |
| 1100 3rd Avenue, Sacramento, CA 95818 | 1136 4th Avenue, Sacramento, CA 95818 |
| 1108 3rd Avenue, Sacramento, CA 95818 | 1142 4th Avenue, Sacramento, CA 95818 |
| 1116 3rd Avenue, Sacramento, CA 95818 | 1148 4th Avenue, Sacramento, CA 95818 |
| 1124 3rd Avenue, Sacramento, CA 95818 | 1109 Swanston Drive, Sacramento, CA 95818 |
| 1132 3rd Avenue, Sacramento, CA 95818 | 1111 Swanston Drive, Sacramento, CA 95818 |
| 1140 3rd Avenue, Sacramento, CA 95818 | 1117 Swanston Drive, Sacramento, CA 95818 |
| 1148 3rd Avenue, Sacramento, CA 95818 | 1121 Swanston Drive, Sacramento, CA 95818 |

| | |
|---|---|
| 1129 Swanston Drive, Sacramento, CA 95818 | 1125 Swanston Drive, Sacramento, CA 95818 |
| 1133 Swanston Drive, Sacramento, CA 95818 | |
| 1137 Swanston Drive, Sacramento, CA 95818 | |
| 1141 Swanston Drive, Sacramento, CA 95818 | |
| 1145 Swanston Drive, Sacramento, CA 95818 | |
| 1100 Swanston Drive, Sacramento, CA 95818 | |
| 1108 Swanston Drive, Sacramento, CA 95818 | |
| 1112 Swanston Drive, Sacramento, CA 95818 | |
| 1116 Swanston Drive, Sacramento, CA 95818 | |
| 1120 Swanston Drive, Sacramento, CA 95818 | |
| 1124 Swanston Drive, Sacramento, CA 95818 | |
| 2957 Govan Way, Sacramento, CA 95818 | |
| 1138 Swanston Drive, Sacramento, CA 95818 | |
| 1142 Swanston Drive, Sacramento, CA 95818 | |
| 1146 Swanston Drive, Sacramento, CA 95818 | |

## NOTICE OF MECHANICS LIEN CLAIM

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.clb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT

I, Mary Dowd declare:

On August 5, 2019, at Sacramento, California, I served the enclosed:

### CLAIM OF MECHANIC'S LIEN

by enclosing true and correct copies thereof in sealed envelopes, with postage thereon fully prepaid, using one of the following described mailing methods:

☐ Registered Mail, Return Receipt Requested;

☒ Certified Mail, Return Receipt Requested;

☐ Express Mail; or

☐ Overnight delivery by an express service carrier.

The envelope was addressed as follows:

Pacific Gas & Electric Company
77 Beale Street, 32nd Floor
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on August 5, 2019, at Sacramento, California.

_____
Mary Dowd

1510300.1

COPY of Document Recorded
13-May-2019 2019-0008633
Has not been compared with
original
NAPA COUNTY RECORDER

RECORDING REQUESTED BY
REQUESTED BY SCOTT MCELHERN
WHEN RECORDED MAIL TO

NAME      DOWNEY BRAND LLP
MAILING    Scott McElhern
ADDRESS    621 Capitol Mall, 18th Floor
           Sacramento, CA 95814

PHONE      (916) 444-1000
NUMBER

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# CLAIM OF MECHANICS LIEN
## (Cal. Civ. Code § 8416)

1.      Teichert Pipelines, Inc. ("Claimant") claims a mechanics lien for the labor, services, equipment and/or materials described in paragraph 2, furnished for a Pacific Gas & Electric Company work of improvement located in the City of Oakville, County of Napa, State of California, and more particularly described as follows:

     Gas service lines for the following location: 7801 St. Helena Highway, Oakville, California 94558.

2.      After deducting all just credits and offsets, the sum of $19,619.46, plus interest accrued and accruing thereon at the maximum legal rate, is due Claimant for the following generally described labor, materials, services, and/or equipment: construction and installation of one high pressure regulator and transferring the service by installing 150 feet of new gas service line.

3.      Claimant furnished the work and materials at the request of and under contract with Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

4.      The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

5.      Claimant's address is: 3500 American River Drive, Sacramento, CA 95864.

DATED:    May 9, 2019        TEICHERT PIPELINES, INC.

                           By: _____
                                 Sean Collins, Credit Manager

## VERIFICATION

I, Sean Collins, am the Credit Manager of Teichert Pipelines, Inc., and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: _____May 9, 2019_____

TEICHERT PIPELINES, INC.

By: _____

Sean Collins, Credit Manager

## NOTICE OF MECHANICS LIEN CLAIM

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.clb.ca.gov.

## PROOF OF SERVICE AFFIDAVIT

I, Mary Dowd declare:

On May 13, 2019, at Sacramento, California, I served the enclosed:

## CLAIM OF MECHANIC'S LIEN

by enclosing true and correct copies thereof in sealed envelopes, with postage thereon fully prepaid, using one of the following described mailing methods:

- ☐ Registered Mail, Return Receipt Requested;

- ☒ Certified Mail, Return Receipt Requested;

- ☐ Express Mail; or

- ☐ Overnight delivery by an express service carrier.

The envelope was addressed as follows:

Pacific Gas & Electric Company
77 Beale Street, 32nd Floor
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on May 13, 2019, at Sacramento, California.

_____
Mary Dowd

1510300.1

# EXHIBIT B



CONFORMED COPY
NOT COMPARED
WITH ORIGINAL

RECORDING REQUESTED BY

**REQUESTED BY SCOTT MCELHERN**

WHEN RECORDED MAIL TO

NAME     **DOWNEY BRAND LLP**

MAILING
ADDRESS     Scott D. McElhern
621 Capitol Mall, 18th Floor
Sacramento, CA 95814

Phone
Number     (916) 444-1000

YOLO Recorder's Office
Jesse Salinas, County Recorder
DOC- 2019-0028901-00
Check Number 83845
RECD BY ON DEMAND LEGAL, INC
Friday, NOV 15, 2019 11:03:00
T&l Pd $102.00    Rcpt # 0001374369
FRT/RS/1-2

*(SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE)*

## PARTIAL RELEASE OF CLAIM OF MECHANICS LIEN

Teichert Pipelines, Inc. ("Claimant"), whose address is 3500 American River Drive, Sacramento, California 95864, hereby PARTIALLY releases that certain Claim of Mechanics Lien (the "Lien"), which Claimant caused to be recorded in the Official Records of the County Recorder of Yolo County on May 14, 2019, document number 2019-0010090-00. Claimant releases $26.59 of the $586,960.70 stated in the Lien. The new amount of the Lien is $586,934.11.

The Pacific Gas & Electric Company work of improvement affected by this PARTIAL release is generally described as gas transmission pipeline L-116 at the following locations:

MP-8.722 and MP-8.7322 at Enterprise Blvd. between APN 067-010-033-000 and APN 067-010-037-000 in West Sacramento, California 95691.

MP 11.699-11.728 at Westacre Road between APN 058-150-002-000 and APN 058-150-006-000 and at Webster Street between APN 058-150-001-000 and APN 058-150-039-000, in West Sacramento, California 95691.

MP 10.610 at Evergreen Avenue, adjacent to APN 067-120-067-000 and APN 067-120-026-000 in West Sacramento, California 95691.

The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

DATED: November **7**, 2019

Teichert Pipelines, Inc.

