Yosef Peretz (SBN 209288)
yperetz@peretzlaw.com
Shane Howarter (SBN 311970)
showarter@peretzlaw.com
PERETZ & ASSOCIATES
22 Battery Street, Suite 200
San Francisco, CA 94111
Telephone:    415.732.3777
Facsimile:    415.732.3791

Attorneys for CARA FENEIS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No.  19-30089 (DM) |
| PACIFIC GAS AND ELECTRIC COMPANY, | Chapter 11 |
| | <u>CERTIFICATE OF SERVICE</u> |
| Debtor. | **Date:**    January 29, 2020 |
| | **Time:**   10:00 a.m. |
| | **Ctrm:**   17 |
| | **Judge:** Hon. Dennis Montali |

I, Kelsi Lerner, declare and state as follows:

1.  I am employed in San Francisco County in the State of California. I am more than eighteen years of age and not a party to this action. My business address is Peretz & Associates, 22 Battery Street, Ste 202, San Francisco, CA, 94111.

2.  I certify that on December 26, 2019, I caused a true and correct copy of the following documents to be served by the method set forth on the Notice Parties Service List attached hereto as Exhibit A:

- **RELIEF FROM STAY COVER SHEET**

Case: 19-30088    Doc# 5207-5    Filed: 12/26/19    Entered: 12/26/19 16:55:40    Page 1 of 3

1    • **CARA FENEIS' NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

2

3    • **CLAIMANT CARA FENEIS' MOTION FOR RELIEF FROM AUTOMATIC STAY TO PERMIT STATE COURT JURY TRIAL OF CARA FENEIS V. PACIFIC GAS AND ELECTRIC COMPANY (CASE NO. RG17866484)**

4

5    • **CARA FENEIS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF HER MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

6

7    • **DECLARATION OF YOSEF PERETZ IN SUPPORT OF CARA FENEIS' MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

8    I declare under penalty of perjury under the laws of the United State of America, that the

9    foregoing is true and correct and that if called upon as a witness, I could and would testify

10   thereto.

11

12                         Executed in San Francisco, California.

13

14   Dated:  December 26, 2019                     PERETZ & ASSOCIATES

15

16                                                By: _____

17                                                        Yosef Peretz
                                                  Attorneys for CARA FENEIS
18

19

20

21

22

23

24

25

26

27

28

1

**Exhibit "A"**

2

Notice Parties Service List

3

Jamie Rudman
4

Nicole Torrado
SANCHEZ & AMADOR, LLP
5

1300 Clay Street, Suite 600
Oakland, California 94612
6

7

to be delivered by

8

[ X ]   **U.S. MAIL:** I am readily familiar with the business practice for collecting and
9

processing of correspondence for mailing with the U.S. Postal Service, and that I sealed
and deposited into the U.S. Postal Service mails the sealed envelope(s), with postage
10

thereon fully prepaid, following ordinary business practices

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28