UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On December 20, 2019, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 26th day of December 2019, at New York, NY.

*/s/ Sonia Akter*
Sonia Akter

SRF 38513

# Exhibit A

# Exhibit A
Notice Parties Service List
Served via first class mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Michael S. Stamer | One Bryant Park | | | New York | NY | 10036-6742 |
| Akin Gump Strauss Hauer & Feld LLP | ABID QURESHI, ESQ. | One Bryant Park | | | New York | NY | 10036-6742 |
| Arent Fox LLP | Beth M. Brownstein | 1301 Avenue of the Americas | 42nd Fl | | New York | NY | 10019-6040 |
| Cotchett, Pitre & McCarthy, LLP | Frank M. Pitre | San Francisco Airport Office Center | 840 Malcom Rd., #200 | | Burlingame | CA | 94010-1413 |
| Cravath, Swaine & Moore LLP | Kevin J. Orsini | 825 Eighth Avenue | | | New York | NY | 10019-7475 |
| Jones Day | BRUCE BENNETT, ESQ. | 555 South Flower Street | Fiftieth Floor | | Los Angeles | CA | 90071-2300 |
| Kaupp & Feinberg, LLP | WILLIAM GORDON KAUPP, ESQ. | One Sansome Street Floor 35 | | | San Francisco | CA | 94104-4436 |
| Keller & Benvenutti, LLP | PETER J. BENVENUTTI, ESQ. | 650 California Street 19th Floor | | | San Francisco | CA | 94108-2702 |
| Kenneth Roye | | 142 West 2nd St. | Suite B | | Chico | CA | 95928-5347 |
| Mary Alexander & Associates, P.C. | Mary E. Alexander | 44 Montgomery St., #1303 | | | San Francisco | CA | 94104-4615 |
| Stone & Associates, A Professional Corporation | Attn: RONALD F. BERESTKA, JR., ESQ. | 2125 Ygnacio Valley Road | Suite 101 | | Walnut Creek | CA | 94598-3356 |
| United States Department of Justice | Office of the U.S. Trustee | GREG M. ZIPES, ESQ. | 450 Golden Gate Avenue | Suite 05-0153 | San Francisco | CA | 94102-3661 |
| Weil, Gotshal & Manges LLP | Stephen Karotkin | 767 Fifth Avenue | | | New York | NY | 10153-0119 |
| Weil, Gotshal & Manges LLP | Theodore Tsekerides | 767 Fifth Avenue | | | New York | NY | 10153-0119 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1

# **Exhibit B**

SRF 38513

Form TRANSC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on December 17, 2019 was filed on December 19, 2019. The following deadlines apply:

The parties have until Thursday, December 26, 2019 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, January 9, 2020.

If a request for redaction is filed, the redacted transcript is due Tuesday, January 21, 2020.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, March 18, 2020, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: <u>12/23/19</u>

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court