Signed and Filed: December 27, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**LABATON SUCHAROW LLP**
Thomas A. Dubbs
Louis Gottlieb
Carol C. Villegas
Jeffrey A. Dubbin (SBN 287199)
140 Broadway
New York, New York 10005

*Lead Counsel to Lead Plaintiff and the Class*

*Bankruptcy Counsel to Lead Plaintiff and the Class*

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, California 94104

*Bankruptcy Counsel to Lead Plaintiff and the Class*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br>Chapter 11<br>(Jointly Administered)<br><br>**ORDER APPROVING STIPULATION REGARDING SCHEDULING WITH RESPECT TO SECURITIES LEAD PLAINTIFF'S MOTION TO APPLY BANKRUPTCY RULE 7023 TO CLASS PROOF OF CLAIM [ECF NO. 5042]**<br><br>**Objection Deadline:** January 14, 2020 at 4:00 PM (Pacific Time)<br><br>**Reply Deadline:** January 22, 2020 at 4:00 PM (Pacific Time)<br><br>**Hearing Date:** January 29, 2019 at 10:00 AM (Pacific Time) |

The Court, having considered the *Stipulation Regarding Scheduling With Respect to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim [ECF No. 5042]* (the "Stipulation") [ECF No. ___],[1] and for good cause shown therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Stipulation is hereby approved.

2. The hearing on the Rule 7023 Motion is rescheduled to the January 29, 2020 omnibus hearing.

3. The Debtors shall have until January 14, 2020 at 4:00 p.m. (Pacific) to file their objection, if any, to the Rule 7023 Motion.

4. If the Debtors file an objection to the Rule 7023 Motion, PERA shall have until January 22, 2020 at 4:00 p.m. (Pacific) to file its reply, if any, in further support of the Rule 7023 Motion.

**APPROVED AS TO FORM AND CONTENT:**

Dated: December 24, 2019

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

By: ___/s/ Peter J. Benvenutti_____

*Counsel to the Debtors in Possession*

Dated: December 24, 2019

LOWENSTEIN SANDLER LLP
MICHELSON LAW GROUP

By: ___/s/ Randy Michelson_____

*Bankruptcy Counsel to Lead Plaintiff and the Class*

*** END OF ORDER ***

---

[1] Capitalized terms used but not defined in this Order have the meanings given thereto in the Stipulation.