December 15, 2019

Jerry & Marcia Gladstone
364 Singing Brook Circle
Santa Rosa, CA 95409
jmgladstone@gmail.com

**FILED**
DEC 15 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

re. lost residence at:
3772 Saint Andrews Drive
Santa Rosa, CA 95403

Honorable Judge Montali
450 Golden Gate Avenue
Mailbox 36099
San Francisco, CA 94102

To Honorable Judge Montali:

FEMA's intention to receive $4.5M of the Wildfire Victims' PG&E settlement as reimbursement for debris removal expenses is unreasonable and unfair. We lost our home and everything we owned in the October 2017 Tubbs Wildfire; our home was at 3772 Saint Andrews Drive, Santa Rosa. We chose to use the debris removal program offered by FEMA/Army Corp of Engineers as they were recommended, and we were assured they would do the job right.

Our lot was essentially flat, the debris removal should have been a straightforward job. Ash Britt (the subcontractor who did the work) did remove the debris in a timely manner, but they removed an excessive amount of material as well as breaking the concrete driveway. When their work was "completed" we had a 2 ½ foot deep lake in the middle of our property. I contacted the Army Corp of Engineers and told them of the excessive excavation, they promised that they would inspect the site. ACE's inspectors did determine that Ash Britt had indeed over excavated. ACE backfilled the giant "crater" using several trucked loads of fill with multiple rounds of compaction.

The invoice received for the debris removal was $266,887.91! We did some benchmarking with our neighbors and friends who used private contractors. For similar situations to ours, they each paid less than $100,000. Our insurance company will pay the debris removal costs, after they negotiate the amount, up to the limit of the coverage we had for this expense.

In summary:
- FEMA grossly overcharged for the debris removal
- FEMA gets paid by the insurance company
- FEMA gets a partial payment from the county
- FEMA wants to get paid yet again by taking a portion of the PG&E Fire Victims' settlement

Not only was FEMA's management of the debris removal process flawed resulting in grossly inflated costs, but they want to get paid for their work multiple times! With the insurance companies the county, and now FEMA dipping into the PG&E Wildfire Settlement funds will there be much left for us victims? The Wildfire Victims need and deserve the settlement funds from PG&E to rebuild their lives. We hope that you can help.

Respectfully,

Jerry Gladstone