Sander L. Esserman *(Admitted Pro Hac Vice)*
Cliff I. Taylor *(Admitted Pro Hac Vice)*
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
Telephone: 214-969-4900
Email: esserman@sbep-law.com

Scott Summy
John Fiske (CSBN 249256)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue #1100
Dallas, TX 75219
Telephone: 214-521-3605
Email: ssummy@baronbudd.com

Christopher H. Hart (CSBN 184117)
Kimberly S. Fineman (CSBN 184433)
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: kfineman@nutihart.com

Attorneys for the Association of California Water Agencies
Joint Powers Insurance Authority

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 19-30088-DM |
| PG&E CORPORATION, | Chapter 11<br>Lead Case, Jointly Administered |
| and | |
| PACIFIC GAS AND ELECTRIC COMPANY, | **DECLARATION OF JENNIFER NOGOSEK IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR ACWA/JPIA TO FILE PROOF OF CLAIM** |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Date: February 26, 2020<br>Time: 10:00 a.m.<br>Place: 450 Golden Gate Avenue, Ctrm 17<br>San Francisco, CA 94102<br>Judge: Hon. Dennis Montali |
| *All papers shall be filed in the Lead Case, No. 19-30088-DM. | **Objection Deadline:** February 19, 2020<br>4:00 p.m. (Pacific Time) |

STUTZMAN BROMBERG ESSERMAN & PLIFKA, P.C.
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201-2689
TELEPHONE: 214-969-4900

I, Jennifer Nogosek, hereby declare as follows:

1.  I am over eighteen years of age, of sound mind, and fully-competent to make this declaration. All statements in this declaration are based on my own personal knowledge and observation and from my review of the court and business records in this case, or upon information and belief as indicated. If called to testify on this matter, I can and would competently testify to the matters set forth in this Declaration.

2.  Since September 2015, I have been employed by the Association of California Water Agencies Joint Powers Insurance Authority ("**ACWA/JPIA**") as a Liability and Property Claims Manager and working out of ACWA/JPIA's offices in Roseville, California near Sacramento.

3.  ACWA/JPIA is a risk-sharing pool owned and governed by its member agencies that formed in 1979 to provide risk-sharing pools. ACWA/JPIA maintains a property program that is designed specifically for public water agencies. Like its members, ACWA/JPIA is a special district subject to the California Government Code.

4.  ACWA/JIPA provides pooled, reinsurance, and excess coverage protection to members against liability for bodily injury, property damage, errors and omissions, employment practices, fiduciary responsibilities products, and pollution. Infrastructure losses are among the most frequent and costly casualty-related losses to ACWA/JPIA's member agencies, each of which is a California water utility.

5.  One of ACWA/JPIA's members is the Paradise Irrigation District—water utility to the Town of Paradise devastated by a deadly and extremely destructive wildfire, the Camp Fire, in November 2018. As a result of the Camp Fire, the Paradise Irrigation District sustained sizeable losses, mostly from loss of and damage to infrastructure.

6.  As a risk-sharing cooperative, ACWA/JPIA effectively insured fire-related claims of its member, the Paradise Irrigation District, arising from the Camp Fire to the extent of ACWA/JPIA's $350,000 retention. Various excess carriers are responsible for the loss to the extent it exceeds $350,000.

STUTZMAN BROMBERG ESSERMAN & PLIFKA, P.C.
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201-2689
TELEPHONE: 214-969-4900

STUTZMAN BROMBERG ESSERMAN & PLIFKA, P.C.
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201-2689
TELEPHONE: 214-969-4900

7.　　In my capacity as a Liability and Property Claims Manager at ACWA/JPIA, I am generally responsible for administering the claim for losses sustained by the Paradise Irrigation District in the Camp Fire to the extent of ACWA/JPIA's $350,000 insured retention. I expect, as a general rule, that any pertinent notices or pleadings relating to the administration of that claim would come to me. I do not recall ever seeing or receiving a notice of any claims bar date in Debtors' bankruptcy cases. Prior to seeing a report on the news during the first or second week of December 2019, I had no knowledge of any deadline, or bar date, for filing a claim in Debtors' bankruptcy cases apart from the applicable California statute of limitations. After seeing that news report, however, I proceeded to make inquiries.

8.　　I am generally unfamiliar with bankruptcy practices and procedures. I have not been involved in the filing of any proof of claim in any bankruptcy case (prior to the $350,000 claim referenced above). Additionally, I have never through my employment with AWCA/JPIA or otherwise, pursued a subrogation claim that involved bankruptcy (again, prior to the $350,000 claim referenced above). To my knowledge, ACWA/JPIA has never sent a demand or bill to the Debtors, or either of them, for its $350,000 retention referenced above.

9.　　Although I am the person at ACWA/JPIA responsible for the administration of the claim sustained by the Paradise Irrigation District as a result of the Camp Fire, I was not the person at ACWA/JPIA responsible for the administration of any claims related to 2017's North Bay wildfires generally or with respect to damages sustained in the Circle Oaks subdivision in Napa County, specifically. Until mid-December 2019, ACWA/JPIA had engaged no legal counsel with respect to its $350,000 retention claim; I was working with ACWA/JPIA's adjuster with respect to such claim, not any lawyers.

I declare under penalty of perjury pursuant to the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge and belief. Executed this _27_ day of December, 2019 in Roseville, California.

Jennifer Nogosek