# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| | Chapter 11 |
| **- and -** | |
| | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | |
| | Ref. Docket No. 5170 |

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM)*

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 19, 2019, I caused to be served the "Certificate of No Objection Regarding Ninth Monthly Fee Statement of Milbank LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period October 1, 2019 Through October 31, 2019," filed on December 19, 2019 [Docket No. 5170], by causing true and correct copies to be:

    a. enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Wing Chan*
Wing Chan

Sworn to before me this
23rd day of December, 2019
*/s/ Forrest Kuffer*
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

# EXHIBIT A

BAKER & HOSTETLER, LLP
COUNSEL FOR OFFICIAL COMMITTEE OF TORT CLAIMANTS
ATTN: ERIC E. SAGERMAN AND CECILY DUMAS
11601 WILSHIRE BLVD.
SUITE 1400
LOS ANGELES CA 90025-0509

MILBANK LLP
COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
ATTN: DENNIS F. DUNNE, SAMUEL A. KHALIL
55 HUDSON YARDS
NEW YORK NY 10001-2163

DLA PIPER LLP
ATTN: JOSHUA D. MORSE
555 MISSION STREET
SUITE 2400
SAN FRANCISCO CA 94105-2933

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JAMES L. SNYDER, ESQ. & TIMOTHY LAFREDDI, ESQ.,
MARTA E. VILLACORTA
450 GOLDEN GATE AVE
SUITE 05-0153
SAN FRANCISCO CA 94102

PG&E CORPORATION
ATTN: JANET LODUCA
77 BEALE STREET
SAN FRANCISCO CA 94177

# EXHIBIT B

bamexampge@gmail.com
david.riley@dlapiper.com
ddunne@milbank.com
esagerman@bakerlaw.com
gbray@milbank.com
james.l.snyder@usdoj.gov
jessica.liou@weil.com
jkim@kellerbenvenutti.com
lattard@bakerlaw.com
marta.villacorta@usdoj.gov
matthew.goren@weil.com
paronzon@milbank.com
rachael.foust@weil.com
skhalil@milbank.com
stephen.karotkin@weil.com
timothy.s.laffredi@usdoj.gov
tkeller@kellerbenvenutti.com
tkreller@milbank.com
traceyrgallegos@gmail.com