Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

**Exhibit A**

**COMPENSATION BY PROFESSIONAL**
**OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

The attorneys who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Blake, Stephen | Litigation | 2008 | $1,325 | 23.20 | $30,740.00 |
| Curnin, Paul C. | Litigation | 1988 | $1,640 | 31.40 | $51,496.00 |
| Frankel, Andrew T. | Litigation | 1990 | $1,535 | 0.50 | $767.50 |
| Goldin, Nicholas | Litigation | 2000 | $1,480 | 46.60 | $68,968.00 |
| Grogan, Gregory T. | ECEB | 2001 | $1,535 | 6.80 | $10,438.00 |
| Kelley, Karen H. | Corporate | 2003 | $1,425 | 0.20 | $285.00 |
| Ponce, Mario A. | Corporate | 1989 | $1,640 | 50.40 | $82,656.00 |
| Purushotham, Ravi | Corporate | 2010 | $1,325 | 5.40 | $7,155.00 |
| Qusba, Sandy | Corporate | 1994 | $1,535 | 75.90 | $116,506.50 |
| Steinhardt, Brian M. | Corporate | 1999 | $1,640 | 4.50 | $7,380.00 |
| Alcabes, Elisa | Litigation | 1989 | $1,220 | 8.20 | $10,004.00 |
| McLendon, Kathrine | Corporate | 1985 | $1,220 | 11.90 | $14,518.00 |
| **Total Partners and Counsel:** | | | | **265.00** | **$400,914.00** |

| NAME OF PROFESSIONAL ASSOCIATES | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Calderon, Justin | Litigation | 2018 | $700 | 32.40 | $22,680.00 |
| Campbell, Eamonn W. | Litigation | 2016 | $915 | 17.00 | $15,555.00 |
| Duran, Raul G. | Litigation | 2018 | $590 | 4.90 | $2,891.00 |
| Fell, Jamie | Corporate | 2015 | $995 | 37.90 | $37,710.50 |
| Isaacman, Jennifer | Litigation | 2019 | $590 | 27.30 | $16,107.00 |
| Kinsel, Kourtney J. | Litigation | 2018 | $590 | 46.40 | $27,376.00 |
| Lundqvist, Jacob | Litigation | 2019 | $590 | 0.80 | $472.00 |
| Phillips, Jacob M. | ECEB | 2017 | $840 | 5.20 | $4,368.00 |
| Sparks Bradley, Rachel | Litigation | 2013 | $1,095 | 38.20 | $41,829.00 |
| Sussman, Rebecca A. | Litigation | 2017 | $840 | 26.80 | $22,512.00 |
| **Total Associates:** | | | | **236.90** | **$191,500.50** |

| NAME OF PARAPROFESSIONALS | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Franklin, Janie Marie | Paralegal – Litigation | | $455 | 2.70 | $1,228.50 |
| Kortright, Magallie | Paralegal - Litigation | | $400 | 6.30 | $2,520.00 |
| Laspisa, Rosemarie | Paralegal - Litigation | | $400 | 2.00 | $800.00 |
| Kovoor, Thomas G. | Knowledge Management | | $420 | 7.50 | $3,150.00 |
| Welman, Timothy | Resource Center | | $265 | 4.00 | $1,060.00 |
| **Total Paraprofessionals:** | | | | **22.50** | **$8,758.50** |

| PROFESSIONALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,512.88 | 265.00 | $400,914.00 |
| Associates | $808.36 | 236.90 | $191,500.50 |
| Paraprofessionals | $389.27 | 22.50 | $8,758.50 |
| Blended Attorney Rate | $1,180.34 | | |
| **Total Fees Incurred** | | **524.40** | **$601,173.00** |