**Exhibit C**

**EXPENSE SUMMARY FOR THE PERIOD
OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| **Expenses** | **Amounts** |
|---|---|
| **Court Fees** | **$0** |
| **Research** | **$28,559.56** |
|     Online Research | $28,485.44 |
|     Document Retrieval | $74.12 |
| **Meals** | **$52.63** |
| **Travel** | **$1,256.07** |
|     Airfare | $285.01 |
|     Hotel | $0 |
|     Out-of-Town Travel | $470.27 |
|     OT – Carfare and Travel | $218.92 |
|     Local Travel | $281.87 |
| **Duplicating** | **$4.10** |
| **Courier and Postage** | **$641.12** |
| **Conferencing/Communication** | **$917.50** |
| **Total Expenses Requested:** | **$31,430.98** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017