Sander L. Esserman *(Admitted Pro Hac Vice)*
Cliff I. Taylor *(Admitted Pro Hac Vice)*
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689
Telephone: 214-969-4900
Email: esserman@sbep-law.com

Scott Summy
John Fiske (CSBN 249256)
BARON & BUDD, P.C.
3102 Oak Lawn Avenue #1100
Dallas, TX 7 5219
Telephone: 214-521-3605
Email: ssummy@baronbudd.com

Christopher H. Hart (CSBN 184117)
Kimberly S. Fineman (CSBN 184433)
NUTI HART LLP
411 30TH Street, Suite 408
Oakland, CA 94609-3311
Telephone: 510-506-7152
Email: kfineman@nutihart.com

Attorneys for Association of California Water Agencies
Joint Powers Insurance Authority

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 19-30088-DM |
| PG&E CORPORATION, | Chapter 11<br>Lead Case, Jointly Administered |
| and | |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | **CERTIFICATE OF SERVICE** |
| | Date: February 26, 2020<br>Time: 10:00 a.m.<br>Place: 450 Golden Gate Avenue, Ctrm 17<br>San Francisco, CA 94102<br>Judge: Hon. Dennis Montali |
| ☐Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088-DM. | **Objection Deadline:** February 19, 2020<br>4:00 p.m. (Pacific Time |

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

STUTZMAN BROMBERG ESSERMAN & PLIFKA, P.C.
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201-2689
TELEPHONE: 214-969-4900

STUTZMAN BROMBERG ESSERMAN & PLIFKA, P.C.
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201-2689
TELEPHONE: 214-969-4900

I am employed in the City of Oakland, County of Alameda, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of Nuti Hart LLP, and my business address is 411 30th Street, Suite 408, Oakland, California 94609-3311.

I served the following document(s):

> **MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR ACWA/JPIA TO FILE PROOF OF CLAIM**

> **DECLARATION OF JENNIFER NOGOSEK IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR ACWA/JPIA TO FILE PROOF OF CLAIM**

> **NOTICE OF HEARING ON MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR ACWA/JPIA TO FILE PROOF OF CLAIM**

by the following means:

☑ **BY ECF.** Based on court rules or an agreement of the parties to accept service by electronic transmission, on December 27, 2019, I caused the document(s) to be filed via the Court's Electronic Case Filing (ECF) which to the best of my knowledge will cause links to such document(s) to be transmitted electronically to the persons at their respective notification who are registered ECF participants.

*See **Attachment 1** for list.*

☑ **BY E-MAIL**. Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent on December 30, 2019, to the persons at the electronic notification addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

*See **Attachment 2** for list.*

☑ **BY FIRST-CLASS MAIL.** I enclosed a true and correct copy of said documents in a sealed envelope addressed to the persons listed below and placed it for collection and mailing with the United States Postal Service on December 30, 2019 following our ordinary business practice, to wit, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

PG&E Corporation
Attn: President or General Counsel
77 Beale Street
PO Box 77000
San Francisco, CA 94177
*Counsel for Debtors*

U.S. Nuclear Regulatory Commission
Attn: General Counsel
Washington, DC 20555-0001

STUTZMAN BROMBERG ESSERMAN & PLIFKA, P.C.
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201-2689
TELEPHONE: 214-969-4900

1

Federal Energy Regulatory Commission
Attn: General Counsel
888 First St NE
Washington, DC 20426

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104-5016

Jon A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901
*Interested Party*

Office of the US Attorney for the
Northern District of California
Attn: Bankruptcy
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Placer County Office of the Treasurer-Tax
Collector
Attn: Robert Kanngiesser
2976 Richardson Drive
Auburn, CA 95603
*Interested Party*

Rodriguez & Associates
Attn: Joseph Whittington, Esq. and
Daniel Turek, Esq.
2020 Eye Street
Bakersfield, CA 93301
*Counsel to Creditors, Ruckman-Leal &
Michael Marroquin*

U.S. Nuclear Regulatory Commission
Attn: General Counsel
U.S. NRC Region IV
1600 E. Lamar Blvd.
Arlington, TX 76011

Executed on December 30, 2019 Oakland, California.

*/s/Nicole C. White*
Nicole C. White

**ATTACHMENT 1**

STUTZMAN BROMBERG ESSERMAN & PLIFKA, P.C.
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201-2689
TELEPHONE: 214-969-4900

