WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **FOURTH SUPPLEMENTAL DECLARATION OF TOBIAS S. KELLER PURSUANT TO 11 U.S.C. § 327(a) AND FED. R. BANKR. P. 2014(a) AND 2016 ON BEHALF OF KELLER & BENVENUTTI LLP** |
| **Debtors.** ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Company ☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Tobias S. Keller, hereby declare pursuant 28 U.S.C. § 1746:

1. I am a partner of the firm of Keller & Benvenutti LLP (the "Firm"), a law firm with offices at 650 California Street, Suite 1900, San Francisco, California 94108.

2. I submit this Declaration as a supplement to my declaration dated March 13, 2019 [Docket No. 870] (the "Original Declaration") in support of the *Application of Debtors Pursuant to 11 U.S.C. §327(a) and Fed. R. Bankr. Proc. 2014(a) and 2016 for Authority to Retain and Employ Keller & Benvenutti LLP as Co-Counsel for the Debtors Nunc Pro Tunc to the Petition Date*[1] [Docket No. 869] (the "Retention Application"). On April 10, 2019, the Court entered the *Order Authorizing Debtors Pursuant to 11 U.S.C. §327(a) and Fed. R. Bankr. Proc. 2014(a) and 2016 to Retain and Employ Keller & Benvenutti LLP as Co-Counsel for the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 1306].

3. The Firm has filed three previous supplemental disclosures to the Original Declaration [Docket Nos. 2042, 2715, and 4881] regarding relationships and potential conflicts with other parties in interest in these Chapter 11 Cases.

4. As disclosed in the Retention Application, in the normal course of its business, the Firm may adjust its billing rates. Effective February 1, 2020, the Firm will increase its hourly rates as follows:

| **Professional** | **Title** | **Original Rate** | **Revised Rate** |
|---|---|---|---|
| Tobias S. Keller | Partner | 800 | 850 |
| Peter J. Benvenutti | Partner | 800 | 850 |
| Jane Kim | Partner | 650 | 700 |
| Keith A. McDaniels | Of Counsel | 600 | 650 |
| Dara L. Silveira | Associate | 400 | 450 |
| Thomas B. Rupp | Associate | 400 | 450 |

---

[1] Capitalized terms used but not otherwise herein defined have the meanings ascribed to such terms in the Original Declaration.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct and that this declaration was executed at San Francisco, California, on December 30, 2019.

*/s/ Tobias S. Keller*
Tobias S. Keller

# Notice Parties

PG&E Corporation
c/o Pacific Gas & Electric Company
Attn: Janet Loduca, Esq.
77 Beale Street
San Francisco, CA 94105

Weil, Gotshal & Manges LLP
Attn: Stephen Karotkin, Esq.
 Jessica Liou, Esq.
 Matthew Goren, Esq.
767 Fifth Avenue
New York, NY 10153

The Office of the United States Trustee for Region 17
Attn: Andrew Vara, Esq.
 Timothy Laffredi, Esq.;
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

Milbank LLP
Attn: Dennis F. Dunne, Esq.
 Sam A. Khalil, Esq.
55 Hudson Yards
New York, NY 10001-2163

Milbank LLP
Attn: Paul S. Aronzon, Esq.,
 Gregory A. Bray, Esq.,
 Thomas R. Kreller, Esq.
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

Baker & Hostetler LLP
 Attn: Eric Sagerman, Esq. and
 Cecily Dumas, Esq.
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509

Bruce A. Markell, Fee Examiner
541 N. Fairbanks Ct., Ste 2200
Chicago, IL 60611-3710

Scott H. McNutt
324 Warren Road
San Mateo, California 94402