# EXHIBIT A

# COMPENSATION BY COBLENTZ PATCH DUFFY & BASS LLP PROFESSIONALS
# NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

The Coblentz attorneys and paraprofessionals who rendered legal services for the Debtors during these Chapter 11 Cases from November 1, 2019 through November 30, 2019 (the "**Fee Period**")[1] are:

| Name of Professional | Position | Primary Practice Group[2] | Year Admitted | Reduced Hourly Rate for Debtors | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara Milanovich | Partner | RE | 1980 | $648.00 | 100.00 | $64,800.00 |
| Doug Sands | Partner | RE | 1987 | $648.00 | 75.40 | $48,859.20 |
| Ficks, Gregg | Partner | BCR/LIT | 1990 | $643.00 | 29.20 | $18,775.60 |
| O'Brien, Harry | Partner | RE | 1984 | $900.00 | 0.60 | $540.00 |
| Sean Coyle | Partner | LIT | 2004 | $500.00 | 32.40 | $16,200.00 |
| Robert B. Hodil | Counsel | RE | 2003 | $520.00 | 1.20 | $624.00 |
| Mark Hejinian | Associate | LIT | 2011 | $400.00 | 28.70 | $11,480.00 |
| James F. McKee | Associate | LIT | 2014 (TX); 2019 (CA) | $400.00 | 45.80 | $18,320.00 |
| Daniel P. Barsky | Associate | RE | 2017 | $334.00 | 35.30 | $11,790.20 |
| Michael R. Wilson | Paralegal | RE | N/A | $302.00 | 22.40 | $6,764.80 |
| Dianne M. Sweeny | Paralegal | RE | N/A | $210.00 | 4.20 | $882.00 |
| Jordan V. Mendoza | Paralegal | LIT | N/A | $250.00 | 3.00 | $750.00 |
| Viet Doan | Paralegal | LIT | N/A | $175.00 | 16.00 | $2,800.00 |

---

[1] See footnote 1 in the main part of the Monthly Fee Statement.

[2] RE = Real Estate; LIT = Litigation; BCR = Bankruptcy and Creditors' Rights; CORP = Corporate

| Name of Professional | Position | Primary Practice Group[2] | Year Admitted | Reduced Hourly Rate for Debtors | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| **Additional Discount Per Engagement Agreement** | | | | | | ($1,517.12) |
| **Total Professionals:** | | | | | **394.20** | **$201,068.68** |

| PROFESSIONALS TOTALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $627.30 | 238.80 | $149,798.80 |
| Associates | $378.78 | 109.80 | $41,590.20 |
| **Blended Attorney Rate** | **$549.02** | **348.60** | **$191,389.00** |
| Paraprofessionals and other non-legal staff | $245.54 | 45.60 | $11,196.80 |
| **Additional Discount Per Engagement Agreement** | | | ($1,517.12) |
| **Total Fees Incurred** | **$510.07** | **394.20** | **$201,068.68** |