# EXHIBIT B

**COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY
COBLENTZ PATCH DUFFY & BASS LLP FOR THE PERIOD NOVEMBER 1, 2019
THROUGH NOVEMBER 30, 2019**

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---|---|
| C100 | Fact Gathering | 26.60 | $7,646.80 |
| L110 | Fact Investigation/Development | 17.60 | $7,040.00 |
| L120 | Analysis/Strategy | 9.20 | $4,280.00 |
| L143 | eDiscovery - Identification and Preservation | 0.50 | $250.00 |
| L200 | Pre-Trial Pleadings and Motions | 10.80 | $5,400.00 |
| L310 | Written Discovery | 13.40 | $6,270.00 |
| L330 | Depositions | 44.00 | $17,655.00 |
| L620 | Collection | 1.90 | $760.00 |
| L630 | Processing | 0.50 | $125.00 |
| L650 | Review | 11.00 | $4,190.00 |
| L654 | Second Pass Document Review | 0.20 | $80.00 |
| L656 | Redaction | 0.90 | $360.00 |
| L670 | Production | 14.80 | $2,590.00 |
| P100[2] | Project Administration | 47.20 | $29,692.80 |

---

[1] These Task Codes and Descriptions were used by Coblentz in conjunction with pre-petition time entries and invoices as required by Debtors prior to the filing of these Bankruptcy Cases, and Coblentz continues to use them in conjunction with post-petition time entries and invoices in these Special Counsel matters. In connection with additional services Coblentz now is required to perform in connection with these bankruptcy cases (*e.g.*, in connection with Coblentz's retention application, monthly fee statements, fee applications, or the like), Coblentz further specifies the time and fees for any such additional services in footnote 2 below.

[2] This Task Code includes: (a) 5.9 hours ($3,675.70 in fees) related to Coblentz's Eighth and Ninth Monthly Fee Statements; (b) 24.8 hours ($15,440.10 in fees) related to Coblentz's First Interim Fee Application; and (c) 4.6 hours ($2,865.80 in fees) related to Special Counsel requirements and further and supplemental party and rate disclosures in these Bankruptcy Cases as required by Federal Rules and/or terms of this Special Counsel retention.

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---|---|
| P240 | Real and Personal Property | 36.80 | $12,608.60 |
| P300 | Structure/Strategy/Analysis | 76.40 | $48,725.28 |
| P400 | Initial Document Preparation/Filing | 52.40 | $33,955.20 |
| P500 | Negotiation/Revision/Responses | 18.00 | $11,664.00 |
| P600 | Completion/Closing | 11.20 | $7,257.60 |
| P700 | Post-Completion/Post-Closing | 0.80 | $518.40 |
| **Total:** | | **394.20** | **$201,068.68** |