# EXHIBIT C

4818-5545-8734.1
Case: 19-30088   Doc# 5227-3   Filed: 12/31/19   Entered: 12/31/19 07:28:24   Page 1 of 2

**EXPENSE SUMMARY (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | N/A |
| Meals | N/A |
| Travel | N/A |
| Transportation | N/A |
| Duplicating | N/A |
| Transcription (Deposition) Services | N/A |
| Third Party Consulting Fees | N/A |
| Telephone Conferencing | N/A |
| Messenger | N/A |
| Filing Fees | N/A |
| Court Reporter | $3,854.63 |
| Court Website Subscription Fee for Case No. JCCP4974 | N/A |
| **Total Expenses Requested:** | **$3,854.63** |