# EXHIBIT E

**DETAILED EXPENSE ENTRIES (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| Costs Advanced | Amount |
|---|---|
| Court Reporter – U.S. Legal Support – Sac | $3,854.63 |
| **Total Costs Requested:** | **$3,854.63** |