**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      Exhibit A
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period July 1, 2019 through July 31, 2019**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| *North Bay & Camp Fire Services* | *Retention Exhibit #: SUPP 01-A; 01-D* | |
| North Bay & Camp Fire Services - C.O. #10 & C.O. #1 | 11,662.70 | $3,610,000.00 |
| *Subtotal - North Bay & Camp Fire Services* | *11,662.70* | *$3,610,000.00* |
| *Internal Audit Assessment Services* | *Retention Exhibit #: 01-F* | |
| Internal Audit Assessment Services | 10.50 | $12,600.00 |
| *Subtotal - Internal Audit Assessment Services* | *10.50* | *$12,600.00* |
| *IT Implementation Services* | *Retention Exhibit #: 01-G* | |
| IT Implementation Services | 751.00 | $90,000.00 |
| *Subtotal - IT Implementation Services* | *751.00* | *$90,000.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **12,424.20** | **$3,712,600.00** |
| **Hourly Services** | | |
| *Rate Case Support Services* | *Retention Exhibit #: 01-L; SUPP 01-J* | |
| Rate Case Support Services | 1,022.10 | $302,880.00 |
| *Subtotal - Rate Case Support Services* | *1,022.10* | *$302,880.00* |
| *Wildfire Mitigation Plan Support Services* | *Retention Exhibit #: SUPP 01-U* | |
| WMP Support Services | 47.50 | $16,637.50 |
| *Subtotal - Wildfire Mitigation Plan Support Services* | *47.50* | *$16,637.50* |
| *Regulatory Inquiry Assistance Services* | *Retention Exhibit #: SUPP 03* | |
| Document Review | 238.00 | $135,541.10 |
| Document Follow-Up | 8.20 | $3,601.60 |
| Interview Prep | 18.50 | $10,383.10 |
| Interviews | 25.10 | $16,982.40 |
| Interview Debrief | 4.80 | $3,156.00 |
| Accrual Analysis and Reconciliation | 373.50 | $140,345.70 |
| Disclosure Analysis and Reconciliation | 85.60 | $34,720.20 |
| FAS 5 Analysis and Reconciliation | 15.80 | $12,295.70 |
| Meetings with Counsel | 42.90 | $29,896.90 |
| Internal Meetings/Status Updates | 140.80 | $69,769.30 |
| Strategy - Approach and Execution | 24.20 | $13,305.30 |
| Other | 9.70 | $5,134.50 |
| *Subtotal - Regulatory Inquiry Assistance Services* | *987.10* | *$475,131.80* |
| **Subtotal - Hours and Compensation - Hourly Services** | **2,056.70** | **$794,649.30** |

Case: 19-30088    Doc# 5228-1    Filed: 12/31/19    Entered: 12/31/19 09:40:45    Page 1 of 2

PG&E Corporation, et al. (Case No. 19-30088 (DM))　　　　　　　　　　　　　　　　　Exhibit A
PwC LLP  - Management, Tax and Advisory Consultants to the Debtors
Summary by Project Category and Billing Category
For the Period July 1, 2019 through July 31, 2019

| Project Category and Billing Category | Hours | Total Compensation |
|---|---:|---:|
| **Case Administration** | | |
| *Bankruptcy Requirements and Other Court Obli* | | *Retention Exhibit #: CASE* |
| Employment Applications and Other Court Filings | 18.00 | $9,900.00 |
| Monthly, Interim and Final Fee Applications | 46.50 | $18,165.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | *64.50* | *$28,065.00* |
| **Subtotal - Hours and Compensation - Case Administration** | **64.50** | **$28,065.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | **14,545.40** | **$4,535,314.30** |