**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  Exhibit B
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period July 1, 2019 through July 31, 2019**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| *North Bay & Camp Fire Services* | | *Retention Exhibit #: SUPP 01-A; 01-D* | |
| Todd Jirovec | Partner | 108.80 | |
| Amol Deshpande | Director | 377.00 | |
| Billy R Raley | Director | 422.50 | |
| Hugh Trung Le | Director | 552.00 | |
| Meera Banerjee | Director | 15.00 | |
| Adrian W Fowler | Manager | 402.70 | |
| Anirudh Bhuchar | Manager | 209.50 | |
| Kristin A Cheek | Manager | 473.00 | |
| Nevena Paripovic | Manager | 7.00 | |
| Paul Conboy | Manager | 295.00 | |
| Riley Adler | Manager | 621.00 | |
| Rodrigo de la Cruz Manzanilla Tort | Manager | 637.00 | |
| Stephen Anthony Curnan | Manager | 1.50 | |
| Aakash Gawande | Senior Associate | 472.00 | |
| AnnMarie Hassan | Senior Associate | 496.00 | |
| Chiara Nicole Nosse | Senior Associate | 536.00 | |
| Dinishi Abayarathna | Senior Associate | 625.00 | |
| Joseph Michalek | Senior Associate | 250.00 | |
| Juliana Renne | Senior Associate | 10.00 | |
| Rachel M Ehsan | Senior Associate | 495.50 | |
| Tara Soni | Senior Associate | 599.00 | |
| Yurika Kristy Yoneda | Senior Associate | 497.60 | |
| Amee Rajen Patel | Associate | 90.00 | |
| Congrui Lin | Associate | 258.50 | |
| Daniel Ricardo Chomat | Associate | 511.60 | |
| Gowtham Talluru | Associate | 63.00 | |
| Jessica Burton | Associate | 529.00 | |
| Joshua Lee White | Associate | 150.00 | |
| Mitchell Emerson Mendoza | Associate | 630.00 | |
| Sayli Khadilkar | Associate | 300.00 | |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit B
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period July 1, 2019 through July 31, 2019**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| Taylor Joy Smith | Associate | 522.50 | |
| Thomas Alexander Beauchemin | Associate | 505.00 | |
| **Subtotal - North Bay & Camp Fire Services** | | **11,662.70** | **$3,610,000.00** |
| *Internal Audit Assessment Services* | | | *Retention Exhibit #: 01-F* |
| Amanda Cicely Herron | Partner | 10.00 | |
| Zachary Alfred Pucheu | Director | 0.50 | |
| **Subtotal - Internal Audit Assessment Services** | | **10.50** | **$12,600.00** |
| *IT Implementation Services* | | | *Retention Exhibit #: 01-G* |
| Ryan McGinn | Director | 19.00 | |
| Siddharth Arora | Manager | 208.00 | |
| Rupali Sharma | Senior Associate | 90.00 | |
| Harshit Pandey | Associate | 168.00 | |
| Shantanu Jagannath Mahajan | Associate | 128.00 | |
| Shiv Gettu | Associate | 138.00 | |
| **Subtotal - IT Implementation Services** | | **751.00** | **$90,000.00** |
| **Total - Hours and Compensation - Fixed Fee Services** | | **12,424.20** | **$3,712,600.00** |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**North Bay & Camp Fire Services - Summary of Hours and Fees**
**For the Period July 1, 2019 through July 31, 2019**

| Project Category and Professional | Position | North Bay Fire Services Hours | Camp Fire Services Hours |
|---|---|---:|---:|
| **North Bay & Camp Fire Services** | | *Retention Exhibit #: SUPP 01-A; 01-D* | |
| Todd Jirovec | Partner | 54.40 | 54.40 |
| Amol Deshpande | Director | 188.50 | 188.50 |
| Billy R Raley | Director | 105.60 | 316.90 |
| Hugh Trung Le | Director | 441.60 | 110.40 |
| Meera Banerjee | Director | 7.50 | 7.50 |
| Adrian W Fowler | Manager | 100.61 | 302.09 |
| Anirudh Bhuchar | Manager | 20.95 | 188.55 |
| Kristin A Cheek | Manager | 117.80 | 355.20 |
| Nevena Paripovic | Manager | 3.50 | 3.50 |
| Paul Conboy | Manager | 147.50 | 147.50 |
| Riley Adler | Manager | 496.80 | 124.20 |
| Rodrigo de la Cruz Manzanilla Tort | Manager | 318.50 | 318.50 |
| Stephen Anthony Curnan | Manager | 0.75 | 0.75 |
| Aakash Gawande | Senior Associate | 236.00 | 236.00 |
| AnnMarie Hassan | Senior Associate | 49.60 | 446.40 |
| Chiara Nicole Nosse | Senior Associate | 134.00 | 402.00 |
| Dinishi Abayarathna | Senior Associate | 0.00 | 625.00 |
| Joseph Michalek | Senior Associate | 25.00 | 225.00 |
| Juliana Renne | Senior Associate | 10.00 | 0.00 |
| Rachel M Ehsan | Senior Associate | 247.75 | 247.75 |
| Tara Soni | Senior Associate | 479.20 | 119.80 |
| Yurika Kristy Yoneda | Senior Associate | 123.96 | 373.64 |
| Amee Rajen Patel | Associate | 22.43 | 67.57 |
| Congrui Lin | Associate | 64.42 | 194.08 |
| Daniel Ricardo Chomat | Associate | 127.82 | 383.78 |
| Gowtham Talluru | Associate | 31.50 | 31.50 |
| Jessica Burton | Associate | 132.22 | 396.78 |
| Joshua Lee White | Associate | 0.00 | 150.00 |
| Mitchell Emerson Mendoza | Associate | 315.00 | 315.00 |
| Sayli Khadilkar | Associate | 74.92 | 225.08 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**North Bay & Camp Fire Services - Summary of Hours and Fees**
**For the Period July 1, 2019 through July 31, 2019**

| Project Category and Professional | Position | North Bay Fire Services Hours | Camp Fire Services Hours |
|---|---|---|---|
| Taylor Joy Smith | Associate | 261.25 | 261.25 |
| Thomas Alexander Beauchemin | Associate | 404.00 | 101.00 |
| ***Subtotal - North Bay & Camp Fire Services*** | | ***4,743.08*** | ***6,919.62*** |
| **Total Compensation** | | **$1,545,000** | **$2,065,000** |