**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      Exhibit D
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period July 1, 2019 through July 31, 2019**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *Rate Case Support Services* | | *Retention Exhibit #: 01-L; SUPP 01-J* | | |
| Reza Jenab | Partner | $500 | 17.00 | $8,500.00 |
| Cynthia Lee Lorie | Director | $395 | 155.60 | $61,462.00 |
| Cynthia Lorie | Director | $395 | 216.60 | $85,557.00 |
| Jeremy Chasen | Senior Manager | $345 | 69.50 | $23,977.50 |
| Jeremy Chasen | Manager | $345 | 213.50 | $73,657.50 |
| Carlos Bes | Senior Associate | $260 | 8.00 | $2,080.00 |
| Claire Ellison | Senior Associate | $260 | 65.50 | $17,030.00 |
| Kailey Sanchez | Associate | $260 | 18.60 | $4,836.00 |
| Abhijit Kr Dutta | Paraprofessional | $100 | 141.50 | $14,150.00 |
| Devnandan Chatterjee | Paraprofessional | $100 | 89.30 | $8,930.00 |
| Tarusrita Roy | Paraprofessional | $100 | 27.00 | $2,700.00 |
| **Subtotal - Rate Case Support Services** | | | **1,022.10** | **$302,880.00** |
| *Wildfire Mitigation Plan Support Services* | | *Retention Exhibit #: SUPP 01-U* | | |
| Cynthia Lorie | Director | $395 | 5.00 | $1,975.00 |
| Jeremy Chasen | Senior Manager | $345 | 42.50 | $14,662.50 |
| **Subtotal - Wildfire Mitigation Plan Support Services** | | | **47.50** | **$16,637.50** |
| *Regulatory Inquiry Assistance Services* | | *Retention Exhibit #: SUPP 03* | | |
| Morris N Jones | Partner | $909 | 37.70 | $34,269.30 |
| James R Meehan | Partner | $780 | 25.10 | $19,578.00 |
| Michael John Dixon | Director | $776 | 136.90 | $106,234.40 |
| Alan John McColl | Director | $650 | 93.20 | $60,580.00 |
| Alex Michael McHarrie | Manager | $650 | 13.00 | $8,450.00 |
| Jaime L Bzdyra | Manager | $445 | 158.40 | $70,488.00 |
| Keith J Lucken | Manager | $445 | 39.30 | $17,488.50 |
| Daniel da Silva | Senior Associate | $497 | 16.00 | $7,952.00 |
| Kendall Lauren McCarthy | Senior Associate | $348 | 100.10 | $34,834.80 |
| Sarah Hyun Lee | Senior Associate | $348 | 56.00 | $19,488.00 |
| Alexander Calvin Murphy | Associate | $433 | 8.00 | $3,464.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**        **Exhibit D**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period July 1, 2019 through July 31, 2019**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| Shengyi Chang | Associate | $350 | 83.00 | $29,050.00 |
| Jennifer Wang | Associate | $287 | 3.40 | $975.80 |
| Julia M Reshke | Associate | $287 | 48.90 | $14,034.30 |
| Kailey Sanchez | Associate | $287 | 112.70 | $32,344.90 |
| Lingjie Qiao | Associate | $287 | 2.50 | $717.50 |
| Wei Ping Wen | Associate | $287 | 52.90 | $15,182.30 |
| **Subtotal - Regulatory Inquiry Assistance Services** | | | **987.10** | **$475,131.80** |
| **Subtotal - Hourly Services** | | | **2,056.70** | **$794,649.30** |
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | *Retention Exhibit #: CASE* | | |
| Andrea Clark Smith | Director | $550 | 41.70 | $22,935.00 |
| Nanette J Kortuem | Associate | $225 | 22.80 | $5,130.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | | | *64.50* | *$28,065.00* |
| **Subtotal - Case Administration** | | | **64.50** | **$28,065.00** |
| **Total - Hourly Services and Case Administration** | | | **2,121.20** | **$822,714.30** |