PG&E Corporation, et al. (Case No. 19-30088 (DM))  Exhibit F
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Summary of Expenditures by Project and Type
For the Period July 1, 2019 through July 31, 2019

| Transaction Type by Project | Total Expenditures |
|---|---:|
| **Fixed Fee Services** | |
| *North Bay & Camp Fire Services* | *Retention Exhibit #: SUPP 01-A; 01-D* |
|     Airfare | $120,380.36 |
|     Lodging | $313,974.19 |
|     Meals | $47,903.14 |
|     Parking | $1,143.69 |
|     Public/Ground Transportation | $50,563.94 |
|     Rental Car | $493.07 |
|     Server Supplies | $5,198.27 |
|     Expense Reduction | ($178,656.66) |
| ***Subtotal - Expenditures Sought for North Bay & Camp Fire Services*** | ***$361,000.00*** |
| *Internal Audit Assessment Services* | *Retention Exhibit #: 01-F* |
|     Airfare | $1,186.39 |
|     Lodging | $1,572.45 |
|     Meals | $118.39 |
|     Public/Ground Transportation | $202.18 |
| ***Subtotal - Expenditures Sought for Internal Audit Assessment Services*** | ***$3,079.41*** |
| **Subtotal - Expenditures Sought for Fixed Fee Services** | **$364,079.41** |
| **Total - Expenditures Sought for Reimbursement** | **$364,079.41** |

| PG&E Corporation, et al. (Case No. 19-30088 (DM)) <br> PwC LLP - Management, Tax and Advisory Consultants to the Debtors <br> North Bay & Camp Fire Services - Summary of Expenses <br> For the Period July 1, 2019 through July 31, 2019 | | | Exhibit F |
|---|---|---|---|
| **Project Category and Professional** | **Position** | **North Bay Fire Services Expenses** | **Camp Fire Services Expenses** |
| ***North Bay & Camp Fire Services*** | | *Retention Exhibit #: SUPP 01-A; 01-D* | |
| PricewaterhouseCoopers | Partner | $0.00 | $5,198.27 |
| Todd Jirovec | Partner | $8,081.80 | $8,082.25 |
| Billy R Raley | Director | $6,576.26 | $19,729.46 |
| Adrian W Fowler | Manager | $9,386.90 | $28,161.84 |
| Kristin A Cheek | Manager | $11,387.52 | $34,163.45 |
| Paul Conboy | Manager | $11,641.69 | $11,642.35 |
| Riley Adler | Manager | $23,959.12 | $5,989.77 |
| Rodrigo de la Cruz Manzanilla Tort | Manager | $13,572.18 | $13,573.61 |
| Aakash Gawande | Senior Associate | $13,426.97 | $13,428.11 |
| AnnMarie Hassan | Senior Associate | $3,664.93 | $32,985.56 |
| Daniel Ricardo Chomat | Senior Associate | $9,597.01 | $28,792.19 |
| Dinishi Abayarathna | Senior Associate | $0.00 | $35,064.83 |
| Juliana Renne | Senior Associate | $39.99 | $0.00 |
| Rachel M Ehsan | Senior Associate | $162.61 | $162.71 |
| Tara Soni | Senior Associate | $27,080.92 | $6,770.25 |
| Yurika Kristy Yoneda | Senior Associate | $7,526.59 | $22,582.10 |
| Amee Rajen Patel | Associate | $1,561.78 | $4,685.51 |
| Congrui Lin | Associate | $110.85 | $332.76 |
| Jessica Burton | Associate | $9,352.95 | $28,060.14 |
| Joshua Lee White | Associate | $0.00 | $3,593.25 |
| Mitchell Emerson Mendoza | Associate | $3,709.72 | $3,709.96 |
| Sayli Khadilkar | Associate | $3,598.19 | $10,794.95 |
| Taylor Joy Smith | Associate | $15,858.59 | $15,859.62 |
| Thomas Alexander Beauchemin | Associate | $20,797.69 | $5,199.46 |
| PricewaterhouseCoopers | Voluntary Expense Reduction | ($46,594.26) | ($132,062.40) |
| ***Total Expenses - North Bay & Camp Fire Services*** | | **$154,500.00** | **$206,500.00** |