**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  Exhibit A
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period August 1, 2019 through August 31, 2019**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| *Claims Services* | *Retention Exhibit #: 01-B* | |
| Claims Coding | 22.00 | $3,417.00 |
| *Subtotal - Claims Services* | *22.00* | *$3,417.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **22.00** | **$3,417.00** |
| **Hourly Services** | | |
| *Rate Case Support Services* | *Retention Exhibit #: 01-L; SUPP 01-J* | |
| Rate Case Support Services | 461.90 | $118,839.00 |
| *Subtotal - Rate Case Support Services* | *461.90* | *$118,839.00* |
| *Wildfire Mitigation Plan Support Services* | *Retention Exhibit #: SUPP 01-U* | |
| WMP Support Services | 20.00 | $6,707.50 |
| *Subtotal - Wildfire Mitigation Plan Support Services* | *20.00* | *$6,707.50* |
| **Subtotal - Hours and Compensation - Hourly Services** | **481.90** | **$125,546.50** |
| **Case Administration** | | |
| *Bankruptcy Requirements and Other Court Obligations* | *Retention Exhibit #: CASE* | |
| Employment Applications and Other Court Filings | 3.90 | $2,145.00 |
| Monthly, Interim and Final Fee Applications | 34.30 | $12,430.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | *38.20* | *$14,575.00* |
| **Subtotal - Hours and Compensation - Case Administration** | **38.20** | **$14,575.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | **542.10** | **$143,538.50** |