**PG&E Corporation, et al. (Case No. 19-30088 (DM))**   Exhibit B
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period August 1, 2019 through August 31, 2019**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| *Claims Services* | | | *Retention Exhibit #: 01-B* |
| Nikhita Reddy Sanikommu | Senior Associate | 22.00 | |
| *Subtotal - Claims Services* | | *22.00* | *$3,417.00* |
| **Total - Hours and Compensation - Fixed Fee Services** | | **22.00** | **$3,417.00** |