**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      Exhibit C
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2019 through August 31, 2019**

| Date | Name | Position | Description | Hours |
|---|---|---|---|---|
| *Claims Services* | | | | *Retention Exhibit # 01-B* |
| 7/15/2019 | Nikhita Reddy Sanikommu | Senior Associate | 0819F0001: Draft Reporting / Trend Analysis. | 1.00 |
| 7/16/2019 | Nikhita Reddy Sanikommu | Senior Associate | 0819F0002: Draft Reporting / Trend Analysis. | 2.00 |
| 7/17/2019 | Nikhita Reddy Sanikommu | Senior Associate | 0819F0003: Draft Reporting / Trend Analysis. | 1.00 |
| 7/22/2019 | Nikhita Reddy Sanikommu | Senior Associate | 0819F0004: Draft Reporting / Trend Analysis. | 5.00 |
| 7/23/2019 | Nikhita Reddy Sanikommu | Senior Associate | 0819F0005: Draft Reporting / Trend Analysis. | 5.00 |
| 7/29/2019 | Nikhita Reddy Sanikommu | Senior Associate | 0819F0006: Draft Reporting / Trend Analysis. | 2.00 |
| 7/30/2019 | Nikhita Reddy Sanikommu | Senior Associate | 0819F0007: Draft Reporting / Trend Analysis. | 2.00 |
| 7/31/2019 | Nikhita Reddy Sanikommu | Senior Associate | 0819F0008: Draft Reporting / Trend Analysis. | 1.00 |
| 8/1/2019 | Nikhita Reddy Sanikommu | Senior Associate | 0819F0009: Draft Reporting / Trend Analysis. | 2.00 |
| 8/2/2019 | Nikhita Reddy Sanikommu | Senior Associate | 0819F0010: Draft Reporting / Trend Analysis. | 1.00 |
| ***Total - Hours - Claims Services*** | | | | **22.00** |
| ***Total - Hours - Fixed Fee Services*** | | | | **22.00** |