PG&E Corporation, et al. (Case No. 19-30088 (DM))  Exhibit D
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional
For the Period August 1, 2019 through August 31, 2019

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *Rate Case Support Services* | | *Retention Exhibit #: 01-L; SUPP 01-J* | | |
| Cynthia Lorie | Director | $395 | 161.20 | $63,674.00 |
| Jeremy Chasen | Senior Manager | $345 | 59.00 | $20,355.00 |
| Anthony Kosinski | Associate | $260 | 66.50 | $17,290.00 |
| Abhijit Kr Dutta | Paraprofessional | $100 | 39.50 | $3,950.00 |
| Aritra Paul | Paraprofessional | $100 | 39.50 | $3,950.00 |
| Devnandan Chatterjee | Paraprofessional | $100 | 44.70 | $4,470.00 |
| Samprit Mukherjee | Paraprofessional | $100 | 16.50 | $1,650.00 |
| Tarusrita Roy | Paraprofessional | $100 | 35.00 | $3,500.00 |
| *Subtotal - Rate Case Support Services* | | | *461.90* | *$118,839.00* |
| *Wildfire Mitigation Plan Support Services* | | *Retention Exhibit #: SUPP 01-U* | | |
| Cynthia Lorie | Director | $395 | 5.50 | $2,172.50 |
| Jeremy Chasen | Senior Manager | $345 | 9.00 | $3,105.00 |
| Anthony Kosinski | Associate | $260 | 5.50 | $1,430.00 |
| *Subtotal - Wildfire Mitigation Plan Support Services* | | | *20.00* | *$6,707.50* |
| **Subtotal - Hourly Services** | | | **481.90** | **$125,546.50** |
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | *Retention Exhibit #: CASE* | | |
| Andrea Clark Smith | Director | $550 | 18.40 | $10,120.00 |
| Nanette J Kortuem | Associate | $225 | 19.80 | $4,455.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | | | *38.20* | *$14,575.00* |
| **Subtotal - Case Administration** | | | **38.20** | **$14,575.00** |
| **Total - Hourly Services and Case Administration** | | | **520.10** | **$140,121.50** |