**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2019 through August 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Hourly Services** | | | | | | |
| *Rate Case Support Services* | | | | | *Retention Exhibit #: 01-L;* | |
| Rate Case Support Services | | | | | | |
| 8/1/2019 | Cynthia Lorie | Director | 0819H0001: Draft deferred work rebuttal testimony. | $395 | 3.30 | $1,303.50 |
| 8/1/2019 | Cynthia Lorie | Director | 0819H0002: Prepare for and attend rebuttal testimony strategy meeting with client. | $395 | 1.30 | $513.50 |
| 8/1/2019 | Cynthia Lorie | Director | 0819H0003: Rebuttal testimony status call. | $395 | 0.50 | $197.50 |
| 8/1/2019 | Abhijit Kr Dutta | Paraprofessional | 0819H0004: Populate joint comparison templates. | $100 | 8.00 | $800.00 |
| 8/1/2019 | Abhijit Kr Dutta | Paraprofessional | 0819H0005: Status check-in meeting with US and off-shore teams. | $100 | 0.50 | $50.00 |
| 8/1/2019 | Devnandan Chatterjee | Paraprofessional | 0819H0006: Status check-in meeting with US and off-shore teams. | $100 | 0.50 | $50.00 |
| 8/1/2019 | Jeremy Chasen | Senior Manager | 0819H0007: Engagement management. | $345 | 1.00 | $345.00 |
| 8/1/2019 | Jeremy Chasen | Senior Manager | 0819H0008: JCE File Development (macros, templates, data) - Forecast, A&G, Dept. & Companywide. | $345 | 5.00 | $1,725.00 |
| 8/1/2019 | Jeremy Chasen | Senior Manager | 0819H0009: Status check-in meeting with US and off-shore teams. | $345 | 1.00 | $345.00 |
| 8/1/2019 | Samprit Mukherjee | Paraprofessional | 0819H0010: Populate joint comparison templates. | $100 | 2.00 | $200.00 |
| 8/1/2019 | Tarusrita Roy | Paraprofessional | 0819H0011: Populate joint comparison templates. | $100 | 8.00 | $800.00 |
| 8/1/2019 | Tarusrita Roy | Paraprofessional | 0819H0012: Status check-in meeting with US and off-shore teams. | $100 | 0.50 | $50.00 |
| 8/2/2019 | Cynthia Lorie | Director | 0819H0013: Draft deferred work rebuttal testimony. | $395 | 2.00 | $790.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2019 through August 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/2/2019 | Cynthia Lorie | Director | 0819H0014: Meetings with witnesses regarding deferred work rebuttal testimony. | $395 | 2.20 | $869.00 |
| 8/2/2019 | Cynthia Lorie | Director | 0819H0015: Updates to chapter 16 rebuttal testimony. | $395 | 3.70 | $1,461.50 |
| 8/2/2019 | Abhijit Kr Dutta | Paraprofessional | 0819H0016: Develop templates and macros for forecast joint comparison templates. | $100 | 8.00 | $800.00 |
| 8/2/2019 | Jeremy Chasen | Senior Manager | 0819H0017: Develop project work plan and schedule. | $345 | 1.00 | $345.00 |
| 8/2/2019 | Jeremy Chasen | Senior Manager | 0819H0018: Engagement management. | $345 | 0.50 | $172.50 |
| 8/2/2019 | Jeremy Chasen | Senior Manager | 0819H0019: US team status meeting. | $345 | 1.50 | $517.50 |
| 8/2/2019 | Samprit Mukherjee | Paraprofessional | 0819H0020: Populate joint comparison templates. | $100 | 6.00 | $600.00 |
| 8/2/2019 | Tarusrita Roy | Paraprofessional | 0819H0021: Populate joint comparison templates. | $100 | 4.00 | $400.00 |
| 8/3/2019 | Cynthia Lorie | Director | 0819H0022: Draft deferred work rebuttal testimony. | $395 | 4.50 | $1,777.50 |
| 8/4/2019 | Cynthia Lorie | Director | 0819H0023: Draft deferred work rebuttal testimony. | $395 | 3.20 | $1,264.00 |
| 8/4/2019 | Cynthia Lorie | Director | 0819H0024: Prepare for rebuttal testimony strategy meeting with client. | $395 | 1.10 | $434.50 |
| 8/5/2019 | Cynthia Lorie | Director | 0819H0025: Draft deferred work rebuttal testimony. | $395 | 0.50 | $197.50 |
| 8/5/2019 | Cynthia Lorie | Director | 0819H0026: Prepare for and attend rebuttal testimony strategy meeting with client. | $395 | 1.00 | $395.00 |
| 8/5/2019 | Cynthia Lorie | Director | 0819H0027: Updates to chapter 13 rebuttal testimony. | $395 | 6.50 | $2,567.50 |
| 8/5/2019 | Anthony Kosinski | Associate | 0819H0028: Status check-in meeting with US and off-shore teams. | $260 | 0.50 | $130.00 |
| 8/5/2019 | Anthony Kosinski | Associate | 0819H0029: US team status meeting. | $260 | 3.50 | $910.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2019 through August 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/5/2019 | Devnandan Chatterjee | Paraprofessional | 0819H0030: Populate joint comparison templates. | $100 | 2.00 | $200.00 |
| 8/5/2019 | Jeremy Chasen | Senior Manager | 0819H0031: Develop project work plan and schedule. | $345 | 0.50 | $172.50 |
