**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  **Exhibit A**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period September 1, 2019 through September 30, 2019**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
| *North Bay & Camp Fire Services* | *Retention Exhibit #: SUPP 01-B; 01-E* | |
| North Bay & Camp Fire Services - C.O. #11 & C.O. #2 | 5,024.30 | $2,334,422.00 |
| *Subtotal - North Bay & Camp Fire Services* | *5,024.30* | *$2,334,422.00* |
| *Controls Testing Services* | *Retention Exhibit #: 01-I* | |
| Controls Testing Services | 744.90 | $88,365.00 |
| *Subtotal - Controls Testing Services* | *744.90* | *$88,365.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **5,769.20** | **$2,422,787.00** |
| **Hourly Services** | | |
| *Rate Case Support Services* | *Retention Exhibit #: 01-L; SUPP 01-J* | |
| Rate Case Support Services | 149.00 | $59,200.00 |
| *Subtotal - Rate Case Support Services* | *149.00* | *$59,200.00* |
| *Wildfire Mitigation Plan Support Services* | *Retention Exhibit #: SUPP 01-U* | |
| WMP Support Services | 65.50 | $18,372.50 |
| *Subtotal - Wildfire Mitigation Plan Support Services* | *65.50* | *$18,372.50* |
| **Subtotal - Hours and Compensation - Hourly Services** | **214.50** | **$77,572.50** |
| **Case Administration** | | |
| *Bankruptcy Requirements and Other Court Obligations* | *Retention Exhibit #: CASE* | |
| Employment Applications and Other Court Filings | 4.70 | $2,585.00 |
| Monthly, Interim and Final Fee Applications | 11.20 | $5,705.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | *15.90* | *$8,290.00* |
| **Subtotal - Hours and Compensation - Case Administration** | **15.90** | **$8,290.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | **5,999.60** | **$2,508,649.50** |