**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  Exhibit B
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period September 1, 2019 through September 30, 2019**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| **North Bay & Camp Fire Services** | | *Retention Exhibit #: SUPP 01-B; 01-E* | |
| Meera Banerjee | Partner | 30.00 | |
| Todd Jirovec | Partner | 96.50 | |
| Amol Deshpande | Director | 354.00 | |
| Billy R Raley | Director | 436.50 | |
| Kristin A Cheek | Director | 252.90 | |
| Paul Conboy | Director | 36.00 | |
| Adrian W Fowler | Manager | 166.80 | |
| Cyrus Justin Mohamadi | Manager | 212.00 | |
| Rachel M Ehsan | Manager | 424.70 | |
| AnnMarie Hassan | Senior Associate | 440.00 | |
| Chiara Nicole Nosse | Senior Associate | 206.00 | |
| Daniel Ricardo Chomat | Senior Associate | 210.20 | |
| Dinishi Abayarathna | Senior Associate | 10.00 | |
| Jessica Burton | Senior Associate | 453.50 | |
| Joseph Michalek | Senior Associate | 234.00 | |
| Mohammad Ali Suleman | Senior Associate | 161.40 | |
| Ryan D McLean | Senior Associate | 207.50 | |
| Tyler McNeil Guthrie | Senior Associate | 337.00 | |
| Yurika Kristy Yoneda | Senior Associate | 478.90 | |
| Alexandra May Gradijan | Associate | 3.00 | |
| Andrew James Breckel | Associate | 10.00 | |
| Emily Elizabeth Gray | Associate | 196.00 | |
| Melanie Erin Tsoi | Associate | 67.40 | |
| **Subtotal - North Bay & Camp Fire Services** | | **5,024.30** | **$2,334,422.00** |
| **Controls Testing Services** | | *Retention Exhibit #: 01-I* | |
| Dhiraj Malhotra | Partner | 57.00 | |
| Sarah Thompson Best | Director | 1.00 | |
| Steven Manocchio | Director | 70.00 | |
| Rachel Allard Le Flanchec | Manager | 167.80 | |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period September 1, 2019 through September 30, 2019**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---|---|
| Allen Oh | Associate | 50.00 | |
| FNU Srinivasan Chandrasekaran | Associate | 65.00 | |
| Khanh Duy Lam | Associate | 16.00 | |
| Niki Keramat | Associate | 36.00 | |
| NKEMJIKA NWOFOR | Associate | 21.00 | |
| Randon Yee Fong | Associate | 84.00 | |
| Rida Adam | Associate | 119.10 | |
| Tristan Waterman | Associate | 24.00 | |
| Yu Pei | Associate | 34.00 | |
| **Subtotal - Controls Testing Services** | | **744.90** | **$88,365.00** |
| **Total - Hours and Compensation - Fixed Fee Services** | | **5,769.20** | **$2,422,787.00** |

| PG&E Corporation, et al. (Case No. 19-30088 (DM)) <br> PwC LLP - Management, Tax and Advisory Consultants to the Debtors <br> North Bay & Camp Fire Services - Summary of Hours and Fees <br> For the Period September 1, 2019 through September 30, 2019 | | | | Exhibit B |
|---|---|---|---|---|
| **Project Category and Professional** | **Position** | | **North Bay Fire Services Hours** | **Camp Fire Services Hours** |

*North Bay & Camp Fire Services* — *Retention Exhibit #: SUPP 01-B; 01-E*

| Professional | Position | North Bay Fire Services Hours | Camp Fire Services Hours |
|---|---|---:|---:|
| Meera Banerjee | Partner | 15.00 | 15.00 |
| Todd Jirovec | Partner | 48.25 | 48.25 |
| Amol Deshpande | Director | 177.00 | 177.00 |
| Billy R Raley | Director | 109.12 | 327.38 |
| Kristin A Cheek | Director | 126.45 | 126.45 |
| Paul Conboy | Director | 18.00 | 18.00 |
| Adrian W Fowler | Manager | 41.67 | 125.13 |
| Cyrus Justin Mohamadi | Manager | 106.00 | 106.00 |
| Rachel M Ehsan | Manager | 212.35 | 212.35 |
| AnnMarie Hassan | Senior Associate | 44.00 | 396.00 |
| Chiara Nicole Nosse | Senior Associate | 51.50 | 154.50 |
| Daniel Ricardo Chomat | Senior Associate | 52.55 | 157.65 |
| Dinishi Abayarathna | Senior Associate | 0.00 | 10.00 |
| Jessica Burton | Senior Associate | 113.35 | 340.15 |
| Joseph Michalek | Senior Associate | 23.40 | 210.60 |
| Mohammad Ali Suleman | Senior Associate | 80.70 | 80.70 |
| Ryan D McLean | Senior Associate | 103.75 | 103.75 |
| Tyler McNeil Guthrie | Senior Associate | 0.00 | 337.00 |
| Yurika Kristy Yoneda | Senior Associate | 239.45 | 239.45 |
| Alexandra May Gradijan | Associate | 1.50 | 1.50 |
| Andrew James Breckel | Associate | 5.00 | 5.00 |
| Emily Elizabeth Gray | Associate | 98.00 | 98.00 |
| Melanie Erin Tsoi | Associate | 33.70 | 33.70 |
| **Subtotal - North Bay & Camp Fire Services** | | **1,700.74** | **3,323.56** |
| **Total Compensation** | | **$786,316** | **$1,548,106** |