**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     Exhibit D
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period September 1, 2019 through September 30, 2019**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *Rate Case Support Services* | | *Retention Exhibit #: 01-L; SUPP 01-J* | | |
| Reza Jenab | Partner | $500 | 4.00 | $2,000.00 |
| Cynthia Lorie | Director | $395 | 143.50 | $56,682.50 |
| Jeremy Chasen | Senior Manager | $345 | 1.50 | $517.50 |
| *Subtotal - Rate Case Support Services* | | | *149.00* | *$59,200.00* |
| *Wildfire Mitigation Plan Support Services* | | *Retention Exhibit #: SUPP 01-U* | | |
| Cynthia Lorie | Director | $395 | 9.00 | $3,555.00 |
| Jeremy Chasen | Senior Manager | $345 | 1.50 | $517.50 |
| Anthony Kosinski | Associate | $260 | 55.00 | $14,300.00 |
| *Subtotal - Wildfire Mitigation Plan Support Services* | | | *65.50* | *$18,372.50* |
| **Subtotal - Hourly Services** | | | **214.50** | **$77,572.50** |
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | *Retention Exhibit #: CASE* | | |
| Andrea Clark Smith | Director | $550 | 14.50 | $7,975.00 |
| Nanette J Kortuem | Associate | $225 | 1.40 | $315.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | | | *15.90* | *$8,290.00* |
| **Subtotal - Case Administration** | | | **15.90** | **$8,290.00** |
| **Total - Hourly Services and Case Administration** | | | **230.40** | **$85,862.50** |