PG&E Corporation, et al. (Case No. 19-30088 (DM))  Exhibit E
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date
For the Period September 1, 2019 through September 30, 2019

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Hourly Services** | | | | | | |
| *Rate Case Support Services* | | | | | *Retention Exhibit #: 01-L;* | |
| Rate Case Support Services | | | | | | |
| 9/1/2019 | Cynthia Lorie | Director | 0919H0001: Create capital and expense forecast change tables for Errata 2 filing. | $395 | 5.50 | $2,172.50 |
| 9/1/2019 | Reza Jenab | Partner | 0919H0002: Status update, discuss work in process and planned future work. | $500 | 2.00 | $1,000.00 |
| 9/3/2019 | Jeremy Chasen | Senior Manager | 0919H0003: JCE File Development (bots, templates, data) - Clean up missing / incorrect files. | $345 | 1.00 | $345.00 |
| 9/3/2019 | Cynthia Lorie | Director | 0919H0004: Prepare for and attend meeting with client to discuss forecast change tables. | $395 | 2.50 | $987.50 |
| 9/3/2019 | Cynthia Lorie | Director | 0919H0005: Review August time and create draft invoice. | $395 | 2.00 | $790.00 |
| 9/3/2019 | Cynthia Lorie | Director | 0919H0006: Discussions with client regarding Joint Comparison Exhibit templates. | $395 | 1.50 | $592.50 |
| 9/3/2019 | Cynthia Lorie | Director | 0919H0007: Develop witness prep materials. | $395 | 2.50 | $987.50 |
| 9/4/2019 | Jeremy Chasen | Senior Manager | 0919H0008: Engagement Management. | $345 | 0.50 | $172.50 |
| 9/4/2019 | Cynthia Lorie | Director | 0919H0009: Meeting with Exhibit 10 team regarding Joint Comparison Exhibit templates. | $395 | 1.50 | $592.50 |
| 9/4/2019 | Cynthia Lorie | Director | 0919H0010: Updates to Joint Comparison Exhibit templates. | $395 | 3.00 | $1,185.00 |
| 9/4/2019 | Cynthia Lorie | Director | 0919H0011: Develop witness prep materials. | $395 | 1.00 | $395.00 |
| 9/4/2019 | Cynthia Lorie | Director | 0919H0012: Review August time and create draft invoice. | $395 | 1.00 | $395.00 |
| 9/5/2019 | Cynthia Lorie | Director | 0919H0013: Develop witness prep materials. | $395 | 1.00 | $395.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period September 1, 2019 through September 30, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 9/5/2019 | Cynthia Lorie | Director | 0919H0014: Draft joint comparison exhibit summaries for working cash and tax teams. | $395 | 2.00 | $790.00 |
| 9/5/2019 | Cynthia Lorie | Director | 0919H0015: Develop witness prep materials. | $395 | 2.00 | $790.00 |
| 9/6/2019 | Cynthia Lorie | Director | 0919H0016: Draft joint comparison exhibit summaries for working cash and tax teams. | $395 | 5.00 | $1,975.00 |
| 9/9/2019 | Cynthia Lorie | Director | 0919H0017: Review and edit joint comparison exhibit summaries. | $395 | 7.50 | $2,962.50 |
| 9/10/2019 | Cynthia Lorie | Director | 0919H0018: Check in with client regarding Joint Comparison Exhibit and brief. | $395 | 0.50 | $197.50 |
| 9/10/2019 | Cynthia Lorie | Director | 0919H0019: Draft Joint Comparison introduction. | $395 | 1.00 | $395.00 |
| 9/10/2019 | Cynthia Lorie | Director | 0919H0020: Review briefs from previous filings. | $395 | 1.00 | $395.00 |
| 9/10/2019 | Cynthia Lorie | Director | 0919H0021: Discussions with exhibit teams regarding Joint Comparison exhibit templates. | $395 | 1.50 | $592.50 |
| 9/10/2019 | Cynthia Lorie | Director | 0919H0022: Rebuttal testimony status call. | $395 | 0.50 | $197.50 |
| 9/10/2019 | Cynthia Lorie | Director | 0919H0023: Testimony prep call with Chapter 1 witness. | $395 | 0.50 | $197.50 |
