**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit F**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary of Expenditures by Project and Type**
**For the Period September 1, 2019 through September 30, 2019**

| Transaction Type by Project | Total Expenditures |
|---|---:|
| **Fixed Fee Services** | |
| *North Bay & Camp Fire Services* | *Retention Exhibit #: SUPP 01-B; 01-E* |
|     Airfare | $56,352.98 |
|     Lodging | $100,368.85 |
|     Meals | $19,386.39 |
|     Parking | $195.00 |
|     Public/Ground Transportation | $15,554.74 |
|     Rental Car | $48.39 |
| *Subtotal - Expenditures Sought for North Bay & Camp Fire Services* | *$191,906.35* |
| *Controls Testing Services* | *Retention Exhibit #: 01-I* |
|     Meals | $1,253.89 |
| *Subtotal - Expenditures Sought for Controls Testing Services* | *$1,253.89* |
| **Subtotal - Expenditures Sought for Fixed Fee Services** | **$193,160.24** |
| **Total - Expenditures Sought for Reimbursement** | **$193,160.24** |

PG&E Corporation, et al. (Case No. 19-30088 (DM))  Exhibit F
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
North Bay & Camp Fire Services - Summary of Expenses
For the Period September 1, 2019 through September 30, 2019

| Project Category and Professional | Position | North Bay Fire Services Expenses | Camp Fire Services Expenses |
|---|---|---:|---:|
| **North Bay & Camp Fire Services** | | *Retention Exhibit #: SUPP 01-B; 01-E* | |
| Todd Jirovec | Partner | $7,962.96 | $7,963.27 |
| Amol Deshpande | Director | $136.38 | $136.42 |
| Billy R Raley | Director | $6,908.03 | $20,724.80 |
| Kristin A Cheek | Director | $14,333.51 | $14,334.28 |
| Paul Conboy | Director | $1,525.56 | $1,525.60 |
| Adrian W Fowler | Manager | $3,458.85 | $9,679.21 |
| Rachel M Ehsan | Manager | $58.23 | $58.26 |
| AnnMarie Hassan | Senior Associate | $1,452.98 | $13,077.32 |
| Daniel Ricardo Chomat | Senior Associate | $3,390.67 | $10,172.41 |
| Jessica Burton | Senior Associate | $6,572.97 | $19,719.99 |
| Mohammad Ali Suleman | Senior Associate | $5,046.45 | $5,046.71 |
| Ryan D McLean | Senior Associate | $4,121.35 | $4,121.62 |
| Tyler McNeil Guthrie | Senior Associate | $0.00 | $22,419.71 |
| Andrew James Breckel | Associate | $361.17 | $361.21 |
| Emily Elizabeth Gray | Associate | $3,618.07 | $3,618.36 |
| ***Total Expenses - North Bay & Camp Fire Services*** | | ***$58,947.18*** | ***$132,959.17*** |