**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      Exhibit A
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Summary by Project Category and Billing Category**
**For the Period October 1, 2019 through October 31, 2019**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---:|---:|
| **Fixed Fee Services** | | |
|   *North Bay & Camp Fire Services* | *Retention Exhibit #: SUPP 01-C; 01-F* | |
|     North Bay & Camp Fire Services - C.O. #12 & C.O. #3 | 1,862.30 | $668,333.00 |
|   *Subtotal - North Bay & Camp Fire Services* | *1,862.30* | *$668,333.00* |
|   *Compliance Services* | *Retention Exhibit #: 01-H* | |
|     Compliance Services | 530.50 | $190,500.00 |
|   *Subtotal - Compliance Services* | *530.50* | *$190,500.00* |
| **Subtotal - Hours and Compensation - Fixed Fee Services** | **2,392.80** | **$858,833.00** |
| **Hourly Services** | | |
|   *Rate Case Support Services* | *Retention Exhibit #: 01-L; SUPP 01-J* | |
|     Rate Case Support Services | 173.60 | $68,992.00 |
|   *Subtotal - Rate Case Support Services* | *173.60* | *$68,992.00* |
|   *Bankruptcy Tax Advisory Services* | *Retention Exhibit #: 05* | |
|     Tax Services | 450.80 | $278,904.00 |
|   *Subtotal - Bankruptcy Tax Advisory Services* | *450.80* | *$278,904.00* |
| **Subtotal - Hours and Compensation - Hourly Services** | **624.40** | **$347,896.00** |
| **Case Administration** | | |
|   *Bankruptcy Requirements and Other Court Obligations* | *Retention Exhibit #: CASE* | |
|     Employment Applications and Other Court Filings | 11.10 | $6,105.00 |
|     Monthly, Interim and Final Fee Applications | 7.50 | $4,125.00 |
|   *Subtotal - Bankruptcy Requirements and Other Court Obligations* | *18.60* | *$10,230.00* |
| **Subtotal - Hours and Compensation - Case Administration** | **18.60** | **$10,230.00** |
| **Total - Hours and Compensation Sought for Reimbursement** | **3,035.80** | **$1,216,959.00** |