**PG&E Corporation, et al. (Case No. 19-30088 (DM))**        **Exhibit B**
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Fixed Fee Services - Summary of Hours and Fees by Project and Professional**
**For the Period October 1, 2019 through October 31, 2019**

| Project Category and Professional | Position | Hours | Total Compensation |
|---|---|---:|---:|
| ***North Bay & Camp Fire Services*** | | ***Retention Exhibit #: SUPP 01-C; 01-F*** | |
| Meera Banerjee | Partner | 22.00 | |
| Todd Jirovec | Partner | 56.00 | |
| Amol Deshpande | Director | 126.00 | |
| Billy R Raley | Director | 162.00 | |
| Kristin A Cheek | Director | 20.10 | |
| Cyrus Justin Mohamadi | Manager | 119.00 | |
| Rachel M Ehsan | Manager | 107.70 | |
| AnnMarie Hassan | Senior Associate | 152.00 | |
| Jessica Burton | Senior Associate | 37.00 | |
| Joseph Michalek | Senior Associate | 56.50 | |
| Mohammad Ali Suleman | Senior Associate | 194.60 | |
| Ryan D McLean | Senior Associate | 168.00 | |
| Tyler McNeil Guthrie | Senior Associate | 181.50 | |
| Yurika Kristy Yoneda | Senior Associate | 68.90 | |
| Andrew James Breckel | Associate | 190.00 | |
| Emily Elizabeth Gray | Associate | 201.00 | |
| ***Subtotal - North Bay & Camp Fire Services*** | | ***1,862.30*** | ***$668,338.00*** |
| ***Compliance Services*** | | ***Retention Exhibit #: 01-H*** | |
| Kristin D Rivera | Partner | 13.20 | |
| Meera Banerjee | Partner | 42.50 | |
| Tania Fabiani | Partner | 2.00 | |
| Sumana Lahiry | Director | 55.70 | |
| Shu Ting Li | Senior Manager | 55.00 | |
| Yuliya Foerster | Senior Manager | 2.00 | |
| Clevian Hsia | Associate | 2.00 | |
| Kailey Sanchez | Associate | 358.10 | |
| ***Subtotal - Compliance Services*** | | ***530.50*** | ***$190,500.00*** |
| **Total - Hours and Compensation - Fixed Fee Services** | | **2,392.80** | **$858,833.00** |

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**  Exhibit B
**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**North Bay & Camp Fire Services - Summary of Hours and Fees**
**For the Period October 1, 2019 through October 31, 2019**

| Project Category and Professional | Position | North Bay Fire Services Hours | Camp Fire Services Hours |
|---|---|---:|---:|
| **North Bay & Camp Fire Services** | | *Retention Exhibit #: SUPP 01-C; 01-F* | |
| Meera Banerjee | Partner | 11.00 | 11.00 |
| Todd Jirovec | Partner | 28.00 | 28.00 |
| Amol Deshpande | Director | 63.00 | 63.00 |
| Billy R Raley | Director | 40.50 | 121.50 |
| Kristin A Cheek | Director | 10.05 | 10.05 |
| Cyrus Justin Mohamadi | Manager | 59.50 | 59.50 |
| Rachel M Ehsan | Manager | 53.85 | 53.85 |
| AnnMarie Hassan | Senior Associate | 15.20 | 136.80 |
| Jessica Burton | Senior Associate | 9.22 | 27.78 |
| Joseph Michalek | Senior Associate | 5.65 | 50.85 |
| Mohammad Ali Suleman | Senior Associate | 97.30 | 97.30 |
| Ryan D McLean | Senior Associate | 84.00 | 84.00 |
| Tyler McNeil Guthrie | Senior Associate | 0.00 | 181.50 |
| Yurika Kristy Yoneda | Senior Associate | 34.45 | 34.45 |
| Andrew James Breckel | Associate | 95.00 | 95.00 |
| Emily Elizabeth Gray | Associate | 100.50 | 100.50 |
| **Subtotal - North Bay & Camp Fire Services** | | **707.22** | **1,155.08** |
| **Total Compensation** | | **$330,528** | **$337,805** |