**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration - Summary of Hours / Fees by Project and Professional**
**For the Period October 1, 2019 through October 31, 2019**

| Project Category and Professional | Position | Rate | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *Rate Case Support Services* | | *Retention Exhibit #: 01-L; SUPP 01-J* | | |
| Reza Jenab | Partner | $500 | 4.00 | $2,000.00 |
| Cynthia Lorie | Director | $395 | 169.60 | $66,992.00 |
| *Subtotal - Rate Case Support Services* | | | *173.60* | *$68,992.00* |
| *Bankruptcy Tax Advisory Services* | | *Retention Exhibit #: 05* | | |
| George A Manousos | Partner | $909 | 5.30 | $4,817.70 |
| Kevin M Brown | Partner | $909 | 3.00 | $2,727.00 |
| Robert A Garvey | Partner | $909 | 3.00 | $2,727.00 |
| Terry Bart Stratton | Partner | $909 | 65.40 | $59,448.60 |
| Mark S Smith | Senior Managing Director | $909 | 16.50 | $14,998.50 |
| Qiang Ma | Senior Managing Director | $909 | 4.00 | $3,636.00 |
| Leah Kondo Von Pervieux | Director | $707 | 100.10 | $70,770.70 |
| Olivia Ley Orobona | Director | $707 | 1.00 | $707.00 |
| Sara L Logan | Director | $707 | 5.00 | $3,535.00 |
| Trevor Perea | Director | $707 | 11.50 | $8,130.50 |
| Parwen Parhat Xierali | Manager | $585 | 2.00 | $1,170.00 |
| Conan A Yuzna | Senior Associate | $464 | 61.20 | $28,396.80 |
| Sandy Liu O'Neill | Senior Associate | $464 | 150.30 | $69,739.20 |
| Krista Fonseca | Associate | $360 | 1.50 | $540.00 |
| Xun Wang | Associate | $360 | 21.00 | $7,560.00 |
| *Subtotal - Bankruptcy Tax Advisory Services* | | | *450.80* | *$278,904.00* |
| **Subtotal - Hourly Services** | | | **624.40** | **$347,896.00** |
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | *Retention Exhibit #: CASE* | | |
| Andrea Clark Smith | Director | $550 | 18.60 | $10,230.00 |
| *Subtotal - Bankruptcy Requirements and Other Court Obligations* | | | *18.60* | *$10,230.00* |
| **Subtotal - Case Administration** | | | **18.60** | **$10,230.00** |
| **Total - Hourly Services and Case Administration** | | | **643.00** | **$358,126.00** |

Case: 19-30088     Doc# 5231-4     Filed: 12/31/19     Entered: 12/31/19 09:57:55     Page 1 of 1