**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period October 1, 2019 through October 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|

**Hourly Services**

*Rate Case Support Services*                                                      *Retention Exhibit #: 01-L;*

Rate Case Support Services

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 10/1/2019 | Cynthia Lorie | Director | 1019H0001: Attend witness prep session. | $395 | 2.00 | $790.00 |
| 10/1/2019 | Cynthia Lorie | Director | 1019H0002: Prepare common brief outline. | $395 | 2.00 | $790.00 |
| 10/1/2019 | Cynthia Lorie | Director | 1019H0003: Updates to brief. | $395 | 3.50 | $1,382.50 |
| 10/1/2019 | Cynthia Lorie | Director | 1019H0004: Meeting with client regarding Joint Comparison Exhibit schedule. | $395 | 0.50 | $197.50 |
| 10/1/2019 | Reza Jenab | Partner | 1019H0005: Status update, discuss work in process and planned future work. | $500 | 2.00 | $1,000.00 |
| 10/2/2019 | Cynthia Lorie | Director | 1019H0006: Updates to brief. | $395 | 6.00 | $2,370.00 |
| 10/2/2019 | Cynthia Lorie | Director | 1019H0007: Meeting with administrative team regarding briefing issues. | $395 | 1.00 | $395.00 |
| 10/3/2019 | Cynthia Lorie | Director | 1019H0008: Attend witness prep session. | $395 | 2.00 | $790.00 |
| 10/3/2019 | Cynthia Lorie | Director | 1019H0009: Updates to brief. | $395 | 5.00 | $1,975.00 |
| 10/4/2019 | Cynthia Lorie | Director | 1019H0010: Updates to brief. | $395 | 6.00 | $2,370.00 |
| 10/6/2019 | Cynthia Lorie | Director | 1019H0011: Updates to brief and common outline. | $395 | 1.50 | $592.50 |
| 10/7/2019 | Cynthia Lorie | Director | 1019H0012: Updates to brief and common outline. | $395 | 6.00 | $2,370.00 |
| 10/8/2019 | Cynthia Lorie | Director | 1019H0013: Updates to brief and common outline. | $395 | 6.00 | $2,370.00 |
| 10/8/2019 | Cynthia Lorie | Director | 1019H0014: Meeting with client regarding final joint comparison schedule. | $395 | 1.00 | $395.00 |
| 10/9/2019 | Cynthia Lorie | Director | 1019H0015: Updates to brief and common outline. | $395 | 5.00 | $1,975.00 |

Case: 19-30088   Doc# 5231-5   Filed: 12/31/19   Entered: 12/31/19 09:57:55   Page 1 of 28

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period October 1, 2019 through October 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 10/10/2019 | Cynthia Lorie | Director | 1019H0016: Updates to brief and common outline. | $395 | 3.00 | $1,185.00 |
| 10/11/2019 | Cynthia Lorie | Director | 1019H0017: Updates to brief and common outline. | $395 | 2.00 | $790.00 |
| 10/11/2019 | Cynthia Lorie | Director | 1019H0018: Planning meeting with client to complete Joint Comparison Exhibit. | $395 | 5.00 | $1,975.00 |
| 10/12/2019 | Cynthia Lorie | Director | 1019H0019: Updates to brief and common outline. | $395 | 4.60 | $1,817.00 |
| 10/13/2019 | Cynthia Lorie | Director | 1019H0020: Updates to brief and common outline. | $395 | 2.00 | $790.00 |
| 10/14/2019 | Cynthia Lorie | Director | 1019H0021: Updates to brief and common outline. | $395 | 6.30 | $2,488.50 |
| 10/14/2019 | Cynthia Lorie | Director | 1019H0022: Status meeting with brief support team. | $395 | 0.70 | $276.50 |
| 10/14/2019 | Cynthia Lorie | Director | 1019H0023: Review invoice and prepare accrual. | $395 | 1.00 | $395.00 |
| 10/14/2019 | Cynthia Lorie | Director | 1019H0024: Prepare depreciation stipulation. | $395 | 2.00 | $790.00 |
| 10/14/2019 | Reza Jenab | Partner | 1019H0025: Status update, discuss work in process and planned future work. | $500 | 2.00 | $1,000.00 |
| 10/15/2019 | Cynthia Lorie | Director | 1019H0026: Updates to brief and common outline. | $395 | 7.50 | $2,962.50 |
| 10/16/2019 | Cynthia Lorie | Director | 1019H0027: Updates to brief and common outline. | $395 | 7.50 | $2,962.50 |
| 10/16/2019 | Cynthia Lorie | Director | 1019H0028: Updates to joint comparison exhibit. | $395 | 1.00 | $395.00 |
| 10/16/2019 | Cynthia Lorie | Director | 1019H0029: Updates to depreciation stipulation. | $395 | 0.50 | $197.50 |
| 10/17/2019 | Cynthia Lorie | Director | 1019H0030: Revise and update joint comparison templates and send to parties. | $395 | 3.00 | $1,185.00 |
| 10/17/2019 | Cynthia Lorie | Director | 1019H0031: Updates to brief and common outline. | $395 | 4.00 | $1,580.00 |
| 10/17/2019 | Cynthia Lorie | Director | 1019H0032: Meetings with client to discuss briefing procedures. | $395 | 1.00 | $395.00 |
| 10/18/2019 | Cynthia Lorie | Director | 1019H0033: Updates to brief and common outline. | $395 | 6.00 | $2,370.00 |

Case: 19-30088    Doc# 5231-5    Filed: 12/31/19    Entered: 12/31/19 09:57:55    Page 2
of 28

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period October 1, 2019 through October 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 10/18/2019 | Cynthia Lorie | Director | 1019H0034: Meetings with client to discuss briefing procedures. | $395 | 0.50 | $197.50 |
| 10/21/2019 | Cynthia Lorie | Director | 1019H0035: Updates to brief. | $395 | 5.00 | $1,975.00 |
| 10/21/2019 | Cynthia Lorie | Director | 1019H0036: Discussions with client regarding brief status. | $395 | 1.00 | $395.00 |
| 10/22/2019 | Cynthia Lorie | Director | 1019H0037: Attend Project Management Team meeting. | $395 | 0.50 | $197.50 |
| 10/22/2019 | Cynthia Lorie | Director | 1019H0038: Meetings with client to update common outline. | $395 | 1.00 | $395.00 |
| 10/22/2019 | Cynthia Lorie | Director | 1019H0039: Meetings with client to discuss briefing procedures. | $395 | 1.50 | $592.50 |
| 10/22/2019 | Cynthia Lorie | Director | 1019H0040: Updates to brief. | $395 | 2.50 | $987.50 |
| 10/22/2019 | Cynthia Lorie | Director | 1019H0041: Review joint comparison exhibit submissions. | $395 | 1.50 | $592.50 |
| 10/23/2019 | Cynthia Lorie | Director | 1019H0042: Review joint comparison exhibit submissions. | $395 | 4.00 | $1,580.00 |
| 10/23/2019 | Cynthia Lorie | Director | 1019H0043: Meeting with legal support team regarding briefing procedures. | $395 | 1.00 | $395.00 |
| 10/23/2019 | Cynthia Lorie | Director | 1019H0044: Updates to brief. | $395 | 2.50 | $987.50 |
| 10/24/2019 | Cynthia Lorie | Director | 1019H0045: Updates to brief. | $395 | 3.00 | $1,185.00 |
| 10/24/2019 | Cynthia Lorie | Director | 1019H0046: Review joint comparison exhibit submissions. | $395 | 1.00 | $395.00 |
| 10/25/2019 | Cynthia Lorie | Director | 1019H0047: Updates to brief. | $395 | 3.00 | $1,185.00 |
| 10/25/2019 | Cynthia Lorie | Director | 1019H0048: Updates to joint comparison exhibit. | $395 | 3.00 | $1,185.00 |
| 10/26/2019 | Cynthia Lorie | Director | 1019H0049: Collect information on intervenor concessions. | $395 | 1.00 | $395.00 |
| 10/27/2019 | Cynthia Lorie | Director | 1019H0050: Updates to brief. | $395 | 5.00 | $1,975.00 |
| 10/28/2019 | Cynthia Lorie | Director | 1019H0051: Updates to brief. | $395 | 7.00 | $2,765.00 |

