Jonathan Sanders (No. 228785)
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Michael H. Torkin
Nicholas Goldin
Kathrine A. McLendon
Jamie J. Fell
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel for the Board of Each of PG&E Corporation and Pacific Gas and Electric Company and for Certain Current and Former Independent Directors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>**- and –**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>** All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING SIXTH MONTHLY FEE STATEMENT OF SIMPSON THACHER & BARTLETT FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**<br><br>Re: Docket No. 4892<br><br>**Objection Deadline:** December 18, 2019 at 4:00 p.m. (Pacific Time) |



Case: 19-30088 Doc# 5234 Filed: 12/31/19 Entered: 12/31/19 11:19:34 Page 1 of 3

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

On November 27, 2019, Simpson Thacher & Bartlett LLP ("**Simpson Thacher**"), counsel for (i) the Board of Directors (the "**Board**") of each of PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), as the Board may be constituted from time to time, and for the members of the Board from time to time in their capacities as members of the Board, and (ii) certain current and former independent directors in their individual capacities who serve or served as independent directors prior to and/or as of the Petition Date (as defined below) (each an "**Independent Director**" and collectively, the "**Independent Directors**"), filed its *Sixth Monthly Fee Statement of Simpson Thacher & Bartlett LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period September 1, 2019 through September 30, 2019* [Docket No. 4892], pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, dated February 27, 2019 [Docket No. 701] (the "**Interim Procedures Order**").

The Sixth Monthly Fee Statement was served as described in the *Certificate of Service* of Alain B. Francoeur [Docket No. 4969]. The deadline to file responses or oppositions to the Sixth Monthly Fee Statement was December 18, 2019 at 4:00 pm (PT). On December 18, a limited objection was filed by the Public Employees Retirement Association of New Mexico objecting to a portion of Simpson Thacher's fees totaling $380,184.50 [Docket No. 5158] (the "**PERA Objection**").[1] No other oppositions or responses have been filed with the Court or received by Simpson Thacher. Pursuant to the Interim Compensation Order, the Debtors are authorized to pay Simpson Thacher eighty percent (80%) of the remaining fees that are not subject to an objection and one hundred percent (100%) of the expenses requested in the Sixth Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by Simpson Thacher is annexed hereto as **Exhibit A**.

[1] Simpson Thacher does not agree with the assertions made in the PERA Objection and reserves all rights to dispute the PERA Objection, and any future objections made on similar grounds, either before or in connection with any hearing to consider the applicable interim fee applications.

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a counsel at the law firm Simpson Thacher & Bartlett LLP, counsel to the Board and the Independent Directors.

2. I certify that I have reviewed or caused the review of the Court's docket in these chapter 11 cases and that Simpson Thacher has not received any response or opposition to the Sixth Monthly Fee Statement other than the PERA Objection.

3. This declaration was executed in Palo Alto, California.

Dated: December 31, 2019
Palo Alto, California

**SIMPSON THACHER & BARTLETT LLP**

*/s/ Jonathan C. Sanders*
Jonathan C. Sanders (No. 228785)

*Counsel for the Board of Each of PG&E Corporation and Pacific Gas and Electric Company and for Certain Current and Former Independent Directors*