# Exhibit A

| Date Statement Filed | Period Covered | Total Compensation and Expenses Incurred for Period Covered | | Total Amount of Fees Authorized to be Paid Pursuant to Interim Compensation Order | Total Amount of Expenses Authorized to be Paid Pursuant to Interim Compensation Order | Objected Amount | Holdback Fees Amount |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees w/ No Objection (@ 80%) | Expenses (@ 100%) | | Fees w/ No Objection (@ 20%) |
| November 27, 2019 | 09/01/19 – 09/30/19 | $1,026,439.00 | $27,257.27 | $517,003.60 | $27,257.27 | $380,184.50 | $129,250.90 |