# United States Bankruptcy Court
## Northern District of California

**In re:**       **PG & E Corporation, ET AL.,**
**Case No.**     **19-30088, et al Jointly administered under Case No. 19-30088**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(2)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:                       Name of Transferor:
  **Fair Harbor Capital, LLC**               **Walsworth WFBM, LLP**
  **As assignee of Walsworth WFBM, LLP**

Name and Address where notices to transferee should be sent:

     **Fair Harbor Capital, LLC**
     **Ansonia Finance Station**
     **PO Box 237037**
     **New York, NY 10023**

Phone:    212 967 4035
Last Four Digits of Acct #:    n/a

Name and Address where transferee payments should be sent (if different from above):

Phone:        n/a
Last Four Digits of Acct #:    n/a

Court Claim # (if known): 6969
Amount of Claim: $5,553.92
Date Claim Filed:

Name and Address of Transferor:

   Walsworth WFBM, LLP
   601 Montgomery Street-9th Fl
   San Francisco, CA 94111

Phone:
Last Four Digits of Acct. #:    n/a

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:         _/s/Fredric Glass_                 Date:    December 31, 2019
            Transferee/Transferee's Agent

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Northern District of California

**In re:**      **PG & E Corporation, ET AL.,**
**Case No.**      **19-30088, et al Jointly administered under Case No. 19-30088**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

## Claim No. 6969(if known)

was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on December 31, 2019.

Name of Transferee:
**Fair Harbor Capital, LLC**
**As assignee of Walsworth WFBM, LLP**

Name of Alleged Transferor:
**Walsworth WFBM, LLP**

**Fair Harbor Capital, LLC**
**Ansonia Finance Station**
**PO Box 237037**
**New York, NY 10023**

Name and Address of Alleged Transferor:

Walsworth WFBM, LLP
601 Montgomery Street-9th Fl
San Francisco, CA 94111

---

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
Clerk of the Court

as a waiver thereof.

**Notice of Transfer and Waiver of Notice**

**Walsworth WFBM, LLP ("Seller")** sells, transfer and assigns unto Fair Harbor Capital, LLC, with and address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's Claim (as defined in the Agreement) against **Pacific Gas and Electric Company, et al.** or any of its co-debtor affiliates (the "Debtor" in the aggregate amount of not less than **$5,553.92,** representing one of two claims of Seller pending against **Debtor** in the United States Bankruptcy Court, Northern District of California, Case No 19-30088, et al., . Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

**In Witness Whereof,** Walsworth WFBM, LLP (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

**Walsworth WFBM, LLP ("Seller")**
Attn: Charles T. Sheldon 601 Montgomery Street, 9th Floor
San Francisco, CA 94111

Print Name: Ferdie F. Franklin       Title: Partner/General Counsel

Signature: _Ferdie Franklin_       Date: Oct. 15, 2019

Phone: _____

Email: _____       _____

Updated Address (If Changed): _____

**Fair Harbor Capital, LLC ("Purchaser")**
PO Box 237037
New York, NY 10023

Signature: _____

Fred Glass   Director   _____

Member Fair Harbor Capital, LLC