# EXHIBIT A

# COMPENSATION BY PROFESSIONAL
# NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

The timekeepers who rendered services in these Chapter 11 Cases from November 1, 2019 through November 30, 2019 for which Baker is seeking compensation are

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Bartram, Darin R. | Litigation | 1993 | $970.00 | 49.30 | $47,821.00 |
| Bator, Chris | Litigation | 1987 | $510.00 | 38.60 | $19,686.00 |
| Benson, Glenn S. | Environmental | 1994 | $640.00 | 96.50 | $61,760.00 |
| Bloom, Jerry R. | Bankruptcy | 1980 | $1,145.00 | 137.60 | $157,552.00 |
| Brennan, Terry M. | Litigation | 1995 | $600.00 | 39.80 | $23,880.00 |
| Carolan, Christopher J. | Corporate | 2000 | $875.00 | 31.40 | $27,475.00 |
| Casey, Lee A | Litigation | 1982 | $1,255.00 | 124.20 | $155,871.00 |
| Chairez, Joseph L. | Litigation | 1981 | $800.00 | 77.60 | $62,080.00 |
| Commins, Gregory J. | Litigation | 1991 | $890.00 | 248.60 | $221,254.00 |
| DeLaquil, Mark W. | Litigation | 2004 | $885.00 | 14.20 | $12,567.00 |
| Dumas, Cecily A. | Bankruptcy | 1983 | $950.00 | 215.00 | $204,250.00 |
| Esmont, Joseph M. | Bankruptcy | 2008 | $600.00 | 206.00 | $123,600.00 |
| Foix, Danyll W. | Litigation | 1998 | $760.00 | 179.50 | $136,420.00 |
| Foley, Elizabeth P. | Litigation | 1994 | $1,100.00 | 41.40 | $45,540.00 |
| Fuller, Lars H. | Bankruptcy | 1995 | $545.00 | 20.90 | $11,390.50 |
| Goldberg, Steven H. | Corporate | 1990 | $1,060.00 | 2.00 | $2,120.00 |
| Goodman, Eric R. | Bankruptcy | 2003 | $800.00 | 155.00 | $124,000.00 |
| Grabowski-Shaikh, Asim R. | Corporate | 2002 | $800.00 | 21.80 | $17,440.00 |
| Green, Elizabeth A | Bankruptcy | 1986 | $690.00 | 59.70 | $41,193.00 |
| Grossman, Andrew | Litigation | 2008 | $850.00 | 83.90 | $71,315.00 |
| Hogan, Thomas E. | Litigation | 2004 | $785.00 | 8.50 | $6,672.50 |
| Julian, Robert | Litigation | 1979 | $1,175.00 | 160.10 | $188,117.50 |
| Kleber, Kody | Litigation | 2007 | $550.00 | 163.50 | $89,925.00 |
| Lehrer, II, John R. | Tax | 1999 | $725.00 | 3.60 | $2,610.00 |
| Morris, Kimberly S. | Litigation | 2004 | $895.00 | 209.00 | $187,055.00 |
| Murphy, Keith R. | Bankruptcy | 1997 | $1,110.00 | 6.20 | $6,882.00 |
| Parrish, Jimmy D. | Bankruptcy | 2000 | $590.00 | 8.00 | $4,720.00 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Payne Geyer, Tiffany | Bankruptcy | 2000 | $455.00 | 86.60 | $39,403.00 |
| Richardson, David J. | Bankruptcy | 1993 | $685.00 | 210.30 | $144,055.50 |
| Rivkin, Jr., David B. | Litigation | 1985 | $1,625.00 | 194.20 | $315,575.00 |
| Rose, Jorian E. | Bankruptcy | 1998 | $1,010.00 | 200.30 | $202,303.00 |
| Sagerman, Eric T. | Bankruptcy | 1991 | $1,145.00 | 15.80 | $18,091.00 |
| Thomas, Emily B. | Litigation | 2006 | $450.00 | 159.80 | $71,910.00 |
| Weible, Robert A. | Corporate | 1978 | $830.00 | 34.50 | $28,635.00 |
| **Total Partners and Counsel:** | | | | 3,303.40 | $2,873,169.00 |

