# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY BAKER & HOSTETLER LLP FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Administrative Expense Claims | 15.00 | $3,000.00 |
| 003 | Automatic Stay | 3.70 | $3,389.50 |
| 004 | Bankruptcy Litigation | 268.90 | $107,768.00 |
| 005 | Bar Date Motion/Claims Noticing | 97.70 | $76,222.50 |
| 006 | Case Administration (docket updates, WIP and calendar) | 102.90 | $45,272.50 |
| 008 | Chapter 11 Plan/Plan Confirmation | 614.50 | $470,290.00 |
| 009 | Committee Meetings and Preparation | 209.90 | $172,134.50 |
| 010 | Corporate and Board Issues | 0.80 | $228.00 |
| 012 | DIP Financing/Cash Mgmt./Hedging Transactions | 66.20 | $51,678.50 |
| 017 | Executory Contracts/Lease Issues | 26.80 | $33,587.50 |
| 018 | General Case Strategy (includes communications with Committee) | 19.30 | $9,746.00 |
| 019 | Hearings and Court Matters | 34.80 | $28,971.50 |
| 020 | Legislative Issues | 507.90 | $589,568.50 |
| 021 | Non-Bankruptcy Litigation | 39.50 | $23,962.00 |
| 022 | Non-Working Travel | 176.30 | $109,744.50 |
| 024 | District Court Litigation | 186.00 | 103,344.00 |
| 025 | Regulatory Issues including CPUC and FERC | 152.80 | $100,116.00 |
| 026 | Retention Applications | 2.70 | $1,996.00 |
| 027 | Fee Application: Baker | 130.40 | $64,111.50 |
| 028 | Fee Application: Other Professionals | 71.40 | $38,770.50 |
| 030 | Tax Issues | 7.40 | $6,448.00 |
| 031 | U.S. Trustee/Fee Examiner Issues | 9.60 | $2,828.00 |
| 032 | Unsecured Creditor Issues/Communications/Meetings | 37.80 | $41,750.00 |
| 036 | Avoidance Action Analysis/Lien Avoidance Analysis | 0.30 | $228.00 |
| 038 | Financial Advisors | 1.50 | $1,425.00 |
| 039 | Other Contested Matters | 1.30 | $988.00 |
| 040 | Operations | 18.90 | $8,418.50 |
| 042 | Subrogation | 131.20 | $107,726.50 |
| 043 | Securities | 2.00 | $1,660.00 |
| 045 | Asset Analysis and Recovery | 213.00 | $112,046.00 |
| 046 | Tort Claims Estimation | 3,368.20 | $1,551,414.50 |
| 048 | Kincade Fire Issues | 17.90 | $15,692.50 |

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 049 | Mediation | 147.20 | $139,034.50 |
| 050 | Government Claims | 271.10 | $186,942.50 |
| 051 | CPUC BK OII 19-09-016 | 140.80 | $131,517.50 |
| **TOTAL** | | **7,095.70** | **$4,342,021.00** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES