**EXHIBIT C**

**EXPENSE SUMMARY**
**FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| EXPENSES | AMOUNT |
| --- | --- |
| Airfare | $42,689.05 |
| Automated Research | $8,051.08 |
| Business Meals | $5,672.81 |
| Car Rental | $2,637.82 |
| Color Copies | $3.00 |
| Copier/Duplication | $84.30 |
| Delivery Services | $539.05 |
| Depositions | $1,398.00 |
| Filing Fees | $2,059.95 |
| Ground Transportation (Local) | $1,092.60 |
| Ground Transportation (Out of Town) | $8,622.87 |
| Local Mileage | $213.21 |
| Lodging | $62,983.01 |
| Meals While Traveling | $3,013.31 |
| Messenger Service | $1,098.95 |
| Mileage Reimbursement | $402.46 |
| Miscellaneous (Meeting Room Rental/Set-up, etc.) | $4,454.89 |
| On-line Research | $63.86 |
| Other Professional Services (includes Experts) | $344,919.64 |
| Outside Duplicating & Binding | $10,456.94 |
| Overtime Business Meals | $113.99 |
| Overtime Ground Transportation | $36.16 |
| Postage | $206.90 |
| Printing | $4,051.51 |
| Teleconference Charges (Court Call) | $520.00 |
| Transcripts | $40,284.30 |
| Videographic Services | $8,442.50 |
| **TOTAL** | **$554,112.16** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES