# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re: PG&E CORPORATION and
PACIFIC GAS AND ELECTRIC COMPANY,
Debtors

Chapter 11
Case No. 19-30088 (DM)
Jointly Administered

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Cowen Special Investments LLC**
Name of Transferee

**Information Asset LLC**
Name of Transferor

Name and Address where notices and payments to transferee should be sent:

Cowen Special Investments LLC
599 Lexington Avenue, 21st Floor
New York, NY 10022

Court Claim #57725
Claim Amount Transferred: $129,422.59
Date Claim Filed: 10/15/2019

Phone: 646-616-3032

Last Four Digits of Acct #: N/A

Phone:

Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jeffrey Caress
    Transferee/Transferee's Agent

Date: January 2, 2020

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

<u>EVIDENCE OF TRANSFER OF CLAIM</u>

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **INFORMATION ASSET LLC** ("<u>Assignor</u>") hereby unconditionally and irrevocably sells, transfers and assigns to Cowen Special Investments LLC ("<u>Assignee</u>") 100% (or **$129,422.59**) of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Pacific Gas and Electric Company (the "<u>Debtor</u>"), the debtor in Case No. 19-30088 ("<u>Case</u>") pending in the United States Bankruptcy Court for the Northern District of California (the "<u>Bankruptcy Court</u>"), and the relevant portion of any and all proofs of claim (No. 57725) filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 2 day of January 2020.

**INFORMATION ASSET LLC**

By: Digitally signed by Helena M. Soares
DN: cn=Helena M. Soares, o=Information Asset, ou, email=hsoares@information-asset.com, c=US
Date: 2019.12.26 12:16:18 -05'00'
Name: Helena Soares, Partner & Co-Founder
Title:

**COWEN SPECIAL INVESTMENTS LLC**

By: _[signature]_
Name: John McDermott
Title: Authorized Signatory