B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re PG&E Corporation and
Pacific Gas and Electric Company

Case No. 19-30088 (DM)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

SPCP Group, LLC
Name of Transferee

MUFG Union Bank, N.A.
Name of Transferor

Name and Address where notices to transferee should be sent:

2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830

Phone: (203) 542-4441
Last Four Digits of Acct #: N/A

Court Claim # (if known): 78347
Amount of Claim: $74,574,215.20
Date Claim Filed: October 18, 2019

Phone: (212) 782-5964
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

**PLEASE SEE ATTACHED DOCUMENTS**

Phone: N/A
Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]
Transferee/Transferee's Agent

Date: December 27, 2019

*Penalty for making a false statement* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.