# EVIDENCE OF TRANSFER OF CLAIM

TO: CLERK, UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

AND TO: PACIFIC GAS AND ELECTRIC COMPANY

MUFG UNION BANK, N.A., as successor of Union Bank, N.A. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SPCP GROUP, LLC ("Buyer"), all right, title and interest in and to the Seller's claim against Pacific Gas and Electric Company in the amount of $74,574,215.20, and the proof of claim filed by Seller in respect of thereof and identified as Claim No. 78347, (collectively, the "Claim"), in the case entitled *In re Pacific Gas and Electric Company*, Chapter 11 Case No. 19-30089 (DM), which is jointly administered under the case entitled *In re PG&E Corporation*, Chapter 11 Case No. 19-30088 (DM) (Lead Case, pending in the United States Bankruptcy Court for the Northern District of California).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, with respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 27th day of December, 2019.

**MUFG UNION BANK, N.A.**       **SPCP GROUP, LLC**

By: _/s/ Lawrence Blat_          By: _____
Name: Lawrence Blat              Name:
Title: Authorized Signatory      Title:
                                 Tel.:

**EVIDENCE OF TRANSFER OF CLAIM**

TO:     CLERK, UNITED STATES BANKRUPTCY COURT FOR THE
             NORTHERN DISTRICT OF CALIFORNIA

AND TO:    PACIFIC GAS AND ELECTRIC COMPANY

      MUFG UNION BANK, N.A., as successor of Union Bank, N.A. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to SPCP GROUP, LLC ("Buyer"), all right, title and interest in and to the Seller's claim against Pacific Gas and Electric Company in the amount of $74,574,215.20, and the proof of claim filed by Seller in respect of thereof and identified as Claim No. 78347, (collectively, the "Claim"), in the case entitled *In re Pacific Gas and Electric Company*, Chapter 11 Case No. 19-30089 (DM), which is jointly administered under the case entitled *In re PG&E Corporation*, Chapter 11 Case No. 19-30088 (DM) (Lead Case, pending in the United States Bankruptcy Court for the Northern District of California).

      Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure or otherwise, and stipulates that an order may be entered recognizing this Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, with respect to the Claim to Buyer.

      IN WITNESS WHEREOF, dated as of the 27th day of December, 2019.


**MUFG UNION BANK, N.A.**                  **SPCP GROUP, LLC**


By:_____         By:_____
Name:                                        Name:
Title:                                           Title:     **Chris Wahl**
                                                      Tel.:    **Authorized Signatory**