WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C.
(ray.schrock@weil.com) (*pro hac vice*)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>Related Docket Ref: 4540, 4886, 4893, and 4897<br><br>**STIPULATION AMENDING ORDER ESTABLISHING PRECONFIRMATION BRIEFING AND HEARING SCHEDULE FOR CERTAIN LEGAL ISSUES**<br><br>[No Hearing Date Requested] |

PG&E Corporation and Pacific Gas and Electric Company, as debtor and debtor in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), the Ad Hoc Group of Subrogation Claimholders (the "**Ad Hoc Group**"), and the Official Committee of Unsecured Creditors (the "**UCC**"), by and through their respective counsel, hereby submit this stipulation (the "**Stipulation**") for an Order approving their agreement to amend and revise the *Court's Order Establishing Pre-Confirmation Briefing and Hearing Schedule for Certain Legal Issues*, dated October 31, 2019 [Docket No. 4540] (the "**Scheduling Order**[1]"), solely with respect to the briefing and oral argument for the Subrogation Claim Impairment Issue (Section V of the Scheduling Order), and represent and agree as follows:

## RECITALS

A. On January 29, 2019, the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B. On October 31, 2019, the Bankruptcy Court entered the Scheduling Order, which, among other things, scheduled the oral argument on the Subrogation Claim Impairment Issue for the hearing on January 14, 2020 at 10:00 a.m. (Prevailing Pacific Time) and set the following related briefing schedule: (i) consolidated opening briefs to be filed on or before November 27, 2019 (with briefs not to exceed 25 pages for each side); and (ii) consolidated opposition briefs to be filed on or before December 20, 2019 (with briefs not to exceed 25 pages for each side).

C. On November 27, 2019, the Debtors and the Ad Hoc Group timely filed their consolidated opening brief in accordance with the Scheduling Order [Docket No. 4886] (the "**Debtors/Ad Hoc Opening Brief**").

D. Also on November 27, 2019, the UCC and the Ad Hoc Committee of Senior Unsecured Noteholders of the Utility (the "**Ad Hoc Committee**"),[2] each timely filed statements

---

[1] Capitalized terms used but not otherwise herein defined have the meanings ascribed to such terms in the Scheduling Order.

[2] The Ad Hoc Committee is not a party to this Stipulation, but by the Order approving this Stipulation, the briefing schedule set forth herein shall apply to the Ad Hoc Committee as well.

[Docket Nos. 4893 and 4897], among other things, reserving their rights to brief the Subrogation Claim Impairment Issue after the Court rules on the *Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (i) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (ii) Approving the Terms of Settlement with such Consenting Subrogation Claimholders, including the Allowed Subrogation Claim Amount, and (iii) Granting Related Relief* [Docket No. 3992] (the "**Subrogation RSA Motion**").

E. At the omnibus hearing on December 17, 2019, the Court, among other things, approved the Subrogation RSA Motion and directed the parties to meet and confer on a revised briefing and oral argument schedule with respect to the Subrogation Claim Impairment Issue.

F. Accordingly, the parties have agreed on a revised briefing and oral argument schedule with respect to the Subrogation Claim Impairment Issue as set forth herein.

NOW, THEREFORE, UPON THE FOREGOING RECITALS, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:

1. The briefing schedule for the Subrogation Claim Impairment Issue shall be revised as follows:

   a. The UCC and Ad Hoc Committee may file a consolidated opposition brief to the Debtors/Ad Hoc Group Opening Brief, not to exceed 25 pages (the "**UCC/Ad Hoc Committee Opposition Brief**"), no later than **January 10, 2020 at 4:00 p.m. (Prevailing Pacific Time)**.

   b. The Debtors and Ad Hoc Subrogation Group may file a consolidated reply to the UCC/Ad Hoc Committee Opposition Brief, not to exceed 25 pages, no later than **January 22, 2020 at 4:00 p.m. (Prevailing Pacific Time)**.

   c. The hearing before the Bankruptcy Court on the Subrogation Claim Impairment Issue shall be held on **January 29, 2020 at 10:00 a.m. (Prevailing Pacific Time)**, subject to the availability of the Bankruptcy Court.

2. Except as expressly set forth herein, all other provisions of the Scheduling Order shall remain in full force and effect and shall not be impacted by this Stipulation.

3. This Stipulation shall constitute the entire agreement and understanding of the parties relating to the subject matter hereof and shall supersede all prior agreements and understandings relating to the subject matter hereof.

4. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same agreement.

5. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

DATED: January 3, 2020

/s/ Matthew Goren
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Stephen Karotkin, Esq.
Ray C. Schrock, P.C.
Jessica Liou, Esq.
Matthew Goren, Esq.

*Attorneys for Debtors
and Debtors in Possession*

DATED: January 3, 2020

/s/ Thomas R. Kreller
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Dennis F. Dunne, Esq.
Samuel A. Kahlil, Esq.
Gregory A. Bray, Esq.
Thomas R. Kreller, Esq.

*Attorneys for the Official Committee of
Unsecured Creditors*

DATED: January 3, 2020

/s/ Matthew A. Feldman
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019-6099
Matthew A. Feldman, Esq.
Joseph G Minias Esq.
Benjamin P. McCallen Esq.
Daniel I. Foreman Esq.

*Attorneys for the Ad Hoc Group of
Subrogation Claim Holders*