SCOTT H. MCNUTT (CSBN 104696)
324 Warren Road
San Mateo, California 94402
Telephone: (415) 760-5601
Email: smcnutt@ml-sf.com

Counsel to the Fee Examiner

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>        - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>        Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM) | Bankruptcy Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF HEARING ON FIRST INTERIM APPLICATIONS ALLOWING AND AUTHORIZING PAYMENT OF FEES AND EXPENSES OF MULTIPLE FEE APPLICANTS BASED UPON COMPROMISES WITH THE FEE EXAMINER**<br><br>Hearing:<br><br>Date:   January 29, 2020<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>           Courtroom 17,<br>           450 Golden Gate Avenue<br>           16th Floor<br>           San Francisco, CA<br><br>Judge:   Hon. Dennis Montali<br><br>Objection Deadline:<br>January 22, 2020 |

Notice of Hearing Allowing and Authorizing
Payment of First Interim Fee Applications

Case: 19-30088    Doc# 5258    Filed: 01/03/20    Entered: 01/03/20 15:46:52    Page 1 of 5

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that on December 18, 2019, the Court entered its *Amended Order Granting Fee Examiner Motion to Approve Fee Procedures* ("**Amended Fee Procedures Order**") (Doc. No. 5168).

**PLEASE TAKE FURTHER NOTICE** that pursuant to ¶2(b) of the Amended Fee Procedures Order, the Fee Examiner is authorized to set hearings to approve interim fee applications based upon compromises reached with fee applicants and that Notice of such hearings shall be heard on 21 days' notice as required by Fed. R. Bankr. Pro. 2002 (a)(6) and the Notice of Hearing shall comply with Fed. R. Bankr. Pro. 2002 (c)(2).

**PLEASE TAKE FURTHER NOTICE** that the deadline for objections is January 22, 2020.

**PLEASE TAKE FURTHER NOTICE** that the Court has ordered all professionals may appear by Court Call.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on January 29, 2020 at 10:00 a.m. (Pacific Time) (the "**Omnibus Hearing**") in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

**PLEASE TAKE FURTHER NOTICE** that, in addition to any other matters scheduled for the Omnibus Hearing, the Bankruptcy Court will hear the *Hearing on First Interim Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applicants Based Upon Compromises with the Fee Examiner* (the "**Applications**") of the fee applicants indicated on Exhibit A, attached hereto and incorporated herein by reference (the "**Compromise Fee Applicants**").

**PLEASE TAKE FURTHER NOTICE** that the Compromise Fee Applicants have each agreed to the stipulated reduction indicated on **Exhibit A**, and these stipulated reductions will be reflected in either stipulated amendments to the previously filed first interim fee applications, or reflected in orders reflecting the stipulated reductions.

**PLEASE TAKE FURTHER NOTICE** that the Compromise Fee Applicants each condition their stipulated reductions on no further or additional objections being asserted by the Office of the United States Trustee.

**PLEASE TAKE FURTHER NOTICE** that the amount applied for, the amount of any compromise with the Fee Examiner and the net amount claimed are set forth in the Chart attached hereto as Exhibit A.

Case: 19-30088    Doc# 5258    Filed: 01/03/20    Entered: 01/03/20 15:46:52    Page 2 of 5

**PLEASE TAKE FURTHER NOTICE** that following the omnibus hearing, Debtors will be authorized to pay the "Amount Now Payable" for the First Interim Period, as set forth in Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that all the subject Applications were all filed prior to November 14, 2019, the period to file objections has passed prior to the date of filing this notice, and that no objections to the specific Interim Fee Applications have been filed.

**PLEASE TAKE FURTHER NOTICE** that the Amended Fee Procedures order reserves the Fee Examiner's right to raise certain objections at the time of subsequent interim fee applications and final fee applications.

**PLEASE TAKE FURTHER NOTICE** that copies of the First Interim Applications and Amendments can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for international parties or by e-mail at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: January 2, 2020        SCOTT H. McNUTT

By:      */s/ Scott H. McNutt*
　　　　　Scott H. McNutt
　　　　　Counsel to the Fee Examiner

# EXHIBIT A

# EXHIBIT A
## to
## NOTICE OF HEARING ON FIRST INTERIM APPLICATIONS ALLOWING
## AND AUTHORIZING PAYMENT OF FEES AND EXPENSES
## OF MULTIPLE FEE APPLICANTS BASED ON COMPROMISES
## WITH THE FEE EXAMINER

| Retained Professional | Filing Date 1st Interim Fee App | First Interim Docket No. and Filing Date | First Interim Total Fees and Costs | Total Compromised Reduction with Fee Examiner | First Interim Total Fees and Costs Reflecting Compromised Reduction | Total Payments Previously Received by Applicants for First Interim Period | Outstanding Amount Now Payable for First Interim Period* |
|---|---|---|---|---|---|---|---|
| FTI | 7/22/2019 | 3137 | $ 5,837,129.38 | $ 50,000.00 | $ 5,787,129.38 | $ 4,679,003.73 | $ 1,108,125.65 |
| Development Specialists, Inc. | 11/14/2019 | 4731 | $ 1,123,906.89 | $ 55,000.00 | $ 1,068,906.89 | $ 905,807.09 | $ 163,099.80 |
| Baker & Hostetler | 7/15/2019 | 2995 | $ 7,424,281.74 | $ 370,716.33 | $ 7,053,565.41 | $ 5,986,111.54 | $ 1,067,453.87 |
| Cravath, Swaine & Moore | 8/23/2019 | 3683 | $ 31,365,160.82 | $ 1,300,000.00 | $ 30,065,160.82 | $ 25,296,541.02 | $ 4,768,619.80 |
| Jenner & Block | 8/8/2019 | 3465 | $ 3,506,413.06 | $ 75,000.00 | $ 3,431,413.06 | $ 2,809,417.76 | $ 621,995.30 |
| KPMG | 7/15/2019 | 2992 | $ 4,005,803.67 | $ 50,000.00 | $ 3,955,803.67 | $ 3,231,072.66 | $ 724,731.01 |
| Munger Tolles & Olson | 7/15/2019 | 2996 | $ 6,753,359.65 | $ 210,000.00 | $ 6,543,359.65 | $ 5,422,560.45 | $ 1,120,799.20 |
| Berman & Todderud | 10/22/2019 | 4383 | $ 396,292.40 | $ 10,000.00 | $ 386,292.40 | $ 317,033.92 | $ 69,258.48 |
| Dundon Advisers | 11/14/2019 | 4727 | $ 158,324.24 | $ 3,000.00 | $ 155,324.24 | $ 127,733.44 | $ 27,590.80 |
| Trident | 11/14/2019 | 4721 | $ 109,537.01 | $ 500.00 | $ 109,037.01 | $ 36,237.50 | $ 72,799.51 |

\* Prior to submitting orders regarding these amounts, the Fee Examiner will require all applicants to verify that all "Knudsen" payments have been properly credited. The Fee Examiner is aware that such payments may have been received for the First Interim Period after the filing of the First Interim Fee Applications, or after the filing of this Notice.