# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA



|  |  |
|---|---|
| In re: | Chapter 11 |
| Pacific Gas & Electric Corp., *et al.* | Case No. 19-30088 Chapter 11 |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**CITIGROUP FINANCIAL PRODUCTS INC.**
Name of Transferee
Phone: (212) 723-6064, (302) 894-6175
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

Kenneth Keeley
Citigroup Global Markets
388 Greenwich Street, Trading Tower 6th Floor
New York, NY 10013

-and-

Brian S. Broyles
Distressed Closing/Private Equity/Corporate Actions
One Penns Way
OPS 2/2nd FL – Global Loans
New Castle, DE 19720

**SNELSON COMPANIES, INC.**
Name of Transferor
Phone: 469-513-6819
Last Four Digits of Acct #: N/A

**Claim No: 64177 as amended by 92621**
**Case No.: 19-30089**

Date Filed: October 18, 2019 and December 30, 2019

Total Amount of Claim: $1,852,193.48
**Transferred Amount of Claim: $1,852,193.48**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _DocuSigned by:_ ฿฿ ฿⅄ ____ Brian S. Broyles - Authorized Signatory
  └─4DD5618B5C09437
Transferee/Transferee's Agent       Date: December 31, 2019

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

754889-4-995-v0.8                   80-40539871

# EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court
                Northern District of California
                Attn: Clerk

AND TO:     Pacific Gas and Electric Company ("Debtor")
                Case No. 19-30089

SNELSON COMPANIES, INC. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

CITIGROUP FINANCIAL PRODUCTS INC.
One Penns Way
OPS 2/2nd FL – Global Loans
New Castle, DE 19720

its successors and assigns ("Buyer"), all right, title and interest in and to the claims of Seller against the Debtor, docketed as Claim No. 64177, as amended by Claim No. 92621 (collectively the "Claim") in the United States Bankruptcy Court for the Northern District of California.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

754889-4-995-v0.8                                                80-40539871

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of December 31, 2019.

SNELSON COMPANIES, INC.

By: _berry David_

3124038EE0BE4EC...

Name:

Title:

CITIGROUP FINANCIAL PRODUCTS INC.

By:_____

Name:

Title:

754889-4-995-v0.8

80-40539871

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of December 31, 2019.

**SNELSON COMPANIES, INC.**

By:_____
Name:
Title:

**CITIGROUP FINANCIAL PRODUCTS INC.**

By:_____
Name:
Title:

Joelle Gavlick - Authorized Signatory

754889-4-995-v0.8                                    80-40539871

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30066153 - MT
* * C O P Y * *
January 03, 2020
14:43:59

TRANS OF CLAIM
19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:                    $25.00 CH
Check#.: 26447608506


Total->  $25.00


FROM: CLIFFORD CHANCE
```