# EXHIBIT D
## Equity Backstop Parties

| Equity Backstop Party | Equity Backstop Commitment Amount (rounded to the nearest cent) |
|---|---|
| BG Backstop Partners, L.L.C. | $1,500,000,000.00 |
| GoldenTree Asset Management LP, on behalf of certain funds and accounts for which it serves as investment advisor | $1,150,000,000.00 |
| Pentwater Capital Management LP, on behalf of certain of its managed funds | $777,777,777.77 |
| Appaloosa LP, on behalf of the funds for which it acts as investment adviser | $750,000,000.00 |
| Anchorage Capital Master Offshore, Ltd. | $575,000,000.00 |
| Attestor Value Master Fund LP | $250,000,000.00 |
| MFN Partners, LP | $500,000,000.00 |
| Redwood Drawdown Master Fund II, L.P. | $140,145,104.00 |
| Redwood Master Fund, Ltd. | $359,854,896.00 |
| Abrams Capital Partners I, L.P.* | $16,845,681.82 |
| Abrams Capital Partners II, L.P.* | $253,401,136.36 |
| Whitecrest Partners, LP* | $29,753,181.82 |
| Knighthead Capital Management, LLC, solely on behalf of certain funds and accounts it manages and/or advises* | $400,000,000.00 |
| Centerbridge Credit Partners Master, L.P. | $243,773,573.00 |
| Centerbridge Special Credit Partners III, L.P. | $81,226,427.00 |
| Blackbird Bay I LLC | $139,700,000.00 |
| Blackbird Bay II LLC | $160,300,000.00 |
| Redwood IV Finance 1, LLC | $60,000,000.00 |
| TAO Finance 1, LLC | $140,000,000.00 |
| Stonehill Capital Management, LLC, solely on behalf of certain funds and accounts it manages and/or advises | $150,000,000.00 |
| Soros Fund Management LLC, solely on behalf of certain funds it manages and/or advises | $330,000,000.00 |

| Equity Backstop Party | Equity Backstop Commitment Amount (rounded to the nearest cent) |
|---|---|
| Silver Point Capital Fund, L.P. | $115,070,377.67 |
| Silver Point Capital Offshore Master Fund, L.P. | $195,357,498.15 |
| SPCP Access Holdings, LLC | $40,142,005.00 |
| SPCP Institutional Group, LLC | $79,430,119.19 |
| Cyrus Capital Partners, L.P., in its capacity as investment manager to and on behalf of certain of its managed funds | $250,000,000.00 |
| First Pacific Advisors, LP, on behalf of certain funds and accounts it manages | $250,000,000.00 |
| Steadfast Capital, L.P.<br>American Steadfast, L.P.<br>Steadfast International Master Fund Ltd. | $250,000,000.00 |
| HBK Master Fund L.P. | $220,000,000.00 |
| Monarch Alternative Capital LP, on behalf of its advisory clients and/or related entities | $100,000,000.00 |
| SteelMill Master Fund LP | $200,000,000.00 |
| Owl Creek I, L.P. | $7,282,543.37 |
| Owl Creek II, L.P. | $53,450,796.26 |
| Owl Creek Overseas Master Fund, Ltd. | $108,323,077.15 |
| Owl Creek SRI Master Fund, Ltd. | $5,943,583.22 |
| Owl Creek Credit Opportunities Master Fund, L.P. | $50,000,000.00 |
| Glendon Capital Management L.P. | $132,000,000.00 |
| ValueAct Capital Management, L.P., solely on behalf of certain funds and accounts it manages and/or advises | $150,000,000.00 |
| The Mangrove Partners Master Fund, Ltd. | $125,000,000.00 |
| 683 Capital Partners, LP | $105,000,000.00 |
| Leonard Ellis | $10,000,000.00 |
| Governors Lane Master Fund LP | $100,000,000.00 |

| Equity Backstop Party | Equity Backstop Commitment Amount (rounded to the nearest cent) |
|---|---|
| Nokota Capital Master Fund, LP | $100,000,000.00 |
| Caspian Capital LP, on behalf of its advisee funds | $90,000,000.00 |
| Nut Tree Master Fund, LP | $100,000,000.00 |
| AG Super Fund Master, L.P.<br>AG Cataloochee, L.P.<br>AG MM, L.P.<br>AG Corporate Credit Opportunities Fund, L.P. | $80,000,000.00 |
| Solel Capital Partners Master Fund, L.P. | $75,000,000.00 |
| Brigade Capital Management, LP, solely on behalf of certain funds and accounts it manages and/or advises | $40,000,000.00 |
| Columbus Hill Capital Management, L.P., solely on behalf of certain funds and accounts it manages and/or advises | $40,000,000.00 |
| Serengeti Asset Management, LP, on behalf of its managed funds and accounts | $40,000,000.00 |
| Taal Capital Management LP | $40,000,000.00 |
| CSS, LLC | $40,000,000.00 |
| Whitefort Capital Master Fund, LP | $42,000,000.00 |
| Zoe Partners, LP | $30,000,000.00 |
| Irvin Schlussel | $2,500,000.00 |
| Aryeh Master Fund, LP | $32,500,000.00 |
| GCM Grosvenor Special Opportunities Master Fund, Ltd | $25,000,000.00 |
| Incline Global Management LLC | $25,000,000.00 |
| Lightstone Parent LLC | $25,000,000.00 |
| Madison Avenue International LP | $25,000,000.00 |
| Tyndall Partners, L.P. | $10,000,000.00 |
| Route One Investment Company, L.P. | $25,000,000.00 |
| Jefferies LLC | $25,000,000.00 |

| Equity Backstop Party | Equity Backstop Commitment Amount (rounded to the nearest cent) |
|---|---|
| Latigo Partners, LP; on behalf of its managed accounts and affiliated entities | $20,000,000.00 |
| Steel Canyon Partners, LP | $8,000,000.00 |
| BHBL, LLC | $12,500,000.00 |
| Dryden Capital, LLC solely on behalf of certain funds and accounts it manages and/or advises | $3,250,000.00 |
| D. E. Shaw Galvanic Portfolios, L.L.C. | $149,405,030.42 |
| D. E. Shaw Kalon Portfolios, L.L.C. | $105,619,498.84 |
| York Capital Management Global Advisors, LLC, on behalf of certain funds and/or accounts managed or advised by it or its affiliates | $87,436,981.46 |
| Lord, Abbett & Co. LLC | $67,144,315.35 |
| Newtyn Management LLC, on behalf of its advisee funds and members | $40,075,283.17 |
| Brookdale International Partners, L.P. | $13,115,547.22 |
| Brookdale Global Opportunity Fund | $8,743,698.15 |
| Tudor Trading I L.P. | $8,795,607.30 |
| Tudor Riverbend Crossing Partners Portfolio Ltd. | $2,134,015.39 |
| New Generation Limited Partnership | $1,890,824.72 |
| New Generation Turnaround Fund (Bermuda) L.P. | $3,289,816.43 |
| Little Oak Asset Management, LLC | $1,092,962.27 |
| Schultze Master Fund, Ltd. | $728,641.51 |
| **Total** | **$12,000,000,000.00**\*\* |

\* Denotes the original Equity Backstop Parties
\*\* Does not reflect rounding of individual commitments