# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors | Chapter 11<br><br>No. 19-30088 (DM)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Resources Global Professionals**
Name of Transferor

**Zoe Partners, LP**
Name of Transferee

Name and Current Address of Transferor:

Name and Address where notices and payments to transferee should be sent:

**Resources Global Professionals**
**17101 Armstrong Ave.**
**Irvine, CA 92614**
**Attn: Denise Barker**

**Zoe Partners, LP**
**c/o PKF O'Connor Davies**
**500 Mamaroneck Avenue, Suite 301**
**Harrison, NY 10528**
**Attn: Christian Tannure**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 2098 | Resources Global Professionals | $311,053.85 | Pacific Gas and Electric Company | 19-30089 |
| Schedule F (#1032409 & 3.3074) | Resources Global Professionals | $308,140.00 | Pacific Gas and Electric Company | 19-30089 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: January 6th, 2020

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

Annex B

TO:       United States Bankruptcy Court ("Court")
            Northern District of California
            San Francisco Division
            Attn:    Clerk

AND TO:   PACIFIC GAS AND ELECTRIC COMPANY ("Debtor")
            Case No. 19-30089 ("Case")

Claim #: 2098

**RESOURCES GLOBAL PROFESSIONALS** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

        **ZOE PARTNERS, LP**
        c/o PKF O'Connor Davies
        500 Mamaroneck Avenue, Suite 301
        Harrison, NY 10528
        Attn:    Christian Tannure

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount of $311,053.85 ("Claim"), which represents 100% of the total claim amount of $311,053.85, against the Debtor in the Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated December 31, 2019.

**RESOURCES GLOBAL PROFESSIONALS**       **ZOE PARTNERS, LP**

By: _____                   By: _____
Name: Jennifer Ryan                            Name: Andrew Fredman
Title: Interim CFO                                   Title: Manager of the GP

**EVIDENCE OF TRANSFER OF CLAIM**

Annex B

TO:      United States Bankruptcy Court ("Court")
Northern District of California
San Francisco Division
Attn:    Clerk

AND TO:    PACIFIC GAS AND ELECTRIC COMPANY ("Debtor")
Case No. 19-30089 ("Case")

Claim #: N/A (SCHEDULE #: 1032409 & 3.3074)

**RESOURCES GLOBAL PROFESSIONALS** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**ZOE PARTNERS, LP**
c/o PKF O'Connor Davies
500 Mamaroneck Avenue, Suite 301
Harrison, NY 10528
Attn:    Christian Tannure

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount of $ 308,140.00 ("Claim"), which represents 100 % of the total claim amount of $308,140.00, against the Debtor in the Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated December 31, 2019.

**RESOURCES GLOBAL PROFESSIONALS**

By: _[signature]_
Name: Jennifer Ryu
Title: Interim CFO

**ZOE PARTNERS, LP**

By: _[signature]_
Name: Andrew Fredman
Title: Manager of the GP