B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Northern District of California

In re Pacific Gas and Electric Company et al.,       Case No. 19-30088

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Rocky Point Claims LLC
_____
Name of Transferee

DC Electric Group, Inc
_____
Name of Transferor

Name and Address where notices to transferee should be sent:
Rocky Point Claims LLC, P.O. Box 165,
Norwalk, CT 06853

Court Claim # (if known): 1382
Amount of Claim: $15,425
Date Claim Filed: 3/11/19

Phone: tw@rockypointclaims.com
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Edward Waters  /s/ Edward Waters       Date: 1/6/2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement, DC Electric Group, Inc. ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Rocky Point Claims, LLC ("Assignee") all its rights, title, interest, claims and causes of action in and to, or arising under or in connection with the claim in the amount of $ 15,425 (the "Claim"), as evidenced by claim number 1382 against **PACIFIC GAS AND ELECTRIC COMPANY** ("Debtor"), the debtor in *In re PG&E Corporation and Pacific Gas and Electric Company* Case No. 19-30088 ( the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on November 12, 2019.

DC Electric Group, Inc.

By: Jeff Asch
Title: Chief Operating Officer

Rocky Point Claims, LLC

By: Edward Waters
Title: Managing Member