Steven M. Olson, Esq.
State Bar No. 146120
Jacob M. Faircloth, Esq.
State Bar No. 305390
LAW OFFICE OF STEVEN M. OLSON
50 Old Courthouse Square, Suite 401
Santa Rosa, CA 95404
Telephone: (707) 575-1800
Facsimile: (707) 575-1867
Email: smo@smolsonlaw.com
Attorney for Aztrack Construction Corporation

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In Re

PG&E CORPORATION,

    Debtor.
_____/

Case No. 19-30088-DM
(Chapter 11)

### **NOTICE OF CHANGE OF ADDRESS OF CREDITOR'S COUNSEL**

Please take notice that the address of Law Office of Steven M. Olson, counsel for creditor Aztrack Construction Corporation, has changed to the address set forth in the caption above.

Dated: January 6, 2020      LAW OFFICE OF STEVEN M. OLSON

BY:    */S/ Steven M. Olson*
         _____
            Steven M. Olson
         ATTORNEY FOR CREDITOR

**NOTICE OF CHANGE OF ADDRESS OF CREDITOR'S COUNSEL** - Page 1