RUTAN & TUCKER, LLP
Roger F. Friedman (State Bar No. 186070)
rfriedman@rutan.com
Philip J. Blanchard (State Bar No. 192378)
pblanchard@rutan.com
Ashley M. Teesdale (State Bar No. 289919)
ateesdale@rutan.com
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:   714-641-5100
Facsimile:    714-546-9035

Attorneys for Creditor ARB, INC.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors.<br><br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case No. 19-30088 DM (Lead Case)<br><br>(Jointly Administered with Case No. 19-30089 DM)<br><br>Chapter 11<br><br>**NOTICE OF CONTINUED PERFECTION OF AMENDED MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546(b)(2)**<br><br>[Kern County, Document No. 219163920] |

ARB, Inc. ("ARB"), by and through its undersigned counsel, hereby gives notice of continued perfection of its amended mechanics lien under 11 U.S.C. § 546(b)(2), as follows:

/ / /

/ / /

/ / /

1. ARB is a corporation that has provided and delivered labor, services, equipment, and materials for the construction and improvement of projects on real property located in the County of Kern, State of California (the "Property") and owned by PG&E Corporation and/or Pacific Gas and Electric Company (collectively, the "Debtors").

2. Through January 29, 2019 (the "Petition Date"), the amount owing to ARB was approximately $175,432.00, exclusive of accruing interest and other charges. Before the Petition Date, on January 25, 2019, ARB properly perfected its mechanics lien under California Civil Code §§ 8400, *et seq.* by timely recording its Mechanics Lien (Claim of Lien) in the amount of $175,432.00 in the Official Records of Kern County, State of California, as Document No. 219008685 ("Initial Mechanics Lien").

3. After all appropriate credits and offsets, the amount owing to ARB through August 28, 2019, is at least $84,568.39, exclusive of accruing interest and other charges. Accordingly, on August 28, 2019, ARB amended its lien claim amount and continued the proper perfection of its mechanics lien under California Civil Code §§ 8400, *et seq.* by timely recording its Amended Mechanics Lien (Claim of Lien) in the amount of $84,568.39 in the Official Records of Kern County, State of California, as Document No. 219110407 ("First Amended Mechanics Lien").

4. On December 5, 2019, ARB further amended its lien claim by removing the Property street address identified in the lien and replacing the Property description with "Gas Distribution Regulator Station located at Gosford Road and Houghton Road, Bakersfield, California," and ARB continued the proper perfection of its mechanics lien under California Civil Code §§ 8400, *et seq.* by timely recording its Amended Mechanics Lien (Claim of Lien) in the amount of $84,568.39 in the Official Records of Kern County, State of California, as Document No. 219163920 ("Second Amended Mechanics Lien"), a true copy of which is attached hereto as Exhibit A.

5. Pursuant to California Civil Code § 8460, an action to enforce a lien must be commenced within 90 days after recordation of the claim of lien. However, due to the automatic stay set forth in 11 U.S.C. § 362, ARB is precluded from filing a state court

action to enforce its mechanics lien.  11 U.S.C. § 546(b)(2) provides that when applicable law requires seizure of property or commencement of an action to perfect, maintain, or continue the perfection of an interest in property, and the property has not been seized or an action has not been commenced before the bankruptcy petition date, then the claimant shall instead give notice of its intent to enforce the lien within the time fixed by law for seizing the property or commencing an action.  See 11 U.S.C. § 546(b)(2); see also In re Baldwin Builders (Village Nurseries v. Gould), 232 B.R. 406, 410-411 (9th Cir. 1999); Village Nurseries v. Greenbaum, 101 Cal.App.4th 26, 41 (Cal. Ct. App. 2002).

6. Accordingly, ARB previously provided notice of its rights and its intent to enforce its rights as a perfected lienholder in the Property pursuant to California's mechanics lien law.  On February 22, 2019, ARB filed its Notice of Continued Perfection of Mechanics Lien Pursuant to 11 U.S.C. § 546(b)(2) with respect to its Initial Mechanics Lien [Dkt. No. 599] to preserve, perfect, maintain, and continue the perfection of its lien and its rights in the Property to comply with the requirements of California state law, 11 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), and any other applicable law ("Initial Notice of Continued Perfection").

7. Due to the amendment of ARB's Initial Mechanics Lien, ARB provided further notice of its rights and its continuing intent to enforce its rights as a perfected lienholder in the Property by filing a Notice of Continued Perfection of Amended Mechanics Lien Pursuant to 11 U.S.C. § 546(b)(2) with respect to its First Amended Mechanics Lien [Dkt. No. 4098] to preserve, perfect, maintain, and continue the perfection of its lien and its rights in the Property to comply with the requirements of California state law, 11 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), and any other applicable law ("First Amended Notice of Continued Perfection").

