UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,

Debtors

Chapter 11

No. 19-30088 (DM)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**National Technical Systems, Inc.**
Name of Transferor

Name and Current Address of Transferor:

**National Technical Systems, Inc.
2125 East Katella Avenue, Suite 250
Anaheim, CA 92806
Attn: Jeff Murai**

**Avenue Strategic Opportunities Fund, LP**
Name of Transferee

Name and Address where notices and payments to transferee should be sent:

**Avenue Strategic Opportunities Fund, LP
11 West 42nd Street, 9th Floor
New York, NY 10036
Attn: David Leinward**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 89509 | National Technical Systems, Inc. | $153,644.00 | PG&E Corporation | 19-30088 |
| Schedule F (#1031708 & 3.2687) | National Technical Systems | $162,724.00 | Pacific Gas and Electric Company | 19-30089 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: January 7, 2020

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

Annex B

TO:     United States Bankruptcy Court ("Court")
Northern District of California
San Francisco Division
Attn:     Clerk

AND TO:     PG&E CORPORATION ("Debtor")
Case No. 19-30088 ("Case")

Claim #: 89509

**NATIONAL TECHNICAL SYSTEMS, INC.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**AVENUE STRATEGIC OPPORTUNITIES FUND, LP**
11 West 42nd Street, 9th Floor
New York, NY 10036
Attn:     David Leinward

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount of $153,644.00 ("Claim"), which represents 100% of the total claim amount of $153,644.00, against the Debtor in the Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated December 11, 2019.

| NATIONAL TECHNICAL SYSTEMS, INC. | AVENUE STRATEGIC OPPORTUNITIES FUND, LP |
|---|---|
| | By: Avenue Strategic Opportunities Partners, LLC, its General Partner |
| | By: GL Strategic Opportunities Partners, LLC, its sole Member |
| By: *(signature)* | By: *(signature)* |
| Name: Jeff S. Murai | Name: |
| Title: Vice President & Corporate Controller | Title: |

# EVIDENCE OF TRANSFER OF CLAIM

Annex B

TO: United States Bankruptcy Court ("Court")
Northern District of California
San Francisco Division
Attn: Clerk

AND TO: PACIFIC GAS AND ELECTRIC COMPANY ("Debtor")
Case No. 19-30089 ("Case")

Claim #: N/A (SCHEDULE #: 1031708 & 3.2687)

**NATIONAL TECHNICAL SYSTEMS** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**AVENUE STRATEGIC OPPORTUNITIES FUND, LP**
11 West 42nd Street, 9th Floor
New York, NY 10036
Attn: David Leinwand

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount of $ 162,724.00 ("Claim"), which represents 100 % of the total claim amount of $162,724.00, against the Debtor in the Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated December 05, 2019.

**NATIONAL TECHNICAL SYSTEMS**

By: _____
Name: Jeff S. Murai
Title: Vice President & Corporate Controller

**AVENUE STRATEGIC OPPORTUNITIES FUND, LP**
By: Avenue Strategic Opportunities Partners, LLC, its General Partner
By: GL Strategic Opportunities Partners, LLC, its sole Member

By: _____
Name:
Title: