December 18, 2019

FILED
DEC 30 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Case # 19-30088

Judge Montali –

I cannot put "honorable" in front of your name.

Shame on you! Stock in a worthless company and payments put off until a later date? Have you no conscience? Is it your objective to add to the suffering of wildfire survivors?

*Joy Montgomery*

Joy Montgomery
Camp Fire Survivors' mother, grandmother, and great grandmother

RECEIVED
DEC 30 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA