December 23rd, 2019

FILED
DEC 30 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Case # 19-30088

Dear Judge Montali:

I am writing on behalf of all campfire survivors. My name is Brenda Wright and I lost my childhood home in the paradise campfire. I am writing to please reconsider letting FEMA take 4 billion out of our settlement fund of 13.5 billion dollars. FEMA is taxpayer funded as you know and it is very unfair for them to get ANY of our settlement PERIOD!!

Please take this into consideration as you proceed. FEMA doesn't deserve any of this money. Please man up and do the right thing for us. It's totally unfair that the insurance companies are being paid before us. This is your job as the judge and be for the people by the people. I'm sure you are being lobbied by PG&E behind the scene to screw the survivors out of what we RIGHTFULLY have coming to us.

We are all closely watching what you do in our case believe me.

Sincerely,

Brenda S. Wright

RECEIVED
DEC 30 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA