Dec 26, 2019

Judge Dennis Montali

450 Golden Gate Ave

PO Box 36099

San Francisco, Ca 94102

FILED
DEC 30 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA
Case # 19-30088

To the Honorable Judge Dennis Montali

My name is Clifton Williamson

I am writing to you on behalf of my wife Deborah and the thousand of people that lost family, friend, homes, cars and sometimes all of their personal possessions.

Now that a settlement has be reached with PG&E and it is possible to move on with the process, I wanted to comment on the part of the process that concerns the attorneys. As you know some of the attorneys were very involved in the process of making sure the evidence for the suit was complete and accurate. Others were less than involved and basically just signed people up with a 33% fee. Many people had/have no idea what their attorneys did or if they were involved with the process at all.

My concern is that the victims of the fires had little choice but to sign up and agree to the fees that would be charged. While in some law suits these fees might be totally justified, in some cases the effort put forth by tag along attorneys is not. In our case, it seems our attorneys were on the front line doing the lions share of research, evidence gathering, and proving that the Tubbs fire was caused by PG&E. However even at that for them to receive 33% of $13.5 billion is absurd. The comes out to about $4.5 billion or $2.25 billion per year, and I am sure they are all going to add on expenses. Even with a settlement as large is this, that $4.5 billion comes out of the pockets of those that need it the most, the victims. I know what the attorneys will say, because they have already said it, "without our hard work and knowledge, you wouldn't be getting anything", and that is probably true. But there must be a more reasonable and fairer fee structure that would put more in the victim pockets, and less in the attorney's pocket's, especially those that did as little as sign victims up and then watch others do all of the heavy lifting.

I am not sure what would be fair. I am not even sure if you are the correct judge. I am just hoping that something can be done to help those in need and to be sure that some do not profit for doing virtually nothing. If you are not the correct judge, will you or your assistant please let me know who is, and I will resend this letter to them.

Thank you sincerely,

Clifton and Deborah Williamson

4201 Burnham Ct.

Santa Rosa, Ca 95404

Formally of 1600 Redwood Hill Rd, Santa Rosa, Ca 95404