1  RUTAN & TUCKER, LLP
   Roger F. Friedman (State Bar No. 186070)
2  rfriedman@rutan.com
   Philip J. Blanchard (State Bar No. 192378)
3  pblanchard@rutan.com
   Ashley M. Teesdale (State Bar No. 289919)
4  ateesdale@rutan.com
   611 Anton Boulevard, Suite 1400
5  Costa Mesa, California 92626-1931
   Telephone:    714-641-5100
6  Facsimile:    714-546-9035

7  Attorneys for Creditor ARB, INC.

8                UNITED STATES BANKRUPTCY COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 | In re                          | Case No. 19-30088 DM (Lead Case)
12 | PG&E CORPORATION                | (Jointly Administered with Case No. 19-30089 DM)
13 |                                 |
14 |        and                     | Chapter 11
15 | PACIFIC GAS AND ELECTRIC        |
   | COMPANY                         |
16 |        Debtors.                 | **NOTICE OF WITHDRAWAL OF CERTAIN NOTICES OF CONTINUED PERFECTION OF MECHANICS LIENS AND AMENDED MECHANICS LIENS**
17 | ☐ Affects PG&E Corporation      |
18 | ☐ Affects Pacific Gas and Electric Company |
19 | ☒ Affects both Debtors.         |
20 |                                 |
21 | * All papers shall be filed in the Lead Case No. 19-30088 DM. |
22 |                                 |

23        ARB, Inc. ("<u>ARB</u>"), by and through its undersigned counsel, hereby gives notice of

24  withdrawal of certain of its previously-filed Notices of Continued Perfection of Mechanics

25  Liens Pursuant to 11 U.S.C. § 546(b)(2).

26        1.      ARB is a corporation that provided and delivered labor, services, equipment,

27  and materials for the construction and improvement of projects on real property owned by

28  PG&E Corporation and/or Pacific Gas and Electric Company (collectively, the "<u>Debtors</u>")

Rutan & Tucker, LLP
attorneys at law
2360-3000008
14322481.9 a01/07/20

-1-

NOTICE OF WITHDRAWAL OF CERTAIN
NOTICES OF CONTINUED PERFECTION OF
MECHANICS LIENS

1    before January 29, 2019 (the "Petition Date").

2        2.      Before the Petition Date, ARB properly perfected various mechanics liens

3    under California Civil Code §§ 8400, *et seq*. by timely recording Mechanics Liens in various

4    counties in the State of California.

5        3.      Pursuant to California Civil Code § 8460, an action to enforce a lien must be

6    commenced within 90 days after recordation of the claim of lien.  However, due to the

7    automatic stay set forth in 11 U.S.C. § 362, ARB is precluded from filing a state court action

8    to enforce its mechanics liens.  11 U.S.C. § 546(b)(2) provides that when applicable law

9    requires seizure of property or commencement of an action to perfect, maintain, or continue

10   the perfection of an interest in property, and the property has not been seized or an action

11   has not been commenced before the bankruptcy petition date, then the claimant shall instead

12   give notice of its intent to enforce the lien within the time fixed by law for seizing the

13   property or commencing an action.  *See* 11 U.S.C. § 546(b)(2); *see also In re Baldwin*

14   *Builders (Village Nurseries v. Gould)*, 232 B.R. 406, 410-411 (9th Cir. 1999); *Village*

15   *Nurseries v. Greenbaum*, 101 Cal.App.4th 26, 41 (Cal. Ct. App. 2002).

16       4.      Accordingly, after the Petition Date, ARB filed in the Debtor's jointly-

17   administered bankruptcy case various Notices of Continued Perfection of Mechanics Liens

18   with respect to various Mechanics Liens that ARB recorded in various counties in the State

19   of California.

20       5.      After ARB filed its Notices of Continued Perfection of Mechanics Liens, ARB

21   received payment in full of the invoices underlying certain of its recorded Mechanics Liens.

