Joseph P. Soldis
P.O. Box 7775-20634
San Francisco, CA 94120

RECEIVED
JAN 07 2020 KR
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 07 2020 KR
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

January 2, 2020

<u>Via U.S. Mail</u>

The Honorable Judge Dennis Montali
US Bankruptcy Court
Northern District of California
280 S 1st Street 3rd Floor
San Jose, CA 95113

The Honorable Judge Cheng
Superior Court of California, Dept 606
400 McAllister Street
San Francisco, CA 94102-4514

The Honorable Teri L. Jackson
San Francisco Superior Court, Dept 613
400 McAllister Street
San Francisco, CA 94102-4514

    RE:    Bankruptcy Case No. 19-30088 (DM)
              Superior Court of CA JCCP No. 4955
              PG&E Corp & Pacific Gas and Electric Company

Dear Honorable Judge Montali, Honorable Judge Cheng and Honorable Judge Jackson:

Please accept this as my formal objection to any proposed settlements in the above-related action(s). Please allow me to expand.

The individual fire victims hold valid claims against the County of Sonoma and the City of Santa Rosa. Yet, these victims are represented by the same firms that represent the County of Somoma and the City of Santa Rosa – also seeking damages against PG&E. The inherent conflict of interest is glaring.

Plaintiff's counsel had an absolute duty to act in their client's best interests. Obviously because they also represented the County of Sonoma and the City of Santa Rosa, it would not serve the public agencies well if they

For example, 911 operators for the City of Santa Rosa instructed residents (including a judicial officer) to "stay in their homes and keep the windows closed" –yet those homes burned only hours later. Not only did they nearly lose their lives, they lost valuable and irreplaceable

property that could have been saved but for the poor instructions given by 911 operators. Representatives of the County of Sonoma were also **extremely** negligent when they chose not to notify residents about the firestorm approaching. Instead these individuals sat on their hands and allowed raging fires to sweep through Sonoma County and destroy homes and kill people sleeping in bed- most of whom had no idea the fire was approaching. The obvious "failure to act" by these agencies directly resulted in the deaths of many people.

I am unaware of any attempt by "Plaintiff's" counsel to inform or advise fire victims of their rights to bring action(s) against the County of Sonoma or the City of Santa Rosa. It is the fundamental duty of an attorney to act in their client's best interests. It appears that at 11th hour, an ethical firm in Sonoma County jumped in and filed a class-action lawsuit against the County of Sonoma for the exact causes of action that this office previously raised (see Stark v County of Sonoma SCV-265299 filed 10/04/2019). https://www.pressdemocrat.com/news/10421341-181/lawsuit-sonoma-county-failed-to

It is well known that class-action litigation typically takes many years to resolve. I find it suspect that the current class-counsel have reached settlement in record speeds –without working in the best interests of the individual fire victims- their primary clients.

**Please accept this as a formal objection to any proposed settlement in this action**. It seems appropriate for the Court to ask questions of these firms and perhaps appoint an independent attorney to review the causes of action and potential claims and determining whether the interests of the fire victims have been ethically and adequately represented before any final settlement is approved.

Thank you for your time and consideration.

Respectfully,

Joseph Soldis

CC:
State Bar of California
Chief Trial Intake
180 Howard Street
San Francisco, CA 94105

Office of The United States Trustee
James Snyder
James.l.snyder@usdoj.gov
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Phone: (415) 705-3300 (415) 705-3300
Facsimile: (415) 705-3367 (415) 705-3367

Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone: 628.208.6434
Facsimile: 310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (pro hac vice)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (pro hac vice)
(ray.schrock@weil.com)
Jessica Liou (pro hac vice)
(jessica.liou@weil.com)
Matthew Goren (pro hac vice)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (pro hac vice)
(pzumbro@cravath.com)
Kevin J. Orsini (pro hac vice)
(korsini@cravath.com)
Omid H. Nasab (pro hac vice)
(onasab@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700
Attorneys for Debtors

WALKUP, MELODIA, KELLY & SCHOENBERGER

Michael A Kelly SBN 71460 – mkelly@walkuplawoffice.com
Khaldoun A Baghdadi SBN 190111 kbaghdadi@walkuplawoffice.com
Doris Cheng SBN 197731 dcheng@walkuplawoffice.com
Andrew P. McDevitt SBN 271371 amedevitt@walkuplawoffice.com

BRAD D. BRIAN (State Bar No. 79001)
brad.brian@mto.com
DAVID H. FRY (State Bar No. 189276)
david.fry@mto.com
LUIS LI (State Bar No. 156081)
luis.li@mto.com
MATTHEW A. MACDONALD (State Bar No. 255269)
matthew.macdonald@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty Seventh Floor
San Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
JULIE A. NORTH (admitted *pro hac vice*)
jnorth@cravath.com
KEVIN J. ORSINI (admitted *pro hac vice*)
korsini@cravath.com
DAMARIS HERNÁNDEZ (admitted *pro hac vice*)
dhernandez@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Erin Brockovich
405 N Indian Hill
Claremont, CA 91711