Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:    415.659.2900
Facsimile:    415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br>        -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br>                                     **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **CONDITIONAL CONSENT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. §§ 363(b) AND 105(a) FOR AUTHORITY TO ENTER INTO, PERFORM UNDER AND MAKE PAYMENTS UNDER CERTAIN CONSULTING CONTRACTS WITH MCKINSEY & COMPANY, INC. UNITED STATES [Dkt. No. 3919]** <br><br> Date:    February 26, 2020 <br> Time:   10:00 a.m. (Pacific Time) <br> Place:   United States Bankruptcy Court <br>            Courtroom 17, 16th Floor <br>            San Francisco, CA  94102 <br><br> **Objection Deadline: February 19, 2020** <br>                          **4:00 p.m. (Pacific Time)** |

The Official Committee of Tort Claimants ("**TCC**") in the chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**" or "**PG&E**") hereby submits its conditional consent to the Debtors' Application Pursuant to 11 U.S.C. §§ 363(b) and 105(a) for Authority to Enter Into, Perform Under and Make Payments Under Certain Consulting Contracts with McKinsey & Company, Inc. United States ("**McKinsey**") (Doc. No. 3919), and respectfully states as follows:

1. The TCC is informed and believes that McKinsey performed certain consulting services for the Debtors prior to the filing of these chapter 11 cases.

2. The TCC is further informed and believes that the Debtors may hold claims against McKinsey based on its prepetition services. Pursuant to the Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated December 12, 2019 [Dkt. No. 5101] certain of the Debtors' claims and causes of action will be transferred to a resolution trust for the benefit of tort claimants.

3. The TCC does not object to the Debtors' retention of McKinsey for post-petition services, provided that any such order authorizing the post-petition retention or approving payments to McKinsey pursuant to such order shall not be construed to bar any claims against McKinsey arising out of or in connection with prepetition services rendered to the Debtors on the basis of res judicata or any other doctrine or theory.

Dated: January 8, 2020            BAKER & HOSTETLER LLP

                                  By:   */s/Cecily A. Dumas*
                                        Cecily A. Dumas

                                  *Counsel for Official Committee of Tort Claimants*