**EXHIBIT A**

# EXHIBIT A

## HOURS BY PROFESSIONAL
## FOR THE PERIOD NOVEMBER 18, 2019 THROUGH DECEMBER 17, 2019

| PROFESSIONAL | POSITION | TOTAL HOURS |
|---|---|---|
| Adam Goldberg | Partner | 7.50 |
| Alexander Lange | Senior Director | 32.50 |
| Emily Seeley | Account Manager | 22.50 |
| **TOTAL** | | **62.50** |