**EXHIBIT B**

**EXHIBIT B**

**HOURS BY TASK FOR
FOR THE PERIOD NOVEMBER 18, 2019 THROUGH DECEMBER 17, 2019**

| TASK DESCRIPTION | HOURS |
|---|---:|
| Emails with Client and/or Client Attorney | 10.50 |
| Telephone Calls with Client and/or Client Attorney | 5.50 |
| Internal Client Meetings | 9.50 |
| Research and Writing | 15.00 |
| Working with the Media | 11.50 |
| Communications with External Stakeholders | 10.50 |
| **TOTAL** | **62.50** |