**EXHIBIT C**

# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD NOVEMBER 18, 2019 THROUGH DECEMBER 17, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Digital Advertisements re Claims Filing Deadline | $3,600.00 |
| **TOTAL EXPENSES REQUESTED:** | **$3,600.00** |