# EXHIBIT D

## Detailed Time Entries

**ADAM GOLDBERG**

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 11/20/19 | .5 | Internal Client Meetings |
|  | .5 | Telephone Calls with Client and/or Client Attorneys |
| 11/27/19 | .5 | Internal Client Meetings |
|  | .5 | Telephone Calls with Client and/or Client Attorneys |
| 12/04/19 | .5 | Telephone Calls with Client and/or Client Attorneys |
| 12/05/19 | .5 | Research and Writing |
|  | .5 | Internal Client Meetings |
|  | .5 | Emails with Client and/or Client Attorneys |
| 12/06/19 | .5 | Research and Writing |
|  | .5 | Internal Client Meetings |
| 12/11/19 | .5 | Telephone Calls with Client and/or Client Attorneys |
| 12/13/19 | .5 | Internal Client Meetings |
| 12/16/19 | .5 | Communications with External Stakeholders |
|  | .5 | Internal Client Meetings |
| 12/17/19 | .5 | Internal Client Meetings |
|  |  |  |
| **TOTAL** | **7.5** |  |

**ALEXANDER LANGE**

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 11/18/19 | .5 | Communications with External Stakeholders |
| | .5 | Telephone Calls with Client and/or Client Attorneys |
| | .5 | Working with the media |
| | 1 | Research and writing |
| 11/19/19 | 1 | Communications with External Stakeholders |
| 11/20/19 | .5 | Research and writing |
| | .5 | Telephone Calls with Client and/or Client Attorneys |
| 11/21/19 | 1 | Research and writing |
| 11/22/19 | 1 | Research and writing |
| 11/25/19 | .5 | Emails with Client and/or Client Attorneys |
| | .5 | Communications with External Stakeholders |
| 11/26/19 | .5 | Communications with External Stakeholders |
| 11/27/19 | .5 | Internal client meetings |
| | 1 | Emails with Client and/or Client Attorneys |
| 12/3/19 | 2 | Communications with External Stakeholders |
| | .5 | Internal client meetings |
| 12/4/19 | .5 | Working with the media |
| | 1 | Call with Client and/or Client Attorneys |
| 12/5/19 | 2 | Emails and Calls with Client and/or Client Attorneys |
| | .5 | Research and writing |
| 12/6/19 | 2 | Research and writing |
| | 1 | Emails and Calls with Client and/or Client Attorneys |
| | 2 | Working with media |
| 12/7/19 | 1 | Emails with client and/or client attorneys |
| | 1 | Research and writing |
| 12/8/19 | 1 | Research and writing |
| 12/9/19 | .5 | Working with media |
| 12/10/19 | .5 | Working with media |
| 12/11/19 | .5 | Call with client and/or client attorneys |
| | .5 | Communications with External Stakeholders |
| 12/12/19 | .5 | Emails with client and/or client attorneys |
| 12/13/19 | 1 | Communications with External Stakeholders |
| | .5 | Emails with client and/or client attorneys |
| | .5 | Internal client meetings |
| | .5 | Working with media |
| 12/14/19 | .5 | Working with media |
| | .5 | Emails with client and/or client attorneys |
| 12/15/19 | .5 | Emails with client and/or client attorneys |

| | | |
|---|---|---|
| 12/16/19 | .5 | Communications with External Stakeholders |
| 12/17/19 | 1 | Internal client meetings |
| | .5 | Communications with External Stakeholders |
| | | |
| **TOTAL:** | **32.5** | |

## EMILY SEELEY

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 11/18/19 | 0.5 | Emails with client and/or client attorneys |
| | 1 | Working with the media |
| | 0.5 | Research and writing |
| 11/19/19 | 1 | Research and writing |
| | 0.5 | Emails with client and/or client attorneys |
| 11/20/19 | 0.5 | Telephone Calls with Client and/or Client Attorneys |
| 11/21/19 | 1 | Working with the media |
| | 0.5 | Research and writing |
| 11/25/19 | 0.5 | Communications with External Stakeholders |
| 11/26/19 | 0.5 | Communications with External Stakeholders |
| 11/27/19 | 0.5 | Internal client meetings |
| | 0.5 | Research and writing |
| 12/3/19 | 0.5 | Internal client meetings |
| | 1 | Research and writing |
| 12/4/19 | 0.5 | Telephone Calls with Client and/or Client Attorneys |
| | 1 | Working with the media |
| | 0.5 | Research and writing |
| 12/5/19 | 1 | Working with the media |
| | 0.5 | Emails with client and/or client attorneys |
| 12/6/19 | 0.5 | Emails with client and/or client attorneys |
| | 0.5 | Internal client meetings |
| 12/9/19 | 1 | Research and writing |
| | 0.5 | Emails with client and/or client attorneys |
| | 0.5 | Working with the media |
| 12/11/19 | 0.5 | Communications with External Stakeholders |
| 12/13/19 | 1 | Communications with External Stakeholders |
| | 0.5 | Internal client meetings |
| | 1 | Research and writing |
| 12/16/19 | 1 | Working with the media |
| | 0.5 | Internal client meetings |
| 12/17/19 | 1 | Internal client meetings |
| | .5 | Communications with External Stakeholders |
| | 1 | Working with the media |
| | | |
| | **22.5** | |