**EXHIBIT E**

# EXHIBIT E

## EXPENSE DETAIL
## FOR THE PERIOD NOVEMBER 28, 2019 THROUGH DECEMBER 17, 2019

| DATE | PROFESSIONAL | EXPENSE DETAIL | AMOUNT |
|---|---|---|---:|
| 12/06/2019 | Emily Seeley | Digital Advertisement | $900.00 |
| 12/11/2019 | Emily Seeley | Digital Advertisement | $900.00 |
| 12/14/2019 | Emily Seeley | Digital Advertisement | $900.00 |
| 12/17/2019 | Emily Seeley | Digital Advertisement | $900.00 |
| **TOTAL** | | | **$3,600.00** |