

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
([stephen.karotkin@weil.com](stephen.karotkin@weil.com))
Ray C. Schrock, P.C. (*pro hac vice*)
([ray.schrock@weil](ray.schrock@weil))
Jessica Liou (*pro hac vice*)
([jessica.liou@weil.com](jessica.liou@weil.com))
Matthew Goren (*pro hac vice*)
([matthew.goren@weil.com](matthew.goren@weil.com))
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

Signed and Filed: January 8, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
([tkeller@kellerbenvenutti.com](tkeller@kellerbenvenutti.com))
Jane Kim (#298192)
([jkim@kellerbenvenutti.com](jkim@kellerbenvenutti.com))
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>     Debtors.<br><br>☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☒   Affects both Debtors<br><br>**All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br>Related Docket Ref: 4540, 4886, 4893, 4897, 5254<br><br>**ORDER APPROVING STIPULATION AMENDING ORDER ESTABLISHING PRECONFIRMATION BRIEFING AND HEARING SCHEDULE FOR CERTAIN LEGAL ISSUES**<br><br>[No Hearing Date Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation Amending Order Establishing Preconfirmation Briefing and Hearing Schedule for Certain Legal Issues* (the "**Stipulation**"),[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, the Ad Hoc Group of Subrogation Claimholders, and the Official Committee of Unsecured Creditors, filed on January 3, 2020; and, pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is hereby approved.

2. The briefing schedule for the Subrogation Claim Impairment Issue is revised as follows:[2]

    a. The UCC and Ad Hoc Committee may file a consolidated opposition brief to the Debtors/Ad Hoc Group Opening Brief, not to exceed 25 pages (the "**UCC/Ad Hoc Committee Opposition Brief**"), no later than **January 10, 2020 at 4:00 p.m. (Prevailing Pacific Time)**.

    b. The Debtors and Ad Hoc Subrogation Group may file a consolidated reply to the UCC/Ad Hoc Committee Opposition Brief, not to exceed 25 pages, no later than **January 22, 2020 at 4:00 p.m. (Prevailing Pacific Time)**.

    c. The hearing before the Bankruptcy Court on the Subrogation Claim Impairment Issue shall be held on **January 29, 2020 at 10:00 a.m. (Prevailing Pacific Time)**, subject to the availability of the Bankruptcy Court.

3. Except as expressly set forth herein or in the Stipulation, all other provisions of the Scheduling Order shall remain in full force and effect and shall not be impacted by the Stipulation or this Order.

4. The Bankruptcy Court retains jurisdiction to resolve any disputes or controversies arising from the Stipulation.

*** END OF ORDER ***

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Stipulation.

[2] The Ad Hoc Committee is not a party to the Stipulation, but the briefing schedule set forth herein shall apply to the Ad Hoc Committee as well.