# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

The attorneys who rendered professional services in these chapter 11 cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | DEPARTMENT[1] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Karotkin, Stephen | BFR | 1977 | $1,695.00 | 246.10 | $417,139.50 |
| Bond, W. Michael | Corporate | 1980 | $1,695.00 | 4.00 | $6,780.00 |
| Goldring, Stuart J. | Tax | 1984 | $1,695.00 | 24.40 | $41,358.00 |
| Slack, Richard W. | Litigation | 1987 | $1,325.00 | 101.70 | $134,752.50 |
| Pari, Joseph M. | Tax | 1988 | $1,695.00 | 25.80 | $43,731.00 |
| Wessel, Paul J. | Tax | 1988 | $1,695.00 | 16.10 | $27,289.50 |
| Connolly, Annemargaret | Corporate | 1988 (MA) | $1,400.00 | 1.90 | $2,660.00 |
| Adams, Frank R. | Corporate | 1993 | $1,525.00 | 2.60 | $3,965.00 |
| Tsekerides, Theodore E. | Litigation | 1994 | $1,225.00 | 150.20 | $183,995.00 |
| Heyliger, Adelaja K. | Corporate | 1998 | $1,175.00 | 8.10 | $9,517.50 |
| Goltser, Lyuba | Corporate | 2002 | $1,250.00 | 3.30 | $4,125.00 |
| Singh, David R. | Litigation | 2004 | $1,175.00 | 0.90 | $1,057.50 |
| Liou, Jessica | BFR | 2009 | $1,175.00 | 166.60 | $195,755.00 |
| Goslin, Thomas D. (Counsel) | Corporate | 2003 | $1,100.00 | 15.30 | $16,830.00 |
| Goren, Matthew (Counsel) | BFR | 2007 | $1,125.00 | 204.70 | $230,287.50 |
| Mishkin, Jessie B. (Counsel) | Litigation | 2007 | $1,100.00 | 8.20 | $9,020.00 |
| **Total Partners and Counsel:** | | | | **979.90** | **$1,328,263.00** |

---

[1] BFR – Business Finance & Restructuring

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT[2] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Friedman, Julie T. | BFR | 2003 | $625.00 | 36.40 | $22,750.00 |
| Byrne, Peter M. | Corporate | 2007 | $1,050.00 | 5.20 | $5,460.00 |
| Kramer, Kevin | Litigation | 2010 | $1,050.00 | 199.70 | $209,685.00 |
| Bitter, Blake | Tax | 2011 (VA) | $1,050.00 | 54.10 | $56,805.00 |
| Silber, Gary | Tax | 2011 | $1,050.00 | 26.00 | $27,300.00 |
| Goltser, Jonathan | Corporate | 2011 | $980.00 | 0.20 | $196.00 |
| Bostel, Kevin | BFR | 2012 | $1,050.00 | 116.30 | $122,115.00 |
| Friedenberg, Matthew R. | Litigation | 2012 | $1,050.00 | 3.40 | $3,570.00 |
| Minga, Jay | Litigation | 2013 | $1,050.00 | 135.30 | $142,065.00 |
| Swenson, Robert M. | Litigation | 2013 | $1,050.00 | 19.60 | $20,580.00 |
| Fink, Moshe A. | BFR | 2014 | $1,050.00 | 2.50 | $2,625.00 |
| Schinckel, Thomas Robert | BFR | 2014 (Australia) | $845.00 | 77.60 | $65,572.00 |
| Nolan, John J. | Litigation | 2015 | $1,010.00 | 35.60 | $35,956.00 |
| Africk, Max M. | Litigation | 2015 | $980.00 | 24.60 | $24,108.00 |
| Brookstone, Benjamin | Tax | 2015 | $980.00 | 52.30 | $51,254.00 |
| Lane, Erik | Litigation | 2016 | $930.00 | 67.80 | $63,054.00 |
| Anderson, Joseph Caleb | Corporate | 2016 | $845.00 | 0.90 | $760.50 |
| Kleinjan, John M. | Tax | 2017 | $930.00 | 20.90 | $19,437.00 |
| McGrath, Colin | Litigation | 2017 | $845.00 | 100.30 | $84,753.50 |
| McNulty, Shawn C. | Litigation | 2017 | $845.00 | 15.80 | $13,351.00 |
| Foust, Rachel L. | BFR | 2018 | $845.00 | 90.60 | $76,557.00 |
| Zangrillo, Anthony | Corporate | 2018 | $845.00 | 0.50 | $422.50 |
| Carens, Elizabeth Anne | BFR | 2018 | $730.00 | 157.40 | $109,088.00 |
| Irani, Neeckaum | Litigation | 2018 (CA) | $730.00 | 5.40 | $3,942.00 |
| Green, Austin Joseph | Litigation | 2019 | $730.00 | 105.00 | $76,650.00 |
| Evans, Steven | Litigation | 2019 | $730.00 | 6.40 | $4,672.00 |
| Sonkin, Cliff | BFR | 2019 | $730.00 | 38.20 | $27,886.00 |
| Hayes, Emily A | Litigation | 2019 (CA) | $595.00 | 46.80 | $27,846.00 |
| Morganelli, Brian | BFR | * | $595.00 | 192.90 | $114,775.50 |
| **Total Associates:** | | | | **1,637.70** | **$1,413,236.00** |

---

[2] BFR – Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| NAME OF PARAPROFESSIONALS AND OTHER NON-LEGAL STAFF: | DEPARTMENT[3] | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Lee, Kathleen | BFR | $435.00 | 10.60 | $4,611.00 |
| Eng-Bendel, Cheryl | Litigation Support | $395.00 | 0.20 | $79.00 |
| Ting, Lara | Litigation Support | $375.00 | 30.80 | $11,550.00 |
| Chan, Herbert | Litigation | $370.00 | 1.10 | $407.00 |
| Dang, Thai | Litigation Support | $360.00 | 3.50 | $1,260.00 |
| Nudelman, Peter | Litigation Support | $360.00 | 2.60 | $936.00 |
| Biratu, Sirak D. | Litigation | $345.00 | 19.90 | $6,865.50 |
| Bogota, Alejandro | Litigation Support | $345.00 | 2.00 | $690.00 |
| Chavez, Miguel | Litigation Support | $345.00 | 3.00 | $1,035.00 |
| Mo, Suihua | Litigation Support | $345.00 | 1.00 | $345.00 |
| Altman-Desole, Jacob | BFR | $250.00 | 0.60 | $150.00 |
| Keschner, Jason | BFR | $250.00 | 2.30 | $575.00 |
| Peene, Travis J. | BFR | $250.00 | 18.20 | $4,550.00 |
| **Total Paraprofessionals and Other Non-Legal Staff:** | | | **95.80** | **$33,053.50** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,355.51 | 979.90 | $1,328,263.00 |
| Associates | $862.94 | 1,637.70 | $1,413,236.00 |
| Paraprofessionals and Other Non-Legal Staff | $345.03 | 95.80 | $33,053.50 |
| **Blended Attorney Rate** | **$1,047.33** | | |
| **Total Fees Incurred:** | | **2,713.40** | **$2,774,552.50** |

---

[3] BFR – Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119