# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR
## SERVICES RENDERED BY WEIL, GOTSHAL & MANGES LLP
## FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Asset Sales/363 Sales | 2.80 | $2,818.50 |
| 003 | Automatic Stay | 16.70 | $17,919.50 |
| 004 | Bankruptcy Litigation | 179.80 | $153,312.50 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 401.60 | $384,401.50 |
| 006 | Case Administration (docket updates, WIP and calendar) | 28.10 | $17,987.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 662.10 | $691,483.50 |
| 009 | Communications with Client | 14.00 | $13,065.00 |
| 010 | Corporate Governance and Board Issues | 56.70 | $69,708.50 |
| 011 | Customer, Supplier and Vendor Issues | 19.90 | $20,609.00 |
| 012 | DIP Financing/ Cash Mgmt/ Hedging Transactions | 2.00 | $2,141.00 |
| 013 | Disclosure Statement | 6.20 | $4,292.00 |
| 014 | Employee Issues | 185.90 | $180,464.00 |
| 016 | Exclusivity | 336.00 | $361,227.50 |
| 017 | Executory Contracts/Lease Issues | 27.30 | $24,753.00 |
| 018 | General Case Strategy(includes calls with client and team calls) | 114.60 | $121,247.50 |
| 019 | Hearings and Court Matters | 114.80 | $131,308.50 |
| 021 | Non-Bankruptcy Litigation | 8.80 | $10,698.50 |
| 022 | Non-Working Travel | 53.50 | $70,022.50 |
| 024 | Reclamation/503(b)(9) | 18.70 | $13,792.00 |
| 025 | Regulatory Issues including CPUC and FERC | 72.20 | $83,636.50 |
| 026 | Retention/Billing/Fee Applications: WGM | 77.60 | $67,593.50 |
| 027 | Retention/Fee Application: Ordinary Course Professionals | 1.70 | $1,819.50 |
| 028 | Retention/Fee Application: Other Professionals | 70.30 | $61,999.00 |
| 030 | Tax Issues | 171.40 | $205,992.50 |
| 031 | U.S. Trustee issues/ meetings/ communications/monthly operating | 0.60 | $675.00 |
| 032 | Unsecured Creditor Issues/ Communications/Meetings | 5.10 | $4,308.00 |
| 035 | Real Estate and Real Property Issues | 37.80 | $33,564.00 |
| 036 | Tort Claimants Committee, including Wildfire Claimants | 26.10 | $22,494.00 |
| 037 | Insurance Issues | 1.10 | $1,219.00 |
| **Total:** | | **2,713.40** | **$2,774,552.50** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119