**EXHIBIT C**

**EXPENSE SUMMARY
FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $19,445.13 |
| Court Reporting | $7,699.20 |
| CourtCall | $110.00 |
| Duplicating | $4,989.32 |
| Firm Messenger Service | $272.38 |
| Meals | $2,827.82 |
| Transportation | $6,766.35 |
| Travel | $36,762.12 |
| **Total Expenses Requested:** | **$78,872.32** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119