**Exhibit A**

**Exhibit A**

**COMMITTEE MEMBERS INCURRING EXPENSES FOR SERVICES RENDERED ON BEHALF OF THE TCC FROM FEBRUARY 15, 2019 THROUGH NOVEMBER 30, 2019**

| Name | Position | Total Expenses Incurred |
|---|---|---|
| Karen M. Lockhart | Chair | $49.88 |
| Gary Agajanian | Member | $8,042.57 |
| Karen Gowins | Member | $1,179.36 |
| Sue Slocum | Member | $7,533.52 |