**Exhibit B**

**Exhibit B**

**EXPENSE SUMMARY**
**FOR THE PERIOD FEBRUARY 15, 2019 THROUGH NOVEMBER 30, 2019**

| EXPENSES | AMOUNTS |
|---|---|
| Mileage Reimbursement | $3,097.78 |
| Transportation/Parking/Tolls | $5,773.52 |
| Other: Fuel | $200.81 |
| Meals | $1,343.29 |
| Lodging | $6,389.93 |
| **Total Expenses Requested:** | **$16,805.33** |