**Exhibit C**

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case NO. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM

(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member:      Karen M. Lockhart

2. Description of Committee Business:      Committee Mtg

3. Date of Committee Business:      November 22, 2019

4. Location of Committee Business:      Sacramento, CA

5. Date of Travel      November 22, 2019

    Description of trip (start/end locations)      Yuba City to Sacramento to Yuba City

6. Reimbursable Expenses:

   (a) Transportation:

     (1) Air or Rail Fare

     (2) Personal automobile miles at $ .58 per mile      $49.88
        Total miles traveled: 86
          Yuba City to Sacramento to Yuba City

     (3) Taxi/Uber/Lyft/Public Transportation/Bart

     (4) Parking/Tolls

     (5) Other (describe)

   (b) Lodging:

     (1) Hotel (excluding meals)

   (c) Meals

     (1) Breakfast (no receipt)

     (2) Dinner    (no receipt)

**TOTAL REIMBURSEMENT SOUGHT**      **$ 49.88**

Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Location for Mileage, etc)*

    I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

_____
Karen M. Lockhart

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM
(If You Need Additional Space You May Attach Additional Pages)

1 Name of Committee Member: Gary Agajanian
2 Description of Committee Business: 
3 Date of Committee Business: February 2019
4 Location:
5 Name of Representative Attending Meeting: Gary Agajanian
6 Reimbursable Expenses
   (a) Transportation:
      (1) Air or Rail Fare
      (2) Personal automobile miles at $ .58 per mile           $417.60
      (3) Taxi/Uber/Lyft/Public Transport
      (4) Parking/Tolls                                          $200.00
      (5) Other (describe)                                       $45.95 - Fuel
   (b) Lodging:
      (1) Hotel (excluding meals)                                $1,314.62
   (c) Meals:
      (1) Breakfast
      (2) Lunch (not reimburseable)
      (3) Dinner                                                 $396.54

**TOTAL REIMBURSEMENT SOUGHT**                                   $2,374.71

*Please Attach Backup for Each Item Sought (Receipts. Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

_____
(Signature of Committee Member)

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

**COMMITTEE EXPENSE FORM**

(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member: Gary Agajanian
2. Description of Committee Business: _____
3. Date of Committee Business: March 2019
4. Location: _____
5. Name of Representative Attending Meeting: Gary Agajanian
6. Reimbursable Expenses
   - (a) Transportation:
     - (1) Air or Rail Fare
     - (2) Personal automobile miles at $ .58 per mile — 689.04
     - (3) Taxi/Uber/Lyft/Public Transport — 10.15
     - (4) Parking/Tolls — 102.62
     - (5) Other (describe) — 98.20
   - (b) Lodging:
     - (1) Hotel (excluding meals) — 1,494.41
   - (c) Meals:
     - (1) Breakfast
     - (2) Lunch (not reimburseable)
     - (3) Dinner — 401.51

**TOTAL REIMBURSEMENT SOUGHT** — 2,795.93

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

(Signature of Committee Member)

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

**COMMITTEE EXPENSE FORM**

(If You Need Additional Space You May Attach Additional Pages)

1 Name of Committee Member: Gary Agajanian
2 Description of Committee Business:
3 Date of Committee Business: April 2019
4 Location:
5 Name of Representative Attending Meeting: Gary Agajanian
6 Reimbursable Expenses
   (a) Transportation:
      (1) Air or Rail Fare
      (2) Personal automobile miles at $ .58 per mile    433.84
      (3) Taxi/Uber/Lyft/Public Transport
      (4) Parking/Tolls
      (5) Other (describe) Fuel    56.66
   (b) Lodging:
      (1) Hotel (excluding meals)    504.56
   (c) Meals:
      (1) Breakfast
      (2) Lunch (not reimburseable)
      (3) Dinner    224.80

**TOTAL REIMBURSEMENT SOUGHT**    1,219.86

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

(Signature of Committee Member)

