IRELL & MANELLA LLP
Craig Varnen (170263)
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Michael H. Strub, Jr. (153828)
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5190

Attorneys for Interested Party
BLUEMOUNTAIN CAPITAL
MANAGEMENT LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

PG&E CORPORATION

   - and -

PACIFIC GAS AND ELECTRIC COMPANY,

   Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors.

* All papers shall be filed in the Lead Case No. 19-30088 DM.

Case No. 19-30088 DM (Lead Case)

Chapter 11

(Jointly Administered Case No. 19-30089 DM)

**NOTICE OF WITHDRAWAL OF APPEARANCE OF MARGARET SCHIERBERL ON BEHALF OF BLUEMOUNTAIN CAPITAL MANAGEMENT LLC**

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations
10782658

Case: 19-30088   Doc# 5318   Filed: 01/09/20   Entered: 01/09/20 12:43:12   Page 1 of 2

**PLEASE TAKE NOTICE THAT** the *pro hac vice* appearance of **Margaret Schierberl** of Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006 (mschierberl@cgsh.com), on behalf of BlueMountain Capital Management LLC, a party-in-interest in the above-captioned cases, **is hereby withdrawn**, and all service of pleadings and notices on her in these cases, including CM/ECF electronic notification, should be discontinued.

Dated: January 9, 2020                  IRELL & MANELLA LLP

By: */s/ Michael H. Strub, Jr.*
Michael H. Strub, Jr.
Attorneys for Interested Party
BLUEMOUNTAIN CAPITAL MANAGEMENT LLC

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations
10782658