

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: | Chapter 11 |
| Pacific Gas & Electric Corp., *et al.* | Case No. 19-30088 Chapter 11 |
| Debtors | (Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**CITIGROUP FINANCIAL PRODUCTS INC.**
Name of Transferee
Phone: (212) 723-6064, (302) 894-6175
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

Kenneth Keeley
Citigroup Global Markets
388 Greenwich Street, Trading Tower 6th Floor
New York, NY 10013

-and-

Brian S. Broyles
Distressed Closing/Private Equity/Corporate Actions
One Penns Way
OPS 2/2nd FL – Global Loans
New Castle, DE 19720

**GRANITE CONSTRUCTION COMPANY**
Name of Transferor
Phone: 831-761-4759
Last Four Digits of Acct #: N/A

**Claim No: 8957 as amended 92448**
**Case No.:** 19-30089 (DM)

Date Filed: September 17, 2019 as amended on December 30, 2019

Total Amount of Claim: $2,038,821.98
**Transferred Amount of Claim: $1,998,759.98**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ꟷDocuSigned by:ꟷ /s/ BSB  Brian S. Broyles - Authorized Signatory
 ꟷ4D0561BB5CD9437ꟷ                                    Date: December 31, 2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:          United States Bankruptcy Court
Northern District of California
Attn: Clerk

AND TO:    Pacific Gas and Electric Company ("Debtor")
Case No. 19-30089

GRANITE CONSTRUCTION COMPANY ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

CITIGROUP FINANCIAL PRODUCTS INC.
One Penns Way
OPS 2/2nd FL – Global Loans
New Castle, DE 19720

its successors and assigns ("Buyer"), all right, title and interest in and to the claims of Seller against the Debtor, docketed as Claim No. 8957 as amended by Claim No. 92448 solely with respect to $1,998,759.98 (the "Transferred Claim"), which represents 98.0350418% of the total claim amount of $2,038,821.98, in the United States Bankruptcy Court for the Northern District of California. The claims sold, transferred and assigned to Buyer are identified on Exhibit A attached hereto.

Seller hereby waives any objection to the transfer of the Transferred Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the U.S. Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Transferred Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Transferred Claim to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Partial Transfer of Claim as of December 31, 2019.

                                      **GRANITE CONSTRUCTION COMPANY**

By: *[signature]*
Name: Kenneth B. Olson
Title: Vice President and Treasurer

                                      **CITIGROUP FINANCIAL PRODUCTS INC.**

By: _____
Name:
Title:

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Partial Transfer of Claim as of December 31, 2019.

**GRANITE CONSTRUCTION COMPANY**

By:_____
Name: Kenneth B. Olson
Title: Vice President and Treasurer

**CITIGROUP FINANCIAL PRODUCTS INC.**

By:_____
— DocuSigned by: BSB/ — 4D0561885CD9437
Name:
Title: Brian S. Broyles - Authorized Signatory

754889-4-1005-v0.10

80-40539871

## EXHIBIT A

| Valley Region Tie Out | | |
|---|---|---:|
| Invoice | Taulia | |
| 830585-2 | $ | 143,372.80 |
| 835195-01 | $ | 81,596.57 |
| 843647-01 | $ | 169,673.00 |
| 843647-03 | $ | 273,694.00 |
| 843647-04 | $ | 213,551.00 |
| | $ | 881,887.37 |

| Central CA Tie Out | | |
|---|---|---:|
| Invoice | Taulia | |
| 207146-84.7 | $ | 9,415.47 |
| 207146-86.3 | $ | 6,243.87 |
| 207146-86.9 | $ | 18,088.35 |
| 207146-86.13 | $ | 1,922.72 |
| 207146-87.1 | $ | 62,567.57 |
| 207146-87.2 | $ | 561,746.47 |
| 207146-87.3 | $ | 33,844.19 |
| 207146-87.4 | $ | 54,938.80 |
| 207146-87.5 | $ | 4,074.55 |
| 207146-87.6 | $ | 68,346.00 |
| 207146-87.7 | $ | 17,500.73 |
| 207146-87.8 | $ | 87,855.41 |
| 207146-87.9 | $ | 18,500.00 |
| 207146-87.10 | $ | 10,801.65 |
| 207146-87.11 | $ | 29,621.77 |
| 207146-87.12 | $ | 690.21 |
| 207146-87.13 | $ | 7,000.00 |
| 207146-88.1 | $ | 300.71 |
| 207146-88.2 | $ | 11,104.49 |
| 207146-88.4 | $ | 3,334.52 |
| 207146-88.6 | $ | 23,986.20 |
| 207146-88.8 | $ | 9,407.75 |
| 207146-88.9 | $ | 11,033.00 |
| 207146-89.1 | $ | 9,414.86 |
| 207146-89.14 | $ | 16,506.48 |
| 207146-89.16 | $ | 8,030.94 |
| 1523669 | $ | 33,882.19 |
| Credit Memo | $ | (225.89) |
| Credit Memo | $ | (1,000.00) |
| Credit Memo | $ | (2,060.40) |
| | $ | 1,116,872.61 |
| | $ | 1,998,759.98 |

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
   SAN FRANCISCO DIVISION

 # 30066170 - MT
 * * C O P Y * *
 January 09, 2020
     15:12:27

   TRANS OF CLAIM
   19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Amount.:              $25.00 CH
Check#.: 26447611421



Total-> $25.00



FROM: DAMIEN MORRIS
```