# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| Debtors. | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Alain B. Francoeur, do declare and state as follows:

1.      I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.      On January 6, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Debtors' Motion to Reject Vlazakis Contract and Grant Related Relief and Brief in Support of Rejectabilty [Docket No. 5272]

- Declaration of Brian Garber in Support of Debtors' Motion to Reject Vlazakis Contract and Grant Related Relief and Brief in Support of Rejectabilty [Docket No. 5273]

- Notice of Hearing on Debtors' Motion to Reject Vlazakis Contract and Grant Related Relief and Brief in Support of Rejectabilty [Docket No. 5274]

- Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (II) Granting Related Relief [Docket No. 5282]

- Declaration of Janet Loduca in Support of Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (II) Granting Related Relief [Docket No. 5283]

- Debtors' Motion for Entry of an Order Authorizing Redaction and Sealing of Confidential Information from Tubbs Settlement Document [Docket No. 5284]

- Declaration of Kevin Orsini in Support of Debtors' Motion for Entry of an Order Authorizing Redaction and Sealing of Confidential Information from Tubbs Settlement Document [Docket No. 5286]

- *Ex Parte* Motion of Debtors Requesting Order Shortening Time for Hearing on Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (II) Granting Related Relief [Docket No. 5287]

- Declaration of Jessica Liou in Support of *Ex Parte* Motion of Debtors Requesting Order Shortening Time for Hearing on Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (II) Granting Related Relief [Docket No. 5288]

3.     Additionally, on January 6, 2019, at my direction and under my supervision, employees of Prime Clerk caused a "CHAMBERS COPY" of the following documents to be delivered via first class mail to the U.S. Bankruptcy Court Northern District of CA, Attn: Honorable Dennis Montali, 450 Golden Gate Ave, 18th Floor San Francisco, CA 94102.

- Debtors' Motion to Reject Vlazakis Contract and Grant Related Relief and Brief in Support of Rejectabilty [Docket No. 5272]

- Declaration of Brian Garber in Support of Debtors' Motion to Reject Vlazakis Contract and Grant Related Relief and Brief in Support of Rejectabilty [Docket No. 5273]

- Notice of Hearing on Debtors' Motion to Reject Vlazakis Contract and Grant Related Relief and Brief in Support of Rejectabilty [Docket No. 5274]

- Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (II) Granting Related Relief [Docket No. 5282]

- Declaration of Janet Loduca in Support of Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (II) Granting Related Relief [Docket No. 5283]

- Debtors' Motion for Entry of an Order Authorizing Redaction and Sealing of Confidential Information from Tubbs Settlement Document [Docket No. 5284]

- Declaration of Kevin Orsini in Support of Debtors' Motion for Entry of an Order Authorizing Redaction and Sealing of Confidential Information from Tubbs Settlement Document [Docket No. 5286]

2

- *Ex Parte* Motion of Debtors Requesting Order Shortening Time for Hearing on Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (II) Granting Related Relief [Docket No. 5287]

- Declaration of Jessica Liou in Support of *Ex Parte* Motion of Debtors Requesting Order Shortening Time for Hearing on Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (II) Granting Related Relief [Docket No. 5288]

4. On January 6, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail and Email on STONE & ASSOCIATES A Professional Corporation, ATTN: RONALD F. BERESTKA, JR. ESQ., 2125 Ygnacio Valley Road, Suite 101 Walnut Creek, CA 94598 (rberestka@stonelawoffice.com):

- Debtors' Motion to Reject Vlazakis Contract and Grant Related Relief and Brief in Support of Rejectabilty [Docket No. 5272]

- Declaration of Brian Garber in Support of Debtors' Motion to Reject Vlazakis Contract and Grant Related Relief and Brief in Support of Rejectabilty [Docket No. 5273]

- Notice of Hearing on Debtors' Motion to Reject Vlazakis Contract and Grant Related Relief and Brief in Support of Rejectabilty [Docket No. 5274]

5. On January 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via Email on the Supplemental ECF Email Service List attached hereto as **Exhibit B**:

- Debtors' Motion to Reject Vlazakis Contract and Grant Related Relief and Brief in Support of Rejectabilty [Docket No. 5272]

- Declaration of Brian Garber in Support of Debtors' Motion to Reject Vlazakis Contract and Grant Related Relief and Brief in Support of Rejectabilty [Docket No. 5273]

- Notice of Hearing on Debtors' Motion to Reject Vlazakis Contract and Grant Related Relief and Brief in Support of Rejectabilty [Docket No. 5274]

- Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (II) Granting Related Relief [Docket No. 5282]

- Declaration of Janet Loduca in Support of Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (II) Granting Related Relief [Docket No. 5283]

Case: 19-30088   Doc# 5326   Filed: 01/09/20   Entered: 01/09/20 21:08:48   Page 3 of 84

- Debtors' Motion for Entry of an Order Authorizing Redaction and Sealing of Confidential Information from Tubbs Settlement Document [Docket No. 5284]

- Declaration of Kevin Orsini in Support of Debtors' Motion for Entry of an Order Authorizing Redaction and Sealing of Confidential Information from Tubbs Settlement Document [Docket No. 5286]

- *Ex Parte* Motion of Debtors Requesting Order Shortening Time for Hearing on Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (II) Granting Related Relief [Docket No. 5287]

- Declaration of Jessica Liou in Support of *Ex Parte* Motion of Debtors Requesting Order Shortening Time for Hearing on Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (II) Granting Related Relief [Docket No. 5288]

6.      I have reviewed the Notice of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

7.      I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 9th day of January 2020, at New York, NY.

Alain B. Francoeur

SRF 38793

**Exhibit A**

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to ADVENTIST HEALTHSYSTEM/WEST, a California non-profit religious corporation | ADVENTIST HEALTH SYSTEM/WEST | ATTN: ROBERT L. LAYTON<br>ONE Adventist Health Way<br>Roseville CA 95661 | laytonrl@ah.org | Email |
| Counsel for Aera Energy LLC, Midway Sunset Congeneration Company | Aera Energy LLC | Attn: Ron A. Symm<br>10000 Ming Avenue<br>Bakersfield CA 93311 | RASymm@aeraenergy.com | Email |
| Counsel to TRANSWESTERN PIPELINE COMPANY, LLC | AKERMAN LLP | Attn: JOHN E. MITCHELL and YELENA ARCHIYAN<br>2001 Ross Avenue, Suite 3600<br>Dallas TX 75201 | john.mitchell@akerman.com<br>yelena.archiyan@akerman.com | Email |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: David P. Simonds<br>1999 Avenue of the Stars<br>Suite 600<br>Los Angeles CA 90067 | dsimonds@akingump.com | First Class Mail and Email |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter<br>One Bryant Park<br>New York NY 10036 | mstamer@akingump.com<br>idizengoff@akingump.com<br>dbotter@akingump.com | Email |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Andrew I. Silfen, Beth M. Brownstein, Jordana L. Renert<br>1301 Avenue of the Americas<br>42nd Floor<br>New York NY 10019 | Beth.Brownstein@arentfox.com<br>Jordana.Renert@arentfox.com | Email |
| Counsel for Genesys Telecommunications Laboratories Inc. | Arent Fox LLP | Attn: Andy S. Kong and Christopher K.S. Wong<br>555 West Fifth Street<br>48th Floor<br>Los Angeles CA 90013-1065 | andy.kong@arentfox.com | Email |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Aram Ordubegian<br>555 West Fifth Street<br>48th Floor<br>Los Angeles CA 90013-1065 | Aram.Ordubegian@arentfox.com | Email |
| Counsel for AT&T | Arnold & Porter Kaye Scholer LLP | Attn: Brian Lohan, Esq., Steven Fruchter, Esq.<br>250 West 55th Street<br>New York NY 10019 | brian.lohan@arnoldporter.com<br>steven.fruchter@arnoldporter.com | Email |
| Counsel for AT&T | AT&T | Attn: James W. Grudus, Esq.<br>One AT&T Way, Room 3A115<br>Bedminster NJ 07921 | Jg5786@att.com | Email |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, DANETTE VALDEZ, and ANNADEL ALMENDRAS<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco CA 94102-7004 | Danette.Valdez@doj.ca.gov | Email |

Case: 19-30088    Doc# 5326    Filed: 01/09/20    Entered: 01/09/20 21:08:48    Page 6 of 84

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER<br>1515 Clay Street, 20th Floor<br>P.O. Box 70550<br>Oakland CA 94612-0550 | James.Potter@doj.ca.gov | Email |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER<br>300 South Spring Street<br>Suite 1702<br>Los Angeles CA 90013 | James.Potter@doj.ca.gov | Email |
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs Claimants | BAILEY AND ROMERO LAW FIRM | Attn: MARTHA E. ROMERO<br>12518 Beverly Boulevard<br>Whittier CA 90601 | marthaeromerolaw@gmail.com | Email |
| Counsel for NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group LLC | Baker Botts L.L.P. | Attn: C. Luckey McDowell, Ian E. Roberts, Kevin Chiu<br>2001 Ross Avenue<br>Suite 1000<br>Dallas TX 75201 | Ian.Roberts@BakerBotts.com<br>Kevin.Chiu@BakerBotts.com | Email |
| Counsel for NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group LLC | Baker Botts L.L.P. | Attn: Navi S. Dhillon<br>101 California Street<br>Suite 3600<br>San Francisco CA 94111 | Navi.Dhillon@BakerBotts.com | Email |
| Counsel for Phillips and Jordan | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: John H. Rowland<br>211 Commerce Street<br>Suite 800<br>Nashville TN 37201 | jrowland@bakerdonelson.com | Email |
| URENCO Limited and Louisiana Energy Services, LLC | Ballard Spahr LLP | Attn: Matthew G. Summers<br>919 North Market Street<br>11th Floor<br>Wilmington DE 19801 | summersm@ballardspahr.com | Email |
| Counsel to Campos EPC, LLC | BALLARD SPAHR LLP | Attn: Theodore J. Hartl, Esq.<br>1225 17th Street<br>Suite 2300<br>Denver CO 80202 | hartlt@ballardspahr.com | Email |
| Counsel for Bank of America, N.A. | Bank of America | Attn: John McCusker<br>Mail Code: NY1-100-21-01<br>One Bryant Park<br>New York NY 10036 | John.mccusker@baml.com | Email |
| Counsel for Creditors<br>Public Entities Impacted by the Wildfires | Baron & Budd, P.C. | Attn: Scott Summy, John Fiske<br>3102 Oak Lawn Avenue #1100<br>Dallas TX 75219 | ssummy@baronbudd.com<br>jfiske@baronbudd.com | Email |
| Counsel to Majesti Mai Bagorio, et al., creditors and plaintiffs in Bagorio, et al. v. PG&E Corporation, et al., case number CNC-19-554581 | BAUM HEDLUND ARISTEI & GOLDMAN, PC | Attn: Ronald L.M. Goldman, Diane Marger Moore<br>10940 Wilshire Boulevard, 17th Floor<br>Los Angeles CA 90024 | rgoldman@baumhedlundlaw.com | Email |

Case: 19-30088    Doc# 5326    Filed: 01/09/20    Entered: 01/09/20 21:08:48    Page 7 of 84

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Infosys Limited, Counsel for ACRT, Inc. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Kevin M. Capuzzi, Michael J. Barrie<br>222 Delaware Avenue<br>Suite 801<br>Wilmington DE 19801 | kcapuzzi@beneschlaw.com<br>mbarrie@beneschlaw.com | Email |
| Co-Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | BraunHagey & Borden LLP | Attn: J. Noah Hagey, Jeffrey M. Theodore, David H. Kwasniewski, Andrew Levine<br>351 California Street<br>Tenth Floor<br>San Francisco CA 94104 | hagey@braunhagey.com<br>theodore@braunhagey.com<br>kwasniewski@braunhagey.com<br>levine@braunhagey.com | Email |
| Counsel for MDR Inc. (dba Accu-Bore Directional Drilling), Veteran Power, Inc. | Brothers Smith LLP | Attn: Mark V. Isola<br>2033 N. Main Street<br>Suite 720<br>Walnut Creek CA 94596 | misola@brotherssmithlaw.com | Email |
| California Public Utilities Commission | California Public Utilities Commission | Attn: Arocles Aguilar, Geoffrey Dryvynsyde, and Candace Morey<br>505 Van Ness Avenue<br>San Francisco CA 94102 | arocles.aguilar@cpuc.ca.gov<br>candace.morey@cpuc.ca.gov | Email |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A. INC. | Attn: Melanie Cruz, M. Armstrong<br>6001 Bollinger Canyon Road<br>T2110<br>San Ramon CA 94583 | melaniecruz@chevron.com<br>marmstrong@chevron.com | Email |
| Counsel to Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding<br>Two International Place<br>Boston MA 02110 | dgooding@choate.com | Email |
| Counsel to Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | Attn: Johnathan D. Marshall<br>Two International Place<br>Boston MA 02110 | jmarshall@choate.com | Email |
| Counsel to Solon | CKR Law, LLP | Attn: Kristine Takvoryan<br>1800 Century Park East, 14th Floor<br>Los Angeles CA 90067 | otakvoryan@ckrlaw.com | Email |
| Counsel for BlueMountain Capital Management, LLC | Cleary Gottlieb Sheen & Hamilton LLP | Attn: Lisa Schweitzer, Margaret Schierberl<br>One Liberty Plaza<br>New York NY 10006 | mschierberl@cgsh.com | Email |
| Counsel to Western Electricity Coordinating Council | COHNE KINGHORN, P.C. | Attn: George Hofmann<br>111 East Broadway, 11th Floor<br>Salt Lake City UT 84111 | ghofmann@cohnekinghorn.com | Email |
| Counsel for Office of Unemployment Compensation Tax Services | Commonwealth of Pennsylvania | Department of Labor and Industry<br>Collections Support Unit<br>651 Boas Street, Room 702<br>Harrisburg PA 17121 | ra-li-ucts-bankrupt@state.pa.us | Email |

Case: 19-30088    Doc# 5326    Filed: 01/09/20    Entered: 01/09/20 21:08:48    Page 8 of 84

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Fire Victim Creditors | COREY, LUZAICH, DE GHETALDI & RIDDLE LLP | Attn: Dario de Ghetaldi, Amanda L. Riddle, Steven M. Berki, Sumble Manzoor<br>700 El Camino Real<br>PO Box 669<br>Millbrae CA 94030-0669 | alr@coreylaw.com<br>smb@coreylaw.com<br>sm@coreylaw.com | Email |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Cotchett, Pitre & Mccarthy, LLP | Attn: Frank M. Pitre, Alison E. Cordova, Abigail D. Blodgett<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame CA 94010 | fpitre@cpmlegal.com<br>acordova@cpmlegal.com<br>ablodgett@cpmlegal.com | Email |
| Counsel for Valley Clean Energy Alliance | COUNTY OF YOLO | Attn: Eric May<br>625 Court Street<br>Room 201<br>Woodland CA 95695 | eric.may@yolocounty.org | Email |
| Counsel to Liberty Mutual Insurance Company | Cozen O'Connor | Attn: Fulton Smith, III<br>101 Montgomery Street<br>Suite 1400<br>San Francisco CA 94101 | fsmith@cozen.com | Email |
| Counsel to Renaissance Reinsurance LTD. | Crowell & Moring LLP | Attn: Mark D. Plevin, Brendan V. Mullan<br>Three Embarcadero Center, 26th Floor<br>San Francisco CA 94111 | bmullan@crowell.com | Email |
| Counsel for Fire Victim Creditors | DANKO MEREDITH | Attn: Michael S. Danko, Kristine K. Meredith, Shawn R. Miller<br>333 Twin Dolphin Drive<br>Suite 145<br>Redwood Shores CA 94065 | mdanko@dankolaw.com<br>kmeredith@dankolaw.com<br>smiller@dankolaw.com | Email |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich<br>450 Lexington Avenue<br>New York NY 10017 | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com | Email |
| Creditor and Counsel to Debra Grassgreen | Debra Grassgreen | Attn: Karl Knight<br>1339 Pearl Street<br>Suite 201<br>Napa CA 94558 | dgrassgreen@gmail.com | Email |
| Counsel for State Farm Mutual Automobile Insurance Company and its affiliates | Dechert LLP | Attn: Allan S. Brilliant, Shumel Vasser, Alaina R. Heine<br>1095 Avenue of the Americas<br>New York NY 10036 | allan.brilliant@dechert.com<br>shumel.vasser@dechert.com<br>alaina.heine@dechert.com | Email |
| Counsel for State Farm Mutual Automobile Insurance Company and its affiliates | Dechert LLP | Attn: Rebecca Weissman<br>One Bush Street<br>Suite 1600<br>San Francisco CA 94104 | rebecca.weissman@dechert.com | Email |

Case: 19-30088    Doc# 5326    Filed: 01/09/20    Entered: 01/09/20 21:08:48    Page 9 of 84

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Southwire Company LLC | Dentons US LLP | Attn: Bryan E. Bates, Esq.<br>303 Peachtree St., NE, Suite 5300<br>Atlanta GA 30308 | bryan.bates@dentons.com | Email |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: Lauren Macksoud<br>1221 Avenue of the Americas<br>New York NY 10020-1089 | Lauren.macksoud@dentons.com | Email |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: Oscar N. Pinkas<br>1221 Avenue of the Americas<br>New York NY 10020-1089 | oscar.pinkas@dentons.com | Email |
| Counsel for Travelers Insurance | Dentons US LLP | Attn: Peter D. Wolfson<br>1221 Avenue of the Americas<br>New York NY 10020 | peter.wolfson@dentons.com | Email |
| Counsel for the Ad Hoc Committee of Unsecured Tort Claimant Creditors | DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles CA 90067-4704 | david.riley@dlapiper.com | Email |
| Counsel for East Bay Community Energy Authority | East Bay Community Energy Authority | Attn: Leah S. Goldberg<br>1111 Broadway<br>3rd Floor<br>Oakland CA 94607 | lgoldberg@ebce.org | Email |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | EDP Renewables North America LLC | Attn: Leslie A. Freiman, Randy Sawyer<br>808 Travis<br>Suite 700<br>Houston TX 77002 | Leslie.Freiman@edpr.com<br>Randy.Sawyer@edpr.com | Email |
| Information Agent for the Official Committee of Unsecured Creditors, and the Official Committee of Tort Claimants | Epiq Corporate Restructuring, LLC | Attn: PG&E UCC and PG&E TCC<br>777 Third Avenue, 12th Floor<br>New York NY 10017 | sgarabato@epiqglobal.com | Email |
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | Attn: General Counsel<br>888 First St NE<br>Washington DC 20426 | | First Class Mail |
| Counsel to California State Agencies | FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | Attn: STEVEN H. FELDERSTEIN and PAUL J. PASCUZZI<br>500 Capitol Mall, Suite 2250<br>Sacramento CA 95814 | sfelderstein@ffwplaw.com | Email |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | FREDERIC DORWART, LAWYERS PLLC | Attn: Samuel S. Ory<br>124 East Fourth Street<br>Tulsa OK 74103-5010 | sory@fdlaw.com | Email |
| Counsel for Itron, Inc. | GELLERT SCALI BUSENKELL & BROWN, LLC | Attn: Michael Busenkell<br>1201 N. Orange St.<br>Suite 300<br>Wilmington DE 19801 | mbusenkell@gsbblaw.com | Email |
| Counsel for Fire Victim Creditors | GIBBS LAW GROUP | Attn: Eric Gibbs, Dylan Hughes<br>505 14th Street, Suite 1110<br>Oakland CA 94612 | ehg@classlawgroup.com<br>dsh@classlawgroup.com | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal, Alan Moskowitz<br>200 Park Avenue<br>New York NY 10166-0193 | Mrosenthal@gibsondunn.com<br>Amoskowitz@gibsondunn.com | Email |
| Counsel to the Ad Hoc Committee of Holders of Trade Claims | GIBSON, DUNN & CRUTCHER LLP | Attn: Michael S. Neumeister and Michelle Choi<br>333 South Grand Avenue<br>Los Angeles CA 90071-3197 | mchoi@gibsondunn.com | Email |
| Counsel for Cardno, Inc. | Greenberg Traurig, LLP | Attn: Diane Vuocolo<br>1717 Arch Street<br>Suite 400<br>Philadelphia PA 19103 | vuocolod@gtlaw.com | Email |
| Counsel for Nationwide Entities | Grotefeld Hoffmann | Attn: Mark S. Grotefeld, Maura Walsh Ochoa, Waylon J. Pickett<br>700 Larkspur Landing Circle, Suite 280<br>Larkspur CA 94939 | mgrotefeld@ghlaw-llp.com<br>mochoa@ghlaw-llp.com<br>wpickett@ghlaw-llp.com | Email |
| Counsel to Creditors<br>KAREN ROBERDS and ANITA FREEMAN | HALLISEY AND JOHNSON PC | Attn: Jeremiah F. Hallisay, Esq.<br>465 California St., Ste. 405<br>San Francisco CA 94104 | jfhallisey@gmail.com | Email |
| Attorneys for HercRentals | HercRentals | Attn: Sharon Petrosino, Esq.<br>27500 Riverview Center Blvd.<br>Bonita Springs FL 34134 | Sharon.petrosino@hercrentals.com | Email |
| COUNSEL FOR PARTIES-IN-INTEREST ESVOLTA, LP AND HUMMINGBIRD ENERGY STORAGE, LLC | HOGAN LOVELLS US LLP | Attn Erin N Brady<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles CA 90067 | erin.brady@hoganlovells.com | Email |
| Counsel for McKinsey & Company, Inc. U.S. | HOGAN LOVELLS US LLP | Attn: Bennett L. Spiegel<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles CA 90067 | bennett.spiegel@hoganlovells.com | Email |
| Counsel for McKinsey & Company, Inc. U.S. | HOGAN LOVELLS US LLP | Attn: Peter A. Ivanick, Alex M. Sher<br>875 Third Avenue<br>New York NY 10022 | alex.sher@hoganlovells.com<br>peter.ivanick@hoganlovells.com | Email |
| Counsel for Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company as Indenture Trustees for certain bondholders | Holland & Knight LLP | Attn: Robert J. Labate, David I. Holtzman<br>50 California Street<br>Suite 2800<br>San Francisco CA 94111 | robert.labate@hklaw.com | Email |
| Counsel to Hyundai Corporation USA | Hughes Hubbard & Reed LLP | Attn: Kathryn A. Coleman<br>One Battery Park Plaza<br>New York NY 10004 | katie.coleman@hugheshubbard.com | Email |

