# Exhibit A

AP SERVICES, LLC

Summary of Compensation and Expenses – Pacific Gas and Electric Company, et al.

For the Period November 1, 2019 through November 30, 2019

| | | |
|---|---|---:|
| Professional Fees | $ | 4,941,332.00 |
| Expenses | | 461,592.85 |
| **Total Invoice** | **$** | **5,402,924.85** |

Note: In accordance with the Order Granting Fee Examiner's Motion to Approve Fee Procedures in the PG&E Corporation and Pacific Gas and Electric Company chapter 11 cases, entered on November 15, 2019 (the "Order"), this invoice is inclusive of compensation for fees associated with non-working airplane travel time incurred by AP Services, LLC professionals during the billing period. Per the Order, compensation is allowed in these cases for non-working airplane travel time up to two hours per professional per one-way trip. All fees associated with non-working airplane travel time incurred by AP Services, LLC professionals in excess of the two hour cap has been written off. The aggregate fees for excess non-working airplane travel time that has been absorbed by AP Services, LLC for the November 2019 billing period was $593,153.00.