# Exhibit C

AP SERVICES, LLC
Summary of Expenses - Pacific Gas and Electric Company, et al.
For the Period November 1, 2019 -November 30, 2019

| EXPENSE CATEGORY | | AMOUNT |
|---|---|---|
| Airfare | $ | 130,618.02 |
| Lodging | | 259,110.32 |
| Meals | | 29,403.43 |
| Ground Transportation | | 42,359.40 |
| Other | | 101.68 |
| **TOTAL EXPENSES** | $ | **461,592.85** |