Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone: 415-659-2900
Facsimile: 415-659-2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:   esagerman@bakerlaw.com
Email:   drichardson@bakerlaw.com
Email:   lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>   -and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088-(DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF SUBPOENA ISSUED TO DAVEY TREE SURGERY COMPANY; EXIGIS; FAMILY TREE SERVICE, INC.; LOGGERS UNLIMITED, INC.; MCKINSEY & COMPANY; MLU SERVICES, INC.; MOUNTAIN F. ENTERPRISES, INC.; NEWCOMB TREE EXPERTS, INC.; OSMOSE UTILITIES SERVICES, INC.; AND PHILLIPS AND JORDAN, INC.** |

**PLEASE TAKE NOTICE** that on or about January 9, 2020, counsel for the Official Committee of Tort Claimants ("**TCC**") issued and intends to serve subpoenas to produce documents, information, and/or objects (the "**Production Subpoenas**") on the entities identified below. Copies of the Production Subpoenas are attached hereto as follows:

- **Exhibit 1 – Davey Tree Surgery Company**
- **Exhibit 2 – Exigis**
- **Exhibit 3 – Family Tree Service, Inc.**
- **Exhibit 4 – Loggers Unlimited, Inc.**
- **Exhibit 5 – McKinsey & Company**
- **Exhibit 6 – MLU Services, Inc.**
- **Exhibit 7 – Mountain F. Enterprises, Inc.**
- **Exhibit 8 – Newcomb Tree Experts, Inc.**
- **Exhibit 9 – Osmose Utilities Services, Inc.**
- **Exhibit 10 – Phillips and Jordan, Inc.**

The items requested to be produced in the Production Subpoenas are described in **Exhibit A** to each of the Production Subpoenas.

Dated: January 10, 2020

BAKER & HOSTETLER LLP

By: */s/ David J. Richardson*
Robert A. Julian
Cecily A. Dumas
David J. Richardson

*Attorneys for The Official Committee of Tort Claimants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2020, the foregoing was been served upon all parties or their attorneys in a manner authorized by Federal Rule of Civil Procedure 5(b)(1).

*/s/ David J. Richardson*
David J. Richardson