Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone: 415-659-2900
Facsimile: 415-659-2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:   esagerman@bakerlaw.com
Email:   drichardson@bakerlaw.com
Email:   lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088-(DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **NOTICE OF SUBPOENA ISSUED TO PRICEWATERHOUSECOOPERS LLP; QUANTA ENERGY SERVICES LLC; QUANTA TECHNOLOGY, LLC.; REAX, INC.; THE ORIGINAL MOWBRAYS TREE SERVICES, INC.; TREE SERVICE UNLIMITED; TREES, INC.; UTILITY TREE SERVICE, INC.; WESTERN ENVIRONMENTAL CONSULTANTS, LLC; WRIGHT TREESERVICE OF THE WEST, INC.; AND WRIGHT TREE SERVICE, INC.** |

**PLEASE TAKE NOTICE** that on or about January 9, 2020, counsel for the Official Committee of Tort Claimants ("**TCC**") issued and intends to serve subpoenas to produce documents, information, and/or objects (the "**Production Subpoenas**") on the entities identified below. Copies of the Production Subpoenas are attached hereto as follows:

- **Exhibit 1 – PricewaterhouseCoopers**
- **Exhibit 2 – Quanta Energy Services LLC**
- **Exhibit 3 – Quanta Technology, LLC**
- **Exhibit 4 – Reax, Inc.**
- **Exhibit 5 – The Original Mowbrays Tree Services, Inc.**
- **Exhibit 6 – Tree Service Unlimited**
- **Exhibit 7 – Trees, Inc.**
- **Exhibit 8 – Utility Tree Service, Inc.**
- **Exhibit 9 – Western Environmental Consultants, LLC**
- **Exhibit 10 – Wright Tree Service of the West, Inc.**
- **Exhibit 11 – Wright Tree Service, Inc.**

The items requested to be produced in the Production Subpoenas are described in **Exhibit A** to each of the Production Subpoenas.

Dated: January 10, 2020　　　　　　　　　　BAKER & HOSTETLER LLP

By: */s/ David J. Richardson*
Robert A. Julian
Cecily A. Dumas
David J. Richardson

*Attorneys for The Official Committee of Tort Claimants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2020, the foregoing was been served upon all parties or their attorneys in a manner authorized by Federal Rule of Civil Procedure 5(b)(1).

*/s/ David J. Richardson*
David J. Richardson