David A. Rosenzweig
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019-6022
Tel: (212) 318-3035
Email: david.rosenzweig@nortonrosefulbright.com

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>PG&E Corporation<br>- and -<br>Pacific Gas and Electric Company<br><br>Debtor(s). | Case No.  19-30088 (DM)<br><br>Chapter  11<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, David A. Rosenzweig, an active member in good standing of the bar of the State of New York and of the United States Bankruptcy Court and United States District Court for the Southern District of New York, among other courts, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Adventist Health System/West, a California religious non-profit corporation, Feather River Hospital, a California religious non-profit corporation, and Paradise Retirement Residence LLP d/b/a Feather Canyon.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

98907561.1

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Rebecca J. Winthrop
Norton Rose Fulbright US LLP
555 South Flower Street, 41st Floor
Los Angeles, CA 90071
(213) 892-9200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 9, 2020

/s/ David A. Rosenzweig
David A. Rosenzweig

98907561.1