UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | Chapter 11 |
| | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Arnold A. Jaglal, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On January 8, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served First Class Mail on the parties identified on the service list attached hereto as **Exhibit A**:

- Second Order Enlarging the Time within which to File Notices of Removal of Related Proceedings [Docket No. 4756]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 13th day of January 2020, at New York, NY.

_____
Arnold A. Jaglal

SRF 38813

# Exhibit A

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 5004982 | ABRAM, QUINISHA | BARON & BUDD, P.C. | SCOTT SUMMY, JOHN P. FISKE, VICTORIA E. SHERLIN | 11440 W BERNARDO CT | STE 265 | SAN DIEGO | CA | 92127-1663 |
| 6007847 | BOISE, CALEB | ADDRESS ON FILE | | | | | | |
| 6007850 | CALDERON, CAMERON | ADDRESS ON FILE | | | | | | |
| 5006242 | DEL MAR FARMS | ARATA, SWINGLE, VAN EGMOND & GOODWIN | PO BOX 576367 | | | MODESTO | CA | 95357 |
| 6007606 | FREITAS, BRIAN | ADDRESS ON FILE | | | | | | |
| 6007890 | RENEAU, ALIF | 6214 E CORTLAND AVE | | | | FRESNO | CA | 93727-8933 |
| 5004937 | SHAREI, SHAWN | INSURANCE LITIGATORS & COUNSELOR PLC | JOSEPH JOHN TURRI, ATTILA PANCZEL | PO BOX 940 | | UKIAH | CA | 95482-0940 |