**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* All papers shall be filed in the lead case, No. 19-30088 (DM) | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR JANUARY 14, 2020, 10:00 A.M. OMNIBUS HEARING**<br><br>Date:   January 14, 2020<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>           Courtroom 17, 16th Floor<br>           San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR**
**JANUARY 14, 2020, 10:00 A.M. (PACIFIC TIME)**
<u>**OMNIBUS HEARING**</u>

**I:** <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*CONTESTED MATTER GOING FORWARD*

    1.   **Make-Whole Premiums Brief**: *Debtors' Brief Regarding Utility Funded Debt Claims' Entitlement to Make-Whole Premiums and Joinder of PG&E Shareholders* [**Dkt. 4896**].

<u>Response Deadline</u>: December 20, 2019, at 4:00 p.m. (Pacific Time).

<u>Responses Filed</u>:

    A.   Consolidated Opening Brief of Certain Creditor Groups and Representatives Regarding the Entitlement of Holders of Utility Funded Debt Claims to Optional Early Redemption, Make-Whole, or Similar Amounts in a Solvent Debtor Case [**Dkt. 4902**].

    B.   Declaration of Andrew I. Silfen in Support of Consolidated Opening Brief of Certain Creditor Groups and Representatives Regarding the Entitlement of Holders of Utility Funded Debt Claims to Optional Early Redemption, Make-Whole, or Similar Amounts in a Solvent Debtor Case [**Dkt. 4903**].

    C.   Consolidated Opposition Brief of Certain Creditor Groups and Representatives Regarding the Entitlement of Holders of Utility Funded Debt Claims to Optional Early Redemption, Make-Whole, or Similar Amounts in a Solvent Debtor Case [**Dkt. 5189**].

<u>Related Documents</u>:

    D.   Declaration of Theodore E. Tsekerides, Esq. in Support of Debtors' Moving Brief Regarding Utility Funded Debt Claims' Entitlement to Make-Whole Premiums [**Dkt. 4898**].

    E.   Debtors' Opposition to the Consolidated Opening Brief of Certain Creditor Groups and Representatives Regarding the Entitlement of Holders of Utility Funded Debt Claims to Optional Early Redemption, Make-Whole, or Similar Amounts in a Solvent Debtor Case; Joinder of PG&E Shareholders [**Dkt. 5190**].

<u>Status</u>: This matter is going forward on a contested basis.

*STATUS CONFERENCE*

    2.   **Notice of Filing of Joint Chapter 11 Plan**: *Notice of Filing of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated December 12, 2019* [**Dkt. 5102**].

    A.   Joint Chapter 11 Plan of Reorganization of Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders [**Dkt. 4257**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

B. Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated December 12, 2019 [**Dkt. 5101**].

C. Statement of the United States of America in Response to the Court's Memorandum Regarding Confirmation Issues [**Dkt. 5087**].

D. Statement of the California State Agencies in Response to the Court's Memorandum Regarding Confirmation Issues [**Dkt. 5104**].

E. Stipulation Amending Order Establishing Preconfirmation Briefing and Hearing Schedule for Certain Legal Issues [**Dkt. 5254**].

Related Order:

F. Order Approving Stipulation Amending Order Establishing Preconfirmation Briefing and Hearing Schedule for Certain Legal Issues [**Dkt. 5312**].

Status: The status conference was continued to January 14, 2020 by December 17, 2019 Docket Text Order.

***RESOLVED AND CONTINUED MATTERS***

3. **Motion to Permit Contract Termination**: *Notice of Motion and Motion of Henrietta D Energy Storage LLC for Entry of an Order Modifying the Automatic Stay to Permit Contract Termination* [**Dkt. 4850**].

Response Deadline: December 12, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

A. Relief from Stay Cover Sheet [**Dkt. 4851**].

B. Declaration of Christopher Streeter in Support of Motion of Henrietta D Energy Storage, LLC for Entry of an Order Modifying the Automatic Stay to Permit Contract Termination [**Dkt. 4852**].

C. Corrected Stipulation Between Debtor Pacific Gas and Electric Company and Henrietta D Energy Storage LLC for Limited Relief from the Automatic Stay [**Dkt. 5341**].

Related Order:

D. Order Approving Corrected Stipulation Between Debtor Pacific Gas and Electric Company and Henrietta D Energy Storage LLC for Limited Relief from the Automatic Stay [**Dkt. 5349**].

Status: This matter has been resolved by stipulation [**Dkt. 5341**] and order [**Dkt. 5349**] and taken off calendar by January 10, 2020 Docket Text Order.

4. **Debtor's Application for McKinsey & Company, Inc.**: *Application of Debtors Pursuant to U.S.C. §§ 363(b) and 105(a) for Authority to Enter Into, Perform Under and Make Payments Under Certain Consulting Contracts with McKinsey & Company, Inc. United States* [**Dkt. 3919**].

Response Deadline: February 19, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

F. Statement of Jay Alix [**Dkt. 4426**].

G. Conditional Consent of the Official Committee of Tort Claimants to Application of Debtors Pursuant to 11 U.S.C. §§ 363(b) and 105(a) for Authority to Enter Into, Perform Under and Make Payments Under Certain Consulting Contracts with McKinsey & Company, Inc. United States [Dkt. No. 3919] [**Dkt. 5308**].

Status: This matter has been continued to February 26, 2020 by **Dkt. 5293**.

