Honorable Judge Montali
US Bankruptcy Court
Case # 19-3088-DM

December 17, 2019

FILED
DEC 23 2019
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Your Honor,

I am a victim of the Camp Fire, and I have lost everything I owned. I have been praying for a fair settlement, NOT a "windfall", but a fair settlement from PG&E.

I do not believe a fair settlement is forth coming because of the $11 billion settlement PG&E negotiated with the insurance companies/hedge fund investors.

Since this was negotiated prior to PG&E adding the GHOST SHIP & TUBBS fires into the victims settlement, I believe that will leave PG&E underfunded to satisfy victims liabilities and WILL RUIN TOO MANY LIVES!

I also object to FEMA being reimbursed from the victims settlement fund!

Please do not allow this to happen! The injustice of it will be felt for years to come. It is my hope that PG&E would re-negotiate that amount, to satisfy those claims without the large profits that investors would make from the devastation we lived through.

Sincerely,
Kelly A Fitch
Kelly A. Fitch
Now living in Red Bluff, CA

