1

2

3

4

5

6

7

8

9 **EXHIBIT A**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

## SUMMARY OF COMPENSATION BY PROFESSIONAL
## NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019
## BERMAN AND TODDERUD LLP

| Name of Professional | Position | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Stan Berman | Partner | 1988 (Illinois) 1994 (Washington, D.C.) 2000 (Washington) | $920 | 40.8 | $37,536.00 |
| Eric Todderud | Partner | 1987 (Oregon-*inactive*) 2004 (Washington) | $692 | 67.0 | $46,364.00 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $778.29 | 107.8 | $83,900.00 |

6