# EXHIBIT C

9

**EXPENSE SUMMARY FOR THE PERIOD
NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

Berman and Todderud did not incur reimbursable expenses during the Fee Period.