# EXHIBIT D

**November 2019**

**Itemized Time Description**

| ATTORNEY | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| Todderud | 11/1/2019 | Draft interim fee application | 3.40 | $692.00 | $2,352.80 |
| Todderud | 11/1/2019 | Analyze escrow tax filing and telephone with C. Berry re same | 0.50 | $692.00 | $346.00 |
| Todderud | 11/1/2019 | Review APX settlement overlay and letter from APX re allocation factors and status | 0.60 | $692.00 | $415.20 |
| Berman | 11/1/2019 | Emails and discussion re APX overlay issues. | 1.70 | $920.00 | $1,564.00 |
| Berman | 11/4/2019 | Prepare for and attend weekly FERC strategy call. | 0.30 | $920.00 | $276.00 |
| Todderud | 11/4/2019 | Attend internal call re status and strategy | 0.30 | $692.00 | $207.60 |
| Todderud | 11/5/2019 | Draft FERC settlement overlay filing | 3.70 | $692.00 | $2,560.40 |
| Berman | 11/5/2019 | Discussion and emails re overlay issues with several counterparties. | 2.80 | $920.00 | $2,576.00 |
| Berman | 11/6/2019 | Emails and research re overlay issues with certain counterparties. | 1.20 | $920.00 | $1,104.00 |
| Todderud | 11/6/2019 | Draft interim fee petition | 0.90 | $692.00 | $622.80 |
| Todderud | 11/7/2019 | Attend settlement overlay call | 1.50 | $692.00 | $1,038.00 |
| Todderud | 11/7/2019 | Draft FERC settlement overlay filing | 4.50 | $692.00 | $3,114.00 |
| Todderud | 11/7/2019 | Draft interim fee petition | 0.90 | $692.00 | $622.80 |

12

| | Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | Berman | 11/7/2019 | Prepare for and attend California Parties settlement overlay call. | 1.50 | $920.00 | $1,380.00 |
| | Berman | 11/7/2019 | Emails and review and re discussions with several overlay counterparties. | 1.80 | $920.00 | $1,656.00 |
| | Todderud | 11/8/2019 | Finalize escrow accountant retainer letter | 0.20 | $692.00 | $138.40 |
| | Todderud | 11/8/2019 | Revise interim fee petition | 0.60 | $692.00 | $415.20 |
| | Berman | 11/8/2019 | Edit fee application. | 0.30 | $920.00 | $276.00 |
| | Todderud | 11/8/2019 | Draft FERC settlement overlay filing | 2.10 | $692.00 | $1,453.20 |
| | Todderud | 11/9/2019 | Revise interim fee petition | 0.90 | $692.00 | $622.80 |
| | Todderud | 11/11/2019 | Review re escrow accountant invoices | 0.40 | $692.00 | $276.80 |
| | Todderud | 11/11/2019 | Telephone with C. Berry (Bates White) re escrow accountant invoices | 0.40 | $692.00 | $276.80 |
| | Todderud | 11/11/2019 | Analyze FERC refund offset orders for FERC settlement overlay filing | 1.70 | $692.00 | $1,176.40 |
| | Todderud | 11/12/2019 | Draft FERC settlement overlay filing | 4.10 | $692.00 | $2,837.20 |
| | Todderud | 11/12/2019 | Draft emails re BNN invoices | 0.50 | $692.00 | $346.00 |
| | Berman | 11/12/2019 | Emails and research re discussions with certain overlay counterparties. | 3.20 | $920.00 | $2,944.00 |
| | Todderud | 11/13/2019 | Draft FERC settlement overlay filing | 2.70 | $692.00 | $1,868.40 |
| | Berman | 11/13/2019 | Emails and research re various settlement escrows. | 0.70 | $920.00 | $644.00 |
| | Berman | 11/13/2019 | Research and emails re certain overlay counterparties. | 1.40 | $920.00 | $1,288.00 |
| | Todderud | 11/13/2019 | Revise and finalize interim fee application | 1.80 | $692.00 | $1,245.60 |

