Attn. Judge Montali,

I am sending this letter in behalf of myself and many others. We think it is very un-fair that one would even consider taking into account of allowing FEMA or CAL-OES to have part in our 13.5 B. Fire Victom Lawsuit. CAL-OES will be sending bills to us Fire Victoms very shortly intending to collect from each of us the amount we had on our Insurance Policy (mine being $17,000) not to mention what FEMA and CAL-OES have already received large sums for various reasons from various entity's. Where as myself and many others have received nothing for our losses

Gary J. Estenson

*Gary J. Estenson* (signature)

████████████

RECEIVED
JAN 13 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA