**DIEMER & WEI, LLP**

Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

**WILLKIE FARR & GALLAGHER LLP**

Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
       jminias@willkie.com
       bmccallen@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 19-30088 |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | **AD HOC GROUP OF SUBROGATION CLAIM HOLDERS' DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors | |
| *All papers shall be filed in the lead case, No. 19-30088 (DM)* | |

On December 31, 2019, PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**") filed their *Statement of Issues, Designation of Items to be Included in the Record on Appeal, and Certification Regarding Transcripts* in connection with their appeal (the "**Appeal**") of this Court's *Order on Applicability of Inverse Condemnation; Rule 54(b) Certification* entered on December 3, 2019 [Docket No. 4949] and the related *Memorandum Decision on Inverse Condemnation* entered on November 27, 2019 [Docket No. 4895]. (Docket No. 5240.) The Appeal is scheduled to be transmitted to the District Court on January 16, 2020. (*See* Docket No. 5156.)

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellee the Ad Hoc Group of Subrogation Claim Holders ("**Ad Hoc Subrogation Group**") hereby designates the following additional items to be included in the record on appeal, which include all exhibits and addenda attached to each item and all documents incorporated by reference therein:

| Docket No. | Filing Date | Description |
|---|---|---|
| 3648 | 08/21/2019 | Order, Recommendation for Withdrawal of Reference of Proceeding in Part |
| 3671 | 08/23/2019 | Order Adopting Recommendation for Withdrawal of Reference of Proceeding in Part, Order of Assignment |
| 3992 | 09/24/2019 | Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors to Enter Into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Claim Amount, and (III) Granting Related Relief (the "Subrogation Settlement and RSA Motion") |
| 3993 | 9/24/2019 | Declaration of Jason P. Wells in Support of the Subrogation Settlement and RSA Motion |
| 4003 | 09/25/2019 | Transcript of September 24, 2019 Hearing |
| 4162 | 10/08/2019 | Transcript of October 7, 2019 Hearing |
| 4554 | 11/02/2019 | Notice Regarding Filing of Amended and Restated Restructuring Support Agreement |

1

| Docket No. | Filing Date | Description |
|---|---|---|
| 4711 | 11/13/2019 | Notice Regarding Amendment to Amended and Restated Restructuring Support Agreement |
| 4806 | 11/19/2019 | Notice Regarding Second Amendment to Amended and Restated Restructuring Support Agreement |
| 4992 | 12/05/2019 | Transcript of December 4, 2019 Hearing |
| 5011 | 12/06/2019 | Notice Regarding Third Amendment to Amended and Restated Restructuring Support Agreement |
| 5038 | 12/09/2019 | Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors and TCC to Enter into Restructuring Support Agreement with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents and (II) Granting Related Relief Filed by Debtor PG&E Corporation (the "Tort Claimants RSA Motion") |
| 5039 | 12/09/2019 | Declaration of Jason P. Wells in Support of the Tort Claimants RSA Motion |
| 5063 | 12/10/2019 | Notice Regarding Fourth Amendment to Amended and Restated Restructuring Support Agreement |
| 5122 | 12/16/2019 | Notice Regarding Fifth Amendment to Amended and Restated Restructuring Support Agreement |
| 5143 | 12/16/2019 | Notice Regarding Filing of Amendment to Tort Claimants Restructuring Support Agreement |
| 5160 | 12/18/2019 | Notice Regarding Sixth Amendment to Amended and Restated Restructuring Support Agreement |
| 5169 | 12/18/2019 | Transcript of December 17, 2019 Hearing |
| 5173 | 12/19/2019 | Order Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors to Enter Into Restructuring Support Agreement with Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Claim Amount, and (III) Granting Related Relief |

| Docket No. | Filing Date | Description |
|---|---|---|
| 5174 | 12/19/2019 | Order Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors and TCC to Enter Into Restructuring Support Agreement with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, and (II) Granting Related Relief |

In addition, the Ad Hoc Subrogation Group hereby designates the following items from *In re PG&E Corporation et al.*, No. 3:19-cv-05257 (N.D.Cal), to be included in the record on appeal, which include all exhibits and addenda attached to each item and all documents incorporated by reference therein:

| Docket No. | Filing Date | Description |
|---|---|---|
| 39 | 9/10/2019 | Transcript of September 10, 2019 Hearing |
| 128 | 10/22/2019 | Transcript of October 21, 2019 Hearing |
| 171 | 10/06/2019 | Transcript of November 4, 2019 Hearing |
| 203 | 11/18/2019 | Transcript of November 18, 2019 Hearing |
| 264 | 12/08/2019 | Letter from the Official Committee of Tort Claimants, the Debtors and the Ad Hoc Group of Subrogation Claim Holders |
| 265 | 12/09/2019 | Order Staying the Case Pending Further Order of the Court [text only] |
| 271 | 12/17/2019 | Transcript of December 17, 2019 Hearing |
| 275 | 12/19/2019 | Stipulation and [Proposed] Order to Stay the Estimation Proceedings |
| 276 | 12/20/2019 | Order Vacating the February 18, 2020 Estimation Hearing and all Pre-Hearing Dates and Staying the Case Pending Further Order [text only] |

Dated: January 14, 2020
New York, NY

**WILLKIE FARR & GALLAGHER LLP**

/s/ *Benjamin P. McCallen*
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email:   mfeldman@willkie.com
         jminias@willkie.com
         bmccallen@willkie.com

**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271
Email: kdiemer@diemerwei.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*