# EXHIBIT A

# CHRISTINA PULLO
212-257-5446 (work), 917-689-3073 (cell) • cpullo@primeclerk.com

## PROFESSIONAL EXPERIENCE

**Prime Clerk LLC**, New York, NY
*Vice President, Global Corporate Actions, January 2014 – Present*
- Recognized as one of the few restructuring experts in the public securities and solicitation fields
- Manage largest, most experienced team in bankruptcy claims, noticing and solicitation industry
- Assist clients with complex claims and securities noticing and balloting, prepackaged plan solicitations, out-of-court restructurings, and corporate events such as rights offerings, tender offers and treatment elections
- Supervise and coordinate bankruptcy plan and other distributions to public and private securities
- Work closely with DTC, Euroclear, Clearstream and other major clearing banks on issues relating to voting, elections, subscriptions and other offers
- Certify official ballot results in support of chapter 11 plans and testifies in Court regarding balloting results

Non-exhaustive list of notable cases managed include: Weatherford, Bristow, Hexion, Seadrill, iHeart Media, Claire's, TK Holdings (Takata), Commonwealth of Puerto Rico, Caesars Entertainment Operating Company, Avaya, Breitburn Energy, GulfMark Offshore, Gymboree, SandRidge Energy, Fairway Group, Linn Energy, Seventy-Seven Energy, SunEdison and Vanguard Natural Resources, Abengoa/Abeinsa, Allied Nevada, Breitburn, Light Tower Rentals, Seventy-Seven Energy, Patriot Coal, SunEdison, Trump Entertainment Resorts, Ultrapetrol (Bahamas); Verso, Hercules Offshore (both chapter 11 filings); MolyCorp.; Magnum Hunter; Arch Coal; Miller Energy Resources; Altegrity, Inc.; NII Holdings, Inc.; Global Geophysical Services; and Dendreon Corporation.

**Epiq Systems Inc.**, New York, NY
*Vice President, Co-Head of Public Securities and Solicitation, May 2009 – May 2012*
- Led teams in noticing and balloting holders of domestic and international public securities, as well as non-securities claims and bank debt and coordinated bankruptcy plan and other distributions
- Assisted clients with prepackaged bankruptcy solicitations, rights offerings, subscriptions and other corporate restructuring events (inside and outside of bankruptcy)
- Drafted and filed affidavits of service and certifications for plan and proxy votes
- Testified before the Court regarding solicitation, balloting, and plan tabulation
- Served as primary contact for case professionals including the debtor's bankruptcy counsel, M&A counsel, and corporate counsel

Non-exhaustive list of notable cases managed include: Lehman Brothers; Tribune; General Motors; Dynegy; Dex One; Supermedia; Sbarro and Hawker Beechcraft.

**Weil, Gotshal & Manges**, New York, NY
*Associate - Business, Finance & Restructuring Group, September 2003 – May 2009*
*Summer Associate - Business, Finance & Restructuring Group, Summer 2002*
- Involved in all aspects of sophisticated restructuring practice
- Drafted motions, briefs and various other pleadings in primarily debtor-related Chapter 11 cases including preparing petitions, schedules, retention papers, various applications, stipulations and orders, and discovery requests and responses

- Prepared for court hearings
- Reviewed and analyzed contracts including, but not limited to commercial leases, financing agreements, collective bargaining agreements and employment contracts
- Analyzed corporate transactions, governance issues and business operations
- Researched bankruptcy related and corporate issues
- Participated in client meetings; participated in negotiations with secured lenders, unsecured and landlords creditors
- Extensive experience with creditor communications; participated in recruiting and business development efforts

**Chief Judge Edward R. Korman, U.S. Dist. Ct., EDNY**, Brooklyn, NY
*Summer Law Clerk, 2001*
- Drafted bench memoranda and response to motions; conducted extensive research on civil and criminal matters, including fraudulent lending practices and prison transfers
- Observed status conferences and trial proceedings

## PROFESSIONAL ASSOCIATIONS/ACCOLADES

- Member of SIFMA (Securities Industry and Financial Markets Association)
- Member of DTC's Asset Service Advisory Board
- IWIRC NY (Board Member, Secretary, 2013-2019)
- Recipient of 2016 M&A Advisors 7th Annual Emerging Leaders Award
- Named in Turnaround & Workouts - "People to Watch – 2013, Business Professionals Making Their Mark"

## EDUCATION

**Fordham University School of Law**, New York, NY
Juris Doctor, May 2003
    **Honors:** Fordham Law Review
                  Legal Writing Teaching Assistant

**Columbia College at Columbia University**, New York, NY
Bachelor of Arts, Political Science, May 2000
    **Honors:** *cum laude*
                  Dean's List

## PUBLICATIONS

"*Rights Offering Solicitation Checklist*" by Christina Pullo, Prime Clerk LLC, with Practical Law Bankruptcy & Restructuring (published Thomson Reuters Practical Law, Nov. 2019)

"*Out-of-Court Restructuring Solicitation Checklist*" by Christina Pullo, Prime Clerk LLC, with Practical Law Bankruptcy & Restructuring (published Thomson Reuters Practical Law, June 2018)

"*Undertaking a Prepackaged Plan Solicitation*" by Christina Pullo, Prime Clerk LLC, with Practical Law Bankruptcy & Restructuring (published Thomson Reuters Practical Law, Dec. 2018)

"*I surrender!" Public Securities Considerations Relating to Surrender and Record Date Events*" by Christina Pullo & Jane Sullivan – featured in the Contributor's Corner section of the Weil, Gotshal & Manges Bankruptcy Blog (July 20, 2011).

"*Prepackaged Chapter 11 Case Considerations and Techniques*" by Marcia L. Goldstein, Michael F. Walsh and Christina Pullo – published in *Reorganizing Failing Businesses* (Rev. Ed. 2006).

"*Ninth Circuit Follows First Circuit's Lead and Grants Retroaction Lease Rejection*" by Christina Pullo – published in the Summer 2005 edition of The Real Estate Finance Journal and in the March 2005 edition of Weil, Gotshal & Manges LLP's Bankruptcy Bulletin.

**NOTABLE SPEAKING ENGAGEMENTS**

- Speaker at 2018 SIFMA Global Corporate Actions Form (October 2018) – "Transfer Agents/Administrators, Brokers and DTCC – Life Cycle"
- Speaker at 2019 SIFMA Global Corporate Actions Form (October 2019) - "Bankruptcy: Navigating Complexities and Best Practices"
- Speaker at Bryan Cave Leighton Paisner LLP's Corporate Trust/Distressed Investing Roundtable (April 2019) - "The Nuts & Bolts of the Depository Trust Company: Discussion of the Customary Practices and Procedures of DTC in Connection with Corporate Action Events and Distributions"
- Speaker at 2018 American Bankruptcy Institute Professional Development Conference (November 2018) - "The Ins and Outs of Plan Solicitation"

**ADMISSIONS**

New York; Southern District of New York