WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 (Lead Case) (Jointly Administered) |
| - and - | **DEBTORS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEBTORS' OBJECTION TO CLASS REPRESENTATIVE'S MOTION TO EXTEND APPLICATION OF FEDERAL RULE OF CIVIL PROCEDURE 23 TO PROOF OF CLAIM** |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Date: January 29, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

1  PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as
2  debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned
3  chapter 11 cases (the "**Chapter 11 Cases**"), by and through its attorneys, hereby requests the Court to
4  take judicial notice pursuant to Federal Rule of Evidence 201, as made applicable to this adversary
5  proceeding by Bankruptcy Rule 9017, of the following facts:

6  1.  Attached as **Exhibit A** hereto is a true and correct copy of the *Amended Stipulation and*
7  *Order to Consolidate and File Third Amended Consolidated Class Action Complaint* filed in *In re PG&E*
8  *Corporation Securities Litigation*, Case No. 18-03509 (N.D. Cal.) (the "**Securities Litigation**") on
9  May 7, 2019 [Dkt. No. 117].

10  2.  Attached as **Exhibit B** hereto is a true and correct copy of the *Third Amended*
11  *Consolidated Class Action Complaint* filed on May 28, 2019 in the Securities Litigation [Dkt. No. 121].

12  3.  Attached as **Exhibit C** hereto is a true and correct copy of the *Order Denying Motion for*
13  *Preliminary Injunction* filed in *PG&E Corp. v. Public Employees Retirement Association of New Mexico*
14  *(PERA)*, Adv. Pro. No. 19-03039 (Bankr. N.D. Cal.) (the "**PERA Adversary Proceeding**") on August
15  28, 2019 [Dkt. No. 23].

16  4.  Attached as **Exhibit D** hereto is a true and correct copy of the *Stipulation and Agreement*
17  *for Order Regarding Scheduling Only as to Public Employees Retirement Association of New Mexico*
18  filed in *PG&E Corp. v. PERA et al.*, Adv. Pro. No. 19-03006 (Bankr. N.D. Cal.) (the "**Non-Debtor**
19  **Defendants Adversary Proceeding**") on April 3, 2019 [Dkt. No. 34].

20  5.  Attached as **Exhibit E** hereto is a true and correct copy of the *Stipulated Order Regarding*
21  *Scheduling Only as to Public Employees Retirement Association of New Mexico* filed in the Non-Debtor
22  Defendants Adversary Proceeding on April 5, 2019 [Dkt. No. 37].

23  6.  Attached as **Exhibit F** hereto is a true and correct copy of the *Stipulation and Agreement*
24  *for Order Between Debtors and the Public Employees Retirement Association of New Mexico* filed in
25  the Non-Debtor Defendants Adversary Proceeding on May 1, 2019 [Dkt. No. 42].

26

27

28

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

1    7.    Attached as **Exhibit G** hereto is a true and correct copy of the *Order Granting Stipulation*

2  *Between Debtors and the Public Employees Retirement Association of New Mexico* filed in the Non-

3  Debtor Defendants Adversary Proceeding on May 2, 2019 [Dkt. No. 44].

4    8.    Attached as **Exhibit H** hereto is a true and correct copy of the *Debtors' Complaint for*

5  *Preliminary and Permanent Injunctive Relief as to* In re PG&E Corp. Securities Litig.*, 18-CV-03509*

6  *(N.D. Cal.)* filed in the PERA Adversary Proceeding on June 18, 2019 [Dkt. No. 1].

7    9.    Attached as **Exhibit I** hereto is a true and correct copy of the *Debtors' Motion for a*

8  *Preliminary Injunction as to* In re PG&E Corp. Securities Litig.*, 18-CV-035059 (N.D. Cal.) and*

9  *Memorandum of Points and Authorities in Support* filed in the PERA Adversary Proceeding on June 18,

10  2019 [Dkt. No. 2].

11    10.    Attached as **Exhibit J** hereto is a true and correct copy of the *Declaration of Elizabeth*

12  *Collier in Support of Debtors' Motion for a Preliminary Injunction as to* In re PG&E Corp. Securities

13  *Litig., 18-CV-03509 (N.D. Cal.)* filed in the PERA Adversary Proceeding on June 18, 2019 [Dkt. No.

14  3].

15    11.    Attached as **Exhibit K** hereto is a true and correct copy of the *Securities Lead Plaintiff's*

16  *Memorandum of Points and Authorities in Opposition to Debtors' Motion for Preliminary Injunction as*

17  *to* In re PG&E Corp. Securities Litig.*, 18-CV-03509 (N.D. Cal.)* filed in the PERA Adversary Proceeding

18  on June 18, 2019 [Dkt. No. 12].

19

20          **WEIL, GOTSHAL & MANGES LLP**

20          **KELLER & BENVENUTTI LLP**

21

22

23          By: /s/ *Richard W. Slack*
                 Richard W. Slack

24          *Attorneys for Debtors*
            *and Debtors in Possession*

25

26

27

28