# EXHIBIT A

| | |
|---|---|
| 1 | **LABATON SUCHAROW LLP** |
| 2 | THOMAS A. DUBBS (*pro hac vice*) |
|   | LOUIS GOTTLIEB (*pro hac vice*) |
| 3 | CAROL C. VILLEGAS (*pro hac vice*) |
|   | JEFFREY A. DUBBIN (#287199) |
| 4 | 140 Broadway |
|   | New York, New York 10005 |
| 5 | Telephone: (212) 907-0700 |
|   | Facsimile: (212) 818-0477 |
| 6 | Email: tdubbs@labaton.com |
|   | lgottlieb@labaton.com |
| 7 | cvillegas@labaton.com |
|   | jdubbin@labaton.com |
| 8 | *Counsel for Lead Plaintiff the Public Employees Retirement Association of New Mexico and Lead Counsel for the Class* |
| 9 | Additional Counsel appear on signature pages |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE PG&E CORPORATION SECURITIES LITIGATION | Civil Action No. 3:18-cv-03509-RS |
| | Civil Action No. 3:19-cv-00994-RS |
| | AMENDED **STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE AND FILE THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT** |
| YORK COUNTY ON BEHALF OF THE COUNTY OF YORK RETIREMENT FUND, et al. | |
| v. | |
| BARBARA L. RAMBO, et al. | |

STIPULATION TO CONSOLIDATE AND FILE THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
CASE NOS. 3:18-CV-03509-RS & 3:19-CV-00994-RS

1    WHEREAS, on December 14, 2018, Lead Plaintiff the Public Employees Retirement
2 Association of New Mexico ("**Lead Plaintiff**") in this Consolidated Action (as defined in ECF
3 No. 62, the "**Consolidation Order**") filed its Second Amended Consolidated Class Action
4 Complaint (ECF No. 95, the "**SAC**") pursuant to the scheduling ordered by the Court (ECF No.
5 89);
6    WHEREAS, the SAC asserts claims against: (a) PG&E Corporation and Pacific Gas and
7 Electric Company (the "**PG&E Defendants**"); and (b) Anthony F. Earley, Jr., Geisha J.
8 Williams, Nickolas Stavropoulos, Julie M. Kane, Christopher Johns, and Patrick M. Hogan (the
9 "**Consolidated Action Individual Defendants**") under Section 10(b) and Section 20(a) of the
10 Securities Exchange Act of 1934;
11    WHEREAS, on January 29, 2019, the PG&E Defendants commenced voluntary Chapter
12 11 bankruptcy proceedings (the "**Chapter 11 Cases**") in the United States Bankruptcy Court for
13 the Northern District of California (the "**Bankruptcy Court**"), which are being jointly
14 administered as Case Nos. 19-30088 and 19-30089 (*see* Notice of Pendency of Bankruptcy, ECF
15 No. 103);
16    WHEREAS, by virtue of 11 U.S.C. § 362 (the "**Automatic Stay**"), the Consolidated
17 Action is stayed as to the PG&E Defendants;
18    WHEREAS, on February 15, 2019, the PG&E Defendants initiated an adversary
19 proceeding (the "**Adversary Proceeding**") in the Chapter 11 Cases, and filed a motion in the
20 Adversary Proceeding seeking to preliminarily and permanently enjoin the prosecution of
21 twenty-two pending civil actions as against non-debtor defendants, including to enjoin the
22 prosecution of the Consolidated Action as against the Consolidated Action Individual
23 Defendants, with the same effect and to the same extent as would be the case if the Automatic
24 Stay applied to such non-debtor defendants;
25    WHEREAS, on February 22, 2019, York County, on behalf of the County of York
26 Retirement Fund, City of Warren Police and Fire Retirement System, Mid-Jersey Trucking
27 Industry & Local No. 701 Pension Fund (collectively, the "**Securities Act Plaintiffs**"), and all
28 others similarly situated, filed in this Court a putative securities class action (the "**York County**

**Securities Action**") asserting claims under the Securities Act of 1933 against certain of the Debtors' current and/or former directors and officers (the "**York County Securities Action Individual Defendants**"), as well as against the underwriters[1] of certain of the PG&E Defendants' notes offerings (the "**Underwriters**", and together with the Consolidated Action Individual Defendants and the York County Securities Action Individual Defendants, the "**Non-Debtor Defendants**");

WHEREAS, the Securities Act Plaintiffs served the Underwriters and the York County Securities Action Individual Defendants in the York County Securities Action and the Parties (defined below) have agreed to extend such defendants' time to respond in accordance with this Stipulation;

