# EXHIBIT D

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
pbenvenutti@kellerbenvenutti.com
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Proposed Attorneys for Plaintiffs (Debtors and Debtors in Possession)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS & ELECTRIC COMPANY,**<br><br>                     **Debtors.** | Case Nos. 19-30088 (DM)<br>                19-30089 (DM)<br><br>Adv. Pro. No. 19-03006 (DM) |
| **PG&E CORPORATION,**<br>**PACIFIC GAS & ELECTRIC COMPANY,**<br><br>                     **Plaintiffs,**<br>v.<br><br>**PUBLIC EMPLOYEES RETIREMENT ASSOCIATION OF NEW MEXICO, et al.**<br><br>                     **Defendants.** | **STIPULATION AND AGREEMENT FOR ORDER REGARDING SCHEDULING ONLY AS TO PUBLIC EMPLOYEES RETIREMENT ASSOCIATION OF NEW MEXICO**<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is entered into by and between PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned Chapter 11 cases, and as Plaintiffs in the above-captioned adversary proceeding (the "**Adversary Proceeding**"), on the one hand, and Public Employees Retirement Association of New Mexico ("**PERA**"), on the other hand. The Debtors and PERA are referred to in this Stipulation and Agreement for Order collectively as the "Parties," and each as a "Party." The Parties hereby stipulate and agree as follows:

**RECITALS**

A. On February 15, 2019, the Debtors commenced the above-captioned adversary proceeding (the "**Adversary Proceeding**") by filing Debtors' Complaint for Preliminary and Permanent Injunctive Relief as to Actions against Non-Debtors [Adv. Docket No. 1] (the "**Complaint**").

B. On February 15, 2019, the Debtors filed Debtors' Motion for Preliminary Injunction as to Actions against Non-Debtors [Adv. Docket No. 2] (the "**PI Motion**").

C. On February 19, 2019, this Court issued a Summons and Notice of Scheduling Conference in the Adversary Proceeding [Adv. Docket No. 4] (the "**Summons**"). The Summons set a scheduling conference in the Adversary Proceeding (the "**Scheduling Conference**") for April 24, 2019, at 9:30 AM PST.

D. On February 19, 2019, this Court issued an Order Re Initial Disclosures and Discovery Conference [Adv. Docket No. 5] (the "**Discovery Order**").

E. On February 20, 2019, the Debtors noticed the PI Motion for hearing on March 27, 2019, at 9:30 AM PST (the "**March 27 Hearing**") [Adv. Docket No. 6].

F. On March 20, 2019, the Debtors filed a Reply Memorandum of Points and Authorities in Further Support of Debtors' Motion for Preliminary Injunction as to Actions against Non-Debtors [Adv. Docket No. 18], in which Debtors noted that they were "engaged in procedural

and other discussions" with PERA, and did not plan to proceed with their PI Motion as against PERA at the March 27 Hearing.

G.      The Discovery Order requires that the Parties conduct a discovery conference (the "**Discovery Conference**") at least 21 calendar days before the Scheduling Conference, *i.e.*, by April 3, 2019.  The Discovery Order further requires that the Parties make initial disclosures (the "**Initial Disclosures**") and file a written discovery plan (the "**Discovery Plan**") within fourteen (14) days of the Discovery Conference.

H.      The Parties' "procedural and other discussions" are ongoing, and they plan to submit a stipulation regarding the Debtors' prosecution of the Complaint and PI Motion as against PERA as soon as possible.

I.      The Parties agree that the Scheduling Conference shall be adjourned without date, and that the Parties' deadlines for the Discovery Conference, Initial Disclosures, and Discovery Plan shall be continued indefinitely, subject to the anticipated stipulation.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1.      The Scheduling Conference shall be adjourned without date.

2.      The Parties' deadlines to conduct the Discovery Conference, make Initial Disclosures, and file a Discovery Plan shall be continued indefinitely.

3.      If either Party, at any time, wishes to reset the Scheduling Conference, that Party may request a meet-and-confer (the "**Meet-and-Confer**") with the other Party to attempt to agree as to a date on which to reset the Scheduling Conference; pursuant to the Discovery Order, that date shall provide the basis for the Parties' deadlines to conduct the Discovery Conference, make Initial Disclosures, and file a Discovery Plan.  The Meet-and-Confer must take place within five (5) days of the requesting Party's initial request to the other Party to conduct the Meet-and-Confer.

4.      If the Parties cannot reach agreement as to a date on which to reset the Scheduling Conference within five (5) days of the Meet-and-Confer, any Party shall have the right to

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

request that this Court hold a status conference, on ten (10) days' notice, at which all Parties may be heard regarding the date on which to reset the Scheduling Conference.

Dated: April 3, 2019

KELLER & BENVENUTTI LLP

/s/ Peter J. Benvenutti
Peter J. Benvenutti, Esq.

*Attorneys for Debtors
and Debtors in Possession*

Dated: April 3, 2019

MICHELSON LAW GROUP

/s/ Randy Michelson
Randy Michelson

*Attorneys for Public Employees Retirement
Association of New Mexico*