Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
1160 Battery Street, Suite 100
San Francisco, CA 94111
Telephone:    628.208.6434
Facsimile:    310.820.8859
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:   310.442.8875
Facsimile:   310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for the Official Committee of Tort Claimants*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 (Lead Case) (Jointly Administered) |
| **- and -** | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **DECLARATION OF DAVID J. RICHARDSON IN SUPPORT OF OPPOSITION OF OFFICIAL COMMITTEE OF TORT CLAIMANTS' TO SECURITIES LEAD PLAINTIFF'S MOTION TO APPLY BANKRUPTCY RULE 7023 TO CLASS PROOF OF CLAIM (Dkt. No. 5042)** |
| **Debtors.** | |
| □ Affects PG&E Corporation | |
| □ Affects Pacific Gas and Electric Company | Date:        January 29, 2020 |
| ■ Affects both Debtors | Time:        10:00 a.m. |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Before:      Hon. Dennis Montali United States Bankruptcy Court Courtroom 17, 16th Fl. 450 Golden Gate Ave. San Francisco, CA 94102 |

DAVID J. RICHARDSON, under penalty of perjury, declares:

1.  I am Counsel at Baker & Hostetler LLP, counsel to the Official Committee of Tort Claimants (the "**TCC**") of PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**") in these chapter 11 cases.

2.  I submit this Declaration in support of the TCC's opposition to the Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim [Dkt. No. 5042] (the "**Class Claim Motion**").

3.  Attached hereto as **Exhibit A** is a true and correct copy of the Third Amended Consolidated Class Action Complaint for Violation of the Federal Securities Laws, filed in the United States District Court for the Northern District of California, in Civil Action No. 3:18-cv-03509-EJD.

*Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the* United *States of America that the foregoing is true and correct to the best of my knowledge and belief.*

Dated:   Los Angeles
         January 14, 2020          /s/ *David J. Richardson*
                                        David J. Richardson

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES