1  Isaac M. Pachulski (CA Bar No. 62337)
   Debra I. Grassgreen (CA Bar No. 169978)
2  PACHULSKI STANG ZIEHL & JONES LLP
   150 California Street, 15th Floor
3  San Francisco, CA 94111
   Telephone: (415) 263-7000
4  Facsimile: (415) 263-7010
   Email: dgrassgreen@pszjlaw.com
5
   Eric Seiler (admitted *pro hac vice*)
6  Jason C. Rubinstein (admitted *pro hac vice*)
   FRIEDMAN KAPLAN SEILER AND ADELMAN LLP
7  7 Times Square
   New York, NY 10036-6516
8  Telephone (212) 833-1103
   Facsimile (212) 373-7903
9  Email: eseiler@fklaw.com

10 *Attorneys for The Baupost Group, L.L.C.,
   as the managing general partner and investment
11 manager for certain entities that indirectly
   hold subrogation claims*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Chapter 11<br>Bankr. Case No. 19-30088 (DM)<br>(Jointly Administered)<br><br>**JOINDER OF THE BAUPOST GROUP, L.L.C. IN THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS' OBJECTION TO THE MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS FOR RECONSIDERATION AND RELIEF FROM ORDERS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 59(e) AND 60(b)**<br><br>Date: January 21, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

The Baupost Group, L.L.C., as the managing general partner and investment manager for certain entities that indirectly hold subrogation claims ("**Baupost**") hereby submits this Joinder (the "**Joinder**") in the *Objection of the Ad Hoc Group of Subrogation Claim Holders to the Motion of the*

1

*Ad Hoc Committee of Senior Unsecured Noteholders for Reconsideration and Relief from Order Pursuant to Federal Rules of Civil Procedure 59(e) and 60(b)* [Dkt. No. 5366] (the "**Subrogation Group Opposition**"). Baupost is a substantial creditor of these estates, a major holder of insurance subrogation claims, and a member of the Steering Committee of the Ad Hoc Group of Subrogation Claim Holders.

For the reasons set forth in the Subrogation Group Opposition, *the Motion of the Ad Hoc Committee of Senior Unsecured Noteholders for Reconsideration and Relief from Order Pursuant to Federal Rules of Civil Procedure 59(e) and 60(b)* [Dkt. No. 5241] (the "**Motion**") falls well short of the Ninth Circuit's established standard for reconsideration under Federal Rules of Civil Procedure 59 and 60. Put simply, the Bondholders'[1] deliberate tactical decision to wait until after this Court approved the RSAs to announce their intention to amend their plan and pay individual wildfire victims in cash does not constitute "newly discovered evidence" that justifies reconsideration of this Court's Orders of December 19, 2019 [Dkt. Nos. 5173 & 5174].

Baupost joins in in the Subrogation Group Opposition in full and respectfully submits that the Motion should be denied.

Dated:  January 14, 2020                     PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Debra I. Grassgreen*
Isaac M. Pachulski
Debra I. Grassgreen

- and -

Eric Seiler (admitted *pro hac vice*)
Jason C. Rubinstein (admitted *pro hac vice*)
FRIEDMAN KAPLAN SEILER
AND ADELMAN LLP

*Attorneys for The Baupost Group, L.L.C.,*
*as the managing general partner and investment*
*manager for certain entities that indirectly*
*hold subrogation claims*

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Subrogation Group Opposition.