| | |
|---|---|
| 1 | **DIEMER & WEI, LLP** |
| 2 | Kathryn S. Diemer (#133977) |
|   | 100 West San Fernando Street, Suite 555 |
| 3 | San Jose, CA 95113 |
|   | Telephone: 408-971-6270 |
| 4 | Facsimile: 408-971-6271 |
|   | Email: kdiemer@diemerwei.com |
| 5 | |
| 6 | **WILLKIE FARR & GALLAGHER LLP** |
|   | Matthew A. Feldman (*pro hac vice*) |
| 7 | Joseph G. Minias (*pro hac vice*) |
|   | Daniel I. Forman (*pro hac vice*) |
| 8 | 787 Seventh Avenue |
|   | New York, NY 10019-6099 |
| 9 | Telephone: (212) 728-8000 |
|   | Facsimile: (212) 728-8111 |
| 10 | Email: mfeldman@willkie.com |
| 11 |       jminias@willkie.com |
|   |       dforman@willkie.com |

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PG&E CORPORATION,** | Bankr. Case No. 19-30088 (DM) |
|     -and- | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
|         Debtors. | **CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| *\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | |

I, Alexander J. Lewicki, do declare and state as follows:

1. I am employed in Santa Clara County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Diemer & Wei LLP, 100 W. San Fernando St. Suite 555, San Jose, CA, 95113.

2. I certify that on January 14, 2020, I caused a true and correct copy of each of the following documents to be served via ECF on all ECF notice recipients:

    - ***Ad Hoc Group of Subrogation Claim Holders' Designation of Additional Items To Be Considered In The Record On Appeal.***

3. I certify that on January 14, 2020, I caused a true and correct copy of each of the above documents to be served via Electronic Mail to all parties listed in **Exhibit A**.

4. I certify that on January 14, 2020, I caused a true and correct copy of each of the above listed documents to be served via First Class Mail to all parties listed in **Exhibit B**.

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed on January 14, 2020

/s/ *Alexander J. Lewicki*
Alexander J. Lewicki

**Exhibit A**

**Weil, Gotshal & Manges LLP**
Stephen.Karotkin@weil.com
Matthew.goren@weil.com
Jessica.liou@weil.com

**Cravath, Swaine & Moore LLP**
Pzumbro@cravath.com
korsini@cravath.com
jzobitz@cravath.com
skessing@cravath.com
ndorsey@cravath.com
onasab@cravath.com

**Baker & Hostetler LLP**
rjulian@bakerlaw.com
cdumas@bakerlaw.com
esagerman@bakerlaw.com
lattard@bakerlaw.com
drivkin@bakerlaw.com

**Keller & Benvenutti LLP**
tkeller@kellerbenvenutti.com
jkim@kellerbenvenutti.com

**Munger, Tolles & Olsen LLP**
Fred.rowley@mto.com
Mark.yohalem@mto.com

**Office of the United States Trustee**
James.l.snyder@usdoj.gov
Timothy.s.laffredi@usdoj.gov

**Milbank LLP**
Ddunne@milbank.com
skhalil@milbank.com
Gbray@milbank.com
Tkreller@milbank.com

**Stroock & Stroock & Laval LLP**
khansen@stroock.com
egilad@stroock.com
mgarofalo@stroock.com
fmerola@stroock.com

**Davis Polk & Wardwell LLP**
Eli.vonnegut@davispolk.com
David.schiff@davispolk.com
Timothy.graulich@davispolk.com

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
Akornberg@paulweiss.com
bhermann@paulweiss.com
wrieman@paulweiss.com
smitchell@paulweiss.com
ndonnelly@paulweiss.com

**U.S. Department of Justice**
Danielle.pham@usdoj.gov
Matthew.troy@usdoj.gov

**Corey, Luzaich, De Ghetaldi & Riddle LLP**
deg@coreylaw.com
alr@coreylaw.com
smb@coreylaw.com

**Danko Meredith**
mdanko@dankolaw.com
kmeredith@dankolaw.com
smiller@dankolaw.com

**Dreyer Babich Bucola Wood Campora LLP**
scampora@dbbwc.com

**Edelson P.C**
rbalabanian@edelson.com

**Greene Radovsky Maloney Share & Hennigh LLP**
etredinnick@greeneradovsky.com

**Jones Day**
jmester@jonesday.com
jjohnston@jonesday.com

**Norton Rose Fulbright US LLP**
Rebecca.winthrop@nortonrosefulbright.com

**Richards Law Firm**
john@jrtlaw1.com
evan@jrtlaw1.com

# Exhibit B

**PG&E Corporation and Pacific Gas and Electric Company**
Attn: Janet Loduca
P.O. Box 770000
77 Beale Street, San Francisco, CA 94105
San Francisco, CA 94105

**Weil, Gotshal & Manges LLP**
Attn: Stephen Karotkin
767 Fifth Avenue
New York, NY 10153-0119

**Cravath, Swaine & Moore LLP**
Attn: Paul H. Zumbro
825 Eight Avenue
New York, NY 10019

**Keller & Benvenutti LLP**
Attn: Tobias S. Keller
650 California Street, Suite 1900
San Francisco, CA 94108

**Munger, Tolles & Olson LLP**
Attn: Fred A. Rowley, JR.
350 South Grand Ave.
Los Angeles, CA 90071-3426