**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105

# EXHIBIT A

## COMPENSATION BY PROFESSIONAL FOR THE
## PERIOD FROM JANUARY 29, 2019 THROUGH AUGUST 31, 2019

| Name of Professional Person | Department, Date of First Admission *or* Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **Partners and Of Counsel** | | | | |
| Aizen, Ron | Dep't: Tax<br>Admission: 2006 | $977.50 | 23.50 | $22,971.25 |
| Arnsbarger, Linda A. | Dep't: Tax<br>Admission: 1985 | $845.75 | 3.20 | $2,706.40 |
| Aubry, Lloyd W. | Dep't: Litigation<br>Admission: 1975 | $760.75 | 14.10 | $10,726.62 |
| Becchina, Ann | Dep't: Tax<br>Admission: 1996 | $977.50 | 0.50 | $488.75 |
| Belonick, Alex | Dep't: Corporate<br>Admission: 2012 | $637.50 | 0.9 | $573.75 |
| Hines Gold, Amanda | Dep't: Tax<br>Admission: 2007 | $760.75 | 1.30 | $988.98 |
| Lesmes, Scott | Dep't: Corporate<br>Admission: 1996 | $871.25 | 0.5 | $435.63 |
| Lynn, David M. | Dep't: Corporate<br>Admission: 1995 | $1,487.50 | 0.10 | $148.75 |
| Mac Cormac, Susan H. | Dep't: Corporate<br>Admission: 1997 | $1,020.00 | 5.0 | $5,100.00 |
| Nardali, Ali U. | Dep't: Tax<br>Admission: 2008 | 760.75 | 7.90 | $6,009.97 |
| Parris, Brandon C. | Dep't: Corporate<br>Admission: 1998 | $1,041.25 | 5.80 | $6,039.27 |
| Tate, Eric A. | Dep't: Litigation<br>Admission: 1995 | $956.25 | 0.30 | $286.88 |
| **Associates and Attorneys** | | | | |
| Fisch, Justin | Dep't: Litigation<br>Admission: 2017 | $467.50 | 0.20 | $93.50 |
| Park, Kwan | Dep't: Litigation<br>Admission: 2015 | $552.50 | 26.40 | $14,586.00 |
| See, Chere C. | Dep't: Corporate<br>Admission: 2015 | $590.75 | 1.40 | $827.05 |
| **Paralegals and Non-Legal Staff** | | | | |
| Caballero, Jennifer | Dep't: Corporate<br>Title: Impact Analyst<br>Yrs. in Position: 3 ½ | $233.75 | 5.00 | $1,168.75 |

| Name of Professional Person | Department, Date of First Admission *or* Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Williams, Jenn J. | Dep't: Tax<br>Title: Paralegal<br>Yrs. in Position: 5 months | $221.00 | 0.50 | $110.50 |
| **Total Incurred and Requested:** | | | **96.6** | **$73,262.05** |

**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105

#### Total Partners, Of Counsel, Associates and Paraprofessionals

| PROFESSIONALS | BLENDED RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $895.02 | 63.1 | $56,476.25 |
| Associates and Attorneys | $553.80 | 28 | $15,506.55 |
| **Total Incurred by All Attorneys:** | **$790.15** | **91.1** | **$71,982.80** |
| Paraprofessionals and Non-Legal Staff | $232.59 | 5.5 | $1,279.25 |
| **Total Requested:** | **$758.40** | **96.6** | **$73,262.05** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105