**Morrison & Foerster LLP**
425 Market Street
San Francisco, CA 94105

## EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR
## SERVICES RENDERED MORRISON & FOERSTER LLP
## FOR THE PERIOD FROM JANUARY 29, 2019 THROUGH AUGUST 31, 2019

| Project Category | Description | Hours | Amount |
|---|---|---|---|
| C100 | Fact Gathering | 1.20 | $1,164.51 |
| C200 | Researching Law | 39.2 | $25,497.06 |
| P210 | Corporate Review | 15.60 | $13,348.44 |
| P220 | Tax | 3.20 | $2,706.40 |
| P250 | Employee / Labor | 19.10 | $16,214.64 |
| P270 | Regulatory Reviews | 0.20 | $93.50 |
| P280 | Other | 8.10 | $7,968.75 |
| P300 | Structure/Strategy/Analysis | 10.00 | $6,268.75 |
| **Total Incurred and Requested:** | | **96.6** | **$73,262.05** |