# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM JANUARY 29, 2019 THROUGH AUGUST 31, 2019

None.