# EXHIBIT D

## DETAILED TIME ENTRIES FOR THE PERIOD
## FROM JANUARY 29, 2019 THROUGH AUGUST 31, 2019

# MORRISON | FOERSTER

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, WASHINGTON, D.C.,
SAN DIEGO, PALO ALTO, BOSTON,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #** ▉▉▉▉▉▉
Invoice Number: 5840173
Invoice Date: July 30, 2019

Client/Matter Number: 050386-0000018

Matter Name: SECURITIES AND DISCLOSURE

Client Ref: 1204551

RE: SECURITIES AND DISCLOSURE

*For Professional Services Rendered through February 28, 2019*

|  | U.S.Dollars |
|---|---:|
| Current Fees | 435.63 |
| **Total This Invoice** | **435.63** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

Matter Number: 050386-0000018  Invoice Number: 5840173
Matter Name: SECURITIES AND DISCLOSURE  Invoice Date: July 30, 2019

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| **C100 FACT GATHERING** | | | | |
| 01-Feb-19 | Analyze and revise pay ratio disclosure. | Lesmes, Scott | 0.50 | 435.63 |
| **Total: C100** | **C100 FACT GATHERING** | | **0.50** | **435.63** |
| | | **Current Fees** | | **435.63** |

# MORRISON | FOERSTER

Matter Number: 050386-0000018  Invoice Number: 5840173
Matter Name: SECURITIES AND DISCLOSURE  Invoice Date: July 30, 2019

## Timekeeper Summary

| No. | Timekeeper | Hours | Standard Rate | Standard Value | Discount Rate | Discount Value |
|---|---|---|---|---|---|---|
| 18566 | Lesmes, Scott | 0.50 | 1,025.00 | 512.50 | 871.25 | 435.63 |
|  | **TOTAL** | **0.50** |  | **512.50** |  | **435.63** |

## Task Code Summary

| Task Code | Description | Hours | Value |
|---|---|---|---|
| C100 | C100 FACT GATHERING | 0.50 | 435.63 |
|  | **TOTAL** | **0.50** | **435.63** |

3

# MORRISON | FOERSTER

Matter Number: 050386-0000018  Invoice Number: 5840173
Matter Name: SECURITIES AND DISCLOSURE  Invoice Date: July 30, 2019

## Invoice Summary

| | U.S.Dollars |
|---|---:|
| Total Fees | 435.63 |
| **Total Amount Due** | **435.63** |

# MORRISON | FOERSTER

Matter Number: 050386-0000018  Invoice Number: 5840173
Matter Name: SECURITIES AND DISCLOSURE  Invoice Date: July 30, 2019

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|---|
| **30-Jul-19** | 5840173 | USD | 435.63 | 0.00 | 435.63 |

# MORRISON | FOERSTER

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, WASHINGTON, D.C.,
SAN DIEGO, PALO ALTO, BOSTON,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #** ███████
Invoice Number: 5840270
Invoice Date: December 31, 2019

Client/Matter Number: 050386-0000019

Matter Name: CORPORATE GOVERNANCE - GENERAL

Client Ref: 401339

RE: CORPORATE GOVERNANCE - GENERAL

*For Professional Services Rendered through July 31, 2019*

|  | U.S.Dollars |
|---|---|
| Current Fees | 12,239.59 |
| **Total This Invoice** | **12,239.59** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON FOERSTER

Matter Number: 050386-0000019  Invoice Number: 5840270
Matter Name: CORPORATE GOVERNANCE - GENERAL  Invoice Date: December 31, 2019

