1       UNITED STATES BANKRUPTCY COURT

2      NORTHERN DISTRICT OF CALIFORNIA

3          -oOo-

4 In Re:        ) Case No. 19-30088
             ) Chapter 11
5 PG&E CORPORATION AND PACIFIC  )
 GAS AND ELECTRIC COMPANY   ) San Francisco, California
6           ) Tuesday, January 14, 2020
        Debtor. ) 10:00 AM
7 _____ )
          STATUS CONFERENCE REGARDING
8          CONFIRMATION ISSUES

9          ORAL ARGUMENT ON MAKE-
          WHOLE/OPTIONAL-REDEMPTION
10         ISSUE

11     TRANSCRIPT OF PROCEEDINGS
     BEFORE THE HONORABLE DENNIS MONTALI
12     UNITED STATES BANKRUPTCY JUDGE

13

 APPEARANCES:
14 For the Debtor:    STEPHEN KAROTKIN, ESQ.
          Weil, Gotshal & Manges LLP
15         767 Fifth Avenue
          New York, NY 10153
16         (212)310-8350

17

 Court Recorder:    LORENA PARADA AND ANKEY THOMAS
18         United States Bankruptcy
          Court
19         450 Golden Gate Ave.
          San Francisco, CA 94102
20

21 Transcriber:     CLARA RUBIN
          eScribers, LLC
22         7227 N. 16th Street
          Suite #207
23         Phoenix, AZ 85020
          (973)406-2250
24

 Proceedings recorded by electronic sound recording;
25 transcript provided by transcription service.

(973)406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp., Pacific Gas and Electric Company

SAN FRANCISCO, CALIFORNIA, TUESDAY, JANUARY 14, 2020, 11:01 AM

-oOo-

1

2

3     (Call to order of the Court.)

4             THE CLERK:  All rise.  Court is now in session, the

5     Honorable Dennis Montali presiding.

6             THE COURT:  Good morning.  Good morning.

7             IN UNISON:  Good morning, Your Honor.

8             THE CLERK:  Matter of PG&E Corporation.

9             THE COURT:  Mr. Karotkin, you don't want me to do

10    anything this morning, huh?

11            MR. KAROTKIN:  I was going to say, Judge, where you

12    been?

13            THE COURT:  Watching the football game last -- I

14    wasn't reading the briefs.

15            MR. KAROTKIN:  Thank you --

16            THE COURT:  What can I do for you?

17            MR. KAROTKIN:  Stephen Karotkin, Weil, Gotshal &

18    Manges, for the debtor.  But thank you for indulging us over

19    the last hour.  We do appreciate that.

20            I'd like to report that the parties are involved in

21    constructive negotiations to resolve the issue before the Court

22    today with respect to what is the subject of the hearing.  In

23    light of those discussions, we would request that the hearing

24    be adjourned one week until the 21st and that the status

25    conference be adjourned as well.

PG&E Corp., Pacific Gas and Electric Company

1    THE COURT:  The status conference on confirmation

2  issues --

3    MR. KAROTKIN:  Yes, sir.

4    THE COURT:  -- generally?  I'm happy to do that.

5    Okay, so does anyone want to be heard on that?  I

6  mean, I don't want to know anything more than the request.  So

7  the question I have is, is the debtor filing an opposition to

8  the motion to reconsider that's on for next week also?

9    MR. KAROTKIN:  We're in discussions with the ad hoc

10  group about that, And we can get back to you on that.

11    THE COURT:  Well, you don't have to get back to me.

12  There was a procedural glitch, from my point of view, that I'm

13  not going to worry about it if the debtor isn't worried about

14  it.  The rules require a twenty-eight-day notice of motion of

15  that nature, and it wasn't filed on twenty-eight-day notice.

16    MR. KAROTKIN:  Um-hum.

17    THE COURT:  But I don't really care if the

18  opposition -- and it's not just the debtor; I don't know

19  whether the TCC is taking a position on that too.  I'd be more

20  inclined to just deal with it and ask that the moving parties

21  and all moving parties in the future be more mindful of the

22  rules.  I didn't take anything ahead of time, and I'll take it

23  on schedule on the 21st.

24    MR. KAROTKIN:  Yeah, we have no objection to the

25  notice period.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp., Pacific Gas and Electric Company

1          THE COURT:  Okay.  So leave it at that.  Then on

2   Tuesday -- next Tuesday the 21st, I'll take up continued

3   hearing on the make-whole motion, the status on confirmation,

4   and the two matters that I think are still pending on that

5   calendar:  the Tubbs-fire settlement and the motion to

6   reconsider the --

7          MR. KAROTKIN:  Yes, sir.

8          THE COURT:  Okay, good luck, everyone.

9          MR. KAROTKIN:  Thank you, sir.

10          THE COURT:  Thank you for all the time.  Made my day.

11          UNIDENTIFIED SPEAKER:  Thank you, Your Honor.

12      (Whereupon these proceedings were concluded at 11:03 AM)

13

14

15

16

17

18

19

20

21

22

23

24

25

(973) 406-2250 | operations@escribers.net | www.escribers.net

C E R T I F I C A T I O N

I, Clara Rubin, certify that the foregoing transcript is a true
and accurate record of the proceedings.



