# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 1/16/2020 |
| Case: 19−30088 | Form ID: TRANSC | Total: 1 |

**Recipients submitted to the Claims Agent (Prime Clerk):**

aty     Stephen Karotkin     Weil, Gotshal & Manges LLP     767 Fifth Avenue     New York, NY 10153

TOTAL: 1