# **EXHIBIT A**

**Exhibit A**
Compensation by Professional
For the Period September 1, 2019 to September 30, 2019

| Professional | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Bradley Sharp | President & CEO | $ 685.00 | 4.70 | $ 3,219.50 |
| R. Brian Calvert | Sr. Managing Director | 640.00 | 85.00 | 54,400.00 |
| Thomas Jeremiassen | Sr. Managing Director | 575.00 | 44.50 | 25,587.50 |
| Nicholas Troszak | Managing Director | 485.00 | 52.80 | 25,608.00 |
| James Armstrong | Director | 375.00 | 33.90 | 12,712.50 |
| Shelly Cuff | Director | 360.00 | 66.20 | 23,832.00 |
| Spencer Ferrero | Director | 350.00 | 67.80 | 23,730.00 |
| Andrew Wagner | Director | 350.00 | 212.90 | 74,515.00 |
| Thomas Frey | Sr. Associate | 325.00 | 16.50 | 5,362.50 |
| Mandy Yedidsion | Associate | 145.00 | 90.60 | 13,137.00 |
| | | | 674.90 | $ 262,104.00 |