**EXHIBIT B**

**Exhibit B**
Compensation by Work Task Code
For the Period September 1, 2019 to September 30, 2019

| **Activity/Professional** | **Title** | **Rate** | **Hours** | **Total** |
|---|---|---:|---:|---:|
| **Fee Application/Client Billing** | | | | |
| Bradley Sharp | President & CEO | $ 685.00 | 0.10 | $ 68.50 |
| R. Brian Calvert | Sr. Managing Director | 640.00 | 7.20 | 4,608.00 |
| Spencer Ferrero | Director | 350.00 | 29.20 | 10,220.00 |
| | Activity Total | | 36.50 | 14,896.50 |
| **Claims Analysis/Objections** | | | | |
| Bradley Sharp | President & CEO | $ 685.00 | 4.60 | $ 3,151.00 |
| R. Brian Calvert | Sr. Managing Director | 640.00 | 73.80 | 47,232.00 |
| Thomas Jeremiassen | Sr. Managing Director | 575.00 | 40.50 | 23,287.50 |
| Nicholas Troszak | Managing Director | 485.00 | 48.80 | 23,668.00 |
| James Armstrong | Director | 375.00 | 29.90 | 11,212.50 |
| Shelly Cuff | Director | 360.00 | 64.20 | 23,112.00 |
| Spencer Ferrero | Director | 350.00 | 38.60 | 13,510.00 |
| Andrew Wagner | Director | 350.00 | 212.90 | 74,515.00 |
| Thomas Frey | Sr. Associate | 325.00 | 16.50 | 5,362.50 |
| Mandy Yedidsion | Associate | 145.00 | 90.60 | 13,137.00 |
| | Activity Total | | 620.40 | $ 238,187.50 |
| **Travel** | | | | |
| R. Brian Calvert | Sr. Managing Director | $ 640.00 | 4.00 | $ 2,560.00 |
| Thomas Jeremiassen | Sr. Managing Director | 575.00 | 4.00 | 2,300.00 |
| Nicholas Troszak | Managing Director | 485.00 | 4.00 | 1,940.00 |
| James Armstrong | Director | 375.00 | 4.00 | 1,500.00 |
| Shelly Cuff | Director | 360.00 | 2.00 | 720.00 |
| | Activity Total | | 18.00 | $ 9,020.00 |
| | Total | | 674.90 | $ 262,104.00 |