**EXHIBIT C**

**Exhibit C**

Expense Summary

For the Period September 1, 2019 to September 30, 2019

| Reimbursable Expense | Amount |
|---|---:|
| Airfare | $ 2,842.44 |
| Hotel | 2,400.00 |
| Meals | 170.32 |
| Transportation | 508.60 |
| Miscellaneous | 234.60 |
| Total Expenses | $ 6,155.96 |