**EXHIBIT D**

Pacific Gas & Electric Company

| | | | HOURS |
|---|---|---|---|
| 09/03/2019 | SGF | Conversation with Brian Calvert regarding the fee examiner protocol. | 0.20 |
| | SGF | Prepare the June 2019 bill summary. | 0.70 |
| | SGF | Prepare the July 2019 bill summary. | 1.40 |
| | SGF | Prepare the July 2019 expenses summary. | 2.40 |
| | RBC | Telephone call with Spencer Ferrero regarding the fee examiner protocol. | 0.20 |
| 09/05/2019 | SGF | Prepare the June 2019 bill summary. | 1.80 |
| | RBC | Address matter attendant to DSI's first monthly fee statement. | 0.50 |
| 09/09/2019 | SGF | Prepare the June 2019 bill submission. | 1.40 |
| | SGF | Review the July 2019 time descriptions. | 1.80 |
| 09/10/2019 | SGF | Review the July 2019 time descriptions. | 2.80 |
| | RBC | Address issues attendant to billing matters. | 0.40 |
| 09/11/2019 | SGF | Review the July 2019 time descriptions. | 2.20 |
| 09/13/2019 | SGF | Conversation with Brian Calvert regarding bill submission. | 0.50 |
| | SGF | Review time entries to prepare the July 2019 bill submission. | 0.40 |
| | RBC | Discussion with Spencer Ferrero regarding the July 2019 fee statement and compliance with the fee examiner protocols. | 0.50 |
| | RBC | Address matter attendant to the DSI July 2019 fee statement. | 2.10 |
| 09/16/2019 | SGF | Review the July 2019 time descriptions for bill submission. | 2.30 |
| 09/17/2019 | SGF | Review the June 2019 time for bill preparation. | 0.60 |
| | SGF | Review the July 2019 time for bill preparation. | 1.60 |
| 09/19/2019 | SGF | Prepare the final June 2019 bill for filing by counsel. | 0.40 |
| | SGF | Prepare the fee examiner data request related to the June 2019 bill. | 0.60 |
| | RBC | Address matters attendant to the June 2019 fee statement. | 0.40 |
| 09/20/2019 | SGF | Prepare the final June 2019 bill for filing by counsel. | 0.30 |
| | SGF | Prepare documents and information requested by fee examiner for the June 2019 bill. | 0.80 |
| | RBC | Ensure the June 2019 fee examiner submission are in compliance with protocol. | 1.50 |
| 09/24/2019 | SGF | Review the August 2019 time entries in order to prepare bill submission | 1.80 |
| | RBC | Address matters related to the August 2019 fee | |

|            |     |                                                                                                                                        | HOURS |          |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            |     | statement.                                                                                                                             | 1.20  |          |
| 09/25/2019 | SGF | Review the August 2019 time entries in order to prepare bill submission                                                                | 1.80  |          |
| 09/26/2019 | BDS | Correspondence to Debtor regarding status of DSI invoice for payment.                                                                  | 0.10  |          |
|            | RBC | Address invoice payment matters.                                                                                                        | 0.40  |          |
| 09/30/2019 | SGF | Review of August 2019 time entries for bill submission.                                                                                | 3.40  |          |
|            |     | Fee Application/Client Billing                                                                                                          | 36.50 | 14,896.50 |
| 09/02/2019 | NRT | Review damage model data to reply to request with schedule of damage model component.                                                  | 1.30  |          |
|            | NRT | Conversation with B. Calvert regarding request for damage model component data.                                                        | 0.30  |          |
|            | RBC | Respond to a series of inquiries from committee counsel.                                                                                | 2.00  |          |
| 09/03/2019 | ADW | Further review of filed proofs of claims for pertinent tort-related information.                                                        | 1.80  |          |
|            | ADW | Review proofs of claim and annotate requisite tort information onto the master file.                                                    | 1.90  |          |
|            | ADW | Substantive review of tort claims and select data within master spreadsheet.                                                            | 1.80  |          |
|            | ADW | Additional review of proofs of claim and annotate requisite tort information onto the master file.                                      | 1.90  |          |
|            | ADW | Continue to review of tort claims (1.2) and compile data in master claims file (0.4).                                                   | 1.60  |          |
|            | ADW | Review filed proof of claim and company data thereto and draft/revise e-mail communication to explain position on various components of filed proof of claim. | 0.80  |          |
|            | TPJ | Telephone discussion with Brian Calvert regarding notes for damages analysis prepared at the request of counsel.                        | 0.20  |          |
|            | TPJ | Review and preparation of notes to damages analysis prepared at the request of counsel.                                                 | 1.80  |          |
|            | TPJ | Further review and preparation of damages analysis prepared at the request of counsel.                                                  | 1.50  |          |
|            | RBC | Analysis of certain damage category for the damages model.                                                                              | 2.30  |          |
|            | RBC | Data identification to support damages analysis                                                                                         | 2.10  |          |
|            | MY  | Review and analyze received claims in order to prepare filed claims' summary schedule.                                                  | 6.20  |          |
| 09/04/2019 | ADW | Attend meeting with Brad Sharp, Brian Calvert, Tom Jeremiassen, Nick Troszak, James Armstrong and Spencer Ferrero to discuss the damage analysis. | 0.80  |          |
|            | ADW | Additional review of proof of claim and annotate requisite tort information onto the master file.                                       | 1.60  |          |
|            | ADW | Further review of filed proofs of claims for pertinent tort-related information.                                                        | 1.60  |          |
|            | ADW | Review filed proofs of claim and annotate accordingly onto master file of tort claim.                                                   | 1.70  |          |
|            | ADW | Substantive claims review and select data for inclusion within master spreadsheet.                                                      | 1.40  |          |
|            | ADW | Continue extensive review of claims and denote requisite information thereto.                                                           | 1.90  |          |
|            | ADW | Attention to claims review and information contained therein.                                                                           | 1.10  |          |

