**EXHIBIT E**

**Exhibit E**
Expense Detail
For the Period September 1, 2019 to September 30, 2019

**Reimbursable Expenses**

**Airfare**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 09/06/19 | Nicholas Troszak | Round trip from Los Angeles, CA to Oakland, CA to attend case meetings. | $ 525.96 |
| 09/06/19 | Brian Calvert | Round trip from Burbank, CA to San Francisco, CA to attend case meetings. | 571.96 |
| 09/11/19 | James Armstrong | Round trip from Portland, OR to San Francisco, CA to attend case meetings. | 667.96 |
| 09/07/19 | Thomas Jeremiassen | Round trip from Los Angeles, CA to Oakland, CA to attend case meetings. | 525.96 |
| 09/09/19 | Shelly Cuff | One way from Burbank, CA to San Francisco, CA to attend case meetings. | 219.30 |
| 09/09/19 | Shelly Cuff | One way from San Francisco, CA to Philadelphia, PA from attending case meetings. | 331.30 |
| | | Total Airfare | $ 2,842.44 |

**Hotel**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 09/12/19 | Brian Calvert | Hotel stay at Le Meridian San Francisco from 9/10/19 to 9/12/19 while attending case meetings. | $ 1,200.00 |
| 09/12/19 | Shelly Cuff | Hotel stay at Hotel Adagio from 9/10/19 to 9/12/19 while attending case meetings. | 1,200.00 |
| | | Total Hotel | $ 2,400.00 |

**Meals**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 09/11/19 | Nicholas Troszak | Breakfast at LAX Coffee Bean while traveling to San Francisco for case meetings. | $ 3.50 |
| 09/10/19 | Brian Calvert | Dinner at Epic Steak while traveling to San Francisco for case meetings. | 75.00 |
| 09/11/19 | Brian Calvert | Dinner at Hog Island Oyster while traveling to San Francisco for case meetings. | 75.00 |
| 09/12/19 | Shelly Cuff | Breakfast at Dogpatch while traveling to San Francisco for case meetings. | 16.82 |
| | | Total Meals | $ 170.32 |

**Transportation**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 09/06/19 | Nicholas Troszak | Public transportation from airport to case meeting location. | $ 22.00 |
| 09/10/19 | Brian Calvert | Taxi from airport to case meeting location. | 84.06 |
| 09/10/19 | Shelly Cuff | Uber from airport to hotel while traveling to San Francisco for case meetings. | 36.82 |
| 09/11/19 | Thomas Jeremiassen | Public transportation from airport to case meeting location. | 22.00 |
| 09/11/19 | Thomas Jeremiassen | Parking at LAX while traveling to San Francisco for case meetings. | 40.00 |
| 09/11/19 | James Armstrong | Public transportation from airport to case meeting location. | 22.00 |
| 09/11/19 | James Armstrong | Parking at Portland airport while traveling to San Francisco for case meetings. | 27.00 |
| 09/12/19 | Brian Calvert | Parking at Burbank airport while traveling to San Francisco for case meetings. | 72.00 |
| 09/12/19 | Brian Calvert | Uber from hotel to airport while traveling to San Francisco for case meetings. | 80.80 |
| 09/12/19 | Shelly Cuff | Uber from hotel to airport while traveling to San Francisco for case meetings. | 29.91 |
| 09/15/19 | Shelly Cuff | Uber from airport to home while traveling to San Francisco for case meetings. | 28.12 |
| 09/15/19 | Shelly Cuff | Uber from home to airport while traveling to San Francisco for case meetings. | 43.89 |
| | | | $ 508.60 |

**Miscellaneous Expenses**

| Date | Professional | Description | Amount |
|---|---|---|---|
| 09/01/19 | DSI | AT&T Teleconference | $ 167.13 |
| 09/15/19 | Shelly Cuff | Wifi while traveling. | 51.97 |
| 09/30/19 | DSI | Photocopy charges - Los Angeles (155 pages @$0.10/page) | 15.50 |
| | | Total Miscellaneous | $ 234.60 |
| | | Total Expenses | $ 6,155.96 |