1 | Robert A. Julian (SBN 88469)
2 | Cecily A. Dumas (SBN 111449)
  | BAKER & HOSTETLER LLP
3 | 600 Montgomery Street, Suite 3100
  | San Francisco, CA 94111-2806
4 | Telephone: 415-659-2900
  | Facsimile: 415-659-2601
5 | Email: rjulian@bakerlaw.com
  | Email: cdumas@bakerlaw.com

6 | Eric E. Sagerman (SBN 155496)
7 | David J. Richardson (SBN 168592)
  | Lauren T. Attard (SBN 320898)
8 | BAKER & HOSTETLER LLP
  | 11601 Wilshire Boulevard, Suite 1400
9 | Los Angeles, CA 90025
  | Telephone:   310.820.8800
10| Facsimile:   310.820.8859
  | Email:  esagerman@bakerlaw.com
11| Email:  drichardson@bakerlaw.com
  | Email:  lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088-(DM) |
| **PG&E CORPORATION** | Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF SUBPOENA ISSUED TO A PLUS TREE COMPANY; A PLUS TREE INC.; BLACK & VEATCH CONSTRUCTION, INC.; BORDGES TIMBER, INC.; CANUS CORPORATION; CRUX SUBSURFACE, INC.; INTREN, INC.; MARIO'S TREE SERVICE; NORTHSTAR CONSULTING GROUP; OLIVER WYMAN; PAR ELECTRICAL CONTRACTORS, INC.; PAR ENVIRONMENTAL SERVICES, INC.; PRICEWATERHOUSECOOPERS LLP; QUANTUM SPATIAL, INC.; SCOTT TIMBER CONTRACTING; AND WINDY TREE, INC.** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

1  **PLEASE TAKE NOTICE** that on or about January 15, 2020, counsel for the Official
2  Committee of Tort Claimants ("**TCC**") issued and intends to serve subpoenas to produce
3  documents, information, and/or objects (the "**Production Subpoenas**") on the entities identified
4  below. Copies of the Production Subpoenas are attached hereto as follows:

- **Exhibit 1** – **A Plus Tree Company**
- **Exhibit 2 – A Plus Tree Inc.**
- **Exhibit 3 – Black & Veatch Construction, Inc.**
- **Exhibit 4 – Bordges Timber, Inc.**
- **Exhibit 5 – Canus Corporation**
- **Exhibit 6 – Crux Subsurface, Inc.**
- **Exhibit 7 – Intren, Inc.**
- **Exhibit 8 – Mario's Tree Service**
- **Exhibit 9 – Northstar Consulting Group**
- **Exhibit 10 – Oliver Wyman**
- **Exhibit 11 – PAR Electrical Contractors, Inc.**
- **Exhibit 12 – PAR Environmental Services, Inc.**
- **Exhibit 13 – PricewaterhouseCoopers LLP**
- **Exhibit 14 – Quantum Spatial, Inc.**
- **Exhibit 15 – Scott Timber Contracting**
- **Exhibit 16 – Windy Tree, Inc.**

The items requested to be produced in the Production Subpoenas are described in **Exhibit A** to each of the Production Subpoenas.

Dated: January 15, 2020

BAKER & HOSTETLER LLP

By: */s/ David J. Richardson*
Robert A. Julian
Cecily A. Dumas
David J. Richardson

*Attorneys for The Official Committee of Tort Claimants*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2020, the foregoing was been served upon all parties or their attorneys in a manner authorized by Federal Rule of Civil Procedure 5(b)(1).

*/s/ David J. Richardson*
David J. Richardson