**Entered on Docket
January 15, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: January 15, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date: January 21, 2020<br>Time: 10:00 AM<br>Place: Courtroom 17<br>       450 Golden Gate Ave.<br>       16th Floor<br>       San Francisco, CA |

**FURTHER MEMORANDUM REGARDING CONFIRMATION ISSUES**

On November 15, 2019, the court issued a Memorandum Regarding Confirmation Issues (Dkt. No. 4760) ("November 15, 2019 Memorandum"). The court identified various issues that needed to be resolved in the coming months. A confirmation status conference was set on that memorandum for December 10, 2019. Since then, many significant events have occurred that need not be repeated here. For good reasons, therefore, the

confirmation status conference has been continued several times, and is now set for January 21, 2020.

The January 14, 2020 hearing on the Make-Whole issue was also continued to January 21 based on representations of counsel that the parties were discussing a possible resolution. If further time is needed, the court is willing to continue some or all of the matters scheduled for January 21 to January 29, 2020. If that occurs, Debtors' counsel needs to notify the Courtroom Deputy and file on the public docket, no later than January 17, 2020, a notice of continuance to January 29.

It should not go unnoticed that January 29, 2020 will mark exactly one year since these chapter 11 cases were filed. That date also reminds us that AB 1054's June 30 deadline will then only be five months and a couple of days away. For that reason alone, the court is unwilling to continue the confirmation status conference beyond January 29, 2020, even if the parties and their counsel need further time to deal with the possible resolution of the Make-Whole issue or other contested matters.

In the November 15, 2019 Memorandum, the court directed principal counsel to discuss the contours of an anticipated disclosure statement. (See November 15, 2019 Memorandum, at 3:17-28) The time has come to transition those discussions into action and scheduling items. Therefore, at the continued confirmation status conference, (whether on January 21 or January 29) the court will discuss with counsel a timetable for the following:

- Updating Debtors' and Shareholder Proponents' December 12, 2019 Joint Chapter 11 Plan of Reorganization (Dkt. 5101);

- Updating the Joint Chapter 11 Plan of Reorganization of Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders (Dkt. No. 4257) if the Ad Hoc Committee of Senior Unsecured Noteholders intends to continue to go forward with its alternate plan without the TCC as co-sponsor;

- A date for a hearing on approval of Debtors' disclosure statement or a joint disclosure statement;

- Specific information to be incorporated into any disclosure statement outlining the details of the two trusts to be implemented under a confirmed plan. More specifically, fire survivors and state and federal agencies (See Dkt. Nos. 5087 and 5104) and subrogation claimants who will be beneficiaries of those trusts need to understand adequately how claims will be liquidated and paid, consistent with AB 1054 and the court's orders approving the two RSAs; and

- The anticipated date for commencement of a confirmation hearing.

The court also needs to be brought up to date on any issues counsel have identified as requested in paragraph 4 of the November 15, 2019 Memorandum so that appropriate schedules can be implemented.

**\*\*END OF MEMORANDUM\*\***