# UNITED STATES BANKRUPTCY COURT
## Northern District of California

*In re PG&E Corporation and Pacific Gas and Electric Company*
Case Number: 19-30088 (DM)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

VonWin Capital Management, L.P.
Name of Transferee

DK AG
Name of Transferor

Name and Address where notices to transferee should be sent:

Proof of Claim #: **1883**
POC Amount: $9,850.00
Debtor: Pacific Gas and Electric Company

261 Fifth Avenue, 22nd Floor
New York, NY 10016

Phone: (212) 889-1601
Last Four Digits of Acct #: N/A

Phone: 916-753-9577
Last Four Digits of Acct #: N/A

Name and Address where transferee Payments should be sent (if different from above):

**SAME ADDRESS AS ABOVE**

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: 1/16/2020