UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Pacific Gas & Electric Corp., *et al.*

Debtors.

Chapter 11

Case No. 19-30088 Chapter 11

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Stantec Consulting Services Inc.**
Name of Transferor
Phone: (805) 250-2866
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

**Marble Ridge Master Fund LP
c/o Marble Ridge Capital LP
1250 Broadway, Suite 2601
New York, New York 10001
Attn: Kamand Daniels**

**Marble Ridge Master Fund LP**
Name of Transferee
Phone: (212) 858-0620
Last Four Digits of Acct #: N/A

Claim No: 64655, as amended by Claim No 88060
Debtor: Pacific Gas and Electric Company (19-30089)
Date Filed: October 18, 2019

Total Amount of Claim: $3,775,898.86
**Transferred Amount of Claim: $3,775,898.86**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 1/10/20
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court
Northern District of California
Attn: Clerk

AND TO:     Pacific Gas and Electric Company, *et al.* ("Debtor")

Claim No.: 64655, as amended by Claim No. 88060

**STANTEC CONSULTING SERVICES INC.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Claim Purchase Agreement dated December 19, 2019, does hereby certify that it has irrevocably sold, transferred and assigned to:

**MARBLE RIDGE MASTER FUND LP**
**1250 Broadway, Suite 2601**
**New York, New York 10001**

its successors and assigns ("Buyer"), all right, title and interest in and to the claims of Seller against the Debtor for $3,775,898.86 (the "Claim"), as represented by the docketed proof of claim no. 64655, as amended by claim no. 88060 in the United States Bankruptcy Court for the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case, as more fully set forth in the Claim Purchase Agreement. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of January 10, 2020.

| | |
|---|---|
| **STANTEC CONSULTING SERVICES INC.** | **MARBLE RIDGE MASTER FUND LP** |
| By: *(signature)* | By: *(signature)* |
| Name: Christy J. Leonard | Name: Kamand Daniels |
| Title: Managing Counsel | Title: CCO/GC |

{330/00001/TRP/A0400025.DOCX}      2