JOSEPH H. HUNT
Assistant Attorney General
RUTH A. HARVEY
Director
KIRK MANHARDT
Deputy Director
MATTHEW J. TROY (GABN 717258)
Senior Trial Counsel
MICHAEL S. TYE (DCBN 488101)
United States Department of Justice
Trial Attorney
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875
Telephone: (202) 305-2419
E-mail: Michael.Tye@usdoj.gov

DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
Assistant United States Attorney

Attorneys for the United States of America

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| | (Jointly Administered) |
| **Debtors.** | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |
| ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Company ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**TO:** CLERK OF THE COURT, THE U.S. TRUSTEE, DEBTOR, ATTORNEYS OF RECORD

NOTICE OF APPEARANCE
19BK30088 (DM)

**AND PARTIES IN INTEREST**

Pursuant to Rule 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, the United States of America, Federal Energy Regulatory Commission, among other agencies and departments of the United States, hereby appears through the United States Department of Justice, Civil Division, and requests service of all notices and papers herein upon:

Michael S. Tye
United States Department of Justice
Civil Division

via regular mail
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

or

via overnight delivery
1100 L Street, N.W.
Room 10030
Washington, DC 20530

Please take notice that this demand includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtors, their property, or their estates. Please take further notice that neither this notice nor any later appearance, pleading, proof of claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to these chapter 11 cases, (iii) the right to have the United States District Court for the Northern District of California withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) any election of remedy, and (vi) any other rights, claims, actions, defenses, set offs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, set offs and recoupments are expressly reserved.

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: January 17, 2020 | Respectfully submitted, |
| 3 | | /s/ Michael S. Tye |
| | | MICHAEL S. TYE |
| 4 | | Trial Attorney |
| 5 | | Attorney for United States |

NOTICE OF APPEARANCE

Case: 19-30088    Doc# 5400    Filed: 01/17/20    Entered: 01/17/20 07:30:50    Page 3 of 4

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2020, I electronically filed the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Michael Tye
Michael Tye
Trial Attorney
Attorney for United States