UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
JOSEPH H. HUNT
Assistant Attorney General
RUTH A. HARVEY
Director
KIRK MANHARDT
Deputy Director
MATTHEW J. TROY
Senior Trial Counsel
DANIELLE A. PHAM (CABN 269915)
Trial Attorney
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875
Telephone: (202) 514-7451
E-mail: danielle.pham@usdoj.gov

DAVID L. ANDERSON (CABN 149604)
United States Attorney
ROBIN M. WALL (CABN 235690)
Assistant United States Attorney

Attorneys for the United States of America

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| **Debtors.** | (Jointly Administered) |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

PLEASE TAKE NOTICE that Danielle A. Pham hereby withdraw as counsel for the United States in the above-captioned case and respectfully requests that Ms. Pham be removed from the Court's electronic e-mail notification list. Matthew Troy (GA Bar No. 717258) and Michael S. Tye (DCBN 488101) will continue to represent the United States in this matter. The undersigned confirms that Mr. Troy and Mr. Tye consents to the foregoing change.

Dated: January 17, 2019            Respectfully submitted,

                                   JOSEPH H. HUNT
                                   Assistant Attorney General

                                   DAVID L. ANDERSON (CA Bar No. 149604)
                                   United States Attorney
                                   Northern District of California

                                   RUTH A. HARVEY
                                   Director

                                   KIRK MANHARDT
                                   Deputy Director

                                   /s/ Danielle A. Pham
                                   MATTHEW TROY (GA Bar No. 717258)
                                   Senior Trial Counsel
                                   DANIELLE A. PHAM (CA Bar No. 269915)
                                   Trial Attorneys
                                   U.S. Department of Justice, Civil Division
                                   P.O. Box 875, Ben Franklin Station
                                   Washington, D.C. 20044-0875
                                   Telephone: (202) 514-7451
                                   Facsimile: (202) 514-9163
                                   E-mail: danielle.pham@usdoj.gov

                                   *Attorneys for the United States*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2020, I electronically filed the foregoing NOTICE OF SUBSTITUTION OF ATTORNEY with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/Danielle A. Pham
DANIELLE A. PHAM
Commercial Litigation Branch
Civil Division
United States Department of Justice

U.S. Department of Justice
P.O. Box 875
Washington, DC 20044-0875