# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

# CERTIFICATE OF SERVICE

I, Jamie B. Herszaft, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On January 14, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Standard Parties Service List attached hereto as **Exhibit A**:

- Debtors' Objection to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders for Reconsideration and Relief from Orders [Docket No. 5365]

- Debtors' Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Class Proof of Claim [Docket No. 5369]

- Declaration of Christina Pullo (I) Regarding Implementation of the Debtors' Notice Procedures and (II) In Support of the Debtors' Objection to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Proof of Claim [Docket No. 5370]

- Declaration of Benjamin P.D. Schrag (I) Regarding Implementation of the Debtors' Notice Procedures and Supplemental Notice Plan and (II) In Support of the Debtors' Objection to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Proof of Claim [Docket No. 5371]

- Declaration of Jeanne C. Finegan (I) Regarding Implementation of the Debtors' Notice Procedures and Supplemental Notice Plan and (II) In Support of the Debtors' Objection to

- Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Proof of Claim [Docket No. 5372]

- Debtors' Request for Judicial Notice in Support of Debtors' Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Proof of Claim [Docket No. 5374]

- Debtors' Supplemental Brief in Further Opposition to Todd Hearn's Motion for Relief from Automatic Stay [Docket No. 5380]

- Supplemental Declaration of Stacy Campos in Support of Debtors' Supplemental Opposition to Todd Hearn's Motion for Relief from Automatic Stay [Docket No. 5381]

3. On January 14, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Fee Application Service List attached hereto as **Exhibit B**:

- Monthly Fee Statement of Berman and Todderud for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of November 1, 2019 through November 30, 2019 [Docket No. 5363]

4. On January 14, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via email on Akin Gump Strauss Hauer & Feld LLP, Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter, Abid Queshi and Ashley Vinson Crawford, (mstamer@akingump.com; idizengoff@akingump.com; dbotter@akingump.com; aqureshi@akingump.com; avcrawford@akingump.com):

- Debtors' Objection to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders for Reconsideration and Relief from Orders [Docket No. 5365]

5. On January 14, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on Labaton Sucharow LLP, Attn: Thomas A. Dubs, Louis Gottlieb, Carol C. Villegas, Jeffrey A. Dublin, 140 Broadway, New York, NY 10005; Lowenstein Sandler LLP, Attn: Michael S. Etkin, Andrew Behlmann, One Lowenstein Drive, Roseland, NJ 07068; and Michelson Law Group, Attn: Randy Michelson, 220 Montgomery Street, Suite 2100, San Francisco, CA 94104:

- Debtors' Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Class Proof of Claim [Docket No. 5369]

- Declaration of Christina Pullo (I) Regarding Implementation of the Debtors' Notice Procedures and (II) In Support of the Debtors' Objection to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Proof of Claim [Docket No. 5370]

- Declaration of Benjamin P.D. Schrag (I) Regarding Implementation of the Debtors' Notice Procedures and Supplemental Notice Plan and (II) In Support of the Debtors' Objection to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Proof of Claim [Docket No. 5371]

- Declaration of Jeanne C. Finegan (I) Regarding Implementation of the Debtors' Notice Procedures and Supplemental Notice Plan and (II) In Support of the Debtors' Objection to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Proof of Claim [Docket No. 5372]

- Debtors' Request for Judicial Notice in Support of Debtors' Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Proof of Claim [Docket No. 5374]

6. Additionally, on January 14, 2020, at my direction and under my supervision, employees of Prime Clerk caused a "CHAMBERS COPY" of the following documents to be delivered via first class mail to the U.S. Bankruptcy Court Northern District of CA, Attn: Honorable Dennis Montali, 450 Golden Gate Ave, 18th Floor, San Francisco, CA 94102:

- Debtors' Objection to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders for Reconsideration and Relief from Orders [Docket No. 5365]

- Debtors' Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Class Proof of Claim [Docket No. 5369]

- Declaration of Christina Pullo (I) Regarding Implementation of the Debtors' Notice Procedures and (II) In Support of the Debtors' Objection to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Proof of Claim [Docket No. 5370]

- Declaration of Benjamin P.D. Schrag (I) Regarding Implementation of the Debtors' Notice Procedures and Supplemental Notice Plan and (II) In Support of the Debtors' Objection to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Proof of Claim [Docket No. 5371]

