# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from November 1, 2019 through November 30, 2019 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Tobias S. Keller | Partner | 1990 | 800 | 33.5 | $26,800 |
| Peter J. Benvenutti | Partner | 1974 | 800 | 77.6 | $62,080 |
| Jane Kim | Partner | 2003[1] | 650 | 20.7 | $13,455 |
| Keith A. McDaniels | Of Counsel | 1997 | 600 | .7 | $420 |
| Dara L. Silveira | Associate | 2010 | 400 | 101 | $40,400 |
| Thomas B. Rupp | Associate | 2011 | 400 | 77.6 | $31,040 |
| Hadley Roberts-Donnelly | Paralegal Trainee | N/A | 150 | 37.1 | $5,565 |
| **Total Professionals:** | | | | **348.2** | **$179,760** |

[1] Member of the California Bar since 2014

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 776 | 132.5 | $102,755 |
| Associates | 400 | 178.6 | $71,440 |
| **Blended Attorney Rate** | **560** | **311.1** | **$174,195** |
| Paraprofessionals and other non-legal staff | 150 | 37.1 | $5,565 |
| **Total Fees Incurred** | **516** | **348.2** | **$179,760** |