# EXHIBIT B

# COMPENSATION BY WORK TASK CODE FOR
# SERVICES RENDERED BY KELLER & BENVENUTTI LLP
# NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Omnibus & Miscellaneous Court Appearances | 34.2 | $10,155 |
| 004 | General Case Administration | 35.9 | $12,355 |
| 005 | Automatic Stay Proceedings | 113.2 | $68,425 |
| 007 | Professional Retention and Compensation – Keller & Benvenutti | 23.6 | $9,400 |
| 008 | Professional Retention and Compensation – Other Professionals | 39.1 | $15,855 |
| 014 | Employee Matters | 1.6 | $1,265 |
| 015 | Supplier Issues | 9.1 | $3,800 |
| 018 | Executory Contract Issues | 1.6 | $715 |
| 021 | Plan – Advice, Strategy and Negotiation | 26.3 | $20,585 |
| 022 | Plan and Disclosure Statement – Preparation of Documents | 9.5 | $4,950 |
| 026 | Wildfire Litigation | 4.3 | $2,345 |
| 027 | Claims Review | 13.3 | $8,105 |
| 028 | Claim Disputes and Resolution | 20.7 | $11,890 |
| 032 | USDC Probation Compliance | .7 | $420 |
| 036 | Miscellaneous Litigation Issues and Advice | 15 | $9,415 |
| 037 | Appeals | .1 | $80 |
| **TOTAL** | | **348.2** | **$179,760** |