# EXHIBIT C

## EXPENSE SUMMARY
## NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $0 |
| Meals | $0 |
| Travel | $0 |
| Transportation | $13.41 |
| Printing and Duplication | $3,534 |
| Transcription Services | $1,127.45 |
| Telephone Conferencing | $0 |
| Messenger | $410.96 |
| Filing Fees | $2,790 |
| Other (PG&E Billing Software) | $1,250 |
| **Total Expenses Requested:** | **$9,125.82** |