**EXHIBIT E**



650 California Street, Suite 1900  
San Francisco, CA 94108  
Email: admin@kellerbenvenutti.com

Billing Statement No. 112019  
Date: 01/17/2020  
Due Upon Receipt

PG&E Corporation  
Attn: Janet Loduca  
77 Beale Street  
San Francisco, CA 94105

## 00138-31 PG&E

## Chapter 11 representation- Expenses

| Type | Date | Description | Quantity | Rate | Fees and Expenses Total |
|---|---|---|---|---|---|
| Expense | 11/04/2019 | E109 Local travel: Car to Status Conference Hearing 11/4. | 1.00 | $13.41 | $13.41 |
| Expense | 11/15/2019 | E112 Court fees: Pro Hac Vice (C. Beshara, CSM) | 1.00 | $310.00 | $310.00 |
| Expense | 11/15/2019 | E112 Court fees: Pro Hac Vice (S. Johnson, CSM) | 1.00 | $310.00 | $310.00 |
| Expense | 11/15/2019 | E112 Court fees: Pro Hac Vice (M. Valladares, CSM) | 1.00 | $310.00 | $310.00 |
| Expense | 11/15/2019 | E112 Court fees: Pro Hac Vice ( M. Thompson, CSM) | 1.00 | $310.00 | $310.00 |
| Expense | 11/15/2019 | E112 Court fees: Pro Hac Vice (E. Norris, CSM) | 1.00 | $310.00 | $310.00 |
| Expense | 11/15/2019 | E112 Court fees: Pro Hac Vice (G. May, CSM) | 1.00 | $310.00 | $310.00 |
| Expense | 11/15/2019 | E112 Court fees: Pro Hac Vice (A. Weiss, CSM) | 1.00 | $310.00 | $310.00 |
| Expense | 11/15/2019 | E112 Court fees: Pro Hac Vice (C. Robertson, CSM) | 1.00 | $310.00 | $310.00 |
| Expense | 11/18/2019 | E102 Outside printing: Clear Discovery LLC Invoice No. 0001262 | 1.00 | $1,914.96 | $1,914.96 |
| Expense | 11/19/2019 | E116 Trial transcripts: Transcript for 11/18/19 hearing | 1.00 | $195.75 | $195.75 |
| Expense | 11/20/2019 | E107 Delivery services/messengers: Nationwide Legal Invoice No. 362133 | 1.00 | $410.96 | $410.96 |
| Expense | 11/21/2019 | E102 Outside printing: Clear Discovery LLC Invoice No. 0001266 | 1.00 | $1,619.04 | $1,619.04 |
| Expense | 11/21/2019 | E116 Trial transcripts: eScribers Invoice No. 289614 | 1.00 | $931.70 | $931.70 |
| Expense | 11/21/2019 | E124 Other: Mitratech Collaborati Invoice No. 006056. | 1.00 | $1,250.00 | $1,250.00 |
| Expense | 11/25/2019 | E112 Court fees: Pro Hac Vice (M. Zaken, CSM) | 1.00 | $310.00 | $310.00 |

| Time Keeper | Position | Time | Rate | Fees and Expenses Total |
|---|---|---|---|---|
| | | | Fees and Expenses Subtotal | $9,125.82 |
| | | | Fees and Expenses Total | $9,125.82 |