

**Lorena Parada**

| | |
|---|---|
| From: | Victoria Gann <victoriavictorialand@yahoo.com> |
| Sent: | Friday, January 17, 2020 2:19 AM |
| To: | Lorena Parada |
| Subject: | A request for inclusion with requirements/conditions to agreement with PG&E from Camp Fire person(s) for Judge Montali |

Lorena,
I understand that to reach Judge Montali with information or requests that we are to email them to you.
I hope this information is correct. If it is not could you direct me to the appropriate channel to reach the Judge?
Thank you, Victoria

To:
Skikos, Crawford, Skikos & Joseph Attorneys at Law Nicole Deed,ndeed@Skikos.com
Steven Skikos, sskikos@skikos.com
Mark G. Crawford, mcrawford@skikoscrawford.com Greg Skikos, gskikos@skikos.com
Jane Joseph, jjoseph@skikos.com
Matthew Skikos, mskikos@skikos.com
Judge Dennis Montali @ lorena_parada@canb.uscourts.gov
Gavin Newsom


IT'S NOT ENOUGH

They need more.
Everything was taken. They need to speak to those who took it all.
PG&E owes these people so much. They owe them so much more than what is left of 13.5 as the last in line.
Those that PG&E have taken the most from are those that will receive the least.
This is simply, not enough.
There is no amount of money that could come close to accounting for compensation of November 8, 2018. And everyday after that day, for every person.

PG&E has always maintained a distance from their victims. Maybe, that has made it easier to unleash damage on them and apparently, not look back. Each time they
make apologies. They speak of "lessons learned". They do not seem to have learned that you do not kill your customers.
They have known all of the answers. The why and how initiating each incident. They know the potential and they know the outcome.
Rules, regulations, expectations exist. It seems that they instead, wrote and followed their own.
PG&E has been acutely aware of the state of their equipment, maintenance and operational issues. They have been and are knowledgeable and capable financially and technically, to operate as a responsible, safe, reliable and honest provider.
"Lessons learned" have taught PG&E apparently, all they wished to know. It is better not to maintain equipment, or that which surrounds equipment. The cost associated

is far to high. Wait until it breaks. The benefits accrued financially added profits for the company and personal portfolios.
After the San Bruno incident PG&E "apologized" and spoke of their "lessons learned".
Seven felony convictions followed. Still not enough to reroute their previous path of destruction and annihilation and the shattering of thousands of people and their lives
spanning years. Somehow PG&E managed to ride waves of leniency as well as the backs of those providing it.

After PG&E's Camp Fire they delivered 2016's lip sync of "lessons learned". The math in PG&E's accounting adds up only for PG&E.
It looks like this:
Sell utilities = profit.
Destroy life and lives = profit.
It seems that no matter how it adds up, for PG&E it's never enough. There is a cost to profits. The people pay. Either way, they pay.

PG&E is pulling out all the stops to keep their company and control. As far as agreement on issues of management, decisions, requirements and adherence...
All things that they could and should have always been and done but, just did not seem interested.
Now, they seem to be interested in gaining the trust of their customers and building a relationship. This is not likely to happen with the signing of an agreement spelling out
the changes and new operations. PG&E knows the statistical information on the losses of their gains. They toured the remains of the affected areas. They saw buildings and
houses burned to the ground. They saw miles of barren landscape. They did not see those who occupied those places and that land. There is little trust in that these things
will suffice to represent the depth of the reality of their conscious neglect and greed.

There is overwhelming proof proving PG&E's conscious neglect for the public they are responsible for the safety of. I feel that overwhelming proof is required from PG&E that
these events will never happen again. The funny thing about change is that it requires change.
To change the path of the past to the future requires a true recognition and acknowledgement of what has been to give contrast and provide motivation for transformation.

It is impossible to convey the totality of the day and night of November 8, 2018. The fire still continues to burn all affected in the fire It's incomprehensible if you have not gone
through it. While the night of the fire and every night since those of PG&E have simply gone home and gone to bed when the day was done. There were thousands who do not
and cannot. Those who have found new homes yet feel they are not home. Thousands who have not yet found anything beyond tents or cars.

We deserve to go home. We deserve to have a home. We deserve so much more. What PG&E is providing does not account for compensation.
The treatment of those of Camp Fire has been stunningly cruel, careless and humiliating.
I has taken time for us to stir and to realize that there are far too many who are not us, making decisions and speaking for us that do not necessarily reflect our voice.
We want our voices heard. We deserve to be heard. Considering the "compensation" it is the least that can be granted.
I am requesting that a condition be arranged.
That request is that the president of PG&E Bill Johnson and two additional executives of PG&E who were employed at the time of the fire and previous to the fire Camp Fire come

to the Camp Fire area (specific location to be announced) to hear some of the people speak. The request is for 2 hours of their time to join those affected face to face.
That is the request. Two hours together. It is time for change. It is time for PG&E to see faces and hear the voices of those they have taken everything from.
It's time to give something real back. Their bankruptcy limited financial compensation.
It isn't enough, but there is no more. They cannot make us whole. They can help. I personally believe that two hours from three lives is a request that has every reason to be granted
and absolutely no reason to deny.

Thank you very much for your time and hopefully, your consideration.
Victoria