LINCOLN & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　　　　　　　　Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NINTH MONTHLY FEE STATEMENT OF LINCOLN PARTNERS ADVISORS LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**<br><br>[No hearing requested]<br><br>**OBJECTION DATE**:<br>February 7, 2020 at 4:00 p.m. (PDT) |
| To: | The Notice Parties |
| Name of Applicant: | Lincoln Partners Advisors LLC |
| Authorized to Provide Professional Services to: | Financial Advisor to the Official Committee of Tort Claimants |
| Date of Retention: | March 1, 2019 |
| Period for which compensation and reimbursement are sought: | November 1, 2019 through November 30, 2019 |
| Amount of compensation and reimbursement are sought: | $1,371,134.40 (80% of $1,713,918.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $36,447.91[(1)] |

　　　Lincoln Partners Advisors LLC ("**Lincoln**" or the "**Applicant**"), the financial advisor for the Official Committee of Tort Claimants (the "**Tort Committee**"), representing the largest group of stakeholders in the jointly administered bankruptcy cases (the "**Chapter 11 Cases**") of PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), hereby submits its ninth

---

(1) Includes expenses related to the prior fee period that were not previously filed due to timing.

monthly fee statement (the "**Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered, and for reimbursement of actual and necessary expenses incurred for the period commencing November 1, 2019 through and including November 30, 2019 (the "**Fee Period**") pursuant to the Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated February 27, 2019 Dkt. No. 701 (the "**Interim Compensation Procedures Order**").

By this Monthly Fee Statement, Lincoln requests allowance and payment of $1,371,134.40 (representing 80% of $1,713,918.00) as compensation for professional services rendered to the Tort Committee during the Fee Period and allowance and payment of $36,447.91 (representing 100% of the expenses allowed) as reimbursement for actual and necessary expenses incurred by Lincoln during the Fee Period.

Annexed hereto as **Exhibit A** is the name of each professional who performed services for the Tort Committee in connection with these Chapter 11 Cases and for which Lincoln is seeking compensation during the Fee Period covered by this Monthly Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours spent during the Fee Period by task. Attached hereto as **Exhibit C** is a summary of expenses incurred during the Fee Period. Attached hereto as **Exhibit D** are the detailed time entries for the Fee Period. Attached hereto as **Exhibit E** are the detailed expense entries for the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "**Objection Deadline**") with this Court.

**PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection Deadline, Lincoln shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay Lincoln an amount equal to 80% of the fees and 100% of the expenses requested

in this Monthly Fee Statement.  If an objection is properly filed, the Debtors shall be authorized and directed to pay Lincoln 80% of the fees and 100% of the expenses not subject to an objection.

Dated:	January 17, 2020		Respectfully submitted,

LINCOLN PARTNERS ADVISORS LLC

By:	/s/ Brent C. Williams
	Brent C. Williams

Financial Advisor to the Official Committee of Tort Claimants