**EXHIBIT A**

**EXHIBIT A**
**COMPENSATION BY PROFESSIONAL**
**FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| Brent Williams | Managing Director | $ 1,195 | 254.4 | $ 304,008.00 |
| Alex Stevenson | Managing Director | 1,195 | 108.9 | 130,135.50 |
| Brendan Murphy | Managing Director | 1,095 | 305.6 | 334,632.00 |
| Sherman Guillema | Director | 895 | 122.5 | 109,637.50 |
| Peter Gnatowski | Vice President | 795 | 291.2 | 231,504.00 |
| Matt Merkel | Associate | 695 | 291.9 | 202,870.50 |
| Erik Ellingson | Associate | 695 | 101.7 | 70,681.50 |
| Naeem Muscatwalla | Senior Analyst | 495 | 112.1 | 55,489.50 |
| Riley Jacobs | Analyst | 395 | 244.9 | 96,735.50 |
| Alex Gebert | Analyst | 395 | 236.0 | 93,220.00 |
| Zack Stone | Analyst | 395 | 215.2 | 85,004.00 |
| **Total** | | | | **$ 1,713,918.00** |