**EXHIBIT B**

# EXHIBIT B
# COMPENSATION BY WORK TASK CODE
# FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---|---|
| 3 | Financial Analysis (Requested by Counsel, or Otherwise) | 345.8 | $ 237,751.00 |
| 4 | 13-Week Cash Flow / MOR / Liquidity Analysis | 18.3 | 12,138.50 |
| 5 | Due Diligence of Debtor's Assets and Liabilities | 8.7 | 5,176.50 |
| 6 | Due Diligence of Wildfire Safety Plan and Related Analysis | 17.6 | 10,192.00 |
| 9 | Other Professionals / Interested Parties - Diligence / Meetings / Calls | 48.9 | 52,695.50 |
| 10 | Tort Claimants (Counsel/FA) - Diligence / Meetings / Calls | 55.5 | 58,412.50 |
| 11 | Assist Counsel in Responses / Objections to Bankruptcy Court Motions | 87.2 | 70,204.00 |
| 12 | Committee Related Matters - Diligence / Meetings / Calls | 71.2 | 70,464.00 |
| 13 | Bankruptcy Filings, Motions and Other Document Review | 60.1 | 32,489.50 |
| 15 | Review of Employee-Related Matters, Including Retention Plans | 4.4 | 2,648.00 |
| 16 | Review of Claims and Related Analysis | 48.4 | 34,408.00 |
| 17 | Asset Sale(s), Strategic Alternatives, and Related Analysis | 8.3 | 4,228.50 |
| 18 | Analysis of New Debt or Equity Capital | 138.4 | 99,798.00 |
| 19 | Analysis of Pro-Forma Capital Structure, and Related Analysis | 23.0 | 13,605.00 |
| 20 | Benchmarking and Related Analysis | 162.5 | 90,397.50 |
| 21 | Term Sheets, Plan, and Disclosure Statement Analysis | 353.0 | 303,975.00 |
| 22 | Review of Discovery Documents and Deposition Preparation (Witnesses) | 289.7 | 185,021.50 |
| 23 | Deposition(s), Testimony, Court Hearing(s), and Related Preparation / Attendance | 14.9 | 9,215.50 |
| 24 | Business Plan | 18.7 | 14,206.50 |
| 25 | Regulatory and Legislative Matters, and Related Financial Analysis | 60.6 | 44,657.00 |
| 26 | Travel Time - Non Working Travel (Capped) | 40.0 | 45,000.00 |
| 27 | Project Administration | 19.8 | 16,441.00 |
| 29 | Time and Expenses Tracking | - | - |
| 31 | Fee Application Preparation | 168.8 | 84,856.00 |
| 32 | Mediation Preparation / Attendance | 220.6 | 215,937.00 |
| **Grand Total** | | **2,284.4** | **$ 1,713,918.00** |