**EXHIBIT C**

# EXHIBIT C
# EXPENSE SUMMARY
# FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

| Expense Type | Amount |
|---|---|
| Airfare | $13,993.04 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | $672.06 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | $3,557.02 |
| Hotel Stay (Traveling) | $12,448.41 |
| Internet/Online Fees | $410.67 |
| Meals - In Town Only | $668.56 |
| Meals - Out-of-Town Travel Only | $2,146.89 |
| Other / Miscellaneous | $121.56 |
| Parking | $304.00 |
| Printing/Photocopying (In-House) | $1,735.54 |
| Teleconferencing | $390.16 |
| **Total** | **$36,447.91** |