**EXHIBIT E**

# EXHIBIT E
# EXPENSE DETAIL
## FOR THE PERIOD NOVEMBER 1, 2019 TO NOVEMBER 30, 2019[(1)]

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Airfare | 10/29/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 27.00 |
| Airfare | 10/30/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 14.00 |
| Airfare | 10/30/2019 | 001206 Stevenson, Alexander W | Ticketing Fees | 19.00 |
| Airfare | 10/30/2019 | 001206 Stevenson, Alexander W | Airfare | 407.95 |
| Airfare | 11/1/2019 | 001462 Williams, Brent C | Airfare | 2,413.30 |
| Airfare | 11/2/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 9.00 |
| Airfare | 11/3/2019 | 001462 Williams, Brent C | Airfare | 736.30 |
| Airfare | 11/5/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 45.00 |
| Airfare | 11/5/2019 | 001463 Murphy, Brendan J | Airfare | 489.54 |
| Airfare | 11/5/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 14.00 |
| Airfare | 11/5/2019 | 001463 Murphy, Brendan J | Airfare | 489.54 |
| Airfare | 11/5/2019 | 001652 Gnatowski, Peter | Ticketing Fees | 9.00 |
| Airfare | 11/5/2019 | 001652 Gnatowski, Peter | Airfare | 465.82 |
| Airfare | 11/6/2019 | 001652 Gnatowski, Peter | Ticketing Fees | 9.00 |
| Airfare | 11/6/2019 | 001652 Gnatowski, Peter | Airfare | 415.50 |
| Airfare | 11/7/2019 | 001462 Williams, Brent C | Airfare | 823.99 |
| Airfare | 11/8/2019 | 001463 Murphy, Brendan J | Airfare | 741.00 |
| Airfare | 11/8/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 44.36 |
| Airfare | 11/8/2019 | 001463 Murphy, Brendan J | Airfare | 489.54 |
| Airfare | 11/8/2019 | 001206 Stevenson, Alexander W | Ticketing Fees | 19.00 |
| Airfare | 11/8/2019 | 001206 Stevenson, Alexander W | Airfare | 311.98 |
| Airfare | 11/9/2019 | 001462 Williams, Brent C | Ticketing Fees | 9.00 |
| Airfare | 11/9/2019 | 001462 Williams, Brent C | Airfare | 770.22 |
| Airfare | 11/12/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 53.00 |
| Airfare | 11/12/2019 | 001463 Murphy, Brendan J | Airfare | 489.54 |
| Airfare | 11/12/2019 | 001206 Stevenson, Alexander W | Ticketing Fees | 28.00 |
| Airfare | 11/12/2019 | 001206 Stevenson, Alexander W | Airfare | 234.98 |
| Airfare | 11/12/2019 | 001206 Stevenson, Alexander W | Airfare | 183.30 |
| Airfare | 11/15/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 9.00 |
| Airfare | 11/15/2019 | 001463 Murphy, Brendan J | Airfare | 529.95 |
| Airfare | 11/18/2019 | 001462 Williams, Brent C | Ticketing Fees | 9.00 |
| Airfare | 11/18/2019 | 001462 Williams, Brent C | Airfare | 748.81 |
| Airfare | 11/19/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 14.00 |
| Airfare | 11/23/2019 | 001462 Williams, Brent C | Airfare | 507.30 |
| Airfare | 11/23/2019 | 001462 Williams, Brent C | Airfare | 1,538.30 |
| Airfare | 11/26/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 18.00 |
| Airfare | 11/26/2019 | 001463 Murphy, Brendan J | Airfare | 423.91 |
| Airfare | 11/26/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 9.00 |
| Airfare | 11/26/2019 | 001463 Murphy, Brendan J | Airfare | 423.91 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/1/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 9.78 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/2/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 11.25 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/4/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 14.46 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/5/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 9.22 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/6/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 11.08 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/8/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 10.24 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/9/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 10.97 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/10/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 8.96 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/16/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 12.99 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/17/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 10.93 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/21/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 9.53 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/22/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 9.39 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/25/2019 | 001693 Ellingson, Erik | Working Past 9pm / Late Night Transportation | 15.12 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/29/2019 | 001693 Ellingson, Erik | Working Past 9pm / Late Night Transportation | 15.84 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/30/2019 | 001693 Ellingson, Erik | Working Past 9pm / Late Night Transportation | 18.42 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 10/31/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 10.46 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/5/2019 | 001516 Stone, Zack | Working Past 9pm / Late Night Transportation | 17.76 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/5/2019 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 60.98 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/8/2019 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 59.55 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/12/2019 | 001516 Stone, Zack | Working Past 9pm / Late Night Transportation | 18.35 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/12/2019 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 49.02 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/14/2019 | 001516 Stone, Zack | Working Past 9pm / Late Night Transportation | 16.56 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/14/2019 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 59.72 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/18/2019 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 58.74 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/19/2019 | 001538 Muscatwalla, Naeem | Working Past 9pm / Late Night Transportation | 10.10 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/19/2019 | 001693 Ellingson, Erik | Working Past 9pm / Late Night Transportation | 18.74 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/20/2019 | 001693 Ellingson, Erik | Working Past 9pm / Late Night Transportation | 6.68 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/22/2019 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 65.14 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/24/2019 | 001693 Ellingson, Erik | Working Past 9pm / Late Night Transportation | 12.42 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/25/2019 | 001693 Ellingson, Erik | Working Past 9pm / Late Night Transportation | 10.70 |

