**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**STIPULATION AMONG THE DEBTORS, THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EXTENDING TIME TO FILE REPLY BRIEF ON SUBROGATION CLAIM IMPAIRMENT ISSUE**<br><br>Re: Dkt. Nos. 4540, 5312<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1   This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is
2   entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and
3   debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the
4   "**Chapter 11 Cases**") and the Ad Hoc Group of Subrogation Claimholders (the "**Ad Hoc**
5   **Group**"), on the one hand, and the Official Committee of Unsecured Creditors (the "**UCC**"), on
6   the other hand.  The Debtors, the Ad Hoc Group, and the UCC are referred to in this Stipulation
7   and Agreement for Order collectively as the "**Parties**," and each as a "**Party**."  The Parties
8   hereby stipulate and agree as follows:

## RECITALS

A.   On October 31, 2019, the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**") entered the *Court's Order Establishing Pre-Confirmation Briefing and Hearing Schedule for Certain Legal Issues*, dated October 31, 2019 [Docket No. 4540] (the "**Scheduling Order**[1]"), which, among other things, scheduled the oral argument on the Subrogation Claim Impairment Issue for the hearing on January 14, 2020 at 10:00 a.m. (Prevailing Pacific Time) and set the following related briefing schedule: (i) consolidated opening briefs to be filed on or before November 27, 2019 (with briefs not to exceed 25 pages for each side); and (ii) consolidated opposition briefs to be filed on or before December 20, 2019 (with briefs not to exceed 25 pages for each side).

B.   On January 8, 2020, the Bankruptcy Court entered the *Order Approving Stipulation Amending Order Establishing Preconfirmation Briefing and Hearing Schedule for Certain Legal Issues* [Docket No. 5312], which, among other things, amended the Scheduling Order to provide that (i) the deadline for consolidated opposition briefs was January 10, 2020, at 4:00 p.m. (prevailing Pacific Time); and (ii) the deadline for the Debtors and Ad Hoc Group to

---

[1] Capitalized terms used but not otherwise herein defined have the meanings ascribed to such terms in the Scheduling Order.

file a consolidated reply on the Subrogation Claim Impairment Issue (not to exceed 25 pages), is January 22, 2020, at 4:00 p.m. (prevailing Pacific Time) (the "**Reply Deadline**").

C. On January 10, 2020, the UCC filed the *Response and Reservation of Rights of the Official Committee of Unsecured Creditors to Debtors' and Ad Hoc Subrogation Group's Joint Brief in Support of the Subrogation Wildfire Claims as Impaired Classes for All Purposes Under the Debtors' Joint Chapter 11 Plan of Reorganization* [Docket No. 5342] (the "**UCC Responsive Brief**").

D. Counsel for the Debtors and counsel for the Ad Hoc Group have requested, and counsel for the UCC has agreed, that the Reply Deadline be extended in light of ongoing settlement negotiations.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for the Debtors and Ad Hoc Subrogation Group to file and serve a consolidated reply to the UCC Responsive Brief, not to exceed 25 pages, is extended through 4:00 p.m. (prevailing Pacific Time) on January 27, 2020.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Dated: January 19, 2020

WEIL, GOTSHAL & MANGES LLP
KELLER & BENVENUTTI LLP

/s/ *Jane Kim*
Jane Kim

*Attorneys for Debtors
and Debtors in Possession*

Dated: January 19, 2020

WILLKIE FARR & GALLAGHER LLP

/s/ *Benjamin McCallen*
Benjamin McCallen

*Attorneys for the Ad Hoc Group of
Subrogation Claim Holders*

Dated: January 19, 2020

MILBANK LLP

/s/ *Thomas R. Kreller*
Thomas R. Kreller

*Attorneys for Official Committee of
Unsecured Creditors*