| | |
|---|---|
| **LABATON SUCHAROW LLP**<br>Thomas A. Dubbs<br>Louis Gottlieb<br>Carol C. Villegas<br>Jeffrey A. Dubbin (SBN 287199)<br>140 Broadway<br>New York, New York 10005<br><br>*Lead Counsel to Lead Plaintiff and the Proposed Class*<br><br>**MICHELSON LAW GROUP**<br>Randy Michelson (SBN 114095)<br>220 Montgomery Street, Suite 2100<br>San Francisco, California 94104<br><br>*Bankruptcy Counsel to Lead Plaintiff and the Proposed Class* | **LOWENSTEIN SANDLER LLP**<br>Michael S. Etkin *(pro hac vice)*<br>Andrew Behlmann *(pro hac vice)*<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br><br>*Bankruptcy Counsel to Lead Plaintiff and the Proposed Class*<br><br><br><br>*Additional counsel listed on Exhibit A* |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br>Chapter 11<br>(Jointly Administered)<br><br>**SECURITIES LEAD PLAINTIFF'S LIMITED OBJECTION TO SEVENTH MONTHLY FEE STATEMENT OF SIMPSON THACHER & BARTLETT LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019 [ECF NO. 5221]**<br><br>**Objection Deadline:** January 20, 2019 at 4:00 PM (Pacific Time)<br><br>(No hearing set) |

Public Employees Retirement Association of New Mexico ("Lead Plaintiff" or "PERA"), the court-appointed lead plaintiff in the securities class action captioned as *In re PG&E Corporation Securities Litigation*, Case No. 18-03509 (the "Securities Litigation") pending in the U.S. District Court for the Northern District of California (the "District Court"), on behalf of itself and the proposed class it represents in the Securities Litigation (the "Class"), together with York County on behalf of the County of York Retirement Fund, City of Warren Police and Fire Retirement System, and Mid-Jersey Trucking Industry & Local No. 701 Pension Fund, hereby submit this limited and continuing objection (the "Limited Objection") to the *Seventh Monthly Fee Statement of Simpson Thacher & Bartlett LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of October 1, 2019 Through October 31, 2019* (the "Seventh Fee Statement") [ECF No. 5221] filed by Simpson Thacher & Bartlett LLP ("Simpson Thacher") in connection with its representation of certain defendants in the Securities Litigation who are current and former independent directors (the "Independent Director Defendants") of the debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"). In support of this Limited Objection, Lead Plaintiff relies upon (a) *Securities Lead Plaintiff's Limited Objection to Fourth Monthly Fee Statement of Simpson Thacher & Bartlett LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of July 1, 2019 Through July 31, 2019 (ECF No. 4032)* (the "Initial Objection") [ECF No. 4351], which Lead Plaintiff incorporates herein by reference, and (b) the declaration of Ty R. Sagalow submitted with the Initial Objection. Capitalized terms used but not defined in this Limited Objection have the meanings given thereto in the Initial Objection. In support of this Limited Objection, Lead Plaintiff respectfully states as follows:

## LIMITED OBJECTION

For the reasons set forth in the Initial Objection, Lead Plaintiff objects to payment of any fees requested in the Seventh Fee Statement in connection with the defense of the Independent Director Defendants in the Securities Litigation (the "Disputed Fees"), including but not limited to the following:

