COLETTE F. STONE, ESQ. (SBN: 129773)
RONALD F. BERESTKA, JR. ESQ. (SBN: 155707)
STONE & ASSOCIATES
A Professional Corporation
2125 Ygnacio Valley Road, Suite 101
Walnut Creek, CA 94598
Telephone: (925) 938-1555
Facsimile: (925) 938-2937
Email: cstone@stonelawoffice.com
rberestka@stonelawoffice.com

Attorneys for Defendants,
GEORGE M. VLAZAKIS; MARIA BARBIS; JOHN BARBIS;
and ATHANASIA V. VLAZAKIS

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION,<br><br>And<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☐ Affects Both Debtors<br><br>*All papers shall be filed in the Lead Case, no. 19-30088 (DM)* | CASE NO. 19-30088 (DM)<br><br>Chapter 11<br><br>**DECLARATION OF GEORGE M. VLAZAKIS IN SUPPORT OF OPPOSITION TO DEBTORS' MOTION TO REJECT CONTRACT AND GRANT RELATED RELIEF**<br><br>Date: February 11, 2020<br>Time: 10:00 a.m.<br>Dept.: 17<br>    450 Golden Gate Ave<br>    San Francisco, CA 94102<br>Judge: Dennis Montali |

I, George M. Vlazakis, declare:

    1.    I am a defendant in a lawsuit in the California Superior Court, County of Alameda, Case number RG19021463 brought by Pacific Gas & Electric Company. I have personal knowledge of the facts contained in this declaration and if called to testify thereto could competently do so.

    2.    I am a co-owner of the property located at 225-229 Brush Street and 751 Third Street in Oakland.

    3.    I am a member of the California State Bar in good standing.

4. I and my two sisters Maria Barbis and Athanasia Vlazakis promptly signed all joint applications that PG & E's employees and agents presented to us in order to obtain a building permit to undertake the structural upgrades to the wall that divides the Vlazakis property from the PG & E property that is involved in this matter.

5. I and the other Vlazakis co-owners performed all of the acts that we were required to undertake as we agreed to in the November 22, 2017 "Letter Agreement" involved in the Debtor's motion.

6. Throughout my direct dealings with PG & E through their designated agent, Craig Communications, PG & E's employees, project manager Brian Garber and prospective bidders for the structural wall project were given access by myself to the interior of the premises in order to prepare their bids. I estimate that there were five walk through inspections or more over a period of several weeks. At no time was access denied to PG & E's employees or prospective bidders for work pursuant to the contract. In fact, PG & E was provided a key to access an open yard owned by the Vlazakises to the rear of and adjacent to 751 Third Street to facilitate their work.

7. There is no good reason to deny PG & E and its agents access to the subject property in order to do the work on the wall since the wall will benefit the Vlazakises, and is undertaken at PG & E's sole cost and expense. The purpose of the contract was to undertake the upgrades to the wall on a timely basis which PG & E failed to undertake even before it filed its most recent bankruptcy in January of 2019.

8. In reference to the approval of the second joint application for the building permit to do the work on the subject wall, neither Brian Garber nor any PG & E agent, ever advised me that the approved joint building permit application was conditioned on ADA compliance or seismic upgrades. Brian Garber admits in two of his declarations submitted to the court that the second joint application for the building permit was submitted to the City of Oakland and approved.

9. I asked Brian Garber if the City of Oakland was requiring an ADA compliant bathroom as a condition of approval of the second joint building permit application. Brian Garber's verbal response to me was "no". At no time did PG & E's employees and/or their agents

provide me or the other co-owners any proof that ADA compliance and/or seismic upgrades were required as a condition of approval of the structural work to be done on the subject wall.

I declare under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Executed on this 20th day of January, 2020, at Oakland, California.

*George M. Vlazakis*
GEORGE M. VLAZAKIS