

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

Signed and Filed: January 21, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| | Chapter 11 |
| **PG&E CORPORATION**, | (Lead Case) |
| | (Jointly Administered) |
| - and - | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **ORDER GRANTING STIPULATION AMONG THE DEBTORS, THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EXTENDING TIME TO FILE REPLY BRIEF ON SUBROGATION CLAIM IMPAIRMENT ISSUE** |
| **Debtors**. | |
| ☐  Affects PG&E Corporation ☐  Affects Pacific Gas and Electric Company ☑  Affects both Debtors | |
| * *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Re: Dkt. No. 4540, 5312 |
| | [No Hearing Requested] |

**Weil, Gotshal & Manges LLP**
**767 Fifth Avenue**
**New York, NY  10153-0119**

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

1    The Court having considered the *Stipulation Among the Debtors, the Ad Hoc Group of*

2  *Subrogation Claim Holders, and the Official Committee of Unsecured Creditors Extending Time*

3  *to File Reply Brief on Subrogation Claim Impairment Issue* (the "**Stipulation**"), filed on January

4  19, 2020; and, pursuant to such stipulation and agreement of the Parties[1], and good cause

5  appearing,

6        IT IS HEREBY ORDERED:

7        1.      The time for the Debtors and Ad Hoc Subrogation Group to file and serve

8

9  a consolidated reply to the UCC Responsive Brief, not to exceed 25 pages, is extended through

10  4:00 p.m. (prevailing Pacific Time) on January 27, 2020.

11  APPROVED AS TO FORM AND
    CONTENT:
12
    Dated:  January 19, 2020
13
    MILBANK LLP
14
    /s/ *Thomas R. Kreller*
15  Thomas R. Kreller

16  *Attorneys for Official Committee of*
    *Unsecured Creditors*
17

18  Dated:  January __, 2020

19  WILLKIE FARR & GALLAGHER LLP

20

21  /s/ *Benjamin McCallen*
    Benjamin McCallen
22
    *Attorneys for the Ad Hoc Group of*
23  *Subrogation Claim Holders*

24                    **\*\*END OF ORDER\*\***

25

26  _____

27  [1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the
    Stipulation.
28