**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary Of Hours and Discounted Fees Incurred By Professional
August 1, 2019 through August 31, 2019

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Aayush Bhatia | Associate - KGS | 142.2 | $ 135 | $ 19,197.00 |
| Adrian Irwin | Senior Associate - Advisory | 149.7 | $ 325 | $ 48,652.50 |
| Allison Smith | Senior Associate - Advisory | 32.7 | $ 325 | $ 10,627.50 |
| Anthony Henderson | Senior Associate - Advisory | 0.9 | $ 325 | $ 292.50 |
| Bellamy Yoo | Associate - Advisory | 0.8 | $ 275 | $ 220.00 |
| Bhaskara Rama Bhaskara | Senior Specialist - Advisory | 792.0 | $ 225 | $ 178,200.00 |
| Bob Zhang | Associate - Advisory | 33.9 | $ 135 | $ 4,576.50 |
| Brian Wei | Associate - Advisory | 60.4 | $ 275 | $ 16,610.00 |
| Carlo Toribio | Senior Associate - Advisory | 13.5 | $ 325 | $ 4,387.50 |
| Celeste Campbell | Manager - Bankruptcy | 41.3 | $ 163 | $ 6,711.25 |
| Clay Gilge | Principal - Advisory | 21.5 | $ 500 | $ 10,750.00 |
| Cole Gallagher | Senior Associate - Advisory | 164.3 | $ 325 | $ 53,397.50 |
| Daniel Elmblad | Senior Associate - Advisory | 17.8 | $ 325 | $ 5,785.00 |
| Daniel Smith | Manager - Advisory | 4.4 | $ 475 | $ 2,090.00 |
| David Ross | Manager - Advisory | 61.2 | $ 400 | $ 24,480.00 |
| Dennis Cha | Associate - Advisory | 188.0 | $ 275 | $ 51,700.00 |
| Erik Lange | Partner - Advisory | 7.0 | $ 850 | $ 5,950.00 |
| Gaurav Mathur | Manager - Advisory | 108.5 | $ 400 | $ 43,400.00 |
| Gaurav Thapan-Raina | Manager - Advisory | 16.0 | $ 400 | $ 6,400.00 |
| Geno Armstrong | Partner - Advisory | 4.5 | $ 500 | $ 2,250.00 |
| Gustavo Garcia | Associate - Advisory | 8.2 | $ 275 | $ 2,255.00 |
| Jeffrey Kwan | Associate - Advisory | 274.7 | $ 275 | $ 75,542.50 |
| Jonathan White | Managing Director- Advisory | 3.5 | $ 475 | $ 1,662.50 |
| Josh Conkel | Manager - Advisory | 27.7 | $ 224 | $ 6,204.80 |
| Jovelyn Baliclic-Durst | Manager - Advisory | 0.7 | $ 475 | $ 332.50 |
| Juanita Garza | Associate - Bankruptcy | 129.9 | $ 138 | $ 17,861.25 |
| Kavita Malik | Lead Specialist (Manager) - Advisor | 26.2 | $ 225 | $ 5,895.00 |
| Kelly Markgraf | Managing Director- Advisory | 0.7 | $ 975 | $ 682.50 |
| Kyle McNamara | Director - Advisory | 13.4 | $ 435 | $ 5,829.00 |
| Lucy Cai | Associate - Advisory | 91.6 | $ 275 | $ 25,190.00 |
| Manoj Thareja | Manager - Advisory | 188.0 | $ 224 | $ 42,112.00 |
| Marcus Xu | Senior Associate - Advisory | 64.0 | $ 325 | $ 20,800.00 |
| Matt Broida | Director - Advisory | 28.3 | $ 435 | $ 12,310.50 |
| Matthew Bowser | Senior Associate - Advisory | 172.9 | $ 325 | $ 56,192.50 |
| Matthew Rice | Lead Specialist (Manager) - Advisor | 648.7 | $ 225 | $ 145,957.50 |
| Monica Plangman | Associate Director - Bankruptcy | 4.6 | $ 213 | $ 977.50 |
| Phillip Prombo | Manager - Advisory | 5.6 | $ 400 | $ 2,240.00 |
| Preston Devaney | Associate - Advisory | 49.5 | $ 275 | $ 13,612.50 |
| Reid Tucker | Principal - Advisory | 4.6 | $ 500 | $ 2,300.00 |
| Rob Villegas | Senior Associate - Advisory | 128.9 | $ 225 | $ 29,002.50 |
| Rohit Nagdeo | Lead Specialist (Manager) - Advisor | 656.0 | $ 225 | $ 147,600.00 |
| Rita Squalli Houssaini | Manager - Advisory | 9.0 | $ 400 | $ 3,600.00 |
| Scott Stoddard | Director - Advisory | 24.2 | $ 435 | $ 10,527.00 |

Case: 19-30088    Doc# 5424-1    Filed: 01/21/20    Entered: 01/21/20 12:14:40    Page 1 of 2

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary Of Hours and Discounted Fees Incurred By Professional
August 1, 2019 through August 31, 2019

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Trent Anderson | Associate - Advisory | 173.5 | $ 275 | $ 47,712.50 |
| Wendy Shaffer | Senior Associate - Bankruptcy | 8.5 | $ 150 | $ 1,275.00 |
| **Subtotal Hours and Fees at Discounted Rates** | | **4,603.5** | | **$ 1,173,351.80** |
| Data Security Services - Exhibit C2 (Fixed Fee) | | | | $ 232,402.50 [1] |
| Legal Support Services - Exhibit C3 (non-hourly fees) | | | | $ 50,010.72 [2] |
| Endpoint Security Strategy Assessment - Exhibit C12 (Fixed Fee) | | | | $ 100,000.00 [3] |
| **Subtotal Fees** | | | | **$ 1,555,765.02** |
| Less Reduction in Fees in Anticipation of Change Order - Exhibit C1 | | | | $ (132,908.00) [4] |
| **Total Fees Requested** | | | | **$ 1,422,857.02** |
| Out of Pocket Expenses | | | | $ 149,235.54 |
| **Total Fees and Out of Pocket Expenses** | | | | **$ 1,572,092.56** |
| less Holdback Adjustment (20%) | | | | $ (284,571.40) |
| **Net Requested Fees & Out of Pocket Expenses** | | | | **$ 1,287,521.15** |
| **Blended Hourly Rate** (excludes Fixed Fee Hours) | | | **$ 254.88** | |

[1] KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. As of August 31, 2019, KPMG is requesting the fixed-fee amount above for these services, as approved by the client.

[2] These fees represent the recurring monthly charges as detailed in Appendix C of the Legal Support Services Agreement and further detailed on Exhibit C3.

[3] KPMG and the Debtors agreed to fixed-fee compensation for the Endpoint Protection Strategy Assessment Services. As of August 31, 2019, KPMG is requesting the fixed-fee amount related to the completion of Phase 1 and Phase 2 of these services.

[4] The Debtors and KPMG are in the process of documenting several adjustments in the scope of KPMG's services, which KPMG anticipates will include a termination of further work on Task 3 together with an agreement that KPMG will charge $915,000 in fees for Task 3. KPMG had incurred $1,132,092 in such fees through July 2019 and an additional $132,908 in August 2019. Although a change order has not yet been executed and presented to the court, in anticipation of such a change order KPMG reduced the July fee request by $217,092 and is reducing this fee request by $132,908.