**EXHIBIT B**

**PG&E Corporation and PG&E Company, et.al.**
Case No. 19-30088
Summary of Hours and Discounted Fees Incurred by Category
August 1, 2019 through August 31, 2019

| Project Category | Exhibit | Total Billed Hours | Total Fees Requested | |
|---|---|---|---|---|
| Asset Management Services | C1 | 1,360.3 | $ 428,964.00 | |
| Data Security Services | C2 | | $ 232,402.50 | (1) |
| Legal Support Services | C3 | 5.7 | $ 52,908.22 | (2) |
| IT Software Services (Phase I) | C4 | 0.0 | $ - | |
| Enterprise Project Management Tools Implementation Services | C5 | 0.0 | $ - | |
| Risk Assessment Services | C6 | 0.0 | $ - | |
| Retention Services | C7 | 2.5 | $ 461.25 | |
| Fee Application Preparation Services | C8 | 182.7 | $ 26,791.25 | |
| IT Software Services (Phase II) | C9 | 2,251.8 | $ 506,655.00 | (3) |
| Quanta Invoice Review Services | C10 | 543.9 | $ 148,739.50 | (3) |
| Data Security Loan Staff Services | C11 | 188.0 | $ 42,112.00 | (3) |
| Endpoint Protection Strategy Assessment Services | C12 | | $ 100,000.00 | (3)(4) |
| Data Security CCPA Support Staff Services | C13 | 61.6 | $ 10,781.30 | |
| Tax and Accounting On-Call Services | C14 | 7.0 | $ 5,950.00 | |
| **Subtotal** | | **4,603.5** | **$ 1,555,765.02** | |
| Less Reduction in Fees in Anticipation of Change Order - Exhibit C1 | | | $ (132,908.00) | (5) |
| **Total Fees Requested** | | | **$ 1,422,857.02** | |

(1) KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. As of August 31, 2019, KPMG is requesting the fixed-fee amount above for these services, as approved by the client.

(2) Fee amount composed of hourly fees and recurring hosting fees.

(3) Includes previously deferred fees associated with services which were pending court approval. These services were approved in the supplemental retention order [D.I. 5077] filed on December 11, 2019.

(4) KPMG and the Debtors agreed to fixed-fee compensation for the Endpoint Protection Strategy Assessment Services. As of August 31, 2019, KPMG is requesting the fixed-fee amount related to the completion of Phase 1 and Phase 2 of these services.

(5) The Debtors and KPMG are in the process of documenting several adjustments in the scope of KPMG's services, which KPMG anticipates will include a termination of further work on Task 3 together with an agreement that KPMG will charge $915,000 in fees for Task 3. KPMG had incurred $1,132,092 in such fees through July 2019 and an additional $132,908 in August 2019. Although a change order has not yet been executed and presented to the court, in anticipation of such a change order KPMG reduced the July fee request by $217,092 and is reducing this fee request by $132,908.