DocuSign Envelope ID: B33A4477-E0E0-46E3-8E7D-90C533795ACD

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

Pacific Gas & Electric Corp., *et al.*

            Debtors.

Chapter 11

Case No. 19-30088 Chapter 11

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **ACRT Pacific LLC** | **Whitebox Multi-Strategy Partners, LP** |
| Name of Transferor | Name of Transferee |
| Phone: (330) 945-7500 | Phone: (612) 355-2003 |
| Last Four Digits of Acct #: N/A | Last Four Digits of Acct #: N/A |
| | |
| Name and Address where notices and payments to transferee should be sent: | Claim No: 72460 |
| | Debtor: Pacific Gas & Electric Company (19-30089) |
| **Whitebox Multi-Strategy Partners, LP** | Date Filed: October 21, 2019 |
| **c/o Whitebox Advisors** | |
| **3033 Excelsior Blvd, Suite 300** | Total Amount of Claim: $350,567.14 |
| **Minneapolis, MN 55416-4675** | **Transferred Amount of Claim:** |
| **Attn: Scott Specken** | **$350,567.14** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[DocuSigned by: EFEC966052574B9...]_____,      Date: 1/21/2020 | 08:15 PST
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 & 3571.

DocuSign Envelope ID: B33A4477-E0E0-46E3-8E7D-90C533795ACD

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court Northern District of California, San Francisco Division

AND TO: PG&E Corporation and Pacific Gas and Electric Company (collectively, "Debtors"); Case No. 19-30088 (DM), Jointly Administered

Claim No. N/A; Scheduled Amount of Claim

Debtor: Pacific Gas and Electric Company (19-30089)

**ACRT Pacific LLC,** its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**WHITEBOX MULTI-STRATEGY PARTNERS LP**
**3033 Excelsior Blvd, Ste 300**
**Minneapolis, MN 55416**
**Attn: Scott Specken**

its successors and assigns ("Buyer"), all rights, title and interest in and to proof of claim no. _____ of Seller in the principal amount of $350,567.14 (the "Claim") against Debtors in the United States Bankruptcy Court, or any other court with jurisdiction over the Debtors' Bankruptcy Case.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of the Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all and future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

DocuSign Envelope ID: B33A4477-E0E0-46E3-8E7D-90C533795ACD

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of \_\_10/4\_\_, 2019

**ACRT Pacific LLC**

By: _____
Name: Brad Schroeder
Title: CFO


**Whitebox Multi-Strategy Partners, LP**
By: Whitebox Advisors LLC its investment manager

By: _____
    DocuSigned by: Luke Harris
    FA52A1B17F3241F...
Name: Luke Harris
Title: General Counsel - Corporate, Transactions & Litigation