Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**WENDEL ROSEN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@wendel.com
Email: llenherr@wendel.com

Attorneys for Michael G. Kasolas, Claims
Representative

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088-DM |
| **PG&E CORPORATION** | Chapter 11 (Lead Case) (Jointly Administered) |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **SECOND AND FINAL REPORT OF COURT APPOINTED CLAIMS REPRESENTATIVE** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Company ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

*Wendel Rosen LLP*
*1111 Broadway, 24th Floor*
*Oakland, California 94607-4036*

# TABLE OF CONTENTS

I. SUMMARY ........................................................................................................... 4

II. BACKGROUND .................................................................................................. 4

III. SUCCESSFUL COMPLETION OF THE TASKS ............................................. 6

   A. Task One: Identifying and locating Unfiled Fire Claimants and implementing procedures to provide notice of the Extended Bar Date to Unfiled Fire Claimants. ............................ 6

   B. Task Two: Obtaining and interpreting data to identify and locate Unfiled Fire Claimants and, in particular, to identify and locate displaced Unfiled Fire Claimants. ...................... 7

   C. Task Three: Establishing and implementing procedures to inform and educate Unfiled Fire Claimants about their rights to file Fire Claims by the Extended Bar Date, and implementing reasonable methods to reach Unfiled Fire Claimants to inform them of the Extended Bar Date and how to file Fire Claimants Proof of Claim Forms on account of any Fire Claims. ........................ 8

      1. Advertising/Media ......................................................................................... 8

      2. Public Relations & Outreach ........................................................................ 8

         a. Community Grassroots Outreach ............................................................. 9

            i. On-The-Ground Flyer Distribution ............................................. 10

            ii. Long-Term Recovery Group Meetings ....................................... 11

            iii. Elected Official and Other Organization Information Outreach ................ 11

         b. Community Partnerships ......................................................................... 12

            i. Partnership with NorCal United Way-211 ................................... 12

            ii. Partnership with PeachJar ........................................................... 12

            iii. FEMA ......................................................................................... 12

         c. Media Relations ...................................................................................... 13

         d. Social Media ............................................................................................ 14

   D. Task Four: Assisting Unfiled Fire Claimants with the process of filing Fire Claimants' Proof of Claim Forms in these cases, including coordinating with Prime Clerk who will be independently setting up locations within the fire zone areas where Prime Clerk representatives shall receive Proof of Claim Forms. ...................... 15

      1. Website ........................................................................................................ 15

      2. Call Center .................................................................................................. 15

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

017558.0085\5732020.4

        3.    Prime Clerk Activities and Coordination ............................................................ 17

    E.    Task Five: Periodically reporting to both this Court and to Judge Donato on progress and results. ........................................................................................................................ 18

IV.    PROJECTED BUDGET VS ACTUAL BUDGET ........................................................... 18

V.    RESULTS ................................................................................................................................ 19

VI.    DISPOSAL OF CONFIDENTIAL RECORDS ................................................................ 20

VII.    CONCLUSION ..................................................................................................................... 20

EXHIBITS ............................................................................................................................... 22

Wendel Rosen LLP
1111 Broadway, 24ᵗʰ Floor
Oakland, California 94607-4036

MICHAEL G. KASOLAS, the Court appointed claims representative (the "Claims Representative"), hereby submits his Second and Final Report, as follows:

## I.  SUMMARY

The Claims Representative was appointed and tasked with identifying, locating, and assisting fire victims who were eligible to file claims but failed to do so by the original bar date. With only fifty (50) days between his appointment and the extended claims bar date (December 31, 2019, at 5:00 p.m. PST), the Claims Representative and his Team designed and implemented an expansive outreach effort designed to augment previous efforts and reach those unaccounted-for victims. The efforts were successful; as of December 31, 2019, at 5:00 p.m. PST, **81,131** unique individuals or entities[1] have filed wildfire related proofs of claim, reflecting an increase of **9,265** since the original claims bar date (October 21, 2019).[2] This success was possible because of this Court's extension of the claims bar date, and because of the extensive coordination and cooperation between the parties and professionals in this case, including the Debtors, the Official Committee of Tort Claimants (the "TCC"), the insurers, as well as the grass roots campaign efforts of the fire victims[3] themselves.

## II.  BACKGROUND

1.  Between 2015 and the Petition Date, Northern California was hit with unprecedented fires which resulted in devastating losses. According to the TCC, estimated losses include: the 2015 Butte Fire (burned 70,868 acres, destroyed 877 structures, 2 fatalities); the 2017 North Bay Fires (burned 245,000 acres, destroyed 9,000 structures, 45 fatalities); 2018 Camp Fire (burned 153,336 acres, destroyed 18,793 structures, 85 fatalities). (Docket No. 4293, p. 8, filed

---

[1] *See, infra,* n. 25.

[2] For a complete discussion of the results, *see, infra,* § V.

[3] The efforts of the fire victims in this case in locating and communicating accurate information to their fellow fire victims cannot be overstated. *See* Docket No. 4292, filed Oct. 18, 2019, (Motion of the TCC Pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R. Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date); *see, also,* the supporting declarations of Richard Barton, Mikko Bojarsky, Lynda Bradway, Nathanial Brown, Samantha Chocktoot, Elizabeth Davis, Marjorie Everidge, Brooke Gardner, Mary Gardner, Patricia Garrison, Ryan Mooney, Dr. Scheherazade Shamsavari, Steven Thomas, Roger K. Pitman, M.D., and James Drinkhall.

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

1  Oct. 18, 2019.) According to one estimate, 50,000 people were displaced as a result of the 2018

2  Camp Fire alone. (*Id.*)

3      2.    On January 29, 2019, (the "Petition Date"), the above-captioned Debtors filed a

4  voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.[4] The original claims bar

5  date was set for October 21, 2019, at 5:00 p.m. (Docket No. 2806, entered July 1, 2019 (original

6  claims bar date order).) As of the original bar date (October 21, 2019), there were **73,848**[5] fire-

7  related claims filed.

8      3.    At the September 24, 2019, hearing before the Honorable Dennis Montali, United

9  States Bankruptcy Judge for the Northern District of California, counsel for individual plaintiffs

10 indicated that, as a result of notice issues and low participation numbers, the TCC may "ask[] for

11 an extension of time for the claims process . . . [because they are] very concerned that [they] are

12 not getting in the requisite claims that should come in based on what [they] believed, in good faith,

13 are the number of people . . . who have been impacted." (Docket No. 4003, p. 127, ll. 3-11

14 (hearing transcript).)

15     4.    Based on a documented concern that the victims of the fires had not received

16 adequate information or education regarding the original claims bar date and the types of claims

17 that could be filed,[6] the TCC filed a motion pursuant to 11 U.S.C. §§ 105(a) and 501 and Fed. R.

18 Bankr. P. 3003(c) for Entry of an Order Extending the Bar Date. (Docket No. 4292, filed Oct. 18,

19 2019.) The TCC was concerned that a substantial number of fire victims failed to file claims by

20 the original bar date "because they erroneously believe[d] they may not file claims, ha[d] not

21 received notice of the case, and/or [were] physically, mentally and/or emotionally impaired as a

22 result of the trauma, injuries and living conditions caused by the [] fires." (Docket No. 4292, filed

23 Oct. 18, 2019 (set for hearing on Nov. 13, 2019).)

24     5.    In response to the Motion, the Debtors and the TCC entered into a Stipulation to

25

26 _____

[4] 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code").

27 [5] *See, infra,* n. 20.
[6] For a discussion of participation concerns raised in Court, *see* Docket No. 2781, filed June 29,

28 2019 (June 26, 2019, hearing transcript); *see also* Docket No. 3738, p. 153, ll. 8-13, filed Aug. 28, 2019 (Aug. 27, 2019, hearing transcript).

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

Extend Bar Date for Fire Claimants and for Appointment of Claims Representative, (Docket No. 4651, filed Nov. 11, 2019), and on November 11, 2019, the Honorable Dennis Montali, United States Bankruptcy Court, Northern District of California, entered the Order Extending Bar Date for Fire Claimants and Appointment of Claims Representative (the "Bar Date Extension Order"). (Docket No. 4672, Nov. 12, 2019.) A copy of the **Bar Date Extension Order** is attached as **Exhibit A**.

6.    With only fifty (50) days between his appointment and the extended claims bar date (December 31, 2019, at 5:00 p.m. PST), the Claims Representative and his Team designed and implemented an expansive outreach effort designed to augment previous efforts and reach those unaccounted for victims. On December 3, 2019, the Claims Representative filed his First Report describing his Team,[7] proposed strategy, and the Team's initial activities (the "First Report"). (Docket No. 4963.) For ease of reference, the **First Report** is attached as **Exhibit B**.

7.    Also on December 3, 2019, the Claims Representative filed the Stipulation to Advance Funds to Claims Representative, which provided for the Debtor's agreement to advance $395,000.00[8] to the Claims Representative and/or his Team so that they could commence implementation of their strategy. (Docket No. 4966.) The order approving the Advance Funds stipulation was entered on December 4, 2019. (Docket No. 4980.)

## III.    SUCCESSFUL COMPLETION OF THE TASKS

The Bar Date Extension Order provides that the Claims Representative shall be given broad discretion to conduct five (5) tasks (the "Tasks") for the benefit of Unfiled Fire Claimants. As described below, the Claims Representative and his Team diligently and successfully completed all of the Tasks.

A.    **Task One: Identifying and locating Unfiled Fire Claimants and implementing procedures to provide notice of the Extended Bar Date to Unfiled Fire Claimants.**

The Claims Representative was asked to identify, locate, and assist traumatized and/or

---

[7] Capitalized terms not defined herein shall have the meaning ascribed to them in the First Report.
[8] The Advance is for: $300,000.00 media; $70,000 outreach, and $25,000 advance for out-of-pocket expense (postage, paper and envelopes to +20,000; also technology and translation fees).

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

1  displaced fire victims who were eligible to file a claim but had not filed a claim by the original

2  claim deadline. Immediately upon his appointment, the Claims Representative and his Team

3  analyzed the outreach that had previously occurred and identified ways to reach fire victims who

4  were unable to protect their interests. Rather than blanket the community with generalized

5  repetition of past noticing programs, the Team designed a program to identify and target those fire

6  victims who were not reached by, or were not responsive to, prior noticing programs, or who were

7  unable to respond because of reasons such as ongoing trauma. The efforts to identify, locate, and

8  implement procedures to accomplish this Task are described in the First Report. (Ex. B.)

9  **B.  Task Two: Obtaining and interpreting data to identify and locate Unfiled Fire Claimants and, in particular, to identify and locate displaced Unfiled Fire**

10  **Claimants.**

11  At the request of the Claims Representative, BMC Group designed and performed data

12  analysis to ensure that the Team did not duplicate the efforts of prior noticing programs and

13  focused on the victims identified as having not filed a claim. Between November 20, 2019, and

14  December 27, 2019, BMC Group received eleven (11) datafiles from insurers and tort claimants'

15  counsel containing a total of 115,765 records. Use of the data received from insurers was restricted

16  pursuant to the following Orders entered by the United States Bankruptcy Court: Order Re: The

17  Production of Current Address Information for Insureds, (Docket No. 4815, entered Nov. 19,

18  2019); and Order Re: the Production of Current Contact Information for Insureds. (Docket No.

19  5075, entered Dec. 9, 2019.) In accordance with the use restrictions, BMC Group compared the

20  data to Prime Clerk LLC's ("Prime Clerk")[9] data of filed claims. Unmatched records were

21  identified as potential fire claimants who had not yet filed a claim in the bankruptcy. A query was

22  run against the national change of address database and approximately 5,000 changes of address

23  were found. People had moved to every other state in the nation except New Hampshire, Rhode

24

25

26

---

27  [9] Prime Clerk is the Debtors' claims and noticing agent. (*See* Docket No. 245, entered Feb. 1, 2019

28  (Order Pursuant to 28 U.S.C. § 156(c) Authorizing Retention and Appointment of Prime Clerk LLC as Claims and Noticing Agent).)

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

Island and West Virginia. One had moved to Guam. Nearly 50,000 unmatched parties received either a telephone call, email, text or first-class mail notice of the extended fire claims deadline.

**Sample text, email and mail messaging** are attached as **Exhibit C**.

**C.  Task Three: Establishing and implementing procedures to inform and educate Unfiled Fire Claimants about their rights to file Fire Claims by the Extended Bar Date, and implementing reasonable methods to reach Unfiled Fire Claimants to inform them of the Extended Bar Date and how to file Fire Claimants Proof of Claim Forms on account of any Fire Claims.**

**1.  Advertising/Media**

At the request of the Claims Representative, Kinsella Media designed and implemented advertising that focused attention on those who had not filed, or who had been unable to file, claims. Kinsella Media drafted all ad materials in plain language. The media portion of the outreach program began on December 14, 2019, and ran up to the extended deadline. The advertising/media buy was focused specifically on the fire counties and contiguous counties in Northern California and included seventeen (17) local and fifteen (15) community newspapers, social media delivered via Facebook and Instagram, and broadcast media delivered via general market and cable television and English and Hispanic radio. The Facebook ads were optimized to deliver the highest performing ad more frequently.

**The Media Buy Report** is attached as **Exhibit D**.[10]

**Tear sheets** are attached as **Exhibit E**.

**Examples of the Facebook and Instagram ads** are attached as **Exhibit F**.

**Video/audio files** are available for a limited time using the following links:

- <u>audio and video in English</u>: https://docs.bmcgroup.com/FCR/docs/PGE_AV1.mp4
- <u>audio in English</u>: https://docs.bmcgroup.com/FCR/docs/PGE_AV2.mp3
- <u>audio in Spanish</u>: https://docs.bmcgroup.com/FCR/docs/PGE_AV3.mp3

**2.  Public Relations & Outreach**

At the request of the Claims Representative, Holmes Associates designed and implemented

---

[10] As reflected in the Media Implementation Report, broadcast spots are only estimated at this time. Details regarding the final number of spots and specifics on where they aired will not be known until receipt of the post-buy report. The post-buy report will not be available until February 2020 because it is tied to when Nielsen comes out with their ratings.

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

Wendel Rosen LLP
1111 Broadway, 24ᵗʰ Floor
Oakland, California 94607-4036

1   a communications strategy that focused on fire victims who had not been reached by, or responded

2   to, prior noticing programs. The Team integrated and coordinated different elements of the

3   program (e.g., advertising, direct mail, media coverage, outreach) to create a simultaneous and

4   multi-faceted "voice and presence" in the community. Each element was supportive and expanded

5   the reach of all other elements.

6       Throughout the program, Holmes Associates, on behalf of the Claims Representative, met

7   and was assisted by many people who provided invaluable information, made phone calls, printed

8   and distributed flyers, and provided guidance when requested. These people include, but are not

9   limited to: Karen Gowins (TCC member); Shelby Boston and Shari McCracken (Butte County);

10   Anne Reynolds (American Red Cross); Erik Selk (HopeNow); Adam Goldberg, Emily Seeley

11   (Trident DMG); Matt Plotkin (Long-Term Recovery Group); Jacob Peterson (NorCal United

12   Way); Sharon Selland (Owner, Red Lion Pizza); Cindy Goodwin and Steve Bolin (Paradise

13   Alliance Church); Ben Schrag, Prime Clerk; Cathy Yanni (Administrator, Wildfire Assistance

14   Program); Bonnie Kane (Cathy Yanni contact and survivors advocate); Staff at Chico State Printer

15   (hired to print flyers); and Local area friends and business associates of Holmes Associates who

16   provided community insights and connections.

17       A **Detailed Activity Report** from Holmes Associates is attached as **Exhibit G**.

18           **a.**      **Community Grassroots Outreach**

19       The Team developed and deployed an outreach team with members that brought

20   established experience in service organization/nonprofit partnerships, faith-based outreach,

21   education/academia liaison work, and grassroots community relations. Team members had

22   knowledge, techniques and understanding on how to talk with populations that are segmented,

23   sometimes isolated, under stress and/or adversarial. The outreach team demonstrated

24   understanding and respect for the fact that segments of the target population were traumatized,

25   angry, overwhelmed with daily life, and had been inundated with offers and advertisements. It was

26   apparent that many people had misinformation or had decided not to file a claim, making

27   reeducation a challenge.

28

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

### i.      On-The-Ground Flyer Distribution

Holmes Associates coordinated printed flyer distribution to complement the more tech-centered activities (e.g., text-out[11] messages). The English and Spanish-language flyers were printed (front and back) and distributed through established community channels and by an on-the-ground team that walked the communities.

Color psychology was employed in printing the flyers on fluorescent/lime green paper and/or mint green to stand out. Green was selected as it represents the color of life, renewal, and traditionally is associated with money. The use of green paper was proved effective when the Claims Representative heard at his first Long-Term Recovery Group meeting from attendees that they were seeing green flyers "everywhere" after the first weekend of outreach.

A copy of the **English language flyer** is attached as **Exhibit H**.

A copy of the **Spanish language flyer** is attached as **Exhibit I**.

General categories of distribution points were: churches and church organizations (e.g. Catholic Charities case workers, congregational bulletins, passed out at Sunday services), holiday and community events (e.g., car windshields at Paradise football game), food banks and meals-on-wheels, thrift stores, laundromats, senior centers, restaurants and local eateries (taped on delivered pizza boxes), coffee houses, libraries, retailers, grocery stores and local markets (including Kwiki Marts, 7-Elevens), local entertainment (theatres), redevelopment agencies, social centers/agencies, liquor stores, employment offices, motels where survivors were staying, parks, and check cashing stores. Twenty-one (21) cities (American Canyon, Biggs, Calistoga, Chico, Cottonwood, Lake Berryessa, Lincoln, Magalia, Mendocino, Napa, Napa Valley, Oroville, Orland, Paradise, Pope Valley, Yountville, Petaluma, Santa Rosa, Sonoma, St. Helena, Yuba City) in five (5) counties (Butte, Napa, Sonoma, Shasta, Sutter) were reached. The reach of the flyers most likely extended further than these cities and counties as there were wide-ranging nonprofits, and city and county

---

[11] A local area code 530 telephone number was used for text messaging.

017558.0085\5732026.2

1  agencies who requested large quantities of fliers for distribution. The Team has no way to track
2  those distribution channels.

3     **Sample photographs** of flyer distribution is attached as **Exhibit J**.

### ii.    Long-Term Recovery Group Meetings

5     The Claims Representative attended and spoke about his program at the December 6th and
6  December 20th[12] Long-Term Recovery Group meetings in Chico, each with 70 to 90 people in
7  attendance. At the conclusion of the meetings, the Claims Representative remained to speak
8  individually with attendees to uncover previously unknown opportunities to find the hard-to-reach
9  audiences and to answer questions. Attendees represented area disaster relief/redevelopment
10 agencies (including Red Cross and FEMA; city/county social services/redevelopment), nonprofits,
11 large faith-based organizations (e.g. Catholic Charities), businesses and individuals. Flyers were
12 delivered in advance of the meetings to be given to attendees to distribute to respective audiences,
13 along with those personally distributed by the Claims Representative.

### iii.    Elected Official and Other Organization Information Outreach

15    For information and educational purposes, and to inform elected officials of the work
16 being done in their communities, the Team sent the English and Spanish flyers, plus program
17 information to the following: Chico City Council; Paradise Town Council; Santa Rosa City
18 Council; Butte County Supervisors; Sonoma County Supervisors; Napa County Supervisors and
19 Emeritus Senator Brian Dahle (through Josh Cook, chief-of-staff). Also, for information and
20 educational purposes, and with the assistance of HopeNow, the Team sent a blast email to twenty-
21 three (23) California Association of Realtors[13] regional offices in Northern California and to
22 senior leadership and the communications department for LeadingAge/San Francisco office, a
23 national organization for aging (focusing on the seniors audience). Given the time constraints, the
24 Team could not do one-on-one conversations with representatives from these organizations;
25 however, the Team determined that these organizations would benefit knowing about the program.

---

[12] The December 20th meeting included Ivan Penn, *New York Times* reporter as the Claims
Representative's guest, plus a *NYT* photographer.
[13] These professionals would most likely be helping people find new homes and business facilities.

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

### b. Community Partnerships

Holmes Associates, on behalf of the Claims Representative, developed partnerships with local social service agencies, faith-based organizations, non-profits, businesses and individuals who played an influential role in the community and could serve as trusted "messengers." The Team was respectful of the partners' knowledge and experience, as well as sensitive to their strengths, limitations and concerns, understanding that the families, friends and coworkers tied to those organizations, and/or being served by them, would be important ambassadors in sharing flyers, news coverage, and social media content with those in need. Community partnerships proved to be a successful strategy as the Team had cooperation from all of the agencies that it approached.

### i. Partnership with NorCal United Way-211

The Claims Representative partnered with NorCal United Way-211 in a December 11, 2019, text-out campaign. The text-out message was sent by NorCal United Way-211 to 15,225 recipients. Although the Team does not have data on the specific identity of the recipients or the contact numbers, it does know: 5,510 were regular 211 users; 9,715 were users who specifically signed-up for Camp Fire information. Of the 9,715 recipients, 8,163 had a 530 area code; 1,552 had area codes that ranged from 202 to 972. Text-out verbiage was brief in order to have all of the words on the recipient's phone screen: "If you haven't yet filed a fire claim with PG&E, do it before 12/31, 5p PST. Info:www.officialfireclaims.com or 888-909-0100. Do it today. Don't miss out."

### ii. Partnership with PeachJar

PeachJar is a digital communications platform for school districts, community organizations and parents that delivers flyers and other information to parental email boxes. The partnership with PeachJar encompassed seventeen (17) schools in Sonoma and Napa Valley Unified School Districts. PeachJar emailed both Spanish and English flyers to parents. Of the 5,628 emails that were sent, 2,252 were opened.

### iii. FEMA

The Federal Emergency Management Agency (FEMA) serves an important and integral

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

1 function in supporting the fire victims with their recovery efforts. Although primarily due

2 statutory privacy restrictions FEMA declined to allow the Team to directly distribute flyers to the

3 residents of the Gridley residential facility, FEMA worked with the State Office of Emergency

4 Services ("CalOES") to post information on CalOES's California Wildfires Statewide Recovery

5 Resources website, wildfirerecovery.org. The information posted was: "The deadline to file a fire

6 claim in the PG&E Bankruptcy has been extended to December 31, 2019 at 5pm. If you need

7 additional information, please visit officialfireclaims.com, or call 1-888-909-0100." In addition, a

8 resident of the facility voluntarily went door-to-door to deliver the Claims Representative's flyers

9 among the residents.

10           **c.**     **Media Relations**

11      A launch media release was distributed by PR Newswire on November 18, 2019. Final PR

12 Newswire stats: 1,516 release views & hits; 118 postings for a total potential audience reach of

13 45M. Pickup by source: 35% Broadcast Media; 28% Newspaper; 22% online news sites.

14      A copy of the **Media Release** is attached as **Exhibit K**.

15      In addition, the team utilized already-scheduled releases about the deadline from PG&E to

16 launch media outreach as the extended claim deadline grew closer. Referrals from Skikos,

17 Crawford, Skikos & Joseph LLP and Trident Media Group initiated stories in the *New York Times,*

18 *Press Democrat,* and *San Francisco Chronicle*.

19      National stories by the *New York Times* (December 27), NPR (December 30) and

20 Associated Press (December 31) amplified the claim deadline message beyond California. There

21 was story pickup from these three news syndicates by out-of-state print and online outlets in

22 Oregon, Connecticut, Illinois, Washington, Virginia, New York and beyond; as well as within

23 California. In effect, online stories cross all boundaries throughout the United States.

24      There was California story coverage through live radio interviews with the Claims

25 Representative (KCBS News Talk; KYQS-AM and KPAY-AM/FM); Claims Representative

26 television podcasts (KRONon; ABC7 SF; ActionNews Now; and ABC10) and print interviews

27 with *San Francisco Chronicle; Chico Press-Enterprise;* (Santa Rosa) *Press-Democrat; Sonoma*

28 *Index Tribune; Napa Valley Register; Silicon Valley Business Journal* and *The Willitts News.*

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

Pro Bono DJ chatter was provided by the Spanish-language network Entravision to countdown the remaining days to file a claim and was also provided by Results Radio (4 stations in Redding/Chico) to encourage attendance at the December 27, 2019, event at Paradise Alliance Church community dinner.

Audience reach calculated with data from Cision[14] indicates that the coverage reached 712,980 for print publications and 147,019,839[15] for online posts. Cision does not provide viewership/listener numbers for broadcast outlets.

A **Media Coverage Summary** is attached as **Exhibit L**.

Examples of the **Media Coverage** is attached as **Exhibit M**.

**Sample Media Articles** are attached as **Exhibit N**.

### d. Social Media

Many Facebook groups were created in Northern California related to the wildfires (information, warnings, updates) and to survivors (sharing needs and updates, asking for help, etc.). These Groups are closed and permission to be a member of a Group has to be requested and approved by the Group administrator.

Holmes Associates, on behalf of the Claims Representative, requested and was granted access to seventeen (17) Groups that had a cumulative total of 128,678 members. The Groups included: Chico Needs; Camp Fire Survivors; California Wildfires; Rebuilding Hope: Campfire Recovery Resources; Brush Fire Partyline/Sonoma County; California Wildfires; Survivors of the PG&E Fires; Paradfise & Magalia Camp Fire Property Owners; #Campfire; Rebuilding Paradise; Upper Ridge Community Council; Sonoma County Wildfire; CAL FIRE Sonoma Lake Napa Unit; California Fire Lawyer; CAMP FIRE – Information & Updates; Bennett Valley Strong; Napa Valley Pickers. The reach of the Facebook Groups went beyond these specific Groups as some of the members of these Groups shared the posted information with other Groups that we did

---

[14] Cision (NYSE: CISN) is a leading global provider of earned media software and a services provider for public relations professionals. Its Public Relations Suite is a comprehensive database of bloggers and journalists throughout the country and includes in its datapoints Audience Reach and UVPM.
[15] Unique Visitors Per Month (UVPM) calculated from Cision.

not have access to (e.g., the administrator of Brush Fire Partyline/Sonoma County shared the fliers with all the Partyline Groups in NorCal).

**Sample Facebook Groups Posts** are attached as **Exhibit O**.

**D.    Task Four: Assisting Unfiled Fire Claimants with the process of filing Fire Claimants' Proof of Claim Forms in these cases, including coordinating with Prime Clerk who will be independently setting up locations within the fire zone areas where Prime Clerk representatives shall receive Proof of Claim Forms.**

**1.    Website**

On November 15, 2019, BMC Group, on behalf of the Claims Representative, launched a website (www.OfficialFireClaims.com), together with associated Facebook and Twitter accounts. An email account was also established (*info@officialfireclaims.com*) and used to respond to web inquiries and to issue the email notifications of the extended fire claims deadline. The website included links to the claim forms and static pages answering frequently asked questions ("FAQs") in both English and Spanish. Between November 15, 2019, and December 31, 2019: 18,739 unique visitors accessed the website, of which 1,719 selected Spanish language option.

**Screen prints from the website** are attached as **Exhibit P**.

**Screen print from the Team's Facebook** page is attached as **Exhibit Q**.

**2.    Call Center**

On November 15, 2019, BMC Group, on behalf of the Claims Representative, launched a call center (available 24-hours a day). The call center provided assistance in English and Spanish by live operators. The call center received 2,108 calls, 951 of which were handled by interactive voice response recording of the FAQs that could also be found on the website. A summary of the different types of calls is as follows:

- Elderly callers: In many instances, these calls lasted more than an hour as call center representatives helped fire victims to first access the online claims filing system and then walked them through the entire claim filing process, question by question. Callers stated that they were very grateful for the hands-on help. Some said they would have given up trying to file claims because it was "too much trouble" or because they were overwhelmed by their loss and did not feel they could get it done alone.

Wendel Rosen LLP
1111 Broadway, 24ᵗʰ Floor
Oakland, California 94607-4036

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

1    • Confusion about different types of claims: Many callers asked about their Wildfire

2 Assistance Program ("WAP") claims. The call center operators explained that the Claims

3 Representative's fire claims assistance effort was unrelated to the WAP program and provided

4 contact information for the WAP.

5    • Uninformed about what types of damages they could file claims for: Some callers

6 asked if they could file a claim for lost wages, personal injuries and emotional distress even if their

7 home had not burned down. Many callers asked if they could file a proof of claim if they had

8 received some payment from their insurance company, but the payment did not cover all their

9 losses. Others asked if they could file a claim for their lost property if they were only renters. The

10 call center helped these victims to file their claims.

11    • Erroneous belief PG&E was unable to pay claims: Some callers stated that they had

12 not bothered to file a claim because they believed PG&E had no money because they were

13 bankrupt. Call center staff was able to educate the claimants and assist them with the claim filing

14 process.

15    • Previously unaware of the deadline: Numerous callers, especially toward the end of

16 the year after the radio and TV ads aired, stated that this was the first time they had heard that they

17 could file a claim against PG&E.

18    • Difficulty navigating the claims filing process: The Team's operators walked

19 people through each step of the process when needed. Callers were often referred to the local

20 Prime Clerk service centers or encouraged to ask friends or relatives to help them file an electronic

21 claim. Some callers did not have computers, or their computers had been destroyed by the fires. In

22 these instances, BMC Group mailed out hard copy claim forms with pre-addressed stamped

23 envelopes and advised them that they could call back for assistance in completing the forms if they

24 had any questions. In the alternative, they were advised to go to a public library or a friend's house

25 with a computer and to call the call center back; many did call back and the Team was able to

26 walk the caller through the online claim filing process. In the few days before the December 31,

27 2019, 5:00 p.m. deadline, proof of claim forms were sent via FedEx to a handful to people who

28 seemed to have no other option.

### 3.  Prime Clerk Activities and Coordination

Prime Clerk staffed six (6) service centers every day between 8:30 a.m. and 5:00 p.m. PST; four (4) of the centers offered assistance in both English and Spanish. The locations of the service centers were: 350 Salem Street, Chico*; 3600 Meadow View Road, Redding; 111 Stony Circle, Santa Rosa*; 231 D Street, Marysville*; 1850 Soscol Avenue, Ste. 105, Napa*; and 1567 Huntoon Street, Oroville (*indicates centers with Spanish assistance available).

To augment Prime Clerk's service center outreach, the Team's initial strategy was to identify holiday events or locations where large numbers of the population would be in attendance and to request Prime Clerk's attendance at those events. However, Prime Clerk was denied access to the events due to the fact that it was not a nonprofit with an appropriate tax ID number, as required by the event sponsor or business owner. The Team also submitted requests to a large retailer to host "File a Claim" days for holiday shoppers, but was the requests were denied due to the lack of nonprofit status.

The Team did successfully organize two (2) events for Prime Clerk to attend and accept claims. Both events took place at the Paradise Alliance Church ("PAC"), one of the largest in the area and "home" to several church congregations that lost their structures in fires. In addition to having a survivor encampment on the premises, PAC hosts events for fire survivors. The Team arranged for Prime Clerk to attend the December 20, 2019, PAC Holiday Lunch and Gift Distribution for Fire Survivors (est. 250 attendees) and the December 27, 2019, PAC Holiday Dinner and Comedy Show for the Community (est. 450-500 attendees). At the first event, Prime Clerk handed out six (6) claim forms and two (2) claims were submitted. At the second event, Prime Clerk handed out twelve (12) claims and three (3) claims were submitted.

Based on public comment regarding difficulty seeing where and how to file a fire claim on the Prime Clerk (claims agent) website, BMC Group created and posted a "how to" tutorial and posted direct links to file an electronic claim or to download a claim. (*See* Ex. P.)  In addition, at the request of the Claims Representative, Prime Clerk cooperated with the Team to rearrange the wording and navigation of their website to make it easier for potential claimants to see where to file their claims.

Wendel Rosen LLP
1111 Broadway, 24ᵗʰ Floor
Oakland, California 94607-4036

**E.** **Task Five: Periodically reporting to both this Court and to Judge Donato on progress and results.**

In addition to this Second and Final Report, the Claims Representative submitted his First Report on December 3, 2019. (Docket No. 4963.)

## IV. PROJECTED BUDGET VS ACTUAL BUDGET

The First Report included a projected budget and request for advance funds. (Ex. B.) The order approving the Advance Funds stipulation was entered on December 4, 2019. (Docket No. 4980.) The Claims Representative completed the Tasks 23% below-budget, as described as follows:

| | Budget | Estimated[16] Actual | variance |
|---|---|---|---|
| Claims Representative[17] | $ 366,000.00 | $ 331,437.91 | $ (34,562.09) |
| Advertising/Media *(media costs)* | $ 300,000.00 | $ 300,000.00 | $ - |
| *(Kinsella Advertising/Media fees)*[18] | $ 125,000.00 | $ 121,295.00 | $ (3,705.00) |
| Public Relations & Outreach | $ 300,380.00 | $ 122,683.51 | $ (177,695.49) |
| Technology & Data | $ 359,000.00 | $ 255,858.54 | $ (103,141.46) |
| Legal[19] | $ 125,000.00 | $ 76,234.33 | $ (48,765.67) |
| TOTAL | **$ 1,575,380.00** | **$ 1,207,509.29** | **$ (367,870.71)** |

Pursuant to the Bar Date Extension Order, and except to the extent that advance funds are applied, invoices for the above services have been or will be submitted by the Claims Representative and his Team directly to the Debtors for payment and are due upon receipt without further Court order.

---

[16] Final fees and costs are estimated and may change upon final invoice.

[17] The Claims Representative's hourly rate is $600 and $125 for his administrative staff.

[18] Kinsella Media's hourly rates range from $125 to $600. Both Ms. Kinsella and Dr. Wheatman are court-recognized notice experts and their hourly rates are $600 and $500 respectively; professional staff's hourly rates are between $125 and $350.

[19] Wendel Rosen LLP's fees are based on its standard hourly billing rates which range from $345 to $620 for attorneys and from $165 to $300 for paralegals, law clerks, and case clerks. Time is billed in increments of one-tenth of an hour.

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

## V.    RESULTS

As of the original claims bar date (October 21, 2019), there were **73,848**[20] fire-related claims filed. As of the extended claims bar date (December 31, 2019, at 5:00 p.m.), **8,999**[21] additional fire-related claims had been filed, for a total of **82,847**.[22]

A preliminary analysis[23] of the **8,999** claims reveals:

- Some claims were filed on behalf of a family[24] and include damages for multiple claimants. The preliminary analysis indicates that the **8,999** claims actually reflect damages for **9,265** unique individuals or entities[25] that had not filed a claim prior to the original claims bar date (October 21, 2019).

- **2,520** of the claims self-identify as amending a prior claim. Many of these claims appear to have been amended as a result of the Claim Representative's outreach efforts to educate fire victims about the different types of recoverable damages. The preliminary analysis reveals that **2,298** of these claims amend a claim filed prior to the original claim bar date, **175** amend a claim filed after the extended claims bar date, and **47** amended claims did not identify the original claim.

- A preliminary analysis of claim forms has not identified legal representatives for **3,096** claims forms, indicating that the individuals or entities associated with those claim forms may be without legal representation.

- Although a preliminary "unique individual or entity" analysis was done (*see, supra*, n. 25), no analysis is available regarding whether any of the claims duplicate previously filed claims. For example, if a claimant electronically filed a claim and then mailed the claim, duplicate claims may appear on the claims register. A review for duplicates will be conducted by the Debtors (or a designee) prior to any claim

---

[20] This and other claims filing figures may fluctuate as claims are reviewed and re-categorized as fire-related or not.

[21] *Id.*

[22] *Id.*

[23] The preliminary analysis of claims is based on data and/or analysis provided to the Claims Representative by BMC Group; BrownGreer PLC; Cravath, Swaine & Moore LLP; the Debtors; Prime Clerk; and Skikos, Crawford, Skikos & Joseph LLP.

[24] The Proof of Claim (Fire Claim Related) form approved in this case defines a family as "a group of two or more people related by birth, marriage, domestic partnership or adoption and residing together. All such people are considered as members of one family." (Docket No. 2806, entered July 1, 2019 (order approving claim form).)

[25] The "unique individual or entity" data analysis was performed by Cravath, Swaine & Moore LLP by utilizing multiple criteria to identify duplicate names. In other words, when names were similar but not exact matches, other claim information was used to identify matches. For example, "John Arthur Smith" and "John A. Smith" are identified as the same individual if they share the same claim ID or loss address. For children that filed anonymously, an identifier is created using the parents' last name(s) to distinguish them from other individuals.

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

1    disbursement.

2         The Claims Representative had only fifty (50) days to design and implement an outreach

3    and education program to reach fire victims who had not filed a claim. Numerous potential

4    claimants had moved to unknown locations, many out-of-state. Despite the short timeframe and

5    limited budget, the Claims Representative successfully used data analysis techniques to identify

6    and reach—directly via telephone call, email, text, or first-class mail—nearly 50,000 potential fire

7    victims that had not filed a claim. Of this group, individuals had moved to every other state in the

8    nation except New Hampshire, Rhode Island, and West Virginia. The successes are apparent, but

9    are also to some extent unquantifiable in so far as the Claims Representative is still unable to

10   accurately estimate how many additional claims remain unfiled. Indeed, despite the Claims

11   Representative's outreach and education efforts, additional claims are still being filed, an

12   indication that perhaps not everyone has been reached.

13   **VI.    DISPOSAL OF CONFIDENTIAL RECORDS**

14        The Bar Date Extension Order provides that the Claims Representative and his Team are

15   subject to that certain Confidentiality and Protective Order entered as Docket No. 3405, on August

16   6, 2019 (the "Protective Order"). That order provides that within ninety (90) days of the

17   conclusion of the Debtor's emergence from Bankruptcy, a Receiving Party (as defined in the

18   Protective Order) must submit to the Producing Party (as defined in the Protective Order) a *written*

19   *certification* that (1) identifies (by category, where appropriate) all the Protected Material (as

20   defined in the Protective Order) that was destroyed; and (2) affirms that no copies, abstracts,

21   compilations, summaries or other format was retained. (Docket No. 3405, p. 17, filed Aug. 6,

22   2019.) Where applicable, the Claims Representative and his Team will submit their written

23   certifications pursuant to the requirements of the Protective Order.

24   **VII.   CONCLUSION**

25        Having successfully completed the Tasks, and Pursuant to the Bar Date Extension Order,

26   the Claims Representative's appointment terminated at 5:00 p.m. PST on January 20, 2020, at

27

28

1  which time he was released from his duties and obligations other than with respect to maintaining

2  confidentiality as required by the Bar Date Extension Order.

3

4  DATED: January 21, 2020                    Respectfully submitted,

5                                             WENDEL ROSEN LLP

6

7                         By:        /s/ Lisa Lenherr
                                   Mark S. Bostick
8                                  Lisa Lenherr
                                   Attorneys for Michael G. Kasolas, Claims
9                                  Representative

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Wendel Rosen LLP
1111 Broadway, 24ᵗʰ Floor
Oakland, California 94607-4036

017558.0085\5732020.4    SECOND AND FINAL REPORT                                     21

# EXHIBIT A

Signed and Filed: November 11, 2019

*Dennis Montali*

DENNIS MONTALI
U.S. Bankruptcy Judge

1  Robert A. Julian (SBN 88469)
   Cecily A. Dumas (SBN 111449)
2  BAKER & HOSTETLER LLP
   1160 Battery Street, Suite 100
3  San Francisco, CA 94111
   Telephone:    628.208.6434
4  Facsimile:    310.820.8859
   Email: rjulian@bakerlaw.com
5  Email: cdumas@bakerlaw.com

WEIL, GOTSHAL & MANGES
Stephen Karotkin (pro hac vice)
(stephen.karotkin@weil.com)
Jessica Liou (pro hac vice)
(jessica.liou@weil.com)
Matthew Goren (pro hac vice)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

9  Eric E. Sagerman (SBN 155496)
   David J. Richardson (SBN 168592)
10 Lauren T. Attard (SBN 320898)
   BAKER & HOSTETLER LLP
11 11601 Wilshire Blvd., Suite 1400
   Los Angeles, CA 90025-0509
12 Telephone:    310.820.8800
   Facsimile:    310.820.8859
13 Email: esagerman@bakerlaw.com
   Email: drichardson@bakerlaw.com
14 Email: lattard@bakerlaw.com

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (pro hac vice)
(pzumbro@cravath.com)
Kevin J. Orsini (pro hac vice)
(korsini@cravath.com)
Omid H. Nasab (pro hac vice)
(onasab@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

15 *Counsel to the Official Committee of Tort*
   *Claimants*

*Attorneys for Debtors and Debtors in*
*Possession*

16

17 **UNITED STATES BANKRUPTCY COURT**
   **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

18 | In re: | Bankruptcy Case
19 **PG&E CORPORATION** | No. 19-30088 (DM)
20   **-and-** | Chapter 11 (Lead Case)
                  | (Jointly Administered)
21 **PACIFIC GAS AND ELECTRIC**
   **COMPANY,** | **ORDER EXTENDING BAR DATE FOR**
22             **Debtors.** | **FIRE CLAIMANTS AND APPOINTING**
                             | **CLAIMS REPRESENTATIVE**
23 □ Affects PG&E Corporation
24 □ Affects Pacific Gas and Electric Company | Re: Docket No. 4292
   ■ Affects both Debtors
25                                              | No Hearing Requested
   *All papers shall be filed in the Lead Case,*
26 *No. 19-30088 (DM)*
27
28

**EXHIBIT A** 

The Court having considered the *Stipulation Between Debtors and Official Committee of Tort Claimants to Extend Bar Date for Fire Claimants and Retain Claims Representative,* dated November 8, 2019 (the "**Stipulation**[1]"), and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is hereby approved.

2. The Original Bar Date will be extended solely for the benefit of Unfiled Fire Claimants[2] to December 31, 2019 at 5:00 p.m. (Prevailing Pacific Time) (the "**Extended Bar Date**").

3. The Court appoints Michael G. Kasolas to serve as a special claims representative for the benefit of Unfiled Fire Claimants (the "**Claims Representative**") *nunc pro tunc* to November 1, 2019. The Claims Representative shall be given broad discretion to conduct his tasks for the benefit of Unfiled Fire Claimants and shall be tasked with (the "**Tasks**"):

   (i) identifying and locating Unfiled Fire Claimants and implementing procedures to provide notice of the Extended Bar Date to Unfiled Fire Claimants;

   (ii) establishing and implementing procedures to inform and educate Unfiled Fire Claimants about their rights to file Fire Claims by the Extended Bar Date, and implementing reasonable methods to reach Unfiled Fire Claimants to inform them of the Extended Bar Date and how to file Fire Claimants Proof of Claim Forms on account of any Fire Claims;

   (iii) assisting Unfiled Fire Claimants with the process of filing Fire Claimants' Proof of Claim Forms in these cases, including coordinating with Prime Clerk LLP ("**Prime Clerk**") who will be independently setting up locations within the fire zone areas where Prime Clerk representatives shall receive Proof of Claim Forms; and

---

[1] Capitalized terms used but not herein defined have the meanings ascribed to such terms in the Stipulation.

[2] For purposes of this Order, "**Unfiled Fire Claimants**" means any non-governmental Fire Claimants who have not filed Proofs of Claim by the October 21, 2019 Original Bar Date.

1

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1         (iv)    periodically reporting to both this Court and to Judge Donato on progress and
2                results.
3        4.     The Claims Representative will have the authority to engage staff, personnel,
4 vendors (including but not limited to media/advertising, project management services, technology
5 solutions, public relations, and other consultants), and counsel (collectively the "**Team**") to assist
6 in the implementation of the Tasks.
7        5.     The reasonable and documented fees and expenses of the Claims Representative and
8 any of his Team shall be allowed administrative expenses of the Debtors' estates and paid by the
9 Debtors in the ordinary course of business, without further application to or order of the Court,
10 upon receipt of invoice. If any dispute arises relating to any invoice, the parties shall meet and
11 confer in an attempt to resolve the dispute and, if resolution is not achieved, the matter shall be
12 resolved by the Court. The Claims Representative shall not be personally responsible or liable for
13 the fees and expenses of his Team, and may apply to the Court for approval of advance fees or costs
14 if deemed necessary in order to successfully complete the Tasks. The Claims Representative and
15 his Team will not act as an agent or representative of the Debtors and, accordingly, the Debtors
16 shall have no responsibility or liability for, and no obligations to indemnify or hold harmless the
17 Claims Representative or his Team for any acts or omissions whatsoever. In addition, the Claims
18 Representative and his Team will not owe any duty to any Unfiled Fire Claimants (whether known
19 or unknown) that are unable to be located or who do not file a claim, nor shall the Claims
20 Representative and his Team have any duty to represent Unfiled Fire Claimants who file Proofs of
21 Claim or to defend their claims once filed. In order to avoid duplication of efforts, the Claims
22 Representative and his Team may capitalize and build upon the work conducted in the Wildfire
23 Assistance Program and the Notice Procedures, including the Supplemental Notice Plan. The
24 Claims Representative and his Team, acting within the course and scope of their agency and
25 representation, are entitled to rely on all outstanding rules of law and Orders of this Court, and the U.S.
26 District Court for the Northern District of California, and shall not be liable to anyone for their good
27 faith compliance with any Order, rule, law, judgment or decree. In no event shall the Claims
28 Representative or his Team be liable to anyone for their good faith compliance with their respective

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

duties and responsibilities as the Claims Representative or Team, nor shall the Claims Representative or Team be liable to anyone for any actions taken or omitted by them, in each case, except upon a finding of this Court that they acted or failed to act as a result of malfeasance, bad faith, intentional misconduct, or reckless disregard of their respective duties.

6. The Claims Representative and his Team will consult with the TCC, Debtors, and Prime Clerk to maximize the effectiveness of the Extended Bar Date while avoiding undue duplication of efforts and to minimize costs. Prime Clerk will cooperate with the Claims Representative, including by responding to reasonable claims-related information requests.

7. Notwithstanding anything herein to the contrary, Fire Claimant Proof of Claim Forms must be submitted in accordance with the procedures and in the manner set forth in the Bar Date Order; *except that* (i) Unfiled Fire Claimants shall have until the Extended Bar Date to submit their claims in accordance with the procedures set forth in the Bar Date Order; (ii) Prime Clerk may receive Proof of Claim Forms from Unfiled Fire Claimants at the locations established within the fire zones pursuant to Paragraph 3(iii) above; and (iii) the Claims Representative may, at his discretion, utilize the claims filing system implemented between Prime Clerk and BrownGreer for storage and uploading of completed Proof of Claim Forms under Paragraph 3 of the Order re: the Production of the BrownGreer Database [Dkt. 3922].[3]

8. The Claims Representative shall be permitted to seek to obtain information necessary from any of the various parties including the TCC, the Debtors, and the Ad Hoc Subrogation Group. The Claims Representative will be deemed a "Receiving Party" entitled to receive and review materials designated in discovery in these cases as Highly Confidential or Professional Eyes Only, pursuant to Section 7.3 of the Confidentiality and Protective Order dated August 8, 2019 [Dkt. 3405], as well as to receive and review any materials designated with less-protected designations, such as "Confidential" or "Contractor Confidential," solely for the purpose of contacting or providing notice to Unfiled Fire Claimants for the purposes of this Stipulation.

---

[3] The Claims Representative's access to filed claim data is limited to helping to identify Unfiled Fire Claimants by running comparisons with other data sources. The Claims Representative's appointment is limited to Unfiled Fire Claimants and nothing in this Order shall be construed to expand the Claims Representative's responsibilities to Filed Claimants or those claimants represented by counsel.

3

The Claims Representative will also be subject to all other terms of the Confidentiality and Protective Order pertaining to the protection and disposition of Protected Materials. Parties in these cases who are in possession of Protected Materials containing information about Unfiled Fire Claimants that may assist the Claims Representative in his duties may produce such Protected Materials to the Claims Representative under the terms of the Confidentiality and Protective Order.

9. The Claims Representative's appointment will terminate at 5:00 p.m. Pacific Standard Time on January 20, 2020, to enable the Claim Representative to file a report with the Court, and the Claims Representative will be released from its duties and obligations described in this Stipulation other than with respect to maintaining confidentiality as set forth in Paragraphs 7 and 8 hereof. Promptly following the termination of the Claim Representative's appointment, the Claims Representative shall, and shall cause all of his Team to, return all confidential materials received pursuant to Paragraph 8 above to the producing party.

10. The Parties understand and agree that nothing herein nor the existence, or act of entering into, this Stipulation shall constitute or be construed as an admission or evidence of any fault, improper action, inadequacy, insufficiency, or any other legal inference or otherwise with respect to the Notice Procedures, the Supplemental Notice Plan, or the Debtors' efforts generally to provide notice of the Bar Date and related procedures to known and unknown claimants, including Known and Unknown Fire Claimants, as approved by the Court pursuant to, and in accordance with, the Bar Date Order.

11. Upon execution of this Stipulation, the hearing on the Bar Date Extension Motion shall automatically be deemed adjourned (with the Debtors' deadline to file any response or objection to the Bar Date Extension Motion extended) pending approval of this Stipulation by the Court.

12. Promptly following entry of this Order, the Bar Date Extension Motion shall be withdrawn.

13. The Bankruptcy Court retains jurisdiction to resolve any disputes or controversies arising from the Stipulation.

**END OF ORDER**

4

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

# EXHIBIT B

1  Mark S. Bostick (Bar No. 111241)
   Lisa Lenherr (Bar No. 258091)
2  **WENDEL ROSEN LLP**
   1111 Broadway, 24th Floor
3  Oakland, California 94607-4036
   Telephone: (510) 834-6600
4  Fax: (510) 834-1928
   Email: mbostick@wendel.com
5  Email: llenherr@wendel.com

6  Attorneys for Michael G. Kasolas, Claims
   Representative

7

8                  UNITED STATES BANKRUPTCY COURT

9        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11  **In re:**                              Case No. 19-30088-DM

12  **PG&E CORPORATION**                    Chapter 11 (Lead Case)
                                            (Jointly Administered)
13          **-and-**
                                            **FIRST REPORT OF COURT**
14  **PACIFIC GAS AND ELECTRIC**            **APPOINTED CLAIMS**
    **COMPANY,**                            **REPRESENTATIVE**
15                      **Debtors.**

16  □ Affects PG&E Corporation
    □ Affects Pacific Gas and Electric Company
17  ■ Affects both Debtors

18  *All papers shall be filed in the Lead Case,*
19  *No. 19-30088 (DM)*

20

21      MICHAEL G. KASOLAS, the Court appointed claims representative (the "Claims

22  Representative"), hereby submits his First Report, as follows:

23  **I.    BACKGROUND**

24      On November 11, 2019, the Honorable Dennis Montali, United States Bankruptcy Court,

25  Northern District of California, entered the Order Extending Bar Date for Fire Claimants and

26  Appointment of Claims Representative (the "Bar Date Extension Order"). (Docket No. 4672.) The

27  Bar Date Extension Order provides that the Claims Representative shall be given broad discretion

28                          EXHIBIT  B

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

to conduct the following tasks (the "Tasks") for the benefit of Unfiled Fire Claimants[1]:

(i) identifying and locating Unfiled Fire Claimants and implementing procedures to provide notice of the Extended Bar Date to Unfiled Fire Claimants;

(ii) obtaining and interpreting data to identify and locate Unfiled Fire Claimants and, in particular, to identify and locate displaced Unfiled Fire Claimants.

(iii) establishing and implementing procedures to inform and educate Unfiled Fire Claimants about their rights to file Fire Claims by the Extended Bar Date, and implementing reasonable methods to reach Unfiled Fire Claimants to inform them of the Extended Bar Date and how to file Fire Claimants Proof of Claim Forms on account of any Fire Claims;

(iv) assisting Unfiled Fire Claimants with the process of filing Fire Claimants' Proof of Claim Forms in these cases, including coordinating with Prime Clerk LLP ("Prime Clerk") who will be independently setting up locations within the fire zone areas where Prime Clerk representatives shall receive Proof of Claim Forms; and

(v) periodically reporting to both this Court and to Judge Donato on progress and results.

## II. CLAIMS REPRESENTATIVE'S ROLE, BACKGROUND AND QUALIFICATIONS

Michael G. Kasolas, as the Claims Representative, is being asked to identify, locate and assist traumatized and/or displaced fire victims who are eligible to file claims by December 31, 2019. He is thus required to perform a substantial body of work under intense time constraints to identify and reach fire victims who were not previously reached by prior noticing programs, or who were unable to protect their interests in these cases. Rather than blanket the community with generalized repetition of past noticing programs, the program that is described in this Report is designed to identify and target those fire victims who were not reached by, or were not responsive to, prior noticing programs, or who were unable to respond because of reasons such as ongoing trauma. The Claims Representative was selected based upon his ability to successfully achieve the objectives of his appointment within the limited time afforded. Mr. Kasolas will oversee and direct

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Bar Date Extension Order.

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

1 | his Team in an effort to effectively and efficiently accomplish the Tasks.

2 | Mr. Kasolas is currently a Chapter 7 Trustee for cases in the Oakland Division of the

3 | Northern District of California, formerly a Chapter 7 Trustee in the Sacramento Division of the

4 | Eastern District of California, has acted as a Chapter 11 Trustee and Examiner for the Sacramento

5 | Division of the Eastern District of California, and the Oakland, San Jose, and Santa Rosa

6 | Divisions Northern District of California, and has previously acted, and currently acts, as

7 | Receiver, Referee, and Partition Referee for cases in the Superior Court of California, Counties of

8 | San Francisco, Alameda, and Contra Costa.

## III. CLAIMS REPRESENTATIVE'S TEAM

Bar Date Extension Order provides the Claims Representative with the authority to engage staff, personnel, vendors (including but not limited to media/advertising, project management services, technology solutions, public relations, and other consultants), and counsel (collectively the "Team") to assist in the implementation of the Tasks. To assist him in completion of the Tasks, the Claims Representative has engaged the following as the Team members:

### 1) Media—Kinsella Media, an Exela Technologies Brand

Role: Kinsella Media will design and implement the media outreach that will focus attention on those who have not filed, or been unable to file, claims in these cases.

Qualifications: Kinsella Media, a leading notice expert firm, has designed and implemented more than 1,000 notification programs and placed over $400 million in legal notice advertising during the course of 28 years in business. They are particularly well-suited to the task of reaching fire victims who have not been reached by prior notices, or who have been unable to come forward to protect their interests in these cases. Katherine Kinsella founded Kinsella Media in 1991 and worked to establish the methodology that became the industry standard for legal notification programs. Shannon Wheatman, Ph.D., is the current president of Kinsella Media and has 19 years of experience in legal notice. Katherine Kinsella and Dr. Wheatman have been recognized as legal notice experts in state and federal courts across the U.S. in both class action and bankruptcy cases. Dr. Wheatman's plain language expertise was advanced by her education, including her doctoral dissertation on plain language drafting of legal notice. Under their

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

leadership, the firm developed and implemented some of the most complex notice programs in the legal industry (see **Exhibit A** for some relevant case experience).

Team Contribution: Kinsella Media is drafting all materials in plain language and designing all creative materials (flyers, poster, newspaper ads, TV and radio ads, digital banner ads, social media ads, graphics for Facebook group page). Kinsella Media has recommended a media program that will run in the weeks leading up to the extended deadline and will plan and buy all approved media. Kinsella Media will continuously monitor the delivery of the campaign and make adjustments as necessary to optimize effectiveness by targeting traumatized and/or displaced fire victims. Upon completion of the campaign, Kinsella Media will provide an implementation report confirming everything ran as planned.

**2) Public Relations & Outreach—Holmes Associates**

Role: Holmes Associates will design and implement a communications strategy that is focused on the particular fire victims who have not been reached by, or responded to, prior noticing programs.

Qualifications: Holmes Associates was established by Shelly Holmes, a 30-year marketing communications and public relations professional, who spent years as a senior partner in international and regional agencies, overseeing complex clients and multimillion-dollar budgets. Her goal was to create an agency that used a more efficient, flexible and results-driven approach than many other agencies were offering. The Holmes Associates team members come from large agencies, corporations, newsrooms, startups and more. Because of these varied backgrounds and experiences, members are adept at branding and messaging, general and targeted market outreach, grassroots and community outreach, key influencer relations, media relations, social media and crisis communications. Team members currently working on this outreach program have significant experience in public outreach and education campaigns that included working with rural communities in distress or with unique needs and circumstances, including but not limited to those surviving/addressing natural disasters.

Team Contribution: Holmes Associates is working with the Team to develop a communications strategy that takes into account a short timeframe but large geographic reach,

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

017558.0085\12456504.3

with the goal of using prioritized tactics that reach the most traumatized and displaced people possible by December 31, 2019. It is taking into account the feedback from media, organizations and local residents that the fire-survivor community and the region at-large is dealing with "fire fatigue" and somewhat overwhelmed with all the information and deadlines they have received over the last year or so. Holmes Associates will implement this strategy through the use of Community Partnerships, Community Grassroots Outreach, Social Media and Media Relations. Additionally, Holmes Associates is coordinating efforts with other PR and communications firms and efforts that represent PG&E, TCC and local business concerns.

### 3) Technology & Data—BMC Group

Role: BMC Group will design and perform the data analysis that will be critical to ensure that the Claims Representative does not duplicate the efforts of prior noticing programs, but instead focuses on those fire victims who can be identified as having not filed a claim in these cases.

Qualifications: BMC Group is a leading provider of technology-enabled information management and collaboration services. The BMC Group team is made up of leading industry professionals, many with significant experience in both the legal and administrative aspects of large, complex Chapter 11 and Class Action cases. For over 20 years, BMC Group has acted as information agent, official claims and noticing agent, solicitation and balloting agent and distribution agent in thousands of cases nationwide.

Team Contribution: BMC Group's role is as 'information agent' on the Team. It will design, host and administer a SmartRoom secure virtual dataroom that will be used to compile and analyze data to assist the Claims Representative and his Team to pinpoint the traumatized and displaced Unfiled Fire Claimants and ensure that the media efforts are directed to the correct markets. Further, based on data analysis results, BMC Group will execute direct outbound print, mail, text, and telephone notice outreach to potential Unfiled Fire Claimants. In addition, BMC Group will design and host the website and related social media links, email inbox, and call center. In coordination with these efforts, BMC Group will work with the Team to develop website content and call center scripts, including FAQs.

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

4) **Legal—Wendel Rosen LLP**

Role: Legal support for the Claims Representative.

Qualifications: Founded in 1909, Wendel Rosen LLP is one of the oldest and largest law firms in the East Bay region of the San Francisco Bay Area. The firm has a nationally recognized and highly regarded bankruptcy and creditor debtor rights, insolvency and reorganization law practice. Mark Bostick, lead counsel in this matter, has more than 35 years of experience focused on insolvency law, representing trustees, debtors, creditors and other interested parties in all forms of insolvency proceedings and out-of-court workouts.

Team Contribution: Wendel Rosen LLP will work with the Team and third parties, including the TCC, the Debtors, and Prime Clerk, to ensure that all media, communications and outreach activities provide legally accurate information in compliance with the Bar Date Extension Order. The firm will also assist the Team in preparing any necessary reports, requests for funds or payment, and other submissions to the courts.

## IV.  PRELIMINARY STRATEGY AND CURRENT STATUS

The Team has formulated the following preliminary[2] strategy to accomplish the Tasks:

### 1.  Media:

The paid media program seeks to provide notice of the Extended Bar Date to Unfiled Fire Claimants focusing specifically on the fire counties and contiguous counties in Northern California, and generating content that encourages those who have not yet filed proofs of claim to do so for damages and losses not previously emphasized in previous noticing efforts. Per discussions with members of the TCC, it is Kinsella Media's understanding that among those least likely to file claims are individuals who are renters, occupants, the elderly, under-employed, and those who suffered non-property damages and loss.  Although people have moved out of the area and out of state, it is Kinsella Media's belief that many remain pursuant to news reports citing

---

[2] The Claims Representative and his Team are still gathering data and coordinating their efforts with third-party groups and individuals familiar with the issues related to locating fire-related claimants and outreach efforts. The Team is agile and can (and will) pivot when necessary to ensure that funds are effectively utilized to maximize impact and effectiveness.

1  20,000 fire victims still living in Chico, California.

2         Building off the original notice efforts, the claims outreach media program will be targeted

3  to the specific counties and contiguous areas affected by the Northern California Fires. The media

4  program will provide awareness that will dovetail with and support local on-ground efforts to

5  identify Fire Claimants.

6         The media program is a layered approach using social media, radio, local and community

7  newspapers, general market and cable TV. Social media will be used in the affected counties as

8  we believe Fire Victims are in many cases still in touch with each other.

9         While the reach of the media program is important, the content is unique to reflect the

10  specific and targeted goals of the Claims Representatives' assigned Tasks. The extension of the

11  bar date, the role that residents can play in reaching out to former neighbors, and the message that

12  the Court is taking this extra step in an effort to reach all fire victims, are indicative of the content

13  that will attempt to reach targeted claimants rather than blanket the community with repetition of

14  prior media content. The exact media scheduling will be determined based on timing of funding

15  and on costs and targeting information.

16         For the current status of media efforts, see the media activity report attached as **Exhibit B**.

17         **2.**      **Public Relations & Outreach**:

18         The limited time frame and budgeting for this program does not permit the Claims

19  Representative's Team to create new communications networks to reach potential fire victims.

20  Instead, Holmes Associates is working to establish Community Partnerships which will allow the

21  Team to utilize communications networks from agencies, organizations and businesses who

22  already have existing channels of outreach and lists of clients or customers who have opted-in to

23  receive communications. Holmes Associates has created relationships with: Butte County

24  Department of Employment and Social Services (flyer distribution to all partners, plus flyer

25  distribution at their weekly survivor dinners); NorCal United Way (Facebook posting of

26  messaging and flyer, and text-out to 30,000 survivors who have opted-in for communications);

27  HopeNow (social media posts on its platforms; multiple outreach lists provided); the Long Term

28  Recovery Group (attended Nov. 22 agency meeting for program announcement and flyer

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

Case: 19-30088   Doc# 4963   Filed: 12/03/19   Entered: 12/03/19 17:11:07   Page 7 of
19        7

FIRST REPORT

017558.0085\56264278

Case: 19-30088   Doc# 5432   Filed: 01/21/20   Entered: 01/21/20 17:22:39   Page 35
of 166

distribution); the Red Cross (flyer distribution to Red Cross partners and regional offices); and TCC members (flyer distribution at Gridley FEMA camp, social media postings, blast emails to partner agencies); to name a few of the current partners. An initial outreach has also been made to the California Association of REALTORS, Northern California, and LeadingAge (senior nonprofit). Partnership development will continue through December 31, 2019.

Grassroots flyer outreach has started through the Butte County Dept. of Employment and Social Services (weekly survivor dinners and County partners); churches (Sunday bulletins, messages from the pulpit, weekly meals for survivors), Charitable Based Organizations (flyers for distribution through counters, clients, customers; inclusion in newsletters), survivor groups (flyer distribution and social media platforms), FEMA facilities, and local businesses, as well as attending community events including college football and basketball games to distribute flyers. Four thousand (4,000) flyers have been distributed by November 25, 2019. Grassroots outreach and flyer distribution will continue through December 31, 2019.

Social media is being used to "talk" to people through existing survivor and wildfire Group pages. Currently the following survivor and wildfire groups have allowed the Holmes Associates team to join and post: Chico Needs (29k); Camp Fire Survivors (1.8k); California Wildfires (3.6k); Rebuilding Hope: Camp Fire Recovery Resources (2.3k). We are awaiting entry into other related Groups, and the team is creating @NorCalFireClaims Facebook and Instagram pages which will be used to post information.

In coordination with Kinsella Media, media outreach is being conducted to local, regional and national print, broadcast and online media. Holmes Associates is also coordinating efforts with other PR and communications firms and efforts that represent PG&E, TCC and local business concerns. A media release was written and distributed on November 15, 2019, through a blast email list and through a wire service. Currently the pickup report from our wire service shows 559 release views and hits. The Holmes Associates team has started and will continue follow-up calls to educate media of the efforts being undertaken to help more traumatized and displaced people file a PG&E claim before December 31, 2019.

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

### 3. Technology & Data:

Since November 1, 2019, BMC Group has expended approximately 300 hours engaged in the following:

- Analysis of proof of claim data, insurance data, and other address and claims information, to create a database of people who are most likely to be fire victims who have not filed proofs of claim in these cases, in order to avoid repetition of past noticing programs;

- Design, host and administer the SmartRoom secure virtual dataroom for internal team use and for hosting data subject to the Protective Order;

- Design and host the website www.OfficialFireClaims.com launched on November 15;

- Host and administer email box info@officialfireclaims.com;

- Design and host the Call Center (888.909.0100) launched on November 15;

- Participate in drafting and act as administrator of Frequently Asked Questions on the "OfficialFire Claims" website;

- Record and post a Call Center script including FAQs, administer updates;

- Receive, analyze and report on various data;

- Ongoing maintenance and administration of the website and the Call Center;

- Participate in Team communications;

- Participate in communications with existing fire victim support groups; and

- Conduct research in support of Team initiatives.

Anticipated additional activity will include data analysis, mechanics of outreach, e.g., text, email and direct mail; and social media account monitoring and maintenance targeted to identifying and locating traumatized and/or displaced Unfiled Fire Claimants. An abbreviated Spanish language message will be recorded and added to the Call Center line. BMC Group's staffing strategy focuses on the ability to scale, while assigning the right resources to complement the client and its advisors.

### V. PROJECTED BUDGET

To accomplish the Tasks and above-described strategy, the Claims Representative's

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

overall anticipated budget for himself and his Team for the period between November 1, 2019, and January 20, 2020, is **$1,575,380.00**, broken down as follows:

| | |
|---|---|
| Claims Representative | $ 366,000.00[3] |
| Media | $ 300,000.00 (media costs) |
| | $ 125,000.00[4] (Kinsella Media fees) |
| Public Relations & Outreach | $ 300,380.00 |
| Technology & Data | $ 359,000.00 |
| Legal | $ 125,000.00[5] |
| TOTAL: | $ 1,575,380.00 |

For informational purposes, as of **November 20, 2019**, the estimated[6] fees and costs incurred by the Claims Representative and his Team is as follows:

| | |
|---|---|
| Claims Representative | $111,000 |
| Media | $ 27,000 (media costs) |
| | $ 77,280 (Kinsella Media fees) |
| Public Relations & Outreach | $ 39,790 |
| Technology & Data | $ 37,500 |
| Legal | $ 25,000 |
| TOTAL: | $317,570 |

Pursuant to the Bar Date Extension Order, and except to the extent that advance funds are approved by further Court order, invoices for the above services will be submitted by the Claims Representative and his Team directly to the Debtors for payment and are due upon receipt without

---

[3] The Claims Representative's hourly rate is $600 and $125 for his administrative staff. For purposes of this budget, he estimates incurring 600 hours and 48 hours for his administrative staff between November 1, 2019, and January 20, 2020.

[4] Kinsella Media's hourly rates range from $125 to $600. Both Ms. Kinsella and Dr. Wheatman are court-recognized notice experts and their hourly rates are $600 and $500 respectively; professional staff's hourly rates are between $125 and $350.

[5] Wendel Rosen LLP's fees are based on its standard hourly billing rates which range from $345 to $620 for attorneys and from $165 to $300 for paralegals, law clerks, and case clerks. Hourly rates are subject to reasonable change, usually at the beginning of each year. Time is billed in increments of one-tenth of an hour.

[6] For purposes of this First Report, fees and costs through November 20, 2019, have been estimated and are subject to change.

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

Case: 19-30088   Doc# 4963   Filed: 12/03/19   Entered: 12/03/19 17:11:07   Page 10

017558 0085\9634982.1   Case: 19-30088   Doc# 5432   Filed: 01/21/19   Entered: 01/21/20 17:22:39   Page 38
of 166
FIRST REPORT                        10

1 further Court order. Also pursuant to the Bar Date Extension Order, the Claims Representative is
2 not incurring any personal responsibility or liability for these substantial costs, all of which are to
3 be paid by the Debtors. Due to the truncated timeframe and substantial fees and costs that must be
4 paid up front, funds must be advanced as set forth in section VI.

5 **VI.    REQUEST FOR ADVANCED FUNDS**

6     The Bar Date Extension Order provides that the Claims Representative may apply to the
7 Court for approval of advance fees or costs if deemed necessary in order to successfully complete
8 the Tasks. The Claims Representative has determined that advance funds in the amount of
9 **$395,000.00** are required (the "Advance").[7]

10     The Media portion of the Advance ($300,000.00 to Kinsella Media) will be used to
11 purchase and pay for advertising and services such as: booking and paying for all media; paying
12 producers to create television, radio, and online video spots; voice talent; Spanish translation
13 costs; and graphic designer fees to create digital banner ads. Receipt of the Advance is required as
14 soon as possible to ensure that media and other third-party services can be timely purchased and
15 paid for.

16     The Public Relations & Outreach portion of the Advance ($70,000 to Holmes Associates)
17 will be used for part of the first-month fees (already incurred) for: strategy; social and traditional
18 media relations; and community outreach efforts and third-party out-of-pocket costs for non-Team
19 member services (such as text-out services; printing of flyers and supplies for flyer distribution;
20 and other outreach expenses).

21     Subject to Bankruptcy Court approval, the Debtors have agreed to advance the requested
22 funds as provided in the Stipulation to Advance Funds to Claims Representative, which is being
23 filed contemporaneously herewith.

24 **VII.   PRELIMINARY EXPECTATIONS**

25     As of November 19, 2019, there were just over 72,000 fire-related claims filed. The TCC
26

27 ───────────────
[7] The Advance is for: $300,000.00 media; $70,000 outreach, and $25,000 advance for out-of-
28 pocket expense (postage, paper and envelopes to +20,000; also technology and translation fees).

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

017558 0085\5676427 8

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

1  estimates that there could be 70,000 to 100,000 fire-related claims, (Docket No. 4293, p. 9, filed

2  Oct 18, 2019)—suggesting that there are as many as 28,000+ unaccounted for fire-related claims.

3  Since his appointment, the Claims Representative and his Team have met with various parties that

4  have conducted, or are continuing to conduct, outreach activities related to fire victims. Anecdotal

5  evidence suggests that there may be as few as 8,000 unaccounted-for claims. However, it is

6  impossible to know with any accuracy the actual number of unaccounted-for fire-related claims.

7  The Claims Representative has obtained data from the insurance subrogation group and is seeking

8  to obtain rebilling data from PG&E to assist in the identification and location of the Unfiled Fire

9  Claimants with the assistance with the TCC.   Therefore, the Claims Representative and his Team

10 have developed the strategy described above to effectively and efficiently reach as many potential

11 Unfiled Fire Victims as possible, targeting those who are traumatized or displaced to ensure that

12 they are aware of the new claims bar deadline and have the necessary support and assistance to get

13 their claims filed by the extended claim bar date.

14 **VIII.   CONCLUSION**

15       Until and unless the Court orders otherwise, the Claims Representative will proceed to

16 effectuate the foregoing strategy within the anticipated budget.

17 DATED: December 3, 2019            Respectfully submitted,

18                         WENDEL ROSEN LLP

19

20                     By:       */s/ Lisa Lenherr*

21                         Mark S. Bostick
                        Lisa Lenherr

22                         Attorneys for Michael G. Kasolas, Claims
                        Representative

23

24

25

26

27

28

017558.0085\5\56700803.1   12

# EXHIBIT A



## Relevant Case Experience

*In re Holocaust Victim Assets Litigation,* Nos. CV-96-4849, CV-96-5161, and CV-97-461 (E.D.N.Y.).

**Case:** 1.25 billion settlement - Reparations

**Claimant Population:** Jews, Roma, homosexuals, and physically and mentally disabled people persecuted by the Nazis.

**Notice Program:** Kinsella Media had responsibility for providing notice to the Romani Holocaust victims. Using in-country organizers and human rights organizations, the firm designed and implemented a grassroots campaign to reach the isolated and educationally disadvantaged Roma in 15 countries in Europe and the former Soviet Union. In addition, Kinsella Media planned and managed paid media directed to Jewish people in the United States as well as press outreach in 37 countries orchestrating five press conferences in Berlin, Budapest, Moscow, Paris, Tel Aviv, and New York over a 24-hour period.

*Cobell v. Salazar,* No. 1:96-CV-1285 (D.D.C.).

**Case:** $3.4 billion settlement – Mismanagement of Funds

**Claimant Population:** Believed to be the largest civil rights settlement with the federal government, the class included over 500,000 Native Americans with Individual Indian Money accounts managed by the U.S. Department of the Interior for decades.

**Notice Program:** The notice program included direct notice supported by TV and radio ads in targeted areas around the country, ads in more than 75 Native American publications and tribal newsletters, and Internet advertising on Native American websites. Kinsella Media also oversaw a broad earned media campaign that distributed a press release to Native American and national and local mainstream publications with telephone follow-up to encourage media coverage of the settlement.

**Highlights:** To complement paid and earned media efforts, Kinsella Media constructed a layered community outreach program with over 1,800 tribal governments, non-profit organizations, and commercial enterprises participating in the notice program by hanging posters, showing a video about the settlement translated into eight Native American languages and Spanish, and/or distributing flyers about the settlement.

EXHIBIT A



1101 STREET NW, SUITE 600     WASHINGTON, DC 20037     T 202.686.4111     F 202.293.6961     KINSELLAMEDIA.COM

***Keepseagle v. Vilsack,*** No. 1:99-CV-3119 (D.D.C.).

**Case:** $760 million settlement - Discrimination

**Claimant Population:** Native American farmers, ranchers, and their heirs who were denied the same opportunities to obtain farm loans as white farmers.

**Notice Program:** Kinsella Media placed advertisements in tribal, regional, and national Native American media; regional and national agricultural trade publications; and a mass newspaper supplement targeted primarily at rural areas nationwide. Internet banner ads on local and national Native American-focused websites supported the print and broadcast aspects of the media program. Kinsella also implemented an earned media program that generated additional free media coverage.

**Highlights:** English and Navajo radio ads were placed in key markets with significant concentrations of Native American farmers and ranchers along with Native American networks.

***In re Black Farmers Discrimination Litigation,*** MDL No. 08-mc-511 (D.D.C.).

**Case:** $1.25 billion settlement - Discrimination

**Claimant Population:** African American farmers who experienced farm loan discrimination by the USDA.

**Notice Program:** A robust direct notice program, using an easily understandable postcard that directed people to a toll-free number or website for more information, was supported by paid and earned media efforts. The print media program was structured around advertisements placed in African American and community newspapers, farming and ranching trade publications, a national newspaper supplement. Radio was a critical part of the notice program with spots airing on radio stations in two large African-American networks as well as targeted local radio and agricultural radio in areas with the highest numbers of class members.

**Highlights:** Extensive third-party outreach included mailings to over 6,180 African-American farmer groups, predominantly African-American churches, civil rights groups, general agriculture organizations, historically black colleges and universities and other relevant entities.

*In re: Think Finance, LLC,* No. 17-33964 (Bankr. N.D. Tex.)

**Case:** Chapter 11 Bankruptcy with $40 million consumer settlement

**Claimant Population:** Over 1 million consumer payday loan borrowers

**Expert Services:** Kinsella Media provided an expert review of the Bar Date Notice Program, especially how well it reached consumers. Dr. Wheatman testified at the 7023 Motion Hearing as an expert witness for several groups of consumer borrower plaintiffs. The Court qualified Dr. Wheatman as an expert on bankruptcy notice. Subsequently, the debtors reached a settlement with the consumer borrowers and Kinsella Media assisted with the development of the settlement notice program.

**Highlights:** In the order granting the 7023 Motions, U.S. Bankruptcy Judge Harlin DeWayne Hale, noted: "The results indicate that while the Notice Procedures may have been constitutionally sufficient, they were not successful in facilitating creditor participation in these Bankruptcy Cases. A fundamental goal of bankruptcy is to promote creditor participation."

*Good v. West Virginia American Water Co.,* No. 14-CV-1374 (S.D.W. Va.)

**Case:** $151 million settlement

**Claimant Population:** Businesses, homeowners, renters, and employees in nine counties in West Virginia who were impacted by the Elk River contamination spill. Claims could be made for economic losses and medical costs.

**Notice Program:** Direct notice (in color postcards with tear-off claim form) were sent to identifiable class members. Mailing lists were created through property lists, utility company customer database, and use of a third-party to identify renters. Broad notice through the use of paid media, including color ads in local newspapers, TV, radio, and local Internet.

**Highlights:** Resulted in a 60% claims rate.

*Dolmage v. Province of Ontario,* No. CV-09-376927 (Ont. S.C.J.).

**Case:** $35 million settlement

**Claimant Population:** Former residents of three treatment facilities in Canada for the mentally challenged and disabled (Huronia Residential Centre, Rideau Regional Centre, and Southwestern Regional Centre), and heirs of deceased residents.

**Notice Program:** Direct notice (in large readable font, written at a 5th grade level) to identifiable former residents. Broad notice through the use of paid media, including national consumer magazines, local newspapers, TV, radio, a national newspaper, and national and local Internet. Media outreach using a multimedia news release.

**Highlights:** Extensive outreach to agencies that assist/house former residents, long term care facilities, community centers, retirement homes, adult protective services workers, a disability law center, and a group representing people with intellectual disabilities.

*In re W.R. Grace & Co.,* No. 01-01139 (Bankr. D. Del.).

**Claimant Population:** Asbestos property damage claimants, general creditors, and Zonolite Attic Insulation claimants exposed to W.R. Grace's asbestos-containing products.

**Notice Program:** Three separate bar date notice programs were implemented in the U.S. and Canada using various combinations of consumer magazines, trade publications, newspaper supplements, newspapers, Internet, and TV.

**Highlights:** A website and print and TV advertisements were produced in English, French Canadian, and Inuktitut, an aboriginal language, for the Zonolite Attic Insulation notice program in Canada.

*In re Dow Corning,* No. 95-20512 (Bankr. E.D. Mich.).

**Claimant Population:** Individuals with silicone implants manufactured by Dow Corning subject to a bar date to file personal injury claims.

**Notice Program:** The notice program used extensive direct notice; robust publication and TV advertising; third-party notice to medical, health, and legal organizations; and a national press conference that initiated a broad public relations outreach.

**Highlights:** The paid media alone reached 95% of U.S. adults.

# EXHIBIT B

# PG&E Bankruptcy: Media Activity Report

Updated: November 21, 2019



KINSELLA
MEDIA
An Exela Technologies Brand

EXHIBIT B

| | Component | Status | Description |
|---|---|---|---|
| 1 | General Research | Complete | Research articles on fires and fire related websites and social media groups, review court documents, analyze previous notice program declarations. |
| 2 | Fire Profiles | Complete | Compile information on all fires and affected counties. Share with team. |
| 3 | Organization Research | Complete | Research organizations in affected area that could assist with on-ground outreach. Provide research and contact lists to PR firm. |
| 4 | Media Research | Complete | Analysis of media consumption habits and geography of potential claimants. |
| 5 | Media Rates | Complete | Compile media rates and timing for implementing media program in December. |
| 6 | Media Proposal/Budget | Complete | Submit media recommendations, budget, and potential schedule. |
| 7 | Website Review | Complete | Review both desktop and mobile claims submission pages for PrimeClerk. Recommend changes to improve navigation to Fire Claimant Proof of Claim. |
| 8 | Landing Page/FAQs | Complete | Draft initial langauge and review feedback for new Landing Page and FAQs for website. |
| 9 | Flyer - English - color & b/w | Complete | English Flyers drafted and approved. |
| 10 | Flyer - Spanish - color & b/w | Complete | Spanish Flyers drafted and approved. |
| 11 | Poster | Complete | Poster drafted and approved. |
| 12 | Publication Notice - English | Complete | English Publication Notice drafted and approved. |
| 13 | TV/Radio Script/Storyboard | In Progress | Shared draft TV/Radio scipts and TV storyboard with team for feedback (11/21). |
| 14 | Publication Layouts | In Progress | Publication Notice is being laid out in various ad sizes for newspapers. |
| 15 | Publication Notice - Spanish | In Progress | Translation has been completed. Awaiting final layout to circulate for approval. |
| 16 | Social/Digital Ads | In Progress | Drafting ads that will be circulated by November 22. |
| 17 | PR Firm Assistance | In Progress | Assist PR firm with advertising research for areas where they will focus outreach. |

Case: 19-30088   Doc#: 4963   Filed: 12/03/19   Entered: 12/03/19 17:11:07   Page 19
Case: 19-30088   Doc# 5452   Filed: 01/21/20   Entered: 01/21/20 17:22:39   Page 47 of 166

# EXHIBIT C



**Text Message**
Tue, Dec 17, 7:54 PM

EXHIBIT

If you were underinsured and/
or suffered any damage or loss
based on fires occurring before
January 29, 2019, and if you
haven't filed a fire claim with
PG&E, do it before 12/31/19,
5pm PST.  No Attorney needed,
file online
www.officialfireclaims.com

# Outbound email sample

Mail - info@officialfireclaims.com · Outlook · Microsoft Edge

🔒 https://outlook.office.com/mail/deeplink?version=20200106602.05&popoutv2=1

↩ Reply all ⌄  🗑 Delete  🚫 Junk  Block  ⋯

## PG&E fire claim

**info@officialfireclaims.com**
Tue 12/24/2019 5:38 AM
To: ███████████████

👍 ↩ ↩ → ⋯

📄 PGEFireClaimForm(fillable).pdf
pdf 358 KB

If you were underinsured and/or suffered any damage or loss based on fire events occurring before January 29, 2019, and you haven't filed a fire claim with PG&E, do it before 12/31/19, 5pm PST.

No Attorney needed, file online **www.officialfireclaims.com**



**File Your Fire Claim Online**

## REMEMBER
Please complete and submit the form SO THAT IT IS RECEIVED BY December 31, 2019 at 5:00 pm Pacific Time.

FAQs

# Automatic reply from e-mail, post 12/31.

Mail · info@officialfireclaims.com · Outlook · Microsoft Edge

⬜ ✕

🔒 https://outlook.office.com/mail/deeplink?version=20200106602.05&popoutv2=1

↩ Reply all ⌄  🗑 Delete  🚫 Junk  Block  ⋯

## Automatic reply: Fire Claims Contact

**info@officialfireclaims.com**
Sat 1/4/2020 8:45 AM
info@officialfireclaims.com ⌄

👍 ↩ ↩ → ⋯

This email is no longer being hosted or monitored. Please take note that the Fire Claims Deadline passed as of December 31, 2019 at 5PM PST. Inquiries can be directed to Prime Clerk, the Claims Agent for PG&E: Telephone 844-339-4217

https://restructuring.primeclerk.com/pge/Home-ClaimInfo

# Fire Claims in PG&E Bankruptcy
## *Deadline Extended to <u>December 31, 2019</u>*

## Renters, Occupants, Property Owners, Businesses and <u>Anyone</u> Impacted by the Northern California Fires Before January 29, 2019

## You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses
- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

## Things you should know:

- PG&E is <u>not</u> broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

## Act Now Before Time Runs Out:*

  

Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

**\*If you have a lawyer already assisting you or you previously filed a Fire Claim with PG&E, please disregard this Notice.**

## <u>Claims must be filed by 5 p.m. PT on December 31, 2019</u>

## Need Free Help Filing a Claim?
# 1-888-909-0100   www.OfficialFireClaims.com

# EXHIBIT D

# Media Buy Report

PG&E
Janaury 2, 2020


**KINSELLA**
MEDIA
An Exela Technologies Brand

## Media

### Print Media: $84,272

| | Unit Type/Size | Issue Date | Date Ad(s) Ran | Page # of Ad | Tearsheet Received |
|---|---|---|---|---|---|
| **Newspapers - Local** | | | | | |
| Appeal-Democrat | 4 col x 10" | 15-Dec | 15-Dec | C5 | Yes |
| Daily News | 4 col x 10" | 14-Dec | 14-Dec | B3 | Yes |
| Enterprise Record | 4 col x 10" | 15-Dec | 15-Dec | C4 | Yes |
| Lake County Record Bee | 4 col x 10" | 15-Dec | 15-Dec | B3 | Yes |
| Lodi News Sentinel | 4 col x 10" | 14-Dec | 14-Dec | 16 | Yes |
| Manteca Bulletin | 4 col x 10" | 14-Dec | 14-Dec | A8 | Yes |
| Modesto Bee | 4 col x 10" | 15-Dec | 15-Dec | 8A | Yes |
| Napa Valley Register | 4 col x 10" | 15-Dec | 15-Dec | A2 | Yes |
| Press Democrat | 4 col x 10" | 15-Dec | 15-Dec | A8 | Yes |
| Sacramento Bee | 4 col x 10" | 15-Dec | 15-Dec | 6A | Yes |
| San Francisco Chronicle | 4 col x 10" | 15-Dec | 15-Dec | A10 | Yes |
| Sonora Union Democrat | 4 col x 10" | 14-Dec | 14-Dec | A5 | Yes |
| Stockton Record | 4 col x 10" | 15-Dec | 15-Dec | A8 | Yes |
| Ukiah Daily Journal | 4 col x 10" | 15-Dec | 15-Dec | A6 | Yes |
| Woodland Daily Democrat | 4 col x 10" | 15-Dec | 15-Dec | A8 | Yes |
| Eureka Times Standard | 4 col x 10" | 15-Dec | 15-Dec | A3 | Yes |
| Grass Valley Union | 4 col x 10" | 14-Dec | 14-Dec | A3 | Yes |

| | Unit Type/Size | Issue Date | Date Ad(s) Ran | Page # of Ad | Tearsheet Received |
|---|---|---|---|---|---|
| **Newspapers - Community** | | | | | |
| Galt Herald | 4 col x 10" | 18-Dec | 18-Dec | A7 | Yes |
| North Bay Bohemian | 4 col x 10" | 18-Dec | 18-Dec | 21 | Yes |
| River Valley Times | 4 col x 10" | 18-Dec | 18-Dec | 7 | Yes |
| Chico News & Review | 4 col x 10" | 19-Dec | 19-Dec | 15 | Yes |
| Folsom Telegraph | 4 col x 10" | 19-Dec | 19-Dec | A7 | Yes |
| Laguna Citizen | 4 col x 10" | 19-Dec | 19-Dec | 8 | Yes |
| North Coast Journal | 4 col x 10" | 19-Dec | 19-Dec | 9 | Yes |
| Sacramento News & Review | 4 col x 10" | 29-Dec | 29-Dec | 7 | Yes |
| Yountville Sun | 4 col x 10" | 20-Dec | 20-Dec | 10 | Yes |
| El Dorado Gold Panner | 4 col x 10" | 20-Dec | 20-Dec | 5 | Yes |
| Buy & Sell Press | 4 col x 10" | 20-Dec | 20-Dec | A7 | Yes |
| Placer Herald | 4 col x 10" | 20-Dec | 20-Dec | 7 | Yes |
| Sierra Sun | 4 col x 10" | 20-Dec | 20-Dec | 11 | Yes |
| Tracy Press | 4 col x 10" | 25-Dec | 25-Dec | A2 | Yes |
| Foothill Weekly | | | | | |

### Online Media: $70,601

| | Ad Type/Size | Delivered Impressions |
|---|---|---|
| Facebook/Instagram | 254x133 | 6,825,505 |

### Broadcast Media : $110,127

| | Ad Type/Size | Est. Spots |
|---|---|---|
| Television | 30s | 3,742 |
| Radio | 30s | 371 |
| Hispanic Radio | 30s | 160 |

### Production: $35,000

### Total Program : $300,000

Case: 19-30088   Doc# 5432   Filed: 01/21/20   Entered: 01/21/20 17:22:39   Page 53



EXHIBIT of 166

# EXHIBIT E

# Days Inn celebrates grand opening

**La Quinta breaks ground**





More than 100 guests celebrated with hotelier Ray Patel and his family at the grand opening ribbon-cutting of the Days Inn and groundbreaking of his new La Quinta Inn on the same property Monday, Dec. 16.

Located at 1040 N. Lincoln Way, the two facilities when complete will more than double room accommodations available in Galt.

Surrounded by his family, staff and hotel officials, Ray Patel cuts a ceremonial ribbon, officially celebrating the grand opening of the Days Inn.

Honored guests at the occasion were national representatives from Days Inn and La Quinta, city councilmembers, city officials and Chris P. Enaslin, president of Chris P. Enaslin Construction, Inc. out

of Galt, who will be building the La Quinta. Many friends and family members were present as well.

Patel served two meals during the two-hour event, hosting an array of Indian food for breakfast and lunch.

Patel invited a Hindu pundit to offer several blessings over both facilities. Guests were honored with witnessing the many ceremonies, which involved many offerings of fruit, honey and spices.

Days Inn is now open for business; Enaslin anticipates the four-story La Quinta would be complete within a year.



Galt Beautification Committee members present a certificate of appreciation to Ray and Sunny Patel for their transformation of the old Royal Delta into the beautiful, energy efficient Days Inn.



Patel, Galt City Council members and city officials turn over the first dirt in a groundbreaking ceremony for the La Quinta Inn.

**Educating You Through the Process with Compassion & Understanding**
- Licensed Consultant
- 20 Years' Experience
- Attention to Detail
- Elk Grove Resident for Over 30 Years

**Call For Your Personal Appointment**
**916-712-7312**
lorio@eastlawn.com
Ins. License # 0B41993
Lori Osborne

**Join NOW for our June Recital**
## FIRST CLASS FREE
- Ballet • Pointe
- Jazz • Hip Hop • Tap
- Creative Movement
- Adult Ballet & Tap
- Zumba

**GALT DANCE CENTER**
611 B Street • (209) 745-1204
www.GaltDanceCenter.com

**Official Notice from Court-Appointed Claims Representative**

# Fire Claims in PG&E Bankruptcy
## Deadline Extended to December 31, 2019

## Renters, Occupants, Property Owners, Businesses and Anyone Impacted by the Northern California Fires Before January 29, 2019

### You can file a claim for losses, including but not limited to:
- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses
- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

### Things you should know:
- PG&E is **not** broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

### Act Now Before Time Runs Out:

   

Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

## Claims must be filed by 5 p.m. PT on December 31, 2019

### Need Free Help Filing a Claim?
**1-888-909-0100   www.OfficialFireClaims.com**

EXHIBIT

## Bullying

**Continued from Page 1**

lim community members as well as local city and school officials. They also expressed their support for the student, identified in the press as a 17-year-old Sabah Elias. She told the The Sacramento Bee reported that she was wearing a Muslim Student Association shirt when she was bullied.

Elk Grove School Trustee Bobbie Singh-Allen told the Citizen that she looks forward to discussing the incident at the Elk Grove school board's Dec. 17 meeting.

"As a member of the Sikh community, I know firsthand about intolerance, racism, and bigotry," she said. "I hope there is a teachable moment in this ugliness. All students, regardless of faith, gender, race, orientation, and more should feel safe in schools."

Elias declined to comment for this story.

In a Dec. 5 letter to parents, Pleasant Grove High School Principal Teigan Keplinger addressed the case and said

that her staff immediately alerted authorities after the incident was reported.

"Such despicable and detestable acts and/or expressions of hate corrode every educational and principal, philosophy, and policy we are charged with upholding," she wrote.

The principal also wrote that the attacker is believed to be a student. Keplinger noted that her staff is working to promote respect and student unity on campus.

A community forum was held at Pleasant Grove High two days after the incident. Elk Grove Mayor Steve Ly spoke to the students and faculty at the meeting.

"This is a teachable opportunity and we have to look at this incident as an opportunity to educate students who may not be aware of other cultures so that we can be consistent with what we stand for in Elk Grove," he told the Citizen on Dec. 7

Elk Grove School Trustee Beth Albiani, who represents the Pleasant Grove High area on

the school board, said she was saddened and angered by the incident. She noted that she has a child who attends the school and she complimented the school staff's response.

"Ms. Elias and her family helped us all by standing up to this behavior and reporting it immediately," Albiani said. "I appreciate the swift and inclusive steps taken by the staff to address this incident and provide a space for people to gather."

Albiani and Singh-Allen said they were unable to attend the forum since they were attending a California School Boards Association conference in San Diego.

Elk Grove school district officials said in a Dec. 9 press statement that the Pleasant Grove High staff will perform measures such as boosting security for students engaged in after-school activities, and working with the school's Student Equity Council and cultural club advisors to promote cross-cultural respect.

## CSD Board

**Continued from Page 1**

nounced this fall that they reopened their investigation of the murder case.

Friends and relatives of Singh and Atwal encouraged the Elk Grove City Council to name a future park after them in 2016. The park's name is based on the Sikh custom of using the surnames of "Singh" for males and "Kaur" for females, according to a CSD staff report.

This five-acre park's site is near the corner of Posta Delgada Drive and Atrio Circle. Planned amenities include a basketball court, a playground, a shade structure, and a volleyball court.

The CSD staff is advising their board to award

a $2.2 million contract to Environmental Landscape Solutions to build the park. If approved, the construction could begin as early as next April.

The CSD board's Dec. 18 meeting will begin at 6:30 p.m. at the CSD Administration Building, 8820 Elk Grove Blvd.




**DO YOU KNOW THESE GUYS?**

Insurance Companies Know Them Because They Have Paid Them Over **$130 Million Dollars**

**Glenn Guenard & Ross Bozarth** are dedicated to the victims of accidents.

We help with serious injuries that require serious representation.

We are the Law Offices Of Guenard & Bozarth.

We have over 80 years of experience on our legal team... the most experienced law firm in Elk Grove. If you are looking for results Call GB Legal 24/7/365 at 888-909-1075 or visit gblegal.com

**WE CAN HELP!**

The Law Offices of Guenard & Bozarth represent injured people. Our office is located at 8830 Elk Grove Blvd. in the heart of Elk Grove.

**RETIRED COUPLE**

Has **$$$$** to lend on California Real Estate*

**V.I.P. TRUST DEED COMPANY**
OVER 35 YEARS OF FAST FUNDING

Principal (818) 248-0000 Broker

*Real Estate License #01041073/
CA Department of Real Estate #00224133
Private Party loans/investor funding/commercial/
Rates from 8%/we arrange loans and assignments



**Educating You Through the Process with Compassion & Understanding**

• Licensed Consultant  • Elk Grove
• 20 Years' Experience   Resident for
• Attention to Detail    Over 30 Years

**Call For Your Personal Appointment**

**916-712-7312**

lorio@eastlawn.com
Ins. License #0840982    Lori Osborne

---

**Official Notice from Court-Appointed Claims Representative**

# Fire Claims in PG&E Bankruptcy
### Deadline Extended to December 31, 2019

## Renters, Occupants, Property Owners, Businesses and Anyone Impacted by the Northern California Fires Before January 29, 2019

### You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses

- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

### Things you should know:

- PG&E is **not** broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

### Act Now Before Time Runs Out:

      

Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

### Claims must be filed by 5 p.m. PT on December 31, 2019

## Need Free Help Filing a Claim?
### 1-888-909-0100    www.OfficialFireClaims.com

# Fire Claims in PG&E Bankruptcy
### Deadline Extended to _December 31, 2019_

## Renters, Occupants, Property Owners, Businesses and _Anyone_ Impacted by the Northern California Fires Before January 29, 2019

### You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses

- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

### Things you should know:

- PG&E is **not** broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

### Act Now Before Time Runs Out:

   

Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

### Claims must be filed by 5 p.m. PT on December 31, 2019

## Need Free Help Filing a Claim?
## 1-888-909-0100
## www.OfficialFireClaims.com



VOTE

For Sonoma & Napa's Best

**Oct 2 - Dec 31**

**Bohemian**.com

NORTH BAY BOHEMIAN | DECEMBER 18-24, 2019 | BOHEMIAN.COM

Official Notice from Court-Appointed Claims Representative

# Fire Claims in PG&E Bankruptcy
### *Deadline Extended to <u>December 31, 2019</u>*

## Renters, Occupants, Property Owners, Businesses and <u>Anyone</u> Impacted by the Northern California Fires Before January 29, 2019

### You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses

- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

### Things you should know:

- PG&E is <u>not</u> broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

### Act Now Before Time Runs Out:

  

Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

## <u>Claims must be filed by 5 p.m. PT on December 31, 2019</u>

## Need Free Help Filing a Claim?
## 1-888-909-0100    www.OfficialFireClaims.com

December 19, 2019   *CN&R*   15

**Official Notice from Court-Appointed Claims Representative**

# Fire Claims in PG&E Bankruptcy
### *Deadline Extended to <u>December 31, 2019</u>*

## Renters, Occupants, Property Owners, Businesses and <u>Anyone</u> Impacted by the Northern California Fires Before January 29, 2019

### You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses

- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

### Things you should know:

- PG&E is <u>**not**</u> broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

### Act Now Before Time Runs Out:

  

Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

## <u>Claims must be filed by 5 p.m. PT on December 31, 2019</u>

### Need Free Help Filing a Claim?
## 1-888-909-0100     www.OfficialFireClaims.com

POLLOCK PINES/CAMINO COMMUNITY CENTER BINGO! Every Tuesday, doors open at 5PM, gaming starts at 6:15PM, $10 for first 14 games, dinners available for purchase, lots of great prizes, **2675 SANDERS DRIVE, POLLOCK PINES** (across from Umpqua bank and bowling center), second Tuesday of the month is big money bingo and the buy in is $12, snacks and beverages available!

A SPECIAL THANK YOU TO ALL OUR LOYAL READERS who have been notifying us when The Gold Panners in our racks have been vandalized and/or stolen and replaced by a different publication. We appreciate your loyal dedication! We are working hard to ensure the Gold Panner is always available county wide for you every Friday morning!

350 SQFT WHITE LONG SHAG CARPET, great condition; also, Black & Grey 8' round area rug, $350, 916-704-4224 / 530-621-1604 *(12/20-2.2"2)*

OLD GUITARS/AMP WANTED, also Mandolins, top dollar paid; 916-966-1900 *(1/24"2)*

WANTED: USED GOLD DREDGING equipment, parts OK, 916-792-5796 *(1/24"2)*

LAWN MOWER, TROY-BILT, (just serviced), self propelled, big tires, 5 years old, $150, call for pics & details, 530-391-1531 *(12/27-2.2"2)*

EL DORADO WESTERN RAILROAD TRAIN RIDES EVERY SUNDAY, WEATHER PERMITTING, 10AM, 11AM, 12PM, last ride at 1PM, call 530-663-3581, volunteers needed *(1/24"2)*

GOLD BUG MINE & PARK is one of the area's hidden treasures you won't want to miss located just a mile north of Historic Main Street. A self-guided audio tour takes you on an exploration 352 feet into a real hard rock gold mine. The park boasts more than 60 acres with picnic areas, hiking trails, and an opportunity to pan for gems. Check out the historic stamp mill, gift shop, and a working blacksmith shop. Gold Bug is also a unique and affordable stop for school or group tours. For more info, call 530-642-5207 or stop by, **2635 GOLD BUG LN, PLACERVILLE, CA 95667**

MAKE YOUR AD POP: MAKE IT RED FOR $5 MORE, ADD A BORDER FOR $1 OR MAKE IT ALL BOLD & CAPS FOR $2!

## GALLERY:
continued from A3

The gallery is free and open to the public and art is available for purchase. Hours are Monday through Friday from 3 a.m. to 5 p.m., with additional hours Tuesday and Wednesday evenings from 6 p.m. to 8 p.m. and Second Saturdays of each month from 9 a.m. to 1 p.m. Free tours can be arranged by appointment. For more information, contact Gallery Director Cindy Abraham, 916-461-6811 or cabraham@folsom.ca.us.



Kerri Warner's work blends conventional and unconventional materials, paints, colored pencil, book pages, inks, paper and found objects, into two- and three-dimensional works.

BILLIE HOWELL • COURTESY

## EDH:
continued from A3

friendships built here. Buffhaus has blessed us with so much and we are very thankful to have had the opportunity to share what we love. We will be closing our doors on Sunday Dec. 22. Please stop by and say hello between now and then. We would love to see you."

The announcement drew hundreds of comments from the community. Nearly everyone expressed their sadness for the closure of their local go-to spot for devouring delicious dogs.

"We just want to say thank you for the overwhelming support we have received both in comments and guests stopping by the restaurant," Knight said in a follow-up posting. "Reading all the comments brought tears to our eyes and made us feel so good about all the years we have had at Buffhaus. We live in a wonderful community and we are going out Buffhaus strong."

Buffhaus is best known for the item in their name – hot dogs of all types. The company was known for selling top-quality dogs, burgers, pub grub and cold brews using an "epicurean approach, introducing new and exciting concepts, from classic to exotic in a laid-back environment worthy of pub grub sophistication," as they described it.

In addition to the brick and mortar location in Town Center, the company also catered many community events with its unique food bus, complete with Knight's always cheerful personality behind the grill.

The announcement from Buffhaus comes in the wake of the closure of Osteria Moto, which filled the Bistro 33 location this past year and closed last month. Along with the closures have been many new openings, including Chando's Cantina, Brickyard Counter & Bar, Thai Paradise EDH, Nibbler Popcorn and others.

## TLFB:
continued from A8

"Folsom has been so generous to our neighbors in need," said Lisa Turer, executive director of the food bank. "We provide wholesome, nourishing food for more than 1.5 million meals throughout the year."

Recently, an average of 1,900 people, including 800 or more children, are served every month, with four weekly distributions at the food bank, along with deliveries to seniors and homebound residents.

"So many of our clients are simply struggling to make ends meet," said Pastor Ron Perry, of Faith Baptist Church, president of the food bank's board of directors. "For them, there is just too much month left at the end of the money, so a holiday meal would not be possible without the additional gifts from our volunteers, donors and church partners."

For information on supporting Twin Lakes Food Bank or registering to receive food, call 916-985-6232 or go to TwinLakesFoodBank.org.




COURTESY PHOTOS

Above: Michele Cordoba, volunteer coordinator, and Krissy And, operations manager of Twin Lakes Food Bank. Below: More than 50 volunteers gathered at Folsom's Twin Lakes Food Bank on Monday for distribution of Christmas groceries to local people in need.

---

**Official Notice from Court-Appointed Claims Representative**

# Fire Claims in PG&E Bankruptcy
### Deadline Extended to <u>December 31, 2019</u>

## Renters, Occupants, Property Owners, Businesses and <u>Anyone</u> Impacted by the Northern California Fires Before January 29, 2019

### You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses

- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

### Things you should know:

- PG&E is <u>not</u> broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

### Act Now Before Time Runs Out:






Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

### <u>Claims must be filed by 5 p.m. PT on December 31, 2019</u>

## Need Free Help Filing a Claim?
**1-888-909-0100    www.OfficialFireClaims.com**



**CCW**
Carry Concealed Weapon

REQUIRED
Firearms Training
for all New or Renewing
California Applicants

Gift
Certificates
Available

**January 4, 2020**

Two ways to build yourself
from a violent attack

**Gold Country Firearms**
**209-223-0000**
gcfguns.com

# GARAGE SALES

## AMADOR COUNTY

**GARAGE SALE,** 12/20- 12/21, 9am- 2pm, 15141 Willow Creek Rd., Plymouth. Workshop and farm tools, power equipment, 2 trailers, 20hp Honda outboard engine, miscellaneous boat parts, building materials, tractor implements, 19' scaffold, ladders, floor band saw, tile saw, tool drawer cabinets, 14" metal cutting saw, elect jackhammer, drills, weedeaters, 2 street cruiser bicycles, & more!

**ANTIQUES & TOOLS,** furniture, housewares, equipment, etc. 9am- 2pm, Saturday and Sunday, 12/21-12/22, 10831 Upper Previtali Rd., Jackson.

## CALAVERAS COUNTY

**MOVING SALE,** 12/21, 11am- 5pm, 5565 W. Hwy. 12, Wallace. Furniture, twin bed frames, entertainment center, dryer, miscellaneous household. 916-532-7852

**SELL IT FAST** in the Mother Lode's own BUY & SELL. Call (209) 223-3333 or 1-800-649-4923.

---

### Official Notice from Court-Appointed Claims Representative

# Fire Claims in PG&E Bankruptcy
### Deadline Extended to December 31, 2019

## Renters, Occupants, Property Owners, Businesses and **Anyone** Impacted by the Northern California Fires Before January 29, 2019

### You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses
- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

### Things you should know:

- PG&E is **not** broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

### Act Now Before Time Runs Out:

   

Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

### Claims must be filed by 5 p.m. PT on December 31, 2019

## Need Free Help Filing a Claim?
# 1-888-909-0100   www.OfficialFireClaims.com

# Obituaries



## Funeral Friday for SF Restaurateur Khajag Sarkissian

Khajag Sarkissian was born on September 6, 1937, in Nazareth, Palestine, to Arshalouys and Sarkis Sarkissian. He had three brothers. He is preceded in death by his two older brothers, Nazo and Varouj, and is survived by his brother Jirair. He was the dedicated and loving husband to Hildy and father to Aram

and Sevag. His grandchildren, Alec, Lori, Talar, Artoon and Siran, and dozens of nieces and nephews were a source of never-ending joy.

The loss of his father at a young age shaped his childhood. He was raised in Beirut, Lebanon, surrounded by his extended family and the vibrant Armenian community that established itself in Beirut in the aftermath of the Armenian Genocide. His loving mother and brothers stuck together through all the joys and challenges before them.

His formal education was completed at the local Protestant schools in Beirut. Khajag was active in many of the Armenian youth organizations, especially the Armenian Youth Federation and Homenetmen Scouts.

He had aspirations to come to America to further his education. It was a well-worn path that others had taken, and he, at age 22, left for America in 1959.

He reminisced often at what an exciting time it was to be in

America and his chosen home, the City of San Francisco. Khajag put himself through school and graduated from the University of San Francisco.

In the mid-60's, while working at Greyhound, he met Hildy, and so began a partnership of over 50 years.

One of the first big adventures together was to found the Caravansary Restaurant with Hildy's sister and brother-in-law, Ortrun and Gerry Niesar. Together they helped to define a new wave of cuisine and coffee culture in the Bay Area. The Caravansary was followed up by the Orient Express that remained open until the early 1990s. For many years, it was the place to see and been seen.

Khajag was considered a guiding light in the local Armenian community throughout his life.

In recent years, he retired to Napa Valley, a place he loved so much. He always said that between Beirut, San Francisco, Yountville and regular trips to France to visit his brother and

Armenia, he had it made. He shared his last visit to Armenia just a few months ago with his oldest son, Aram, and planned to return next year with Hildy.

A wake will be held this evening (December 19) at 7 p.m. and a funeral service will begin tomorrow (December 20) at 11 a.m., both at St. Gregory Armenian Apostolic Church, 51 Commonwealth Ave., San Francisco. Burial will follow at Cypress Lawn Cemetery in Colma.



Napa GROCERY OUTLET bargain market

1491 West Imola Way
Napa, CA 94559
(707) 294-2054
8am - 9pm Every Day!

Home of the

WOW! SAVE 50% OR MORE

VALID 12/04/2019 - 12/31/2019 ONLY  GROCERY OUTLET

$5 OFF $35

Minimum $35 purchase.
Excludes alcohol, dairy, and gift card purchases.

Valid at Napa Grocery Outlet only. One coupon per person, not valid with any other offers.

---

**Official Notice from Court-Appointed Claims Representative**

# Fire Claims in PG&E Bankruptcy
## Deadline Extended to <u>December 31, 2019</u>

## Renters, Occupants, Property Owners, Businesses and <u>Anyone</u> Impacted by the Northern California Fires Before January 29, 2019

### You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses

- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

### Things you should know:

- PG&E is <u>not</u> broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

### Act Now Before Time Runs Out:





Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

## <u>Claims must be filed by 5 p.m. PT on December 31, 2019</u>

## Need Free Help Filing a Claim?
## 1-888-909-0100    www.OfficialFireClaims.com

# Fire Claims in PG&E Bankruptcy
## Deadline Extended to <u>December 31, 2019</u>

# Renters, Occupants, Property Owners, Businesses and <u>Anyone</u> Impacted by the Northern California Fires Before January 29, 2019

## You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses

- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

## Things you should know:

- PG&E is <u>not</u> broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

## Act Now Before Time Runs Out:

  

Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

## <u>Claims must be filed by 5 p.m. PT on December 31, 2019</u>

# Need Free Help Filing a Claim?
# 1-888-909-0100  www.OfficialFireClaims.com

Ad Number: 524447-01
Insertion Number:
Size: 4 x 14
Color Type: 3 Colors

Client Name:
Advertiser: PG&E BANKRUPTCY C/O ANR - 10037901
Section/Page/Zone: Features/A007I
Description: PG & E Bankruptcy

SIERRA NEVADA MEDIA GROUP

Publication Date: 12/20/2019

The E-Sheet(R) is provided as conclusive evidence that the ad appeared in the Sierra Nevada Media Group on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

## NEWS

**Official Notice from Court-Appointed Claims Representative**

Former Nevada City Police Chief Tim Foley, here with his wife, Sue, during a swearing-in ceremony, died this week.

THE UNION FILE PHOTO

### NEWS BRIEFS

**Former Nevada City police chief dies**

NEVADA CITY — Tim Foley, who served as Nevada City's police chief from 2014 to 2018, has died.

Joey Jordan, who worked with Foley on acquiring a K-9 for the department and establishing the Rüdiger Foundation, said Foley died of a heart attack Tuesday while on a trip to Paris.

"It is with a heavy heart that we say goodbye to one of our founders, Timothy A. Foley," Jordan wrote in a post on the foundation's Facebook page, "Tim, thank you for the legacy you have left behind — we'll make sure Rüdiger Foundation carries on your good work."

Foley, 66, spent more than three decades with the San Francisco Police Department before retiring and then accepting the position in Nevada City.

During Foley's four-year tenure in Nevada City, he was "instrumental" in developing a lot of positive programs, said current Chief Chad Ellis, a sergeant when the department when Foley was hired. Ellis also pointed to Foley's efforts to acquire Rüdiger, the city's first K-9 officer.

Foley left Nevada City in 2018, saying at the time he was leaving the department in a good position.

Nevada City Mayor Reinette Senum said she was saddened to hear of Foley's death.

"He was a wonderful chief and really attentive to the needs of the city and the public," she said. "He worked hard to remediate some of the homeless issues, he listened to people."

— The Union

# Fire Claims in PG&E Bankruptcy

## *Deadline Extended to <u>December 31, 2019</u>*

**Renters, Occupants, Property Owners, Businesses and <u>Anyone</u> Impacted by the Northern California Fires Before January 29, 2019**

## You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses
- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

## Things you should know:

- PG&E is <u>not</u> broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

## Act Now Before Time Runs Out:

   

Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

## <u>Claims must be filed by 5 p.m. PT on December 31, 2019</u>

**Need Free Help Filing a Claim?**
**1-888-909-0100**
**www.OfficialFireClaims.com**



**Christmas Eve Candlelight Services**
Interactive, Lessons and Carols

Dec. 24 • 6pm
at the Church
Parking lot at
Bear and Cutthroat Aves,
Kings Beach

Dec. 24 • 10pm
The Grid
Bar & Grill
#545 N. Lake Blvd.,
Kings Beach

**New Year's Eve Watchnight Service**
Covenant for the New Year

Dec. 31 • 6pm
at the Church
Parking lot at
Bear and Cutthroat Aves,
Kings Beach

Dec. 31 • 6pm thru
Jan 1 • 10am
Youth (grades 3-8)
sleepover at the
Retreat Center

Lake Tahoe United Methodist Church
8425 Doly Varden Ave. • Kings Beach, CA 96143
530.546.2290


Artist Pamela Szemesi hand paints ceramic mugs and plates.

# Craft

Continued from Page 6

creatures had been piling up her house, encouraged her to enter the craft fair. She was so new that she didn't even have a business card to give out to those admiring her painstaking work.

In addition to the annual holiday craft boutique, the Rancho Murieta Optimist Club sponsors the annual tree lighting ceremony, the July 4 carnival at Lake Clementia,

the Holiday Frolic Craft Boutique, summer visits from the ice cream truck, and document shredding after the April 15 tax deadline. It also supports community activities such as Little League, a robotics team, and providing financial aid so needy CRES students can attend a Sly Park outing with their classmates.

The club meets at 7 p.m. on the first and third Tuesdays of the month at the CSD building.


Gillian Smith looks over a selection of her liquid acrylic pour art.


*New Home*
**BUILDING SUPPLY**
*"Since 1949"*
5310 Franklin Blvd. • Sacramento
**(916) 455-3057**
• Local STEVING family owned-operated.
• **Complete lumberyard** including all redwoods.
• Specializing in all *hard-to-find sidings* & deck material.

**Official Notice from Court-Appointed Claims Representative**

# Fire Claims in PG&E Bankruptcy
### Deadline Extended to December 31, 2019

## Renters, Occupants, Property Owners, Businesses and Anyone Impacted by the Northern California Fires Before January 29, 2019

### You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses
- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

### Things you should know:

- PG&E is **not** broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

### Act Now Before Time Runs Out:

   

Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

### Claims must be filed by 5 p.m. PT on December 31, 2019

## Need Free Help Filing a Claim?
## 1-888-909-0100
## www.OfficialFireClaims.com

## SHOP:
continued from A1

that embrace is especially rewarding to law enforcement personnel.

"For me personally, one of the best parts about doing this program is it allows our officers to interact with these kids in a non-enforcement capacity," Gaines said. "Many times, people are calling 9-1-1 and we show up at these houses. For this event, they (kids) get a chance to be paired up with an officer and have a great time riding in the squad car…It's one of those things where it's not directly related to our line of work but it helps us enjoy our line of work that much more because we get to have some fun with these kids. And that goes vice versa."

Gaines added that many officers bring their families to Shop with a Cop because of how enjoyable the experience is.

For Lincoln Public Safety Chief Doug Lee, who was accompanied by several of his officers, one of the most rewarding parts of the event was watching children select gifts for their family members, even when it meant putting something back that they

had picked for themselves.

"We look forward to this every year," Lee said about the program that helps at-risk youth. "To be able to help those kids who have earned their place here today with us is special. These kids get here because of their grades or their behavior, so it's really rewarding to be able to shop with them and provide items their family may not be able to afford."

Rocklin Police Department Sgt. Chris Osborn, who has been organizing Rocklin's participation since the program's inception, touched upon the idea of community bonding together. As Osborn explained, the program is especially important given his personal ties.

"I had the opportunity to be born and raised in Rocklin, so it's great to see the community come together like this," Osborne said. "I think this is especially important because the way law enforcement is sometimes portrayed in the media. It's just an amazing thing to see a kids' face light up."

Osborn added one of the highlights comes days before when Rocklin Police officers hand deliver nominations.

The Shop with a Cop Program began as a juvenile



JOSHUA GUTIERREZ - GOLD COUNTRY MEDIA
Santa Claus and Mrs. Claus lead a procession of law enforcement vehicles Saturday morning during the annual Shop with a Cop event at Target in Roseville.

gang diversion program back in 2010, according to Gaines. The program served as a way to divert youth connected or associated with gangs in Roseville.

While Saturday's Shop with a Cop event was massive, Gaines said the program began with officers taking a few youth shopping at a local Target for school clothes and basic needed items.

Over the past nine years, Shop with a Cop has grown to encompass 10 law enforcement agencies representing all departments within Placer County, which includes Roseville, Rocklin, Lincoln, Auburn, Placer County Sheriff's

Probation and the District Attorney's Office. In addition, the program welcomes several state agencies, including: the California Highway Patrol, California Department of Alcoholic Beverage Control and California State Parks.

Each child is selected based on three criteria: a financial need; some obstacle must be present within the child's life; and the child is striving to persevere and overcome the obstacle.

Only when these three criteria are met are the children selected, Gaines added.

The $250 shopping spree

for essential clothing, basic needs, toys and presents for their family is accessed with a ride in the front seat of a police car. The motorcade, led by Santa Claus and Mrs. Claus themselves, is also an added bonus.

The program also brings together participation from a number of businesses and organizations. Center Point Community Church in Roseville provided lunch; Target gift-wrapped any presents; and Toys for Tots donated toys for the siblings. Dutch Bros., Chick-fil-A and the Placer County Law Enforcement Chaplaincy also chipped in.

"We make it easy for you in your time of need"

Obituary Notices  We publish obituary notices in the following seven Publications:

| Deadlines | | |
| --- | --- | --- |
| Auburn Journal | Wednesday | Tuesday at 11 am |
| Auburn Journal | Weekend | Thursday at 3pm |
| Lincoln News Messenger | Thursday | Tuesday at 3pm |
| Folsom Telegraph (also serving El Dorado Hills) | Thursday | Tuesday at 3pm |
| Placer Herald | Friday | Wednesday at 3pm |
| The Loomis News | Friday | Wednesday at 3pm |
| Roseville Press Tribune | Friday | Wednesday at 3pm |

email obits@goldcountrymedia.com
or (530) 885-4511

Gold Country Media

### Official Notice from Court-Appointed Claims Representative

# Fire Claims in PG&E Bankruptcy
### Deadline Extended to December 31, 2019

## Renters, Occupants, Property Owners, Businesses and Anyone Impacted by the Northern California Fires Before January 29, 2019

### You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses
- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

### Things you should know:

- PG&E is not broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

### Act Now Before Time Runs Out:

  

Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

## Claims must be filed by 5 p.m. PT on December 31, 2019

### Need Free Help Filing a Claim?
# 1-888-909-0100    www.OfficialFireClaims.com

# Fire Claims in PG&E Bankruptcy
## *Deadline Extended to <u>December 31, 2019</u>*

# Renters, Occupants, Property Owners, Businesses and <u>Anyone</u> Impacted by the Northern California Fires Before January 29, 2019

## You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses
- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

## Things you should know:

- PG&E is <u>not</u> broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

## Act Now Before Time Runs Out:

  

Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

## <u>Claims must be filed by 5 p.m. PT on December 31, 2019</u>

# Need Free Help Filing a Claim?
# 1-888-909-0100    www.OfficialFireClaims.com

12.19.19 | SN&R | 9



**For Sonoma & Napa's Best**

Oct 2 - Dec 31

**Bohemian**.com

---

Official Notice from Court-Appointed Claims Representative ㉑

# Fire Claims in PG&E Bankruptcy
### Deadline Extended to <u>December 31, 2019</u>

## Renters, Occupants, Property Owners, Businesses and <u>Anyone</u> Impacted by the Northern California Fires Before January 29, 2019

### You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses

- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

### Things you should know:

- PG&E is <u>not</u> broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

### Act Now Before Time Runs Out:

   

Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

### <u>Claims must be filed by 5 p.m. PT on December 31, 2019</u>

## Need Free Help Filing a Claim?
### 1-888-909-0100
### www.OfficialFireClaims.com

NORTH BAY BOHEMIAN | DECEMBER 18-24, 2019 | BOHEMIAN.COM

## Bullying

Continued from Page 1

lim community members as well as local city and school officials. They also expressed their support for the student, identified in the press as 17-year-old Sabeh Elias. She told the The Sacramento Bee reported that she was wearing a Muslim Student Association shirt when she was bullied.

Elk Grove School Trustee Bobbie Singh-Allen told the Citizen that she looks forward to discussing the incident at the Elk Grove school board's Dec. 17 meeting.

"As a member of the Sikh community, I know firsthand about intolerance, racism, and bigotry," she said. "I hope there is a teachable moment in this ugliness. All students, regardless of faith, gender, race, orientation, and more should feel safe in schools."

Elias declined to comment for this story.

In a Dec. 5 letter to parents, Pleasant Grove High School Principal Taigan Keplinger addressed the case and said

that her staff immediately alerted authorities after the incident was reported.

"Such despicable and detestable acts and/or expressions of hate corrode every educational principal, philosophy, and policy we are charged with upholding," she wrote.

The principal also wrote that the attacker is believed to be a student.

Keplinger noted that her staff is working to promote respect and student unity on campus.

A community forum was held at Pleasant Grove High two days after the incident. Elk Grove Mayor Steve Ly spoke to the students and faculty at the meeting.

"This is a teaching opportunity and we have to look at this incident as an opportunity to educate students who may not be aware of other cultures so that we can be consistent with what we stand for in Elk Grove," he told the Citizen on Dec. 7.

Elk Grove School Trustee Beth Albiani, who represents the Pleasant Grove High area on

the school board, said she was saddened and angered by the incident. She noted that she has a child who attends the school and she completed an online survey and policy on behavior and reporting it immediately," Albiani said. "I appreciate the swift and inclusive steps taken by the staff to address this incident and provide a space for people to gather."

"Ms. Elias and her family helped us all by standing up to this behavior and reporting it immediately," Albiani said. "I appreciate the swift and inclusive steps taken by the staff to address this incident and provide a space for people to gather."

Albiani and Singh-Allen said they were unable to attend the forum since they were attending a California School Boards Association conference in San Diego.

Elk Grove school district officials said in a Dec. 9 press statement that the Pleasant Grove High staff will perform measures such as boosting security for students engaged in after-school activities, and working with the school's Student Equity Council and cultural club advisors to promote cross-cultural respect.

## CSD Board

Continued from Page 1

nounced this fall that they reopened their investigation of the murder case.

Friends and relatives of Singh and Atwal encouraged the Elk Grove City Council to name a future park after them in 2016. The park's name is based on the Sikh custom of using the surnames of "Singh" for males and "Kaur" for females, according to a CSD staff report.

This five-acre park's site is near the corner of Ponto Delgada Drive and Atrio Circle. Planned amenities include a basketball court, a playground, a shade structure, and a volleyball court.

The CSD staff is advising their board to award

a $2.2 million contract to Environmental Landscape Solutions to build the park. If approved, the construction could begin as early as next April.

The CSD board's Dec. 18 meeting will begin at 6:30 p.m. at the CSD Administration Building, 8820 Elk Grove Blvd.



**DO YOU KNOW THESE GUYS?**

Insurance Companies Know Them Because They Have Paid Them Over **$130 Million Dollars**

**Glenn Guenard & Ross Bozarth** are dedicated to the victims of accidents.

We help with serious injuries that require serious representation.

We are the Law Offices Of Guenard & Bozarth.

We have over 60 years of experience on our legal team... the most experienced law firm in Elk Grove. If you are looking for results Call GB Legal 24/7/365 at 866-809-1075 or visit gblegal.com

**WE CAN HELP!**

The Law Offices of Guenard & Bozarth represent injured people. Our office is located at 8830 Elk Grove Blvd. in the heart of Elk Grove.



**RETIRED COUPLE**

Has **$$$$** to lend on California Real Estate*

**V.I.P. TRUST DEED COMPANY**

OVER 35 YEARS OF FAST FUNDING

Real Estate License #00669643 CA Department of Real Estate, NMLS #339217

Principal, (818) 248-0000 (broker)

www.viploan.com *Sufficient equity required - no consumer loans



**Educating You Through the Process with Compassion & Understanding**

• Licensed Consultant • 20 Years' Experience • Attention to Detail

• Elk Grove Resident for Over 30 Years

**Call For Your Personal Appointment**

**916-712-7312**

lorio@eastlawn.com

Lic. #0642952    Lori Osborne

---

**Official Notice from Court-Appointed Claims Representative**

# Fire Claims in PG&E Bankruptcy

### Deadline Extended to December 31, 2019

## Renters, Occupants, Property Owners, Businesses and Anyone Impacted by the Northern California Fires Before January 29, 2019

### You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses

- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

### Things you should know:

- PG&E is **not** broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

### Act Now Before Time Runs Out:






Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

### Claims must be filed by 5 p.m. PT on December 31, 2019

## Need Free Help Filing a Claim?

**1-888-909-0100     www.OfficialFireClaims.com**

# L.A. sheriff's deputies charged with perjury after stopping cops for speeding

BY ALENE TCHEKMEDYIAN
Los Angeles Times

Within a matter of days in 2016, Jon Peters said he heard similar stories involving officers who worked with him at the Los Angeles Police Department.

The officers said they had been been stopped while driving off duty by a Los Angeles County sheriff's deputy on a motorcycle in the Santa Clarita area. They were told they were speeding, which they disputed.

The deputy then told the officers that he'd write them up instead for not having proof of insurance. When the officers attempted to show their insurance, Peters said, the

deputy had a curious response: Don't show me that, he'd say. Then I'll have to write you up for speeding.

"I was like, 'Well, this isn't right,'" Peters, former assistant chief of the Los Angeles Police Department, told The Times in an interview.

In November 2016, he called the captain of the Santa Clarita Valley sheriff's station to report the alleged misconduct. Now, three years later, two deputies have been charged with perjury and filing false reports, according to the Los Angeles County district attorney's office.

Michael Berk, 58, faces four counts each of filing a false report and perjury, and Justin Fisk, 40, faces

two counts of each charge. Both deputies, who were assigned to the Santa Clarita Valley station, pleaded not guilty Thursday.

Peters said he spoke with two LAPD officers who had contact with one of the deputies, but heard stories that other officers may have been stopped in the same manner.

The traffic stops occurred between September and November 2016. The drivers, who all happened to be other law enforcement officers, had valid insurance at the time, the D.A.'s office said.

It's unclear what would motivate a law enforcement officer to issue tickets for not having proof of insurance instead of

speeding, though the penalties for speeding are generally stiffer.

"I just have a hard time fathoming why a deputy sheriff, or any police officer, would engage in that kind of conduct," said J.P. Harris, a retired sheriff's lieutenant who serves on the Sheriff's Civilian Oversight Commission. "If you're going to give somebody a break, just let them go."

Harris said there's no quota for writing citations. And most supervisors, he said, evaluate productivity by looking at the quality of the tickets. For example, moving violations that are high-risk and put people in danger are worthwhile because they prevent people from getting hurt.

"No proof of insurance

tickets, I don't know that that really furthers that aim," he said.

The deputies are due back in court in February.

The pair came under investigation in November 2016 after Peters told Roosevelt Johnson, captain of the sheriff's station at the time, that the two defendants possibly had issued falsified traffic tickets, according to the complaint. Johnson declined to comment when reached by phone Friday.

Sheriff's Department investigators first presented the case to prosecutors in October 2017, said Greg Risling, a spokesman for the district attorney's office. Prosecutors received additional information about the case in April 2018. It's unclear

why it took so long to file charges.

Ron Hernandez, president of the Assn. for Los Angeles Deputy Sheriffs, said he has no problem with members of law enforcement being held to a high standard when it comes to abiding by the law.

"We look forward to our deputies receiving their due process as the case makes it way through the legal system," he said.

The Sheriff's Department said in a statement that it has begun the process of suspending pay for the deputies. "We are now waiting for the outcome of the criminal case in order to proceed administratively," the statement said.

Bail was set at $25,000 for each deputy.

If convicted, Berk faces a possible maximum sentence of five years in state prison, while Fisk faces up to three years and eight months in prison.

---

## HEALTH
FROM PAGE 3A

than a year's time, was able to work with the Legislature to get subsidies for the middle class, restore stability to the market with the mandate requiring individual coverage and expand Medi-Cal coverage to undocumented immigrants ages ages 18 to 26.

"About 40% of the people who are enrolling are getting state subsidies, and many of them are what I call the forgotten middle class," Lee said, adding that these enrollees are often emotional when talking about the difference the subsidies make.

"It's sort of like year one. In year one, we had people crying on the telephone, saying, 'Oh, my God, I've been denied coverage because of a pre-existing condition. Now, I can get health care.' We're seeing that same thing emotionally from people who are 55 years old saying, 'It has been really hard. I made $80,000, which sounds like a lot of money, but I've got to cover me and my wife or me and my husband or me and my kids, and it's taking 25% of my budget. This help is huge.'"

This year, consumers can no longer receive federal subsidies if they are a single individual earning more than $48,560, a married couple with no children earning $65,840, a family of three with income of $83,120 or a family of four making $100,400.

The average 40-year-old in Northern California pays an average of $9,600 a year for health care coverage, Lee said, and a 60-year-old pays an average of $14,400. Insurance costs eat up a sizable chunk of a middle-class family's income, he said.

Using first names only, Covered California shared information on some people who have benefited from the new subsidies. For instance, Syd in Elk Grove is paying $1,499 per month this year for a bronze plan for himself and his wife, the lowest level of coverage, on the private market. After checking with Covered California, Syd learned that he was eligible for a subsidy of $872 a month in 2020. With those funds, Syd upgraded to a silver plan and is paying $1,184 a month for a plan with greater benefits.

### ACCESS TO INSURANCE GROWS

Dr. Mark Ghaly, secretary of the California Health and Human Services Department and the champion of new-er we are increasing ac-

cess to care by making coverage more affordable for hundreds of thousands of people."

Roughly 3 million people are uninsured in California, but about 60% of them are not eligible for insurance through Covered California because they are undocumented immigrants. That leaves about 1.1 million uninsured Californians for Lee to reach. Its uninsured rate has dropped to 7.2% from 17.2% in 2013.

Insurers are expecting a big increase in the numbers of people enrolling for coverage in 2020, Lee said, so premium increases are relatively flat, averaging just 0.8% statewide. This is what can happen, Lee said, when you build on the Affordable Care Act.

Lee's stature on the national health care scene has increased as California's health insurance exchange has thrived despite moves by the Trump administration and congressional Republicans to eliminate the federal tax penalty, cut advertising for open enrollment and reduce the enrollment period to six weeks from 12. Modern Healthcare magazine recently named Lee a third time to its list of the 100 Most Influential People in the health care arena.

California has maintained most of its unsubsidized policyholders, Lee said, because insurance rates have increased much less here — 45% — than in the nation as a whole — 85% — over the five years since the nation's health exchanges began operating.

"The unsubsidized market in places like Texas or Florida is disappearing because the only people buying insurance who don't get subsidies are sick people," Lee said. "If I've got cancer, I'm going to get coverage, but if they're healthy, people say, 'I just can't afford it.' California has not had that happen. We still have about 800,000 or 900,000 people without subsidies."

California legislators also expanded the open enrollment period to three months, and they passed legislation to keep junk insurance plans that place many limits on coverage. And, Covered California has put an advertising budget of more than $100 million to work annually to get the word out about open enrollment and hammering home the message that, when unexpected calamities happen, only the insured are prepared.

---

## Two children, county probation officer are killed in south state home shooting

BY HARRIET RYAN
Los Angeles Times

It started as a routine call for medical attention at an Ontario home early Saturday morning. But with a series of terrifying twists – a husband with gunshot wounds, a wife firing on arriving police, a five-hour hostage standoff – the call for help revealed a domestic tragedy.

Just after dawn, SWAT officers forced their way into the home on East F Street and discovered the bodies of the woman who had shot at police, a teenage girl and an elementary school-age boy, police said.

Police did not identify the deceased, but said the woman was an off-duty

San Bernardino County probation officer. Her husband, who escaped the home when police arrived, is being treated for life-threatening injuries.

"We don't have anybody to confirm identities yet," said Ontario police Sgt. Bill Russell. "The husband is in the hospital and everybody else is deceased. So nobody has been able to shed light on what happened."

Investigators from the department and the coroner's office were in the home Saturday hunting for answers to a host of questions: Who died first? Who shot whom? How are the children related to the adults? And, perhaps most difficult of all, why did this happen?

Russell said detectives

were in contact with relatives of the couple and were also looking into whether there had been prior requests for aide at the residence.

The incident began shortly after 2:30 a.m. when the husband called 911. He indicated that someone was hurt in the home, but didn't say anything about being shot himself, Russell said.

Officers went to the home with firefighters prepared to provide medical treatment. When they knocked on the door, the man answered and walked outside. It was clear he had been shot and officers looking through the doorway could see his wife holding a gun.

Russell said it was not clear whether officers or

the woman fired first, but at some point she did shoot at them before barricading herself in the home.

"She ... pretty much ceased all communication at that point," Russell said.

Police learned that two children were possibly also in the house and called in SWAT and hostage negotiators. About 40 law enforcement officers descended on the neighborhood, a quiet area of single-family homes near a junior high, and nearby residences were evacuated while negotiators worked to establish contact with the woman. After about five hours without success, police entered the home and found the bodies, Russell said.

A spokeswoman for the probation department said she was still in the process of being briefed and had no immediate comment.

---

**Official Notice from Court-Appointed Claims Representative**

## Fire Claims in PG&E Bankruptcy
*Deadline Extended to December 31, 2019*

**Renters, Occupants, Property Owners, Businesses and Anyone Impacted by the Northern California Fires Before January 29, 2019**

### You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses
- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

### Things you should know:

- PG&E is not broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

### Act Now Before Time Runs Out:

   

Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

**Claims must be filed by 5 p.m. PT on December 31, 2019**

## Need Free Help Filing a Claim?
**1-888-909-0100**
**www.OfficialFireClaims.com**

## Food bank

FROM PAGE 1

Food bank visitors are checked in by longtime volunteer Linda Grothe, who ushers shoppers to a table. The waiting area is full, with at least 14 people chatting and waiting for their turn at any given time.

Grothe has been a volunteer at the Food Bank for about nine years. She stayed with the agency through thick and thin, and this year, she notes there has really been a positive shift. "We have a lot more vegetables, and the quality is so much better," she explains. "We have so many more wholesome foods—not just sweets and desserts. Plus, people can come to get fruits and veggies two times a week," Grothe notes. This year, for the holidays, she is conducting a blanket drive for the homeless. "It was a homeless person, I ask them if they need a blanket. We always need more, and they can be dropped off here at the Food Bank."

Grothe notes that the Food Bank greatly needs additional metal stocking carts used to transport produce or to help frail people load food boxes into their vehicles. "We only have two now, and the heavy duty ones cost several hundred dollars apiece."

Despite the inclement weather, shoppers remain upbeat, and many people know and greet the volunteers working walking behind the tables. One older, well-dressed woman hesitantly enters the building. She is checked in by Food Bank Coordinator Raquel Bowles. The woman completes her paperwork and is then overcome by tears. Bowles has a box of tissues on hand for exactly this occasion.

"This woman is desperately in need of food, and she's never been here before," Bowles explains, noting that the release of strong emotions is not an unusual occurrence at the Food Bank. For some, the emotions represent a mix of shame and sadness, as some people experience profound embarrassment at having to ask for support. Others shed tears of joy and relief—perhaps feeling a few moments of respite associated with the panic associated with an empty larder and hungry family members.

"It's a real pleasure working here. It makes me feel so good to welcome a first-timer like this woman and encourage her to take whatever she wants," Bowles explains. "We have a man with cancer who comes in regularly. All he can consume is juice, so he's making juices from fresh fruits and vegetables. We're all here to do the best we can."

Christina Sullivan has been volunteering at the Food Bank for about a year. "It's so wonderful," she explains. "I love everyone here. The staff just had a Thanksgiving party for us, and next week we'll have a little Christmas party. They really reward us, and we love working here."

The Wednesday shoppers are a perfect representation of greater Ukiah's diverse population. Men, women, young people, retirees and people of every nationality are seated together in the waiting area. Despite the stereotypes to the contrary, the Food Bank serves everyone—not just transients or homeless people. Qualifying for services is easy, according to Bowles. Very little information beyond a personal ID is requested, and the process is designed to preserve each confidentiality and to honor one's dignity.

"It's really a nice setup," notes Patricia Williams, a longtime Covelo resident who moved to Ukiah following the passing of her husband of 53 years. "I come every Wednesday, and I have to admit, I do have a weakness for sweets," she smiles.

"I've been coming to the Food Bank for about a year," says Linda. "The staff are so amazing. They really go out of their way to get what we need. Everyone is so kind, considerate and positive. We have a household of ten people. I have a daughter with a baby due. Raquel arranged for us to receive some shoes and stuffed animals for the kids. If it wasn't for this place, things would be a lot, a lot tougher for us."

Bob Miller, Jr. has been volunteering for two years. "I come down every Wednesday. I'm a 'roaster,'" he smiles. Miller makes sure the tables are fully stocked, helps with crowd control and make sure the various varieties of pizzas donated by Little Caesar's are sorted by type. "I love making people laugh," he continues. "We call it Wacky Wednesdays. I think everyone's smiles and laughter keep me coming back."

Miller concludes: This year's Food Drive goal is $85,000. The Food Bank is located is open Tuesday through Saturday. General distribution takes place from 11:00 to 5:00 on Wednesdays. Senior distribution days and distribution for physically disabled adults takes place on Fridays from 9:00 until noon. Emergency food distribution takes place from 3:00-4:00 on Thursday and Friday, and on Saturday from 2:00 to 4:00. "Fresh Fridays" offers the public an opportunity to return to the Food Bank on Fridays for additional fresh produce. The Ukiah Community Food Bank is located at 888 N. State St. For more information, phone (707) 462-3409.

---

**Official Notice from Court-Appointed Claims Representative**

## Fire Claims in PG&E Bankruptcy

*Deadline Extended to December 31, 2019*

Renters, Occupants, Property Owners, Businesses and **Anyone** Impacted by the Northern California Fires Before January 29, 2019

You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses
- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

Things you should know:

- PG&E is **not** broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

### Act Now Before Time Runs Out:

   

| Have questions? Call or visit website for info and free assistance. | Fill out a Proof of Claim Form. | If your claim is allowed, you may receive money from the PG&E bankruptcy estate. |

**Claims must be filed by 5 p.m. PT on December 31, 2019**

Need Free Help Filing a Claim?
**1-888-909-0100**
**www.OfficialFireClaims.com**



---

**CRAFTSMAN ESTATE**
FINE ART & ANTIQUES
STICKLEY · MISSION · HEAVY · ARTS & CRAFTS
FINDINGS · PRE-1940 · CIRCA · WORKS
UNIQUE · BEST LOTS
FINE ART · PERIOD

WE BUY, SELL, & CONSIGN

**506 E. STATE STREET, UKIAH**
**707-463-5900**

---

**Experience the wonder**

---

**Donate blood**

The Red Cross depends on a friendly community to maintain the blood supply. Please be a hero and help others by donating at one of the upcoming local blood drives.

**Ukiah Valley Fire Authority**
Tuesday, Dec. 17, 2:00 PM - 6:00 PM
300 Seminary Avenue, Ukiah

**Hopland Volunteer Fire Department**
Monday, Jan. 13, 2:00 PM - 6:00 PM
21 Feliz Creek Road, Hopland

**Cloverdale Fire Protection Department**
Friday, Jan. 31, 2:00 PM - 6:00 PM
451 S. Cloverdale Blvd., Cloverdale

Find other blood drives near you
vitalant.org or 877-258-4825

**vitalant.**

The new name for Blood Centers of the Pacific

---

**HOPLAND TAP**
and Grill
**NOW Open!**

FEATURING LOTS OF LOCAL BEER, WINES, AND CIDERS AND A "SOFT" OPENING MENU WITH SAUSAGE SANDWICHES, GRILLED CHEESE, BLACK BEAN VEGGIE BURGERS & SNACKS

LIVE MUSIC EVERY SATURDAY NIGHT (8-11:00)

13351 HIGHWAY 101 SOUTH · HOPLAND, CALIF 95449
WED-SUN 11:30-8 · Ph 707-313-9300 · HOPLANDTAP.COM

---

# Mendocino County
## BUSINESS CARD DIRECTORY

- Directory runs daily in the Ukiah Daily Journal and weekly in The Willits News and the Hometown Shopper
- Ads will match your business card for convenience and efficiency

Contact Sue Fullbright
Ukiah Daily Journal Classified
**707-360-1152**
sfullbright@ukiahdj.com for details

---

**COBURN'S**
CONSTRUCTION & CABINETRY INC
CA LIC # 589418
Provide your completed project with our 3-D Computer Images

**Randy J Coburn**
General Contractor
PO Box 618
Willits, CA 95490

707-459-9710/FAX 707-459-4964
coburn_randy@yahoo.com
coburnsconst@gmail.com

- Custom Homes
- New Construction
- ICF Structures
- Remodeling
- Cabinetry
- Kitchens and Baths
- Blueprints
- Plan Drawing
- Design

---

**For All Repair .....**
Call Cyndi Dare
**(707) 291-4189**
Drywall · Tile · Carpentry · Painting
Plumbing · Electrical · Decorative Stone
Small Jobs & repairs ONLY
Lic # contractor · trained general contractor
certified construction manager · peacebuilding professional

---

**Blue Sky**
**Mac Tech**
"Your Local Independent Macintosh Technician"
**David Hannon**
707-371-6160
www.blueskymactech.com
E-mail: david@blueskymactech.com
Serving the Willits & Ukiah Area

---

**CANTUA**
**INSURANCE AGENCY**
LIC OC67822

**FARMERS INSURANCE**

CARNEVALE, CA
**(707) 923-2179**
WILLITS, CA
**(707) 459-3276**
kcantua@farmersagent.com · www.norcalquote.com

---

## DON'T MISS A THING!

If it's important to you, it's important to us!

Pick up your copy of **Record-Bee** at these locations

**LAKEPORT**
Konocti Vista Hotel
Off Soda Bay Road
Rotten Robbie's
S. Main Street
Express Mart
S. Main Street
Lakeport Chevron
S. Main Street
**KELSEYVILLE**
Studebaker's Deli
Main Street
Soda Bay Market
& Deli
Soda Bay Road
Kelseyville Food Center
Main Street
Riviera Foods
State Hwy 281
Kit's Corner
Hwy 29 at Soda Bay Rd
**FINLEY**
Finley Country Store
& Deli
Big Valley Road
Westgate Petroleum
Market
Hwy. 29
**LOWER LAKE**
Northern Pacific
Hwy 29 & Hwy 53
**CLEARLAKE**
J & S Market
Old Highway 53
Flyer's Gas Mart
Lakeshore Drive
Time To Shop
Lakeshore Drive
Nott's Liquors
Lakeshore Drive

**CLEARLAKE OAKS**
B.S.G. & Co.
Deli & Chevron
E. Highway 20
Red & White
Store
E. Highway 20
**SPRING VALLEY**
Spring Valley Pantry
New Long Valley
Road
**UPPER LAKE**
Hi-Way Grocery
& Deli
E. Hwy 20 & Main Street
Fast & Easy
E. Highway 20
Judy's Junction
E. Highway 20
3 Brothers
Travel Plaza
Chevron
W. Highway 29 & 20
**NICE**
Martina Market
E. Highway 20
**LUCERNE**
Lucerne Market
East Highway 20
Lucerne Pharmacy
Highway 20
**COBB**
Cobb Pacific
Highway 175

Interested in becoming one of the dozens of retail sales outlets for the Lake County Record-Bee? Contact Greg DeBoth at 707-900-2008 or email: gdeboth@record-bee.com

Official Notice from Court-Appointed Claims Representative

## Fire Claims in PG&E Bankruptcy
*Deadline Extended to* __December 31, 2019__

**Renters, Occupants, Property Owners, Businesses and _Anyone_ Impacted by the Northern California Fires Before January 29, 2019**

You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses
- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

### Things you should know:

- PG&E is _not_ broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
- Don't know amount of losses
- Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claims).

### Act Now Before Time Runs Out:

   

Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

__Claims must be filed by 5 p.m. PT on December 31, 2019__

**Need Free Help Filing a Claim?**
**1-888-909-0100**
**www.OfficialFireClaims.com**

# We're at Your Service

### Habitat for Humanity Home Repair Program
- Must live in the home
- Must own both home and land
- Accessibility, plumbing, electrical, etc.
- Income Qualified Homeowners
- Veterans & Seniors Encouraged!

Apply now! Funding is limited!
**Call 707-994-1100 x106**
or visit
http://www.lakehabitat.org/
Contractor Lic. #985031


**Dean's Painting**
Top Quality
Custom Work
Free Estimate
**263-3236**
Lic #720776


**Paulin Family Tree Service**
Jack
Proficient Trimming, Removals, Chipping & Consulting
Cell 707-413-8141
Home 707-263-5165
Insured Non-Contractor

**People Services, Inc.**
You Can Hire People With Disabilities
- Full Landscape
- Janitorial
- Weed Control
- Pruning
- One-time Hauling
CALL TODAY
(707) 263-3810
ext. 112
Contractors Lic# 824475


**Moji Handyman**
707-245-9509
mojihandyman@gmail.com
Repair/Painting
Carpentry/Plumbing
Build or Repair
Decks/Install
Windows/Doors
(non-contractor)


**Leonard's Hauling & Tractor Services**
707-318-6185
AFFORDABLE, RELIABLE & HONEST

**Tony Bordossa Construction**
707 350 (WORK) 9675
When Quality counts... Let us build your Dream house
New Construction, Decks, Fences, Foundations, Concrete Work, Painting, Roofing, Retaining Walls, Dry Rot Repair, Tree Work, Etc.
License#955268


**Nicolas Jaime**
- Fences
- Decks
- Tile
- Handyman
- Plumber
- Carpenter
- Electrician
- Renovation
- Laminates
- Floors
- Painting
707-319-8276
jaimenicol69@yahoo.com
NON-CONTRACTOR

**Jim Salmina Flooring**
Flooring Sales and Installation
CA Lic# 814165
**707-350-0277**
18195 Spruce Grove Ext.
Same building as "Wild Wild West Performance Auto Repair"
Cres, Sonoma RD 250-0512
Middletown, CA 95461
Jsalmina@gmail.com

**BDS**
Business Design Services
Commercial and Residential Interior Design
Robert A. Brecciabella Lozano
Isn't it time to refresh your wall, window and floor treatments?
707-263-7073
18 South Main Street, Lakeport CA 95453

### Habitat for Humanity Homeownership Opportunity
- Low monthly payment
- First time Homebuyers
- Lost residence (homeowners and renters) in county wildfires!
- Income Qualifications Required
Call 707-994-1100 x106
Or visit
www.lakehabitat.org/

**Lake County Tree Services, Inc**
Tree Removal
Stump Grinding
Trimming
Commercial & Residential
707-349-1894



**Custom Window Coverings**
By Gay Lynn
"The Blind Lady"
**994-7777**
www.customwindow coverings@GayLynn.com
**HunterDouglas**






For Only
**$160.00/mo**
Your Ad Could Be Here!
Call Today!
**900-2007** or
**263-5636**


**NOTICE TO READERS**
California law requires that contractors taking jobs that total $500 or more (labor and/or materials) be licensed by the Contractors State License Board. State law also requires that contractors include their license numbers on all advertising. Check your contractor's status at www.cslb.ca.gov or 800-321-CSLB (2752). Unlicensed persons taking jobs that total less than $500 must state in their advertisements that they are not licensed by the Contractors State License Board.

## Court roundup

*Daily News*

*The following defendants were sentenced in Tehama County Superior Court, according to the Tehama County District Attorney's Office. Those listed as being charged are innocent until being proven guilty:*

### Recent State/Local Prison Commitments:

Erica Dawn Hency: Forgery, a felony with a special allegation prior conviction; Failure to Appear after Previously Being Released on Own Recognizance; Child Abuse, a felony.

Brief history: The defendant attempted to cash in a stolen cashier's check. She failed to appear on May 9, 2007 while out on her own recognizance in her previous case. She was babysitting a two-year-old child. The child victim tested positive for benzin, methamphetamine, codeine and nicotine. The victim ingested the drugs while defendant was partying in a motel room.

Sentence: 6 years State Prison

Nathan Collins Polar: Possess a Controlled Substance while armed, a felony; Possession of a Controlled Substance for Sale, a felony; Felon in Possession of Ammunition, a felony; Possession of a Controlled Substance for Sale, a felony; Possession of a Controlled Substance for Sale with a firearm, a felony.

Brief history: The defendant was found with 9.8 grams of methamphetamine in his vehicle. At his residence, a 22 revolver pistol and a loaded .380 semi-automatic pistol were found. Officers located 298.9 grams of methamphetamine packaged in small plastic bags. A digital scale, 1.2 grams of methamphetamine, and $21,885 were found in the bedroom. A search of defendant's storage unit yielded half a pound of methamphetamine, a digital scale, and multiple packaging materials. On a later date, agents executed a search warrant at defendant's residence and located 273 grams of methamphetamine, a digital scale, and small plastic bags with 18.3 grams of methamphetamine. Agents conducted a probation search of defendant's residence and 83.3 grams of methamphetamine and two digital scales were found.

Sentence: 5 years State Prison

### Recent County Jail Commitments:

Tyler James Sanford:

Perjury by Declaration, a felony; Second Degree Burglary, a misdemeanor; Unlawful Driving or Taking of a Vehicle, a felony.

Brief history: The defendant was on probation and summary probation. He drove his aunt's vehicle without her permission. The defendant's aunt reported her vehicle had been stolen. Her admitted to taking the vehicle without her permission and drove around until he was arrested by officers.

Sentence: 5 years probation, 270 days county jail, 80 hours community service.

James Gareth Barr: Identity Theft, a felony; Failure to Appear after Previously Being Released on Own Recognizance, a felony.

Brief history: The defendant attempted to cash the victim's stolen business check in the amount of $400. While out on his own recognizance he willfully failed to appear in court on Dec. 12, 2017.

Sentence: 5 years formal probation, 210 days county jail, 80 hours community service.

Scott Alan Mitchell: Maintaining a Place for Selling or Using a Controlled Substance, a felony.

Brief history: The defendant was on probation in Butte County with search

and seizure terms. He was found in possession of scale with codeine, nicotine in his vehicle and a large amount of cash. In his motel room, he was found in possession of 22.3 grams of methamphetamine, scale with nicotine, packaging materials and cutting agents.

Sentence: 5 years formal probation, 60 days county jail, 80 hours community service.

Billy Joe Elder: Failure to Appear after Previously Being Released on Own Recognizance, a felony.

Brief history: The defendant was charged with a knife chase down Abela Street at speeds of 50 to 60 mph. He forced cars off the road, crashed the car and ran away. The three unwilling passengers say they told him to stop but he refused. All three passengers were severely injured. The defendant was found hiding at his girlfriend's house.

Pre-trial conference: 8 a.m. Jan. 6

People vs. Ervin Keith Watts: two counts attempted murder, two counts aggravated mayhem, animal cruelty, two counts assault with a firearm with special allegations.

Brief history: The defendant, armed with a shotgun, approached his

know her boyfriend was wanted, but then lied to law enforcement and hid him in her residence.

Pre-trial conference: 8 a.m. Jan. 6

Christopher Lee Baker: Kidnapping, 3 counts, each a felony; Child Abuse, 3 counts, each a felony; Fleeing a Pursuing Peace Officer's Motor Vehicle Causing Serious Bodily Injury, a felony; Leaving the Scene of an Accident, a felony; Resist, Obstruct, Delay of a Peace Officer, a misdemeanor.

Brief history: The defendant led officers on 1.5 mile chase down Abela Street at speeds of 50 to 60 mph. He forced cars off the road and ran away.

Pre-trial conference: 1:35 p.m. Jan. 14, 2020

Trial by jury: 9 a.m. Jan. 20, 2020

Dacoda Stewart: Attempted Willful, Deliberate and Premeditated Murder, a felony with a Special Allegation.

Brief history: The defendant shot victim intent to date. She loved him into her car, pulled out a .22 pistol and shot him in head. He survived.

Resist preliminary hearing: 8 a.m. Jan. 14, 2020

People vs. Michelle Gonzalez; Murder.

Brief history: The defendant stabbed victim in chest with a pair of scissors. Victim managed to call 911. Officers arrived on scene where victim identified defendant as the one who stabbed him. Emergency medical aid was rendered on scene, but victim died. The defendant admitted that she had stabbed victim.

Pre-trial conference: 9 a.m. Feb. 21

Trial by jury: 9 a.m. March 11

neighbor. He first fired at the neighbor and then at the neighbor's father. The neighbor's father returned fire at the defendant with a handgun. Both victims were struck in the head by rounds from the defendant's shotgun.

### Upcoming Cases — Trials, Preliminary Hearings and Pre-Trial Conferences

Angelina Marie Angle: Accessory After the Fact – Knowledge of Crime, a felony.

Brief history: The defendant's boyfriend was part in a chase with officers and he ran to her house after crashing the vehicle. She

## SUPREME COURT

# Justices to take up dispute over subpoenas for Trump records

By Mark Sherman
*The Associated Press*

WASHINGTON — The Supreme Court said Friday it will hear President Donald Trump's plea to keep his tax, bank and financial records private, a major confrontation between the president and Congress that also could affect the 2020 presidential campaign.

Arguments will take place in late March, and the justices are poised to issue decisions in June as Trump is campaigning for a second term. Rulings against the president could result in the quick release of personal financial information that Trump has sought strenuously to keep private.

The court also will decide whether the Manhattan district attorney can obtain eight years of Trump's tax returns as part of an ongoing criminal investigation.

The subpoenas are separate from the ongoing impeachment proceedings against Trump, headed for a vote in the full House next week. Indeed, it's almost certain the court won't hear

the cases until after a Senate trial over whether to remove Trump has ended.

Trump used to prevent bank and accounting firms from complying with subpoenas for his records from three committees of the House of Representatives and Manhattan District Attorney Cyrus Vance Jr.

In three separate cases, he has so far lost at every step, but the records have not been turned over pending a final court ruling. Now it will be up to a court that includes two Trump appointees, Justices Neil Gorsuch and Brett Kavanaugh, to decide in a case with significant implications regarding a president's power to refuse a formal request from Congress.

In two earlier cases over presidential power, the justices acted unanimously in ruling against President Richard Nixon to turn over White House tapes to the Watergate special prosecutor and in allowing a sexual harassment lawsuit against President Bill Clinton to go forward. In those cases, three Nixon appointees and

two Clinton appointees, respectively, voted against the president who chose them for the high court. A fourth Nixon appointee, William Rehnquist, sat out the tapes case because he had worked closely as a Justice Department official with some of the Watergate conspirators whose upcoming trial spurred the subpoena for the Oval Office recordings.

In none of the cases are the subpoenas directed at Trump himself. Instead, House committees want records from Deutsche Bank and Capital One, as well as the Mazars USA accounting

firm. Mazars also is the recipient of Vance's subpoena.

In each case, Vance and House Democrats have argued there is no compelling legal issue at stake, since they are seeking records from third parties, not Trump himself.

But Trump said in his appeals that the cases are the first time congressional and local criminal investigators have tried to pry free a president's records to investigate wrongdoing. "This is a case of firsts," Trump's lawyers said about the congressional demands for Trump's financial records from Mazars.

The Vance case represents the first time in American history that a "state or local prosecutor has launched a criminal investigation of the President," the lawyers wrote.

Appellate courts in Washington, D.C., and New York brushed aside the Trump arguments in decisions that focused on the subpoenas being addressed to third parties and asking for records of Trump's business and financial dealings as a private citizen, not as president.

bank documents as part their investigations into Trump and his businesses. Deutsche Bank has been one of the few banks willing to lend to Trump after a series of corporate bankruptcies and defaults starting in the early 1990s.

Vance and the House Oversight and Reform Committee sought records from Mazars concerning Trump and his businesses based on payments that Trump's former personal lawyer, Michael Cohen, arranged to keep two women from airing their claims of affairs with Trump during the presidential race.

Official Notice from Court-Appointed Claims Representative

## Fire Claims in PG&E Bankruptcy
### Deadline Extended to December 31, 2019

**Renters, Occupants, Property Owners, Businesses and Anyone Impacted by the Northern California Fires Before January 29, 2019**

You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses
- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

Things you should know:

- PG&E is not broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
- Don't know amount of losses
- Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

Act Now Before Time Runs Out:

 

Have questions? Call or visit website for info and free assistance.

 

Fill out a Proof of Claim Form.



If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

**Claims must be filed by 5 p.m. PT on December 31, 2019**

Need Free Help Filing a Claim?
1-888-909-0100
www.OfficialFireClaims.com

SHELTER PET & FASHION ICON

Amazing stories start in shelters and rescues.

Start A Story. Adopt
theshelterpetproject.org

# NATION&WORLD

# A fraying of the union

**Johnson's win may deliver Brexit but could risk breakup in the UK**

By Jill Lawless
The Associated Press

LONDON — Leaving the European Union is not the only split British Prime Minister Boris Johnson has to worry about.

Johnson's commanding election victory this week may let him fulfill his campaign promise to "get Brexit done," but it could also imperil the future of the United Kingdom of England, Scotland, Wales and Northern Ireland. Scotland and Northern Ireland didn't vote for Brexit, didn't embrace this week's Conservative electoral landslide — and now may be drifting permanently away from London.

In a victory speech Friday, Johnson said the election result proved that leaving the EU is "the irrefutable, irresistible, unarguable decision of the British people."

Arguably, though, it isn't. It's the will of the English), who make up 56 million of the U.K.'s 66 million people. During Britain's 2016 referendum on EU membership, England and much smaller Wales voted to leave bloc; Scotland and Ireland didn't. In Thursday's election, England elected 345 Conservative lawmakers — all but 10 of the 365 House of Commons



British Prime Minister Boris Johnson waves after addressing the media Friday outside 10 Downing Street in London. [FRANK AUGSTEIN/THE ASSOCIATED PRESS]

seats Johnson's party won across the U.K.

In Scotland, 48 of the 59 seats were won by the Scottish National Party, which opposes Brexit and wants Scotland to become independent of the U.K.

SNP leader Nicola Sturgeon said her party's "emphatic" victory showed that "the kind of future desired by the majority in Scotland is different to that chosen by the rest of the U.K."

The SNP has campaigned for decades to make Scotland independent and almost succeeded in 2014, when Scotland held a referendum on seceding from the U.K. The "remain" side won 55% to 45%.

At the time, the referendum was billed as a once-in-a-generation decision. But the SNP argues that Brexit has changed everything because Scotland now faces being dragged out of the EU against its will.

Sturgeon said Friday that Johnson "has no mandate whatsoever to take Scotland out of the EU" and Scotland must be able to decide its future in a new independence referendum.

Johnson insists he will not approve a referendum during the current term of Parliament, which is due to last until 2024. Johnson's office said the prime minister told the Scottish leader on Friday that "the result of the 2014 referendum was

decisive and should be respected."

The Scotsman newspaper summed up the showdown Saturday with front page face-to-face images of Sturgeon and Johnson: "Two landslides. One collision course."

"What we've got now is pretty close to a perfect storm," said historian Tom Devine, professor emeritus at the University of Edinburgh. He said the U.K. is facing an "unprecedented constitutional crisis" as Johnson's refusal to approve a referendum fuels growing momentum for Scottish independence.

Politically and legally, it's a stalemate. Without the approval of the U.K.

government, a referendum would not be legally binding. London could simply ignore the result, as the Spanish government did when Catalonia held an unauthorized independence vote in 2017.

Mark Diffley, an Edinburgh-based political analyst, said Sturgeon "has said that she doesn't want a Catalonia-style referendum. She wants to do this properly."

There's no clear legal route to a second referendum if Johnson refuses, though Sturgeon can apply political and moral pressure. Diffley said the size of the SNP's win allows Sturgeon to argue that a new referendum is "the will of the people."

Sturgeon said that next week she will lay out a "detailed democratic case for a transfer of power to enable a referendum to be put beyond legal challenge."

Devine said the administration in Edinburgh and London "are in a completely uncompromising condition" and that will only make the crisis worse.

"The longer Johnson refuses to concede a referendum, the greater will the pro-independence momentum in Scotland accelerate," he said. "By refusing to concede it, Johnson has ironically become a recruiting sergeant for increased militant nationalism."

Northern Ireland has its own set of political

parties and structures largely split along British unionist/Irish nationalist lines. There, too, people feel cast adrift by Brexit, and the political plates are shifting.

For the first time this week, Northern Ireland elected more lawmakers who favor union with Ireland than want to remain part of the U.K.

The island of Ireland, which holds the U.K.'s only land border with the EU, has proved the most difficult issue in Brexit negotiations. Any customs checks or other obstacles along the currently invisible frontier between Northern Ireland and EU member Ireland would undermine both the local economy and Northern Ireland's peace process.

The divorce deal struck between Johnson and the EU seeks to avoid a hard border by keeping Northern Ireland closely aligned to EU rules, which means new checks on goods moving between Northern Ireland and the rest of the U.K.

"Once you put a border between Northern Ireland and the rest of the United Kingdom, Northern Ireland's going to be part of a united Ireland for economic purposes," Jonathan Powell, who helped negotiate Northern Ireland's 1998 peace accord, told the BBC. "That will increase the tendency toward a united Ireland for political reasons, too.

## DATELINES

**ST. CLOUD, MINN.**
**Man gets 15 years for bow-and-arrow attack on deputies**

A judge sentenced a 32-year-old Minnesota man to 15 years and nine months in prison for using a bow and arrows to attack sheriff's deputies, injuring one.

Authorities arrested Ramey James Olson after a two-hour standoff with sheriff's deputies in Sauk Centre on Sept. 13, 2018. Prosecutors say Olson ended up in the Sauk Centre garage after crashing a stolen car.

The St. Cloud Times reported that Olson was sentenced Thursday.

One of the arrows struck a Stearns County sheriff's deputy in his left forearm. Deputies fired their weapons, striking Olson in the shoulder and buttocks, and grazing his hand with a bullet.

**BENI, CONGO**
**Rebel attack on eastern Congo city leaves at least 6 dead**

Rebels again attacked a city at the center of the Ebola outbreak in eastern Congo, killing at least six people including a pregnant woman, witnesses and officials said Saturday.

Meanwhile, Congolese health authorities said a spate of recent violence in the area has allowed the Ebola virus to spread further, a new setback in the 16-month outbreak.

The new attack in Beni on Friday night came as Congo's military steps up its fight against armed groups including the Allied Democratic Forces rebels. They were blamed for a massacre that

Omar Kavota, president of a local human rights group known as CEPADHO, said the attack began around 8:30 p.m.

**KHARTOUM, SUDAN**
**Ex-Sudan strongman al-Bashir gets 2 years for corruption**

A court in Sudan convicted former President Omar al-Bashir of money laundering and corruption on Saturday, sentencing him to two years in a minimum security lockup.

That's the first verdict in a series of legal proceedings against al-Bashir, who is also wanted by the International Criminal Court on charges of war crimes and genocide linked to the Darfur conflict in the 2000s.

The verdict comes a year after Sudanese protesters erupted in revolt against al-Bashir's authoritarian rule. During his three decades in power, Sudan landed on the U.S. list for sponsoring terrorism, and the country's economy was battered by years of mismanagement and American sanctions.

Al-Bashir has been in custody since April, when Sudan's military ousted him after months of nationwide protests.

The uprising eventually forced the military into a power-sharing agreement with civilians.

Sudan's military has said it would not extradite him to the ICC.

The country's military-civilian transitional government has not indicated whether it will hand him over to the The Hague.

**Official Notice from Court-Appointed Claims Representative**

## Fire Claims in PG&E Bankruptcy
*Deadline Extended to December 31, 2019*

**Renters, Occupants, Property Owners, Businesses and Anyone Impacted by the Northern California Fires Before January 29, 2019**

**You can file a claim for losses, including but not limited to:**

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses

- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

**Things you should know:**

- PG&E is not broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claims).

**Act Now Before Time Runs Out:**

  

| Have questions? Call or visit website for info and free assistance. | Fill out a Proof of Claim Form. | If your claim is allowed, you may receive money from the PG&E bankruptcy estate. |

**Claims must be filed by 5 p.m. PT on December 31, 2019**

**Need Free Help Filing a Claim?**
**1-888-909-0100**
**www.OfficialFireClaims.com**

4 | ◆ SPORTS | ENTERPRISE RECORD/MERCURY REGISTER     SUNDAY, DECEMBER 15, 2019

## 49ers

FROM PAGE 1

tle the Seahawks (10-3) so close — not to mention the resurgent Los Angeles Rams (8-5) on deck next Sunday before a Dec. 29 showdown in Seattle.

"We've got to make sure we take care of Atlanta this week," said 49ers coach Kyle Shanahan, who will be facing the Falcons for the first time since sparking a major role in their Super Bowl collapse three years ago.

The 49ers could finish a playoff spot any number of ways, but the simplest is to beat the Falcons, and here are a few ways to do that.

**1. PASH DEFENSE BOOST** ▶ Giving up five touchdown passes to Drew Breen was an indication that, yes, he's a Hall of Fame-bound sharpshooter, but also that the 49ers pass defense has flaws.

Injuries could be taking their toll on the 49ers despite their league-leading average of just 210.8 passing yards allowed. Defensive end Dee Ford, cornerback Richard Sherman and strong safety Jaquiski Tartt won't play this game, and Matt Ryan won't make life easy for whatever defenders he faces Sunday.

"When you play a rhythm quarterback like Drew Brees and like we're about to play here with Matt Ryan, you've got to be very precise in your zone coverage," defensive coordinator Robert Saleh said. "Your feet have to be in the ground, you have to be ready to go play football, and you have to have a sense of urgency about you because that ball's coming out quick."

Saleh wants his defensive backs to stick to receivers, making Ryan hitch and buying time for the still-mustering pass rush of Nick Bosa, Arik Armstead and DeForest Buckner.

Ryan isn't just any QB. Shanahan tutored him in Ryan's 2016 MVP season. Ryan eclipsed the 15,000-yard mark last Sunday. He's also a cousin of 49ers right tackle Mike McGlinchey, so their competitive fire runs deep in the family.

**2. JIMMY-G-WHIZ** ▶ Garoppo-



San Francisco 49ers linebacker Fred Warner runs out on the field prior to the game against the Steelers at Levi's Stadium in Santa Clara on Sept. 22.
JAMES SIMLEY — GETTY IMAGES

lo's ascending play is silencing his critics, not that it drives him, nor should his under-the-radar status for awards such as Comeback Player of the Year, the Pro Bowl or All-Pro.

"You take a year off with the ACL and everything, it takes a little while to get back into it," Garoppolo said.

He's coming off his game this season with over 300 yards and four touchdown passes. The last 49ers quarterback to produce three such games was Steve Young in 1993.

More encouraging than his passing stats is Garoppolo's command of the offense. Also, there is his renewed mobility, whether it be dashing for a third-and-2 conversion or rolling out of the pocket and throwing across his body for a touchdown strike.

The 49ers need to keep that momentum, and to keep Garoppolo safe from a resurgent Falcons defense led by Vic Beasley, Takk McKinley, Grady Jarrett and Adrian Clayborn.

"It starts up front with these guys," Garoppolo said. "Got to get them blocked and handle that first, but their third-down conversion rate has been unbelievable lately."

**3. NUT, NOT, NOSE** ▶ Ben Garland makes his starting debut as the 49ers new center, and they can only hope it goes as impressively as his

Garland's relief appearance last Sunday once Weston Richburg sustained a season-ending patella injury.

Richburg was enjoying a bounce-back season after a quadriceps tear hindered him last year. Because Richburg spent this past offseason rehabilitating his leg, Garland served as the first-string center, and that familiarity could make for a smooth transition for this season's final stretch.

Garland, 31, ought to know his opponents' capabilities, and not just because he played the past four seasons with the Falcons, but because he also moonlighted on their defensive line.

Garland is flanked by linemen who don't get enough credit for the 49ers' offensive surge, a blocking force that has opened huge lanes for the rushing combo of Raheem Mostert (608 yards), Matt Breida (596) and Tevin Coleman (468).

**4. KEEP UP WITH JONES** ▶ Ninth-year receiver Julio Jones has four games over 100 yards this season, including a 10-catch, 153-yard show against the Seahawks. No. 3 receiver Calvin Ridley is lost for the season, so Jones is carrying even more of the burden, and doing so with a bad shoulder.

"He's a freak," said 49ers cornerback Ahkello With-

erspoon. "So am I."

Both men stand 6-foot-3. Jones has 1,016 receiving yards, but only four touchdowns. Witherspoon is having a career year in coverage, but it coming off a game marked by missed tackles and a dropped interception.

With Sherman out, Emmanuel Moseley will start at the other corner. Nickel back K'Waun Williams is still coping with last Sunday's concussion, so D.J. Reed could have a more prominent role.

**5. SPORTHORSER** ▶ The 49ers must find a better way to replace their most underskilled defender, nose tackle D.J. Jones, who went on injured reserve because of last Sunday's ankle injury. Sheldon Day and Solomon Thomas could see more action inside along with DeForest Buckner and Arik Armstead.

But the most intriguing aspect of the 49ers run defense will be the NFL debut of Kentavius Street, a 2018 fourth-round draft pick whose reconstructed right knee is ready for him to show off his brute strength. Street and Jones swapped spots on injured reserve Saturday.

Linebackers Fred Warner, Dre Greenlaw and Azeez Al-Shaair, along with safeties Marcell Harris and Jimmie Ward, must lock things down against veteran Devonta Freeman.

## Bourne rises with 'legendary' push

**By Cam Inman**
Bay Area News Group

SANTA CLARA ▶ Kendrick Bourne is the first 49ers teammate Kwon Alexander met when he arrived on March's free agency. That first impression: Alexander knew he found a kindred spirit, and a star-in-the-making to mentor.

"He has the same energy I have and we've been tight since then," Alexander said. "He's getting better and better, and I'm happy for him. He's doing great. He's doing legendary."

That word legendary is Alexander's go-to in any interview, a personalized stamp that carried over to his play, until a season-ending pectoral tear in Halloween in Arizona.

While linebacker Fred Warner ramped up his game to fill Alexander's energetic void, so has Bourne. He's produced all of his team-high five touchdown receptions in the past six games, with a nod to Alexander's inspiration and leadership.

"I actually lived with Kwon in the offseason. He let me stay at his crib," Bourne said. "He just has a work-hard mindset, gets up early. Some days I'd try to sleep in and he'd get me up, saying, 'You've got to do something.'

thing today?' Still to this day he always gets on me, pushing me just a little more. He's that type of leader."

The Bourne-Alexander relationship is also such that, after their morning workouts in the offseason, they'd return to Alexander's house and catch passes off the Jugs, ball-simulation machine.

"It was fun just shooting them at each other outside the house," Bourne said, laughing.

All that practice and hard work is paying off for Bourne and the 49ers (11-2) heading into Sunday's game against the Atlanta Falcons.

He's rebounded so well from drops in an overdue lost to Seattle that he's now embedded in coach Kyle Shanahan's preferred, three-man receiving corps for the stretch run, along with Emmanuel Sanders and Deebo Samuel.

The Bourne-Shanahan relationship was born (no pun intended) out of tough love, when Shanahan ripped into him as an undrafted rookie in 2017 for missing a meeting. Shanahan, to this day, compares him to his son — who is 5.

"When you sit there and get on him, he still sits there and smiles at you, and, at first, it used to drive me crazy," Shanahan said.



Las Plumas High's Shawnta Copple uses a screen from teammate Alyshia Kline to get around a defender against Oroville on Saturday in Oroville.
MATT DANIELS — ENTERPRISE RECORD

## Millet

FROM PAGE 1

her open," LP coach Toby Thompson said of Cobb.

The Thunderbirds continued to chip away at the Tigers' lead. Shawnta Copple went 1-of-2 from the line then rattled in a 3 of her own on the Thunderbirds' next possession to cut Oroville's lead to 32-30. Copple hit another free throw to give Oroville, 32-31, but the Thunderbirds would miss the next 3-of-6 free throws and were unable to pull ahead.

Paul hit a pair from the line to push the lead to 34-32 with 27 seconds left.

"We lost at the very end with free throws. I think free throws were a telltale sign tonight," Thompson said. But, they fought their little tails off all game long."

Copple led the Thunderbirds with 13 points, including six in the fourth quarter. LP finishes fourth place in the tournament while Cobb earned all-tournament honors.

"Something about the rivalry just brings a little bit out in everybody," Thompson said. "We had a bad weekend, but they came out in this game and played very well."

Alexia Kearney led Oroville with nine points and Aiyana Lee added six points.

Kiara Johnson earned all-tournament honors for Oroville.

Earlier in the day, Las Plumas topped Paradise 36-30. Kassi Thompson led the way with nine points, Marina Garcia added seven points and Copple chipped in six points.

Paradise was led by Emma Pillsbury's 10 points. Alyza Winecharger added nine for the Bobcats.

Lincoln 48, Gridley 40: The Bulldogs lost in the championship game of the Fighting Zebras

Lincoln had led 33-33 at intermission and the Bulldogs were unable to erase the deficit.

Ally Mardeisich hit a jumper to end the third quarter to get Gridley within 40-39.

But Lincoln continued to stay out front.

Mardeisich hit a jumper and Haley Gustavson buried a mid-range jumper to get Gridley as close as 48-40 with a minute left. But the Bulldogs were unable to score another basket the rest of the way.

Gustavson finished with a team-high 16 points for Gridley. Sierra Brady and Kennedy Tull were named to the all-tournament teams.

Lincoln's Carolyn Mc-comas was named the tournament MVP.

River Valley 49, Orland 22: The Trojans fell to River Valley in the consolation final.

Isabel Medina led Orland with eight points.

At the conclusion of the tournament, Frazier stood at midcourt of the Oroville gym to hand out the trophies.

This year marked Frazier's 22nd year coaching in the Duard Millet tournament. He originally started as the JV coach. Duard Millet was a longtime coach at Oroville High who died in 2013 at the age of 89. The tournament was named after him since he helped restart the Oroville High girls basketball program.

"Mr. Millet started this whole thing. He'd sit at center court and pass out the awards," Frazier said. "We want to keep that going. I'm just trying to carry the torch. It's honor for us to host this."

Contact reporter Sharon Martin at 530-896-7778.

**Official Notice from Court-Appointed Claims Representative**

## Fire Claims in PG&E Bankruptcy
### Deadline Extended to December 31, 2019

**Renters, Occupants, Property Owners, Businesses and Anyone Impacted by the Northern California Fires Before January 29, 2019**

You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses
- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

**Things you should know:**

- PG&E is not broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
- Don't know amount of losses
- Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

**Act Now Before Time Runs Out:**


Have questions? Call or visit website for info and free assistance.


Fill out a Proof of Claim Form.


If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

### Claims must be filed by 5 p.m. PT on December 31, 2019


**Need Free Help Filing a Claim?**
**1-888-909-0100**
**www.OfficialFireClaims.com**

Positive

| | 200 Block of E. Weimore (Solid Waste Storage Yard) | 555 Industrial Park St. (Gunkel) | 255 Northgate Dr. (former Kmart) | 600, 605, 615, 617 S. Yosemite | 224 W. Center St. (Wilson Park) | 129 N. Garfield (former Salvation Army) | 235 W. Center St. (Vacant Retail) | 1140 Bessemer Ave. |
|---|---|---|---|---|---|---|---|---|
| Residential | | | ● | | | | | |
| Ownership | | | | | | | | |
| Proximity to Downtown | | | | | ● | | ● | |
| Proximity to Transit | ● | ● | | ● | ● | ● | ● | |
| Path of Travel | ● | | | ● | | ● | ● | |
| Existing Building | | | ● | | | | | ● |
| Space | | | ● | | | | | |
| Parking | | | ● | | | | | |
| Utilities | ● | ● | | | | | | ● |
| Funding | | | | | | | | |

Negative

| | 200 Block of E. Weimore (Solid Waste Storage Yard) | 555 Industrial Park Dr. (Gunkel) | 255 Northgate Dr. (former Kmart) | 600, 605, 615, 617 S. Yosemite | 224 W. Center St. (Wilson Park) | 129 N. Garfield (former Salvation Army) | 235 W. Center St. (Vacant Retail) | 1140 Bessemer Ave. |
|---|---|---|---|---|---|---|---|---|
| Residential | | | | | | | | |
| Ownership | ● | | | | | | | |
| Proximity to Downtown | ● | ● | | | | | | |
| Proximity to Transit | | | ● | | | | | ● |
| Path of Travel | | | | | | | | |
| Existing Building | | | | ● | ● | | | |
| Space | ● | | | | ● | ● | ● | |
| Parking | ● | | | | ● | | | |
| Utilities | | | | | ● | | | |
| Funding | | | ● | | | ● | ● | ● |

A chart with a quick overview of the eight sites the council will be considering as the two to three best candidates for extensive vetting and cost analysis for a navigation center for the homeless.

# HOMELESS
FROM PAGE A1

tion that will meet legal requirements needed to enforce a variety of laws including restricting where the homeless camp or sleep. In order to do so they must have available beds for the unsheltered to use. If the homeless opt not to take advantage of the "beds" and space is still available in the shelter, police can take the appropriate enforcement actions.

At the same time the city wants to get to the root of the problem as to what is preventing people from getting off the street. In doing so they want to provide robust "one stop" services as a hub to get the homeless so they can get off the streets and either support themselves or get the help they need to address addictions and other issues.

The navigation center is modeled after an approach San Francisco is taking.

Navigation centers provide a wide variety of serves including shelter, pet care, harm reduction, meals, and social service connections to clients and provide 24-7 staffing.

The staff report notes the San Francisco Navigation Centers "do not accept walk-ins. All individuals and couples who enter have been selected by the SF Homeless Outreach Team or a centralized referral system. Because Navigation Centers operate 24/7, there are no lines outside in the evening, and guests are not exited onto the street in the morning.

"Teamwork and cooperation between the San Francisco Department of Homeless Services, Police, and Public Works Departments is the key to Navigation Center success. The Department of Social Services provide the management of the Navigation Centers, Police provide for the safety of the centers, and the Public Works Department provides for the design and construction of the centers."

The site navigation center requires 20,000 square feet.

Acting City Manager Miranda Lutzow said staff has been operating on the premise that whatever space is selected that it can accommodate 218 homeless in a sleeping arrangement at one time. That number reflects the point in time homeless census conducted in January. It is the foundation number to comply with under court directives.

She also said the plan is to have nonprofits run the navigation center.

The city also has been working with Manteca Unified that provides services to homeless school children to help site the best sites. The school district favors the Kmart site.

The owner of the Kmart building has expressed a willingness for possible partial occupation of the structure for a navigation center while the balance of the space could still be used for planned indoor storage units.

The pros of the site include:
▶ being within 738 feet of a Manteca Transit line.
▶ having ample space in the parking lot to accommodate the homeless with cars and recreational vehicles.
▶ being large enough to allow multiple shelter operations with separate sections for youths and adults.
▶ utilities are already in place.
▶ there are sidewalks in place to provide access to the center from throughout the city.

Cons regarding the site including backing up to a residential neighborhood and being across the street from apartments, nearby businesses may be apprehensive with the location, the fact it would require the city to purchase the site, and it is more than a mile from downtown. Staff also noted extensive fencing would be required to make the site work.

The staff made similar pro and con assessments of other sites.

Based on the criteria for a navigation center should the council go that route, it it likely the Kmart building as well as Qualex would make the cut for a more exhaustive vetting and possibly the building at 1140 Bessemer Ave as well.

The City Council meets at 7 p.m. Tuesday at the Civic Center, 1001 W. Center St.

*To contact Dennis Wyatt, email dwyatt@mantecabulletin.com*

# CRIME

## SF Police ID Jane Doe killed 43 years ago

SAN FRANCISCO (AP) — A San Francisco murder victim known for 43 years as Jane Doe #40 has been identified by investigators as Judy Gifford, a 14-year-old girl from New Jersey whose aunt kept the same phone number for decades in case her niece tried to call, according to a newspaper report Friday.

The girl's body was discovered partially buried in a bag by a man walking his dog near San Francisco's Lake Merced on Oct. 1, 1976. Police found a gold chain with an owl pendant in the girl's pocket.

Homicide cold case detectives and missing persons investigators launched a joint investigation in early 2019, the San Francisco Chronicle reported.

While combing through unsolved cases, investigators found a report filed in 2017 that said Gifford had disappeared in San Francisco around the same time that Jane Doe #40 was killed in 1976, San Francisco police said.

Gifford's half-brother, William Shin, reported his sister missing to San Francisco police at an unknown date after he "remembered having a sister when he was a child," New Jersey State Police said.

"He told investigators that his sister went missing when she was 14 years old, and his family had not seen or heard from her since 1976," New Jersey State Police said.

In June, detectives collected cheek swabs from Gifford's paternal aunt, Ogee Gifford.

Officials also collected photographs and dental records. In some of the photographs of Judy Gifford, detectives noticed she was wearing a necklace with an owl pendant, officials said.

The California Department of Justice announced last month that Jane Doe #40 had been positively identified as Gifford, based on testing of family DNA.

# VAPING
FROM PAGE A1

within Manteca, commercial or otherwise.

At that meeting Councilman Dave Breitenbucher made it clear that not only did he not support forming an ad hoc committee of fellow council members to explore the pros and cons of allowing licensed commercial cannabis businesses in Manteca including storefront marijuana sales, but that he also believed the city should move to ban vaping among young people.

The Board of Supervisors — at the urging of District Attorney Tori Verber Salazar — is exploring making under age vaping illegal in the county. The supervisors are asking the seven cities within San Joaquin County to join them in adopting similar ordinances. Unless all jurisdictions are on the same page, the supervisors believe any effort to outlaw underage vaping on their part would be of limited value. County staff is expected to bring information regarding such a county ordinance before the supervisors by early January.

In background information prepared by the district attorney's office it was noted e-cigarettes contain harmful substances such as nicotine, cancer-causing chemicals, volatile organic compounds, ultrafine particles, flavoring agents that have been linked to lung cancer, heavy metals such as nickel as well as tin and lead as well as propylene glycol, glycerin, glycerol, propylene glycol, and benzoic acid.

The DA's office — citing the Center for Disease Control and Prevention (CDC) — lists the risks from vaping as harming brain development, impacting learning, memory and attention, and increasing the risk for future addiction to drugs.

The CDC indicates benzoic acid is known to cause coughs, sore throat, abdominal pain, nausea, and vomiting. JUUL pods contain about 44.8 mg/ml of benzoic acids with normal e-cigarettes contain between 0.2 to 2 mg/ml.

JUUL pods also contain a higher concentration of nicotine per pod or roughly double that in e-cigarettes They are also use a more potent form of chemically modified nicotine.

The City Council meets Tuesday at 7 p.m. at the Civic Center, 1001 W. Center St.

*To contact Dennis Wyatt, email dwyatt@mantecabulletin.com*

# LATHROP RATE
FROM PAGE A1

expectations, that increase will be put on hold for the next calendar year.

The news was met with great fanfare when it was shared on social media by Mayor Sonny Dhaliwal who has been constantly asked questions about when residents would get a break in their payments — several residents called it a great Christmas gift that comes just in time for the holidays

According to the staff report that was prepared for the council, a review of the planned increase by staff determined that the sewer fund revenues were "trending at levels equal to the rate study's projection." Because sewer rates are based on a flat rate rather than a consumption model and staff will be able to monitor the fund's performance against the backdrop of current development, staff recommended postponing the planned $4-a-month increase until at least next year.

While the sewer fund maintained at the levels that were forecasted in the initial rate study, the water fund has far outpaced those expectations thanks to a burst of development that has completely erased drought-specific issues within the way the fund operates. Because of drought mandates for water usage during California's historic run of dry seasons, residents were forced to use less water which meant the the debt that the city incurred to provide the utility needed increased rates to keep up with it — something that even after the drought was officially over residents had a hard time coming to terms with.

With development exploding in both residential and light industrial sectors and a return to normal water usage, the city recommended postponing the current increase for at least another year.

Because the city has a growing customer base, the cancellation of the increases will not create any fiscal impact for the city. Staffers will continue to monitor both the water and sewer systems and the requirements to operate them and will make recommendations accordingly next year.

The decision ends the consecutive run of rate increases that has led to customers rate of 1-5 paying $25 more every month for water and $15 more every month for sewer over then they

*To contact reporter Jason Campbell email jcampbell@mantecabulletin.com or call 209.249.3544.*

**Official Notice from Court-Appointed Claims Representative**

## Fire Claims in PG&E Bankruptcy
*Deadline Extended to December 31, 2019*

**Renters, Occupants, Property Owners, Businesses and Anyone Impacted by the Northern California Fires Before January 29, 2019**

You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses
- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

## Things you should know:

- PG&E is not broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
- Claims process is simple (takes less than 15 minutes for Fire Claim).
- Don't know amount of losses
- Were undercompensated

## Act Now Before Time Runs Out:



Have questions? Call or visit website for info and free assistance.



Fill out a Proof of Claim Form.



If your claim is allowed, you may receive money from the PG&E bankruptcy estate.



**Claims must be filed by 5 p.m. PT on December 31, 2019**

## Need Free Help Filing a Claim?

1-888-909-0100
www.OfficialFireClaims.com

# NATION

## CALIFORNIA

# Some residents resist as state thins trees to cut wildfire risk

By Matthew Brown and Christina Larson

SANTA CRUZ MOUNTAINS — Buzzing chain saws are interrupted by the frequent crash of breaking branches as crews fell towering trees and clear tangled brush in the densely forested Santa Cruz Mountains.

Their goal: To protect communities such as Redwood Estates, where giant redwoods dot the houses of tech workers who live in the wooded community just 30 miles from the heart of Silicon Valley. With California's increasingly warm, dry and overgrown landscape, wildfire has become a perpetual danger.

Among the most important tools the state has against fires is to minimize their effects: thinning trees and brush by hand to reduce the amount of vegetation that would become fuel in a fire, and using controlled burns to keep undergrowth and shrub lands in check.

State lawmakers committed more than $200 million annually to fire prevention efforts and Gov. Gavin Newsom wants to spend even more, motivated by infernos such as one last year that killed 85 people in Paradise (Butte County), some who died in their cars while trying to flee.

Yet officials say efforts to make areas such as this road corridor in Northern California more



State workers cut down a eucalyptus tree along Route 17 near Holy City, south of Santa Clara.
Matthew Brown / Associated Press

fire safe are undercut by property owners who refuse to let fire crews work on their property. Offered the choice between clearing vegetation-choked areas or retaining greenery that acts as a shield against the din of the nearby highway, a small minority opted for privacy over safety or said they'd do the work themselves.

That means patches of low-lying shrubs and some thickets of trees will remain when the job wraps up next year. As a result, future fires will retain potential avenues to spread into residential areas and threaten people and property.

"It's a chink in the armor," said Ed Orre, division chief with Cal Fire, the state's firefighting and fire prevention agency. "If that property catches fire, then you get a chain-reaction, domino effect. ... It compromises the effectiveness of the entire project."

Climate change and decades of lax land management practices put the U.S. West on a collision course with out-of-control wildfires, and authorities are now rushing to limit the potential damage from blazes that threaten year-round.

Since 1970, the amount of land burned each year in California has increased five-fold. Across the 11 western states, acreage burned annually has doubled since 1984. Over the past three years, fires have killed 149 people and destroyed almost 35,000 homes across the state.

California is now nearly 3 degrees warmer than in 1990 due to climate change, with hotter temperatures during the Golden State's long dry season removing moisture from plants and soils, said Park Williams, a climate scientist at Columbia University.

"I see the recent wildfires as a tidal wave — it's going to be very hard to stop that," Williams said.

Rapid residential development in recent decades boosted populations in high-risk areas. Almost 1 million homes are in flammable areas in western states, said Jennifer Balch, a fire expert at the University of Colorado.

Some common but non-native plants — including eucalyptus trees, chaparral and pernicious shrubs such as French and Scotch broom — burn more readily than native species.

Although it's not feasible to manually thin all the forests and shrub land in California, targeted efforts to remove flammable vegetation in areas of high human activity can effectively reduce the chance of major fires.

While lightning strikes can start wildfires, today more than 95% in California are started by people — mostly accidentally. Fires are sparked by downed power lines, campfires, mechanical equipment such as chainsaws, and even hot vehicle exhaust pipes touching dry grass.

The most important prevention strategy is education — teaching people about what starts accidental fires, and how to minimize them. They recommend avoiding highly flammable materials for roofs and decks, and not planting fire-prone non-native species.

Matthew Brown and Christina Larson are Associated Press writers.

## HEALTH

# How menopause hormones increase breast cancer risk

By Marilynn Marchione

SAN ANTONIO — Women who use certain types of hormones after menopause still have an increased risk of developing breast cancer nearly two decades after they stop taking the pills, long-term results from a big federal study suggest.

Although the risk is very small, doctors say a new generation of women entering menopause now may not be aware of landmark findings from 2002 that tied higher breast cancer rates to hormone pills combining estrogen and progestin.

"The message is probably not clear" that even short-term use may have lasting effects, said Dr. Rowan Chlebowski of Harbor-UCLA Medical Center in Torrance, California. He discussed the new results Friday at the San Antonio Breast Cancer Symposium.

The results are from the Women's Health Initiative, a federally funded study that tested pills that doctors long thought would help prevent heart disease, bone loss and other problems in women after menopause. More than 16,000 women ages 50 to 70 were given combination hormone or dummy pills for five to six years.

The main part of the study was stopped in 2002 when researchers surprisingly saw more heart problems and breast cancers among hormone users. Women were advised to stop treatment but doctors have continued to study them and have information on about two-thirds.

With roughly 19 years of followup, 572 breast cancers have occurred in women on hormones versus 431 among those on dummy pills. That worked out to a 29% greater risk of developing the disease for hormone takers.

Still, it was a difference of just 141 cases over many years, so women with severe hot flashes and other menopause symptoms may decide that the benefits of the pills outweigh their risks, doctors say. The advice remains to use the lowest possible dose for the shortest time.

Why might hormones raise breast risk?

"The hormones are stimulating the cells to grow" and it can take many years for a tumor to form and be detected, said Dr. C Kent Osborne, a Baylor College of Medicine breast cancer expert.

Women are prescribed hormones in combination because taking estrogen alone raises the risk of uterine cancer. However,

one-quarter of women over 50 no longer have a uterus and can take estrogen alone for menopause symptoms.

So the same study tested estrogen alone versus dummy pills in more than 10,000 such women, and the conclusion was opposite what was seen with combination hormones. Women on estrogen alone for seven years had a 23% lower risk of developing breast cancer up to 12 years later. There were 231 cases among them versus 289 in the placebo group.

These results contradict what some observational studies have found, though, and doctors do not recommend any hormone use to try to prevent disease because of the murky picture of risks and benefits.

The federal study only tested hormone pills; getting hormones through a patch or a vaginal ring may not carry the same risks or benefits.

The results are another reason that hormone users should follow guidelines to get regular mammograms to check for cancer, said Dr. Jennifer Litton, a breast specialist at MD Anderson Cancer Center in Houston.

"Continuing to screen appropriately remains important," she said.

In another development this week, doctors reported unusually good results from tests of two experimental drugs in women with an aggressive form of breast cancer that had spread widely and resisted many previous treatments.

Dr. Ian Krop of the Dana-Farber Cancer Institute in Boston led a study of 253 such women to test the guided-missile drug, called T-DXd, given as an infusion every three weeks. These women had tried on average six previous treatments before the experimental drug. Different doses were tested, and 184 women got what turned out to be the best one. Among those women, 61% saw their tumors shrink at least 30%. In 6% of them, no signs of cancer were seen in at least two followup scans.

Dr. Eric Winer of the institute helped lead a study of the other experimental medicine — tucatinib, from Seattle Genetics. After two years, 45% of those on tucatinib were alive versus 27% of the others involved in the study. Among the women whose cancer had spread to the brain, one quarter were alive with no worsening of those tumors a year later.

Marilynn Marchione is an Associated Press writer.

---

**Official Notice from Court-Appointed Claims Representative**

## Fire Claims in PG&E Bankruptcy
### Deadline Extended to December 31, 2019

### Renters, Occupants, Property Owners, Businesses and Anyone Impacted by the Northern California Fires Before January 29, 2019

You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses

- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

### Things you should know:

- PG&E is not broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

### Act Now Before Time Runs Out:


Have questions? Call or visit website for info and free assistance.


Fill out a Proof of Claim Form.


If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

### Claims must be filed by 5 p.m. PT on December 31, 2019

### Need Free Help Filing a Claim?
1-888-909-0100
www.OfficialFireClaims.com



## DONATE YOUR CAR
### Wheels For Wishes®

Benefiting
Make-A-Wish®
Greater Bay Area

- Tax Deductible
- Free Vehicle Pickup Anywhere
- We Accept Most Vehicles Running or Not
- We Also Accept Boats, Motorcycles & RVs

Christmas Special
Receive a $50 Amazon Gift Card

# Healthcare promises we cannot keep

By Judith Graham
Kaiser Health News (KHN)



Courtesy of Debra Hallisey

Debra Hallisey and her parents, Don and Doris, celebrating their 60th wedding anniversary.

It was a promise Man Perrin wasn't able to keep.

"I'll never take away your independence," he'd told his mother, Rosemary, then 71, who lived alone on Cape Cod, Mass., in a much-loved cottage.

That was before Rosemary started calling Perrin and his brother, confused and disoriented, when she was out driving. Her Alzheimer's disease was progressing.

Worried about the potential for a dangerous accident, Perrin took away his mother's car keys, then got rid of her car. She was furious.

For family caregivers, this is a common, analmy-provoking dilemma. They'll promise Mom or Dad that they can stay at home through the end of their lives and never go to assisted living or a nursing home. Or they'll commit to taking care of a spouse's needs and not bringing paid help into the home. Or they'll vow to pursue every possible medical intervention in a medical crisis.

Eventually, though, the unforeseen will arise – after a devastating stroke or a heart attack, for instance, or a diagnosis of advanced cancer or dementia – and these promises will be broken.

Mom or Dad will need more care than can be arranged at home. A husband or wife won't be able to handle mounting responsibilities and will need to bring in help. A judgment call – "this will only prolong suffering, there's no point in doing more" –will be made at the bedside of someone who is dying.

"We want to give loved ones who are sick or dying everything we think they want –but we can't," said Barbara Karnes, 78, an end-of-life educator and hospice nurse based in Vancouver, Wash. "And then, we feel we've failed them and guilt can stay with us for the rest of our lives."

She hasn't forgotten an experience with her mother-in-law, Vi, who moved in with Karnes, her husband and two children after becoming a widow 20 years ago. At the time, Vi was in her 70s, weak and frail. Karnes was working full time and keeping the household going.

"My mother-in-law and I got into a disagreement. I don't remember what it was about. But I remember her saying to me, 'You promised you would take care of me,' and making it clear that she felt I'd let her down. And I said, 'I know, I was wrong –I can't do it all,'" she remembered. "I still feel bad about that."

"No caregiver I know sets out to deceive another person: It's just that none of us have a crystal ball or can predict what the future will hold," she said. "And the best we can do isn't always as much as we thought was possible."

"We have to figure out a way to forgive ourselves."

Richard Narad, 64, a professor of health services administration at California State University, spent months after his wife's death in December 2011 mentally reviewing the last hours of her life before achieving a measure of peace.

His wife, April, was diagnosed with Type 1 diabetes at age 5 and was legally blind when the couple married in 1994. A year later, she had the first of a series of strokes. Eventually, April was diagnosed with congestive heart failure. In the last 18 months of her life, she was hospitalized 13 times.

April Narad had told her husband she wanted "full code" status in the event of an emergency –in other words, "do everything possible to keep me alive." But she was nervous about his willingness to honor her wishes because his own end-of-life views differed from hers.

"I think certain care is

futile and you need to give up earlier," he explained.

In the end, April was rushed to the hospital one night after dinner, gasping for breath. There, Narad directed medical staff to pursue "full code" interventions. But when a physician came out to tell him that death appeared inevitable, Narad remembers saying, "Well, if that's the case, just call it."

Had he broken a promise to insist that other treatments be tried? Narad spent months wondering but eventually accepted that he acted in good faith and couldn't have saved April's life.

With illness, older

couples can end up reevaluating commitments they've made. Kathy Bell, 66, of Silver Spring, Md., promised her husband Bruce Riggs, 82, that she'd stay with him "through all the changes in our lives" when they married in 1987. Then in August 2011, he received a diagnosis of Alzheimer's.

The couple moved into a senior living facility, but as Riggs' condition worsened he had to go to a memory care facility in 2014. The following year, Bell had lunch with a man whose wife lived at the same facility. He told her his therapist had recommended he start dating.

"That planted the idea of possibly doing this myself at some point," Bell said, and two years ago she met a man who has become a regular companion.

Does she feel she's broken her promise to her husband, who was committed to a monogamous marriage? "No, I don't," Bell said, adding that "it's not clear whether he knows me at this point. He doesn't talk. The way I view it: I still love him, I still go to see him. I'm still taking care of him."

Promises can be explicit –spoken aloud–or implicit, understood without direct communication. Both kinds can inspire regret.

Debra Hallisey, 62,

a caregiver consultant based in Lawrenceville, N.J., describes making an unspoken promise to her father, Don, when he was diagnosed with congestive heart failure in 2014. Their agreement, which was never voiced: Neither would tell Hallisey's mother, Doris –who has diabetes, mobility issues and is legally blind –how sick he was.

"I knew he was shielding (Mom) from knowing the truth. When she would ask questions, he wouldn't say anything," Hallisey said, because her mother was disabled, Hallisey accompanied her father to doctor's appointments.

When Hallisey's father died in February 2015, Doris was profoundly shocked and Hallisey was overcome by remorse. "It was then, I said to my mother, 'Mommy, there are no more secrets. If something is wrong, I am going to tell you, and together we're going to determine the best thing to do,'" she said.

In time with that promise, Hallisey has been direct with her mother, who uses a walker to get around her home in Somerset, N.J., and has found the clock home care. If and when Doris becomes unable to walk, she'll have to move, Hallisey has said.



**Doetsch Insurance Agency**

LET OUR DIVERSE FAMILY
INSURE YOURS

[illegible agency listing]

For a quote?
(530) 743-7181

**INTERWEST**

**Sissy's Attic**
Great old things & some new things, too!

313 D Street, Marysville
530-763-5761

DECEMBER HOURS: MON-THURS 9-6 • FRI 9-6 • SAT 9-5 • SUN 11-4

**Official Notice from Court-Appointed Claims Representative**

# Fire Claims in PG&E Bankruptcy
### Deadline Extended to December 31, 2019

**Renters, Occupants, Property Owners, Businesses and Anyone Impacted by the Northern California Fires Before January 29, 2019**

You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses
- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

**Things you should know:**

- PG&E is not broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

**Act Now Before Time Runs Out:**

  

Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

**Claims must be filed by 5 p.m. PT on December 31, 2019**

**Need Free Help Filing a Claim?**
**1-888-909-0100**
**www.OfficialFireClaims.com**



**CELEBRATING 50 YEARS!**

**PLAN AHEAD & SAVE!**

New Energy Efficient
Air Conditioning –
Heating System

**REBATES**
SPECIAL FINANCING
AVAILABLE

**ANDY'S**
WHATEVER IT TAKES

**530-755-ANDY (2639)**
164 P FROST AVE CA LIC 206768 YUBA CITY
www.andysheatingandak.net

---

We have
**HEARING AID BATTERIES.**
Sizes 10, 312, 13 and 675.

**8 Pack Batteries**

**$5 EACH**

**NEW WAVE HEARING AIDS**

416 Center Street • Yuba City CA 95991
530-751-9472 or 530-751-9992



**news+**
membership
AT NAPAVALLEYREGISTER.COM

**Today**
Clint Eastwood's "Richard Jewell" is the movie America doesn't need right now, columnist Will Bunch says.

**Monday**
Former Justin Siena and Napa Valley College golf standout Jason Anthony named NCGA Player of the Year.

 

**Monday**
Exploring the wonderful outdoor Bart's books in Ojai.

# Impeach Trump rally planned for Tuesday

KEVIN COURTNEY
kcourtney@napanews.com

Local activists have set Tuesday as the date for a rally urging for the impeachment of President Donald Trump.

The event at Veterans

Memorial Park is being called a "Nobody Is Above the Law Rally," one of some 400 similar events across the U.S., said Lisa Seran, a Napa organizer. The group plans to gather at 5:30 p.m. at Veterans Park, Seran said.


Trump

The vote is likely next week, she said.

"Protesters will demand that the House of Representatives fulfills its constitutional duty by impeaching Donald Trump and that the Senate remove him from office for failing to honor his Oath of Office," Seran said in an email.

The intent is to march around the block, with signs reading "#NotAbove The Law," she said.

To RSVP for the Napa event, go https://bit.ly/34eJ4L2

You can reach City Editor Kevin Courtney at kcourtney@napanews.com or at 707-256-2217.

## Napa Valley Register

Napa Valley Register, 1615 Soscol Ave., Napa, CA 94559

[masthead/subscription fine print block]

**MEMBERSHIP SERVICES**
[small print membership policy text]

## FROM THE PUBLISHER

# Register discontinuing TV Select section

It should come as no surprise to you that the media world has changed with astonishing rapidity. Just a few years ago, we were restricted to just a handful of broadcast TV channels and maybe a few dozen cable or satellite channels.

Today, that's up to hundreds of channels available on cable and satellite, and virtually infinite channels through the magic of broadband internet and streaming services.

Where there used to be a fairly well-established schedule for watching


DAVIS TAYLOR

TV, we're now in a world where you can watch pretty much anything you want, anytime you want.

These breathtaking changes, coupled with increased production costs and declining interest from readers and advertisers alike, have led us to a tough decision: we will be cancelling our Sunday TV Select section as of the end of the year. The last edition will come out on Dec. 29.

We know this will be an inconvenience for those of you who still rely exclusively on broadcast TV, but the vast majority of readers are getting their programming through satellite or cable services, such as Comcast, DirecTV or Dish. Those services already come with on-

screen guides that list programming in more detail and with more accuracy than any printed guide could do.

And an increasing number of you get your programming through streaming services such as Hulu, Disney+, and CBS All Access, or websites such as Youtube. For that kind of programming, the very idea of a time-based guide makes no sense.

So we apologize for any inconvenience. All we can do is chalk it up to the rapidly evolving new media era in which we find ourselves.

Davis Taylor is the publisher of the Lee Enterprises newspapers in California, including the Napa Valley Register.

# New Jersey's laws don't stop guns from other states

MIKE CATALINI
Associated Press

TRENTON, N.J. — Officials from states with strong gun restrictions have called for stricter firearm control in places with weaker laws to thwart traffickers, but the fatal attack on a Jewish market in New Jersey shows how fruitless those efforts can be.

Three civilians and a police officer were gunned down Tuesday by two killers with anti-Semitic and anti-law enforcement beliefs, the state's attorney general said.

The attackers carried five firearms and a pipe bomb in the U-Haul van they drove to the Jersey City Jewish market before opening fire, officials said. Two of the weapons used by David Anderson, 47, and Francine Graham, 50, were bought by


JUSTIN MOREAU VIA AP

Jersey City police Sgt. Marjorie Jordan, right, helps fellow officer Raymond Sanchez to safety after he was shot during a gunfight Tuesday that left multiple dead in Jersey City, N.J.

Graham in Ohio last year, police said. It's unknown where they got the three other guns.

New Jersey is among the states with the toughest gun restrictions in the country, and in the past two years,

Democratic Gov. Phil Murphy has signed over a half-dozen new restrictions into law, including a lower bullet limit for gun magazines and a red flag law.

He's also made a priority of highlighting the so-called

iron pipeline of firearms from other states — particularly along the Interstate 95 corridor. Murphy, for example, is requiring state police to publish data monthly on guns recovered from crimes. The data shows nearly 80% of so-called crime guns are from out of state.

Murphy says it's important to "name and shame" states with weaker gun laws that effectively import weapons into New Jersey. And in California, its Democratic governor and attorney general this year both criticized the continued ability to bring in illegal firearms from other states despite California's strict gun laws.

For years, Chicago officials have complained that street violence often comes from the muzzles of guns sold in states with less-stringent laws.

---

**Official Notice from Court-Appointed Claims Representative**

## Fire Claims in PG&E Bankruptcy
### Deadline Extended to December 31, 2019

**Renters, Occupants, Property Owners, Businesses and Anyone Impacted by the Northern California Fires Before January 29, 2019**

You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses
- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

### Things you should know:

- PG&E is not broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
- Don't know amount of losses
- Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

### Act Now Before Time Runs Out:

   

Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

### Claims must be filed by 5 p.m. PT on December 31, 2019

**Need Free Help Filing a Claim?**
1-888-909-0100
www.OfficialFireClaims.com

# NAPA
# GOLD & SILVER

We are actively
Buying & Selling
Rare Coins

Come in and see Jason!
Monday - Friday 10am - 6pm

3053 JEFFERSON ST.
NAPA, CA 94558 • (707) 252-2188
NAPAGOLDANDSILVER.COM
Jason Bowman



- Bumper-to-Bumper: We Can Do It All!
No Repair is Too Small
The Finest Collision Repair in Wine Country

## Advanced auto body center
2497 2nd St. • Napa • (707) 226-9693
www.advancedautobodyofnapa.com

We are the shop your family and
friends recommend!



The Hallmark Channel has pulled ads for wedding-planning website Zola that featured same-sex couples, such as the one above with two brides kissing. The network was being pressured by a conservative advocacy group.

## Hallmark caves under pressure

*Commercials with same-sex pairs pulled after complaint from conservative group*

By JOCELYN NOVECK
ASSOCIATED PRESS

NEW YORK — Under pressure from a conservative advocacy group, the Hallmark Channel has pulled ads for a wedding-planning website that featured two brides kissing at the altar.

The family-friendly network, which is in the midst of its heavily watched holiday programming, removed the ads because the controversy was a distraction, a spokesperson said in an interview Saturday.

"The debate surrounding these commercials on all other was distracting from the purpose of our network, which is to provide entertainment value," said a statement provided by Molly Biwer, senior vice president for public affairs and communications at Hallmark.

In an interview, she added: "We just felt it was in the best interest of the brand to pull them and not continue to generate controversy."

There was immediate criticism on Twitter. Ellen DeGeneres asked

## Football title bit of joy for scarred town

*Newtown marks 7th anniversary of Sandy Hook killings*

ASSOCIATED PRESS



---

**Official Notice from Court-Appointed Claims Representative**

## Fire Claims in PG&E Bankruptcy
*Deadline Extended to December 31, 2019*

**Renters, Occupants, Property Owners, Businesses and Anyone Impacted by the Northern California Fires Before January 29, 2019**

You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses
- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

Things you should know:

- PG&E is not broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

**Act Now Before Time Runs Out!**


Have questions? Call or visit our website for info and free assistance.


Fill out a Proof of Claim Form.


If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

**Claims must be filed by 5 p.m. PT on December 31, 2019**

**Need Free Help Filing a Claim?**
**1-888-909-0100**
**www.OfficialFireClaims.com**


**BOTTLE BARN**

**Best Buys!**


**HELP**
Keep Kids Safe & Bring Missing Children Home by Donating your Car, Truck, Boat or RV.

Learn more at
**PollyKlaas.org**

**Polly Klaas**
FOUNDATION

DONATE YOUR VEHICLE TODAY!
**1-800-753-0442**

# Icy silence, frayed connections: Impeachment takes a toll

By LAURIE KELLMAN
The Associated Press

WASHINGTON — The most raucous committee in Congress sat stone-faced, barely speaking.

One by one, the members around the Judiciary Committee dais voted on the articles of impeachment against President Donald Trump. Then they bolted for the doors and the airports, in more than one case without a word.

The all-business iciness during those eight gavel-to-gavel minutes reflected the gravity of advancing articles of impeachment to the House floor for only the third time in American history. But it also told much of the story about impeachment's toll on Congress, Washington and beyond.

Ever since Trump's July 25 phone call with Ukraine's president sparked official proceedings against the president, impeachment has been a force that's bent congressional business around it, with severe strain.

No one feels sorry for Congress, and its members generally don't feel sorry for themselves. But the wear-and-tear of impeachment is becoming clear in the emotional exchanges and frayed relationships left in its wake.

"I have a problem with this whole damn place. If you can figure out an exit strategy for me I'd appreciate that," said Rep. Ken Buck, R-Colo., a member of the Judiciary panel, on Friday. "This is crazy. The whole thing is crazy," he added of impeachment. "I will take some time to get over."

Tempers are short. Members show signs of being sick of each other, like any colleagues who spend too much time together. But they are operating under the glare of a global spotlight and the weight of his-



U.S. House Judiciary Committee Chairman Jerry Nadler (D-NY) (L), with ranking member Doug Collins (R-GA) (R), delivers opening remarks during the committee's markup of the articles of impeachment.

tory.

Trost, or what remained of it after years of obstruction and smashmouth Trump-era politics, appeared to be a casualty in the short-term.

Thursday's grueling 14-hour Judiciary Committee markup of the abuse and obstruction charges against Trump ignited the smoldering tension. There was no expectation that the articles would be substantially changed, but Trump's allies pushed for amendments, each of which took hours to consider. Democrats, meanwhile, did not want to take final votes too late for Americans to see.

Just before midnight, Chairman Jerrold Nadler announced that the committee would not be voting on the impeachment articles until Friday morning — and after he banged his gavel, the microphones were switched off. Livid, Republicans kept to their feet, yelling "unbelievable" and "sneaky" and talking of a "kangaroo court." Nadler walked out.

"Chairman Nadler's integrity is zero. His staff is zero," fumed ranking Republican Rep. Doug Collins

of Georgia. "This chairman has made himself irrelevant."

The personal stab at the powerful New York House veteran was unusual, even the most mismatched pairs atop committees typically refrain from attacking each other in personal terms.

"I could feel it myself and I know the rest of us did," said Rep. Madeleine Dean, a new member from Pennsylvania, in an interview Friday with The Associated Press. "That really was sort of the eyes of weeks and months of emotional and mental and intellectual toll."

It turns out that impeachment is not the Democratic morale-booster that some might have thought in the heady first days of the party's House takeover this year, when Michigan Rep. Rashida Tlaib vowed to "impeach the mother— -er" on her first day in office.

One Democrat involved in the impeachment investigation was so dispirited by it all that he decided this term will be his last.

"The countless hours I have spent in the investi-

gation of Russian election interference and the impeachment inquiry have rendered my soul weary," said Rep. Denny Heck, D-Wash., in his retirement announcement Dec. 4. "At times, it is as though there are no rules or boundaries ... Civility is out. Compromise is out. All or nothing is in."

There's a long way to go before knowing which party benefits and which pays for impeachment in the 2020 elections, let alone which fares better in the eyes of history. But trust — by Americans toward Congress — seems to be suffering. And it's not clear the proceedings are changing minds. Recent polling shows that about half the country supports impeachment and removing Trump from office, fitting the pattern of a deeply polarized nation.

But the proceedings could be costly for both parties.

A plurality of Americans — 44 percent — said they had no trust at all in the House impeachment proceedings, according to a Monmouth University poll conducted in December.

The poll also found that about 6 in 10 Americans said Democrats in Congress are more interested in bringing down Trump than pursuing the facts. Likewise, about 6 in 10 said Republicans in Congress are more interested in defending Trump than pursuing the facts.

With the stakes so high, emotions are, too.

Dean, whose family has grown by two grandchildren since impeachment began in September, grew emotional Friday when she talked about the responsibility of weighing the president's fate.

"I've been thinking about the broader horizon," she said. The same week of Trump's July phone call, she happened to talk on the floor of the House with Rep. Elijah Cummings of Maryland, the Oversight Committee chairman who died in October.

Cummings, she said, reminded her that people will know she was here for what's expected to be the third presidential impeachment in American history.

"It will matter," she said. "But it will not have come for free."

By the time Nadler gaveled the committee back into session Friday morning, the silences and swift proceedings suggested there was nothing left to say, let alone fight about.

Nadler sat down, pulled out his cellphone and turned it off. He gaveled in the meeting and launched votes on both articles. During the roll call, Rep. Pramila Jayapal, D-Wash., voted aye while holding up a pocket-sized copy of the Constitution. Collins delivered a scripted notice that he reserves the right to file dissenting views.

Nadler dropped the gavel. There was no celebrating or showboating from the Democrats.

"The House will act expeditiously," he said. "Thank you."

He took no questions.

Associated Press writers Andrew Taylor, Hannah Fingerhut and Padmananda Rama contributed to this report.

Take 10% off installation Labor Now Through March 31st, 2020

FREE estimates!

20' x 30' Fully Enclosed Metal Buildings Starting at $17,784*



JACKSON CONSTRUCTION
Jeff Jackson
General Contractor
tel (209) 454-7268
JDJacksonconstruction@gmail.com
Lic. #1040590

*Price does not include labor, permits, taxes, shipping, utilities, or foundation costs. Prices may increase after Jan 1, 2020

## Storms nudge most of California out of dry category

SAN FRANCISCO (AP) — Recent heavy storms in California have wiped out much of the state's abnormally dry conditions. Two months ago, the U.S. Drought Monitor categorized more 81% of the state as abnormally dry because of above-normal temperatures and a lack of precipitation six weeks into the water year that started Oct. 1. The percentage climbed to 85% as recently as last week.

But heavy rains throughout the state have shrunk the percentage to a sliver along the Oregon-California border.

This was the 10th straight year the state was considered abnormally dry since record-keeping began in 1896, said David Simeral, a research scientist at the Western Regional Climate Center in Reno. The category put most of the state one step above moderate drought level and indicates the soil is dry, snow pack is minimal and fire danger is high.

The U.S. Drought Monitor is a product of federal agencies and the National Drought Mitigation Center at the University of Nebraska-Lincoln. It makes assessments but does not declare drought in affected areas; individual states and regions use the information from the monitor to declare drought. California had seven years of drought that ended March 2019.

California's Department of Water Resources reported earlier in December that Lake Oroville was at 54% of capacity and Shasta Lake was at 71% of capacity.

Karla Nemeth, the water agency's director, said in a Dec. 2 statement that they are grateful for recent rains and the above-average reservoir storage.

## OBITUARIES

### Death notices

CALLAHAN — Ruth M. Callahan, 100, of Sonora, died Monday, Dec. 9, at Avalon Care Center in Sonora. Heuton Memorial Chapel is handling arrangements.

DUNLOP — Former Sonora resident Frances "Janet" Dunlop, 92, of Elk Grove, died Wednesday, Dec. 11, in Sacramento. A funeral service will be held at 1 p.m. Thursday, Dec. 19, at Heuton Memorial Chapel, which is handling arrangements.

HARATANI — Joseph Haratani, 96, of Sonora, died Dec. 6 at Skyline Senior Living in Sonora. Terzich and Wilson Funeral Home is handling arrangements.

MILLER — Steven "Steve" Miller, 65, of James-

town, died Nov. 24 at Doctors Medical Center in Modesto. Terzich and Wilson Funeral Home is handling arrangements.

Death notices are free and include name, age and town, date of death, service information and memorial contribution information.

### Obituary policy

Obituaries, including photos, are published at a pre-paid fee based on size. The deadline is 5 p.m. two business days before publication. Call (209) 532-7151, fax (209) 532-5139 or send to obits@uniondemocrat.com. Memorial ads are also prepaid with fee based on size. The Union Democrat features an obituary publication guide. Call (209) 588-4555 for information.

### Official Notice from Court-Appointed Claims Representative

## Fire Claims in PG&E Bankruptcy
### Deadline Extended to December 31, 2019

Renters, Occupants, Property Owners, Businesses and Anyone Impacted by the Northern California Fires Before January 29, 2019

You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses
- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

### Things you should know:

- PG&E is not broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

### Act Now Before Time Runs Out:


Have questions? Call or visit website for info and free assistance.


Fill out a Proof of Claim Form




If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

### Claims must be filed by 5 p.m. PT on December 31, 2019

Need Free Help Filing a Claim?
1-888-909-0100
www.OfficialFireClaims.com

# CALIFORNIA

## Utility scrambles to renegotiate wildfire deal

**By Daisy Nguyen**
*The Associated Press*

SAN FRANCISCO — California Gov. Gavin Newsom's opposition to Pacific Gas & Electric's restructuring plan just a week after it struck a $13.5 billion settlement with fire victims is forcing the nation's largest utility to go back to the negotiating table and come up with a solution fairly quickly.

The San Francisco-based company needs to pull a deal off to meet a June 30 deadline to emerge from bankruptcy protection and regain its financial footing. Missing the deadline

would prevent PG&E from being able to draw from a special fund created by the Democratic governor and state lawmakers to help insulate California utilities from future fires that many people believe are bound to erupt as a changing climate continues to create hazardous conditions.

On Thursday, PG&E filed an amended reorganization plan with the U.S. Bankruptcy Court after reaching a settlement on Dec. 6 with thousands of people who lost homes, businesses and family members in a series of devastating fires.

In his letter on Friday,

Newsom said the plan does not comply with state law and does not achieve the goal of addressing what he considers its most important element: providing safe and reliable power to PG&E customers.

"In my judgment, the amended plan and the restructuring transactions do not result in a reorganized company positioned to provide safe, reliable, and affordable service," he said.

The governor said PG&E's plan did not go far enough in improving safety, corporate governance and the company's financial position. The company has un-

til Tuesday to appease Newsom and get him to sign off on the plan.

"We've welcomed feedback from all stakeholders throughout these proceedings and will continue to work diligently in the coming days to resolve any issues that may arise," PG&E said in a statement.

Without the added protection of the California wildfire fund, PG&E would likely find it more difficult to borrow money to pay for the necessary upgrades and perhaps even fund its ongoing operations if it remains mired in bankruptcy proceedings beyond June 30.

## Terra-Gen

**FROM PAGE 1**

stalled, Seidner said there will be no going back.

"Because if we lose our high prairies and our high prairy areas, that's a sacredness that ... we can't take back," Seidner said.

Nathan Vajdos, Terra-Gen's senior director of wind development, has said previously that the project will be a boon for Humboldt County and hails the state he hears reliant on fossil fuels, which are responsible for the greenhouse gas emissions warming our planet. And on Friday, the Greater Eureka Chamber of Commerce announced its support of the project.

"Clean energy and economic prosperity go hand-in-hand," chamber CEO Donna Wright said in a release. "The Humboldt Wind Project represents an important investment into Humboldt County's renewable energy future, business community, and economic diversification."

However, those at Saturday's rally said there were better ways of going about getting energy and the project would ultimately do more harm than good.

The project's environmental impact report lays out that there will be significant harm caused by the project, Barik said, none of which will be significantly mitigated after months of review.

"This is a terribly harmful project," Barik said. "... It's not just the way we perceive it, that's the way they have analyzed it. They've come up with eight different categories of significant adverse environmental impacts that are unavoidable."

The U.S. did things the wrong way a lot of the time in it's history, Barik said, citing how the railroads and how it came to be in the West before it was built. He said seemed like an overriding consideration and yet led to dumping silt into the streams, blowing up mountains and stealing land.

IF YOU GO

## Holiday

**FROM PAGE 1**

tary Club of Fortuna. "The Fortuna Interact Club is full of amazing students."

Interact Club members have reached out to the families included in the Santa's Sleigh program this year to determine the age and clothing size of the children to identify appropriate gifts that will be purchased and then donated. "We are blessed with a number of bilingual students in our club," Ries said. Working with Kim Brown at Cornerstone Realty, the family coordinator of the Santa's Sleigh program, the students made calls in both Spanish and English to the families who will receive gifts.

On top of the monetary donation and the gifts, "the Interact Club will also provide more than 30 students to help wrap gifts for Santa's Sleigh and on Christmas Eve, more than a dozen students will help deliver the gifts with the Fortuna Vol-



*PHOTO BY MARY BULLWINKEL — FOR THE TIMES-STANDARD*
The Santa's Sleigh program was presented with a $1,300 check from members of the Fortuna Interact Club. Pictured (from left) are Santa's Sleigh representative Nicole Gemora, Santa Claus, and Fortuna Interact members Jemit Ramirez (club president), Jadi Fend, Julie Lopez, Cadence Lewis, Devin Butcher (co-vice president), Emmalee Hale, Mari Sierra, and Megan Dixon (co-vice president).

unteer Fire Department," Ries said.

Other events hosted by the club were in conjunction with World Polio Day and providing a free cocoa bar at the high school during World Interact Week in early November, special thanks to Shotz Coffee. This latter event was to raise

awareness about the Interact Club, grow the organization, and spread kindness to the students at school.

This year the Fortuna Interact is also paying special tribute to the late Diane Sena ... long time club advisor, who died in August.

"Many community mem-

bers have donated to our club on behalf of her family and we are beyond grateful, Ries said. "After the holiday season we will use the funds on something special to remember Diane and all that she did for our club, her family, our community, and everyone who got to know her."

## Blanck

**FROM PAGE 1**

Blanck said Hinrichs acted incorrectly by making a factual judgment (instead of an evaluation of the case's relevance) to dismiss the claims. He said he intends to appeal, which would bring the case to a district court judge.

"We correctly pleaded our causes of action," Blanck said Thursday. "We're hoping the court of appeal will rule in our favor in accordance with the law."

Blanck has now been on paid leave for eight months. He said a third-party investigator appointed by the county interviewed him recently, but his status as a county counsel remains unchanged.

In a closed-session vote in March, the Board of Supervisors voted to place Blanck on leave pending an investigation into two complaints against him. Blanck said he was not allowed into the supervisors' chamber to hear the vote, which he called a violation of openmeeting laws.

The supervisors reported no action out of the closed session, though board chair Rex Bohn later confirmed to the Times-Standard that Blanck had been placed on leave — a vote he called a "personnel" move that can be omitted from public transparency obligations.

(The Brown Act, a set of open-meeting laws in California, stipulate that any action in closed session that affects "the employment status of a public employee" must be reported to the public.)

In September, a judge dismissed Blanck's Brown Act claim against the county — another order Blanck plans to appeal.

He has sued the county for three other claims that the county violated his First Amendment rights, targeted him for whistleblowing and discriminated against his Jewish heritage.

During the time Blanck has been on paid leave, the county has put to paper the changes that the county counsel says he was targeted for suggesting. Earlier this year, the Board of Supervisors ratified a host of amendments to Blanck and Whitmore.

The supervisors also directed outside firms to send payments for review by the county counsel, indirectly offering closure to Blanck's initial conflict with DeMatteo, which stemmed from the then-

Human Resources director batting that her office was responsible for overseeing Liebert, Cassidy and Whitmore's long list of invoices.

In a handful of the closed sessions over the past eight

months, the supervisors have discussed the Blanck matter with legal counsel but rarely reported out any action.

*Shomik Mukherjee can be reached at 707-441-0504.*

---

**Official Notice from Court-Appointed Claims Representative**

## Fire Claims in PG&E Bankruptcy
### *Deadline Extended to December 31, 2019*

**Renters, Occupants, Property Owners, Businesses and Anyone Impacted by the Northern California Fires Before January 29, 2019**

You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses

- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

#### Things you should know:

- PG&E is not broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
- Claims process is simple (takes less than 15 minutes for Fire Claims).

- Don't know amount of losses
- Were underinsured

### Act Now Before Time Runs Out:

      

Have questions?
Call or visit website
for info and free
assistance.

Fill out a Proof of
Claim Form.

If your claim is
allowed, you may
receive money
from the PG&E
bankruptcy estate.

#### Claims must be filed by 5 p.m. PT on December 31, 2019

### Need Free Help Filing a Claim?
## 1-888-909-0100
### www.OfficialFireClaims.com

---

### IF YOU GO

**What:** Humboldt County Board of Supervisors meeting to address the Terra-Gen wind energy project
**Where:** The Adorni Center, 1011 Waterfront Drive, Eureka
**When:** 9 a.m. to 7 p.m. Monday and Tuesday
The meeting agenda can be found at https://bit.ly/35meg9U.

"Overriding considerations are not necessarily a good thing," Barik said. "They're usually a bad thing."

The Humboldt County Board of Supervisors is expected to decide Monday or Tuesday whether the project's unavoidable impacts outweigh the benefits of the project or vice versa. A statement of overriding considerations would acknowledge that the project is going to do harm, but the benefits outweigh the costs.

There wasn't enough discussion done with the communities that will be impacted by this project, Garnes said, and it will put Rio Dell's water source in harm's way.

"We all know that there are fault lines up there," Garnes said. "They're going to go into the earth, they are going to disturb it, they're going to put things in the water going right past Rio Dell's filtration gallery. That's our drinking water. What about Rio Dell's drinking water?"

The process shouldn't have gotten to this point, said Corinne Abon, a Wiyot tribal member who works as a water operator in-training in the tribe's Natural Resources Department. Once the environmental impacts were discovered, that should have been the end of it, she said.

Abon said she definitely is support of renewable energy and projects that support labor unions, but stressed there were other avenues available.

"There's never ever been a case where there was one place and one place only," Abon said. "There's always another option."

### TODAY IN HISTORY

**1791**
The Bill of Rights, the first ten amendments to the U.S. Constitution, went into effect following ratification by Virginia.

**1890**
Sioux Indian Chief Sitting Bull and 11 other tribe members were killed in Grand River, South Dakota, during a confrontation with Indian police.

**1961**
Former Nazi official Adolf Eichmann was sentenced to death by an Israeli court for crimes against humanity.

### LOTTERY

**WINNING NUMBERS**
Daily 3 Afternoon:
4, 8, 7
Daily 3 Evening:
9, 2, 1
Daily 4: 4, 6, 8, 0
Fantasy 5:
2, 11, 15, 33, 34
Daily Derby
1st: 8, Whirl Win
2nd: 9, Winning Spirit
3rd: 7, Eureka
Race Time: 1:47.82
SUPER LOTTO PLUS
Saturday's drawing:
8, 9, 22, 42, 43
Mega Number: 20
Wednesday's estimated jackpot: $12 million
MEGA MILLIONS
Friday's drawing:
17, 21, 29, 39, 56
Mega Number: 22
Tuesday's estimated jackpot: $372 million
POWERBALL
Saturday's drawing:
3, 6, 12, 32, 64
Powerball: 8
Wednesday's estimated jackpot: $150 million

**Swift Communications**
*Great People Connecting Communities*

**Publication Date:** 12/14/2019

The E-Sheet(R) is provided as conclusive evidence that the ad appeared in the Nevada County Publishing Company on the date and page indicated. You may not create derivative works, or in any way exploit or repurpose any content.

| | |
|---|---|
| Ad Number: | 524643-01 |
| Insertion Number: | |
| Size: | 4 x 10 |
| Color Type: | B&W |
| Client Name: | |
| Advertiser: | PG&E - NEWSPAPER SPACE BUYERS - 100... |
| Section/Page/Zone: | A Section/A003/ |
| Description: | Fire Claims PG&E |

## LOCAL

# Stolen Bronco recovered; suspect sought

By Liz Kellar
Staff Writer

Grass Valley police are searching for a man suspected of stealing a vintage 1970 Ford Bronco and then stashing it in a creek bed above Washington.

The Bronco was purchased by Randy Nascimento in 1972 when he was 17, using money he earned on his paper route.

"It's his baby," said wife Brenda Nascimento.

Nascimento was working late at his metal fabrication shop on Springhill Drive around 3 p.m. Dec. 7 when he heard the Bronco start up. He ran outside to see a man driving it toward the back of the parking lot, Brenda Nascimento said.

"He ran around the front and jumped down the embankment, and was able to grab onto the door handle," she said.

The door was locked, but Randy Nascimento held on for a while as the thief dragged him down the road.

"He has some cracked ribs and road rash," Brenda Nascimento said.

The Nascimentos called 911 and a "be on the lookout" alert was issued by the Grass Valley Police Department. But there were no leads until the couple began posting photos of the stolen Bronco on social media.

"Someone saw my (Facebook) post and got ahold of me," Brenda Nascimento said. "I was at Staples getting reward flyers made."

While she was en route to Washington, where the Bronco was seen, the suspect fled after being confronted by a head resident. However, a [illegible] spotted the Bronco and [illegible] said.

According to Grass Valley Police Sgt. Clint Bates, the woman was "pursued for information" and led the victims to her boyfriend.

Hours later, Bates said, Brenda Nascimento identified the suspect as Dylan Hart Walker, 24, by a mugshot printed with an article covering Walker's arrest on theft charges in September 2015 in The Union.

### DEAL MADE

When the suspect returned, Brenda Nascimento said, he told her they would never locate the Bronco without his cooperation.

"I said, 'I won't turn you in if you take me to the car,'" she said. "He drove down a dirt road, a mile and a half down. It was parked in a seasonal creek, into some bushes. No one would have ever found it."

Brenda Nascimento and a Washington resident drove with the suspect and his girlfriend to retrieve the Bronco.

According to Brenda Nascimento, the man, whom she only knew as "Dylan," said he had first driven the Bronco to a friend's house and rummaged through it before taking it to Washington on Sunday. He apparently damaged the suspension while hiding the Bronco.

But, she added, the couple was so relieved to have it back, they kept their word on the "deal" — until Monday afternoon. Brenda Nascimento claims the suspect took around $1,000 in tools, the vehicle registration and keys to her house and shop.

"That's where all deals were off," Brenda Nascimento said, adding her husband slept in the shop until he could get new keys made.

Bates said enough evidence exists to support Walker's arrest.

"We are seeking a warrant," he added.

Anyone with information



Dylan Hart Walker

as to Walker's whereabouts can call the regional dispatch center at 530-265-7880, Bates said.

Grass Valley police officers went to Washington Tuesday afternoon in an attempt to locate Walker, but were unsuccessful.

### WARRANTS

Walker currently has several outstanding warrants, according to the Nevada County Sheriff's Office website.

In June 2019, Walker was arrested and charged with vehicle theft, reckless evasion of a peace officer and driving without a license. He subsequently pleaded no contest to the vehicle theft and evasion and was sentenced to 120 days in jail, according to court records.

In September 2015, Walker escaped from a patrol vehicle while handcuffed after an arrest on theft charges. In that case, he eventually pleaded no contest to possessing stolen property, being a felon in possession of ammunition, resisting arrest, and vehicle theft. He was sentenced to one year in jail and three years formal probation, court records state.

Walker faced new felony charges in October 2015 after reportedly being found with drugs, weapons, and burglary tools, Walker, a passenger in a car pulled over by a California Highway Patrol officer, reportedly had metal knuckles with

BRONCO, A6

# Holidays in the house

It's Not Been All Quiet on the NevCa library front. Phones are ringing constantly as library patrons respond to an email telling them their library cards are about to be cancelled. A computer glitch caused angst when that erroneous email was sent to thousands of library card holders...





**LORRAINE JEWETT**
*Lorraine's Lowdown*

The Greater Grass Valley Chamber of Commerce honored its stars and installed new board members at its annual Christmas Breakfast. Jennie Sparks was Ambassador of the Year, Elizabeth Patton and Jer Living Outdoors Landscape and Design company were named Business of the Year, and Haven Ciavarella was honored with the chamber's new Arts and Humanities award...

Stunning Table Centerpieces, donated to the Christmas Breakfast by Foothill Flowers, were available for guests to take home in exchange for small

Tables stacked full of non-perishable food and new toys were the happy result of a festive Nevada County Contractors' Association holiday event, hosted by NCCA Executive Director Barbara Bashall and Board President Charlie Faber.

SUBMITTED BY LORRAINE JEWETT

donations. Proceeds go to an Economic Resource Council initiative to provide one-time grants to businesses and individuals severely adversely affected by PG&E Public Safety Power

Shutoffs. Details about the application process and criteria are being worked out, according to GreVee chamber chief executive officer Robin Galvan-Davies...

It Was a Magical

Performance that sultry vocalist Storm Large delivered to an enthusiastic Center for the Arts crowd. There was a collective "Ahhhh" when she

LOWDOWN, A6

# Pot ripoff reported in Grass Valley

By Liz Kellar
Staff Writer

Grass Valley police officers responded to a reported armed robbery of a residence downtown Thursday, but didn't get far. The alleged victim refused to give a name, an address, or even his location for a face-to-face meeting, said

Sgt. Jason Perry.

The man called 911 just after 4:45 p.m. to report that two men ran into his home with guns and robbed him of two duffle bags. He said the robbers left in a silver Honda Civic with Texas plates before hanging up, dispatch reports state.

"He gave conflicting

information," Perry said, adding the victim said he was at North Church and North School streets, two streets that don't intersect. Officers responded to the area but the victim could not be located, Perry said. He was re-contacted by phone and told officers he and his girlfriend had been tied up by two men at

gunpoint. The man said the robbers had taken marijuana as well as a cell phone, which he had tracked to Highway 20 at the Yuba County line.

According to Perry, the victim wanted to know if his drugs would be returned if an arrest was made.

"He refused to give his name," Perry said. "Nothing was adding up."

To contact Staff Writer Liz Kellar, email liz@theunion.com or call 530-477-4236.

Official Notice from Court-Appointed Claims Representative



# Fire Claims in PG&E Bankruptcy
## Deadline Extended to December 31, 2019

### Renters, Occupants, Property Owners, Businesses and Anyone Impacted by the Northern California Fires
Before January 29, 2019

**You can file a claim for losses, including but not limited to:**

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses
- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

**Things you should know:**

- PG&E is not broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
- Claims process is simple (takes less than 15 minutes for Fire Claim).
- Don't know amount of losses
- Were underinsured

**Act Now Before Time Runs Out:**






| Have questions? Call or visit website for info and free assistance. | Fill out a Proof of Claim Form. | If your claim is allowed, you may receive money from the PG&E bankruptcy estate. |

**Claims must be filed by 5 p.m. PT on December 31, 2019**

### Need Free Help Filing a Claim?
**1-888-909-0100**
**www.OfficialFireClaims.com**



SIERRA THEATRES
(theater listings)

SCIENCE

# Fixing nature's genetic mistakes in the womb

## Gene surgeons aim to remedy fetal problems before they start

By Lisa Krieger
*Bay Area News Group*

By the time a baby is born with a catastrophic genetic disease, medical help is too little, too late.

UC San Francisco doctors are studying a bolder and better remedy, far earlier: repairing genes before birth, stopping disease before it starts.

Experts recently met on campus to plan how to best undertake this pioneering approach, called fetal gene therapy, as well as its potential pitfalls. Strategies will be discussed again at a Wednesday gathering.

"It would be a first in humans," and a collaboration between leaders at a half dozen university medical centers, said Dr. Tippi MacKenzie, a pediatric and fetal surgeon who is leading the effort — still two to five years away — at UCSF's Benioff Children's Hospital. "That's one of the reasons we're treading so carefully."

"Treating the fetus could prevent illness and sustain a pregnancy," she said.

No trials are currently planned. But the goal is to safely cure some of nature's most rare and deadly mistakes, such as lysosomal storage disorders, spinal muscular atrophy, Duchenne muscular dystrophy, cystic fibrosis, and thalassemias. The technique may also one day be used to correct genes causing severe neurodevelopment delay.

It's possible because of fast-moving advances in three key fields: fetal surgery, gene therapy and prenatal screening, which detects dangerous fetal genes in the mother's blood.

Currently, parents have only two emotionally difficult choices. One is caring for a child with a chronic, debilitating and often fatal disease. The other is abortion.

Fetal gene therapy offers a third option.

But it poses an ethical challenge: There are two patients, the healthy mother and the sick child. So care must be taken to ensure that the gene therapy doesn't enter the mother's bloodstream, hurt her in some still-unforeseen way or coerce her to agree to treatment.

"Any advance in fetal therapy, however welcome for good and important reasons, poses a risk of increasing pressure on pregnant women to sacrifice their own interests and autonomy...with women being subject to civil commitment or even criminal charges for failing to optimize the health of their fetuses," said bioethicist Alta Charo of the University of Wisconsin, now a fellow at Stanford University.

Fetal gene therapy is not an effort to build "designer babies," improving or enhancing the fetus. Rather, it is focused on preventing death from disease.

This makes it very different from the genetic alteration undertaken by a Chinese scientist in twin girls last year, to global condemnation. The Chinese experiment changed the basic reproductive genetic code, so a trait would be passed on to future generations. Moreover, it was not medically necessary to save the babies' lives.

Instead, fetal surgeons envision fixing non-heritable genes at precise anatomic sites. Fetuses would be five to six months old, weighing nearly two pounds and measuring almost a foot. And the procedure would only fix rare disorders caused by an error in a single gene.

"These diseases have onset before birth — by birth, there's already damage," said surgeon MacKenzie.

There are other advantages to fixing fetuses. Their young immune systems tolerate changes that an older immune system would reject. And they have fast-growing populations of cells, so any benefit would burgeon.

UCSF doctors have performed hundreds of successful fetal surgeries since the 1990s to correct structural problems, such as spina bifida.

But the fledgling field of gene therapy fell into disrepute in 1999 after 18-year-old Jesse Gelsinger died during an experimental treatment for metabolic liver disease. Later, children who got gene therapy for an immunodeficiency developed cancer. Those twin tragedies halted the momentum.

Since then techniques have improved, and gene therapy has rebounded. Billions of dollars have been invested in research to fix faulty genes. The procedure has been federally approved for treating diseases such as retinal blindness and hemophilia in children and adults.

Fetal testing in animals has also shown it can be done safely and effectively.

And last year UCSF successfully transplanted a mother's stem cells into her sick fetus, leading to the birth of an infant with a normally fatal fetal condition.

Emboldened by these achievements, researchers now aim to move gene therapy earlier in the human lifespan — into the womb, where its potential is the greatest.

"If we offer people hope that we might be able to intervene, it changes the dynamics of whether we think a pregnancy is viable," said Barbara Koenig, who leads UCSF's Bioethics Program.

The first human trials would be cautious, said experts, focusing on life-threatening disorders with no other therapeutic options.

The healthy genetic material would be delivered by a long needle injected into the mother's belly, penetrating the umbilical cord.

Different strategies would be tested.

One approach could use short strands of chemically-modified nucleotides that bind to genetic material — increasing or decreasing the proteins that are linked to disease.

Another would enlist the use of a benign virus that's been loaded with healthy genes, using a gene-editing tool like CRISPR. It would infect sick cells, then replace a missing or defective gene with the good gene. Or it would repair a mutation.

A third approach is not to edit the gene, but instead use CRISPR to increase or decrease the gene's activity.

The research is welcomed by parents of children with muscular dystrophy, caused by a mutation in the gene that makes the protein dystrophin.

"Ensuring dystrophin is present during brain development may be beneficial," said Eric Camino of Parent Project Muscular Dystrophy, "although we need to better understand how the absence of dystrophin impacts brain development before we could justify such early intervention."

Fetal gene therapy's safety and accuracy must be proven in clinical trials, said Arthur Caplan, professor of medical ethics at New York University's Langone Medical Center. He said it is critical that gene edits don't go off target, such as altering an unintended site of an unborn baby's DNA.

There are concerns that the gene-carrying virus could infect the mother's genetic makeup. There also is a very small procedural risk from the injection into the fetal umbilical cord.

"And any time you are doing an invention that requires going through the body of one person to get to the genes of a second person — even if the second person is a fetus — it is complicated," said Koenig.

CINDY CHEW — COURTESY

Dr. Tippi MacKenzie, a pediatric and fetal surgeon at UCSF Benioff Children's Hospital San Francisco, is the principal investigator for a clinical trial that will use in utero stem cell transplants to treat fetuses with an inherited disorder that restricts the blood's ability to carry oxygen to vital organs.

GENETIC FIXES TO FETAL DISEASE
Gene therapy involves a wide range of genetically targeted therapies. Scientists are studying different ways to get genetic material where it's needed. In one strategy, a safe virus is used to carry healthy genes to a sick fetus.
1 In the lab, a virus is altered so that it cannot reproduce.
2 A gene is inserted into the safe virus.
3 The gene-carrying virus, contained in a reagent, is injected into the umbilical cord.
4 The gene is integrated into the (somatic) cells of the sick fetus.
5 The cells produce the desired protein and the fetus becomes healthier.
Sources: UCSF Center for Maternal Fetal Precision Medicine, Global Research, Microsoft Encarta Online Concise Encyclopedia
BAY AREA NEWS GROUP

Official Notice from Court-Appointed Claims Representative

Fire Claims in PG&E Bankruptcy

*Deadline Extended to December 31, 2019*

Renters, Occupants, Property Owners, Businesses and Anyone Impacted by the Northern California Fires Before January 29, 2019

You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses
- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

Things you should know:

- PG&E is not broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

Act Now Before Time Runs Out:

Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

Claims must be filed by 5 p.m. PT on December 31, 2019

Need Free Help Filing a Claim?
1-888-909-0100
www.OfficialFireClaims.com

WE BUY TRUST DEEDS
And $$$$ to lend on California Real Estate*
V.I.P. TRUST DEED COMPANY
OVER 35 YEARS OF FAST FUNDING
(818) 248-0000

PLEASE RECYCLE THIS NEWSPAPER.

Donate A Boat or Car Today!
Boat Angel
"2-Night Free Vacation!"
800-700-BOAT
www.boatangel.com

## NATION

### 70-year-old Coast Guard flag returned to its home ship

**By Gordon Rago**
THE VIRGINIAN-PILOT

For years, the Coast Guard flag sat inside a wooden trunk upstairs in the World War II veteran's North Carolina home.

There, it had been mostly forgotten. Crease lines formed along the stripes, the stars, the large blue eagle and the Coast Guard symbol with the words Semper Paratus.

Always ready.

After nearly 80 years in the dark — happenstance brought the flag back into service, this time as a link between one ship's history and its service today.

The Tampa is a Coast Guard cutter. Today the 270 foot ship is based in Portsmouth, but its patrols take it to the eastern Pacific and Central and South America where the crew of 100 conducts search and rescue operations and drug busts.

After Pearl Harbor, the Coast Guard was moved from under the Department of Treasury to the Department of Navy. That's when a teenager named Alex Obrizok from Yonkers, N.Y., was assigned to the ship as a radarman.

The USS Tampa was one of a handful of Coast Guard cutters that escorted merchant ships with soldiers, ammunition and other supplies from New Foundland to Greenland and Iceland, protecting them along the way from German U-boats. From there, the ships would be escorted by the Royal Navy over to Europe.

If there was a submarine sighting, Obrizok would move to the stern of the ship where the depth charge racks were located. Those weighed 500 pounds,

Obrizok remembers, and it was part of his job to turn them off of the Tampa was sunk.

That didn't happen during World War II, but the Tampa came close enough to disaster.

Not too long before Obrizok was assigned to the Tampa, it helped escort a U.S. Army troop ship called the Dorchester in the North Atlantic. On that trip the Dorchester sank after being hit by a torpedo off Newfoundland. History shows that four military chaplains gave up their life jackets before going down with the ship.

By 1945, the war was over and the Tampa was decommissioned. The flag wound up with Obrizok. He doesn't quite remember how it happened, but it's been in his possession ever since.

Obrizok, 96, now lives in Selma, North Carolina, by himself. All the time, the ensign from the 1940s stayed with him. He didn't display it. His family barely was aware of it. His daughter thought the flag was something every Coast Guard member got after they left the service.

The flag's fate changed this fall.

Obrizok's granddaughter recently got married in Ireland but wanted to have an elaborate celebration back home. At the gathering at Obrizok's house, the World War II veteran got to talking with a woman who was a 2003 Coast Guard Academy graduate. She had once been assigned to the Tampa. He mentioned that he had the flag, went upstairs to get it and handed it over.

"I thought it belonged on the ship and not with me," Obrizok said.

---

**Official Notice from Court-Appointed Claims Representative**

### Fire Claims in PG&E Bankruptcy
*Deadline Extended to December 31, 2019*

**Renters, Occupants, Property Owners, Businesses and Anyone Impacted by the Northern California Fires Before January 29, 2019**

**You can file a claim for losses, including but not limited to:**

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses
- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

**Things you should know:**

- PG&E is not broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
- Claims process is simple (takes less than 15 minutes for Fire Claim).
- Don't know amount of losses
- Were underinsured

**Act Now Before Time Runs Out:**

   

Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

**Claims must be filed by 5 p.m. PT on December 31, 2019**

**Need Free Help Filing a Claim?**
**1-888-909-0100**
**www.OfficialFireClaims.com**

---

## ECO FRIENDLY DOG PRODUCTS FOR DOG LOVERS

# TRIED, TRUE DOG APPROVED

**Portable Dog Shower**
Keep your car and home clean with a Portable Dog Grooming System that you and your Dog will love!

**Eco Poop Scoop Bags**
Built in poop-scoop so you never have to feel that squishy, warm poop! They're eco friendly too made with Zero Plastic. The best way to dispose of dog waste!






**K9CLEAN.COM**




**Eco Friendly Dog Kit**

- 1 Bar Multi-pack All Natural Zero Waste Dog Shampoo Bars
- 3 bundles Eco Poop Scoop Bags
- 1 Box Designer Poo Poo Bags

**K9 Clean Doggy Box**
**BEST VALUE**

- Portable Dog Shower
- 3 Bar Multi-pack All Natural Zero Waste Dog Shampoo Bars
- 3 bundles Eco Poop Scoop Bags
- 1 Box Designer Poo Poo Bags

TO ORDER GO TO: **K9CLEAN.COM**
or call us at: **1-800-236-6668-4326**

SATURDAY, DECEMBER 14, 2019     RECORD-BEE.COM | **CLASSIFIEDS** | 3



# DON'T MISS A THING!

If it's
Important to you,
it's important
to us!

Pick up your copy of
the
**RECORD-BEE**
at these locations

**LAKEPORT**
Konocti Vista Hotel
Off Soda Bay Road
Rotten Robbie's
S. Main Street
Express Mart
S. Main Street
Lakeport Chevron
S. Main Street
**KELSEYVILLE**
Studebaker's Deli
Main Street
Soda Bay Market
& Deli
Soda Bay Road
Kelseyville Food Center
Main Street
Riviera Foods
State Hwy 281
Kit's Corner
Hwy 29 at Soda Bay Rd
**FINLEY**
Finley Country Store
& Deli
Big Valley Road
Westgate Petroleum
Market
Hwy. 29
**LOWER LAKE**
Northern Pacific
Hwy 29 & Hwy 53
**CLEARLAKE**
J & S Market
Old Highway 53
Flyar's Gas Mart
Lakeshore Drive
Time To Shop
Lakeshore Drive
Noti's Liquors
Lakeshore Drive

**CLEARLAKE OAKS**
B.S.G. & Co.
Dell & Chevron
E. Highway 20
Red & White
Store
E. Highway 20
**SPRING VALLEY**
Spring Valley Pantry
New Long Valley
Road
**UPPER LAKE**
Hi-Way Grocery
& Deli
E. Hwy 20 & Main Street
Fast & Easy
E. Highway 20
Judy's Junction
E. Highway 20
3 Brothers
Travel Plaza
Chevron
W. Highway 29 & 20
**NICE**
Marina Market
E. Highway 20
**LUCERNE**
Lakeview Market
East Highway 20
Lucerne Pharmacy
E. Highway 20
**COBB**
Cobb Pacific
Highway 175

Interested in becoming one of the dozens of retail
sales outlets for the Lake County Record Bee?
Contact Greg DeBoth at 707-909-2008
or email: gdeboth@record-bee.com

**Official Notice from Court-Appointed Claims Representative**

# Fire Claims in PG&E Bankruptcy
### Deadline Extended to December 31, 2019

**Renters, Occupants, Property Owners,
Businesses and Anyone Impacted by
the Northern California Fires
Before January 29, 2019**

You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses
- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

#### Things you should know:

- PG&E is not broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

#### Act Now Before Time Runs Out:

   

Have questions?
Call or visit website
for info and free
assistance.

Fill out a Proof of
Claim Form.

If your claim is
allowed, you may
receive money
from the PG&E
bankruptcy estate.

**Claims must be filed by 5 p.m. PT
on December 31, 2019**

**Need Free Help Filing a Claim?**
1-888-909-0100
www.OfficialFireClaims.com

# We're at Your Service



**Habitat for Humanity
Home Repair Program**
- Must live in the home
- Must own both home and land
- Accessibility, plumbing, electrical, etc.
- Income Qualified Homeowners
- Veterans & Seniors Encouraged to apply

Apply now! Funding is limited!
Call 707-994-1100
Or visit
http://www.lakehabitat.org/?page id=51
Contractor Lic. #985033

**Dean's Painting**
- Top Quality
- Custom Work
Free Estimate
263-3236
Lic #730776

**Paulin Family Tree Service**
Proficient Trimming, Removals,
Chipping & Consulting
Cell 707-413-8141
Home 707-263-5165
Insured Non Contractor



**People Services, Inc.**
You Can Hire People
With Disabilities
- Full Landscape
- Janitorial
- Weed Control
- Pruning
- One-time Hauling
CALL TODAY
(707) 263-3810
ext. 112
Contractors Lic# 624633

**Moji Handyman**
707-245-9509
moji@mojihandymanb.com
Repair/Painting
Carpentry/Plumbing
Build or Repair
Decks/Install
Windows/Doors
(non-contractor)

**Leonard's Hauling & Tractor Services**
707-318-8185
Free and reasonable estimates
We can haul away just about anything
JUST ASK!!
Hood, Yard Debris, Rock, Dirt/Soil, Brush,
Household, Items
Free and Low Cost services are available
We can always do that kind of work as well
Cleaning up Lake County 1 day @ a time
AFFORDABLE, RELIABLE & HONEST

**Tony Bordessa Construction**
707 350 (WORK) 9675
Helping Lake County get connected
When Quality counts...
Let us build your Dream house
New Construction, Decks,
Fences, Foundations,
Concrete Work, Painting,
Roofing, Retaining Walls, Dry
Rot Repair, Tree Work, Etc.
License#995268

**Nicolas Jaime**
- Fences
- Decks
- Tile
- Renovation
- Laminates
- Floors
- Painting
- Handyman
- Plumber
- Carpenter
- Electrician
707-319-8276
JaimeNicos04@yahoo.com
NON-CONTRACTOR

**Jim Salmina Flooring**
Flooring Sales
and Installation
CA Lic#744155
707-350-0277
18195 Spruce Grove Ext
Middletown, CA 95461
Jfsalmina@gmail.com

**BDS Business Design Services**
Commercial and Residential Interior Design
Robert A. Boccabella
Isn't it time to
refresh your
wall, window
and floor
treatments?
707-263-7073
BusinessDesignServices.com
45 Soda Bay Road, Lakeport CA 95453



**Habitat for Humanity
Homeownership
Opportunity**
- Low monthly payments
- First time Homebuyers
- Lost residence (homeowners and renters) in county wildfires?
- Income Qualifications Required
Call 707-994-1100 x106
Or visit
www.lakehabitat.org/

**LAKE COUNTY TREE SERVICE INC**
Tree Removal
Stump Grinding
Trimming
Commercial & Residential
707-349-1894



**Custom Window Coverings**
BY GAY LYNN
"The Blind Lady"
994-7777
www.customwindowcoveringsbyGayLynn.com
**HunterDouglas**



**For Only
$160.00/mo
Your Ad Could
Be Here!
Call Today!
900-2007 or
263-5636**

**NOTICE TO READERS**
California law requires that contractors taking jobs that total $500 or more (labor and/or materials) be licensed by the Contractors State License Board. State law also requires that contractors include their license numbers on all advertising. Check your contractor's status at www.cslb.ca.gov or 800-321-CSLB (2752). Unlicensed persons taking jobs that total less than $500 must state in their advertisements that they are not licensed by the Contractors State License Board.

## THE BEE'S 2019 'A BOOK OF DREAMS' CONTRIBUTORS

Here is a list of the donors for the 2019 A Book of Dreams. Those wishing to contribute can go to **www.modbee.com/donate2bod**

* Some donors wished to remain anonymous and/or wished to keep their donation amount anonymous. We thank all of our donors.

| Name / Organization | Group | Amount | Honorariums | Memorials |
|---|---|---|---|---|
| Porges Family Foundation | | $3,000 | | |
| Jim and Jane Stein Findeis | | $100 | | John Findeis |
| Honorable Nali Saleh | | $100 | | |
| John Louis Stam | | $200 | | Grace Lieberman |
| Sharon and Jim Sumner | | $75 | Herb and Virginia Sumner | |
| Dave and Brenda Normoyle | | $250 | | |
| Sandy Dinse | | $100 | | |
| Doug Bartholin | | $1,000 | | |
| Anonymous | | $100 | | |
| Clarence and June Blom | | $100 | | |
| Carleen Goodrich | | $100 | | |
| Betty I. Nebsom | | * | | |
| Margaret Karth | | * | | |
| Randy and Sue Siefien | | * | | |
| Jean Pamela Smith | The Stratford at Bever Park | $75 | | |
| Tom and Denise Solomon | | $100 | | |
| Yvonne Allen | | $100 | | |
| Dwaine W. Johnson | | $500 | | |
| Anonymous | | * | | |
| Carl and Dalene Von Rein | | * | | |
| Patricia Marrow | | * | | |
| Anonymous | | $100 | | |
| Christine Beckstrom | | $200 | | |
| Anonymous | | $15 | | Lucas Youll |
| Ellen Danstrand | | $200 | | |
| Anonymous | | $500 | | |
| Anonymous | | $10,000 | | |
| George and Helen Nadal | | $250 | | |
| Rhonda Bryan | | $100 | | |
| Orlando Daniel Cruz | | $100 | | |
| Anonymous | | * | | |
| Stephanie Abrahan | | * | | |
| Samuel and Alene Oppenheim | | $50 | Garth Stapley | |
| Nigel Paul | | $150 | | |
| Debra Schilling | | $500 | | |
| Lynn and Sue Zeuthen | | $100 | | |
| Mike and Melissa Torri | | $100 | | |
| Richard and Jill Connolly | | $100 | | |
| Ron and Janice Emerian | | $100 | | |
| Daryl Farnsworth | | $50 | | |
| Howdy and Georgia Herrick | | $250 | | |
| Elaine D. Jones | | $50 | | |
| Diane R. Hiller | | $100 | | |
| Jerry and Sandra Hritze | | $100 | | |
| Stan and Janet Skoodprud | | $100 | | |
| Richard and Debbie Sorre | | $100 | | |
| Joe and Ann Sousa | | $100 | | |
| Lonnie G. Vandemark, D.D.S., Inc. | | $100 | | |
| Jim Jetmon | | $100 | | |
| Terrance Nolan | | $100 | | |
| Barbara Nordman | | $50 | | |
| Lt. Cmdr. Patrick O'Sullivan | | $50 | | |
| Bandoni Farm Management, Inc. | | $2,500 | | |
| Malthy and Saren Singh | | $100 | | Hannah Prasad |
| Big Island Movers | | $400 | | |
| David and Kathe Benn | | $100 | | |
| Christine Camps | | $100 | | |
| Michael and Patricia Gaulins | | * | | |
| Anonymous | | $100 | | |
| Mercy Mope and Ruben Flam | | $300 | | |
| Martin Petersen | | $500 | | |
| Carmen Irvans | | $100 | | |
| Sal and Pam Giuliani | | $150 | In memory of our son, Kelly Ogaldus | |
| Philip Tompkins | | $250 | | |
| Jeff Mangal for Judge | | $100 | | |
| Joe and Elma Savage | | * | | |
| Susan Allen | | $100 | | |
| Lois and Ed Cathcart | | $100 | | |
| Ron and Lynn Dickerson | | $100 | In memory of Ryan Dickerson | |
| William and Marlen Mithat | | $150 | | |
| Anonymous | | * | | Curtis Bauman |
| Ceres Woman's Club | | $100 | | |
| Anonymous | | $250 | | |
| Sharon and David Fruby | | $500 | | |
| Cheila Gonsalves | | $100 | In memory of Dan Gonsalves and Dara Gonsalves | |
| Josephine Krueger | | $100 | | |
| The Laurences | | * | | |
| Joe and Karen Martin | | $250 | | |
| Jerilyn Self and Brian Moore | | $200 | | |
| Buren and Sue Pirsche | | $250 | | |
| Sue Wirth | | $200 | | |
| Anonymous | | $100 | | |
| Joe and Carol Henderson | | $251 | | |
| Mickey and Sharon Inkman | | $50 | | |
| Tim and Lisa Bettencourt | | $250 | | |
| Susan Creedon | | $250 | | |
| Jane Grant | | $50 | | Jennifer Thomas |
| Edie and Irvie Hughes | | $100 | To all children in our county! | |
| Buzz and Nancy Rasmussen | | $100 | | |
| Anonymous | | $10,000 | | |
| Suzanne Wend | | $100 | | Stephen Wend |
| Randy and Sandy Clark | | $200 | | |
| Dr. Tom and Grace Van Grinsven | | $200 | | |
| Randal Brown | | $50 | | |
| Tommi Sue Carmello | | * | | |
| Don and Claire Dovel | | $100 | | |
| Richard and Zanetta Erickson | | $200 | | |
| Lisa and Aaron Friedman | | $100 | | |
| John and Roberta Greenstreet | | $250 | | |
| Dean and Elaine Harmon | | $200 | | |
| Linda Henson | | $100 | | |
| Alicia Lowe | | $1,000 | In Memory of Tim Lowe | |
| Mel and Betty Lowe | | $200 | | |
| Karen McGrath | | $100 | | |
| Laura Mignano | | * | | |
| Rosie Ott | | $100 | | |
| Anonymous | | $50 | | |
| William Rose | | $100 | | |
| Janet and Carl Schaal | | * | In Memory of Gerald Schaal | |
| Anonymous | | $100 | | |
| Johnna and Ken Bright | | $150 | | |
| Mike and Margaret Callaway | | $100 | | |
| Charles and Sally Lindberg | | $100 | In Memory of Doug Mottach | |
| Cindy Schneider | | $100 | | |
| E. & J. Gallo Winery | | $10,000 | | |
| Family Health Care Medical Group of Modesto | | $1,000 | | |
| Katie Cullen | | * | | |
| Bill and Jessica Driscoll | | $400 | | |
| Eric and Lori Kramer | | $100 | | |
| Paul Tischer | | $100 | | |
| Richard and Deborah Gunther | | $100 | | |
| Anonymous | | $25 | | |
| Leslie Hoesch | | $100 | | |
| Pimpa and Jesus H. | | $51 | | |
| Claudia Hynes | | $50 | In Memory of Richard Hynes | |
| Mark and Eileen Johnson | | $100 | | |
| John and Margie Schacher | | $100 | | |
| Pat Walters | | * | | |
| Brian and Pat Clark | | $100 | | |
| Carl and Rebecca Inhofer | | $100 | | |
| Mary Lyons Family | Mapes Ranch | $10,000 | Honor of Bill and Mary Lyons | |
| Anonymous | | $100 | | |
| Gerry Chapman | | $50 | | |
| Anonymous | | $50 | | |
| Marcie S. Dillon | | $200 | | |
| Mary and Bob Lefevre | | $200 | In Memory of Duane Siegel | |
| Barbara Smithouse | | $500 | | |
| Tom and Marsha Sowl | | $100 | | |
| Kaye and Jerry Osborn | | $50 | | |
| Nelson, Lil Rivera | | $100 | In Memory of my grandson, Eli Rivera | |
| Anonymous | | $100 | | |

FROM PAGE 1A

# DREAMS

### Our Featured Agencies

ered for children of the English-as-a-second-language students. "But with the passage of years, I just get a job and my English started coming out.

"And now my kids help me a lot because they only want to speak English at home. It's hard for them to speak Spanish at home."

Living in the home are Cisneros and the kids, her parents and her Chicago-born husband, Daniel, who's of Mexican heritage and speaks both English and Spanish fluently. Cisneros' parents are Spanish speakers, but her mom has joined Rosa and the children in LearningQuest's family literacy/ESL classes for three years.

The classes work with parents on English skills and also are structured to provide the children with additional support in English reading and writing skills, Williams said. Parents receive books throughout the year to form a home library, attend library events and are issued a library card to encourage attendance at story times and checking out books for the family.

"Rosa has also participated in our PACT (Parent and Child Together) programs the last two years," Williams said. "These programs are an additional four weeks a year of demonstrating learning activities parents can do with their children in the home by having parents and their children learning in class together."

PACT themes have included:

- Art — paper lanterns, canvas art and dream catchers, growing a garden
- History — dinosaurs, ancient civilizations, medieval times
- Science — creating slime, ice cream, crystals
- Safety — water safety, stranger danger, community leaders (firefighters and police officers)

Jeanette recalled that one fun activity was creating "elephant toothpaste," the rapidly expanding, foamy result of combining warm water and yeast with hydrogen peroxide, food coloring and liquid dish soap.

PACT teaches parents that not having strong language skills doesn't have to be a barrier to helping their children learn, Williams said. "We show them you can be a teacher of your children, and here's how."

Cisneros is one of LearningQuest's highest-scoring ESL students, Williams said. When she entered the program, she tested at a "high intermediate" level and has since increased two levels, now testing at the highest.

She's passed all objective tests, performing certain tasks such as:

- Communicating with health care professionals — asking questions during an examination, or about medicine prescriptions, and scheduling an appointment with a doctor.
- Interacting with the school system — communicating with the school office about a child's absence, asking questions at a parent/teacher conference, and being involved as a volunteer at school.

Jeanette has seen great improvement in her mom's communication skills. "When I was younger, she tried to talk English but mostly spoke Spanish." That usually left the girl to turn only to her father for homework help. "Little by little, she's gotten to speak more English, and I can understand her now."

What Cisneros primarily gets from her ESL classes now is help to improve her writing. She took college courses for a couple of years, she said, but was hampered by her poor writing skills.

The 31-year-old, who works full time in fast food in addition to being a parent and student, said she realizes that improving her writing will be key in finding success in college and a career. She recommends LearningQuest to others like herself because "most people don't want to stay in one place, they want to grow in job and life and give more opportunities to themselves and their kids."

She wishes she could get more ESL instruction than her two-hour classes twice a week. "We hear a lot of that: 'Can we get four days?'" Williams said.

But LearningQuest, which according to its website gets 88 percent of its funding from government grants and contracts for service, can't meet existing demand. There's a waiting list of more than 100 people who want to take classes, but services have been capped because of the staffing level, Williams said.

Donations will be crucial to the organization's ability to thrive. Its site says the goal is to "continue to increase funding from donations by 4 percent per year until at least half of all income is from donations."

Monetary contributions can be made through The Bee's Book of Dreams, and LearningQuest also has a need for volunteer tutors and book donations. It just ended a holiday book drive, but "we take books all the time," Williams said. "We give books to the kids because a good predictor of how well they will do in school is how many books are in the home."

To learn more about LearningQuest-Stanislaus Literacy Centers, go to lqslc.com.

*Deke Farrow: @DekeFarrow*

Official Notice from Court-Appointed Claims Representative

## Fire Claims in PG&E Bankruptcy

***Deadline Extended to December 31, 2019***

**Renters, Occupants, Property Owners, Businesses and Anyone Impacted by the Northern California Fires Before January 29, 2019**

**You can file a claim for losses, including but not limited to:**

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses
- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

**Things you should know:**

- PG&E is not broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

**Act Now Before Time Runs Out:**

WWW

CLAIM

Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

**Claims must be filed by 5 p.m. PT on December 31, 2019**

**Need Free Help Filing a Claim?**
**1-888-909-0100**
**www.OfficialFireClaims.com**

**Official Notice from Court-Appointed Claims Representative**

# Fire Claims in PG&E Bankruptcy
## Deadline Extended to <u>December 31, 2019</u>

## Renters, Occupants, Property Owners, Businesses and <u>Anyone</u> Impacted by the Northern California Fires Before January 29, 2019

### You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses
- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

### Things you should know:

- PG&E is **not** broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

### Act Now Before Time Runs Out:







Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

### <u>Claims must be filed by 5 p.m. PT on December 31, 2019</u>

## Need Free Help Filing a Claim?
## 1-888-909-0100
## www.OfficialFireClaims.com

older members of the public saying that they liked the project because it would protect the younger generation from the effects of climate change.

"Don't speak for us," she shouted. "We are here and we say, 'No!'"

Members of the public grew increasingly vehement about the disrespect shown to members of the Wiyot Tribe.

At one point, Wiyot Tribal Chair Ted Hernandez warned ominously that Bear River Ridge is sacred to the tribe and its members intended to protect its land. "Don't come to us when something goes wrong, because we're telling you now something's wrong," he said.

Near closing time at 7:10 p.m. on Dec. 16, at the tail end of a 10-hour-long meeting with no substantial breaks, people were clearly running out of patience, ignoring Bohn's admonitions not to applaud, boo or cheer speakers. Many were resentful about the two-minute slots alloted to members of the public wishing to comment, and many spoke until the microphone fell silent.

The meeting picked up Dec. 17 where it left off just 14 hours earlier, with dozens still lined up to speak.

One young man warned the board that approving the project would be "personally" accepting responsibility for the arrest of "hundreds, if not thousands, of indigenous people" who would inevitably turn out to take direct action to protect the sacred site when the man refused to leave the microphone after his two minutes, Bohn called a brief recess, reconvening a few minutes later after he was apparently convinced to return to his seat.

One woman who addressed the board questioned whether the Wiyot Tribe believed all land was sacred, or just land it could control.

"The ridge top will not be lost," she said. "The ridge top will be given the honor of harnessing the wind that blows across its summit."

The comment drew boos and a shout of "bullshit" from the crowd.

When the discussion returned to the board, a couple supervisors said they worried some of the jeers had a chilling effect and may have intimidated some people in favor of the project, preventing them from speaking.

Supervisors took turns asking county staff and Terra-Gen officials questions about the project over the course of a couple hours.

Madrone zeroed in on the question of decommissioning and who would end up paying the cost of removing all those turbines and concrete platforms from the ridge once the project was no longer viable. Could the company pledge $4.7 million — $100,000 for each turbine — toward decommissioning?

Hoyle said the company had done an "ex-

Case: 19-30088   Doc# 5432   Filed: 01/21/20   Entered: 01/21/20 17:22:39   Page 88 of 166

**MOMENTUM,**
from page 1

### EMPLOYMENT SERVICES ADDED

This year, thanks to state funding, tkMomentum was able to add their Community Employment Services program, which aids in job preparation, such as resume writing and interview practice, job development, including job searching tools and advice on how to connect with potential employers, and on-the-job support and coaching.

"The Employment Services program has now eclipsed AbleCarts, which is exciting because it will have a broader reach," said Tyler Szura. "tkMomentum has experienced 400% growth since its inception — clearly we've established that there's a real need for these kinds of services. We're currently in the process of expanding down to Auburn."

### PERSON-CENTERED COACHING

A key component of the program is the development of a detailed, customized employment plan for each client-employee, as each individual faces unique challenges or barriers. On some occasions, said Tyler Szura, training goes well beyond the task at hand.

"For example, a client may need to learn coping skills, life organization or the value of punctuality," he said. "We helped one client learn that he had to go to bed by 10 p.m. in order to be fresh for the next day. We created an at-home arbeid site that included bedtime, setting the alarm, getting clothes ready, taking a shower and knowing what time to head out the door. It made all the difference. Regular employers don't generally think to take these things into account, or have the time."

The whole point, he added, is to remove the barriers that are preventing a client from obtaining competitive employment and to embrace the concept of community inclusion so that clients are working in everyday settings and earning a fair wage. Two new employees in charge of client support have recently joined the



Brothers Tyler and Kevin Szura share a smile and a conversation with an SPD Market checker as the two pay for items placed on an AbleCarts shopping list in this file photo.

team — Sarah Dykstra, who works full time, and Katherine Hatten, who currently works part time.

### FINANCIAL SUPPORT NEEDED

At tkMomentum's holiday "disABILITY Employability Awareness Fundraiser Program" on Dec. 10 in Grass Valley, it was evident that some of Nevada County's large businesses have now extended their support. They now see that tkMomentum has established credibility and is making a valuable contribution to the community. Additionally, involved families and clients themselves spoke to the value of inclusion, purpose and integrity. But more financial support is needed.

"tkMomentum has provided an opportunity that André has not had before," said Laurie DesJardins, whose 26-year-old son has autism. "He's a very bright and friendly individual who has more skills than many people realize. He's now an intern at AbleCarts and to see him integrat-

ed into the community is so wonderful. We are so grateful to SPD. I see André experiencing a real sense of satisfaction and accomplishment — he's happy."

While tkMomentum has established credibility in the eyes of the state and identified a need in Nevada County, more private donations are needed to augment government funding and expand the program's reach. Tyler Szura continues to work more than 40 hours a week and refuses to take a paycheck. The small office he shares with his brother in Nevada City currently has a single plastic picnic table, illustrating their commitment to putting the bulk of their funding back into their clients.

"I have one client who told me he's been told 'no' his entire life when it came to employment, and how he's working with us," said Tyler Szura. "We want to build economic sustainability in each individual. Some big organizations lose sight of what they're trying to do. We measure success by the success of each individual. It's

completely person-driven. We're never going to lose sight of our vision, and my dream is to see other communities and businesses become involved."

### STARTLING STATISTICS

According to the U.S. Census Bureau, disabled Americans earn much less than those without a disability — if they're given the opportunity to work. In 2015, those with a disability earned a median of $21,572 — less than 70% of the median earnings for those without a disability. Research has also demonstrated that disabled individuals report lower levels of well-being and the U.S. Bureau of Labor Statistics reports that a whopping 80% of disabled Americans are not employed at all.

"Tyler is such a positive, enthusiastic individual who has a perceptive ability to look at someone and identify their strengths — he's doing this for all the right reasons," said DesJardins. "Seeing my son André included and truly accepted means the world to me. Finally he has an opportunity to shine a little brighter."

---

**Official Notice from Court-Appointed Claims Representative**

# Fire Claims in PG&E Bankruptcy
### Deadline Extended to <u>December 31, 2019</u>

## Renters, Occupants, Property Owners, Businesses and <u>Anyone</u> Impacted by the Northern California Fires Before January 29, 2019

### You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses
- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

### Things you should know:

- PG&E is **not** broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim).

### Act Now Before Time Runs Out:

  

Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

### <u>Claims must be filed by 5 p.m. PT on December 31, 2019</u>

## Need Free Help Filing a Claim?
# 1-888-909-0100    www.OfficialFireClaims.com

# EXHIBIT F

**Fire Claims in PG&E Bankruptcy** 👍 Like Page ···
Written by Elaine Pang · December 13, 2019 at
11:18 AM · 🌐

Renters with losses from a fire before Jan 29, 2019 can file a claim in
PG&E Bankruptcy. File a claim by 5pm Dec 31, 2019!



OFFICIALFIRECLAIMS.COM
**California Wildfires**                                    Sign Up
Free help is available.

---

**Fire Claims in PG&E Bankruptcy** 👍 Like Page ···
Written by Elaine Pang · December 13, 2019 at
11:18 AM · 🌐

Renters with losses from fire before Jan 29, 2019 can file a claim in
PG&E Bankruptcy. File a claim by 5pm on Dec 31, 2019

OFFICIALFIRECLAIMS.COM
**Northern California Fires**                              Sign Up
Free help is available!

---

**Fire Claims in PG&E Bankruptcy** 👍 Like Page ···
Written by Elaine Pang · December 13, 2019 at
11:18 AM · 🌐

Suffered any damage or loss from a fire before January 29, 2019? File a
fire claim in PG&E Bankruptcy by 5pm on December 31, 2019



OFFICIALFIRECLAIMS.COM
**Northern California Fires**                              Sign Up
Free help is available!

---

**Fire Claims in PG&E Bankruptcy** 👍 Like Page ···
Written by Elaine Pang · December 13, 2019 at
11:18 AM · 🌐

Renters, Occupants, Property Owners, & Others can file a claim for
money in PG&E Bankruptcy until 5pm on December 31, 2019!



OFFICIALFIRECLAIMS.COM
**California Wildfires**                                    Sign Up
Act Now Before Time Runs Out!

EXHIBIT F





Instagram
fireclaims
Sponsored
PG&E BANKRUPTCY FIRE CLAIMS
NEW DEADLINE
5PM – DECEMBER 31, 2019
Sign Up
fireclaims Attention Renters! Were you impacted by the Northern California Fires Before January 29, ...

Instagram
fireclaims
Sponsored
NORTHERN CALIFORNIA
FIRE SURVIVORS
Sign Up
fireclaims Northern California Fire Survivors! If you suffered any damage or loss from a fire before ...

Instagram
fireclaims
Sponsored
Sign Up
fireclaims Northern California Fires. Renters, Occupants, Property Owners, Businesses with losses from ...

Instagram
fireclaims
Sponsored
Sign Up
fireclaims Northern California Fire Survivors! If you suffered any damage or loss from a fire before ...

# EXHIBIT G

# EXHIBIT G – DETAILED ACTIVITY REPORT

## Outreach Activity Report
Updated: Thursday, Jan. 2

### CHICO LONG-TERM RECOVERY GROUP

| Activity | Results | Next Steps |
|---|---|---|
| M. Kasolas attendance at Long Term Recovery Group meetings 12/6 and 12/20 | Provided program updates to 50-60 attendees, distributed flyers to attendees for dissemination thru respective agencies; stayed after the meeting to speak individually with attendees. 12/20 attendance included I. Penn and photog. With the *NY Times*. | |

### EVENTS: PARADISE ALLIANCE CHURCH HOLIDAY LUNCH & HOLIDAY DINNER

| Activity | Results | Next Steps |
|---|---|---|
| Dec. 20 – Holiday Lunch and Gift Distribution for Survivors. Prime Clerk in attendance | Prime Clerk reported the event was productive. Six Fire Claim forms were handed out and two claims were filed. | |
| Dec. 27 – Holiday Dinner and Comedy Show for Community. Prime Clerk in attendance | Prime Clerk reported the event was productive. 12 Fire Claim forms were handed out and three claims were filed. | |

### MEDIA RELATIONS:

| Activity | Results | Next Steps |
|---|---|---|
| Media Release re: Program Launch | Approved and distributed by CISION 11/15 Distributed by PR Newswire 11/19 Follow-up calls.<br><br>Final PR Newswire stats: 1,516 release views & hits; 118 postings for a total potential audience reach of 45M. Pickup by source: 35% Broadcast Media; 28% Newspaper; 22% online news sites. | |
| *New York Times* coverage by Ivan Penn | Coordinated logistics for 12/20 trip to Chico for Penn and photographer. M. Kasolas and S. Holmes were w/Penn all day at LTRG meeting; businesses walk-about; Paradise Alliance Church lunch.<br><br>Article appeared in NYT 12/27 and was reprinted the following dailies: *Register-Guard* (Oregon); | |

| | | |
|---|---|---|
| | *The Hartford Courant* (Connecticut); *Chicago Tribune* (Illinois) | |
| Two radio interviews: KYQS-AM Redding and KPAY AM/FM Chico | 12/18 phone interviews with each station about the program and efforts to reach people to file a claim. MP3 file posted on Facebook Groups | |
| KRON TV interview | Facetime interview for streaming on KRON website 12/19 | |
| Associated Press | Daisy Nguyen interviewed M. Kasolas 12/27; article appeared 12/30 and picked up by six in- and out-of-state outlet | Requested stats update from final Jan. 20 Court report |
| *Chico Enterprise-Record* | Reporter interview with M. Kasolas 12/23 Article appeared 12/24 | |
| *San Francisco Chronicle* | Lead from Trident. J.D. Morris interviewed M. Kasolas 12/27; article appeared on 12/29 | |
| (Santa Rosa) *Press-Democrat* | Interview 12-29; story appeared 12/31 | |
| ABC7 – San Francisco | Reporter reached out to M. Kasolas 12/28; online story appeared 12/29 | |
| ActionNews Now | Reporter reached out to M. Kasolas 12/26; story posted online 12-30 | Requested stats update from final Jan. 20 Court report |
| ABC10 | Original online deadline story updater 12-30 w/M. Kasolas quote. And screen grab from OfficialFireClaims.com | Requested stats update from final Jan. 20 Court report |
| NPR | Reporter reached out to M. Kasolas 12/29; story aired on Dec. 31 and was carried on two out-of-state outlets | Requested stats update from final Jan. 20 Court report |
| KCBS Radio News Talk | Live interview on 12-31 with Stan Burger and Susan Leigh 12-31 | |
| DJ Chatter - Entravision Spanish-language radio stations | Pro bono Spanish-language DJ chatter about the deadline and how to file a claim | |
| DJ Chatter - Results Radio (4 stations in Redding/Chico) | Pro bono DJ chatter about the 12/27 Paradise Alliance Church Community dinner and on-site claim filing | |
| SFGate.com | Program mention in 12-31 Tuesday Morning News Roundup | |

## SOCIAL MEDIA

| Activity | Results | | Next Steps |
|---|---|---|---|
| Survivor and NorCal Fire Facebook Groups – 2 separate postings on Butte County Groups announcing Prime Clerk being at the Paradise Alliance Church Dinner & Comedy show 12/27.<br><br>2-days left reminder on all Groups on 12/30. | Admittance to and ongoing posting (filing reminders; flyers; print advertising; MP3 radio interview; countdown to deadline) on: | | |
| | Chico Needs | 29,638 | |
| | Camp Fire Survivors | 1,906 | |
| | California Wildfires | 3,582 | |
| | Rebuilding Hope: Campfire Recovery Resources | 2,621 | |
| | Brush Fire Partyline / Sonoma County | 439 | |
| | California Wildfires (nonprofit) | 29,000 | |
| | Survivors of the PG&E Fires | 58 | |
| | Paradise & Magalia CA Camp Fire Property Owners | 658 | |
| | #CampFire | 5,437 | |
| | Rebuilding Paradise | 833 | |
| | Upper Ridge Community Council | 155 | |
| | Sonoma County Wildfires | 1,280 | |
| | CAL FIRE Sonoma Lake Napa Unit | 7,149 | |
| | California Fire Lawyers | 333 | |
| | Napa county Wildfires | 244 | |
| | CAMP FIRE – Information & Updates | 25,082 | |
| | Bennett Valley Strong (Camp Fire Survivors post shared by H. Sedgwick) | 5,053 | |
| | Napa Valley Pickers | 15,203 | |
| | **TOTAL Potential Group Reach** | **128,678** | |

0375580085\3722102.1

**COMMUNITY and OTHER PARTNERSHIPS**

| Person/Organization | Action/Commitments/Suggestions | Next Steps |
|---|---|---|
| Karen Lockhart (TCC member) | • Shared information and flyers with TCC members.<br>• Posted on Loma Rica and Browns Valley Neighborhood Watch FB page (713 members) | |
| Shelby Boston, Shari McCracken – Butte County | • 500 flyers delivered to Shelby Boston; flyers going to Thursday night dinners, and information gets to the Long-Term Recovery Group; 211; and similar<br>• County PIO will share information in the weekly update that is sent to Camp Fire Survivors | |
| Anne Reynolds – American Red Cross | • Anne will distribute the information provided in the media release + the color flyer artwork to RC regional offices, service centers, RC partners and 7 to 8 Long Term Recovery Groups | |
| Eric Selk - HopeNow | • Eric provided helpful lists and leads, including: LeadingAge, a seniors' organization based in San Francisco; California Association of Realtors<br>• Posted on HopeNow social media platforms and sending blast email to his industry contacts. | |
| Josh Cook – Chief of Staff to Emeritus Sen Brian Dahle | • Posted on personal platforms | |
| California Association of Realtors | • Information email, media release and flyer artwork sent to 23 regional CAR offices | |
| LeadingAge | • Information email, media release and flyer artwork sent to the ED, education and events staff. | |
| Legal Services of Northern California | • Declined to help | |
| Lynsey Paolo – PG&E | • Sent out four press releases related to the deadline extension; included the OfficialFireClaims.com website and the 888 number in these releases | |
| Trident DMG – Adam Goldberg, Emily Seeley | • Ongoing phone conversations with Adam and Emily. They are pitching to their list. Brought in lead for San Francisco Chronicle | |

| Person/Organization | Action/Commitments/Suggestions | Next Steps |
|---|---|---|
| FEMA | • Mike met FEMA rep Kassandra A.P. Maack at the 12/6 Chico Long Term Recovery Group; Jan spoke with External Affairs Officer Mike Flores; who referred the request back to Ann Winters. <br> • Karen Gowins has delivered flyers to a friend living in Gridley who has gone door to door. Found 1 person in 30 not filed | |
| Elected Officials Education | • Information outreach w/English and Spanish flyers to: Supervisors in Butte; Sonoma and Napa Counties. Councilpersons in Chico; Paradise and Santa Rosa | |

## COMMUNITY OUTREACH – TEXTING/OTHER DIGITAL

| NorCal United Way/211 Text-Out | • Text out 12/11/19 <br> 5,510 regular 211 users <br> 9,701 who text 211 for Camp Fire Info | |
|---|---|---|
| PeachJar Outreach to Schoolchildren's parents | PeachJar outreach to parents of Unified School District children in participating schools (Sonoma and Napa Valley). Both Spanish and English flyers sent out. <br><br> 17 Schools in Sonoma Valley and Napa Valley Unified School Districts. <br> • 5,628 emails delivered to Parents <br> • 2,252 Impressions (number of emails opened) | |

**COMMUNITY OUTREACH – FLYER DISTRIBUTION**

| Location | Town | Quantity |
|---|---|---|
| American Canyon Senior Center | American Canyon | 50 |
| Biggs Street Fair | Biggs | 150 |
| Butte County Library | Chico | 50 |
| Ridge Presbyterian Church | Chico | 75 |
| St. John's Episcopal Church | Chico | 150 |
| Old Barn Kitchen | Chico | 50 |
| Children's Museum | Chico | 50 |
| Starbucks (Posted on community bulletin board) | Chico | 1 |
| Chico Veteran's Memorial Hall | Chico | 25 |
| Les Schwab Tires | Chico | 50 |
| Starbucks | Chico | 100 |
| Pageant Theater (Posted on community bulletin board) | Chico | 1 |
| Residence Inn Chico (sold out every night since Camp Fire) | Chico | 45 |
| Melody Records (Posted on community bulletin board) | Chico | 1 |
| Ihop | Chico | 50 |
| Goodwill (placed at each register) | Chico | 100 |
| Apple Blossom Baby (thrift shop) | Chico | 75 |
| Tender Loving (posted on community bulletin board) | Chico | 1 |
| Black Bird Café (posted on community bulletin board + register) | Chico | 2 |
| Tender Loving (posted on community bulletin board + register) | Chico | 2 |
| Ross Dress For Less (posted in break room) | Chico | 5 |
| Chico Pet Works | Chico | 100 |
| Ginger's Chinese Cuisine | Chico | 25 |
| Pho le Vietnamese | Chico | 25 |
| Round Table Pizza | Chico | 50 |
| Starbucks (Posted on community bulletin board) | Chico | 5 |
| FEMA apartments in Gridley (friend of Karen Gowins went door to door) | Chico | 300 |
| Salvation Army Store (Broadway) – Placed at cash registers | Chico | 100 |
| Salvation Army Story (East Ave) – Placed at cash registers | Chico | 100 |
| Long Term Recovery Group meetings (provided to the 50-60 attendees to distribute through their agencies/organizations) | Chico/Butte County | 500 |
| West Valley HS v. Paradise HS Football game (placed on car windshields) | Cottonwood | 500 |
| Envision Radio/Sr. Vice President (Spanish-language) | Lincoln | PDF for posting |

| | | |
|---|---|---|
| Hilltop Café | Magalia | 150 |
| Happy Day Restaurant | Magalia | 50 |
| Red Lion Pizza (placed in pizza boxes) | Magalia | 350 |
| Taco Truck (posted in service window) | Magalia | 1 |
| Calvary Chapel | Magalia | 100 |
| Various Magalia churches that still have camping survivors (Karen Gowins) | Magalia | 50 |
| Check Center | Mendocino | 25 |
| Crosswalk Community Church | Napa | 10 |
| Napa Senior Center | Napa | 50 |
| Napa County Library (community board) | Napa | 1 |
| COPE Family Center | Napa | 30 |
| Aldia Children & Family Center (2 offices) | Napa | 100 |
| Mentis (PDF file) | Napa | PDF |
| Monday Bakery (community board) | Napa | 1 |
| Senior Activity Center | Napa | 50 |
| Puertas Abiertas | Napa | 100 |
| Napa Community Housing | Napa | 50 |
| Ole Health | Napa | 25 |
| BGIC | Napa | 30 |
| Hired Hands Healthcare | Napa | 3 |
| Aldas Market | Napa | 4 |
| Wine Country Laundromat (community boards) | Napa | 2 |
| Starbucks (3 locations/community boards) | Napa | 6 |
| Dutch Bros | Napa | 2 |
| Spin cycle | Napa | 2 |
| Napa Valley Coffee Roasting (community board) | Napa | 1 |
| Community Action of Napa Valley Food Bank (8 Locations: Napa Store House; Harvest Freewill Baptist Church; Angwin Pantry; St. Helena Community Pantry; Pope Valley Pantry/Pope Valley Farm Center; Calistoga Cares; Community Church of Lake Berryessa) | Napa Valley, American Canyon, Yountville, Pope Valley, Calistoga, Lake Berryessa | 900 |
| Salvation Army | Napa | 50 |
| Christian Faith Center | Oroville | 100 |
| Potter's House Christian Fellowship | Oroville | 2 |
| Open Door Church | Oroville | 50 |
| First Baptist Church | Oroville | 50 |
| Mike's Grande Burger | Oroville | 10 |
| Starbucks | Oroville | 40 |
| Mug Shots Coffee House (posted on community bulletin board) | Oroville | 1 |

| | | |
|---|---|---|
| The Boss Burger | Oroville | 50 |
| Cigarettes & More 4 Less | Oroville | 50 |
| Papa Murphy's Pizza | Oroville | 50 |
| Jake's Burgers and More | Oroville | 50 |
| Papacito's | Oroville | 50 |
| Souper Subs | Oroville | 50 |
| La Costeña de Acapulco | Oroville | 25 |
| Mountain Mike's Pizza (posted in window) | Oroville | 2 |
| Office of Employment and Social Services (distributing at Thursday night survivor community dinners) | Oroville | 500 |
| Salvation Army Store (Meyers Street) | Oroville | 100 |
| City of Oroville tree lighting | Oroville | 190 |
| Salvation Army Store (Walker Street) | Orland | 100 |
| First Baptist Church | Paradise | 175 |
| Paradise Alliance Church (Thursday survivor dinners, Christmas concert, delivered meals on Christmas, Holiday dinner and comedy show) | Paradise | 500 |
| Paradise Ridge Southern Baptist Church | Paradise | 50 |
| US Post Office Paradise | Paradise | 50 |
| Hope Christian Church @ Grace Community Church | Paradise | 50 |
| Camp Fire Survivor Distribution Center / Hope Center | Paradise | 400 |
| Nic's Sandwich Shop | Paradise | 50 |
| Starbucks | Paradise | 10 |
| 7th Day Adventist (worships at PAC - church burnt down) | Paradise | 50 |
| Paradise Ice Rink live music (Dec. 1 from 1-3p) | Paradise | 100 |
| Paradise Park & Rec Department Office | Paradise | 100 |
| Northern Valley Catholic Social Services | Paradise | 300 |
| Petaluma People Services Center | Petaluma | 300 |
| Salvation Army | Petaluma | 50 |
| Catholic Charities of Santa Rosa Diocese (Family Support Center, Homeless Service Center, Middletown Office, Rainbow House, Sam Jones Hall, catholic Charities at the Palms, Santa Rosa Nightengale Program, Napa Nightengale Program and Catholic Charities Senior Transportation Program) | Santa Rosa, Napa | 250 + PDFs so they can run additional copies |
| Community Action Partnership | Santa Rosa | 100 |
| Center for Volunteers & Nonprofits | Santa Rosa | 25 |
| National Alliance on Mental Illness (NAMI) Sonoma County | Santa Rosa | 15 |
| Rebuilding Our Community | Santa Rosa | 150 |
| CREATE (Sonoma County Econ. Dev. Board) | Santa Rosa | 10 |
| Franchetti's | Santa Rosa | 200 |

0125530085\5722102.1

| | | |
|---|---|---|
| Various Mexican Markets (Rancho Mendoza Supermercado; Carniceria; Rancho Mercado, Ortega's Market) | Santa Rosa | 75 |
| Various Mexican Restaurants (Ranchito Mexican Cuisine; Cancun Mexican Restaurant; Taqueria El Faralito, El Molino; El Patio, El Brinnquito, Taqueria Mendoza, Ochoa's Mexican Restaurant, Taqueria & Pupusaria) | Santa Rosa | 215 |
| Thrift Stores (Hospice Thrift Store; 3 Crossing the Jordan stores, 2 Goodwill stores, 3 Monkey's Thrift Shop, Fab Finds Thrift Store, Salvation Army, Pick of the Litter) | Santa Rosa | 255 |
| Laundromats (Dutton Coin Laundry; Launderland Coin Op) | Santa Rosa | 26 |
| Coffee Shops (Bad Ass Coffee, 3 Starbucks, Café Mocha & Grill, Acre Coffee, 2 Peete's Coffee, Dang Tasty Coffee Shop | Santa Rosa | 200 |
| Liquor Stores (Star Zone, Wally's Liquor Store and Deli) | Santa Rosa | 65 |
| Kwik Marts & Similar (Kwik Shop Mini Market, Fast & Easy Mart) | Santa Rosa | 40 |
| Small Food Markets (Bill's, Campus, Community, Mark West Market Clover, Sam's, SR Food Mart) | Santa Rosa | 115 |
| Small Local Eateries (The Jelly Donut, Chicago Pizza, A's Donuts, Pizza Guys, Phyllis' Giant Burgers, Mary's Pizza Shack, Fru-ta, Norm's Kitchen, Grateful Bagel, Lita's Café, Goji Kitchen, Mombo's Pizza, Port of Subs, Papa Murphy's Pizza | Santa Rosa | 330 |
| Extended Stay America (Registration Desk) | Santa Rosa | 30 |
| Piner Café | Santa Rosa/Piner | 25 |
| Steele Lane Community Center | Santa Rosa | 25 |
| Coin Laundry | Sebastopol | 25 |
| St. Francis Solano Roman Catholic Church (placed in church bulletins) | Sonoma | 600 |
| Trinity Episcopal | Sonoma | 10 |
| Faith Lutheran Church | Sonoma | 50 |
| Sonoma Valley Church of the Nazarene | Sonoma | 50 |
| La Luz Center (Spanish flyers) | Sonoma | 50 |
| Sonoma Family Meals/Franchetti's Woodfired Kitchen cooks meals for survivors | Sonoma | 200 |
| ROC Resource Center (Spanish) | Sonoma | 50 + PDFs so they can run additional copies |
| National Association for Mental Illness | Sonoma County | 15 |
| Various Mexican Restaurants/bakery (Frida's Mexican Bar & Grill; Taqueria Hermanos; Tarascas Paleteria; Tannya's Taqueria; Lucy's Panaderia; La Favorita Carniceria; Gourmet Taco Shop; Taqueria Sonoma, El Molino Central, Taqueria La Hacienda) | Sonoma | 55 |
| Various Mexican Markets (Azteca Market; La Morenita Discount Store; La Morenita Market; El Bringquito Market & Meat | Sonoma | 55 |
| General market grocery stores (Lucky; Safeway, Raley's, Sonoma Valley Fruit Basket; Whole Foods Sonoma (Spanish; on bulletin | Sonoma | 50 |

| | | |
|---|---|---|
| board, Sonoma Market, Grocery Outlet Bargain MartGlenn Ellen Village Market) | | |
| Starbucks (3 locations/on customer refrigerated case & community board) | Sonoma | 15 |
| Laundromats (Wash & Dry Laundromat (board and folding table); Econo Wash | Sonoma | 15 |
| Parson's Lumber & Hardware | Sonoma | 2 |
| Thrift Stores (Republic of Thrift (in Window); Bon Marche Thrift; Church Mouse Thrift Store) | Sonoma | 30 |
| North Bay Company | Sonoma | 10 |
| Teen Service | Sonoma | 5 |
| Bike Shop | Sonoma | 4 |
| Trinity Church | Sonoma | 50 |
| Faith Lutheran Church | Sonoma | 50 |
| Sonoma Valley Church of Nazarene | Sonoma | 50 |
| Sonoma Boys & Girls Club | Sonoma | 10 |
| General market local eateries, bakeries, ice cream parlors community boards (Imola Café; Happy's Donuts; Mo's Hotdogs; Peete's Coffee; Boulangerie Bakery; Coffee 7 Coco; Barking Dog Roasters; Mary's Pizza; Little Maya Bakery, Black Bear Diner, El Cielito Coffee; La Michoacana Ice Cream) | Sonoma | 30 |
| Veterans Memorial Center | Sonoma | 3 |
| Community & Visitor's Centers | Sonoma | 35 |
| Sonoma Library | Sonoma | 50 |
| Rebuild North Bay | Sonoma | 5 |
| FISH (nonprofit) | Sonoma | 2 |
| Parks: Larson, Ernie Smith and Madera (community boards) | Sonoma | 6 |
| Rianda House | St. Helena | 50 |
| St. Joan of Arc Catholic Church | Yountville | 300 |
| Adventist Christian School Camp Fire Survivors Event (12-8) | Yuba City | 200 |
| | | |
| | | **12,919** |
| **TOTAL DISTRIBUTED** | | |

# EXHIBIT H

# PG&E Bankruptcy Case Fire Claims
# Deadline <u>December 31, 2019, 5pm PST</u>

**_Who Should File a Claim?_** Renters, Occupants, Property Owners, Businesses and Anyone Impacted by the Northern California Fires Occurring Before January 29, 2019

### You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement and relocation expenses

- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Losses not covered by insurance
- Other damages

## For Information and/or Assistance:



**www.OfficialFireClaims.com**

Questions answered in English & Español + link to claim form



**1-888-909-0100**

Questions answered in English and Español by live operators



**Six PG&E Service Centers**

Questions answered in English and Español (4 centers*) and assistance with filing claim forms between 8:30 a.m. – 5:00 p.m. PST

- 350 Salem Street, Chico*
- 3600 Meadow View Rd, Redding
- 111 Stony Circle, Santa Rosa*
- 231 "D" Street, Marysville*
- 1850 Soscol Ave., Ste. 105, Napa*
- 1567 Huntoon Street, Oroville



**Frequently Asked Questions:**
More FAQs can be found on the website.

| | |
|---|---|
| Does it cost money to file a claim? | No, and you can file online, by mail or in-person at one of the Service Centers. |
| What if I don't know the value of my loss(es) right now? | File your claim before the Dec. 31 deadline. You can go back and amend the claim when you know the value. If you don't file by the deadline, you will miss the opportunity to receive money from PG&E for your loss. |
| Do I need a lawyer? | No. You may file a Fire Claim without an attorney. If you wish to consult an attorney, you may do so. If you choose to hire an attorney you may incur a fee according to agreed upon terms. |
| Does PG&E have money to pay us? | Yes. |

EXHIBIT  H

# EXHIBIT I

# Reclamos por los Incendios sobre el Caso de Bancarrota de PG&E
## Fecha límite, <u>31 de diciembre, 2019</u>, a las 5pm PST

*¿Quién debe Presentar un Reclamo?* **Inquilinos, Residentes, Propietarios, Empresas y Cualquier Persona que fue Impactada por los Incendios en el Norte de California Antes del 29 de enero, 2019.**

**Usted puede presentar un reclamo por pérdidas, las cuales incluyen pero no está limitado a:**

- Pérdida de propiedad personal
- Daños y perjuicios
- Sufrimiento emocional y psíquico
- Gastos por evacuación, desplazamiento y reubicación
- Pérdida de su comunidad

- Pérdida de servicios indispensables
- Pérdida de sueldos o de capacidad de generar ingresos
- Pérdidas no cubiertas bajo su aseguranza
- Otros daños

## Para más información y/o Ayuda:



**www.OfficialFireClaims.com**

Preguntas contestadas en Inglés & Español + un enlace para el formulario de reclamo



**1-888-909-0100**

Preguntas contestadas en Inglés & Español por operadores en vivo



**Seis Centros de Servicio de PG&E**

Preguntas contestadas en Inglés & Español (4 centros*) y ayuda para presentar sus formularios de reclamo entre las 08:30 a.m. – 5:00 p.m. PST

- 350 Salem Street, Chico*
- 3600 Meadow View Rd, Redding
- 111 Stony Circle, Santa Rosa*
- 231 "D" Street, Marysville*
- 1850 Soscol Ave., Ste. 105, Napa*
- 1567 Huntoon Street, Oroville



## Preguntas Más Frecuentes

| | |
|---|---|
| ¿Me va a costar dinero si presento un reclamo? | No, y usted puede presentar el formulario de reclamo en línea, por correo o en persona en uno de nuestros Centros de Servicio. . |
| ¿Qué pasa si no sé el valor de mí(s) pérdida(s) ahorita? | Presente su reclamo antes de la fecha límite del 31 de diciembre. Después, Usted puede regresar y modificar su reclamo cuando sepa el valor. Si Usted no presenta el reclamo en o antes de esta fecha límite, perderá la oportunidad de recibir dinero de PG&E por su pérdida. |
| ¿Necesito un abogado? | No. Usted puede presentar un Reclamo por los Incendios sin un abogado. Si usted desea asesorarse con un abogado, lo puede hacer. Si usted decide contratar a un abogado, usted podría tener que pagar por los honorarios del abogado de acuerdo a los términos acordados entre ustedes. |
| ¿Tiene dinero PG&E para pagarnos? | Sí. |

## EXHIBIT I

# EXHIBIT J

# SAMPLE PHOTOGRAPHS OF FLYER DISTRIBUTION

























# EXHIBIT K

MEDIA RELEASE
Contact: Jan Fambro, 310.308.6770


# NEW DEADLINE TO SUBMIT FIRE CLAIMS TO PG&E EXTENDED TO DECEMBER 31, 5pm PT

## officialfireclaims.com and 1-888-909-0100

### People or entities who suffered loss prior to January 29, 2019 arising from Northern California fires encouraged to file claim in the PG&E[1] Bankruptcy Case

SAN FRANCISCO (November 15, 2019) – The U.S. Bankruptcy Court, Northern District of California, has extended the deadline to file claims for losses or damages arising from fires that occurred in Northern California prior to January 29, 2019. The new deadline is December 31, 2019, 5 p.m. Pacific Standard Time. This extension applies to anyone holding a claim, including, but not limited to: property owners, renters, occupants, businesses and others.

Persons or entities who have not filed a claim should go to officialfireclaims.com for information on how to file a claim. A general information number is also available at 1-888-909-0100.

"I'm telling people, if you suffered some loss from one of these fires, you should file a claim," said Michael Kasolas, the court-appointed claims representative who is in charge of community outreach and education about the new deadline. "This is a significant opportunity to make a claim to PG&E for those who missed the original deadline."

Kasolas continued, "We want everyone who qualifies to get the money they deserve. We realize that there were many people who did not file because of confusion, misinformation, trauma, delayed or missed mail delivery, relocation, or the overwhelming challenge of day-to-day life after losing all or part of their property. We have a short window of time to help more people, but they must complete a claim to receive the money."

Any person or entity who believes money is owed to them by PG&E for loss or injury resulting from the Northern California fires that occurred before PG&E filed for Chapter 11 on January 29, 2019, is eligible to file a fire claim. This includes property owners, renters, occupants, businesses and others.

Filing a claim is free and can be filed for any reason, but typical claims include damages to or loss of a home, personal property and more. Renters may file claims as well as homeowners.

---

[1] PG&E Corporation and Pacific Gas and Electric Company (together "PG&E").

EXHIBIT ___K___

Non-residents may also file a claim. Persons or entities can also file claims for losses or damages that were not covered by their insurance.

In addition to completing a claim online or mailing one in, claimants may also file in person at a PG&E Service Center location below between 8:30 a.m. – 5:00 p.m. Pacific Time:
350 Salem Street (Chico); 3600 Meadow View Rd (Redding); 111 Stony Circle (Santa Rosa); 231 "D" Street (Marysville); 1850 Soscol Ave., Ste. 105 (Napa); 1567 Huntoon Street, (Oroville).

### # # #

# EXHIBIT L

# Media Coverage Summary

- Audience reach calculated with data from Cision = 712,980 for print publications
- Unique Visitors Per Month (UVPM) calculated from Cision = 147,019839 for online posts
- Cision does not provide viewership/listener numbers for broadcast outlets

| Outlet | Type | Heading | Date | Potential Audience Reach/UVPM |
|---|---|---|---|---|
| *Santa Rosa Press Democrat* | Print/Online | *Wildfire Victims have until 5 p.m. Dec. 31 to file claims against PG&E* | 12/31/2019 | 46,767 |
| *Sonoma Index Tribune* | Print | *Wildfire Victims have until 5 p.m. Dec. 31 to file claims against PG&E* | 12/31/2019 | 8,500 |
| *Sonoma Index Tribune* | Online | *Wildfire Victims have until 5 p.m. Dec. 31 to file claims against PG&E* | 12/31/2019 | 20,785 |
| *San Francisco Chronicle* | Print | *PG&E Fire Victims Must File Claims by Dec. 31* | 12/31/2019 | 163,307 |
| *San Francisco Chronicle* | Online | *PG&E Fire Victims Must File Claims by Dec. 31* | 12/31/2019 | 1,397,758 |
| Associated Press | Online | *California Fire Victims Face Deadline on Filing Claims* | 12/31/2019 | |
| *Seattle Times* (AP) | Online | *California Fire Victims Face Deadline on Filing Claims* | 12/31/2019 | 1,609,541 |
| MyNorthwest.com (AP) | Online | *California Fire Victims Face Deadline on Filing Claims* | 12/31/2019 | 1,194,256 |
| *U.S. News* (AP) | Online | *California Fire Victims Face Deadline on Filing Claims* | 12/31/2019 | 11,401,867 |
| *The Washington Post* (AP) | Online | *California Fire Victims Face Deadline on Filing Claims* | 12/31/2019 | 43,842,778 |
| *The New York Times* (AP) | Online | *California Fire Victims Face Deadline on Filing Claims* | 12/31/2019 | 29,984,446 |
| CBS SF Bay Area (AP) | Online | *California Fire Victims Face Deadline on Filing Claims* | 12/31/2019 | |
| *Napa Valley Register* (AP) | Online | *California Fire Victims Face Deadline on Filing Claims* | 12/31/2019 | 70,916 |
| *New York Times* | Print | *He is Trying to Get Fire Victims Paid. He Has to Find Them First* | 12/26/2019 | 483,701 |
| *New York Times* | Online | *He is Trying to Get Fire Victims Paid. He Has to Find Them First* | 12/26/2019 | 29,984,446 |

EXHIBIT 

| | | | | |
|---|---|---|---|---|
| The (Eugene, OR) Register-Guard (NYT) | Online | *Racing to Help California Fire Victims Meet Claims Deadline* | 12/28/2019 | 59,992 |
| Chicago Tribune (NYT) | Online | *He's Trying to Get Victims of California's Worst Wildfire Paid. But First, He Has to Find Them.* | 12/27/2019 | 23,938,514 |
| Silicon Valley Business Journal (NYT) | Online | *He is Trying to Get Fire Victims Paid. He Has to Find Them First.* | 12/27/2019 | 3,471,743 |
| Chico Enterprise-Record | Print | *PG&E Claims Deadline a Week Away* | 12/24/2019 | 10,705 |
| Chico Enterprise-Record | Online | *PG&E Claims Deadline a Week Away* | 12/24/2019 | 39,297 |
| The Willits News | Online | *Deadline to Submit Claims to PG&E Extended to December 31* | 11/25/2019 | 3,500 |
| National Public Radio | Broadcast | *In California, Wildfire Survivors Face Deadline to File Claims Against PG&E* | 12/30/2019 | |
| New Hampshire Public Radio | Broadcast | *In California, Wildfire Survivors Face Deadline to File Claims Against PG&E* | 12/30/2019 | |
| Public Radio Tulsa | Broadcast | *In California, Wildfire Survivors Face Deadline to File Claims Against PG&E* | 12/30/2019 | |
| Valley Public Radio | Broadcast | *In California, Wildfire Survivors Face Deadline to File Claims Against PG&E* | 12/30/2019 | |
| KCBS Radio News Talk | Broadcast | Live interview | 12/31/2019 | |
| ABC10 | Broadcast | *Filing a claim Against PG&E for California Wildfires* | 12/31/2019 | |
| Action News Now | Broadcast | *Deadline to File a PG&E Claim Approaching for Wildfire Victims* | 12/30/2019 | |
| KRONOn | Broadcast/ Online | Facetime interview w/Terisa Estacio and Sanaz Tahernia | 12/19/2019 | 359,069 |
| KPAY-AM/FM | Broadcast | Live morning show interview with Scott Michaels (Chico) | 12/18/2019 | |
| KMQS-AM | Broadcast | Live morning show interview with Jim Bremer and Steve Gibson | 12/18/2019 | |
| | | **Potential Audience Reach/Unique Visitors Per Month (UVPM** | | 148,091,888 |

# EXHIBIT M

# MEDIA COVERAGE

## Broadcast

**NPR (National)** *In California, Wildfire Survivors Face Deadline to File Claims Against PG&E* 12-30-2019
https://www.npr.org/2019/12/31/792736789/in-california-wildfire-survivors-face-deadline-to-file-claims-against-pg-e



In California, Wildfire Survivors Face Deadline To File Claims Against PG&E: NPR
Tuesday is the deadline for wildfire victims in California to file settlement claims. A judge extended an earlier deadline over concerns that only a fraction of those eligible had come forward.
www.npr.org

NPR story also appeared in:

**New Hampshire Public Radio** https://www.nhpr.org/post/california-wildfire-survivors-face-deadline-file-claims-against-pge#stream/0 12-30-2019

In California, Wildfire Survivors Face Deadline To File Claims Against PG&E | New Hampshire Public Radio - nhpr.org
In California, Wildfire Survivors Face Deadline To File Claims Against PG&E.
By Lily Jamali • 23 minutes ago. Related Program:
www.nhpr.org

**Public Radio Tulsa** https://www.publicradiotulsa.org/post/california-wildfire-survivors-face-deadline-file-claims-against-pge

In California, Wildfire Survivors Face Deadline To File Claims Against PG&E | Public Radio Tulsa
In California, Wildfire Survivors Face Deadline To File Claims Against PG&E.
By Lily Jamali • 22 minutes ago. Related Program:
www.publicradiotulsa.org

EXHIBIT M

**Valley Public Radio** (Central California) https://www.kvpr.org/post/california-wildfire-survivors-face-deadline-file-claims-against-pge

In California, Wildfire Survivors Face Deadline To File Claims Against PG&E | Valley Public Radio - kvpr.org
In California, Wildfire Survivors Face Deadline to File Claims Against PG&E.
By Lily Jamali
www.kvpr.org

**KCBS Radio News Talk:** M. Kasolas live interview with Stan Bunger and Susan Leigh Taylor, 12-31-2019, 7:30AM segment.

**ABC10** *Filing a claim against PG&E for California Wildfires,* 12-30-2019 https://www.abc10.com/article/news/local/pge-claim-deadline/103-5cd8b2b3-0793-4edd-86bb-0229c7b4286b



Filing a claim against PG&E for California wildfires | abc10.com
SACRAMENTO, Calif. — Whether you were impacted by the California wildfires of 2017 and 2018 or not, you likely received a letter about the deadline for filing a claim against the utility if you …
www.abc10.com

**Action News Now:** *Deadline to File PG&E Claim Approaching for Wildfire Victims*; podcast updated 12-30-2019 at 9:13 PM https://www.actionnewsnow.com/content/news/PGE-claim-deadline-fast-approaching-for-wildfire-victims-566566841.html

**KRON-TV** M. Kasolas Facetime interview on 12-19-2019; Melanie Corry, producer. Terisa Estacio and Sanaz Tahernia, anchors

**KPAY AM/FM** Chico live, phone interview with Scott Michaels, Morning Show 12-18-2019 (MP3 file available)

**KMQS-AM** Redding live, phone interview with Jim Bremer and Steve Gibson, Morning Show, 12-18-2019

(Santa Rosa) **Press-Democrat** *Wildfire Victims have until 5 p.m. Dec. 31 to file claims against PG&E* 12-31 https://www.pressdemocrat.com/news/10528207-181/wildfire-victims-have-until-5

Wildfire victims have until 5 p.m. Dec. 31 to file claims against PG&E
Wildfire victims have until 5 p.m. Tuesday to file claims to be compensated by PG&E for losses stemming from major utility-sparked fires over the past four years.
www.pressdemocrat.com

The Press-Democrat story also appeared in the:
**Sonoma Index-Tribune** 12-31-2019 https://www.sonomanews.com/news/10531972-181/wildfire-victims-have-until-5

Wildfire victims have until 5 p.m. Tuesday to file claims against PG&E
Wildfire victims must submit a three-page form by 5 pm. Tuesday, Dec. 31 in order to qualify for compensation from PG&E.
www.sonomanews.com

**San Francisco Chronicle** *PG&E Fire Victims Must File Claims by Dec. 31;* story 12-29-2019
https://www.sfchronicle.com/california-wildfires/article/PG-E-Fire-victims-approaching-Dec-31-deadline-14935308.php



PG&E fire victims must file claims by Dec. 31 - SFChronicle.com
Victims of wildfires started by PG&E, including the 2018 Camp Fire, need to submit a form by Dec. 31 at 5 p.m. to get payment from the company as part of its bankruptcy case.
www.sfchronicle.com

**Associated Press** 12-31-2019
*California Fire Victims Face Deadline on Filing*
*Claims* https://apnews.com/b1e06df8438d9cde6dea9ddbba805785



California fire victims face deadline
on filing claims
About 72,000 fire-related claims were
filed by the initial deadline in
October, according to PG&E. Since
then, a certified public accountant
who was appointed by the
bankruptcy court to find more victims
said more than 4,000 new claims
have been filed.
apnews.com

AP Story carried in:

**Seattle Times** https://www.seattletimes.com/business/california-fire-victims-face-deadline-on-filing-claims/



California fire victims face deadline
on filing claims | The Seattle Times
SAN FRANCISCO (AP) — People who
lost family members, homes and
businesses in California wildfires had
a Tuesday deadline to seek
compensation from the nation's
largest utility as part of...
www.seattletimes.com

**MyNorthwest.com** https://mynorthwest.com/1656336/california-fire-victims-face-deadline-on-filing-claims/?



California fire victims face deadline
on filing claims
About 72,000 fire-related claims were
filed by the initial deadline in
October, according to PG&E. Since
then, a certified public accountant
who was appointed by the
bankruptcy court to find more ...
mynorthwest.com

**Chico Enterprise-Record** *PG&E claims Deadline a Week Away* 12-24 2019
https://www.chicoer.com/2019/12/24/pge-claims-deadline-a-week-away/



PG&E claims deadline a week away – Chico Enterprise-Record
There is one week left for people who've lost something in fires caused by Pacific Gas and Electric Corp. to file a claim. The judge handling the utility's bankruptcy extended the deadline for ...
www.chicoer.com

**The Willits News** (Ukiah, CA) *New Deadline to Submit Fire Claims to PG&E Extended to December* 31 11-25-2019 https://www.willitsnews.com/2019/11/25/new-deadline-to-submit-fire-claims-to-pge-extended-to-december-31/

**Bar Date Mentions in Round-Up Stories**
https://www.sfgate.com/news/bayarea/article/Tuesday-Morning-News-Roundup-14941144.php



Tuesday Morning News Roundup - SFGate
Free hugs will be available New Year's Eve on the Golden Gate Bridge as part of an effort to lessen loneliness, according to the movement HugTrain, which is organizing the event. A HugMaster and ...
www.sfgate.com

**U.S. News** https://www.usnews.com/news/us/articles/2019-12-31/california-fire-victims-face-deadline-on-filing-claims

California Fire Victims Face Deadline on Filing Claims | U.S. News® | US News
California Fire Victims Face Deadline on Filing Claims People who lost family members, homes and businesses in California wildfires were facing a deadline to file claims against the nation's ...
www.usnews.com

**The Washington Post** Dec. 31 https://www.washingtonpost.com/national/california-fire-victims-face-deadline-on-filing-claims/2019/12/31/9783c27a-2c0d-11ea-bffe-020c88b3f120_story.html

California fire victims face deadline on filing claims - The Washington Post
The deadline involved claims to receive part of the $13.5 billion Pacific Gas & Electric will pay for losses from deadly wildfires in Northern California in 2017 and 2018.
www.washingtonpost.com

**The New York Times** https://www.nytimes.com/aponline/2019/12/31/business/ap-us-california-wildfires-settlement-fund.html (subscription required) 12-31



California Fire Victims Face Deadline on Filing Claims - The New York Times
PG&E said it mailed notices and claim forms to more than 67,000 individuals, bought advertisements, put the word out online and opened six service centers to help people file claims by 5 p.m. Tuesday.
www.nytimes.com

**CBS SF Bay Area** https://sanfrancisco.cbslocal.com/2019/12/31/california-fire-victims-face-deadline-on-filing-claims/



California Fire Victims Face Deadline On Filing Claims
People who lost family members, homes and businesses in California wildfires had a Tuesday deadline to seek compensation.
sanfrancisco.cbslocal.com

**Napa Valley Register** https://napavalleyregister.com/news/state-and-regional/california-fire-victims-face-deadline-on-filing-claims/article_2f2a4bcd-9077-57b0-ad0f-434f7a9c3992.html



California fire victims face deadline on filing claims | State-and-regional | napavalleyregister.com

The deadline involved claims to receive part of the $13.5 billion Pacific Gas & Electric will pay for losses from deadly wildfires in Northern California in 2017 and 2018.

napavalleyregister.com

**New York Times** *He is Trying to Get Fire Victims Paid. He Has to Find Them First* 12-26-2019 https://www.nytimes.com/2019/12/26/business/energy-environment/pge-wildfire-victims-claims.html (subscription required).

The NYT article was picked up by:

**The Register-Guard** (OR) *Racing to Help California Fire Victims Meet Claims Deadline* 12-28-2019 https://www.registerguard.com/news/20191228/racing-to-help-california-fire-victims-meet-claims-deadline



Racing to Help California Fire Victims Meet Claims Deadline - News - The Register-Guard - Eugene, OR

PARADISE, Calif. — Unlike a typical holiday food giveaway, the ham, mashed potatoes and green beans packed in bags at Paradise Alliance Church came with a grim reminder of an even deeper need.

www.registerguard.com

**Chicago Tribune** *He's Trying to Get Victims of California's Worst Wildfire Paid. But First, He Has to Find Them.* *https://www.chicagotribune.com/nation-world/ct-nw-california-wildfire-claims-20191227-jjvbvulljfcddbpqpmmnchv7pm-story.html*  12-27



## He's trying to get victims of California's worst wildfire paid. But first, he has to find them. - Chicago Tribune

Unlike a typical holiday food giveaway, the ham, mashed potatoes and green beans packed in bags at Paradise Alliance Church came with a grim reminder of an even deeper need. Next to the counter ...

www.chicagotribune.com

**Silicon Valley Business Journal** He is trying to get fire victims paid. He has to find them first. *https://www.bizjournals.com/sanjose/news/2019/12/27/he-is-trying-to-get-fire-victims-paid-he-has-to.html*



## He is Trying to Get Fire Victims Paid. He Has to Find Them First. - The New York Times

PARADISE, Calif. — Unlike a typical holiday food giveaway, the ham, mashed potatoes and green beans packed in bags at Paradise Alliance Church came with a grim reminder of an even deeper need.

www.bizjournals.com

# EXHIBIT N

# The New York Times

## *He is Trying to Get Fire Victims Paid. He Has to Find Them First.*

With days left to seek damages from a giant utility, a team fans out in a hard-hit area to get the word to those eligible.



Karen Gowins at the site of her home in Paradise, Calif., destroyed last year in the Camp Fire. She has worked to help people file claims against Pacific Gas & Electric, which was blamed for the fire.Credit...Max Whittaker for The New York Times

**By Ivan Penn**

Dec. 26, 2019

PARADISE, Calif. — Unlike a typical holiday food giveaway, the ham, mashed potatoes and green beans packed in bags at Paradise Alliance Church came with a grim reminder of an even deeper need.

Next to the counter where hundreds picked up meals, a table had been set up by an envoy from United States Bankruptcy Court. His mission: to make sure residents had a chance to seek compensation from California's largest utility for wildfires like the one that laid waste to their town.

Victims have until Tuesday to submit claims against Pacific Gas & Electric, which filed for bankruptcy protection in January after amassing tens of billions of dollars in liabilities from years of wildfires. The court overseeing the case assigned Michael Kasolas, an accountant, to track down those eligible. But some are homeless and hard to find. Some have moved out of state. Some have struggled to submit the paperwork and have not known whom to call.

So Mr. Kasolas and a team working with him are racing to find as many as possible. A recent day's efforts included taping fliers to boxes at a neighborhood pizzeria, meeting with wildfire response agencies and working the food line at the church.

"Trying to find these people, especially those outside of California, is challenging," said Mr. Kasolas, president of Michael Kasolas & Company, a Bay Area accounting firm. "We're just trying to find everybody."



Fliers urging Camp Fire victims to file a claim against PG&E before the Dec. 31 deadline.Credit...Max Whittaker for The New York Times



Michael Kasolas, center, spread the word about the claims process at Paradise Alliance Church.Credit...Max Whittaker for The New York Times

That could mean thousands, even tens of thousands of people — many of whom have scattered across the country.

As daunting as it would be, a federal judge charged with estimating PG&E's total wildfire liability said that "someone should be going door to door" to get victims to file claims, after it was estimated in early October that little more than 30,000 people had submitted paperwork before the initial deadline that month.

The bankruptcy court gave victims more time as lawyers argued that there might be as many as 70,000 more victims who should file claims for their losses and suffering.

"All I'm saying is it would be a heartbreaking shame if even 10 percent of the eligible victims don't file claims for whatever reason," the judge, James Donato, said. "If we're talking about 50 percent not filing, that's — that's intolerable."

It has been just over a year since the Camp Fire, the most devastating wildfire in California history, destroyed the town of Paradise and killed 85 people. Investigators attributed the fire to an equipment failure on a 100-year-old tower owned by PG&E.

Signs of catastrophe endure: the towering pine trees with burns from top to bottom, the whirring of chain saws, the charred cars still firmly planted on roadsides, the barren lots where houses stood.

Though filing a claim might seem an obvious step for victims trying to rebuild a normal life, it hasn't been so easy. The emotional trauma has weighed as heavily as the property losses themselves.

Some have had difficulty staying focused enough to get the paperwork done.

Karen Gowins lost her home in the Paradise fire, along with family heirlooms. All that escaped destruction were six trees and her family's pontoon boat.

Ms. Gowins was chosen to be a victims' representative in the bankruptcy case, and she has been working with Mr. Kasolas to help people file claims.



Signs of the disaster endure around Paradise, including barren lots and burned trees.Credit...Max Whittaker for The New York Times

"Even answering the questions like 'What's your name?' is difficult for some," she said. "It's been draining. My heart is breaking for my community."

In November, the judge overseeing the bankruptcy case, Dennis Montali, made it Mr. Kasolas's job to find victims and help them file claims. He and his staff have mailed tens of thousands of fliers that have included information in English and Spanish. They have published advertisements in newspapers and on radio and television, and posted notices on Facebook and Instagram. They have opened a call center to provide information and assist with claims. And they have created a website for people filing on their own.

"We're doing all we can," Mr. Kasolas said. "I just don't have airplanes with banners, yet."

At stake is a pot of money worth $13.5 billion, a figure negotiated between PG&E and victims' representatives in the bankruptcy case. The settlement divides those funds among victims, their lawyers, and federal and state agencies that responded to the disaster.

The parties in the bankruptcy continue to spar over whether the money will be all in cash or half in cash and half in PG&E stock.

On the weeks long journey Mr. Kasolas was commissioned to undertake, he and his staff have directly encountered only a few victims who have not filed claims. But he cited other signs of headway: The team has received more than 700 phone calls, recently fielding 40 a day, along with thousands of visits to the website. Since the deadline was extended, he said, 4,370 fire-related claims have been filed.



Danielle Foreman, a college student, was hired to help spread the word about filing claims. She taped fliers to pizza boxes.Credit...Max Whittaker for The New York Times

"More often, it's someone who knows someone who hasn't filed a claim," said Danielle Foreman, a senior majoring in cellular and molecular biology at California State University, Chico, about 15 miles west of Paradise.

Ms. Foreman, 22, was hired by Mr. Kasolas to help spread the word about filing claims. She spent her day taping fliers to pizza boxes at Red Lion Pizza in Magalia, just north of Paradise, and handing out others to churches and agencies, hoping it would prompt even one more person to file a claim.

But time is short, and a bigger problem persists.

"We know there was significant post-fire displacement — people had to move away," said Steven Skikos, a lawyer appointed by the court to represent victims' interests. "But we don't know the specifics of who ended up where. That's a real problem."

An analyst at Chico State provided Mr. Kasolas with a map produced from United States Postal Service information showing that wildfire victims had moved to almost every state, with significant clusters in the Pacific Northwest, Arizona, Texas and Tennessee. But the map does not provide addresses.

For its part, PG&E said it had employed a broad campaign to ensure that wildfire victims received information about filing claims, including newspaper, magazine, radio, social media and digital advertisements. The utility sent emails to about four million customers and claim forms by mail to more than six million customers.

"We feel this is the most robust noticing effort in bankruptcy history, including outreach through national publications," Paul Moreno, a PG&E spokesman, said.

But sometimes the trouble with filing a claim is more a problem with the process.

Rosemary Peterson had traveled from Magalia for the food giveaway at Paradise Alliance Church when she saw the table with the information about filing a claim.

Ms. Peterson, 88, had tried to submit a claim online but struggled to complete it on her own. Although her home survived the Camp Fire, smoke damage required some restoration. The trees in her yard have died. And her friends and neighbors have scattered.



Rosemary Peterson was frustrated by the claims process until she got help at the church gathering. Credit...Max Whittaker for The New York Times

"There's nothing in front of me but dead trees," Ms. Peterson said.

Before her recent visit to the church, Ms. Peterson was about to give up on ever submitting a claim.

But she was greeted not only by the staff members celebrating Christmas with meals for those in need, but also by people wearing shirts commemorating last year's disaster with messages like "We Stand Together."

"I wouldn't have done it had I not been here," Ms. Peterson said. "I said, I'm going to need help with it. I started to work on it on the internet, but I wasn't able to do it."

The drive at the church on this day added her and one other victim to the claim applicants. Perhaps one small victory, but a victory nevertheless.

Dave Bruns, an associate pastor, said the church had been physically spared from the fire and had worked to help the community recover. While the church has long provided food during the Christmas season, this year the congregation doubled the effort to about 300 meals, while also providing information about filing claims. The goal is to help restore the town and its people's hope.

"We kind of shuffled our focus," Mr. Bruns said. "This is kind of a rallying point. The real purpose of the meal this year wasn't just to give people food. It was to invite people to feel normal again."

*Online – December 26, 2019*
*Print – December 28, 2019*

**The New York Times article was also carried in:**







The Register-Guard
(Eugene OR)

# San Francisco Chronicle

## PG&E fire victims must file claims by Dec. 31



J.D. Morris | Dec. 29, 2019

Victims of wildfires started by PG&E, including the 2018 Camp Fire, need to submit a form by Dec. 31 at 5 p.m. to get payment from the company as part of its bankruptcy case.
Photo: Josh Edelson / AFP / Getty Images 2018

Time is running out for people whose communities were burned in wildfires started by Pacific Gas and Electric Co. power lines to seek payment from the utility as part of its bankruptcy case.

Fire victims need to submit a form by 5 p.m. Tuesday asserting a claim against PG&E — even if they were already paid or are still seeking funds from their home insurer.

The deadline will determine who receives part of the billions of dollars PG&E will reserve for fire victims as it exits bankruptcy protection. The company intends to pay individual fire victims and some government agencies from a $13.5 billion trust, though a judge and state regulators must still approve a comprehensive bankruptcy exit plan.

People can file claims against PG&E for many reasons, including damage to or destruction of property, loss of belongings, personal injury or wrongful death, business interruption, lost wages, emotional distress and more. More information and a way to file claims online is available at officialfireclaims.com — a website established by a court-appointed representative.

Michael Kasolas, a certified public accountant, was named by U.S. Bankruptcy Judge Dennis Montali to help solicit more claims a few months ago. Victims originally had until Oct. 21 to file claims, but attorneys persuaded Montali to extend it until Dec. 31.

Since the extension, Kasolas and his team have gone to great lengths to alert fire victims about the new deadline. In Butte County, where PG&E equipment started the 2018 Camp Fire, the efforts even included taping notes onto pizza boxes, the New York Times reported.

By the original October deadline, about 72,000 fire-related claims had been filed against PG&E, the company said. Since then, about 4,400 new fire claims have been filed, according to Kasolas.
"We've been just pushing out as much information as we can," he said. "We're getting good traction, too, so we're happy about that."

The Dec. 31 deadline applies to claims that arose before PG&E's bankruptcy filing in January. It includes the 2018 Camp Fire, 2017 Wine Country wildfires and the 2015 Butte Fire. Fire victims can submit forms online, through the mail or at one of six PG&E claim service centers in Chico, Marysville, Oroville, Redding, Napa and Santa Rosa during weekday business hours.

PG&E said in a statement about the impending deadline this month that the company "remains focused on ensuring fire victims and creditors are compensated fairly and expeditiously through the Chapter 11 process." PG&E must first receive court approval of its bankruptcy exit plan before any payments are made, the statement said.

Michael Zuccolillo, the vice mayor of Paradise — which was almost entirely destroyed by the Camp Fire — said Butte County has been "bombarded" with messages spreading awareness about the claims deadline. Representatives have conducted "plenty of outreach," but some people have chosen not to pursue payment from PG&E, he said.

"You have a lot of people who left. They sold their homes, they got money and they took off. I think it's an emotional thing," Zuccolillo said. "They're done and they've been made whole in their minds and they're fine."

Zuccolillo lost his home in the Camp Fire and has filed a claim against PG&E. He is rebuilding his home and staying in Paradise as the community recovers.

"We get to shape history right now," he said. "There's a lot of things we don't have answers to yet, but we're finding them."

Holmes Associates Final Report 1/3/2020    Case: 19-30088    Doc# 5432    Filed: 01/21/20    Entered: 01/21/20 17:22:39    Page 135 of 166

35

The deadline was originally set in October but was extended to Dec. 31 after lawyers convinced U.S. Bankruptcy Judge Dennis Montali there was genuine concern the most vulnerable among the tens of thousands of people hit by fires were the most likely to have not yet filed a claim.

U.S. District Court Judge James Donato, who is overseeing the process for estimating the value of claims against the utility, said during an October hearing that it would be "heartbreaking" if even 10% of eligible wildfire victims weren't counted among those to be compensated by PG&E.

The money being allocated through PG&E's bankruptcy can be a crucial part of recovery for people, said San Francisco- based bankruptcy trustee Michael Kasolas.

After the deadline was extended, Montali appointed Kasolas to lead a team running an aggressive public awareness campaign, an unusual if not unprecedented step in a corporate bankruptcy case.

They have sent out thousands of mailers, emails and text messages to wildfire survivors and made announcements at football games and church events. They worked with a Paradise pizza parlor that alerted Butte County residents to the claim process by including fliers in pizza delivery boxes.

"Our goal has been to try and find those who don't know about filing a claim — and those primarily are people that have been displaced and that are traumatized," Kasolas said.

The $13.5 billion settlement amount was reached through negotiations between court-appointed representatives for wildfire victims and PG&E. Judge Montali approved the deal earlier this month, but specific plans for how the money will be distributed will be developed later and after all claims are filed.

Lawyers are still battling in closed-door negotiations over how much of the money will go to government agencies, including the Federal Emergency Management Agency, the state Office of Emergency Services and Cal Fire, which collectively have requested about $4.5 billion — about one third of the $13.5 billion set aside to settle all remaining claims.

PG&E has already agreed to pay local governments $1 billion and insurance companies $11 billion.

The judge must also approve other elements of PG&E's overall plan to exit bankruptcy, and the utility is pushing to do so before a June 30 deadline.

There's still time to get the claim form in, either online or by visiting one of several claim assistance centers in Northern California, including one at 111 Stony Circle in Santa Rosa and another at 1850 Soscol Ave., Suite 105, in Napa.

Applicants do not need to know the precise dollar value of their claim.

"We're going to keep pushing people to file until 5 o'clock," Kasolas said.

**This story was also carried in:**

# Sonoma
# Index-Tribune



**Associated Press**

# California fire victims face deadline on filing claims

DAISY NGUYEN | December 31, 2019



FILE - This Nov. 15, 2018, aerial file photo shows the remains of residences leveled by the Camp wildfire in Paradise, Calif. People who lost family members, homes and businesses in California wildfires had a Tuesday, Dec. 31, 2019, deadline to seek compensation from the nation's largest utility as part of its bankruptcy case. The deadline involved claims to receive part of the $13.5 billion Pacific Gas-&amp; Electric will pay for losses from deadly wildfires in Northern California in 2017 and 2018. (AP Photo/Noah Berger, File)

SAN FRANCISCO (AP) — People who lost family members, homes and businesses in California wildfires had a Tuesday deadline to seek compensation from the nation's largest utility as part of its bankruptcy case.

The deadline involved claims to receive part of the $13.5 billion Pacific Gas & Electric will pay for losses from deadly wildfires in Northern California in 2017 and 2018.

In November, PG&E agreed to extend the deadline by two months after lawyers raised concern that tens of thousands of victims had not filed claims for their losses and suffering. They said many wildfire survivors — still traumatized and struggling to get back on their feet — weren't aware of their right to file a claim.

About 72,000 fire-related claims were filed by the initial deadline in October, according to PG&E. Since then, a certified public accountant who was appointed by the bankruptcy court to find more victims said more than 4,000 new claims have been filed.

PG&E said it mailed notices and claim forms to more than 67,000 individuals, bought advertisements, put the word out online and opened six service centers to help people file claims by 5 p.m. Tuesday.

Kasolas said he and a team working with him passed out 16,000 fliers and sent text messages and emails. They also tried to reach out to victims on social media and attended community events such as high school football games and church gatherings.

He said people can file claims against PG&E for many reasons, including damage to property, loss of belongings, personal injury or wrongful death, business interruption, lost wages, emotional distress and more.

Information and a way to file claims online is available at officialfireclaims.com or by calling a hotline Kasolas and his team set up: 1-888-909-0100.

The deadline also motivated a nonprofit group to spread the word to wildfire victims that they can donate all or a portion of their settlement money to help others still struggling to recover.

David Levy, whose retreat center was destroyed by a wildfire in California's wine country in 2017, helped launch the Rise and Regenerate Fund when it became apparent to him that some people were reluctant to seek payments because they think there are others in greater need of support.

The fund is partnered with Goodnation, which connects donors to vetted organizations that are most effective at serving those in need.

Levy said he plans to donate 20 percent of his settlement payout to a Sonoma County center focused on helping wildfire victims overcome psychological trauma.

"People are also trying to rebuild emotionally, and one way to feel better is to help other people," he said.

**The AP story was picked up by:**



The New York Times    The Washington Post    U.S. News & World Report    The Seattle Times

MYNorthwest    the Napa Valley Register    CBS SF Bay Area

# ENTERPRISE-RECORD

## PG&E claims deadline a week away
### Still time to claim fire losses

By **CAMILLE VON KAENEL** | cvonkaenel@chicoer.com | Chico Enterprise-Record

December 24, 2019 at 1:00 am

There is one week left for people who've lost something in fires caused by Pacific Gas and Electric Corp. to file a claim.

The judge handling the utility's bankruptcy extended the deadline for people to file claims to Dec. 31 at 5 p.m. because he thought that tens of thousands of people who were eligible hadn't yet filed. He's signed off on a settlement agreement proposed by PG&E that would provide $13.5 billion in cash and stock to fire victims.

The past few weeks have seen a flurry of activity from lawyers and advocates to try and reach people falling through the cracks, including people who are still struggling to find a home to live in and people who are traumatized and are having difficulty with all the tasks associated with recovery. The judge appointed a claims representative, Michael Kasolas, to lead an outreach initiative on behalf of the court, in addition to outreach efforts by PG&E and by private lawyers.

"The main thrust is to get the word out to people that you have this opportunity to file this claim," Kasolas said. "Analyze what you've done and if you have or haven't filed a claim, see if you can file or if you can amend your claim."

He said he's encountered some misunderstandings about the claim process. For example, property owners aren't the only ones eligible for a claim; renters can file a claim, too. People can file a claim if they suffered damage to homes, structures, trees or landscaping; loss of personal property; personal injury or wrongful death; business loss or interruption; lost wages or earning capacity; evacuation, displacement and relocation expenses; loss of community and relocation expenses; agricultural loss; emotional distress; or other loss or damage.

Another misunderstanding, Kasolas said, is that some people think they can't file a claim with PG&E if they are still hammering out their insurance claim. He said people can file a claim now for an unknown amount and amend it later when they know how much they need to be made whole.

Kasolas and his team have set up a website, officialfireclaims.com, to walk people through the process and answer frequently-asked questions. There's an information line with Spanish and English speakers at 1-888-909-0100. They've also mailed out information to 40,000 addresses, including those linked to displaced fire survivors and distributed 16,000 flyers. The flyers have even appeared on pizza boxes in Magalia.
"We're tying to fill in all the gaps," he said.

People can file with an attorney — who usually will require a fee — or without. There are 11 questions to answer and it usually takes around 30 minutes. People can file a claim online at pgewildfireinfo.com. People can also file a claim at a PG&E service center. Those include the centers at 350 Salem St., Chico; 231 "D" St., Marysville; and 1567 Huntoon St., Oroville.



## THE PRESS DEMOCRAT

## Wildfire victims have until 5 p.m. Dec. 31 to file claims against PG&E

**JULIE JOHNSON**
THE PRESS DEMOCRAT, SANTA ROSA

December 30, 2019

Wildfire victims have until 5 p.m. Tuesday to file claims to be compensated by PG&E for losses stemming from major utility-sparked fires over the past four years.

PG&E has promised $13.5 billion to be split among individual fire victims and government agencies to settle billions of dollars in claims against the company for its role in causing devastating wildfires over the past several years. The deal reached in U.S. Bankruptcy Court will likely sidestep the need for lawsuits seeking damages from the company for its role causing the fires.

But people must fill out a three-page form by 5 p.m. Tuesday in order to qualify.

"It is definitely worth it to file a claim," said Steve Skikos, a lawyer appointed to represent fire victims in bankruptcy court.

People can seek compensation for a wide range of losses, including destroyed and damaged property, wrongful death, business losses, lost wages, emotional toll, physical injuries and evacuation costs. The claims cover the 2017 wildfires in the North Bay and other parts of Northern California, the 2018 Camp fire and the 2015 Butte fire in Butte County.

### How to File a Claim

Wildfire victims can file a proof of claim against PG&E for losses from the 2017 Northern California wildfires, the 2018 Camp fire and the 2015 Butte fire online or through the mail. Instructions and a simple online form are available at https://www.officialfireclaims.com.

A hotline has been set up to answer questions about the PG&E claim process at (888) 909-0100

The deadline for filing a claim is 5 p.m. Tuesday, Dec. 31.

Kincade fire claims are not part of the bankruptcy process.

Some attorneys representing wildfire victims in bankruptcy proceedings have estimated there are roughly 100,000 individuals who sustained such losses and are eligible to file claims against PG&E.

More than 73,000 individual claims have so far been filed as of Dec. 19, the most recent figure available in court filings.

# EXHIBIT O

# SAMPLE FACEBOOK GROUPS POSTS

**Chico Needs**
🔒 Private group

About

**Discussion**

Members

Events

Videos

Photos

Files

Recommendations

Watch Party



Joined ▾ ✓ Notifications → Share ••• More

29,709 members ~ 4 sample posts

---

**Jan Fambro**
📣 Conversation Starter · December 30, 2019 at 12:51 PM
FIND a FRIEND who has not filed a fire claim with PG&E's bankruptcy case. DEADLINE Dec 31 at 5pm PST officialfireclaims.com



**Find a Friend**
in the next 2 days ...
**Who Has Not Filed a Claim with PG&E**
Deadline: December 31 at 5pm PST
OfficialFireClaims.com

---

**Jan Fambro**
📣 Conversation Starter · December 27, 2019 at 10:15 AM
FILE YOUR CLAIM TONIGHT onsite at the Paradise Alliance Church Community Dinner and Comedy Show. Staff will be there to help you from 4:30 to 6:30! Don't miss out on the money. If you've already filed, bring a friend who hasn't. www.officialfireclaims.com

**4 DAYS LEFT**
**Comedy Night**
FEATURING BOB SMILEY

**FREE**
Fri. December 27
Dinner 5:30pm
Comedy 7:00pm
Paradise Alliance Church
6491 Clark Rd

---

**Jan Fambro** shared a link.
📣 Conversation Starter · December 18, 2019 at 1:35 PM
11 days left to get a fire claim in to PG&E! The clock is ticking. Don't let anyone you know miss out. At 5:01pm PST on Dec. 31 it will be too late to get money from PG&E. We've had Mike Kasolas, the Outreach Team Leader on a couple radio stations talking about the program. Here's this morning's KPAY interview https://kpay.com/podcasts/morning-show


KPAY.COM
**Morning Show - Newstalk 93.9 KPAY**
Morning Show - KPAY-FM is a radio station located in Chico, CA, in the United States. 530-345-0021 The station broadcasts on 93.9 FM, and is popularly known as News-talk 93.9 KPAY The

---

**Jan Fambro**
📣 Conversation Starter · December 12, 2019 at 1:11 PM
We've updated the PG&E Fire Claims flyer to include the addresses of the 6 service centers that will help you complete a claim + four of the most frequently asked questions. If you haven't filed a claim with PG&E's bankruptcy case, or if you know someone who hasn't, FILE TODAY and tell them to FILE TODAY. If your claim form isn't in it won't matter what happens with last week's settlement decision, you won't get any money without a claim form. www.officialfireclaims.com or 888-909-0100




---





California Wildfires
@CaliforniaWildfires

Home

About

29,520 likes ~ 1 sample post w/shares and comments



California Wildfires
November 26, 2019 · 🌐

**Official Notice from Court-Appointed Claims Representative**

# Fire Claims in PG&E Bankruptcy
*Deadline Extended to December 31, 2019*

**Renters, Occupants, Property Owners, Businesses and Anyone Impacted by the Northern California Fires Before January 29, 2019**

You can file a claim for losses, including but not lin

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses

- Loss of community
- Loss of essential servic
- Loss of wages or earni capacity
- Other damages

### Act Now Before Time Runs Out:

   

Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your clair you may re from th bankrupt

## Claims must be filed by 5 p.m on December 31, 2019

**Need Free Help Filing a Claim?**
**1-888-909-0100    www.OfficialFire**

 8

3 Con

👍 Like          💬 Comment          ↗ Share          ⊗ ▾

Most Relevant ▾

Write a comment...                    😊 📷 🎞 👍

Jan Fambro The PG&E Bankruptcy court is looking for everyone who has not already filed a claim with the Case. If you haven't filed a claim, do it before December 31, 2019 at 5p PST. You deserve the money and PG&E has the money to pay you. No lawyers are needed, it doesn't cost any money to file; and information/help is available at officialfireclaims.com or 888-909-0100. Share this with everyone you know who is a survivor.



Like · Reply · 6w

Cindy McNamara Good job! Now come on people fill the claims and get what's yours!!

Like · Reply · 6w          👍 1







**Jan Fambro ▶ Chico Needs**
December 16, 2019 at 1:34 PM

15 days remain before the deadline to file your claim with the PG&E bankruptcy court. Dec. 31 at 5pm PST. If you know of someone, please, please tell them to file. Help is available thru wwwOfficialFireClaims.com, 888-909-0100 or the 6 service centers where you can walk in and file a claim. Print ads started over the weekend and will run through the 25th. More the 30 daily and weekly papers will be carrying this ad. Radio and television will start in the next day or two. Reach out and tell someone!

**Fire Claims in PG&E Bankruptcy**
*Deadline Extended to December 31, 2019*

**Renters, Occupants, Property Owners, Businesses and Anyone Impacted by the Northern California Fires Before January 29, 2019**

You can file a claim for losses, including but not limited to:

- Loss of personal property
- Pain and suffering
- Emotional and mental distress
- Evacuation, displacement, and relocation expenses
- Loss of community
- Loss of essential services
- Loss of wages or earning capacity
- Other damages

**Things you should know:**

- PG&E is not broke.
- You are eligible to file even if you:
  - Didn't own a home/property
  - Had no insurance coverage
  - Don't know amount of losses
  - Were underinsured
- Claims process is simple (takes less than 15 minutes for Fire Claim)

**Act Now Before Time Runs Out:**

Have questions? Call or visit website for info and free assistance.

Fill out a Proof of Claim Form.

If your claim is allowed, you may receive money from the PG&E bankruptcy estate.

**Claims must be filed by 5 p.m. PT on December 31, 2019**

**Need Free Help Filing a Claim?**
**1-888-909-0100**
**www.OfficialFireClaims.com**

 **Diamond Aly** is 🔵 looking for recommendations.
November 22, 2019

I live in upper oregon now. And I need to know where I can get a LOPE letter.



Looking for
# Recommendations

**1 person** recommended 1 place

Jan Fambro
Carole L. Parsley
Jessie Evans
Vina Marie Davis
Julie Carlson

12 Comments

 Jean, Barb and 50 other friends have asked for recommendations. You can too.

Like   Reply   6w

 **Jan Fambro** 💀 Diamond Aly Before you moved to Oregon, did you file a claim against PG&E? If you haven't, you should! 11 questions, no lawyer needed, you can file online. Link is on officialfireclaims.com



Like : Reply   6w

 **Alisa Corstorphine** ▸ Rebuilding Hope: Campfire Recovery Resources
December 31, 2019 at 12:25 AM · 🌐



👍 14                                     38 Comments  1 Share

 **Jan Fambro** Important note on filing ... Today/Sunday, you can only file a claim ONLINE or IN PERSON. A postmark by 12-31 WILL NOT count. There is a help page here: https://www.officialfireclaims.com/how-to-file-a-claim/ 5pm PST it's all over.



Like · 1w                                   👍 2

 **Helen Sedwick** Yes, it's too late to mail in the form. Submit it online or drop it off at one the the PG&E offices listed on the link in Jan Fambro's comment.

Like · 1w                                                    👍 3



**Jan Fambro** ▶ **#CampFire**
December 23, 2019 at 2:52 PM · 🌐

Haven't filed a PG&E fire claim yet? Are you going to the Paradise Alliance Church Community Dinner & Comedy Friday night? (It's free.) File your claim right there before dinner. It won't take more than 10 minutes and two very helpful staff people will be there to help you. It's easy. As of today, only 8 DAYS REMAIN. www.OfficialFireClaims.com or 888-909-0100



**Comedy Night**
FEATURING BOB SMILEY

**FREE**
Fri. December 27
Dinner 5:30pm
Comedy 7:00pm
Paradise Alliance Church
6491 Clark Rd.

👍 1

2 Shares

👍 Like        💬 Comment        ↪ Share

# EXHIBIT P

📞 1-888-909-0100    ✉ info@officialfireclaims.com     f 🐦 ⬤

About Us    **Homepage**    Frequently Asked Questions    How To File a Claim    Contact    ▦   ▌▐

# Fire Claims in PG&E Bankruptcy

*If you are represented by counsel, please contact them instead of using this site.*

## Fire Claims Deadline Passed as of December 31, 2019 at 5PM PST

FILE CLAIM NOW

DOWNLOAD CLAIM FORM

If you were impacted by the Northern California fires before January 29, 2019 – **property owners, renters, occupants, businesses and others** – you may have a Fire Claim against PG&E and must file your Fire Claim on or before 5:00 PM Pacific Standard Time on December 31, 2019 to be eligible to receive money from the PG&E bankruptcy.

You can file a Fire Claim for any losses or damages, including but not limited to:

- Damage to home or structures
- Damage to trees or landscaping
- Loss of personal property
- Personal injury or wrongful death
- Business loss or interruption
- Lost wages or earning capacity
- Evacuation, displacement, and relocation expenses
- Loss of community and essential services
- Agricultural loss
- Emotional distress (loss of society and support, loss of consortium, pain and suffering, annoyance and discomfort)
- Other loss or damage

The Proof of Claim (Fire Claim Related) form is simple and should take less than 30 minutes to complete, but if you need help you can:

- Read **Frequently Asked Questions** and **How to File a Claim**
- Call 1-888-909-0100 for live assistance
- E-mail questions to info@officialfireclaims.com

You can file in person at one of the PG&E's Claim Service Centers located at the following PG&E locations (through the Bar Date (December 31, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Pacific Time):

(i) 350 Salem Street, Chico, CA 95928;
(ii) 231 "D" Street, Marysville, CA 95901;
(iii) 1567 Huntoon Street, Oroville, CA 95965;
(iv) 3600 Meadow View Road, Redding, CA 96002;
(v) 111 Stony Circle, Santa Rosa, CA 95401;
(vi) 1850 Soscol Ave. Ste 105, Napa, CA 94559

This website is being hosted by Michael Kasolas, the Fire Claims Representative, appointed by The US Bankruptcy Court Judge who is overseeing PG&E's bankruptcy. This website and associated outreach is intended to educate and assist victims who need to file claims against PG&E. The information provided on this website does not, and is not intended to, constitute legal advice; instead, all information, content, and materials available on this site are for general informational purposes only. Readers of this website should contact their attorney to obtain advice with respect to any particular legal matter. No reader, user, or browser of this site should act or refrain from acting on the basis of information on this site without first seeking legal advice from counsel. Only your individual attorney can provide assurances that the information contained herein - and your interpretation of it - is applicable or appropriate to your particular situation. All liability with respect to actions taken or not taken based on the contents of this site are hereby expressly disclaimed.



📞 1-888-909-0100     ✉ info@officialfireclaims.com          f  🐦  📷

About Us    Homepage    Frequently Asked Questions    How To File a Claim    Contact    📧   📑

# About Us



Welcome! This website is being hosted by Michael G. Kasolas who has been appointed by the United States Bankruptcy Court to serve as a special claims representative for the benefit of Fire Claimants who have not yet filed a claim in PG&E's bankruptcy. As the Fire Claims Representative, Michael is heading the effort to locate potential Fire Claimants and provide them with information and resources that will help them in the process of filing a claim.

Michael is a Certified Public Accountant in the San Francisco Bay Area where he specializes in asset and claim administration for bankruptcy estates and in civil litigation matters.

If you were affected by the Northern California Wildfires in previous years, we encourage you to file a Fire Claim. Filing a claim is easy, free, does not require that you hire an attorney, and it takes less than 15 minutes. If you don't know the value of your damages at this time, don't worry! You can work that out at a later date.

We have created this website to help you in the process of filing a Fire Claim. If you need more information, please see our answers to frequently asked questions or give us a call at 1-888-909-0100. If you're ready to file a Fire Claim, we hope that you find our instructions on how to file a Fire Claim useful along the way!

2019 © BMC Group Inc.                                                                                                    f  🐦  📷

Case: 19-30088    Doc# 5432    Filed: 01/21/20    Entered: 01/21/20 17:22:39    Page 150
of 166

☏ 1-888-909-0100    @ info@officialfireclaims.com    f  ✆  ⊙

About Us     Homepage     Frequently Asked Questions     How To File a Claim     Contact     ▦     ▐▌

# Frequently Asked Questions

**What is a Fire Claim?**

A Fire Claim includes any right to payment or reimbursement from PG&E[1] for losses or damages arising from fires that occurred in prior to January 29, 2019.

Fires by Category and County
Camp Fire (2018): Butte County
North Bay Fires (2017): Butte County, Calaveras County, Humboldt County, Lake County, Mendocino County, Napa County, Nevada County, Solano County, Sonoma County, Yuba County
Ghost Ship Fire (2016): Alameda County
Butte Fire (2015): Amador and Calaveras County

Fires by Name (Not Exhaustive)
37, Adobe, Atlas, Blue, Butte, Camp, Cascade, Cherokee, Ghost Ship, Honey, La Porte, Lobo, Maacama, McCourtney, Norrbom, Nuns, Partrick, Pocket, Point, Pressley, Pythian (a.k.a. Oakmont), Redwood, Sullivan, Sulphur, and Tubbs.

If you do not see the fire that is the basis of your claim in the list above, but still believe that you have a claim, you can check "other" and provide the date and description when you fill out your Fire Claim form.

[1] PG&E Corporation or Pacific Gas and Electric Company (collectively, PG&E), Debtors in United States Bankruptcy Court, Northern District of California, Case No. 19-30088-DM (Lead Case).

**What types of losses can be claimed?**

You can file a Fire Claim for any losses, damages or injury resulting from the Northern California fires that occurred before January 29, 2019. Examples include, but are not limited to:

- Damage to home or structures
- Damage to trees or landscaping
- Loss of personal property
- Personal injury or wrongful death
- Business loss or interruption
- Lost wages or earning capacity
- Evacuation, displacement, and relocation expenses
- Loss of community and essential services
- Agricultural loss
- Emotional distress (loss of society and support, loss of consortium, pain and suffering, annoyance and discomfort)
- Other loss or damage

**What will it cost to file a Fire Claim?**

There is no fee to file a Fire Claim with the Bankruptcy Court-appointed Claims Agent.

**Who is eligible to file a fire claim?**

Any person or entity who believes money is owed to them by PG&E for loss or injury resulting from the Northern California fires before January 29, 2019. This includes property owners, renters, occupants, businesses and others.

**Can renters file Fire Claims?**

Yes, renters can file Fire Claims.

**Can I file a Fire Claim if I did not have any insurance?**

Yes, you can file a Fire Claim for any of your losses or damages.

**My home survived. Do I still have a Fire Claim?**

Maybe. Fire Claims are not limited to home loss and you may have a Fire Claim for other losses or damages.

**How much work is involved in submitting a Fire Claim?**

There are only 11 questions on the Fire Claim form. Most Fire Claim forms can be completed in under 30 minutes.

**Do I have to hire an attorney?**

No. You may file a Fire Claim without an attorney. If you wish to consult an attorney, you may do so. If you choose to hire an attorney you may incur a fee according to agreed upon terms. Attorneys representing fire claimants typically recover fees on a contingency basis (i.e., as a percentage of the amount recovered on your claim).

**Who will see my personal data?**

All of the information you provide on the filed Fire Claim form will be accessible by the general public. If you would like to limit disclosure of your personal data, you should consult with your own attorney.

**How/Where do I file a Fire Claim?**

The Bankruptcy Court has approved a special Proof of Claim (Fire Claim Related) form.

You may complete and submit your Fire Claim online or

you can download and print the Fire Claim form, complete and mail as instructed on the form, or

you can also file in person at one of the PG&E's Claim Service Centers located at the following PG&E locations (through the Bar Date (December 31, 2019) during the hours of 8:30 a.m. – 5:00 p.m. Pacific Time):

(i) 350 Salem Street, Chico, CA 95928;
(ii) 231 "D" Street, Marysville, CA 95901;
(iii) 1567 Huntoon Street, Oroville, CA 95965;
(iv) 3600 Meadow View Road, Redding, CA 96002;
(v) 111 Stony Circle, Santa Rosa, CA 95401;
(vi) 1850 Soscol Ave. Ste 105, Napa, CA 94559

**What is the deadline to file Fire Claims?**

Fire Claims must be **received** by the Bankruptcy Court-appointed Claims Agent on or before 5PM Pacific Time on December 31, 2019.

**What will happen if I don't file a Fire Claim by December 31, 2019 at 5:00 p.m. PST?**

If you do not file your Fire Claim by 5:00 p.m. PST on December 31, 2019, you may not receive money from the PG&E bankruptcy estate. If you miss the deadline to file a Fire Claim you should contact an attorney to discuss your options.

**How do I know if my Fire Claim form was properly filed?**

If you submit your Fire Claim electronically, you will receive an email receipt. If you mail your Fire Claim and would like to receive a file-stamped copy for your records, then you must include a copy of

Case: 19-30088    Doc# 5432    Filed: 01/21/20    Entered: 01/21/20 17:22:39    Page 151 of 166

**What if I already received money from my insurance company? Can I still file a Fire Claim?**

Yes, if you have losses or damages that were not covered by insurance you may file a Fire Claim.

**What if I signed onto a class action or other lawsuit? Can I still file a Fire Claim?**

Yes.

**Can I submit a Fire Claim if I do not know the value of my losses or damages?**

Yes. Many people do not know the full extent of their losses or damages. The most important thing is for you to file a Fire Claim before the December 31, 2019, 5:00 p.m. PST deadline. If you do not have a value for your losses or damages, you can estimate an amount or put "unknown." You may amend your Fire Claim later.

**What if I already filed a claim with the Wildfire Assistance Program (WAP)?**

Even if you have already filed a claim with WAP, you can still file a claim in the PG&E Bankruptcy. WAP is separate from the PG&E Bankruptcy cases.

your Fire Claim in a self-addressed, postage-paid envelope.

**How can I check if my claim is on file?**

You can check if your claim is on file by searching for your name or claim number in the claims register.

**How will I receive updates on the status of my Fire Claim?**

There is typically no individual communication with claimants (individuals or entities that filed a claim) unless there is a claim objection or until distributions commence.

**How long before we see any money?**

It is not possible to predict at this time.

FILE CLAIM NOW

2019 © BMC Group Inc.

📞 1-888-909-0100    @ info@officialfireclaims.com    f 🐦 ⊙

About Us    Homepage    Frequently Asked Questions    **How To File a Claim**    Contact    ▦   ▐▌

# How To File a Claim

We highly suggest reading the instructions below before attempting to file a claim. If you have any questions about these instructions, you can call 1-888-909-0100 to speak with a representative.

Online at https://restructuring.primeclerk.com/pge/EPOC-Index here is what you will see. Click on File a Claim Electronically. This will take you to the online claim entry form.



Type your Name and Email address and the text shown in the image



Next you will see a "terms of use" agreement that requires you to click your agreement in order to continue with an online claim.



You should read through it and if you agree, check the box and click agree.

Case: 19-30088    Doc# 5432    Filed: 01/21/20    Entered: 01/21/20 17:22:39    Page 153 of 166



After you accept the terms of use, you'll see a list of forms available. Click on the link that says, **"Fire Claimant Proof of Claim Form."**



The online form will appear. You will type in your information and click buttons highlighted in yellow on the form. You'll see that you have to click "Next" several times throughout the form when the questions are not applicable. If you want to skip ahead to see the rest of the form, or if you want to go back to make changes, you can use the arrow up or arrow down buttons found at the bottom of the screen.



**Filling out the Fire Claimant Proof of Claim Form (either online or downloaded version).**

Part 1: Identify the Claim

1 **Who is the current creditor?**

You are the creditor for your claim. If the claim includes loss to property owned by an entity or held in a trust, the entity or trust is also a creditor. For a minor child, fill in only the child's initials and the full name of the child's parent or guardian (for example, write: A.B., minor child (John Doe, parent).

2 **Has this claim been acquired from someone else?**

Check "No" unless you bought the claim from someone else. If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.

3 **Are you filing this claim on behalf of your family?**

You can file one claim form on behalf of your family or, each family member can file a separate individual claim form. A family is a group of two or more people related by birth, marriage, domestic partnership, or adoption and residing together. All such people are considered as members of one family. If filing on behalf of your family, name yourself as the current creditor under Question 1, and list each family member who is also a claimant under Question 3. For a minor child, fill in only the child's initials and the full name of the child's parent or guardian (for example, write: A.B., minor child (John Doe, parent).

4 **Where should notices and payments to the creditor be sent?**

If you are not using an attorney, fill in your own contact information on the left side (notices). Payment address info on the right side only needs to be filled in if different. You'll have to click "next" several times as the form advances left to right.

5 **Does this claim amend one already filed?**

Check "Yes" if you are amending an earlier claim you submitted in the PG&E bankruptcy.

6 **Do you know if anyone else has filed a proof of claim for this claim?**

This is a simple "Yes" or "No." **Part 2: Give Information About the Claim as of the Date this Claim Form is Filed**

7 **What fire is the basis of your claim?**

Check all appropriate boxes



Note below the year and counties affected by the fires named above:

Camp Fire (2018): Butte County

North Bay Fires (2017): Butte County, Calaveras County, Humboldt County, Lake County, Mendocino County, Napa County, Nevada County, Solano County, Sonoma County, Yuba County

Ghost Ship Fire (2016): Alameda County

Butte Fire (2015): Amador and Calaveras County

If you do not see the fire that is the basis of your claim in the list above, but still believe that you have a claim, please check "other" and provide the date and description.

Case: 19-30088    Doc# 5432    Filed: 01/21/20    Entered: 01/21/20 17:22:39    Page 154 of 166

**8  What are the loss locations(s) where you and/or your family suffered harm?**

List all locations of loss by address (property damaged address, address where personal injury occurred, point of evacuation). If you suffered property damage, then provide the street address of each real property parcel where you suffered damage. If you were personally evacuated as the result of a fire, then provide the address or intersection closest to where you encountered the fire and began evacuation. If you suffered property damage and were evacuated from a different location, include both. If you were a renter, provide the address of your residence.

**9  How were you and/or your family harmed?**

Check all that apply.

**10  What damages are you and/or your family claiming/seeking?**

Check all that apply.

**11  How much is the claim?**

A claim amount *is not required* at this time.  You may check "Unknown/to be determined at a later time"

Part 3: Sign Below (The person completing this proof of claim must sign and date it.)If you are completing the form for yourself and/or your family, check "I am the creditor."Sign by selecting keyboard icon to type your signature or the pen icon to draw your signature on the signature line. Click Apply, then click "Click to Sign."



Below your signature you will be asked to print your name and contact information.

After signing, you will see "Attach Supporting Documentation." You are **not required** to attach supporting documentation at this time.  If you are not submitting supporting documentation, check "I do not have supporting documentation.



Click to Attach Attachment

PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.

You'll receive an Email confirmation once you submit.

The fastest way to file a claim is online. However, you may choose to print and fill out the form for mail-in delivery instead. If you choose this method, you can download the form here.



FILE CLAIM NOW

2019 © BMC Group Inc.

Case: 19-30088    Doc# 5432    Filed: 01/21/20    Entered: 01/21/20 17:22:39    Page 155 of 166



📞 1-888-909-0100      ✉ info@officialfireclaims.com      f  𝕏  ⊙

About Us    Homepage    Frequently Asked Questions    How To File a Claim    Contact

# 888-909-0100

# OR

# SEND US A MESSAGE

(Name*)         (Email*)         (Phone)

(Message)

SUBMIT NOW

2019 © BMC Group Inc.                                              f 𝕏 ⊙

Case: 19-30088    Doc# 5432    Filed: 01/21/20    Entered: 01/21/20 17:22:39    Page 156 of 166

📞 1-888-909-0100    ✉ info@officialfireclaims.com    f 🐦 📷

Quiénes somos    **Inicio**    Preguntas frecuentes    Cómo presentar una reclamación    Contacto 🏳 ▐▐

# Reclamaciones por incendios en la quiebra de PG&E

## te de reclamos de incendio termino hoy 31 de diciembre de 2019 a las 5 PM horario del pacifico

### PRESENTAR UNA RECLAMACION AHORA

### DESCARGAR FORMULARIO DE RECLAMACIÓN

Si usted se vio afectado por los incendios que se produjeron en el norte de California antes del 29 de enero de 2019 (**propietarios de inmuebles, inquilinos, ocupantes, negocios y otros**), es posible que tenga una Reclamación por incendio contra PG&E y debe presentar su Reclamación por incendio antes de las 5:00 p. m., hora estándar del Pacífico, del 31 de diciembre de 2019 para poder recibir una suma de dinero en el marco de la quiebra de PG&E.

Puede presentar una Reclamación por incendio, por pérdidas o daños, como por ejemplo:

- Daños a hogares o a estructuras
- Daños a árboles o paisajes
- Pérdida de bienes muebles
- Lesiones personales o muerte por negligencia
- Pérdida o interrupción de los negocios
- Lucro cesante o pérdida de la capacidad de obtener ganancias
- Gastos de evacuación, desplazamiento y reubicación
- Pérdida de servicios comunitarios y esenciales
- Pérdidas agrícolas
- Angustia emocional (pérdida de afecto y contención, pérdida conyugal, daño moral, molestia e incomodidad)
- Otras pérdidas o daños

El Formulario de evidencia de reclamación (relacionado con reclamaciones por incendios) es sencillo y toma menos de 30 minutos completarlo, pero si necesita ayuda, puede:

- Lea **Preguntas frecuentes** y **Cómo presentar una reclamación**
- Llame al 1-888-909-0100 si desea ayuda en tiempo real
- Envíe sus consultas por correo electrónico a la siguiente dirección info@officialfireclaims.com

**Presentarlo en persona en unos de los Centros de Servicio para Reclamaciones de PG&E ubicados en las siguientes oficinas de PG&E:**

**(i) 350 Salem Street, Chico, CA 95928;**
**(ii) 231 "D" Street, Marysville, CA 95901;**
**(iii) 1567 Huntoon Street, Oroville, CA 95965;**
**(iv) 3600 Meadow View Road, Redding, CA 96002;**
**(v) 111 Stony Circle, Santa Rosa, CA 95401;**
**(vi) 1850 Soscol Ave. Ste 105, Napa, CA 94559**

Presenta este sitio web Michael Kasolas, representante de Reclamaciones por incendios designado por el Juez del Tribunal de Quiebras de los EE. UU., quien supervisa la quiebra de PG&E. Este sitio web y su alcance relacionado tienen por objeto informar y ayudar a las víctimas que necesiten presentar reclamaciones contra PG&E.

La información proporcionada en este sitio web no constituye ni tiene por objeto constituir asesoramiento legal; más bien, toda la información y todos los contenidos y materiales disponibles en este sitio solo son para efectos de información general. Los lectores de este sitio web deben comunicarse con sus abogados para que los asesoren con respecto a cualquier cuestión legal en particular. Ningún lector o usuario de este sitio y ninguna persona que navegue por este sitio web debe actuar o abstenerse de actuar basándose en la información aquí incluida sin buscar primero asesoramiento letrado. Solo su abogado puede asegurarle que la información aquí incluida (y su interpretación de la misma) es aplicable a su situación específica o adecuada para ella. Por la presente, queda eximida expresamente toda responsabilidad por las acciones tomadas o no tomadas sobre la base de los contenidos de este sitio.

Case: 19-30088    Doc# 5432    Filed: 01/21/20    Entered: 01/21/20 17:22:39    Page 157 of 166





Le damos la bienvenida. Presenta este sitio web Michael G. Kasolas, a quien el Tribunal de Quiebras de los Estados Unidos designó para ejercer como representante especial de reclamaciones en beneficio de los Demandantes por incendio que aún no han presentado una reclamación en el marco de la quiebra de PG&E. Como representante de Reclamaciones por incendio, Michael se encarga de encontrar a potenciales Demandantes por incendio y de brindarles la información y los recursos que los ayudarán durante el proceso de presentación de una reclamación.

Michael es un contador público certificado que se encuentra en el área de la Bahía de San Francisco, donde se especializa en la administración de patrimonio y reclamaciones para situaciones de quiebra y litigios civiles.

Si se vio afectado por los incendios que se produjeron en el norte de California en años anteriores, le sugerimos que presente una Reclamación por incendio. Presentar una reclamación es fácil, gratis, no requiere que se contrate a un abogado y lleva menos de 15 minutos. Si en este momento no conoce el valor de los daños provocados, no se preocupe. Esto puede calcularse más adelante.

Hemos creado esta página web para ayudarlo en el proceso de presentación de una Reclamación por incendio. Si necesita más información, encuentre nuestras respuestas en preguntas frecuentes o llámenos al 1-888-909-0100. Si está listo para presentar una Reclamación por incendio, esperamos que las instrucciones en Cómo presentar una Reclamación por incendio le sean útiles durante el proceso.

2019 © BMC Group Inc.

Case: 19-30088    Doc# 5432    Filed: 01/21/20    Entered: 01/21/20 17:22:39    Page 158 of 166

☎ 1-888-909-0100    ✉ info@officialfireclaims.com     f 🐦 📷

Quiénes somos    Inicio    **Preguntas frecuentes**    Cómo presentar una reclamación    Contacto

# Preguntas frecuentes

**¿Qué es una Reclamación por Incendio?**

Una Reclamación por incendio incluye todos los derechos al pago o reembolso de parte de PG&E[1] por pérdidas o daños generados por los incendios que ocurrieron antes del 29 de enero de 2019. Algunos ejemplos de los incendios en el norte de California son los siguientes: 37, Adobe, Atlas, Blue, Butte, Camp, Cascade, Cherokee, Ghost Ship, Honey, La Porte, Lobo, Maacama, McCourtney, Norrbom, Nuns, Patrick, Pocket, Point, Pressley, Pythian (también conocido como Oakmont), Redwood, Sullivan, Sulphur, y Tubbs. [1] PG&E Corporation o Pacific Gas and Electric Company (en conjunto, PG&E), deudores en el Tribunal de Quiebras de los Estados Unidos, Distrito del Norte de California, Caso N.º 19-30088-DM (Caso Principal).

**¿Qué tipos de pérdidas pueden reclamarse?**

Usted puede presentar una Reclamación por incendio por cualquier pérdida, daño o lesión que haya sido consecuencia de los incendios en el norte de California que ocurrieron antes del 29 de enero de 2019. Algunos ejemplos son los siguientes:

- Daños a hogares o a estructuras
- Daños a árboles o paisajes
- Pérdida de bienes muebles
- Lesiones personales o muerte por negligencia
- Pérdida o interrupción de los negocios
- Lucro cesante o pérdida de la capacidad de obtener ganancias
- Gastos de evacuación, desplazamiento y reubicación
- Pérdida de servicios comunitarios y esenciales
- Pérdidas agrícolas
- Angustia emocional (pérdida de afecto y contención, pérdida conyugal, daño moral, molestia e incomodidad)
- Otras pérdidas o daños

**✦ ¿Cuánto costará presentar una Reclamación por Incendio?**

**✦ ¿Quién tiene derecho a presentar una reclamación por incendio?**

**¿Los Inquilinos pueden presentar Reclamaciones por Incendio?**

Sí. Los inquilinos pueden presentar Reclamaciones por incendio.

**¿Puedo presentar una Reclamación por Incendio si no tenía ningún seguro?**

Sí. Usted puede presentar una Reclamación por incendio por cualquiera de sus pérdidas o daños.

**¿Qué sucede si ya recibí dinero por parte de mi aseguradora? ¿Aún puedo presentar una Reclamación por Incendio?**

Sí. Si tiene pérdidas o daños que su aseguradora no cubrió, usted puede presentar una Reclamación por incendio.

**¿Qué sucede si firmé una demanda conjunta u otra demanda? ¿Aún puedo presentar una Reclamación por incendio?**

Sí.

**Mi hogar sobrevivió. ¿Aún puedo presentar una Reclamación por Incendio?**

Es posible. Las Reclamaciones por incendio no se limitan a la pérdida del hogar, y puede presentar una Reclamación por incendio por otras pérdidas u otros daños.

**¿Cuánto trabajo se necesita para presentar una Reclamación por Incendio**

El formulario de Reclamación por incendio tiene solo 11 preguntas. La mayoría de los formularios de Reclamación por incendio puede completarse en menos de 30 minutos.

**¿Tengo que contratar a un abogado?**

No. Usted puede presentar una Reclamación por incendio sin ningún abogado. Si desea consultar con un abogado, puede hacerlo. Si elige contratar a un abogado, es posible que se incurran honorarios de acuerdo con los términos acordados. Los abogados que representan demandantes por incendio generalmente perciben sus honorarios sobre la base de un pacto de cuota litis (es decir, un porcentaje del importe recuperado en el marco de la reclamación).

**¿Quién verá mis datos personales?**

Toda la información que usted proporcione en el formulario de Reclamación por incendio que presente estará disponible para el público en general. Si desea limitar la divulgación de sus datos personales, debe consultarlo con su abogado.

**¿Cómo y dónde puedo presentar una reclamación por incendio?**

El Tribunal de Quiebras ha aprobado un formulario especial de Evidencia de reclamación (relacionado con la Reclamación por incendio). Puede completar y enviar su Reclamación por incendio en línea, o bien, puede descargar e imprimir el formulario de Reclamación por incendio, completarlo y enviarlo por correo postal como se indica en el formulario, o también puede presentarlo en persona en unos de los Centros de Servicio para Reclamaciones de PG&E ubicados en las siguientes oficinas de PG&E (antes de la Fecha Límite (31 de diciembre de 2019) entre las 08:30 a. m. y las 05:00 p. m., hora del Pacífico): (i) 350 Salem Street, Chico, CA 95928; (ii) 231 "D" Street, Marysville, CA 95901; (iii) 1567 Huntoon Street, Oroville, CA 95965; (iv) 3600 Meadow View Road, Redding, CA 96002; (v) 111 Stony Circle, Santa Rosa, CA 95401; (vi) 1850 Soscol Ave. Ste 105, Napa, CA 94559

**¿Cuál es la fecha límite para presentar Reclamaciones por Incendio?**

El **agente de reclamaciones** designado por el Tribunal de Quiebras debe recibir las Reclamaciones por incendio antes de las 05:00 p. m., hora del Pacífico, del 31 de diciembre de 2019.

**¿Qué sucederá si no presento una Reclamación por Incendio antes del 31 de diciembre de 2019 a las 05:00 p. m., hora estándar del Pacífico?**

Si usted no presenta su Reclamación por incendio antes del 31 de diciembre de 2019 a las 05:00 p. m., hora estándar del Pacífico, es posible que no reciba el dinero del caudal de quiebra de PG&E. Si no cumple con la fecha límite para presentar una Reclamación por incendio, debe ponerse en contacto con un abogado para hablar sobre sus opciones.

Case: 19-30088    Doc# 5432    Filed: 01/21/20    Entered: 01/21/20 17:22:39    Page 159 of 166

### ¿Puedo presentar una Reclamación por incendio si no conozco el valor de mis pérdidas o daños?

Sí. Muchas personas no conocen el total de sus pérdidas o daños. Lo más importante para usted es presentar una Reclamación por incendio antes de la fecha límite del 31 de diciembre de 2019 a las 05:00 p. m., hora estándar del Pacífico. Si no tiene el valor de sus pérdidas o daños, puede calcular un monto o escribir "desconocido". Puede modificar la reclamación por incendio luego.

### ¿Qué sucede si ya presenté una reclamación ante el Programa de Asistencia para Incendios (Wildfire Assistance Program, WAP)?

Aunque usted ya haya presentado una reclamación ante el WAP, todavía puede presentar una reclamación en el marco de la Quiebra de PG&E. El WAP no está incluido en los casos de la Quiebra de PG&E.

### ¿Cómo se si mi Reclamación por incendio se presentó de manera adecuada?

Si usted envía su Reclamación por incendio de manera electrónica, recibirá un mensaje de correo electrónico de confirmación. Si envía su Reclamación por incendio por correo postal y le gustaría recibir una copia sellada del archivo para su registro, entonces debe incluir una copia de su Reclamación por incendio en un sobre con su dirección y con franqueo pagado.

### ¿Cómo puedo verificar si mi reclamo está archivado?

Puede verificar si su reclamo está archivado, intente buscar su nombre o número de reclamo en el registro de reclamos.

### ¿Cómo recibiré las actualizaciones sobre el estado de mi Reclamación por incendio?

Generalmente, no hay comunicación personalizada con los demandantes (personas o entidades que presentaron una reclamación) a menos que exista la objeción de una reclamación o hasta que comiencen las distribuciones.

### ¿Cuánto tiempo pasará hasta que vea el dinero?

No es posible predecirlo en este momento.

PRESENTAR UNA RECLAMACIÓN AHORA

Case: 19-30088    Doc# 5432    Filed: 01/21/20    Entered: 01/21/20 17:22:39    Page 160 of 166



📞 1-888-909-0100    ✉ info@officialfireclaims.com     f 🐦 📷

Quiénes somos    Inicio    Preguntas frecuentes    Cómo presentar una reclamación    Contacto    🏳 🇲

Sugerimos enfáticamente leer estas instrucciones antes de intentar presentar una reclamación. Si tiene alguna pregunta sobre estas instrucciones, puede llamar al 1-888-909-0100 para conversar con un representante:

En https://restructuring.primeclerk.com/pge/EPOC-Index verá lo siguiente. Haga clic en "File a Claim Electronically" (Presentar una reclamación de forma electrónica). Esto lo llevará al formulario de ingreso de reclamaciones en línea.



Escriba su nombre y su dirección de correo electrónico y el texto que se muestra en la imagen.



A continuación, verá un acuerdo de "términos de uso". Para poder continuar con una reclamación en línea, deberá hacer clic en él para aceptarlo.



Léalo y, si está de acuerdo, marque la casilla y haga clic en "Agree" (Aceptar).

Case: 19-30088    Doc# 5432    Filed: 01/21/20    Entered: 01/21/20 17:22:39    Page 161 of 166



By selecting I agree below, I confirm I have read, understand and agree to be bound by the foregoing as well as the Terms of Use.

decline

Luego de aceptar los términos de uso, verá un listado de formularios disponibles. Haga clic en el enlace que dice "**Fire Claimant Proof of Claim Form.**"(Formulario de evidencia de reclamación del reclamante por incendio).



Aparecerá el formulario en línea. Tipee su información y haga clic en los botones resaltados en amarillo en el formulario. Verá que debe hacer clic en "Next" (Siguiente) varias veces en el formulario cuando las preguntas no sean aplicables. Si desea saltar alguna opción para ver el resto del formulario, o si desea regresar para hacer cambios, puede usar los botones con las flechas hacia arriba o hacia abajo, que se encuentran en la parte inferior de la pantalla.



**Cómo completar el Formulario de evidencia de reclamación del reclamante por incendio (en línea o la versión descargada).**

Part 1: Identify the Claim

**1 ¿Quién es el actual acreedor?**

Usted es el acreedor de su crédito. Si la reclamación incluye la pérdida de bienes pertenecientes a una entidad o de bienes en fideicomiso, la entidad o el fideicomiso también es un acreedor. En el caso de un menor, complete solo las iniciales del menor y el nombre completo de su padre/madre o tutor (por ejemplo, escriba: A.B., menor (Juan Pérez, padre).

**2 ¿Este crédito ha sido adquirido de un tercero?**

Marque "No", salvo que le haya comprado el crédito a un tercero. Si el crédito se ha adquirido de un tercero, consigne la identidad de la última persona a quien perteneció el crédito o que era su titular y que se lo transfirió a usted antes de que se presentara la reclamación inicial.

**3 ¿Presenta esta reclamación en nombre de su familia?**

Puede presentar un formulario de reclamación en nombre de su familia, o cada miembro de su familia puede presentar un formulario de reclamación individual por separado. Familia es un grupo de dos o más personas vinculadas por nexos biológicos, de matrimonio, de convivencia o de adopción, y que viven juntos. Todas esas personas se consideran miembros de una familia. Si presenta este formulario en nombre de su familia, menciónese como el acreedor actual en la pregunta 1 y mencione a cada miembro de su familia que también sea reclamante en la pregunta 3. En el caso de un menor, complete solo las iniciales del menor y el nombre completo de su padre/madre o tutor (por ejemplo, escriba: A.B., menor (Juan Pérez, padre).

**4 ¿A dónde deben enviarse las notificaciones y los pagos al acreedor?**

Si no tiene asesor letrado, complete su propia información de contacto a la izquierda (notificaciones). La información sobre la dirección de pago, a la derecha, solo debe completarse si es distinta de la anterior. Tendrá que hacer clic en "Next" (Siguiente) varias veces a medida que el formulario se desplace de izquierda a derecha.

**5 ¿Esta reclamación modifica alguna otra presentada anteriormente?**

Haga clic en "Yes" (Sí) si modifica una reclamación anterior presentada en la quiebra de PG&E.

**6 ¿Sabe de alguien más que haya presentado una evidencia de reclamación para este crédito?**

Conteste solo "Sí" o "No". **Parte 2: Proporcione información sobre la reclamación a la fecha de presentación de este formulario.**

**7 ¿A qué incendio se refiere su reclamación?**

Marque todas las casillas correspondientes.



Señale más abajo el año y los condados afectados por los incendios antes mencionados:

Incendio Camp (2018): Condado de Butte

Incendios de North Bay (2017): Condado de Butte, condado de Calaveras County, condado de Humboldt, condado de Lake, condado de Mendocino, condado de Napa, condado de Nevada, condado de Solano,

Case: 19-30088    Doc# 5432    Filed: 01/21/20    Entered: 01/21/20 17:22:39    Page 162 of 166

📞 1-866-909-0100    ✉ info@officialfireclaims.com     f 🐦 📷

Quiénes somos    Inicio    Preguntas frecuentes    **Cómo presentar una reclamación**    Contacto    🏳 🏳

8 ¿Cuáles son los lugares del siniestro donde usted o su familia sufrieron daños?

Haga una lista de todos los lugares de siniestros por dirección (dirección donde se produjeron daños materiales, dirección donde se produjeron daños personales, punto de evacuación). Si sufrió daños materiales, indique la dirección de cada parcela de inmueble en donde haya experimentado daños. Si, como consecuencia del incendio, fue evacuado personalmente, indique la dirección o intersección más cercana al lugar donde se encontró con el incendio y comenzó la evacuación. Si experimentó daños materiales y lo evacuaron de un lugar distinto, incluya ambos. Si alquilaba, indique la dirección donde vivía.

9 ¿Qué daños sufrieron usted o su familia?

Marque todos los que correspondan.

10 ¿Qué daños y perjuicios reclaman/pretenden usted o su familia?

Marque todos los que correspondan.

11 ¿A cuánto asciende la reclamación?

*No es necesario* indicar un monto de reclamación en este momento. . Puede marcar "Unknown/to be determined at a later time" (Desconocido/se determinará más adelante).

Parte 3: Firmar más abajo (Quien complete este formulario de evidencia de reclamación debe firmarlo y fecharlo). Si usted completa el formulario en su nombre o en el de su familia, marque "I am the creditor" (Soy el acreedor). Firme eligiendo el icono del teclado para escribir su firma o el icono con la lapicera para dibujar su firma sobre la línea de firmas. Haga clic en "Apply" (Solicitar) y luego en "Click to Sign" (Hacer clic para firmar).



Se le pedirá que aclare su firma e indique su información de contacto.

Luego de firmar, aparecerá el mensaje "Attach Supporting Documentation" (Adjuntar documentación respaldatoria). No es necesario adjuntar documentación respaldatoria en este momento. Si no presenta documentación respaldatoria, marque "I do not have supporting documentation" (No tengo documentación respaldatoria).



Click to Attach Attachment

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

Una vez que haya enviado el formulario, recibirá una confirmación por correo electrónico.

La manera más rápida de presentar una reclamación es en línea. Sin embargo, puede elegir imprimir y completar el formulario para enviarlo por correo tradicional. Si elige este método, puede descargar el formulario aquí.

**PRESENTAR UNA RECLAMACIÓN AHORA**

2019 © ISMC Group Inc.        f 🐦 📷

Case: 19-30088    Doc# 5432    Filed: 01/21/20    Entered: 01/21/20 17:22:39    Page 163 of 166



📞 1-888-909-0100    ✉ info@officialfireclaims.com    f   𝕏   ⌾

Quiénes somos    Inicio    Preguntas frecuentes    Cómo presentar una reclamación    Contacto

## Contacto

# 888-909-0100

## O BIEN

## ENVÍENOS UN MENSAJE



**APLIQUE AHORA**

2019 © BMC Group Inc.

Case: 19-30088    Doc# 5432    Filed: 01/21/20    Entered: 01/21/20 17:22:39    Page 164 of 166

# EXHIBIT Q



Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

← **Official Fire Claims**

Edit profile

**Official Fire Claims**

@FireClaimsPGE

This account is hosted by the Fire Claims Representative, appointed by the US Bankruptcy Court Judge in PG&E's bankruptcy. Fire Claims deadline 5PM on 12/31/19!

Northern California officialfireclaims.com Born November 25, 1980

Joined November 2019

21 Following 3 Followers

Tweets | Tweets & replies | Media | Likes

**Official Fire Claims** @FireClaimsPGE · Dec 27, 2019

Tonight is the Holiday Dinner & Comedy Night at the Paradise Alliance Church. Our claims agents will be there from 4:30 PM to 6:30 PM to accept fire claims. Come enjoy your time and get your claim submitted!

**Official Fire Claims** @FireClaimsPGE · Dec 8, 2019

Don't miss the 12/31 extended deadline to file your PG&E Fire Claim. #campfire #norcalfires #wildfiresurvivors

**NPR** @NPR · Dec 7, 2019

PG&E has announced a $13.5 billion settlement agreement to resolve all claims associated with several Northern California wildfires that have been tied to the company's equipment. n.pr/2qAsdoA

Search Twitter

**You might like**

**Jessie Rae's BBQ** @JessieRaesBBQ Promoted — Follow

**cult leader** @spencerhenry — Follow

**Lenlos Pictures TM** @Lenlospictures — Follow

Show more

**Trends for you**

Politics · Trending

**#IranPlaneCrash**

26.2K Tweets

World news

Justin Trudeau says evidence indicates Ukrainian plane was ...

**#Underwater**

See it in theaters tonight!

Promoted by Underwater

Trending in United States

**Crossfire**

13.6K Tweets

Celebrities · Trending

**#megexit**

5,870 Tweets

World news

Prince Harry and Meghan Markle announced they're ...

Anime · Trending

EXHIBIT Q