Mark S. Bostick (Bar No. 111241)
Lisa Lenherr (Bar No. 258091)
**WENDEL ROSEN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@wendel.com
Email: llenherr@wendel.com

Attorneys for Michael G. Kasolas
Claims Representative

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088-DM |
| **PG&E CORPORATION** | Chapter 11 (Lead Case) <br> (Jointly Administered) |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| **Debtors.** | |
| ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

### CERTIFICATE OF SERVICE

I, Jeanne Rose, declare:

I am a citizen of the United States and am employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California 94607.

On the date set forth below, I served a copy of the following document(s):

**SECOND AND FINAL REPORT OF COURT
APPOINTED CLAIMS REPRESENTATIVE**

by:

**[X]** **(ECF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via Notice of Electronic Filing ("NEF") and hyperlink to the document. On the date set forth below, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the list of parties to receive NEF transmission at the email addresses stated below:

Paul H. Zumbro on behalf of Debtor PG&E Corporation
mao@cravath.com

Tobias S. Keller on behalf of Debtor PG&E Corporation
tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com

Tobias S. Keller on behalf of Debtor Pacific Gas and Electric Company
tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com

Eric E. Sagerman on behalf of Creditor Committee Official Committee of Tort Claimants
esagerman@bakerlaw.com

Cecily Ann Dumas on behalf of Creditor Committee Official Committee of Tort Claimants
cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com

Samuel A. Khalil on behalf of Creditor Committee Official Committee Of Unsecured Creditors
skhalil@milbank.com, jbrewster@milbank.com

Samuel A. Khalil on behalf of Interested Party Official Committee Of Unsecured Creditors
skhalil@milbank.com, jbrewster@milbank.com

Thomas R. Kreller on behalf of Creditor Committee Official Committee Of Unsecured Creditors
tkreller@milbank.com

Dennis F. Dunne on behalf of Interested Party Official Committee Of Unsecured Creditors
cprice@milbank.com, jbrewster@milbank.com

**AND**

**[X]** **(by mail)** by placing a true and correct copy thereof enclosed in a sealed envelope with first-class postage prepaid in a designated area for outgoing mail, addressed as set forth below.

/ / /

/ / /

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036
017558.0085\5730646.1

| | |
|---|---|
| 1 | Weil, Gotshal & Manges LLP |
| 2 | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren |
| 3 | 767 Fifth Avenue<br>New York, NY 10153-0119 |
| 4 | Attorneys for Debtors |
| 5 | Cravath, Swaine & Moore LLP |
| 6 | Attn: Paul S. Aronzon, Gregory A. Bray<br>2029 Century Park East, 33rd Floor |
| 7 | Los Angeles, CA 90067<br>Special Counsel for Debtors |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on January 21, 2020, at Oakland, California.

                                          */s/ Jeanne Rose*
                                          JEANNE ROSE

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036