Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone: 415-659-2900
Facsimile: 415-659-2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:   esagerman@bakerlaw.com
Email:   drichardson@bakerlaw.com
Email:   lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088-(DM) |
| **PG&E CORPORATION** | Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF SUBPOENA** |
| **Debtors.** | |
| ☐ Affects PG& E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

**PLEASE TAKE NOTICE** that on or about January 21, 2020, counsel for the Official Committee of Tort Claimants ("**TCC**") issued and intends to serve subpoenas to produce documents, information, and/or objects (the "**Production Subpoenas**") on the entities identified below. Copies of the Production Subpoenas are attached hereto as follows:

- **Exhibit 1** – 3 Phaze Electric
- **Exhibit 2** – AAA Tree Service
- **Exhibit 3** – Advanced Tree Care
- **Exhibit 4** – Alspaw Tree Service, LLC
- **Exhibit 5** – Alvah Contractors, Inc.
- **Exhibit 6** – American Crane Rental Inc.
- **Exhibit 7** – Ampiracal Services, Inc.
- **Exhibit 8** – ARB, Inc.
- **Exhibit 9** – Arbor Tech Environmental Group
- **Exhibit 10** – Arrow Drillers, Inc. DBA Arrow Construction
- **Exhibit 11** – Aztrack Construction Corporation
- **Exhibit 12** – Bamford Enterprises, Inc.
- **Exhibit 13** – BESTCO Electric, Inc., DBA Best Electric, Inc.
- **Exhibit 14** – Bigge Crane and Rigging Co.
- **Exhibit 15** – Brick & Mortar Ventures GP, Inc.
- **Exhibit 16** – Celerity Consulting Group
- **Exhibit 17** – Chriso's Tree Trimming
- **Exhibit 18** – Community Tree Service
- **Exhibit 19** – Core Tree Care, Inc.
- **Exhibit 20** – CTL Forest Management, Inc.
- **Exhibit 21** – Cupertino Electric, Inc.
- **Exhibit 22** – Drewery Construction Co, Inc.
- **Exhibit 23** – Dykstra Enterprises, DBA Foothill Tree Service
- **Exhibit 24** – ECI Consulting

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- **Exhibit 25 –** Enrestek
- **Exhibit 26 –** Environmental Vision
- **Exhibit 27 –** GE Grid Solutions, LLC
- **Exhibit 28 –** General Electric Company
- **Exhibit 29 –** General Tree Service, Inc.
- **Exhibit 30 –** Gonsalves & Santucci Inc.
- **Exhibit 31** – Henkels and McCoy, Inc.
- **Exhibit 32 –** High Country Forestry
- **Exhibit 33 –** Hot Line Construction, Inc.
- **Exhibit 34 –** Hot / Shot Infrared Inspections, Inc.
- **Exhibit 35 –** Hubbell Power Systems [Ohio Brass]
- **Exhibit 36 –** Hughes Network System LLC
- **Exhibit 37 –** Infra Terra, Inc.
- **Exhibit 38 –** International Line Builders, Inc.
- **Exhibit 39 –** J.W. Bamford, Inc.
- **Exhibit 40 –** Kingsborough Atlas Tree Surgery, Inc.
- **Exhibit 41 –** Kroeker, Inc.
- **Exhibit 42 –** LAPP Insulators
- **Exhibit 43 –** LCS Restoration Services, LLC
- **Exhibit 44 –** Leslie Heavy Haul, LLC
- **Exhibit 45 –** Martinez Utility Services, Inc.
- **Exhibit 46 –** MDR, Inc., DBA Accu-Bore Directional Drilling
- **Exhibit 47 –** MGE Underground, Inc.
- **Exhibit 48 –** Misita Tree & Land, Inc.
- **Exhibit 49 –** Misita Tree and Land, Inc.
- **Exhibit 50 –** Nacho's Electric
- **Exhibit 51 –** Outback Contractors, Inc.
- **Exhibit 52 –** P31 Enterprises, Inc.

- **Exhibit 53** – Pacific Coast Tree Experts
- **Exhibit 54** – PEG Construction, Inc.
- **Exhibit 55** – Pine Valley Power, Inc.
- **Exhibit 56** – Pinnacle Power Services, Inc.
- **Exhibit 57** – Pride Contracting, Inc.
- **Exhibit 58** – Ray Godon and Family
- **Exhibit 59** – Reinhausen Manufacturing Inc.
- **Exhibit 60** – Schweitzer Engineering Laboratories, Inc.
- **Exhibit 61** – Scientific Construction Laboratories, Inc.
- **Exhibit 62** – Semper Construction, Inc.
- **Exhibit 63** – Siboney Contracting Co.
- **Exhibit 64** – Skyline Enterprises
- **Exhibit 65** – Skyline Tree Enterprises Inc.
- **Exhibit 66** – Synergy Tree Trimming
- **Exhibit 67** – TCB Industrial Incorporated
- **Exhibit 68** – Titan Crane & Rigging, Inc.
- **Exhibit 69** – TRC Solutions
- **Exhibit 70** – Type One Tree Service
- **Exhibit 71** – UPE Resources, Inc.
- **Exhibit 72** – Veteran Power, Inc.
- **Exhibit 73** – VM Tree Service Inc.
- **Exhibit 74** – Voss Laboratories
- **Exhibit 75** – WC Tree Service
- **Exhibit 76** – West Valley Construction Company, Inc.
- **Exhibit 77** – Wilson Utility Construction Company
- **Exhibit 78** – WTL Corporation
- **Exhibit 79** – YTS Utility Group, LLC

The items requested to be produced in the Production Subpoenas are described in **Exhibit A** to each of the Production Subpoenas. **Exhibit A** to this Notice contains Exhibits 1-79.

Dated: January 21, 2020

BAKER & HOSTETLER LLP

By: */s/ David J. Richardson*
Robert A. Julian
Cecily A. Dumas
David J. Richardson

*Attorneys for The Official Committee of Tort Claimants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2020, the foregoing was been served upon all parties or their attorneys in a manner authorized by Federal Rule of Civil Procedure 5(b)(1).

*/s/ David J. Richardson*
David J. Richardson