**Exhibit 1-D**



# Contract Work Authorization (CWA)

This Contract Work Authorization ("CWA") No. C18751 is issued under and pursuant to the Blanket Agreement or Master Service Agreement No. 4400009506 (C732) dated February 12, 2015 (the "MSA") between the below-named Contractor ("Contractor"), a Delaware limited liability company, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA pursuant to and in accordance with the terms and conditions of the MSA.

| Contractor's Legal Name: | WILLIS TOWERS WATSON US, LLC | Total Number of Pages: 11 |
|---|---|---|
| Contractor's Address: | 800 N GLEBE ROAD, 10TH FLOOR<br>ARLINGTON, VA 22203 | |
| Project Name: | Restructuring Consulting Part II | |
| Job Location: | PG&E Authorized Location(s) | |

**WORK**:  Contractor shall, at its own risk and expense, perform the Work described in this Contract Work Authorization and furnish all labor, equipment, and materials necessary to complete the Work as summarized below and as more fully described in Attachment 1, Statement of Work.

Consultant shall provide compensation consulting in support of the Chapter 11 filing on behalf of PG&E and its advisors;
Work with the Board of Directors' Compensation Committee, management and advisors on competitive benchmarking, incentive design, and other related requests and analyses;
Provide services related to Chapter 11 such as preparation of declarations, participation in depositions and expert testimony, meetings with management and advisors.

**ATTACHMENTS:  Each of the following documents are attached to this CWA and are incorporated herein by this reference:**
Attachment 1:  Statement of Work, Pages 3-6
Attachment 2:  Exhibit 1 Instructions for Subcontracting Plan Worksheet, Pages 7-10
Attachment 3:  Exhibit 1A Subcontracting Plan Worksheet, Pages 11-11

| | |
|---|---|
| **CWA TERM**: | This CWA is effective upon signature by both parties and expires on August 01, 2020. Time is of the essence. |
| **CWA COMPLETION:** | Contractor shall commence performance hereof when directed to do so by PG&E and Work shall be completed by the completion date of August 01, 2020. |

**CONSIDERATION**:  As full consideration for satisfactory performance of the Work under this CWA by Contractor, PG&E's total obligation to Contractor shall not exceed the following amount.  This amount is inclusive of all taxes incurred in the performance of the Work.  Any change to this amount shall only be authorized in writing by a PG&E CWA Change Order, fully executed by both PG&E and Contractor.

**TOTAL**: Not to Exceed $741,063.00 USD

*PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**," and, together with PG&E Corp., the "**Debtors**"), are debtors-in-possession in a proceeding pending under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), in the United States Bankruptcy Court for the Northern District of California. Nothing herein shall be deemed to constitute an assumption of the Contract and/or any CWA or a waiver or modification of the Debtors' rights to assume, assume and assign, or reject the Contract and/or any CWA pursuant to section 365 of the Bankruptcy Code. The Debtors hereby reserve all rights available to them under such proceedings.  Any amounts paid by the Debtors hereunder must be applied to goods and/or services provided to the Debtors on or after January 29, 2019 (the "**Petition Date**") and shall not be applied to satisfy Claims (as defined in the Bankruptcy Code) arising prior to the Petition Date.*

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT WORK AUTHORIZATION.**

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: WILLIS TOWERS WATSON US, LLC | |
|---|---|---|---|
| Signature | *Herbert Sien*<br>DocuSigned by:<br>BD1558365F264F0... | Signature | *Tom Matthews*<br>DocuSigned by:<br>00712E4869F641E... |
| Name | Herbert Sien | Name | Tom Matthews |
| Title | Sourcing Supervisor | Title | Client Relationship Director |
| Date | 11/19/2019 | Date | 11/19/2019 |

