Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

Counsel for Official Committee of Tort Claimants

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>        **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CONTINUED HEARING ON OMNIBUS CLAIM OBJECTIONS**<br><br>**[Re: Dkt. No. 4943, 5096 & 5136]**<br><br>Date: February 26, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>    Courtroom 17, 16th Floor<br>    San Francisco, CA 94102<br><br>Objection Deadline: February 12, 2020 |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** on December 2, 2019 the TCC filed the *Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to No Liability Claims Filed by the Department of Homeland Security / Federal Emergency Management Agency (Claim Nos. 59692, 59734 & 59783)* [Dkt. No. 4943] (the "**FEMA Objection**"). Concurrently with the FEMA Objection, the TCC filed a notice of hearing [Dkt. No. 4944], which stated that: (1) any oppositions or responses to the FEMA Objection must be in writing, filed with the Bankruptcy Court, and served on the counsel for the TCC at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on December 31, 2019; and (2) any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the *Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 (EFC No. 1996) ("**Case Management Order**").

**PLEASE TAKE FURTHER NOTICE** on December 12, 2019 the TCC filed the *Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by California Governor's Office of Emergency Services (Claim Nos. 87748, 87754, & 87755)* [Dkt. No. 5096] (the "**Cal OES Objection**"). Concurrently with the Cal OES Objection, the TCC filed a notice of hearing [Dkt. No. 5099], which stated that: (1) any oppositions or responses to the Cal OES Objection must be in writing, filed with the Bankruptcy Court, and served on the counsel for the TCC at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on December 31, 2019; and (2) any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the Case Management Order.

**PLEASE TAKE FURTHER NOTICE** on December 16, 2019 the TCC filed the *Notice of Continued Hearing on Omnibus Claim Objections* [Dkt. No. 5136], which stated that: (1) any oppositions or responses to the FEMA Objection and the Cal OES Objection must be in writing, filed with the Bankruptcy Court, and served on the counsel for the TCC at the above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on January 28, 2020; and (2) any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the Case Management Order.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the FEMA Objection and the Cal OES Objection will be continued from the hearing date of February 11, 2020, to the omnibus hearing on February 26, 2020 at 10:00 a.m. (Pacific Time) in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. The deadline for parties to file responses or oppositions to the FEMA Objection and the Cal OES Objection is extended to **4:00 p.m. (Pacific Time) on February 12, 2020**. All oppositions and responses must be filed and served pursuant to the Case Management Order.

**PLEASE TAKE FURTHER NOTICE** that copies of the FEMA Objection and the Cal OES Objection and their supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: January 22, 2020

**BAKER & HOSTETLER LLP**

By: */s/ Robert A. Julian*
      Robert A. Julian

*Counsel for The Official Committee of Tort Claimants*