| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP | CRAVATH, SWAINE & MOORE LLP |
| Stephen Karotkin (*pro hac vice*) | Paul H. Zumbro (*pro hac vice*) |
| (stephen.karotkin@weil.com) | (pzumbro@cravath.com) |
| Ray C. Schrock, P.C. (*pro hac vice*) | Kevin J. Orsini (*pro hac vice*) |
| (ray.schrock@weil.com) | (korsini@cravath.com) |
| Jessica Liou (*pro hac vice*) | Omid H. Nasab (*pro hac vice*) |
| (jessica.liou@weil.com) | (onasab@cravath.com) |
| Matthew Goren (*pro hac vice*) | 825 Eighth Avenue |
| (matthew.goren@weil.com) | New York, NY 10019 |
| 767 Fifth Avenue | Tel: 212 474 1000 |
| New York, NY 10153-0119 | Fax: 212 474 3700 |
| Tel: 212 310 8000 | |
| Fax: 212 310 8007 | |

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11 (Lead Case) (Jointly Administered)<br><br>**REQUEST FOR ENTRY OF ORDER BY DEFAULT GRANTING DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 363(b) AND 105(a) AND FED. R. BANKR. P. 6004 AND 9019 FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO SETTLE THE CLAIMS OF TUBBS PREFERENCE CLAIMANTS AND (II) GRANTING RELATED RELIEF**<br><br>**[Relates to Dkt. No. 5282]**<br><br>Hearing Date: January 23, 2020[1]<br>Hearing Time: 1:00 p.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>Objection Deadline: January 17, 2020<br>12:00 p.m. (Pacific Time**)** |

---

[1] Subsequent to this request for entry of order by default, the Debtors plan to file a notice continuing the hearing on this Motion. If no order is entered pursuant to this request, the Motion will be heard at the omnibus hearing scheduled for 10:00 a.m. on January 29, 2020.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

## REQUEST FOR ENTRY OF ORDER BY DEFAULT

PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby request, pursuant to Rule 9014-1(b)(4) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, as made applicable to these Chapter 11 Cases by the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Dkt No. 1996] ("**Case Management Order**"), that the Court enter an order by default on the *Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (i) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (ii) Granting Related Relief* filed by the Debtors on January 6, 2020 [Dkt. No. 5282] (the "**Motion**").

## RELIEF REQUESTED IN THE MOTION

The Motion seeks entry of an order (i) authorizing the Debtors to enter into settlement agreements, copies of which were filed under seal, settling and liquidating the claims asserted against the Debtors by the 18 elderly or infirm individual plaintiffs for whom the Court granted relief from the stay to pursue their claims relating to the Tubbs fire (including the 32 indispensable parties associated with such individuals' claims, the "**Tubbs Preference Claimants**"), and (ii) granting related relief.

A proposed order (the "**Proposed Order**") was attached as **Exhibit A** to the Motion. The order being submitted is different from the Proposed Order attached to the Motion in that the reference to a hearing being held has been deleted.

## NOTICE AND SERVICE

A *Notice of Entry of Order Shortening Time and Notice of Hearing on Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (i) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (ii) Granting Related Relief* [Dkt. No. 5294] (the "**Notice of Hearing**") was filed on January 7, 2020, immediately after entry of the Court's order shortening time for a hearing on the Motion [Dkt. No. 5292] (the "**Order Shortening Time**"). The Motion, and the supporting declaration of Janet Loduca, were served as described in the Certificate of Service of Alain B. Francoeur filed on January 9, 2020 [Dkt. No. 5326].

The Order Shortening Time and the Notice of Hearing were served as described in the Certificate of Service of Jamie B. Herszaft filed on January 10, 2020 [Dkt. No. 5338]. The deadline to file responses or oppositions to the Motion has passed, and no responses or oppositions have been filed with the Court or received by counsel for the Debtors.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am an attorney with the firm of Keller & Benvenutti LLP, co-counsel for the Debtors.

2. I have reviewed the Court's docket in the Chapter 11 Cases and have determined that no response or opposition has been filed with respect to the Motion.

3. This declaration was executed in San Francisco, California.

WHEREFORE, the Debtors hereby request entry of the Proposed Order substantially in the form attached to the Motion, granting the Motion as set forth therein.

Dated: January 22, 2020

                                        **WEIL, GOTSHAL & MANGES LLP**
                                        **CRAVATH, SWAINE & MOORE LLP**
                                        **KELLER & BENVENUTTI LLP**

                                        /s/ *Thomas B. Rupp*
                                             Thomas B. Rupp

                                        *Attorneys for Debtors and Debtors in Possession*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119