STRADLING YOCCA CARLSON & RAUTH, a Professional Corporation
Paul Glassman (SBN 76536)
100 Wilshire Boulevard, 4th Floor
Santa Monica, CA 90401
Telephone: (424) 214-7000
Facsimile: (424) 214-7010
Email: pglassman@sycr.com

Attorneys for Creditor and Party-In-Interest,
South San Joaquin Irrigation District

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In Re:**<br>**PG&E CORPORATION**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>　　　　　　　　Debtors.<br><br>☐　Affects PG&E Corporation<br>☐　Affects Pacific Gas and Electric Company<br>■　Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>Lead Case<br><br>Jointly Administered<br><br>**JOINDER OF SOUTH SAN JOAQUIN IRRIGATION DISTRICT TO VALLEY CLEAN ENERGY ALLIANCE STATUS CONFERENCE STATEMENT REGARDING PRECONFIRMATION LEGAL ISSUES [Dkt No. 5442]**<br><br>Date: January 23, 2020<br>Time: 1:00 p.m.<br>Place: United States Bankruptcy Court<br>　　　450 Golden Gate Ave., 16th Flr, Crt. 17<br>　　　San Francisco, CA<br>Judge: Hon. Dennis Montali |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
SANTA MONICA

South San Joaquin Irrigation District (the "District") joins in Valley Clean Energy Alliance's ("VCE") *Status Conference Statement Regarding Preconfirmation Legal Issues* [Dkt. 5442](the "Statement") filed in response to this court's invitation in its *Memorandum Regarding Confirmation Issues* dated November 15, 2019 [Dkt. No. 4760] for parties to identify legal objections to the competing plans that could readily be resolved pre-confirmation as a matter of law.

The District is an irrigation district organized and existing under Division 11 of the Water Code of the State of California. The District provides water for irrigation and domestic use and also generates solar and hydropower electricity for sale to Pacific Gas and Electric Company ("PG&E") pursuant to certain prepetition contracts. Additionally, for several years the District has sought to provide retail electric service to approximately 40,000 customers.

The District and PG&E are party to two proceedings pending in the California Court of Appeals, Third Appellate District relating to the District's planned acquisition of certain assets for the retail sale of electricity (the "Property") from PG&E either through a consensual transaction or by exercise of the District's eminent domain power pursuant to California law. Briefing is far along in both appeals, but the proceedings were stayed by the state court upon the bankruptcy filing. After the filing, the District renewed its earlier offer to acquire the Property from PG&E; this offer was rejected.

The District joins in VCE's requests that this Court consider whether section 6.22 (the "Anti-Municipalization Provision") of the Ad Hoc Committee of Senior Unsecured Noteholders's ("AHC") proposed plan of reorganization [Dkt. No. 4257] (the "Noteholder Plan") is appropriately included in a plan of reorganization under section 1123(b)(6) of title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") or otherwise and should be excluded from any compromise plan that may be reached by the AHC and the Debtors.

The Anti-Municipalization Provision provides that the Reorganized Debtors (as defined in the Noteholder Plan) shall not sell and shall oppose any attempt to municipalize any portion of the operating business or assets for a period of five years after the effective date of the

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
SANTA MONICA

Noteholder Plan. Among other things, the Anti-Municipalization Provision improperly interferes with the sovereign authority of governments to take property for public use, discriminates against governmental units by not imposing a restriction on sale to any other entity, and constrains the business judgment of the future boards of the Reorganized Debtors.

Additionally, the District joins in VCE's concerns regarding the scope and effect of the discharge, release and injunction provisions of the Proposed Plans (defined below) as they apply to Governmental Units (as defined in the Proposed Plans). Both the Noteholder Plan and the plan proposed by PG&E [Dkt. 5101](as may have been amended from time to time, the "PG&E Plan" and together with the Noteholder Plan, the "Proposed Plans"), contain expansive discharge, release and injunction provisions (see Article X of the Proposed Plans). Both plans also contain a provision entitled *Special Provisions for Governmental Units* ("Section 10.13"). It appears that Section 10.13 is intended to provide relief to Governmental Units from the broad and expansive discharge, release and injunction provisions of the Proposed Plans, however it is not clear that this provision provides real and sufficient protection. Given the breadth of the discharge, release and injunction provisions of the Proposed Plans (*see e.g.* sections 10.3-10.9 of the Proposed Plans), and in light of Article I, *Interpretation; Application of Definitions and Rules of Construction* subsection (j),[1] the District joins in VCE's request for clarification as to the scope and effect of the discharge, release and injunction provisions of the Proposed Plans as to Governmental Units, and in particular that they do not affect the exercise of the power of eminent domain and ancillary related authority of Governmental Units as such exist outside of bankruptcy in any respect.

