## EXHIBIT A

### COMPENSATION BY PROFESSIONAL
### SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

| Name of Professional Individual | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tomer Perry | Managing Director | n/a | 5.0 | n/a |
| Ken Ziman | Managing Director | n/a | 165.5 | n/a |
| Gregory Hort | Director | n/a | 19.0 | n/a |
| Eli Silverman | Vice President | n/a | 333.5 | n/a |
| Garrett Deutsch | Associate | n/a | 5.0 | n/a |
| Daniel Katz | Associate | n/a | 58.0 | n/a |
| Nathan Mooney | Associate | n/a | 232.0 | n/a |
| Matt Strain | Associate | n/a | 34.0 | n/a |
| Luke Cummings | Analyst | n/a | 76.0 | n/a |
| Liam Fine | Analyst | n/a | 69.0 | n/a |
| Kevin Hatch | Analyst | n/a | 203.5 | n/a |
| Dan Liotta | Analyst | n/a | 253.0 | n/a |
| Katherine Tobeason | Analyst | n/a | 20.0 | n/a |
| Scott Belinsky | Analyst | n/a | 68.0 | n/a |
| **TOTALS** | | n/a | **1,541.5** | **$300,000.00** |