## EXHIBIT B

## COMPENSATION BY WORK TASK CODE
## FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

| Project Categories | Total Hours | Total Fees |
|---|---:|---:|
| Interface with Professionals, Official Committees, and Other Parties-In-Interest | 241.3 | n/a |
| Business Operations Planning, Monitoring, Reporting and Analysis and Projections | 18.0 | n/a |
| Preparation and/or review of Court Filings | 20.0 | n/a |
| Court Testimony/Deposition and Preparation | 93.0 | n/a |
| Valuation Analysis | 17.0 | n/a |
| Capital Structure Review and Analysis | 302.0 | n/a |
| Merger & Acquisition Activity | 0.0 | n/a |
| Financing including DIP and Exit Financing | 716.2 | n/a |
| General Corporate Finance, Research and Analysis, and Other Due Diligence | 134.0 | n/a |
| Fee Application, Engagement | 0.0 | n/a |
| Employee Retention Program | 0.0 | n/a |
| **TOTAL** | **1,541.5** | **$300,000.00** |