# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Car Services and Taxis | | $2,912.91 |
| Employee Meals | | 279.23 |
| Legal Fees | | 14,435.00 |
| Meals – Meetings/Travel | | 1,391.75 |
| Travel | | 19,479.38 |
| **Total Expenses** | | **$38,498.27** |