# EXHIBIT D

**DETAIL OF HOURS EXPENDED**
**FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**September 1, 2019 - September 30, 2019**

| Code | Summary of Services Rendered by Project | Sep-19 |
|---|---|---|
| | **Project Description** | |
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 241.3 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 18.0 |
| 3 | Preparation and/or Review of Court Filings | 20.0 |
| 4 | Court Testimony/Deposition and Preparation | 93.0 |
| 5 | Valuation Analysis | 17.0 |
| 6 | Capital Structure Review and Analysis | 302.0 |
| 7 | Merger & Acquisition Activity | -- |
| 8 | Financing Including DIP and Exit Financing | 716.3 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 134.0 |
| 10 | Fee Application, Engagement | -- |
| 11 | Employee Retention Program | -- |
| **Total** | | **1,541.5** |

| # | Summary of Services Rendered by Professional | Sep-19 |
|---|---|---|
| | **Name (Title)** | |
| 4 | Torner Perry (Managing Director) | 5.0 |
| 5 | Ken Ziman (Managing Director) | 165.5 |
| 7 | Greg Hort (Director) | 19.0 |
| 11 | Eli Silverman (Vice President) | 333.5 |
| 13 | Garrett Deutsch (Associate) | 5.0 |
| 14 | Dan Katz (Associate) | 58.0 |
| 16 | Nathan Mooney (Associate) | 232.0 |
| 17 | Matthew Strain (Associate) | 34.0 |
| 18 | Luke Cummings (Analyst) | 76.0 |
| 19 | Liam Fine (Financial Analyst) | 69.0 |
| 20 | Kevin Hatch (Financial Analyst) | 203.5 |
| 22 | Dan Liotta (Financial Analyst) | 253.0 |
| 25 | Katherine Tobeason (Analyst) | 20.0 |
| 31 | Scott Belinsky (Analyst) | 68.0 |
| **Total** | | **1,541.5** |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**September 1, 2019 - September 30, 2019**

| Date | Description of Work | Hours | Code |
|------|--------------------|-------|------|
| | **Tomer Perry (Managing Director)** | | |
| 9/5/19 | Post Emergence Financing Fees | 2 | 6 |
| 9/5/19 | Work around post-emergence capital structure and equity financing alternatives | 1 | 6 |
| 9/28/19 | Post Emergence Financing Precedents Analysis | 2 | 6 |
| **Sep-19** | **Monthly Subtotal** | **5.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**September 1, 2019 - September 30, 2019**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Ken Ziman (Managing Director)** | | |
| 9/1/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 9/1/19 | Debt Refinancing Analysis | 2 | 6 |
| 9/1/19 | Exit Financing Analysis | 0.5 | 8 |
| 9/2/19 | Make-whole and accrued interest analysis | 0.5 | 6 |
| 9/2/19 | Exit Financing Analysis | 0.5 | 8 |
| 9/3/19 | POR Debt Treatment Analysis | 1 | 6 |
| 9/3/19 | Discussion Regarding Exit Financing | 0.5 | 6 |
| 9/3/19 | Recurring Advisor Call | 0.5 | 1 |
| 9/3/19 | Internal Meeting | 0.5 | 8 |
| 9/3/19 | Call with BAML | 1 | 8 |
| 9/3/19 | Internal Meeting | 0.5 | 1 |
| 9/3/19 | Discussion with equity holder advisors | 3 | 1 |
| 9/4/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 9/4/19 | Creation of Materials for Finance Committee | 0.25 | 9 |
| 9/5/19 | Internal Meeting | 0.5 | 1 |
| 9/5/19 | Call with PJT | 3 | 1 |
| 9/5/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/5/19 | Business plan meeting with management | 3 | 2 |
| 9/5/19 | Wildfire Claim Analysis and Presentation Creation | 0.5 | 6 |
| 9/5/19 | Rights Offering Analysis | 0.25 | 8 |
| 9/6/19 | Internal Call | 1 | 1 |
| 9/6/19 | Discussion with Debtor advisors on Backstop | 4 | 1 |
| 9/6/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/6/19 | Finance Committee Material Creation | 3 | 6 |
| 9/6/19 | Rights Offering Fee Analysis | 0.5 | 6 |
| 9/6/19 | Equity Backstop Analysis | 0.25 | 6 |
| 9/7/19 | Call with PJT | 1.5 | 6 |
| 9/7/19 | Refinancing Analysis | 0.25 | 6 |
| 9/6/19 | Discussion with Debtor advisors on Backstop | 4 | 1 |
| 9/8/19 | Equity Backstop Analysis | 0.25 | 6 |
| 9/9/19 | Internal Call | 1 | 1 |
| 9/9/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 9/9/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/9/19 | Discussion with equity holders | 2 | 1 |
| 9/10/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/10/19 | Wildfire Claim Analysis and Presentation Creation | 0.5 | 6 |
| 9/10/19 | Accrued Interest Analysis | 1.5 | 6 |
| 9/10/19 | Recurring Advisor Call | 1 | 1 |
| 9/10/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 9/11/19 | Internal Call | 1 | 1 |
| 9/11/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/11/19 | Call with Guggenheim | 2 | 6 |
| 9/11/19 | Call with PJT | 0.5 | 6 |
| 9/11/19 | Utility Benchmark Analysis | 0.25 | 9 |
| 9/11/19 | Sources and Uses Analysis | 0.5 | 8 |
| 9/11/19 | Discussion with equity holders | 1 | 1 |
| 9/12/19 | Equity Backstop Analysis and Process Work | 0.25 | 8 |
| 9/12/19 | Call with PJT | 2 | 6 |
| 9/12/19 | Recurring Advisor Call | 1 | 1 |
| 9/12/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/13/19 | Meeting with PJT regarding backstop | 2 | 6 |
| 9/13/19 | Call with PJT | 0.5 | 6 |
| 9/13/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/13/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 9/13/19 | Discussion with equity holders | 2 | 1 |
| 9/14/19 | Equity Backstop Analysis and Process Work | 3 | 8 |
| 9/14/19 | Discussion with debt holders | 1 | 1 |
| 9/15/19 | Call with Guggenheim | 0.25 | 6 |
| 9/15/19 | Plan Financing Analysis | 5.5 | 8 |
| 9/16/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 9/16/19 | Discussion with backstop parties | 3 | 1 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**September 1, 2019 - September 30, 2019**

