# EXHIBIT E

## DETAIL OF EXPENSES
## FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 12/03/2019

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| OPENING BALANCE | 12/31/1899 | | | |
| Travel - Air | 10/1/2019 | Nathan Mooney | Flt SFO/EWR OW coach 08/15/2019 / AMEX | 1,000.00 |
| Travel - Air | 10/4/2019 | Ken Ziman | Flt EWR/SFO OW coach 09/09/2019 / AMEX | 1,000.00 |
| Travel - Air | 10/7/2019 | Eli Silverman | United/LAX/EWR - coach 09/06/2019 / AMEX | 1,000.00 |
| Travel - Air | 10/7/2019 | Eli Silverman | UA/EWR/SFO - coach 09/09/2019 / AMEX | 1,000.00 |
| Travel - Air | 10/7/2019 | Eli Silverman | UA/Nantucket/Boston - coach 09/04/2019 / AMEX | 207.80 |
| Travel - Air | 10/7/2019 | Eli Silverman | United/SFO/LAX - coach 08/16/2019 / AMEX | 792.20 |
| Travel - Air | 10/8/2019 | Daniel Katz | AALax/JFK - coach 08/18/2019 / AMEX | 970.24 |
| Travel - Air | 10/8/2019 | Daniel Katz | United Coach - SFO/EWR 09/05/2019 / AMEX | 970.24 |
| Travel - Air | | | Coach - AA JFK/SFO 09/04/2019 / AMEX | |
| **Travel - Air Total** | | | | **7,940.48** |
| Car Services - After Hours | 10/1/2019 | Nathan Mooney | Car to home weekend 09/07/2019 Time: 16:24 / AMEX | 24.17 |
| Car Services - After Hours | 10/1/2019 | Kevin Hatch | Lazard/home-NYC 08/15/2019 Time: 22:13 / AMEX | 28.46 |
| Car Services - After Hours | 10/1/2019 | Kevin Hatch | Lazard/home-NYC 08/23/2019 Time: 23:26 / AMEX | 28.29 |
| Car Services - After Hours | 10/1/2019 | Liam Fine | UBER Office to Home 09/09/2019 Time: 22:45 / AMEX | 26.56 |
| Car Services - After Hours | 10/1/2019 | Liam Fine | UBER Office to Home 08/28/2019 Time: 01:34 / AMEX | 23.23 |
| Car Services - After Hours | 10/1/2019 | Liam Fine | UBER Office to Home 08/23/2019 Time: 00:54 / AMEX | 23.24 |
| Car Services - After Hours | 10/1/2019 | Liam Fine | UBER Office to Home 08/20/2019 Time: 22:22 / AMEX | 25.60 |
| Car Services - After Hours | 10/1/2019 | Liam Fine | UBER office to Home 08/30/2019 Time: 21:56 / AMEX | 26.39 |
| Car Services - After Hours | 10/1/2019 | Liam Fine | UBER Office to Home 08/29/2019 Time: 02:55 / AMEX | 22.79 |
| Car Services - After Hours | 10/1/2019 | Liam Fine | JTL Taxi Office to Home 08/24/2019 Time: 22:30 / AMEX | 13.56 |
| Car Services - After Hours | 10/1/2019 | Liam Fine | FIRST CITYCAB Office to Home 08/30/2019 Time: 07:00 / AMEX | 12.36 |
| Car Services - After Hours | 10/1/2019 | Liam Fine | UBER Office to Home 08/19/2019 Time: 23:58 / AMEX | 23.04 |
| Car Services - After Hours | 10/8/2019 | Daniel Katz | UBER Lazard Office/Home 09/13/2019 Time: 22:24 / AMEX | 31.04 |
| Car Services - After Hours | 10/8/2019 | Daniel Katz | Uber - LAZARD OFFICE/Home 08/16/2019 Time: 01:23 / AMEX | 28.20 |
| Car Services - After Hours | 10/24/2019 | Matthew Strain | Laz to home UBER TRIP 10/02/2019 Time: 22:03 / AMEX | 47.13 |
| Car Services - After Hours | 10/24/2019 | Matthew Strain | Laz to Home UBER TRIP 09/18/2019 Time: 00:31 / AMEX | 43.05 |
| Car Services - After Hours | 10/24/2019 | Matthew Strain | Laz to Home UBER TRIP 10/09/2019 Time: 23:24 / AMEX | 29.28 |
| Car Services - After Hours | 10/24/2019 | Matthew Strain | Laz to Home UBER TRIP 09/20/2019 Time: 03:53 / AMEX | 25.06 |
| Car Services - After Hours | 10/24/2019 | Matthew Strain | Laz to home UBER TRIP 09/29/2019 Time: 15:30 / AMEX | 29.05 |
| Car Services - After Hours | 10/24/2019 | Matthew Strain | Laz to home UBER TRIP 10/04/2019 Time: 22:43 / AMEX | 31.06 |
| Car Services - After Hours | 10/24/2019 | Matthew Strain | Laz to home UBER TRIP 09/24/2019 Time: 01:19 / AMEX | 39.54 |
| Car Services - After Hours | 10/24/2019 | Matthew Strain | Laz to Home UBER TRIP 09/17/2019 Time: 22:21 / AMEX | 28.52 |
| **Car Services - After Hours Total** | | | | **609.62** |
| Car Services - Business Travel | 10/1/2019 | Nathan Mooney | Car from SFO to hotel 09/05/2019 / AMEX | 73.07 |

