**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:     (212) 310-8000
Fax:    (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:     (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br><br>                  **Debtors**.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☑  Affects both Debtors<br>\* *All papers shall be filed in the lead case,*<br>*No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CONTINUED HEARING ON ALL MATTERS SCHEDULED FOR JANUARY 23, 2020, 1:00 P.M. OMNIBUS HEARING**<br><br>Date:   January 29, 2020<br>Time:   10:00 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>        Courtroom 17, 16th Floor<br>        San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE TAKE NOTICE** that the following matters, which were scheduled to be heard in the above-captioned chapter 11 cases on January 23, 2020 at 1:00 p.m. (prevailing Pacific Time) (the "**January 23 Hearing**"), will be **continued** to a hearing on **January 29, 2020, at 10:00 a.m. (prevailing Pacific Time)** (the "**January 29 Omnibus Hearing**"), in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

**PLEASE TAKE FURTHER NOTICE** that the January 23 Hearing is cancelled.

**I:     MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*UNCONTESTED MATTER GOING FORWARD*

1.     **Tubbs Settlement Motion**: *Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (II) Granting Related Relief* [**Dkt. 5282**].

Response Deadline: January 17, 2020, at 12:00 p.m. (Pacific Time).

Responses Filed:  No responses were filed.

Related Documents:

A.     Declaration of Janet Loduca in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (II) Granting Related Relief [**Dkt. 5283**].

B.     Proposed Redacted Document [**Dkt. 5285**].

C.     Request for Entry of Order By Default Granting Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (II) Granting Related Relief [**Dkt. 5444**].

Related Orders:

D.     Order Pursuant to 11 U.S.C. §§ 105(a) and 107(b) and Fed. R. Bankr. P. 9018 for Entry of an Order Authorizing Redaction and Sealing of Confidential Information from Tubbs Settlement Documents [**Dkt. 5301**].

E.     Order Granting *Ex Parte* Motion of Debtors Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) *and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (II) Granting Related Relief* [**Dkt. 5292**].

Status:  If no order has been entered pursuant to the request for entry of order by default, this matter will go forward on an uncontested basis at the January 29 Omnibus Hearing.

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

1  *CONTESTED MATTERS GOING FORWARD*

2      2.    **Make-Whole Premiums Brief**: *Debtors' Brief Regarding Utility Funded Debt Claims' Entitlement to Make-Whole Premiums and Joinder of PG&E Shareholders* [**Dkt. 4896**].

3

4      Response Deadline: January 14, 2020, at 4:00 p.m. (Pacific Time).

5      Responses Filed:

6      A.    Consolidated Opening Brief of Certain Creditor Groups and Representatives Regarding the Entitlement of Holders of Utility Funded Debt Claims to Optional Early Redemption, Make-Whole, or Similar Amounts in a Solvent Debtor Case [**Dkt. 4902**].

7

8      B.    Declaration of Andrew I. Silfen in Support of Consolidated Opening Brief of Certain Creditor Groups and Representatives Regarding the Entitlement of Holders of Utility Funded Debt Claims to Optional Early Redemption, Make-Whole, or Similar Amounts in a Solvent Debtor Case [**Dkt. 4903**].

9

10      C.    Consolidated Opposition Brief of Certain Creditor Groups and Representatives Regarding the Entitlement of Holders of Utility Funded Debt Claims to Optional Early Redemption, Make-Whole, or Similar Amounts in a Solvent Debtor Case [**Dkt. 5189**].

11

12

13      Related Documents:

14      D.    Declaration of Theodore E. Tsekerides, Esq. in Support of Debtors' Moving Brief Regarding Utility Funded Debt Claims' Entitlement to Make-Whole Premiums [**Dkt. 4898**].

15

16      E.    Debtors' Opposition to the Consolidated Opening Brief of Certain Creditor Groups and Representatives Regarding the Entitlement of Holders of Utility Funded Debt Claims to Optional Early Redemption, Make-Whole, or Similar Amounts in a Solvent Debtor Case; Joinder of PG&E Shareholders [**Dkt. 5190**].

17

18

19      Status:  This matter will go forward on a contested basis at the January 29 Omnibus Hearing.

20

21      3.    **Ad Hoc Committee Motion for Reconsideration and Relief from TCC and Subrogation RSA Orders**: *Motion of the Ad Hoc Committee of Senior Unsecured Noteholders for Reconsideration and Relief from Orders Pursuant to Federal Rules of Civil Procedure 59(e) and 60(b)* [**Dkt. 5241**].

22

23      Response Deadline: January 14, 2020, at 4:00 p.m. (Pacific Time).

24      Responses Filed:

25      A.    Joinder of William B. Abrams to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders for Reconsideration and Relief from Orders Pursuant to Federal Rules of Civil Procedure 59(e) and 60(b) [**Dkt. 5353**].

26

27

28

B.      Debtors' Objection to Motion of the Ad Hoc Committee of Senior Unsecured Noteholders for Reconsideration and Relief from Orders Pursuant to Federal Rules of Civil Procedure 59(e) and 60(b) [**Dkt. 5365**].

C.      Objection of the Ad Hoc Group of Subrogation Claim Holders to the Motion of the Ad Hoc Committee of Senior Unsecured Noteholders for Reconsideration and Relief from Orders Pursuant to Federal Rules of Civil Procedure 59(e) and 60(b) [**Dkt. 5366**].

D.      Objection of Certain PG&E Shareholders to Motion of the Ad Hoc Committee of Unsecured Noteholders for Reconsideration of Orders Approving TCC and Subrogation Claimant RSAS; Joinder in Debtors' Objection [**Dkt. 5367**].

E.      Joinder of the Baupost Group, L.L.C. in the Ad Hoc Group of Subrogation Claim Holders' Objection to the Motion of the Ad Hoc Committee of Senior Unsecured Noteholders for Reconsideration and Relief from Orders Pursuant to Federal Rules of Civil Procedure 59(e) and 60(b) [**Dkt. 5376**].

Related Orders:

F.      Order Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Claim Amount, and (III) Granting Related Relief [**Dkt. 5173**].

G.      Order Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors and TCC to Enter into Restructuring Support Agreement with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, and (II) Granting Related Relief [**Dkt. 5174**].

4.      Status:  This matter was previously continued to and will go forward on a contested basis at the January 29 Omnibus Hearing [Dkt No. 5343].

***STATUS CONFERENCE***

5.      **Notice of Filing of Joint Chapter 11 Plan**: *Notice of Filing of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated December 12, 2019* [**Dkt. 5102**].

A.      Joint Chapter 11 Plan of Reorganization of Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders [**Dkt. 4257**].

B.      Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated December 12, 2019 [**Dkt. 5101**].

C.      Statement of the United States of America in Response to the Court's Memorandum Regarding Confirmation Issues [**Dkt. 5087**].

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

D.      Statement of the California State Agencies in Response to the Court's Memorandum Regarding Confirmation Issues [**Dkt. 5104**].

E.      Stipulation Amending Order Establishing Preconfirmation Briefing and Hearing Schedule for Certain Legal Issues [**Dkt. 5254**].

<u>Related Order</u>:

F.      Order Approving Stipulation Amending Order Establishing Preconfirmation Briefing and Hearing Schedule for Certain Legal Issues [**Dkt. 5312**].

G.      Further Memorandum Regarding Confirmation Issues [**Dkt. 5389**].

<u>Status</u>:  This matter will go forward at the January 29 Omnibus Hearing.

    **PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com.  Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: January 22, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

By:  */s/ Thomas B. Rupp*
        Thomas B. Rupp

*Attorneys for Debtors and Debtors in Possession*