Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>**PG&E CORPORATION**<br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                               Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**SUPPLEMENTAL CERTIFICATE OF SERVICE**<br><br>[Re: Dkt. Nos. 5096 & 5320] |

I, Eric R. Goodman, do declare and state as follows:

1. I am a Partner at Baker & Hostetler LLP. I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, Key Tower, 127 Public Square, Suite 2000, Cleveland, Ohio 44114-1214.

2. I certify that on January 22, 2020, I caused a true and correct copy of each of the following to be served via First Class Mail and UPS Next Day Air on the Service List attached hereto as **Exhibit A**:

- *Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by California Governor's Office of Emergency Services (Claim Nos. 87748, 87754, & 87755)* [Dkt. No. 5096]

- *Supplement to Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by California Governor's Office of Emergency Services (Claim Nos. 87748, 87754, & 87755)* [Dkt. No. 5320]

- *Notice of Continued Hearing on Omnibus Claim Objections* [Dkt. No. 5438]

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 22nd day of January 2020, at Cleveland, Ohio.

By: _____
Eric R. Goodman

# EXHIBIT A

California Governor's Office of Emergency Services
Attn: Tabitha Stout, Acting Deputy Director
3650 Schriever Avenue
Mather, CA 95655-4203

Office of Governor Gavin Newsom
Attn: Ann Patterson, Chief Deputy Legal Affairs Secretary
1303 10th Street, Suite 1173
Sacramento, CA 95814

California Department of Justice
Office of Attorney General
Matthew C. Heyn, Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013

Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Office of the Attorney General
1300 "I" Street
Sacramento, CA 95814-2919