Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>       Debtors.<br><br>□ Affects PG&E Corporation<br><br>□ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**SUPPLEMENTAL CERTIFICATE OF SERVICE**<br><br>[Re: Dkt. Nos. 4943 & 5319] |

I, Eric R. Goodman, do declare and state as follows:

1. I am a Partner at Baker & Hostetler LLP. I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, Key Tower, 127 Public Square, Suite 2000, Cleveland, Ohio 44114-1214.

2. I certify that on January 22, 2020, I caused a true and correct copy of each of the following to be served via First Class Mail and United States Postal Service Express Mail on the Service List attached hereto as **Exhibit A**:

- *Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to No Liability Claims Filed by the Department of Homeland Security / Federal Emergency Management Agency (Claim Nos. 59692, 59734 & 59783)* [Dkt. No. 4943]

- *Supplement to Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to No Liability Claims Filed by the Department of Homeland Security / Federal Emergency Management Agency (Claim Nos. 59692, 59734 & 59783)* [Dkt. No. 5319]

- *Notice of Continued Hearing on Omnibus Claim Objections* [Dkt. No. 5438]

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto. Executed this 22nd day of January 2020, at Cleveland, Ohio.

By: /s/ Eric R. Goodman
Eric R. Goodman

# EXHIBIT A

Civil Process Clerk
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

United States Attorney's Office
Northern District of California
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Robert Fenton
Regional Administrator for Region IX
Federal Emergency Management Agency
1111 Broadway, Suite 1200
Oakland, CA 94607-4052

United States Department of Justice
Civil Division
Attention: Matthew J. Troy
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875