# EXHIBIT A



Headquarters
600 A.B. Data Drive
Milwaukee, WI 53217
p: 866-217-4470
f: 414-961-3099

New York
One Battery Park Plaza
32nd Floor
New York, NY 10004
p: 646-290-9137

Washington, D.C.
1808 Swann Street, NW
Washington, D.C. 20009
p: 202-618-2908
f: 202-462-2085

Florida
3507 Kyoto Gardens Drive
Palm Beach Gardens, FL 33410
p: 561-336-1801
f: 561-336-1808

Israel
19 Weissburg Street
Tel Aviv 69358
Israel
p: +972 (3) 720-8782

A.B. DATA, LTD.
www.abdataclassaction.com
New York | Washington, D.C. | Chicago | West Palm Beach | Milwaukee

info@abdataclassaction.com
Rev. 8/1/17

## ABOUT A.B. DATA

Founded in 1981, A.B. Data has earned an international reputation for expertly managing the complexities of class action administration in securities class actions, Securities and Exchange Commission (SEC) enforcement actions, and ERISA, consumer, antitrust, employment, civil rights, insurance, environmental, wage and hour, and other class action cases. A.B. Data's work in all aspects of class action administration has been perfected by decades of experience. Dedicated professionals deliver A.B. Data's all-inclusive services, working in partnership with its clients to administer their class action cases effectively, efficiently, and affordably, regardless of size or scope.

A.B. Data has administered hundreds of class action cases involving billions of dollars in total settlements. A.B. Data was among the 5,000 fastest-growing companies on the 2010 *Inc.* and 2013 *Inc.* 500|5000, an exclusive ranking of the nation's entrepreneurial businesses. We were the only class action administration company to achieve this elite standing in 2010.

Whether notifying millions of class members in the United States or throughout the world, processing millions of claims, or printing and distributing millions of checks, A.B. Data matches its talent and technology to the specific needs of its clients, delivering unparalleled service on time and on budget without ever compromising quality.

A.B. Data offers unmatched resources and capacity, and is capable of expertly administering any class action notice, settlement, and/or fund administration. We offer the highest level of security and have the in-house capacity to mail four million personalized pieces every 24 hours. The company's 170,000-square-foot mail distribution center, with its own on-site United States Postal Service (USPS) substation, is one of the nation's largest and most advanced facilities. In addition, A.B. Data has been entrusted to Magnetic Ink Character Recognition- (MICR-)print and mail more than 20 million checks in one year alone and has the capacity to print and mail 1 million checks per day.

A.B. Data has administered some of the largest and most complex class action cases in history. Our success is driven by passion for class action administration and our focus on client relationships. An intensely case-specific approach and a philosophy of respect and professionalism toward our clients and claimants guide every aspect of our work, from the presettlement phase through notice administration, claims processing, and fund distribution.

A.B. Data administers class action cases on schedule and on budget with accuracy and efficiency. Trust the extraordinary, experienced professional talent at A.B. Data, and retain our services.

info@abdataclassaction.com

| Headquarters | New York | Washington, D.C. | Florida | Israel |
|---|---|---|---|---|
| 600 A.B. Data Drive | One Battery Park Plaza | 1808 Swann Street, NW | 3507 Kyoto Gardens Drive | 19 Weissburg Street |
| Milwaukee, WI 53217 | 32nd Floor | Washington, D.C. 20009 | Palm Beach Gardens, FL 33410 | Tel Aviv 69358 |
| p: 866-217-4470 | New York, NY 10004 | p: 202-618-2908 | p: 561-336-1801 | Israel |
| f: 414-961-3099 | p: 646-290-9137 | f: 202-462-2085 | f: 561-336-1808 | p: +972 (3) 720-8782 |

A.B. DATA, LTD.
abdataclassaction.com
New York | Washington, D.C. | Chicago | Palm Beach | Milwaukee
info@abdataclassaction.com
Rev. 8/1/17

FACTORS THAT DIFFERENTIATE A.B. DATA

CLASS ACTION ADMINISTRATION SERVICES

Presettlement Consultation

Notice Administration

Publication Notice, Print Media, Social Media, and Digital Media

Reach and Frequency Analysis

Claims Processing

Development of Distribution Plans

Fund Distribution

Call Center

Website Services

Secure Environment

Data Security

Fraud Prevention and Detection

Accountability and Reporting

Community and Diversity

Environmentally Friendly Business

A.B. DATA'S LEADERSHIP

NOTABLE NON-CLASS-ACTION ENGAGEMENTS

NOTABLE CLASS ACTION ENGAGEMENTS

Case: 19-30088 Doc# 5456-1    Filed: 01/22/20    Entered: 01/22/20 17:04:54    Page 4
of 28

# FACTORS THAT DIFFERENTIATE A.B. DATA

- A.B. Data's competitive and transparent pricing structure contains no hidden fees or unpredictable expenses. No out-of-scope or additional services or costs are incurred without clients' prior approval.

- Our experienced class action administration team includes attorneys and CPAs who handle every aspect of the administration and deliver an impeccable work product with exemplary service. Our executive and management professionals have, on average, 14 years or more of industry experience, and our client services/project employees average ten years.

- We rapidly respond to our clients' needs and strive to exceed their expectations in every detail.

- A.B. Data's notice programs are known worldwide for their innovation, efficiency, and compliance with due process requirements.

- Our customized approach results in simplified claims processing, quick distributions, and considerable cost savings.

- A.B. Data's proprietary fraud detection database prevents payment of fraudulent claims.

- Our call center operates 24/7 and contains state-of-the-art telecommunications systems designed to meet the requirements of all administration projects.

- Our cutting-edge information and systems technologies enable us to provide superior quality control and quality assurance.

- Our proprietary online claims-submission system allows class members to submit claims in a fast, flexible, and cost-effective manner.

- A.B. Data offers the highest level of security and has the in-house capacity to mail 4 million personalized pieces every 24 hours. A.B. Data's 170,000-square-foot mail distribution center, with its own on-site USPS substation, is one of the nation's largest and most advanced facilities.

- We maintain a neutral focus when working with multiple clients, including class counsel, defense counsel, defendant companies, government entities, special masters, and claims-filing services.

- A.B. Data's in-house printing, mailing, and operational facilities streamline communication and maintain the highest level of security.

- Documents are designed to withstand legal scrutiny through accurate, efficient, and timely preparation.

- Clients receive updates with the latest developments in class action and industry news.

19-30088 Transaction Doc#:5456-1   Filed: 01/22/20   Entered: 01/22/20 17:04:54   Page 5
of 28

# CLASS ACTION ADMINISTRATION SERVICES

## PRESETTLEMENT CONSULTATION

**A.B. Data helps its clients to prepare a stronger case.** During investigation and discovery, our electronic records management and proven procedures enable our team to quickly provide a fully interactive media package for court presentations and settlement negotiations.

By retaining A.B. Data, clients gain confidence that their case management is rock-solid from the start with

- Document analysis, organization, and conversion into an interactive media package
- Consultation on proposed plans of allocation and damages analyses by our experienced administration team and certified public accountants
- Assistance with "reach and frequency" analysis
- Consultation for designing and implementing preliminary notice programs that will withstand objections and challenges, as well as meet legal statutes and CAFA requirements
- Consultation to determine probable claim rates and settlement structures in an effort to avoid unexpected delays and additional costs that can arise when providing notice and distributing a settlement fund

## NOTICE ADMINISTRATION

**A.B. Data is an industry leader in full-service class action notice administration.** Our class action notice programs are known worldwide for their efficiency, effectiveness, affordability, and compliance with Federal Rule of Civil Procedure 23 and due process requirements. Our services include class member location; third-party outreach; and media, internet, email, and direct-mail notice.

A.B. Data has designed and implemented some of the largest and most complicated national and international antitrust and class action notifications in the world. Globally, A.B. Data has successfully notified millions of class members throughout 137 countries in more than 80 languages. Domestically, as part of our multifaceted approach to class member location, A.B. Data is a licensee of various postal products, including NCOALink, which tracks millions of moves across the United States.

As a leading class action notice administrator, A.B. Data produces high volumes of notice documents with accuracy, speed, and quality. We print customized notice packages in a cost-efficient format that substantially improves the efficacy of the notice program.

A.B. Data's team of attorneys, proofreaders, design specialists, and experienced Project Managers ensures that all notice packages are clear, accurate, and easy to understand. We

- Identify and locate potential class members via proprietary methods and research tools
- Design and implement synergistic media notice campaigns (online, print, radio, and television)
- Develop and implement case-specific third-party outreach campaigns
- Coordinate legal translation of notice documents
- Draft CAFA notices, identify appropriate government agencies, and disseminate CAFA notices
- Utilize a proprietary list of over 5,000 domestic and international banks, brokers, and other nominees (for securities class action cases and SEC enforcement actions)

## PUBLICATION NOTICE, PRINT MEDIA, SOCIAL MEDIA, AND DIGITAL MEDIA

**A.B. Data's Media Notice Division** is led by Linda V. Young, a media veteran with decades of class action media notice expertise in some of the most prominent cases in the industry. As Vice President of Media, Young develops media notice plans along with Thomas R. Glenn, President; members of the Development Management Team; Mary Getz, Vice President, Digital Media; and Kelly Gardner, Vice President, List Services.

The Media Notice Division will also provide expertise on Rule 23, MRI-generated audience analysis, reach and frequency analysis, and direct-marketing tactics to reach unidentified class members. Under Young's leadership, the A.B. Data Media Division continues to expand the array of targeted media solutions for class action notice programs.

## CLAIMS PROCESSING

A.B. Data's customized approach combines accuracy, accountability, and speed with our human touch. Each claim is reviewed in detail and processed precisely in accordance with the court-approved plan of allocation or settlement stipulation. A.B. Data's claims-processing services include paper and electronic claims processing, with optical character recognition technology to convert claims and correspondence into electronically searchable databases.

A.B. Data's proprietary Claims Engine, created by expert software engineers in collaboration with the Claimant Services Department, offers an extremely flexible workflow engine that allows high-speed claims imaging and processing without compromising quality. The database's high level of automation allows maximum control and provides a comprehensive and accurate claims solution. The A.B. Data Claims Engine contains the following special features:

- Eligibility criteria formula, which allows automatic flagging of claimants that do not meet the established criteria
- High-speed, bar-coded claims-processing system
- Complete tracking of all claims administration-related activities
- Case-specific algorithms and formulas for the calculation of individual payments and pro rata distributions.

