1  **LABATON SUCHAROW LLP**   **LOWENSTEIN SANDLER LLP**
2  Thomas A. Dubbs            Michael S. Etkin (*pro hac vice*)
   Louis Gottlieb             Andrew Behlmann (*pro hac vice*)
   Carol C. Villegas          Scott Cargill
3  Jeffrey A. Dubbin (SBN 287199)  Nicole Fulfree
   Aram Boghosian             Colleen Maker
4  140 Broadway               One Lowenstein Drive
   New York, New York 10005   Roseland, New Jersey 07068
5
   *Lead Counsel to Lead Plaintiff and the*   *Bankruptcy Counsel to Lead Plaintiff*
6  *Proposed Class*                           *and the Proposed Class*

7  **MICHELSON LAW GROUP**
   Randy Michelson (SBN 114095)
8  220 Montgomery Street, Suite 2100
   San Francisco, California 94104
9
   *Bankruptcy Counsel to Lead Plaintiff*
10 *and the Proposed Class*

11                    **UNITED STATES BANKRUPTCY COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
12                    **SAN FRANCISCO DIVISION**

13 | In re: | |
14 | PG&E CORPORATION | Case No. 19-30088 (DM) (Lead Case) |
15 | - and – | Chapter 11 |
16 | PACIFIC GAS AND ELECTRIC | (Jointly Administered) |
17 | COMPANY, | |
18 | Debtors. | |

19 ☒ Affects Both Debtors              **DECLARATION OF ANDREW D.**
   ☐ Affects PG&E Corporation          **BEHLMANN, ESQ. IN SUPPORT OF**
20 ☐ Affects Pacific Gas and Electric Company  **SECURITIES LEAD PLAINTIFF'S REPLY IN**
                                       **FURTHER SUPPORT OF MOTION TO**
21                                     **APPLY BANKRUPTCY RULE 7023 TO**
                                       **CLASS PROOF OF CLAIM**
22

23
24
25
26
27
28

Andrew D. Behlmann, Esq., hereby declares as follows, pursuant to 28 U.S.C. § 1746:

1.      I am a Partner with the law firm of Lowenstein Sandler LLP, bankruptcy counsel in the chapter 11 cases of the above-captioned debtors in possession (the "**Debtors**") to Public Employees Retirement Association of New Mexico, the court-appointed lead plaintiff ("**Lead Plaintiff**") in the securities class action styled as *In re PG&E Corporation Securities Litigation*, Case No. 3:18-cv-03509-RS, (the "**Securities Litigation**"), pending in the United States District Court for the Northern District of California.   I submit this declaration in support of Lead Plaintiff's reply (the "**Reply**") (i) in further support of their *Motion to Apply Bankruptcy Rule 7023 to the Class Proof of Claim* [ECF No. 5042] (the "**Motion**") and (ii) in response to the objections (the "**Objections**") to the Motion filed by the Debtors (the "**Debtors' Objection**") [ECF No. 5369] and the Official Committee of Tort Claimants (the "**TCC Objection**") [ECF No. 5373]. Capitalized terms used but not defined herein have the meanings given thereto in Lead Plaintiff's Reply, filed contemporaneously herewith.

2.      Annexed hereto as **Exhibit 1** is a report listing the trading volume of the Debtors' stock between November 15, 2018 and the July 1, 2019 Record Date, retrieved from https://finance.yahoo.com/quote/PCG/key-statistics?p=PCG.

3.      Annexed hereto as **Exhibit 2** is a true and correct copy of Extension Motion filed by the Debtors on January 16, 2020.

4.      Annexed hereto as **Exhibit 3** is a true and correct copy of Heffler Claims Group's marketing materials, *Securities Class Action Claims Administration* website as of January 21, 2020, retrieved from: https://www.hefflerclaims.com/securities-settlement-administration/.

5.      Annexed hereto as **Exhibit 4** is a true and correct copy of the Declaration of Michael T. Bancroft, CPA Regarding Dissemination of Notice to the Class, *In re KLA-Tencor Corp. Securities Litigation*, (N.D. Cal. Aug. 29, 2008), ECF No. 217-1.

6.      Annexed hereto as **Exhibit 5** is a Bloomberg HDS report schedule listing major holders of PG&E Corporation Common Stock as of January 16, 2020.

7.     Annexed hereto as **Exhibit 6** is a true and correct copy of Securities Lead Plaintiff's Memorandum of Points and Authorities in Opposition to Debtors' Motion for Preliminary Injunction as to *In re PG&E Corp. Securities Litig.*, filed in Adv. Pro. No. 19-03039 (DM), ECF No. 12 on July 18, 2019.

I declare under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge, information, and belief, and I understand that I am subject to punishment if any of the foregoing statements made by me are willfully false.

Dated: January 22, 2020                     /s/ Andrew D. Behlmann

                                                      Andrew D. Behlmann, Esq.