# EXHIBIT 1

**Source:** https://finance.yahoo.com/quote/PCG/history?p=PCG
https://finance.yahoo.com/quote/PCG/key-statistics?p=PCG

**Symbol**
PCG
**Start**
11/16/2018
**End**
7/1/2019
**Total Volume**
  2,400,390,300
**Public Float**
   501,550,000
**Float Turnover**
4.79

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 11/16/2018 | 25.209999 | 25.51 | 23.01 | 24.4 | 24.4 | 54698400 |
| 11/19/2018 | 22.370001 | 23.389999 | 21.54 | 23.26 | 23.26 | 22846000 |
| 11/20/2018 | 24.17 | 24.41 | 23.08 | 23.51 | 23.51 | 16367400 |
| 11/21/2018 | 23.639999 | 24.549999 | 23.64 | 24.3 | 24.3 | 10688600 |
| 11/23/2018 | 24.07 | 24.08 | 23.26 | 23.84 | 23.84 | 5736500 |
| 11/26/2018 | 23.52 | 25.16 | 23.34 | 25.12 | 25.12 | 9648200 |
| 11/27/2018 | 25.559999 | 27 | 24.96 | 26.97 | 26.97 | 19132500 |
| 11/28/2018 | 27.52 | 27.52 | 26.29 | 27.46 | 27.46 | 13017200 |
| 11/29/2018 | 27.1 | 27.6 | 26.22 | 26.76 | 26.76 | 10133100 |
| 11/30/2018 | 26.809999 | 26.99 | 26.02 | 26.38 | 26.38 | 9689900 |
| 12/3/2018 | 26.299999 | 27.309999 | 26.1 | 27.11 | 27.11 | 6789700 |
| 12/4/2018 | 27.15 | 27.34 | 26.33 | 26.75 | 26.75 | 6481900 |
| 12/6/2018 | 26.57 | 26.65 | 25.43 | 26.03 | 26.03 | 9359100 |
| 12/7/2018 | 26.01 | 26.68 | 25.73 | 25.79 | 25.79 | 6837300 |
| 12/10/2018 | 25.42 | 25.959999 | 24.81 | 25.89 | 25.89 | 7141300 |
| 12/11/2018 | 26 | 26.35 | 25.35 | 26.06 | 26.06 | 4841800 |
| 12/12/2018 | 25.450001 | 26.92 | 25.26 | 26.39 | 26.39 | 6293500 |
| 12/13/2018 | 26.4 | 26.93 | 26.1 | 26.51 | 26.51 | 7338900 |
| 12/14/2018 | 26.58 | 27.379999 | 25.68 | 26.01 | 26.01 | 12100200 |
| 12/17/2018 | 24.450001 | 24.99 | 24.13 | 24.44 | 24.44 | 15783300 |
| 12/18/2018 | 24.35 | 24.719999 | 22.96 | 23.02 | 23.02 | 11884000 |
| 12/19/2018 | 23.09 | 24.059999 | 22.8 | 23.75 | 23.75 | 14386500 |
| 12/20/2018 | 23.629999 | 24.290001 | 22.95 | 23.85 | 23.85 | 10699200 |
| 12/21/2018 | 23.799999 | 24.27 | 22.32 | 22.75 | 22.75 | 13712300 |
| 12/24/2018 | 22.35 | 23.6 | 22.3 | 23.15 | 23.15 | 6053900 |
| 12/26/2018 | 23.18 | 23.35 | 21.88 | 23.33 | 23.33 | 6862000 |
| 12/27/2018 | 23.18 | 23.6 | 22.6 | 23.6 | 23.6 | 7313600 |
| 12/28/2018 | 23.58 | 24.43 | 23.25 | 23.89 | 23.89 | 7882600 |
| 12/31/2018 | 23.23 | 24.23 | 23.15 | 23.75 | 23.75 | 7780200 |
| 1/2/2019 | 23.549999 | 24.469999 | 23.3 | 23.8 | 23.8 | 8591800 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 1/3/2019 | 23.85 | 24.200001 | 23.41 | 23.95 | 23.95 | 5591800 |
| 1/4/2019 | 23.84 | 24.83 | 23.84 | 24.4 | 24.4 | 9156600 |
| 1/7/2019 | 18.5 | 20.200001 | 17.96 | 18.95 | 18.95 | 35120500 |
| 1/8/2019 | 16.790001 | 17.559999 | 15.78 | 17.56 | 17.56 | 34202000 |
