Rafey S. Balabanian (SBN 315962)
Todd Logan (SBN 305912)
Brandt Silver-Korn (SBN 323530)
**EDELSON PC**
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.234.5342
Fax: 415.373.9495

Francis O. Scarpulla (SBN 41059)
Patrick Clayton (SBN 240191)
**LAW OFFICES OF FRANCIS O. SCARPULLA**
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel: 415.788.7210
Fax: 415.788.0706

Jeremiah F. Hallisey (SBN 40001)
**HALLISEY AND JOHNSON, PC**
465 California Street, Suite 405
San Francisco, California 94104-1812
Tel: 415.433.5300

*Counsel for Objecting Camp Fire Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors | Case No. 19-30088 (Jointly Administered)<br><br>Chapter 11<br><br>**OBJECTION TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 363(b) AND 105(a) AND FED. R. BANKR. P. 6004 AND 9019 FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO SETTLE THE CLAIMS OF TUBBS PREFERENCE CLAIMANTS AND (II) GRANTING RELATED RELIEF; AND DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 107(b) AND FED. R. BANKR. P. 9018 FOR ENTRY OF AN ORDER AUTHORIZING REDACTION AND SEALING OF CONFIDENTIAL INFORMATION FROM TUBBS SETTLEMENT DOCUMENTS**<br>[Dkt. Nos. 5282 and 5284]<br><br>Date: January 29, 2020<br>Time: 10:00am (Pacific Time)<br>Place: U.S. Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Claimants Elizabeth Adams, Mary Adams, and David Agostino, et al. (collectively, the "Objecting Camp Fire Claimants") (listed fully in Appendix A), which include over 1,000 victims of the 2018 Camp Fire, hereby object[1] to the *Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed R. Bankr. P. 6004 and 9019 For Entry of an Order (I) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (II) Granting Related Relief* (the "Tubbs Settlement Motion") [Dkt. No. 5282], and the *Debtors' Motion Pursuant to 11 U.S.C §§ 105(a) and 107(b) and Fed. R. Bankr. P. 9018 for Entry of an Order Authorizing Redaction and Sealing of Confidential Information from Tubbs Settlement Documents* ("Tubbs Redaction Motion") [Dkt. No. 5284], and state as follows:

### Objection

According to the Debtors, a "precondition" of their RSA with the Tort Claimants Committee (the "TCC") was that "the parties agree to resolve . . . the state court cases of the Tubbs Preference Claimants." Dkt. No. 5282 at 7. To meet this (apparently) non-negotiable condition, the Debtors and the Tubbs Preference Claimants struck a deal: rather than proceed with an imminent trial—a course the TCC had once forcefully advocated—they agreed to resolve the Tubbs Preference Claimants' claims swiftly and entirely. *See id*. at 8.

But this deal came with a curious catch. Despite forming the backbone of a plan that could affect the livelihoods of tens of thousands of wildfire victims, the settlements were required to not only (i) be paid solely with pre-committed funds from the eventual Fire Victim Trust, but also (ii) remain ***"confidential and sealed."*** *Id*. at 10 (emphasis added).

These terms should be fatal to the Tubbs Settlement Motion and Tubbs Redaction Motion for three (3) reasons. *First*, the terms prevent the TCC and fire victims from having an opportunity to evaluate how the settlements will impact the funds available in the eventual Fire Victim Trust. For example, the Objecting Camp Fire Claimants will soon be asked to vote on a restructuring plan that purports to provide $13.5 billion in funds for wildfire victims, including themselves. But that

---
[1] This objection is filed solely on behalf of the undersigned counsels' individual clients. This objection is not filed on behalf of any member of the TCC, any working group of the TCC, or the TCC itself.

1

$13.5 billion figure is literally meaningless if an outsized portion has already been set aside for a select few claimants.

*Second*, the confidentiality provision prevents the Objecting Camp Fire Claimants and other fire victims from accessing critical datapoints that reflect PG&E's evaluation of claims in the context of pending litigation. These datapoints may shed light on the value of wildfire claims more broadly, including whether the proposed $13.5 billion trust is likely to make wildfire victims whole.

