Signed and Filed: January 23, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**LABATON SUCHAROW LLP**
Thomas A. Dubbs
Carol C. Villegas
Jeffrey A. Dubbin (SBN 287199)
140 Broadway
New York, New York 10005

*Lead Counsel to Lead Plaintiff and the Class*

**KELLER & BENVENUTTI LLP**

*Bankruptcy Counsel to Lead Plaintiff and the Class*

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, California 94104

*Bankruptcy Counsel to Lead Plaintiff and the Class*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER PURSUANT TO B.L.R. 9013-1(c) AUTHORIZING OVERSIZE REPLY BRIEF IN SUPPORT OF SECURITIES LEAD PLAINTIFF'S MOTION TO APPLY BANKRUPTCY RULE 7023 TO CLASS PROOF OF CLAIM** |

The Court, having reviewed the *Ex Parte Application for Order Pursuant to B.L.R. 9013-1(c) Authorizing Oversize Reply Brief in support of Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim* (the "**Application**"), and good cause appearing, IT IS HEREBY ORDERED THAT:

     1.    The Application is granted, and

| | |
|---|---|
| 1 |      2.      Public Employees Retirement Association of New Mexico, the court-appointed |
| 2 | lead plaintiff in the securities class action captioned as *In re PG&E Corporation Securities* |
| 3 | *Litigation*, Case No. 18-03509 (the "**Securities Litigation**"), pending in the United States District |
| 4 | Court for the Northern District of California, on behalf of itself and the proposed class it represents |
| 5 | in the Securities Litigation, together with York County on behalf of the County of York Retirement |
| 6 | Fund, City of Warren Police and Fire Retirement System, and Mid-Jersey Trucking Industry & |
| 7 | Local No. 701 Pension Fund, is authorized to file and serve a reply brief in excess of 15 pages of |
| 8 | text, but not to exceed 25 pages of text (exclusive of any schedules or exhibits thereto and/or any |
| 9 | declarations filed in connection therewith) in support of the Motion to Apply Bankruptcy Rule |
| 10 | 7023 to Class Proof of Claim. |

2.      Public Employees Retirement Association of New Mexico, the court-appointed lead plaintiff in the securities class action captioned as *In re PG&E Corporation Securities Litigation*, Case No. 18-03509 (the "**Securities Litigation**"), pending in the United States District Court for the Northern District of California, on behalf of itself and the proposed class it represents in the Securities Litigation, together with York County on behalf of the County of York Retirement Fund, City of Warren Police and Fire Retirement System, and Mid-Jersey Trucking Industry & Local No. 701 Pension Fund, is authorized to file and serve a reply brief in excess of 15 pages of text, but not to exceed 25 pages of text (exclusive of any schedules or exhibits thereto and/or any declarations filed in connection therewith) in support of the Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim.

** END OF ORDER **