UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

In re <u>PG&E Corporation and Pacific and Gas Electric Company</u>

Case No. <u>19-30089 (DM) (Jointly Administered)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Little Bear Holding Company, LLC | First Solar, Inc. |
| Name and Address where notices to transferee should be sent: | c/o Kathryn Arbeit, Director<br>First Solar Dev, LLC<br>135 Main Street, 6th Floor<br>San Francisco, CA 94105 |
| Little Bear Holding Company, LLC<br>c/o Longroad Development Company, LLC<br>330 Congress Street, 6th Floor<br>Boston, MA 02210<br>Attn: General Counsel<br>Email: legal@longroadenergy.com | |
| Name and Address where transferee payments should be sent (if different from above): | Court Claim # (if known): 64137<br>Transferred Claim Amount: See Claim<br>Date Claim Filed: 10/18/2019<br>Last Four Digits of Acct #: n/a |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Michael U. Alvarez*     Date: **Dec 30, 2019**
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

First Solar, Inc. ("Assignor") hereby acknowledges that it has unconditionally and irrevocably sold, transferred and assigned to Little Bear Holding Company, LLC ("Assignee") all of Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with, that portion of its proof of claim related to its affiliated entities named Little Bear Solar 1, LLC, Little Bear Solar 3, LLC and Little Bear Solar 4, LLC in the aggregate amount of not less than the amount set forth in proof of claim number 64137 (the "Claim") filed against Pacific Gas and Electric Company ("Debtor"), the debtor-in-possession in Case No. 19-30089 (DM) (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. §§ 101 et seq., as amended) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee a portion of the Claim and recognizing the Assignee as the owner and holder of that portion of the Claim set forth above. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee, as it relates to Little Bear Solar 1, LLC, Little Bear Solar 3, LLC and Little Bear Solar 4, LLC, and to Assignor, as it relates to First Solar Development, LLC, Heartland Solar 1, LLC, Heartland Solar 2, LLC, Desert Topaz PV2, California Valley PV, American Kings Solar, LLC, and Mojave Solar LLC.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on December 30, 2019.

First Solar, Inc.                    Little Bear Holding Company, LLC

By: Richard Romero                   By: Michael U. Alvarez
Title: VP- Treasury/ Project Finance  Title: Chief Operating Officer

104115095.2 0065403-00009