EDWARD J. TREDINNICK (#84033)
GREENE RADOVSKY MALONEY
 SHARE & HENNIGH LLP
Four Embarcadero Center, Suite 4000
San Francisco, California 94111-4106
Telephone: (415) 981-1400
Facsimile: (415) 777-4961
E-mail: etredinnick@greeneradovsky.com

Attorneys for Creditor,
City and County of San Francisco

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No.: 19-30088-DM<br><br>Chapter 11<br><br>**PARTIAL JOINDER OF THE CITY AND COUNTY OF SAN FRANCISCO TO THE STATUS CONFERENCE STATEMENT OF VALLEY CLEAN ENERGY ALLIANCE REGARDING PRECONFIRMATION ISSUES**<br><br>DATE: January 29, 2020<br>TIME: 10:00 am<br>PLACE: Courtroom 17<br>  450 Golden Gate Avenue, 16th Fl.<br>  San Francisco, California<br>JUDGE: Hon. Dennis Montali<br><br>RELATED DOCKET NOS: 5442 |

The City and County of San Francisco (**"San Francisco"**) in the above-captioned chapter 11 cases of Pacific Gas and Electric Company (the **"Utility"**) and PG&E Corporation (**"PG&E"** and, together with the Utility, the **"Debtors"**), hereby partially joins, as further described herein, in the Valley Clean Energy Alliance's Status Conference Statement Regarding Preconfirmation Legal Issues (the **"Status Conference Statement"**) [Dkt No. 5442].

GREENE RADOVSKY
MALONEY SHARE &
HENNIGH LLP
FOUR EMBARCADERO
CTR, SUITE 4000
SAN FRANCISCO, CA
94111

1

Case: 19-30088    Doc# 5468    Filed: 01/23/20    Entered: 01/23/20 14:56:12    Page 1 of 2

562450

## PARTIAL JOINDER

San Francisco is interested in particular issues raised in the Status Conference Statement as a municipality that has expressed an interest in acquiring portions of PG&E's electric distribution system and wishes to continue with those discussions with PG&E, or any successor entity, under whatever reorganization plan that is confirmed by this court.

San Francisco specifically supports the Status Conference Statement in so far as it asks for (a) clarification that the release provisions of each proposed plan, or any future amended plan, do not affect an involuntary eminent domain action or involuntary state takeover or other forced municipalization of PG&E and (b) a determination that it is not appropriate for either proposed plan, or any amended plan, to contain a provision preventing PG&E from negotiating sales of assets or any portion of its operating business, including settling an involuntary eminent domain action or involuntary state takeover or other forced municipalization of PG&E.

San Francisco agrees with the Valley Clean Energy Alliance that the no-sale provisions are unduly restrictive on the Reorganized Debtors and could very well be contrary to the interests of the Reorganized Debtors as well as their stakeholders. To the extent that there is a concern that a sale of assets or any portion of the Utility's operating business may be prejudicial to the Reorganized Debtors or their stakeholders, State law provides for regulatory review of the sales in order to consider the interests of stakeholders such as Utility ratepayers and employees (e.g., Ca. Pub. Utilities Code section 851).

## CONCLUSION

For the reasons stated herein, San Francisco joins Valley Clean Energy Alliance in seeking preconfirmation consideration of these issues as set forth in this Partial Joinder.

Respectfully submitted,

Dated: January 23, 2020

GREENE RADOVSKY MALONEY
SHARE & HENNIGH LLP

By: \_\_\_\_\_/s/ Edward Tredinnick_____
 Edward J. Tredinnick
Attorneys for Creditor,
City and County of San Francisco

GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP
FOUR EMBARCADERO CTR, SUITE 4000
SAN FRANCISCO, CA 94111