Ronald L.M. Goldman, Esq. (State Bar No. 33422)
*rgoldman@baumhedlundlaw.com*
Diane Marger Moore, Esq. (*Pro Hac Vice*)
*dmargermoore@baumhedlundlaw.com*
**BAUM HEDLUND ARISTEI & GOLDMAN, PC**
10940 Wilshire Boulevard, 17th Floor
Los Angeles, California 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444

*Attorneys for Creditors,
Majesti Mai Bagorio, et al.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- **and –**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**JOINDER BY BAUM HEDLUND ARISTEI GOLDMAN CAMP FIRE VICTIMS CLIENTS IN THE OBJECTION TO DEBTORS' MOTIONS [Dkt. No. 5282] AND [Dkt. No. 5284] FILED BY CLAIMANTS ELIZABETH ADAMS, MARY ADAMS, AND DAVID AGOSTINO, ET AL. [Dkt. No. 5459]**<br><br>Date: January 29, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT, THE DEBTORS AND THEIR

ATTORNEYS OF RECORD, UNITED STATES TRUSTEE, AND OTHER INTERESTED

PARTIES:

Claimants Majesti Mai Bagorio, Michelle Dawn Barker, Melissa Rae Barnard, and Sara Joanne Bates, et al. (collectively, the "Additional Objecting Camp Fire Claimants") (listed fully in Appendix A), which include nearly 200 victims of the 2018 Camp Fire, hereby object[11] to the Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed R. Bankr. P. 6004 and 9019 For Entry of an Order (I) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (II) Granting Related Relief (the "Tubbs Settlement Motion") [Dkt. No. 5282], and the Debtors' Motion Pursuant to 11 U.S.C §§ 105(a) and 107(b) and Fed. R. Bankr. P. 9018 for Entry of an Order Authorizing Redaction and Sealing of Confidential Information from Tubbs Settlement Documents ("Tubbs Redaction Motion") [Dkt. No.5284], and incorporate as fully set forth herein the Objection filed by the Objecting Camp Fire Claimants [Dkt. No. 5459] and in addition state as follows:

1. The Settlement with Tubb preference violates the strong presumption of the public's right to know. *S.California Edison Co. & San Diego Gas & Elec. Co*., 49 FERC ¶ 63029, 65128 (Dec. 5, 1989). PG&E cannot establish a reasonable rationale for this court to reject that presumption. PG&E is a quasi-governmental entities as are all public utilities.

> "Openness in government is essential to the functioning of a democracy. 'Implicit in the democratic process is the notion that government should be accountable for its actions. In order to verify accountability, individuals must have access to government files. Such access permits checks against the arbitrary exercise of official power and secrecy in the political process.'" (*International Federation of Professional & Technical Engineers, Local 21, AFL-CIO v. Superior Court* (2007) 42 Cal.4th 319, 328–329, 64 Cal.Rptr.3d 693, 165 P.3d 488). *City of Los Angeles v. Metro. Water Dist. of S. California*, 42 Cal. App. 5th 290, 306, 255 Cal. Rptr. 3d 202, 217 (Ct. App. 2019).

[11] This Objection is filed on behalf of the undersigned counsels' individual clients.

Case: 19-30088    Doc# 5472    Filed: 01/23/20    Entered: 01/23/20 15:22:08    Page 2 of 10

2. The Tubbs "preference" settlement and its secrecy violates the statutory and constitutional prohibition against secret preferences by public utilities. Indeed the very language of the proposed agreement incorporates both of these prohibitions: preferences and secrecy. These prohibitions have been discussed in many contexts. However, the opinions consistently reject any activity by a public utility that discriminates in favor of or against some rate payers over others.[2] That is exactly what PG&E attempts to do here. Referring to the California Constitution and the Federal Interstate Commerce and Hepburn Acts, the California Second Circuit concluded:

> These provisions … are designed to insure that carriers operating as public utilities serve the public without … **secret preferences** … (*Cal. Portland Cement Co. v. Public Util. Comm.*, 49 Cal.2d 171, 315 P.2d 709; *People v. Western Air Lines*, 42 Cal.2d 621, 268 P.2d 723.) *Koffman v. Modern-Imperial Co*., 239 Cal. App. 2d 135, 136–37, 48 Cal. Rptr. 492, 493 (Ct. App. 1966).

