AKIN GUMP STRAUSS HAUER & FELD LLP

Michael S. Stamer (*pro hac vice*)
Ira S. Dizengoff (*pro hac vice*)
David H. Botter (*pro hac vice*)
Abid Qureshi (*pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone:	(212) 872-1000
Facsimile:	(212) 872-1002
Email:	mstamer@akingump.com
	idizengoff@akingump.com
	dbotter@akingump.com
	aqureshi@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP

Ashley Vinson Crawford (SBN 257246)
580 California Street
Suite 1500
San Francisco, CA 94104
Telephone:	(415) 765-9500
Facsimile:	(415) 765-9501
Email:	avcrawford@akingump.com

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF CONTINUED HEARING ON MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS FOR RECONSIDERATION AND RELIEF FROM ORDERS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 59(e) AND 60(b)**<br><br>**[Related to Dkt. Nos. 5241, 5243, 5411, 5434]]** |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE THAT** on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company, the debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court"). |

   **PLEASE TAKE NOTICE THAT** on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company, the debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

   **PLEASE TAKE FURTHER NOTICE THAT** the Ad Hoc Committee of Senior Unsecured Noteholders (the "AHC") in these Chapter 11 Cases filed a Motion for Reconsideration and Relief from Orders Pursuant to Federal Rules of Civil Procedure 59(e) and 60(b) on December 31, 2019 (the "Motion") [Dkt. No. 5241].

   **PLEASE TAKE FURTHER NOTICE THAT** the hearing on the Motion (the "Hearing") was scheduled for January 21, 2020 at 10:00 a.m. (Pacific Time) in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

   **PLEASE TAKE FURTHER NOTICE THAT** on January 17, 2020, the Hearing was continued to January 23, 2020 at 1:00 p.m. (Pacific Time) [Dkt. No. 5411].

   **PLEASE TAKE FURTHER NOTICE THAT** on January 22, 2020, the Hearing was continued to January 29, 2020 at 10:00 a.m. (Pacific Time) [Dkt. No. 5434].

   **PLEASE TAKE FURTHER NOTICE THAT** pursuant to the terms of the January 22, 2020 Restructuring Support Agreement between the Debtors, the Consenting Noteholders, and the Shareholder Proponents (the "RSA"), the Hearing is adjourned without a further hearing date, subject to the terms of the RSA and further order of the court.

   **PLEASE TAKE FURTHER NOTICE THAT** copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by email at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: January 23, 2020　　　**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: _/s/ Ashley Vinson Crawford_

Ashley Vinson Crawford (SBN 257246)
Michael S. Stamer (*pro hac vice*)
Ira S. Dizengoff (*pro hac vice*)
David H. Botter (*pro hac vice*)
Abid Qureshi (*pro hac vice*)

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*