**EXHIBIT B**

**EXHIBIT B**
Standard Parties Service List
Served via First-Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Debtors | PG&E Corporation & Pacific Pacific Gas and Electric Company | Attn: Janet Loduca, Esq. 77 Beale Street PO BOX 77000 San Francisco CA 94105 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel Washington DC 20555-0001 |