Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, California 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **DECLARATION OF THOMAS R. KRELLER REGARDING HOURLY RATES OF MILBANK LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>[No Hearing Requested] |

I, **THOMAS R. KRELLER**, being duly sworn, state the following under the penalty of perjury:

1. I am an attorney admitted to practice in the State of California, and I am a partner of the firm Milbank LLP ("Milbank"). Milbank maintains an office at, among other places, 2029 Century Park East, 33rd Floor, Los Angeles, California, 90067-3019. There are no disciplinary proceedings pending against me. Milbank serves as counsel to the Official Committee of Unsecured Creditors (the "Committee") of PG&E Corporation and Pacific Gas and Electric Company (collectively, the "Debtors") in the above-captioned chapter 11 cases.

2. I am duly authorized to make this declaration (the "Declaration") on behalf of Milbank. Pursuant to the *Order Pursuant to 11 U.S.C. § 1103(a) and Fed. R. Bankr. P. 2014 and 2016 Authorizing the Retention and Employment of Milbank LLP as Counsel for the Official Committee of Unsecured Creditors Effective as of February 12, 2019* [Docket No. 1766] (the "Retention Order"),[1] Milbank shall provide reasonable notice to the Committee and the U.S. Trustee of any increase in the rates set forth in the *Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. § 328(a) and 1103(a) and Fed. R. Bank. P. 2014 and 2016 for Authority to Retain and Employ Milbank LLP as Counsel, Effective as February 12, 2019* [Docket No. 1208] (the "Retention Application"). Accordingly, Milbank previously provided notice of the information included herein to the Committee. This Declaration shall constitute notice to the U.S. Trustee, the Debtors, and all other parties in interest that, effective January 1, 2020, Milbank's standard hourly rates for attorneys and paraprofessionals (the "2020 Hourly Rates") are as follows:

- The hourly rates for partners range from $1,215 per hour to $1,615 per hour;

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Retention Order.

- The hourly rates for "counsel," "special counsel" and "senior attorneys" range from $1,175 per hour to $1,380 per hour;

- The hourly rates for associates range from $475 per hour to $1,045 per hour; and

- The hourly rates for paraprofessionals range from $240 per hour to $385 per hour.

3. As set forth in the Retention Application and the Kreller Declaration in support thereof, Milbank's hourly rates are set at a level designed to fairly compensate Milbank for the work of its attorneys and paraprofessionals. Milbank's hourly rates are subject to periodic adjustment to reflect economic and other conditions and are consistent with the rates charged by other firms rendering comparable services. In accordance with section 330(a)(3) of the Bankruptcy Code, Milbank represents that the 2020 Hourly Rates, as set forth herein: (a) reflect economic and other conditions, (b) are consistent with rates charged elsewhere, and (c) are reasonable based on the customary compensation charged by practitioners of comparable skill in cases other than cases under the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 24, 2020, in Los Angeles, California

Respectfully submitted,

*/s/ Thomas R. Kreller*
Thomas R. Kreller
Member of the Firm