By: _____
Sean Collins, Credit Manager

1 of 1

# ALL-PURPOSE ACKNOWLEDGMENT NOTARY FOR CALIFORNIA

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**STATE OF CALIFORNIA** )
**COUNTY OF SACRAMENTO** )

On _November 7, 2019_, before me, _Jillian Renae Smith, Notary Public_,
Date                                          Name And Title Of Officer (e.g. "Jane Doe, Notary Public")

personally appeared _____ Sean Collins _____,
Name of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JILLIAN RENAE SMITH
Notary Public – California
Placer County
Commission # 2222487
My Comm. Expres Nov 19, 2021

_Jillian Renae Smith_
Signature of Notary Public

## OPTIONAL

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNER**

☐ Individual
☐ Corporate Officer

_____
Title(s)

☐ Partner(s)        ☐ Limited
                         ☐ General
☐ Attorney-In-Fact
☐ Trustee(s)
☐ Guardian/Conservator
☐ Other: _____

Signer is representing:
Name Of Person(s) Or Entity(ies)

Teichert Pipelines, Inc.
_____

**DESCRIPTION OF ATTACHED DOCUMENT**

Partial Release of Lien
Title or Type of Document

_____
Number Of Pages

11/7/2019
Date Of Document

_____
Signer(s) Other Than Named Above

RECORDING REQUESTED BY

REQUESTED BY SCOTT MCELHERN

WHEN RECORDED MAIL TO

NAME        DOWNEY BRAND LLP

MAILING     Scott D. McElhern
ADDRESS     621 Capitol Mall, 18th Floor
            Sacramento, CA 95814

Phone       (916) 444-1000
Number

**2019084700**

Official Records Of Sonoma County
Deva Marie Proto

11/18/2019 11:51 AM
Fee: $ 92.00 2 Pages

**CONFORMED COPY**
Not Compared with Original

(SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE)

## PARTIAL RELEASE OF CLAIM OF MECHANICS LIEN

Teichert Pipelines, Inc. ("Claimant"), whose address is 3500 American River Drive, Sacramento, California 95864, hereby PARTIALLY releases that certain Claim of Mechanics Lien (the "Lien"), which Claimant caused to be recorded in the Official Records of the County Recorder of Sonoma County on May 23, 2019, document number 2019034572. Claimant releases $17.39 of the $308,876.91 stated in the Lien. The new amount of the Lien is $308,859.52.

The Pacific Gas & Electric Company work of improvement affected by this PARTIAL release is generally described as gas transmission pipeline L-021D at the following locations:

MP 20.08 and 20.24: 601 Sky Ranch Drive, Petaluma, California 94954; APN 136-0600-057-000.

MP 24.64: 5111 Old Redwood Highway North, Petaluma, California 94954 (APN 007-421-015-000); at Old Redwood Highway North adjacent to APN 007-411-025; at Montero Way between APN 007-421-024-000 and APN 007-421-025-000 in Petaluma, California 94954.

MP 30.80: 7181 Highway 116, Forestville, California 95436 (APN 046-062-058-000).

MP 29.89: at West Sierra Avenue between APN 046-102-017-000 and APN 046-102-025-000 in Cotati, California 94931.

MP 30.00: 6700 Stony Point Road, Cotati, California 94931 (APN 046-092-018) and 1699 W Sierra Avenue, Cotati, California 94931 (APN 046-102-001).

The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

DATED: November **7**, 2019                    Teichert Pipelines, Inc.

                                              By: _____
                                                  Sean Collins, Credit Manager

1 of 1

# ALL-PURPOSE ACKNOWLEDGMENT NOTARY FOR CALIFORNIA

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )
COUNTY OF SACRAMENTO )

On _November 7, 2019_, before me, _Jillian Renae Smith, Notary Public_,
Date            Name And Title Of Officer (e.g. "Jane Doe, Notary Public")

personally appeared _____ **Sean Collins** _____,
Name of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

JILLIAN RENAE SMITH
Notary Public – California
Placer County
Commission # 2222487
My Comm. Expires Nov 19, 2021

**OPTIONAL**

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

| CAPACITY CLAIMED BY SIGNER | DESCRIPTION OF ATTACHED DOCUMENT |
|---|---|

☐ Individual
☐ Corporate Officer

_____
Title(s)

☐ Partner(s)    ☐ Limited
            ☐ General
☐ Attorney-In-Fact
☐ Trustee(s)
☐ Guardian/Conservator
☐ Other: _____

Signer is representing:
Name Of Person(s) Or Entity(ies)
**Teichert Pipelines, Inc.**
_____

**Partial Release of Lien**
Title or Type of Document

_____
Number Of Pages

**11/7/2019**
Date Of Document

_____
Signer(s) Other Than Named Above

CONFORMED COPY
Copy of Document Recorded on
11/22/2019 08:06:48 AM
as 2019-14454
Mendocino County Clerk-Recorder

RECORDING REQUESTED BY

REQUESTED BY SCOTT MCELHERN

WHEN RECORDED MAIL TO

NAME  **DOWNEY BRAND LLP**

MAILING
ADDRESS  Scott D. McElhern
621 Capitol Mall, 18th Floor
Sacramento, CA 95814

Phone
Number  **(916) 444-1000**

(SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE)

## PARTIAL RELEASE OF CLAIM OF MECHANICS LIEN

Teichert Pipelines, Inc. ("Claimant"), whose address is 3500 American River Drive, Sacramento, California 95864, hereby PARTIALLY releases that certain Claim of Mechanics Lien (the "Lien"), which Claimant caused to be recorded in the Official Records of the County Recorder of Mendocino County on May 3, 2019, document number 2019-04745. Claimant releases $19,987.80 of the $181,024.84 stated in the Lien. The new amount of the Lien is $161,037.04.

The Pacific Gas & Electric Company work of improvement affected by this PARTIAL release is generally described as gas main lines and gas service lines for the following locations:

14400 Tomki Road, Redwood Valley, California 95470
14275 Tomki Road, Redwood Valley, California 95470
14251 Tomki Road, Redwood Valley, California 95470
14220 Tomki Road, Redwood Valley, California 95470
14605 Tomki Road, Redwood Valley, California 95470
14250 Tomki Road, Redwood Valley, California 95470

The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

DATED: November 7, 2019

Teichert Pipelines, Inc.

By: _____
Sean Collins, Credit Manager

1 of 1

# ALL-PURPOSE ACKNOWLEDGMENT NOTARY FOR CALIFORNIA

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )
COUNTY OF SACRAMENTO )

On _November 7, 2019_, before me, _Jillian Renau Smith, Notary Public_,
　　　　Date　　　　　　　　　　　　　　　　　Name And Title Of Officer (e.g. "Jane Doe, Notary Public")

personally appeared _____ Sean Collins _____ ;
　　　　　　　　　　　　　　　　　　　　　　　　　Name of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JILLIAN RENAE SMITH
Notary Public – California
Placer County
Commission # 2222487
My Comm. Expires Nov 19, 2021

_Jillian Renae Smith_
　　　　　　　Signature of Notary Public

**OPTIONAL**

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

| CAPACITY CLAIMED BY SIGNER | DESCRIPTION OF ATTACHED DOCUMENT |
|---|---|

☐ Individual
☐ Corporate Officer

_____
Title(s)

☐ Partner(s)　☐ Limited
　　　　　　　☐ General

☐ Attorney-In-Fact
☐ Trustee(s)
☐ Guardian/Conservator
☐ Other:

Signer is representing:
Name Of Person(s) Or Entity(ies)

Teichert Pipelines, Inc.

_____

**Partial Release of Lien**
Title or Type of Document

_____
Number Of Pages

**11/7/2019**
Date Of Document

_____
Signer(s) Other Than Named Above

RECORDING REQUESTED BY

**REQUESTED BY SCOTT MCELHERN**

WHEN RECORDED MAIL TO

NAME          **DOWNEY BRAND LLP**

MAILING       Scott D. McElhern
ADDRESS       621 Capitol Mall, 18th Floor
              Sacramento, CA 95814

Phone         (916) 444-1000
Number



Recorded in Official Records,
Solano County
Doc# 201900028826
11/22/2019          8:16:51 AM

(SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE)

## PARTIAL RELEASE OF CLAIM OF MECHANICS LIEN

Teichert Pipelines, Inc. ("Claimant"), whose address is 3500 American River Drive, Sacramento, California 95864, hereby PARTIALLY releases that certain Claim of Mechanics Lien (the "Lien"), which Claimant caused to be recorded in the Official Records of the County Recorder of Solano County on May 13, 2019, document number 201900028826. Claimant releases $57,873.17 of the $280,491.68 stated in the Lien. The new amount of the Lien is $222,618.51.

The Pacific Gas & Electric Company work of improvement affected by this PARTIAL release is generally described as:

Gas main lines and gas service lines for the locations listed on the attached Exhibit A.

The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

DATED: November 7, 2019          Teichert Pipelines, Inc.