# Mailing Information for Case 19-30088

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Elliot Adler**    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- **Annadel A. Almendras**    annadel.almendras@doj.ca.gov
- **Monique D. Almy**    malmy@crowell.com
- **Dana M. Andreoli**    dandreoli@steyerlaw.com, mterry@steyerlaw.com
- **Anne Andrews**    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- **Richard L. Antognini**    rlalawyer@yahoo.com, hallonaegis@gmail.com
- **Tyson Arbuthnot**    tarbuthnot@rjo.com, jyeung@rjo.com
- **Lauren T. Attard**    lattard@bakerlaw.com, agrosso@bakerlaw.com
- **Herb Baer**    hbaer@primeclerk.com, ecf@primeclerk.com
- **Kathryn E. Barrett**    keb@svlg.com, amt@svlg.com
- **Chris Bator**    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- **Ronald S. Beacher**    rbeacher@pryorcashman.com
- **Hagop T. Bedoyan**    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- **Andrew David Behlmann**    abehlmann@lowenstein.com, elawler@lowenstein.com
- **Tanya Behnam**    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- **James C. Behrens**    jbehrens@milbank.com, mkoch@milbank.com
- **Jacob Taylor Beiswenger**    jbeiswenger@omm.com, llattin@omm.com
- **James T. Bentley**    james.bentley@srz.com, Kelly.Knight@srz.com
- **Peter J. Benvenutti**    pbenvenutti@kellerbenvenutti.com
- **Robert Berens**    rberens@smtdlaw.com, sr@smtdlaw.com
- **Heinz Binder**    heinz@bindermalter.com
- **Neil Jon Bloomfield**    njbloomfield@njblaw.com, gklump@njblaw.com
- **Jason Blumberg**    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- **Ameneh Maria Bordi**    ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- **Jason Borg**    jborg@jasonborglaw.com
- **Mark Bostick**    mbostick@wendel.com, bankruptcy@wendel.com
- **James L. Bothwell**    jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- **Peter R. Boutin**    peter.boutin@kyl.com, lara.joel@kyl.com
- **Erin N. Brady**    enbrady@jonesday.com
- **Gregory A. Bray**    gbray@milbank.com
- **Michael D. Breslauer**    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- **W. Steven Bryant**    , molly.batiste-debose@lockelord.com
- **Chane Buck**    cbuck@jonesday.com
- **Elizabeth J. Cabraser**    ecabraser@lchb.com, awolf@lchb.com
- **Anthony P. Cali**    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- **Peter C. Califano**    pcalifano@cwclaw.com
- **Steven M. Campora**    scampora@dbbwc.com, nlechuga@dbbwc.com
- **Leah E. Capritta**    leah.capritta@hklaw.com, lori.labash@hklaw.com
- **Nicholas A. Carlin**    nac@phillaw.com, rac@phillaw.com
- **Katherine Rose Catanese**    kcatanese@foley.com
- **Jennifer Machlin Cecil**    JCecil@winston.com, ECF_SF@winston.com
- **Karen J. Chedister**    kchedister@h-jlaw.com
- **Christina Lin Chen**    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- **Richard A. Chesley**    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- **Shawn M. Christianson**    schristianson@buchalter.com
- **Robert N.H. Christmas**    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- **Alicia Clough**    aclough@loeb.com
- **Tiffany Strelow Cobb**    tscobb@vorys.com
- **John B. Coffman**    john@johncoffman.net

- **Kevin G. Collins**  kevin.collins@btlaw.com
- **Charles Cording**  ccording@willkie.com, mao@willkie.com
- **Manuel Corrales**  mannycorrales@yahoo.com, hcskanchy@hotmail.com
- **Anne Costin**  anne@costinlawfirm.com
- **Donald H. Cram**  dhc@severson.com
- **Ashley Vinson Crawford**  avcrawford@akingump.com, dkrasa-berstell@akingump.com
- **John Cumming**  jcumming@dir.ca.gov
- **J. Russell Cunningham**  rcunningham@dnlc.net, emehr@dnlc.net
- **Keith J. Cunningham**  , rkelley@pierceatwood.com
- **Keith J. Cunningham**  kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- **James D. Curran**  jcurran@wolkincurran.com, dstorms@wolkincurran.com
- **Tambra Curtis**  tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- **Nicolas De Lancie**  ndelancie@jmbm.com
- **Judith A. Descalso**  , jad_9193@ecf.courtdrive.com
- **Erin Elizabeth Dexter**  edexter@milbank.com
- **Shounak S. Dharap**  ssd@arnslaw.com, mec@arnslaw.com
- **Kathryn S. Diemer**  kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- **John P. Dillman**  houston_bankruptcy@publicans.com
- **Jonathan R. Doolittle**  jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- **Jennifer V. Doran**  jdoran@hinckleyallen.com
- **Dustin M. Dow**  ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- **Jamie P. Dreher**  jdreher@downeybrand.com
- **Geoffrey B. Dryvynsyde**  gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- **Cecily Ann Dumas**  cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com
- **Dennis F. Dunne**  cprice@milbank.com, jbrewster@milbank.com
- **Dennis F. Dunne**  ddunne@milbank.com, jbrewster@milbank.com
- **Huonganh Annie Duong**  annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- **Kevin M. Eckhardt**  keckhardt@hunton.com, candonian@huntonak.com
- **Michael Eggenberger**  meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
- **Joseph A. Eisenberg**  JAE1900@yahoo.com
- **Michele Ellison**  mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- **David Emerzian**  , Melany.Hertel@mccormickbarstow.com
- **G. Larry Engel**  larry@engeladvice.com
- **Krista M. Enns**  kenns@beneschlaw.com
- **Joseph M. Esmont**  jesmont@bakerlaw.com
- **Michael P. Esser**  michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- **Richard W. Esterkin**  richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- **Michael S. Etkin**  metkin@lowenstein.com
- **Jacob M. Faircloth**  jacob.faircloth@smolsonlaw.com
- **Brett D. Fallon**  bfallon@morrisjames.com, wweller@morrisjames.com
- **Michael C. Fallon**  mcfallon@fallonlaw.net, manders@fallonlaw.net
- **Joseph Kyle Feist**  jfeistesq@gmail.com, info@norcallawgroup.net
- **David M. Feldman**  DFeldman@gibsondunn.com
- **Matthew A. Feldman**  mfeldman@willkie.com
- **Mark E. Felger**  mfelger@cozen.com
- **James J. Ficenec**  James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- **John D. Fiero**  jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- **Kimberly S. Fineman**  kfineman@nutihart.com, nwhite@nutihart.com
- **Stephen D. Finestone**  sfinestone@fhlawllp.com
- **Timothy M. Flaherty**  tflaherty@mpplaw.com
- **Daniel I. Forman**  dforman@willkie.com
- **Jonathan Forstot**  jonathan.forstot@troutman.com, john.murphy@troutman.com
- **Jonathan Forstot**  , john.murphy@troutman.com
- **Matthew Hampton Foushee**  hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- **Carolyn Frederick**  cfrederick@prklaw.com
- **Peter Friedman**  pfriedman@omm.com