| 8/5/2019 | Jeremy Chasen | Senior Manager | 0819H0032: JCE File Development (macros, templates, data) - Forecast, A&G, Dept. & Companywide. | $345 | 4.00 | $1,380.00 |
| 8/5/2019 | Jeremy Chasen | Senior Manager | 0819H0033: Status check-in meeting with US and off-shore teams. | $345 | 0.50 | $172.50 |
| 8/5/2019 | Jeremy Chasen | Senior Manager | 0819H0034: US team status meeting. | $345 | 3.00 | $1,035.00 |
| 8/5/2019 | Samprit Mukherjee | Paraprofessional | 0819H0035: Populate joint comparison templates. | $100 | 4.00 | $400.00 |
| 8/6/2019 | Cynthia Lorie | Director | 0819H0036: Meeting with client regarding deferred work testimony. | $395 | 1.20 | $474.00 |
| 8/6/2019 | Cynthia Lorie | Director | 0819H0037: Prepare for and attend rebuttal testimony strategy meeting with client. | $395 | 1.00 | $395.00 |
| 8/6/2019 | Cynthia Lorie | Director | 0819H0038: Updates to chapter 16 rebuttal testimony. | $395 | 1.50 | $592.50 |
| 8/6/2019 | Cynthia Lorie | Director | 0819H0039: Meeting with client regarding schedule for completing rebuttal testimony. | $395 | 1.00 | $395.00 |
| 8/6/2019 | Cynthia Lorie | Director | 0819H0040: Updates to Joint Comparison Exhibit files. | $395 | 3.30 | $1,303.50 |
| 8/6/2019 | Abhijit Kr Dutta | Paraprofessional | 0819H0041: Develop templates and macros for forecast joint comparison templates. | $100 | 6.50 | $650.00 |
| 8/6/2019 | Abhijit Kr Dutta | Paraprofessional | 0819H0042: Populate joint comparison templates. | $100 | 1.50 | $150.00 |
| 8/6/2019 | Abhijit Kr Dutta | Paraprofessional | 0819H0043: Status check-in meeting with US and off-shore teams. | $100 | 0.50 | $50.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2019 through August 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/6/2019 | Anthony Kosinski | Associate | 0819H0044: Develop templates and macros for policy and cross-over joint comparison templates. | $260 | 5.00 | $1,300.00 |
| 8/6/2019 | Devnandan Chatterjee | Paraprofessional | 0819H0045: Populate joint comparison templates. | $100 | 2.50 | $250.00 |
| 8/6/2019 | Samprit Mukherjee | Paraprofessional | 0819H0046: Populate joint comparison templates. | $100 | 4.00 | $400.00 |
| 8/6/2019 | Samprit Mukherjee | Paraprofessional | 0819H0047: Status check-in meeting with US and off-shore teams. | $100 | 0.50 | $50.00 |
| 8/7/2019 | Cynthia Lorie | Director | 0819H0048: Draft deferred work rebuttal testimony. | $395 | 1.50 | $592.50 |
| 8/7/2019 | Cynthia Lorie | Director | 0819H0049: Meeting with client to review deferred work testimony. | $395 | 0.50 | $197.50 |
| 8/7/2019 | Cynthia Lorie | Director | 0819H0050: Updates to chapter 7 rebuttal testimony. | $395 | 5.00 | $1,975.00 |
| 8/7/2019 | Cynthia Lorie | Director | 0819H0051: Check in with team regarding status of joint comparison exhibit templates. | $395 | 0.50 | $197.50 |
| 8/7/2019 | Abhijit Kr Dutta | Paraprofessional | 0819H0052: Populate joint comparison templates. | $100 | 6.00 | $600.00 |
| 8/7/2019 | Jeremy Chasen | Senior Manager | 0819H0053: JCE File Development (macros, templates, data) - Forecast, A&G, Dept. & Companywide. | $345 | 4.00 | $1,380.00 |
| 8/7/2019 | Jeremy Chasen | Senior Manager | 0819H0054: US team status meeting. | $345 | 2.00 | $690.00 |
| 8/7/2019 | Tarusrita Roy | Paraprofessional | 0819H0055: Populate joint comparison templates. | $100 | 0.50 | $50.00 |
| 8/8/2019 | Cynthia Lorie | Director | 0819H0056: Draft deferred work rebuttal testimony. | $395 | 0.50 | $197.50 |
| 8/8/2019 | Cynthia Lorie | Director | 0819H0057: Updates to chapter 13 rebuttal testimony. | $395 | 0.80 | $316.00 |
| 8/8/2019 | Cynthia Lorie | Director | 0819H0058: Updates to chapter 7 rebuttal testimony. | $395 | 1.00 | $395.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**   Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2019 through August 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/8/2019 | Cynthia Lorie | Director | 0819H0059: Check in with team regarding status of joint comparison exhibit templates. | $395 | 1.00 | $395.00 |
| 8/8/2019 | Cynthia Lorie | Director | 0819H0060: Meeting with finance regarding total spend during General Rate Case Period. | $395 | 0.80 | $316.00 |
| 8/8/2019 | Cynthia Lorie | Director | 0819H0061: Update combined issue summary template for Joint Comparison Exhibit. | $395 | 4.30 | $1,698.50 |
| 8/8/2019 | Abhijit Kr Dutta | Paraprofessional | 0819H0062: Populate joint comparison templates. | $100 | 6.00 | $600.00 |
| 8/8/2019 | Abhijit Kr Dutta | Paraprofessional | 0819H0063: Status check-in meeting with US and off-shore teams. | $100 | 0.50 | $50.00 |