| 9/10/2019 | Cynthia Lorie | Director | 0919H0024: Discussions regarding witness prep for deferred work testimony. | $395 | 0.50 | $197.50 |
| 9/11/2019 | Cynthia Lorie | Director | 0919H0025: Meeting with client regarding status of joint comparison files. | $395 | 0.50 | $197.50 |
| 9/11/2019 | Cynthia Lorie | Director | 0919H0026: Locate 2014 brief. | $395 | 0.50 | $197.50 |
| 9/11/2019 | Cynthia Lorie | Director | 0919H0027: Attend witness prep session. | $395 | 2.00 | $790.00 |
| 9/11/2019 | Cynthia Lorie | Director | 0919H0028: Draft data responses. | $395 | 1.00 | $395.00 |
| 9/11/2019 | Cynthia Lorie | Director | 0919H0029: Review joint comparison templates. | $395 | 4.50 | $1,777.50 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**        **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period September 1, 2019 through September 30, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 9/12/2019 | Cynthia Lorie | Director | 0919H0030: Attend witness prep session. | $395 | 1.50 | $592.50 |
| 9/12/2019 | Cynthia Lorie | Director | 0919H0031: Review joint comparison templates. | $395 | 5.00 | $1,975.00 |
| 9/12/2019 | Cynthia Lorie | Director | 0919H0032: Discussion with gas team regarding tracking of costs in cost recovery applications. | $395 | 0.50 | $197.50 |
| 9/12/2019 | Reza Jenab | Partner | 0919H0033: Status update, discuss work in process and planned future work. | $500 | 2.00 | $1,000.00 |
| 9/13/2019 | Cynthia Lorie | Director | 0919H0034: Begin work on 2020 brief outline. | $395 | 1.00 | $395.00 |
| 9/13/2019 | Cynthia Lorie | Director | 0919H0035: Respond to emails regarding status of joint comparison exhibit templates. | $395 | 1.00 | $395.00 |
| 9/13/2019 | Cynthia Lorie | Director | 0919H0036: Draft data responses. | $395 | 1.00 | $395.00 |
| 9/14/2019 | Cynthia Lorie | Director | 0919H0037: Discussions with client regarding deferred work data responses and testimony preparation. | $395 | 1.00 | $395.00 |
| 9/16/2019 | Cynthia Lorie | Director | 0919H0038: Attend mock-cross session. | $395 | 2.00 | $790.00 |
| 9/16/2019 | Cynthia Lorie | Director | 0919H0039: Meeting with client teams regarding joint comparison exhibits. | $395 | 1.50 | $592.50 |
| 9/16/2019 | Cynthia Lorie | Director | 0919H0040: Attend mock-cross session. | $395 | 2.50 | $987.50 |
| 9/16/2019 | Cynthia Lorie | Director | 0919H0041: Draft data responses. | $395 | 1.50 | $592.50 |
| 9/17/2019 | Cynthia Lorie | Director | 0919H0042: Review and edit joint comparison exhibit summaries. | $395 | 7.00 | $2,765.00 |
| 9/17/2019 | Cynthia Lorie | Director | 0919H0043: Finalize data responses. | $395 | 0.50 | $197.50 |
| 9/18/2019 | Cynthia Lorie | Director | 0919H0044: Review and edit joint comparison exhibit summaries. | $395 | 6.00 | $2,370.00 |
| 9/18/2019 | Cynthia Lorie | Director | 0919H0045: Prepare for and attend mock-cross session. | $395 | 2.00 | $790.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period September 1, 2019 through September 30, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 9/19/2019 | Cynthia Lorie | Director | 0919H0046: Review and edit joint comparison exhibit summaries. | $395 | 6.00 | $2,370.00 |
| 9/19/2019 | Cynthia Lorie | Director | 0919H0047: Prepare for mock-cross session. | $395 | 1.00 | $395.00 |
| 9/20/2019 | Cynthia Lorie | Director | 0919H0048: Attend mock-cross session. | $395 | 1.50 | $592.50 |