Case: 19-30088   Doc# 5231-5   Filed: 12/31/19   Entered: 12/31/19 09:57:55   Page 3
of 28

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**                                      **Exhibit E**

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**

**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**

**For the Period October 1, 2019 through October 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 10/28/2019 | Cynthia Lorie | Director | 1019H0052: Updates to joint comparison exhibit. | $395 | 1.00 | $395.00 |
| 10/28/2019 | Cynthia Lorie | Director | 1019H0053: Meeting with client regarding briefing procedures. | $395 | 1.00 | $395.00 |
| 10/29/2019 | Cynthia Lorie | Director | 1019H0054: Page turn review joint comparison exhibit. | $395 | 3.00 | $1,185.00 |
| 10/29/2019 | Cynthia Lorie | Director | 1019H0055: Updates to brief. | $395 | 4.00 | $1,580.00 |
| 10/30/2019 | Cynthia Lorie | Director | 1019H0056: Updates to brief. | $395 | 2.00 | $790.00 |
| 10/30/2019 | Cynthia Lorie | Director | 1019H0057: Updates to joint comparison exhibit. | $395 | 1.00 | $395.00 |
| 10/30/2019 | Cynthia Lorie | Director | 1019H0058: Updates to brief control file. | $395 | 2.00 | $790.00 |
| 10/31/2019 | Cynthia Lorie | Director | 1019H0059: Review Electric Distribution brief. | $395 | 3.00 | $1,185.00 |
| 10/31/2019 | Cynthia Lorie | Director | 1019H0060: Updates to joint comparison exhibit. | $395 | 2.00 | $790.00 |
| 10/31/2019 | Cynthia Lorie | Director | 1019H0061: Updates to brief control file. | $395 | 2.00 | $790.00 |
| Subtotal - Hours and Compensation - Rate Case Support Services | | | | | 173.60 | $68,992.00 |
| *Subtotal - Hours and Compensation - Rate Case Support Services* | | | | | *173.60* | *$68,992.00* |

### *Bankruptcy Tax Advisory Services*                                                   *Retention Exhibit #: 05*

<u>Tax Services</u>

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 7/8/2019 | Terry Bart Stratton | Partner | 1019H0062: Call to discuss ECF and issues with wild fire service fund. | $909 | 1.10 | $999.90 |
| 7/8/2019 | Leah Kondo Von Pervieux | Director | 1019H0063: Review proposed legislation. | $707 | 1.00 | $707.00 |
| 7/8/2019 | Leah Kondo Von Pervieux | Director | 1019H0064: Call with Weil and Company. | $707 | 1.00 | $707.00 |

Case: 19-30088    Doc# 5231-5    Filed: 12/31/19    Entered: 12/31/19 09:57:55    Page 4
of 28

PG&E Corporation, et al. (Case No. 19-30088 (DM))                                      **Exhibit E**

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period October 1, 2019 through October 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 7/8/2019 | Trevor Perea | Director | 1019H0065: Tax catch up calls on securitization / financing of wildfire liabilities. | $707 | 1.00 | $707.00 |
| 7/8/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0066: Status call with Weil. | $464 | 1.00 | $464.00 |
| 7/9/2019 | Leah Kondo Von Pervieux | Director | 1019H0067: Review legislation. | $707 | 0.50 | $353.50 |
| 7/10/2019 | Terry Bart Stratton | Partner | 1019H0068: Discuss wild fire claim issues and review draft legislation. | $909 | 2.30 | $2,090.70 |
| 7/10/2019 | Leah Kondo Von Pervieux | Director | 1019H0069: Review legislation. | $707 | 0.50 | $353.50 |
| 7/11/2019 | Trevor Perea | Director | 1019H0070: Tax catch up calls on securitization / financing of wildfire liabilities. | $707 | 1.00 | $707.00 |
| 7/11/2019 | Terry Bart Stratton | Partner | 1019H0071: Call to discuss wild fire fund and ecf set up. | $909 | 1.10 | $999.90 |
| 7/12/2019 | Terry Bart Stratton | Partner | 1019H0072: Review updated legislation and proposed changes from counsel. | $909 | 1.40 | $1,272.60 |
| 7/12/2019 | Terry Bart Stratton | Partner | 1019H0073: Call to discuss fresh start accounting with bankers. | $909 | 0.60 | $545.40 |
| 7/16/2019 | Leah Kondo Von Pervieux | Director | 1019H0074: Review term sheets. | $707 | 1.00 | $707.00 |
| 7/17/2019 | Trevor Perea | Director | 1019H0075: Updates on timing of CA legislation. | $707 | 0.50 | $353.50 |
| 7/17/2019 | Leah Kondo Von Pervieux | Director | 1019H0076: Review documents. | $707 | 0.50 | $353.50 |
| 7/18/2019 | Trevor Perea | Director | 1019H0077: Update call for tax. | $707 | 1.00 | $707.00 |

Case: 19-30088    Doc# 5231-5    Filed: 12/31/19    Entered: 12/31/19 09:57:55    Page 5
of 28

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period October 1, 2019 through October 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 7/18/2019 | Leah Kondo Von Pervieux | Director | 1019H0078: Call regarding bankruptcy plan. | $707 | 1.00 | $707.00 |
| 7/18/2019 | Mark S Smith | Senior Managing Director | 1019H0079: Further research regarding wildfire insurance arrangement. | $909 | 0.20 | $181.80 |
| 7/19/2019 | Trevor Perea | Director | 1019H0080: Emails on timing of ruling. | $707 | 0.50 | $353.50 |
| 7/19/2019 | Leah Kondo Von Pervieux | Director | 1019H0081: Review state response. | $707 | 1.00 | $707.00 |
| 7/22/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0082: Review proposed legislation and term sheet. | $464 | 3.00 | $1,392.00 |
| 7/22/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0083: Discuss with Robert Garvey. | $464 | 0.30 | $139.20 |
| 7/22/2019 | Leah Kondo Von Pervieux | Director | 1019H0084: State questions. | $707 | 1.00 | $707.00 |
| 7/23/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0085: Review legislation drafts provided by Weil. | $464 | 2.00 | $928.00 |
| 7/23/2019 | Trevor Perea | Director | 1019H0086: Issues related to tax accounting of public bond financing. | $707 | 1.00 | $707.00 |
| 7/23/2019 | Leah Kondo Von Pervieux | Director | 1019H0087: Review questions and term sheets. | $707 | 1.00 | $707.00 |
| 7/24/2019 | Robert A Garvey | Partner | 1019H0088: Review wildfire recovery bond term sheet and respond with guidance regarding CA tax treatment. | $909 | 2.00 | $1,818.00 |
| 7/24/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0089: Review authorities provided by Weil on insurance fund. | $464 | 2.00 | $928.00 |
| 7/24/2019 | Leah Kondo Von Pervieux | Director | 1019H0090: Review state response. | $707 | 1.00 | $707.00 |
| 7/24/2019 | Leah Kondo Von Pervieux | Director | 1019H0091: Provide response regarding state response. | $707 | 0.50 | $353.50 |

Case: 19-30088    Doc# 5231-5    Filed: 12/31/19    Entered: 12/31/19 09:57:55    Page 6
of 28

PG&E Corporation, et al. (Case No. 19-30088 (DM))                    **Exhibit E**
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date
For the Period October 1, 2019 through October 31, 2019