| NAME OF PROFESSIONAL ASSOCIATES AND STAFF ATTORNEYS: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Attard, Lauren T. | Bankruptcy | 2008 | $600.00 | 137.50 | $82,500.00 |
| Bakhet, Evan X | Corporate | 2017 | $435.00 | 15.80 | $6,873.00 |
| Berle, Joelle A. | Litigation | 2007 | $485.00 | 82.50 | $40,012.50 |
| Blanchard, Jason I. | Bankruptcy | 2011 | $650.00 | 74.80 | $48,620.00 |
| Cantu, Michael R. | Litigation | 2015 | $270.00 | 93.00 | $25,110.00 |
| Chandler, Tara R. | Bankruptcy | 2010 | $270.00 | 66.30 | $17,901.00 |
| Cho, Dyanne | Litigation | 2015 | $510.00 | 28.50 | $14,535.00 |
| Cordiak, Robert W. | Unassigned | 2018 | $265.00 | 55.00 | $14,575.00 |
| Cutts, Kyle T. | Litigation | 2008 | $430.00 | 38.20 | $16,426.00 |
| Daniels, Alyssa M. | Unassigned | 2019 | $265.00 | 74.40 | $19,716.00 |
| Davis, Austin N. | Unassigned | 2019 | $265.00 | 101.40 | $26,871.00 |
| Dow, Dustin M. | Employment | 2012 | $365.00 | 224.80 | $82,052.00 |
| Gerety, M. Kristin | Litigation | 2010 | $500.00 | 8.60 | $4,300.00 |
| Hayes, Sarah M. | Litigation | 2019 | $250.00 | 97.10 | $24,275.00 |
| Hooper, Rachel P. | Litigation | 2002 | $520.00 | 18.30 | $9,516.00 |
| Jiwani, Sabrina N. | Litigation | 2012 | $470.00 | 27.40 | $12,878.00 |
| Jones, Bradley K. | Litigation | 2007 | $470.00 | 7.20 | $3,384.00 |
| Jones, Cary P. | Unassigned | 2018 | $265.00 | 3.80 | $1,007.00 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| # | Name | Department | Year | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| 1 | Jowdy, Joshua J | Litigation | 2017 | $440.00 | 106.70 | $46,948.00 |
| 2 | Kates, Elyssa S. | Bankruptcy | 2000 | $760.00 | 111.50 | $84,740.00 |
| 3 | Kavouras, Daniel M. | Litigation | 2012 | $365.00 | 120.80 | $44,092.00 |
| 4 | Khan, Ferve | Bankruptcy | 2008 | $655.00 | 30.40 | $19,912.00 |
| 5 | Kluding, Kristin D. | Unassigned | 2019 | $250.00 | 14.30 | $3,575.00 |
| 6 | Layden, Andrew V. | Bankruptcy | 2010 | $410.00 | 39.50 | $16,195.00 |
| 7 | Lemon, Daniel R. | Litigation | 2017 | $285.00 | 89.70 | $25,564.50 |
| 8 | Lockyer, Brittany N. | Litigation | 2018 | $265.00 | 40.70 | $10,785.50 |
| 9 | Lorence, Jenna M. | Litigation | 2017 | $440.00 | 44.10 | $19,404.00 |
| 10 | Martinez, Daniella E. | Litigation | 2016 | $400.00 | 150.50 | $60,200.00 |
| 11 | McCabe, Bridget S. | Litigation | 2010 | $630.00 | 214.80 | $135,324.00 |
| 12 | McCutcheon, Marcus | Litigation | 2011 | $520.00 | 11.70 | $6,084.00 |
| 13 | Merola, Danielle L. | Bankruptcy | 2015 | $325.00 | 116.90 | $37,992.50 |
| 14 | Mohan, Sushant | Litigation | 2014 | $450.00 | 29.30 | $13,185.00 |
| 15 | Patrick, Stacey M. | Litigation | 2011 | $270.00 | 60.60 | $16,362.00 |
| 16 | Pena, Clair C. | Litigation | 2016 | $310.00 | 56.20 | $17,422.00 |
| 17 | Rice, David W. | Litigation | 2012 | $610.00 | 74.60 | $45,506.00 |
| 18 | Sabella, Michael A. | Bankruptcy | 2008 | $610.00 | 25.70 | $15,677.00 |
| 19 | Shalodi, Amani | Litigation | 2016 | $270.00 | 80.20 | $21,654.00 |
| 20 | Sinclair, Jordan A. | Litigation | 2011 | $515.00 | 7.40 | $3,811.00 |
| 21 | Slavin, Jeffrey A. | Corporate | 2011 | $490.00 | 28.00 | $13,720.00 |
| 22 | Steinberg, Zoe M. | Unassigned | 2018 | $340.00 | 160.90 | $54,706.00 |
| 23 | Stuy, Lauren T. | Litigation | 2019 | $265.00 | 71.30 | $18,894.50 |
| 24 | Thompson, Taylor M. | Litigation | 2018 | $265.00 | 42.00 | $11,130.00 |
| 25 | Ubaid, Maryland H. | Litigation | 2010 | $270.00 | 23.40 | $6,318.00 |
| 26 | Ward, Erika | Corporate | 2017 | $285.00 | 9.30 | $2,650.50 |
| 27 | White, Jason T. | Litigation | 2011 | $270.00 | 59.10 | $15,957.00 |
| **Total Associates:** | | | | | **2,974.20** | **$1,218,361.00** |