8. Due to the further amendment of ARB's First Amended Mechanics Lien, ARB hereby provides further notice of its rights and its continuing intent to enforce its rights as a perfected lienholder in the Property pursuant to California's mechanics lien law. ARB is filing this notice ("Second Amended Notice of Continued Perfection") to preserve,

perfect, maintain, and continue the perfection of its lien and its rights in the Property to comply with the requirements of California state law, 11 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), and any other applicable law. The Initial Notice of Continued Perfection, the First Amended Notice of Continued Perfection, and this Second Amended Notice of Continued Perfection constitute the legal equivalent of having recorded a mechanics lien in the recorder's office for the county where the Property is located and then having commenced an action to foreclose the lien in the proper court. By the Initial Notice of Continued Perfection, the First Amended Notice of Continued Perfection, and this Second Amended Notice of Continued Perfection, the Debtors and other parties in interest are estopped from claiming that the lawsuit to enforce ARB's mechanics lien was not timely commenced pursuant to applicable state law. ARB intends to enforce its lien rights to the fullest extent permitted by applicable law. The interests perfected, maintained, or continued by 11 U.S.C. § 546(b)(2) extend in and to the proceeds, products, offspring, rents, or profits of the Property.

9. The filing of the Initial Notice of Continued Perfection, the First Amended Notice of Continued Perfection, and this Second Amended Notice of Continued Perfection shall not be construed as an admission that such filing is required under the Bankruptcy Code, California mechanics lien law, or any other applicable law. In addition, ARB does not make any admission of fact or law, and ARB asserts that its lien is senior to and effective against entities that may have acquired rights or interests in the Property previously.

10. The filing of the Initial Notice of Continued Perfection, the First Amended Notice of Continued Perfection, and this Second Amended Notice of Continued Perfection shall not be deemed to be a waiver of ARB's right to seek relief from the automatic stay to foreclose its mechanics lien and/or a waiver of any other rights or defenses.

/ / /

/ / /

/ / /

Rutan & Tucker, LLP
attorneys at law
792/018309-0088
14542601.2 a01/06/20
-4-
NOTICE OF CONTINUED PERFECTION OF AMENDED MECHANICS LIEN
Case: 19-30088    Doc# 5276    Filed: 01/06/20    Entered: 01/06/20 14:40:36    Page 4 of 11

11. ARB reserves all rights, including the right to amend or supplement this Second Amended Notice of Continued Perfection.

Dated: January 6, 2020

RUTAN & TUCKER, LLP
ROGER F. FRIEDMAN
PHILIP J. BLANCHARD
ASHLEY M. TEESDALE

By:     /s/ *Roger F. Friedman*
    Roger F. Friedman
    Attorneys for Creditor ARB, INC.

Rutan & Tucker, LLP
attorneys at law
792/018309-0035
14542601.2 a01/06/20

-5-

NOTICE OF CONTINUED PERFECTION OF AMENDED MECHANICS LIEN

Case: 19-30088    Doc# 5276    Filed: 01/06/20    Entered: 01/06/20 14:40:36    Page 5 of 11

# EXHIBIT A

| | |
|---|---|
| RECORDING REQUESTED BY AND MAIL TO:<br>(Name and mailing address, including city, state, and ZIP code, of requesting party)<br><br>Roger F. Friedman (State Bar No. 186070)<br>RUTAN & TUCKER, LLP<br>611 Anton Blvd., Suite 1400<br>Costa Mesa, California 92626<br>(714) 641-5100 | Jon Lifquist, Assessor-Recorder    SR<br>Kern County Official Records    12/05/2019   02:12 PM<br><br>Recorded Electronically by:<br>608 Ticor Title Company<br><br>DOC #: 219163920<br><br>219163920<br><br>Stat Types: 1    Pages: 4<br>FEES    32.00<br>TAXES    .00<br>OTHER    75.00<br>PAID    107.00 |

⌐ SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE ⌐

# DOCUMENT TITLE

☐ ABSTRACT OF JUDGMENT

☐ ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

☒ OTHER (specify): **AMENDED MECHANICS LIEN**

<u>AMENDED MECHANICS LIEN PREVIOUSLY RECORDED:</u>

DATE:     August 28, 2019

DOCUMENT NO.:     219110407

AMOUNT:     $84,568.39

PROPERTY:     12533 Gosford Road, Bakersfield, CA 93313 (removed)
                          *Filed on the wrong location*

RECORDING REQUESTED BY AND MAIL TO:
*(Name and mailing address, including city, state, and ZIP code, of requesting party)*

Roger F. Friedman (State Bar No. 186070)
RUTAN & TUCKER, LLP
611 Anton Blvd., Suite 1400
Costa Mesa, California 92626
(714) 641-5100