22   Accordingly, with respect to the Mechanics Liens for which ARB has received payment in

23   full, ARB has recorded with the applicable county recorders the following Releases of

24   Mechanics Lien, and therefore, hereby withdraws and provides notice of withdrawal of the

25   following related Notices of Continued Perfection of Mechanics Liens which ARB

26   previously filed in this bankruptcy case:

27           (a)    Notice of Continued Perfection of Mechanics Lien filed on February

28   22, 2019, as Doc. No. 553, relating to the Mechanics Lien recorded in the Official

Rutan & Tucker, LLP
*attorneys at law*

14322481.9 a01/07/20

-2-

NOTICE OF WITHDRAWAL OF CERTAIN
NOTICES OF CONTINUED PERFECTION OF
MECHANICS LIENS

Case: 19-30088    Doc# 5300    Filed: 01/07/20    Entered: 01/07/20 14:29:23    Page 2 of
11

Records of San Mateo County, State of California, on January 25, 2019, as Doc. No. 2019-005553, and the Amended Mechanics Lien recorded in the Official Records of San Mateo County, State of California, on July 2, 2019, as Doc. No. 2019-051384, which have been released by the recording of the Release of Amended Mechanics Lien recorded in the Official Records of San Mateo County, State of California, on July 22, 2019, as Doc. No. 2019-056876.

(b)     Notice of Continued Perfection of Mechanics Lien filed on February 22, 2019, as Doc. No. 559, relating to the Mechanics Lien recorded in the Official Records of Yolo County, State of California, on January 24, 2019, as Doc. No. 2019-0001354-00, and the Amended Mechanics Lien recorded in the Official Records of Yolo County, State of California, on July 2, 2019, as Doc. No. 2019-0014718-00, which have been released by the recording of the Release of Amended Mechanics Lien recorded in the Official Records of Yolo County, State of California, on July 23, 2019, as Doc. No. 2019-0016601-00.

(c)     Notice of Continued Perfection of Mechanics Lien filed on February 22, 2019, as Doc. No. 560, relating to the Mechanics Lien recorded in the Official Records of Marin County, State of California, on January 24, 2019, as Doc. No. 2019-0002261, which has been released by the Release of Mechanics Lien recorded in the Official Records of Marin County, State of California, on June 24, 2019, as Doc. No. 2019-0021845.

(d)     Notice of Continued Perfection of Mechanics Lien filed on February 22, 2019, as Doc. No. 561, relating to the Mechanics Lien recorded in the Official Records of Marin County, State of California, on January 24, 2019, as Doc. No. 2019-0002262, which has been released by the Release of Mechanics Lien recorded in the Official Records of Marin County, State of California, on June 24, 2019, as Doc. No. 2019-0021844.

(e)     Notice of Continued Perfection of Mechanics Lien filed on February 22, 2019, as Doc. No. 562, relating to the Mechanics Lien recorded in the Official

Rutan & Tucker, LLP
attorneys at law
14322481.9 a01/07/20

Case: 19-30088    Doc# 5300    Filed: 01/07/20    Entered: 01/07/20 14:29:23    Page 3 of
11

-3-

NOTICE OF WITHDRAWAL OF CERTAIN
NOTICES OF CONTINUED PERFECTION OF
MECHANICS LIENS

Records of Marin County, State of California, on January 25, 2019, as Doc. No. 2019-0002416, which has been released by the Release of Mechanics Lien recorded in the Official Records of Marin County, State of California, on June 24, 2019, as Doc. No. 2019-0021842.

(f)     Notice of Continued Perfection of Mechanics Lien filed on February 22, 2019, as Doc. No. 564, relating to the Mechanics Lien recorded in the Official Records of Alameda County, State of California, on January 24, 2019, as Doc. No. 2019011142, which has been released by the Release of Mechanics Lien recorded in the Official Records of Alameda County, State of California, on June 24, 2019, as Doc. No. 2019119773.

(g)     Notice of Continued Perfection of Mechanics Lien filed on February 22, 2019, as Doc. No. 565, relating to the Mechanics Lien recorded in the Official Records of Santa Clara County, State of California, on January 24, 2019, as Doc. No. 24102937, which has been released by the Release of Mechanics Lien recorded in the Official Records of Santa Clara County, State of California, on June 24, 2019, as Doc. No. 24209654.