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

**COMMITTEE EXPENSE FORM**
(If You Need Additional Space You May Attach Additional Pages)

1 Name of Committee Member: _Gary Agnjanian_
2 Description of Committee Business: _____
3 Date of Committee Business: _May 2019_
4 Location: _____
5 Name of Representative Attending Meeting: _Gary Agnjanian_
6 Reimbursable Expenses
 (a) Transportation:
  (1) Air or Rail Fare
  (2) Personal automobile miles at $ .58 per mile — $208.80
  (3) Taxi/Uber/Lyft/Public Transport
  (4) Parking/Tolls
  (5) Other (describe)
 (b) Lodging:
  (1) Hotel (excluding meals) — $173.00
 (c) Meals:
  (1) Breakfast
  (2) Lunch (not reimburseable)
  (3) Dinner

**TOTAL REIMBURSEMENT SOUGHT**

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

(Signature of Committee Member)

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

**COMMITTEE EXPENSE FORM**
(If You Need Additional Space You May Attach Additional Pages)

1 Name of Committee Member: Gary Agajanian
2 Description of Committee Business: _____
3 Date of Committee Business: June 2019
4 Location: _____
5 Name of Representative Attending Meeting: _____
6 Reimbursable Expenses
   (a) Transportation:
       (1) Air or Rail Fare
       (2) Personal automobile miles at $ .58 per mile          $197.20
       (3) Taxi/Uber/Lyft/Public Transport
       (4) Parking/Tolls
       (5) Other (describe)
   (b) Lodging:
       (1) Hotel (excluding meals)                              $91.00
   (c) Meals:
       (1) Breakfast
       (2) Lunch (not reimburseable)
       (3) Dinner

**TOTAL REIMBURSEMENT SOUGHT**

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

_____
(Signature of Committee Member)

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

**COMMITTEE EXPENSE FORM**
(If You Need Additional Space You May Attach Additional Pages)

1 Name of Committee Member: _Gary Agajanian_
2 Description of Committee Business: _____
3 Date of Committee Business: _July 2019_
4 Location: _____
5 Name of Representative Attending Meeting: _Gary Agajanian_
6 Reimbursable Expenses
   (a) Transportation:
      (1) Air or Rail Fare
      (2) Personal automobile miles at $ .58 per mile          $190.24
      (3) Taxi/Uber/Lyft/Public Transport
      (4) Parking/Tolls
      (5) Other (describe)
   (b) Lodging:
      (1) Hotel (excluding meals)
   (c) Meals:
      (1) Breakfast
      (2) Lunch (not reimburseable)
      (3) Dinner

**TOTAL REIMBURSEMENT SOUGHT**                                 $190.24

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

_____
(Signature of Committee Member)

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

**COMMITTEE EXPENSE FORM**
(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member: Gary Agajunian
2. Description of Committee Business:
3. Date of Committee Business: August 2019
4. Location:
5. Name of Representative Attending Meeting: Gary Agajunian
6. Reimbursable Expenses
   (a) Transportation:
       (1) Air or Rail Fare
       (2) Personal automobile miles at $ .58 per mile     $263.32
       (3) Taxi/Uber/Lyft/Public Transport
       (4) Parking/Tolls
       (5) Other (describe)
   (b) Lodging:
       (1) Hotel (excluding meals)                          363.06
   (c) Meals:
       (1) Breakfast
       (2) Lunch (not reimburseable)
       (3) Dinner                                          $165.45

**TOTAL REIMBURSEMENT SOUGHT**                              $791.83

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

(Signature of Committee Member)

*San Francisco 9/27/2019*
*All Committee Meeting*

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM
(If You Need Additional Space You May Attach Additional Pages)

1 Name of Committee Member: *Karen K Gowins*
2 Description of Committee Business: *San Francisco in Person Mtng*
3 Date of Committee Business: *9-27-2019*
4 Location: *San Francisco, CA.*
5 Name of Representative Attending Meeting: *Karen G & Committee Members*
6 Reimbursable Expenses

(a) Transportation:
   (1) ~~Air or Rail Fare~~ *Rental Car* — 123.63
   (2) Personal automobile miles at $.58 per mile *92.5 miles/way Magalia to 1250 Halyard Sac 95691 = 185 miles x .58* — 107.30
   (3) Taxi/Uber/Lyft/Public Transport
   (4) Parking/Tolls *- Oakland Bridge* — 7.00
   (5) Other (describe)

(b) Lodging:
   (1) Hotel (excluding meals) *- Sacramento - West* — 186.10

(c) Meals:
   (1) Breakfast — 20.00
   (2) Lunch (not reimburseable) — 0
   (3) Dinner *(2 nights)* — 75.07