Case: 19-30088    Doc# 5326    Filed: 01/09/20    Entered: 01/09/20 21:08:48    Page 11 of 84

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to K. Hovnanian California Region, Inc.; K. Hovnanian Enterprises, Inc.; K. Hovnanian Homes, LLC; K. Hovnanian at Village Center, LLC; K. Hovnanian at Westshore, LLC; K. Hovnanian Companies of California, Inc.; K. Hovnanian Homes Northern California, Inc.; K. Hovnanian Homes of Northern California, Inc.; K. Hovnanian Homes, Inc.; K. Hovnanian Meadow View at Mountain House, LLC; K. Hovnanian's Aspire at Union Village, LLC and Meritage Homes of California, Inc. | HUGUENIN KAHN LLP | Attn: Edward R. Huguenin, Esq. and James L. Bothwell, Esq. 3001 Lava Ridge Court, Suite 300 Roseville CA 95661 | jbothwell@hugueninkahn.com | Email |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. | HUNTON ANDREWS KURTH LLP | Attn: Kevin M. Eckhardt 50 California Street Suite 1700 San Francisco CA 94111 | | First Class Mail |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. | HUNTON ANDREWS KURTH LLP | Attn: Peter S. Partee, Sr. 200 Park Avenue 53rd Floor New York NY 10166 | ppartee@huntonak.com | Email |
| Counsel to International Business Machines Corp | IBM Corporation | Attn: Marie-Jose Dube 275 Viger East Montreal QC H2X 3R7 Canada | mjdube@ca.ibm.com | First Class Mail and Email |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation 2970 Market St Philadelphia PA 19104-5016 | | First Class Mail |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | Attn: Craig Varnen, Andrew J. Strabone 1800 Avenue of the Stars Suite 900 Los Angeles CA 90067-4276 | cvarnen@irell.com astrabone@irell.com | Email |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | Attn: Michael H. Strub, Jr. 840 Newport Center Drive Suite 400 Newport Beach CA 92660-6324 | mstrub@irell.com | Email |
| Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan One Federal Street Boston MA 02110 | Bankruptcy2@ironmountain.com | Email |

In re: PG&E Corporation, et al.
Case No. 19-30088

Page 7 of 18

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Interested Party CH2M HILL Engineers, Inc. | Jacobs Engineering | Attn: Robert Albery<br>Associate General Counsel<br>9191 South Jamaica Street<br>Englewood CO 80112 | robert.albery@jacobs.com | Email |
| Counsel for Nationwide Entities | Jang & Associates, LLP | Attn: Alan J. Jang, Sally Noma<br>1766 Lacassie Ave., Suite 200<br>Walnut Creek CA 94596 | ajang@janglit.com<br>snoma@janglit.com | Email |
| Counsel to Sodexo, Inc. | JD Thompson Law | Attn: Judy D. Thompson, Esq.<br>P.O. Box 33127<br>Charlotte NC 28233 | jdt@jdthompsonlaw.com | Email |
| Interested Party John A. Vos A | John A. Vos | 1430 Lincoln Avenue<br>San Rafael CA 94901 | | First Class Mail |
| Counsel for A&J Electric Cable Corporation | JORDAN, HOLZER & ORTIZ, PC | Attn: Antonio Ortiz, Shelby A Jordan<br>500 N. Shoreline<br>Suite 900<br>Corpus Christi TX 78401 | aortiz@jhwclaw.com<br>sjordan@jhwclaw.com<br>ecf@jhwclaw.com | Email |
| Counsel for Kompogas SLO LLC and Tata Consultancy Services | Kelley Drye & Warren LLP | Attn: Benjamin D. Feder<br>101 Park Avenue<br>New York NY 10178 | bfeder@kelleydrye.com | Email |
| Counsel to Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast, Inc. and Affiliates | KILPATRICK TOWNSEND & STOCKTON LLP | Attn: Benjamin M. Kleinman, Esq.<br>Two Embarcadero Center, Suite 1900<br>San Francisco CA 94111 | bkleinman@kilpatricktownsend.com | Email |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Attn: Mark A. Minich<br>Two North Nevada<br>Colorado Springs CO 80903 | Mark_Minich@kindermorgan.com | Email |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Attn: Mosby Perrow<br>1001 Louisiana<br>Suite 1000<br>Houston TX 77002 | mosby_perrow@kindermorgan.com | Email |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: Aparna Yenamandra<br>601 Lexington Avenue<br>New York NY 10022 | aparna.yenamandra@kirkland.com | Email |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: David R. Seligman, P.C.<br>300 North LaSalle<br>Chicago IL 60654 | david.seligman@kirkland.com | Email |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: Marc Kieselstein, P.C.<br>300 North LaSalle<br>Chicago IL 60654 | marc.kieselstein@kirkland.com | Email |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser<br>555 California Street<br>San Francisco CA 94104 | mark.mckane@kirkland.com | Email |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: Stephen E. Hessler, P.C.<br>601 Lexington Avenue<br>New York NY 10022 | stephen.hessler@kirkland.com | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for NextEra Energy Inc. et al. | Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder<br>1999 Avenue of the Stars<br>Thirty-Ninth Floor<br>Los Angeles CA 90067 | kklee@ktbslaw.com | Email |
| Counsel for PG&E Holdco Group | KRAMER LEVIN NAFTALIS & FRANKEL LLP | Attn: Amy Caton and Megan Wasson<br>1177 Avenue of the Americas<br>New York NY 10036 | acaton@kramerlevin.com<br>mwasson@kramerlevin.com | Email |
| Counsel to Public Employees Retirement Association of New Mexico | LABATON SUCHAROW LLP | Attn: Thomas A. Dubbs, Louis Gottlieb, Carol C. Villegas & Jeffrey A. Dubbin<br>140 Broadway<br>New York NY 10005 | tdubbs@labaton.com<br>cvillegas@labaton.com<br>jdubbin@labaton.com | Email |
| Counsel to County of San Luis Obispo | LAMB & KAWAKAMI LLP | Attn: Kevin J. Lamb, Michael K. Slattery, Thomas G. Kelch<br>333 South Grand Avenue<br>Suite 4200<br>Los Angeles CA 90071 | klamb@lkfirm.com<br>tkelch@lkfirm.com | Email |
| Counsel for Sonoma County Treasurer & Tax Collector, Counsel for the County of Placer | Lamb and Kawakami LLP | Attn: Barry S. Glaser<br>333 South Grand Avenue<br>42nd Floor<br>Los Angeles CA 90071 | bglaser@lkfirm.com | Email |
| Counsel to Dynegy Marketing and Trade, LLC | Latham & Watkins LLP | Attn: Caroline A. Reckler, Andrew M. Parlen<br>885 Third Avenue<br>New York NY 10022-4834 | andrew.parlen@lw.com | Email |
| Counsel for Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC | Latham & Watkins LLP | Attn: Christopher Harris, Andrew M. Parlen<br>885 Third Avenue<br>New York NY 10022 | christopher.harris@lw.com<br>andrew.parlen@lw.com | Email |
| Counsel for Ruby Pipeline, L.L.C. | LAW OFFICE OF PATRICIA WILLIAMS PREWITT | Attn: Patricia Williams Prewitt<br>10953 Vista Lake Ct.<br>Navasota TX 77868 | pwp@pattiprewittlaw.com | Email |
| Counsel to Creditors GER HOSPITALITY, LLC and RICHARD W. CARPENETI | LAW OFFICES OF FRANCIS O. SCARPULLA | Attn: Francis O. Scarpulla and Patrick B. Clayton<br>456 Montgomery Street, 17th Floor<br>San Francisco CA 94104 | pbc@scarpullalaw.com | Email |
| Counsel for W. Bradley Electric, Inc. | Law Offices of James Shepherd | Attn: James A. Shepherd<br>3000 Citrus Circle<br>Suite 204<br>Walnut Creek CA 94598 | jim@jsheplaw.com | Email |
| Counsel to Ruckman-Leal Creditors, Counsel to Michael Marroquin | Law Offices of Leonard K. Welsh | Attn: Leonard K. Welsh, Esq.<br>4550 California Avenue, Second Floor<br>Bakersfield CA 93309 | lwelsh@lkwelshlaw.com | Email |
| Creditor and Counsel to Debra Grassgreen | Law Offices of Thomas J. Brandi | Attn: Thomas J. Brandi<br>345 Pine Street<br>3rd Floor<br>San Francisco CA 94104 | tjb@brandilaw.com | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Kepco California LLC, RE Astoria LLC | Lewis Brisbois Bisgaard & Smith LLP | Attn: Lovee D. Sarenas, Scott Lee, Amy L. Goldman, Jasmin Yang<br>633 West 5th Street, Suite 4000<br>Los Angeles CA 90071 | Amy.Goldman@lewisbrisbois.com<br>Jasmin.Yang@lewisbrisbois.com | Email |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: W. Steven Bryant<br>600 Congress Street<br>Suite 2200<br>Austin TX 78701 | sbryant@lockelord.com | Email |
| Counsel for California Power Exchange Corporation | LOEB & LOEB LLP | Attn: Marc S. Cohen, Alicia Clough<br>10100 Santa Monica Blvd<br>Suite 2200<br>Los Angeles CA 90067 | mscohen@loeb.com | Email |
| Counsel to Public Employees Retirement Association of New Mexico | LOWENSTEIN SANDLER LLP | Attn: Michael S. Etkin, Andrew Behlmann & Gabriel L. Olivera<br>One Lowenstein Drive<br>Roseland NJ 070068 | golivera@lowenstein.com | Email |
| Interested Party | Macdonald \| Fernandez LLP | Attn: Iain A. Macdonald<br>221 Sansome Street<br>Third Floor<br>San Francisco CA 94104-2323 | imac@macfern.com | Email |
| Counsel to Aegion Corporation and its subsidiary entities: Corrpro Companies, Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc. | MARGULIES FAITH, LLP | ATTN: CRAIG G. MARGULIES<br>16030 VENTURA BOULEVARD<br>SUTIE 470<br>ENCINO CA 91436 | Craig@MarguliesFaithLaw.com | Email |
| Counsel to SLF Fire Victim Claimants | MARSHACK HAYS LLP | Attn: RICHARD A. MARSHACK, DAVID A. WOOD, LAILA MASUD<br>870 Roosevelt<br>Irvine CA 92620 | dwood@marshackhays.com | Email |
| Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee | MARY ALEXANDER & ASSOCIATES, P.C. | Attn: Mary E. Alexander<br>44 Montgomery Street, Suite 1303<br>San Francisco CA 94104 | malexander@maryalexanderlaw.com | Email |
| Counsel to BNP Paribas | MAYER BROWN LLP | Attn: Brian Trust, Joaquin C de Baca<br>1221 Avenue of the Americas<br>New York NY 10020 | btrust@mayerbrown.com<br>jcdebaca@mayerbrown.com | Email |
| Counsel for A.J. Excavation Inc. | McCormick Barstow LLP | Attn: David L. Emerzian, H. Annie Duong<br>Counsel for A.J. Excavation Inc.<br>7647 North Fresno Street<br>Fresno CA 93720 | demerzian@mccormickbarstow.com | Email |
| Counsel to Davey Tree Expert Company, Davey Tree Surgery Company, and Davey Resource Group, Inc. | MCDERMOTT WILL & EMERY LLP | Attn: Jeffrey M. Reisner and Kerri A. Lyman<br>2049 Century Park East, Suite 3200<br>Los Angeles CA 90067-3206 | jreisner@mwe.com<br>klyman@mwe.com | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Winners Industry Co., Ltd. | McKoool Smith, P.C. | Attn: James H. Smith<br>One Bryant Park, 47th Floor<br>New York NY 10036 | jsmith@mckoolsmith.com | Email |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller<br>2029 Century Park East, 33rd Floor<br>Los Angeles CA 90067 | Paronzon@milbank.com<br>Gbray@milbank.com | Email |
| Counsel for Marin Clean Energy | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Abigail V. O'Brient, Andrew B. Levin<br>2029 Century Park East<br>Suite 3100<br>Los Angeles CA 90067 | avobrient@mintz.com<br>ablevin@mintz.com | Email |
| Counsel to Quest Diagnostics Health & Wellness LLC d/b/a Quest Diagnostics | Morris James LLP | Attn: Brett D. Fallon, Esq.<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington DE 19899-2306 | bfallon@morrisjames.com | Email |
| Counsel for Exponent, Inc. | Newmeyer & Dillion LLP | Attn: James J. Ficenec, Joshua B. Bevitz<br>1333 N. California Blvd<br>Suite 600<br>Walnut Creek CA 94596 | Joshua.Bevitz@ndlf.com | Email |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | NIXON PEABODY LLP | Attn: MAXIMILIAN A. FERULLO<br>55 West 46th Street<br>New York NY 10036 | mferullo@nixonpeabody.com | Email |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | NIXON PEABODY LLP | Attn: RICHARD C. PEDONE<br>Exchange Place<br>53 State Street<br>Boston MA 02109 | rpedone@nixonpeabody.com | Email |
| Counsel for Michael Vairo, Marie Dierssen, Catherine McClure, Tonia Hanson, Deirdre Coderre, Denise Stooksberry, John Stooksberry, Bryan Sullivan, Sara Hill, Isaiah Vera, Michael Williams, Joel Batts, Annaleisa Batts, Claudia Bijstra, Andries Bijstra, Roger Martinez, Candice Seals, Gretchen Franklin, Christopher Franklin, Paul Bowen, Kelly Jones, Tami Coleman, Cecil Morris, Linda Schooling, Jennifer Makin, Barbara Cruise, Benjamin Hernandez, Irma Enriquez, Constantina Howard, Leroy Howard, Edward Delongfield, Brenda Howell, Lynda Howell, Angela Coker, Sally Thorp, Paradise Moose Lodge, Nancy Seals | Northern California Law Group, PC | Attn: Joseph Feist<br>2611 Esplanade<br>Chico CA 95973 | joe@norcallawgroup.net | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to ADVENTIST HEALTHSYSTEM/WEST, a California non-profit religious corporation | NORTON ROSE FULBRIGHT US LLP | ATTN: DAVID A. ROSENZWEIG<br>1301 Avenue of the Americas, Floor 2945<br>New York NY 10019-6022 | david.rosenzweig@nortonrosefulbright.com | Email |
| Counsel for NextEra Energy Inc., NextEra Energy Partners, L.P. | NORTON ROSE FULBRIGHT US LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera<br>1301 Avenue of the Americas<br>New York NY 10019-6022 | howard.seife@nortonrosefulbright.com<br>andrew.rosenblatt@nortonrosefulbright.com<br>christy.rivera@nortonrosefulbright.com | Email |
| Counsel for Department of Finance for the State of California and Governor Gavin Newsom | O'MELVENY & MYERS LLP | Attn: John J. Rapisardi, Nancy A. Mitchell and Daniel S. Shamah<br>7 Times Square<br>New York NY 10036 | jrapisardi@omm.com<br>dshamah@omm.com | Email |
| Counsel to Linda Dighton, Nancy Oliver, Grant Smelser, John Randall Dighton, Teddy Oliver and Richard Kelly | O'Brien & Zehnder | Attn: Jason Borg<br>9401 E. Stockton Blvd.<br>Suite 225<br>Elk Grove CA 95624 | jborg@jasonborglaw.com | Email |
| Office of the California Attorney General | Office of the California Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | bankruptcy@coag.gov | Email |
| Office of the United States Attorney for the Northern District of California | Office of the United States Attorney for the Northern District of California | Attn: Bankruptcy Unit<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco CA 94102 | | First Class Mail |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta<br>450 Golden Gate Ave<br>Suite 05-0153<br>San Francisco CA 94102 | James.L.Snyder@usdoj.gov | Email |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Debra Felder<br>1152 15th Street, NW<br>Washington DC 20005 | dfelder@orrick.com | Email |
| Counsel to Centerbridge Partners, L.P. | ORRICK, HERRINGTON & SUTCLIFFE LLP | Attn: Douglas S. Mintz<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington DC 20005-1706 | dmintz@orrick.com | Email |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Lorraine McGowen<br>51 West 52nd Street<br>New York NY 10019 | lmcgowen@orrick.com | Email |
| Counsel for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities | Pachulski Stang Ziehl & Jones LLP | Attn: Isaac M. Pachulski, Debra I. Grassgreen, Gabriel I. Glazer, John W. Lucas<br>150 California Street<br>15th Floor<br>San Francisco CA 94111 | ipachulski@pszjlaw.com | Email |

Case: 19-30088    Doc# 5326    Filed: 01/09/20    Entered: 01/09/20 21:08:48    Page 17 of 84