5. **Exit Financing Motion**: *Debtors' Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Exit Financing Commitment Letters and (II) Authorizing Incurrence, Payment and Allowance of Related Feed and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims* [**Dkt. 4446**].

Response Deadline: January 14, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Letter from the Official Committee of Unsecured Creditors to the Honorable Dennis Montali Regarding Exit Financing Discovery [**Dkt. 4562**].

B. Letter from the Ad Hoc Committee of Senior Unsecured Noteholders to the Honorable Dennis Montali in Regards to November 4, 2019 Letter from Creditors' Committee [**Dkt. 4566**].

C. Letter from the Official Committee of Tort Claimants to the Honorable Dennis Montali Regarding Exit Financing Discovery [**Dkt. 4575**].

D. Letter from the Debtors to the Honorable Dennis Montali in Response to Letters Filed by Requesting Parties [**Dkt. 4577**].

E. Letter Regarding Continuance of the December 17, 2019 Hearing on the Debtors' Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Exit Financing Commitment Letters and (II) Authorizing Incurrence, Payment, and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims (the Motion) and Extension of Time to Respond to that Motion [**Dkt. 4968**].

F. Letter Joining the Official Committee of Unsecured Creditors Request for a Continuance of the December 17, 2019 Hearing on the Debtors' Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Exit Financing Commitment Letters and (II)

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Authorizing Incurrence, Payment, and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims (the Motion) and Extension of Time to Respond to that Motion [**Dkt. 4970**].

G.  Letter Brief of the TCC to the Honorable Dennis Montali [**Dkt. 4971**].

Related Documents:

H.  Declaration of Kenneth S. Ziman in Support of Debtors' Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Exit Financing Commitment Letters and (II) Authorizing Incurrence, Payment and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims [**Dkt. 4447**].

I.  Debtors' Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry Into and Performance Under, Debt Financing Commitment Letters and (III) Authorizing Incurrence, Payment and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims [**Dkt. 5267**].

J.  Declaration of Kenneth S. Ziman in Support of Debtors' Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry Into and Performance Under, Debt Financing Commitment Letters and (III) Authorizing Incurrence, Payment and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims [**Dkt. 5268**].

Status:  This matter has been continued to January 29, 2020 by agreement of the parties.

6.  **Subrogation Claims Impairment Issue Brief**: *Debtors' and Ad Hoc Subrogation Group's Joint Brief in Support of the Subrogation Wildfire Claims as Impaired Classes for All Purposes Under the Debtors' Joint Chapter 11 Plan or Reorganization* [**Dkt. 4886**].

Response Deadline: January 10, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A.  Reservation of Rights of the Ad Hoc Committee of Senior Unsecured Noteholders with Respect to Subrogation Claims Impairment Issue [**Dkt. 4893**].

B.  Statement and Reservation of Rights of the Official Committee of Unsecured Creditors Regarding Subrogation Claim Impairment Issue [**Dkt. 4897**].

C.  Stipulation Amending Order Establishing Preconfirmation Briefing and Hearing Schedule for Certain Legal Issues [**Dkt. 5254**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Related Order:

D.     Order Approving Stipulation Amending Order Establishing Preconfirmation Briefing and Hearing Schedule for Certain Legal Issues [**Dkt. 5312**].

Status: This matter has been continued to January 29, 2020 by stipulation [**Dkt. 5254**] and taken off calendar by Order [**Dkt. 5312**].

7.     **Class Proof of Claim Motion**: *Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim* [**Dkt. 5042**].

Response Deadline: January 14, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A.     Stipulation Regarding Scheduling with Respect to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim [ECF No. 5042] [**Dkt. 5198**].

Related Order:

B.     Order Approving Stipulation Regarding Scheduling with Respect to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim [ECF No. 5042] [**Dkt. 5211**].

Status: This matter has been continued to January 29, 2020 by stipulation [**Dkt. 5198**] and taken off calendar by Order [**Dkt. 5211**].

8.     **FEMA Claims Objection**: *Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to No Liability Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claim Nos. 59692, 59734 & 59783)* [**Dkt. 4943**].

Response Deadline: January 28, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A.     Letter to Court from Sharon Zimmerman [**Dkt. 5164**].

B.     Letter to Court from Jerry Gladstone [**Dkt. 5213**].

C.     Letter to Court from Brenda S. Wright [**Dkt. 5298**].

Related Documents:

D.     Declaration of Eric Goodman in Support of Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to No Liability Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claim Nos. 59692, 59734 & 59783) [**Dkt. 4943-2**].

E.     FEMA Claims [**Dkt. 4943-5**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

F. Supplement to Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to No Liability Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claim Nos. 59692, 59734 & 59783) [**Dkt. 5319**].

Status: This matter has been continued to February 11, 2020 by **Dkt. 5136**.

9. **Cal OES Claims Objection**: *Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by California Governor's Office of Emergency Services* [**Dkt. 5096**].

Response Deadline: January 28, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

A. CAL OES Claims [**Dkt. 5096-3**].

B. Declaration of Eric Goodman in Support of Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to No Liability Claims Filed by the Department of Homeland Security/Federal emergency Management Agency (Claims Nos. 59692, 59734, & 59783) [**Dkt. 4943-2**].

C. Supplement to Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by California Governor's Office of Emergency Services (Claim Nos. 87748, 87754, & 87755) [**Dkt. 5320**].

Status: This matter has been continued to February 11, 2020 by **Dkt. 5136**.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: January 13, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

By: /s/ *Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Debtors in Possession*