| Timekeeper | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Todderud | 11/13/2019 | Telephone with C. Berry and draft emails re escrow disbursements | 0.80 | $692.00 | $553.60 |
| Todderud | 11/13/2019 | Draft escrow disbursement instructions for payments to escrow accountant and consultants | 0.40 | $692.00 | $276.80 |
| Todderud | 11/13/2019 | Analysis of El Paso responsibility for escrowed funds | 0.50 | $692.00 | $346.00 |
| Todderud | 11/14/2019 | Attend settlement overlay call | 1.10 | $692.00 | $761.20 |
| Todderud | 11/14/2019 | Draft disbursement instructions for escrow account tax payments | 1.20 | $692.00 | $830.40 |
| Todderud | 11/14/2019 | Review emails re Midway Sunset settlement overlay | 0.60 | $692.00 | $415.20 |
| Todderud | 11/14/2019 | Review draft of FERC settlement overlay filing introduction | 0.40 | $692.00 | $276.80 |
| Todderud | 11/14/2019 | Investigate status of El Paso refund escrow | 0.40 | $692.00 | $276.80 |
| Berman | 11/14/2019 | Calls and emails re certain overlay counterparties. | 2.60 | $920.00 | $2,392.00 |
| Berman | 11/14/2019 | Prepare for and attend weekly California Parties settlement overlay call. | 1.10 | $920.00 | $1,012.00 |
| Berman | 11/18/2019 | Prepare for and attend weekly FERC strategy call. | 0.30 | $920.00 | $276.00 |
| Todderud | 11/18/2019 | Attend call with counsel for CERS and SCE re strategy for settlement overlay filing at FERC | 1.20 | $692.00 | $830.40 |
| Todderud | 11/18/2019 | Attend internal call re status and strategy | 0.20 | $692.00 | $138.40 |
| Todderud | 11/19/2019 | Address disbursement shortfall in escrow account | 0.60 | $692.00 | $415.20 |
| Todderud | 11/19/2019 | draft FERC brief on settlement overlays | 3.60 | $692.00 | $2,491.20 |

14

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Todderud | 11/20/2019 | Review background materials re PX wind down | 0.60 | $692.00 | $415.20 |
| Todderud | 11/20/2019 | Attend call with PX and counsel for SCE re PX wind down | 0.70 | $692.00 | $484.40 |
| Todderud | 11/20/2019 | Draft escrow disbursement instructions for tax payments | 1.20 | $692.00 | $830.40 |
| Berman | 11/20/2019 | Research and emails re overlay issues with a specific counterparty. | 3.40 | $920.00 | $3,128.00 |
| Berman | 11/21/2019 | Prepare for and attend weekly California Parties overlay call. | 1.80 | $920.00 | $1,656.00 |
| Berman | 11/21/2019 | Calls and emails re issues with specific overlay counterparty. | 1.80 | $920.00 | $1,656.00 |
| Todderud | 11/21/2019 | Attend settlement overlay call | 1.80 | $692.00 | $1,245.60 |
| Todderud | 11/21/2019 | Revise disbursement instructions for tax payments and sweep conversion documents | 0.90 | $692.00 | $622.80 |
| Todderud | 11/22/2019 | Draft FERC brief re settlement overlay | 4.80 | $692.00 | $3,321.60 |
| Todderud | 11/22/2019 | Review edits to allocation agreement amendment | 0.50 | $692.00 | $346.00 |
| Berman | 11/22/2019 | Draft sections of overlay filing. | 3.60 | $920.00 | $3,312.00 |
| Todderud | 11/23/2019 | Draft FERC settlement overlay filing | 3.70 | $692.00 | $2,560.40 |
| Todderud | 11/24/2019 | Draft FERC settlement overlay filing | 2.10 | $692.00 | $1,453.20 |
| Todderud | 11/25/2019 | Analyze edits to allocation agreements amendment | 0.90 | $692.00 | $622.80 |
| Berman | 11/25/2019 | Research and analysis re explanations for overlay counterparty. | 2.30 | $920.00 | $2,116.00 |
| Berman | 11/25/2019 | Draft sections of overlay filing. | 4.40 | $920.00 | $4,048.00 |
| Berman | 11/26/2019 | Emails and research re responses and explanations for various overlay counterparties. | 4.60 | $920.00 | $4,232.00 |

| | | | | | |
|---|---|---|---|---|---|
| Todderud | 11/26/2019 | Draft FERC settlement overlay filing | 4.60 | $692.00 | $3,183.20 |
| Todderud | 11/27/2019 | Draft October monthly fee statement | 1.20 | $692.00 | $830.40 |
| Todderud | 11/29/2019 | Draft settlement overlay FERC filing | 1.30 | $692.00 | $899.60 |

16