WHEREAS, Lead Plaintiff, the PG&E Defendants, the Securities Act Plaintiffs, and the Non-Debtor Defendants (collectively, the "**Parties**") agree to the consolidation of the York County Securities Action with the Consolidated Action pursuant to the Court's Consolidation Order;

WHEREAS, the operative complaint in the York County Securities Action includes new allegations not currently alleged in the SAC;

---

[1] The underwriters named in the York County Securities Action are Barclays Capital Inc., BNP Paribas Securities Corp., Morgan Stanley & Co. LLC, MUFG Securities Americas, Inc. f/k/a Mitsubishi UFJ Securities (USA), Inc., The Williams Capital Group, L.P., Citigroup Global Markets Inc., J.P. Morgan Securities LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Mizuho Securities USA LLC, Goldman Sachs & Co., LLC, RBC Capital Markets, LLC, Wells Fargo Securities, LLC, BNY Mellon Capital Markets, LLC, TD Securities (USA) LLC, C.L. King & Associates, Inc., Great Pacific Securities, CIBC World Markets Corp., SMBC Nikko Securities American, Inc., U.S. Bancorp Investments, Inc., Lebenthal & Co., LLC, Mischler Financial Group, Inc., Blaylock Van, LLC, Samuel A. Ramirez & Company, Inc., and MFR Securities, Inc.  The undersigned counsel for the underwriters currently represent all of the foregoing, except for Lebenthal & Co., LLC ("**Lebenthal**").  For purposes of this Stipulation, Lebenthal is not included among the defined groups "Underwriters" or "Non-Debtor Defendants" because it is the understanding of the undersigned counsel that Lebenthal has ceased operations and has not presently retained counsel.  To the extent that Lebenthal participates in the Consolidated Action, the Parties agree that Lebenthal may proceed with respect to the TAC pursuant to the schedule set forth in paragraphs 4 and 5 below.

STIPULATION TO CONSOLIDATE AND FILE THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
CASE NOS. 3:18-CV-03509-RS & 3:19-CV-00994-RS

Case: 19-30088   Doc# 5374-1   Filed: 01/14/20   Entered: 01/14/20 15:56:59   Page 4 of 11

1  WHEREAS, the Parties agree that in the interests of efficiency and judicial economy, Lead Plaintiff may allege additional facts and claims in a Third Amended Consolidated Class Action Complaint ("**TAC**"), which will be the operative complaint in the Consolidated Action;

WHEREAS, the PG&E Defendants intend to seek to preliminarily and permanently enjoin the prosecution of the Consolidated Action as against all Non-Debtor Defendants; and

WHEREAS, Lead Plaintiff and the PG&E Defendants are simultaneously entering into a stipulation in the Adversary Proceeding pursuant to which they are: (i) noticing the Bankruptcy Court of the consolidation of the York County Securities Action with the Consolidated Action, (ii) stipulating to dismiss Lead Plaintiff, without prejudice, from the Adversary Proceeding, and to set forth a schedule pursuant to which the PG&E Defendants may initiate a new, separate adversary proceeding (the "**New Mexico Adversary Proceeding**") as against Lead Plaintiff and relating only to the Consolidated Action, and file a motion in the New Mexico Adversary Proceeding (the "**New Mexico Adversary Proceeding Motion**") seeking to preliminarily and permanently enjoin the prosecution of the Consolidated Action against all Non-Debtor Defendants, and (iii) resolving certain other scheduling matters in the New Mexico Adversary Proceeding, including regarding a hearing (the "**New Mexico Adversary Proceeding Hearing**") on the New Mexico Adversary Proceeding Motion;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 15(a)(2) and Civil Local Rule 6-1, that:

1) The York County Securities Action ^is ordered related to and shall be consolidated with the Consolidated Action;

2) The Consolidated Action Individual Defendants shall no longer be required to move, answer, or otherwise respond to the SAC, that the Non-Debtor Defendants shall no longer be required to move, answer, or otherwise respond to the complaint filed in the York County Securities Action, and that all other dates, including the initial case management conference and deadlines scheduled for May 16, 2019 in the York County Securities Action, shall be vacated except as set forth herein;

STIPULATION TO CONSOLIDATE AND FILE THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
CASE NOS. 3:18-CV-03509-RS & 3:19-CV-00994-RS