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| **C100 FACT GATHERING** | | | | |
| 15-Jul-19 | Analyze and respond to Colorado Qualification Questions. | Parris, Brandon C. | 0.70 | 728.88 |
| **Total: C100** | **C100 FACT GATHERING** | | **0.70** | **728.88** |
| **C200 RESEARCHING LAW** | | | | |
| 15-Jul-19 | Conduct legal research regarding filing requirements for doing business in Colorado. | See, Chere C. | 1.40 | 827.05 |
| **Total: C200** | **C200 RESEARCHING LAW** | | **1.40** | **827.05** |
| **P210 CORPORATE REVIEW** | | | | |
| 11-Apr-19 | Correspond with F. Chang regarding director independence issues. | Parris, Brandon C. | 0.50 | 520.63 |
| 17-Jun-19 | Analyze amendment to charter for California law compliance and consistency with proxy statement. | Belonick, Alexa | 0.50 | 318.75 |
| 12-Jul-19 | Conduct legal review of audit committee charter for updates and correspondence with B. Parris regarding same. | Belonick, Alexa | 0.40 | 255.00 |
| 12-Jul-19 | Conduct legal review of audit committee charter for updates. | Parris, Brandon C. | 0.50 | 520.63 |
| **Total: P210** | **P210 CORPORATE REVIEW** | | **1.90** | **1,615.01** |
| **P220 TAX** | | | | |
| 11-Jun-19 | Conduct legal research regarding joint ownership of business entity with municipality. | Arnsbarger, Linda A. | 2.40 | 2,029.80 |
| 11-Jun-19 | Correspondence with J. Caballero regarding joint ownership of business entity with municipality. | Arnsbarger, Linda A. | 0.80 | 676.60 |
| **Total: P220** | **P220 TAX** | | **3.20** | **2,706.40** |
| **P270 REGULATORY REVIEWS** | | | | |
| 09-Jul-19 | Correspond with J. Caballero regarding CPUC matter. | Fisch, Justin | 0.20 | 93.50 |
| **Total: P270** | **P270 REGULATORY REVIEWS** | | **0.20** | **93.50** |
| **P300 STRUCTURE/STRATEGY/ANALYSIS** | | | | |
| 22-May-19 | Call with PG&E corporate team regarding corporate structure. | Mac Cormac, Susan H. | 0.50 | 510.00 |
| 22-May-19 | Analyze corporate structure. | Mac Cormac, Susan H. | 0.60 | 612.00 |
| 23-May-19 | Call with B. Wong regarding Structure and Corporate form. | Mac Cormac, Susan H. | 0.90 | 918.00 |

# MORRISON | FOERSTER

Matter Number: 050386-0000019  Invoice Number: 5840270
Matter Name: CORPORATE GOVERNANCE - GENERAL  Invoice Date: December 31, 2019

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 03-Jun-19 | Draft memorandum on corporate form. | Caballero, Jennifer | 3.00 | 701.25 |
| 05-Jun-19 | Meet with internal working group regarding corporate form memorandum. | Mac Cormac, Susan H. | 1.00 | 1,020.00 |
| 10-Jun-19 | Analyze and revise memorandum on corporate form. | Caballero, Jennifer | 0.80 | 187.00 |
| 11-Jun-19 | Analyze and revise memorandum on corporate form. | Caballero, Jennifer | 1.20 | 280.50 |
| 14-Jun-19 | Analyze and revise structuring memorandum. | Mac Cormac, Susan H. | 1.30 | 1,326.00 |
| 17-Jun-19 | Analyze and revise memorandum on structuring and correspond with B. Wong regarding same. | Mac Cormac, Susan H. | 0.70 | 714.00 |
| **Total: P300** | **P300 STRUCTURE/STRATEGY/ANALYSIS** | | **10.00** | **6,268.75** |
| | | **Current Fees** | | **12,239.59** |