_____
/s/ CLARA RUBIN


eScribers

7227 N. 16th Street, Suite #207

Phoenix, AZ 85020


Date:   January 15, 2020

(973) 406-2250 | operations@escribers.net | www.escribers.net

**A**

ad (1)
3:9
adjourned (2)
2:24,25
ahead (1)
3:22
appreciate (1)
2:19

**B**

back (2)
3:10,11
briefs (1)
2:14

**C**

calendar (1)
4:5
CALIFORNIA (1)
2:1
Call (1)
2:3
can (2)
2:16;3:10
care (1)
3:17
CLERK (2)
2:4,8
concluded (1)
4:12
conference (2)
2:25;3:1
confirmation (2)
3:1;4:3
constructive (1)
2:21
continued (1)
4:2
Corporation (1)
2:8
Court (14)
2:3,4,6,9,13,16,21;
3:1,4,11,17;4:1,8,10

**D**

day (1)
4:10
deal (1)
3:20
debtor (4)
2:18;3:7,13,18
Dennis (1)
2:5
discussions (2)
2:23;3:9

**E**

everyone (1)
4:8

**F**

filed (1)
3:15
filing (1)
3:7
football (1)
2:13
FRANCISCO (1)
2:1
future (1)
3:21

**G**

game (1)
2:13
generally (1)
3:4
glitch (1)
3:12
Good (4)
2:6,6,7;4:8
Gotshal (1)
2:17
group (1)
3:10

**H**

happy (1)
3:4
heard (1)
3:5
hearing (3)
2:22,23;4:3
hoc (1)
3:9
Honor (2)
2:7;4:11
Honorable (1)
2:5
hour (1)
2:19
huh (1)
2:10

**I**

inclined (1)
3:20
indulging (1)
2:18
involved (1)
2:20
issue (1)
2:21

issues (1)
3:2

**J**

JANUARY (1)
2:1
Judge (1)
2:11

**K**

Karotkin (11)
2:9,11,15,17,17;3:3,
9,16,24;4:7,9

**L**

last (2)
2:13,19
leave (1)
4:1
light (1)
2:23
luck (1)
4:8

**M**

make-whole (1)
4:3
Manges (1)
2:18
Matter (1)
2:8
matters (1)
4:4
mean (1)
3:6
mindful (1)
3:21
Montali (1)
2:5
more (3)
3:6,19,21
morning (4)
2:6,6,7,10
motion (4)
3:8,14;4:3,5
moving (2)
3:20,21

**N**

nature (1)
3:15
negotiations (1)
2:21
next (2)
3:8;4:2
notice (3)
3:14,15,25

**O**

objection (1)
3:24
one (1)
2:24
oOo- (1)
2:2
opposition (2)
3:7,18
order (1)
2:3
over (1)
2:18

**P**

parties (3)
2:20;3:20,21
pending (1)
4:4
period (1)
3:25
PG&E (1)
2:8
point (1)
3:12
position (1)
3:19
presiding (1)
2:5
procedural (1)
3:12
proceedings (1)
4:12

**R**

reading (1)
2:14
really (1)
3:17
reconsider (2)
3:8;4:6
report (1)
2:20
request (2)
2:23;3:6
require (1)
3:14
resolve (1)
2:21
respect (1)
2:22
rise (1)
2:4
rules (2)
3:14,22

**S**

SAN (1)

2:1
schedule (1)
3:23
session (1)
2:4
settlement (1)
4:5
SPEAKER (1)
4:11
status (3)
2:24;3:1;4:3
Stephen (1)
2:17
still (1)
4:4
subject (1)
2:22

**T**

TCC (1)
3:19
today (1)
2:22
Tubbs-fire (1)
4:5
TUESDAY (3)
2:1;4:2,2
twenty-eight-day (2)
3:14,15
two (1)
4:4

**U**

Um-hum (1)
3:16
UNIDENTIFIED (1)
4:11
UNISON (1)
2:7
up (1)
4:2

**V**

view (1)
3:12

**W**

Watching (1)
2:13
week (2)
2:24;3:8
Weil (1)
2:17
Whereupon (1)
4:12
worried (1)
3:13
worry (1)
3:13

Case: 19-30088    Doc# 5383    Filed: 01/15/20    Entered: 01/15/20 07:44:57    Page 6 of
7

| 1 |
| --- |

**11:03 (1)**
   4:12
**14 (1)**
   2:1

| 2 |
| --- |

**2020 (1)**
   2:1
**21st (3)**
   2:24;3:23;4:2

Case: 19-30088    Doc# 5383    Filed: 01/15/20    Entered: 01/15/20 07:44:57    Page 7 of
7