|      |                                                                                                         | HOURS |
|------|---------------------------------------------------------------------------------------------------------|-------|
| JOA  | Telephone call with Brad Sharp, Brian Calvert, Tom Jeremiassen, Nick Troszak, James Armstrong, Spencer Ferrero and Shelly Cuff regarding calculation of damages. | 0.80 |
| JOA  | Telephone call with Brian Calvert, Nick Troszak, and expert consultants regarding calculation of damages per counsel's request. | 0.20 |
| JOA  | Review and update the damage calculation model worksheet. | 0.80 |
| NRT  | Prepare for and participate in meeting with T. Jeremiassen, B. Calvert, B. Sharp, J. Armstrong and S. Ferrero regarding the damage analysis. | 0.80 |
| NRT  | Review information related to damages component in order to write memorandum to counsel at request of counsel regarding work completed by DSI. | 3.10 |
| NRT  | Review information related to damages component in order to write memorandum to counsel at request of counsel regarding work to be completed by DSI. | 2.40 |
| NRT  | Review information related to damages component in order to write memorandum to counsel at request of counsel regarding recommendations. | 2.10 |
| SGF  | Conference call with Brian Calvert, Brad Sharp, Tom Jeremiassen, Nick Troszak, Andrew Wagner and James Armstrong regarding status of the damages analysis. | 0.80 |
| SGF  | Review and analyze data to to update portion of the damages analysis. | 2.90 |
| SGF  | Review data to compare to updated data in order to update the damages analysis. | 2.30 |
| SGF  | Review and analyze article regarding possible component of damages analysis. | 0.40 |
| SGF  | Draft memorandum at request of counsel regarding work done and work to do related to damages analysis. | 2.50 |
| TJF  | Review and update database to include additional data regarding damages. | 3.20 |
| BDS  | Telephone conference call with Andrew Wagner, James Armstrong, Thomas Jeremiassen and Spencer Ferrero regarding the damages analysis. | 0.80 |
| SLC  | Prepare memorandum at request of counsel regarding damages component. | 1.10 |
| SLC  | Review the draft from Nick Troszak and Spencer Ferrero regarding damages component and provide edits to same. | 0.30 |
| SLC  | E-mail to Brian Calvert regarding damages component. | 0.40 |
| TPJ  | Teleconference with Brad Sharp, Brian Calvert, Nick Troszak, Shelly Cuff, Spencer Ferrero and James Armstrong regarding work to be done on the estimated tort claims analysis. | 0.80 |
| TPJ  | Teleconference with Kim Morris, Brian Calvert, Nick Troszak and Shelly Cuff regarding damages analysis. | 0.40 |
| TPJ  | Teleconference with Kim Morris and Brian Calvert regarding footnotes for damages analysis. | 0.80 |
| TPJ  | Research, review and preparation of the damages analysis. | 2.80 |
| TPJ  | Review and revision of footnotes of damages analysis. | 3.10 |
| RBC  | Telephone call with Andrew Wagner, James Armstrong, Brad Sharp, Thomas Jeremiassen and Spencer Ferrero to discuss damages analysis. | 0.80 |
| RBC  | Review docket entries to assess potential impact on the tort claimants' committee claims and attendant damages. | 0.80 |

Pacific Gas & Electric Company

|  |  |  | HOURS |
|---|---|---|---|
|  | RBC | Perform certain damages analysis at the request of counsel. | 2.10 |
|  | RBC | Telephone call with Kim Morris and Thomas Jeremiassen to discuss damages analysis. | 0.80 |
|  | RBC | Review and comment on certain data accumulated to support damage analysis. | 0.70 |
|  | RBC | Continue preparation of certain damages analysis requested by counsel. | 0.90 |
|  | RBC | Edit and refine damage analysis as requested by counsel. | 1.70 |
|  | RBC | Telephone call with expert per counsel's request to discuss certain damages category. | 0.30 |
|  | RBC | Telephone call with Thomas Jeremiassen regarding damages analysis. | 0.60 |
|  | MY | Review and analyze received claims in order to prepare filed claims' summary schedule. | 5.50 |
| 09/05/2019 | ADW | Attention to review and revisions to tort master summary spreadsheet. | 1.70 |
|  | ADW | Review proofs of claims for tort basis and incorporate requisite information within master summary. | 1.80 |
|  | ADW | Review claims and compile requisite information therein. | 1.70 |
|  | ADW | Analysis of proofs of claim and transfer required tort information within master summary. | 1.40 |
|  | ADW | Additional review of proofs of claim and annotate requisite tort information onto the master file. | 1.60 |
|  | ADW | Review and analyze proof of claims for tort related basis. | 1.70 |
|  | JOA | Review and update the damage calculation model worksheet. | 3.40 |
|  | NRT | Teleconference call with counsel, committee member counsel, T. Jeremiassen, S. Cuff and B. Calvert regarding the damage analysis. | 0.80 |
|  | NRT | Review damage analysis data table, prepare for production and send to counsel as requested. | 0.10 |
|  | NRT | Review summary schedules of damages component, verify information to datasets in order to confirm information sent to counsel. | 1.40 |
|  | NRT | Review and analysis of damages memorandum prepared at request of counsel (1.1), update memorandum with suggested changes and send to colleagues for additional review (0.5). | 1.60 |
|  | TJF | Review additional damages component to update damages model. | 1.50 |
|  | TJF | Review damages component to update damages model. | 2.50 |
|  | SLC | Telephone call with Tom Jeremiassen regarding fire profiles. | 0.10 |
|  | SLC | Telephone call with Spencer Ferrero regarding fire profiles. | 0.10 |
|  | SLC | Telephone call with Tom Jeremiassen regarding damages analysis and exhibits. | 0.10 |
|  | SLC | Telephone call with Tom Jeremiassen, Brian Calvert to discuss the analysis requested by counsel. | 0.50 |
|  | SLC | Telephone call with Kim Morris, Brian Calvert, Greg Commins, Nick Troszak and fire claimants' counsel regarding damages analysis. | 0.80 |
|  | SLC | Telephone call with Brian Calvert, Nick Troszak and Tom Jeremiassen regarding the damages analysis. | 0.30 |
|  | SLC | Respond to inquiries from Kim Morris regarding damages. | 0.90 |