- Declaration of Jeanne C. Finegan (I) Regarding Implementation of the Debtors' Notice Procedures and Supplemental Notice Plan and (II) In Support of the Debtors' Objection to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Proof of Claim [Docket No. 5372]

- Debtors' Request for Judicial Notice in Support of Debtors' Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Proof of Claim [Docket No. 5374]

- Debtors' Supplemental Brief in Further Opposition to Todd Hearn's Motion for Relief from Automatic Stay [Docket No. 5380]

- Supplemental Declaration of Stacy Campos in Support of Debtors' Supplemental Opposition to Todd Hearn's Motion for Relief from Automatic Stay [Docket No. 5381]

7. I have reviewed the Notices of Electronic Filing for the above-listed documents, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

8. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 17th day of January 2020, at New York, NY.

_____
Jamie B. Herszaft

# Exhibit A

# Exhibit A
## Standard Parties Service List
### Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | 11601 Wilshire Blvd. | Suite 1400 | Los Angeles | CA | 90025-0509 | | First Class Mail |
| BAKER & HOSTETLER, LLP | Attn: Robert A. Julian, Cecily A. Dumas | | | | | | rjulian@bakerlaw.com cdumas@bakerlaw.com | Email |
| BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | | | | | | esagerman@bakerlaw.com lattard@bakerlaw.com | Email |
| Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | | | | | | eli.vonnegut@davispolk.com david.schiff@davispolk.com timothy.graulich@davispolk.com | Email |
| DLA PIPER LLP (US) | Attn: Joshua D. Morse | | | | | | joshua.morse@dlapiper.com | Email |
| DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley | | | | | | david.riley@dlapiper.com eric.goldberg@dlapiper.com | Email |
| Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | | | | | | tkeller@kellerbenvenutti.com jkim@kellerbenvenutti.com | Email |
| Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | 55 Hudson Yards | | New York | NY | 10001-2163 | | First Class Mail |
| Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | | | | | | Paronzon@milbank.com Gbray@milbank.com | Email |
| Milbank LLP | Attn: ANDREW M. LEBLANC | | | | | | aleblanc@milbank.com | Email |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | | | | | | James.L.Snyder@usdoj.gov | Email |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | | | | | | bhermann@paulweiss.com wrieman@paulweiss.com smitchell@paulweiss.com ndonnelly@paulweiss.com | Email |
| PG&E Corporation | Attn: President or General Counsel | 77 Beale Street | P.O. Box 77000 | San Francisco | CA | 94177 | | First Class Mail |
| Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | | | | | | khansen@stroock.com egilad@stroock.com mgarofalo@stroock.com | Email |
| U.S. Nuclear Regulatory Commission | Attn: General Counsel | | | Washington | DC | 20555-0001 | | First Class Mail |
| U.S. Nuclear Regulatory Commission | Attn: General Counsel | U.S. NRC Region IV | 1600 E. Lamar Blvd. | Arlington | TX | 76011 | | First Class Mail |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | | | | | | stephen.karotkin@weil.com matthew.goren@weil.com jessica.liou@weil.com | Email |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1

# **Exhibit B**

Exhibit B

Fee Application Service List

Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Baker & Hostetler LLP | Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq. | 11601 Wilshire Boulevard, Suite 1400 | | Los Angeles | CA | 90025-0509 | | First Class Mail |
| DLA PIPER LLP | Attn: Joshua D. Morse | 555 Mission Street | Suite 2400 | San Francisco | CA | 94105-2933 | | First Class Mail |
| DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley | | | | | | david.riley@dlapiper.com | Email |
| Fee Examiner | Attn: Bruce A. Markell | | | | | | bamexampge@gmail.com | Email |
| Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | | | | | | tkeller@kellerbenvenutti.com; jkim@kellerbenvenutti.com | Email |
| Milbank LLP | Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq. | 55 Hudson Yards | | New York | NY | 10001-2163 | | First Class Mail |
| Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | | | | | | Paronzon@milbank.com; Gbray@milbank.com | Email |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | 450 Golden Gate Ave | Suite 05-0153 | San Francisco | CA | 94102 | James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov | First Class Mail and Email |
| Pacific Gas & Electric Company | Attn: Janet Loduca, Esq. | 77 Beale Street | | San Francisco | CA | 94105 | | First Class Mail |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren , Rachael Foust | | | | | | stephen.karotkin@weil.com; matthew.goren@weil.com; jessica.liou@weil.com; rachael.foust@weil.com | Email |