(1) Includes expenses related to the prior fee period that were not previously filed due to timing.

Case: 19-30088    Doc# 5412-5    Filed: 01/17/20    Entered: 01/17/20 18:03:30    Page 2 of 5

# EXHIBIT E
# EXPENSE DETAIL
# FOR THE PERIOD NOVEMBER 1, 2019 TO NOVEMBER 30, 2019[(1)]

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/26/2019 | 001516 Stone, Zack | Working Past 9pm / Late Night Transportation | 18.96 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/1/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 55.34 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/1/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 272.80 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/5/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 48.85 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/5/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 32.62 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/5/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 14.02 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/5/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 76.95 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/6/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 22.07 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/6/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 10.60 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/6/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 88.25 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/6/2019 | 001652 Gnatowski, Peter | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 15.00 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/7/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 95.37 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/7/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 87.47 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/7/2019 | 001652 Gnatowski, Peter | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 54.00 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/7/2019 | 001652 Gnatowski, Peter | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 9.73 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/7/2019 | 001652 Gnatowski, Peter | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 34.47 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/8/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 66.00 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/8/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 68.07 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/10/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 76.95 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/11/2019 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 141.62 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/11/2019 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 61.00 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/11/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 85.59 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/12/2019 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 100.66 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/12/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 13.78 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/12/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 36.02 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/12/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 90.53 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/13/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 54.54 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/13/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 57.49 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/13/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 132.88 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/13/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 43.00 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/13/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 251.97 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/14/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 41.73 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/14/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 45.39 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/14/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 32.72 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/15/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 79.32 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/15/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 109.68 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/19/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 78.85 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/19/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 200.75 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/20/2019 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 57.50 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/20/2019 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 72.15 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/20/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 48.19 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/20/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 121.28 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/21/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 32.52 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/21/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 63.87 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/22/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 10.60 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/22/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 23.03 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/22/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 28.46 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/22/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 21.86 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/23/2019 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 206.11 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/23/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 85.37 |
| Hotel Stay (Traveling) | 11/1/2019 | 001462 Williams, Brent C | Hotel Stay | 293.19 |
| Hotel Stay (Traveling) | 11/4/2019 | 001462 Williams, Brent C | Hotel Stay | 203.14 |
| Hotel Stay (Traveling) | 11/7/2019 | 001462 Williams, Brent C | Hotel Stay | 317.61 |
| Hotel Stay (Traveling) | 11/8/2019 | 001462 Williams, Brent C | Hotel Stay | 873.16 |
| Hotel Stay (Traveling) | 11/8/2019 | 001463 Murphy, Brendan J | Hotel Stay | 1,209.16 |
| Hotel Stay (Traveling) | 11/8/2019 | 001652 Gnatowski, Peter | Hotel Stay | 842.38 |
| Hotel Stay (Traveling) | 11/10/2019 | 001462 Williams, Brent C | Hotel Stay | 176.22 |
| Hotel Stay (Traveling) | 11/13/2019 | 001206 Stevenson, Alexander W | Hotel Stay | 464.80 |
| Hotel Stay (Traveling) | 11/13/2019 | 001462 Williams, Brent C | Hotel Stay | 1,057.61 |
| Hotel Stay (Traveling) | 11/13/2019 | 001463 Murphy, Brendan J | Hotel Stay | 1,133.01 |
| Hotel Stay (Traveling) | 11/15/2019 | 001463 Murphy, Brendan J | Hotel Stay | 1,387.50 |
| Hotel Stay (Traveling) | 11/19/2019 | 001462 Williams, Brent C | Hotel Stay | 795.33 |
| Hotel Stay (Traveling) | 11/21/2019 | 001206 Stevenson, Alexander W | Hotel Stay | 225.76 |
| Hotel Stay (Traveling) | 11/21/2019 | 001462 Williams, Brent C | Hotel Stay | 331.66 |
| Hotel Stay (Traveling) | 11/21/2019 | 001462 Williams, Brent C | Hotel Stay | 576.34 |
| Hotel Stay (Traveling) | 11/21/2019 | 001463 Murphy, Brendan J | Hotel Stay | 957.26 |
| Hotel Stay (Traveling) | 11/21/2019 | 001463 Murphy, Brendan J | Hotel Stay | 282.49 |
| Hotel Stay (Traveling) | 11/22/2019 | 001463 Murphy, Brendan J | Hotel Stay | 1,163.29 |