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 10/31/2019 | Calderon, Justin | Revise of letter to PERA (0.7); communications w/ team re: same (0.3). | 1.00 | $700.00 |
| 10/23/2019 | Alcabes, Elisa | Re D&O insurance, conf call w/ Weil (K. Kramer), Latham, client (R. Reilly) and STB (N. Goldin, J. Fell) re: PERA objection re: defense costs for securities claims (0.5). | 0.50 | $610.00 |
| 10/23/2019 | Goldin, Nicholas | Call w/ Weil re: fee objection briefing (0.4). | 0.40 | $592.00 |
| 10/28/2019 | Alcabes, Elisa | Re D&O insurance coverage issues, communications w/ STB team (N. Goldin, K. McLendon, J. Fell) re: PERA objection to fee application and next steps re: same (0.5); review draft fee application submission (0.1); email K. McLendon and J. Fell re: same (0.1). | 0.70 | $854.00 |
| 10/21/2019 | Fell, Jamie | Review and summarize PERA objection to fee statements (0.9). | 0.90 | $895.50 |
| 10/23/2019 | McLendon, Kathrine | T/c w/ J. Fell re: PERA-NM limited objection to STB 4th monthly statement, proposed response considerations and timetable (0.2); t/c w/ J. Fell re: update on call w/ Weil and Alcabes re: PERA-NM limited objection to STB 4th monthly statement (0.3). | 0.50 | $610.00 |
| 10/24/2019 | Fell, Jamie | Review D&O insurance and limits (0.5); correspondence w/STB re: fee objection response (0.3). | 0.80 | $796.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/25/2019 | McLendon, Kathrine | T/c w/ J. Fell re: proposed approach to D&O insurance and response to PERA limited objection (0.3). | 0.30 | $366.00 |
| 10/25/2019 | Alcabes, Elisa | Re D&O insurance coverage issues, communications w/ J. Fell re: PERA fee application objection, D&O coverage for securities claims, and next steps (0.8); further review PERA objection re: same (0.3). | 1.10 | $1,342.00 |
| 10/25/2019 | Fell, Jamie | Calls w/ E. Alcabes and K. McLendon re: D&O insurance, fee objection and response (0.9); research and outline re: response to fee objection re: August fee statement (0.8). | 1.70 | $1,691.50 |
| 10/28/2019 | McLendon, Kathrine | Meeting w/ M. Torkin, N. Goldin, E. Alcabes and J. Fell re: response to PERA-NM limited objection and next steps (0.4); review revised CNO on STB 4th statement and t/c w/ J. Fell and email E. Alcabes re: same (0.1). | 0.50 | $610.00 |
| 10/28/2019 | Goldin, Nicholas | Confer w/ team re: PERA fee objection (0.5). | 0.50 | $740.00 |
| 10/28/2019 | Fell, Jamie | Draft letter to PERA objection (0.9); draft email outline re: fee request and response to PERA (0.5). | 1.40 | $1,393.00 |
| 10/29/2019 | McLendon, Kathrine | Review draft letter to PERA-NM's counsel re: limited objection to STB 4th and emails w/ E. Alcabes and J. Fell re: comments (0.2). | 0.20 | $244.00 |
| 10/29/2019 | Alcabes, Elisa | Re D&O insurance coverage issues, review/revise draft letter to PERA counsel re: Simpson Retention Order and PERA objection (0.8); email w/ J. Fell and K. McLendon re: same (0.2). | 1.00 | $1,220.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/29/2019 | Fell, Jamie | Draft/revise letter to PERA re: objection (0.9); follow-up w/ N. Goldin, E. Alcabes and K. McLendon re: same (0.4). | 1.30 | $1,293.50 |
| 10/31/2019 | Sparks Bradley, Rachel | Revise letter re: PERA fee objection (0.5); emails w/ J. Calderon, J. Fell re: same (0.2); emails w/ N. Goldin re: same (0.1). | 0.80 | $876.00 |
| 10/31/2019 | Fell, Jamie | Prepare overview and talking points for board discussion re: Proposed Ch. 11 Plan and PERA Objection (1.5); discussion w/ STB group re: same (0.7). | 2.20 | $2,189.00 |
| 10/1/2019 | Curnin, Paul C. | Continue preparation of motion to dismiss (6.5). | 6.50 | $10,660.00 |
| 10/1/2019 | Blake, Stephen | Further revisions to joint motion to dismiss (4.5); communications w/ P. Curnin and N. Goldin re: same (0.5); emails w/ DPW re: same (0.5); email director defendants re: same (0.5). | 6.00 | $7,950.00 |
| 10/1/2019 | Goldin, Nicholas | Revise MTD brief draft (2.2); communications w/ team re: brief (0.3). | 2.50 | $3,700.00 |