62-4229 CWA (9/26/18)                Sourcing

DocuSign Envelope ID: 5C990B29-31D1-4276-8BE7-174D543518B4



| ADMINISTRATION | | | |
|---|---|---|---|
| **PG&E Negotiator** | Sydni Self | **Contractor Representative** | Tom Matthews |
| **Phone** | 925-459-3704 | **Phone** | 415-733-4145 |
| **Email** | Sydni.Self@pge.com | **Email** | tom.matthews@willistowerswatson.com |
| **Accounting Reference** | Contract Work Authorization C18751 PR446372 | | |
| **PG&E Work Supervisor:** | Susan Barrows | **Phone:** 415-973-6887 | |
| **INVOICE INSTRUCTIONS**: As described in more detail in the Invoicing section of the Terms and Conditions, Contractor shall send invoices for each payment when due, showing the Purchase Order Number (starts with "27" or "35") and the Line Item number, if applicable. | The default submission system for invoices to PACIFIC GAS AND ELECTRIC COMPANY should be through the Taulia electronic invoicing portal, which also provides real-time invoice payment status. In rare cases that it is infeasible for a supplier to use this system, please send paper invoices to the address below. Invoice payment status for paper invoices can be accessed through the automated PG&E Paid Help Line at (800) 756-PAID (7243) or by emailing APPaidline@pge.com | | |
| | **Send ORIGINAL Invoice to:** | PG&E Accounts Payable* PO Box 7760 San Francisco, CA 94120-7760 | |
| | **Send COPY of Invoice to:** | Adama Moore Adama.Moore@pge.com | |

| INTERNAL PG&E USE ONLY | | |
|---|---|---|
| **Distribution Date** | | |
| **Distribution of Copies:** | ☐ ARIBA Contracts ("CXXXX" series): Buyer uploads an executed copy in Ariba. | ☐ Contractor (Signed Original Copy) |
| | ☐ Work Supervisor | ☐ Manager |
| | ☐ Invoice Approver | ☐ Supervisor |
| | ☐ V.P. | ☐ Sourcing/ Purchasing |
| | ☐ Director | ☐ Law |

Case: 19-30088    Doc# 5437-1    Filed: 01/22/20    Entered: 01/22/20 10:11:18    Page 3 of 12

DocuSign Envelope ID: 5C990B29-31D1-4276-8BE7-174D543518B4

**Bankruptcy Consulting**
**Statement of Work**

Statement of Work for Compensation Consulting

This Statement of Work (SOW) outlines the engagement between Pacific Gas and Electric Company ("PG&E" or "client") with Willis Towers Watson ("WTW", "we", or "us") to perform the services described in this document.

The governing MSA for this work is Master Services Agreement #4400009506 executed on February 12, 2015, and supersedes all other oral and written representation, understandings, or agreements relating to the subject matter hereof.

## ENGAGEMENT OBJECTIVES AND SCOPE OF SERVICES:

1. **SCOPE.** Define the initiative, project purpose, key objective(s), impacted line(s) of business/stakeholder(s), and rationale.

    Provide compensation consulting in support of the Chapter 11 filing on behalf of PG&E and its advisors. Work with the Board of Directors' Compensation Committee, management and advisors on competitive benchmarking, incentive design, and other related requests and analyses. Provide services related to Chapter 11 such as preparation of declarations, participation in depositions and expert testimony, meetings with management and advisors.

2. **DELIVERABLES, MILESTONES AND ACCEPTANCE.** Key expected project outcomes, high-level milestones/decision points and the criteria that will be used to accept completion of project work.

    Preparation of analyses for presentation to the Compensation Committee and/or management and the Company's advisors. Deliverables will be reports, declarations, preparation for testimony at hearings, etc., in addition to ad hoc work streams assigned by the Compensation Committee, teleconferences, and reports.

3. **ANTICIPATED TIMEFRAME, PROJECT SCHEDULE** [(Exhibit B2) with activities, start and end dates and any key dependencies]

    The length of PG&E's Chapter 11 process is unknown. Currently the duration of this SOW is expected to be from September 1, 2019, through August 1, 2020.

4. **KEY ASSUMPTIONS** [Assumptions used to base proposed team mix, duration of the project, expenses, risk, etc.]