---

[1] Article I, *Interpretation; Application of Definitions and Rules of Construction* subsection (j) provides "any effectuating provisions [of the plan] may be interpreted by the Reorganized Debtors in a manner consistent with the overall purpose and intent of the Plan, all without further notice to or action, order, or approval of the court or any other entity, and such interpretation shall control in all respects;"

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
SANTA MONICA

Case: 19-30088    Doc# 5446    Filed: 01/22/20    Entered: 01/22/20 14:10:06    Page 3 of 14
4848-3083-6912v8/022904-0012

## CONCLUSION

Wherefore, the District respectfully requests that this Court include consideration of the propriety of the Anti-Municipalization Provision and the scope and effect of the release, discharge and injunction provisions of both Proposed Plans on governmental units in any pre-confirmation briefing schedule. The District reserves all of its rights to raise substantive objections to plan provisions at the appropriate time.

DATED: January 22, 2020

STRADLING YOCCA CARLSON & RAUTH A PROFESSIONAL CORPORATION

By: /s/ *Paul R. Glassman*

Attorneys for Creditor and Party-in-Interest South San Joaquin Irrigation District

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 100 Wilshire Blvd., 4th Floor, Santa Monica, CA 90401.

A true and correct copy of the foregoing document JOINDER OF SOUTH SAN JOAQUIN IRRIGATION DISTRICT TO VALLEY CLEAN ENERGY ALLIANCE STATUS CONFERENCE STATEMENT REGARDING PRECONFIRMATION LEGAL ISSUES will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 22, 2020 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, mterry@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- James T. Bentley    james.bentley@srz.com, Kelly.Knight@srz.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka    rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Heinz Binder    heinz@bindermalter.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Ameneh Maria Bordi    ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- Jason Borg    jborg@jasonborglaw.com
- Mark Bostick    mbostick@wendel.com, bankruptcy@wendel.com
- James L. Bothwell    jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady    enbrady@jonesday.com
- Gregory A. Bray    gbray@milbank.com
- Michael D. Breslauer    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Chane Buck    cbuck@jonesday.com
- Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                     F 9013-3.1.PROOF.SERVICE

- Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
- Nicholas A. Carlin    nac@phillaw.com, rac@phillaw.com
- Katherine Rose Catanese    kcatanese@foley.com
- Jennifer Machlin Cecil    JCecil@winston.com, ECF_SF@winston.com
- Karen J. Chedister    kchedister@h-jlaw.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough    aclough@loeb.com
- Tiffany Strelow Cobb    tscobb@vorys.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Brian S. Conlon    bsc@phillaw.com, rac@phillaw.com
- Charles Cording    ccording@willkie.com, mao@willkie.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Anne Costin    anne@costinlawfirm.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, dkrasa-berstell@akingump.com
- John Cumming    jcumming@dir.ca.gov
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    , jad_9193@ecf.courtdrive.com
- Erin Elizabeth Dexter    edexter@milbank.com
- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- Dustin M. Dow    ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- Jamie P. Dreher    jdreher@downeybrand.com
- Geoffrey B. Dryvynsyde    gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- Cecily Ann Dumas    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Michael Eggenberger    meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Michele Ellison    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian    , Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Scott Esbin    sesbin@esbinalter.com
- Joseph M. Esmont    jesmont@bakerlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
- Brett D. Fallon    bfallon@morrisjames.com, wweller@morrisjames.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