| Ken Ziman (Managing Director) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 9/16/19 | Call with Ducera | 1 | 6 |
| 9/17/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 9/17/19 | Meeting with PJT | 2 | 8 |
| 9/17/19 | Recurring Advisor Call | 1 | 1 |
| 9/17/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/17/19 | Call with Management | 2 | 2 |
| 9/17/19 | Call with Citi | 0.5 | 8 |
| 9/17/19 | Call with Rothschild | 0.5 | 8 |
| 9/17/19 | Backstop Investor Meeting at Weil | 3 | 1 |
| 9/17/19 | Discussion with backstop parties | 1 | 1 |
| 9/18/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 9/18/19 | Call with Weil | 0.5 | 8 |
| 9/18/19 | Discussion with backstop parties | 4 | 1 |
| 9/19/19 | Recurring Advisor Call | 1 | 1 |
| 9/19/19 | Discussion with backstop parties | 3 | 1 |
| 9/19/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 9/20/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/20/19 | Claims Analysis | 1 | 5 |
| 9/20/19 | Discussion with backstop parties | 2 | 1 |
| 9/21/19 | Ad Hoc Noteholder Plan Analysis and Review | 1 | 4 |
| 9/22/19 | Debt Savings Analysis | 1 | 9 |
| 9/23/19 | Travel to San Francisco | 9 | 9 |
| 9/23/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 9/24/19 | PG&E / Lazard / Ducera Financing Discussion | 3 | 1 |
| 9/24/19 | Debt Savings Analysis | 0.5 | 9 |
| 9/24/19 | Recurring Recurring Advisor Call | 1 | 1 |
| 9/24/19 | Call with Citi | 0.5 | 6 |
| 9/24/19 | Travel to New York | 9 | 9 |
| 9/26/19 | Equity Backstop Analysis and Process Work | 0.5 | 8 |
| 9/26/19 | Financing Discussion Regarding Documentation | 3 | 9 |
| 9/26/19 | Recurring Advisor Call | 1 | 1 |
| 9/26/19 | Discussion Regarding Deposition / Exclusivity with Weil and Cravath | 0.5 | 1 |
| 9/26/19 | Equity Backstop Analysis and Process Work | 2.5 | 8 |
| 9/26/19 | Call with Cravath | 1 | 8 |
| 9/26/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/26/19 | Discussion with backstop parties | 3 | 1 |
| 9/27/19 | Equity Backstop Analysis and Process Work | 1.5 | 8 |
| 9/27/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/27/19 | Call with Guggenheim | 0.5 | 6 |
| 9/27/19 | Call with Management | 1 | 6 |
| 9/27/19 | Call with AlixPartners | 1 | 2 |
| 9/27/19 | Call regarding debt bridge commitments with Debtor advisors | 3 | 8 |
| 9/27/19 | Call with management regarding NOL financing | 1 | 1 |
| 9/28/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 9/28/19 | Call with Barclays to discuss debt commitments | 0.5 | 6 |
| 9/29/19 | Equity Backstop Analysis and Process Work | 5 | 8 |
| 9/29/19 | Call with BAML to discuss debt commitments | 2 | 6 |
| 9/30/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 9/30/19 | Internal Meeting | 1 | 1 |
| 9/30/19 | Call with Rothschild | 0.5 | 6 |
| 9/30/19 | Equity Backstop Analysis and Process Work | 4 | 8 |
| 9/30/19 | Call with JPM to discuss NOL financing | 2 | 6 |
| Sep-19 | Monthly Subtotal | 165.5 | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**September 1, 2019 - September 30, 2019**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| Greg Hort (Director) | | | |
| 9/6/19 | calls with advisors/management | 2.5 | 1 |
| 9/10/19 | calls with advisors/management | 2.5 | 1 |
| 9/12/19 | calls with advisors/management | 1.5 | 1 |
| 9/13/19 | calls with advisors/management | 2 | 1 |
| 9/16/19 | calls with advisors/management | 2 | 1 |
| 9/17/19 | calls with advisors/management | 3.5 | 1 |
| 9/19/19 | calls with advisors/management | 0.5 | 1 |
| 9/20/19 | calls with advisors/management | 1.5 | 1 |
| 9/24/19 | calls with advisors/management | 1 | 1 |
| 9/27/19 | calls with advisors/management | 1 | 1 |
| 9/30/19 | calls with advisors/management | 1 | 1 |
| Sep-19 | **Monthly Subtotal** | **19.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**September 1, 2019 - September 30, 2019**