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Car Services - Business Travel | 10/1/2019 | Nathan Mooney | Car from hotel to SFO 09/06/2019 / AMEX | 67.14 |
| Car Services - Business Travel | 10/1/2019 | Nathan Mooney | From hotel to SFO airport 08/15/2019 / AMEX | 95.05 |
| Car Services - Business Travel | 10/1/2019 | Nathan Mooney | From hotel to client mtg 08/14/2019 / AMEX | 29.40 |
| Car Services - Business Travel | 10/1/2019 | Nathan Mooney | From mtg to hotel SF 08/14/2019 / AMEX | 26.21 |
| Car Services - Business Travel | 10/1/2019 | Nathan Mooney | Car from EWR to home 09/06/2019 / AMEX | 114.19 |
| Car Services - Business Travel | 10/1/2019 | Nathan Mooney | From mtg to hotel SF 08/14/2019 / AMEX | 30.66 |
| Car Services - Business Travel | 10/1/2019 | Nathan Mooney | Car from office to EWR 09/04/2019 / AMEX | 88.60 |
| Car Services - Business Travel | 10/1/2019 | Nathan Mooney | From EWR to home 08/15/2019 / AMEX | 128.87 |
| Car Services - Business Travel | 10/4/2019 | Ken Ziman | From home to EWR 09/09/2019 / AMEX | 93.95 |
| Car Services - Business Travel | 10/4/2019 | Ken Ziman | From SFO to hotel SF 09/10/2019 / AMEX | 41.41 |
| Car Services - Business Travel | 10/7/2019 | Eli Silverman | SFO airport/hotel - San Fran 09/09/2019 / AMEX | 88.08 |
| Car Services - Business Travel | 10/7/2019 | Eli Silverman | Hotel/SFO airport 09/06/2019 / AMEX | 100.20 |
| Car Services - Business Travel | 10/7/2019 | Eli Silverman | Home/downtown-NYC 08/21/2019 / AMEX | 72.56 |
| Car Services - Business Travel | 10/7/2019 | Eli Silverman | Newark airport/home-NYC 09/07/2019 / AMEX | 103.00 |
| Car Services - Business Travel | 10/7/2019 | Eli Silverman | Hotel/PG&E office - San Fran 09/10/2019 / AMEX | 22.88 |
| Car Services - Business Travel | 10/7/2019 | Eli Silverman | SFO airport/hotel/San Fran 09/04/2019 / AMEX | 80.05 |
| Car Services - Business Travel | 10/7/2019 | Eli Silverman | PG&E office/hotel/San Fran 09/05/2019 / AMEX | 22.24 |
| Car Services - Business Travel | 10/7/2019 | Eli Silverman | JFK airport/home-NYC 08/18/2019 / AMEX | 102.62 |
| Car Services - Business Travel | 10/7/2019 | Eli Silverman | Lazard/Newark airport 09/09/2019 / AMEX | 96.62 |
| Car Services - Business Travel | 10/7/2019 | Eli Silverman | Hotel/PG&E office/San Fran 09/05/2019 / AMEX | 20.32 |
| Car Services - Business Travel | 10/7/2019 | Eli Silverman | PG&E office/hotel - San Fran 09/10/2019 / AMEX | 28.07 |
| Car Services - Business Travel | 10/7/2019 | Eli Silverman | Courthouse/hotel/San Fran 08/14/2019 / AMEX | 12.37 |
| Car Services - Business Travel | 10/7/2019 | Eli Silverman | PG&E/Hotel/San Fran 08/15/2019 / AMEX | 21.52 |
| Car Services - Business Travel | 10/7/2019 | Eli Silverman | Lazard/home 08/19/2019 / AMEX | 10.78 |
| Car Services - Business Travel | 10/7/2019 | Eli Silverman | Client meeting/hotel - SanFran 09/11/2019 / AMEX | 12.54 |
| Car Services - Business Travel | 10/7/2019 | Eli Silverman | Hotel/SFO airport - San Fran 09/12/2019 / AMEX | 64.52 |
| Car Services - Business Travel | 10/7/2019 | Eli Silverman | Hotel/PG&E/San Fran 08/15/2019 / AMEX | 11.14 |
| Car Services - Business Travel | 10/7/2019 | Eli Silverman | Hotel/Courthouse/San Fran 08/14/2019 / AMEX | 14.87 |
| Car Services - Business Travel | 10/7/2019 | Eli Silverman | Hotel/SFO airport 08/16/2019 / AMEX | 59.56 |
| Car Services - Business Travel | 10/7/2019 | Eli Silverman | PG&E/Client meeting - SanFran 09/11/2019 / AMEX | 22.08 |
| Car Services - Business Travel | 10/8/2019 | Daniel Katz | UBER Lazard Ofc/JFK Airport 09/04/2019 / AMEX | 97.14 |
| Car Services - Business Travel | 10/8/2019 | Daniel Katz | UBER SFO Hotel/PGE Office 09/05/2019 / AMEX | 20.64 |
| Car Services - Business Travel | 10/8/2019 | Daniel Katz | UBER EWR/Home 09/06/2019 / AMEX | 107.00 |
| Car Services - Business Travel | 10/17/2019 | Tomer Perry | UBER home to client meeting 55 Water St. 08/21/2019 / AMEX | 29.74 |
| Car Services - Business Travel | 10/17/2019 | Tomer Perry | TRISTAR SFO to hotel for PG&E Court Hearing 08/12/2019 / AMEX | 84.98 |