When processing is complete and recommendations must be made to the court for settlement distribution, A.B. Data prepares timely affidavits that are accurate, concise, supported by the required documentation, and designed to withstand legal scrutiny. A.B. Data has the in-house capacity to process millions of pages, but every process is transparent, and every claim is handled as if it were the only one.

Whether processing a claim form requires only a signature or detailed data with supporting documentation, A.B. Data's claims administration team

- Prepares affidavits and recommendations drafted by experienced class action litigators and accounting professionals
- Assures that the lead plaintiff's claim is filed timely and correctly
- Verifies claims substantiations, as well as flags deficiencies and resolutions
- Detects and rejects fraudulent, duplicate, or excluded-party claims
- Processes exclusion requests and objections within two hours of receipt
- Calculates recognized losses and individual payments
- Manages claim-related correspondence
- Audits claims processing, including quality control and quality assurance
- Provides comprehensive on-demand reporting

## DEVELOPMENT OF DISTRIBUTION PLANS

A.B. Data's team of fund administration professionals includes attorneys, certified public accountants, and certified financial analysts and auditors. They bring years of dedicated experience assisting investors with SEC enforcement actions and private securities litigations.

We have developed hundreds of distribution plans, all in accordance with applicable orders, laws, regulations, policies, and procedures. Our customized approach to every case results in timely distributions, user-friendly claims processes, and greater cost savings. Depending upon the circumstances of each action, A.B. Data works in concert with its clients to conduct relevant economic and financial analyses, develop related methodologies for loss calculation, create appropriate plans of allocation, and if applicable, generate targeted notice programs and claims processes.

# FUND DISTRIBUTION

A.B. Data provides a full-service solution to settlement fund distribution. Our team of certified public accountants and financial advisers expertly manages fund distribution while meeting legal, financial, and governmental requirements. We offer complete escrow services; establish qualified settlement funds; print and mail checks, vouchers, and/or coupons; electronically distribute cash or stock; and provide tax services. We also

- Establish and maintain accounts (escrow, FDIC-insured controlled distribution, or managed distribution), with daily account reconciliations and records of all distributions
- Create fund investment strategies
- Electronically transfer cash and/or common stock
- Utilize positive pay
- Securely print and mail checks (up to 1 million per day)
- Monitor outstanding and cleared checks
- Investigate and attempt to resolve issues with undelivered checks
- Provide detailed reporting, including completion of the standardized fund accounting report (SFAR)
- Offer all-inclusive tax and accounting services, including 1099 and W-2 tax reporting

# CALL CENTER

A.B. Data's multilingual call center utilizes state-of-the-art telecommunications systems designed to meet the specific requirements of any administration project, as well as to maximize the financial and service goals of our clients.

Our call center is managed by full-time staff well versed in the specific details of every case. Our skilled multilingual customer service representatives are trained using case-specific materials and resources and use telephone scripts written by our attorneys and approved by our clients.

Quality assurance and quality control procedures ensure the transmission of clear and accurate information to class members in a courteous and professional manner. The call center is able to handle large call volumes for notice mailing and emailing, claims administration, deficiency and rejection letter mailings, and distribution check mailings.

In addition to providing class members with superior-quality service, our customer service representatives can respond to online and email inquiries; document notice, claim form, and call-back requests; and return calls on a next-business-day basis regarding the status of an administration.

Clients may also utilize A.B. Data's advanced interactive voice response (IVR) system, which is a cost-effective way for class members to receive informational announcements, request notices and claim forms, and obtain case-specific details. Our IVR system provides toll-free telephone numbers, multilingual customer service representatives, and Teletype (TTY) for deaf and hearing-impaired individuals.

# WEBSITE SERVICES

In cases where a website is required, A.B. Data in each instance designs, hosts, and maintains a case-specific website via which class members have access to relevant case information and updates, key documents, and downloadable notice and claim documents. Depending upon the circumstances of the specific case, the website could include the following:

- Case status
- Responses to frequently asked questions
- Online claim forms and instructions
- Real-time claim status updates
- Case contact information

For all Web-based features, A.B. Data's system has complete functionality using the three most recent versions of industry-standard browsers. Samples of case-specific websites developed by A.B. Data can be obtained by referencing cases on our website at abdataclassaction.com/cases/.

# SECURE ENVIRONMENT

A.B. Data's facilities provide the highest level of security and customization of security procedures, including

- A Secure Sockets Layer server
- Video monitoring
- Limited physical access to production facilities
- Lockdown mode when checks are printed
- Background checks of key employees completed prior to hire
- Frequency of police patrol – every two hours, with response time of five or fewer minutes
- Disaster recovery plan available upon request

# DATA SECURITY

A.B. Data is committed to protecting the confidentiality, integrity, and availability of information we collect from our clients, investors, and class members. We transmit, save, and process an immense quantity of electronic information on a daily basis. A.B. Data's Information Security Policy includes procedures intended to address all information-security issues for A.B. Data's divisions, departments, employees, vendors, and clients.

A.B. Data has a number of high-profile clients, including the Securities and Exchange Commission (SEC), the United States government, and the Government of Israel, direct-banking and payment-service companies for popular brands, and some of the largest credit-card issuers in the world.

A.B. Data is frequently subject to physical, logical, data, and information system security reviews and audits. We are compliant with our clients' security standards as well as with ISO/IEC 27001/2 and Payment Card Industry (PCI) data-security standards, the Gramm-Leach-Bliley Act of 1999, the National Association of Insurance Commissioners' regulations, the Health Insurance Portability and Accountability Act (HIPAA) of 1996, and the Health Information Technology for Economic and Clinical Health Act (HITECH).

The Government of Israel has determined that A.B. Data is compliant with its rigorous security standards in connection with its work on Project HEART (Holocaust Era Asset Restitution Taskforce).

A.B. Data's fund distribution team has been audited by EisnerAmper LLP and was found compliant with class action industry standards and within 99% accuracy. EisnerAmper LLP is a full-service advisory and accounting firm and is ranked the 15th-largest accounting firm in the United States.

In addition, as part of PCI compliance requirements, A.B. Data has multiple network scans and audits from third-party companies, such as SecurityMetrics and 403 Labs, and is determined to be compliant with each of them.

# FRAUD PREVENTION AND DETECTION

A.B. Data is at the forefront of class action fraud prevention.

A.B. Data maintains and utilizes comprehensive proprietary databases and procedures to detect fraud and prevent payment of allegedly fraudulent claims. We are in constant communication and collaboration with federal, state, and local law enforcement agencies in an effort to identify and prevent fraudulent claims from being paid.

We review and analyze various filing patterns across all existing cases and claims. Potential fraudulent filers are reported to our clients as well as to the appropriate governmental agencies.

## ACCOUNTABILITY AND REPORTING

A.B. Data has the expertise necessary to provide project-management services to ensure that all work is completed timely, accurately, and precisely to our clients' specifications. Upon request, we provide affidavits detailing the methodologies employed in notice administration, claims processing, and fund administration, as well as expert testimony and audit trail reporting.

A.B. Data tracks and audits every aspect of daily production with
- Receipt of files (noting any issues with transmission)
- Status reports regarding claims or check status
- Audited and confirmed record counts
- Confirmation of mailings
- Inventory counts
- Daily production counts reported on a weekly basis

Once funds are fully distributed, we provide a detailed accounting of fund sources and usage with a listing of individual disbursements. We maintain records of all disbursements to answer class member inquiries, investigate and resolve undelivered material, monitor outstanding and cleared checks, and maintain mailing and financial databases for an agreed-upon period.

## COMMUNITY AND DIVERSITY

A.B. Data maintains employment policies that highlight and support diversity within the company and utilizes employment programs that benefit minorities in the community. At the company's mail processing center, located in a HUBZone (Historically Underutilized Business Zone), more than half of the employees are minorities. A.B. Data continues to partner with community organizations to increase minority employment opportunities and benefits.

By participating in employment service programs, such as the Transitional Jobs Demonstration Project, A.B. Data helps to create jobs and build partnerships that improve people's lives with valued job opportunities. Operated by Policy Studies, Inc. (PSI), this important project helps to connect Milwaukee-area employers with qualified job seekers.

As part of the 30th Street Industrial Corridor, a nonprofit organization that advocates on behalf of the corridor-area community, A.B. Data works diligently to restore the economic vitality of the area, providing industry, jobs, and safety to its members, residents, and visitors.

In addition, A.B. Data's mail-processing center is located in Milwaukee's Renewal Community, a targeted area that was designated for renewal from 2002 to 2009. A.B. Data partnered with other businesses to guide and promote development that created jobs, generated wealth, and strengthened the urban environment.

A.B. Data maintains its assistance to workers in need of additional services through State of Wisconsin employment programs, such as Welfare-to-Work (WtW), so that eligible employees receive FoodShare and medical benefits as well as day-care services. Through participation in these and other available employment programs, A.B. Data continues in its commitment to enhancing people's lives by providing quality employment opportunities.

## ENVIRONMENTALLY FRIENDLY BUSINESS

A.B. Data conserves its resources and operates as a green business. Paper claim forms are imaged and stored on A.B. Data's secure SQL server, and all claims processing is done electronically. We emphasize the need for recycling and encourage the use of recycled products. Our policies compel employees to turn off their computers when not in use, and email communications are encouraged to the extent possible.

A.B. Data's headquarters in Milwaukee was designed with the environment in mind. Upon purchasing the 16-acre campus in September 2007, A.B. Data renovated the 30-year-old building, utilizing natural elements such as cork, bamboo, and concrete, and upgraded its mechanical and electrical systems to optimize efficiency. For its efforts, A.B. Data won the *Milwaukee Business Journal*'s Real Estate Award for Best Environmentally Friendly Project.