| 1/9/2019 | 17.6 | 19.35 | 17.56 | 17.83 | 17.83 | 24533300 |
| 1/10/2019 | 18.049999 | 19.200001 | 17.07 | 17.76 | 17.76 | 24798300 |
| 1/11/2019 | 17 | 17.959999 | 16.72 | 17.59 | 17.59 | 19750700 |
| 1/14/2019 | 9.21 | 9.73 | 7.78 | 8.38 | 8.38 | 127198800 |
| 1/15/2019 | 6.28 | 7.2 | 5.07 | 6.91 | 6.91 | 173062600 |
| 1/16/2019 | 6.45 | 7.11 | 6.31 | 7.03 | 7.03 | 78485900 |
| 1/17/2019 | 8.3 | 8.32 | 6.31 | 6.36 | 6.36 | 205294500 |
| 1/18/2019 | 6.66 | 7.46 | 6.54 | 7.23 | 7.23 | 53590400 |
| 1/22/2019 | 7.16 | 8.38 | 7 | 7.7 | 7.7 | 59384900 |
| 1/23/2019 | 7.96 | 8.05 | 7.52 | 7.99 | 7.99 | 21631000 |
| 1/24/2019 | 7.9 | 14.5 | 7.3 | 13.95 | 13.95 | 82538300 |
| 1/25/2019 | 12.7 | 12.86 | 11.51 | 11.77 | 11.77 | 72357400 |
| 1/28/2019 | 10.61 | 14.15 | 10.61 | 12.01 | 12.01 | 58267000 |
| 1/29/2019 | 12.31 | 14.35 | 12.23 | 13.99 | 13.99 | 56057400 |
| 1/30/2019 | 14.15 | 14.15 | 13.15 | 13.67 | 13.67 | 19681000 |
| 1/31/2019 | 13.38 | 13.66 | 12.73 | 13 | 13 | 12119500 |
| 2/1/2019 | 12.88 | 13.25 | 12.81 | 13.08 | 13.08 | 6496900 |
| 2/4/2019 | 13.37 | 13.39 | 12.8 | 13.29 | 13.29 | 8512100 |
| 2/5/2019 | 13.26 | 14.25 | 13.17 | 14.08 | 14.08 | 9157100 |
| 2/6/2019 | 14.12 | 14.14 | 13.66 | 13.67 | 13.67 | 5999700 |
| 2/7/2019 | 13.5 | 14.15 | 13.42 | 14.06 | 14.06 | 8918500 |
| 2/8/2019 | 13.93 | 14.57 | 13.71 | 14.2 | 14.2 | 6488300 |
| 2/11/2019 | 14.32 | 14.66 | 14.08 | 14.33 | 14.33 | 7368300 |
| 2/12/2019 | 14.81 | 15.47 | 14.38 | 15.43 | 15.43 | 11555800 |
| 2/13/2019 | 15.5 | 16 | 15.15 | 15.21 | 15.21 | 8687000 |
| 2/14/2019 | 15.35 | 15.55 | 15.12 | 15.47 | 15.47 | 7240500 |
| 2/15/2019 | 15.45 | 15.68 | 15.4 | 15.48 | 15.48 | 4823200 |
| 2/19/2019 | 16.35 | 18.51 | 16.13 | 17.74 | 17.74 | 29442500 |
| 2/20/2019 | 18.059999 | 18.48 | 17.76 | 18.21 | 18.21 | 12206200 |
| 2/21/2019 | 18.450001 | 19.950001 | 18.3 | 19.4 | 19.4 | 22164000 |
| 2/22/2019 | 19.879999 | 19.99 | 17.78 | 18.77 | 18.77 | 16304400 |
| 2/25/2019 | 18.799999 | 18.83 | 17.92 | 18.65 | 18.65 | 5906500 |
| 2/26/2019 | 18.65 | 19.030001 | 18.32 | 18.52 | 18.52 | 5207500 |
| 2/27/2019 | 18.68 | 18.85 | 17.35 | 17.8 | 17.8 | 11950700 |
| 2/28/2019 | 17.85 | 17.860001 | 16.23 | 17.03 | 17.03 | 11974600 |
| 3/1/2019 | 17.1 | 18.27 | 17.05 | 17.91 | 17.91 | 11335400 |
| 3/4/2019 | 18.139999 | 18.190001 | 17.71 | 18.05 | 18.05 | 8047100 |
| 3/5/2019 | 18 | 18.440001 | 17.97 | 18.31 | 18.31 | 7826400 |
| 3/6/2019 | 18.16 | 19.200001 | 18.15 | 18.36 | 18.36 | 8636000 |
| 3/7/2019 | 18.48 | 19.17 | 18.41 | 19.07 | 19.07 | 7077900 |
| 3/8/2019 | 18.879999 | 19.4 | 18.77 | 19.39 | 19.39 | 3936200 |
| 3/11/2019 | 19.4 | 19.57 | 19.14 | 19.38 | 19.38 | 5576800 |