*Third*, the confidentiality provision prevents the Objecting Camp Fire Claimants and other fire victims from evaluating the propriety of the settlements to begin with, particularly given that they were reached on the eve of trial and were effectively a prerequisite to the RSA.[2] Just six months ago, the TCC argued that it would be impossible to "adequately capitalize a Trust [or] negotiate a consensual plan . . . without resolving PG&E liability for the Tubbs Fire Claims." Dkt. 2843 at 13. It emphasized that the Debtors' own lead counsel had stated: "we can't figure out how to resolve these until we have some visibility into what the resolution is going to be of the Tubbs case." *Id*. at 26 (citation omitted). And it concluded that the only "solution" was a trial. *Id*. at 8. But that trial never happened, and without any insight into the terms of the Tubbs settlements, the Objecting Camp Fire Claimants are left wondering: what changed so dramatically, and why?

## Conclusion

Accordingly, the Objecting Camp Fire Claimants submit this objection and respectfully request that the Court (i) deny the Tubbs Redaction Motion, (ii) require the Debtors and the Tubbs Preference Claimants to fully disclose the terms of their settlements, and (iii) withhold approval of the Tubbs Settlement Motion until the Debtors and the Tubbs Preference Claimants have fully disclosed the terms of their settlements.

---

[2] That these settlements were codified as precondition to the RSA, were then quickly negotiated by a group of repeat players, and are now shrouded in secrecy, raises the specter that one or more negotiating parties and/or representatives ran afoul of 18. U.S.C § 152(6). But because the Objecting Camp Fire Claimants and other fire victims don't have an opportunity to evaluate these settlements, any impropriety will likely go unchecked, and the consequences could ultimately harm thousands of fire victims.

2

Respectfully submitted,

Dated: January 22, 2020

By: /s/ Rafey Balabanian

Rafey S. Balabanian (SBN 315962)
Todd Logan (SBN 305912)
Brandt Silver-Korn (SBN 323530)
Edelson PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.234.5342
Fax: 415.373.9495

By: /s/ Francis O. Scarpulla

Francis O. Scarpulla (SBN 41059)
Patrick Clayton (SBN 240191)
Law Offices of Francis O. Scarpulla
456 Montgomery Street, 17th Floor
San Francisco, CA 94104
Tel: 415.788.7210
Fax: 415.788.0706

By: /s/ Jeremiah F. Hallisey

Jeremiah F. Hallisey (SBN 40001)
Hallisey and Johnson, PC
465 California Street, Suite 405
San Francisco, California 94104-1812
Tel: 415.433.5300

*Counsel for Objecting Camp Fire Claimants*

3

## Appendix A

Elizabeth Adams, Mary Adams, G.A. (minor, Erin Gualderama parent), David Agostino, Frank Alexander, Jeff Alexander, Karen Allison, Herman Allmaras, Daniel Alvarez, Amy Alward, Kirsten Ambrose, Lynette Anderson, Sheri Anderson, Sylvia Anderson, Brandon Andresen, Elizabeth Andresen, Landon Andresen, Minna Andresen, Paul Andresen, Alex Aradoz, Steven Aradoz, Eli Aranda, Ilse Arellano, Pete Arellano, Jasmine Arias, Jason Armfield, Loretta Armstrong, Brandon Arrington, Andrew Askin, Matthew Atchison, Dr. Gilbert Atencio, Alexis Atkinson, E.A. (minor, Haley Kingery parent), Linda Bain, Bruce Baker, J.B. (minor, Shyenne Baker parent), Shyenne Baker, J.B. (minor, Monica Foutz parent), Dannette Barefield, C.B. (minor, Melissa McGonigle parent), Susan Barrett, Harry Bartle, Joshua Bartlett, E.B. (minor, Lynne Esparza grandparent), Heather Beattie, Landa Beattie, Robert Beau Breeden, James Beaudis, Heidi Beazley, Raymond Beckham, A.B. (minor, Raymond Beckham parent), Cecilia Beckley, Harold Beckley, Dan Bell, David Bell, Gregory Bell, Margaret Bell, Milton Bell, Panda Bell, D.B. (minor, Dan Bell parent), Beverly Anne Benedetti, Cheryl Bennett, Lee Bennett, Loren Bennett, Heather Bentley, Susan Berg, Cayley Bernardo, Lauryn Bernardo, Charles Beter, Sara Bickmore, Justin Biddle, L.B. (minor, Tara Biddle parent), Tara Biddle, Aaron Bigelow, Edward Bigley, David Bingham, K.B. (minor, David and Madeline Bingham parents), Madeline Bingham, Misty Black, Aaron Blakely, H.B. (minor, Stephanie Blakely parent), Stephanie Blakely, L.B. (minor, Justin Biddle parent), Michelle Blowers, Randy Blowers, Dwayne Boardman, A.B. (minor, Michael Block parent), Micheal Bock, Ashley Bonequi, Pamela Boots, Richard Bordin, Lora Jean Bowden, Fred Bowdy, Jacob Bowdy, Nathan Bowdy, Susan Bowdy, Rione Boxerbaum, Patricia Bragg, Charles Braswell, William Brereton, Janet Brizendine, Heather Brock, J.B. (minor, Pete Brocklesby parent), Pete Brocklesby, E.B. (minor, Jennifer DeBrunner parent), Ryan K. Broussard, Diane Brown, Douglas Brown, Jody Lee Brown, Joshua Brown, Ashley K. Brown, Glenn P. Brown, Joseph Brownfield, Landon Brownfield, Molly Brownfield, Susan Brownfield, Glenn Bruno, Sherry Bruno, Dennis Bryan, Hope Bryan, Connie Bunch, Amanda Burgess,