**Secrecy** in public utility dealings are prohibited. *Am. States Pub. Serv. Co. v. Rath*, 2 Cal. 2d 670, 42 P.2d 1010 (1935) [secret profits prohibited in sale of utility]. "The public in general and the consumers in particular are interested in the relations existing between the corporation and each of its consumers." *Sierra & San Francisco Power Co. v. Universal Elec. & Gas Co*., 197 Cal. 376, 384, 241 P. 76, 80 (1925).

**CONCLUSION**

Accordingly, the Additional Objecting Camp Fire Claimants submit this joinder and objection and respectfully request that the Court (i) deny the Tubbs Redaction Motion, (ii) require the Debtors and the Tubbs Preference Claimants to fully disclose the terms of their settlements,

---

[2] The largest majority of Camp Fire Victims are ratepayers.

and (iii) withhold approval of the Tubbs Settlement Motion until the Debtors and the Tubbs Preference Claimants have fully disclosed the terms of their settlements.

Dated: January 23, 2020                                  Respectfully submitted,

                                                         BAUM HEDLUND ARISTEI GOLDMAN

                                                         /S/ Ronald L.M. Goldman
                                                     By:_____
                                                         Ronald L.M. Goldman
                                                         Diane Marger Moore, *Pro Hac Vice*
                                                         Attorneys for Creditors,
                                                         Majesti Mai Bagorio, et al.

# EXHIBIT A

1. Balsiger, Justine
2. Barker, Michelle
3. Barnard, Melissa, David Barnard, Tristan Barnard, Aiden Barnard & Hunter Barnard
4. Bates, Sarah
5. Bird, Douglas, Kathy Bird, Devon Bird
6. Bird, Devon, Alexis Liles, Ayden Evans
7. Bird, Douglas, Kathy Bird
8. Bird, Douglas, Kathy Bird (Rental)
9. Bustamante, Rudy, Bustamante, Diego
10. Cameron, Denise
11. Chambers, Tom
12. Christian, Kathy
13. Costa, Lynn
14. Culley, Denise, Emmett Culley
15. Darrin, Daniel
16. Dechter, Lorraine (2 homes)
17. Dechter, Lorraine (Studio)
18. Deen, Janet
19. Delaney, Colleen, Struthers, John
20. Dobra, Susan, John Michael Sun

| | |
|---|---|
| 1 | Ferreira Steve, Ghirardelli, Jill |
| 2 | Flores, Lisa (2 houses) |
| 3 | |
| 4 | Garcia, Jerry , Sharon Garcia |
| 5 | Gilbertson, Regan, Wayne Wise, Chad Wise |
| 6 | Gottowski, Gary, Rebecca Gottowski (HOME) |
| 7 | Gottowski, Gary, Rebecca Gottowski |
| 8 | Griffin, Suzanne (Rental) |
| 9 | |
| 10 | Griffin, Suzanne (Mobile) |
| 11 | Haber, Tom, Jeanne Haber (Home) |
| 12 | Haber, Tom, Jeanne Haber |
| 13 | Jolley, Joan, Jane Ann Balsiger |
| 14 | |
| 15 | Jones, Norman |
| 16 | Joseph, Daniel |
| 17 | Kasza, Elizabeth |
| 18 | Kasza, Elizabeth J. |
| 19 | |
| 20 | Koenig, David |
| 21 | Kunst, John, Vicki Kunst |
| 22 | Kunst, John, Vicki Kunst (Rental) |
| 23 | |
| 24 | Kunst, John, Vicki Kunst |
| 25 | Lawhun, Jolene, Mateo Lawhun, Alec Lawhun |
| 26 | Lawhun, Nicole, Steven Lawhun, Monica Mae Baggorio, Majesti Mai Bagorio, Yhana Mia Quinones-Gallegos, David Astrup (Minors -Margarita & Mauricia) |
| 27 | Linda Gunn, Lucille Lawhun |
| 28 | |