By: _____
     Sean Collins, Credit Manager

1 of 2

## EXHIBIT A

517 Butte Street, Vallejo, CA 94590
514 Butte Street, Vallejo, CA 94590
417 Butte Street, Vallejo, CA 94590
201 Kentucky Street, Vallejo, CA 94590
420 Butte Street, Vallejo, CA 94590
625 Butte Street, Vallejo, CA 95490
619 Butte Street, Vallejo, CA 94590
617 Butte Street, Vallejo, CA 94590
622 Butte Street, Vallejo, CA 94590
616 Butte Street, Vallejo, CA 94590
518 Butte Street, Vallejo, CA 94590
516 Butte Street, Vallejo, CA 94590
140 Ohio Street, Vallejo, CA 94590
145 Ohio Street, Vallejo, CA 94590
201 Ohio Street, Vallejo, CA 94590
43 Alabama Street, Vallejo, CA 94590
715 Butte Street, Vallejo, CA 94590
711 Butte Street, Vallejo, CA 94590

## ALL-PURPOSE ACKNOWLEDGMENT NOTARY FOR CALIFORNIA

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**STATE OF CALIFORNIA** )
**COUNTY OF SACRAMENTO** )

On _November 7, 2019_, before me, _Jillian Renae Smith, Notary Public_,
Date                                    Name And Title Of Officer (e.g. "Jane Doe, Notary Public")

personally appeared _____ **Sean Collins** _____,
Name of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JILLIAN RENAE SMITH
Notary Public – California
Placer County
Commission # 2222487
My Comm. Expires Nov 18, 2021

_Jillian Renae Smith_
Signature of Notary Public

**OPTIONAL**

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNER**

☐ Individual
☐ Corporate Officer

_____
Title(s)

☐ Partner(s)     ☐ Limited
                 ☐ General
☐ Attorney-In-Fact
☐ Trustee(s)
☐ Guardian/Conservator
☐ Other: _____

Signer is representing:
Name Of Person(s) Or Entity(ies)
Teichert Pipelines, Inc.
_____

**DESCRIPTION OF ATTACHED DOCUMENT**

_____
Partial Release of Lien
Title or Type of Document

_____
Number Of Pages

_____
11/7/2019
Date Of Document

_____
Signer(s) Other Than Named Above

 COPY

ORIGINAL
Accepted for Recording
COPY – NOT CERTIFIED

NOV 1 5 2019

Sacramento County
Clerk/Recorder

201911150632

(SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE)

RECORDING REQUESTED BY

**REQUESTED BY SCOTT MCELHERN**

WHEN RECORDED MAIL TO

NAME  **DOWNEY BRAND LLP**

MAILING
ADDRESS  Scott D. McElhern
621 Capitol Mall, 18th Floor
Sacramento, CA 95814

Phone
Number  (916) 444-1000

## PARTIAL RELEASE OF CLAIM OF MECHANICS LIEN

Teichert Pipelines, Inc. ("Claimant"), whose address is 3500 American River Drive, Sacramento, California 95864, hereby PARTIALLY releases that certain Claim of Mechanics Lien (the "Lien"), which Claimant caused to be recorded in the Official Records of the County Recorder of Sacramento County on June 27, 2019, document number 201906270691. Claimant releases $159,460.58 of the $672,877.22 stated in the Lien. The new amount of the Lien is $513,416.64.

The Pacific Gas & Electric Company work of improvement affected by this PARTIAL release is generally described as:

Gas main lines and gas service lines for the locations listed on the attached Exhibit A.

The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

DATED: November 7, 2019

Teichert Pipelines, Inc.

By: _____
Sean Collins, Credit Manager

1 of 2

# EXHIBIT A

| | |
|---|---|
| 1701 4th Avenue, Sacramento, CA 95818 | 1801 4th Avenue, Sacramento, CA 95818 |
| 1703 4th Avenue, Sacramento, CA 95818 | 1809 4th Avenue, Sacramento, CA 95818 |
| 1705 4th Avenue, Sacramento, CA 95818 | 1817 4th Avenue, Sacramento, CA 95818 |
| 1600 4th Avenue, Sacramento, CA 95818 | 1831 4th Avenue, Sacramento, CA 95818 |
| 1604 4th Avenue, Sacramento, CA 95818 | 1833 4th Avenue, Sacramento, CA 95818 |
| 1608 4th Avenue, Sacramento, CA 95818 | 1841 4th Avenue, Sacramento, CA 95818 |
| 1612 4th Avenue, Sacramento, CA 95818 | 1849 4th Avenue, Sacramento, CA 95818 |
| 1616 4th Avenue, Sacramento, CA 95818 | 1857 4th Avenue, Sacramento, CA 95818 |
| 1620 4th Avenue, Sacramento, CA 95818 | 1700 4th Avenue, Sacramento, CA 95818 |
| 2900 17th Street, Sacramento, CA 95818 | 1724 4th Avenue, Sacramento, CA 95818 |
| 2929 Marty Way, Sacramento, CA 95818 | 1732 4th Avenue, Sacramento, CA 95818 |
| 1609 Vallejo Way, Sacramento, CA 95818 | 1740 4th Avenue, Sacramento, CA 95818 |
| 1613 Vallejo Way, Sacramento, CA 95818 | 1748 4th Avenue, Sacramento, CA 95818 |
| 1617 Vallejo Way, Sacramento, CA 95818 | 1756 4th Avenue, Sacramento, CA 95818 |
| 1621 Vallejo Way, Sacramento, CA 95818 | 1764 4th Avenue, Sacramento, CA 95818 |
| 1709 4th Avenue, Sacramento, CA 95818 | 1800 4th Avenue, Sacramento, CA 95818 |
| 1717 4th Avenue, Sacramento, CA 95818 | 1810 4th Avenue, Sacramento, CA 95818 |
| 1725 4th Avenue, Sacramento, CA 95818 | 1822 4th Avenue, Sacramento, CA 95818 |
| 1733 4th Avenue, Sacramento, CA 95818 | 1832 4th Avenue, Sacramento, CA 95818 |
| 1741 4th Avenue, Sacramento, CA 95818 | 1840 4th Avenue, Sacramento, CA 95818 |
| 1755 4th Avenue, Sacramento, CA 95818 | 1848 4th Avenue, Sacramento, CA 95818 |
| 2870 18th Street, Sacramento, CA 95818 | 1862 4th Avenue, Sacramento, CA 95818 |

Case: 19-30088   Doc# 5193   Filed: 12/23/19   Entered: 12/23/19 09:58:46   Page 62 of 78

# ALL-PURPOSE ACKNOWLEDGMENT NOTARY FOR CALIFORNIA

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )
COUNTY OF SACRAMENTO )

On _November 7, 2019_, before me, _Jillian Renae Smith, Notary Public_,
    Date                                    Name And Title Of Officer (e.g. "Jane Doe, Notary Public")

personally appeared _____ Sean Collins _____,
                                             Name of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JILLIAN RENAE SMITH
Notary Public – California
Placer County
Commission # 2222487
My Comm. Expires Nov 18, 2021

_____
Signature of Notary Public

## OPTIONAL

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNER**

☐ Individual
☐ Corporate Officer

_____
Title(s)

☐ Partner(s)    ☐ Limited
             ☐ General
☐ Attorney-In-Fact
☐ Trustee(s)
☐ Guardian/Conservator
☐ Other: _____

Signer is representing:
Name Of Person(s) Or Entity(ies)

Teichert Pipelines, Inc.

_____

**DESCRIPTION OF ATTACHED DOCUMENT**

Partial Release of Lien
_____
Title or Type of Document

_____
Number Of Pages

11/7/2019
_____
Date Of Document

_____
Signer(s) Other Than Named Above

 COPY

ORIGINAL
Accepted for Recording
COPY – NOT CERTIFIED

**NOV 15 2019**

Sacramento County
Clerk/Recorder

**201911150633**

RECORDING REQUESTED BY
**REQUESTED BY SCOTT MCELHERN**
WHEN RECORDED MAIL TO

| NAME | DOWNEY BRAND LLP |
| MAILING ADDRESS | Scott D. McElhern<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814 |
| Phone Number | (916) 444-1000 |

(SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE)

## PARTIAL RELEASE OF CLAIM OF MECHANICS LIEN

Teichert Pipelines, Inc. ("Claimant"), whose address is 3500 American River Drive, Sacramento, California 95864, hereby PARTIALLY releases that certain Claim of Mechanics Lien (the "Lien"), which Claimant caused to be recorded in the Official Records of the County Recorder of Sacramento County on August 23, 2019, document number 201908230731.  Claimant releases $7,223.14 of the $1,123,321.57 stated in the Lien.  The new amount of the Lien is $1,116,098.43.