- **Roger F. Friedman**    rfriedman@rutan.com, csolorzano@rutan.com
- **Xiyi Fu**    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- **Lars H. Fuller**    lfuller@bakerlaw.com
- **Larry W. Gabriel**    lgabriel@bg.law, nfields@bg.law
- **Gregg M. Galardi**    gregg.galardi@ropesgray.com
- **Richard L. Gallagher**    richard.gallagher@ropesgray.com
- **Craig Solomon Ganz**    ganzc@ballardspahr.com, hartt@ballardspahr.com
- **Jeffrey K. Garfinkle**    jgarfinkle@buchalter.com
- **Oscar Garza**    ogarza@gibsondunn.com
- **Paul R. Gaus**    paul.gaus@mccormickbarstow.com
- **Duane M. Geck**    dmg@severson.com
- **Evelina Gentry**    evelina.gentry@akerman.com, rob.diwa@akerman.com
- **Janet D. Gertz**    jgertz@btlaw.com, amattingly@btlaw.com
- **Christopher Gessner**    cgessner@akingump.com, NYMCO@akingump.com
- **Barry S. Glaser**    bglaser@swesq.com
- **Paul R. Glassman**    glassmanp@gtlaw.com
- **Gabriel I. Glazer**    gglazer@pszjlaw.com
- **Gabrielle Glemann**    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- **Jaime Godin**    Jtouchstone@fddcm.com
- **Matthew A. Gold**    courts@argopartners.net
- **Eric D. Goldberg**    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Amy L. Goldman**    goldman@lbbslaw.com
- **Eric S. Goldstein**    egoldstein@goodwin.com
- **Rhonda Stewart Goldstein**    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- **Richard H. Golubow**    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- **Michael J. Gomez**    mgomez@frandzel.com, dmoore@frandzel.com
- **Michael W. Goodin**    mgoodin@clausen.com, mgenova@clausen.com
- **Eric R. Goodman**    egoodman@bakerlaw.com
- **Mark A. Gorton**    mgorton@boutinjones.com, cdomingo@boutininc.com
- **Mark A. Gorton**    mgorton@boutininc.com, cdomingo@boutininc.com
- **Michael I. Gottfried**    mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- **Louis Gottlieb**    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- **Eric A. Grasberger**    eric.grasberger@stoel.com, docketclerk@stoel.com
- **Debra I. Grassgreen**    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- **Eric A. Gravink**    eric@rhrc.net
- **Elizabeth A. Green**    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- **Stuart G. Gross**    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- **David Matthew Guess**    guessd@gtlaw.com
- **Elizabeth M. Guffy**    eguffy@lockelord.com, autodocket@lockelord.com
- **Cameron Gulden**    cameron.m.gulden@usdoj.gov
- **Mirco J. Haag**    mhaag@buchalter.com, dcyrankowski@buchalter.com
- **Laurie Hager**    lhager@sussmanshank.com
- **J. Noah Hagey**    hagey@braunhagey.com, tong@braunhagey.com
- **Oren Buchanan Haker**    oren.haker@stoel.com, rene.alvin@stoel.com
- **Kristopher M. Hansen**    dmohamed@stroock.com, mmagzamen@stroock.com
- **Adam C. Harris**    adam.harris@srz.com, james.bentley@srz.com
- **Robert G. Harris**    rob@bindermalter.com
- **Christopher H. Hart**    chart@nutihart.com, nwhite@nutihart.com
- **Bryan L. Hawkins**    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- **Jan M Hayden**    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Jennifer C. Hayes**    jhayes@fhlawllp.com
- **Alaina R. Heine**    alaina.heine@dechert.com, brett.stone@dechert.com
- **Cristina A. Henriquez**    chenriquez@mayerbrown.com
- **Stephen E. Hessler, P.C.**    , jozette.chong@kirkland.com
- **Sean T. Higgins**    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- **Morgan R. Hirst**    mhirst@jonesday.com, mmelvin@jonesday.com