| 8/8/2019 | Anthony Kosinski | Associate | 0819H0064: Develop templates and macros for policy and cross-over joint comparison templates. | $260 | 3.00 | $780.00 |
| 8/8/2019 | Anthony Kosinski | Associate | 0819H0065: US team status meeting. | $260 | 1.00 | $260.00 |
| 8/8/2019 | Aritra Paul | Paraprofessional | 0819H0066: Populate joint comparison templates. | $100 | 1.50 | $150.00 |
| 8/8/2019 | Devnandan Chatterjee | Paraprofessional | 0819H0067: Status check-in meeting with US and off-shore teams. | $100 | 0.50 | $50.00 |
| 8/8/2019 | Jeremy Chasen | Senior Manager | 0819H0068: JCE File Development (macros, templates, data) - Forecast, A&G, Dept. & Companywide. | $345 | 1.00 | $345.00 |
| 8/8/2019 | Jeremy Chasen | Senior Manager | 0819H0069: Quality control review of joint comparison templates. | $345 | 2.00 | $690.00 |
| 8/8/2019 | Jeremy Chasen | Senior Manager | 0819H0070: Status check-in meeting with US and off-shore teams. | $345 | 0.50 | $172.50 |
| 8/8/2019 | Jeremy Chasen | Senior Manager | 0819H0071: US team status meeting. | $345 | 3.00 | $1,035.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2019 through August 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/9/2019 | Cynthia Lorie | Director | 0819H0072: Client meeting to discuss vegetation management rebuttal chapter. | $395 | 0.80 | $316.00 |
| 8/9/2019 | Cynthia Lorie | Director | 0819H0073: Client meetings to review deferred work testimony. | $395 | 1.00 | $395.00 |
| 8/9/2019 | Cynthia Lorie | Director | 0819H0074: Discuss pole replacement. | $395 | 0.50 | $197.50 |
| 8/9/2019 | Cynthia Lorie | Director | 0819H0075: Draft deferred work rebuttal testimony and review with client. | $395 | 3.20 | $1,264.00 |
| 8/9/2019 | Cynthia Lorie | Director | 0819H0076: Review in progress rebuttal chapters. | $395 | 2.00 | $790.00 |
| 8/9/2019 | Cynthia Lorie | Director | 0819H0077: Discuss rebuttal formatting issues. | $395 | 0.50 | $197.50 |
| 8/9/2019 | Anthony Kosinski | Associate | 0819H0078: Develop templates and macros for policy and cross-over joint comparison templates. | $260 | 4.00 | $1,040.00 |
| 8/9/2019 | Aritra Paul | Paraprofessional | 0819H0079: Populate joint comparison templates. | $100 | 8.00 | $800.00 |
| 8/10/2019 | Cynthia Lorie | Director | 0819H0080: Draft deferred work rebuttal testimony. | $395 | 2.00 | $790.00 |
| 8/10/2019 | Cynthia Lorie | Director | 0819H0081: Prepare for and attend Joint Comparison meeting with client. | $395 | 3.50 | $1,382.50 |
| 8/12/2019 | Cynthia Lorie | Director | 0819H0082: Prepare for and attend meeting to review chapter 7 rebuttal testimony with client. | $395 | 0.50 | $197.50 |
| 8/12/2019 | Cynthia Lorie | Director | 0819H0083: Updates to chapter 7 rebuttal testimony. | $395 | 4.00 | $1,580.00 |
| 8/12/2019 | Cynthia Lorie | Director | 0819H0084: Discuss Joint Comparison Exhibit update work plan with team. | $395 | 0.50 | $197.50 |
| 8/12/2019 | Cynthia Lorie | Director | 0819H0085: Discuss rebuttal testimony document processing plans with client. | $395 | 0.50 | $197.50 |
| 8/12/2019 | Cynthia Lorie | Director | 0819H0086: Meeting with finance regarding total spend during General Rate Case Period. | $395 | 0.50 | $197.50 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**        Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2019 through August 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/12/2019 | Abhijit Kr Dutta | Paraprofessional | 0819H0087: Engagement management. | $100 | 2.00 | $200.00 |
| 8/12/2019 | Anthony Kosinski | Associate | 0819H0088: Develop templates and macros for policy and cross-over joint comparison templates. | $260 | 4.00 | $1,040.00 |
| 8/12/2019 | Anthony Kosinski | Associate | 0819H0089: Status check-in meeting with US and off-shore teams. | $260 | 1.00 | $260.00 |
| 8/12/2019 | Aritra Paul | Paraprofessional | 0819H0090: Populate joint comparison templates. | $100 | 8.50 | $850.00 |
| 8/12/2019 | Devnandan Chatterjee | Paraprofessional | 0819H0091: Populate joint comparison templates. | $100 | 7.00 | $700.00 |
| 8/12/2019 | Devnandan Chatterjee | Paraprofessional | 0819H0092: Status check-in meeting with US and off-shore teams. | $100 | 1.00 | $100.00 |
| 8/12/2019 | Tarusrita Roy | Paraprofessional | 0819H0093: Populate joint comparison templates. | $100 | 4.00 | $400.00 |
| 8/13/2019 | Cynthia Lorie | Director | 0819H0094: Updates to chapter 7 rebuttal testimony. | $395 | 1.50 | $592.50 |
| 8/13/2019 | Cynthia Lorie | Director | 0819H0095: Updates to rebuttal testimony. | $395 | 3.00 | $1,185.00 |