| 9/20/2019 | Cynthia Lorie | Director | 0919H0049: Begin filling in briefing outline. | $395 | 4.00 | $1,580.00 |
| 9/20/2019 | Cynthia Lorie | Director | 0919H0050: Kick off meeting with briefing admin team. | $395 | 0.80 | $316.00 |
| 9/20/2019 | Cynthia Lorie | Director | 0919H0051: Review and edit joint comparison exhibit summaries. | $395 | 0.70 | $276.50 |
| 9/20/2019 | Cynthia Lorie | Director | 0919H0052: Draft settlement stipulation. | $395 | 1.00 | $395.00 |
| 9/21/2019 | Cynthia Lorie | Director | 0919H0053: Fill in briefing outline. | $395 | 6.00 | $2,370.00 |
| 9/21/2019 | Cynthia Lorie | Director | 0919H0054: Review and edit joint comparison exhibit summaries. | $395 | 1.00 | $395.00 |
| 9/23/2019 | Cynthia Lorie | Director | 0919H0055: Review and edit joint comparison exhibit summaries. | $395 | 3.00 | $1,185.00 |
| 9/23/2019 | Cynthia Lorie | Director | 0919H0056: Prepare briefing schedule and GRC team list. | $395 | 1.00 | $395.00 |
| 9/23/2019 | Cynthia Lorie | Director | 0919H0057: Discuss deferred work settlement with client. | $395 | 1.00 | $395.00 |
| 9/23/2019 | Cynthia Lorie | Director | 0919H0058: Fill in briefing outline. | $395 | 2.00 | $790.00 |
| 9/23/2019 | Cynthia Lorie | Director | 0919H0059: Draft data responses. | $395 | 1.00 | $395.00 |
| 9/24/2019 | Cynthia Lorie | Director | 0919H0060: Review and edit joint comparison exhibit summaries. | $395 | 2.00 | $790.00 |
| 9/24/2019 | Cynthia Lorie | Director | 0919H0061: Fill in briefing outline. | $395 | 3.00 | $1,185.00 |
| 9/24/2019 | Cynthia Lorie | Director | 0919H0062: Draft data responses. | $395 | 1.00 | $395.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period September 1, 2019 through September 30, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 9/25/2019 | Cynthia Lorie | Director | 0919H0063: Create consolidated settlement file. | $395 | 2.00 | $790.00 |
| 9/25/2019 | Cynthia Lorie | Director | 0919H0064: Discuss brief outline with word processors. | $395 | 1.00 | $395.00 |
| 9/25/2019 | Cynthia Lorie | Director | 0919H0065: Finalize Joint Comparison Exhibit files. | $395 | 1.00 | $395.00 |
| 9/26/2019 | Cynthia Lorie | Director | 0919H0066: Fill in briefing outline. | $395 | 1.00 | $395.00 |
| 9/26/2019 | Cynthia Lorie | Director | 0919H0067: Finalize Joint Comparison Exhibit files. | $395 | 1.00 | $395.00 |
| 9/27/2019 | Cynthia Lorie | Director | 0919H0068: Fill in briefing outline. | $395 | 4.00 | $1,580.00 |
| 9/27/2019 | Cynthia Lorie | Director | 0919H0069: Finalize Joint Comparison Exhibit files. | $395 | 1.00 | $395.00 |
| 9/29/2019 | Cynthia Lorie | Director | 0919H0070: Fill in briefing outline. | $395 | 2.50 | $987.50 |
| 9/30/2019 | Cynthia Lorie | Director | 0919H0071: Finalize Joint Comparison Exhibit files. | $395 | 1.00 | $395.00 |
| 9/30/2019 | Cynthia Lorie | Director | 0919H0072: Meeting with client to review brief outline. | $395 | 1.00 | $395.00 |
| 9/30/2019 | Cynthia Lorie | Director | 0919H0073: Meeting with client to discuss final joint comparison schedule. | $395 | 0.50 | $197.50 |
| 9/30/2019 | Cynthia Lorie | Director | 0919H0074: Draft final briefing and joint comparison schedules. | $395 | 0.50 | $197.50 |
| 9/30/2019 | Cynthia Lorie | Director | 0919H0075: Attend commission hearings and follow up with attorneys. | $395 | 5.00 | $1,975.00 |
| Subtotal - Hours and Compensation - Rate Case Support Services | | | | | 149.00 | $59,200.00 |
| *Subtotal - Hours and Compensation - Rate Case Support Services* | | | | | *149.00* | *$59,200.00* |