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 7/25/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0092: Weekly status update call with Weil and client. | $464 | 1.00 | $464.00 |
| 7/26/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0093: Follow up on amortization period for wildfire contribution fund. | $464 | 0.50 | $232.00 |
| 7/26/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0094: Research on amortization. | $464 | 0.70 | $324.80 |
| 7/29/2019 | Leah Kondo Von Pervieux | Director | 1019H0095: Provide response regarding state response. | $707 | 0.50 | $353.50 |
| 7/30/2019 | Mark S Smith | Senior Managing Director | 1019H0096: Research the analysis regarding wild fire fund insurance characterization. | $909 | 1.10 | $999.90 |
| 7/30/2019 | Sara L Logan | Director | 1019H0097: Research and prepare response on amortization of wildfire fund. | $707 | 2.00 | $1,414.00 |
| 7/30/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0098: Call with George and Weil to discuss amortization. | $464 | 0.70 | $324.80 |
| 7/30/2019 | Trevor Perea | Director | 1019H0099: Call about tax accounting for funding option. | $707 | 1.00 | $707.00 |
| 7/30/2019 | Terry Bart Stratton | Partner | 1019H0100: Provide guidance regarding research on Treas. Reg. 1.263(a)-4 and 1.167-3 prior to call with Weil. | $909 | 4.30 | $3,908.70 |
| 7/31/2019 | Mark S Smith | Senior Managing Director | 1019H0101: Review materials regarding insurance status. | $909 | 2.70 | $2,454.30 |
| 7/31/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0102: Review provisions shared by Weil. | $464 | 1.00 | $464.00 |
| 8/1/2019 | Sara L Logan | Director | 1019H0103: Draft outline summarizing thoughts on wildfire legislation. | $707 | 0.50 | $353.50 |
| 8/1/2019 | Trevor Perea | Director | 1019H0104: Perform review of the tax accounting for funding option. | $707 | 1.00 | $707.00 |
| 8/1/2019 | Terry Bart Stratton | Partner | 1019H0105: Review updated legislation and proposed changes from counsel. | $909 | 1.50 | $1,363.50 |

Case: 19-30088    Doc# 5231-5    Filed: 12/31/19    Entered: 12/31/19 09:57:55    Page 7
of 28

PG&E Corporation, et al. (Case No. 19-30088 (DM))                                    **Exhibit E**

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period October 1, 2019 through October 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 8/2/2019 | George A Manousos | Partner | 1019H0106: Review summary of potential treatment of the Wildfire Fund payments. | $909 | 0.50 | $454.50 |
| 8/2/2019 | Sara L Logan | Director | 1019H0107: Draft outline summarizing thoughts on wildfire legislation. | $707 | 1.00 | $707.00 |
| 8/5/2019 | Sara L Logan | Director | 1019H0108: Draft outline summarizing thoughts on wildfire legislation. | $707 | 0.50 | $353.50 |
| 8/5/2019 | Mark S Smith | Senior Managing Director | 1019H0109: Provide feedback regarding Wildfire Fund items to consider. | $909 | 1.00 | $909.00 |
| 8/8/2019 | George A Manousos | Partner | 1019H0110: Wildfire Fund summary email to team. | $909 | 0.50 | $454.50 |
| 8/8/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0111: Weekly call with Weil. | $464 | 0.40 | $185.60 |
| 8/8/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0112: Review insurance contract. | $464 | 0.10 | $46.40 |
| 8/8/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0113: Review preliminary research and thoughts on amortization of wildfire fund. | $464 | 3.00 | $1,392.00 |
| 8/8/2019 | Leah Kondo Von Pervieux | Director | 1019H0114: Review comments on wildfire fund. | $707 | 1.00 | $707.00 |
| 8/9/2019 | Leah Kondo Von Pervieux | Director | 1019H0115: Review advice on Liquidity fund. | $707 | 1.00 | $707.00 |
| 8/12/2019 | Mark S Smith | Senior Managing Director | 1019H0116: Further development regarding Wildfire Fund and respond to client questions regarding liquidity feature as cash value. | $909 | 4.00 | $3,636.00 |
| 8/12/2019 | Leah Kondo Von Pervieux | Director | 1019H0117: Follow-up email from M Smith regarding insurance. | $707 | 0.50 | $353.50 |
| 8/13/2019 | Sara L Logan | Director | 1019H0118: Draft outline summarizing thoughts on wildfire legislation. | $707 | 0.50 | $353.50 |

Case: 19-30088    Doc# 5231-5    Filed: 12/31/19    Entered: 12/31/19 09:57:55    Page 8 of 28

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period October 1, 2019 through October 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 8/13/2019 | Leah Kondo Von Pervieux | Director | 1019H0119: Insurance email review. | $707 | 0.50 | $353.50 |
| 8/14/2019 | Leah Kondo Von Pervieux | Director | 1019H0120: Securitization legislation call. | $707 | 1.00 | $707.00 |
| 8/14/2019 | Leah Kondo Von Pervieux | Director | 1019H0121: Review Knighthead and Abrams 13 filings. | $707 | 1.50 | $1,060.50 |
| 8/14/2019 | Sara L Logan | Director | 1019H0122: Update outline summarizing thoughts on wildfire legislation. | $707 | 0.50 | $353.50 |
| 8/14/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0123: Review preliminary research and thoughts on amortization of wildfire fund. | $464 | 1.50 | $696.00 |
| 8/14/2019 | Terry Bart Stratton | Partner | 1019H0124: Review research provided on wildfire fund and treatment of contribution amounts. | $909 | 1.60 | $1,454.40 |
| 8/14/2019 | Terry Bart Stratton | Partner | 1019H0125: Review email correspondence from Norton Rose, Orrick and Weil on wildfire fund issues. | $909 | 1.60 | $1,454.40 |
| 8/14/2019 | Terry Bart Stratton | Partner | 1019H0126: Review email correspondence from Norton Rose, Orrick and Weil on wildfire fund issues. | $909 | 1.10 | $999.90 |
| 8/15/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0127: Review emails suggesting alternative language. | $464 | 1.00 | $464.00 |
| 8/15/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0128: Review 13 fillings. | $464 | 2.00 | $928.00 |
| 8/15/2019 | Leah Kondo Von Pervieux | Director | 1019H0129: Update call with Weil & PG&E. | $707 | 1.00 | $707.00 |
| 8/15/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0130: Weekly status call with Weil. | $464 | 1.00 | $464.00 |
| 8/16/2019 | Leah Kondo Von Pervieux | Director | 1019H0131: Review backstop. | $707 | 2.70 | $1,908.90 |

Case: 19-30088   Doc# 5231-5   Filed: 12/31/19   Entered: 12/31/19 09:57:55   Page 9 of 28

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period October 1, 2019 through October 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|-------------------|
| 8/16/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0132: Review 13 fillings. | $464 | 1.20 | $556.80 |
| 8/16/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0133: Review new 13 filings and backstop commitment letter to formulate modeling assumptions. | $464 | 3.30 | $1,531.20 |
| 8/16/2019 | Terry Bart Stratton | Partner | 1019H0134: Review of updated legislation and comments. | $909 | 2.10 | $1,908.90 |
| 8/18/2019 | Leah Kondo Von Pervieux | Director | 1019H0135: Perform review of the 382 modeling for Anchorage and backstop. | $707 | 3.10 | $2,191.70 |
| 8/18/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0136: 382 ownership change modeling for Anchorage acquisition and rights offering. | $464 | 5.00 | $2,320.00 |
| 8/18/2019 | Leah Kondo Von Pervieux | Director | 1019H0137: Call with Weil and PG&E to regroup on model results. | $707 | 1.40 | $989.80 |
| 8/18/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0138: Call with Weil and PG&E to regroup on model results. | $464 | 1.40 | $649.60 |
| 8/18/2019 | Leah Kondo Von Pervieux | Director | 1019H0139: Call with Weil to discuss modeling assumptions and Anchorage acquisition. | $707 | 1.00 | $707.00 |
| 8/18/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0140: Call with Weil to discuss modeling assumptions and Anchorage acquisition. | $464 | 1.00 | $464.00 |
| 8/19/2019 | George A Manousos | Partner | 1019H0141: Wildfire update call with PwC team. | $909 | 0.50 | $454.50 |
| 8/19/2019 | Leah Kondo Von Pervieux | Director | 1019H0142: Review updates from PG&E regarding 382pdate to 382 analysis. | $707 | 1.00 | $707.00 |
| 8/19/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0143: Call with Mark and George to regroup on tax treatment of wildfire fund contributions. | $464 | 0.30 | $139.20 |
| 8/19/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0144: Pull 13 filings, look into tracking discrepancy, review share ownership and update model. | $464 | 5.40 | $2,505.60 |