| NAME OF PARAPROFESSIONALS: | PRIMARY DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Asmann, Paige R. | Legal Researcher | $200.00 | 15.00 | $3,000.00 |
| Bookout, Kimberly M. | Litigation Support | $250.00 | 40.80 | $10,200.00 |
| Divok, Eva | Litigation | $345.00 | 20.80 | $7,176.00 |
| Gage, Carly R | Litigation Support | $395.00 | 7.80 | $3,081.00 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| NAME OF PARAPROFESSIONALS: | PRIMARY DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Greenfield, Juanita | Litigation | $200.00 | 141.80 | $28,360.00 |
| Kinne, Tanya | Bankruptcy | $365.00 | 7.30 | $2,664.50 |
| Landrio, Nikki | Litigation Support | $420.00 | 92.10 | $38,682.00 |
| Lane, Deanna L. | Bankruptcy | $280.00 | 49.50 | $13,860.00 |
| McIntosh, Casey | Information Services | $220.00 | 4.40 | $968.00 |
| McDonald, Michael H. | Litigation Support | $230.00 | 82.10 | $18,883.00 |
| Nunes, Silas T. | Litigation Technology | $345.00 | 5.30 | $1,828.50 |
| Petre, Timothy P. | Litigation | $370.00 | 244.30 | $90,391.00 |
| Rawles, Michael | Litigation | $270.00 | 7.50 | $2,025.00 |
| Sweet, Karen R. | Litigation | $280.00 | 29.60 | $8,288.00 |
| Thompson, Tyler M | Gov't Policy | $505.00 | 20.60 | $10,403.00 |
| Tineo, Nicole L. | Litigation Support | $490.00 | 2.90 | $1,421.00 |
| Williamson, Forrest G. | Int'l Disputes | $200.00 | 46.30 | $9,260.00 |
| **Total Paraprofessionals and other non-legal staff:** | | | **818.00** | **$250,491.00** |

| PROFESSIONALS TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $869.76 | 3,303.40 | $2,873,169.00 |
| Associates | $409.64 | 2,974.20 | $1,218,361.00 |
| **Blended Attorney Rate** | **$651.77** | **6,277.60** | **$4,091,530.00** |
| Paraprofessionals and other non-legal staff | $306.19 | 818.10 | $250,491.00 |
| **Total Fees Incurred** | **$611.92** | **7,095.70** | **$4,342,021.00** |