THIS DOCUMENT HAS BEEN
ELECTRONICALLY RECORDED
BY TICOR TITLE
IN THE OFFICIAL RECORDS

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# DOCUMENT TITLE

☐ ABSTRACT OF JUDGMENT

☐ ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

☒ OTHER *(specify)*: **AMENDED MECHANICS LIEN**

AMENDED MECHANICS LIEN PREVIOUSLY RECORDED:

| | |
|---|---|
| DATE: | August 28, 2019 |
| DOCUMENT NO.: | 219110407 |
| AMOUNT: | $84,568.39 |
| PROPERTY: | 12533 Gosford Road, Bakersfield, CA 93313  (removed) |
| | *Filed on the wrong location* |

# AMENDED MECHANICS LIEN
## (CLAIM OF LIEN)

NOTICE IS HEREBY GIVEN: That, <u>ARB, Inc., 26000 Commercentre Drive, Lake Forest, California 92630</u> ("Claimant") claims a lien for labor, service, equipment, and/or materials under Section 8400, et seq., of the Civil Code of the State of California, upon the premises hereinafter described, and upon every estate or interest in such structures, improvements and premises held by any party holding any estate or interest therein. This Amended Mechanics Lien amends the Mechanics Lien recorded on January 25, 2019, as Doc. No. 219008685, and amended on August 28, 2019, as Doc. No. 219110407.

The labor, service, equipment and/or materials were furnished for the construction of those certain buildings, improvements, or structures now upon those certain parcels of land situated in the **County of Kern**, State of California, said land described as follows:

**Gas Distribution Regulator Station located at Gosford Road and Houghton Road, Bakersfield, California**

The lien is claimed for the following kind of labor, services, equipment and/or materials: <u>Construction and installation of Gas Distribution Regulator Station D-135 (2-444) with SCADA Type 1A/3, approximately 8 linear feet of 3-inch transmission pressure steel pipe, 35 linear feet of 4-inch transmission pressure steel pipe, 15 linear feet of 4-inch high pressure steel pipe, 6 linear feet of 8-inch high pressure steel pipe, 3 linear feet of 8-inch high pressure plastic pipe, and deactivate existing Gas Distribution Regulator Station D-135, 68 linear feet of ¾-inch transmission pressure steel pipe, 100 linear feet of 1¼-inch transmission pressure steel pipe, 20 linear feet of 2-inch transmission pressure steel pipe, and 32 linear feet of 4-inch high pressure plastic pipe</u>.

The amount due after deducting all just credits and offsets: <u>**$84,568.39**</u>.

The name of the person or company to whom claimant furnished labor, services, equipment or materials is: <u>Pacific Gas and Electric Company, 77 Beale Street, 24th Floor, Mail Code B24W, San Francisco, California 94105</u>.

The owner or reputed owner of said premises is: <u>Pacific Gas and Electric Company, 77 Beale Street, 24th Floor, Mail Code B24W, San Francisco, California 94105</u>.

## NOTICE OF AMENDED MECHANICS LIEN
## ATTENTION!

Upon the recording of the enclosed AMENDED MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek a sale of your property in order to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS CO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.cslb.ca.gov.

Date: December 2, 2019            Claimant: ARB, Inc.

By: _____
John Perisich
Executive Vice President

## VERIFICATION

I, John Perisich, the undersigned, state that I am the Executive Vice President of ARB, Inc., the claimant named in the foregoing Amended Mechanics Lien. I have read said Amended Mechanics Lien and know the contents thereof, and I certify that the same is true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: December 2, 2019            ARB, Inc.

By: _____
John Perisich
Executive Vice President

*SEE ATTACHED PROOF OF SERVICE AFFIDAVIT INCORPORATED HEREIN*

790/018579-0185
14428222.1 a02/02/10
2

Case: 19-30088    Doc# 5276    Filed: 01/06/20    Entered: 01/06/20 14:40:36    Page 10 of 11

Exhibit A, Page 9

# PROOF OF SERVICE AFFIDAVIT
## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange. I am over the age of eighteen years and not a party to the within Amended Mechanics Lien. My business address is 611 Anton Blvd., 14th Floor, Costa Mesa, California 92626.

On December 4, 2019, I served a copy of the enclosed **Amended Mechanics Lien and Notice of Amended Mechanics Lien** on the following person(s) by placing true copies thereof enclosed in sealed envelope(s) and/or package(s) addressed as follows:

<u>Owner or Reputed Owner:</u>  Pacific Gas and Electric Company
77 Beale Street, 24th Floor
Mail Code B24W
San Francisco, California 94105

Pacific Gas and Electric Company
77 Beale Street, 32nd Floor
San Francisco, California 94105

☒ **BY CERTIFIED MAIL and U.S. MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for Certified Mail and First Class U.S. Mail. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I certify and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 4, 2019, at Costa Mesa, California.

*Josette Cann*
Josette Cann

790/018579-0185
14422122.1 a12/02/19
-3-
Case: 19-30088   Doc# 5276   Filed: 01/06/20   Entered: 01/06/20 14:40:36   Page 11 of 11

Exhibit A, Page 10