(h)     Notice of Continued Perfection of Mechanics Lien filed on February 22, 2019, as Doc. No. 566, relating to the Mechanics Lien recorded in the Official Records of Santa Clara County, State of California, on January 24, 2019, as Doc. No. 24102932, and the Amended Mechanics Lien recorded in the Official Records of Santa Clara County, State of California, on July 2, 2019, as Doc. No. 24216359, which have been released by the recording of the Release of Amended Mechanics Lien recorded in the Official Records of Santa Clara County, State of California, on July 22, 2019, as Doc. No. 24235796.

(i)     Notice of Continued Perfection of Mechanics Lien filed on February 22, 2019, as Doc. No. 567, relating to the Mechanics Lien recorded in the Official Records of Alameda County, State of California, on January 24, 2019, as Doc. No. 2019011143, and the Amended Mechanics Lien recorded in the Official Records of

Rutan & Tucker, LLP
attorneys at law
2419-000088
14322481.9 a01/07/20

NOTICE OF WITHDRAWAL OF CERTAIN
NOTICES OF CONTINUED PERFECTION OF
MECHANICS LIENS

-4-

Case: 19-30088    Doc# 5300    Filed: 01/07/20    Entered: 01/07/20 14:29:23    Page 4 of 11

Alameda County, State of California, on July 2, 2019, as Doc. No. 2019126319, which have been released by the recording of the Release of Amended Mechanics Lien recorded in the Official Records of Alameda County, State of California, on July 22, 2019, as Doc. No. 2019139339.

(j)     <u>Notice of Continued Perfection of Mechanics Lien filed on February 22, 2019, as Doc. No. 568</u>, relating to the Mechanics Lien recorded in the Official Records of San Mateo County, State of California, on January 24, 2019, as Doc. No. 2019-004928, and the Amended Mechanics Lien recorded in the Official Records of San Mateo County, State of California, on July 2, 2019, as Doc. No. 2019-051383, which have been released by the recording of the Release of Amended Mechanics Lien recorded in the Official Records of San Mateo County, State of California, on July 22, 2019, as Doc. No. 2019-056875.

(k)     <u>Notice of Continued Perfection of Mechanics Lien filed on February 22, 2019, as Doc. No. 569</u> relating to the Mechanics Lien recorded in the Official Records of San Mateo County, State of California, on January 24, 2019, as Doc. No. 2019-004927, and the Amended Mechanics Lien recorded in the Official Records of San Mateo County, State of California, on July 2, 2019, as Doc. No. 2019-051382, which have been released by the recording of the Release of Amended Mechanics Lien recorded in the Official Records of San Mateo County, State of California, on July 22, 2019, as Doc. No. 2019-056874.

(l)     <u>Notice of Continued Perfection of Mechanics Lien filed on February 22, 2019, as Doc. No. 570</u>, relating to the Mechanics Lien recorded in the Official Records of San Mateo County, State of California, on January 24, 2019, as Doc. No. 2019-004925, which has been released by the recording of the Release of Mechanics Lien recorded in the Official Records of San Mateo County, State of California, on June 24, 2019, as Doc. No. 2019-048511.

(m)     <u>Notice of Continued Perfection of Mechanics Lien filed on February 22, 2019, as Doc. No. 571</u>, relating to the Mechanics Lien recorded in the Official

Rutan & Tucker, LLP
attorneys at law
14322481.9 a01/07/20

NOTICE OF WITHDRAWAL OF CERTAIN
NOTICES OF CONTINUED PERFECTION OF
MECHANICS LIENS

-5-

Case: 19-30088   Doc# 5300   Filed: 01/07/20   Entered: 01/07/20 14:29:23   Page 5 of
11

Records of Mendocino County, State of California, on January 24, 2019, as Doc. No. 2019-01033, which has been released by the recording of the Release of Mechanics Lien recorded in the Official Records of Mendocino County, State of California, on June 25, 2019, as Doc. No. 2019-07177.

(n)    <u>Notice of Continued Perfection of Mechanics Lien filed on February 22, 2019, as Doc. No. 572</u>, relating to the Mechanics Lien recorded in the Official Records of Santa Clara County, State of California, on January 24, 2019, as Doc. No. 24102935, which has been released by the recording of the Release of Mechanics Lien recorded in the Official Records of Santa Clara County, State of California, on June 24, 2019, as Doc. No. 24209653.