**TOTAL REIMBURSEMENT SOUGHT** — 519.10

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*Karen K Gowins*
(Signature of Committee Member)

*Thank You!*

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

**COMMITTEE EXPENSE FORM**

(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member: _Karen K. Gowins_
2. Description of Committee Business: _In Person Meeting_
3. Date of Committee Business: _11-22-2019_
4. Location: _Sacramento, CA._
5. Name of Representative Attending Meeting: _Karen K. Gowins_
6. Reimbursable Expenses

   (a) Transportation:
   - (1) Air or Rail Fare _Car Rental_ — _158.62_
   - (2) Personal automobile miles at $ .58 per mile _106 miles x 2 = 212_ — _122.96_
   - (3) Taxi/Uber/Lyft/Public Transport
   - (4) Parking/Tolls
   - (5) Other (describe)

   (b) Lodging:
   - (1) Hotel (excluding meals) — _378.68_

   (c) Meals:
   - (1) Breakfast — —
   - (2) Lunch (not reimburseable) — —
   - (3) Dinner — —

**TOTAL REIMBURSEMENT SOUGHT** _$660.26_

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

_Karen K Gowins_
(Signature of Committee Member)

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

**COMMITTEE EXPENSE FORM**

(If You Need Additional Space You May Attach Additional Pages)

1 Name of Committee Member: Susan Slocum
2 Description of Committee Business: Meeting of Tort Claimants' Committee
3 Date of Committee Business: 2-20-19
4 Location: San Francisco
5 Name of Representative Attending Meeting: Susan Slocum/Mary Alexander
6 Reimbursable Expenses
  (a) Transportation:
    (1) Air or Rail Fare
    (2) Personal automobile miles at $ .58 per mile
    (3) Taxi/Uber/Lyft/Public Transport    $994.62
    (4) Parking/Tolls
    (5) Other (describe)
  (b) Lodging:
    (1) Hotel (excluding meals)    $627.64
  (c) Meals:
    (1) Breakfast
    (2) Lunch (not reimburseable)
    (3) Dinner    $59.92

**TOTAL REIMBURSEMENT SOUGHT**    $1,682.18

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*Mary E Alexander*
(Signature of Committee Member)
For Susan Slocum

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

**COMMITTEE EXPENSE FORM**

(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member: _Susan Slocum_
2. Description of Committee Business: _Meeting of Tort Claimant's Committee_
3. Date of Committee Business: _March 1, 2019_
4. Location: _Hilton, Sacramento_
5. Name of Representative Attending Meeting: _Susan Slocum / Brendan Way_
6. Reimbursable Expenses

    (a) Transportation:
    - (1) Air or Rail Fare
    - (2) Personal automobile miles at $ .58 per mile
    - (3) Taxi/Uber/Lyft/Public Transport      $1,023.39
    - (4) Parking/Tolls
    - (5) Other (describe)

    (b) Lodging:
    - (1) Hotel (excluding meals)

    (c) Meals:
    - (1) Breakfast
    - (2) Lunch (not reimburseable)
    - (3) Dinner

**TOTAL REIMBURSEMENT SOUGHT**      $1,023.39

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

_Mary E Alexander_
(Signature of Committee Member)
_For Susan Slocum_

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM

(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member: _Susan Slocum_
2. Description of Committee Business: _Meeting of Tort Claimants Committee_
3. Date of Committee Business: _3-30-19 to 3-31-19_
4. Location: _Chico, CA_
5. Name of Representative Attending Meeting: _Susan Slocum / Mary Alexander / Brendan Way_
6. Reimbursable Expenses
   - (a) Transportation:
     - (1) Air or Rail Fare
     - (2) Personal automobile miles at $ .58 per mile _(514 miles R.T.)_ — **$298.12**
     - (3) Taxi/Uber/Lyft/Public Transport
     - (4) Parking/Tolls
     - (5) Other (describe)
   - (b) Lodging:
     - (1) Hotel (excluding meals) — **$399.68**
   - (c) Meals:
     - (1) Breakfast
     - (2) Lunch (not reimburseable)
     - (3) Dinner