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Southwire Company, LLC | Parker, Hudson, Rainer & Dobbs, LLP | Attn: Bryan E. Bates, Esq.<br>303 Peachtree Street, Suite 3600<br>Atlanta GA 30308 | bbates@phrd.com | Email |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly<br>1285 Avenue of the Americas<br>New York NY 10019-6064 | bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com | Email |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Leo T. Crowley<br>1540 Broadway<br>New York NY 10036 | leo.crowley@pillsburylaw.com | Email |
| Interested Party Placer County Office of the Treasurer-Tax Collector | Placer County Office of the Treasurer-Tax Collector | Attn: Robert Kanngiesser<br>2976 Richardson Drive<br>Auburn CA 95603 | | First Class Mail |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Martin J. Bienenstock, Brian S. Rosen, Maja Zerjal<br>Eleven Times Square<br>New York NY 10036-8299 | mbienenstock@proskauer.com<br>brosen@proskauer.com<br>mzerjal@proskauer.com | Email |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Michael A. Firestein, Lary Alan Rappaport, Steve Y. Ma<br>2029 Century Park East<br>Suite 2400<br>Los Angeles CA 90067-3010 | mfirestein@proskauer.com<br>sma@proskauer.com | Email |
| Counsel to Canyon Capital Advisors LLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP | Attn: Bennett Murphy<br>865 South Figueroa Street<br>10th Floor<br>Los Angeles CA 90017-2543 | bennettmurphy@quinnemanuel.com | Email |
| Counsel for Creditors Nevada Irrigation District, Counsel for Attorneys for Creditors Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Monique B. Howery<br>10 S. Wacker Drive<br>40th Floor<br>Chicago IL 60606 | mhowery@reedsmith.com | Email |
| Counsel for Bank of New York Mellon | Reed Smith LLP | Attn: Robert P. Simons<br>225 Fifth Avenue<br>Suite 1200<br>Pittsburgh PA 15222 | rsimons@reedsmith.com | Email |
| Counsel for Matthew E. Gerspacher and Abigail N. Gerspacher (Davis) | Reimer Law, PC | Attn: Nicole B. Reimer<br>313 Walnut Street<br>Ste 120<br>Chico CA 95973 | nbreimer.esq@gmail.com | Email |
| Counsel to Richards Law Firm Claimants | Richards Law Firm | Attn: John T. Richards, Evan Willis<br>101 W. Broadway<br>Suite 1950<br>San Diego CA 92101 | john@jtrlaw1.com<br>evan@jtrlaw1.com | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson 650 California Street Site 450 Santa Monica CA 90401 | robins@robinscloud.com rbryson@robinscloud.com | Email |
| Counsel to Ruckman-Leal Creditors, Counsel to Michael Marroquin | Rodriguez & Associates | Attn: Joseph Whittington, Esq. and Daniel Turek, Esq. 2020 Eye Street Bakersfield CA 93301 | | First Class Mail |
| Counsel to CREATIVE CEILINGS, INC. | ROPERS, MAJESKI, KOHN & BENTLEY | Attn: STEVEN G. POLARD 445 South Figueroa Street, Suite 3000 Los Angeles CA 90071 | steven.polard@rmkb.com | Email |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | ROPES & GRAY LLP | Attn: Gregg M. Galardi, Keith H. Wofford, Daniel G. Egan 1211 Avenue of the Americas New York NY 10036-8704 | keith.wofford@ropesgray.com daniel.egan@ropesgray.com | Email |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Matthew M. Roose, Mark I. Bane 1211 Avenue of the Americas New York NY 10036-8704 | mark.bane@ropesgray.com matthew.roose@ropesgray.com | Email |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Peter L. Welsh, Joshua Y. Sturm, & Patricia I. Chen Prudential Tower 800 Boylston Street Boston MA 02199-3600 | peter.welsh@ropesgray.com joshua.sturm@ropesgray.com patricia.chen@ropesgray.com | Email |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | ROPES & GRAY LLP | Attn: Stephen Moeller-Sally, Matthew L. McGinnis Prudential Tower, 800 Boylston Street Boston MA 02199-3600 | ssally@ropesgray.com matthew.mcginnis@ropesgray.com | Email |
| Counsel for Creditor ARB, INC. | RUTAN & TUCKER, LLP | Attn: Roger F. Friedman, Philip J. Blanchard 611 Anton Boulevard Suite 1400 Costa Mesa CA 92626-1931 | pblanchard@rutan.com | Email |
| Counsel for for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | San Francisco City Attorney's Office | Attn: Owen Clements 1390 Market Street 7th Floor San Francisco CA 94102 | Owen.Clements@sfcityatty.org Catheryn.Daly@sfcityatty.org | Email |
| Counsel for International Business Machines Corp. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq. 230 Park Avenue New York NY 10169 | cbelmonte@ssbb.com pbosswick@ssbb.com | Email |
| COUNSEL TO MARIE VALENZA, BRANDEE GOODRICH, KRISTAL DAVIS-BOLIN, ASHLEY DUITSMAN, BARBARA MORRIS, MARY HAINES | SAVAGE, LAMB & LUNDE, PC | ATTN: E. RYAN LAMB 1550 Humboldt Road, Suite 4 CHICO CA 95928 | erlamblaw@gmail.com | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Turner Construction Company Case | Seyfarth Shaw LLP | Attn: M. Ryan Pinkston, Christopher J. Harney<br>560 Mission Street<br>Suite 3100<br>San Francisco CA 94105 | charney@seyfarth.com | Email |
| Counsel to Agua Caliente Solar, LLC, Clearway Energy Group LLC, Clearway Energy, Inc., MC Shiloh IV Holdings LLC, NRG Energy, Inc., Solar Partners II LLC, Solar Partners VIII LLC, and TerraForm Power, Inc. | Shearman & Sterling LLP | Attn: Daniel Laguardia<br>535 Mission Street 25th Floor<br>San Francisco CA 94105 | daniel.laguardia@shearman.com | Email |
| Counsel for East Bay Community Energy Authority | Shemanolaw | Attn: David B. Shemano<br>1801 Century Park East<br>Suite 1600<br>Los Angeles CA 90067 | dshemano@shemanolaw.com | Email |
| Counsel for PG&E Holdco Group | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | Attn: ORI KATZ, MICHAEL M. LAUTER, and SHADI FARZAN<br>Four Embarcadero Center, 17th Floor<br>San Francisco CA 94111-4109 | sfarzan@sheppardmullin.com | Email |
| Attorneys for Cushman & Wakefield, Inc. | Shulman Hodges & Bastian LLP | Attn: Leonard M. Shulman, Melissa Davis Lowe<br>100 Spectrum Center Drive<br>Suite 600<br>Irvine CA 92618 | mlowe@shbllp.com | Email |
| Counsel to the Board of PG&E Corporation and Pacific Gas and Electric Company and Certain Current and Former Independent Directors | SIMPSON THACHER & BARTLETT LLP | Attn: Michael H. Torkin, Nicholas Goldin, Kathrine A. McLendon, Jamie J. Fell<br>425 Lexington Avenue<br>New York NY 10017 | michael.torkin@stblaw.com<br>ngoldin@stblaw.com<br>kmclendon@stblaw.com<br>jamie.fell@stblaw.com | Email |
| Counsel to the Ad Hoc Committee of Unsecured Tort Claimant Creditors and the Singleton Law Firm Fire Victim Claimants | SINGLETON LAW FIRM, APC | Attn: Gerald Singleton & John C. Lemon<br>450 A Street, 5th Floor<br>San Diego CA 92101 | john@slffirm.com | Email |
| Counsel to Righetti Ranch, LP and Righetti NC, LLC | Solomon Ward Seidenwurm & Smith, LLP | Attn: Michael D. Breslauer<br>401 B Street, Suite 1200<br>San Diego CA 92101 | mbreslauer@swsslaw.com | Email |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Sonoma Clean Power Authority | Attn: Jessica Mullan, General Counsel<br>50 Santa Rosa Avenue<br>Fifth Floor<br>Santa Rosa CA 95494 | jmullan@sonomacleanpower.org | Email |
| Counsel for Southern California Edison Company | Southern California Edison Company | Attn: Julia A. Mosel, Patricia A. Cirucci<br>2244 Walnut Grove Avenue<br>3rd Floor<br>Rosemead CA 91770 | Julia.Mosel@sce.com<br>patricia.cirucci@sce.com | Email |
| Individual 2015 Butte Fire Victim Creditor | Steve Christopher | PO Box 281<br>Altaville CA 95221 | sc2104271@gmail.com | Email |

Case: 19-30088    Doc# 5326    Filed: 01/09/20    Entered: 01/09/20 21:08:48    Page 20 of 84

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | Attn: Constantine D. Pourakis<br>485 Madison Avenue<br>20th Floor<br>New York NY 10022 | cp@stevenslee.com | Email |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | Attn: Leonard P. Goldberger<br>620 Freedom Business Center<br>Suite 200<br>King of Prussia PA 19406 | lpg@stevenslee.com | Email |
| Counsel for Liberty Mutual Life Insurance Company | Stewart Sokol & Larkin LLC | Attn: Jan D. Sokol, Esq., Kevin M. Coles, Esq.<br>2300 SW First Avenue, Suite 200<br>Portland OR 97201 | kcoles@lawssl.com | Email |
| Counsel for Tanforan Industrial Park, LLC | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Jeffrey H. Lowenthal<br>235 Pine Street<br>15th Floor<br>San Francisco CA 94104 | jlowenthal@steyerlaw.com | Email |
| Counsel to South San Joaquin Irrigation District | STRADLING YOCCA CARLSON & RAUTH, P.C. | ATTN: PAUL R GLASSMAN<br>100 Wilshire Boulevard, 4th Floor<br>Santa Monica CA 90401 | pglassman@sycr.com | Email |
| Counsel for Mizuho Bank, Ltd. | STROOCK & STROOCK & LAVAN LLP | Attn: David W. Moon<br>2029 Century Park East<br>Los Angeles CA 90067-3086 | dmoon@stroock.com | Email |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola<br>2029 Century Park East<br>Los Angeles CA 90067-3086 | fmerola@stroock.com | Email |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo<br>180 Maiden Lane<br>New York NY 10038-4982 | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com | Email |
| Counsel for Mizuho Bank, Ltd. | STROOCK & STROOCK & LAVAN LLP | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen<br>180 Maiden Lane<br>New York NY 10038-4982 | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>holsen@stroock.com<br>mspeiser@stroock.com<br>kpasquale@stroock.com<br>smillman@stroock.com | Email |
| Counsel for Creditors Public Entities Impacted by the Wildfires | Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L. Esserman, Cliff I. Taylor<br>2323 Bryan Street<br>Suite 2200<br>Dallas TX 5201-2689 | esserman@sbep-law.com<br>taylor@sbep-law.com | Email |
| Counsel for BrightView Enterprise Solutions, LLC, Counsel for Granite Construction Incorporated, BrightView Landscape Services, Inc. | Taylor English Duma LLP | Attn: John W. Mills, III<br>1600 Parkwood Circle<br>Suite 200<br>Atlanta GA 30339 | jmills@taylorenglish.com | Email |

In re: PG&E Corporation, et al.
Case No. 19-30088

Page 16 of 18

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for The Davey Tree Expert Company | The Davey Tree Expert Company | Attn: Erika J. Schoenberger, General Counel<br>1500 N. Mantua Street<br>Kent OH 44240 | Erika.Schoenberger@davey.com | Email |
| Counsel to International Church of the Foursquare Gospel | The Law Office of Joseph West | Attn: Joseph West Esq.<br>575 E. Locust Ave., Suite 120<br>Fresno CA 93720 | josephwest@westlawfirmofcalifornia.com | Email |
| Counsel to Compass Lexecon, LLC | TOGUT, SEGAL & SEGAL LLP | Attn: Albert Togut, Kyle J. Ortiz, Amy M. Oden, Amanda C. Glaubach<br>One Penn Plaza<br>Suite 3335<br>New York NY 10119 | altogut@teamtogut.com<br>kortiz@teamtogut.com<br>aoden@teamtogut.com<br>aglaubach@teamtogut.com | Email |
| Counsel for Consolidated Edison Development Inc. | TROUTMAN SANDERS LLP | Attn: Gabriel Ozel<br>11682 El Camino Real, Suite 400<br>San Diego CA 92130-2092 | gabriel.ozel@troutman.com | Email |
| Counsel for Southern Power Company | TROUTMAN SANDERS LLP | Attn: Harris B. Winsberg, Esq., Matthew G. Roberts, Esq.<br>600 Peachtree St. NE<br>Suite 3000<br>Atlanta GA 30308 | harris.winsberg@troutman.com<br>matthew.roberts2@troutman.com | Email |
| Counsel to Southern Power Company, Consolidated Edison Development, Inc. | TROUTMAN SANDERS LLP | Attn: Marcus T. Hall, Katherine L. Malone<br>3 Embarcadero Center<br>Suite 800<br>San Francisco CA 94111 | marcus.hall@troutman.com<br>katherine.malone@troutman.com | Email |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>U.S. NRC Region IV<br>1600 E. Lamar Blvd.<br>Arlington TX 76011 | | First Class Mail |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>Washington DC 20555-0001 | | First Class Mail |
| Interested Party | Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe<br>1400 Douglas Street<br>STOP 1580<br>Omaha NE 68179 | bankruptcynotices@up.com | Email |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Jina Choi, Regional Director<br>San Francisco Regional Office<br>44 Montgomery Street, Suite 2800<br>San Francisco CA 94104 | sanfrancisco@sec.gov | Email |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Office of General Counsel<br>100 F St. NE MS 6041B<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| Counsel to Public Employees Retirement Association of New Mexico | WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP | Attn: James M. Wagstaffe & Frank Busch<br>100 Pine Street<br>Suite 725<br>San Francisco CA 94111 | wagstaffe@wvbrlaw.com<br>busch@wvbrlaw.com | Email |

Case: 19-30088    Doc# 5326    Filed: 01/09/20    Entered: 01/09/20 21:08:48    Page 22 of 84

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver 650 California Street 26th Floor San Francisco CA 94108 | mkelly@walkuplawoffice.com kbaghdadi@walkuplawoffice.com mschuver@walkuplawoffice.com | Email |
| Counsel for Aera Energy LLC, Midway Sunset Congeneration Company | Walter Wilhelm Law Group a Professional Corporation | Attn: Riiley C. Walter, Michael L. Wilhelm 205 E. River Park Circle Suite 410 Fresno CA 93720 | rileywalter@W2LG.com Mwilhelm@W2LG.com | Email |
| Counsel for Engineers and Scientists of California, Local 20, IFPTE, Counsel for SEIU United Service Workers - West | Weinberg Roger & Rosenfeld | Attn: Emily P. Rich 1001 Marina Village Parkway Suite 200 Alameda CA 94501-1091 | cgray@unioncounsel.net | Email |
| Counsel to Michael G. Kasolas, Claims Representative | Wendel Rosen LLP | Attn: Mark S. Bostick, Lisa Lenherr 1111 Broadway 24th Floor Oakland CA 94607 | mbostick@wendel.com llenherr@wendel.com | Email |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: J.Christopher Shore 1221 Avenue of the Americas New York NY 10020-1095 | cshore@whitecase.com | Email |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Thomas E Lauria, Matthew C. Brown Southeast Financial Center 200 South Biscayne Boulevard, Suite 4900 Miami FL 33131-2352 | tlauria@whitecase.com mbrown@whitecase.com | Email |
| Counsel for Ballard Marine Construction, Inc. | Williams Kastner | Attn: Todd W. Blischke 601 Union Street Suite 4100 Seattle WA 98101-2380 | TBlischke@williamskastner.com | First Class Mail |
| Counsel to the City of San Jose, CA | WINSTON & STRAWN LLP | Attn: Jennifer Machlin Cecil 101 California Street 35th Floor San Francisco CA 94111-5840 | Jcecil@winston.com | Email |
| Counsel for Macquarie Energy LLC | Winston & Strawn LLP | Attn: Michael A. Yuffee 1700 K Street, N.W. Washington DC 20006-3817 | myuffee@winston.com | Email |
| Counsel to Plaintiffs Santiago Gatto and Anastasia Tkal | Young Ward & Lothert, A Professional Law Corporation | Attn: Scott Ward, Esq. 995 Morning Star Dr., Suite C Sonora CA 95370-5192 | info@youngwardlothert.com | Email |

**Exhibit B**

Elliot Adler on behalf of Creditor Mirna Trettevik
eadler@theadlerfirm.com, bzummer@theadlerfirm.com

Annadel A. Almendras on behalf of Interested Party California Department of Toxic Substances Control
annadel.almendras@doj.ca.gov

Annadel A. Almendras on behalf of Interested Party California Department of Water Resources
annadel.almendras@doj.ca.gov

Monique D. Almy on behalf of Creditor Nexant Inc.
malmy@crowell.com

Dana M. Andreoli on behalf of Creditor Tanforan Industrial Park, LLC
dandreoli@steyerlaw.com, mterry@steyerlaw.com

Anne Andrews on behalf of Creditor Agajanian, Inc.
aa@andrewsthornton.com, aandrews@andrewsthornton.com

Anne Andrews on behalf of Creditor Bennett Lane Winery LLC
aa@andrewsthornton.com, aandrews@andrewsthornton.com

Richard L. Antognini on behalf of Requestor Richard Lawrence Antognini
rlalawyer@yahoo.com, hallonaegis@gmail.com

Tyson Arbuthnot on behalf of Interested Party ACCO Engineered Systems, Inc.
tarbuthnot@rjo.com, jyeung@rjo.com

Lauren T. Attard on behalf of Creditor Committee Official Committee of Tort Claimants
lattard@bakerlaw.com, agrosso@bakerlaw.com

Kathryn E. Barrett on behalf of Creditor TURN-The Utility Reform Network
keb@svlg.com, amt@svlg.com

Chris Bator on behalf of Creditor Committee Official Committee of Tort Claimants
cbator@bakerlaw.com, jmcguigan@bakerlaw.com

Ronald S. Beacher on behalf of Creditor SPCP Group, LLC
rbeacher@pryorcashman.com

Ronald S. Beacher on behalf of Interested Party Pryor Cashman LLP
rbeacher@pryorcashman.com

Hagop T. Bedoyan on behalf of Creditor KINGS RIVER WATER ASSOCIATION
hbedoyan@kleinlaw.com, ecf@kleinlaw.com

Andrew David Behlmann on behalf of Interested Party Public Employees Retirement Association of New Mexico
abehlmann@lowenstein.com, elawler@lowenstein.com

Tanya Behnam on behalf of Creditor MRC Opportunities Fund I LP - Series C

tbehnam@polsinelli.com, tanyabehnam@gmail.com

Tanya Behnam on behalf of Creditor Marble Ridge Master Fund LP
tbehnam@polsinelli.com, tanyabehnam@gmail.com

James C. Behrens on behalf of Creditor Committee Official Committee Of Unsecured Creditors
jbehrens@milbank.com, mkoch@milbank.com

James C. Behrens on behalf of Interested Party Official Committee Of Unsecured Creditors
jbehrens@milbank.com, mkoch@milbank.com

Jacob Taylor Beiswenger on behalf of Interested Party Department of Finance for the State of California
jbeiswenger@omm.com, llattin@omm.com

Jacob Taylor Beiswenger on behalf of Interested Party Governor Gavin Newsom
jbeiswenger@omm.com, llattin@omm.com

James T. Bentley on behalf of Creditor Centerbridge Partners, L.P.
james.bentley@srz.com, Kelly.Knight@srz.com

James T. Bentley on behalf of Creditor Fidelity Management & Research Company
james.bentley@srz.com, Kelly.Knight@srz.com

James T. Bentley on behalf of Interested Party Anchorage Capital Group, L.L.C.
james.bentley@srz.com, Kelly.Knight@srz.com

James T. Bentley on behalf of Interested Party Silver Point Capital, L.P.
james.bentley@srz.com, Kelly.Knight@srz.com

James T. Bentley on behalf of Interested Party SteelMill Master Fund LP
james.bentley@srz.com, Kelly.Knight@srz.com

Peter J. Benvenutti on behalf of 3rd Pty Defendant Pacific Gas and Electric Company
pbenvenutti@kellerbenvenutti.com

Peter J. Benvenutti on behalf of Debtor PG&E Corporation
pbenvenutti@kellerbenvenutti.com

Peter J. Benvenutti on behalf of Defendant PG&E Corporation
pbenvenutti@kellerbenvenutti.com

Peter J. Benvenutti on behalf of Defendant Pacific Gas & Electric Company
pbenvenutti@kellerbenvenutti.com

Peter J. Benvenutti on behalf of Defendant Pacific Gas and Electric Company
pbenvenutti@kellerbenvenutti.com

Peter J. Benvenutti on behalf of Plaintiff PG&E Corporation
pbenvenutti@kellerbenvenutti.com

Peter J. Benvenutti on behalf of Plaintiff Pacific Gas and Electric Company
pbenvenutti@kellerbenvenutti.com

Robert Berens on behalf of Creditor   XL Specialty Insurance Company
rberens@smtdlaw.com, sr@smtdlaw.com

Heinz Binder on behalf of Creditor   Almendariz Consulting, Inc.
heinz@bindermalter.com

Heinz Binder on behalf of Interested Party   The Utility Reform Network (TURN)
heinz@bindermalter.com

Neil Jon Bloomfield on behalf of Creditor   American Construction and Supply Inc.
njbloomfield@njblaw.com, gklump@njblaw.com

Jason Blumberg on behalf of U.S. Trustee   Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Ameneh Maria Bordi on behalf of Interested Party   Calpine Corporation
ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com

On behalf of Other Prof. Michael G. Kasolas
bankruptcy@wendel.com

On behalf of Creditor   K. Hovnanian California Region, Inc., et al
jguzman@hugueninkahn.com

On behalf of Creditor   Meritage Homes of California, Inc.
jguzman@hugueninkahn.com

Peter R. Boutin on behalf of Creditor   Citibank N.A., as Administrative Agent for the Utility Revolving Credit
Facility peter.boutin@kyl.com, lara.joel@kyl.com

Erin N. Brady on behalf of Interested Party   Hummingbird Energy Storage, LLC
enbrady@jonesday.com

Erin N. Brady on behalf of Interested Party   esVolta, LP
enbrady@jonesday.com

Gregory A. Bray on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
gbray@milbank.com

Gregory A. Bray on behalf of Interested Party   Official Committee Of Unsecured Creditors
gbray@milbank.com

Michael D. Breslauer on behalf of Creditor   Righetti Ranch LP and Righetti NC, LLC
mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com

W. Steven Bryant on behalf of Creditor   International Brotherhood of Electrical Workers Local Union 1245
molly.batiste-debose@lockelord.com

W. Steven Bryant on behalf of Creditor   International Brotherhood of Electrical Workers Local Union 1245
molly.batiste-debose@lockelord.com

Chane  Buck on behalf of stockholders   PG&E Shareholders
cbuck@jonesday.com

Elizabeth J. Cabraser on behalf of Creditor   Wildfire Class Claimants
ecabraser@lchb.com, awolf@lchb.com

Elizabeth J. Cabraser on behalf of Creditor Kevin  Burnett
ecabraser@lchb.com, awolf@lchb.com

Anthony P. Cali on behalf of Creditor   Public Advocates Office at the California Public Utilities Commission
anthony.cali@stinson.com, lindsay.petrowski@stinson.com

Peter C. Califano on behalf of Creditor   CALAVERAS TELEPHONE COMPANY
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor   CRG Financial LLC
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor   Gowan Construction Company Inc.
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor   KERMAN TELEPHONE CO.
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor   PINNACLES TELEPHONE CO.
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor   SIERRA TELEPHONE COMPANY, INC.
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor   TDS TELECOM
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor   THE PONDEROSA TELEPHONE CO.

pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor   VOLCANO TELEPHONE COMPANY
pcalifano@cwclaw.com

Steven M. Campora on behalf of Creditor   Chippewa Pest Control, Inc.
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Adam  Balogh
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Brian  Bolton
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Heather  Blowers
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Lara  Balas
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Lisa Delaine Allain
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Sharon  Britt
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Thomas  Atkinson
scampora@dbbwc.com, nlechuga@dbbwc.com

Leah E. Capritta on behalf of Defendant   Tiger Natural Gas, Inc.
leah.capritta@hklaw.com, lori.labash@hklaw.com

Leah E. Capritta on behalf of Interested Party   Tiger Natural Gas, Inc.
leah.capritta@hklaw.com, lori.labash@hklaw.com

Leah E. Capritta on behalf of Interested Party   United Energy Trading, LLC
leah.capritta@hklaw.com, lori.labash@hklaw.com

Nicholas A. Carlin on behalf of Plaintiff Anthony  Gantner
nac@phillaw.com, rac@phillaw.com

Katherine Rose Catanese on behalf of Interested Party   CoreLogic Solutions, LLC
kcatanese@foley.com

Katherine Rose Catanese on behalf of Interested Party   Corelogic Spatial Solutions, LLC
kcatanese@foley.com

On behalf of Interested Party   City of San Jose, California ECF_SF@winston.com

On behalf of Interested Party   First Solar, Inc.
ECF_SF@winston.com

On behalf of Interested Party   Global Ampersand LLC
ECF_SF@winston.com

On behalf of Interested Party   Willow Springs Solar 3, LLC
ECF_SF@winston.com

Karen J. Chedister on behalf of Creditor Anita  Freeman
kchedister@h-jlaw.com

Karen J. Chedister on behalf of Creditor Fuguan  O'Brien
kchedister@h-jlaw.com

Karen J. Chedister on behalf of Creditor Karen  Roberds
kchedister@h-jlaw.com

Karen J. Chedister on behalf of Creditor Ming  O'Brien
kchedister@h-jlaw.com

Karen J. Chedister on behalf of Creditor William K O'Brien
kchedister@h-jlaw.com

Karen J. Chedister on behalf of Creditor William N Steel
kchedister@h-jlaw.com

Christina Lin Chen on behalf of Creditor   MRO Integrated Solutions, LLC
christina.chen@morganlewis.com,  christina.lin.chen@gmail.com

Christina Lin Chen on behalf of Creditor   OneSource Supply Solutions, LLC
christina.chen@morganlewis.com,  christina.lin.chen@gmail.com

Richard A. Chesley on behalf of Other Prof.   FTI Consulting, Inc.
richard.chesley@dlapiper.com,  bill.countryman@dlapiper.com

Shawn M. Christianson on behalf of Creditor   Oracle America, Inc.
schristianson@buchalter.com

Robert N.H. Christmas on behalf of Interested Party   California Self-Insurers' Security Fund
rchristmas@nixonpeabody.com,  nyc.managing.clerk@nixonpeabody.com

Alicia  Clough on behalf of Interested Party   California Power Exchange Corporation
aclough@loeb.com

Alicia  Clough on behalf of Interested Party   Capital Power Corporation
aclough@loeb.com

Tiffany Strelow Cobb on behalf of Creditor   Nuance Communications, Inc.
tscobb@vorys.com

Tiffany Strelow Cobb on behalf of Creditor   Vertiv Corporation and Vertiv Services, Inc. and Vertiv North America, Inc.
tscobb@vorys.com

John B. Coffman on behalf of Interested Party   AARP
john@johncoffman.net

Kevin G. Collins on behalf of Interested Party   Miller Pipeline, LLC
kevin.collins@btlaw.com

Brian S. Conlon on behalf of Plaintiff Anthony  Gantner
bsc@phillaw.com,  rac@phillaw.com

Charles  Cording on behalf of Interested Party   Ad Hoc Group of Subrogation Claim Holders
ccording@willkie.com,  mao@willkie.com

Manuel  Corrales, Jr. on behalf of Creditor Barbara  Zelmer
mannycorrales@yahoo.com,  hcskanchy@hotmail.com

Manuel  Corrales, Jr. on behalf of Creditor Robert  Zelmer
mannycorrales@yahoo.com,  hcskanchy@hotmail.com

Anne  Costin on behalf of Creditor Todd  Hearn
anne@costinlawfirm.com

Donald H. Cram, III on behalf of Interested Party   HDI Global Specialty SE
dhc@severson.com

Donald H. Cram, III on behalf of Interested Party   Liberty Specialty Markets
dhc@severson.com

Donald H. Cram, III on behalf of Interested Party   Munich Re
dhc@severson.com

Ashley Vinson Crawford on behalf of Creditor   Ad Hoc Committee of Senior Unsecured Creditors of Pacific Gas and
Electric Company
avcrawford@akingump.com,  dkrasa-berstell@akingump.com

Ashley Vinson Crawford on behalf of Creditor   Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and
Electric Company
avcrawford@akingump.com,  dkrasa-berstell@akingump.com

Ashley Vinson Crawford on behalf of Interested Party   Ad Hoc Committee of Senior Unsecured Noteholders of Pacific
Gas and Electric Company
avcrawford@akingump.com,  dkrasa-berstell@akingump.com

John  Cumming on behalf of Interested Party   California Department of Industrial Relations
jcumming@dir.ca.gov

J. Russell Cunningham on behalf of Creditor   Baseline 80 Investors, LLC
rcunningham@dnlc.net,  emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor   Baseline P&R, LLC
rcunningham@dnlc.net,  emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor   DF Properties

rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor   Joiner Limited Partnership
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor   KV Sierra Vista, LLC
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor Brian T. Howe
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor John J. Guerra, Jr.
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor Stephen J Norman
rcunningham@dnlc.net, emehr@dnlc.net

Keith J. Cunningham on behalf of Interested Party   California Department of Water Resources
kcunningham@pierceatwood.com, rkelley@pierceatwood.com

Keith J. Cunningham on behalf of Interested Party   California Independent System Operator
rkelley@pierceatwood.com

Keith J. Cunningham on behalf of Interested Party   California Independent System Operator
rkelley@pierceatwood.com

James D. Curran on behalf of Creditor   Liberty Mutual Insurance Company
jcurran@wolkincurran.com, dstorms@wolkincurran.com

James D. Curran on behalf of Creditor   Liberty Mutual Insurance Company
jcurran@wolkincurran.com, dstorms@wolkincurran.com

Tambra  Curtis on behalf of Creditor   Sonoma County
tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org

Nicolas  De Lancie on behalf of Interested Party   SummerHill Homes, LLC
ndelancie@jmbm.com

Judith A. Descalso on behalf of Creditor   CM Distributors, Inc.
jad_9193@ecf.courtdrive.com

Erin Elizabeth Dexter on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
edexter@milbank.com

Shounak S. Dharap on behalf of Creditor Enrique  Guzman
ssd@arnslaw.com, mec@arnslaw.com

Kathryn S. Diemer on behalf of Interested Party   Ad Hoc Group of Subrogation Claim Holders
kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com

Kathryn S. Diemer on behalf of Plaintiff   Ad Hoc Group of Subrogation Claim Holders
kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com

John P. Dillman on behalf of Creditor   Harris County
houston_bankruptcy@publicans.com

Jonathan R. Doolittle on behalf of Creditor   BP Energy Company
jdoolittle@reedsmith.com,  bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor   BP Products North America Inc.
jdoolittle@reedsmith.com,  bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor   Bender Rosenthal, Incorporated
jdoolittle@reedsmith.com,  bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor   Lodi Gas Storage, L.L.P.
jdoolittle@reedsmith.com,  bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor   Nevada Irrigation District
jdoolittle@reedsmith.com,  bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor   Southern Disaster Recovery, LLC
jdoolittle@reedsmith.com,  bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor   Wild Goose, LLC
jdoolittle@reedsmith.com,  bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Interested Party   J.H. Lane Partners Master Fund, L.P.
jdoolittle@reedsmith.com,  bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Interested Party   Midtown Acquisitions L.P.
jdoolittle@reedsmith.com,  bgonshorowski@reedsmith.com

Jennifer V. Doran on behalf of Creditor   Telvent USA, LLC
jdoran@hinckleyallen.com

Dustin M. Dow on behalf of Creditor Committee   Official Committee of Tort Claimants
ddow@bakerlaw.com,  jmcguigan@bakerlaw.com

Jamie P. Dreher on behalf of Creditor   Teichert Pipelines, Inc. and A. Teichert & Sons, Inc. d/b/a Teichert Aggregates
jdreher@downeybrand.com

Geoffrey B. Dryvynsyde on behalf of Creditor   California Public Utilities Commision
gbd@cpuc.ca.gov,  geoffrey.dryvynsyde@cpuc.ca.gov

Cecily Ann Dumas on behalf of Creditor Committee   Official Committee of Tort Claimants
cdumas@bakerlaw.com,  hhammonturano@bakerlaw.com BHDataServices@ecf.courtdrive.com

Dennis F. Dunne on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
ddunne@milbank.com,  jbrewster@milbank.com

Dennis F. Dunne on behalf of Interested Party   Official Committee Of Unsecured Creditors
cprice@milbank.com,  jbrewster@milbank.com

Huonganh Annie Duong on behalf of Creditor   A.J. Excavation Inc.
annie.duong@mccormickbarstow.com,  dawn.houston@mccormickbarstow.com

Huonganh Annie Duong on behalf of Creditor Philip  Verwey
annie.duong@mccormickbarstow.com,  dawn.houston@mccormickbarstow.com

Kevin M. Eckhardt on behalf of Interested Party   DTE Stockton, LLC
keckhardt@hunton.com,  candonian@huntonak.com

Kevin M. Eckhardt on behalf of Interested Party   Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P.
keckhardt@hunton.com,  candonian@huntonak.com

Kevin M. Eckhardt on behalf of Interested Party   Potrero Hills Energy Producers, LLC
keckhardt@hunton.com,  candonian@huntonak.com

Kevin M. Eckhardt on behalf of Interested Party   Sunshine Gas Producers, LLC
keckhardt@hunton.com,  candonian@huntonak.com

Kevin M. Eckhardt on behalf of Interested Party   Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd.
keckhardt@hunton.com,  candonian@huntonak.com

Michael  Eggenberger on behalf of Creditor   Chico Rent-A-Fence
meggenberger@piercebainbridge.com,  gchang@piercebainbridge.com

Michael  Eggenberger on behalf of Creditor   Gabriella's Eatery
meggenberger@piercebainbridge.com,  gchang@piercebainbridge.com

Michael  Eggenberger on behalf of Creditor   Ponderosa Pest & Weed Control
meggenberger@piercebainbridge.com,  gchang@piercebainbridge.com

Michael  Eggenberger on behalf of Creditor David  Herndon
meggenberger@piercebainbridge.com,  gchang@piercebainbridge.com

Michael  Eggenberger on behalf of Creditor Gabriella  Herndon
meggenberger@piercebainbridge.com,  gchang@piercebainbridge.com

Michael  Eggenberger on behalf of Creditor Jedidiah  Herndon
meggenberger@piercebainbridge.com,  gchang@piercebainbridge.com

Michael  Eggenberger on behalf of Creditor Julia  Herndon
meggenberger@piercebainbridge.com,  gchang@piercebainbridge.com

Michael  Eggenberger on behalf of Creditor Steven  Jones
meggenberger@piercebainbridge.com,  gchang@piercebainbridge.com

Michael  Eggenberger on behalf of Plaintiff   Chico Rent-A-Fence
meggenberger@piercebainbridge.com,  gchang@piercebainbridge.com

Michael  Eggenberger on behalf of Plaintiff   Gabriella's Eatery
meggenberger@piercebainbridge.com,  gchang@piercebainbridge.com

Michael  Eggenberger on behalf of Plaintiff   Ponderosa Pest & Weed Control
meggenberger@piercebainbridge.com,  gchang@piercebainbridge.com

Michael  Eggenberger on behalf of Plaintiff David  Herndon
meggenberger@piercebainbridge.com,  gchang@piercebainbridge.com

Michael  Eggenberger on behalf of Plaintiff Estefania  Miranda
meggenberger@piercebainbridge.com,  gchang@piercebainbridge.com

Michael  Eggenberger on behalf of Plaintiff Gabriell  Herndon
meggenberger@piercebainbridge.com,  gchang@piercebainbridge.com

Michael  Eggenberger on behalf of Plaintiff Jedidiah  Herndon
meggenberger@piercebainbridge.com,  gchang@piercebainbridge.com

Michael  Eggenberger on behalf of Plaintiff Julia  Herndon
meggenberger@piercebainbridge.com,  gchang@piercebainbridge.com

Michael  Eggenberger on behalf of Plaintiff Steven  Jones
meggenberger@piercebainbridge.com,  gchang@piercebainbridge.com

Joseph A. Eisenberg on behalf of Creditor   The Act 1 Group, Inc.
JAE1900@yahoo.com

Michele  Ellison on behalf of Creditor   Camblin Steel Service, Inc.
mellison@gibbsgiden.com,  lrochelle@gibbsgiden.com

David  Emerzian on behalf of Creditor   A.J. Excavation Inc.
Melany.Hertel@mccormickbarstow.com

G. Larry Engel on behalf of Creditor   Sonoma Clean Power Authority
larry@engeladvice.com

G. Larry Engel on behalf of Creditor   Sonoma Clean Power Authority
larry@engeladvice.com

Krista M. Enns on behalf of Creditor   ACRT, Inc.
kenns@beneschlaw.com

Krista M. Enns on behalf of Creditor   Infosys Limited
kenns@beneschlaw.com

Scott  Esbin on behalf of Creditor   SPCP Group, LLC
sesbin@esbinalter.com

Joseph M. Esmont on behalf of Creditor Committee   Official Committee of Tort Claimants
jesmont@bakerlaw.com

Michael P. Esser on behalf of Interested Party   Calpine Corporation
michael.esser@kirkland.com,  michael-esser-3293@ecf.pacerpro.com.

Michael P. Esser on behalf of Intervenor   Calpine Corporation

michael.esser@kirkland.com,  michael-esser-3293@ecf.pacerpro.com.

Richard W. Esterkin on behalf of Creditor   Banc of America Credit Products, Inc.
richard.esterkin@morganlewis.com,  melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Creditor   Deutsche Bank AG Cayman Islands Branch
richard.esterkin@morganlewis.com,  melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Creditor   Henrietta D Energy Storage LLC
richard.esterkin@morganlewis.com,  melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Interested Party   AV Solar Ranch 1, LLC
richard.esterkin@morganlewis.com,  melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Interested Party   Deutsche Bank
richard.esterkin@morganlewis.com,  melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Interested Party   Exelon Corporation
richard.esterkin@morganlewis.com,  melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Intervenor   AV Solar Ranch 1, LLC
richard.esterkin@morganlewis.com,  melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Intervenor   Exelon Corporation
richard.esterkin@morganlewis.com,  melissa.boey@morganlewis.com

Michael S. Etkin on behalf of Interested Party   Public Employees Retirement Association of New Mexico
metkin@lowenstein.com

Jacob M. Faircloth on behalf of Creditor   Aztrack Construction Corporation
jacob.faircloth@smolsonlaw.com

On behalf of Creditor   Quest Diagnostics Health & Wellness LLC
wweller@morrisjames.com

Michael C. Fallon on behalf of Creditor   Ahlborn Fence & Steel, Inc
mcfallon@fallonlaw.net,  manders@fallonlaw.net

Joseph Kyle Feist on behalf of Creditor   Fire Victim Creditors
jfeistesq@gmail.com,  info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor   Paradise Moose Lodge
jfeistesq@gmail.com,  info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Andries  Bijstra
jfeistesq@gmail.com,  info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Angela  Coker
jfeistesq@gmail.com,  info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Annaleisa  Batts
jfeistesq@gmail.com,  info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Barbara  Cruise
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Benjamin  Hernandez
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Brenda  Howell
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Bryan  Sullivan
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Candice  Seals
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Catherine  McClure
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Cecil  Morris
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Celil  Morris
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Chris  Franklin
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Christopher  Franklin
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Claudia  Bijstra
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Constantina  Howard
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Deirdre  Coderre
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Denise  Stooksberry
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Eddie  Delongfield
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Edward  Delongfield
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Gretchen  Franklin
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Irma  Enriquez
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Isaiah  Vera
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Jennifer  Makin
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Joel  Batts
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor John  Stooksberry
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Kelly  Jones
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Leroy  Howard
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Linda  Schooling
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Lynda  Howell
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Marie  Dierssen
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Michael  Vairo
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Michael  Williams
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Nancy  Seals
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Paul  Bowen
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Roger  Martinez
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Sally  Thorp
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Sara  Hill
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Tami  Coleman

jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Tonia Hanson
jfeistesq@gmail.com, info@norcallawgroup.net

David M. Feldman on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims
DFeldman@gibsondunn.com

Matthew A. Feldman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
mfeldman@willkie.com

Matthew A. Feldman on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders
mfeldman@willkie.com

Mark E. Felger on behalf of Creditor Liberty Mutual Insurance Company
mfelger@cozen.com

James J. Ficenec on behalf of Creditor Exponent, Inc.
James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com

John D. Fiero on behalf of Creditor TRC Companies, Inc.
jfiero@pszjlaw.com, ocarpio@pszjlaw.com

Kimberly S. Fineman on behalf of Creditor Association of California Water Agencies Joint Powers Insurance Authority
kfineman@nutihart.com, nwhite@nutihart.com

Kimberly S. Fineman on behalf of Interested Party Public Entities Impacted by the Wildfires
kfineman@nutihart.com, nwhite@nutihart.com

Stephen D. Finestone on behalf of Creditor Aggreko
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Creditor Far Western Anthropological Research Group, Inc.
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Creditor MCE Corporation
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Creditor Nor-Cal Pipeline Services
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Creditor Roebbelen Contracting, Inc.
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Interested Party The Okonite Company
sfinestone@fhlawllp.com

Timothy M. Flaherty on behalf of Creditor Petro-Canada America Lubricants, Inc.
tflaherty@mpplaw.com

Daniel I. Forman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
dforman@willkie.com

Jonathan Forstot on behalf of Creditor Consolidated Edison Development, Inc.
john.murphy@troutman.com

Jonathan Forstot on behalf of Intervenor Consolidated Edison Development, Inc.
jonathan.forstot@troutman.com, john.murphy@troutman.com

Matthew Hampton Foushee on behalf of Interested Party Hummingbird Energy Storage, LLC
hampton.foushee@hoganlovells.com, hfoushee@gmail.com

Matthew Hampton Foushee on behalf of Interested Party esVolta, LP
hampton.foushee@hoganlovells.com, hfoushee@gmail.com

Carolyn Frederick on behalf of Interested Party The Mosaic Company
cfrederick@prklaw.com

Peter Friedman on behalf of Interested Party Department of Finance for the State of California
pfriedman@omm.com

Peter Friedman on behalf of Interested Party Governor Gavin Newsom
pfriedman@omm.com

Roger F. Friedman on behalf of Creditor ARB, Inc.
rfriedman@rutan.com, csolorzano@rutan.com

Roger F. Friedman on behalf of Creditor Plant Construction Company, L.P.
rfriedman@rutan.com, csolorzano@rutan.com

Xiyi Fu on behalf of Creditor Quanta Energy Services LLC
jackie.fu@lockelord.com, taylor.warren@lockelord.com

Lars H. Fuller on behalf of Creditor Committee Official Committee of Tort Claimants
lfuller@bakerlaw.com

Larry W. Gabriel on behalf of Interested Party Itron, Inc.
lgabriel@bg.law, nfields@bg.law

Gregg M. Galardi on behalf of Interested Party Elliott Management Corporation
gregg.galardi@ropesgray.com

Richard L. Gallagher on behalf of Interested Party Elliott Management Corporation
richard.gallagher@ropesgray.com

Craig Solomon Ganz on behalf of Creditor Discovery Hydrovac
ganzc@ballardspahr.com, hartt@ballardspahr.com

Craig Solomon Ganz on behalf of Creditor Realty Income Corporation
ganzc@ballardspahr.com, hartt@ballardspahr.com

Jeffrey K. Garfinkle on behalf of Interested Party Jay Alix
jgarfinkle@buchalter.com

Oscar Garza on behalf of Other Prof. Centerview Partners LLC
ogarza@gibsondunn.com

Paul R. Gaus on behalf of Creditor Tim Messer Construction Inc.
paul.gaus@mccormickbarstow.com

Duane M. Geck on behalf of Interested Party HDI Global Specialty SE
dmg@severson.com

Duane M. Geck on behalf of Interested Party Liberty Specialty Markets
dmg@severson.com