Case: 19-30088   Doc# 5374-1   Filed: 01/14/20   Entered: 01/14/20 15:56:59   Page 5 of 11

|   |   |   |
|---|---|---|
| 1 | 3) | Lead Plaintiff shall file the TAC within **21 days** of the date this |
| 2 | | Stipulation is "So Ordered."  The TAC may continue to name the PG&E |
| 3 | | Defendants as Defendants notwithstanding the Automatic Stay, provided |
| 4 | | that the TAC includes language that "it is understood that the action |
| 5 | | against the PG&E Defendants is stayed pursuant to the automatic stay |
| 6 | | provisions of 11 U.S.C. § 362"; |
| 7 | 4) | The time for Non-Debtor Defendants to move, answer, or otherwise |
| 8 | | respond to the TAC shall be extended to the earlier of: i) 30 days from the |
| 9 | | date the Bankruptcy Court denies the New Mexico Adversary Proceeding |
| 10 | | Motion, or ii) 100 days from the date the Bankruptcy Court commences a |
| 11 | | hearing on the same motion; provided, however, that in the event that the |
| 12 | | Bankruptcy Court does not issue an order within 60 days from the date of |
| 13 | | the New Mexico Adversary Proceeding Hearing, the Non-Debtor |
| 14 | | Defendants may seek further extension from the District Court of their |
| 15 | | time to answer or otherwise respond to the TAC; and |
| 16 | 5) | In the event that any Non-Debtor Defendant(s) file a motion directed at the |
| 17 | | TAC (each, a "**Motion**"), Lead Plaintiff shall have **60 days** from the date |
| 18 | | of the filing of a Motion to file an opposition thereto (each, an |
| 19 | | "**Opposition**"), and the respective Non-Debtor Defendant(s) shall have **30** |
| 20 | | **days** from the date of the filing of that Opposition to file a reply in further |
| 21 | | support of such Motion. |

STIPULATION TO CONSOLIDATE AND FILE THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
CASE NOS. 3:18-CV-03509-RS & 3:19-CV-00994-RS

Case: 19-30088   Doc# 5374-1   Filed: 01/14/20   Entered: 01/14/20 15:56:59   Page 6 of 11

| | | |
|---|---|---|
| 1 | DATED: May 1, 2019 | /s/ Thomas A. Dubbs |
| 2 | | THOMAS A. DUBBS (*pro hac vice*) |
| | | LOUIS GOTTLIEB (*pro hac vice*) |
| 3 | | CAROL C. VILLEGAS (*pro hac vice*) |
| | | JEFFREY A. DUBBIN (#287199) |
| 4 | | **LABATON SUCHAROW LLP** |
| | | 140 Broadway |
| 5 | | New York, NY 10005 |
| | | Telephone: (212) 907-0700 |
| 6 | | Facsimile: (212) 818-0477 |
| | | tdubbs@labaton.com |
| 7 | | lgottlieb@labaton.com |
| | | cvillegas@labaton.com |
| 8 | | jdubbin@labaton.com |
| 9 | | *Counsel for Lead Plaintiff the Public Employees Retirement Association of New Mexico* |
| 10 | | /s/ Frank Busch |
| 11 | | FRANK BUSCH (#258288) |
| | | JAMES M. WAGSTAFFE (#95535) |
| 12 | | **WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK LLP** |
| 13 | | 100 Pine Street, Suite 725 |
| | | San Francisco, California 94111 |
| 14 | | Telephone: (415) 357-8900 |
| | | Facsimile: (415) 357-8910 |
| 15 | | busch@wvbrlaw.com |
| | | wagstaffe@kwvbrlaw.com |
| 16 | | *Liaison Counsel for the Class* |
| 17 | | /s/ Brian Cochran |
| 18 | | BRIAN COCHRAN (#286202) |
| | | DARREN J. ROBBINS (#168593) |
| 19 | | **ROBBINS GELLER RUDMAN & DOWD LLP** |
| 20 | | 655 West Broadway, Suite 1900 |
| | | San Diego, CA 92101 |
| 21 | | Telephone: (619) 231-1058 |
| | | Facsimile: (619) 231-7423 |
| 22 | | bcochran@rgrdlaw.com |
| | | darrenr@rgrdlaw.com |
| 23 | | *Counsel for the Securities Act Subclass* |

STIPULATION TO CONSOLIDATE AND FILE THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
CASE NOS. 5:18-cv-03509-RS & 3:19-cv-00994-RS