# MORRISON | FOERSTER

Matter Number: 050386-0000019  
Matter Name: CORPORATE GOVERNANCE - GENERAL  

Invoice Number: 5840270  
Invoice Date: December 31, 2019

## Timekeeper Summary

| No. | Timekeeper | Hours | Standard Rate | Standard Value | Discount Rate | Discount Value |
|---|---|---|---|---|---|---|
| 99738 | Belonick, Alexa | 0.90 | 835.00 | 751.50 | 637.50 | 573.75 |
| 05804 | Mac Cormac, Susan H. | 5.00 | 1,200.00 | 6,000.00 | 1,020.00 | 5,100.00 |
| 04948 | Parris, Brandon C. | 1.70 | 1,225.00 | 2,082.50 | 1,041.25 | 1,770.14 |
| 20479 | Fisch, Justin | 0.20 | 550.00 | 110.00 | 467.50 | 93.50 |
| 22605 | See, Chere C. | 1.40 | 695.00 | 973.00 | 590.75 | 827.05 |
| 00601 | Arnsbarger, Linda A. | 3.20 | 995.00 | 3,184.00 | 845.75 | 2,706.40 |
| 20265 | Caballero, Jennifer | 5.00 | 275.00 | 1,375.00 | 233.75 | 1,168.75 |
| | TOTAL | 17.40 | | 14,476.00 | | 12,239.59 |

## Task Code Summary

| Task Code | Description | Hours | Value |
|---|---|---|---|
| C100 | C100 FACT GATHERING | 0.70 | 728.88 |
| C200 | C200 RESEARCHING LAW | 1.40 | 827.05 |
| P210 | P210 CORPORATE REVIEW | 1.90 | 1,615.01 |
| P220 | P220 TAX | 3.20 | 2,706.40 |
| P270 | P270 REGULATORY REVIEWS | 0.20 | 93.50 |
| P300 | P300 STRUCTURE/STRATEGY/ANALYSIS | 10.00 | 6,268.75 |
| | TOTAL | 17.40 | 12,239.59 |

4

# MORRISON FOERSTER

Matter Number: 050386-0000019  Invoice Number: 5840270
Matter Name: CORPORATE GOVERNANCE - GENERAL  Invoice Date: December 31, 2019

## Invoice Summary

|  | U.S.Dollars |
|---|---:|
| Total Fees | 12,239.59 |
| **Total Amount Due** | **12,239.59** |

Case: 19-30088    Doc# 5382-4    Filed: 01/15/20    Entered: 01/15/20 07:41:56    Page 11 of 20

# MORRISON | FOERSTER

Matter Number: 050386-0000019            Invoice Number: 5840270
Matter Name: CORPORATE GOVERNANCE - GENERAL            Invoice Date: December 31, 2019

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|---|
| **18-Jan-19** | 5791290 | USD | 2,500.70 | 0.00 | 2,500.70 |
| **30-Jul-19** | 5840273 | USD | 1,238.45 | 0.00 | 1,238.45 |

6

MORRISON | FOERSTER

Case: 19-30088    Doc# 5382-4    Filed: 01/15/20    Entered: 01/15/20 07:41:56    Page 12 of 20

# MORRISON | FOERSTER

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, WASHINGTON, D.C.,
SAN DIEGO, PALO ALTO, BOSTON,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #**
Invoice Number: 5879374
Invoice Date: December 31, 2019

Client/Matter Number: 050386-0000021

Matter Name: MANAGEMENT COMPENSATION

Client Ref: 903300

RE: MANAGEMENT COMPENSATION

*For Professional Services Rendered through December 31, 2019*

|  | U.S.Dollars |
|---|---|
| Current Fees | 60,586.83 |
| **Total This Invoice** | **60,586.83** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON FOERSTER

Matter Number: 050386-0000021  Invoice Number: 5879374
Matter Name: MANAGEMENT COMPENSATION  Invoice Date: December 31, 2019