|       |     |                                                                                                              | HOURS |
|-------|-----|--------------------------------------------------------------------------------------------------------------|-------|
|       | SLC | Prepare updates to tables included in the damages memorandum prepared at request of counsel.                 | 0.20  |
|       | SLC | Prepare exhibits for damages summary.                                                                        | 1.60  |
|       | SLC | Read article regarding possible damages component and send to the DSI team.                                  | 0.20  |
|       | SLC | Review damages analysis and exhibits.                                                                        | 0.20  |
|       | SLC | Review and compile supporting documents for the draft report/future presentations.                          | 1.50  |
|       | TPJ | Teleconference with Brian Calvert and Shelly Cuff regarding work to be done on damages analysis requested by counsel. | 0.30  |
|       | TPJ | Teleconference with the Tort Claimants' Committee counsel, counsel for committee members and DSI regarding damages summary analysis, footnotes and exhibits. | 0.80  |
|       | TPJ | Research, review and preparation of footnotes to damages summary analysis requested by counsel (2.6) and e-mails with Kim Morris regarding same (0.3). | 2.90  |
|       | TPJ | Review and preparation of exhibits to damages summary analysis and revised damages analysis requested by counsel (2.2); e-mails with Kim Morris regarding same (0.4). | 2.60  |
|       | TPJ | Review and e-mails with Bridget McCabe regarding data requested and discussions with Nick Troszak regarding same. | 0.30  |
|       | TPJ | Review and e-mails with Kim Morris regarding data.                                                          | 0.20  |
|       | RBC | Telephone call with Thomas Jeremiassen and Shelly Cuff to discuss damage analysis.                           | 0.50  |
|       | RBC | Data synthesis including underlying analytical protocols.                                                    | 1.20  |
|       | RBC | Review docket entries to assess potential impact on the tort claimants' claims and attendant damages.        | 0.70  |
|       | RBC | Telephone call with Thomas Jeremiassen, Shelly Cuff, Kim Morris and certain fire claimants' counsel regarding damages. | 0.80  |
|       | RBC | Telephone call with Thomas Jeremiassen, Nick Troszak and Shelly Cuff regarding damages analysis.             | 0.30  |
|       | RBC | Factual development regarding certain fire.                                                                   | 0.50  |
|       | MY  | Review and analyze received claims in order to prepare filed claims' summary schedule.                       | 5.60  |
| 09/06/2019 | ADW | Further review of filed proofs of claims for pertinent tort-related information.                          | 1.80  |
|       | ADW | Continue review of claims and annotate tort summary accordingly, if applicable.                              | 1.70  |
|       | ADW | Substantive analysis and review of claims, incorporate applicable information within master summary for applicable tort-related claims. | 1.80  |
|       | ADW | Additional review of proofs of claim and annotate requisite tort information onto the master file.           | 1.70  |
|       | ADW | Supplemental review of proofs of claim and denote tort claims accordingly.                                   | 1.60  |
|       | ADW | Attention to damages component for update of damages model.                                                  | 0.40  |
|       | NRT | Telephone call with S. Cuff regarding PG&E data production.                                                  | 0.60  |
|       | NRT | Review and analysis of PG&E data produced.                                                                   | 0.80  |
|       | NRT | Review and update damages component memorandum prepared at request of counsel (0.7), finalize and send to the DSI team (0.2). | 0.90  |
|       | NRT | Review counsel request for information related to data received and useful.                                  | 0.30  |

|       |     |                                                                                          | HOURS |
|-------|-----|------------------------------------------------------------------------------------------|-------|
|       | NRT | Review the damages data received and request further data.                               | 0.40  |
|       | SGF | Review of available data for damages model.                                              | 0.40  |
|       | TJF | Review damages component to update damages model.                                        | 3.80  |
|       | SLC | Review e-mail from Kim Morris and research inquiry from counsel.                          | 0.20  |
|       | SLC | Telephone call with Brian Calvert regarding inquiry from counsel and response to Kim Morris regarding same. | 0.50  |
|       | SLC | Telephone call with Nick Troszak regarding damages data component.                       | 0.60  |
|       | SLC | Review data related to damages component.                                                | 0.80  |
|       | SLC | Review damages data and prepare analysis regarding same.                                 | 3.70  |
|       | SLC | Continue to review damages data received and prepare analysis regarding same.            | 2.20  |
|       | TPJ | Review and revision of memorandum prepared at request of counsel concerning certain assumptions affecting estimated tort claims (0.4) and discussions with Nick Troszak regarding same (0.2). | 0.60  |
|       | TPJ | E-mails with Kim Morris regarding the meeting in San Francisco to discuss estimated tort claims analysis. | 0.20  |
|       | TPJ | Review and e-mails regarding damage analysis component.                                  | 0.20  |
|       | TPJ | E-mails, discussions and preparation for meeting with the Tort Claimants' Committee counsel and expert consultants on September 11, 2019. | 0.40  |
|       | RBC | Review docket entries to assess potential impact to the tort claimants' claims and attendant damages. | 0.90  |
|       | RBC | Telephone call with Shelly Cuff regarding inquiry from fire claimant counsel.            | 0.50  |
|       | RBC | Analysis of certain debtor production.                                                    | 2.10  |
|       | RBC | Address inquiry from a tort claimants' committee member.                                 | 0.80  |
|       | RBC | Preparation for professionals meeting in San Francisco, CA, regarding damages.           | 1.50  |
|       | MY  | Review and analyze received claims in order to prepare filed claims' summary schedule.   | 4.70  |
| 09/07/2019 | BDS | Telephone conference call with Thomas Jeremiassen, Brian Calvert, Kim Morris and Bob Julian regarding coordination with respect to the analysis. | 0.40  |
|       | TPJ | Teleconference with Kim Morris, Bob Julian, Brad Sharp and Brian Calvert regarding expert testimony for the tort claims estimation. | 0.40  |
|       | TPJ | Teleconference with Brad Sharp and Brian Calvert regarding expert testimony for the tort claims estimation. | 0.20  |
|       | TPJ | Telephone discussions with Nick Troszak regarding expert testimony per counsel's request for the estimated tort claims. | 0.20  |
|       | RBC | Telephone call with Brad Sharp, Bob Julian and Kim Morris to discuss the damages analysis and coordination among experts. | 0.40  |
| 09/09/2019 | JOA | Review and update the damage calculation model worksheet. | 1.00  |
|       | JOA | Telephone call with Brian Calvert, Nick Troszak, James Armstrong, Spencer Ferrero and Shelly Cuff to discuss the model of estimated damages. | 0.50  |
|       | NRT | Telephone call with Brian Calvert, James Armstrong, Spencer Ferrero and Shelly Cuff to discuss the model |       |