(1) Includes expenses related to the prior fee period that were not previously filed due to timing.

Case: 19-30088    Doc# 5412-5    Filed: 01/17/20    Entered: 01/17/20 18:03:30    Page 3 of 5

# EXHIBIT E
# EXPENSE DETAIL
# FOR THE PERIOD NOVEMBER 1, 2019 TO NOVEMBER 30, 2019[(1)]

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Hotel Stay (Traveling) | 11/23/2019 | 001462 Williams, Brent C | Hotel Stay | 158.50 |
| Internet/Online Fees | 10/24/2019 | 001652 Gnatowski, Peter | Internet/Online Fees | 49.95 |
| Internet/Online Fees | 11/4/2019 | 001462 Williams, Brent C | Internet/Online Fees | 4.95 |
| Internet/Online Fees | 11/5/2019 | 001462 Williams, Brent C | Internet/Online Fees | 16.00 |
| Internet/Online Fees | 11/6/2019 | 001463 Murphy, Brendan J | Internet/Online Fees | 20.99 |
| Internet/Online Fees | 11/7/2019 | 001462 Williams, Brent C | Internet/Online Fees | 16.00 |
| Internet/Online Fees | 11/7/2019 | 001462 Williams, Brent C | Internet/Online Fees | 18.95 |
| Internet/Online Fees | 11/7/2019 | 001463 Murphy, Brendan J | Internet/Online Fees | 18.99 |
| Internet/Online Fees | 11/11/2019 | 001462 Williams, Brent C | Internet/Online Fees | 16.00 |
| Internet/Online Fees | 11/11/2019 | 001463 Murphy, Brendan J | Internet/Online Fees | 20.99 |
| Internet/Online Fees | 11/12/2019 | 001463 Murphy, Brendan J | Internet/Online Fees | 27.99 |
| Internet/Online Fees | 11/13/2019 | 001462 Williams, Brent C | Internet/Online Fees | 16.00 |
| Internet/Online Fees | 11/15/2019 | 001463 Murphy, Brendan J | Internet/Online Fees | 14.99 |
| Internet/Online Fees | 11/21/2019 | 001462 Williams, Brent C | Internet/Online Fees | 15.95 |
| Internet/Online Fees | 11/21/2019 | 001463 Murphy, Brendan J | Internet/Online Fees | 60.00 |
| Internet/Online Fees | 11/22/2019 | 001463 Murphy, Brendan J | Internet/Online Fees | 12.99 |
| Internet/Online Fees | 11/22/2019 | 001463 Murphy, Brendan J | Internet/Online Fees | 12.99 |
| Internet/Online Fees | 11/23/2019 | 001463 Murphy, Brendan J | Internet/Online Fees | 16.99 |
| Internet/Online Fees | 11/24/2019 | 001652 Gnatowski, Peter | Internet/Online Fees | 49.95 |
| Meals - In Town Only | 10/3/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 8.99 |
| Meals - In Town Only | 10/5/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 5.69 |
| Meals - In Town Only | 10/8/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 10/9/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 10.09 |
| Meals - In Town Only | 10/10/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 10/16/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 8.72 |
| Meals - In Town Only | 10/21/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 14.89 |
| Meals - In Town Only | 10/22/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 9.98 |
| Meals - In Town Only | 10/23/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 8.25 |
| Meals - In Town Only | 10/26/2019 | 001693 Ellingson, Erik | Working Past 8pm / In Office Dinner (One Professional) | 10.58 |
| Meals - In Town Only | 10/28/2019 | 001693 Ellingson, Erik | Working Past 8pm / In Office Dinner (One Professional) | 20.18 |
| Meals - In Town Only | 10/31/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 18.50 |
| Meals - In Town Only | 10/31/2019 | 001693 Ellingson, Erik | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 11/4/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 25.53 |
| Meals - In Town Only | 11/5/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 30.00 |
| Meals - In Town Only | 11/6/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 28.49 |
| Meals - In Town Only | 11/8/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 30.00 |