| 10/1/2019 | Sparks Bradley, Rachel | Revise MTD brief (0.5); emails w/ J. Isaacman, K. Kinsel, R. Duran re: same (0.4); emails w/ S. Blake and E. Campbell re: same (0.4); emails w/ P. Curnin and N. Goldin re: client communication re: MTD brief (0.5). | 1.80 | $1,971.00 |
| 10/1/2019 | Campbell, Eamonn W. | Draft proposed order on motion to dismiss (1.0); revisions to draft motion to dismiss (4.5). | 5.50 | $5,032.50 |
| 10/1/2019 | Duran, Raul G. | Legal research re: MTD brief (2.2). | 2.20 | $1,298.00 |
| 10/1/2019 | Isaacman, Jennifer | Review motion to dismiss draft brief (1.0). | 1.00 | $590.00 |
| 10/1/2019 | Isaacman, Jennifer | Legal research (3.5) and write-up re: MTD (1.4). | 4.90 | $2,891.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/2/2019 | Curnin, Paul C. | Further preparation of motion to dismiss (5.0). | 5.00 | $8,200.00 |
| 10/2/2019 | Blake, Stephen | Communications w/ team and DPW re: motion to dismiss arguments (0.5); communications w/ MWE re: same (0.5); review key cases proposed by team (2.0); prepare updated draft insert for DPW (1.7). | 4.70 | $6,227.50 |
| 10/2/2019 | Goldin, Nicholas | Revise MTD (1.5); communications w/ team re: same (1.0). | 2.50 | $3,700.00 |
| 10/2/2019 | Sparks Bradley, Rachel | Research for MTD (0.8); emails w/ K. Kinsel, E. Campbell, S. Blake re: same (0.5). | 1.30 | $1,423.50 |
| 10/2/2019 | Campbell, Eamonn W. | Revise draft motion to dismiss (2.5); draft proposed order granting motion to dismiss (0.7). | 3.20 | $2,928.00 |
| 10/2/2019 | Duran, Raul G. | Review offering documents (2.7). | 2.70 | $1,593.00 |
| 10/2/2019 | Kinsel, Kourtney J. | Review offering documents ISO MTD brief (1.0); prepare work product re: same (0.7). | 1.70 | $1,003.00 |
| 10/2/2019 | Isaacman, Jennifer | Review SEC filings for MTD (1.0); emails w/ team re: same (0.1). | 1.10 | $649.00 |
| 10/3/2019 | Curnin, Paul C. | T/c w/ DPW re: joint motion to dismiss (0.4); revise motion to dismiss papers (1.5). | 1.90 | $3,116.00 |
| 10/3/2019 | Blake, Stephen | T/c w/ DPW re: draft MTD (0.8); multiple communications w/ DPW re: draft MTD and supporting papers (0.5); communications w/ MWE re: drafts (0.4); review updated draft from DPW (2.0); revise updated draft for directors (1.5). | 5.20 | $6,890.00 |
| 10/3/2019 | Goldin, Nicholas | Revise MTD draft (1.0); communications w/ team re: same (0.5). | 1.50 | $2,220.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 10/3/2019 | Sparks Bradley, Rachel | Review comments from Latham re: MTD brief (0.3); emails w/ S. Blake and N. Goldin re: same (0.2). | 0.50 | $547.50 |
| 10/3/2019 | Campbell, Eamonn W. | Revise draft motion to dismiss (0.9). | 0.90 | $823.50 |
| 10/3/2019 | Campbell, Eamonn W. | Revise of draft motion to dismiss (2.4). | 2.40 | $2,196.00 |
| 10/4/2019 | Curnin, Paul C. | Final review of MTD draft (1.3). | 1.30 | $2,132.00 |
| 10/4/2019 | Kortright, Magallie | Collection of ECF filing for team review (0.1); preparation of court submissions for attorney review & electronic data update (0.5). | 0.60 | $240.00 |
| 10/4/2019 | Blake, Stephen | Review two updated drafts of joint motion to dismiss (2.8); provide directors' comments (1.0); review RJN, declaration and notice of motion drafts (1.2); multiple communications w/ DPW re: finalizing of MTD (0.4); additional communications w/ DPW re: finalizing of MTD (0.2); communications w/ P. Curnin re: preliminary statement (0.3); communications w/ R. Sparks Bradley and DPW re: Cravath comments and incorporate same (0.3); authorize filing (0.3). | 6.50 | $8,612.50 |
| 10/4/2019 | Goldin, Nicholas | Review MTD (0.5). | 0.50 | $740.00 |
| 10/4/2019 | Sparks Bradley, Rachel | Work on finalizing MTD brief (0.4); emails w/ S. Blake, E. Campbell, DPW re: same (0.5); review comments from Latham/Cravath re: MTD (0.3); emails w/ S. Blake re: same (0.2). | 1.40 | $1,533.00 |
| 10/4/2019 | Campbell, Eamonn W. | Finalize motion to dismiss (2.5). | 2.50 | $2,287.50 |
| 10/4/2019 | Campbell, Eamonn W. | Review of motion to dismiss brief (0.3). | 0.30 | $274.50 |