    The restructuring consulting team is being led by Doug Friske, Managing Director and leader of the restructuring team at Willis Towers Watson. The team consists of approximately five (5) consultants. Due to the nature of the assignment a significant portion of the consulting time will be conducted by senior level consultants. Expenses will be charged at cost and are estimated to be approximately $8,000 per month (estimated that there will be multiple trips per month to- and from- San Francisco for meetings, depositions, court hearings, etc.)

5. **TEAM/RESOURCE DESCRIPTION** [A description of all team members and resources (including subcontractors), levels and expertise, and their role/contribution to the project and its deliverables. For any Consultant team member who will be providing support to other projects, an explanation and estimated time commitment on all concurrent projects must be provided.]

Date October 16, 2019

**Bankruptcy Consulting**
**Statement of Work**

      a. Doug Friske, Managing Director – Project lead
      b. Mark Kazmierowski, Senior Director -  Project manager
      c. Simon Benfrech, Consultant - Project manager
      d. Shui Yu, Consultant – Analytical support
      e. Frankie Szeto, Senior Analyst – Analytical support
      f. Catherine Bermudez, Administration – Administration Support

6. **PG&E ROLE AND RESPONSIBILITIES** [Expectations of PG&E team members, sponsors, and managers to make the project successful]

   ▪ Mary King – PG&E project manager overseeing certain segments of the project
   ▪ John Lowe – PG&E project manager overseeing certain segments of the project
   ▪ Susan Barrows – PG&E project manager overseeing certain segments of the project
   ▪ PG&E Compensation Committee of the Board of Directors – primary contact and manager for specific Compensation Committee requested projects

7. **PROFESSIONAL FEES AND EXPENSES** [Exhibit B1]

   Fees and expenses are detailed in **Exhibit B-1**
   Note:  In this statement of work, Willis Towers Watson is adding a very senior "Managing Director" level which was not contemplated as part of the PG&E template at the original time of designing the original Master Services Agreement.  This new level reflects the key consultant on the project – and, has been included as part of the budget in order to accommodate the key consultant on this project. The hourly consulting fee for this consultant will be above the "Partner" noted level in the Master Services Agreement.

8. **PG&E AND CONSULTANT WORK SUPERVISOR NAME, NUMBER AND EMAIL ADDRESS**

   Not Applicable

9. **WORK LOCATION(S)**

        San Francisco, California
        Chicago, Illinois
        Seattle, Washington

10. **OTHER (CONSIDER THE FOLLOWING OTHER AREAS)**

    ▪ The consulting on this project is different than other more definable projects due to it being a restructuring project. In our experience, we find that there are often ad hoc projects and several meeting cycles that are needed to complete such a project. While we have an understanding of certain key projects today (incentive design), we anticipate that our consulting time will vary due to the nature of the restructuring case and based on requests from PG&E's management team and PG&E's Compensation Committee of the Board of Directors.

Date October 16, 2019

**Bankruptcy Consulting**
**Statement of Work**

**Exhibit B1 –Sample Resource Schedule and Budget.** All requisite data must be provided by the Consultant in the format specified by this Exhibit. Any exceptions or deviations from this Exhibit must be approved by PG&E in writing. The completed Exhibit must agree with the detailed project Schedule (Exhibit B2).

Each team member's name, title and approximate contribution to both the overall project (i.e. utilization) and each individual deliverable/milestone shall be specified. Team members who are subcontractors must be clearly identified. Any travel related expenses and discounts extended must be clearly identified and explained. Cross references to the described team members and deliverable/milestones (i.e. in the SOW narrative) must be clear and unambiguous.

Please coordinate with your PG&E Sourcing representative in advance during project planning for additional details and updates to the Exhibit.