- Michael C. Fallon    mcfallon@fallonlaw.net, manders@fallonlaw.net
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- David M. Feldman    DFeldman@gibsondunn.com
- Matthew A. Feldman    mfeldman@willkie.com
- Mark E. Felger    mfelger@cozen.com
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Timothy M. Flaherty    tflaherty@mpplaw.com
- Daniel I. Forman    dforman@willkie.com
- Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot    , john.murphy@troutman.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick    cfrederick@prklaw.com
- Peter Friedman    pfriedman@omm.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller    lfuller@bakerlaw.com
- Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Craig Solomon Ganz    ganzc@ballardspahr.com, hartt@ballardspahr.com
- Jeffrey K. Garfinkle    jgarfinkle@buchalter.com
- Oscar Garza    ogarza@gibsondunn.com
- Paul R. Gaus    paul.gaus@mccormickbarstow.com
- Duane M. Geck    dmg@severson.com
- Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com
- Christopher Gessner    cgessner@akingump.com, NYMCO@akingump.com
- Barry S. Glaser    bglaser@lkfirm.com
- Paul R. Glassman    glassmanp@gtlaw.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Jaime Godin    Jtouchstone@fddcm.com
- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com
- Rhonda Stewart Goldstein    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman    egoodman@bakerlaw.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried    MGottfried@elkinskalt.com, AAburto@elkinskalt.com
- Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink    eric@rhrc.net
- Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- David Matthew Guess    guessd@gtlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden    cameron.m.gulden@usdoj.gov
- Mirco J. Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com
- Laurie Hager    lhager@sussmanshank.com
- J. Noah Hagey    hagey@braunhagey.com, tong@braunhagey.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Adam C. Harris    adam.harris@srz.com, james.bentley@srz.com
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
- Cristina A. Henriquez    chenriquez@mayerbrown.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- Morgan R. Hirst    mhirst@jonesday.com, mmelvin@jonesday.com
- Michael R. Hogue    hoguem@gtlaw.com, navarrom@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com
- Alexandra S. Horwitz    allie.horwitz@dinsmore.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang    shane.huang@usdoj.gov
- Brian D. Huben    hubenb@ballardspahr.com
- Jonathan Hughes    , jane.rustice@aporter.com
- Edward R. Huguenin    ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola    mvi@sbj-law.com
- J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Ivan C. Jen    ivan@icjenlaw.com
- Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston    jjohnston@jonesday.com
- Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones    andrew@ajoneslaw.com
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian    rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- George H. Kalikman    gkalikman@schnader.com, sdavenport@schnader.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com
- Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com
- Robert B. Kaplan    rbk@jmbm.com
- Eve H. Karasik    ehk@lnbyb.com
- Michael G. Kasolas    trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
- Elyssa S. Kates    ekates@bakerlaw.com
- Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman    wkaufman@smwb.com
- Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly    ustpregion17.oa.ecf@usdoj.gov
- Matthew K. Kelsey    mkelsey@gibsondunn.com
- Gerald P. Kennedy    gerald.kennedy@procopio.com, angela.stevens@procopio.com
- Erica L. Kerman    ekerman@willkie.com
- Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder    skidder@ktbslaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                             F 9013-3.1.PROOF.SERVICE

Case: 19-30088    Doc# 5446    Filed: 01/22/20    Entered: 01/22/20 13:10:08    Page 8 of 14

- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kellerbenvenutti.com
- Kody D. L. Kleber    kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Matthew Ryan Klinger    mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- Bradley C. Knapp    bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Kelly V. Knight    kelly.knight@srz.com
- Lydia Vanessa Ko    Lvko@stonelawoffice.com
- Thomas F. Koegel    tkoegel@crowell.com
- Katherine Kohn    kkohn@groom.com, ashahinllari@groom.com
- Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Anna Kordas    akordas@jonesday.com, mmelvin@jonesday.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- Bernard Kornberg    bjk@severson.com
- David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com
- Lauren Kramer    lkramer@rjo.com
- Jeffrey C. Krause    jkrause@gibsondunn.com
- Thomas R. Kreller    tkreller@milbank.com
- Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Robert T. Kugler    robert.kugler@stinson.com
- Boris Kukso    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Alisa C. Lacey    alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping    rich@trodellalapping.com
- Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- John E. Lattin    jlattin@ostergar.com, cslovenec@ostergar.com
- Michael Lauter    mlauter@sheppardmullin.com
- Kenneth T. Law    klaw@bbslaw.com
- Francis J. Lawall    lawallf@pepperlaw.com, henrys@pepperlaw.com
- Andrew Michael Leblanc    ALeblanc@milbank.com
- Erica Lee    Erica.Lee@doj.ca.gov
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Edward J. Leen    eleen@mkbllp.com
- Lisa Lenherr    llenherr@wendel.com, bankruptcy@wendel.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com
- David Levine    dnl@groom.com
- Marc A. Levinson    Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira    dsilveira@kellerbenvenutti.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com, alewicki@diemerwei.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com
- Carissa A. Lynch    Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Katharine Malone    malonek@gtlaw.com
- Liam K. Malone    malone@oles.com, shahin@oles.com
- Michael W. Malter    michael@bindermalter.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- Richard A. Marshack    rmarshack@marshackhays.com, lbuchanan@marshackhays.com
- Catherine Martin    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud    lmasud@marshackhays.com, 8649808420@filings.docketbird.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Benjamin P. McCallen    bmccallen@willkie.com
- Thomas E. McCurnin    tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    Luckey.McDowell@Shearman.com
- Matthew D. McGill    MMcGill@gibsondunn.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Jennifer L. Mersing    jennifer.mersing@stoel.com, lisa.petras@stoel.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Nancy Mitchell    nmitchell@omm.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com
- Kevin Montee    kmontee@monteeassociates.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Diane Marger Moore    dmargermoore@baumhedlundlaw.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Candace J. Morey    cjm@cpuc.ca.gov
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Bennett J. Murphy    bmurphy@bennettmurphylaw.com
- Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com
- David Neier    dneier@winston.com
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Michael S. Neumeister    MNeumeister@gibsondunn.com
- Howard S. Nevins    hnevins@hsmlaw.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com
- Sean Nolan    snolan@akingump.com, NYMCO@akingump.com
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012         F 9013-3.1.PROOF.SERVICE