| | Eli Silverman (Vice President) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 9/1/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 9/1/19 | Debt Refinancing Analysis | 6 | 6 |
| 9/1/19 | Exit Financing Analysis | 2 | 8 |
| 9/2/19 | Make-whole and accrued interest analysis | 3 | 6 |
| 9/2/19 | Exit Financing Analysis | 2 | 8 |
| 9/3/19 | POR Debt Treatment Analysis | 4 | 6 |
| 9/3/19 | Discussion Regarding Exit Financing | 0.5 | 6 |
| 9/3/19 | Recurring Advisor Call | 0.5 | 1 |
| 9/3/19 | Internal Call | 0.5 | 1 |
| 9/3/19 | Internal Meeting | 0.5 | 8 |
| 9/3/19 | Internal Meeting | 0.5 | 1 |
| 9/3/19 | Call with BAML | 1 | 8 |
| 9/3/19 | Internal Meeting | 0.5 | 1 |
| 9/3/19 | Discussion with equity holder advisors | 3 | 1 |
| 9/4/19 | Travel to San Francisco | 9 | 9 |
| 9/4/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 9/4/19 | Creation of Materials for Finance Committee | 5 | 9 |
| 9/4/19 | Compilation of Materials for Management | 1 | 9 |
| 9/4/19 | Bank Debt Analysis and Material Creation | 2.5 | 8 |
| 9/5/19 | Internal Meeting | 0.5 | 1 |
| 9/5/19 | Call with PJT | 3 | 1 |
| 9/5/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/5/19 | Business plan meeting with management | 3 | 2 |
| 9/5/19 | Finance Committee Material Creation | 2.5 | 6 |
| 9/5/19 | Wildfire Claim Analysis and Presentation Creation | 3 | 6 |
| 9/5/19 | Rights Offering Analysis | 2 | 8 |
| 9/6/19 | Internal Call | 1 | 1 |
| 9/6/19 | Discussion with Debtor advisors on Backstop | 4 | 1 |
| 9/6/19 | Travel to New York | 9 | 9 |
| 9/6/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/6/19 | Finance Committee Material Creation | 3 | 6 |
| 9/6/19 | Rights Offering Fee Analaysis | 2 | 6 |
| 9/6/19 | Equity Backstop Analysis | 2.5 | 6 |
| 9/7/19 | Call with PJT | 1.5 | 6 |
| 9/7/19 | Refinancing Analysis | 6 | 6 |
| 9/6/19 | Discussion with Debtor advisors on Backstop | 4 | 1 |
| 9/8/19 | Equity Backstop Analysis | 6 | 6 |
| 9/9/19 | Internal Call | 1 | 1 |
| 9/9/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 9/9/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/9/19 | Wildfire Claim Analysis and Presentation Creation | 3.5 | 6 |
| 9/9/19 | Discussion with equity holders | 2 | 1 |
| 9/10/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/10/19 | Wildfire Claim Analysis and Presentation Creation | 5 | 6 |
| 9/10/19 | Accrued Interest Analysis | 1.5 | 6 |
| 9/10/19 | Emergence Sources and Uses Analysis | 3 | 8 |
| 9/10/19 | Recurring Advisor Call | 1 | 1 |
| 9/10/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 9/11/19 | Internal Call | 1 | 1 |
| 9/11/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/11/19 | Call with Guggenheim | 2 | 6 |
| 9/11/19 | Call with PJT | 0.5 | 6 |
| 9/11/19 | Utility Benchmark Analysis | 2 | 9 |
| 9/11/19 | Sources and Uses Analysis | 2 | 8 |
| 9/11/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 9/11/19 | Discussion with equity holders | 1 | 1 |
| 9/12/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 9/12/19 | Call with PJT | 2 | 6 |
| 9/12/19 | Recurring Advisor Call | 1 | 1 |
| 9/12/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/12/19 | Travel to New York | 9 | 9 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**September 1, 2019 - September 30, 2019**

| | Eli Silverman (Vice President) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 9/13/19 | Meeting with PJT regarding backstop | 2 | 6 |
| 9/13/19 | Call with PJT | 0.5 | 6 |
| 9/13/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/13/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 9/13/19 | Discussion with equity holders | 2 | 1 |
| 9/14/19 | Equity Backstop Analysis and Process Work | 6 | 8 |
| 9/14/19 | Plan Financing Sources and Uses | 5 | 8 |
| 9/14/19 | Discussion with debt holders | 1 | 1 |
| 9/15/19 | Call with Guggenheim | 2 | 6 |
| 9/15/19 | Plan Financing Analysis | 5.5 | 8 |
| 9/16/19 | Equity Backstop Analysis and Process Work | 5 | 8 |
| 9/16/19 | Discussion with backstop parties | 9 | 1 |
| 9/16/19 | Call with Ducera | 1 | 6 |
| 9/17/19 | Equity Backstop Analysis and Process Work | 6 | 8 |
| 9/17/19 | Meeting with PJT | 2 | 8 |
| 9/17/19 | Recurring Advisor Call | 1 | 1 |
| 9/17/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/17/19 | Call with Management | 2 | 2 |
| 9/17/19 | Call with Citi | 0.5 | 8 |
| 9/17/19 | Call with Rothschild | 0.5 | 8 |
| 9/17/19 | Backstop Investor Meeting at Weil | 3 | 1 |
| 9/17/19 | Discussion with backstop parties | 4 | 1 |
| 9/18/19 | Equity Backstop Analysis and Process Work | 4 | 8 |
| 9/18/19 | Call with Weil | 0.5 | 8 |
| 9/18/19 | Discussion with backstop parties | 10 | 1 |
| 9/19/19 | Equity Backstop Analysis and Process Work | 4 | 8 |
| 9/19/19 | Recurring Advisor Call | 1 | 1 |
| 9/19/19 | Discussion with backstop parties | 10 | 1 |
| 9/19/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 9/20/19 | Equity Backstop Analysis and Process Work | 6 | 8 |
| 9/20/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/20/19 | Claims Analysis | 1 | 5 |
| 9/20/19 | Discussion with backstop parties | 7 | 1 |
| 9/21/19 | Ad Hoc Noteholder Plan Analysis and Review | 5.5 | 4 |
| 9/22/19 | Debt Savings Analysis | 5 | 9 |
| 9/23/19 | Call with Cravath | 1 | 1 |
| 9/23/19 | Internal Meeting | 1 | 1 |
| 9/23/19 | Recurring Advisor Call | 1 | 1 |
| 9/23/19 | Call with Management | 4 | 6 |
| 9/23/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 9/23/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/23/19 | Yield Analysis | 3 | 8 |
| 9/23/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 9/24/19 | Equity Backstop Analysis and Process Work | 2.5 | 8 |
| 9/24/19 | PG&E / Lazard / Ducera Financing Discussion | 3 | 1 |
| 9/24/19 | Debt Savings Analysis | 1.5 | 9 |
| 9/24/19 | Yield Analysis | 1 | 8 |
| 9/24/19 | Recurring Recurring Advisor Call | 1 | 1 |
| 9/24/19 | Call with Citi | 0.5 | 6 |
| 9/25/19 | Ad Hoc Noteholder Plan Analysis and Review | 1.5 | 4 |
| 9/25/19 | Ad Hoc Noteholder Plan Analysis and Review | 2.5 | 4 |
| 9/25/19 | Equity Backstop Analysis and Process Work | 2.5 | 8 |
| 9/25/19 | Call with Centerview | 0.5 | 6 |
| 9/25/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/25/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 9/25/19 | Discussion with backstop parties | 3 | 1 |
| 9/26/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 9/26/19 | Financing Discussion Regarding Documentation | 3 | 9 |
| 9/26/19 | Recurring Advisor Call | 1 | 1 |
| 9/26/19 | Discussion Regarding Deposition / Exclusivity with Weil and Cravath | 0.5 | 1 |
| 9/26/19 | Equity Backstop Analysis and Process Work | 2.5 | 8 |