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 12/03/2019

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Car Services - Business Travel | 10/17/2019 | Tomer Perry | TRISTAR Laz office to EWR for PG&E Court Hearing 08/12/2019 / AMEX | 100.79 |
| Car Services - Business Travel | 10/17/2019 | Tomer Perry | TRISTAR EWR to home 08/13/2019 / AMEX | 108.44 |
| **Car Services - Business Travel Total** | | | | **2,303.29** |
| Travel - Hotels | 10/1/2019 | Nathan Mooney | Hotel SF Rtz 2 nts@$599 09/06/2019 / AMEX | 1,200.00 |
| Travel - Hotels | 10/1/2019 | Nathan Mooney | Hotel 3 nights@$599 SF Ritz 08/15/2019 / AMEX | 1,800.00 |
| Travel - Hotels | 10/4/2019 | Ken Ziman | Hotel SF-1night @$509 09/10/2019 / AMEX | 509.00 |
| Travel - Hotels | 10/7/2019 | Eli Silverman | Ritz/San Fran - 1nt @ $400 09/11/2019 / AMEX | 600.00 |
| Travel - Hotels | 10/7/2019 | Eli Silverman | Ritz/San Fran - 2nts @ $400 09/11/2019 / AMEX | 1,200.00 |
| Travel - Hotels | 10/7/2019 | Eli Silverman | Ritz/San Fran 2 nts @ $400 09/06/2019 / AMEX | 1,200.00 |
| Travel - Hotels | 10/7/2019 | Eli Silverman | Ritz/SanFran @ $400 - 5nts 08/16/2019 / AMEX | 3,000.00 |
| Travel - Hotels | 10/8/2019 | Daniel Katz | San Fran Hotel 1 night 09/05/2019 / AMEX | 592.96 |
| Travel - Hotels | 10/17/2019 | Tomer Perry | RITZ CARLTON SAN FRA SAN FRANC 08/13/2019 / AMEX | 1,200.00 |
| **Travel - Hotels Total** | | | | **11,301.96** |
| Travel - WiFi/Data fees - airlines/hotels | 10/7/2019 | Eli Silverman | United wifi access on airplane 09/12/2019 / AMEX | 40.99 |
| Travel - WiFi/Data fees - airlines/hotels | 10/7/2019 | Eli Silverman | United wifi - EWR/SFO - Ipad 09/09/2019 / AMEX | 32.99 |
| Travel - WiFi/Data fees - airlines/hotels | 10/7/2019 | Eli Silverman | Viasat wifi - LAX/JFK 08/18/2019 / AMEX | 19.00 |
| Travel - WiFi/Data fees - airlines/hotels | 10/7/2019 | Eli Silverman | United wifi - SFO/LGA 09/06/2019 / AMEX | 19.99 |
| Travel - WiFi/Data fees - airlines/hotels | 10/7/2019 | Eli Silverman | United wifi access on airplane 09/04/2019 / AMEX | 35.99 |
| Travel - WiFi/Data fees - airlines/hotels | 10/7/2019 | Eli Silverman | United wifi - EWR/SFO - cell 09/09/2019 / AMEX | 32.99 |
| Travel - WiFi/Data fees - airlines/hotels | 10/7/2019 | Eli Silverman | United wifi - SFO/LAX 08/16/2019 / AMEX | 19.99 |
| Travel - WiFi/Data fees - airlines/hotels | 10/7/2019 | Eli Silverman | AA Viasat - JFK/LAX 08/23/2019 / AMEX | 16.00 |
| Travel - WiFi/Data fees - airlines/hotels | 10/7/2019 | Eli Silverman | Viasat wifi - SFO/JFK 08/25/2019 / AMEX | 19.00 |
| **Travel - WiFi/Data fees - airlines/hotels Total** | | | | **236.94** |
| Employee Meals - In Office | 10/1/2019 | Kevin Hatch | Lunch/Juice Press/NY - 1p 09/01/2019 / AMEX | 23.65 |
| Employee Meals - In Office | 10/1/2019 | Kevin Hatch | Lunch/Juice Press/NY - 1p 09/02/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 10/1/2019 | Kevin Hatch | Dinner/Sweetgreen/NY - 1p 09/01/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 10/7/2019 | Eli Silverman | Dinner/Pret/NY - 1p 08/30/2019 / AMEX | 8.69 |
| Employee Meals - In Office | 10/7/2019 | Eli Silverman | Dinner/Americas Burg/NY - 1p 08/19/2019 / AMEX | 24.92 |
| Employee Meals - In Office | 10/7/2019 | Eli Silverman | Dinner/Chopt/NY - 1p 08/28/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 10/7/2019 | Eli Silverman | Lunch/Juice Press/NY - 1p 09/07/2019 / AMEX | 11.81 |
| Employee Meals - In Office | 10/7/2019 | Eli Silverman | Dinner/Naya/NY - 1p 08/26/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 10/28/2019 | Kevin Hatch | Dinner/Sweetgreen/NY - 1p 09/22/2019 / AMEX | 24.72 |
| Employee Meals - In Office | 10/28/2019 | Kevin Hatch | Dinner/Rosa Mexicano/NY - 1p 09/29/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 10/28/2019 | Kevin Hatch | Dinner/All of the above/NY- 1p 10/09/2019 / AMEX | 10.44 |