**A.B. DATA, LTD.**

D A T A   New York | Washington, D.C. | Chicago | West Palm Beach | Milwaukee

A.B. Data's administration team is composed of the following key executives, who collectively have decades of experience settling and administering class actions:

**Bruce A. Arbit, Co-Managing Director**, one of the founders of the A.B. Data Group, serves as Chairman of the Board. Additionally, Mr. Arbit is the Chairman of the United Israel Appeal and has served as President and General Campaign Chair of the Milwaukee Jewish Federation. Mr. Arbit currently serves as the Treasurer of the Jewish Telegraphic Agency and on the Boards of the Milwaukee Jewish Community Foundation and the American Joint Jewish Distribution Committee. Mr. Arbit has been a member of the Jewish Agency for Israel Board of Governors since June 2002, is a member of Jewish Agency Executives, and chairs the Committee on Israel Government Relations. Mr. Arbit has also served on the Boards of community banks for more than 25 years.

**Thomas R. Glenn, President.** Mr. Glenn's management of A.B. Data's Class Action Administration Company includes designing and implementing notice plans and settlement administration programs for antitrust, securities, and Securities and Exchange Commission settlements and SEC disgorgement fund distributions, as well as consumer, employment, insurance, and civil rights class actions. Mr. Glenn previously served as Executive Vice President at Rust Consulting and has more than 25 years of industry executive management experience.

**Eric Miller, Senior Vice President**, as a key member of A.B. Data's Class Action Administration Leadership Team, oversees the Case Management Department and supervises the operations and procedures of all of A.B. Data's class action administration cases. Mr. Miller is recognized in the class action administration industry as an expert on securities, SEC, consumer, product recall, product liability, general antitrust, pharmaceutical antitrust, and futures contract settlements, to name a few settlement types. Prior to joining A.B. Data, Mr. Miller served as the Client Service Director for Rust Consulting, responsible there for its securities practice area. He has more than 15 years of operations, project management, quality assurance, and training experience in the class action administration industry. In addition, Mr. Miller manages A.B. Data's office in Palm Beach Gardens, Florida.

**Ravin Raj, Vice President-Operations**, has more than 12 years of experience in class action claims management, document management, and insurance claims remediation. Mr. Raj's responsibilities for A.B. Data's Class Action Administration Company include heading the shared operations center, which includes mailroom, call center, claims processing, quality control, and information systems operations. His areas of expertise include business process development, strategic/tactical operations planning and implementation, risk analysis, budgeting, business expansion, growth planning and implementation, cost reduction, and profit, change, and project management. In his previous position, as Assistant Vice President-Operations at RR Donnelley India Pvt. Ltd., in Chennai, India, he led a team of more than 400 employees with the capacity to process more than 4 million claims a year, servicing several leading claims administrators. Mr. Raj managed six of the top ten securities class action settlements, by settlement value, including several multibillion-dollar settlements. His background also includes work as a Project Lead for iMarque Solutions Pvt. Ltd., Chennai, India.

**Linda V. Young, Vice President, Media**, oversees the Media Department and is responsible for the direction, development, and implementation of media notice plans for A.B. Data's class action clients. Prior to joining A.B. Data, Ms. Young served as the Principal of Mile Marker Zero, LLC, a full-service marketing and advertising consulting firm. She has more than 20 years of marketing, advertising, and media planning experience, managing advertising for brands such as Georgia-Pacific, American Express, Denny's, and Coca-Cola. In addition, Ms. Young has developed and implemented national and international print- and earned-media notice programs for some of the industry's leading pharmaceutical, insurance, and securities class action cases, including cases involving Premarin, Unity Life Insurance Co., and Morgan Stanley.

**A.B. DATA, LTD.**
New York | Washington, D.C. | Chicago | West Palm Beach | Milwaukee

**Eric Schachter, Vice President**, is a member of A.B. Data's Class Action Administration Leadership Team. He has over 15 years of experience in the legal settlement administration services industry. Mr. Schachter's responsibilities include ensuring successful implementation of claims administration services for A.B. Data's clients in accordance with settlement agreements, court orders, and service agreements. He also works closely with Project Managers to develop plans of administration to provide the highest level of effective and efficient delivery of work product. Mr. Schachter has a bachelor's degree in sociology from Syracuse University, earned his law degree at Hofstra University School of Law, and was previously an associate at Labaton Sucharow LLP in New York City.

**Paul Sauberer, Director of Quality Assurance**, is responsible for overseeing quality assurance and process management, working diligently to mitigate risk, ensure exceptional quality control, and develop seamless calculation programming. Mr. Sauberer brings more than 15 years of experience as a quality assurance specialist with a leading claims-processing company where he developed extensive knowledge in securities class action administration. He is recognized as the class action administration industry's leading expert on claims and settlement administrations of futures contracts class actions.

**Al Wichtoski, CPA, Vice President and Chief Financial Officer**, began as a Controller with A.B. Data over 20 years ago. Mr. Wichtoski rose to a number of corporate administrative and financial management positions before realizing his current role with the company. Mr. Wichtoski attained his financial management expertise through a broad range of roles, including bank liaison, Internal Revenue Service conduit, and final compliance officer for all financial accounts associated with A.B. Data. Mr. Wichtoski's responsibilities include risk management, budgeting, tax filing, statement preparation, and financial analysis.

**Kathy Versteegh, Senior Vice President, Data Services Division**, has been with A.B. Data since 1993. In her current position, Ms. Versteegh oversees operations, client relationships, business development, contracts, budget, security, postal affairs, and other key functions, leveraging her expertise in planning, leading, and controlling resources within the organization to ensure the continued growth of the division. As Vice President of Client Services and Marketing, she was responsible for business-critical communications, client service operations, and marketing, in addition to serving as a Security Team and Corporate Management Team member. Ms. Versteegh earned U.S. Postal Service and Postal Customer Council (PCC) professional certificates in Management and Leadership, Intelligent Mail, Enhancing Mail Value, Mail Center Operations, and PCC Leadership. In May 2010, she was elected the United States Postal Customer Council Co-Chair. Currently, Ms. Versteegh is serving her second term as Co-Chair. She offers an outstanding track record in business/organizational development, client satisfaction, and marketing strategies that include print, internet, mail, trade show, and other sales and marketing communications.

**Lizabeth Ludowissi, MQCCS, Vice President, Production**, is responsible for overseeing the production of all A.B. Data Group mailings and special projects. Ms. Ludowissi has experience in virtually every role in the company, which provides her with invaluable insight into the needs of our clients. During her tenure, Ms. Ludowissi has worked to streamline our Production Department, implementing strict quality controls and overseeing all scheduling and coordination, including print purchasing as well as data-processing, personalization, and mail-shop services. As a Mailpiece Quality Control Certified Specialist (MQCCS), Ms. Ludowissi acts as the company's Postal Liaison regarding all USPS-related matters. Ms. Ludowissi is a member of the Wisconsin Direct Marketing Association and the Milwaukee Postal Customer Council.

**Adam Walter, PMP, Senior Project Manager**, has more than nine years of experience managing a range of securities class action settlements and SEC disgorgements totaling more than $3.5 billon. This includes developing case administration strategies, overseeing daily operations of case administrations, ensuring execution of client deliverables, providing case-related legal and administration support to case counsel, overseeing notice dissemination programs, implementing complex claims-processing and allocation methodologies, establishing quality assurance and quality control procedures, and managing distribution of settlement funds. Mr. Walter frequently consults with clients in planning, reporting, and management of

**A.B. DATA, LTD.**

DATA   New York | Washington, D.C. | Chicago | West Palm Beach | Milwaukee

each unique case to ensure that all requirements and objectives are met. Mr. Walter's background as Project Manager for a leading claims administrator brings his expertise on the development of case administration strategies and service methodologies to A.B. Data's Class Action Administration Company.

**Steve Straub, Senior Project Manager**, joined A.B. Data in February 2012. As a Senior Project Manager, his responsibilities include developing case administration strategies, overseeing daily operations of case administrations, ensuring execution of client deliverables, providing case-related legal and administration support to case counsel, overseeing notice dissemination programs, implementing complex claims processing and allocation methodologies, establishing quality assurance and quality control procedures, and managing distribution of settlement funds. Mr. Straub's experience in administering class action settlements includes securities, consumer, and antitrust settlements, with a primary focus on antitrust cases. He holds a Juris Doctor degree from Seton Hall University School of Law, Newark, New Jersey.

**Linda Opichka, CPA, Quality Assurance Analyst**, has over a decade of experience as a broker-dealer auditor, trainer, and manager and, in 2008, passed the examination for Certified Anti-Money Laundering Specialists. Ms. Opichka is responsible for managing and performing financial analysis, reviewing plans of allocation, working with independent distribution consultants, and performing account reconciliations for fund distributions. Prior to joining A.B. Data, Ms. Opichka conducted audits for Northwestern Mutual, where she was a subject-matter expert for anti-money laundering and broker-dealer audits. Ms. Opichka was also in charge of performing financial and compliance audits for broker-dealers and futures-commission merchants at the Chicago Board of Trade.

**Eric Schultz, MCSE, Information Technology Manager and Security Team Chairperson**, has been with A.B. Data for more than ten years, and is currently responsible for overseeing all information technology areas for all A.B. Data divisions across the United States and abroad. As a Microsoft Certified Systems Engineer (MCSE) with more than 20 years of experience in information technology systems and solutions, Mr. Schultz has developed specializations in network security, infrastructure, design/architecture, telephony, and high-availability network systems.

**Dan Deschamps, Project Manager**, since joining A.B. Data in November 2011, has handled a number of positions developing substantial knowledge regarding the administration of consumer, ERISA, and high-volume securities litigations. In his current role as Project Manager, he leads the planning and implementation of projects to meet internal and external deadlines; manages the day-to-day operational aspects of each of his assigned projects; continuously monitors and reports on the progress of his projects; and resolves any issues and solves problems with projects throughout the project life cycle. He also works closely with A.B. Data's Senior Project Managers, clients, and others on each of his assigned projects and coaches, mentors, and trains project team members. Mr. Deschamps' specialties include ERISA and complex consumer cases, but his practice areas also include SEC enforcement actions; Fair Debt Collection Practices Act (FDCPA), Telephone Consumer Protection Act (TCPA), and personal injury protection (PIP) class actions; Class Action Fairness Act (CAFA) mailings; and securities class actions. Mr. Deschamps received his paralegal certificate from Harper College, Palatine, Illinois, where he was a member of Lambda Epsilon Chi, the national honor society founded by the American Association for Paralegal Education.