| 3/12/2019 | 19.389999 | 19.52 | 19.16 | 19.22 | 19.22 | 4570700 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 3/13/2019 | 19.6 | 19.610001 | 18.81 | 19.46 | 19.46 | 12773100 |
| 3/14/2019 | 19.389999 | 19.559999 | 19.26 | 19.51 | 19.51 | 6437300 |
| 3/15/2019 | 19.58 | 19.67 | 18.96 | 19.65 | 19.65 | 8077300 |
| 3/18/2019 | 19.799999 | 19.799999 | 19.21 | 19.43 | 19.43 | 6636300 |
| 3/19/2019 | 19.43 | 19.48 | 18.71 | 19.07 | 19.07 | 7094100 |
| 3/20/2019 | 18.93 | 19.360001 | 18.84 | 19.08 | 19.08 | 2576900 |
| 3/21/2019 | 19.030001 | 19.15 | 18.82 | 19.05 | 19.05 | 2472700 |
| 3/22/2019 | 19.1 | 19.48 | 18.9 | 19.42 | 19.42 | 9601700 |
| 3/25/2019 | 19.379999 | 19.379999 | 17.5 | 18.21 | 18.21 | 12809400 |
| 3/26/2019 | 18.27 | 18.75 | 17.92 | 17.95 | 17.95 | 3537100 |
| 3/27/2019 | 17.93 | 18 | 17.4 | 17.68 | 17.68 | 8151600 |
| 3/28/2019 | 18.040001 | 18.129999 | 15.49 | 17.25 | 17.25 | 12484100 |
| 3/29/2019 | 17.389999 | 17.809999 | 16.96 | 17.8 | 17.8 | 3587300 |
| 4/1/2019 | 17.59 | 18.030001 | 17.18 | 18.01 | 18.01 | 4114600 |
| 4/2/2019 | 17.969999 | 18.42 | 17.63 | 17.66 | 17.66 | 5701000 |
| 4/3/2019 | 18.16 | 18.75 | 17.86 | 18.47 | 18.47 | 9992500 |
| 4/4/2019 | 18.9 | 19.639999 | 18.76 | 18.86 | 18.86 | 7950800 |
| 4/5/2019 | 19.07 | 19.43 | 18.88 | 19.37 | 19.37 | 3570800 |
| 4/8/2019 | 19.42 | 20.059999 | 19.39 | 19.68 | 19.68 | 8207600 |
| 4/9/2019 | 19.65 | 19.860001 | 18.74 | 18.82 | 18.82 | 6424900 |
| 4/10/2019 | 18.82 | 19.200001 | 18.79 | 18.87 | 18.87 | 1971700 |
| 4/11/2019 | 18.98 | 19.6 | 18.9 | 19.13 | 19.13 | 3405100 |
| 4/12/2019 | 19.18 | 23.219999 | 18.83 | 23.08 | 23.08 | 26759100 |
| 4/15/2019 | 22.76 | 24.9 | 22.02 | 23.72 | 23.72 | 20527400 |
| 4/16/2019 | 23.549999 | 23.75 | 22.14 | 22.26 | 22.26 | 7660400 |
| 4/17/2019 | 22.809999 | 22.809999 | 21.71 | 21.85 | 21.85 | 5429000 |
| 4/18/2019 | 21.700001 | 21.73 | 20.81 | 21 | 21 | 5209500 |
| 4/22/2019 | 20.879999 | 21.6 | 20.87 | 21.4 | 21.4 | 5001000 |
| 4/23/2019 | 21.5 | 21.780001 | 21.3 | 21.53 | 21.53 | 11613200 |
| 4/24/2019 | 22.32 | 23.450001 | 22.05 | 22.93 | 22.93 | 16766800 |
| 4/25/2019 | 22.67 | 23.24 | 22.23 | 23.09 | 23.09 | 5321200 |
| 4/26/2019 | 23.049999 | 23.41 | 22.76 | 23.41 | 23.41 | 8885000 |
| 4/29/2019 | 23.4 | 23.799999 | 23.27 | 23.42 | 23.42 | 6637100 |
| 4/30/2019 | 23.43 | 23.469999 | 22.5 | 22.52 | 22.52 | 4419000 |
| 5/1/2019 | 22.66 | 22.66 | 21.51 | 21.7 | 21.7 | 6483400 |
| 5/2/2019 | 21.950001 | 22.6 | 20.71 | 20.96 | 20.96 | 7570400 |
| 5/3/2019 | 20.73 | 21.610001 | 20.72 | 21.49 | 21.49 | 3080200 |
| 5/6/2019 | 20.879999 | 21.799999 | 20.8 | 21.34 | 21.34 | 3252900 |