4

Megan Burgess, Renae Burgess, C.B. (minor, Erin Gualderama parent), George Burke, Rebecca Burke, Kevin Burnett, Cheri Rae Burnett, Fred Burns, Brittney Bush, Chelsy Butler, Sharise Butler, Butte Broadcasting Company Inc., Julie Cable, Michael Callan, A.C. (minor, Kurtis Camacho parent), Kurtis Camacho, Verna M. Crew Campbell, Jill Cannon, Robert Cannon, D.C. (minor, Megan Cardwell-Henry parent), Megan Cardwell-Henry, Elizabeth Carlson, James Carlson, Mathew Carpenter, Jason Carpenter, Stephanie Carpenter-Frank, James Carr, Kim Carr, Juan Carrick, David Joseph Carriere, Frank Carroll, Karen Carroll, Alicia Carter, Allan Carter, Darrell Carter, Sylvia Carter, Teresa Carter, Donald Cassone, Edward Arthur Castile, Dennis Castro, Amber Chastain, Josh Chastain, Leland Chastain, R.C. (minor, Amber Chastain parent), S.C. (minor, Amber Chastain parent), S.C. (minor, Anya Katzoff-Checchi), Cynthia J. Chevrier, Kristine Chin, David Michael Choiniere, E.C. (minor, Reyna Lubner parent), Araya Cipollini, Rachael Clardy, Ronald Clark, Jill M. Clarkson, Peggy Clements, T.C. (minor, Alexandra Garrido parent), Debra Cloninger, Donald Cloninger, Collin Coddington, W.C. (minor, Caitlin Fobert parent), William Coffman, Robert Colcleasure, C.C. (minor, Stephanie Colcleasure parent), S.C. (minor, Stephanie Colcleasure parent), Stephanie Colcleasure, Brian Cole, Lindsey Cole, Donna Collins, Stuart Collins, Jessica Collinsworth, Diana Comfort, Laurence R. Compton, K.C. (minor, Megan Cooper parent), Megan Cooper, Donna Corbridge, Emily Corona, Randy Corriea, Sara Corriea, C.C. (minor, Randy Corriea parent), Tommie Couch, Fred Cox, Sharmayne Cox, John Cox, Darwin Crabtree, Sandra Crabtree, Diana C. Crook, Sean Crua, Susan Cruise, Lindsay Culver, Nicolle Cunningham, Joey Dahlke, Charls Daniels, Carol Daugherty, Diane Davidson, Cody Davis, Denise Davis, Diana Davis, Ellen Davis, Robert Davis, Vivian Davis, Robert Lemuel Davis, Jen DeBrunner, Maryann DeGennaro, Albert DeLong, Richard Deorle, Ronda Deorle, Ron Depaul, James Brian Dettle, Beverley Dettle, Jacqueline Devlin, Sage Devlin, Richard DeVore, Elaine Dewes, Reggie Dewsnup, Cynthia Dietle, Thomas Dietle, Jared Dimbat, Kaylarenee Dimbat, A.D. (minor, Joshua Dodson parent), Dawn Dodson, J.D. (minor, Joshua Dodson parent) Joshua Dodson, K.D. (minor, Casey Fox parent), June Doerffler, Keith Doerffler, A.D. (minor, June and Keith Doerffler parents), K.D.