| | |
|---|---|
| 1 | Lazzarino, Mark, Stacy Lazzarino, ( Minors - Trinity, Isabella and James Lazzarino ) |
| 2 | |
| 3 | Lewis Kelly, Quigley, Michael (Home) |
| 4 | Lewis Kelly, Quigley, Michael (Rental) |
| 5 | |
| 6 | Luce, David, Jeri Ann Luce |
| 7 | Luce, Edward |
| 8 | Lundberg, David, Jerry Ann Lundberg |
| 9 | Maria Madruga, Noah Madruga |
| 10 | |
| 11 | Magalia Community Church |
| 12 | Matson, Kelly |
| 13 | McKinnon, Mark, WendyMcKinnon |
| 14 | Menezova, Maria, Tonetti, Elena |
| 15 | |
| 16 | Miller-George, Sandra, John Miller-George |
| 17 | Morch, Andreas, Joanne Morch |
| 18 | Moseley, Pamela |
| 19 | Myers, Jean Marie, James Myers |
| 20 | |
| 21 | Paradise Community Guild (Phelps-Zink) |
| 22 | Parker, Rosalie & Switzer Paul |
| 23 | Petersen, Jennifer Ann, David Pendergast, Michael Petersen, Logan Pendergast, Porter Petersen, Cheryl Pendergast, Wilbert Pendergast, Jr. |
| 24 | Phelps-Zink, David, LoriPhelps-Zink |
| 25 | |
| 26 | Poe, William & Moraes, Maria (Lotus) |
| 27 | Quattlander, Karen, Walden, Michael |
| 28 | Renn, Carole Louise – (De Lis Mingo) |

| | |
|---|---|
| 1 | Rose, Jim |
| 2 | Schuttenberg, Mark, Tanya Shuttenberg |
| 3 | |
| 4 | Smelser, Matthew, Alexander, Brandy |
| 5 | Stewart, Donald, Sara Stewart, Jessie Stewart (Minors Griffin & River) |
| 6 | Strange, Wendy |
| 7 | Thorn, Steven |
| 8 | |
| 9 | Toci, William, Diana Toci |
| 10 | Turner, Meghan, Charles Turner (Minors- Wesley & Hudson) |
| 11 | Varlinsky, Ray , Love, Marianna |
| 12 | Ward, Nicholas –(Bainbridge, Robert, deceased) |
| 13 | |
| 14 | Westrope, Anthony |
| 15 | Williams, Robert |
| 16 | Winterburn, Anthony, Alexandria Winterburn (Aria & Hayden) |
| 17 | Wonacott, Victoria |
| 18 | |
| 19 | Yang, Zongmei |
| 20 | Bensel, Connie |
| 21 | Sprague, Andy & Janelle Sprague - (Home) |
| 22 | Sprague, Andy & Janelle Sprague - (Business) |
| 23 | |
| 24 | Sprague, Andy & Janelle Sprague - (Business Property) |
| 25 | Sherman, Fay & Anne Sherman Home |
| 26 | Sherman, Fay & Anne Sherman Daughter lived there |
| 27 | Inoglia, Joseph & Arlene Inoglia Home |
| 28 | Inoglia, Joseph & Arlene Inoglia Rental |

Swiger, Jennifer - Home
Swiger, Jennifer  Paradise Mini Storage (personal & Business items)

Swiger, Jennifer - Rented Suite

Costa, Andrew & Shannon Costa Minor- Josephine Costa

Boyd, Judith Thomas & Judith Boyd Family Living Trust

Vigo, Phillip, KarissaVigo  (Adalina & Deklan ) Minors

Sweiger, John (Work Shop)

David Ellis

Don Zink

Case: 19-30088    Doc# 5472    Filed: 01/23/20    Entered: 01/23/20 15:22:08    Page 9 of 10

9

# PROOF OF SERVICE

I am over the age of 18 years and not a party to the within cause. My business address is Baum Hedlund Aristei Goldman, 10940 Wilshire Boulevard, 17th Floor, Los Angeles, California 90024. On this day, January 23, 2020, I served the following document(s) in the manner described below:

**JOINDER BY BAUM HEDLUND ARISTEI GOLDMAN CAMP FIREVICTIMS CLIENTS IN THE OBJECTION TO DEBTORS' MOTIONS [Dkt. No. 5282] AND [Dkt. No. 5284] FILED BY CLAIMANTS ELIZABETH ADAMS, MARY ADAMS, AND DAVID AGOSTINO, ET AL. [Dkt. No. 5459]**

✘     **VIA ECF**: I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States Bankruptcy Court for the Northern District of California, on all parties registered for e-filing in Case Number Case No. 19-30088 (DM). Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed on January 23, 2020.

                                                       *Diane Marger Moore*
                                                       DIANE MARGER MOORE