The Pacific Gas & Electric Company work of improvement affected by this PARTIAL release is generally described as:

Gas main lines and gas service lines for the locations listed on the attached Exhibit A; and

Deactivation of the following gas lines:

14th Avenue between 52nd Street and 58th Street in Sacramento, CA 95820;

57th Street between 14th Avenue and San Francisco Boulevard, Sacramento, CA 95820;

San Francisco Boulevard between 55th Street and 57th Street, Sacramento, CA 95820;

55th Street between San Francisco Boulevard and 19th Avenue, Sacramento, CA 95820;

19th Avenue between 52nd Street and 55th Street, Sacramento, CA 95820;

20th Avenue between Stockton Boulevard and 52nd Street & 53rd Street Alley, Sacramento, CA 95820;

52nd Street & 53rd Street Alley between 19th Avenue and 20th Avenue, Sacramento, CA 95820

The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA  94105.

DATED: November **7**, 2019                Teichert Pipelines, Inc.

By: _____
Sean Collins, Credit Manager

1 of 4

## EXHIBIT A

| | |
|---|---|
| 4965 9th Avenue, Sacramento, CA 95820 | 5024 10th Avenue, Sacramento, CA 95820 |
| 5001 9th Avenue, Sacramento, CA 95820 | 5032 10th Avenue, Sacramento, CA 95820 |
| 5009 9th Avenue, Sacramento, CA 95820 | 5040 10th Avenue, Sacramento, CA 95820 |
| 5017 9th Avenue, Sacramento, CA 95820 | 5048 10th Avenue, Sacramento, CA 95820 |
| 5025 9th Avenue, Sacramento, CA 95820 | 5056 10th Avenue, Sacramento, CA 95820 |
| 5033 9th Avenue, Sacramento, CA 95820 | 5068 10th Avenue, Sacramento, CA 95820 |
| 5041 9th Avenue, Sacramento, CA 95820 | 5081 10th Avenue, Sacramento, CA 95820 |
| 5049 9th Avenue, Sacramento, CA 95820 | 4917 11th Avenue, Sacramento, CA 95820 |
| 5057 9th Avenue, Sacramento, CA 95820 | 4925 11th Avenue, Sacramento, CA 95820 |
| 5065 9th Avenue, Sacramento, CA 95820 | 4933 11th Avenue, Sacramento, CA 95820 |
| 5073 9th Avenue, Sacramento, CA 95820 | 4941 11th Avenue, Sacramento, CA 95820 |
| 5109 9th Avenue, Sacramento, CA 95820 | 4951 11th Avenue, Sacramento, CA 95820 |
| 5115 9th Avenue, Sacramento, CA 95820 | 5009 11th Avenue, Sacramento, CA 95820 |
| 5000 9th Avenue, Sacramento, CA 95820 | 5017 11th Avenue, Sacramento, CA 95820 |
| 5008 9th Avenue, Sacramento, CA 95820 | 5025 11th Avenue, Sacramento, CA 95820 |
| 5016 9th Avenue, Sacramento, CA 95820 | 5033 11th Avenue, Sacramento, CA 95820 |
| 5024 9th Avenue, Sacramento, CA 95820 | 5041 11th Avenue, Sacramento, CA 95820 |
| 5032 9th Avenue, Sacramento, CA 95820 | 5049 11th Avenue, Sacramento, CA 95820 |
| 5040 9th Avenue, Sacramento, CA 95820 | 5057 11th Avenue, Sacramento, CA 95820 |
| 5048 9th Avenue, Sacramento, CA 95820 | 5065 11th Avenue, Sacramento, CA 95820 |
| 5056 9th Avenue, Sacramento, CA 95820 | 5073 11th Avenue, Sacramento, CA 95820 |
| 5064 9th Avenue, Sacramento, CA 95820 | 5107 11th Avenue, Sacramento, CA 95820 |
| 5072 9th Avenue, Sacramento, CA 95820 | 5115 11th Avenue, Sacramento, CA 95820 |
| 5100 9th Avenue, Sacramento, CA 95820 | 4916 11th Avenue, Sacramento, CA 95820 |
| 5118 9th Avenue, Sacramento, CA 95820 | 4926 11th Avenue, Sacramento, CA 95820 |
| 3410 50th Street, Sacramento, CA 95820 | 4932 11th Avenue, Sacramento, CA 95820 |
| 3405 50th Street, Sacramento, CA 95820 | 4942 11th Avenue, Sacramento, CA 95820 |
| 3424 50th Street, Sacramento, CA 95820 | 4948 11th Avenue, Sacramento, CA 95820 |
| 3425 50th Street, Sacramento, CA 95820 | 4956 11th Avenue, Sacramento, CA 95820 |
| 3524 50th Street, Sacramento, CA 95820 | 3604 50th Street, Sacramento, CA 95820 |
| 3525 50th Street, Sacramento, CA 95820 | 5000 11th Avenue, Sacramento, CA 95820 |
| 5001 10th Avenue, Sacramento, CA 95820 | 5008 11th Avenue, Sacramento, CA 95820 |
| 5009 10th Avenue, Sacramento, CA 95820 | 5016 11th Avenue, Sacramento, CA 95820 |
| 5017 10th Avenue, Sacramento, CA 95820 | 5024 11th Avenue, Sacramento, CA 95820 |
| 5025 10th Avenue, Sacramento, CA 95820 | 5032 11th Avenue, Sacramento, CA 95820 |
| 5033 10th Avenue, Sacramento, CA 95820 | 5040 11th Avenue, Sacramento, CA 95820 |
| 5041 10th Avenue, Sacramento, CA 95820 | 5048 11th Avenue, Sacramento, CA 95820 |
| 5049 10th Avenue, Sacramento, CA 95820 | 5056 11th Avenue, Sacramento, CA 95820 |
| 5057 10th Avenue, Sacramento, CA 95820 | 5064 11th Avenue, Sacramento, CA 95820 |
| 5065 10th Avenue, Sacramento, CA 95820 | 5106 11th Avenue, Sacramento, CA 95820 |
| 5073 10th Avenue, Sacramento, CA 95820 | 3601 50th Street, Sacramento, CA 95820 |
| 5000 10th Avenue, Sacramento, CA 95820 | 4917 12th Avenue, Sacramento, CA 95820 |
| 5008 10th Avenue, Sacramento, CA 95820 | 4925 12th Avenue, Sacramento, CA 95820 |
| 5016 10th Avenue, Sacramento, CA 95820 | 4933 12th Avenue, Sacramento, CA 95820 |

Case: 19-30088    Doc# 5193    Filed: 12/23/19    Entered: 12/23/19 09:58:46    Page 65 of 78