- **Michael R. Hogue**    hoguem@gtlaw.com, navarrom@gtlaw.com
- **David Holtzman**    david.holtzman@hklaw.com
- **Alexandra S. Horwitz**    allie.horwitz@dinsmore.com
- **Marsha Houston**    mhouston@reedsmith.com, hvalencia@reedsmith.com
- **Shane Huang**    shane.huang@usdoj.gov
- **Brian D. Huben**    hubenb@ballardspahr.com
- **Jonathan Hughes**    jane.rustice@aporter.com
- **Edward R. Huguenin**    ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- **Michael A. Isaacs**    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- **Mark V. Isola**    mvi@sbj-law.com
- **J. Eric Ivester**    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- **J. Eric Ivester**    , Andrea.Bates@skadden.com
- **Ivan C. Jen**    ivan@icjenlaw.com
- **Monique Jewett-Brewster**    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- **James O. Johnston**    jjohnston@jonesday.com
- **Chris Johnstone**    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- **Andrew Jones**    andrew@ajoneslaw.com
- **Gregory K. Jones**    GJones@dykema.com, cacossano@dykema.com
- **Robert A. Julian**    rjulian@bakerlaw.com
- **George H. Kalikman**    gkalikman@schnader.com, sdavenport@schnader.com
- **Roberto J. Kampfner**    rkampfner@whitecase.com, mco@whitecase.com
- **Gary M. Kaplan**    gkaplan@fbm.com, calendar@fbm.com
- **Robert B. Kaplan**    rbk@jmbm.com
- **Eve H. Karasik**    ehk@lnbyb.com
- **Elyssa S. Kates**    ekates@bakerlaw.com
- **Ori Katz**    okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **William M. Kaufman**    wkaufman@smwb.com
- **Jane G. Kearl**    jkearl@watttieder.com, jbenton@watttieder.com
- **Tobias S. Keller**    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- **Lynette C. Kelly**    ustpregion17.oa.ecf@usdoj.gov
- **Matthew K. Kelsey**    mkelsey@gibsondunn.com
- **Gerald P. Kennedy**    gerald.kennedy@procopio.com, angela.stevens@procopio.com
- **Erica L. Kerman**    ekerman@willkie.com
- **Samuel A. Khalil**    skhalil@milbank.com, jbrewster@milbank.com
- **Samuel M. Kidder**    skidder@ktbslaw.com
- **Marc Kieselstein**    , carrie.oppenheim@kirkland.com
- **Jane Kim**    jkim@kellerbenvenutti.com
- **Kody D. L. Kleber**    kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- **Matthew Ryan Klinger**    mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- **Bradley C. Knapp**    bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- **Kelly V. Knight**    kelly.knight@srz.com
- **Lydia Vanessa Ko**    Lvko@stonelawoffice.com
- **Thomas F. Koegel**    tkoegel@crowell.com
- **Katherine Kohn**    kkohn@groom.com, ashahinllari@groom.com
- **Andy S. Kong**    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- **Anna Kordas**    akordas@jonesday.com, mmelvin@jonesday.com
- **Alan W. Kornberg**    , akornberg@paulweiss.com
- **Bernard Kornberg**    bjk@severson.com
- **David I. Kornbluh**    dik@millermorton.com, mhr@millermorton.com
- **Lauren Kramer**    lkramer@rjo.com
- **Jeffrey C. Krause**    jkrause@gibsondunn.com
- **Thomas R. Kreller**    tkreller@milbank.com
- **Lindsey E. Kress**    lkress@lockelord.com, autodocket@lockelord.com
- **Hannah C. Kreuser**    hkreuser@porterlaw.com, ooberg@porterlaw.com
- **Michael Thomas Krueger**    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- **Robert T. Kugler**    robert.kugler@stinson.com

- **Boris Kukso**     boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- **Alisa C. Lacey**     alisa.lacey@stinson.com, karen.graves@stinson.com
- **Timothy S. Laffredi**     timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- **Richard A. Lapping**     rich@trodellalapping.com
- **Omeed Latifi**     olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- **John E. Lattin**     jlattin@ostergar.com, cslovenec@ostergar.com
- **Michael Lauter**     mlauter@sheppardmullin.com
- **Kenneth T. Law**     klaw@bbslaw.com
- **Francis J. Lawall**     lawallf@pepperlaw.com, henrys@pepperlaw.com
- **Andrew Michael Leblanc**     ALeblanc@milbank.com
- **Erica Lee**     Erica.Lee@doj.ca.gov
- **Scott Lee**     scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- **Edward J. Leen**     eleen@mkbllp.com
- **Lisa Lenherr**     llenherr@wendel.com, bankruptcy@wendel.com
- **Matthew A. Lesnick**     matt@lesnickprince.com, jmack@lesnickprince.com
- **Bryn G. Letsch**     bletsch@braytonlaw.com
- **David B. Levant**     david.levant@stoel.com, rene.alvin@stoel.com
- **Andrew H. Levin**     alevin@wcglaw.com
- **David Levine**     dnl@groom.com
- **Marc A. Levinson**     Malevinson@orrick.com, casestream@ecf.courtdrive.com
- **Dara Levinson Silveira**     dsilveira@kellerbenvenutti.com
- **Alexander James Demitro Lewicki**     kdiemer@diemerwei.com, alewicki@diemerwei.com
- **William S. Lisa**     , jcaruso@nixonpeabody.com
- **William S. Lisa**     wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- **Jonathan A. Loeb**     jon.loeb@bingham.com
- **John William Lucas**     jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- **Jane Luciano**     jane-luciano@comcast.net
- **Kerri Lyman**     klyman@irell.com
- **Carissa A. Lynch**     Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- **John H. MacConaghy**     macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- **Iain A. Macdonald**     iain@macfern.com, ecf@macfern.com
- **Tracy L. Mainguy**     tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **Samuel R. Maizel**     samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- **Adam Malatesta**     adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- **Katharine Malone**     malonek@gtlaw.com
- **Liam K. Malone**     malone@oles.com, shahin@oles.com
- **Michael W. Malter**     michael@bindermalter.com
- **Craig Margulies**     cmargulies@margulies-law.com, lsalazar@margulies-law.com
- **Geoffrey E. Marr**     gemarr59@hotmail.com
- **Richard A. Marshack**     rmarshack@marshackhays.com, lbuchanan@marshackhays.com
- **Catherine Martin**     cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- **Laila Masud**     lmasud@marshackhays.com, 8649808420@filings.docketbird.com
- **David P. Matthews**     jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- **Patrick C. Maxcy**     patrick.maxcy@snrdenton.com
- **Benjamin P. McCallen**     bmccallen@willkie.com
- **Thomas E. McCurnin**     tmccurnin@bkolaw.com, kescano@bkolaw.com
- **Hugh M. McDonald**     hugh.mcdonald@troutman.com, john.murphy@troutman.com
- **Hugh M. McDonald**     , john.murphy@troutman.com
- **C. Luckey McDowell**     Luckey.McDowell@Shearman.com
- **Matthew D. McGill**     MMcGill@gibsondunn.com
- **Scott H. McNutt**     SMcNutt@ml-sf.com, csnell@ml-sf.com
- **Thomas Melone**     Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- **Peter Meringolo**     peter@pmrklaw.com
- **Frank A. Merola**     lacalendar@stroock.com, mmagzamen@stroock.com
- **Jennifer L. Mersing**     jennifer.mersing@stoel.com, lisa.petras@stoel.com
- **Joshua M. Mester**     jmester@jonesday.com