| 8/13/2019 | Cynthia Lorie | Director | 0819H0096: Meeting with client regarding rebuttal control file updates. | $395 | 2.00 | $790.00 |
| 8/13/2019 | Cynthia Lorie | Director | 0819H0097: Updates to total spend analysis. | $395 | 3.00 | $1,185.00 |
| 8/13/2019 | Anthony Kosinski | Associate | 0819H0098: Quality control review and updates to templates and macros for policy and cross-over joint comparison templates. | $260 | 4.00 | $1,040.00 |
| 8/13/2019 | Aritra Paul | Paraprofessional | 0819H0099: Populate joint comparison templates. | $100 | 5.00 | $500.00 |
| 8/13/2019 | Devnandan Chatterjee | Paraprofessional | 0819H0100: Populate joint comparison templates. | $100 | 7.40 | $740.00 |
| 8/14/2019 | Cynthia Lorie | Director | 0819H0101: Edit chapter 19. | $395 | 2.00 | $790.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**          Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2019 through August 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/14/2019 | Cynthia Lorie | Director | 0819H0102: Discuss Joint Comparison Exhibit update work plan with team. | $395 | 0.50 | $197.50 |
| 8/14/2019 | Anthony Kosinski | Associate | 0819H0103: Quality control review of joint comparison templates. | $260 | 5.00 | $1,300.00 |
| 8/14/2019 | Aritra Paul | Paraprofessional | 0819H0104: Populate joint comparison templates. | $100 | 8.00 | $800.00 |
| 8/14/2019 | Tarusrita Roy | Paraprofessional | 0819H0105: Populate joint comparison templates. | $100 | 4.00 | $400.00 |
| 8/15/2019 | Cynthia Lorie | Director | 0819H0106: Edit chapter 19. | $395 | 1.00 | $395.00 |
| 8/15/2019 | Cynthia Lorie | Director | 0819H0107: Meeting with client to discuss rebuttal testimony status. | $395 | 0.80 | $316.00 |
| 8/15/2019 | Cynthia Lorie | Director | 0819H0108: Updates to chapter 7 rebuttal testimony. | $395 | 2.70 | $1,066.50 |
| 8/15/2019 | Cynthia Lorie | Director | 0819H0109: Updates to deferred work testimony. | $395 | 0.90 | $355.50 |
| 8/15/2019 | Cynthia Lorie | Director | 0819H0110: Discuss Joint Comparison Exhibit update work plan with team. | $395 | 0.50 | $197.50 |
| 8/15/2019 | Cynthia Lorie | Director | 0819H0111: Quality review and updates to Joint Comparison templates. | $395 | 2.70 | $1,066.50 |
| 8/15/2019 | Anthony Kosinski | Associate | 0819H0112: Quality control review and updates to templates and macros for policy and cross-over joint comparison templates. | $260 | 4.00 | $1,040.00 |
| 8/15/2019 | Devnandan Chatterjee | Paraprofessional | 0819H0113: Populate joint comparison templates. | $100 | 7.40 | $740.00 |
| 8/16/2019 | Cynthia Lorie | Director | 0819H0114: Meeting with client to review deferred work testimony. | $395 | 1.70 | $671.50 |
| 8/16/2019 | Cynthia Lorie | Director | 0819H0115: Updates to deferred work testimony. | $395 | 4.40 | $1,738.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2019 through August 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/16/2019 | Cynthia Lorie | Director | 0819H0116: Meeting with client to discuss Joint Comparison Exhibit process. | $395 | 0.70 | $276.50 |
| 8/16/2019 | Cynthia Lorie | Director | 0819H0117: Quality review and updates to Joint Comparison templates. | $395 | 0.80 | $316.00 |
| 8/16/2019 | Anthony Kosinski | Associate | 0819H0118: Quality control review and updates to templates and macros for policy and cross-over joint comparison templates. | $260 | 4.00 | $1,040.00 |
| 8/16/2019 | Devnandan Chatterjee | Paraprofessional | 0819H0119: Populate joint comparison templates. | $100 | 2.00 | $200.00 |
| 8/16/2019 | Tarusrita Roy | Paraprofessional | 0819H0120: Develop templates and macros for forecast joint comparison templates. | $100 | 4.00 | $400.00 |
| 8/17/2019 | Cynthia Lorie | Director | 0819H0121: Quality review and updates to Joint Comparison templates. | $395 | 4.00 | $1,580.00 |
| 8/19/2019 | Cynthia Lorie | Director | 0819H0122: Discuss remaining rebuttal schedule with team. | $395 | 1.00 | $395.00 |
| 8/19/2019 | Cynthia Lorie | Director | 0819H0123: Edit chapter 19. | $395 | 1.50 | $592.50 |
| 8/19/2019 | Cynthia Lorie | Director | 0819H0124: Rebuttal testimony status call. | $395 | 0.50 | $197.50 |
| 8/19/2019 | Cynthia Lorie | Director | 0819H0125: Updates to chapter 13 rebuttal testimony. | $395 | 1.00 | $395.00 |
| 8/19/2019 | Cynthia Lorie | Director | 0819H0126: Quality review and updates to Joint Comparison templates. | $395 | 1.50 | $592.50 |
| 8/19/2019 | Anthony Kosinski | Associate | 0819H0127: Quality control review of joint comparison templates. | $260 | 3.50 | $910.00 |