**Wildfire Mitigation Plan Support Services**     *Retention Exhibit #: SUP*

<u>WMP Support Services</u>

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 9/3/2019 | Jeremy Chasen | Senior Manager | 0919H0076: Engagement Management. | $345 | 0.50 | $172.50 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period September 1, 2019 through September 30, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 9/3/2019 | Anthony Kosinski | Associate | 0919H0077: WMP Tracker File Development. | $260 | 4.00 | $1,040.00 |
| 9/4/2019 | Anthony Kosinski | Associate | 0919H0078: WMP Tracker File Development. | $260 | 3.50 | $910.00 |
| 9/4/2019 | Anthony Kosinski | Associate | 0919H0079: Internal US Team Meeting. | $260 | 0.50 | $130.00 |
| 9/4/2019 | Cynthia Lorie | Director | 0919H0080: Status update with team. | $395 | 1.00 | $395.00 |
| 9/5/2019 | Anthony Kosinski | Associate | 0919H0081: WMP Tracker File Development. | $260 | 3.00 | $780.00 |
| 9/5/2019 | Jeremy Chasen | Senior Manager | 0919H0082: Digital Tool Investigation / Creation. | $345 | 1.00 | $345.00 |
| 9/6/2019 | Anthony Kosinski | Associate | 0919H0083: Internal US Team Meeting. | $260 | 1.00 | $260.00 |
| 9/6/2019 | Anthony Kosinski | Associate | 0919H0084: US Team / Client Meeting. | $260 | 1.00 | $260.00 |
| 9/6/2019 | Anthony Kosinski | Associate | 0919H0085: WMP Tracker File Development. | $260 | 2.00 | $520.00 |
| 9/6/2019 | Cynthia Lorie | Director | 0919H0086: Status update with team. | $395 | 1.00 | $395.00 |
| 9/7/2019 | Cynthia Lorie | Director | 0919H0087: Status update with team. | $395 | 0.70 | $276.50 |
| 9/7/2019 | Cynthia Lorie | Director | 0919H0088: Status call with dashboard development team. | $395 | 0.80 | $316.00 |
| 9/9/2019 | Anthony Kosinski | Associate | 0919H0089: US Team / Client Meeting. | $260 | 0.50 | $130.00 |
| 9/9/2019 | Anthony Kosinski | Associate | 0919H0090: Internal US Team Meeting. | $260 | 2.00 | $520.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**             Exhibit E
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period September 1, 2019 through September 30, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 9/9/2019 | Anthony Kosinski | Associate | 0919H0091: WMP Tracker File Development. | $260 | 3.50 | $910.00 |
| 9/9/2019 | Cynthia Lorie | Director | 0919H0092: Status update with team. | $395 | 0.50 | $197.50 |
| 9/10/2019 | Anthony Kosinski | Associate | 0919H0093: Internal US Team Meeting. | $260 | 2.00 | $520.00 |
| 9/10/2019 | Anthony Kosinski | Associate | 0919H0094: WMP Tracker File Development. | $260 | 4.00 | $1,040.00 |
| 9/10/2019 | Cynthia Lorie | Director | 0919H0095: Review tracking log status and prepare for meeting with client. | $395 | 2.00 | $790.00 |
| 9/11/2019 | Anthony Kosinski | Associate | 0919H0096: WMP Tracker File Development. | $260 | 5.00 | $1,300.00 |
| 9/11/2019 | Anthony Kosinski | Associate | 0919H0097: Internal US Team Meeting. | $260 | 1.00 | $260.00 |
| 9/11/2019 | Cynthia Lorie | Director | 0919H0098: Status update with team. | $395 | 0.50 | $197.50 |
| 9/12/2019 | Anthony Kosinski | Associate | 0919H0099: Internal US Team Meeting. | $260 | 1.00 | $260.00 |
| 9/12/2019 | Anthony Kosinski | Associate | 0919H0100: US Team / Client Meeting. | $260 | 0.50 | $130.00 |
| 9/12/2019 | Anthony Kosinski | Associate | 0919H0101: WMP Tracker File Development. | $260 | 2.50 | $650.00 |
| 9/12/2019 | Cynthia Lorie | Director | 0919H0102: Prepare for and attend status update with client. | $395 | 1.00 | $395.00 |
| 9/13/2019 | Anthony Kosinski | Associate | 0919H0103: WMP Tracker File Development. | $260 | 2.00 | $520.00 |

# PG&E Corporation, et al. (Case No. 19-30088 (DM)) Exhibit E
## PwC LLP - Management, Tax and Advisory Consultants to the Debtors
### Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date
#### For the Period September 1, 2019 through September 30, 2019