Case: 19-30088    Doc# 5231-5    Filed: 12/31/19    Entered: 12/31/19 09:57:55    Page 10 of 28

PG&E Corporation, et al. (Case No. 19-30088 (DM))                                    **Exhibit E**
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date
For the Period October 1, 2019 through October 31, 2019

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 8/19/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0145: Discuss model changes with Leah, rerun model iterations, draft email for Bart. | $464 | 2.70 | $1,252.80 |
| 8/19/2019 | Terry Bart Stratton | Partner | 1019H0146: Call to discuss updates on research for wildfire tax treatment. | $909 | 0.50 | $454.50 |
| 8/19/2019 | Mark S Smith | Senior Managing Director | 1019H0147: Review and response regarding Wildfire Fund tax issues. | $909 | 1.00 | $909.00 |
| 8/20/2019 | Kevin M Brown | Partner | 1019H0148: Call with IRS. | $909 | 1.00 | $909.00 |
| 8/20/2019 | George A Manousos | Partner | 1019H0149: Participate in Wildfire Fund update call with PG&E and PwC. | $909 | 0.80 | $727.20 |
| 8/20/2019 | Leah Kondo Von Pervieux | Director | 1019H0150: Perform review of the updated 382 study. | $707 | 3.50 | $2,474.50 |
| 8/20/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0151: Draft email to C Foster (PG&E) about Vanguard fund ownership. | $464 | 0.30 | $139.20 |
| 8/20/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0152: Call with Weil and PG&E to discuss insurance/cash value. | $464 | 1.00 | $464.00 |
| 8/20/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0153: Research cash issuance exception and consider how to incorporate into model. | $464 | 2.50 | $1,160.00 |
| 8/20/2019 | Terry Bart Stratton | Partner | 1019H0154: Call to discuss latest thinking on wildfire insurance issues and 382 follow-up. | $909 | 1.10 | $999.90 |
| 8/20/2019 | Mark S Smith | Senior Managing Director | 1019H0155: Review and response regarding Wildfire Fund tax issues. | $909 | 1.10 | $999.90 |
| 8/21/2019 | Leah Kondo Von Pervieux | Director | 1019H0156: Review Vanguard and research 382(l)(5). | $707 | 1.00 | $707.00 |
| 8/21/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0157: Prepare summary documenting various wildfire contribution tax treatment discussions. | $464 | 2.30 | $1,067.20 |

Case: 19-30088    Doc# 5231-5    Filed: 12/31/19    Entered: 12/31/19 09:57:55    Page 11
of 28

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period October 1, 2019 through October 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 8/21/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0158: Review 1.263 regs for wildfire contribution tax treatment. | $464 | 1.50 | $696.00 |
| 8/21/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0159: Research on 382(l)(5) rules and cash issuance exception. | $464 | 3.20 | $1,484.80 |
| 8/22/2019 | Olivia Ley Orobona | Director | 1019H0160: Perform review of the possible options regarding 382(l)(5). | $707 | 1.00 | $707.00 |
| 8/22/2019 | Leah Kondo Von Pervieux | Director | 1019H0161: Review the 382 model updates, WFF & (l)(5), 382 rights offering modeling. | $707 | 3.50 | $2,474.50 |
| 8/22/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0162: Review guidance regarding 382(l)(5) and cash issuance exception modeling. | $464 | 0.70 | $324.80 |
| 8/22/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0163: Create 382(l)(5) summary tab for tracker. | $464 | 0.80 | $371.20 |
| 8/22/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0164: Update model for combining Abrams and Knighthead as a group. | $464 | 2.00 | $928.00 |
| 8/22/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0165: Discuss documentation of key issues with Leah. | $464 | 0.30 | $139.20 |
| 8/22/2019 | Terry Bart Stratton | Partner | 1019H0166: Review research documentation regarding application of section 382(l)(5). | $909 | 2.00 | $1,818.00 |
| 8/22/2019 | Mark S Smith | Senior Managing Director | 1019H0167: Join standing call to discuss insurance issues. | $909 | 1.10 | $999.90 |
| 8/22/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0168: Weekly update call with Weil. | $464 | 1.00 | $464.00 |
| 8/22/2019 | Terry Bart Stratton | Partner | 1019H0169: Weekly update call with PG&E, Weil and PwC to discuss agenda of tax issues for wildfires. | $909 | 1.00 | $909.00 |
| 8/23/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0170: Look at newest 13 filings and prepare discussion notes for the models. | $464 | 1.30 | $603.20 |

Case: 19-30088    Doc# 5231-5    Filed: 12/31/19    Entered: 12/31/19 09:57:55    Page 12 of 28

PG&E Corporation, et al. (Case No. 19-30088 (DM))                                   **Exhibit E**

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**

**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**

**For the Period October 1, 2019 through October 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 8/23/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0171: Review draft plan of reorganization. | $464 | 4.00 | $1,856.00 |
| 8/23/2019 | Terry Bart Stratton | Partner | 1019H0172: Review updated 382 models and calculations. | $909 | 3.10 | $2,817.90 |
| 8/23/2019 | Krista Fonseca | Associate | 1019H0173: Update PG&E Models to reflect feedback and updates from the models. | $360 | 1.50 | $540.00 |
| 8/23/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0174: Review model updates prepared by K. Fonseca (PwC). | $464 | 0.70 | $324.80 |
| 8/26/2019 | Leah Kondo Von Pervieux | Director | 1019H0175: Review of bankruptcy plan and impacts on models. | $707 | 0.50 | $353.50 |
| 8/27/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0176: Review backstop commitment letter comments. | $464 | 1.00 | $464.00 |
| 8/27/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0177: Review model updates to exclude Vanguard as 5% shareholder. | $464 | 2.50 | $1,160.00 |
| 8/28/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0178: Draft summary of the latest results of the 382 ownership model and detailing the 382(l)(5) calculation to share with broader team. | $464 | 2.00 | $928.00 |
| 8/29/2019 | Kevin M Brown | Partner | 1019H0179: Preparation for IRS meeting. | $909 | 1.00 | $909.00 |
| 8/29/2019 | Leah Kondo Von Pervieux | Director | 1019H0180: Update model changes. | $707 | 1.10 | $777.70 |
| 8/29/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0181: Discuss model changes and loop in Conan on model. | $464 | 1.30 | $603.20 |
| 8/29/2019 | Trevor Perea | Director | 1019H0182: Call on status and chapter 11 plan review / docs. | $707 | 2.00 | $1,414.00 |
| 8/29/2019 | Mark S Smith | Senior Managing Director | 1019H0183: Wildfire Fund-join advisors call. | $909 | 1.00 | $909.00 |

Case: 19-30088     Doc# 5231-5     Filed: 12/31/19     Entered: 12/31/19 09:57:55     Page 13 of 28

PG&E Corporation, et al. (Case No. 19-30088 (DM))                                    **Exhibit E**
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date
For the Period October 1, 2019 through October 31, 2019