(o)    <u>Notice of Continued Perfection of Mechanics Lien filed on February 22, 2019, as Doc. No. 573</u> relating to the Mechanics Lien recorded in the Official Records of Santa Clara County, State of California, on January 24, 2019, as Doc. No. 24102936, and the Amended Mechanics Lien recorded in the Official Records of Santa Clara County, State of California, on July 2, 2019, as Doc. No. 24216360, which have been released by the recording of the Release of Amended Mechanics Lien recorded in the Official Records of Santa Clara County, State of California, on July 22, 2019, as Doc. No. 24235795.

(p)    <u>Notice of Continued Perfection of Mechanics Lien filed on February 22, 2019, as Doc. No. 577</u> relating to the Mechanics Lien recorded in the Official Records of Marin County, State of California, on January 25, 2019, as Doc. No. 2019-0002414, and the Amended Mechanics Lien recorded in the Official Records of Marin County, State of California, on July 2, 2019, as Doc. No. 2019-0023041, which have been released by the recording of the Release of Amended Mechanics Lien recorded in the Official Records of Marin County, State of California, on July 22, 2019, as Doc. No. 2019-0025692.

(q)    <u>Notice of Continued Perfection of Mechanics Lien filed on February 22, 2019, as Doc. No. 578</u>, relating to the Mechanics Lien recorded in the Official

Rutan & Tucker, LLP
attorneys at law
14322481.9 a01/07/20

Records of Sonoma County, State of California, on January 24, 2019, as Doc. No. 2019004831, which has been released by the recording of the Release of Mechanics Lien recorded in the Official Records of Sonoma County, State of California, on June 24, 2019, as Doc. No. 2019042320.

(r)     Notice of Continued Perfection of Mechanics Lien filed on February 22, 2019, as Doc. No. 579, relating to the Mechanics Lien recorded in the Official Records of Santa Clara County, State of California, on January 24, 2019, as Doc. No. 24102933, which has been released by the recording of the Release of Mechanics Lien recorded in the Official Records of Santa Clara County, State of California, on June 24, 2019, as Doc. No. 24209655.

(s)     Notice of Continued Perfection of Mechanics Lien filed on February 22, 2019, as Doc. No. 580, relating to the Mechanics Lien recorded in the Official Records of Marin County, State of California, on January 24, 2019, as Doc. No. 2019-0002260, which has been released by the recording of the Release of Mechanics Lien recorded in the Official Records of Marin County, State of California, on June 24, 2019, as Doc. No. 2019-0021843.

(t)     Notice of Continued Perfection of Mechanics Lien filed on February 22, 2019, as Doc. No. 581 relating to the Mechanics Lien recorded in the Official Records of San Mateo County, State of California, on January 25, 2019, as Doc. No. 2019-005554, and the Amended Mechanics Lien recorded in the Official Records of San Mateo County, State of California, on July 2, 2019, as Doc. No. 2019-051380, which have been released by the recording of the Release of Amended Mechanics Lien recorded in the Official Records of San Mateo County, State of California, on July 22, 2019, as Doc. No. 2019-056873.

(u)     Notice of Continued Perfection of Mechanics Lien filed on February 22, 2019, as Doc. No. 582, relating to the Mechanics Lien recorded in the Official Records of San Mateo County, State of California, on January 24, 2019, as Doc. No. 2019-004926, which has been released by the recording of the Release of Mechanics

Case: 19-30088    Doc# 5300    Filed: 01/07/20    Entered: 01/07/20 14:29:23    Page 7 of 11

1   Lien recorded in the Official Records of San Mateo County, State of California, on

2   June 24, 2019, as Doc. No. 2019-048512.

3          (v)     Notice of Continued Perfection of Mechanics Lien filed on February

4   22, 2019, as Doc. No. 583, relating to the Mechanics Lien recorded in the Official

5   Records of Marin County, State of California, on January 24, 2019, as Doc. No. 2019-

6   0002263, which has been released by the recording of the Release of Mechanics Lien

7   recorded in the Official Records of Marin County, State of California, on June 24,

8   2019, as Doc. No. 2019-0021841.