**TOTAL REIMBURSEMENT SOUGHT** — **$697.80**

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

_(Signature of Committee Member)_
For Susan Slocum

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM

(If You Need Additional Space You May Attach Additional Pages)

1 Name of Committee Member: _Susan Slocum_
2 Description of Committee Business: _Meeting of Tort Claimants Committee_
3 Date of Committee Business: _April 26, 2019 & April 27, 2019_
4 Location: _Springhill Suites, Napa_
5 Name of Representative Attending Meeting: _Susan Slocum/Mary Alexander/Brendan Way_
6 Reimbursable Expenses
  (a) Transportation:
    (1) Air or Rail Fare
    (2) Personal automobile miles at $ .58 per mile
    (3) Taxi/Uber/Lyft/Public Transport     $1,279.88
    (4) Parking/Tolls
    (5) Other (describe)
  (b) Lodging:
    (1) Hotel (excluding meals)
  (c) Meals:
    (1) Breakfast
    (2) Lunch (not reimburseable)
    (3) Dinner

**TOTAL REIMBURSEMENT SOUGHT**     $1,279.88

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

_Mary E Alexander_
(Signature of Committee Member)
_For Susan Slocum_

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM
(If You Need Additional Space You May Attach Additional Pages)

1. Name of Committee Member: **Susan Slocum**
2. Description of Committee Business: **Meeting of Tort Claimants Committee**
3. Date of Committee Business: **6-12-19**
4. Location: **Oakland, CA**
5. Name of Representative Attending Meeting: **Susan Slocum/Mary Alexander/Brendan Way**
6. Reimbursable Expenses
   (a) Transportation:
       (1) Air or Rail Fare
       (2) Personal automobile miles at $ .58 per mile *(206 miles R.T.)* — **$119.48**
       (3) Taxi/Uber/Lyft/Public Transport — ~~N/A~~
       (4) Parking/Tolls
       (5) Other (describe)
   (b) Lodging:
       (1) Hotel (excluding meals) — **$857.18**
   (c) Meals:
       (1) Breakfast
       (2) Lunch (not reimburseable)
       (3) Dinner

**TOTAL REIMBURSEMENT SOUGHT** — **$976.66**

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*Mary E Alexander*
(Signature of Committee Member)
For Susan Slocum

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM

(If You Need Additional Space You May Attach Additional Pages)

1 Name of Committee Member: _Susan Slocum_
2 Description of Committee Business: _Meeting of Tort Claimants Committee_
3 Date of Committee Business: _7-10-19_
4 Location: _Sacramento_
5 Name of Representative Attending Meeting: _Susan Slocum / Brendan Way_
6 Reimbursable Expenses
  (a) Transportation:
    (1) Air or Rail Fare
    (2) Personal automobile miles at $ .58 per mile
    (3) Taxi/Uber/Lyft/Public Transport      $748.36
    (4) Parking/Tolls
    (5) Other (describe)
  (b) Lodging:
    (1) Hotel (excluding meals)
  (c) Meals:
    (1) Breakfast
    (2) Lunch (not reimburseable)
    (3) Dinner

**TOTAL REIMBURSEMENT SOUGHT**      $748.36

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

    I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

_Mary E. Alexander_
(Signature of Committee Member)
For Susan Slocum

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

**COMMITTEE EXPENSE FORM**

(If You Need Additional Space You May Attach Additional Pages)

1 Name of Committee Member: _Susan Slocum_
2 Description of Committee Business: _Meeting of Tort Claimant Committee_
3 Date of Committee Business: _8-29-19_
4 Location: _Santa Rosa_
5 Name of Representative Attending Meeting: _Susan Slocum/Brendan Way_
6 Reimbursable Expenses
  (a) Transportation:
    (1) Air or Rail Fare
    (2) Personal automobile miles at $ .58 per mile
    (3) Taxi/Uber/Lyft/Public Transport         $1,125.25
    (4) Parking/Tolls
    (5) Other (describe)
  (b) Lodging:
    (1) Hotel (excluding meals)
  (c) Meals:
    (1) Breakfast
    (2) Lunch (not reimburseable)
    (3) Dinner

**TOTAL REIMBURSEMENT SOUGHT**         $1,125.25

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

_Mary E Alexander_
(Signature of Committee Member)
For Susan Slocum