Duane M. Geck on behalf of Interested Party Munich Re
dmg@severson.com

Evelina Gentry on behalf of Creditor Transwestern Pipeline Company, LLC
evelina.gentry@akerman.com, rob.diwa@akerman.com

Janet D. Gertz on behalf of Creditor PaR Systems, LLC
jgertz@btlaw.com, amattingly@btlaw.com

Christopher Gessner on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company
cgessner@akingump.com, NYMCO@akingump.com

Paul R. Glassman on behalf of Creditor Johnson Controls, Inc.
glassmanp@gtlaw.com

Paul R. Glassman on behalf of Creditor South San Joaquin Irrigation District
glassmanp@gtlaw.com

Gabriel I. Glazer on behalf of Interested Party The Baupost Group, L.L.C.
gglazer@pszjlaw.com

Gabriel I. Glazer on behalf of Interested Party The Baupost Group, L.L.C.
gglazer@pszjlaw.com

Gabrielle Glemann on behalf of Intervenor Capital Dynamics, Inc.
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Intervenor Enel Green Power North America, Inc.
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Intervenor FTP Power LLC
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Jaime Godin on behalf of Plaintiff Allco Renewable Energy Limited
Jtouchstone@fddcm.com

Jaime Godin on behalf of Plaintiff Bear Creek Solar LLC
Jtouchstone@fddcm.com

Jaime Godin on behalf of Plaintiff Foothill Solar LLC
Jtouchstone@fddcm.com

Jaime Godin on behalf of Plaintiff Hollister Solar LLC
Jtouchstone@fddcm.com

Jaime Godin on behalf of Plaintiff Kettleman Solar LLC
Jtouchstone@fddcm.com

Jaime Godin on behalf of Plaintiff Vintner Solar LLC
Jtouchstone@fddcm.com

Jaime Godin on behalf of Plaintiff Winding Creek Solar LLC
Jtouchstone@fddcm.com

Matthew A. Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Eric D. Goldberg on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Amy L. Goldman on behalf of Creditor RE Astoria LLC
goldman@lbbslaw.com

Amy L. Goldman on behalf of Interested Party Kepco California LLC
goldman@lbbslaw.com

Amy L. Goldman on behalf of Interested Party RE Astoria LLC
goldman@lbbslaw.com

Eric S. Goldstein on behalf of Interested Party Gartner, Inc.
egoldstein@goodwin.com

Rhonda Stewart Goldstein on behalf of Creditor The Regents of the University of California
Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu

Richard H. Golubow on behalf of Creditor Hoffman Southwest Corp.
rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com

Michael J. Gomez on behalf of Creditor Lyles Utility Construction, LLC
mgomez@frandzel.com, dmoore@frandzel.com

Michael W. Goodin on behalf of Creditor XL Insurance America, Inc., etc.

mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party Catlin Specialty Insurance Company
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party Chubb Custom Insurance Comapny
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party General Security Indemnity Company of Arizona
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party Markel Bermuda Limited
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party Starr Surplus Lines Insurance Company
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party XL Insurance America, Inc.
mgoodin@clausen.com, mgenova@clausen.com

Eric R. Goodman on behalf of Creditor Committee Official Committee of Tort Claimants
egoodman@bakerlaw.com

Mark A. Gorton on behalf of Attorney Mark Gorton
mgorton@boutininc.com, cdomingo@boutininc.com

Mark A. Gorton on behalf of Creditor Northern California Power Agency
mgorton@boutininc.com, cdomingo@boutininc.com

Mark A. Gorton on behalf of Creditor Sonoma Clean Power Authority
mgorton@boutinjones.com, cdomingo@boutininc.com

Mark A. Gorton on behalf of Creditor Sonoma Clean Power Authority
mgorton@boutininc.com, cdomingo@boutininc.com

Mark A. Gorton on behalf of Creditor Valley Clean Energy Alliance
mgorton@boutininc.com, cdomingo@boutininc.com

Michael I. Gottfried on behalf of Creditor Chico Rent-A-Fence
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Creditor Gabriella's Eatery
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Creditor Ponderosa Pest & Weed Control
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Creditor David Herndon
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Creditor Estefania Miranda
mgottfried@lgbfirm.com, srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Creditor Gabriella  Herndon
mgottfried@lgbfirm.com,  srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Creditor Jedidiah  Herndon
mgottfried@lgbfirm.com,  srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Creditor Julia  Herndon
mgottfried@lgbfirm.com,  srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Creditor Steven  Jones
mgottfried@lgbfirm.com,  srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff   Chico Rent-A-Fence
mgottfried@lgbfirm.com,  srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff   Gabriella's Eatery
mgottfried@lgbfirm.com,  srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff   Ponderosa Pest & Weed Control
mgottfried@lgbfirm.com,  srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff David  Herndon
mgottfried@lgbfirm.com,  srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff Estefania  Miranda
mgottfried@lgbfirm.com,  srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff Gabriell  Herndon
mgottfried@lgbfirm.com,  srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff Jedidiah  Herndon
mgottfried@lgbfirm.com,  srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff Julia  Herndon
mgottfried@lgbfirm.com,  srichmond@lgbfirm.com

Michael I. Gottfried on behalf of Plaintiff Steven  Jones
mgottfried@lgbfirm.com,  srichmond@lgbfirm.com

Louis  Gottlieb on behalf of Interested Party   Public Employees Retirement Association of New Mexico
Lgottlieb@labaton.com,  mpenrhyn@labaton.com

Eric A. Grasberger on behalf of Plaintiff   JH Kelly, LLC
eric.grasberger@stoel.com,  docketclerk@stoel.com

Debra I. Grassgreen on behalf of Creditor Debra  Grassgreen
dgrassgreen@pszjlaw.com,  hphan@pszjlaw.com

Debra I. Grassgreen on behalf of Interested Party   The Baupost Group, L.L.C.
dgrassgreen@pszjlaw.com,  hphan@pszjlaw.com

Eric A. Gravink on behalf of Creditor Csaba Wendel Mester
eric@rhrc.net

Eric A. Gravink on behalf of Creditor Marta M. Mester
eric@rhrc.net

Eric A. Gravink on behalf of Creditor Wei  Luo
eric@rhrc.net

Eric A. Gravink on behalf of Creditor Xiaotian  Sun
eric@rhrc.net

Elizabeth A. Green on behalf of Creditor Committee   Official Committee of Tort Claimants
egreen@bakerlaw.com,  orlbankruptcy@bakerlaw.com

Stuart G. Gross on behalf of Creditor   San Francisco Herring Association
sgross@grosskleinlaw.com,  iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Adelina  Mcneive
sgross@grosskleinlaw.com,  iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Aida  Rodriguez
sgross@grosskleinlaw.com,  iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Cathy  Dorrance
sgross@grosskleinlaw.com,  iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Dan  Clarke
sgross@grosskleinlaw.com,  iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Dennis  Caselli
sgross@grosskleinlaw.com,  iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Gurdon  Merchant
sgross@grosskleinlaw.com,  iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Laura  Hart
sgross@grosskleinlaw.com,  iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Minh  Merchant
sgross@grosskleinlaw.com,  iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Ramiro  Rodriguez
sgross@grosskleinlaw.com,  iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Sam  Dorrance
sgross@grosskleinlaw.com,  iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Todd  McNeive
sgross@grosskleinlaw.com,  iatkinsonyoung@grosskleinlaw.com

David Matthew Guess on behalf of Creditor   Centerbridge Partners, L.P.

guessd@gtlaw.com

David Matthew Guess on behalf of Creditor   Fidelity Management & Research Company
guessd@gtlaw.com

David Matthew Guess on behalf of Interested Party   Anchorage Capital Group, L.L.C.
guessd@gtlaw.com

David Matthew Guess on behalf of Interested Party   Silver Point Capital, L.P.
guessd@gtlaw.com

David Matthew Guess on behalf of Interested Party   SteelMill Master Fund LP
guessd@gtlaw.com

Elizabeth M. Guffy on behalf of Creditor   Quanta Energy Services LLC
eguffy@lockelord.com,  autodocket@lockelord.com

Cameron  Gulden on behalf of U.S. Trustee   Office of the U.S. Trustee / SF
cameron.m.gulden@usdoj.gov

Mirco J. Haag on behalf of Creditor   Bradley Tanks, Inc.
mhaag@buchalter.com,  dcyrankowski@buchalter.com

Laurie  Hager on behalf of Interested Party   Wilson Construction Company
lhager@sussmanshank.com

On behalf of Creditor   Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company
tong@braunhagey.com

Oren Buchanan Haker on behalf of Interested Party   Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh
I Wind Project LLC
oren.haker@stoel.com,  rene.alvin@stoel.com

Oren Buchanan Haker on behalf of Interested Party   Capital Dynamics, Inc., et al.
oren.haker@stoel.com,  rene.alvin@stoel.com

Oren Buchanan Haker on behalf of Interested Party   Enel Green Power North America, Inc., et al. and Enel X
oren.haker@stoel.com,  rene.alvin@stoel.com

Oren Buchanan Haker on behalf of Interested Party   FTP Power LLC, et al.
oren.haker@stoel.com,  rene.alvin@stoel.com

Oren Buchanan Haker on behalf of Interested Party   Gill Ranch Storage, LLC
oren.haker@stoel.com,  rene.alvin@stoel.com

Oren Buchanan Haker on behalf of Intervenor   Capital Dynamics, Inc.
oren.haker@stoel.com,  rene.alvin@stoel.com

Kristopher M. Hansen on behalf of Creditor   JPMorgan Chase Bank, N.A., as DIP Administrative Agent
dmohamed@stroock.com,  mmagzamen@stroock.com

Adam C. Harris on behalf of Creditor   Centerbridge Partners, L.P.
adam.harris@srz.com,  james.bentley@srz.com

Adam C. Harris on behalf of Creditor   Fidelity Management & Research Company
adam.harris@srz.com,  james.bentley@srz.com

Adam C. Harris on behalf of Interested Party   Anchorage Capital Group, L.L.C.
adam.harris@srz.com,  james.bentley@srz.com

Adam C. Harris on behalf of Interested Party   Silver Point Capital, L.P.
adam.harris@srz.com,  james.bentley@srz.com

Adam C. Harris on behalf of Interested Party   SteelMill Master Fund LP
adam.harris@srz.com,  james.bentley@srz.com

Robert G. Harris on behalf of Creditor   Almendariz Consulting, Inc.
rob@bindermalter.com

Robert G. Harris on behalf of Creditor   C.H. Reynolds Electric, Inc.
rob@bindermalter.com

Robert G. Harris on behalf of Creditor   ChargePoint, Inc.
rob@bindermalter.com

Robert G. Harris on behalf of Creditor   TURN-The Utility Reform Network
rob@bindermalter.com

Robert G. Harris on behalf of Interested Party   The Utility Reform Network (TURN)
rob@bindermalter.com

Christopher H. Hart on behalf of Interested Party   Public Entities Impacted by the Wildfires
chart@nutihart.com,  nwhite@nutihart.com

Bryan L. Hawkins on behalf of Interested Party   Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I
Wind Project LLC
bryan.hawkins@stoel.com,  Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Interested Party   Capital Dynamics, Inc., et al.
bryan.hawkins@stoel.com,  Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Interested Party   Enel Green Power North America, Inc., et al. and Enel X
bryan.hawkins@stoel.com,  Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Interested Party   FTP Power LLC, et al.
bryan.hawkins@stoel.com,  Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Interested Party   Gill Ranch Storage, LLC
bryan.hawkins@stoel.com,  Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Intervenor   Capital Dynamics, Inc.
bryan.hawkins@stoel.com,  Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Intervenor   Enel Green Power North America, Inc.
bryan.hawkins@stoel.com,  Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Intervenor   FTP Power LLC
bryan.hawkins@stoel.com,  Sharon.witkin@stoel.com

Jan M Hayden on behalf of Creditor   APTIM
jhayden@bakerdonelson.com,  gmitchell@bakerdonelson.com

Jan M Hayden on behalf of Creditor   Phillips & Jordan, Inc.
jhayden@bakerdonelson.com,  gmitchell@bakerdonelson.com

Jan M Hayden on behalf of Creditor   Snelson Companies, Inc.
jhayden@bakerdonelson.com,  gmitchell@bakerdonelson.com

Jan M Hayden on behalf of Creditor   TTR Substations, Inc.
jhayden@bakerdonelson.com,  gmitchell@bakerdonelson.com

Jennifer C. Hayes on behalf of Creditor   Aggreko
jhayes@fhlawllp.com

Jennifer C. Hayes on behalf of Creditor   MCE Corporation
jhayes@fhlawllp.com

Jennifer C. Hayes on behalf of Creditor   Nor-Cal Pipeline Services
jhayes@fhlawllp.com

Jennifer C. Hayes on behalf of Creditor   Roebbelen Contracting, Inc.
jhayes@fhlawllp.com

Alaina R. Heine on behalf of Interested Party   State Farm Mutual Automobile Insurance Company
alaina.heine@dechert.com,  brett.stone@dechert.com

Cristina A. Henriquez on behalf of Creditor   BNP Paribas
chenriquez@mayerbrown.com

Stephen E. Hessler, P.C. on behalf of Interested Party   Federal Monitor
jozette.chong@kirkland.com

Sean T. Higgins on behalf of Creditor   Agajanian, Inc.
aandrews@andrewsthornton.com,  shiggins@andrewsthornton.com

Sean T. Higgins on behalf of Creditor   Bennett Lane Winery LLC
aandrews@andrewsthornton.com,  shiggins@andrewsthornton.com

Morgan R. Hirst on behalf of stockholders   PG&E Shareholders
mhirst@jonesday.com,  mmelvin@jonesday.com

Michael R. Hogue on behalf of Creditor   Cardno, Inc.
hoguem@gtlaw.com,  navarrom@gtlaw.com

Michael R. Hogue on behalf of Creditor   Ruby Pipeline, L. L. C

hoguem@gtlaw.com, navarrom@gtlaw.com

David Holtzman on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY
david.holtzman@hklaw.com

David Holtzman on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS,
david.holtzman@hklaw.com

David Holtzman on behalf of Defendant Tiger Natural Gas, Inc.
david.holtzman@hklaw.com

David Holtzman on behalf of Interested Party DEUTSCHE BANK NATIONAL TRUST COMPANY
david.holtzman@hklaw.com

David Holtzman on behalf of Interested Party Deutsche Bank Trust Company Americas
david.holtzman@hklaw.com

David Holtzman on behalf of Interested Party Tiger Natural Gas, Inc.
david.holtzman@hklaw.com

David Holtzman on behalf of Interested Party United Energy Trading, LLC
david.holtzman@hklaw.com

Alexandra S. Horwitz on behalf of Interested Party G4S Secure Integration LLC
allie.horwitz@dinsmore.com

Alexandra S. Horwitz on behalf of Interested Party G4S Secure Solutions (USA) Inc.
allie.horwitz@dinsmore.com

Marsha Houston on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Counter-Claimant AECOM Technical Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Creditor AECOM Technical Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Creditor Kiefner and Associates, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Creditor Parsons Environment & Infrastructure, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Defendant AECOM Technical Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Interested Party JAN X-Ray Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Shane Huang on behalf of Defendant Federal Energy Regulatory Commission
shane.huang@usdoj.gov

Shane Huang on behalf of Interested Party United States on behalf of the Federal Energy Regulatory Commission
shane.huang@usdoj.gov

Brian D. Huben on behalf of Creditor Campos EPC, LLC
hubenb@ballardspahr.com

Brian D. Huben on behalf of Interested Party Louisiana Energy Services, LLC
hubenb@ballardspahr.com

Brian D. Huben on behalf of Interested Party URENCO Limited
hubenb@ballardspahr.com

Jonathan Hughes on behalf of Interested Party AT&T Corp.
jane.rustice@aporter.com

Edward R. Huguenin on behalf of Creditor K. Hovnanian California Region, Inc., et al
ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com

Edward R. Huguenin on behalf of Creditor Meritage Homes of California, Inc.
ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com

Michael A. Isaacs on behalf of Creditor Southwire Company, LLC
Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com

Michael A. Isaacs on behalf of Interested Party Travelers Insurance Co.
Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com

Mark V. Isola on behalf of Creditor MDR INC. dba ACCU-BORE DIRECTIONAL DRILLING
mvi@sbj-law.com

Mark V. Isola on behalf of Creditor VETERAN POWER, INC.
mvi@sbj-law.com

J. Eric Ivester on behalf of Intervenor First Solar, Inc.
Eric.Ivester@skadden.com, Andrea.Bates@skadden.com

J. Eric Ivester on behalf of Intervenor Mojave Solar LLC
Eric.Ivester@skadden.com, Andrea.Bates@skadden.com

J. Eric Ivester on behalf of Intervenor Willow Springs Solar 3, LLC
Eric.Ivester@skadden.com, Andrea.Bates@skadden.com

J. Eric Ivester on behalf of Interested Party Atlantica Yield plc
Andrea.Bates@skadden.com

J. Eric Ivester on behalf of Interested Party Mojave Solar LLC
Andrea.Bates@skadden.com

Ivan C. Jen on behalf of Interested Party Synergy Project Management, Inc.
ivan@icjenlaw.com

Monique Jewett-Brewster on behalf of Interested Party The City of Oakland
mjb@hopkinscarley.com, eamaro@hopkinscarley.com

James O. Johnston on behalf of stockholders PG&E Shareholders
jjohnston@jonesday.com

Chris Johnstone on behalf of Interested Party ICE NGX Canada Inc.
chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com

Andrew Jones on behalf of Creditor Sencha Funding, LLC
andrew@ajoneslaw.com

Gregory K. Jones on behalf of Creditor Elster American Meter Company, LLC
GJones@dykema.com, cacossano@dykema.com

Gregory K. Jones on behalf of Creditor Honeywell International Inc.
GJones@dykema.com, cacossano@dykema.com

Robert A. Julian on behalf of Creditor Committee Official Committee of Tort Claimants
rjulian@bakerlaw.com, hhammonturano@bakerlaw.com

Robert A. Julian on behalf of Plaintiff Official Committee of Tort Claimants
rjulian@bakerlaw.com, hhammonturano@bakerlaw.com

George H. Kalikman on behalf of Interested Party Compass Lexecon, LLC
gkalikman@schnader.com, sdavenport@schnader.com

Roberto J. Kampfner on behalf of Interested Party San Diego Gas & Electric Company
rkampfner@whitecase.com, mco@whitecase.com

Roberto J. Kampfner on behalf of Interested Party Sempra Energy
rkampfner@whitecase.com, mco@whitecase.com

Roberto J. Kampfner on behalf of Interested Party Southern California Gas Company
rkampfner@whitecase.com, mco@whitecase.com

Gary M. Kaplan on behalf of Creditor TTR Substations, Inc.
gkaplan@fbm.com, calendar@fbm.com

Robert B. Kaplan on behalf of Creditor Peter Ouborg
rbk@jmbm.com

Eve H. Karasik on behalf of Creditor Traffic Management, Inc.
ehk@lnbyb.com

Eve H. Karasik on behalf of Interested Party Global Diving & Salvage, Inc.
ehk@lnbyb.com

Michael G. Kasolas
trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com

Elyssa S. Kates on behalf of Creditor Committee Official Committee of Tort Claimants

ekates@bakerlaw.com

Ori Katz on behalf of Interested Party PG&E Holdco Group
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

William M. Kaufman on behalf of Creditor Daleo Inc.
wkaufman@smwb.com

William M. Kaufman on behalf of Creditor Golden Bay Fence Plus Iron Works, Inc.
wkaufman@smwb.com

William M. Kaufman on behalf of Creditor Red Top Electric Co. Emeryville, Inc.
wkaufman@smwb.com

Jane G. Kearl on behalf of Creditor Barnard Pipeline, Inc.
jkearl@watttieder.com, jbenton@watttieder.com

Tobias S. Keller on behalf of Debtor PG&E Corporation
tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com

Tobias S. Keller on behalf of Debtor Pacific Gas and Electric Company
tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com

Lynette C. Kelly on behalf of U.S. Trustee Office of the U.S. Trustee / SF
ustpregion17.oa.ecf@usdoj.gov

Matthew K. Kelsey on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims
mkelsey@gibsondunn.com

Gerald P. Kennedy on behalf of Creditor Agile Sourcing Partners, Inc.
gerald.kennedy@procopio.com, angela.stevens@procopio.com

Erica L. Kerman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
ekerman@willkie.com

Samuel A. Khalil on behalf of Creditor Committee Official Committee Of Unsecured Creditors
skhalil@milbank.com, jbrewster@milbank.com

Samuel A. Khalil on behalf of Interested Party Official Committee Of Unsecured Creditors
skhalil@milbank.com, jbrewster@milbank.com

Samuel M. Kidder on behalf of Interested Party NextEra Energy Inc., et al.
skidder@ktbslaw.com