Case: 19-30088   Doc# 5374-1   Filed: 01/14/20   Entered: 01/14/20 15:56:59   Page 7 of 11

| | |
|---|---|
| 1 | |
| 2 | /s/ James E. Brandt<br>JAMES E. BRANDT (*pro hac vice*)<br>**LATHAM & WATKINS LLP**<br>885 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>james.brandt@lw.com |
| 3 | |
| 4 | |
| 5 | |
| 6 | LATHAM & WATKINS LLP<br>ROBERT W. PERRIN (#194485)<br>MICHAEL J. REISS (#275021)<br>355 South Grand Avenue, Suite 100 Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>robert.perrin@lw.com<br>michael.reiss@lw.com |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | *Attorneys for the PG&E Defendants* |
| 12 | /s/ Charles E. Weir<br>CHARLES E. WEIR (#211091)<br>GREGORY R. JONES (#229858)<br>JASON D. STRABO (#246426)<br>**McDERMOTT WILL & EMERY LLP**<br>2049 Century Park East, Suite 3800<br>Los Angeles, CA 90067-3218<br>Telephone: (310) 277-4110<br>Facsimile: (310) 277-4730<br>PG&E@mwe.com |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | McDERMOTT WILL & EMERY LLP<br>STEVEN S. SCHOLES (*pro hac vice*)<br>444 West Lake Street<br>Chicago, IL 60606-0029<br>Telephone: (312) 372-2000<br>Facsimile: (310) 984-7700<br>PG&E@mwe.com |
| 18 | |
| 19 | |
| 20 | |
| 21 | *Attorneys for the Consolidated Action Individual Defendants* |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION TO CONSOLIDATE AND FILE THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
CASE NOS. 3:18-CV-03509-RS & 3:19-CV-00994-RS

Case: 19-30088   Doc# 5374-1   Filed: 01/14/20   Entered: 01/14/20 15:56:59   Page 8 of 11

|   |   |
|---|---|
| 1 | |
| 2 | /s/ *James G. Kreissman*<br>JAMES G. KREISSMAN (#206740)<br>**SIMPSON THACHER & BARTLETT LLP**<br>2475 Hanover Street<br>Palo Alto, CA 94304<br>Telephone: (650) 251-5000<br>Facsimile: (650) 251-5002<br>jkreissman@stblaw.com |

SIMPSON THACHER & BARTLETT LLP
PAUL C. CURNIN
NICHOLAS S. GOLDIN
RACHEL S. SPARKS BRADLEY
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
pcurnin@stblaw.com
ngoldin@stblaw.com
rachel.sparksbradley@stblaw.com

*Attorneys for the York County Securities Action Individual Defendants*

/s/ *Neal A. Potischman*
NEAL A. POTISCHMAN (#254862)
**DAVIS POLK & WARDWELL LLP**
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
neal.potischman@davispolk.com

DAVIS POLK & WARDWELL LLP
CHARLES S. DUGGAN (*pro hac vice* application forthcoming)
DANA M. SESHENS (*pro hac vice* application forthcoming)
CRAIG T. CAGNEY (*pro hac vice* application forthcoming)
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
charles.duggan@davispolk.com
dana.seshens@davispolk.com
craig.cagney@davispolk.com

*Attorneys for the Underwriters
(other than Lebenthal & Co., LLC)*

STIPULATION TO CONSOLIDATE AND FILE THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
CASE NOS. 3:18-CV-03509-RS & 3:19-CV-00994-RS

Case: 19-30088   Doc# 5374-1   Filed: 01/14/20   Entered: 01/14/20 15:56:59   Page 9 of 11

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

2  May  7 , 2019

3  _____
4  U.S.D.J.

STIPULATION TO CONSOLIDATE AND FILE THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT
CASE NOS. 3:18-CV-03509-RS & 3:19-CV-00994-RS

Case: 19-30088   Doc# 5374-1   Filed: 01/14/20   Entered: 01/14/20 15:56:59   Page 10 of 11

## ATTESTATION CLAUSE

I, Thomas A. Dubbs, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order to Consolidate and File Third Amended Consolidated Class Action Complaint. I hereby attest that the above-signed counsel have concurred in this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of May, 2019 in New York, New York.

Dated: May 1, 2019                                                            **LABATON SUCHAROW LLP**

By: _____
THOMAS A. DUBBS (*pro hac vice*)

*Counsel for Lead Plaintiff the Public Employees Retirement Association of New Mexico and Lead Counsel for the Class*

STIPULATION TO CONSOLIDATE AND FILE THIRD AMENDED CLASS ACTION COMPLAINT
CASE NOS.: 3:18-CV-03509-RS & 3:19-CV-00994-RS