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| **C200 RESEARCHING LAW** | | | | |
| 14-Feb-19 | Conduct legal research regarding Outstanding Equity Award table and correspond with client regarding same. | Nardali, Ali U. | 0.90 | 684.68 |
| 20-Feb-19 | Conduct legal research regarding pay ratio disclosure and correspond with client. | Nardali, Ali U. | 0.30 | 228.23 |
| 20-Feb-19 | Discussion with S. Lesmes regarding legal research regarding pay ratio disclosure. | Nardali, Ali U. | 0.50 | 380.38 |
| 24-Jun-19 | Analyze consultant independence question. | Aizen, Ron | 1.10 | 1,075.25 |
| 24-Jun-19 | Discuss consultant independence question with F. Chang and B. Wong. | Aizen, Ron | 0.40 | 391.00 |
| 27-Jun-19 | Analyze and revise memorandum to PG&E with respect to employment law issues. | Aubry, Lloyd W. | 2.80 | 2,130.10 |
| 28-Jun-19 | Analyze and revise memorandum regarding claw back policy. | Parris, Brandon C. | 2.30 | 2,394.88 |
| 02-Jul-19 | Analyze materials and conferences with R. Aizen regarding claw back issues. | Parris, Brandon C. | 0.80 | 833.00 |
| 08-Jul-19 | Conduct legal research regarding "cause" in the context of clawback policies. | Park, Kwan | 0.70 | 386.75 |
| 12-Jul-19 | Conduct legal research regarding "cause" in the context of clawback policies and other employment contexts. | Park, Kwan | 3.80 | 2,099.50 |
| 15-Jul-19 | Draft memorandum regarding "cause." | Park, Kwan | 2.90 | 1,602.25 |
| 15-Jul-19 | Analyze legal research regarding "cause." | Park, Kwan | 2.10 | 1,160.25 |
| 16-Jul-19 | Analyze memorandum "cause" research and discuss with L. Aubry. | Aizen, Ron | 0.40 | 391.00 |
| 16-Jul-19 | Conduct further legal research regarding "cause" in the context of clawback policies and other employment contexts. | Park, Kwan | 3.90 | 2,154.75 |
| 17-Jul-19 | Call with L. Aubry regarding "cause" research. | Aizen, Ron | 0.10 | 97.75 |
| 17-Jul-19 | Call with R. Aizen regarding "cause" research. | Aubry, Lloyd W. | 0.10 | 76.08 |
| 17-Jul-19 | Conduct legal research regarding gross misconduct. | Aubry, Lloyd W. | 0.90 | 684.68 |
| 17-Jul-19 | Correspond with K. Park regarding gross misconduct. | Aubry, Lloyd W. | 0.30 | 228.23 |
| 17-Jul-19 | Conduct further legal research regarding "cause" in the context of clawback policies and other employment contexts. | Park, Kwan | 0.70 | 386.75 |
| 18-Jul-19 | Call with B. Wong and L. Aubry regarding clawback policy question. | Aizen, Ron | 0.50 | 488.75 |
| 18-Jul-19 | Draft and revise memorandum regarding "cause." | Park, Kwan | 1.70 | 939.25 |

# MORRISON | FOERSTER

Matter Number: 050386-0000021  Invoice Number: 5879374
Matter Name: MANAGEMENT COMPENSATION  Invoice Date: December 31, 2019

| Date | Services | Timekeeper | Hours | Value |
| --- | --- | --- | --- | --- |
| 25-Jul-19 | Draft memorandum regarding definition of the term "misconduct" and other similar terms in employment and other business-related contexts. | Park, Kwan | 1.10 | 607.75 |
| 26-Jul-19 | Analyze and revise memorandum regarding definition of the term "misconduct" and other similar terms in employment and other business-related contexts. | Park, Kwan | 3.20 | 1,768.00 |
| 29-Jul-19 | Analyze and revise memorandum regarding definition of the term "misconduct" and other similar terms in employment and other business-related contexts. | Park, Kwan | 3.10 | 1,712.75 |
| 31-Jul-19 | Analyze and revise memorandum regarding definition of the term "misconduct" and other similar terms in employment and other business-related contexts. | Park, Kwan | 2.40 | 1,326.00 |
| 01-Aug-19 | Further prepare memorandum regarding definition of the term "misconduct" and other similar terms in employment and other business-related contexts. | Park, Kwan | 0.80 | 442.00 |
| **Total: C200** | **C200 RESEARCHING LAW** | | **37.80** | **24,670.01** |