Pacific Gas & Electric Company

|  |  | HOURS |
|---|---|---|
|  | of estimated damages. | 0.50 |
| NRT | Telephone call with Spencer Ferrero and Shelly Cuff to discuss the model of estimated damages. | 0.30 |
| NRT | Review document inventory for damage analysis in order to prepare for meeting on September 11, 2019. | 1.00 |
| SGF | Telephone call with Brian Calvert, Nick Troszak, James Armstrong and Shelly Cuff to discuss the model of estimated damages. | 0.50 |
| SGF | Conference call with Nick Troszak and Shelly Cuff regarding document inventory. | 0.30 |
| TJF | Review damages component to update damages model. | 3.40 |
| TJF | Review additional damages component to update damages model. | 2.10 |
| SLC | Telephone call with Brian Calvert, Tom Jeremiassen, Nick Troszak, James Armstrong and Spencer Ferrero to discuss model of estimated damages. | 0.50 |
| SLC | Compile all source documents to support damages estimation model. | 7.00 |
| MY | Review and analyze received claims in order to prepare the filed claims' summary schedule. | 3.20 |
| TPJ | Teleconference with Brian Calvert, Nick Troszak, Shelly Cuff, Spencer Ferrero and James Armstrong regarding damages analysis and meeting with tort claimants' committee professionals on 9/11/19. | 0.50 |
| RBC | Research and factual development on certain issues that impact damages analysis. | 0.90 |
| RBC | Telephone call with Thomas Jeremiassen, Nick Troszak, Spencer Ferrero, Shelly Cuff and James Armstrong regarding model of estimated damages. | 0.50 |
| RBC | Factual development regarding certain fires. | 2.50 |
| RBC | Analysis of certain damages categories. | 2.70 |
| ADW | Teleconference with Tom Frey regarding damages analysis. | 0.40 |
| ADW | Further review of filed proofs of claims for pertinent tort-related information. | 1.80 |
| ADW | Review proofs of claim and annotate requisite tort information onto master file. | 1.90 |
| ADW | Substantive review of tort claims and select data within master spreadsheet. | 1.80 |
| ADW | Additional review of proofs of claim and annotate requisite tort information onto the master file. | 1.90 |
| ADW | Attention to review of tort claims and compile data in master claims file. | 1.60 |
| ADW | Review filed proofs of claim and annotate accordingly onto master file if tort claim. | 1.70 |
| 09/10/2019 JOA | Review and update the damage calculation model worksheet. | 2.20 |
| NRT | Review DSI's memorandum for PG&E prepared at request of counsel (0.7) and summary of claims filed in order to prepare for meeting with expert consultant (0.4). | 1.10 |
| NRT | Review document inventory and work with staff regarding updates and document locations. | 0.50 |
| SGF | Multiple phone calls with Shelly Cuff regarding support documents for damages model. | 0.60 |
| SGF | Review support documents for damages model. | 2.20 |
| SGF | Review news articles support documents for damages model. | 2.10 |
| SLC | Update damages data component. | 0.50 |
| SLC | E-mail to Kim Morris and update damages data. | 0.30 |
| SLC | Discussions with Andrew Wagner regarding claims |  |

Pacific Gas & Electric Company

|  |  | HOURS |
|---|---|---|
|  | review. | 0.10 |
| SLC | Continue to compile all source documents to support damages estimation model. | 5.40 |
| SLC | Update analysis of damages data component. | 0.40 |
| SLC | Read summary of the debtor's plan of reorganization. | 0.30 |
| MY | Telephone call with Andrew Wagner regarding filed claims (0.3), work on updating the filed claims' summary schedule (4.2). | 4.50 |
| TPJ | Review and revision of damages estimation model and discussion (0.6) and e-mails with Nick Troszak and Shelly Cuff regarding same (0.2). | 0.80 |
| RBC | Analysis of certain docket entries to assess impact on the tort claims and attendant damages | 0.90 |
| RBC | Analysis of certain debtor filings. | 1.30 |
| ADW | Attention to component of damages analysis. | 0.30 |
| ADW | Draft email communication to Brian Calvert, Tom Jeremiassen, Nick Troszak, Spencer Ferrero and Shelly Cuff regarding status of claims review and analysis of filed Tort claims. | 0.60 |
| ADW | Further review of filed proofs of claims for pertinent tort-related information. | 1.80 |
| ADW | Detailed review of proofs of claim filed for pertinent information involving torts. | 1.40 |
| ADW | Review filed proofs of claim and annotate accordingly onto master file if tort claim. | 1.90 |
| ADW | Substantive claims review and select data within master spreadsheet. | 1.80 |
| ADW | Continue review of claims and denote requisite information thereto. | 1.90 |
| ADW | Attention to claims review and information contained therein. | 1.80 |
| 09/11/2019 JOA | Discussions with T. Jeremiassen and N. Troszak regarding damage analysis and meeting with expert consultant and TCC counsel. | 1.00 |
| JOA | Discussions with T. Jeremiassen, S. Cuff, B. Calvert and N. Troszak regarding damage analysis and meeting with expert consultant and TCC counsel. | 0.50 |
| JOA | Meeting with T. Jeremiassen, S. Cuff, B. Calvert, N. Troszak, TCC counsel and expert consultants. regarding damage analysis. | 7.50 |
| NRT | Discussions with T. Jeremiassen and J. Armstrong regarding damage analysis and meeting with expert consultants and TCC counsel. | 1.00 |
| NRT | Discussions with T. Jeremiassen, S. Cuff, B. Calvert and J. Armstrong regarding damage analysis and meeting with expert consultant and TCC counsel. | 0.50 |
| NRT | Meeting with T. Jeremiassen, S. Cuff, B. Calvert, J. Armstrong, TCC counsel and expert consultant regarding damage analysis. | 7.50 |
| SLC | Meeting with Kim Morris, Bridget McCabe, Greg Commins, Brian Calvert, Tom Jeremiassen, Nick Troszak, James Armstrong, fire claimants' counsel and expert consultants to discuss estimated damages sustained by victims of the California wildfires. | 7.50 |
| SLC | Prepare for meeting with expert consultants regarding estimated damages sustained by victims of the California wildfires. | 0.50 |
| MY | Review and analyze received claims in order to prepare the filed claims' summary schedule. | 3.20 |
| TPJ | Meeting with the tort claimants' committee counsel, counsel for committee members and expert consultants |  |