| Meals - In Town Only | 11/11/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 25.80 |
| Meals - In Town Only | 11/11/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 28.69 |
| Meals - In Town Only | 11/12/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 26.29 |
| Meals - In Town Only | 11/13/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 30.00 |
| Meals - In Town Only | 11/18/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 21.47 |
| Meals - In Town Only | 11/18/2019 | 001693 Ellingson, Erik | Working Past 8pm / In Office Dinner (One Professional) | 28.67 |
| Meals - In Town Only | 11/19/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 14.10 |
| Meals - In Town Only | 11/19/2019 | 001538 Muscatwalla, Naeem | Working Past 8pm / In Office Dinner (One Professional) | 30.00 |
| Meals - In Town Only | 11/20/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 25.80 |
| Meals - In Town Only | 11/20/2019 | 001693 Ellingson, Erik | Working Past 8pm / In Office Dinner (One Professional) | 8.90 |
| Meals - In Town Only | 11/21/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 19.98 |
| Meals - In Town Only | 11/21/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 30.00 |
| Meals - In Town Only | 11/25/2019 | 001693 Ellingson, Erik | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 11/26/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 28.97 |
| Meals - Out-of-Town Travel Only | 11/1/2019 | 001462 Williams, Brent C | Travel Meal - Breakfast (One Professional) | 17.00 |
| Meals - Out-of-Town Travel Only | 11/1/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) Capped | 75.00 |
| Meals - Out-of-Town Travel Only | 11/4/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 30.43 |
| Meals - Out-of-Town Travel Only | 11/5/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 37.36 |
| Meals - Out-of-Town Travel Only | 11/5/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (One Professional) | 22.12 |
| Meals - Out-of-Town Travel Only | 11/6/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (Three Professionals) Capped | 225.00 |
| Meals - Out-of-Town Travel Only | 11/6/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 41.27 |
| Meals - Out-of-Town Travel Only | 11/6/2019 | 001462 Williams, Brent C | Travel Meal - Breakfast (One Professional) | 6.00 |
| Meals - Out-of-Town Travel Only | 11/6/2019 | 001652 Gnatowski, Peter | Travel Meal - Dinner (One Professional) | 49.75 |
| Meals - Out-of-Town Travel Only | 11/7/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 44.72 |
| Meals - Out-of-Town Travel Only | 11/7/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (One Professional) | 9.57 |
| Meals - Out-of-Town Travel Only | 11/7/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) | 4.68 |
| Meals - Out-of-Town Travel Only | 11/7/2019 | 001652 Gnatowski, Peter | Travel Meal - Breakfast (One Professional) | 11.98 |
| Meals - Out-of-Town Travel Only | 11/8/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (One Professional) | 54.24 |
| Meals - Out-of-Town Travel Only | 11/8/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) | 33.54 |
| Meals - Out-of-Town Travel Only | 11/10/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 44.24 |
| Meals - Out-of-Town Travel Only | 11/11/2019 | 001206 Stevenson, Alexander W | Travel Meal - Breakfast (One Professional) | 6.40 |
| Meals - Out-of-Town Travel Only | 11/12/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (Three Professionals) Capped | 225.00 |
| Meals - Out-of-Town Travel Only | 11/12/2019 | 001206 Stevenson, Alexander W | Travel Meal - Breakfast (One Professional) | 33.12 |

(1) Includes expenses related to the prior fee period that were not previously filed due to timing.