| | | | | |
|---|---|---|---|---|
| 10/5/2019 | Kortright, Magallie | Preparation of parties MTD filings for attorney review (1.0); electronic data update, as per R. Sparks Bradley (0.9); c/f w/ R. Sparks Bradley re: same (0.1). | 2.00 | $800.00 |
| 10/5/2019 | Goldin, Nicholas | Review final MTD (0.5). | 0.50 | $740.00 |
| 10/7/2019 | Blake, Stephen | Draft update to director defendants re: MTDs (0.3). | 0.30 | $397.50 |
| 10/15/2019 | Campbell, Eamonn W. | Call w/ S. Blake re: reply brief preparations (0.2); draft outline of reply brief (0.2). | 0.40 | $366.00 |
| 10/16/2019 | Blake, Stephen | Prepare for motion to dismiss reply (0.4); t/c w/ E. Campbell re: preparing outline (0.1). | 0.50 | $662.50 |
| 10/21/2019 | Campbell, Eamonn W. | Draft outline of reply brief (0.2). | 0.20 | $183.00 |
| | | | **Total** | **$109,411.50** |

## **CONCLUSION**

For the reasons set forth in the Initial Objection, Lead Plaintiff respectfully requests that the Court enter an order (a) finding that the Debtors are prohibited from paying the Disputed Fees or any other defense costs incurred by the Independent Director Defendants in the Securities Litigation and (b) direct the Debtors and Independent Director Defendants to instead seek payment of the Disputed Fees (to the extent reasonable and necessary), and any other reasonable and necessary defense costs incurred by the Independent Director Defendants in the Securities Litigation, from the Side A D&O Coverage under the D&O Policies.

Dated: January 20, 2019  **LOWENSTEIN SANDLER LLP**
**MICHELSON LAW GROUP**

By: */s/ Randy Michelson*
Randy Michelson (SBN 114095)

*Bankruptcy Counsel to Lead Plaintiff and the Class*

# EXHIBIT A
## COUNSEL

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann (*pro hac vice*)
One Lowenstein Drive
Roseland, New Jersey 07068
Telephone 973-597-2500
Facsimile 973-597-2333
metkin@lowenstein.com
abehlmann@lowenstein.com