**Resource Schedule and Project Budget**
**Project: Restructuring**
**Estimated Resource Schedule:**

| | | 2019 | | | | 2020 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Sept | Oct | Nov | Dec | Jan | Feb | Mar | April | May | June | July | August | Total |
| | Billable Days | 21 | 22 | 21 | 19 | 22 | 20 | 22 | 21 | 22 | 21 | 22 | 22 | |
| **Resource Title/Name*** | **Utilization** | | | | | | | | | | | | | |
| Managing Director | 28% | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | | | 250 |
| Principal or Equivalent | 22% | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | | | 200 |
| Senior Consultant / Principal | 6% | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | | | 50 |
| Consultant | 11% | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | | | 100 |
| Analyst | 17% | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | | | 150 |
| Entry Level Associate | 11% | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | | | 100 |
| Administrative | 6% | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | | | 50 |
| Project Total | 100% | | | | | | | | | | | | | 0 |
| | Total: | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 0 | 0 | 900 |

*Indicate if subcontractor

**Estimated Project Budget:**
Based on Billing Rates for: Executive Compensation Consulting
**Estimated Total Project Budget**

| Resource Title/Name* | % of Time | Rate | Adj Rate | Sept | Oct | Nov | Dec | Jan | Feb | Mar | April | May | June | July | August | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Partner Equivalent** | | | | | | | | | | | | | | | | |
| Managing Director | 28% | $ 1,150 | $ 1,150 | $ 28,756 | $ 28,756 | $ 28,756 | $ 28,756 | $ 28,756 | $ 28,756 | $ 28,756 | $ 28,756 | $ 28,756 | $ 28,756 | $ - | $ - | $ 287,563 |
| Principal or Equivalent | 22% | $ 990 | $ 990 | $ 19,800 | $ 19,800 | $ 19,800 | $ 19,800 | $ 19,800 | $ 19,800 | $ 19,800 | $ 19,800 | $ 19,800 | $ 19,800 | $ - | $ - | $ 198,000 |
| Senior Consultant / Principal | 6% | $ 740 | $ 740 | $ 3,700 | $ 3,700 | $ 3,700 | $ 3,700 | $ 3,700 | $ 3,700 | $ 3,700 | $ 3,700 | $ 3,700 | $ 3,700 | $ - | $ - | $ 37,000 |
| Consultant | 11% | $ 480 | $ 480 | $ 4,800 | $ 4,800 | $ 4,800 | $ 4,800 | $ 4,800 | $ 4,800 | $ 4,800 | $ 4,800 | $ 4,800 | $ 4,800 | $ - | $ - | $ 48,000 |
| Analyst | 17% | $ 370 | $ 370 | $ 5,550 | $ 5,550 | $ 5,550 | $ 5,550 | $ 5,550 | $ 5,550 | $ 5,550 | $ 5,550 | $ 5,550 | $ 5,550 | $ - | $ - | $ 55,500 |
| Entry Level Associate | 11% | $ 250 | $ 250 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ - | $ - | $ 25,000 |
| Administrative | 6% | $ 200 | $ 200 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ - | $ - | $ 10,000 |
| Expenses (if applicable) | | | | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | | | $ 80,000 |
| Project Total | 100% | | | $ 74,106 | $ 74,106 | $ 74,106 | $ 74,106 | $ 74,106 | $ 74,106 | $ 74,106 | $ 74,106 | $ 74,106 | $ 74,106 | $ - | $ - | **$741,063** |

Date October 16, 2019

DocuSign Envelope ID: 5C990B29-31D1-4276-8BE7-174D543518B4

**Bankruptcy Consulting**
**Statement of Work**

**Sample Project Budget/Sample Project Schedule**

**SAMPLE PROJECT SCHEDULE**

| Task ID Number | Task Name | Duration in Days | Start Date | End Date | Finish Date | Chart Progress | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Q3 2019 | | | Q4 2019 | | | Q1 2020 | | | Q2020 | | |
| | | | | | | J | A | S | O | N | D | J | F | M | A | M | J |
| 1 | Bankruptcy Consulting | | 9/1/2019 | 7/1/2020 | 7/1/2020 | | | X | X | X | X | X | X | X | X | X | X |

Case: 19-30088   Doc# 5437-1   Filed: 01/22/20   Entered: 01/22/20 10:11:18   Page 7 of 12



# EXHIBIT 1
# Subcontractor and Supplier Utilization Plan Instructions   Pub. 12/05/18

Prime Contractor/Supplier shall provide a signed Subcontractor and Supplier Utilization Plan (Exhibit 1A) prior to the performance of Work with a list of all Subcontractors and Suppliers. In the event of any change in subcontractors or suppliers, Prime Contractor/Supplier shall submit an updated and signed Subcontractor and Supplier Utilization Plan (Exhibit 1A) to PG&E prior to performance of the Work.  Plan must be completed. Respond "N/A" if not applicable. See further instructions below.