Case: 19-30088    Doc# 5446    Filed: 01/22/20    Entered: 01/22/20 13:11:06    Page 95 of 14

- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson    matt@macfern.com, stell.laura@dorsey.com
- Steven M. Olson    smo@smolsonlaw.com
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Gabriel Ozel    , gabeozel@gmail.com
- Margarita Padilla    Margarita.Padilla@doj.ca.gov
- Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Peter S. Partee    , candonian@huntonak.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, kwidder@ffwplaw.com
- Kenneth Pasquale    , mlaskowski@stroock.com
- Charles Scott Penner    penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Yosef Peretz    yperetz@peretzlaw.com, skim@peretzlaw.com
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino    epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin    mplevin@crowell.com
- Steven G. Polard    spolard@eisnerlaw.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com
- Stacey C. Quan    squan@steyerlaw.com, pspencer@steyerlaw.com
- Amy C. Quartarolo    amy.quartarolo@lw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready    smeyer@farmerandready.com
- Caroline A. Reckler    caroline.reckler@lw.com
- David M. Reeder    david@reederlaw.com, david.m.reeder@gmail.com;Jessica@reederlaw.com
- Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner    jreisner@irell.com
- Jack A. Reitman    , srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin    drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- John R. Rizzardi    kcoselman@cairncross.com, tnguyen@cairncross.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
- Julie H. Rome-Banks    julie@bindermalter.com
- Jorian L. Rose    jrose@bakerlaw.com
- Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- Allan Robert Rosin    arrosin@alr-law.com
- Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Stacy H. Rubin    rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com
- Jason C. Rubinstein    jrubinstein@fklaw.com, mclerk@fklaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

Case: 19-30088    Doc# 5446    Filed: 01/22/20    Entered: 01/22/23 14:11:26    Page 11 of 14

- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp    trupp@kellerbenvenutti.com
- Eric E. Sagerman    esagerman@bakerlaw.com
- Robert Sahyan    rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- Jonathan C. Sanders    jsanders@stblaw.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio    sas@hogefenton.com
- Francis O. Scarpulla    fos@scarpullalaw.com, cpc@scarpullalaw.com
- Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider    bradley.schneider@mto.com
- Harvey S. Schochet    Harveyschochet@dwt.com
- Lisa Schweitzer    lschweitzer@cgsh.com
- Eric J. Seiler    eseiler@fklaw.com, mclerk@fklaw.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    jim@jsheplaw.com, shepIGN@gmail.com
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Jeremy C. Sink    jsink@kmclaw.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref    rsoref@polsinelli.com
- Joseph Sorkin    jsorkin@akingump.com, NYMCO@akingump.com
- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Geoffrey S. Stewart    gstewart@jonesday.com, mmelvin@jonesday.com
- Alan J. Stone    AStone@milbank.com, DMcCracken@Milbank.com
- Michael H. Strub    mstrub@irell.com, mhstrub1@gmail.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- Derrick Talerico    dtalerico@ztlegal.com, sfritz@ztlegal.com
- Kesha Tanabe    kesha@tanabelaw.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Elisa Tolentino    cao.main@sanjoseca.gov
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward J. Tredinnick    etredinnick@greeneradovsky.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

- Michael Tye    Michael.Tye@usdoj.gov
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Bao M. Vu    bao.vu@stoel.com, sharon.witkin@stoel.com
- Jonathan D. Waisnor    jwaisnor@willkie.com, mao@willkie.com
- Riley C. Walter    ecf@W2LG.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Rebecca Weissman    rebecca.weissman@dechert.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Joseph West    westjoseph@earthlink.net, josephw998@gmail.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Catherine E. Woltering    cwoltering@bakerlaw.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Antonio Yanez    ayanez@willkie.com
- Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Christopher L. Young    cyoung@cairncross.com, nspringstroh@cairncross.com
- Paul H. Zumbro    mao@cravath.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On January 22, 20209, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 22, 2020, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    Case: 19-30088    Doc# 5446    Filed: 01/22/20    Entered: 01/22/20 13:41:06    F 9013-3.1.PROOF.SERVICE    Page 13 of 14

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 22, 2020 | Christine Pesis | /s/ Christine Pesis |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* F 9013-3.1.PROOF.SERVICE