| Eli Silverman (Vice President) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 9/26/19 | Call with Cravath | 1 | 8 |
| 9/26/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/26/19 | Discussion with backstop parties | 3 | 1 |
| 9/27/19 | Equity Backstop Analysis and Process Work | 1.5 | 8 |
| 9/27/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/27/19 | Call with Guggenheim | 0.5 | 6 |
| 9/27/19 | Call with Management | 1 | 6 |
| 9/27/19 | Call with AlixPartners | 1 | 2 |
| 9/27/19 | Call regarding debt bridge commitments with Debtor advisors | 3 | 8 |
| 9/27/19 | Call with management regarding NOL financing | 1 | 1 |
| 9/28/19 | Equity Backstop Analysis and Process Work | 5 | 8 |
| 9/28/19 | Call with Barclays to discuss debt commitments | 0.5 | 6 |
| 9/29/19 | Equity Backstop Analysis and Process Work | 6.5 | 8 |
| 9/29/19 | Call with BAML to discuss debt commitments | 2 | 6 |
| 9/30/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 9/30/19 | Internal Meeting | 1 | 1 |
| 9/30/19 | Call with Rothschild | 0.5 | 6 |
| 9/30/19 | Equity Backstop Analysis and Process Work | 4 | 8 |
| 9/30/19 | Call with JPM to discuss NOL financing | 2 | 6 |
| Sep-19 | **Monthly Subtotal** | 333.5 | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**September 1, 2019 - September 30, 2019**

| | Garrett Deutsch (Associate) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 9/3/19 | Work around post-emergence capital structure and equity financing alternatives | 2 | 6 |
| 9/23/19 | Work around post-emergence capital structure and equity financing alternatives | 3 | 6 |
| Sep-19 | Monthly Subtotal | 3.0 | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**September 1, 2019 - September 30, 2019**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | **Dan Katz (Associate)** | | |
| 9/4/19 | Travel NYC to SF | 5 | 1 |
| 9/5/19 | Business Plan Rollout | 5 | 4 |
| 9/5/19 | Meeting with PJT and Company | 3 | 4 |
| 9/5/19 | Travel SF to NYC | 4 | 4 |
| 9/11/19 | NOL Financing Consideration | 4 | 5 |
| 9/12/19 | Backstop Considerations Meeting | 3 | 4 |
| 9/13/19 | Analysis of Backstop proposal and exit financing options | 2 | 8 |
| 9/16/19 | Analysis of Backstop proposal and exit financing options | 2 | 8 |
| 9/17/19 | Analysis of Backstop proposal and exit financing options | 1 | 8 |
| 9/18/19 | Analysis of Backstop proposal and exit financing options | 4 | 8 |
| 9/19/19 | Analysis of Backstop proposal and exit financing options | 3 | 8 |
| 9/20/19 | Analysis of Backstop proposal and exit financing options | 4 | 8 |
| 9/23/19 | Analysis of Backstop proposal and exit financing options | 5 | 8 |
| 9/24/19 | Analysis of Backstop proposal and exit financing options | 1 | 8 |
| 9/25/19 | Analysis of Backstop proposal and exit financing options | 2 | 8 |
| 9/26/19 | Analysis of Backstop proposal and exit financing options | 4 | 8 |
| 9/27/19 | Review Taxes and business plan | 5 | 4 |
| 9/30/19 | Model Review | 1 | 5 |
| **Sep-19** | **Monthly Subtotal** | **58.0** | |