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 12/03/2019

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Employee Meals - In Office | 10/28/2019 | Kevin Hatch | Dinner/Juice Press/NY - 1p 09/21/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 10/28/2019 | Kevin Hatch | Dinner/Tendergreens/NY - 1p 09/28/2019 / AMEX | 25.00 |
| **Employee Meals - In Office Total** | | | | **279.23** |
| Employee Meals - Travel/Other | 10/1/2019 | Nathan Mooney | Travel lunch 1 p SF 09/05/2019 / AMEX | 17.50 |
| Employee Meals - Travel/Other | 10/1/2019 | Kevin Hatch | Dinner/Might Quinn/NY -13p 08/20/2019 / AMEX | 325.00 |
| Employee Meals - Travel/Other | 10/1/2019 | Nathan Mooney | Travel dinner 1p EWR/SF 08/16/2019 / AMEX | 16.45 |
| Employee Meals - Travel/Other | 10/7/2019 | Eli Silverman | Dinner/Ritz/San Fran - 4p 09/05/2019 / AMEX | 120.00 |
| Employee Meals - Travel/Other | 10/7/2019 | Eli Silverman | Dinner/hotel/SanFran - 6p 08/14/2019 / AMEX | 180.00 |
| Employee Meals - Travel/Other | 10/7/2019 | Eli Silverman | Dinner/hotel/SanFran - 1p 08/16/2019 / AMEX | 30.00 |
| Employee Meals - Travel/Other | 10/7/2019 | Eli Silverman | Lunch/Juice Press/NY - 1 08/26/2019 / AMEX | 9.80 |
| Employee Meals - Travel/Other | 10/7/2019 | Eli Silverman | Lunch/Sprig Cafe/SanFran - 1p 09/11/2019 / AMEX | 25.37 |
| Employee Meals - Travel/Other | 10/7/2019 | Eli Silverman | Lunch/SFO airport/SanFran - 1p 09/12/2019 / AMEX | 25.81 |
| Employee Meals - Travel/Other | 10/7/2019 | Eli Silverman | Breakfast/hotel/San Fran - 1p 08/12/2019 / AMEX | 30.00 |
| Employee Meals - Travel/Other | 10/7/2019 | Eli Silverman | Dinner/hotel/SanFran - 1p 08/12/2019 / AMEX | 30.00 |
| Employee Meals - Travel/Other | 10/7/2019 | Eli Silverman | Lunch/Sprig Cafe/San Fran 4p 09/05/2019 / AMEX | 73.73 |
| Employee Meals - Travel/Other | 10/7/2019 | Eli Silverman | Dinner/hotel/SanFran 1p 09/04/2019 / AMEX | 30.00 |
| Employee Meals - Travel/Other | 10/7/2019 | Eli Silverman | Dinner/hotel/SanFran - 1p 08/11/2019 / AMEX | 30.00 |
| Employee Meals - Travel/Other | 10/7/2019 | Eli Silverman | Lunch/Starbucks/EWR airport 1p 09/09/2019 / AMEX | 18.79 |