**Bridgett Ryland, Project Manager**, joined A.B. Data in January 2014. She has handled a number of positions developing substantial knowledge regarding the administration of class action settlements. She works closely with A.B. Data's Senior Project Managers, the Information Systems team, and clients on all types of cases, including nonsecurities, FDCPA, ERISA, TCPA, and other types of class action settlements. Ms. Ryland manages the day-to-day administration of case settlements, interacting with multiple colleagues and consulting on many projects. She received both her bachelor's degree in communications and her master's degree in education and professional development from Cardinal Stritch University, Milwaukee, Wisconsin.

**Anike Keller, Business Development Director**, provides expertise in legal marketing strategies and brings extensive experience in client relations to A.B. Data's business development team. Previously, Ms. Keller served the legal industry as part of the marketing group at a major class action law firm specializing in securities and antitrust litigation. Ms. Keller's knowledge and understanding of the class action industry, as well as her client relationship skills, expand A.B. Data's capacity to achieve its business development and marketing goals effectively.

A.B. DATA, LTD.

Case 19-30088 Doc# 5456-1   Filed: 01/22/20   Entered: 01/22/20 17:04:54   Page 14
New York | Washington, D.C. | Chicago | West Palm Beach | Milwaukee          of 28            P a g e | 13 of 16

## Holocaust Era Asset Restitution Taskforce (Project HEART)

An initiative of the Government of Israel and the Jewish Agency for Israel (JAFI), Project HEART – Holocaust Era Asset Restitution Taskforce – sought to provide the tools, strategy, and information to bring about a small measure of justice to eligible heirs of Jewish victims, the victims themselves, and the Jewish people as a whole.

During its initial phase, Project HEART focused on identifying individuals in 137 countries with potential claims regarding the following types of private property for which no restitution was received after the Holocaust era: (1) private property that was located in countries that were controlled by the Nazi forces or Axis powers at any time during the Holocaust era; (2) private property that belonged to Jewish persons, as defined by Nazi/Axis racial laws; and (3) private property that was confiscated, looted, or forcibly sold by the Nazi forces or Axis powers during the Holocaust era.

## Obama for America – 2008 and 2012

Retained by Obama for America in 2007, A.B. Data was responsible for designing, analyzing, and directing its grassroots fundraising efforts for the presidential campaign of 2008. From February 2007 to Election Day 2008, A.B. Data's direct-marketing efforts helped to elect President Barack Obama, raising a record amount of money – almost $108 million – via the mail from more than 700,000 donors. As a result, A.B. Data was reappointed to lead President Obama's 2012 direct-marketing campaign in his attempt to gain reelection. As the sole administrator of the direct-marketing campaign for Obama for America 2012, A.B. Data designed, printed, and mailed each direct-marketing piece to raise money and awareness about President Obama's candidacy and efforts for reelection in 2012. A.B. Data's effort shattered all previous records, raising more than $147 million through the mail from almost 875,000 individual donors.

## Doctors Without Borders/Médecins Sans Frontières

In 2009, A.B. Data was chosen to manage all facets of the direct-mail program for Doctors Without Borders/Médecins Sans Frontières (MSF). MSF is one of the most respected organizations in the world, having won the 1999 Nobel Peace Prize for its emergency medical humanitarian response to people around the world caught in armed conflict or suffering from epidemics, malnutrition, and natural disasters without access to health care. MSF is known for its fierce independence and its refusal to "look the other way" when a crisis is caused by the failure of a government, either through passive or aggressive actions. MSF raises $84 million a year through its direct-marketing program, and it mails 17 million prospect pieces annually. MSF's house file consists of 465,000 12-month donors and about 800,000 lapsed donors – and it has 38,000 monthly donors. MSF's total house-file volume is 11 million a year.

## Holocaust Victim Assets Litigation (Swiss Banks) – $1.25-billion settlement

As a court-appointed notice administrator for this litigation, A.B. Data played a key role in a worldwide Phase I notice effort that resulted in the processing of more than 500,000 initial questionnaires. In Phase III of the administration, A.B. Data delivered notice to more than 10,000 Jewish communities in 109 countries and administered international help and call centers in Phases I and III that directly assisted more than 100,000 potential claimants.

A.B. Data created a class-appropriate notice targeting Romanies (Gypsies) in 48 countries and directed hundreds of staff members to communicate orally and directly with Romani communities and individuals. A.B. Data notified more than 2 million people and, as designated by the International Organization for Migration (IOM), directly assisted more than 22,000 Romanies in 17 countries of central and eastern Europe with claim completion.

## German Forced Labour Compensation Programme (GFLCP)

As designated by the IOM, A.B. Data located more than 43,000 Romani survivors in 17 countries of central and eastern Europe who were potentially eligible for humanitarian aid. A.B. Data created a comprehensive database for the GFLCP and the Holocaust Victim Assets Litigation and directly assisted more than 11,000 Romanies in eight central and eastern European countries with claim completion.

## The Wilderness Society

In 2012, A.B. Data was chosen to oversee and implement all facets of the direct mail and online fundraising programs for The Wilderness Society.

The Wilderness Society – with 500,000 members and supporters – is the leading American conservation organization working to protect our nation's beautiful wildlands. Since 1945, it has been at the forefront of nearly every major public lands battle, and its collaborative style and focus on practical solutions have saved some of our most beloved natural treasures from destruction.

# NOTABLE CLASS ACTION ENGAGEMENTS

A.B. Data and/or its team members have successfully administered hundreds of class actions, including many major cases. Listed below are some of the most notable of these engagements.

## Securities Cases

- *In re Fannie Mae 2008 Securities Litigation*
- *In re Anadarko Petroleum Corporation Class Action Litigation*
- *Ge Dandong, et al., v. Pinnacle Performance Limited, et al.*
- *In Re: Rough Rice Commodity Litigation*
- *Xuechen Yang v. Focus Media Holding Limited et al.*
- *In re Massey Energy Co. Securities Litigation*
- *In re Swisher Hygiene, Inc.*
- *The City of Providence vs. Aeropostale, Inc., et al.*
- *In re Metrologic Instruments, Inc. Shareholders Litigation*
- *Public Pension Fund Group v. KV Pharmaceutical Company et al.*
- *Pension Trust Fund for Operating Engineers, et al. v. Assisted Living Concepts, Inc., et al.*
- *In re Lehman Brothers Equity/Debt Securities Litigation*
- *In re: Platinum and Palladium Commodities Litigation (Platinum/Palladium Physical Action)*
- *In re: Platinum and Palladium Commodities Litigation (Platinum/Palladium Futures Action)*
- *In re General Electric Co. Securities Litigation*
- *In re CNX Gas Corporation Shareholders Litigation*
- *Oscar S. Wyatt, Jr. et al. v. El Paso Corporation, et al.*
- *In re Par Pharmaceutical Securities Litigation*
- *In re Par Pharmaceutical Companies, Inc. Shareholders Litigation*
- *In re Delphi Financial Group Shareholders Litigation*
- *In re SLM Corporation Securities Litigation*
- *In re Del Monte Foods Company Shareholder Litigation*
- *Leslie Niederklein v. PCS Edventures!.com, Inc. and Anthony A. Maher*
- *In re Beckman Coulter, Inc. Securities Litigation*
- *Michael Rubin v. MF Global, Ltd., et al.*
- *Allen Zametkin v. Fidelity Management & Research Company, et al.*
- *In re BP Prudhoe Bay Royalty Trust Securities Litigation*
- *Police and Fire Retirement System of the City of Detroit et al. v. SafeNet, Inc., et al.*

**A.B. DATA, LTD.**
New York | Washington, D.C. | Chicago | West Palm Beach | Milwaukee

- *In re Limelight Networks, Inc. Securities Litigation*
- *In re Gilead Sciences Securities Litigation*
- *In re ACS Shareholder Litigation, Consolidated C.A. No. 4940-VCP*
- *Lance Provo v. China Organic Agriculture, Inc., et al.*
- *In re LDK Solar Securities Litigation*

## General and Pharmaceutical Antitrust Cases

- *In re Ready-Mixed Concrete Antitrust Litigation*
- *In re: Marine Hose Antitrust Litigation*
- *Iowa Ready Mixed Concrete Antitrust Litigation*
- *In re Potash Antitrust Litigation (II)*
- *In re Evanston Northwestern Healthcare Corp. Antitrust Litigation*
- *In re Polyurethane Foam Antitrust Litigation*
- *In re LIBOR-Based Financial Instruments Antitrust Litigation*
- *In re Lorazepam and Clorazepate Antitrust Litigation*
- *In re Cardizem CD Antitrust Litigation*
- *Vista Healthplan, Inc., and Ramona Sakiestewa v. Bristol-Myers Squibb Co., and American BioScience, Inc.*
- *In re Lupron Marketing and Sales Practices Litigation*
- *In re Terazosin Hydrochloride Antitrust Litigation*
- *In re Warfarin Sodium Antitrust Litigation*
- *Rosemarie Ryan House, et al. v. GlaxoSmithKline PLC and SmithKline Beecham Corporation*
- *Carpenters and Joiners Welfare Fund, et al. v. SmithKline Beecham*
- *New Mexico United Food and Commercial Workers Union's and Employers' Health and Welfare Trust Fund, et al. v. Purdue Pharma L.P.*
- *In Re Pharmaceutical Industry Average Wholesale Price Litigation*
- *Alma Simonet, et al. v. SmithKline Beecham Corporation, d/b/a GlaxoSmithKline*
- *In re Relafen Antitrust Litigation*
- *In Re Remeron Direct Purchaser Antitrust Litigation*
- *In re TriCor Indirect Purchasers Antitrust Litigation*
- *Nichols, et al., v. SmithKline Beecham Corporation*
- *In re: DDAVP Indirect Purchaser Antitrust Litigation*

## Telephone Consumer Protection Act (TCPA) Cases

- *Diana Mey vs. Frontier Communications Corporation*
- *Matthew Donaca v. Dish Network, L.L.C.*
- *Matthew Benzion and Theodore Glaser v. Vivint, Inc.*
- *John Lofton v. Verizon Wireless (VAW) LLC, et al.*
- *Lori Shamblin v. Obama for America et al.*
- *Ellman v. Security Networks*

## Consumer Products Case

- *In the Matter of Maxfield and Oberton Holdings, LLC and Craig Zucker, et al.* ("Buckyballs Case")

## Representative Case and Client Lists

Representative general lists of A.B. Data's cases and clients are appended.