| 5/7/2019 | 21.360001 | 21.58 | 20.9 | 21 | 21 | 8308800 |
| 5/8/2019 | 20.799999 | 20.870001 | 20.13 | 20.26 | 20.26 | 9509100 |
| 5/9/2019 | 20.139999 | 20.23 | 18.95 | 19.35 | 19.35 | 7473400 |
| 5/10/2019 | 19.459999 | 19.559999 | 18.4 | 18.6 | 18.6 | 10992600 |
| 5/13/2019 | 18.35 | 18.379999 | 17.96 | 18.23 | 18.23 | 10616800 |
| 5/14/2019 | 18.299999 | 18.42 | 18 | 18.36 | 18.36 | 7931900 |
| 5/15/2019 | 18.360001 | 18.440001 | 18 | 18.06 | 18.06 | 5657600 |
| 5/16/2019 | 18.030001 | 18.450001 | 17.8 | 18.17 | 18.17 | 10289000 |
| 5/17/2019 | 18 | 18.15 | 16.86 | 17.02 | 17.02 | 13270300 |

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 5/20/2019 | 16.65 | 17.83 | 16.49 | 17.68 | 17.68 | 8248500 |
| 5/21/2019 | 17.68 | 18.49 | 17.52 | 18.45 | 18.45 | 5723200 |
| 5/22/2019 | 18.370001 | 19.25 | 18.3 | 19 | 19 | 7364800 |
| 5/23/2019 | 18.950001 | 19.290001 | 18.57 | 18.99 | 18.99 | 5615600 |
| 5/24/2019 | 19.190001 | 19.290001 | 18.82 | 18.83 | 18.83 | 3437100 |
| 5/28/2019 | 18.879999 | 18.950001 | 17.4 | 17.73 | 17.73 | 10638600 |
| 5/29/2019 | 17.549999 | 17.77 | 16.76 | 17.13 | 17.13 | 7907400 |
| 5/30/2019 | 17.299999 | 18.719999 | 16.27 | 17.78 | 17.78 | 9607300 |
| 5/31/2019 | 17.549999 | 17.68 | 16.7 | 17.1 | 17.1 | 9651400 |
| 6/3/2019 | 17.200001 | 17.889999 | 17.01 | 17.89 | 17.89 | 6035300 |
| 6/4/2019 | 18.049999 | 19.440001 | 17.71 | 18.74 | 18.74 | 7561200 |
| 6/5/2019 | 18.74 | 21.27 | 18.38 | 20.75 | 20.75 | 14810000 |
| 6/6/2019 | 20.57 | 21.26 | 19.09 | 20.97 | 20.97 | 10012000 |
| 6/7/2019 | 20.83 | 21.07 | 20.35 | 20.46 | 20.46 | 5486500 |
| 6/10/2019 | 20.879999 | 21 | 19.53 | 19.77 | 19.77 | 3405400 |
| 6/11/2019 | 19.860001 | 19.969999 | 18.97 | 19.1 | 19.1 | 7045500 |
| 6/12/2019 | 18.940001 | 19.530001 | 17.97 | 18.24 | 18.24 | 5714400 |
| 6/13/2019 | 18.299999 | 18.469999 | 18.03 | 18.29 | 18.29 | 2360200 |
| 6/14/2019 | 18.190001 | 18.639999 | 18.1 | 18.48 | 18.48 | 1746800 |
| 6/17/2019 | 18.6 | 19.09 | 18.54 | 18.88 | 18.88 | 3937400 |
| 6/18/2019 | 19.139999 | 19.690001 | 18.96 | 19.14 | 19.14 | 3322800 |
| 6/19/2019 | 19.620001 | 21.07 | 19.42 | 20.53 | 20.53 | 16633800 |
| 6/20/2019 | 21 | 23.85 | 20.8 | 23.57 | 23.57 | 19836400 |
| 6/21/2019 | 22.75 | 25.190001 | 22.12 | 22.96 | 22.96 | 21088700 |
| 6/24/2019 | 22.969999 | 23.299999 | 21.27 | 21.67 | 21.67 | 8706200 |
| 6/25/2019 | 21.66 | 22.209999 | 20.93 | 21.6 | 21.6 | 13765700 |
| 6/26/2019 | 21.440001 | 21.91 | 20.95 | 21.72 | 21.72 | 5820800 |
| 6/27/2019 | 21.75 | 24.030001 | 21.49 | 23.95 | 23.95 | 7600600 |
| 6/28/2019 | 23.74 | 24.120001 | 22.18 | 22.92 | 22.92 | 10740600 |