5

(minor, Alexandra Garrido parent) Blake Donald, Georgette Donald, A.D. (minor, Cora Williams grandparent), Callissa Dragon, Connor Dragon, Aileonna Dragonwells, Mary Duane, Michael Duane, Susie J. Dukes, Ashley Dunn, Douglas Dwelle, K.E. (minor, Robert Eadie parent), Robert Eadie, Jessica Eddy, Jason Edwards, Elizabeth Eide, Harry Eiland, Maryann Eiland, Ni Wayan Ekarini, Kitti Ellen, Kristin Ellis, Nancy Epperheimer, Zsolt Brayden Erdelyi, Elizabeth Erle, Lynne Esparza, Trevor Evans, Cassandra Evenson, Michael Evenson, Robert S. Ewell, S.F. (minor, Kim Parham parent), A.F. (minor, Diana Fabian parent), Diana Fabian, Marcus Fabian, Rebecca Farlinger, Heidi Farrara, Raul Felix, Richard Fernandez, A.C.F (minor, Danielle Fierro parent), A.R.F. (minor, Danielle Fierro parent), Danielle Fierro, L.F. (minor, Danielle Fierro parent), Anthony P Fierro, Dennis Fitch, Kelly Fitch, Kenneth Fitch, Danny Flowers, Gayle Flowers, Caitlin Fobert, Laci Foley, Howard Foote, Kimberly D. Foote, Mitchell Foote, Taylor Ford, Monica Foutz, Sheri Fowler, Casey Fox, Anita Freeman, Garry Freemyer, Michael Frey, Ian Furry, Amber Gage, Victoria Gann, Randy Garcia, Joseph Garfield, Deborah Garidel, Amanda Garrett, Alexandra Garrido, Linda Gatlin, Timothy Gatlin, Arron Gaylor, Austin Gaylor, Jolene Gibson, Tommy Gibson, Jack Gilbert, Barbara Gilstrap, Dave Glass, Margaret Glass, Stevie Glover, Colin Glueckert, Karen Lee Godbout, William Godbout, Alan Scott Godman, Jim Goheen, Cindy Goodwin, Steven-Cody Goodwin, Steven-Craig Goodwin, Travis Goodwin, Lana L. Goodwin, Bobby Gordon, Davian Gordon, Patrick Gordon, Jill Gottlieb, Michael Gottlieb, Marc Gottschalk, Brandy Gowan, Jeffrey Gowan, Molly Gowan, Patricia Graham, B.G. (minor, Nancy McIntosh grandparent), E.G. (minor, Nancy McIntosh grandparent), Steven Gray, Joseph Grazulis, Amber Greenwald, M.G. (minor, Amber and Benjamin Greenwald parents), A.G. (minor, Amber and Benjamin Greenwald parents), Benjamin Greenwald, B.G. (minor, Amber and Benjamin Greenwald parents), T.G. (minor, Amber and Benjamin Greenwald parents), Heather Gressmann, James Gressmann, Don Ray Griffin, Christopher Griffith, Jenna Griffith, Erin Gualderama, Judy Guidi, Joyce Gulliver, Angela Guzman, Benjamin Haddock, Linda Haddock, Teresa Hafen, Marsha Hailar, Michelle Hailar, Angela Hailar, Aidin Haines, Daniel Haines, Susan Haines, Henry Halbach, Leann