| | |
|---|---|
| 4941 12th Avenue, Sacramento, CA 95820 | 4948 13th Avenue, Sacramento, CA 95820 |
| 4949 12th Avenue, Sacramento, CA 95820 | 4956 13th Avenue, Sacramento, CA 95820 |
| 4957 12th Avenue, Sacramento, CA 95820 | 4964 13th Avenue, Sacramento, CA 95820 |
| 5001 12th Avenue, Sacramento, CA 95820 | 5000 13th Avenue, Sacramento, CA 95820 |
| 5009 12th Avenue, Sacramento, CA 95820 | 5008 13th Avenue, Sacramento, CA 95820 |
| 5017 12th Avenue, Sacramento, CA 95820 | 5016 13th Avenue, Sacramento, CA 95820 |
| 5025 12th Avenue, Sacramento, CA 95820 | 5024 13th Avenue, Sacramento, CA 95820 |
| 5033 12th Avenue, Sacramento, CA 95820 | 5032 13th Avenue, Sacramento, CA 95820 |
| 5041 12th Avenue, Sacramento, CA 95820 | 5040 13th Avenue, Sacramento, CA 95820 |
| 5049 12th Avenue, Sacramento, CA 95820 | 5048 13th Avenue, Sacramento, CA 95820 |
| 5057 12th Avenue, Sacramento, CA 95820 | 5054 13th Avenue, Sacramento, CA 95820 |
| 5065 12th Avenue, Sacramento, CA 95820 | 5064 13th Avenue, Sacramento, CA 95820 |
| 5073 12th Avenue, Sacramento, CA 95820 | 5072 13th Avenue, Sacramento, CA 95820 |
| 4926 12th Avenue, Sacramento, CA 95820 | 4957 13th Avenue, Sacramento, CA 95820 |
| 4932 12th Avenue, Sacramento, CA 95820 | 5001 13th Avenue, Sacramento, CA 95820 |
| 4942 12th Avenue, Sacramento, CA 95820 | 3722 50th Street, Sacramento, CA 95820 |
| 4948 12th Avenue, Sacramento, CA 95820 | 4821 11th Avenue, Sacramento, CA 95820 |
| 5000 12th Avenue, Sacramento, CA 95820 | 4825 11th Avenue, Sacramento, CA 95820 |
| 5008 12th Avenue, Sacramento, CA 95820 | 4833 11th Avenue, Sacramento, CA 95820 |
| 5016 12th Avenue, Sacramento, CA 95820 | 4847 11th Avenue, Sacramento, CA 95820 |
| 5024 12th Avenue, Sacramento, CA 95820 | 4849 11th Avenue, Sacramento, CA 95820 |
| 5032 12th Avenue, Sacramento, CA 95820 | 4857 11th Avenue, Sacramento, CA 95820 |
| 5040 12th Avenue, Sacramento, CA 95820 | 4873 11th Avenue, Sacramento, CA 95820 |
| 5048 12th Avenue, Sacramento, CA 95820 | 4878 11th Avenue, Sacramento, CA 95820 |
| 5056 12th Avenue, Sacramento, CA 95820 | 4901 11th Avenue, Sacramento, CA 95820 |
| 5066 12th Avenue, Sacramento, CA 95820 | 4826 11th Avenue, Sacramento, CA 95820 |
| 5072 12th Avenue, Sacramento, CA 95820 | 4836 11th Avenue, Sacramento, CA 95820 |
| 5074 12th Avenue, Sacramento, CA 95820 | 4840 11th Avenue, Sacramento, CA 95820 |
| 4923 13th Avenue, Sacramento, CA 95820 | 4850 11th Avenue, Sacramento, CA 95820 |
| 4925 13th Avenue, Sacramento, CA 95820 | 4856 11th Avenue, Sacramento, CA 95820 |
| 4933 13th Avenue, Sacramento, CA 95820 | 4864 11th Avenue, Sacramento, CA 95820 |
| 4941 13th Avenue, Sacramento, CA 95820 | 4900 11th Avenue, Sacramento, CA 95820 |
| 4949 13th Avenue, Sacramento, CA 95820 | 4910 11th Avenue, Sacramento, CA 95820 |
| 5009 13th Avenue, Sacramento, CA 95820 | 3649 Stockton Boulevard, Sacramento, CA 95820 |
| 5017 13th Avenue, Sacramento, CA 95820 | 4825 12th Avenue, Sacramento, CA 95820 |
| 5025 13th Avenue, Sacramento, CA 95820 | 4835 12th Avenue, Sacramento, CA 95820 |
| 5033 13th Avenue, Sacramento, CA 95820 | 4841 12th Avenue, Sacramento, CA 95820 |
| 5041 13th Avenue, Sacramento, CA 95820 | 4849 12th Avenue, Sacramento, CA 95820 |
| 5063 13th Avenue, Sacramento, CA 95820 | 4901 12th Avenue, Sacramento, CA 95820 |
| 5065 13th Avenue, Sacramento, CA 95820 | 4909 12th Avenue, Sacramento, CA 95820 |
| 5067 13th Avenue, Sacramento, CA 95820 | 3701 Stockton Boulevard, Sacramento, CA 95820 |
| 5069 13th Avenue, Sacramento, CA 95820 | 4824 12th Avenue, Sacramento, CA 95820 |
| 4916 13th Avenue, Sacramento, CA 95820 | 4832 12th Avenue, Sacramento, CA 95820 |
| 4924 13th Avenue, Sacramento, CA 95820 | 4844 12th Avenue, Sacramento, CA 95820 |
| 4932 13th Avenue, Sacramento, CA 95820 | 4900 12th Avenue, Sacramento, CA 95820 |
| 4940 13th Avenue, Sacramento, CA 95820 | 4912 12th Avenue, Sacramento, CA 95820 |

3 of 4

| | |
|---|---|
| 3711 Stockton Blvd, Sacramento, CA 95820 | 5136 11th Avenue, Sacramento, CA 95820 |
| 4900 13th Avenue, Sacramento, CA 95820 | 3608 52nd Street, Sacramento, CA 95820 |
| 4908 13th Avenue, Sacramento, CA 95820 | 3608 1/2 52nd Street, Sacramento, CA 95820 |
| 4907 13th Avenue, Sacramento, CA 95820 | 3616 52nd Street, Sacramento, CA 95820 |
| 4909 13th Avenue, Sacramento, CA 95820 | 3617 52nd Street, Sacramento, CA 95820 |
| 3717 Stockton Boulevard, Sacramento, CA 95820 | 3625 52nd Street, Sacramento, CA 95820 |
| 3731 Stockton Boulevard, Sacramento, CA 95820 | 3635 52nd Street, Sacramento, CA 95820 |
| 3733 Stockton Boulevard, Sacramento, CA 95820 | 3641 52nd Street, Sacramento, CA 95820 |
| | 3649 52nd Street, Sacramento, CA 95820 |
| 3749 Stockton Boulevard, Sacramento, CA 95820 | 3701 52nd Street, Sacramento, CA 95820 |
| | 3709 52nd Street, Sacramento, CA 95820 |
| 3741 Stockton Boulevard, Sacramento, CA 95820 | 3624 52nd Street, Sacramento, CA 95820 |
| | 3632 52nd Street, Sacramento, CA 95820 |
| 4903 13th Avenue, Sacramento, CA 95820 | 3640 52nd Street, Sacramento, CA 95820 |
| 4905 13th Avenue, Sacramento, CA 95820 | 3654 52nd Street, Sacramento, CA 95820 |
| 5123 9th Avenue, Sacramento, CA 95820 | 3700 52nd Street, Sacramento, CA 95820 |
| 5132 9th Avenue, Sacramento, CA 95820 | 3702 52nd Street, Sacramento, CA 95820 |
| 5134 9th Avenue, Sacramento, CA 95820 | 3533 52nd Street, Sacramento, CA 95820 |
| 5131 9th Avenue, Sacramento, CA 95820 | 3541 52nd Street, Sacramento, CA 95820 |
| 3420 52nd Street, Sacramento, CA 95820 | 5201 11th Avenue, Sacramento, CA 95820 |
| 3420 1/2 52nd Street, Sacramento, CA 95820 | 3601 52nd Street, Sacramento, CA 95820 |
| 3424 52nd Street, Sacramento, CA 95820 | 3611 52nd Street, Sacramento, CA 95820 |
| 3426 52nd Street, Sacramento, CA 95820 | 3720 52nd Street, Sacramento, CA 95820 |
| 3428 52nd Street, Sacramento, CA 95820 | 3736 52nd Street, Sacramento, CA 95820 |
| 3432 52nd Street, Sacramento, CA 95820 | 3738 52nd Street, Sacramento, CA 95820 |
| 3500 52nd Street, Sacramento, CA 95820 | 3804 52nd Street, Sacramento, CA 95820 |
| 3510 52nd Street, Sacramento, CA 95820 | 5139 14th Avenue, Sacramento, CA 95820 |
| 3516-A 52nd Street, Sacramento, CA 95820 | 3717 52nd Street, Sacramento, CA 95820 |
| 3516-B 52nd Street, Sacramento, CA 95820 | 3725 52nd Street, Sacramento, CA 95820 |
| 3516-C 52nd Street, Sacramento, CA 95820 | 3733 52nd Street, Sacramento, CA 95820 |
| 3526 52nd Street, Sacramento, CA 95820 | 3741 52nd Street, Sacramento, CA 95820 |
| 3530 52nd Street, Sacramento, CA 95820 | 3801 52nd Street, Sacramento, CA 95820 |
| 3417 52nd Street, Sacramento, CA 95820 | 5500 55th Street, Sacramento, CA 95820 |
| 3417 1/2 52nd Street, Sacramento, CA 95820 | 5504 55th Street, Sacramento, CA 95820 |
| 3425 52nd Street, Sacramento, CA 95820 | 4115 55th Street, Sacramento, CA 95820 |
| 3425 1/2 52nd Street, Sacramento, CA 95820 | |
| 3433 52nd Street, Sacramento, CA 95820 | |
| 3501 52nd Street, Sacramento, CA 95820 | |
| 3509 52nd Street, Sacramento, CA 95820 | |
| 3515 52nd Street, Sacramento, CA 95820 | |
| 3525 52nd Street, Sacramento, CA 95820 | |
| 5131 11th Avenue, Sacramento, CA 95820 | |
| 5123 11th Avenue, Sacramento, CA 95820 | |
| 5124 11th Avenue, Sacramento, CA 95820 | |