- **Matthew D. Metzger**    belvederelegalecf@gmail.com
- **Randy Michelson**    randy.michelson@michelsonlawgroup.com
- **Joseph G. Minias**    jminias@willkie.com
- **M. David Minnick**    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- **Nancy Mitchell**    nmitchell@omm.com
- **Thomas C. Mitchell**    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- **John A. Moe**    john.moe@dentons.com, glenda.spratt@dentons.com
- **Aaron J. Mohamed**    ajm@brereton.law, aaronmohamedlaw@gmail.com
- **Kevin Montee**    kmontee@monteeassociates.com
- **David W. Moon**    lacalendar@stroock.com, mmagzamen@stroock.com
- **Diane Marger Moore**    dmargermoore@baumhedlundlaw.com
- **Erika L. Morabito**    emorabito@foley.com, hsiagiandraughn@foley.com
- **Candace J. Morey**    cjm@cpuc.ca.gov
- **Courtney L. Morgan**    morgan.courtney@pbgc.gov
- **Joshua D. Morse**    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- **Andrew H. Morton**    andrew.morton@stoel.com, lisa.petras@stoel.com
- **Thomas G. Mouzes**    tmouzes@boutinjones.com, cdomingo@boutininc.com
- **Peter S. Munoz**    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- **Bennett J. Murphy**    bmurphy@bennettmurphylaw.com
- **Michael S. Myers**    myersms@ballardspahr.com, hartt@ballardspahr.com
- **Alan I. Nahmias**    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- **David L. Neale**    dln@lnbrb.com
- **David L. Neale**    dln@lnbyb.com
- **David Neier**    dneier@winston.com
- **Brittany J. Nelson**    bnelson@foley.com, hsiagiandraughn@foley.com
- **Michael S. Neumeister**    MNeumeister@gibsondunn.com
- **Howard S. Nevins**    hnevins@hsmlaw.com
- **Melissa T. Ngo**    ngo.melissa@pbgc.gov, efile@pbgc.gov
- **Mario R. Nicholas**    mario.nicholas@stoel.com, cherie.clark@stoel.com
- **Sean Nolan**    snolan@akingump.com, NYMCO@akingump.com
- **Gregory C. Nuti**    gnuti@nutihart.com, nwhite@nutihart.com
- **Abigail O'Brient**    aobrient@mintz.com, docketing@mintz.com
- **Julie E. Oelsner**    joelsner@weintraub.com, bjennings@weintraub.com
- **Office of the U.S. Trustee / SF**    USTPRegion17.SF.ECF@usdoj.gov
- **Matthew Jon Olson**    matt@macfern.com, ecf@macfern.com
- **Steven M. Olson**    smo@smolsonlaw.com
- **Aram Ordubegian**    Ordubegian.Aram@ArentFox.com
- **Gabriel Ozel**   , gabeozel@gmail.com
- **Margarita Padilla**    Margarita.Padilla@doj.ca.gov
- **Amy S. Park**    amy.park@skadden.com, alissa.turnipseed@skadden.com
- **Donna Taylor Parkinson**    donna@parkinsonphinney.com
- **Peter S. Partee**   , candonian@huntonak.com
- **Paul J. Pascuzzi**    ppascuzzi@ffwplaw.com, kwidder@ffwplaw.com
- **Kenneth Pasquale**   , mlaskowski@stroock.com
- **Charles Scott Penner**    penner@carneylaw.com, caragol@carneylaw.com
- **Valerie Bantner Peo**    vbantnerpeo@buchalter.com
- **Yosef Peretz**    yperetz@peretzlaw.com, skim@peretzlaw.com
- **Danielle A. Pham**    danielle.pham@usdoj.gov
- **Thomas R. Phinney**    tom@parkinsonphinney.com
- **R. Alexander Pilmer**    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- **M. Ryan Pinkston**    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- **Estela O. Pino**    epino@epinolaw.com, rmahal@epinolaw.com
- **Gregory Plaskett**    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- **Mark D. Plevin**    mplevin@crowell.com
- **Steven G. Polard**    spolard@eisnerlaw.com
- **Mark D. Poniatowski**    ponlaw@ponlaw.com