| 8/19/2019 | Aritra Paul | Paraprofessional | 0819H0128: Populate joint comparison templates. | $100 | 2.00 | $200.00 |
| 8/19/2019 | Devnandan Chatterjee | Paraprofessional | 0819H0129: Populate joint comparison templates. | $100 | 7.00 | $700.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))** Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2019 through August 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/20/2019 | Cynthia Lorie | Director | 0819H0130: Discuss deferred work testimony updates with client. | $395 | 0.50 | $197.50 |
| 8/20/2019 | Cynthia Lorie | Director | 0819H0131: Prepare for and attend meeting with client to discuss rebuttal testimony. | $395 | 1.30 | $513.50 |
| 8/20/2019 | Cynthia Lorie | Director | 0819H0132: Updates to chapter 7 rebuttal testimony. | $395 | 0.70 | $276.50 |
| 8/20/2019 | Cynthia Lorie | Director | 0819H0133: Quality review and updates to Joint Comparison templates. | $395 | 4.00 | $1,580.00 |
| 8/20/2019 | Anthony Kosinski | Associate | 0819H0134: Quality control review of joint comparison templates. | $260 | 2.00 | $520.00 |
| 8/20/2019 | Aritra Paul | Paraprofessional | 0819H0135: Populate joint comparison templates. | $100 | 6.50 | $650.00 |
| 8/20/2019 | Devnandan Chatterjee | Paraprofessional | 0819H0136: Populate JCE Templates. | $100 | 7.40 | $740.00 |
| 8/20/2019 | Jeremy Chasen | Senior Manager | 0819H0137: Engagement management. | $345 | 2.00 | $690.00 |
| 8/20/2019 | Jeremy Chasen | Senior Manager | 0819H0138: Quality control review of joint comparison templates. | $345 | 2.00 | $690.00 |
| 8/20/2019 | Jeremy Chasen | Senior Manager | 0819H0139: US team status meeting. | $345 | 2.00 | $690.00 |
| 8/20/2019 | Tarusrita Roy | Paraprofessional | 0819H0140: Populate joint comparison templates. | $100 | 8.00 | $800.00 |
| 8/21/2019 | Cynthia Lorie | Director | 0819H0141: Meeting with client to discuss deferred work testimony. | $395 | 1.00 | $395.00 |
| 8/21/2019 | Cynthia Lorie | Director | 0819H0142: Rebuttal testimony status call. | $395 | 0.50 | $197.50 |
| 8/21/2019 | Cynthia Lorie | Director | 0819H0143: Updates to chapter 7 rebuttal testimony. | $395 | 1.50 | $592.50 |
| 8/21/2019 | Cynthia Lorie | Director | 0819H0144: Updates to deferred work testimony. | $395 | 2.50 | $987.50 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2019 through August 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/21/2019 | Cynthia Lorie | Director | 0819H0145: Quality review and updates to Joint Comparison templates. | $395 | 1.50 | $592.50 |
| 8/21/2019 | Anthony Kosinski | Associate | 0819H0146: Quality control review of joint comparison templates. | $260 | 2.00 | $520.00 |
| 8/21/2019 | Jeremy Chasen | Senior Manager | 0819H0147: Quality control review of joint comparison templates. | $345 | 4.00 | $1,380.00 |
| 8/21/2019 | Jeremy Chasen | Senior Manager | 0819H0148: Status check-in meeting with US and off-shore teams. | $345 | 0.50 | $172.50 |
| 8/22/2019 | Cynthia Lorie | Director | 0819H0149: Rebuttal testimony status call. | $395 | 0.50 | $197.50 |
| 8/22/2019 | Cynthia Lorie | Director | 0819H0150: Add TURN to settlement matrix. | $395 | 1.00 | $395.00 |
| 8/22/2019 | Cynthia Lorie | Director | 0819H0151: Quality review and updates to Joint Comparison templates. | $395 | 1.50 | $592.50 |
| 8/22/2019 | Anthony Kosinski | Associate | 0819H0152: Quality control review of joint comparison templates. | $260 | 4.00 | $1,040.00 |
| 8/22/2019 | Anthony Kosinski | Associate | 0819H0153: US team status meeting. | $260 | 1.00 | $260.00 |
| 8/22/2019 | Anthony Kosinski | Associate | 0819H0154: US team status meeting. | $260 | 1.00 | $260.00 |
| 8/22/2019 | Jeremy Chasen | Senior Manager | 0819H0155: Develop templates and macros for joint comparison exhibit - update missing and incorrect files. | $345 | 3.00 | $1,035.00 |
| 8/22/2019 | Jeremy Chasen | Senior Manager | 0819H0156: Engagement management. | $345 | 1.00 | $345.00 |
| 8/22/2019 | Jeremy Chasen | Senior Manager | 0819H0157: US team status meeting. | $345 | 1.00 | $345.00 |
| 8/22/2019 | Tarusrita Roy | Paraprofessional | 0819H0158: Develop templates and macros for forecast joint comparison templates. | $100 | 2.00 | $200.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2019 through August 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/23/2019 | Cynthia Lorie | Director | 0819H0159: Rebuttal testimony status call. | $395 | 0.50 | $197.50 |