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 9/16/2019 | Anthony Kosinski | Associate | 0919H0104: WMP Tracker File Development. | $260 | 3.00 | $780.00 |
| 9/17/2019 | Anthony Kosinski | Associate | 0919H0105: US Team / Client Meeting. | $260 | 0.50 | $130.00 |
| 9/17/2019 | Anthony Kosinski | Associate | 0919H0106: Internal US Team Meeting. | $260 | 1.00 | $260.00 |
| 9/17/2019 | Anthony Kosinski | Associate | 0919H0107: WMP Tracker File Development. | $260 | 1.50 | $390.00 |
| 9/17/2019 | Cynthia Lorie | Director | 0919H0108: Call with client to discuss two compliance items. | $395 | 0.50 | $197.50 |
| 9/18/2019 | Anthony Kosinski | Associate | 0919H0109: WMP Tracker File Development. | $260 | 2.00 | $520.00 |
| 9/19/2019 | Anthony Kosinski | Associate | 0919H0110: WMP Tracker File Development. | $260 | 2.00 | $520.00 |
| 9/20/2019 | Anthony Kosinski | Associate | 0919H0111: WMP Tracker File Development. | $260 | 4.00 | $1,040.00 |
| 9/20/2019 | Anthony Kosinski | Associate | 0919H0112: US Team / Client Meeting. | $260 | 1.00 | $260.00 |
| 9/20/2019 | Anthony Kosinski | Associate | 0919H0113: Internal US Team Meeting. | $260 | 1.00 | $260.00 |
| 9/20/2019 | Cynthia Lorie | Director | 0919H0114: Prepare for and attend status update with client. | $395 | 1.00 | $395.00 |
| **Subtotal - Hours and Compensation - WMP Support Services** | | | | | **65.50** | **$18,372.50** |
| *Subtotal - Hours and Compensation - Wildfire Mitigation Plan Support Services* | | | | | *65.50* | *$18,372.50* |
| **Total - Hours and Compensation - Hourly Services** | | | | | **214.50** | **$77,572.50** |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period September 1, 2019 through September 30, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|

**Case Administration**

*Bankruptcy Requirements and Other Court Obligations*     *Retention Exhibit #: CAS*

Employment Applications and Other Court Filings

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 9/13/2019 | Andrea Clark Smith | Director | 0919H0115: Discussion with PwC team regarding new contract and supplemental disclosure to the Court. | $550 | 1.00 | $550.00 |
| 9/16/2019 | Andrea Clark Smith | Director | 0919H0116: Update the supplemental PwC declaration to include additional contracts executed with Debtors.. | $550 | 2.00 | $1,100.00 |
| 9/25/2019 | Andrea Clark Smith | Director | 0919H0117: Discussion with PwC team regarding new contract and supplemental disclosure to the Court. | $550 | 1.00 | $550.00 |
| 9/26/2019 | Andrea Clark Smith | Director | 0919H0118: Consultation with the Cybersecurity team regarding service offering and fee structure to include in the supplemental declaration and Court approval. | $550 | 0.50 | $275.00 |
| 9/30/2019 | Andrea Clark Smith | Director | 0919H0119: Follow up discussion with Weil regarding supplemental application preparation and filing with the Court. | $550 | 0.20 | $110.00 |
| Subtotal - Hours and Compensation - Employment Applications and Other Court Filings | | | | | 4.70 | $2,585.00 |

Monthly, Interim and Final Fee Applications

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 9/6/2019 | Nanette J Kortuem | Associate | 0919H0120: Coordinate the billing details from the various client-service professional teams to prepare the monthly fee statements. | $225 | 1.40 | $315.00 |
| 9/16/2019 | Andrea Clark Smith | Director | 0919H0121: Perform review of the Strategic Analysis Services updated draft May 2019 Monthly Fee Statement based upon discussion with Partner. | $550 | 3.70 | $2,035.00 |
| 9/18/2019 | Andrea Clark Smith | Director | 0919H0122: Review May & June details and prepare the fee statements for client preapproval E-Discovery Services. | $550 | 1.90 | $1,045.00 |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**     **Exhibit E**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period September 1, 2019 through September 30, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 9/18/2019 | Andrea Clark Smith | Director | 0919H0123: Perform final review of Controls Services May/June details and prepare the fee statements for client preapproval. | $550 | 2.00 | $1,100.00 |
| 9/19/2019 | Andrea Clark Smith | Director | 0919H0124: Perform final review of e-Discovery May & June details and prepare the fee statements for client preapproval. | $550 | 0.80 | $440.00 |
| 9/27/2019 | Andrea Clark Smith | Director | 0919H0125: Perform final review of the May 2019 monthly fee statement and distribute to Weil for filing. | $550 | 1.40 | $770.00 |
| Subtotal - Hours and Compensation - Monthly, Interim and Final Fee Applications | | | | | 11.20 | $5,705.00 |
| *Subtotal - Hours and Compensation - Bankruptcy Requirements and Other Court Obligations* | | | | | *15.90* | *$8,290.00* |
| **Total - Hours and Compensation - Case Administration** | | | | | **15.90** | **$8,290.00** |
| **Total - Hours and Compensation - Hourly Services and Case Administration** | | | | | **230.40** | **$85,862.50** |