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 8/29/2019 | Leah Kondo Von Pervieux | Director | 1019H0184: Weekly call with Weil and PG&E. | $707 | 1.00 | $707.00 |
| 8/29/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0185: Weekly call with Weil and PG&E. | $464 | 1.00 | $464.00 |
| 8/29/2019 | Terry Bart Stratton | Partner | 1019H0186: Weekly update call with Weil, PG&E to update on bankruptcy, wildfire reserve funds and proposed capital raise options and evaluate section 382 implications. | $909 | 1.00 | $909.00 |
| 8/30/2019 | Kevin M Brown | Partner | 1019H0187: Call with IRS. | $909 | 1.00 | $909.00 |
| 8/30/2019 | George A Manousos | Partner | 1019H0188: Discussion with LB&I on Wildfire Fund options and summarize email to team. | $909 | 0.50 | $454.50 |
| 8/30/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0189: Prepare list/explanation of negative factors impacting ownership model, prepare notes on current assumptions made, and notes for Conan to pick up changes. | $464 | 1.20 | $556.80 |
| 8/30/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0190: Update share calculation tracker to incorporate new assumptions. | $464 | 4.20 | $1,948.80 |
| 8/30/2019 | Trevor Perea | Director | 1019H0191: Perform review of the 382 issues based upon chapter 11 plan review. | $707 | 1.00 | $707.00 |
| 8/30/2019 | Leah Kondo Von Pervieux | Director | 1019H0192: Working session regarding modeling with C. Yuzna (PwC). | $707 | 1.40 | $989.80 |
| 8/30/2019 | Conan A Yuzna | Senior Associate | 1019H0193: Coordination meeting with L Von Pervieux (PwC) to discuss project and review the current materials. | $464 | 1.40 | $649.60 |
| 8/30/2019 | Terry Bart Stratton | Partner | 1019H0194: Call with Cravath and Weil to discuss rights offering back stop fee questions from Jones Day and investor group. | $909 | 0.80 | $727.20 |
| 8/30/2019 | Conan A Yuzna | Senior Associate | 1019H0195: Friday evening call w/ attorneys for high-level 382 discussion. | $464 | 0.80 | $371.20 |

Case: 19-30088    Doc# 5231-5    Filed: 12/31/19    Entered: 12/31/19 09:57:55    Page 14
of 28

PG&E Corporation, et al. (Case No. 19-30088 (DM))                                    **Exhibit E**

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period October 1, 2019 through October 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 9/3/2019 | Xun Wang | Associate | 1019H0196: Perform review of the update for 382 ownership change model for different version, including reconciliation to check difference between ownership change. | $360 | 6.00 | $2,160.00 |
| 9/3/2019 | Conan A Yuzna | Senior Associate | 1019H0197: Porting the 382 ownership change models to the New Office version of the model. Reviewing the rights offering / backstop purchase allocation data prepared by Sandy and creating an import file for Chris to use to update the studies. | $464 | 2.50 | $1,160.00 |
| 9/4/2019 | Xun Wang | Associate | 1019H0198: Perform review of the update for 382 ownership change model for different version, reconciliation to check difference between ownership change, create new model based on updates. | $360 | 7.00 | $2,520.00 |
| 9/4/2019 | Leah Kondo Von Pervieux | Director | 1019H0199: Review of updated slide deck. | $707 | 3.00 | $2,121.00 |
| 9/4/2019 | Conan A Yuzna | Senior Associate | 1019H0200: Updating & reviewing updated Sec. 382 ownership change analysis studies, including reconciliations. | $464 | 8.00 | $3,712.00 |
| 9/5/2019 | Qiang Ma | Senior Managing Director | 1019H0201: Provide review of the 382 model and inputs supporting analysis. | $909 | 1.00 | $909.00 |
| 9/5/2019 | Xun Wang | Associate | 1019H0202: Perform review of the update for 382 ownership change model for different version, reconciliation to check difference between ownership change, create new model based on updates. | $360 | 3.00 | $1,080.00 |
| 9/5/2019 | Leah Kondo Von Pervieux | Director | 1019H0203: Perform review of the model changes. | $707 | 1.50 | $1,060.50 |

Case: 19-30088    Doc# 5231-5    Filed: 12/31/19    Entered: 12/31/19 09:57:55    Page 15 of 28

PG&E Corporation, et al. (Case No. 19-30088 (DM))                                                              **Exhibit E**

PwC LLP - Management, Tax and Advisory Consultants to the Debtors

Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date

For the Period October 1, 2019 through October 31, 2019

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 9/5/2019 | Terry Bart Stratton | Partner | 1019H0204: Follow up regarding updates on status with IRS. | $909 | 0.50 | $454.50 |
| 9/5/2019 | Mark S Smith | Senior Managing Director | 1019H0205: Determine possible immediate deductibility of payments into Wildfire Fund. | $909 | 1.40 | $1,272.60 |
| 9/5/2019 | Conan A Yuzna | Senior Associate | 1019H0206: Reviewing updated Sec. 382 ownership change studies and drafting PPT presentation to communicate impact of certain financing transactions on the company's cumulative ownership shift. | $464 | 8.00 | $3,712.00 |
| 9/5/2019 | Leah Kondo Von Pervieux | Director | 1019H0207: Call regarding treatment of wildfire fund. | $707 | 0.50 | $353.50 |
| 9/5/2019 | Trevor Perea | Director | 1019H0208: Working session with L. Von Pervieux (PwC) regarding model and slide changes. | $707 | 1.50 | $1,060.50 |
| 9/5/2019 | Leah Kondo Von Pervieux | Director | 1019H0209: Working session with T. Perea (PwC) regarding model and slide changes. | $707 | 1.50 | $1,060.50 |
| 9/6/2019 | Xun Wang | Associate | 1019H0210: Updated 12 versions with new issuance on 3/31/2020, create summary sheet to present the difference. | $360 | 4.00 | $1,440.00 |
| 9/6/2019 | Leah Kondo Von Pervieux | Director | 1019H0211: Review slide deck and discuss with Bart. | $707 | 2.00 | $1,414.00 |
| 9/6/2019 | Terry Bart Stratton | Partner | 1019H0212: Review slide deck supporting 382 matters. | $909 | 0.50 | $454.50 |
| 9/6/2019 | Mark S Smith | Senior Managing Director | 1019H0213: Review alternative characterizations other than insurance to fund the assessments as taxes. | $909 | 0.60 | $545.40 |
| 9/6/2019 | Conan A Yuzna | Senior Associate | 1019H0214: Reviewing Chris' updated schedules, creating the deck, and reviewing documents with Bart and Leah. | $464 | 4.50 | $2,088.00 |

Case: 19-30088    Doc# 5231-5    Filed: 12/31/19    Entered: 12/31/19 09:57:55    Page 16 of 28

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period October 1, 2019 through October 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 9/9/2019 | Xun Wang | Associate | 1019H0215: Look into 10Q information (June 30) and create two versions of 382 ownership model for clients. | $360 | 1.00 | $360.00 |
| 9/9/2019 | Leah Kondo Von Pervieux | Director | 1019H0216: Revised models for DT and discussion of slides. | $707 | 1.00 | $707.00 |
| 9/10/2019 | Leah Kondo Von Pervieux | Director | 1019H0217: PG&E update models and review 6/30/19 deliverable. | $707 | 2.50 | $1,767.50 |
| 9/10/2019 | Terry Bart Stratton | Partner | 1019H0218: Review slides for summary of 382 issues for various scenarios. | $909 | 1.40 | $1,272.60 |
| 9/10/2019 | Conan A Yuzna | Senior Associate | 1019H0219: Creating 9/30 ownership change models, reviewing updates from Chris. | $464 | 4.00 | $1,856.00 |
| 9/11/2019 | George A Manousos | Partner | 1019H0220: Research and review 1.263(a)-5 regs regarding bankruptcy costs. | $909 | 1.00 | $909.00 |
| 9/11/2019 | Qiang Ma | Senior Managing Director | 1019H0221: Provide review of the 382 model and inputs supporting analysis. | $909 | 3.00 | $2,727.00 |
| 9/11/2019 | Leah Kondo Von Pervieux | Director | 1019H0222: Update the summary slide changes during review. | $707 | 1.50 | $1,060.50 |
| 9/11/2019 | Parwen Parhat Xierali | Manager | 1019H0223: Perform review of the 382 modeling and inputs. | $585 | 1.00 | $585.00 |
| 9/11/2019 | Conan A Yuzna | Senior Associate | 1019H0224: Creation of "max without o ownership change" schedules. | $464 | 5.30 | $2,459.20 |
| 9/11/2019 | Conan A Yuzna | Senior Associate | 1019H0225: Prepare draft slides regarding potential limitation impact under various value scenarios. | $464 | 2.70 | $1,252.80 |
| 9/11/2019 | Leah Kondo Von Pervieux | Director | 1019H0226: Review 382 modeling. | $707 | 1.00 | $707.00 |