9          (w)     Notice of Continued Perfection of Mechanics Lien filed on February

10  22, 2019, as Doc. No. 584, relating to the Mechanics Lien recorded in the Official

11  Records of Sacramento County, State of California, on January 28, 2019, as Doc. No.

12  201901280645, which has been released by the recording of the Release of

13  Mechanics Lien recorded in the Official Records of Sacramento County, State of

14  California, on May 3, 2019, as Doc. No. 201905031088.

15         (x)     Notice of Continued Perfection of Mechanics Lien filed on February

16  22, 2019, as Doc. No. 585, relating to the Mechanics Lien recorded in the Official

17  Records of El Dorado County, State of California, on January 28, 2019, as Doc. No.

18  20190002792, which has been released by the recording of the Release of Mechanics

19  Lien recorded in the Official Records of El Dorado County, State of California, on

20  May 3, 2019, as Doc. No. 2019-0016828-00.

21         (y)     Notice of Continued Perfection of Mechanics Lien filed on February

22  22, 2019, as Doc. No. 586, relating to the Mechanics Lien recorded in the Official

23  Records of San Mateo County, State of California, on January 25, 2019, as Doc. No.

24  2019-005555, which has been released by the recording of the Release of Mechanics

25  Lien recorded in the Official Records of San Mateo County, State of California, on

26  May 3, 2019, as Doc. No. 2019-032965.

27         (z)     Notice of Continued Perfection of Mechanics Lien filed on February

28  22, 2019, as Doc. No. 587, relating to the Mechanics Lien recorded in the Official

Rutan & Tucker, LLP
attorneys at law
14322481.9 a01/07/20

Case: 19-30088    Doc# 5300    Filed: 01/07/20    Entered: 01/07/20 14:29:23    Page 8 of
11

NOTICE OF WITHDRAWAL OF CERTAIN
NOTICES OF CONTINUED PERFECTION OF
MECHANICS LIENS

-8-

Records of El Dorado County, State of California, on January 25, 2019, as Doc. No. 20190002572, which has been released by the recording of the Release of Mechanics Lien recorded in the Official Records El Dorado County, State of California, on May 3, 2019, as Doc. No. 2019-0016827-00.

(aa)  <u>Notice of Continued Perfection of Mechanics Lien filed on February 22, 2019, as Doc. No. 590</u>, relating to the Mechanics Lien recorded in the Official Records of Sacramento County, State of California, on January 28, 2019, as Doc. No. 201901280643, which has been released by the recording of the Release of Mechanics Lien recorded in the Official Records of Sacramento County, State of California, on May 3, 2019, as Doc. No. 201905031089.

(bb)  <u>Notice of Continued Perfection of Mechanics Lien filed on February 22, 2019, as Doc. No. 591</u>, relating to the Mechanics Lien recorded in the Official Records of Contra Costa County, State of California, on January 25, 2019, as Doc. No. 2019-0010906-00, which has been released by the recording of the Release of Mechanics Lien recorded in the Official Records of Contra Costa County, State of California, on May 3, 2019, as Doc. No. 2019-0063542-00.

(cc)  <u>Notice of Continued Perfection of Mechanics Lien filed on February 22, 2019, as Doc. No. 592</u>, relating to the Mechanics Lien recorded in the Official Records of Humboldt County, State of California, on January 25, 2019, as Doc. No. 2019-001361, which has been released by the recording of the Release of Mechanics Lien recorded in the Official Records of Humboldt County, State of California, on May 3, 2019, as Doc. No. 2019-007715.

(dd)  <u>Notice of Continued Perfection of Mechanics Lien filed on February 22, 2019, as Doc. No. 593</u>, relating to the Mechanics Lien recorded in the Official Records of Contra Costa County, State of California, on January 25, 2019, as Doc. No. 2019-0010905-00, which has been released by the recording of the Release of Mechanics Lien recorded in the Official Records of Contra Costa County, State of California, on May 3, 2019, as Doc. No. 2019-0063541-00.