Samuel M. Kidder on behalf of Intervenor NextEra Energy Partners, L.P.
skidder@ktbslaw.com

Samuel M. Kidder on behalf of Intervenor NextEra Energy, Inc.
skidder@ktbslaw.com

Marc Kieselstein on behalf of Interested Party Federal Monitor
carrie.oppenheim@kirkland.com

Jane Kim on behalf of Debtor PG&E Corporation
jkim@kellerbenvenutti.com

Jane Kim on behalf of Debtor Pacific Gas and Electric Company
jkim@kellerbenvenutti.com

Jane Kim on behalf of Other Prof. KPMG LLP
jkim@kellerbenvenutti.com

Jane Kim on behalf of Plaintiff PG&E Corporation
jkim@kellerbenvenutti.com

Jane Kim on behalf of Spec. Counsel Jenner & Block LLP
jkim@kellerbenvenutti.com

Kody D. L. Kleber on behalf of Creditor Committee Official Committee of Tort Claimants
kkleber@bakerlaw.com, dmartinez@bakerlaw.com

Matthew Ryan Klinger on behalf of Creditor CitiGroup Financial Products Inc.
mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com

Bradley C. Knapp on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245
bknapp@lockelord.com, Yamille.Harrison@lockelord.com

Kelly V. Knight on behalf of Creditor Centerbridge Partners, L.P.
kelly.knight@srz.com

Kelly V. Knight on behalf of Creditor Fidelity Management & Research Company
kelly.knight@srz.com

Kelly V. Knight on behalf of Interested Party Anchorage Capital Group, L.L.C.
kelly.knight@srz.com

Kelly V. Knight on behalf of Interested Party Silver Point Capital, L.P.
kelly.knight@srz.com

Kelly V. Knight on behalf of Interested Party SteelMill Master Fund LP
kelly.knight@srz.com

Lydia Vanessa Ko on behalf of Creditor Athanasia Vlazkis
Lvko@stonelawoffice.com

Lydia Vanessa Ko on behalf of Creditor George Vlazakis
Lvko@stonelawoffice.com

Lydia Vanessa Ko on behalf of Creditor John Barbis
Lvko@stonelawoffice.com

Lydia Vanessa Ko on behalf of Creditor Maria Barbis
Lvko@stonelawoffice.com

Thomas F. Koegel on behalf of Creditor   KES Kingsburg, L.P.
tkoegel@crowell.com

Thomas F. Koegel on behalf of Creditor   Nexant Inc.
tkoegel@crowell.com

Thomas F. Koegel on behalf of Creditor   Vantage Wind Energy LLC
tkoegel@crowell.com

Thomas F. Koegel on behalf of Intervenor   KES Kingsburg, L.P.
tkoegel@crowell.com

Thomas F. Koegel on behalf of Intervenor   Vantage Wind Energy LLC
tkoegel@crowell.com

Katherine  Kohn on behalf of Debtor   PG&E Corporation
kkohn@groom.com,  ashahinllari@groom.com

Katherine  Kohn on behalf of Spec. Counsel   Groom Law Group, Chartered
kkohn@groom.com,  ashahinllari@groom.com

Andy S. Kong on behalf of Creditor   Genesys Telecommunications Laboratories, Inc.
kong.andy@arentfox.com,  Yvonne.Li@arentfox.com

Anna  Kordas on behalf of stockholders   PG&E Shareholders
akordas@jonesday.com,  mmelvin@jonesday.com

Alan W. Kornberg on behalf of Creditor   California Public Utilities Commision
akornberg@paulweiss.com

Alan W. Kornberg on behalf of Creditor   California Public Utilities Commission
akornberg@paulweiss.com

Bernard  Kornberg on behalf of Interested Party   Certain Interested Underwriters at Lloyds, London subscribing to
Apollo Liability Consortium 9984
bjk@severson.com

Bernard  Kornberg on behalf of Interested Party   Great Lakes Insurance SE
bjk@severson.com

Bernard  Kornberg on behalf of Interested Party   Munich Re
bjk@severson.com

David I. Kornbluh on behalf of Creditor   De Anza Tile Co., Inc.
dik@millermorton.com,  mhr@millermorton.com

Lauren  Kramer on behalf of Creditor   North American Fence & Railing, Inc.
lkramer@rjo.com

Jeffrey C. Krause on behalf of Creditor   Topaz Solar Farms LLC
jkrause@gibsondunn.com

Jeffrey C. Krause on behalf of Intervenor   Topaz Solar Farms LLC
jkrause@gibsondunn.com

Thomas R. Kreller on behalf of Attorney   Milbank LLP
tkreller@milbank.com

Thomas R. Kreller on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
tkreller@milbank.com

Thomas R. Kreller on behalf of Interested Party   Official Committee Of Unsecured Creditors
tkreller@milbank.com

Thomas R. Kreller on behalf of Other Prof.   Centerview Partners LLC
tkreller@milbank.com

Thomas R. Kreller on behalf of Other Prof.   FTI Consulting Inc.
tkreller@milbank.com

Lindsey E. Kress on behalf of Creditor   California Insurance Guarantee Association
lkress@lockelord.com,  autodocket@lockelord.com

Hannah C. Kreuser on behalf of Creditor   Burnett & Sons Planing Mill and Lumber Co.
hkreuser@porterlaw.com,  ooberg@porterlaw.com

Hannah C. Kreuser on behalf of Creditor   Hamanaka Painting Co., Inc.
hkreuser@porterlaw.com,  ooberg@porterlaw.com

Hannah C. Kreuser on behalf of Creditor   Hangtown Electric, Inc. dba Mr. Electric of Rancho Cordova
hkreuser@porterlaw.com,  ooberg@porterlaw.com

Hannah C. Kreuser on behalf of Creditor   Precision Crane Service, Inc.
hkreuser@porterlaw.com,  ooberg@porterlaw.com

Hannah C. Kreuser on behalf of Creditor   Townsend & Schmidt Masonry
hkreuser@porterlaw.com,  ooberg@porterlaw.com

Michael Thomas Krueger on behalf of Creditor   ERM-West, Inc.
michael.krueger@ndlf.com,  Havilyn.lee@ndlf.com

Robert T. Kugler on behalf of Creditor   Public Advocates Office at the California Public Utilities Commission
robert.kugler@stinson.com

Boris  Kukso on behalf of Interested Party   Internal Revenue Service
boris.kukso@usdoj.gov,  western.taxcivil@usdoj.gov

Alisa C. Lacey on behalf of Creditor   Public Advocates Office at the California Public Utilities Commission
alisa.lacey@stinson.com,  karen.graves@stinson.com

Timothy S. Laffredi on behalf of U.S. Trustee   Office of the U.S. Trustee / SF
timothy.s.laffredi@usdoj.gov,  patti.vargas@usdoj.gov

Richard A. Lapping on behalf of Creditor   Valero Refining Company-California

rich@trodellalapping.com

Omeed  Latifi on behalf of Creditor Mirna  Trettevik
olatifi@theadlerfirm.com,  kdeubler@theadlerfirm.com

John E. Lattin on behalf of Creditor David  Alonzo
jlattin@ostergar.com,  cslovenec@ostergar.com

Michael  Lauter on behalf of Creditor   CitiGroup Financial Products Inc.
mlauter@sheppardmullin.com

Michael  Lauter on behalf of Creditor   Ormat Technologies Inc.
mlauter@sheppardmullin.com

Michael  Lauter on behalf of Interested Party   PG&E Holdco Group
mlauter@sheppardmullin.com

Kenneth T. Law on behalf of Creditor   Recology Inc.
klaw@bbslaw.com

Francis J. Lawall on behalf of Interested Party   HydroChemPSC
lawallf@pepperlaw.com,  henrys@pepperlaw.com

Andrew Michael Leblanc on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
ALeblanc@milbank.com

Erica  Lee on behalf of Creditor   California Department of Parks and Recreation
Erica.Lee@doj.ca.gov

Scott  Lee on behalf of Creditor   RE Astoria LLC
scott.lee@lewisbrisbois.com,  monique.talamante@lewisbrisbois.com

Scott  Lee on behalf of Interested Party   Kepco California LLC
scott.lee@lewisbrisbois.com,  monique.talamante@lewisbrisbois.com

Scott  Lee on behalf of Interested Party   RE Astoria LLC
scott.lee@lewisbrisbois.com,  monique.talamante@lewisbrisbois.com

Edward J. Leen on behalf of Creditor   Jefferies Leveraged Credit Products, LLC
eleen@mkbllp.com

Lisa  Lenherr on behalf of Other Prof. Michael G. Kasolas
llenherr@wendel.com,  bankruptcy@wendel.com

Matthew A. Lesnick on behalf of Interested Party   CH2M HILL Engineers, Inc.
matt@lesnickprince.com,  jmack@lesnickprince.com

Bryn G. Letsch on behalf of Interested Party Everett  Waining, Jr.
bletsch@braytonlaw.com

David B. Levant on behalf of Interested Party   Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC

david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party   Calpine Corporation
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party   Capital Dynamics, Inc., et al.
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party   Enel Green Power North America, Inc., et al. and Enel X
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party   FTP Power LLC, et al.
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party   Gill Ranch Storage, LLC
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Intervenor   Capital Dynamics, Inc.
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Intervenor   Enel Green Power North America, Inc.
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Intervenor   FTP Power LLC
david.levant@stoel.com, rene.alvin@stoel.com

Andrew H. Levin on behalf of Creditor   Marin Clean Energy
alevin@wcghlaw.com

David  Levine on behalf of Debtor   PG&E Corporation
dnl@groom.com

Marc A. Levinson on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C.
Malevinson@orrick.com, casestream@ecf.courtdrive.com

Marc A. Levinson on behalf of Creditor   Centerbridge Partners, L.P.
Malevinson@orrick.com, casestream@ecf.courtdrive.com

Marc A. Levinson on behalf of Creditor   Centerbridge Special Credit Partners III, L.P.
Malevinson@orrick.com, casestream@ecf.courtdrive.com

Marc A. Levinson on behalf of Creditor   MCHA Holdings, LLC
Malevinson@orrick.com, casestream@ecf.courtdrive.com

Dara  Levinson Silveira on behalf of Debtor   PG&E Corporation
dsilveira@kellerbenvenutti.com

Alexander James Demitro Lewicki on behalf of Defendant   The Ad Hoc Group of Subrogation Claim Holders
kdiemer@diemerwei.com, alewicki@diemerwei.com

Alexander James Demitro Lewicki on behalf of Interested Party   Ad Hoc Group of Subrogation Claim Holders
kdiemer@diemerwei.com, alewicki@diemerwei.com

Alexander James Demitro Lewicki on behalf of Plaintiff   Ad Hoc Group of Subrogation Claim Holders
kdiemer@diemerwei.com,  alewicki@diemerwei.com

William S. Lisa on behalf of Interested Party   California Self-Insurers' Security Fund
jcaruso@nixonpeabody.com

William S. Lisa on behalf of Interested Party   California Self-Insurers' Security Fund
wlisa@nixonpeabody.com,  jcaruso@nixonpeabody.com

Jonathan A. Loeb on behalf of Creditor   Sabre Industries, Inc.
jon.loeb@bingham.com

John William Lucas on behalf of Interested Party   The Baupost Group, L.L.C.
jlucas@pszjlaw.com,  ocarpio@pszjlaw.com

Jane  Luciano on behalf of Creditor Jane  Luciano
jane-luciano@comcast.net

Kerri  Lyman on behalf of Creditor   Davey Tree Expert Co., Davey Tree Surgery Co. and Davey Resource Group, Inc.
klyman@irell.com

Kerri  Lyman on behalf of Interested Party   BlueMountain Capital Management, LLC
klyman@irell.com

Carissa A. Lynch on behalf of Interested Party   California Franchise Tax Board
Carissa.Lynch@ftb.ca.gov,  Martha.Gehrig@ftb.ca.gov

John H. MacConaghy on behalf of Interested Party   Individual Plaintiffs Executive Committee Appointed by the
California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant
to the terms of the
macclaw@macbarlaw.com,  smansour@macbarlaw.com;kmuller@macbarlaw.com

Iain A. Macdonald on behalf of Creditor   Surf to Snow Environmental Resource Management, Inc.
iain@macfern.com,  ecf@macfern.com

Iain A. Macdonald on behalf of Creditor   U.S. TelePacific Corp. dba TPx Communications
iain@macfern.com,  ecf@macfern.com

Iain A. Macdonald on behalf of Interested Party Iain A. Macdonald
iain@macfern.com,  ecf@macfern.com

Tracy L. Mainguy on behalf of Creditor   Engineers and Scientists of California, Local 20, IFPTE
tmainguy@unioncounsel.net,  bankruptcycourtnotices@unioncounsel.net

Samuel R. Maizel on behalf of Creditor   Southwire Company, LLC
samuel.maizel@dentons.com,  alicia.aguilar@dentons.com

Adam  Malatesta on behalf of Interested Party   Dynegy Marketing and Trade, LLC
adam.malatesta@lw.com,  adam--malatesta-8393@ecf.pacerpro.com

Katharine  Malone on behalf of Creditor  Osmose Utilities Services, Inc.

malonek@gtlaw.com

Katharine Malone on behalf of Creditor Southern Power Company
malonek@gtlaw.com

Katharine Malone on behalf of Intervenor Southern Power Company
malonek@gtlaw.com

Liam K. Malone on behalf of Creditor Level-It Installations, Ltd.
malone@oles.com, shahin@oles.com

Michael W. Malter on behalf of Creditor ChargePoint, Inc.
michael@bindermalter.com

Craig Margulies on behalf of Creditor Aegion Corporation and its subsidiary entities: Corrpro Companies, Inc.,
Insituform Technologies, LLC and Fibrwrap Construction Services, Inc.
cmargulies@margulies-law.com, lsalazar@margulies-law.com

Geoffrey E. Marr on behalf of Creditor Mirna Trettevik
gemarr59@hotmail.com

Richard A. Marshack on behalf of Creditor SLF Fire Victim Claimants
rmarshack@marshackhays.com, lbuchanan@marshackhays.com

Catherine Martin on behalf of Creditor Simon Property Group
cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com

Laila Masud on behalf of Creditor SLF Fire Victim Claimants
lmasud@marshackhays.com, 8649808420@filings.docketbird.com

David P. Matthews on behalf of Creditor Fire Victim Creditors
jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com

David P. Matthews on behalf of Interested Party Terry Hodges
jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com

Patrick C. Maxcy on behalf of Interested Party Horace Mann Property & Casualty Insurance Company
patrick.maxcy@snrdenton.com

Patrick C. Maxcy on behalf of Interested Party Travelers Insurance Co.
patrick.maxcy@snrdenton.com

Benjamin P. McCallen on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
bmccallen@willkie.com

Thomas E. McCurnin on behalf of Interested Party City of Morgan Hill
tmccurnin@bkolaw.com, kescano@bkolaw.com

Hugh M. McDonald on behalf of Creditor Consolidated Edison Development, Inc.
john.murphy@troutman.com

Hugh M. McDonald on behalf of Intervenor Consolidated Edison Development, Inc.

hugh.mcdonald@troutman.com,  john.murphy@troutman.com

C. Luckey McDowell on behalf of Interested Party   Agua Caliente Solar, LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Interested Party   MC Shiloh IV Holdings LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Interested Party   Marsh Landing, LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Interested Party   Marubeni Corporation
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Interested Party   NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group
LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Interested Party   Shiloh IV Lessee, LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Interested Party   Solar Partners II LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Interested Party   Solar Partners VIII LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Interested Party   TerraForm Power, Inc.
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Intervenor   Clearway Energy Group LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Intervenor   Clearway Energy, Inc.
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Intervenor   MC Shiloh IV Holdings LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Intervenor   NRG Energy, Inc.
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Intervenor   TerraForm Power, Inc.
Luckey.McDowell@Shearman.com

Matthew D. McGill on behalf of Creditor   Ad Hoc Committee of Holders of Trade Claims
MMcGill@gibsondunn.com

Scott H. McNutt on behalf of Examiner Bruce A Markell
SMcNutt@ml-sf.com,  csnell@ml-sf.com

Thomas  Melone on behalf of Interested Party   Allco Finance Limited & Subsidiaries

Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Thomas Melone on behalf of Plaintiff Allco Renewable Energy Limited
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Thomas Melone on behalf of Plaintiff Bear Creek Solar LLC
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Thomas Melone on behalf of Plaintiff Foothill Solar LLC
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Thomas Melone on behalf of Plaintiff Hollister Solar LLC
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Thomas Melone on behalf of Plaintiff Kettleman Solar LLC
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Thomas Melone on behalf of Plaintiff Vintner Solar LLC
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Thomas Melone on behalf of Plaintiff Winding Creek Solar LLC
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Peter Meringolo on behalf of Creditor Mount Veeder Springs LLC
peter@pmrklaw.com

Peter Meringolo on behalf of Creditor Donna Walker
peter@pmrklaw.com

Peter Meringolo on behalf of Creditor Mark Pulido
peter@pmrklaw.com

Frank A. Merola on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative Agent
lacalendar@stroock.com, mmagzamen@stroock.com

Jennifer L. Mersing on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC
jennifer.mersing@stoel.com, lisa.petras@stoel.com

Jennifer L. Mersing on behalf of Interested Party Capital Dynamics, Inc., et al.
jennifer.mersing@stoel.com, lisa.petras@stoel.com

Jennifer L. Mersing on behalf of Interested Party Enel Green Power North America, Inc.
jennifer.mersing@stoel.com, lisa.petras@stoel.com

Jennifer L. Mersing on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X
jennifer.mersing@stoel.com, lisa.petras@stoel.com

Jennifer L. Mersing on behalf of Interested Party FTP Power LLC, et al.
jennifer.mersing@stoel.com, lisa.petras@stoel.com

Jennifer L. Mersing on behalf of Interested Party Gill Ranch Storage, LLC

jennifer.mersing@stoel.com,  lisa.petras@stoel.com

Jennifer L. Mersing on behalf of Interested Party   Project Mustang
jennifer.mersing@stoel.com,  lisa.petras@stoel.com

Jennifer L. Mersing on behalf of Interested Party   sPower
jennifer.mersing@stoel.com,  lisa.petras@stoel.com

Joshua M. Mester on behalf of stockholders   PG&E Shareholders
jmester@jonesday.com

Matthew D. Metzger on behalf of Creditor Dan  Clarke
belvederelegalecf@gmail.com

Randy  Michelson on behalf of Defendant   Public Employees Retirement Association of New Mexico
randy.michelson@michelsonlawgroup.com

Randy  Michelson on behalf of Interested Party   Public Employees Retirement Association of New Mexico
randy.michelson@michelsonlawgroup.com

Randy  Michelson on behalf of Interested Party   Securities Lead Plaintiff and the Proposed Class
randy.michelson@michelsonlawgroup.com

Joseph G. Minias on behalf of Interested Party   Ad Hoc Group of Subrogation Claim Holders
jminias@willkie.com

Joseph G. Minias on behalf of Plaintiff   Ad Hoc Group of Subrogation Claim Holders
jminias@willkie.com

M. David Minnick on behalf of Creditor   BANK OF AMERICA N.A
dminnick@pillsburylaw.com,  docket@pillsburylaw.com

Nancy  Mitchell on behalf of Interested Party   Department of Finance for the State of California
nmitchell@omm.com

Nancy  Mitchell on behalf of Interested Party Governor Gavin  Newsom
nmitchell@omm.com

Thomas C. Mitchell on behalf of Creditor   EDF Renewables, Inc.
tcmitchell@orrick.com,  Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas C. Mitchell on behalf of Creditor   MNOC AERS LLC
tcmitchell@orrick.com,  Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas C. Mitchell on behalf of Interested Party   Arlington Wind Power Project LLC
tcmitchell@orrick.com,  Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas C. Mitchell on behalf of Interested Party   EDP Renewables North America LLC
tcmitchell@orrick.com,  Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas C. Mitchell on behalf of Interested Party   Rising Tree Wind Farm II LLC
tcmitchell@orrick.com,  Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas C. Mitchell on behalf of Intervenor  EDF Renewables, Inc.
tcmitchell@orrick.com,  Dcmanagingattorneysoffice@ecf.courtdrive.com

John A. Moe, II on behalf of Interested Party  Capital Power Corporation
john.moe@dentons.com,  glenda.spratt@dentons.com

John A. Moe, II on behalf of Interested Party  Dentons US LLP
john.moe@dentons.com,  glenda.spratt@dentons.com

John A. Moe, II on behalf of Interested Party  Halkirk I Wind Project LP
john.moe@dentons.com,  glenda.spratt@dentons.com

Aaron J. Mohamed on behalf of Plaintiff Mark  Elward
ajm@brereton.law,  aaronmohamedlaw@gmail.com

Aaron J. Mohamed on behalf of Plaintiff Mike  Elward
ajm@brereton.law,  aaronmohamedlaw@gmail.com

Kevin  Montee on behalf of Creditor  Nearon Sunset, LLC
kmontee@monteeassociates.com