**P210 CORPORATE REVIEW**

| Date | Services | Timekeeper | Hours | Value |
| --- | --- | --- | --- | --- |
| 30-Jan-19 | Analyze proxy statement with respect to litigation and securities issues. | Nardali, Ali U. | 2.60 | 1,977.95 |
| 31-Jan-19 | Correspond with internal working group regarding litigation and securities review of proxy statement. | Nardali, Ali U. | 0.30 | 228.23 |
| 04-Feb-19 | Conduct litigation and securities review of proxy statement. | Nardali, Ali U. | 0.30 | 228.23 |
| 07-Feb-19 | Correspond with internal working group regarding Proxy Statement. | Nardali, Ali U. | 0.50 | 380.38 |
| 08-Feb-19 | Correspond with client and internal working group regarding Proxy statement. | Nardali, Ali U. | 0.60 | 456.45 |
| 29-Mar-19 | Correspond with client regarding proxy statement disclosure. | Nardali, Ali U. | 0.30 | 228.23 |
| 08-Apr-19 | Call with A. Nardali regarding CEO compensation proposal. | Aizen, Ron | 0.10 | 97.75 |
| 08-Apr-19 | Correspond with client regarding compensation summary for new senior executive. | Nardali, Ali U. | 0.30 | 228.23 |
| 08-Apr-19 | Review and analyze compensation summary for new senior executive. | Nardali, Ali U. | 0.60 | 456.45 |
| 09-Apr-19 | Call with A. Nardali regarding CEO employment agreement. | Aizen, Ron | 0.20 | 195.50 |
| 09-Apr-19 | Correspond with internal working group regarding new executive employment agreement. | Nardali, Ali U. | 0.20 | 152.15 |
| 10-Apr-19 | Correspond with internal working group regarding new executive employment agreement. | Nardali, Ali U. | 0.50 | 380.38 |

MORRISON | FOERSTER

Matter Number: 050386-0000021  Invoice Number: 5879374
Matter Name: MANAGEMENT COMPENSATION  Invoice Date: December 31, 2019

| Date | Services | Timekeeper | Hours | Value |
| --- | --- | --- | --- | --- |
| 24-Apr-19 | Correspond with F. Chang regarding employment agreement. | Aizen, Ron | 0.20 | 195.50 |
| 26-Apr-19 | Review compensation materials. | Aizen, Ron | 0.70 | 684.25 |
| 26-Apr-19 | Discuss compensation materials with F. Chang. | Aizen, Ron | 0.30 | 293.25 |
| 04-May-19 | Call with F. Chang regarding equity grants. | Aizen, Ron | 0.10 | 97.75 |
| 10-May-19 | Analyze and comment on CEO equity award summary and discuss with F. Chan. | Aizen, Ron | 1.10 | 1,075.25 |
| 10-May-19 | Discuss CEO equity award summary with F. Chan. | Aizen, Ron | 0.40 | 391.00 |
| 27-Jun-19 | Analyze claw back policy and California corporate law. | Parris, Brandon C. | 1.00 | 1,041.25 |
| 13-Sep-19 | Analyze deferred comp plans; consider 409A questions and discuss with F. Chang. | Aizen, Ron | 2.40 | 2,346.00 |
| 13-Sep-19 | Correspond with R. Aizen regarding 409A and 6-month delay analysis. | Becchina, Ann | 0.50 | 488.75 |
| 13-Sep-19 | Analyze exhibits and profile documents for case management database. | Williams, Jenn J. | 0.50 | 110.50 |
| **Total: P210** | **P210 CORPORATE REVIEW** | | **13.70** | **11,733.43** |