|  |  |  | HOURS |
|---|---|---|---|
|  |  | regarding tort claims estimation analysis. | 7.50 |
|  | TPJ | Discussions with Nick Troszak and James Armstrong regarding tort claims estimation analysis and meeting with professionals, TCC counsel and experts. | 1.00 |
|  | TPJ | Discussions with Brian Calvert, Shelly Cuff, Nick Troszak and James Armstrong regarding tort claims estimation analysis and meeting with professionals, TCC counsel and experts. | 0.50 |
|  | RBC | Participation in a Torts Claimants Committee professionals meeting in San Francisco, CA, to discuss estimated damages. | 7.50 |
|  | ADW | Attention to master summary spreadsheet containing tort claims information. | 1.80 |
|  | ADW | Attention to review and revisions to tort master summary spreadsheet. | 1.70 |
|  | ADW | Review proofs of claim for tort basis and incorporate requisite information within master summary. | 1.80 |
|  | ADW | Review claims and compile requisite information therein. | 1.70 |
|  | ADW | Analysis of proofs of claim and transfer required tort information within master summary. | 1.80 |
|  | ADW | Detail review of proofs of claim and annotate tort summary, if applicable. | 1.60 |
| 09/12/2019 | JOA | Review and update the damage calculation model worksheet. | 1.00 |
|  | SLC | Prepare analysis of data received responsive to inquiry from Kim Morris. | 1.20 |
|  | RBC | Analysis of the debtor production. | 2.30 |
|  | ADW | Review and analyze proof of claims for tort related basis. | 1.70 |
|  | ADW | Continue review of claims and denote requisite information thereto. | 1.90 |
|  | ADW | Substantive analysis and review of claims (1.4), incorporate applicable information within master summary for applicable tort related claims (0.5). | 1.90 |
|  | ADW | Further review of filed proofs of claims for pertinent tort-related information. | 1.70 |
|  | ADW | Continue review of claims and annotate tort summary accordingly, if applicable. | 1.70 |
|  | ADW | Additional analysis and review of claims (1.2), incorporate applicable information within master summary for applicable tort related claims (0.6). | 1.80 |
| 09/13/2019 | JOA | Review and update the damage calculation model worksheet. | 1.20 |
|  | JOA | Telephone call with Tom Jeremiassen to discuss the model of estimated damages. | 0.30 |
|  | JOA | Telephone call with Brian Calvert, Nick Troszak, James Armstrong, Spencer Ferrero and Tom Jeremiassen to discuss the model of estimated damages. | 0.70 |
|  | NRT | Conference call with B. Calvert, J. Armstrong, S. Ferrero regarding request for documentation from the expert consultant. | 0.70 |
|  | NRT | Review and analysis of additional damage model support documents. | 1.20 |
|  | NRT | Review and analysis of damage model support documents. | 1.50 |
|  | NRT | Review and analysis of damage model support documents (1.5), create memorandum for damages component at request of counsel (0.7). | 2.20 |

Pacific Gas & Electric Company

| | | | HOURS |
|---|---|---|---|
| | SGF | Conference call with Nick Troszak, Tom Jeremiassen, Brian Calvert and James Armstrong regarding case status. | 0.70 |
| | SGF | Review of support detail for damages model. | 2.50 |
| | MY | Review and analyze received claims in order to prepare filed claims' summary schedule. | 3.60 |
| | TPJ | Teleconference with Brian Calvert, Nick Troszak, Spencer Ferrero and James Armstrong regarding information and documents related to damages estimation analysis requested by the tort claimants' committee counsel. | 0.70 |
| | TPJ | Review of documents and information related to damages estimation analysis requested by tort claimants' committee counsel (0.5) and discussions with Nick Troszak regarding same (0.3). | 0.80 |
| | TPJ | Review of the tort claim estimation model and discussions with James Armstrong regarding same. | 0.90 |
| | RBC | Perform analysis attendant to request from counsel. | 2.30 |
| | RBC | Telephone call with Spencer Ferrero, Thomas Jeremiassen, Nick Troszak and James Armstrong regarding data request from counsel. | 0.70 |
| | RBC | Research and analysis of certain data to support damages calculations. | 1.60 |
| | ADW | Detail review and analysis of tort claims. | 1.70 |
| | ADW | Supplemental review of proofs of claim and denote tort claims accordingly. | 1.90 |
| | ADW | Analysis of proofs of claim for pertinent tort information and transfer same to master summary. | 1.80 |
| | ADW | Attention to review of filed proofs of claim and denote tort claimant information accordingly. | 1.90 |
| | ADW | Further analysis and review of proofs of claim for tort based claims. | 1.80 |
| | ADW | Further review of proofs of claim and denote tort information accordingly. | 1.80 |
| | ADW | Review of proofs of claim based upon tort and annotate master summary. | 1.60 |
| 09/15/2019 | JOA | Review and update the damage calculation model worksheet. | 4.40 |
| | JOA | Review and update the damages analysis worksheet. | 2.20 |
| | SLC | Respond to inquiries from Kim Morris regarding damages data. | 0.50 |
| | SLC | Telephone calls (2) with Brian Calvert regarding damages data and related inquiries. | 0.30 |
| 09/16/2019 | SLC | Telephone call with Nick Troszak regarding data for expert consultant per counsel's request. | 0.30 |
| | SLC | Compile documents regarding damages components at the request of counsel. | 1.90 |
| | SLC | Telephone call with Nick Troszak regarding data for expert consultant per counsel's request. | 0.10 |
| | SLC | Prepare analysis of damages data component and various damages categories. | 3.10 |
| | SLC | Continue to prepare analysis of damages data component and various damages categories. | 2.10 |
| | ADW | Further review of filed proofs of claims for pertinent tort-related information. | 1.80 |
| | ADW | Review proofs of claim and annotate requisite tort information onto master file. | 1.90 |
| | ADW | Additional review of tort claims and select data within master spreadsheet. | 1.80 |
| | ADW | Detail review of claims and incorporate requisite | |

|  |  |  | HOURS |
|---|---|---|---|
|  |  | tort information thereto. | 1.90 |
|  | ADW | Attention to review of tort claims and compile data in master claims file. | 1.60 |
|  | ADW | Attention to organization and detail of master tort claims summary. | 1.20 |
|  | NRT | Review claims worksheet from August 21, 2019, reply to e-mails regarding updated claims worksheet. | 0.20 |
|  | NRT | Review and analysis of damage model support documents. | 2.20 |
|  | NRT | Conversation with S. Cuff regarding document review. | 0.30 |
|  | NRT | Review and analysis of additional damage model support documents and prepare for upload to counsel per counsel's request. | 0.80 |
|  | SGF | Review and analyze data for damages model. | 1.80 |
|  | RBC | Discussion with Brad Sharp regarding damages calculations. | 0.70 |
|  | RBC | Factual development regarding factors impacting damages. | 2.30 |
|  | RBC | Review and analysis of certain claims. | 0.80 |
|  | RBC | Prepare damages analysis. | 0.40 |
|  | BDS | Discussions with Brian Calvert regarding damages analysis. | 0.70 |
|  | BDS | Telephone call with Bob Julian regarding the analysis. | 0.20 |
|  | BDS | Telephone calls with Kim Morris and Thomas Jeremiassen regarding analysis required. | 0.60 |
|  | TPJ | Teleconference with Kim Morris and Brad Sharp regarding damage estimation. | 0.30 |
|  | TPJ | Review and preparation of estimated damages summary and e-mails with Kim Morris regarding same. | 0.30 |
| 09/17/2019 | SLC | Review DSI's model and provide comments to James Armstrong and Tom Jeremiassen regarding same. | 0.90 |
|  | SLC | Telephone call with James Armstrong regarding model of damages sustained by victims of the California wildfires. | 0.10 |
|  | SLC | Telephone call with Nick Troszak regarding model of damages sustained by victims of the California wildfires. | 0.10 |
|  | SLC | Update model of damages sustained by the victims of the California wildfires. | 0.70 |
|  | SLC | Telephone call with Nick Troszak regarding model of damages sustained by victims of the California wildfires. | 0.20 |
|  | SLC | Prepare analysis of damages data and various damages categories. | 3.40 |
|  | SLC | Continue to prepare analysis of damages data and various damages categories. | 2.50 |
|  | ADW | Analysis of claims data for tort claims analysis. | 1.80 |
|  | ADW | Incorporate data for damages analysis. | 1.40 |
|  | ADW | Attention to master summary spreadsheet containing tort claims information. | 1.40 |
|  | ADW | Attention to review and revisions to tort master summary spreadsheet. | 1.60 |
|  | ADW | Review proofs of claim for tort basis and incorporate requisite information within master summary. | 1.30 |
|  | ADW | Review claims and compile requisite information therein. | 1.70 |
|  | ADW | Analysis of proofs of claim and transfer required tort information within master summary. | 1.10 |
|  | ADW | Detail review of proofs of claim and annotate tort |  |