Case: 19-30088    Doc# 5412-5    Filed: 01/17/20    Entered: 01/17/20 18:03:30    Page 4 of 5

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Meals - Out-of-Town Travel Only | 11/12/2019 | 001462 Williams, Brent C | Travel Meal - Breakfast (One Professional) | 23.37 |
| Meals - Out-of-Town Travel Only | 11/12/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) | 6.33 |
| Meals - Out-of-Town Travel Only | 11/12/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (One Professional) Capped | 75.00 |
| Meals - Out-of-Town Travel Only | 11/13/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 42.90 |
| Meals - Out-of-Town Travel Only | 11/13/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) | 9.62 |
| Meals - Out-of-Town Travel Only | 11/13/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (One Professional) Capped | 75.00 |
| Meals - Out-of-Town Travel Only | 11/14/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) | 21.30 |
| Meals - Out-of-Town Travel Only | 11/14/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (One Professional) | 41.79 |
| Meals - Out-of-Town Travel Only | 11/15/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (One Professional) | 33.15 |
| Meals - Out-of-Town Travel Only | 11/15/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) | 12.04 |
| Meals - Out-of-Town Travel Only | 11/19/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 60.00 |
| Meals - Out-of-Town Travel Only | 11/19/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (One Professional) Capped | 75.00 |
| Meals - Out-of-Town Travel Only | 11/20/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (Three Professionals) Capped | 225.00 |
| Meals - Out-of-Town Travel Only | 11/20/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 44.41 |
| Meals - Out-of-Town Travel Only | 11/20/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) Capped | 35.00 |
| Meals - Out-of-Town Travel Only | 11/21/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) Capped | 35.00 |
| Meals - Out-of-Town Travel Only | 11/21/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (One Professional) Capped | 75.00 |
| Meals - Out-of-Town Travel Only | 11/21/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) Capped | 35.00 |
| Meals - Out-of-Town Travel Only | 11/22/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (Three Professionals) | 142.72 |
| Meals - Out-of-Town Travel Only | 11/22/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 15.95 |
| Meals - Out-of-Town Travel Only | 11/22/2019 | 001463 Murphy, Brendan J | Travel Meal - Breakfast (One Professional) | 31.89 |
| Meals - Out-of-Town Travel Only | 11/23/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 60.00 |
| Other / Miscellaneous | 11/6/2019 | 001462 Williams, Brent C | Train/Public Transport: Travel To/From Meetings | 29.00 |
| Other / Miscellaneous | 11/6/2019 | 001462 Williams, Brent C | Train/Public Transport: Travel To/From Meetings | 29.00 |
| Other / Miscellaneous | 11/7/2019 | 001652 Gnatowski, Peter | Mileage | 18.56 |
| Other / Miscellaneous | 11/21/2019 | 001462 Williams, Brent C | Train/Public Transport: Travel To/From Meetings | 29.00 |
| Other / Miscellaneous | 11/21/2019 | 001463 Murphy, Brendan J | Train/Public Transport: Travel To/From Meetings | 16.00 |
| Parking | 11/4/2019 | 001462 Williams, Brent C | Parking at airport | 11.00 |
| Parking | 11/7/2019 | 001652 Gnatowski, Peter | Parking at airport | 78.00 |
| Parking | 11/14/2019 | 001462 Williams, Brent C | Parking at airport | 120.00 |
| Parking | 11/20/2019 | 001206 Stevenson, Alexander W | Parking at airport | 55.00 |
| Parking | 11/21/2019 | 001206 Stevenson, Alexander W | Parking at airport | 40.00 |
| Printing/Photocopying (In-House) | 11/30/2019 |  | WL Hours - 201910 | 231.59 |
| Printing/Photocopying (In-House) | 11/30/2019 |  | WL Copies - 201910 | 1,503.95 |
| Teleconferencing | 10/8/2019 | 001473 Gebert, Alexander M | Court Call | 140.00 |
| Teleconferencing | 10/24/2019 | 001473 Gebert, Alexander M | Court Call | 155.00 |
| Teleconferencing | 11/30/2019 |  | Conference Calls 201910 | 95.16 |

(1) Includes expenses related to the prior fee period that were not previously filed due to timing.

Case: 19-30088    Doc# 5412-5    Filed: 01/17/20    Entered: 01/17/20 18:03:30    Page 5 of 5