**MICHELSON LAW GROUP**
Randy Michelson, Esq. (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
Telephone 415-512-8600
Facsimile 415-512-8601
randy.michelson@michelsonlawgroup.com

*Bankruptcy Counsel to Lead Plaintiff and the Proposed Class*

**LABATON SUCHAROW LLP**
Thomas A. Dubbs
Carol C. Villegas
Jeffrey A. Dubbin (SBN 287199)
Aram Boghosian
140 Broadway
New York, New York 10005
Telephone 212-907-0700
tdubbs@labaton.com
cvillegas@labaton.com
jdubbin@labaton.com
aboghosian@labaton.com

**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP**
James M. Wagstaffe (SBN 95535)
Frank Busch (SBN 258288)
100 Pine Street, Suite 725
San Francisco, California 94111
Telephone 415-357-8900
wagstaffe@wvbrlaw.com
busch@wvbrlaw.com

*Lead Counsel to Lead Plaintiff and the Proposed Class*

*Liaison Counsel for the Proposed Class*

**ROBBINS GELLER RUDMAN & DOWD LLP**
Darren J. Robbins (SBN 168593)
Brian E. Cochran (SBN 286202)
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone 619-231-1058
darrenr@rgrdlaw.com
bcochran@rgrdlaw.com

**ROBBINS GELLER RUDMAN & DOWD LLP**
Willow E. Radcliffe (SBN 200089)
Kenneth J. Black (SBN 291871)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone 415-288-4545
willowr@rgrdlaw.com
kennyb@rgrdlaw.com

**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**
Thomas C. Michaud
79 Alfred Street
Detroit, Michigan 48201
Telephone 313-578-1200
tmichaud@vmtlaw.com

*Additional Counsel for the Securities Act Plaintiffs*

# EXHIBIT B
# RESERVATION OF RIGHTS

This Limited Objection and any subsequent pleading, appearance, argument, claim, or suit made or filed by Lead Plaintiff, either individually or for the Class or any member thereof, do not, shall not, and shall not be deemed to:

    a.    constitute a submission by Lead Plaintiff, either individually or for the Class or any member thereof, to the jurisdiction of the Bankruptcy Court;

    b.    constitute consent by Lead Plaintiff, either individually or for the Class or any member thereof, to entry by the Bankruptcy Court of any final order or judgment, or any other order having the effect of a final order or judgment, in any non-core proceeding, which consent is hereby withheld unless, and solely to the extent, expressly granted in the future with respect to a specific matter or proceeding;

    c.    waive any substantive or procedural rights of Lead Plaintiff or the Class or any member thereof, including but not limited to (a) the right to challenge the constitutional authority of the Bankruptcy Court to enter a final order or judgment, or any other order having the effect of a final order or judgment, on any matter; (b) the right to have final orders and judgments, and any other order having the effect of a final order or judgment, in non-core matters entered only after de novo review by a United States District Court judge; (c) the right to trial by jury in any proceedings so triable herein, in the Chapter 11 Cases, including all adversary proceedings and other related cases and proceedings (collectively, "Related Proceedings"), in the Securities Litigation, or in any other case, controversy, or proceeding related to or arising from the Debtors, the Chapter 11 Cases, any Related Proceedings, or the Securities Litigation; (d) the right to seek withdrawal of the bankruptcy reference by a United States District Court in any matter subject to mandatory or discretionary withdrawal; or (e) all other rights, claims, actions, arguments, counterarguments, defenses, setoffs, or recoupments to which Lead Plaintiff or the Class or any member thereof are or may be entitled under agreements, at law, in equity, or otherwise, all of which are expressly reserved.

For the avoidance of doubt, Lead Plaintiff, on behalf of itself and the Class, does not, and will not impliedly, consent to this Court's adjudication of, including through any order of this Court purporting to adjudicate, release, waive, enjoin, or otherwise impact, the claims of Lead Plaintiff and the Class or any member thereof against any defendant now or hereafter named in the Securities Litigation.