**Prime Contractor/Supplier Information:**
Prime Contractor / Suppliers CPUC and Small Business Status

Indicate "yes" or "no" to indicate whether Prime Contractor / Supplier is CPUC Clearinghouse certified.  If certified please provide the Verification Order Number (VON).

To find the VON Number, access:

- CPUC Clearinghouse Database:
  https://sch.thesupplierclearinghouse.com/frontend/searchcertifieddirectory.asp

Indicate "yes" or "no" to indicate whether Prime Contractor / Supplier is Small Business certified.  If certified please provide the small business certification number.

To find out more about Small Business certification, access the following sites:

- California Department of General Services (DGS):
  http://www.dgs.ca.gov/pd/Programs/OSDS.aspx
- U.S. Small Business Administration (SBA):  https://www.sba.gov/contracting/getting-started-contractor/qualifying-small-business

Prime Contractor / Suppliers Estimated Amount to be Paid to All Subcontractors / Suppliers

Provide the estimated dollar amount to be paid to all subcontractors for the duration of the contract term by the following categories:  a) all subcontractors and suppliers b) small business certified suppliers only and c) CPUC certified businesses only.  The estimated dollar amounts may be reflected in one or more categories.

If 100 percent of the work will be self-performed by the Prime Contractor/Supplier, indicate "0" for each category.

Refer to the links above to locate potential CPUC and Small Business-certified subcontractors and suppliers.

1. **Tier Level**
   1.1. For most Services, lower tier subcontractors are not allowed below three sub-tiers.  (Ex: Prime > Subcontractor 1 > Subcontractor 1.1> Subcontractor 1.1.1).



# EXHIBIT 1
## Subcontractor and Supplier Utilization Plan Instructions  Pub. 12/05/18

**1.2.** Providers of Restricted Services are limited to second tier and may not subcontract the Work. Restricted Services currently includes Freight Haulers and Vegetation Management; however, this may be expanded to include others in the future. (Ex: Prime > Vegetation Management Subcontractor).

**1.3.** A 3rd-party logistics provider or qualified freight broker may be utilized to directly subcontract the Work to Freight Haulers, however, Freight Haulers may not subcontract the Work to other Freight Haulers. (Ex: Prime > Qualified Freight Broker > Freight Hauler or Prime > Freight Hauler).

**1.4.** Refer to the Allowable Tier Matrix for further detail.

**2. Subcontractors / Suppliers**

**2.1.** Provide the complete name of the Subcontractor or Supplier. Do not abbreviate - please spell out any acronyms.

**2.2.** Subcontractors (Subs) are contractors that have been retained by a primary contractor, or any subcontractor at lower tiers, to provide services on behalf of PG&E.

  **2.2.1.** A - General Engineering Contractor: A contractor whose principal contracting business is in connection with fixed works requiring specialized engineering knowledge and skill.

  **2.2.2.** B - General Building Contractor: A contractor whose principal contracting business is in connection with any structure built, being built, or to be built, for the support, shelter, and enclosure.

  **2.2.3.** C - Specialty Contractor: A contractor whose operations as such are the performance of construction work requiring special skill and whose principal contracting business involves the use of specialized building trades or crafts.

  **2.2.4.** D - Restricted Services Providers include, but are not limited to, Freight Haulers and Vegetation Management Providers.

**2.3.** Services for which Subcontractors and Suppliers shall be listed on the Exhibit 1A include, but are not limited to:

  **2.3.1.** Construction Services: All aspects of: constructing, fabricating, installing, erecting, maintaining, performing integrity digs on, and performing turnaround services on, pipelines, buildings, plants, and facilities of all types. Additionally, subcontractor team members who provide construction, general construction, heavy machinery, and other construction services will be included in this group of services.