| | Nathan Mooney (Associate) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 9/1/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 9/1/19 | Debt Refinancing Analysis | 6 | 6 |
| 9/1/19 | Exit Financing Analysis | 1 | 8 |
| 9/2/19 | Make-whole and accrued interest analysis | 3 | 6 |
| 9/2/19 | Exit Financing Analysis | 2 | 8 |
| 9/3/19 | POR Debt Treatment Analysis | 2.5 | 6 |
| 9/3/19 | Discussion Regarding Exit Financing | 0.5 | 6 |
| 9/3/19 | Recurring Advisor Call | 0.5 | 1 |
| 9/3/19 | Internal Call | 0.5 | 1 |
| 9/3/19 | Internal Meeting | 0.5 | 8 |
| 9/3/19 | Internal Meeting | 0.5 | 1 |
| 9/3/19 | Call with BAML | 1 | 8 |
| 9/3/19 | Internal Meeting | 0.5 | 1 |
| 9/3/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/4/19 | Travel to San Francisco | 9 | 9 |
| 9/4/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 9/4/19 | Creation of Materials for Finance Committee | 3 | 9 |
| 9/4/19 | Compilation of Materials for Management | 1 | 9 |
| 9/4/19 | Bank Debt Analysis and Material Creation | 2.5 | 8 |
| 9/5/19 | Internal Meeting | 0.5 | 1 |
| 9/5/19 | Call with PJT | 1 | 1 |
| 9/5/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/5/19 | Business plan meeting with management | 3 | 2 |
| 9/5/19 | Finance Committee Material Creation | 2.5 | 6 |
| 9/5/19 | Wildfire Claim Analysis and Presentation Creation | 3 | 6 |
| 9/5/19 | Rights Offering Analysis | 2 | 8 |
| 9/6/19 | Internal Call | 1 | 1 |
| 9/6/19 | Travel back to New York | 9 | 9 |
| 9/6/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/6/19 | Finance Committee Material Creation | 2 | 6 |
| 9/6/19 | Rights Offering Fee Analaysis | 2 | 6 |
| 9/6/19 | Equity Backstop Analysis | 2.5 | 6 |
| 9/7/19 | Call with PJT | 1.5 | 6 |
| 9/7/19 | Refinancing Analysis | 6 | 6 |
| 9/8/19 | Equity Backstop Analysis | 6 | 6 |
| 9/9/19 | Internal Call | 1 | 1 |
| 9/9/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 9/9/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/9/19 | Wildfire Claim Analysis and Presentation Creation | 3.5 | 6 |
| 9/10/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/10/19 | Wildfire Claim Analysis and Presentation Creation | 5 | 6 |
| 9/10/19 | Accrued Interest Analysis | 1.5 | 6 |
| 9/10/19 | Emergence Sources and Uses Analysis | 3 | 8 |
| 9/10/19 | Recurring Advisor Call | 1 | 1 |
| 9/11/19 | Internal Call | 1 | 1 |
| 9/11/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/11/19 | Call with Guggenheim | 0.5 | 6 |
| 9/11/19 | Call with PJT | 0.5 | 6 |
| 9/11/19 | Utility Benchmark Analysis | 2 | 9 |
| 9/11/19 | Sources and Uses Analysis | 2 | 8 |
| 9/11/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 9/12/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 9/12/19 | Call with PJT | 2 | 6 |
| 9/12/19 | Recurring Advisor Call | 1 | 1 |
| 9/12/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/13/19 | Call with PJT | 2 | 6 |
| 9/13/19 | Call with PJT | 0.5 | 6 |
| 9/13/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/14/19 | Equity Backstop Analysis and Process Work | 6 | 8 |
| 9/14/19 | Plan Financing Sources and Uses | 5 | 8 |
| 9/15/19 | Plan Financing Analysis | 5.5 | 8 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**September 1, 2019 - September 30, 2019**

| | Nathan Mooney (Associate) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 9/16/19 | Equity Backstop Analysis and Process Work | 5 | 8 |
| 9/16/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/17/19 | Equity Backstop Analysis and Process Work | 6 | 8 |
| 9/17/19 | Meeting with PJT | 2 | 8 |
| 9/17/19 | Recurring Advisor Call | 1 | 1 |
| 9/17/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/17/19 | Call with Management | 2 | 2 |
| 9/17/19 | Call with Citi | 0.5 | 8 |
| 9/17/19 | Call with Rothschild | 0.5 | 8 |
| 9/18/19 | Equity Backstop Analysis and Process Work | 4 | 8 |
| 9/18/19 | Call with Weil | 0.5 | 8 |
| 9/19/19 | Equity Backstop Analysis and Process Work | 4 | 8 |
| 9/19/19 | Recurring Advisor Call | 1 | 1 |
| 9/20/19 | Equity Backstop Analysis and Process Work | 6 | 8 |
| 9/20/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/20/19 | Claims Analysis | 1 | 5 |
| 9/21/19 | Ad Hoc Noteholder Plan Analysis and Review | 5.5 | 4 |
| 9/22/19 | Debt Savings Analysis | 5 | 9 |
| 9/23/19 | Call with Cravath | 1 | 1 |
| 9/23/19 | Internal Meeting | 1 | 1 |
| 9/23/19 | Recurring Advisor Call | 1 | 1 |
| 9/23/19 | Call with Management | 2.5 | 6 |
| 9/23/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 9/23/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/23/19 | Yield Analysis | 3 | 8 |
| 9/23/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 9/24/19 | Equity Backstop Analysis and Process Work | 2.5 | 8 |
| 9/24/19 | PG&E / Lazard / Ducera Financing Discussion | 1 | 1 |
| 9/24/19 | Debt Savings Analysis | 1.5 | 9 |
| 9/24/19 | Yield Analysis | 1 | 8 |
| 9/24/19 | Recurring Recurring Advisor Call | 1 | 1 |
| 9/24/19 | Call with Ducera | 1.5 | 6 |
| 9/24/19 | Call with Citi | 0.5 | 6 |
| 9/25/19 | Ad Hoc Noteholder Plan Analysis and Review | 1.5 | 4 |
| 9/25/19 | Ad Hoc Noteholder Plan Analysis and Review | 2.5 | 4 |
| 9/25/19 | Equity Backstop Analysis and Process Work | 2.5 | 8 |
| 9/25/19 | Call with Centerview | 0.5 | 6 |
| 9/25/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/26/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 9/26/19 | Financing Discussion Regarding Documentation | 2 | 9 |
| 9/26/19 | Recurring Advisor Call | 1 | 1 |
| 9/26/19 | Discussion Regarding Deposition / Exclusivity with Weil and Cravath | 0.5 | 1 |
| 9/26/19 | Equity Backstop Analysis and Process Work | 2.5 | 8 |
| 9/26/19 | Call with Cravath | 1 | 8 |
| 9/26/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/27/19 | Equity Backstop Analysis and Process Work | 1.5 | 8 |
| 9/27/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/27/19 | Call with Guggenheim | 0.5 | 6 |
| 9/27/19 | Call with Management | 1 | 6 |
| 9/27/19 | Call with AlixPartners | 1 | 2 |
| 9/28/19 | Equity Backstop Analysis and Process Work | 5 | 8 |
| 9/29/19 | Equity Backstop Analysis and Process Work | 6.5 | 8 |
| 9/30/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 9/30/19 | Internal Meeting | 1 | 1 |
| 9/30/19 | Call with Rothschild | 0.5 | 6 |
| 9/30/19 | Equity Backstop Analysis and Process Work | 4 | 8 |
| **Sep-19** | **Monthly Subtotal** | **232.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**September 1, 2019 - September 30, 2019**