| Employee Meals - Travel/Other | 10/7/2019 | Eli Silverman | Breakfast/hotel/San Fran - 1p 08/14/2019 / AMEX | 30.00 |
| Employee Meals - Travel/Other | 10/7/2019 | Eli Silverman | Lunch/hotel/San Fran - 1p 08/15/2019 / AMEX | 33.21 |
| Employee Meals - Travel/Other | 10/7/2019 | Eli Silverman | Bkfst/Starbucks/EWR airport 1p 09/09/2019 / AMEX | 6.98 |
| Employee Meals - Travel/Other | 10/7/2019 | Eli Silverman | Dinner/hotel/San Fran - 1p 09/10/2019 / AMEX | 30.00 |
| Employee Meals - Travel/Other | 10/7/2019 | Eli Silverman | Breakfast/hotel/San Fran - 1p 08/13/2019 / AMEX | 30.00 |
| Employee Meals - Travel/Other | 10/7/2019 | Eli Silverman | Dinner/hotel/SanFran 1p 09/06/2019 / AMEX | 58.32 |
| Employee Meals - Travel/Other | 10/7/2019 | Eli Silverman | Lunch/SFO airport - 1p 08/16/2019 / AMEX | 11.07 |
| Employee Meals - Travel/Other | 10/7/2019 | Eli Silverman | Dinner/Ritz/San Fran - 1p 09/11/2019 / AMEX | 30.00 |
| Employee Meals - Travel/Other | 10/7/2019 | Eli Silverman | Dinner/hotel/San Fran - 1p 09/09/2019 / AMEX | 30.00 |
| Employee Meals - Travel/Other | 10/7/2019 | Eli Silverman | Lunch/Sprig Cafe/SanFran - 1p 09/10/2019 / AMEX | 6.86 |
| Employee Meals - Travel/Other | 10/7/2019 | Eli Silverman | Breakfast/SFO airport - 1p 09/06/2019 / AMEX | 8.08 |
| Employee Meals - Travel/Other | 10/7/2019 | Eli Silverman | Lunch/Max's Opera/SanFran - 3p 08/14/2019 / AMEX | 85.13 |
| Employee Meals - Travel/Other | 10/8/2019 | Daniel Katz | Dinner SFO Aiport 1 Person 09/06/2019 / AMEX | 38.70 |
| Employee Meals - Travel/Other | 10/17/2019 | Tomer Perry | AMOURA SAN FRANC lunch 08/13/2019 / AMEX | 30.95 |
| **Employee Meals - Travel/Other Total** | | | | **1,391.75** |

**DEAL ACTIVITY - Open item balance**
**ALL EXPENSES**
**NYC06350-PG&E**
**Currency: USD - US Dollar**
**Execution Date: 12/03/2019**

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Legal Fees | 10/28/2019 | | LGL SVCS REND AUG'19 | 2,650.00 |
| Legal Fees | 11/13/2019 | | LEGAL SVC REND SEP '19 | 11,785.00 |
| **Legal Fees Total** | | | | **14,435.00** |
| **CLOSING BALANCE as of 12/03/2019** | | | | **38,498.27** |