Ace Marine Rigging & Supply, Inc. v. Virginia Harbor Services, Inc.

Acevedo v. Lawyers Title Insurance Corporation

Aceves, et al. v. Knights Inspection Services, LLC, and Knight

In re ACS Shareholders Litigation

In re Adolor Corporation Shareholders Litigation

In re Advanta Corp. ERISA Litigation

In re Affiliated Computer Services ERISA Litigation

In re AIG ERISA Litigation

In re AirGate PCS, Inc. Securities Litigation

Akins v. Worley Catastrophe Response, LLC

Alakayak v. All Alaskan Seafoods, Inc.

Allen v. HealthPort Technologies, LLC

Alper v. Warnock Ford, Inc.

Altier v. Worley Catastrophe Response, LLC

In re American Italian Pasta Company Securities Litigation (AIPC Settlement)

In re American Italian Pasta Company Securities Litigation (Ernst Settlement)

Anderson v. Third Federal Savings and Loan Association of Cleveland

In re Andrx Corporation, Inc.

Annoreno and Perez, individually, and on behalf of all others similarly situated v. Claire's Stores, Inc. and Claire's Boutiques, Inc.

Arias v. Award Homes, Inc.

Arteaga v. MODA Furniture, Inc.

In re Assicurazioni Generali S.p.A. Holocaust Insurance Litigation

In re Atlas Energy, Inc. Shareholders Litigation

Austrian Banks Holocaust Litigation

Baptista v. Mutual of Omaha Insurance Company

Bauman v. Superior Financial Corp.

Beach, et al. v. Citigroup Alternative Investments LLC, et al.

In re Bear Stearns Companies, Inc. ERISA Litigation

In re Beazer Homes USA, Inc. ERISA Litigation

In re Beckman Coulter, Inc. Securities Litigation

Benzion v. Vivint, Inc.

Bergman et al. v. DAP Products Inc., et al. (XHose Litigation)

Berry v. Third Federal Savings and Loan Association of Cleveland, et al.

Best v. Bluegreen

In re BigBand Networks, Inc. Securities Litigation

In re BioScrip, Inc. Securities Litigation

In re BISYS Securities Litigation

Black v. Metso Paper USA, Inc.

Blaine v. Pressler & Pressler, LLP

Blanco v. KeyBank USA, N.A.

Board of Commissioners of the Port of New Orleans v. Virginia Harbor Services Inc.

Bosland v. Warnock Dodge, Inc.

Bowe v. Public Storage

In re BP plc Securities Litigation

In re BP Prudhoe Bay Royalty Trust Securities Litigation

Bragg v. Bill Heard Chevrolet, Inc.-Plant City

Branham and Smith, et al. v. Crawford & Company

Brattain v. Richmond State Hospital

Brennan v. Community Bank

Brey Corp. v. Life Time Improvements, Inc.

Brieger v. Tellabs, Inc.

Broad St. Partners Fund v. Dods

Brown v. Hayt, Hayt & Landau, LLC

Brown v. Rita's

Brumfield v. Countrywide Home Loans, Inc.

Burns v. First American Bank

Bushansky v. Simplicity Bancorp, Inc. et al.

In re Calpine Corporation ERISA Litigation

Canning v. Concord EFS, Inc.

Capovilla v. Lone Star Technologies, Inc.

In re Cardinal Health, Inc. ERISA Litigation

Carlson v. C.H. Robinson Worldwide, Inc.

Carlson v. State of Alaska, Commercial Fisheries Entry Commission

In the Matter of Determining whether there has been a violation of the Consumer Loan Act of Washington by CashCall, Inc. et al.

In re Cbeyond, Inc. Securities Litigation

Cement Masons & Plasterers Joint Pension Trust v. TNS, Inc.

Cerda v. Associates First Capital Corporation

Cervantes v. RCS Recovery

Chamberlin v. Mullooly

Chao v. Slutsky

Charlessaint v. Persian Acceptance Corp. et al.

Clayton v. Velociti, Inc.

Clearview Imaging, L.L.C. v. Dairyland Insurance Company

Clearview Imaging, L.L.C. v. Mercury Insurance Company of Florida

Clearview Imaging, L.L.C. v. Nationwide Mutual Insurance Company

**A.B. DATA, LTD.**
New York | Washington, D.C. | Chicago | West Palm Beach | Milwaukee

Clearview Imaging, L.L.C. v. Progressive Consumers Insurance Company

Clemons v. Thompson

In re CNX Gas Corporation Shareholders Litigation

Cohen v. JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.

Coleman v. Lincoln Wood Products, Inc.

In re Colgate-Palmolive Co. ERISA Litigation

Collins v. American Consumer Shows, Inc.

Commonwealth of Massachusetts v. H&R Block, Inc.

Conlon v. The City of Fernandina Beach

In re Connetics Securities Litigation

In re: The Consumers Trust

Coppess v. Healthways, Inc.

Corsello v. Verizon New York, Inc.

Cotton v. Ferman Management Services Corporation

Cottrell v. Gardner

In re CP Ships Ltd. Securities Litigation

In re Crestwood Midstream Partners Unitholder Litigation

Croxall v. Tampa Hund L.P.

In re Crude Oil Commodity Futures Litigation

Cruz v. Condor Capital Corporation

Curtis v. Northern Life Insurance Company

Davis v. First Financial Federal Credit Union

In re: DDAVP Indirect Purchaser Antitrust Litigation

DeCario v. Lerner New York, Inc.

In re Del Monte Foods Company Shareholder Litigation

In re Delphi Financial Group Shareholders Litigation

Deprospo v. The Provident Bank

Desai v. ADT Security Services, Inc.

Di Popolo v. Ramsey Nissan, Inc.

In re Diebold ERISA Litigation

Dishkin v. Tire Kingdom, Inc.

In re Dole Food Co., Inc. Stockholder Litigation

Donepudi v. OfficeMax Inc.

Drury v. Countrywide Home Loans, Inc.

Duchene v. Westlake

In re Dura Pharmaceuticals, Inc. Securities Litigation

Eisenberger v. Boston Service Company, Inc.

In re Electronic Data Systems Corp. ERISA Litigation

In re Emergent Group, Inc. Shareholder Litigation

In re: Enterprise Rent-A-Car Wage & Hour Employment Practices Litigation

Epstein v. Sears, Roebuck and Co.

Estakhrian v. Obenstine et al.

Estates of Hampton v. Beverly Enterprises-Arkansas, Inc.

Estep v. Smythe Volvo, Inc.

Evans v. Stewart Title Guaranty Company

In re Facebook, Inc. IPO Securities and Derivative Litigation - NASDAQ

Family Open MRI, Incorporated v. Direct General Insurance Company

In re Fannie Mae ERISA Litigation

In re Fannie Mae 2008 Securities Litigation

Fernando v. Neopost USA, Inc.

Fernando v. Priority Mailing Systems

Ferro v. Florida Windstorm Underwriting Association

Finney v. Stewart Title Guaranty Company

In re First Financial Holdings Inc. Shareholders Litigation

In re FLAG Telecom Holdings, Ltd. Securities Litigation

Flood v. Dominguez

Office of the Attorney General, Department of Legal Affairs, State of Florida v. KB Home et al.

Kellman v. Forever 21 Retail, Inc.

Forsta AP-Fonden, et al. v. St. Jude Medical, Inc., et al.

Francis v. A&E Stores, Inc.

Franco v. Ace Parking Management Inc.

Fray-Witzer v. Metropolitan Antiques, LLC

Fray-Witzer v. Olde Stone Land Survey Company, Inc.

Fremont General Corporation Litigation

Friedman v. Rayovac Corporation

Froumy v. Stark & Stark

FW Transportation, Inc. v. Associates Commercial Corporation

In re General Electric Company Securities Litigation

German Forced Labor Compensation Program (GFLCP)

Gevaerts et al. v. TD Bank, N.A.

In re Gilead Sciences Securities Litigation

Gilley v. Ernie Haire Ford, Inc.

In re Goodrich Shareholders Litigation

Graham v. Town & Country Disposal of Western Missouri, Inc.

Greenstein v. Nations Title Agency of Florida, Inc.

Griffin v. Flagstar Bancorp, Inc.

Groen v. PolyMedica Corporation

Gulf Coast Injury Center, LLC v. Nationwide Mutual Fire Insurance Company

Haas v. Burlington County

Hall v. The Children's Place Retail Stores, Inc.

Hamilton v. ATX Services Inc.

Hargrave v. TXU Corp.

Harlacher and Woodring v. Members 1st Federal Credit Union

A.B. DATA, LTD.
New York | Washington, D.C. | Chicago | West Palm Beach | Milwaukee

Harris v. First Regional Bancorp

Harris v. Koenig

In re Hartford Financial Services Group Inc. ERISA Litigation

Haynes v. Baptist Health

In re: Hearst-Argyle Shareholder Litigation

Hellmers v. Countrywide Home Loans, Inc.

Hess v. Oriole Homes Corp.

Hill v. American Medical Security Life Insurance Company

Hill v. Countrywide Home Loans, Inc.

Hockenberry v. People First Federal Credit Union

Holley v. Kitty Hawk, Inc.

In re Holocaust Victim Assets Litigation (Swiss Banks) (HVAP)

Hudson United Bank v. Chase

Hughley v. Maryland Casualty Company

Hunt v. PacifiCare Life and Health Insurance Company

Hutt v. Martha Stewart Living Omnimedia, Inc.

Hutson v. Baptist Health

In re ICG Communications, Inc. Securities Litigation

Ikuseghan v. MultiCare Health System

The State of Illinois v. Au Optronics Corporation et al.

In re: InfoSonics Securities Litigation

In re ING Groep, N.V. ERISA Litigation

In re International Business Machines Corp. Securities Litigation

International Commission on Holocaust Era Insurance Claims (ICHEIC)

In re Iowa Ready-Mixed Concrete Antitrust Litigation

In re J. Crew Group, Inc. Shareholders Litigation

In re JDS Uniphase Corporation ERISA Litigation

Johnson v. Navient Solutions Inc.