6

Halbach, D.H. (minor, Amy McDonald parent), Dorothy Hankensiefken, Stephanie Harding, Danny Harelson, Brandy Harmon, Henry Harmon, Donald Harp, N.H. (minor, Donald Harp parent), C.H. (minor, Donald Harp parent), A.H. (minor, Donald Franklin Hart parent), Meagan Harris, Ruby Harris, Arianne Harvey, Krystin Harvey, Phillip Harvey, R.H. (minor, Lauren Kenyon mother), A.M.S.H. (minor, Lauren Kenyon mother), A.H. (minor, Krystine Harvey parent), Cynthia Haskett, Shawn Hasty, Aaron Hatanaka, Patrice Hatanaka, R.H. (minor, Patrice Hatanaka parent), T.H. (minor, Patrice Hatanaka parent), Reginald Hayden, Kesha Haynie, Vincent Haynie, Deborah Hebert, Kenneth Hebert, Rosa Heinrich, Pat Held, Cynthia Heliker, Stephen Heliker, O.H. (minor, Megan Cardwell-Henry parent), Sean Henry, Johnnie Herald, Gary Herndon, Tressa Herring, Andrew Hetts, Suzan Hickman, Diedre Higgins, Clinton Hinkle, Linda Hinkle, Lee Holden, Blake Hollingsworth, Tianna Holly-Haynie, Adam Holmes, Oroville Hospital, Gregory Hoyt, Debra Hudson, C.G.H. (minor, Shawna Huggins parent), Shawna Huggins, W.S.P.H. (minor, Shawna Huggins parent), Philip Hughes, Stephanie Hughes, H.H. (minor, Stephanie Hughes parent), Ramona Hughie, Rodney Hughie, S.H. (minor, Rod Hughie parent), Clark Hungerford, Charles Hunter, Michelle Hunter, Dawn Ihle, James Ihle, Ann Irvine, Donald Jackson, Leslie Jackson, Michelle Jackson, Nibretye Jackson, William Janke, Sarah Jellison, Brendan Jenkins, Constance Jenkins, Steven Jenkins, Rachel Jester, Dorla Johnson, Mary Catherine Johnson, Roberta Johnson, William Johnson, Merrill Jolley, Antonette Jones, B.J. (minor, Misty Black parent), Timothy Jones, Suzanne Kaksonen, I.S.K. (minor, Angela Hailar parent), Anya Katzoff, Ray Keck, Nikkole Keil, C.K. (minor, Rochelle Kelley grandparent), Rochelle Kelley, Andrew L. Kelley, Chanthala Kenchanh, Jason Kenchanh, Khammone Kenchanh, Jean Keniston, Brittany Kenshalo, Lauren Kenyon, A.K. (minor, Sarah Kester parent), Joye Kester, Krista Kester, Sarah Kester, Brett Killian, C.K. (minor, Ruth Meyer legal guardian), Brenda Marie King, Christopher King-Smith, Haley Kingery, Harold Kinnard, Pat Kirkpatrick, Adam T. Kleemeyer, S.K. (minor, Jeanette Klemin parent), Jonathan Klingbeil, John Klingenfuss, John Kloth, Stacey Kloth, Debora Knezic, Nick Knezic, John Koehl, Shelley Koehl, Jamie Koeppel, Kim Koskela, Prairie Koski, Susan Kouns, Jeff Kowalski, Kristen