# ALL-PURPOSE ACKNOWLEDGMENT NOTARY FOR CALIFORNIA

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**STATE OF CALIFORNIA** )
**COUNTY OF SACRAMENTO** )

On _November 7, 2019_, before me, _Jillian Renae Smith, Notary Public_,
Date                                                        Name And Title Of Officer (e.g. "Jane Doe, Notary Public")

personally appeared _____Sean Collins_____,
Name of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JILLIAN RENAE SMITH
Notary Public – California
Placer County
Commission # 2222487
My Comm. Expires Nov 19, 2021

_Jillian Renae Smith_
Signature of Notary Public

## OPTIONAL

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNER**

☐ Individual
☐ Corporate Officer

_____
Title(s)

☐ Partner(s)  ☐ Limited
              ☐ General
☐ Attorney-In-Fact
☐ Trustee(s)
☐ Guardian/Conservator
☐ Other:

Signer is representing:
Name Of Person(s) Or Entity(ies)

Teichert Pipelines, Inc.

**DESCRIPTION OF ATTACHED DOCUMENT**

Partial Release of Lien
Title or Type of Document

Number Of Pages

11/7/2019
Date Of Document

Signer(s) Other Than Named Above



ORIGINAL
Accepted for Recording
COPY – NOT CERTIFIED

**NOV 15 2019**

Sacramento County
Clerk/Recorder

**201911150634**

RECORDING REQUESTED BY

**REQUESTED BY SCOTT MCELHERN**

WHEN RECORDED MAIL TO

NAME    **DOWNEY BRAND LLP**

MAILING
ADDRESS    Scott D. McElhern
621 Capitol Mall, 18th Floor
Sacramento, CA 95814

Phone
Number    (916) 444-1000

(SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE)

## PARTIAL RELEASE OF CLAIM OF MECHANICS LIEN

Teichert Pipelines, Inc. ("Claimant"), whose address is 3500 American River Drive, Sacramento, California 95864, hereby PARTIALLY releases that certain Claim of Mechanics Lien (the "Lien"), which Claimant caused to be recorded in the Official Records of the County Recorder of Sacramento County on April 29, 2019, document number 201904290681. Claimant releases $78,279.52 of the $828,364.70 stated in the Lien. The new amount of the Lien is $750,085.18.

The Pacific Gas & Electric Company work of improvement affected by this PARTIAL release is generally described as:

Gas main lines and gas service lines for the locations listed on the attached Exhibit A.

The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

DATED: November **7**, 2019

Teichert Pipelines, Inc.

By: _____
Sean Collins, **Credit Manager**

1 of 2

## EXHIBIT A

| | |
|---|---|
| 3024 39th Street, Sacramento, CA 95817 | 3975 Broadway, Sacramento, CA 95817 |
| 3034 39th Street, Sacramento, CA 95817 | 3977 Broadway, Sacramento, CA 95817 |
| 3035 39th Street, Sacramento, CA 95817 | 3989 Broadway, Sacramento, CA 95817 |
| 3045 39th Street, Sacramento, CA 95817 | 4001 Broadway, Sacramento, CA 95817 |
| 3046 39th Street, Sacramento, CA 95817 | 4006 Broadway, Sacramento, CA 95817 |
| 3100 39th Street, Sacramento, CA 95817 | 4007 Broadway, Sacramento, CA 95817 |
| 3109 39th Street, Sacramento, CA 95817 | 4030 Broadway, Sacramento, CA 95817 |
| 3110 39th Street, Sacramento, CA 95817 | 4107 Broadway, Sacramento, CA 95817 |
| 3113 39th Street, Sacramento, CA 95817 | 3006 San Jose Way, Sacramento, CA 95817 |
| 3117 39th Street, Sacramento, CA 95817 | 3012 San Jose Way, Sacramento, CA 95817 |
| 3123 39th Street, Sacramento, CA 95817 | 3024 San Jose Way, Sacramento, CA 95817 |
| 3859 7th Avenue, Sacramento, CA 95817 | 3032 San Jose Way, Sacramento, CA 95817 |
| 3867 7th Avenue, Sacramento, CA 95817 | 3035 San Jose Way, Sacramento, CA 95817 |
| 3868 7th Avenue, Sacramento, CA 95817 | 3044 San Jose Way, Sacramento, CA 95817 |
| 3873 7th Avenue, Sacramento, CA 95817 | 3050 San Jose Way, Sacramento, CA 95817 |
| 3875 7th Avenue, Sacramento, CA 95817 | 3101 San Jose Way, Sacramento, CA 95817 |
| 3876 7th Avenue, Sacramento, CA 95817 | 3108 San Jose Way, Sacramento, CA 95817 |
| 3883 7th Avenue, Sacramento, CA 95817 | 3110 San Jose Way, Sacramento, CA 95817 |
| 3889 7th Avenue, Sacramento, CA 95817 | 3122 San Jose Way, Sacramento, CA 95817 |
| 3890 7th Avenue, Sacramento, CA 95817 | 3200 San Jose Way, Sacramento, CA 95817 |
| 3894 7th Avenue, Sacramento, CA 95817 | 3207 San Jose Way, Sacramento, CA 95817 |
| 3900 7th Avenue, Sacramento, CA 95817 | 3210 San Jose Way, Sacramento, CA 95817 |
| 3201 Martin Luther King Jr. Blvd., Sacramento, CA 95817 | 3217 San Jose Way, Sacramento, CA 95817 |
| | 3220 San Jose Way, Sacramento, CA 95817 |
| | 3221 San Jose Way, Sacramento, CA 95817 |
| | 3224 San Jose Way, Sacramento, CA 95817 |
| | 3240 San Jose Way, Sacramento, CA 95817 |
| | 3241 San Jose Way, Sacramento, CA 95817 |
| | 3250 San Jose Way, Sacramento, CA 95817 |
| | 3251 San Jose Way, Sacramento, CA 95817 |
| | 3201 San Jose Way, Sacramento, CA 95817 |
| | 3231 San Jose Way, Sacramento, CA 95817 |

## ALL-PURPOSE ACKNOWLEDGMENT NOTARY FOR CALIFORNIA

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA )
COUNTY OF SACRAMENTO )

On _November 7, 2019_, before me, _Jillian Renae Smith, Notary Public_
Date / Name And Title Of Officer (e.g. "Jane Doe, Notary Public")

personally appeared _____ Sean Collins _____
Name of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JILLIAN RENAE SMITH
Notary Public – California
Placer County
Commission # 2222487
My Comm. Expires Nov 19, 2021

_Jillian Renae Smith_
Signature of Notary Public

## OPTIONAL

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNER**

☐ Individual
☐ Corporate Officer

_____
Title(s)

☐ Partner(s)    ☐ Limited
               ☐ General
☐ Attorney-In-Fact
☐ Trustee(s)
☐ Guardian/Conservator
☐ Other: _____

Signer is representing:
Name Of Person(s) Or Entity(ies)

Teichert Pipelines, Inc.
_____

**DESCRIPTION OF ATTACHED DOCUMENT**

Partial Release of Lien
_____
Title or Type of Document

_____
Number Of Pages

11/7/2019
Date Of Document

_____
Signer(s) Other Than Named Above

 COPY

**RECORDING REQUESTED BY**

**REQUESTED BY SCOTT MCELHERN**

**WHEN RECORDED MAIL TO**

NAME     **DOWNEY BRAND LLP**

MAILING
ADDRESS    **Scott D. McElhern
621 Capitol Mall, 18th Floor
Sacramento, CA 95814**

Phone
Number    **(916) 444-1000**

ORIGINAL
Accepted for Recording
COPY – NOT CERTIFIED

**NOV 1 5 2019**

Sacramento County
Clerk/Recorder

**201911150635**

(SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE)

## PARTIAL RELEASE OF CLAIM OF MECHANICS LIEN

       Teichert Pipelines, Inc. ("Claimant"), whose address is 3500 American River Drive, Sacramento, California 95864, hereby PARTIALLY releases that certain Claim of Mechanics Lien (the "Lien"), which Claimant caused to be recorded in the Official Records of the County Recorder of Sacramento County on August 5, 2019, document number 201908050565. Claimant releases $4,249.63 of the $1,308,568.78 stated in the Lien. The new amount of the Lien is $1,304,319.15.