- **William L. Porter**    bporter@porterlaw.com, Ooberg@porterlaw.com
- **Christopher E. Prince**    cprince@lesnickprince.com
- **Douglas B. Provencher**    dbp@provlaw.com
- **Stacey C. Quan**    squan@steyerlaw.com, pspencer@steyerlaw.com
- **Amy C. Quartarolo**    amy.quartarolo@lw.com
- **Lary Alan Rappaport**    lrappaport@proskauer.com, PHays@proskauer.com
- **Justin E. Rawlins**    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- **Hugh M. Ray**    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- **Paul F. Ready**    smeyer@farmerandready.com
- **Caroline A. Reckler**    caroline.reckler@lw.com
- **David M. Reeder**    david@reederlaw.com, david.m.reeder@gmail.com;Jessica@reederlaw.com
- **Steven J. Reisman**    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- **Jeffrey M. Reisner**    jreisner@irell.com
- **Jack A. Reitman**    , srichmond@lgbfirm.com
- **Emily P. Rich**    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- **David J. Richardson**    drichardson@bakerlaw.com, agonzalez@bakerlaw.com
- **Christopher O. Rivas**    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- **David B. Rivkin**    drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- **John R. Rizzardi**    kcoselman@cairncross.com, tnguyen@cairncross.com
- **Daniel Robertson**    robertson.daniel@pbgc.gov, efile@pbgc.gov
- **Lacey E. Rochester**    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- **Michael Rogers**    mrogers@lambertrogers.com, jan@lambertrogers.com
- **Julie H. Rome-Banks**    julie@bindermalter.com
- **Jorian L. Rose**    jrose@bakerlaw.com
- **Paul M. Rosenblatt**    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- **Allan Robert Rosin**    arrosin@alr-law.com
- **Jay M. Ross**    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- **Gregory A. Rougeau**    grougeau@brlawsf.com
- **Stacy H. Rubin**    rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com
- **Jason C. Rubinstein**    jrubinstein@fklaw.com, mclerk@fklaw.com
- **Nathan Q. Rugg**    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- **Thomas B. Rupp**    trupp@kellerbenvenutti.com
- **Eric E. Sagerman**    esagerman@bakerlaw.com
- **Robert Sahyan**    rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- **Jonathan C. Sanders**    jsanders@stblaw.com
- **Nanette D. Sanders**    nanette@ringstadlaw.com, becky@ringstadlaw.com
- **Lovee Sarenas**    Lovee.sarenas@lewisbrisbois.com
- **Sunny S. Sarkis**    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- **Patricia Savage**    psavesq@gmail.com, jodi.savage@gmail.com
- **Sblend A. Sblendorio**    sas@hogefenton.com
- **Francis O. Scarpulla**    fos@scarpullalaw.com, cpc@scarpullalaw.com
- **Daren M Schlecter**    daren@schlecterlaw.com, info@schlecterlaw.com
- **Bradley R. Schneider**    bradley.schneider@mto.com
- **Harvey S. Schochet**    Harveyschochet@dwt.com
- **Lisa Schweitzer**    lschweitzer@cgsh.com
- **Eric J. Seiler**    eseiler@fklaw.com, mclerk@fklaw.com
- **David B. Shemano**    dshemano@pwkllp.com
- **James A. Shepherd**    jim@jsheplaw.com, shepIGN@gmail.com
- **Leonard M. Shulman**    lshulman@shbllp.com
- **Andrew I. Silfen**    andrew.silfen@arentfox.com
- **Wayne A. Silver**    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- **Craig S. Simon**    csimon@bergerkahn.com, aketcher@bergerkahn.com
- **Gerald Singleton**    gerald@slffirm.com, BKECFCANB@SLFfirm.com
- **Jeremy C. Sink**    jsink@kmclaw.com
- **Michael K. Slattery**    mslattery@lkfirm.com, rramirez@lkfirm.com
- **Dania Slim**    dania_slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com

- **Jennifer N. Slocum**    jennifer.slocum@stoel.com, docketclerk@stoel.com
- **Aaron C. Smith**    asmith@lockelord.com, autodocket@lockelord.com
- **Alan D. Smith**    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- **Jan D. Sokol**    jdsokol@lawssl.com, dwright@lawssl.com
- **Randye B. Soref**    rsoref@polsinelli.com
- **Joseph Sorkin**    jsorkin@akingump.com, NYMCO@akingump.com
- **Bennett L. Spiegel**    blspiegel@jonesday.com
- **Michael St. James**    ecf@stjames-law.com
- **Howard J. Steinberg**    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- **Harriet A. Steiner**    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- **Lillian G. Stenfeldt**    lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- **Lillian G. Stenfeldt**    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- **Cheryl L. Stengel**    clstengel@outlook.com, stengelcheryl40@gmail.com
- **David M. Stern**    dstern@ktbslaw.com
- **Geoffrey S. Stewart**    gstewart@jonesday.com, mmelvin@jonesday.com
- **Alan J. Stone**    AStone@milbank.com, DMcCracken@Milbank.com
- **Rebecca Suarez**    rsuarez@crowell.com
- **Brad T. Summers**    summerst@lanepowell.com, docketing-pdx@lanepowell.com
- **Kristine Theodesia Takvoryan**    ktakvoryan@ckrlaw.com
- **Derrick Talerico**    dtalerico@ztlegal.com, sfritz@ztlegal.com
- **Kesha Tanabe**    kesha@tanabelaw.com
- **Elizabeth Lee Thompson**    ethompson@stites.com, docketclerk@stites.com
- **John C. Thornton**    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- **Elisa Tolentino**    cao.main@sanjoseca.gov
- **Meagan S. Tom**    Meagan.tom@lockelord.com, autodocket@lockelord.com
- **Edward J. Tredinnick**    etredinnick@greeneradovsky.com
- **Matthew Jordan Troy**    matthew.troy@usdoj.gov
- **Andrew Van Ornum**    avanornum@vlmglaw.com, hchea@vlmglaw.com
- **Shmuel Vasser**    shmuel.vasser@dechert.com, brett.stone@dechert.com
- **Victor A. Vilaplana**    vavilaplana@foley.com, rhurst@foley.com
- **Marta Villacorta**    marta.villacorta@usdoj.gov
- **John A. Vos**    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- **Bao M. Vu**    bao.vu@stoel.com, sharon.witkin@stoel.com
- **Jonathan D. Waisnor**    jwaisnor@willkie.com, mao@willkie.com
- **Riley C. Walter**    ecf@W2LG.com
- **Phillip K. Wang**    phillip.wang@rimonlaw.com
- **Philip S. Warden**    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- **Lindsi M. Weber**    lweber@polsinelli.com, yderac@polsinelli.com
- **Rebecca Weissman**    rebecca.weissman@dechert.com
- **Joseph M. Welch**    jwelch@buchalter.com, dcyrankowski@buchalter.com
- **David Walter Wessel**    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- **Joseph West**    westjoseph@earthlink.net, josephw998@gmail.com
- **Drew M. Widders**    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- **Eric R. Wilson**    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- **Kimberly S. Winick**    kwinick@clarktrev.com, knielsen@clarktrev.com
- **Rebecca J. Winthrop**    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- **David Wirt**    david.wirt@hklaw.com, denise.harmon@hklaw.com
- **Ryan A. Witthans**    rwitthans@fhlawllp.com
- **Risa Lynn Wolf-Smith**    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- **Douglas Wolfe**    dwolfe@asmcapital.com
- **Catherine E. Woltering**    cwoltering@bakerlaw.com
- **Andrea Wong**    wong.andrea@pbgc.gov, efile@pbgc.gov
- **Christopher Kwan Shek Wong**    christopher.wong@arentfox.com
- **Kirsten A. Worley**    kw@wlawcorp.com, admin@wlawcorp.com
- **Antonio Yanez**    ayanez@willkie.com