| 8/23/2019 | Cynthia Lorie | Director | 0819H0160: Updates to deferred work testimony. | $395 | 0.50 | $197.50 |
| 8/23/2019 | Anthony Kosinski | Associate | 0819H0161: Quality control review of joint comparison templates. | $260 | 4.00 | $1,040.00 |
| 8/23/2019 | Jeremy Chasen | Senior Manager | 0819H0162: Develop templates and macros for joint comparison exhibit - update missing and incorrect files. | $345 | 4.00 | $1,380.00 |
| 8/26/2019 | Cynthia Lorie | Director | 0819H0163: Rebuttal testimony status call. | $395 | 0.80 | $316.00 |
| 8/26/2019 | Cynthia Lorie | Director | 0819H0164: Updates to chapter 7 rebuttal testimony. | $395 | 0.80 | $316.00 |
| 8/26/2019 | Cynthia Lorie | Director | 0819H0165: Updates to deferred work testimony. | $395 | 3.00 | $1,185.00 |
| 8/26/2019 | Cynthia Lorie | Director | 0819H0166: Quality review and updates to Joint Comparison templates. | $395 | 1.60 | $632.00 |
| 8/26/2019 | Anthony Kosinski | Associate | 0819H0167: Confirm all files on SharePoint align to master tracker. | $260 | 4.00 | $1,040.00 |
| 8/27/2019 | Cynthia Lorie | Director | 0819H0168: Meeting regarding witness preparation sessions. | $395 | 0.80 | $316.00 |
| 8/27/2019 | Cynthia Lorie | Director | 0819H0169: Rebuttal testimony status call. | $395 | 0.80 | $316.00 |
| 8/27/2019 | Cynthia Lorie | Director | 0819H0170: Prepare for Joint Comparison meeting with client. | $395 | 1.00 | $395.00 |
| 8/27/2019 | Cynthia Lorie | Director | 0819H0171: Quality review and updates to Joint Comparison templates. | $395 | 5.50 | $2,172.50 |
| 8/27/2019 | Anthony Kosinski | Associate | 0819H0172: Confirm all files on SharePoint align to master tracker. | $260 | 2.00 | $520.00 |
| 8/27/2019 | Jeremy Chasen | Senior Manager | 0819H0173: Develop templates and macros for joint comparison exhibit - update missing and incorrect files. | $345 | 1.00 | $345.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**   Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2019 through August 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/27/2019 | Jeremy Chasen | Senior Manager | 0819H0174: US team status meeting. | $345 | 0.50 | $172.50 |
| 8/28/2019 | Cynthia Lorie | Director | 0819H0175: Discussions with client regarding chapter 7 rebuttal testimony. | $395 | 0.50 | $197.50 |
| 8/28/2019 | Cynthia Lorie | Director | 0819H0176: Create witness support materials. | $395 | 1.00 | $395.00 |
| 8/28/2019 | Cynthia Lorie | Director | 0819H0177: Prepare for and attend Joint Comparison meeting with client. | $395 | 4.50 | $1,777.50 |
| 8/28/2019 | Cynthia Lorie | Director | 0819H0178: Updates to rebuttal control files. | $395 | 1.00 | $395.00 |
| 8/28/2019 | Anthony Kosinski | Associate | 0819H0179: Confirm all files on SharePoint align to master tracker. | $260 | 4.00 | $1,040.00 |
| 8/28/2019 | Jeremy Chasen | Senior Manager | 0819H0180: Confirm all files on SharePoint align to master tracker. | $345 | 2.50 | $862.50 |
| 8/29/2019 | Cynthia Lorie | Director | 0819H0181: Develop witness prep materials for chapter 7 witness. | $395 | 3.00 | $1,185.00 |
| 8/29/2019 | Cynthia Lorie | Director | 0819H0182: Discussions regarding witness prep for deferred work testimony. | $395 | 1.00 | $395.00 |
| 8/29/2019 | Cynthia Lorie | Director | 0819H0183: Rebuttal testimony status call. | $395 | 0.50 | $197.50 |
| 8/29/2019 | Cynthia Lorie | Director | 0819H0184: Create witness support materials. | $395 | 1.00 | $395.00 |
| 8/29/2019 | Cynthia Lorie | Director | 0819H0185: Discussions regarding Joint Comparison tables and supporting materials. | $395 | 1.00 | $395.00 |
| 8/29/2019 | Cynthia Lorie | Director | 0819H0186: Prepare for and attend Joint Comparison meeting with client. | $395 | 1.50 | $592.50 |
| 8/29/2019 | Jeremy Chasen | Senior Manager | 0819H0187: Confirm all files on SharePoint align to master tracker. | $345 | 4.00 | $1,380.00 |
| 8/29/2019 | Jeremy Chasen | Senior Manager | 0819H0188: Engagement management. | $345 | 1.00 | $345.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**          **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2019 through August 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/30/2019 | Cynthia Lorie | Director | 0819H0189: Develop witness prep materials. | $395 | 2.50 | $987.50 |
| 8/30/2019 | Cynthia Lorie | Director | 0819H0190: Prepare for and attend meeting with client regarding errata summary tables. | $395 | 1.00 | $395.00 |
| **Subtotal - Hours and Compensation - Rate Case Support Services** | | | | | 461.90 | $118,839.00 |