Case: 19-30088   Doc# 5231-5   Filed: 12/31/19   Entered: 12/31/19 09:57:55   Page 17 of 28

PG&E Corporation, et al. (Case No. 19-30088 (DM))                                      **Exhibit E**

PwC LLP - Management, Tax and Advisory Consultants to the Debtors

Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date

For the Period October 1, 2019 through October 31, 2019

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 9/11/2019 | Terry Bart Stratton | Partner | 1019H0227: Call with M Caron, S Goldring (Weil), G Manousos (PwC) to discuss treatment of professional fees for bankruptcy tax purposes. | $909 | 1.20 | $1,090.80 |
| 9/11/2019 | George A Manousos | Partner | 1019H0228: Call with PG&E regarding bankruptcy TCA costs. | $909 | 1.00 | $909.00 |
| 9/12/2019 | George A Manousos | Partner | 1019H0229: Provide guidance to PG&E regarding options to easily categorize transaction costs. | $909 | 0.50 | $454.50 |
| 9/12/2019 | Leah Kondo Von Pervieux | Director | 1019H0230: Update and finalize slides. | $707 | 1.50 | $1,060.50 |
| 9/12/2019 | Conan A Yuzna | Senior Associate | 1019H0231: Bankruptcy scenario analysis w/r/t limitation calc under various scenarios. | $464 | 4.00 | $1,856.00 |
| 9/12/2019 | Leah Kondo Von Pervieux | Director | 1019H0232: PG&E standing tax call and finalize slides. | $707 | 1.00 | $707.00 |
| 9/12/2019 | Mark S Smith | Senior Managing Director | 1019H0233: Weekly call regarding Wildfire Fund. | $909 | 1.00 | $909.00 |
| 9/12/2019 | Terry Bart Stratton | Partner | 1019H0234: Weekly update call to discuss latest on bankruptcy. 382 modeling and wildfire fund PLR. | $909 | 1.00 | $909.00 |
| 9/13/2019 | Leah Kondo Von Pervieux | Director | 1019H0235: Review model scenarios and impact of bankruptcy plan. | $707 | 0.90 | $636.30 |
| 9/13/2019 | Conan A Yuzna | Senior Associate | 1019H0236: Perform updated to RBIG analysis based upon comments. | $464 | 2.00 | $928.00 |
| 9/17/2019 | Parwen Parhat Xierali | Manager | 1019H0237: Perform review of the 382 modeling and inputs. | $585 | 1.00 | $585.00 |
| 9/18/2019 | Leah Kondo Von Pervieux | Director | 1019H0238: Review model. | $707 | 0.50 | $353.50 |

Case: 19-30088    Doc# 5231-5    Filed: 12/31/19    Entered: 12/31/19 09:57:55    Page 18 of 28

PG&E Corporation, et al. (Case No. 19-30088 (DM))                                    **Exhibit E**
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date
For the Period October 1, 2019 through October 31, 2019

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 9/18/2019 | Terry Bart Stratton | Partner | 1019H0239: Review updates to 382 model and review of new regulatory guidance. | $909 | 1.60 | $1,454.40 |
| 9/19/2019 | Mark S Smith | Senior Managing Director | 1019H0240: Review and response regarding Wildfire Fund tax issues. | $909 | 0.30 | $272.70 |
| 9/19/2019 | Leah Kondo Von Pervieux | Director | 1019H0241: PG&E call and model. | $707 | 1.10 | $777.70 |
| 9/19/2019 | Terry Bart Stratton | Partner | 1019H0242: Weekly update call with Weil and PG&E. | $909 | 1.10 | $999.90 |
| 9/20/2019 | Leah Kondo Von Pervieux | Director | 1019H0243: Model updates and calls. | $707 | 2.20 | $1,555.40 |
| 9/21/2019 | Terry Bart Stratton | Partner | 1019H0244: Call with S Goldring (Weil) and PG&E to discuss needed model updates for Jason. | $909 | 0.80 | $727.20 |
| 9/22/2019 | Conan A Yuzna | Senior Associate | 1019H0245: Schedule updates to determine max to Wildfire fund. | $464 | 4.50 | $2,088.00 |
| 9/22/2019 | Terry Bart Stratton | Partner | 1019H0246: Multiple calls with Weil and PG&E to discuss 382 updates needed for CFO. Work on model for various scenarios and potential implications for the 382 analysis. Review model and send to client. | $909 | 6.60 | $5,999.40 |
| 9/23/2019 | Leah Kondo Von Pervieux | Director | 1019H0247: Call to discuss updated slides. | $707 | 1.00 | $707.00 |
| 9/23/2019 | Conan A Yuzna | Senior Associate | 1019H0248: Perform updates to max Wildfire fund analysis & PPT (entire day). | $464 | 8.00 | $3,712.00 |
| 9/23/2019 | Terry Bart Stratton | Partner | 1019H0249: Updates to model and scenarios provided over the weekend. | $909 | 1.30 | $1,181.70 |

Case: 19-30088    Doc# 5231-5    Filed: 12/31/19    Entered: 12/31/19 09:57:55    Page 19 of 28

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit E**

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**

**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**

**For the Period October 1, 2019 through October 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 9/24/2019 | Leah Kondo Von Pervieux | Director | 1019H0250: Review updates and revisions to model. | $707 | 3.20 | $2,262.40 |
| 9/24/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0251: Review proposed 382(h) regs and consider impact to NUBIG model. | $464 | 3.80 | $1,763.20 |
| 9/24/2019 | Conan A Yuzna | Senior Associate | 1019H0252: Perform updates to the model including PowerPoint slides based upon feedback. | $464 | 4.00 | $1,856.00 |
| 9/24/2019 | Terry Bart Stratton | Partner | 1019H0253: Review new proposed regulations under section 382(h). | $909 | 0.50 | $454.50 |
| 9/24/2019 | Terry Bart Stratton | Partner | 1019H0254: Discussion of 382(l)(5) qualification and related calculations. Review of updated calculations and comments to pwc team. | $909 | 2.70 | $2,454.30 |
| 9/25/2019 | Leah Kondo Von Pervieux | Director | 1019H0255: Perform review of PG&E 382 limit model. | $707 | 2.00 | $1,414.00 |
| 9/25/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0256: Update NUBIG model to reflect new assumptions and income projections. | $464 | 3.50 | $1,624.00 |
| 9/26/2019 | Leah Kondo Von Pervieux | Director | 1019H0257: PG&E calls and discuss model changes. | $707 | 1.50 | $1,060.50 |
| 9/26/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0258: Updates to model. | $464 | 6.30 | $2,923.20 |
| 9/26/2019 | Conan A Yuzna | Senior Associate | 1019H0259: Perform updates to the model including PowerPoint slides based upon feedback. | $464 | 1.00 | $464.00 |
| 9/26/2019 | Terry Bart Stratton | Partner | 1019H0260: Review of updated schedule and report to send to PG&E. | $909 | 1.70 | $1,545.30 |
| 9/26/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0261: Call with Lazard on impact of NUBIG on NOLs. | $464 | 0.50 | $232.00 |
| 9/26/2019 | Conan A Yuzna | Senior Associate | 1019H0262: Call with Lazard. | $464 | 0.50 | $232.00 |

Case: 19-30088    Doc# 5231-5    Filed: 12/31/19    Entered: 12/31/19 09:57:55    Page 20 of 28