Case: 19-30088   Doc# 5300   Filed: 01/07/20   Entered: 01/07/20 14:29:23   Page 9 of 11

1  (ee)  Notice of Continued Perfection of Mechanics Lien filed on February

2  22, 2019, as Doc. No. 594, relating to the Mechanics Lien recorded in the Official

3  Records of Sonoma County, State of California, on January 25, 2019, as Doc. No.

4  2019005068, which has been released by the recording of the Release of Mechanics

5  Lien recorded in the Official Records of Sonoma County, State of California, on May

6  3, 2019, as Doc. No. 2019029450.

7  (ff)  Notice of Continued Perfection of Mechanics Lien filed on February

8  22, 2019, as Doc. No. 595, relating to the Mechanics Lien recorded in the Official

9  Records of Napa County, State of California, on January 25, 2019, as Doc. No. 2019-

10  0001311, which has been released by the recording of the Release of Mechanics Lien

11  recorded in the Official Records of Napa County, State of California, on May 3, 2019,

12  as Doc. No. 2019-0007989.

13  (gg)  Notice of Continued Perfection of Mechanics Lien filed on February

14  22, 2019, as Doc. No. 596, relating to the Mechanics Lien recorded in the Official

15  Records of Sacramento County, State of California, on January 28, 2019, as Doc. No.

16  201901280644, which has been released by the recording of the Release of

17  Mechanics Lien recorded in the Official Records of Sacramento County, State of

18  California, on October 15, 2019, as Doc. No. 201910150484.

19  (hh)  Notice of Continued Perfection of Mechanics Lien filed on February

20  22, 2019, as Doc. No. 597, relating to the Mechanics Lien recorded in the Official

21  Records of San Francisco County, State of California, on January 28, 2019, as Doc.

22  No. 2019K724781, and the Amended Mechanics Lien recorded in the Official

23  Records of San Francisco County, State of California, on July 11, 2019, as Doc. No.

24  2019K793158, which have been released by the recording of the Release of Amended

25  Mechanics Lien recorded in the Official Records of San Francisco County, State of

26  California, on August 28, 2019, as Doc. No. 2019K820855.

27  (ii)  Notice of Continued Perfection of Mechanics Lien filed on February

28  22, 2019, as Doc. No. 598, relating to the Mechanics Lien recorded in the Official

Rutan & Tucker, LLP
attorneys at law
14322481.9 a01/07/20

-10-

NOTICE OF WITHDRAWAL OF CERTAIN
NOTICES OF CONTINUED PERFECTION OF
MECHANICS LIENS

Case 19-30088    Doc# 5300    Filed: 01/07/20    Entered: 01/07/20 14:49:25    Page 10
of 11

Records of Kern County, State of California, on January 25, 2019, as Doc. No. 219008686, and the Amended Mechanics Lien recorded in the Official Records of Kern County, State of California, on July 15, 2019, as Doc. No. 219083561, which have been released by the recording of the Release of Amended Mechanics Lien recorded in the Official Records of Kern County, State of California, on August 28, 2019, as Doc. No. 219110409.

6.      Except as otherwise set forth herein, all of ARB's Notices of Continued Perfection of Mechanics Liens and Notices of Continued Perfection of Amended Mechanics Liens filed in this case, and the related Mechanics Liens and Amended Mechanics Liens recorded in various counties, remain in full force and effect, and ARB specifically reserves all of its rights, claims, and defenses relating thereto.

7.      In addition, ARB does not make any admission of fact or law, and ARB asserts that its remaining Mechanics Liens and Amended Mechanics Liens against the Debtors' properties are senior to and effective against entities that may have acquired rights or interests in the properties.

8.      The filing of this Notice shall not be construed as an admission that such filing is required under the Bankruptcy Code, the California mechanics lien law, or any other applicable law.

9.      ARB further reserves all rights, including the right to amend or supplement this Notice.

Dated:  January 7, 2020

                                    RUTAN & TUCKER, LLP
                                    ROGER F. FRIEDMAN
                                    PHILIP J. BLANCHARD
                                    ASHLEY M. TEESDALE


                                    By:      /s/ Roger F. Friedman
                                    _____
                                        Roger F. Friedman
                                        Attorneys for Creditor ARB, INC.

NOTICE OF WITHDRAWAL OF CERTAIN
NOTICES OF CONTINUED PERFECTION OF
MECHANICS LIENS