David W. Moon on behalf of Creditor  Mizuho Bank, Ltd.
lacalendar@stroock.com,  mmagzamen@stroock.com

Diane Marger Moore on behalf of Creditor  Majesti Mai Bagorio, etc.
dmargermoore@baumhedlundlaw.com

Erika L. Morabito on behalf of Creditor  Michels Corporation
emorabito@foley.com,  hsiagiandraughn@foley.com

Candace J. Morey on behalf of Creditor  California Public Utilities Commision
cjm@cpuc.ca.gov

Courtney L. Morgan on behalf of Creditor  Pension Benefit Guaranty Corporation
morgan.courtney@pbgc.gov

Joshua D. Morse on behalf of Creditor  Ad Hoc Committee of Unsecured Tort Claimant Creditors
Joshua.Morse@dlapiper.com,  joshua-morse-0092@ecf.pacerpro.com

Joshua D. Morse on behalf of Other Prof.  FTI Consulting, Inc.
Joshua.Morse@dlapiper.com,  joshua-morse-0092@ecf.pacerpro.com

Andrew H. Morton on behalf of Creditor  Mustang Project Companies
andrew.morton@stoel.com,  lisa.petras@stoel.com

Andrew H. Morton on behalf of Interested Party  Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC
andrew.morton@stoel.com,  lisa.petras@stoel.com

Andrew H. Morton on behalf of Interested Party  Capital Dynamics, Inc., et al.
andrew.morton@stoel.com,  lisa.petras@stoel.com

Andrew H. Morton on behalf of Interested Party   Enel Green Power North America, Inc.
andrew.morton@stoel.com,  lisa.petras@stoel.com

Andrew H. Morton on behalf of Interested Party   Enel Green Power North America, Inc., et al. and Enel X
andrew.morton@stoel.com,  lisa.petras@stoel.com

Andrew H. Morton on behalf of Interested Party   FTP Power LLC, et al.
andrew.morton@stoel.com,  lisa.petras@stoel.com

Andrew H. Morton on behalf of Interested Party   Gill Ranch Storage, LLC
andrew.morton@stoel.com,  lisa.petras@stoel.com

Andrew H. Morton on behalf of Interested Party   Project Mustang
andrew.morton@stoel.com,  lisa.petras@stoel.com

Andrew H. Morton on behalf of Interested Party   sPower
andrew.morton@stoel.com,  lisa.petras@stoel.com

Thomas G. Mouzes on behalf of Creditor   Sonoma Clean Power Authority
tmouzes@boutinjones.com,  cdomingo@boutininc.com

Peter S. Munoz on behalf of Creditor   Lodi Gas Storage, L.L.P.
pmunoz@reedsmith.com,  gsandoval@reedsmith.com

Peter S. Munoz on behalf of Creditor   Nevada Irrigation District
pmunoz@reedsmith.com,  gsandoval@reedsmith.com

Peter S. Munoz on behalf of Creditor   Wild Goose, LLC
pmunoz@reedsmith.com,  gsandoval@reedsmith.com

Bennett J. Murphy on behalf of Creditor   Canyon Capital Advisors LLC
bmurphy@bennettmurphylaw.com

Michael S. Myers on behalf of Creditor   Discovery Hydrovac
myersms@ballardspahr.com,  hartt@ballardspahr.com

Michael S. Myers on behalf of Creditor   Realty Income Corporation
myersms@ballardspahr.com,  hartt@ballardspahr.com

Alan I. Nahmias on behalf of Creditor   EN Engineering, LLC
anahmias@mbnlawyers.com,  jdale@mbnlawyers.com

David L. Neale on behalf of Interested Party   California Independent System Operator
dln@lnbrb.com

David L. Neale on behalf of Interested Party   California Independent System Operator
dln@lnbrb.com

David L. Neale on behalf of Interested Party   California Independent System Operator
dln@lnbyb.com

David Neier on behalf of Creditor    CF Inspection Management, LLC
dneier@winston.com

David Neier on behalf of Creditor    California Efficiency + Demand Management Council
dneier@winston.com

David Neier on behalf of Creditor    Cypress Energy Management - TIR, LLC
dneier@winston.com

David Neier on behalf of Creditor    Cypress Energy Partners, L.P.
dneier@winston.com

David Neier on behalf of Creditor    Peninsula Clean Energy Authority
dneier@winston.com

David Neier on behalf of Creditor    Tulsa Inspection Resources  PUC, LLC
dneier@winston.com

David Neier on behalf of Creditor    Tulsa Inspection Resources, LLC
dneier@winston.com

David Neier on behalf of Interested Party    City of San Jose, California
dneier@winston.com

David Neier on behalf of Interested Party    Macquarie Energy LLC
dneier@winston.com

David Neier on behalf of Interested Party    Macquarie Energy LLC
dneier@winston.com

Brittany J. Nelson on behalf of Creditor    Michels Corporation
bnelson@foley.com,  hsiagiandraughn@foley.com

Michael S. Neumeister on behalf of Creditor    Ad Hoc Committee of Holders of Trade Claims
MNeumeister@gibsondunn.com

Howard S. Nevins on behalf of Creditor    Performance Contracting, Inc.
hnevins@hsmlaw.com

Melissa T. Ngo on behalf of Creditor    Pension Benefit Guaranty Corporation
ngo.melissa@pbgc.gov,  efile@pbgc.gov

Mario R. Nicholas on behalf of Plaintiff    JH Kelly, LLC
mario.nicholas@stoel.com,  cherie.clark@stoel.com

Sean Nolan on behalf of Creditor    Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company
snolan@akingump.com,  NYMCO@akingump.com

Gregory C. Nuti on behalf of Creditor    Butte County
gnuti@nutihart.com,  nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor    Calaveras County Water District
gnuti@nutihart.com,  nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor    City of Clearlake
gnuti@nutihart.com,  nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor    City of Napa
gnuti@nutihart.com,  nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor    City of Santa Rosa
gnuti@nutihart.com,  nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor    Lake County
gnuti@nutihart.com,  nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor    Mendocino County
gnuti@nutihart.com,  nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor    Napa County
gnuti@nutihart.com,  nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor    Nevada County
gnuti@nutihart.com,  nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor    Sonoma County
gnuti@nutihart.com,  nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor    Sonoma County Agricultural Preservation and Open Space District
gnuti@nutihart.com,  nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor    Sonoma County Community Development Commission
gnuti@nutihart.com,  nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor    Sonoma County Water Agency
gnuti@nutihart.com,  nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor    Sonoma Valley County Sanitation District
gnuti@nutihart.com,  nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor    Town of Paradise
gnuti@nutihart.com,  nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor    Yuba County
gnuti@nutihart.com,  nwhite@nutihart.com

Gregory C. Nuti on behalf of Interested Party    Public Entities Impacted by the Wildfires
gnuti@nutihart.com,  nwhite@nutihart.com

Abigail  O'Brient on behalf of Creditor    Marin Clean Energy
aobrient@mintz.com,  docketing@mintz.com

Julie E. Oelsner on behalf of Attorney c/o Julie E. Oelsner  Intech Mechanical, Inc.

joelsner@weintraub.com, bjennings@weintraub.com

Julie E. Oelsner on behalf of Creditor Intech Mechanical, Inc.
joelsner@weintraub.com, bjennings@weintraub.com

Julie E. Oelsner on behalf of Creditor Southwire Company, LLC
joelsner@weintraub.com, bjennings@weintraub.com

 Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Matthew Jon Olson on behalf of Interested Party Wendy A. Nathan
matt@macfern.com, ecf@macfern.com

Steven M. Olson on behalf of Attorney Steven M. Olson
smo@smolsonlaw.com

Steven M. Olson on behalf of Creditor Aztrack Construction Corporation
smo@smolsonlaw.com

Aram Ordubegian on behalf of Interested Party BOKF, NA
Ordubegian.Aram@ArentFox.com

Gabriel Ozel on behalf of Attorney Gabriel Ozel
gabeozel@gmail.com

Gabriel Ozel on behalf of Creditor Consolidated Edison Development, Inc.
gabeozel@gmail.com

Gabriel Ozel on behalf of Intervenor Consolidated Edison Development, Inc.
gabeozel@gmail.com

Margarita Padilla on behalf of Interested Party California Department of Toxic Substances Control
Margarita.Padilla@doj.ca.gov

Margarita Padilla on behalf of Interested Party California Department of Water Resources
Margarita.Padilla@doj.ca.gov

Amy S. Park on behalf of Interested Party Atlantica Yield plc
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Interested Party First Solar, Inc.
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Interested Party Mojave Solar LLC
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Interested Party Willow Springs Solar 3, LLC
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Intervenor First Solar, Inc.
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Intervenor   Mojave Solar LLC
amy.park@skadden.com,  alissa.turnipseed@skadden.com

Amy S. Park on behalf of Intervenor   Willow Springs Solar 3, LLC
amy.park@skadden.com,  alissa.turnipseed@skadden.com

Donna Taylor Parkinson on behalf of Creditor   Yuba County Water Agency
donna@parkinsonphinney.com

Peter S. Partee, Sr. on behalf of Interested Party   DTE Stockton, LLC
candonian@huntonak.com

Peter S. Partee, Sr. on behalf of Interested Party   Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P.
candonian@huntonak.com

Peter S. Partee, Sr. on behalf of Interested Party   Potrero Hills Energy Producers, LLC
candonian@huntonak.com

Peter S. Partee, Sr. on behalf of Interested Party   Sunshine Gas Producers, LLC
candonian@huntonak.com

Peter S. Partee, Sr. on behalf of Interested Party   Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd.
candonian@huntonak.com

Paul J. Pascuzzi on behalf of Creditor   35th District Agricultural Association
ppascuzzi@ffwplaw.com,  kwidder@ffwplaw.com

Paul J. Pascuzzi on behalf of Creditor   California State Agencies
ppascuzzi@ffwplaw.com,  kwidder@ffwplaw.com

Paul J. Pascuzzi on behalf of Interested Party   California Department of Toxic Substances Control
ppascuzzi@ffwplaw.com,  kwidder@ffwplaw.com

Paul J. Pascuzzi on behalf of Interested Party   California Department of Water Resources
ppascuzzi@ffwplaw.com,  kwidder@ffwplaw.com

Kenneth  Pasquale on behalf of Creditor   Mizuho Bank, Ltd.
mlaskowski@stroock.com

Charles Scott Penner on behalf of 3rd Party Plaintiff   AECOM Technical Services, Inc.
penner@carneylaw.com,  caragol@carneylaw.com

Charles Scott Penner on behalf of Defendant   AECOM Technical Services, Inc.
penner@carneylaw.com,  caragol@carneylaw.com

Valerie Bantner Peo on behalf of Creditor   Oracle America, Inc.
vbantnerpeo@buchalter.com

Yosef  Peretz on behalf of Creditor Cara  Feneis
yperetz@peretzlaw.com,  skim@peretzlaw.com

Danielle A. Pham on behalf of Creditor    United States of America
danielle.pham@usdoj.gov

Danielle A. Pham on behalf of Defendant    Federal Energy Regulatory Commission
danielle.pham@usdoj.gov

Danielle A. Pham on behalf of Interested Party    United States on behalf of the Federal Energy Regulatory Commission
danielle.pham@usdoj.gov

Thomas R. Phinney on behalf of Creditor    Yuba County Water Agency
tom@parkinsonphinney.com

R. Alexander Pilmer on behalf of Interested Party    Federal Monitor
alexander.pilmer@kirkland.com,  keith.catuara@kirkland.com

M. Ryan Pinkston on behalf of Creditor    Turner Construction Company
rpinkston@seyfarth.com,  jmcdermott@seyfarth.com

M. Ryan Pinkston on behalf of Creditor    Turner Construction Company
rpinkston@seyfarth.com,  jmcdermott@seyfarth.com

Estela O. Pino on behalf of Interested Party    Individual Plaintiffs Executive Committee Appointed by the California
Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the
terms of the
epino@epinolaw.com,  rmahal@epinolaw.com

Estela O. Pino on behalf of Interested Party    Plaintiffs Executive Committee
epino@epinolaw.com,  rmahal@epinolaw.com

Estela O. Pino on behalf of Interested Party    Plaintiffs Executive Committee appointed by the Superior Court of the State
of California, in and for the County of Alameda, in Case No. RG16843631 and related cases
epino@epinolaw.com,  rmahal@epinolaw.com

Gregory  Plaskett on behalf of Creditor    Murga, Strange & Chalmers, Inc.
GREGORY.PLASKETT@GMAIL.COM,  HKHAPPYGRL1@GMAIL.COM

Mark D. Plevin on behalf of Interested Party    Renaissance Reinsurance Ltd.
mplevin@crowell.com

Steven G. Polard on behalf of Creditor    Creative Ceilings, Inc.
spolard@eisnerlaw.com

Mark D. Poniatowski on behalf of Creditor    Holt of California
ponlaw@ponlaw.com

William L. Porter on behalf of Creditor    New West Partitions
bporter@porterlaw.com,  Ooberg@porterlaw.com

Christopher E. Prince on behalf of Interested Party    CH2M HILL Engineers, Inc.
cprince@lesnickprince.com

Douglas B. Provencher on behalf of Interested Party   Provencher & Flatt
dbp@provlaw.com

Douglas B. Provencher on behalf of Interested Party Douglas B. Provencher
dbp@provlaw.com

Stacey C. Quan on behalf of Creditor   Tanforan Industrial Park, LLC
squan@steyerlaw.com,  pspencer@steyerlaw.com

Amy C. Quartarolo on behalf of Intervenor   Crockett Cogeneration
amy.quartarolo@lw.com

Amy C. Quartarolo on behalf of Intervenor   MRP San Joaquin Energy, LLC
amy.quartarolo@lw.com

Amy C. Quartarolo on behalf of Intervenor   Middle River Power, LLC
amy.quartarolo@lw.com

Lary Alan Rappaport on behalf of Interested Party   Ad Hoc Group of Institutional Bondholders of Pacific Gas and Electric
Co.
lrappaport@proskauer.com,  PHays@proskauer.com

Lary Alan Rappaport on behalf of Interested Party   Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and
Electric Co.
lrappaport@proskauer.com,  PHays@proskauer.com

Justin E. Rawlins on behalf of Creditor   CF Inspection Management, LLC
jrawlins@winston.com,  justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor   California Efficiency + Demand Management Council
jrawlins@winston.com,  justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor   Cypress Energy Management - TIR, LLC
jrawlins@winston.com,  justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor   Cypress Energy Partners, L.P.
jrawlins@winston.com,  justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor   Peninsula Clean Energy Authority
jrawlins@winston.com,  justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor   Tulsa Inspection Resources  PUC, LLC
jrawlins@winston.com,  justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor   Tulsa Inspection Resources, LLC
jrawlins@winston.com,  justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Interested Party   Macquarie Energy LLC
jrawlins@winston.com,  justin-rawlins-0284@ecf.pacerpro.com

Hugh M. Ray, III on behalf of Creditor   Chevron Products Company a division of Chevron U.S.A. Inc.
hugh.ray@pillsburylaw.com,  nancy.jones@pillsburylaw.com

Paul F. Ready on behalf of Defendant Cheryl Montellano
smeyer@farmerandready.com

Paul F. Ready on behalf of Defendant Max M. Montellano
smeyer@farmerandready.com

Caroline A. Reckler on behalf of Interested Party Dynegy Marketing and Trade, LLC
caroline.reckler@lw.com

David M. Reeder on behalf of Creditor City of American Canyon
david@reederlaw.com, david.m.reeder@gmail.com;Jessica@reederlaw.com

Steven J. Reisman on behalf of Interested Party Lazard Freres & Co. LLC
sreisman@katten.com, nyc.bknotices@kattenlaw.com

Jeffrey M. Reisner on behalf of Creditor Davey Tree Expert Co., Davey Tree Surgery Co. and Davey Resource Group, Inc.
jreisner@irell.com

Jack A. Reitman on behalf of Plaintiff Chico Rent-A-Fence
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Gabriella's Eatery
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Ponderosa Pest & Weed Control
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff David Herndon
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Estefania Miranda
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Gabriell Herndon
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Jedidiah Herndon
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Julia Herndon
srichmond@lgbfirm.com

Emily P. Rich on behalf of Creditor Engineers and Scientists of California, Local 20, IFPTE
erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Emily P. Rich on behalf of Creditor SEIU United Service Workers - West
erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

David J. Richardson on behalf of Creditor Committee Official Committee of Tort Claimants
drichardson@bakerlaw.com, agonzalez@bakerlaw.com

Christopher O. Rivas on behalf of 3rd Party Plaintiff   AECOM Technical Services, Inc.
crivas@reedsmith.com,  chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Counter-Claimant   AECOM Technical Services, Inc.
crivas@reedsmith.com,  chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Creditor   AECOM Technical Services, Inc.
crivas@reedsmith.com,  chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Creditor   Kiefner and Associates, Inc.
crivas@reedsmith.com,  chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Creditor   Parsons Environment & Infrastructure, Inc.
crivas@reedsmith.com,  chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Defendant   AECOM Technical Services, Inc.
crivas@reedsmith.com,  chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Interested Party   JAN X-Ray Services, Inc.
crivas@reedsmith.com,  chris-rivas-8658@ecf.pacerpro.com

David B. Rivkin, Jr. on behalf of Creditor Committee   Official Committee of Tort Claimants
drivkin@bakerlaw.com,  jmeeks@bakerlaw.com

John R. Rizzardi on behalf of Interested Party   Winding Creek Solar LLC
kcoselman@cairncross.com,  tnguyen@cairncross.com

John R. Rizzardi on behalf of Plaintiff   Allco Renewable Energy Limited
kcoselman@cairncross.com,  tnguyen@cairncross.com

John R. Rizzardi on behalf of Plaintiff   Bear Creek Solar LLC
kcoselman@cairncross.com,  tnguyen@cairncross.com

John R. Rizzardi on behalf of Plaintiff   Foothill Solar LLC
kcoselman@cairncross.com,  tnguyen@cairncross.com

John R. Rizzardi on behalf of Plaintiff   Hollister Solar LLC
kcoselman@cairncross.com,  tnguyen@cairncross.com

John R. Rizzardi on behalf of Plaintiff   Kettleman Solar LLC
kcoselman@cairncross.com,  tnguyen@cairncross.com

John R. Rizzardi on behalf of Plaintiff   Vintner Solar LLC
kcoselman@cairncross.com,  tnguyen@cairncross.com

John R. Rizzardi on behalf of Plaintiff   Winding Creek Solar LLC
kcoselman@cairncross.com,  tnguyen@cairncross.com

Daniel  Robertson on behalf of Creditor   Pension Benefit Guaranty Corporation
robertson.daniel@pbgc.gov,  efile@pbgc.gov

Lacey E. Rochester on behalf of Creditor   APTIM

lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com

Lacey E. Rochester on behalf of Creditor   Phillips & Jordan, Inc.
lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com

Lacey E. Rochester on behalf of Creditor   Snelson Companies, Inc.
lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com

Lacey E. Rochester on behalf of Creditor   TTR Substations, Inc.
lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com

Michael  Rogers on behalf of Creditor   William Kreysler & Associates, Inc.
mrogers@lambertrogers.com, jan@lambertrogers.com

Julie H. Rome-Banks on behalf of Creditor   Thunderbird Mobile Home Park
julie@bindermalter.com

Jorian L. Rose on behalf of Creditor Committee   Official Committee of Tort Claimants
jrose@bakerlaw.com

Paul M. Rosenblatt on behalf of Creditor   Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast, Inc. and affiliates
prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com

Allan Robert Rosin on behalf of Creditor   Contra Costa Electric, Inc.
arrosin@alr-law.com

Allan Robert Rosin on behalf of Creditor   Goodfellow Bros. California, LLC
arrosin@alr-law.com

Allan Robert Rosin on behalf of Creditor   McGuire and Hester
arrosin@alr-law.com

Allan Robert Rosin on behalf of Creditor   Sanco Pipelines, Inc.
arrosin@alr-law.com

Allan Robert Rosin on behalf of Creditor   Stadtner Co., Inc. dba Sierra Electric Co.
arrosin@alr-law.com

Jay M. Ross on behalf of Interested Party   The City of Oakland
jross@hopkinscarley.com, eamaro@hopkinscarley.com

Gregory A. Rougeau on behalf of Creditor Gregory  Frase Enterprises, Inc. dba Kortick Manufacturing Company
grougeau@brlawsf.com

Stacy H. Rubin on behalf of Creditor   Realty Income Corporation
rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com

Jason C. Rubinstein on behalf of Interested Party   The Baupost Group, L.L.C.
jrubinstein@fklaw.com, mclerk@fklaw.com

Nathan Q. Rugg on behalf of Interested Party   Adler Tank Rental and Mobile Modular
nathan.rugg@bfkn.com, jean.montgomery@bfkn.com