**P250 EMPLOYEE/LABOR**

| Date | Services | Timekeeper | Hours | Value |
| --- | --- | --- | --- | --- |
| 26-Jun-19 | Call with R. Aizen regarding clawback/indemnification issues. | Aubry, Lloyd W. | 2.30 | 1,749.73 |
| 26-Jun-19 | Call and correspond with R. Aizen regarding clawback provision. | Tate, Eric A. | 0.30 | 286.88 |
| 02-Jul-19 | Calls with B. Parris and C. Aubry regarding clawback questions. | Aizen, Ron | 0.20 | 195.50 |
| 02-Jul-19 | Prepare for conference call and correspond with R. Aizen regarding same. | Aubry, Lloyd W. | 1.00 | 760.75 |
| 03-Jul-19 | Calls with C. Lloyd, B. Wong and J. Loduca (PG&E) regarding clawback policy. | Aizen, Ron | 0.90 | 879.75 |
| 03-Jul-19 | Prepare for and participate in conference call regarding clawback/indemnification issue. | Aubry, Lloyd W. | 1.30 | 988.98 |
| 08-Jul-19 | Call with K. Park regarding misconduct definition. | Aubry, Lloyd W. | 0.50 | 380.38 |
| 09-Jul-19 | Correspond with B. Wong regarding severance policy. | Aizen, Ron | 0.60 | 586.50 |
| 09-Jul-19 | Analyze R. Aizen email regarding clawback and severance. | Aubry, Lloyd W. | 0.30 | 228.23 |
| 16-Jul-19 | Analyze B. Park email regarding cause definition and correspond with R. Aizen regarding same. | Aubry, Lloyd W. | 0.80 | 608.60 |
| 18-Jul-19 | Analyze and revise memorandum regarding misconduct. | Aubry, Lloyd W. | 1.50 | 1,141.13 |
| 22-Jul-19 | Analyze B. Wong clawback summary and call C. Aubry regarding same. | Aizen, Ron | 0.40 | 391.00 |

4

# MORRISON | FOERSTER

Matter Number: 050386-0000021  Invoice Number: 5879374
Matter Name: MANAGEMENT COMPENSATION  Invoice Date: December 31, 2019

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 25-Jul-19 | Call with C. Aubry regarding clawback memorandum. | Aizen, Ron | 0.20 | 195.50 |
| 25-Jul-19 | Analyze R. Aizen correspondence regarding cause issues and call K. Park regarding same. | Aubry, Lloyd W. | 0.50 | 380.38 |
| 26-Jul-19 | Comment on clawback memorandum and discuss with A.Hines-Gold and K. Park. | Aizen, Ron | 2.30 | 2,248.25 |
| 26-Jul-19 | Analyze cause/misconduct memorandum.. | Aubry, Lloyd W. | 0.80 | 608.60 |
| 26-Jul-19 | Prepare for and participate on call with R. Aizen regarding clawback memorandum. | Hines Gold, Amanda | 0.50 | 380.38 |
| 29-Jul-19 | Call with C. Aubry, A. Hines-Gold and K. Park regarding clawback memorandum. | Aizen, Ron | 0.50 | 488.75 |
| 29-Jul-19 | Analyze revisions to clawback memorandum and call R. Aizen and A. Hines-Gold regarding same. | Aubry, Lloyd W. | 1.00 | 760.75 |
| 30-Jul-19 | Analyze clawback memorandum and discuss with A. Hines-Gold. | Aizen, Ron | 0.50 | 488.75 |
| 31-Jul-19 | Analyze and comment on clawback memorandum and discuss with A. Hines-Gold. | Aizen, Ron | 1.10 | 1,075.25 |
| 01-Aug-19 | Analyze and comment on clawback memorandum. | Aizen, Ron | 0.80 | 782.00 |
| 01-Aug-19 | Revise clawback memorandum. | Hines Gold, Amanda | 0.80 | 608.60 |
| **Total: P250** | **P250 EMPLOYEE/LABOR** | | **19.10** | **16,214.64** |