Pacific Gas & Electric Company

| | | | HOURS |
|---|---|---|---|
| | | summary, if applicable. | 1.30 |
| | NRT | Review claim estimation model and data worksheets. | 1.20 |
| | NRT | Review and analysis of damage model support documents. | 1.50 |
| | NRT | Read and reply to e-mails with counsel and expert consultant regarding data for claims analysis. | 0.20 |
| | RBC | Review several days of docket entries. | 1.90 |
| | RBC | Analysis of debtor production. | 2.10 |
| | RBC | Further analysis of debtor production. | 2.10 |
| | RBC | Factual development regarding certain data. | 1.70 |
| | RBC | Telephone call with Kim Morris and Brad Sharp regarding damages model. | 0.40 |
| | BDS | Telephone call with Brian Calvert and Kim Morris regarding the damages model. | 0.40 |
| | BDS | Correspondence with Thomas Jeremiassen regarding the damages analysis. | 0.20 |
| | MY | Review and analyze the received claims in order to prepare filed claims' summary schedule. | 6.20 |
| | TPJ | Teleconference with Kim Morris, Brad Sharp and Brian Calvert regarding status and damages estimation. | 0.40 |
| | TPJ | Telephone discussions with Brad Sharp and Brian Calvert regarding damages model and other data. | 0.30 |
| | TPJ | Discussions with James Armstrong regarding the damages model. | 0.30 |
| | TPJ | Review of damages estimation model and preparation of summary analysis. | 3.20 |
| | TPJ | Review and discussions with Nick Troszak regarding data supporting damage estimates. | 0.30 |
| | TPJ | Review and telephone discussions and e-mails with Shelly Cuff regarding damages estimation model. | 0.40 |
| 09/18/2019 | SLC | Prepare analysis of damages data and various damages categories and send to Kim Morris. | 3.30 |
| | SLC | Continue to prepare analysis of damages data and various damages categories (1.6) including discussions with Brian Calvert and Brad Sharp (0.3). | 1.90 |
| | SLC | Compile and send documents responsive to request from Bridget McCabe. | 0.30 |
| | SLC | Research and respond to request from counsel regarding data for damages analysis. | 0.60 |
| | ADW | Review and analyze proof of claims for tort related basis. | 1.70 |
| | ADW | Continue extensive review of claims and denote requisite information thereto. | 1.90 |
| | ADW | Additional supplemental analysis and review of claims (1.2), incorporate applicable information within master summary for applicable tort related claims (0.5). | 1.70 |
| | ADW | Further review of filed proofs of claims for pertinent tort-related information. | 1.90 |
| | ADW | Continue review of claims and annotate tort summary accordingly, if applicable. | 1.40 |
| | ADW | Additional analysis and review of claims (1.3), incorporate applicable information within master summary for applicable tort related claims (0.5). | 1.80 |
| | NRT | Review and analysis of damages data. | 1.20 |
| | NRT | Review request for information from B. McCabe and work with staff to supply information requested. | 0.30 |
| | NRT | Review request for information from K. Morris and work with staff to supply information requested. | 0.20 |
| | SGF | Review docket for notices on fee application hearings. | 0.40 |

|            |     |                                                                                                                         | HOURS |
|------------|-----|-------------------------------------------------------------------------------------------------------------------------|-------|
|            | SGF | Review and analyze model to respond to counsel request for data.                                                        | 0.70  |
|            | RBC | Review docket entries.                                                                                                  | 0.70  |
|            | BDS | Discussions with Shelly Cuff regarding the settlement analysis, and review of same.                                     | 0.50  |
|            | MY  | Review and analyze the received claims in order to prepare the filed claims' summary schedule.                          | 6.00  |
| 09/19/2019 | SLC | Telephone call with Brad Sharp, Brian Calvert, Tom Jeremiassen, Nick Troszak, James Armstrong, Spencer Ferrero and Andrew Wagner regarding case status. | 0.30  |
|            | ADW | Detail review and analysis of tort claims.                                                                              | 1.70  |
|            | ADW | Supplemental review of proofs of claim and denote tort claims accordingly.                                              | 1.90  |
|            | ADW | Analysis of proofs of claim for pertinent tort information and transfer same to master summary.                         | 1.80  |
|            | ADW | Attention to review of filed proofs of claim and denote tort claimant information accordingly.                          | 1.90  |
|            | ADW | Analysis and review of proofs of claim for tort based actions.                                                          | 1.80  |
|            | ADW | Further review of proofs of claim and denote tort information accordingly.                                              | 1.80  |
|            | SGF | Conference call with Brad Sharp, Brian Calvert, James Armstrong, Shelly Cuff, Nick Troszak and Tom Jeremiassen regarding case status. | 0.20  |
|            | RBC | Participation in DSI's team call to discuss damages analysis and the next steps.                                        | 0.50  |
|            | RBC | Assemble data for the damages analysis.                                                                                 | 1.50  |
|            | BDS | Telephone call with the DSI team regarding case status.                                                                 | 0.50  |
|            | BDS | Review the updated claim summary.                                                                                       | 0.30  |
|            | MY  | Review and analyze the received claims in order to prepare the filed claims' summary schedule.                          | 6.50  |
|            | TPJ | Teleconference with Brad Sharp, Brian Calvert, Nick Troszak, Shelly Cuff, Spencer Ferrero and James Armstrong regarding status and work to be done. | 0.40  |
| 09/20/2019 | ADW | Comprehensive review of proofs of claim based upon tort and annotate master summary.                                    | 1.90  |
|            | ADW | Supplemental review of proofs of claim and denote tort claims accordingly.                                              | 1.60  |
|            | ADW | Analysis of proofs of claim for pertinent tort information and transfer same to master summary.                         | 1.80  |
|            | ADW | Attention to review of filed proofs of claim and denote tort claimant information accordingly.                          | 1.90  |
|            | ADW | Substantive analysis and review of proofs of claim for tort based actions.                                              | 1.70  |
|            | ADW | Further review of proofs of claim and denote tort information accordingly.                                              | 1.80  |
|            | ADW | Comprehensive review of proofs of claim based upon tort and annotate master summary.                                    | 1.80  |
|            | RBC | Identify certain data for damages calculations.                                                                         | 2.10  |
|            | RBC | Review certain publications regarding damages.                                                                          | 0.80  |
|            | MY  | Review and analyze the received claims in order to prepare the filed claims' summary schedule.                          | 5.50  |
|            | TPJ | Review and e-mails with Bridget McCabe regarding damages model.                                                         | 0.30  |
| 09/23/2019 | SLC | Telephone calls (4) with Nick Troszak regarding claims filed.                                                           | 0.50  |
|            | ADW | Further review of filed proofs of claims for pertinent tort-related information.                                        | 1.70  |