  **2.3.2.** Industrial Service Vendors (ISV) are typically subcontracted for specializing in specific construction work scope such as hydrotesting and surveying.

  **2.3.3.** Professional and Consulting Services: Individuals who provide your company with specialized service, including but not restricted to lawyers, accountants and management consultants. Including, but not limited to environmental and land consultants, human health and risk assessment providers; other select professional services may be included, as needed.

  **2.3.4.** Niche Professional or Consulting Service: An organization that specializes or has a forte in a particular industry or field.

  **2.3.5.** Local Hire Suppliers: Select subcontractors with specific project geography support in facilitating local and/or union hiring.


**Pacific Gas and Electric Company**

# EXHIBIT 1
# Subcontractor and Supplier Utilization Plan Instructions   Pub. 12/05/18

**2.3.6.** Restricted Services: Freight Haulers (FH) are business entities operating commercial vehicle with a Gross Vehicle Weight Rating (GVWR) of 55,000 pounds or greater either for commercial or private use.

## 3. Emergency Point of Contact

3.1 Please include the best point of contact and phone number for use in the event of an emergency.

## 4. Contractor's License # and/or Motor Carrier Permit #

**4.1.** Provide the California Contractor's License Number of each Subcontractor or Supplier (if applicable) along with the type of License or Permit.

**4.2.** The MCP (Motor Carrier Permit) is issued to the motor carrier as evidence the carrier has registered their CA# with the DMV, as required by CVC (California Vehicle Code) Section 34620.

**4.3.** Provide the Expiration Date of the Subcontractor or Supplier's California Contractor's License or MCP.

**4.4.** Subcontractors and Suppliers may have both a California Contractor's License Number and a MCP. If this is the case, please include information for both.

**4.5.** Special Permit Requirements:

**4.5.1.** Freight Haulers needing Special Permit for transferring atypical extra wide or heavy loads and/or hazardous or flammable materials. Applicable permit retention includes but not limited to below lists.

**4.5.2.** Oversized Load - California Transportation Permit - Issued for movement of non-divisible (exceeding applicable length, width, height, or weight limit) loads, not circumventing California Vehicle Code requirements.

**4.5.3.** Hazardous Material Load - Federal Motor Carrier Safety Administration (FMCSA) requires motor carriers to obtain a Hazardous Materials Safety Permit (HMSP) prior to transporting certain highly hazardous materials.

**4.5.4.** Flammable Load - Every motor carrier who transports the following hazardous materials in California must have a hazardous materials transportation license (California Hazardous Material Transportation License) issued by California Highway Patrol.

## 5. Description of Work to be Performed or Major Materials to be Supplied

**5.1.** Provide a description of the work to be performed or major materials to be supplied by the Subcontractor or Supplier.

## 6. Is excavation to be performed?

**6.1.** Indicate whether the work to be performed by each Subcontractor or Supplier includes excavation by responding "Yes" or "No."  Refer to  Section 4216 of the California Government Code for the definition of "excavation."

## 7. Gold Shovel Status

**7.1.** Indicate the Gold Shovel Status for each Subcontractor or Supplier by responding as appropriate:

**7.2.** "N/A" for Subcontractor or Supplier who will not perform excavation work.



# EXHIBIT 1
# Subcontractor and Supplier Utilization Plan Instructions   Pub. 12/05/18

**7.3.** "Active" for Subcontractor or Supplier with an active Gold Shovel Certification.

**7.4.** "Inactive" for Subcontractor or Supplier that does not have current Gold Shovel Certification. Attach an explanation to Exhibit 1A indicating when Contractor anticipates Subcontractor or Supplier will obtain Gold Shovel Certification.

**7.5.** To determine status or to find potential subcontractors, access the following site: http://www.goldshovelstandard.com.

## 8.  Risk Level

**8.1.** Indicate whether each Subcontractor or Supplier will be performing low, medium, or high risk work by responding "Low", "Med", or "High". Refer to PG&E's Contractor Safety Program Contract Requirements at http://www.pge.com/contractorsafety for risk definitions.