| Date | Matthew Strain (Associate) Description of Work | Hours | Code |
|---|---|---|---|
| 9/4/19 | Travel NYC to SF | 5 | 1 |
| 9/5/19 | Business Plan Rollout | 5 | 4 |
| 9/5/19 | Meeting with PJT and Company | 4 | 4 |
| 9/5/19 | Travel SF to NYC | 5 | 4 |
| 9/11/19 | NOL Financing Consideration | 5 | 5 |
| 9/12/19 | Backstop Considerations Meeting | 3 | 4 |
| 9/27/19 | Review Taxes and business plan | 3 | 4 |
| 9/30/19 | Model Review | 4 | 5 |
| **Sep-19** | **Monthly Subtotal** | **34.0** | |

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | **Luke Cummings (Analyst)** | | |
| 9/2/19 | Analysis of Backstop proposal and exit financing options | 4 | 8 |
| 9/3/19 | Analysis of Backstop proposal and exit financing options | 5 | 8 |
| 9/4/19 | Analysis of Backstop proposal and exit financing options | 3 | 8 |
| 9/9/19 | Analysis of Backstop proposal and exit financing options | 7 | 8 |
| 9/10/19 | Analysis of Backstop proposal and exit financing options | 4 | 8 |
| 9/11/19 | Analysis of Backstop proposal and exit financing options | 3 | 8 |
| 9/12/19 | Analysis of Backstop proposal and exit financing options | 3 | 8 |
| 9/13/19 | Analysis of Backstop proposal and exit financing options | 7 | 8 |
| 9/16/19 | Analysis of Backstop proposal and exit financing options | 3 | 8 |
| 9/17/19 | Analysis of Backstop proposal and exit financing options | 3 | 8 |
| 9/18/19 | Analysis of Backstop proposal and exit financing options | 6 | 8 |
| 9/19/19 | Analysis of Backstop proposal and exit financing options | 4 | 8 |
| 9/20/19 | Analysis of Backstop proposal and exit financing options | 6 | 8 |
| 9/23/19 | Analysis of Backstop proposal and exit financing options | 2 | 8 |
| 9/24/19 | Analysis of Backstop proposal and exit financing options | 4 | 8 |
| 9/25/19 | Analysis of Backstop proposal and exit financing options | 1 | 8 |
| 9/26/19 | Analysis of Backstop proposal and exit financing options | 5 | 8 |
| 9/27/19 | Analysis of Backstop proposal and exit financing options | 3 | 8 |
| 9/30/19 | Analysis of Backstop proposal and exit financing options | 3 | 8 |
| **Sep-19** | **Monthly Subtotal** | **76.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**September 1, 2019 - September 30, 2019**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| Liam Fine (Financial Analyst) | | | |
| 9/2/19 | Analysis of Backstop proposal and exit financing options | 4 | 8 |
| 9/3/19 | Analysis of Backstop proposal and exit financing options | 6 | 8 |
| 9/4/19 | Analysis of Backstop proposal and exit financing options | 5 | 8 |
| 9/9/19 | Analysis of Backstop proposal and exit financing options | 5 | 8 |
| 9/10/19 | Analysis of Backstop proposal and exit financing options | 6 | 8 |
| 9/11/19 | Analysis of Backstop proposal and exit financing options | 4 | 8 |
| 9/23/19 | Analysis of Backstop proposal and exit financing options | 8 | 8 |
| 9/24/19 | Analysis of Backstop proposal and exit financing options | 6 | 8 |
| 9/25/19 | Analysis of Backstop proposal and exit financing options | 6 | 8 |
| 9/26/19 | Analysis of Backstop proposal and exit financing options | 5 | 8 |
| 9/27/19 | Analysis of Backstop proposal and exit financing options | 6 | 8 |
| 9/30/19 | Analysis of Backstop proposal and exit financing options | 8 | 8 |
| Sep-19 | **Monthly Subtotal** | **69.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**September 1, 2019 - September 30, 2019**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Kevin Hatch (Financial Analyst)** | | |
| 9/1/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 9/1/19 | Debt Refinancing Analysis | 6 | 6 |
| 9/1/19 | Exit Financing Analysis | 1 | 8 |
| 9/2/19 | Make-whole and accrued interest analysis | 3 | 6 |
| 9/2/19 | Exit Financing Analysis | 2 | 8 |
| 9/2/19 | POR and disclosure statement discussion with PG&E and Weil | 1 | 1 |
| 9/2/19 | Discussion with equity holder advisors | 1 | 1 |
| 9/3/19 | POR Debt Treatment Analysis | 4 | 6 |
| 9/3/19 | Discussion with equity holder advisors | 1 | 1 |
| 9/3/19 | Discussion Regarding Exit Financing | 0.5 | 6 |
| 9/4/19 | Creation of Materials for Finance Committee | 1 | 9 |
| 9/4/19 | Compilation of Materials for Management | 1 | 9 |
| 9/4/19 | Bank Debt Analysis and Material Creation | 8 | 8 |
| 9/4/19 | POR and disclosure statement discussion with PG&E and Weil | 1 | 1 |
| 9/5/19 | Finance Committee Material Creation | 5 | 6 |
| 9/5/19 | Wildfire Claim Analysis and Presentation Creation | 5.5 | 6 |
| 9/5/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/5/19 | Rights Offering Analysis | 4 | 8 |
| 9/6/19 | Finance Committee Material Creation | 3 | 6 |
| 9/6/19 | Rights Offering Fee Analaysis | 3 | 6 |
| 9/6/19 | Equity Backstop Analysis | 2 | 6 |
| 9/6/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 9/7/19 | Debt refinancing analysis | 5 | 6 |
| 9/8/19 | Equity Backstop Analysis | 4 | 6 |
| 9/9/19 | Wildfire Claim Analysis and Presentation Creation | 3 | 6 |
| 9/10/19 | Wildfire Claim Analysis and Presentation Creation | 2 | 6 |
| 9/10/19 | Accrued Interest Analysis | 2 | 6 |
| 9/10/19 | Emergence Sources and Uses Analysis | 2 | 8 |
| 9/11/19 | Utility Benchmark Analysis | 2 | 9 |
| 9/11/19 | Sources and Uses Analysis | 3 | 8 |
| 9/11/19 | Equity Backstop Analysis and Process Work | 1 | 8 |
| 9/12/19 | Equity Backstop Analysis and Process Work | 4 | 8 |
| 9/14/19 | Plan Financing Sources and Uses | 1 | 8 |
| 9/18/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 9/19/19 | Equity Backstop Analysis and Process Work | 9 | 8 |
| 9/20/19 | Equity Backstop Analysis and Process Work | 10 | 8 |
| 9/21/19 | Ad Hoc Noteholder Plan Analysis and Review | 8 | 4 |
| 9/22/19 | Debt Savings Analysis | 8 | 9 |
| 9/23/19 | Lazard Hours Compilation and Preparation for Fee Application | 6 | 3 |
| 9/23/19 | Yield Analysis | 3 | 8 |
| 9/23/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 9/23/19 | Lazard Hours Compilation and Preparation for Fee Application | 4 | 3 |
| 9/24/19 | Equity Backstop Analysis and Process Work | 5 | 8 |
| 9/24/19 | PG&E / Lazard / Ducera Financing Discussion | 1 | 1 |
| 9/24/19 | Debt Savings Analysis | 3 | 9 |
| 9/24/19 | Yield Analysis | 1 | 8 |
| 9/25/19 | Ad Hoc Noteholder Plan Analysis and Review | 3 | 4 |
| 9/25/19 | Ad Hoc Noteholder Plan Analysis and Review | 7 | 4 |
| 9/25/19 | Equity Backstop Analysis and Process Work | 5 | 8 |
| 9/26/19 | Equity Backstop Analysis and Process Work | 4 | 8 |
| 9/26/19 | Financing Discussion Regarding Documentation | 2 | 9 |
| 9/26/19 | PG&E advisor recurring call | 0.5 | 1 |
| 9/26/19 | Discussion Regarding Deposition / Exclusivity with Weil and Cravath | 0.5 | 1 |
| 9/26/19 | Equity Backstop Analysis and Process Work | 7 | 8 |
| 9/27/19 | Equity Backstop Analysis and Process Work | 5 | 8 |
| 9/27/19 | Long-term debt financing analysis | 3 | 8 |
| 9/27/19 | Equity Holders Call (PJT / Jones Day / Laz / Cravath / Weil) | 0.5 | 1 |
| 9/27/19 | NOL Analysis | 2 | 8 |
| 9/28/19 | Equity Backstop Analysis and Process Work | 3 | 8 |
| 9/28/19 | Debt financing analysis | 3 | 8 |
| 9/28/19 | Lazard team regroup | 0.5 | 1 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**September 1, 2019 - September 30, 2019**