Kalow & Springut, LLP v. Commence Corporation

Katz et al. v. Live Nation Worldwide, Inc.

Katz and Davidson v. Live Nation Worldwide, Inc.

Kay v. Wells Fargo & Company

Kemp v. DataBank IMX, LLC

In re Kinder Morgan Energy Partnership, L.P. Capex Litigation

In re: King Pharmaceuticals, Inc. Securities Litigation

Kolluri v. Belco Community Credit Union

Krakauer v. Dish Network L.L.C.

Kreher v. City of Atlanta, Georgia

Kubota v. Walker

The Lafayette Life Insurance Company v. City of Menasha

Laffan v. Santander Bank, N.A., et al.

Lara, et al., v. G & E Florida Contractors, LLC

In re LDK Solar Securities Litigation

In re Lear Corp. ERISA Litigation

Lehmann v. Ivivi Technologies, Inc.

In re Lehman Brothers Equity/Debt Securities Litigation

In re Lernout & Hauspie Securities Litigation (Directors and FLV Settlements)

In re Lernout & Hauspie Securities Litigation (KPMG Settlement)

Leslie Niederklein v. PCS Edventures!.com, Inc.

Li v. Bowers et al. (Square 1 Financial Case)

Lilly v. Oneida Ltd. Employee Benefits Admin. Comm.

In re Limelight Networks, Inc. Securities Litigation

Long v. Eschelon Telecom, Inc.

The Louisiana Municipal Police Employees Retirement System v. Deloitte & Touche LLP

Lyons, et al. v. Litton Loan Servicing, LP, et al.

Mann & Company, PC v. C-Tech Industries, Inc.

Mann v. Lawyers Title Insurance Corporation

Mantzouris v. Scarritt Motor Group, Inc.

In re Marine Hose Antitrust Litigation (Bridgestone Settlement)

In re Marine Hose Antitrust Litigation (Dunlop Settlement)

In re Marine Hose Antitrust Litigation (Parker Settlement)

In re Marine Hose Antitrust Litigation (Trelleborg Settlement)

In re Marine Hose Antitrust Litigation (Yokohama Settlement)

In re Marsh ERISA Litigation

In re Martek Biosciences Corp. Securities Litigation

Martin v. aaiPharma, Inc.

Martin v. Dun & Bradstreet, Inc.

Martin v. Foster Wheeler Energy Corporation

In Re Massey Energy Co. Securities Litigation

In the Matter of Maxfield and Oberton Holdings, LLC

Mayer v. Administrative Committee of the Smurfit-Stone Container Corporation Retirement Plans

Mayes v. The Geo Group, Inc.

Mayotte v. Associated Bank, N.A.

In re MBNA Corp. Securities Litigation

Meadows v. Clearwater Bay Marketing, LLC

Means v. River Valley Financial Bank

In re Merck & Co. Inc. Vytorin ERISA Litigation

Medoff v. CVS Caremark Corporation et al.

Merrimon v. UNUM Life Insurance Company of America

In re Metavante Technologies, Inc. Shareholder Litigation

In re Metrologic Instruments, Inc. Shareholders Litigation

Mey v. Herbalife International, Inc.

Mey v. Interstate National Dealer Services, Inc., et al.

In re Micromuse, Inc. Securities Litigation

Milford & Ford Associates, Inc. v. Cell-Tek, LLC

A.B. DATA, LTD.

New York | Washington, D.C. | Chicago | West Palm Beach | Milwaukee

Miller v. Weltman, Weinberg & Reis Co., L.P.A.

In re: MK Resources Company Shareholders Litigation

Montalvo v. Tripos, Inc.

Moore v. The Hertz Corporation

In re Morgan Asset Management, Inc.
(Kelsoe and Weller Settlements)

Morrison v. MoneyGram International, Inc.

Mortgage Settlement Consumer Restitution Program
(Foreclosure Restitution Program and Bank of America Victims
Program)

In re Motive, Inc. Securities Litigation

Mozenter v. Nalco Holding Company

Mukoma v. Fleet Lease Network Inc.

Mulhern v. MacLeod d/b/a ABC Mortgage Company

Munday v. Navy Federal

In re: National City Corporation Securities, Derivative & ERISA
Litigation

In re Neustar, Inc. Securities Litigation

The Department of the Treasury of the State of New Jersey
and its Division of Investment v. Cliffs Natural Resources Inc.,
et al.

The People of the State of New York v. SKS Associates, LLC

In re NII Holdings, Inc., Securities Litigation

Norflet v. John Hancock Life Insurance Company

Norris and Tatem v. Eichenbaum & Stylianou, LLC, et al.

In re Novamed, Inc. Shareholders Litigation

NSL Capital Management v. Gorman

Nthenge v. Pressler and Pressler, LLP

In re: NX Networks Securities Litigation

Obermeyer v. Marinemax East, Inc.

Olivo v. Homecomings Financial LLC

Open MRI of Pinellas, Inc. v. Atlanta Casualty Insurance Company

Ori v. Fifth Third Bank and Fiserv, Inc.

In re: Ortiz v. Aurora Health Care, Inc.

Osborn v. EMC Corporation

In re OSI Pharmaceuticals, Inc. Securities Litigation

Otte v. Life Insurance Company of North America

Overby v. Tyco International Ltd.

Ownby v. Citrus County, Florida

In re: Pacific Gateway Exchange, Inc. Securities Litigation

Paliotto v. Johnny Rockets Group, Inc.

In re Par Pharmaceutical Companies, Inc. Shareholders Litigation

In re Par Pharmaceutical Securities Litigation

Parker v. American Medical Security Group, Inc.

Parthiban v. GMAC Mortgage Corporation

Paskowitz v. Ernst & Young, LLP (Motive, Inc.)

Patel v. Baluchi's Indian Restaurant

Payson v. Capital One Home Loans, LLC (FLSA Settlement)

Payson v. Capital One Home Loans, LLC (KWPA Settlement)

Pension Trust Fund for Operating Engineers v.
Assisted Living Concepts, Inc.

Pereira v. Foot Locker, Inc.

Perez v. Rent-A-Center, Inc.

Pettway v. Harmon Law Offices, P.C.

Pfeiffer and McElroy derivatively on behalf of Occidental
Petroleum Corporation v. Abraham et al. and Occidental
Petroleum Corporation

In re: PFF Bancorp, Inc. ERISA Litigation

Pickett v. Triad Financial Corporation

In Re: Platinum And Palladium Commodities Litigation

Police and Fire Retirement System of the City of Detroit,
Plymouth County Retirement System v. SafeNet, Inc.

Politi v. Pressler & Pressler, LLP

Pollard, et al. v. ETS PC, Inc. (f/k/a Eberl's Temporary Services,
Inc.) et al.

Pollitt v. DRS Towing, LLC

In re Potash Antitrust Litigation (II)

Premier Open MRI, LLC v. Progressive American Ins. Co.

Project HEART—Holocaust Era Asset Restitution Taskforce

In re Prospect Medical Holdings, Inc. Shareholders Litigation

Provo v. China Organic Agriculture, Inc.

Public Pension Group v. KV Pharmaceutical Co.

Puritan Budget Plan, Inc. v. Amstar Insurance Company

Quaak v. Dexia, S.A.

Ragsdale v. SanSai USA, Inc.

Ramirez v. GreenPoint Mortgage Funding, Inc.

Rational Strategies Fund v. Demere, Jr.

Rational Strategies Fund v. Hill

Raul v. Western Liberty Bancorp

In re RBC Dain Rauscher Overtime Litigation

In re RCN Corporation ERISA Litigation

In re Ready-Mixed Concrete Antitrust Litigation

Reeves, et al. v. Zealandia Holding Company, Inc., f/k/a Festiva
Hospitality Group, Inc., et al.

In re Reliant Securities Litigation

In re RenaissanceRe Holdings Ltd. Securities Litigation

In re R.H. Donnelley Corp. ERISA Litigation

Roberti v. OSI Systems, Inc.

Rodriguez v. Fulton Bank, N.A.

Rolark v. Lawyers Title Insurance Corporation



A.B. DATA, LTD.
New York | Washington, D.C. | Chicago | West Palm Beach | Milwaukee

Rubin v. MF Global, Ltd.

Rufo v. Alpha Recovery Corp.

Rupp v. Thompson

S. Parker Hardware Mfg. Corp. v. AT&T Corp.

Saint Pete MRI v. Hartford

Saint Pete MRI v. Auto Club South Insurance Company

Saint Pete MRI v. First Acceptance Insurance Company

Saint Pete MRI v. First Floridian Auto and Home Insurance Company

Saldana v. C & C Unisex

Sam v. White

Santos v. Silver

Scher v. Oxford Health Plans, Inc.

In re Schering-Plough Corp. Enhance ERISA Litigation

In re Schering-Plough Corp. ERISA Litigation

Schmitz v. Liberty Mutual Insurance Company

In re Scottish Re Group Securities Litigation

In re Sears, Roebuck & Co. ERISA Litigation

SEC v. Anderson

SEC v. Gen-See Capital Corporation and Richard S. Piccoli

SEC v. RenaissanceRe Holdings Ltd.

In re SEC v. Rockford Funding Group

In re SEC v. Take-Two Interactive Software, Inc.

SEC v. Tecumseh Holdings Corporation

SEC v. The BISYS Group, Inc.

SEC v. Value Line, Inc.

SEC v. WexTrust Capital, LLC

SEC v. Zomax, Inc.

Serino v. Kenneth Lipper v. PricewaterhouseCoopers, LLP

In re Sexy Hair Concepts, LLC

In re SFBC International Securities & Derivative Litigation

Shane v. Edge

Sheikh v. Maxon Hyundai, Inc.

Silke v. Irwin Mortgage Corporation

Sivsubramanian v. DNC Health Corp.

In re SLM Corporation Securities Litigation

Smith v. Mill-Tel, Inc.

Smolkin v. Leviton Manufacturing Co., Inc.

Soden v. East Brunswick Buick-Pontiac-GMC, Inc.

Sokoloski v. Stewart Title Guaranty Company Settlement

Sonoda v. Amerisave

Southeast Texas Medical Associates, LLP v. VeriSign, Inc.