7

Kruger, Rene Lamar, James Lanquist, James Lanzinger, Daniel Lara, E.L. (minor, Daniel Lara parent), P.L. (minor, Daniel Lara parent), Sania Latni, Dana Lea, Wendi Leaderthomson, Patricia Ann Ledford, Darryl Ledford, Johnny Ledford, Tonya Ledford, Lauren LeDuc, Louis LeDuc, Rebecca LeDuc, Rachel Ledwig, David Lee, Gayle Lee, September Leggett, Jerry Leidecker, Mary Levert, Jacquelyn Levin, John Lewis, Frank Link, Paula Link, Andrew Lipuma, M.L. (minor, Sandra Little guardian), Sandra Little, Judy Lively, Anthony Lombardi, Virginia Lopez, Reyna Lubner, Michael Lucas, Kim Luddy, Stephen Luddy, C.L. (minor, Herley Luke parent), Herley Luke, J.L. (minor, Herley Luke parent), N.L. (minor, Herley Luke parent), P.L. (minor, Herley Luke parent), Susan Lundy, Kenny Lunsford, Mindy Lunsford, Kammie Lupex, Daniel Eugene Lutz, Daniel Lutz, Petra Lutz, C.L. (minor, Petra Lutz parent), Charles Franklin Lyles II, Ormond Richard Lyons, Carla Mack, Floyd Mack, Gary Madero, Jesse Madison, Amber Magana, Daniel Magana, Joann Mallory, Terry Maoki, Robert Marks, Shannon Jean Marquard, Margery Marschinke, Phyllis Masterson, Pearl Matey-Garroutte, Dianna Mathews, Harry Maxon, Levi McClain, Kenneth McClellan, Vicki McConnell, Alison McCoy, Zachary McCoy, Larry McCracken, Diane McCray, Amy McDonald, Cindy McDonald, James McDonald, Kevin McDonald, Klinton McDonald, K.M. (minor, Kevin McDonald parent), Kendra McDowell, Ronald McGee, Melissa McGonigle, Louis McIntosh, Nancy McIntosh, Kevin McKean, Caitlin McKinin, Tammy McKinin, Larry McKinney, Brandon McLaughlin, Jessica McMahon, Joseph McMahon, K.M. (minor, Jessica McMahon), Luis Medina, Autumn Mendez, Linda J. Merrill, David Merrill, Richard Messner, Tonya Messner, Denis Metzker, Megan Gabrielle Meyer, Martin Meyer, Ruth Meyer, Bailey Miller, Jonathan Miller, Stephen Miller, John Mills, Susan Mills, Jack Moffett, Justin Mohorich, Deborah Mokler, Don Mokler Sr., Billie Moon, Dorothy Moore, Leslie Moore, Z.M. (minor, Monica Foutz parent), P.M. (minor, Brandy Harmon parent), William Morgan, Chris Moritz, Julie Morse, Laurie Moulton, William Russell Mount, Lisa Mullin, Steve Mullin, Stacey J. Murphy, Forrest Murphy, Twila W. Murphy, David Murray, Janette Murray, Audra Myers, Carena Napier, Carol Napier, Michele Cherie Nelson, A.N. (minor, Donna Nelson parent), Crystal

8

Nelson, Darci Nelson, Donna Nelson, K.N. (Donna Nelson parent), Kyle Nelson, Marty Nelson, Peter Nelson, C.H.N. (minor, Kyle Nelson parent), St. Nicholas Episcopal Church, Jose L. Noriega, Cyndie Norman, Scott Norman, Jenna Nunley, J.N. (minor, Jenna Nunley parent), Wilma Offner, Virginia Lee O'Hare, Diane O'Leary, Kieran O'Leary, Robert Olive, Wayne Olson, Rich Orwell, K.O. (minor, Garrett Monaco parent), M.O. (minor, Garrett Monaco parent), Aaron Otten, B.O. (minor, Aaron Otten parent), Cheryl Otten, K.O. (minor, Aaron Otten parent), Kenneth Mac Otten, Kenneth Wade Otten, Linette Otto, R.O. (minor, Aaron Otten parent), William Luke Otten, Catana Owens, Betty Pacheco, Russell Palin, Peter Pallari, R.P. (minor, Ashlee Sisson parent), Ecko Palmer, Timothy Palmer, Paradise Art Center, Kim Parham, J.P. (minor, Mindy Lunsford parent), R.P. (minor, Mindy Lunsford parent), Alicia Parsons, Timothy Passavant, Oleta Pate, Donna Lynn Patterson, Jason Patterson, Mike Patterson, Jean Paul Jonas, J.P. (minor, Stephanie Blakely parent), Heather Peete, Josh Peete, M.P. (minor, Heather Peete parent), Kasie Pennington, Susan Pennington, Walt Pennington, J.P. (minor, Walt Pennington parent), Michelle Peppars, O.P. (minor, Michelle Peppars), Adam Perez, D.P (minor, Adam and Erica Perez parents), Erica Perez, Sandra Perez, Lucas Peters, Hannah Petersen, Marianne Petersen, Anita Pezzi, J.P. (minor, Anita Pezzi parent), Monia Pezzi, Souphaph Phonthaasa, Marsha Pierce, Michael Pierce, Brian Pool, Jennifer Porter, Linda Porter, Mary Porter, Steven Porter, Waylon Porter, Howard Porter II, Patrick Joseph Pounds, Carolyn Pounds, Rita Pounds, Dennis Price, Emily Price, L.P. (minor, Mayra Price parent), Mayra Price, Melody Price, Richard Price, Wayne Price, M.P. (minor, Mayra Price parent), D.P. (minor, Mayra Price parent), Lori Prieto, Isadore John Prieto Jr., Christopher Pritchard, Samuel Pritchard, Sherri Pritchard, Julia Proietti, Jeremy Puckett, Megan Puckett, C.Q. (minor, Ruth Meyer legal guardian), John Quiggle, Patricia Quiggle, Jacob Quiles, Lauren Quiles, Jayeleene Radke, Jane Ragland, Camalyn Randolph-Gilbert, Roxanna Ray, Kim Reeve, Robert Reeve, Margaret Reid, Carissa Reinen, Kristina Rendina, Michael Rendina, Lisa Rizzo, Michael Rizzo, K.B.R. (minor, Kristen Wakefield parent), M.I.R. (minor, Kristen Wakefield parent), M.M.R. (minor, Kristen Wakefield parent) Aaron Robbennolt, Tiffany Robbennolt, P.J.R. (minor, Tiffany Robbenolt