       The Pacific Gas & Electric Company work of improvement affected by this PARTIAL release is generally described as:

       Gas main lines and gas service lines for the locations listed on the attached Exhibit A.

The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

DATED: November **7**, 2019

Teichert Pipelines, Inc

By: _____
       Sean Collins, Credit Manager

1 of 4

| | |
|---|---|
| 1119 Fremont Way, Sacramento, CA 95818 | 2775 14th Street, Sacramento, CA 95818 |
| 1133 Fremont Way, Sacramento, CA 95818 | 2777 14th Street, Sacramento, CA 95818 |
| 1141 Fremont Way, Sacramento, CA 95818 | 2779 14th Street, Sacramento, CA 95818 |
| 1149 Fremont Way, Sacramento, CA 95818 | 2781 14th Street, Sacramento, CA 95818 |
| 1153 Fremont Way, Sacramento, CA 95818 | 2783 14th Street, Sacramento, CA 95818 |
| 2756 12th Street, Sacramento, CA 95818 | 2785 14th Street, Sacramento, CA 95818 |
| 2749 12th Street, Sacramento, CA 95818 | 2787 14th Street, Sacramento, CA 95818 |
| 2751 12th Street, Sacramento, CA 95818 | 2759 Riverside Boulevard, Sacramento, CA 95818 |
| 2753 12th Street, Sacramento, CA 95818 | 2761 Riverside Boulevard, Sacramento, CA 95818 |
| 2755 12th Street, Sacramento, CA 95818 | 2763 Riverside Boulevard, Sacramento, CA 95818 |
| 2757 12th Street, Sacramento, CA 95818 | 1108 Fremont Way, Sacramento, CA 95818 |
| 2759 12th Street, Sacramento, CA 95818 | 1116 Fremont Way, Sacramento, CA 95818 |
| 2761 12th Street, Sacramento, CA 95818 | 1124 Fremont Way, Sacramento, CA 95818 |
| 2758 13th Street, Sacramento, CA 95818 | 1132 Fremont Way, Sacramento, CA 95818 |
| 2760 13th Street, Sacramento, CA 95818 | 1140 Fremont Way, Sacramento, CA 95818 |
| 2762 13th Street, Sacramento, CA 95818 | 1148 Fremont Way, Sacramento, CA 95818 |
| 2764 13th Street, Sacramento, CA 95818 | 1166 Fremont Way, Sacramento, CA 95818 |
| 2766 13th Street, Sacramento, CA 95818 | 1101 Fremont Way, Sacramento, CA 95818 |
| 2768 13th Street, Sacramento, CA 95818 | 1115 Fremont Way, Sacramento, CA 95818 |
| 2770 13th Street, Sacramento, CA 95818 | 1117 Fremont Way, Sacramento, CA 95818 |
| 1300 Markham Way, Sacramento, CA 95818 | 1125 Fremont Way, Sacramento, CA 95818 |
| 2761 13th Street, Sacramento, CA 95818 | 1133 Fremont Way, Sacramento, CA 95818 |
| 2763 13th Street, Sacramento, CA 95818 | 1141 Fremont Way, Sacramento, CA 95818 |
| 2765 13th Street, Sacramento, CA 95818 | 1149 Fremont Way, Sacramento, CA 95818 |
| 2767 13th Street, Sacramento, CA 95818 | 2789 Riverside Boulevard, Sacramento, CA 95818 |
| 2771 13th Street, Sacramento, CA 95818 | 1108 Vallejo Way, Sacramento, CA 95818 |
| 1348 Markham Way, Sacramento, CA 95818 | 1118 Vallejo Way, Sacramento, CA 95818 |
| 2768 14th Street, Sacramento, CA 95818 | 1165 3rd Avenue, Sacramento, CA 95818 |
| 2770 14th Street, Sacramento, CA 95818 | 1121 3rd Avenue, Sacramento, CA 95818 |
| 2772 14th Street, Sacramento, CA 95818 | 1109 3rd Avenue, Sacramento, CA 95818 |
| 2774 14th Street, Sacramento, CA 95818 | 1101 3rd Avenue, Sacramento, CA 95818 |
| 2776 14th Street, Sacramento, CA 95818 | 2763 12th Street, Sacramento, CA 95818 |
| 2783 Regina Way, Sacramento, CA 95818 | 2765 12th Street, Sacramento, CA 95818 |
| 2785 Regina Way, Sacramento, CA 95818 | 2767 12th Street, Sacramento, CA 95818 |
| 2777 Regina Way, Sacramento, CA 95818 | 2769 12th Street, Sacramento, CA 95818 |
| 2769 Regina Way, Sacramento, CA 95818 | 2771 12th Street, Sacramento, CA 95818 |
| 2774 14th Street, Sacramento, CA 95818 | 2773 12th Street, Sacramento, CA 95818 |
| 1329 3rd Avenue, Sacramento, CA 95818 | 2775 12th Street, Sacramento, CA 95818 |
| 1343 3rd Avenue, Sacramento, CA 95818 | 2777 12th Street, Sacramento, CA 95818 |
| 1345 3rd Avenue, Sacramento, CA 95818 | 2772 13th Street, Sacramento, CA 95818 |
| 1385 3rd Avenue, Sacramento, CA 95818 | 2774 13th Street, Sacramento, CA 95818 |
| 1400 Markham Way, Sacramento, CA 95818 | 2776 13th Street, Sacramento, CA 95818 |
| 2771 14th Street, Sacramento, CA 95818 | 2778 13th Street, Sacramento, CA 95818 |
| 2773 14th Street, Sacramento, CA 95818 | 2780 13th Street, Sacramento, CA 95818 |

Case: 19-30088    Doc# 5193    Filed: 12/23/19    Entered: 12/23/19 09:58:46    Page 73 of 78