- **Cathy Yanni**    cathy@cathyyanni.com, pstrunk@browngreer.com
- **Andrew Yaphe**    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- **Tacie H. Yoon**    tyoon@crowell.com
- **Bennett G. Young**    byoung@jmbm.com, jb8@jmbm.com
- **Christopher L. Young**    cyoung@cairncross.com, nspringstroh@cairncross.com
- **Paul H. Zumbro**    mao@cravath.com
- **Brittany Zummer**    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- **Dario de Ghetaldi**    deg@coreylaw.com, lf@coreylaw.com

**ATTACHMENT 2**

STUTZMAN BROMBERG ESSERMAN & PLIFKA, P.C.
2323 BRYAN STREET, SUITE 2200
DALLAS, TX 75201-2689
TELEPHONE: 214-969-4900

| EMAIL |
| --- |
| ablevin@mintz.com |
| ablodgett@cpmlegal.com |
| acaton@kramerlevin.com |
| acordova@cpmlegal.com |
| aglaubach@teamtogut.com |
| ajang@janglit.com |
| alex.sher@hoganlovells.com |
| alr@coreylaw.com |
| altogut@teamtogut.com |
| Amoskowitz@gibsondunn.com |
| Amy.Goldman@lewisbrisbois.com |
| andrew.parlen@lw.com |
| andrew.rosenblatt@nortonrosefulbright.com |
| Annadel.Almendras@doj.ca.gov |
| aoden@teamtogut.com |
| aortiz@jhwclaw.com |
| aparna.yenamandra@kirkland.com |
| arocles.aguilar@cpuc.ca.gov |
| astrabone@irell.com |
| avobrient@mintz.com |
| bankruptcy@coag.gov |
| Bankruptcy2@ironmountain.com |
| bankruptcycourtnotices@unioncounsel.net |
| bankruptcynotices@up.com |
| bbates@phrd.com |
| bennett.spiegel@hoganlovells.com |
| bennettmurphy@quinnemanuel.com |
| Beth.Brownstein@arentfox.com |
| bfeder@kelleydrye.com |
| bhermann@paulweiss.com |
| bkleinman@kilpatricktownsend.com |
| bmullan@crowell.com |
| brian.lohan@arnoldporter.com |
| brosen@proskauer.com |
| bryan.bates@dentons.com |
| btrust@mayerbrown.com |
| busch@wvbrlaw.com |
| candace.morey@cpuc.ca.gov |
| Catheryn.Daly@sfcityatty.org |

| |
|---|
| cbelmonte@ssbb.com |
| cgray@unioncounsel.net |
| charney@seyfarth.com |
| christopher.harris@lw.com |
| christy.rivera@nortonrosefulbright.com |
| cmartin@simon.com |
| Craig@MarguliesFaithLaw.com |
| cshore@whitecase.com |
| cvarnen@irell.com |
| cvillegas@labaton.com |
| Danette.Valdez@doj.ca.gov |
| daniel.egan@ropesgray.com |
| daniel.laguardia@shearman.com |
| david.riley@dlapiper.com |
| david.rosenzweig@nortonrosefulbright.com |
| david.schiff@davispolk.com |
| david.seligman@kirkland.com |
| dbotter@akingump.com |
| dfelder@orrick.com |
| dgooding@choate.com |
| dmintz@orrick.com |
| dsh@classlawgroup.com |
| dshamah@omm.com |
| dsimonds@akingump.com |
| dvd@svlg.com |
| dwood@marshackhays.com |
| egilad@stroock.com |
| ehg@classlawgroup.com |
| eli.vonnegut@davispolk.com |
| eric.may@yolocounty.org |
| Erika.Schoenberger@davey.com |
| erin.brady@hoganlovells.com |
| erlamblaw@gmail.com |
| evan@jtrlaw1.com |
| fpitre@cpmlegal.com |
| fsmith@cozen.com |
| geoffrey.dryvynsyde@cpuc.ca.gov |
| gerald.kennedy@procopio.com |
| ghofmann@cohnekinghorn.com |

| |
|---|
| golivera@lowenstein.com |
| harris.winsberg@troutman.com |
| hartlt@ballardspahr.com |
| holsen@stroock.com |
| howard.seife@nortonrosefulbright.com |
| Ian.Roberts@BakerBotts.com |
| idizengoff@akingump.com |
| imac@macfern.com |
| info@norcallawgroup.net |
| info@youngwardlothert.com |
| ipachulski@pszjlaw.com |
| James.L.Snyder@usdoj.gov |
| jamie.fell@stblaw.com |
| Jasmin.Yang@lewisbrisbois.com |
| jcdebaca@mayerbrown.com |
| jdt@jdthompsonlaw.com |
| jdubbin@labaton.com |
| jessica.liou@weil.com |
| jfhallisey@gmail.com |
| Jg5786@att.com |
| jlowenthal@steyerlaw.com |
| jmarshall@choate.com |
| jmills@taylorenglish.com |
| jmullan@sonomacleanpower.org |
| joe@norcallawgroup.net |
| John.mccusker@baml.com |
| john.mitchell@akerman.com |
| john@jtrlaw1.com |
| john@slffirm.com |
| Jordana.Renert@arentfox.com |
| josephwest@westlawfirmofcalifornia.com |
| Joshua.Bevitz@ndlf.com |
| joshua.sturm@ropesgray.com |
| jrapisardi@omm.com |
| jreisner@irell.com |
| jrowland@bakerdonelson.com |
| jsmith@mckoolsmith.com |
| Julia.Mosel@sce.com |
| katherine.malone@troutman.com |