| ***Subtotal - Hours and Compensation - Rate Case Support Services*** | | | | | ***461.90*** | ***$118,839.00*** |

***Wildfire Mitigation Plan Support Services***      ***Retention Exhibit #: SUP***

<u>WMP Support Services</u>

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/8/2019 | Anthony Kosinski | Associate | 0819H0191: Meeting with client and internal team. | $260 | 0.50 | $130.00 |
| 8/8/2019 | Cynthia Lorie | Director | 0819H0192: Status update with team. | $395 | 0.50 | $197.50 |
| 8/8/2019 | Jeremy Chasen | Senior Manager | 0819H0193: Meeting with client and internal team. | $345 | 0.50 | $172.50 |
| 8/19/2019 | Cynthia Lorie | Director | 0819H0194: Prepare for and attend kick-off call with client's Wildfire Management Plan team. | $395 | 1.00 | $395.00 |
| 8/20/2019 | Cynthia Lorie | Director | 0819H0195: Status update with team. | $395 | 1.00 | $395.00 |
| 8/21/2019 | Jeremy Chasen | Senior Manager | 0819H0196: Engagement management. | $345 | 1.00 | $345.00 |
| 8/21/2019 | Jeremy Chasen | Senior Manager | 0819H0197: Digital tool investigation. | $345 | 1.50 | $517.50 |
| 8/21/2019 | Jeremy Chasen | Senior Manager | 0819H0198: Investigate and create digital tool. | $345 | 1.00 | $345.00 |
| 8/22/2019 | Cynthia Lorie | Director | 0819H0199: Status update with team. | $395 | 1.00 | $395.00 |
| 8/22/2019 | Jeremy Chasen | Senior Manager | 0819H0200: Investigate and create digital tool. | $345 | 1.00 | $345.00 |
| 8/26/2019 | Anthony Kosinski | Associate | 0819H0201: Internal team meeting. | $260 | 0.50 | $130.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2019 through August 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/26/2019 | Anthony Kosinski | Associate | 0819H0202: Engagement management. | $260 | 0.50 | $130.00 |
| 8/27/2019 | Jeremy Chasen | Senior Manager | 0819H0203: Meeting with client and internal team. | $345 | 0.50 | $172.50 |
| 8/27/2019 | Jeremy Chasen | Senior Manager | 0819H0204: Internal team meeting. | $345 | 0.50 | $172.50 |
| 8/27/2019 | Jeremy Chasen | Senior Manager | 0819H0205: Engagement management. | $345 | 0.50 | $172.50 |
| 8/28/2019 | Cynthia Lorie | Director | 0819H0206: Prepare for and attend status meeting for Wildfire Management Plan compliance tracking. | $395 | 1.00 | $395.00 |
| 8/28/2019 | Cynthia Lorie | Director | 0819H0207: Status call with tracker development team. | $395 | 1.00 | $395.00 |
| 8/28/2019 | Jeremy Chasen | Senior Manager | 0819H0208: Status call with client. | $345 | 0.50 | $172.50 |
| 8/28/2019 | Jeremy Chasen | Senior Manager | 0819H0209: General PM Tasks for WMP & PSPS. | $345 | 0.50 | $172.50 |
| 8/28/2019 | Jeremy Chasen | Senior Manager | 0819H0210: Internal team meeting. | $345 | 0.50 | $172.50 |
| 8/29/2019 | Anthony Kosinski | Associate | 0819H0211: Develop compliance tracking tool. | $260 | 2.00 | $520.00 |
| 8/29/2019 | Jeremy Chasen | Senior Manager | 0819H0212: Update internal schedule and workplan. | $345 | 1.00 | $345.00 |
| 8/30/2019 | Anthony Kosinski | Associate | 0819H0213: Develop compliance tracking tool. | $260 | 2.00 | $520.00 |
| Subtotal - Hours and Compensation - WMP Support Services | | | | | 20.00 | $6,707.50 |
| *Subtotal - Hours and Compensation - Wildfire Mitigation Plan Support Services* | | | | | *20.00* | *$6,707.50* |
| **Total - Hours and Compensation - Hourly Services** | | | | | **481.90** | **$125,546.50** |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2019 through August 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Case Administration** | | | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | | | *Retention Exhibit #: CAS* | |
| <u>Employment Applications and Other Court Filings</u> | | | | | | |
| 8/2/2019 | Andrea Clark Smith | Director | 0819H0214: Follow up communications with Weil regarding status of the supplemental application based upon the PwC declaration prepared. | $550 | 0.50 | $275.00 |
| 8/7/2019 | Andrea Clark Smith | Director | 0819H0215: Follow up communications with Weil regarding status of the supplemental application based upon the PwC declaration prepared. | $550 | 0.30 | $165.00 |
| 8/8/2019 | Andrea Clark Smith | Director | 0819H0216: Discussion with PwC team regarding new contract and supplemental disclosure to the Court. | $550 | 1.20 | $660.00 |
| 8/8/2019 | Andrea Clark Smith | Director | 0819H0217: Perform review of the new tax engagement letters (Rule 21 (2) and WDT)) and begin preparation for inclusion in supplemental PwC declaration. | $550 | 1.20 | $660.00 |
| 8/9/2019 | Andrea Clark Smith | Director | 0819H0218: Follow up communications with Weil regarding status of the supplemental application based upon the PwC declaration prepared. | $550 | 0.20 | $110.00 |
| 8/26/2019 | Andrea Clark Smith | Director | 0819H0219: Discussion with Weil regarding status of the supplemental application preparation and filing to mirror the PwC declaration. | $550 | 0.50 | $275.00 |
| Subtotal - Hours and Compensation - Employment Applications and Other Court Filings | | | | | 3.90 | $2,145.00 |
| <u>Monthly, Interim and Final Fee Applications</u> | | | | | | |
| 8/1/2019 | Nanette J Kortuem | Associate | 0819H0220: Review the Fee Examiner guidance and obtain the documentation to submit pursuant to the Fee Examiner protocol. | $225 | 5.00 | $1,125.00 |

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period August 1, 2019 through August 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/2/2019 | Nanette J Kortuem | Associate | 0819H0221: Coordinate the billing details from the various client-service professional teams to prepare the monthly fee statements. | $225 | 4.00 | $900.00 |
| 8/5/2019 | Nanette J Kortuem | Associate | 0819H0222: Coordinate the billing details from the various client-service professional teams to prepare the monthly fee statements. | $225 | 1.80 | $405.00 |
| 8/7/2019 | Andrea Clark Smith | Director | 0819H0223: Perform review of the Internal Audit Services draft May/June 2019 Monthly Fee Statement. | $550 | 1.10 | $605.00 |
| 8/7/2019 | Nanette J Kortuem | Associate | 0819H0224: Review the Fee Examiner guidance and obtain the documentation to submit pursuant to the Fee Examiner protocol. | $225 | 1.00 | $225.00 |
| 8/8/2019 | Andrea Clark Smith | Director | 0819H0225: Perform review of the Claims Services draft June 2019 Monthly Fee Statement. | $550 | 0.50 | $275.00 |
| 8/9/2019 | Nanette J Kortuem | Associate | 0819H0226: Review the Fee Examiner guidance and obtain the documentation to submit pursuant to the Fee Examiner protocol. | $225 | 2.00 | $450.00 |
| 8/12/2019 | Andrea Clark Smith | Director | 0819H0227: Perform final review of Internal Audit May & June details and prepare the fee statements for client preapproval. | $550 | 0.20 | $110.00 |
| 8/12/2019 | Andrea Clark Smith | Director | 0819H0228: Perform final review of Bankruptcy Tax Accounting May & June details and prepare the fee statements for client preapproval. | $550 | 2.60 | $1,430.00 |
| 8/13/2019 | Andrea Clark Smith | Director | 0819H0229: Perform review of the Strategic Analysis Services draft June 2019 Monthly Fee Statement based upon discussion with Partner. | $550 | 5.30 | $2,915.00 |

PG&E Corporation, et al. (Case No. 19-30088 (DM))  Exhibit E
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date
For the Period August 1, 2019 through August 31, 2019

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/15/2019 | Andrea Clark Smith | Director | 0819H0230: Perform final review of Compliance Services June details and prepare the fee statements for client preapproval. | $550 | 1.20 | $660.00 |
| 8/27/2019 | Andrea Clark Smith | Director | 0819H0231: Perform review of the Strategic Analysis services updates June 2019 fee statement. | $550 | 1.10 | $605.00 |
| 8/27/2019 | Nanette J Kortuem | Associate | 0819H0232: Coordinate the billing details from the various client-service professional teams to prepare the monthly fee statements - July 2019. | $225 | 1.00 | $225.00 |
| 8/28/2019 | Andrea Clark Smith | Director | 0819H0233: Perform review of the July 2019 fee statement follow up with the teams regarding needed time and expense details for Monthly fee Statement. | $550 | 2.50 | $1,375.00 |
| 8/28/2019 | Nanette J Kortuem | Associate | 0819H0234: Coordinate the billing details from the various client-service professional teams to prepare the monthly fee statements - July 2019. | $225 | 4.00 | $900.00 |
| 8/30/2019 | Nanette J Kortuem | Associate | 0819H0235: Perform review of the monthly fee statement billings with the cash collections and coordinate with PG&E regarding payments pursuant to the bankruptcy guidelines. | $225 | 1.00 | $225.00 |
| Subtotal - Hours and Compensation - Monthly, Interim and Final Fee Applications | | | | | 34.30 | $12,430.00 |
| *Subtotal - Hours and Compensation - Bankruptcy Requirements and Other Court Obligations* | | | | | *38.20* | *$14,575.00* |
| **Total - Hours and Compensation - Case Administration** | | | | | **38.20** | **$14,575.00** |
| **Total - Hours and Compensation - Hourly Services and Case Administration** | | | | | **520.10** | **$140,121.50** |