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**      **Exhibit E**

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**

**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**

**For the Period October 1, 2019 through October 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 9/26/2019 | Leah Kondo Von Pervieux | Director | 1019H0263: Weekly update call with Weil. | $707 | 1.00 | $707.00 |
| 9/26/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0264: Weekly update call with Weil. | $464 | 1.00 | $464.00 |
| 9/26/2019 | Terry Bart Stratton | Partner | 1019H0265: Weekly update call. | $909 | 1.00 | $909.00 |
| 9/27/2019 | Leah Kondo Von Pervieux | Director | 1019H0266: NUBIG review. | $707 | 1.40 | $989.80 |
| 9/27/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0267: Discuss proposed regs and reflect in new tab of model. | $464 | 2.30 | $1,067.20 |
| 9/30/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0268: Make updates to the model per client request. | $464 | 2.50 | $1,160.00 |
| 9/30/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0269: Research NOL limitation rules, discuss with Leah, draft email to client. | $464 | 2.60 | $1,206.40 |
| 9/30/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0270: Incorporate CA tax basis balance sheet to model. | $464 | 3.10 | $1,438.40 |
| 9/30/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0271: Discuss calculation of NUBIG under proposed regulations with Bart and Leah. | $464 | 0.70 | $324.80 |
| 9/30/2019 | Leah Kondo Von Pervieux | Director | 1019H0272: Working session with Parnter regarding NUBIG model and calculations. | $707 | 2.10 | $1,484.70 |
| 9/30/2019 | Terry Bart Stratton | Partner | 1019H0273: Working session regarding NUBIG calculation and review of proposed regulations for impact to PG&E. | $909 | 2.10 | $1,908.90 |
| 10/1/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0274: Create tabs calculating estimated NUBIG for CA purposes, under both Notice 2003-65 and proposed regs. | $464 | 2.30 | $1,067.20 |

Case: 19-30088     Doc# 5231-5     Filed: 12/31/19     Entered: 12/31/19 09:57:55     Page 21 of 28

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**                                                    **Exhibit E**

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**

**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**

**For the Period October 1, 2019 through October 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 10/1/2019 | Leah Kondo Von Pervieux | Director | 1019H0275: PG&E modeling. | $707 | 3.50 | $2,474.50 |
| 10/1/2019 | Terry Bart Stratton | Partner | 1019H0276: Review updated calculations and respond to PG&E question. | $909 | 1.60 | $1,454.40 |
| 10/2/2019 | Leah Kondo Von Pervieux | Director | 1019H0277: Review calculations supporting CA NUBIG and proposed regulations. | $707 | 2.00 | $1,414.00 |
| 10/2/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0278: Create CA RBIG tab and resolve issues in CA NUBIG calculation. | $464 | 3.20 | $1,484.80 |
| 10/2/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0279: Test cash tax summary model for issues with dynamic inputs, look for formula errors, walk Bart through model for his review. | $464 | 4.50 | $2,088.00 |
| 10/2/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0280: Call with client to discuss NOL availability with change of control. | $464 | 0.50 | $232.00 |
| 10/2/2019 | Terry Bart Stratton | Partner | 1019H0281: Perform review of the updates to tax model. | $909 | 2.10 | $1,908.90 |
| 10/2/2019 | Terry Bart Stratton | Partner | 1019H0282: Call with PG&E CFO and Weil as well as others at PG&E to discuss bondholders plan and section 382 effects. | $909 | 0.50 | $454.50 |
| 10/3/2019 | Leah Kondo Von Pervieux | Director | 1019H0283: PG&E status call, PG&E model call, PG&E model updates. | $707 | 4.00 | $2,828.00 |
| 10/3/2019 | Robert A Garvey | Partner | 1019H0284: Response to CA questions regarding NOL carryforward and conformity to federal regulations. | $909 | 1.00 | $909.00 |
| 10/3/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0285: Weekly status call with Weil. | $464 | 1.00 | $464.00 |
| 10/3/2019 | Terry Bart Stratton | Partner | 1019H0286: Weekly status call with Weil. | $909 | 1.00 | $909.00 |

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period October 1, 2019 through October 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|---------------------|
| 10/3/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0287: Call with Lazard to discuss NOL availability. | $464 | 0.50 | $232.00 |
| 10/3/2019 | Terry Bart Stratton | Partner | 1019H0288: Call with Lazard to discuss NOL availability. | $909 | 0.50 | $454.50 |
| 10/3/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0289: Call with PG&E to walk through draft NUBIG model. | $464 | 0.50 | $232.00 |
| 10/3/2019 | Terry Bart Stratton | Partner | 1019H0290: Call with PG&E to walk through draft NUBIG model. | $909 | 0.50 | $454.50 |
| 10/3/2019 | Terry Bart Stratton | Partner | 1019H0291: Review of model to walk through model and analysis, including Elliott bond holder plan and consider 382 implications. | $909 | 2.30 | $2,090.70 |
| 10/3/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0292: Update model for Bart's comments, June 2020 emergence date, additional cash tax summary scenarios. | $464 | 4.10 | $1,902.40 |
| 10/4/2019 | Leah Kondo Von Pervieux | Director | 1019H0293: Review and updates to the PG&E Model. | $707 | 3.00 | $2,121.00 |
| 10/4/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0294: Update model for NUBIL situation. | $464 | 1.30 | $603.20 |
| 10/4/2019 | Terry Bart Stratton | Partner | 1019H0295: Review of model and updates for client requested changes. | $909 | 1.90 | $1,727.10 |
| 10/6/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0296: Call to walk Weil through NUBIG model. | $464 | 1.30 | $603.20 |
| 10/7/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0297: Research on NUBIL impact on losses. | $464 | 2.10 | $974.40 |
| 10/7/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0298: Update NUBIG model for comments received from Stuart. | $464 | 1.30 | $603.20 |
| 10/8/2019 | Leah Kondo Von Pervieux | Director | 1019H0299: PG&E Nubig. | $707 | 1.00 | $707.00 |

Case: 19-30088    Doc# 5231-5    Filed: 12/31/19    Entered: 12/31/19 09:57:55    Page 23 of 28

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**          **Exhibit E**

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period October 1, 2019 through October 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 10/9/2019 | Leah Kondo Von Pervieux | Director | 1019H0300: Review NUBIG changes. | $707 | 1.00 | $707.00 |
| 10/9/2019 | Terry Bart Stratton | Partner | 1019H0301: Review of updated NUBIG calc. | $909 | 1.20 | $1,090.80 |
| 10/10/2019 | Leah Kondo Von Pervieux | Director | 1019H0302: Review the PG&E model updates. | $707 | 2.00 | $1,414.00 |
| 10/10/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0303: Update model for RBIL, modified NUBIG calculation. | $464 | 5.70 | $2,644.80 |
| 10/10/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0304: Weekly call with Weil and PG&E. | $464 | 1.10 | $510.40 |
| 10/10/2019 | Terry Bart Stratton | Partner | 1019H0305: Weekly update call. | $909 | 1.10 | $999.90 |
| 10/11/2019 | Leah Kondo Von Pervieux | Director | 1019H0306: NUBIG model. | $707 | 0.50 | $353.50 |
| 10/11/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0307: Documentation of analysis underlying assumptions. | $464 | 2.50 | $1,160.00 |
| 10/14/2019 | Leah Kondo Von Pervieux | Director | 1019H0308: PG&E NUBIG. | $707 | 0.50 | $353.50 |
| 10/14/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0309: Build in CA NOL availability and cash tax tabs into model, incorporate CA taxable income projections. | $464 | 4.00 | $1,856.00 |
| 10/15/2019 | Leah Kondo Von Pervieux | Director | 1019H0310: PG&E model updates. | $707 | 2.90 | $2,050.30 |
| 10/15/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0311: Call with Stuart to discuss NUBIL treatment in QSF scenario under proposed regs. | $464 | 0.40 | $185.60 |
| 10/15/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0312: Update model for comments on NUBIL/QSF and share with Weil team. | $464 | 1.00 | $464.00 |

Case: 19-30088    Doc# 5231-5    Filed: 12/31/19    Entered: 12/31/19 09:57:55    Page 24 of 28

PG&E Corporation, et al. (Case No. 19-30088 (DM))                    **Exhibit E**
PwC LLP - Management, Tax and Advisory Consultants to the Debtors
Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date
For the Period October 1, 2019 through October 31, 2019

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 10/15/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0313: Review/test model for errors and distribute to PG&E and Weil teams. | $464 | 2.50 | $1,160.00 |
| 10/15/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0314: Update model to remove bondholders plan assumptions and combined tax summaries. | $464 | 0.70 | $324.80 |
| 10/15/2019 | Leah Kondo Von Pervieux | Director | 1019H0315: Call with Weil to discuss interpretation of proposed regs. | $707 | 1.10 | $777.70 |
| 10/15/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0316: Call with Weil to discuss interpretation of proposed regs. | $464 | 1.10 | $510.40 |
| 10/16/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0317: Call with Weil and PG&E to discuss NOL slides. | $464 | 0.50 | $232.00 |
| 10/16/2019 | Leah Kondo Von Pervieux | Director | 1019H0318: Call with PG&E to go over NOL questions. | $707 | 0.20 | $141.40 |
| 10/16/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0319: Call with PG&E to go over NOL questions. | $464 | 0.20 | $92.80 |
| 10/16/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0320: Update model for Elizabeth's comments and update numbers on slides. | $464 | 0.70 | $324.80 |
| 10/16/2019 | Leah Kondo Von Pervieux | Director | 1019H0321: Call with Weil and PG&E to discuss NOL slides. | $707 | 0.50 | $353.50 |
| 10/16/2019 | Leah Kondo Von Pervieux | Director | 1019H0322: Perform review of the updates models post discussions with Weil and PG&E. | $707 | 1.80 | $1,272.60 |
| 10/18/2019 | Leah Kondo Von Pervieux | Director | 1019H0323: Review updated NOL slides. | $707 | 0.90 | $636.30 |
| 10/18/2019 | Leah Kondo Von Pervieux | Director | 1019H0324: Weekly status call with PG&E and Weil. | $707 | 0.60 | $424.20 |
| 10/18/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0325: Weekly status call with PG&E and Weil. | $464 | 0.60 | $278.40 |

Case: 19-30088    Doc# 5231-5    Filed: 12/31/19    Entered: 12/31/19 09:57:55    Page 25 of 28

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**                                    **Exhibit E**

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**

**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**

**For the Period October 1, 2019 through October 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 10/21/2019 | Leah Kondo Von Pervieux | Director | 1019H0326: 382(h) emails. | $707 | 1.00 | $707.00 |
| 10/21/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0327: Draft email describing consistency rule in proposed regulation for discussion with Julie and Olivia. | $464 | 1.00 | $464.00 |
| 10/24/2019 | Leah Kondo Von Pervieux | Director | 1019H0328: Perform review of the NUBIG updates. | $707 | 0.90 | $636.30 |
| 10/24/2019 | Leah Kondo Von Pervieux | Director | 1019H0329: Weekly call with Weil and PG&E. | $707 | 0.60 | $424.20 |
| 10/24/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0330: Weekly call with Weil and PG&E. | $464 | 0.60 | $278.40 |
| 10/25/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0331: Review email updates from PG&E regarding disclosure statement, NOL monetization,. | $464 | 0.50 | $232.00 |
| 10/31/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0332: Documentation of various research positions. | $464 | 1.50 | $696.00 |
| 10/31/2019 | Sandy Liu O'Neill | Senior Associate | 1019H0333: Weekly call with PG&E and Weil. | $464 | 0.50 | $232.00 |
| 10/31/2019 | Terry Bart Stratton | Partner | 1019H0334: Weekly call with PG&E and Weil. | $909 | 0.50 | $454.50 |
| Subtotal - Hours and Compensation - Tax Services | | | | | 450.80 | $278,904.00 |
| *Subtotal - Hours and Compensation - Bankruptcy Tax Advisory Services* | | | | | *450.80* | *$278,904.00* |
| **Total - Hours and Compensation - Hourly Services** | | | | | **624.40** | **$347,896.00** |

**Case Administration**

*Bankruptcy Requirements and Other Court Obligations*                                    *Retention Exhibit #: CAS*

Employment Applications and Other Court Filings

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 10/4/2019 | Andrea Clark Smith | Director | 1019H0335: Discussion with PwC team regarding new contract and supplemental disclosure to the Court. | $550 | 0.50 | $275.00 |

Case: 19-30088    Doc# 5231-5    Filed: 12/31/19    Entered: 12/31/19 09:57:55    Page 26 of 28

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**
**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**
**For the Period October 1, 2019 through October 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 10/7/2019 | Andrea Clark Smith | Director | 1019H0336: Prepare analysis of the engagement letters and fee structure for additional disclosures within the supplemental PwC declaration and corresponding Debtors' application. | $550 | 3.90 | $2,145.00 |
| 10/9/2019 | Andrea Clark Smith | Director | 1019H0337: Discussion with PwC team regarding new contract and supplemental disclosure to the Court. | $550 | 1.30 | $715.00 |
| 10/17/2019 | Andrea Clark Smith | Director | 1019H0338: Discussion with the Rule 21 tax team regarding services inquiries from Debtors. | $550 | 0.90 | $495.00 |
| 10/22/2019 | Andrea Clark Smith | Director | 1019H0339: Follow up discussion with Weil regarding supplemental application preparation and filing with the Court. | $550 | 0.50 | $275.00 |
| 10/29/2019 | Andrea Clark Smith | Director | 1019H0340: Perform review of the Weil supplemental application and compare with current version and supplement for new executed contracts with Debtors. | $550 | 3.00 | $1,650.00 |
| 10/30/2019 | Andrea Clark Smith | Director | 1019H0341: Discussion with the PwC Partners regarding the status of the supplemental application. | $550 | 1.00 | $550.00 |
| Subtotal - Hours and Compensation - Employment Applications and Other Court Filings | | | | | 11.10 | $6,105.00 |

Monthly, Interim and Final Fee Applications

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|------|------|----------|-------------|------|-------|--------------------|
| 10/22/2019 | Andrea Clark Smith | Director | 1019H0342: Perform final review of the June 2019 monthly fee statement prior to distribution to Counsel. | $550 | 1.10 | $605.00 |
| 10/23/2019 | Andrea Clark Smith | Director | 1019H0343: Perform final review of the June 2019 monthly fee statement and distribute to Counsel. | $550 | 1.80 | $990.00 |
| 10/25/2019 | Andrea Clark Smith | Director | 1019H0344: Perform review of the August 2019 fee statement follow up with the teams regarding needed time and expense details for Monthly fee Statement. | $550 | 0.50 | $275.00 |

Case: 19-30088    Doc# 5231-5    Filed: 12/31/19    Entered: 12/31/19 09:57:55    Page 27 of 28

**PG&E Corporation, et al. (Case No. 19-30088 (DM))**    **Exhibit E**

**PwC LLP - Management, Tax and Advisory Consultants to the Debtors**

**Hourly Services and Case Administration Services - Professional Services by Project, Professional and Date**

**For the Period October 1, 2019 through October 31, 2019**

| Date | Name | Position | Description | Rate | Hours | Total Compensation |
|---|---|---|---|---|---|---|
| 10/28/2019 | Andrea Clark Smith | Director | 1019H0345: Finalize proper documentation for May/June files including documentation for the Fee Examiner - electronic files. | $550 | 3.60 | $1,980.00 |
| 10/31/2019 | Andrea Clark Smith | Director | 1019H0346: Perform review of the fee examiner files and prepare for distribution. | $550 | 0.50 | $275.00 |
| Subtotal - Hours and Compensation - Monthly, Interim and Final Fee Applications | | | | | 7.50 | $4,125.00 |
| *Subtotal - Hours and Compensation - Bankruptcy Requirements and Other Court Obligations* | | | | | *18.60* | *$10,230.00* |
| **Total - Hours and Compensation - Case Administration** | | | | | **18.60** | **$10,230.00** |
| **Total - Hours and Compensation - Hourly Services and Case Administration** | | | | | **643.00** | **$358,126.00** |