Thomas B. Rupp on behalf of 3rd Pty Defendant   Pacific Gas  and Electric Company
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Debtor   PG&E Corporation
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Defendant   PG&E Corporation
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Defendant   Pacific  Gas & Electric Company
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Defendant   Pacific Gas & Electric Company
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Defendant   Pacific Gas and Electric Company
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Plaintiff   PG&E Corporation
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Plaintiff   Pacific Gas and Electric Company
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Spec. Counsel   Coblentz Patch Duffy & Bass LLP
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Spec. Counsel   Jenner & Block LLP
trupp@kellerbenvenutti.com

Eric E. Sagerman on behalf of Creditor Committee   Official Committee of Tort Claimants
esagerman@bakerlaw.com

Robert  Sahyan on behalf of Interested Party   Columbus Hill Capital Management, L.P.
rsahyan@sheppardmullin.com,  JNakaso@sheppardmullin.com

Jonathan C. Sanders on behalf of Interested Party   Board of PG&E Corporation
jsanders@stblaw.com

Jonathan C. Sanders on behalf of Interested Party   Board of Pacific Gas and Electric Company
jsanders@stblaw.com

Jonathan C. Sanders on behalf of Interested Party   Certain Current and Former Independent Directors
jsanders@stblaw.com

Nanette D. Sanders on behalf of Creditor   Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire
Litigation of October 2017 and the Camp Fire Litigation
nanette@ringstadlaw.com,  becky@ringstadlaw.com

Lovee  Sarenas on behalf of Creditor   RE Astoria LLC
Lovee.sarenas@lewisbrisbois.com

Lovee Sarenas on behalf of Interested Party Kepco California LLC
Lovee.sarenas@lewisbrisbois.com

Lovee Sarenas on behalf of Interested Party Kepco California LLC
Lovee.sarenas@lewisbrisbois.com

Lovee Sarenas on behalf of Interested Party RE Astoria LLC
Lovee.sarenas@lewisbrisbois.com

Sunny S. Sarkis on behalf of Counter-Defendant JH Kelly, LLC
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Creditor Ad Hoc Group of Interconnection Customers
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Creditor Mustang Project Companies
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind
Project LLC
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Capital Dynamics, Inc., et al.
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Enel Green Power North America, Inc.
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party FTP Power LLC, et al.
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Gill Ranch Storage, LLC
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Intervenor Capital Dynamics, Inc.
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Intervenor Enel Green Power North America, Inc.
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Intervenor FTP Power LLC
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Plaintiff JH Kelly, LLC
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Patricia Savage on behalf of Creditor Ashley Duitsman
psavesq@gmail.com, jodi.savage@gmail.com

Patricia Savage on behalf of Creditor Barbara Morris
psavesq@gmail.com, jodi.savage@gmail.com

Patricia Savage on behalf of Creditor Brandee Goodrich
psavesq@gmail.com, jodi.savage@gmail.com

Patricia Savage on behalf of Creditor Kristal Davis-Bolin
psavesq@gmail.com, jodi.savage@gmail.com

Patricia Savage on behalf of Creditor Marie Valenza
psavesq@gmail.com, jodi.savage@gmail.com

Patricia Savage on behalf of Creditor Mary Haines
psavesq@gmail.com, jodi.savage@gmail.com

Sblend A. Sblendorio on behalf of Interested Party Wilson Construction Company
sas@hogefenton.com

Francis O. Scarpulla on behalf of Creditor GER Hospitality, LLC
fos@scarpullalaw.com, cpc@scarpullalaw.com

Francis O. Scarpulla on behalf of Creditor Richard W. Carpeneti
fos@scarpullalaw.com, cpc@scarpullalaw.com

Daren M Schlecter on behalf of Creditor Jesus Mendoza
daren@schlecterlaw.com, info@schlecterlaw.com

Bradley R. Schneider on behalf of Debtor PG&E Corporation
bradley.schneider@mto.com

Harvey S. Schochet on behalf of Creditor City of San Jose
Harveyschochet@dwt.com

Harvey S. Schochet on behalf of Creditor Cupertino Electric, Inc.
Harveyschochet@dwt.com

Lisa Schweitzer on behalf of Interested Party BlueMountain Capital Management, LLC
lschweitzer@cgsh.com

Eric J. Seiler on behalf of Interested Party The Baupost Group, L.L.C.
eseiler@fklaw.com, mclerk@fklaw.com

David B. Shemano on behalf of Interested Party East Bay Community Energy Authority
dshemano@pwkllp.com

On behalf of Creditor W. Bradley Electric, Inc.
shepIGN@gmail.com

Leonard M. Shulman on behalf of Interested Party   Cushman & Wakefield, Inc.
lshulman@shbllp.com

Andrew I. Silfen on behalf of Interested Party   BOKF, NA
andrew.silfen@arentfox.com

Andrew I. Silfen on behalf of Interested Party   Bank of Oklahoma Financial
andrew.silfen@arentfox.com

Wayne A. Silver on behalf of Creditor   Lewis & Tibbitts, Inc.
w_silver@sbcglobal.net, ws@waynesilverlaw.com

Craig S. Simon on behalf of Interested Party   American Alternative Insurance Corporation
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party   American Reliable Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party   Amica Mutual Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party   Assurant Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party   California Casualty Indemnity Exchange
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party   California FAIR Plan Association
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party   Church Mutual Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party   Crusader Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party   Farmers Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party   Gencon Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party   National General Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party   Nationwide Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party   Nautilus Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party   Privilege Underwriters Reciprocal Exchange

csimon@bergerkahn.com,  aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party   Sutter Insurance Company
csimon@bergerkahn.com,  aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party   Topa Insurance Company
csimon@bergerkahn.com,  aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party   Wawanesa General Insurance Company
csimon@bergerkahn.com,  aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party   Zenith Insurance Company
csimon@bergerkahn.com,  aketcher@bergerkahn.com

Gerald  Singleton on behalf of Creditor   Ad Hoc Committee of Unsecured Tort Claimant Creditors
gerald@slffirm.com,  BKECFCANB@SLFfirm.com

Gerald  Singleton on behalf of Creditor   Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation
of October 2017 and the Camp Fire Litigation
gerald@slffirm.com,  BKECFCANB@SLFfirm.com

Gerald  Singleton on behalf of Creditor   SLF Fire Victim Claimants
gerald@slffirm.com,  BKECFCANB@SLFfirm.com

Jeremy C. Sink on behalf of Creditor   The Church of Jesus Christ of Latter-Day Saints, a Utah corporation sole, f/k/a/
Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-day Saints
jsink@kmclaw.com

Michael K. Slattery on behalf of Creditor   Ad Hoc California Public Entites Committee
mslattery@lkfirm.com,  rramirez@lkfirm.com

Michael K. Slattery on behalf of Creditor   County of San Luis Obispo
mslattery@lkfirm.com,  rramirez@lkfirm.com

Dania  Slim on behalf of Creditor   BANK OF AMERICA N.A
dania.slim@pillsburylaw.com,  melinda.hernandez@pillsburylaw.com

Jennifer N. Slocum on behalf of Creditor   Mustang Project Companies
jennifer.slocum@stoel.com,  docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party   Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I
Wind Project LLC
jennifer.slocum@stoel.com,  docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party   Capital Dynamics, Inc., et al.
jennifer.slocum@stoel.com,  docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party   Enel Green Power North America, Inc., et al. and Enel X
jennifer.slocum@stoel.com,  docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party   FTP Power LLC, et al.
jennifer.slocum@stoel.com,  docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party   Gill Ranch Storage, LLC
jennifer.slocum@stoel.com,  docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party   Global Diving & Salvage, Inc.
jennifer.slocum@stoel.com,  docketclerk@stoel.com

Aaron C. Smith on behalf of Creditor   California Insurance Guarantee Association
asmith@lockelord.com,  autodocket@lockelord.com

Alan D. Smith on behalf of Creditor   Puget Sound Energy, Inc.
adsmith@perkinscoie.com,  al-smith-9439@ecf.pacerpro.com

Jan D. Sokol on behalf of Creditor   Liberty Mutual Insurance Company
jdsokol@lawssl.com,  dwright@lawssl.com

Randye B. Soref on behalf of Creditor   Dignity Health and its Affiliates
rsoref@polsinelli.com

Randye B. Soref on behalf of Creditor   Marble Ridge Master Fund LP
rsoref@polsinelli.com

Randye B. Soref on behalf of Creditor   Whitebox Asymmetric Partners, LP
rsoref@polsinelli.com

Randye B. Soref on behalf of Creditor   Whitebox Multi-Strategy Partners, LP
rsoref@polsinelli.com

Randye B. Soref on behalf of Creditor   Whitebox Relative Value Partners, LP
rsoref@polsinelli.com

Joseph  Sorkin on behalf of Creditor   Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company
jsorkin@akingump.com,  NYMCO@akingump.com

Bennett L. Spiegel on behalf of Creditor   McKinsey & Company, Inc. U.S.
blspiegel@jonesday.com

Michael  St. James on behalf of Interested Party   Garcia and Associates
ecf@stjames-law.com

Howard J. Steinberg on behalf of Interested Party   HercRentals
steinbergh@gtlaw.com,  pearsallt@gtlaw.com

Harriet A. Steiner on behalf of Creditor   Valley Clean Energy Alliance
harriet.steiner@bbklaw.com,  claudia.peach@bbklaw.com

Lillian G. Stenfeldt on behalf of Creditor   Pivot Interiors, Inc.
lillian.stenfeldt@sdma.com,  jon.arneson@sedgwicklaw.com

Lillian G. Stenfeldt on behalf of Interested Party   certain Retiree Claimants
lillian.stenfeldt@rimonlaw.com,  jon.arneson@sedgwicklaw.com

Cheryl L. Stengel on behalf of Creditor   US Air Conditioning Distributors
clstengel@outlook.com, stengelcheryl40@gmail.com

David M. Stern on behalf of Interested Party   NextEra Energy Inc., et al.
dstern@ktbslaw.com

David M. Stern on behalf of Intervenor   NextEra Energy Partners, L.P.
dstern@ktbslaw.com

David M. Stern on behalf of Intervenor   NextEra Energy, Inc.
dstern@ktbslaw.com

Geoffrey S. Stewart on behalf of stockholders   PG&E Shareholders
gstewart@jonesday.com, mmelvin@jonesday.com

Alan J. Stone on behalf of Creditor Committee   Official Committee Of Unsecured Creditors
AStone@milbank.com, DMcCracken@Milbank.com

Rebecca  Suarez on behalf of Intervenor   KES Kingsburg, L.P.
rsuarez@crowell.com

Rebecca  Suarez on behalf of Intervenor   Vantage Wind Energy LLC
rsuarez@crowell.com

Brad T. Summers on behalf of Creditor   Pacific Mobile Structures, Inc.
summerst@lanepowell.com, docketing-pdx@lanepowell.com

Kristine Theodesia Takvoryan on behalf of Creditor   SOLON
ktakvoryan@ckrlaw.com

Derrick  Talerico on behalf of Creditor   Western Electricity Coordinating Council
dtalerico@ztlegal.com, sfritz@ztlegal.com

Kesha  Tanabe on behalf of Creditor   Cedar Glade LP
kesha@tanabelaw.com

Elizabeth Lee Thompson on behalf of Interested Party   The Okonite Company
ethompson@stites.com, docketclerk@stites.com

John C. Thornton on behalf of Creditor   Agajanian, Inc.
jct@andrewsthornton.com, aandrews@andrewsthornton.com

John C. Thornton on behalf of Creditor   Bennett Lane Winery LLC
jct@andrewsthornton.com, aandrews@andrewsthornton.com

Elisa  Tolentino on behalf of Creditor   City of San Jose
cao.main@sanjoseca.gov

Meagan S. Tom on behalf of Creditor   International Brotherhood of Electrical Workers Local Union 1245
Meagan.tom@lockelord.com, autodocket@lockelord.com

Edward J. Tredinnick on behalf of Creditor   City and County of San Francisco
etredinnick@greeneradovsky.com

Matthew Jordan Troy on behalf of Creditor   United States of America
matthew.troy@usdoj.gov

Andrew  Van Ornum on behalf of Creditor   Bradley Concrete
avanornum@vlmglaw.com,  hchea@vlmglaw.com

Andrew  Van Ornum on behalf of Creditor   Geosyntec Consultants, Inc.
avanornum@vlmglaw.com,  hchea@vlmglaw.com

Shmuel  Vasser on behalf of Interested Party   State Farm Mutual Automobile Insurance Company
shmuel.vasser@dechert.com,  brett.stone@dechert.com

Victor A. Vilaplana on behalf of Creditor   Michels Corporation
vavilaplana@foley.com,  rhurst@foley.com

Victor A. Vilaplana on behalf of Creditor   Michels Corporation
vavilaplana@foley.com,  rhurst@foley.com

Marta  Villacorta on behalf of U.S. Trustee   Office of the U.S. Trustee / SF
marta.villacorta@usdoj.gov

John A. Vos on behalf of Interested Party John A. Vos
InvalidEMailECFonly@gmail.com,  PrivateECFNotice@gmail.com

Bao M. Vu on behalf of Intervenor   Capital Dynamics, Inc.
bao.vu@stoel.com,  sharon.witkin@stoel.com

Bao M. Vu on behalf of Intervenor   Enel Green Power North America, Inc.
bao.vu@stoel.com,  sharon.witkin@stoel.com

Bao M. Vu on behalf of Intervenor   FTP Power LLC
bao.vu@stoel.com,  sharon.witkin@stoel.com

Jonathan D. Waisnor on behalf of Interested Party   Ad Hoc Group of Subrogation Claim Holders
jwaisnor@willkie.com,  mao@willkie.com

Riley C. Walter on behalf of Attorney   Aera Energy LLC
ecf@W2LG.com

Riley C. Walter on behalf of Attorney Midway Sunset  Cogeneration Company
ecf@W2LG.com

Riley C. Walter on behalf of Interested Party   Aera Energy LLC
ecf@W2LG.com

Riley C. Walter on behalf of Interested Party   Midway Sunset Cogeneration Company
ecf@W2LG.com

Phillip K. Wang on behalf of Creditor   Pivot Interiors, Inc.

phillip.wang@rimonlaw.com

Phillip K. Wang on behalf of Interested Party   certain Retiree Claimants
phillip.wang@rimonlaw.com

Philip S. Warden on behalf of Creditor   Chevron Products Company a division of Chevron U.S.A. Inc.
philip.warden@pillsburylaw.com,  kathy.stout@pillsburylaw.com

Philip S. Warden on behalf of Creditor   Chevron U.S.A. Inc.
philip.warden@pillsburylaw.com,  kathy.stout@pillsburylaw.com

Lindsi M. Weber on behalf of Creditor   Dignity Health and its Affiliates
lweber@polsinelli.com,  yderac@polsinelli.com

Joseph M. Welch on behalf of Creditor   Bradley Tanks, Inc.
jwelch@buchalter.com,  dcyrankowski@buchalter.com

David Walter Wessel on behalf of Creditor Marina  Gelman
DWessel@efronlawfirm.com,  hporter@chdlawyers.com

David Walter Wessel on behalf of Creditor Mikhail  Gelman
DWessel@efronlawfirm.com,  hporter@chdlawyers.com

Joseph  West on behalf of Creditor   International Church of the Foursquare Gospel
westjoseph@earthlink.net,  josephw998@gmail.com

Drew M. Widders on behalf of Creditor   Molin-Wilcoxen Camp Fire Victims Group
dwidders@wilcoxenlaw.com,  nina@wilcoxenlaw.com

Eric R. Wilson on behalf of Creditor   Kompogas SLO LLC
kdwbankruptcydepartment@kelleydrye.com,  ewilson@kelleydrye.com

Eric R. Wilson on behalf of Creditor   Tata Consultancy Services
kdwbankruptcydepartment@kelleydrye.com,  ewilson@kelleydrye.com

Kimberly S. Winick on behalf of Interested Party   California Community Choice Association
kwinick@clarktrev.com,  knielsen@clarktrev.com

Kimberly S. Winick on behalf of Interested Party Kimberly  Winick
kwinick@clarktrev.com,  knielsen@clarktrev.com

Rebecca J. Winthrop on behalf of Creditor   Adventist Health System/West and Feather River Hospital
rebecca.winthrop@nortonrosefulbright.com,  evette.rodriguez@nortonrosefulbright.com

Rebecca J. Winthrop on behalf of Creditor   Berry Petroleum Company, LLC
rebecca.winthrop@nortonrosefulbright.com,  evette.rodriguez@nortonrosefulbright.com

Rebecca J. Winthrop on behalf of Creditor   MRC Global (US) Inc.
rebecca.winthrop@nortonrosefulbright.com,  evette.rodriguez@nortonrosefulbright.com

Rebecca J. Winthrop on behalf of Creditor   Paradise Retirement Residence Limited Partnership
rebecca.winthrop@nortonrosefulbright.com,  evette.rodriguez@nortonrosefulbright.com

David  Wirt on behalf of Interested Party   Deutsche Bank
david.wirt@hklaw.com,  denise.harmon@hklaw.com

Ryan A. Witthans on behalf of Creditor   Roebbelen Contracting, Inc.
rwitthans@fhlawllp.com

Risa Lynn Wolf-Smith on behalf of Creditor   Diablo Winds, LLC
rwolf@hollandhart.com,  lmlopezvelasquez@hollandhart.com

Risa Lynn Wolf-Smith on behalf of Intervenor   Diablo Winds, LLC
rwolf@hollandhart.com,  lmlopezvelasquez@hollandhart.com

Douglas  Wolfe on behalf of Creditor   ASM Capital X LLC
dwolfe@asmcapital.com

Douglas  Wolfe on behalf of Creditor   ASM SPV, L.P.
dwolfe@asmcapital.com

Catherine E. Woltering on behalf of Creditor Committee   Official Committee of Tort Claimants
cwoltering@bakerlaw.com

Andrea  Wong on behalf of Creditor   Pension Benefit Guaranty Corporation
wong.andrea@pbgc.gov,  efile@pbgc.gov

Christopher Kwan Shek Wong on behalf of Creditor   Genesys Telecommunications Laboratories, Inc.
christopher.wong@arentfox.com

Kirsten A. Worley on behalf of Creditor   Ballard Marine Construction, Inc.
kw@wlawcorp.com,  admin@wlawcorp.com

Kirsten A. Worley on behalf of Creditor   Ballard Marine Construction, Inc.
kw@wlawcorp.com,  admin@wlawcorp.com

Kirsten A. Worley on behalf of Creditor   GEI Consultants, Inc.
kw@wlawcorp.com,  admin@wlawcorp.com

Antonio  Yanez, Jr. on behalf of Interested Party   Ad Hoc Group of Subrogation Claim Holders
ayanez@willkie.com

Cathy  Yanni on behalf of Other Prof. Cathy  Yanni
cathy@cathyyanni.com,  pstrunk@browngreer.com

Andrew  Yaphe on behalf of Creditor   Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility
andrew.yaphe@davispolk.com,  pge.dpw.routing@davispolk.com

Tacie H. Yoon on behalf of Interested Party   Renaissance Reinsurance Ltd.
tyoon@crowell.com

Case: 19-30088   Doc# 5326   Filed: 01/09/20   Entered: 01/09/20 21:08:48   Page 83
of 84

Bennett G. Young on behalf of Creditor   Mizuho Bank, Ltd.
byoung@jmbm.com,  jb8@jmbm.com

Christopher L. Young on behalf of Interested Party   Winding Creek Solar LLC
cyoung@cairncross.com,  nspringstroh@cairncross.com

Christopher L. Young on behalf of Plaintiff   Allco Renewable Energy Limited
cyoung@cairncross.com,  nspringstroh@cairncross.com

Christopher L. Young on behalf of Plaintiff   Bear Creek Solar LLC
cyoung@cairncross.com,  nspringstroh@cairncross.com

Christopher L. Young on behalf of Plaintiff   Foothill Solar LLC
cyoung@cairncross.com,  nspringstroh@cairncross.com

Christopher L. Young on behalf of Plaintiff   Hollister Solar LLC
cyoung@cairncross.com,  nspringstroh@cairncross.com

Christopher L. Young on behalf of Plaintiff   Kettleman Solar LLC
cyoung@cairncross.com,  nspringstroh@cairncross.com

Christopher L. Young on behalf of Plaintiff   Vintner Solar LLC
cyoung@cairncross.com,  nspringstroh@cairncross.com

Christopher L. Young on behalf of Plaintiff   Winding Creek Solar LLC
cyoung@cairncross.com,  nspringstroh@cairncross.com

Paul H. Zumbro on behalf of Debtor   PG&E Corporation
mao@cravath.com

Brittany  Zummer on behalf of Creditor Mirna  Trettevik
bzummer@theadlerfirm.com,  nfournier@theadlerfirm.com

Dario  de Ghetaldi on behalf of Creditor   Fire Victim Creditors
deg@coreylaw.com,  lf@coreylaw.com