**P280 OTHER**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 22-Jun-19 | Correspond with P. Chang regarding compensation consultant. | Aizen, Ron | 0.10 | 97.75 |
| 24-Jun-19 | Call with R. Aizen regarding practices with respect to independent compensation consultant. | Lynn, David M. | 0.10 | 148.75 |
| 25-Jun-19 | Analyze clawback policy and indemnification agreement. | Aizen, Ron | 0.70 | 684.25 |
| 25-Jun-19 | Discuss clawback policy and indemnification agreement with B. Wong. | Aizen, Ron | 0.40 | 391.00 |
| 26-Jun-19 | Calls with B. Wong, J. Lowe, B. Parris, C. Aubry and E. Tate regarding clawback policy. | Aizen, Ron | 1.10 | 1,075.25 |
| 26-Jun-19 | Analyze documents relating to clawback policy. | Aizen, Ron | 1.20 | 1,173.00 |
| 27-Jun-19 | Draft and revise clawback memorandum. | Aizen, Ron | 3.70 | 3,616.75 |
| 28-Jun-19 | Revise clawback memorandum. | Aizen, Ron | 0.80 | 782.00 |
| **Total: P280** | **P280 OTHER** | | **8.10** | **7,968.75** |

|  |  |
|---|---|
| **Current Fees** | 60,586.83 |

# MORRISON | FOERSTER

Matter Number: 050386-0000021  Invoice Number: 5879374
Matter Name: MANAGEMENT COMPENSATION  Invoice Date: December 31, 2019

## Timekeeper Summary

| No. | Timekeeper | Hours | Standard Rate | Standard Value | Discount Rate | Discount Value |
|---|---|---|---|---|---|---|
| 23506 | Aizen, Ron | 23.50 | 1,150.00 | 27,025.00 | 977.50 | 22,971.25 |
| 23510 | Becchina, Ann | 0.50 | 1,150.00 | 575.00 | 977.50 | 488.75 |
| 16903 | Hines Gold, Amanda | 1.30 | 895.00 | 1,163.50 | 760.75 | 988.98 |
| 14835 | Lynn, David M. | 0.10 | 1,750.00 | 175.00 | 1,487.50 | 148.75 |
| 04948 | Parris, Brandon C. | 4.10 | 1,225.00 | 5,022.50 | 1,041.25 | 4,269.13 |
| 03852 | Tate, Eric A. | 0.30 | 1,125.00 | 337.50 | 956.25 | 286.88 |
| 22353 | Park, Kwan | 26.40 | 650.00 | 17,160.00 | 552.50 | 14,586.00 |
| 05695 | Aubry, Lloyd W. | 14.10 | 895.00 | 12,619.50 | 760.75 | 10,726.62 |
| 15919 | Nardali, Ali U. | 7.90 | 895.00 | 7,070.50 | 760.75 | 6,009.97 |
| 24039 | Williams, Jenn J. | 0.50 | 260.00 | 130.00 | 221.00 | 110.50 |
| | **TOTAL** | **78.70** | | **71,278.50** | | **60,586.83** |

## Task Code Summary

| Task Code | Description | Hours | Value |
|---|---|---|---|
| C200 | C200 RESEARCHING LAW | 37.80 | 24,670.01 |
| P210 | P210 CORPORATE REVIEW | 13.70 | 11,733.43 |
| P250 | P250 EMPLOYEE/LABOR | 19.10 | 16,214.64 |
| P280 | P280 OTHER | 8.10 | 7,968.75 |
| | **TOTAL** | **78.70** | **60,586.83** |

# MORRISON | FOERSTER

Matter Number: 050386-0000021  Invoice Number: 5879374
Matter Name: MANAGEMENT COMPENSATION  Invoice Date: December 31, 2019

## Invoice Summary

|  | U.S.Dollars |
|---|---:|
| Total Fees | 60,586.83 |
| **Total Amount Due** | **60,586.83** |

# MORRISON | FOERSTER

Matter Number: 050386-0000021  Invoice Number: 5879374
Matter Name: MANAGEMENT COMPENSATION  Invoice Date: December 31, 2019

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
| --- | --- | --- | --- | --- | --- |
| **18-Jan-19** | 5791292 | USD | 3,241.91 | 0.00 | 3,241.91 |
| **30-Jul-19** | 5840280 | USD | 4,260.21 | 0.00 | 4,260.21 |