Pacific Gas & Electric Company

| | | | HOURS |
|---|---|---|---|
| | ADW | Review proofs of claim and annotate applicable tort information onto master file. | 1.80 |
| | ADW | Substantive analysis of tort claims and select data within master spreadsheet. | 1.90 |
| | ADW | Detail review of claims and incorporate requisite tort information into master data set. | 1.80 |
| | ADW | Additional supplemental analysis and review of claims (1.4), incorporate applicable information within master summary for applicable tort related claims (0.5). | 1.90 |
| | ADW | Attention to organization and detail of master tort claims summary. | 1.90 |
| | NRT | Review data worksheets produced to counsel in order to reply to counsel's inquiry. | 1.30 |
| | MY | Review and analyze the received claims in order to prepare the filed claims' summary schedule. | 1.60 |
| | RBC | Review correspondence from counsel regarding damages. | 0.30 |
| | TPJ | Review and discussions with Nick Troszak regarding the field tort claims analysis. | 0.40 |
| 09/24/2019 | SGF | Review claims register to determine needed data to enable communication between claims and model source data for claims analysis. | 0.60 |
| | SLC | Update columns in claims review spreadsheet and standardize data categories. | 0.60 |
| | ADW | Attention to master summary spreadsheet containing tort claims information. | 1.80 |
| | ADW | Review and revisions to the master summary spreadsheet. | 1.80 |
| | ADW | Review of proofs of claim for tort-related claims and incorporate requisite information within master summary. | 1.90 |
| | ADW | Review claims and compile requisite information therein. | 1.40 |
| | ADW | Analysis of proofs of claim and transfer required tort information within master summary. | 1.70 |
| | ADW | Further claims review and analysis of tort claims. | 1.80 |
| | NRT | Review claims analysis in order to determine additional information to be included and data to be organized. | 1.30 |
| | MY | Review and analyze the received claims in order to prepare the filed claims' summary schedule. | 5.20 |
| 09/25/2019 | SGF | Conference call with Nick Troszak and James Armstrong regarding claims data. | 0.30 |
| | SGF | Review and analyze worksheet from claims agent for wildfire claims for inclusion in claims analysis. | 2.40 |
| | SGF | Review and analyze worksheet from claims agent to standardize data for inclusion in claims analysis. | 2.60 |
| | ADW | Detail review of proofs of claim and annotate tort summary, if applicable. | 1.80 |
| | ADW | Review and analyze proofs of claim for tort related basis. | 1.40 |
| | ADW | Continue extensive review of claims and denote requisite information thereto. | 1.00 |
| | ADW | Supplemental analysis and review of claims, incorporate applicable information within master summary for applicable tort-related claims. | 1.20 |
| | ADW | Additional review of proofs of claim (0.9) and incorporate applicable claims information within master tort summary (0.4). | 1.30 |

|  |  |  | HOURS |
|---|---|---|---|
|  | ADW | Continue review of claims and annotate tort summary accordingly, if applicable. | 1.10 |
|  | ADW | Further analysis and review of claims, incorporate applicable information within master summary for applicable tort-related claims. | 1.10 |
|  | ADW | Multiple teleconferences with Nick Troszak and Spencer Ferrero regarding the tort proof of claim data set. | 0.50 |
|  | NRT | Telephone call with S. Ferrero and J. Armstrong regarding the claims analysis. | 0.30 |
|  | NRT | Review fire victims worksheet website in order to understand data type and format of information captured in order to determine most efficient way to utilize information. | 1.20 |
|  | NRT | Multiple conversations regarding updated claims analysis with claimant address. | 0.30 |
|  | MY | Review and respond to Andrew Wagner's e-mail in connection with claims summary and discuss same with Nick Troszak. | 0.20 |
|  | MY | Work on updating the addresses for received claims. | 3.20 |
|  | RBC | Factual development on certain data to calculate damages. | 1.50 |
|  | RBC | Review certain docket entries. | 0.40 |
|  | JOA | Review and analyze tort claims filed. | 0.40 |
|  | JOA | Telephone call with Nick Troszak, James Armstrong and Spencer Ferrero to discuss tort claims filed. | 0.30 |
| 09/26/2019 | SGF | Review and analyze claims data to standardize data for inclusion in claims analysis. | 2.80 |
|  | SGF | Review and analyze claims data to standardize additional data for inclusion in claims analysis. | 2.90 |
|  | ADW | Attention to review of filed proofs of claim and denote tort claimant information accordingly. | 1.90 |
|  | ADW | In-depth analysis and review of proofs of claim for tort based actions. | 1.70 |
|  | ADW | Additional review of proofs of claim and denote tort information accordingly. | 1.80 |
|  | ADW | Comprehensive review of proofs of claim based upon tort and annotate master summary. | 1.70 |
|  | ADW | Further review of proofs of claim and denote tort claims. | 1.60 |
|  | ADW | Analysis of proofs of claim for pertinent tort information and transfer same to master summary. | 1.70 |
|  | NRT | Review the updated claims analysis. | 0.80 |
|  | NRT | Conversations with staff regarding claims analysis status. | 0.60 |
|  | MY | Work on updating the addresses for received claims. | 6.30 |
|  | TPJ | Review and discussions with Nick Troszak and Spencer Ferrero regarding the filed tort claims analysis. | 0.50 |
| 09/27/2019 | SGF | Review and analyze claims data to standardize data for inclusion in claims analysis. | 2.90 |
|  | SGF | Review and analyze claims data to standardize additional data for inclusion in claims analysis. | 2.80 |
|  | ADW | Attention to review of filed proofs of claim and denote tort claimant information accordingly. | 1.80 |
|  | ADW | Supplemental analysis and review of proofs of claim for tort-based actions. | 1.60 |
|  | ADW | Supplemental review of proofs of claim and denote tort information accordingly. | 1.90 |
|  | ADW | Comprehensive review of proofs of claim based upon tort and annotate master summary. | 1.80 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | ADW | In-depth review of proofs of claim for tort actions. | 1.80 |  |
|  | ADW | Review of and revisions to master summary tort spreadsheet. | 1.20 |  |
|  | MY | Work on updating the addresses for received claims. | 6.20 |  |
|  | RBC | Review certain data to calculate potential damages. | 0.80 |  |
|  | JOA | Review and analyze tort claims filed. | 1.20 |  |
| 09/30/2019 | ADW | Further review of proofs of claim for pertinent tort-related information. | 1.90 |  |
|  | ADW | Review proofs of claim and annotate applicable tort information onto the master file. | 1.70 |  |
|  | ADW | Additional analysis of tort claims and select data within master spreadsheet. | 1.60 |  |
|  | ADW | Detailed review of claims and incorporate requisite tort information into master data set. | 1.80 |  |
|  | ADW | Attention to review of tort claims and compile data in master claims file. | 1.60 |  |
|  | ADW | Attention to organization and detail of master tort claims summary. | 1.70 |  |
|  | ADW | Reconcile claims data of claims agent with claims data contained in master claims summary and determine any missing claims. | 0.70 |  |
|  | SLC | Telephone call with Bridget McCabe, Brian Calvert, James Armstrong and expert consultant regarding damages sustained by victims of the California wildfires. | 0.30 |  |
|  | SLC | Compile documents responsive to request from Bridget McCabe. | 0.20 |  |
|  | RBC | Assemble data for the damages analysis in advance of a call with counsel and expert consultant per counsel's request. | 1.70 |  |
|  | RBC | Telephone call with counsel, Shelly Cuff, James Armstrong and expert consultant to discuss the damages analysis. | 0.30 |  |
|  | RBC | Analysis of certain docket entries. | 0.70 |  |
|  | RBC | Analysis of certain data to support damages analysis. | 1.60 |  |
|  | MY | Work on updating the addresses for the received claims. | 7.20 |  |
|  | JOA | Telephone call with Bridget McCabe, Brian Calvert, James Armstrong, Shelly Cuff and expert consultant regarding damages sustained by victims of the California wildfires. | 0.30 |  |
|  |  | Claims Analysis/Objections | 620.40 | 238,187.50 |
| 09/10/2019 | SLC | Travel to San Francisco, CA, from Los Angeles, CA. | 2.00 |  |
|  | RBC | Travel from Burbank, CA, to San Francisco, CA. | 2.00 |  |
| 09/11/2019 | JOA | Travel to San Francisco, CA, from Portland, OR, to attend meeting with expert consultant and TCC counsel. | 2.00 |  |
|  | JOA | Travel from San Francisco, CA, to Portland, OR, after meeting with subject matter expert and TCC counsel. | 2.00 |  |
|  | NRT | Travel to San Francisco, CA, from Los Angeles, CA, to attend the meeting with expert consultant and the TCC counsel. | 2.00 |  |
|  | NRT | Travel from San Francisco, CA, to Los Angeles, CA, after the meeting with expert consultant and TCC counsel. | 2.00 |  |
|  | TPJ | Travel to San Francisco, CA, for meeting with tort claimants' committee counsel, counsel for committee |  |  |

Pacific Gas & Electric Company

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | members and expert consultant. | 2.00 |  |
|  | TPJ | Travel from San Francisco, CA, for meeting with tort claimants' committee counsel, counsel for committee members and expert consultant. | 2.00 |  |
| 09/12/2019 | RBC | Travel from San Francisco, CA, to Burbank, CA. | 2.00 |  |
|  |  | Travel | 18.00 | 9,020.00 |

FOR THE FOREGOING PROFESSIONAL SERVICES RENDERED: 674.90  262,104.00

RECAPITULATION

| CONSULTANT | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| B. D. Sharp | 4.70 | $685.00 | $3,219.50 |
| T.P. Jeremiassen | 44.50 | 575.00 | 25,587.50 |
| N.R. Troszak | 52.80 | 485.00 | 25,608.00 |
| S.G. Ferrero | 67.80 | 350.00 | 23,730.00 |
| R. B. Calvert | 85.00 | 640.00 | 54,400.00 |
| S. L. Cuff | 66.20 | 360.00 | 23,832.00 |
| T. J. Frey | 16.50 | 325.00 | 5,362.50 |
| A. D. Wagner | 212.90 | 350.00 | 74,515.00 |
| J. O. Armstrong | 33.90 | 375.00 | 12,712.50 |
| M. Yedidsion | 90.60 | 145.00 | 13,137.00 |

TOTAL CURRENT WORK                                       262,104.00

BALANCE DUE                                            $262,104.00

Pacific Gas & Electric Company

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | members and expert consultant. | 2.00 |  |
|  | TPJ | Travel from San Francisco, CA, for meeting with tort claimants' committee counsel, counsel for committee members and expert consultant. | 2.00 |  |
| 09/12/2019 | RBC | Travel from San Francisco, CA, to Burbank, CA. | 2.00 | |
|  |  | Travel | 18.00 | 9,020.00 |
|  |  | FOR THE FOREGOING PROFESSIONAL SERVICES RENDERED: | 674.90 | 262,104.00 |

RECAPITULATION

| CONSULTANT | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| B. D. Sharp | 4.70 | $685.00 | $3,219.50 |
| T.P. Jeremiassen | 44.50 | 575.00 | 25,587.50 |
| N.R. Troszak | 52.80 | 485.00 | 25,608.00 |
| S.G. Ferrero | 67.80 | 350.00 | 23,730.00 |
| R. B. Calvert | 85.00 | 640.00 | 54,400.00 |
| S. L. Cuff | 66.20 | 360.00 | 23,832.00 |
| T. J. Frey | 16.50 | 325.00 | 5,362.50 |
| A. D. Wagner | 212.90 | 350.00 | 74,515.00 |
| J. O. Armstrong | 33.90 | 375.00 | 12,712.50 |
| M. Yedidsion | 90.60 | 145.00 | 13,137.00 |

TOTAL CURRENT WORK                                    262,104.00

BALANCE DUE                                          $262,104.00