## 9.  ISN ID# and/or PG&E Qualified Vendor #

**9.1.** Provide ISNetworld (ISN) Identification Number of each Subcontractor or Supplier performing medium to high risk work.

**9.2.** Respond "N/A" for any Subcontractor or Supplier performing low risk work.

**9.3.** Respond "None" if Subcontractor or Supplier has not completed ISN prequalification. Attach an explanation to Exhibit 1A explaining when Contractor anticipates Subcontractor or Supplier prequalification will be complete.

**9.4.** Subcontractor or Supplier may have both an ISN ID Number and a PG&E Qualified Vendor Number. If company has both, please list ISN ID Number first.

**9.5. ISNetworld Prequalified**

> **9.5.1.**  Indicate whether Subcontractor or Supplier performing medium to high risk work is Prequalified in ISN by responding "Yes" or "No." Respond "N/A" for each Subcontractor or Supplier performing low risk work.

> **9.5.2.**  To determine prequalification status or to find potential subcontractors, access the following site:  https://www.pge.com/en_US/for-our-business-partners/purchasing-program/suppliers/suppliers.page.

## 10. Union Signatory

**10.1.** Indicate whether Subcontractor or Supplier is signatory to a labor union by responding "Yes" or "No."

## 11. Signature / Attestation

Please sign, date and indicate the revision number certifying that the information provided on this form is true to the best of your knowledge. Note: The information provided may form the basis of a Statement of Record, against which PG&E may conduct an audit or review to ensure compliance.

**PG&E**

**\*\*Please Note:**
**This document may not be applicable however a signature is required as acknowledgment of receipt**

## Subcontractor and Supplier Utilization Plan

**ATTACHMENT 3 - EXHIBIT 1A**

| Prime Contractor/Supplier Name: Willis Towers Watson, US LLC | PG&E Contract # (if any): | Contract Duration  From:  To: |
|---|---|---|
| Employer Identification # (EIN): | Total Bid/Contract Value: | Total Amount to be Self Performed: |
| PG&E Project/Product: | Is Prime Contractor/Supplier CPUC Clearinghouse Certified?   Yes   No   VON #: | |
| Name of Preparer: | Is Prime Contractor/Supplier a Registered Small Business Certified?   Yes   No   Small Business #: | |
| Preparer E-Mail: | Estimated Amount to be Paid to all Subcontractors (Subs) and Suppliers ($): (for the duration of the contract) | |
| Preparer Contact Phone: | Subs and Suppliers:   Small Businesses:   CPUC Certified Businesses: | |

| (1) Tier Level | (2) Name of Subcontractors (s) and Supplier (s) | (3) Emergency Point of Contact / Phone # | (4) Contractor's License # / Motor Carrier Permit | | | | (5) Description of Work to be Performed or Major Materials to be Supplied | (6) Is Excavation to be Performed | (7) Gold Shovel Status | (8) Risk Level | (9) ISN ID# and/or PG&E Qualified Vendor # | (10) Union Signatory |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | License/Permit Type | License/Permit # | Expiration Date | Special Permit Required | | | | | | |
| | None | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

The information provided on this form may form the basis of a Statement of Record, against which PG&E may conduct an audit or review to ensure compliance.

Indicate All Subcontractor(s) and Supplier(s) of any tier prior to performing Work on designated project. Submit Exhibit 1A to best demonstrate your plan for the indicated services.

In the event of a change in planned Subcontractor(s) or Supplier(s) of any tier, submit a revised Exhibit 1A prior to performing the Work via the method outlined in the contract or work authorization.

Refer to Exhibit 1 for additional instructions on completing this form.

Please include additional sheets as needed.

| (11) Signature  *Tom Matthews*  00712E4889E5445... | Date | 11/19/2019 | Rev. #: |
|---|---|---|---|

I hereby certify that the information listed is true to the best of my knowledge.

Case: 19-30088   Doc# 5437-1   Filed: 01/22/20   Entered: 01/22/20 10:11:10   Page 12 of 12