| | Kevin Hatch (Financial Analyst) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 9/29/19 | Equity Backstop Analysis and Process Work | 6.5 | 8 |
| 9/29/19 | Lazard team regroup | 1 | 1 |
| 9/30/19 | Equity Backstop Analysis and Process Work | 4 | 8 |
| 9/30/19 | Lazard team regroup | 1 | 1 |
| 9/30/19 | POR and disclosure statement discussion with PG&E and Weil | 1 | 1 |
| **Sep-19** | **Monthly Subtotal** | **203.5** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**September 1, 2019 - September 30, 2019**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | **Dan Liotta (Financial Analyst)** | | |
| 9/1/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 9/1/19 | Debt Refinancing Analysis | 6 | 6 |
| 9/1/19 | Exit Financing Analysis | 1 | 8 |
| 9/2/19 | Make-whole and accrued interest analysis | 3 | 6 |
| 9/2/19 | Exit Financing Analysis | 2 | 8 |
| 9/3/19 | POR Debt Treatment Analysis | 5 | 6 |
| 9/3/19 | Discussion Regarding Exit Financing | 0.5 | 6 |
| 9/4/19 | Creation of Materials for Finance Committee | 3 | 9 |
| 9/4/19 | Compilation of Materials for Management | 1 | 9 |
| 9/4/19 | Bank Debt Analysis and Material Creation | 8 | 8 |
| 9/5/19 | Finance Committee Material Creation | 5 | 6 |
| 9/5/19 | Wildfire Claim Analysis and Presentation Creation | 5.5 | 6 |
| 9/5/19 | Rights Offering Analysis | 4 | 8 |
| 9/6/19 | Finance Committee Material Creation | 3 | 6 |
| 9/6/19 | Rights Offering Fee Analaysis | 6 | 6 |
| 9/6/19 | Equity Backstop Analysis | 5 | 6 |
| 9/7/19 | Refinancing Analysis | 5 | 6 |
| 9/8/19 | Equity Backstop Analysis | 4 | 6 |
| 9/9/19 | Wildfire Claim Analysis and Presentation Creation | 8.5 | 6 |
| 9/10/19 | Wildfire Claim Analysis and Presentation Creation | 5 | 6 |
| 9/10/19 | Accrued Interest Analysis | 3.5 | 6 |
| 9/10/19 | Emergence Sources and Uses Analysis | 6 | 8 |
| 9/11/19 | Utility Benchmark Analysis | 4 | 9 |
| 9/11/19 | Sources and Uses Analysis | 6 | 8 |
| 9/11/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 9/12/19 | Equity Backstop Analysis and Process Work | 4 | 8 |
| 9/14/19 | Equity Backstop Analysis and Process Work | 6 | 8 |
| 9/14/19 | Plan Financing Sources and Uses | 5 | 8 |
| 9/15/19 | Plan Financing Analysis | 5.5 | 8 |
| 9/16/19 | Equity Backstop Analysis and Process Work | 9 | 8 |
| 9/17/19 | Equity Backstop Analysis and Process Work | 11 | 8 |
| 9/18/19 | Equity Backstop Analysis and Process Work | 7.5 | 8 |
| 9/19/19 | Equity Backstop Analysis and Process Work | 8.5 | 8 |
| 9/20/19 | Equity Backstop Analysis and Process Work | 10.5 | 8 |
| 9/21/19 | Ad Hoc Noteholder Plan Analysis and Review | 5 | 4 |
| 9/22/19 | Debt Savings Analysis | 4 | 9 |
| 9/23/19 | Lazard Hours Compilation and Preparation for Fee Application | 6 | 3 |
| 9/23/19 | Yield Analysis | 3 | 8 |
| 9/23/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 9/23/19 | Lazard Hours Compilation and Preparation for Fee Application | 4 | 3 |
| 9/24/19 | Equity Backstop Analysis and Process Work | 5 | 8 |
| 9/24/19 | PG&E / Lazard / Ducera Financing Discussion | 1 | 1 |
| 9/24/19 | Debt Savings Analysis | 3 | 9 |
| 9/24/19 | Yield Analysis | 1 | 8 |
| 9/25/19 | Ad Hoc Noteholder Plan Analysis and Review | 3 | 4 |
| 9/25/19 | Ad Hoc Noteholder Plan Analysis and Review | 7 | 4 |
| 9/25/19 | Equity Backstop Analysis and Process Work | 5 | 8 |
| 9/26/19 | Equity Backstop Analysis and Process Work | 4 | 8 |
| 9/26/19 | Financing Discussion Regarding Documentation | 2 | 9 |
| 9/26/19 | Recurring Advisor Call | 0.75 | 1 |
| 9/26/19 | Discussion Regarding Deposition / Exclusivity with Weil and Cravath | 0.5 | 1 |
| 9/26/19 | Equity Backstop Analysis and Process Work | 7 | 8 |
| 9/27/19 | Equity Backstop Analysis and Process Work | 6 | 8 |
| 9/28/19 | Equity Backstop Analysis and Process Work | 5.25 | 8 |
| 9/29/19 | Equity Backstop Analysis and Process Work | 6.5 | 8 |
| 9/30/19 | Equity Backstop Analysis and Process Work | 4 | 8 |
| **Sep-19** | **Monthly Subtotal** | **253.0** | |

### PG&E Corp.
### Lazard Frères & Co. LLC
### September 1, 2019 - September 30, 2019

| | Katherine Tobeason (Analyst) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 9/3/19 | Work around post-emergence capital structure and equity financing alternatives | 2 | 6 |
| 9/5/19 | Work around post-emergence capital structure and equity financing alternatives | 2 | 6 |
| 9/24/19 | Work around post-emergence capital structure and equity financing alternatives | 3 | 6 |
| 9/25/19 | Work around post-emergence capital structure and equity financing alternatives | 3 | 6 |
| 9/26/19 | Work around post-emergence capital structure and equity financing alternatives | 3 | 6 |
| 9/28/19 | Work around post-emergence capital structure and equity financing alternatives | 4 | 6 |
| 9/30/19 | Work around post-emergence capital structure and equity financing alternatives | 3 | 6 |
| **Sep-19** | **Monthly Subtotal** | **20.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**September 1, 2019 - September 30, 2019**

| Scott Belinsky (Financial Analyst) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 9/2/19 | Analysis of Backstop proposal and exit financing options | 3 | 8 |
| 9/3/19 | Analysis of Backstop proposal and exit financing options | 3 | 8 |
| 9/4/19 | Analysis of Backstop proposal and exit financing options | 4 | 8 |
| 9/9/19 | Analysis of Backstop proposal and exit financing options | 5 | 8 |
| 9/10/19 | Analysis of Backstop proposal and exit financing options | 4 | 8 |
| 9/11/19 | Analysis of Backstop proposal and exit financing options | 5 | 8 |
| 9/12/19 | Analysis of Backstop proposal and exit financing options | 4 | 8 |
| 9/13/19 | Analysis of Backstop proposal and exit financing options | 5 | 8 |
| 9/16/19 | Analysis of Backstop proposal and exit financing options | 2 | 8 |
| 9/17/19 | Analysis of Backstop proposal and exit financing options | 2 | 8 |
| 9/18/19 | Analysis of Backstop proposal and exit financing options | 5 | 8 |
| 9/19/19 | Analysis of Backstop proposal and exit financing options | 3 | 8 |
| 9/20/19 | Analysis of Backstop proposal and exit financing options | 3 | 8 |
| 9/23/19 | Analysis of Backstop proposal and exit financing options | 3 | 8 |
| 9/24/19 | Analysis of Backstop proposal and exit financing options | 2 | 8 |
| 9/25/19 | Analysis of Backstop proposal and exit financing options | 2 | 8 |
| 9/26/19 | Analysis of Backstop proposal and exit financing options | 7 | 8 |
| 9/27/19 | Analysis of Backstop proposal and exit financing options | 2 | 8 |
| 9/30/19 | Analysis of Backstop proposal and exit financing options | 4 | 8 |
| Sep-19 | **Monthly Subtotal** | **68.0** | |