Special Situations Fund III, L.P. v. Quovadx, Inc.

Steele v. GE Money Bank

Stein v. Pactiv Corporation

In re: Sterling Financial Corporation Securities Class Action

Stoffels v. SBC Communications, Inc.

In re Stone & Webster, Inc. Securities Litigation

In re: Supervalu, Inc. Securities Litigation

In re Suprema Specialties, Inc. Securities Litigation

In re Susser Holdings Corp. Stockholder Litigation

Sutterfield v. Carney

In Re Swisher Hygiene, Inc. Securities and Derivative Litigation

In re Symbol Technologies, Inc. Securities Litigation

In re Take-Two Interactive Securities Litigation and SEC v. Brant

Tannlund v. Real Time Resolutions, Inc.

Taylor v. McKelvey (Monster Worldwide, Inc.)

Taztia XT Securities Litigation

In re TD Banknorth Shareholders Litigation

In re Terex Corp. ERISA Litigation

In re Ticketmaster Entertainment Shareholder Litigation

In re Tower Group International, Ltd. Securities Litigation

In re Tower Group International, Ltd. Shareholder Litigation

In re: Tyson Foods, Inc. Securities Litigation

In the Matter of UBS Financial Services Inc. of Puerto Rico

Ultra Open MRI Corporation v. Hartford Casualty Insurance Company

Ultra Open MRI Corporation v. Nationwide Assurance Company

United Consumer Financial Services Company v. William Carbo v. A&M Merchandising, Inc.

Valley National Bank v. Cahn

Valuepoint Partners, Inc. v. ICN Pharmaceuticals, Inc.

In re Vaso Active Pharmaceuticals Derivatives Litigation

In re Vaso Active Pharmaceuticals Securities Litigation

Veal v. Crown Auto Dealerships, Inc.

In re Viisage Technology, Inc. Securities Litigation

In re VisionAmerica, Inc. Securities Litigation

Von Friewalde v. Boeing Aerospace Operations, Inc.

In re Vonage Initial Public Offering (IPO) Securities Litigation

Walker v. Hill Wallack LLP

Walter v. Level 3 Communications, Inc.

In re Warner Chilcott Limited Securities Litigation

Warren v. Orkin Exterminating Company, Inc.

State of Washington v. Au Optronics Corp., et al.

Wells v. DTD Enterprises, Inc.

Brown v. Wells Fargo & Company

Wenger v. Cardo Windows, Inc.

Wenger v. Freehold Subaru, LLC



A.B. DATA, LTD.
New York | Washington, D.C. | Chicago | West Palm Beach | Milwaukee

*White v. E-Loan, Inc.*

*White v. Wells Fargo, N.A.*

*Will v. American Equity Mortgage, Inc.*

*Williams v. CBE Group*

*Wisniak v. Mirant Americas Generation, LLC*

*Wood v. New Century Financial Services, Inc.*

*Wyatt v. El Paso Corporation*

*Herrera v. Wyeth ERISA Litigation*

*Yang v. Focus Media Holding Limited*

*Yariv v. AT&T Corp.*

*Yingling v. eBay, Inc.*

*Yost v. First Horizon*

*Young v. Heimbuch*

*In re: YRC Worldwide, Inc. ERISA Litigation*

*Zametkin v. Fidelity Management & Research Company*

*Zelnik v. Citation Homes, Inc.*

*Zilhaver v. UnitedHealth Group Incorporated*

*In re Zomax, Inc. Securities Litigation*

A.B. Data, Ltd.: Representative Case List
Updated: February 24, 2016

**A.B. DATA, LTD.**

abdata.com

New York | Washington, D.C. | Chicago | West Palm Beach | Milwaukee

Abbey Spanier, LLP

Abraham, Fruchter & Twersky, LLP

Abrams & Bayliss LLP

Ademi & O'Reilly, LLP

Ajamie LLP

Akerman LLP

Akin Gump Strauss Hauer & Feld LLP

Aldrich Law Firm, Ltd.

Alston & Bird LLP

Anderson Kill P.C.

Anderson + Wanca

Andrews & Springer LLC

Ankcorn Law Firm, PC

Arent Fox LLP

Atkinson & Brownell, P.A.

Office of the Attorney General, State of Arizona

Office of the Attorney General, Department of Legal Affairs, State of Florida

Office of the Illinois Attorney General

Office of the Attorney General, State of Indiana

Office of the Attorney General, Commonwealth of Massachusetts

Office of the Attorney General, State of New York

Washington State Office of the Attorney General

Bailey & Glasser LLP

Baker & Hostetler LLP

Ballard Spahr LLP

Banker Lopez Gassler P.A.

Bared & Associates PA

Barnes Law Group

Barnow and Associates, P.C.

Barrack, Rodos & Bacine

S. Barrett, P.C.

Barrett Johnston Martin & Garrison, LLC

Law Offices of James V. Bashian, P.C.

Baskin Law Firm

Bell & Brigham

Benesch Friedlander Coplan & Aronoff LLP

Bennett Bigelow & Leedom, P.S.

Berens Law LLC

Berger & Montague, P.C.

Berke, Berke & Berke

Berman DeValerio

Bernstein Liebhard LLP

Bernstein Litowitz Berger & Grossmann LLP

Bernstein & Miller, P.A.

Betts, Patterson & Mines, P.S.

Biggs & Battaglia

The Bilek Law Firm, L.L.P.

Block & Leviton LLP

Bock & Hatch, LLC

Bohrer Law Firm, L.L.C.

Bond, Schoeneck & King PLLC

Bonnett, Fairbourn, Friedman & Balint, P.C.

Borsellino, PC

Bottini & Bottini, Inc.

Brady & Associates

Bressler, Amery & Ross, P.C.

The Briscoe Law Firm, PLLC

Broderick Law, P.C.

Bromberg Law Office, P.C.

Law Office of Brown & Associates

The Brualdi Law Firm, P.C.

Buchalter, Hoffman & Dorchak Law Firm

Buchanan Ingersoll & Rooney PC

Burke Law Offices, LLC

Burns Charest LLP

Bush Law Firm, PC

Butler Weihmuller Katz Craig LLP

Cafferty Clobes Meriwether & Sprengel LLP

Law Office of Michael T. Callahan

Carlton Fields Jorden Burt P.A.

Carney Bates & Pulliam, PLLC

Law Offices of Jeffrey G. Casurella

Catlett Law Firm, PLC

Chaffin & Burnsed, PLLC

Champion Law LLC

Chavez & Gertler LLP

Chimicles & Tikellis LLP

Chitwood Harley Harnes LLP

Law Office of Glen H. Chulsky

Choate Hall & Stewart LLP

Law Offices of J. Mitchell Clark

Clark • Martino, P.A.

Cleary Gottlieb Steen & Hamilton LLP

Clifford Chance

Climaco, Wilcox, Peca, Tarantino & Garofoli Co., L.P.A.

Coblentz Patch Duffy & Bass LLP

Cohen & Malad, LLP

Cohen Milstein Sellers & Toll PLLC

Cohen, Placitella & Roth, P.C.

Cohn Lifland Pearlman Herrmann & Knopf LLP

Cole Schotz P.C.

**A.B. DATA, LTD.**
abdata.com
New York | Washington, D.C. | Chicago | West Palm Beach | Milwaukee

| | |
|---|---|
| Complex Litigation Group LLC | Gainey McKenna & Egleston |
| Connolly Gallagher LLP | Law Office of Dalinda B. Garcia, P.C. |
| Conroy, Simberg, Ganon, Krevans, Abel, Lurvey, Morrow, Schefer, Gutterman, Kraft, Klein | Gardy & Notis, LLP |
| Consumer Advocacy Center, P.C. | Garwin Gerstein & Fisher LLP |
| Consumer Lawyers Group | Gibson, Dunn & Crutcher LLP |
| Cooch and Taylor | Gilman Law LLP |
| Cooley LLP | Girard Gibbs LLP |
| Cravath, Swaine & Moore LLP | Giskan Solotaroff & Anderson LLP |
| Criden & Love, P.A. | Godfrey & Kahn S.C. |
| Day Pitney LLP | Gottesdiener Law Firm, PLLC |
| de La Parte & Gilbert, P.A. | Gottlieb & Associates |
| Dechert LLP | Grant & Eisenhofer P.A. |
| Dickie, McCamey & Chilcote, P.C. | Gravely & Pearson, L.L.P. |
| Law Office of Dimitrios Kolovos, LLC | Green & Noblin, P.C. |
| DiTommaso • Lubin | Greenberg Traurig, LLP |
| The Divale Law Group, P.A. | Greene & Schultz |
| DLA Piper LLP (US) | Greenwald Davidson Radbil PLLC |
| Loren Domke, P.C. | Grissom Law Office |
| Donelon, P.C. | Grossman Roth Yaffa Cohen |
| Dorsey & Whitney LLP | Hagens Berman Sobol Shapiro LLP |
| Duane Morris LLP | Roderick V. Hannah, Esq., P.A. |
| The Law Office of Pelayo Duran | Harwood Feffer LLP |
| Robert J. Dyer III Law Office | Hicks Thomas LLP |
| Edelman, Combs, Latturner & Goodwin, LLC | Hill Wallack LLP |
| Edelson PC | Hill Ward Henderson |
| Eisenstadt Law Group, P.A. | Hinshaw & Culbertson LLP |
| Law Office of David W. Engstrom | Hoffman Libenson Saunders & Barba |
| Entwistle & Cappucci LLP | Hogan Lovells |
| Faruqi & Faruqi, LLP | Holland & Knight LLP |
| Fay Law Group PLLC | Hollis Wright Clay & Vail P.C. |
| Federman & Sherwood | Hughes Brown, PLLC |
| Feinstein Doyle Payne & Kravec, LLC | Hughes Hubbard & Reed LLP |
| Feldman Shepherd Wohlgelernter Tanner Weinstock & Dodig LLP | Ice Miller LLP |
| Fields Howell LLP | Irvine Law Group, LLP |
| Fieschko & Associates, Inc. | Government of Israel |
| Figari & Davenport | Izard Nobel LLP |
| Finazzo Cossolini O'Leary Meola & Hager, LLC | The Jackson Law Group, PLLC |
| Fineman Krekstein & Harris P.C. | Jackson Lewis P.C. |
| Finkelstein & Krinsk LLP | Jacobs Scholz & Associates, LLC |
| Finkelstein Thompson LLP | James P.A. |
| Finn Law Group | Jeeves Law Group |
| Flaster/Greenberg | Jenner & Block |
| Flitter Milz, P.C. | Johnson & Benjamin LLP |
| Foley Bryant Holloway & Raluy PLLC | Johnson & Weaver, LLP |
| Foote, Mielke, Chavez & O'Neil, LLC | Jolley Urga Woodbury & Little |
| Freshfields Bruckhaus Deringer US LLP | Jones Day |
| Friday, Eldredge & Clark, LLP | Law Office of Justian Jusuf APC |
| Friedlander & Gorris, P.A. | K&L Gates LLP |
| | Kahn Swick & Foti LLC |

A.B. DATA, LTD.
www.abdata.com
New York | Washington, D.C. | Chicago | West Palm Beach | Milwaukee

Kantrowitz, Goldhamer & Graifman, P.C.
Kaplan Fox & Kilsheimer LLP
Katten Muchin Rosenman LLP
Katz & Korin PC
E. Clinch Kavanaugh P.A.
Keker & Van Nest LLP
Keller Rohrback L.L.P.
Kendall Law Group, LLP
Keogh Law, Ltd.
Kershaw, Cutter & Ratinoff LLP
Kessler Topaz Meltzer & Check, LLP
Kilpatrick Townsend & Stockton LLP
The Kim Law Firm, LLC
King & Spalding
Kirby McInerney LLP
Kirby Noonan Lance & Hoge LLP
Kirkland & Ellis LLP
Klafter Olsen & Lesser LLP
Klein Kavanagh Costello, LLP
Kobre & Kim LLP
Kohn Swift & Graf, P.C.
Korein Tillery
Korth Law Office
The Koval Firm, LLC
Kramer Levin Naftalis & Frankel LLP
Kwall, Showers, Barack & Chilson, PA
LG Law LLC
Labaton Sucharow LLP
The Lambert Firm
Latham & Watkins LLP
Leavengood, Dauval, Boyle & Meyer, P.A.
The Lee Firm
Lemberg Law LLC
León Cosgrove LLC
Levi & Korsinsky LLP
Lieff Cabraser Heimann & Bernstein, LLP
Lifshitz & Miller
John Linkosky & Associates
Litchfield Cavo LLP
Lite DePalma Greenberg, LLC
Locke Lord LLP
Locks Law Firm
Loevy & Loevy
Loren Domke, P.C.
Lovell Stewart Halebian Jacobson LLP
Lowenstein Sandler LLP
Lowey Dannenberg Cohen & Hart, P.C.
Ludwig Law Firm PLC
Lueddeke Law Firm

Law Offices of Sahag Majarian II
Malesovas Law Firm
Margolis Edelstein
Marovitch Law Firm, LLC
Marshall Dennehey Warner Coleman & Goggin, P.C.
Mase Lara, P.A.
Mayer Brown
The McCleery Law Firm
Law Office of Matthew McCue
McDermott Will & Emery
McDonald Carano Wilson LLP
McDonald Hopkins LLC
The Law Office of Christopher J. McGinn
McGuire Law, P.C.
McGuireWoods LLP
McTigue Law LLP
Mehri & Skalet, PLLC
Merlin Law Group, P.A.
Milbank, Tweed, Hadley & McCloy LLP
Milberg LLP
Miles & Stockbridge P.C.
Miller, Canfield, Paddock and Stone, P.L.C.
Miller Law LLC
Mirick, O'Connell, DeMallie & Lougee, LLP
Mitchell, Blackstock, Ivers, Sneddon & Marshall, PLLC
Molleur Law Office
Montes & Associates Law Firm
Montgomery McCracken Walker & Rhoads LLP
Moore & Van Allen PLLC
Morgan, Lewis & Bockius LLP
Morris, Nichols, Arsht & Tunnell LLP
Morrison & Foerster LLP
Motley Rice LLC
Munley Law
Murray Murphy Moul + Basil LLP
National Consumer Law Center, Inc.
Neal, Gerber & Eisenberg LLP
Law Offices of Bohdan Neswiacheny
New York State Department of Labor
Nix, Patterson & Roach, LLP
Law Offices of Stephen J. Nolan, Chartered
Nolan Caddell Reynolds
Norris Law Firm PLLC
Norton Rose Fulbright US LLP
O'Melveny & Myers LLP
O'Quinn Stumphauzer & Sloman, P.L.
Page Perry (Perry Law Firm, LLC)
The Pappas Group
Law Office of Edgar Pauk

A.B. Data, Ltd.: Representative Client List
Updated: February 26, 2016
A.B. DATA, LTD.
www.abdata.com
New York | Washington, D.C. | Chicago | West Palm Beach | Milwaukee

| | |
|---|---|
| Paul Hastings LLP | Schwartz Semerdjian Cauley & Moot LLP |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Shapiro Haber & Urmy LLP |
| Pepper Hamilton LLP | Shavitz Law Group, P.A. |
| Perkins Coie LLP | Shipman & Wright, L.L.P. |
| Podvey, Meanor, Catenacci, Hildner, Cocoziello & Chattman | Shook, Hardy & Bacon L.L.P. |
| Pomerantz LLP | Shutts & Bowen LLP |
| Carl D. Poplar, P.A. | Sidley Austin LLP |
| Potter Anderson & Corroon LLP | Sills Cummis & Gross P.C. |
| Potter Minton | Simpson Thacher & Bartlett LLP |
| The Powell Law Firm | Skadden, Arps, Slate, Meagher & Flom LLP and Affiliates |
| Poyner Spruill LLP | Sly James Law Firm |
| Pressler and Pressler, LLP | Smith Mackinnon Et Al |
| Preti, Flaherty, Beliveau & Pachios, Chartered, LLP | Smyser Kaplan & Veselka, L.L.P. |
| Prickett, Jones & Elliott, P.A. | Spector Roseman Kodroff & Willis, P.C. |
| Proctor Heyman Enerio LLP | Speights & Worrich |
| Proskauer Rose LLP | Sprenger + Lang, PLLC |
| Provost Umphrey Law Firm L.L.P. | Squire Patton Boggs |
| Quarles & Brady LLP | Squitieri & Fearon, LLP |
| Quinn Emanuel Urquhart & Sullivan, LLP | Starzyk & Associates, P.C. |
| Reed Smith LLP | Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. |
| Reilly Like & Tenety | Steptoe & Johnson LLP |
| William Riback LLC | Philip D. Stern & Associates, LLC |
| Richards, Layton & Finger, P.A. | Stinson Leonard Street LLP |
| Rigrodsky & Long, P.A. | Stone Bonner & Rocco LLP |
| Law Offices of Stephen H. Ring, P.C. | Stradley Ronon Stevens & Young, LLP |
| Robbins Arroyo LLP | Stull, Stull & Brody |
| Robbins Geller Rudman & Dowd LLP | Sullivan & Cromwell LLP |
| The Roberts Law Firm | Sulloway & Hollis, P.L.L.C. |
| Ronald Frederick & Associates Co., L.P.A. | Susman Godfrey L.L.P. |
| Rose, Klein & Marias, LLP | Gary J. Takacs, P.A. |
| Rosenthal, Monhait & Goddess, P.A. | Tanner Bishop Attorneys |
| Rosman & Germain LLP | Thierman Buck Law Firm, LLP |
| Ross Aronstam & Moritz LLP | Thompson Hine |
| Craig E. Rothburd, P.A. | Tousley Brain Stephens PLLC |
| Paul S. Rothstein & Associates | Travis Law Group |
| Rozwood & Company, APC | Trenam Law |
| Ruckelshaus Kautzman Blackwell Bemis & Hasbrook | Trief & Olk |
| Ryan & Maniskas, LLP | Troutman Sanders LLP |
| SL Chapman LLC | United States Consumer Product Safety Commission |
| Sacher, Zelman, Hartman, P.A. | United States Securities and Exchange Commission |
| Sacks & Sacks, PC | Vianale & Vianale LLP |
| Sandberg Phoenix & von Gontard P.C. | Vinson & Elkins LLP |
| Sanford Heisler Kimpel, LLP | Wachtell, Lipton, Rosen & Katz |
| Sarraf Gentile LLP | Walfish & Noonan, LLC |
| Saxena White P.A. | Wardell & Quezon, P.A. |
| Law Office of David Schafer, PLLC | State of Washington, Department of Financial Institutions, Division of Consumer Services |
| Schiller & Pittenger, P.C. | |
| Schoengold & Sporn, P.C. | Watton Law Group |
| Schrader, Byrd & Companion, PLLC | Brian L. Weakland Law Office |

A.B. Data, Ltd.: Representative Client List
Updated: February 26, 2016

A.B. DATA, LTD.
www.abdata.com
New York | Washington, D.C. | Chicago | West Palm Beach | Milwaukee

Weil, Gotshal & Manges LLP
Weinstein Law Firm
The Weiser Law Firm P.C.
WeissLaw LLP
Weltman, Weinberg & Reis Co., LPA
Westrup Klick, LLP
WhatleyKallas, LLP
White & Case LLP
White & MacDonald, LLP
Theresa I. Wigginton, P.A.
Wilentz, Goldman & Spitzer P.A.
The Law Offices of David M. Wise, P.A.
Williams & Connolly LLP
Williams Cuker Berezofsky
Willkie Farr & Gallagher LLP
Wilmer Cutler Pickering Hale and Dorr LLP
Wilson Elser Moskowitz Edelman & Dicker LLP
Wimmer Stiehl & McCarthy
Winstead PC
Winston & Strawn LLP
Wites & Kapetan P.A.
The Law Offices of Steven L. Wittels, P.C. (Wittels Law)
Wolf Haldenstein Adler Freeman & Herz LLP
The Wolf Law Firm, LLC
Wolf Popper LLP
Wong Fleming
Young Conaway Stargatt & Taylor, LLP
Zamansky LLC
Zimmerman Reed, LLP
Zwerling, Schachter & Zwerling, LLP

ab
DATA
A.B. DATA, LTD.
www.abdataclassaction.com
New York | Washington, D.C. | Chicago | West Palm Beach | Milwaukee