9

parent), Z.R. (minor, Tiffany Robbenolt parent), Karen Roberds, Paul Robert Romanshek, Barbara Rockholt, Andrew Rodriguez, James Rodriguez, James T. Rodriguez, Valerie Rodriguez, Adam Dean Rodriguez Sr., Beverly Rogers, Colton Rogers, Kenneth Romagnano, David Romanshek, Kevin Romanshek, Rex Romanshek, Terrie Romanshek, William Rose, Ella Rose, Jennifer Rosenfeld, B.D.R. (minor, Tanya Ross-Harp parent), C.R. (minor, Tanya Ross-Harp parent), L.D.R. (minor, Tanya Ross-Harp parent), Tanya Wilson Ross-Harp, Ethan Rowe, I.C.R. (minor, Jessica Eddy parent), J.W.R. (minor, Jessica Eddy parent), L.R. (minor, Jessica Eddy parent), Steven Rubenstein, Tracey Rubenstein, Lynette Rude, Kenneth Russo, D.S. (minor, Edward Sacchette parent), Edward Sacchette, David Safreno, Patricia Safreno, L.S. (minor, David Murray parent), Kevin Salsbury, Pamela Salsbury, Trevor Salsbury, Ty Salsbury, Hilary Sanders, Frances Sandifer, Jesus Sandoval, D.S. (minor, Zeatra and Michael Saylors parents), J.S.S. (minor, Zeatra and Michael Saylors parents), J.A.S. (minor, Zeatra and Michael Saylors parents), Michael Saylors, N.S. (minor, Zeatra and Michael Saylors parents), Zeatra Saylors, Larry Schack, Aida Schmelzer, Stefan Schoenduby, Kelly Schuneman, Virginia Schuneman Gini, Christopher Scott, LeeAnn Sealander, Robert Sealander, O.S. (minor, Nicole Cunningham parent), Christina Seashore, Gary Sereno-Regis, Terri Shea, Dale Sheldon, Margaret Sheldon, M.K. (minor, John Sheridan parent), Maureen Sheridan, John Sheridan IV, Matthew Wayne Shields, Paul Short, Stacy Short, Susan Short, Melissa Shrout, Gary Shults, Raymond Sipieter, Ashlee Sisson, Elizabeth Skaggs, Andy Skuba, Kathy Skuba, Natalia Skuba, Richard Slate, Brandon Smith-Vaughn, Brian Smith, Dennis E. Smith, Dennis Smith II, Dona L. Smith, Dustin Smith, Heather Smith, James D. Smith, Larry Smith, Z.H.S. (minor, Dennis Smith parent), Dony Snow Jr., Gaia So, Donna Solis, Meredith Solomon, Christy Sonneborn, Kenneth Sordillo, Vicky Southworth, Chris Southworth, Shaunah Sovereign, James Sparks, Roberta Sparks, Larry Speer, Kathleen Spencer, Robert Spencer, Darrell Spenger, Scott Spigner, A.S. (minor, Jered Sprague parent), Jered Sprague, L.S. (minor, Jered Sprague parent), E.S. (minor, Jered Sprague parent), Mark St. Clair, John Stack, Roberta Stack, Linda Standridge, Marvin Standridge, Melita Stearns, Mark Stein, Annette Steiner, Eric Steiner, John Sterle, Debbie

Stirling, Mark Stites, Teressa Stites, Julie Stredwick, Timothy Strong, Coral Suva, S.S. (minor, Diane Brown parent), Kassandra Tabbert, Cheryl Tatham, Antonia M. Taylor, David Taylor, Linda Taylor, Shaina Taylor, Ileene Teats, C.T. (minor, Michelle Teixeira parent), C.M.T. (minor, Michelle Teixeira parent), Michelle Teixeira, Ramiro Tejada, Estefania Tellez-Flores, Christopher Tennant, Connie Tenter, E.T. (minor, Kristee Theeler parent), Kristee Theeler, R.T. (minor, Kristee Theeler parent), Matthew Theeler Sr., Dennis Therien, Mary Ruth Thomas, Autumn Thompson, S.T. (minor, Autumn Thompson parent), Susan Thompson, Jason Throop, Ethan Thulin, Robert Thulin, Devin Thurman, Julion Tillotson, Melisa Marie Tinder, Brandon Tinder, C.T. (minor, Melisa Tinder parent), E.T. (minor, Melisa Tinder parent), J.T. (minor, Thomas Tinsley parent), Julia Tinsley, M.T. (minor, Thomas Tinsley parent), Thomas Tinsley, Carla Toms, I.T. (minor, Kristee Theeler parent), Keith Tovey, Lorene Tovey, E.T. (minor, Ashley Bonequi parent), Taylor Traxler, David Trombley, Leonard Trombley, Lisa Trombley, Linda Truex, Tom Truex, Onorio Trujillo, Brandi Tuck, Michael Turney-Pounds, Heather Urman, Anthony Valdez, Sandee Valente, Marcus Anthony Valenzuela, Gloria Van Blaricom, Jill Van Curler, Edmund Van Hove, Margaret Van Hove, Jon Vanderzanden, KJ.V. (minor, Jon Vanderzanden parent), K.A.V. (minor, Jon Vanderzanden parent), Lorri VanLeuven, Martin VanLeuven, Marilynn Vaughan, Susanna Vaughn, Jo Anne Vidal, Connie Vidal, Stanley Vidal, Brett Villar, Jane Von Driska, Kristen Wakefield, Ryan Waldrum, Brad Walker, Deborah Walker, Randy Walker, Joseph Lee Walsh, Rebecca Waltz, Dustin Wandtke, Lauranne Wandtke, B.W. (minor, Dustin Wandtke parent), James Warmington, Carol Warren, Brian Warwick, Christine Waterstripe, E.A.W. (minor, Christine Waterstripe parent), E.D.W. (minor, Christine Waterstripe parent), G.W. (minor, Christine Waterstripe parent), M.W. (minor, Christine Waterstripe parent), Betty Weaver, Caleb Wegener, Samuel Arthur Weiss, B.W. (minor, John Wells and Aileonna Dragonwells parents), John Wells, M.W. (minor, John Wells and Aileonna Dragonwells parents), Brandy Wertheimer, Marc Wesley, Shuree Wesley, Ellen Whaley, Leo Whaley, Laura Whitaker, Thomas White, Brian Wichelhaus, Jennifer Wickberg, Maddison Widmer, Cora Williams, David Williams, John Williams, Dave Willman, Michael

11

David Wilson, Kathleen Wilson, Mary Wilson, Robyn Wilson, Susan Wilson, Thomas Wilson, Tracy Wilson, Vince Wilson, D.W. (minor, Mary and Thomas Wilson parents), Jazlyn Wofford, Gloria Cano Wood, Matthew Wood, Mike Wood, Stacy Wood, T.W. (minor, Heather Smith parent), Curtis Worthing, Francine Worthing, Jennifer Wright, Paul Wright, D.W. (minor, Paul Wright parent), M.W. (minor, Paul Wright parent), Jack Wyse, R.W. (minor, Frances Sandifer parent), Sondra Yanez, Richard Yates, Efren Zaragoza, Christopher Ziegler, H.Z. (minor, Julie Morse parent), J.Z. (minor, Julie Morse parent).

12

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

/s/  Francis O. Scarpulla