| | |
|---|---|
| 2784 13th Street, Sacramento, CA 95818 | 2782 13th Street, Sacramento, CA 95818 |
| 2786 13th Street, Sacramento, CA 95818 | 1156 3rd Avenue, Sacramento, CA 95818 |
| 2788 13th Street, Sacramento, CA 95818 | 1101 4th Avenue, Sacramento, CA 95818 |
| 2773 13th Street, Sacramento, CA 95818 | 1107 4th Avenue, Sacramento, CA 95818 |
| 2775 13th Street, Sacramento, CA 95818 | 1115 4th Avenue, Sacramento, CA 95818 |
| 2777 13th Street, Sacramento, CA 95818 | 1121 4th Avenue, Sacramento, CA 95818 |
| 2779 13th Street, Sacramento, CA 95818 | 1129 4th Avenue, Sacramento, CA 95818 |
| 2781 13th Street, Sacramento, CA 95818 | 1137 4th Avenue, Sacramento, CA 95818 |
| 2783 13th Street, Sacramento, CA 95818 | 1143 4th Avenue, Sacramento, CA 95818 |
| 2785 13th Street, Sacramento, CA 95818 | 1149 4th Avenue, Sacramento, CA 95818 |
| 2787 13th Street, Sacramento, CA 95818 | 1155 4th Avenue, Sacramento, CA 95818 |
| 2789 13th Street, Sacramento, CA 95818 | 1161 4th Avenue, Sacramento, CA 95818 |
| 2778 Regina Way, Sacramento, CA 95818 | 1167 4th Avenue, Sacramento, CA 95818 |
| 2780 Regina Way, Sacramento, CA 95818 | 1250 Vallejo Way, Sacramento, CA 95818 |
| 2782 Regina Way, Sacramento, CA 95818 | 1154 4th Avenue, Sacramento, CA 95818 |
| 2784 Regina Way, Sacramento, CA 95818 | 1160 4th Avenue, Sacramento, CA 95818 |
| 2800 Regina Way, Sacramento, CA 95818 | 1166 4th Avenue, Sacramento, CA 95818 |
| 2804 Regina Way, Sacramento, CA 95818 | 1172 4th Avenue, Sacramento, CA 95818 |
| 2808 Regina Way, Sacramento, CA 95818 | 1178 4th Avenue, Sacramento, CA 95818 |
| 2812 Regina Way, Sacramento, CA 95818 | 2900 Regina Way, Sacramento, CA 95818 |
| 2816 Regina Way, Sacramento, CA 95818 | 2904 Regina Way, Sacramento, CA 95818 |
| 1315 Vallejo Way, Sacramento, CA 95818 | 2908 Regina Way, Sacramento, CA 95818 |
| 1320 3rd Avenue, Sacramento, CA 95818 | 2914 Regina Way, Sacramento, CA 95818 |
| 1328 3rd Avenue, Sacramento, CA 95818 | 2916 Regina Way, Sacramento, CA 95818 |
| 1342 3rd Avenue, Sacramento, CA 95818 | 1157 Swanston Drive, Sacramento, CA 95818 |
| 1344 3rd Avenue, Sacramento, CA 95818 | 1153 Swanston Drive, Sacramento, CA 95818 |
| 1352 3rd Avenue, Sacramento, CA 95818 | 1149 Swanston Drive, Sacramento, CA 95818 |
| 1360 3rd Avenue, Sacramento, CA 95818 | 1150 Swanston Drive, Sacramento, CA 95818 |
| 1368 3rd Avenue, Sacramento, CA 95818 | 1154 Swanston Drive, Sacramento, CA 95818 |
| 2800 14th Street, Sacramento, CA 95818 | 1158 Swanston Drive, Sacramento, CA 95818 |
| 2789 14th Street, Sacramento, CA 95818 | 1162 Swanston Drive, Sacramento, CA 95818 |
| 2801 14th Street, Sacramento, CA 95818 | 2901 Riverside Boulevard, Sacramento, CA 95818 |
| 2809 14th Street, Sacramento, CA 95818 | 2907 Riverside Boulevard, Sacramento, CA 95818 |
| 2821 14th Street, Sacramento, CA 95818 | 2911 Riverside Boulevard, Sacramento, CA 95818 |
| 2825 14th Street, Sacramento, CA 95818 | 1106 4th Avenue, Sacramento, CA 95818 |
| 2901 14th Street, Sacramento, CA 95818 | 1112 4th Avenue, Sacramento, CA 95818 |
| 2909 14th Street, Sacramento, CA 95818 | 1118 4th Avenue, Sacramento, CA 95818 |
| 2917 14th Street, Sacramento, CA 95818 | 1124 4th Avenue, Sacramento, CA 95818 |
| 1401 Vallejo Way, Sacramento, CA 95818 | 1130 4th Avenue, Sacramento, CA 95818 |
| 1100 3rd Avenue, Sacramento, CA 95818 | 1136 4th Avenue, Sacramento, CA 95818 |
| 1108 3rd Avenue, Sacramento, CA 95818 | 1142 4th Avenue, Sacramento, CA 95818 |
| 1116 3rd Avenue, Sacramento, CA 95818 | 1148 4th Avenue, Sacramento, CA 95818 |
| 1124 3rd Avenue, Sacramento, CA 95818 | 1109 Swanston Drive, Sacramento, CA 95818 |
| 1132 3rd Avenue, Sacramento, CA 95818 | 1111 Swanston Drive, Sacramento, CA 95818 |
| 1140 3rd Avenue, Sacramento, CA 95818 | 1117 Swanston Drive, Sacramento, CA 95818 |
| 1148 3rd Avenue, Sacramento, CA 95818 | 1121 Swanston Drive, Sacramento, CA 95818 |

Case: 19-30088    Doc# 5193    Filed: 12/23/19    Entered: 12/23/19 09:58:46    Page 74 of 78

| | |
|---|---|
| 1129 Swanston Drive, Sacramento, CA 95818<br>1133 Swanston Drive, Sacramento, CA 95818<br>1137 Swanston Drive, Sacramento, CA 95818<br>1141 Swanston Drive, Sacramento, CA 95818<br>1145 Swanston Drive, Sacramento, CA 95818<br>1100 Swanston Drive, Sacramento, CA 95818<br>1108 Swanston Drive, Sacramento, CA 95818<br>1112 Swanston Drive, Sacramento, CA 95818<br>1116 Swanston Drive, Sacramento, CA 95818<br>1120 Swanston Drive, Sacramento, CA 95818<br>1124 Swanston Drive, Sacramento, CA 95818<br>2957 Govan Way, Sacramento, CA 95818<br>1138 Swanston Drive, Sacramento, CA 95818<br>1142 Swanston Drive, Sacramento, CA 95818<br>1146 Swanston Drive, Sacramento, CA 95818 | 1125 Swanston Drive, Sacramento, CA 95818 |

Case: 19-30088    Doc# 5193    Filed: 12/23/19    Entered: 12/23/19 09:58:46    Page 75 of 78

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**   **CIVIL CODE § 1189**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )

County of _Placer_ )

On _November 7, 2019_ before me, _Jillian Renae Smith, Notary Public_,
    Date                         Here Insert Name and Title of the Officer

personally appeared _Fran Collins_
                                    Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.


JILLIAN RENAE SMITH
Notary Public – California
Placer County
Commission # 2222467
My Comm. Expires Nov 19, 2021

Signature _Jillian Renae Smith_
                          Signature of Notary Public

*Place Notary Seal Above*
───────────────── *OPTIONAL* ─────────────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _____
Document Date: _____  Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual     ☐ Attorney in Fact
☐ Trustee     ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Individual     ☐ Attorney in Fact
☐ Trustee     ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5907

Document text

COPY of Document Recorded
21-Nov-2019 2019-0024112
Has not been compared with
original
NAPA COUNTY RECORDER

RECORDING REQUESTED BY

**REQUESTED BY SCOTT MCELHERN**

WHEN RECORDED MAIL TO

NAME    **DOWNEY BRAND LLP**

MAILING
ADDRESS    Scott D. McElhern
621 Capitol Mall, 18th Floor
Sacramento, CA 95814

Phone
Number    (916) 444-1000

(SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE)

## RELEASE OF CLAIM OF MECHANICS LIEN

Teichert Pipelines, Inc. ("Claimant"), whose address is 3500 American River Drive, Sacramento, California 95864, hereby releases in its entirety that certain Claim of Mechanics Lien in the sum of $19,619.46, which Claimant caused to be recorded in the Official Records of the County Recorder of Napa County on May 13, 2019, document number 2019-0008633.

The Pacific Gas & Electric Company work of improvement affected by this release is generally described as gas service lines for the following location:

7801 St. Helena Highway, Oakville, California 94558.

The name and address of the owner or reputed owner of the improvements is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, CA 94105.

DATED: November 7, 2019

Teichert Pipelines, Inc.

By: _____
Sean Collins, Credit Manager

1 of 1

# ALL-PURPOSE ACKNOWLEDGMENT NOTARY FOR CALIFORNIA

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**STATE OF CALIFORNIA** )
**COUNTY OF SACRAMENTO** )

On _November 7, 2019_, before me, _Jillian Renae Smith, Notary Public_,
<span style="font-size:small">Date</span>                          Name And Title Of Officer (e.g. "Jane Doe, Notary Public")

personally appeared _____ **Sean Collins** _____,
<span style="font-size:small">Name of Signer(s)</span>

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

JILLIAN RENAE SMITH
Notary Public – California
Placer County
Commission # 2222487
My Comm. Expires Nov 19, 2021

_Jillian Renae Smith_
Signature of Notary Public

## OPTIONAL

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNER**

☐ Individual
☐ Corporate Officer

_____
Title(s)

☐ Partner(s)    ☐ Limited
              ☐ General
☐ Attorney-In-Fact
☐ Trustee(s)
☐ Guardian/Conservator
☐ Other: _____

Signer is representing:
Name Of Person(s) Or Entity(ies)
**Teichert Pipelines, Inc.**
_____
_____

**DESCRIPTION OF ATTACHED DOCUMENT**

_____
**Release of Claim of Mechanics Lien**
Title or Type of Document

_____
Number Of Pages

_____
**11/7/2019**
Date Of Document

_____
Signer(s) Other Than Named Above