| |
|---|
| katie.coleman@hugheshubbard.com |
| kbaghdadi@walkuplawoffice.com |
| kcapuzzi@beneschlaw.com |
| kcoles@lawssl.com |
| Kevin.Chiu@BakerBotts.com |
| khansen@stroock.com |
| kklee@ktbslaw.com |
| klamb@lkfirm.com |
| klyman@mwe.com |
| kmclendon@stblaw.com |
| kmeredith@dankolaw.com |
| kortiz@teamtogut.com |
| kwasniewski@braunhagey.com |
| Lauren.macksoud@dentons.com |
| laytonrl@ah.org |
| leo.crowley@pillsburylaw.com |
| Leslie.Freiman@edpr.com |
| levine@braunhagey.com |
| lgoldberg@ebce.org |
| lmcgowen@orrick.com |
| lpg@stevenslee.com |
| lwelsh@lkwelshlaw.com |
| malexander@maryalexanderlaw.com |
| marcus.hall@troutman.com |
| mark.bane@ropesgray.com |
| mark.mckane@kirkland.com |
| Mark_Minich@kindermorgan.com |
| marmstrong@chevron.com |
| marthaeromerolaw@gmail.com |
| matthew.goren@weil.com |
| matthew.mcginnis@ropesgray.com |
| matthew.roberts2@troutman.com |
| matthew.roose@ropesgray.com |
| mbarrie@beneschlaw.com |
| mbienenstock@proskauer.com |
| mbrown@whitecase.com |
| mbusenkell@gsbblaw.com |
| mchoi@gibsondunn.com |

| |
|---|
| mdanko@dankolaw.com |
| melaniecruz@chevron.com |
| mferullo@nixonpeabody.com |
| mfirestein@proskauer.com |
| mgarofalo@stroock.com |
| mgrotefeld@ghlaw-llp.com |
| mhowery@reedsmith.com |
| michael.torkin@stblaw.com |
| misola@brotherssmithlaw.com |
| mjdube@ca.ibm.com |
| mkelly@walkuplawoffice.com |
| mlowe@shbllp.com |
| mochoa@ghlaw-llp.com |
| mosby_perrow@kindermorgan.com |
| Mrosenthal@gibsondunn.com |
| mschierberl@cgsh.com |
| mschuver@walkuplawoffice.com |
| mscohen@loeb.com |
| mspeiser@stroock.com |
| mstamer@akingump.com |
| mstrub@irell.com |
| mtoney@turn.org |
| mwasson@kramerlevin.com |
| Mwilhelm@W2LG.com |
| myuffee@winston.com |
| mzerjal@proskauer.com |
| Navi.Dhillon@BakerBotts.com |
| nbreimer.esq@gmail.com |
| ndonnelly@paulweiss.com |
| ngoldin@stblaw.com |
| oscar.pinkas@dentons.com |
| otakvoryan@ckrlaw.com |
| Owen.Clements@sfcityatty.org |
| Paronzon@milbank.com |
| patricia.chen@ropesgray.com |
| patricia.cirucci@sce.com |
| pbc@scarpullalaw.com |
| pblanchard@rutan.com |

| |
|---|
| pbosswick@ssbb.com |
| peter.ivanick@hoganlovells.com |
| peter.welsh@ropesgray.com |
| peter.wolfson@dentons.com |
| pgeteam@PrimeClerk.com |
| pglassman@sycr.com |
| pwp@pattiprewittlaw.com |
| ra-li-ucts-bankrupt@state.pa.us |
| Randy.Sawyer@edpr.com |
| RASymm@aeraenergy.com |
| rbryson@robinscloud.com |
| rgoldman@baumhedlundlaw.com |
| rileywalter@W2LG.com |
| robert.albery@jacobs.com |
| robert.labate@hklaw.com |
| robertson.daniel@pbgc.gov |
| robins@robinscloud.com |
| rpedone@nixonpeabody.com |
| rpinkston@seyfarth.com |
| rsimons@reedsmith.com |
| sanfrancisco@sec.gov |
| sbryant@lockelord.com |
| sc2104271@gmail.com |
| secbankruptcy@sec.gov |
| serviceqa@primeclerk.com |
| sfarzan@sheppardmullin.com |
| sfelderstein@ffwplaw.com |
| sgarabato@epiqglobal.com |
| Sharon.petrosino@hercrentals.com |
| sjordan@jhwclaw.com |
| sm@coreylaw.com |
| sma@proskauer.com |
| smb@coreylaw.com |
| smiller@dankolaw.com |
| smillman@stroock.com |
| smitchell@paulweiss.com |
| snoma@janglit.com |
| sory@fdlaw.com |
| ssally@ropesgray.com |
| stephen.hessler@kirkland.com |

| |
|---|
| stephen.karotkin@weil.com |
| steven.fruchter@arnoldporter.com |
| summersm@ballardspahr.com |
| TBlischke@williamskastner.com |
| tdubbs@labaton.com |
| theodore@braunhagey.com |
| timothy.graulich@davispolk.com |
| tjb@brandilaw.com |
| tkelch@lkfirm.com |
| tlauria@whitecase.com |
| tlong@turn.org |
| vuocolod@gtlaw.com |
| wagstaffe@wvbrlaw.com |
| wpickett@ghlaw-llp.com |
| wrieman@paulweiss.com |
| ws@waynesilverlaw.com |
| wyones@swsslaw.com |
| yelena.archiyan@akerman.com |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |