**MILBANK LLP**
Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Attorneys for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **DECLARATION OF SAMUEL STAR REGARDING HOURLY RATES OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

I, Samuel Star, under penalty of perjury, declare as follows:

1. I am a Senior Managing Director with FTI Consulting, Inc., together with its wholly owned subsidiaries ("FTI"), an international consulting firm.

2. I am duly authorized to make this declaration (this "Declaration") on behalf of FTI in connection with the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 and Fed. R. Bankr. P. 2014(a) for Authorization to Retain and Employ FTI Consulting, Inc. as Financial Advisor* Nunc Pro Tunc *to February 12, 2019* [Dkt. No. 1212] (the "Application"),[1] seeking authorization to retain FTI as financial advisor to the Committee on the terms, and subject to the conditions, set forth therein.

3. I have personal knowledge of the matters set forth herein and, if called as a witness, I would testify thereto.

4. On April 3, 2019, the Committee filed the Application, together with, among other things, my supporting declaration dated April 2, 2019. On May 28, 2019, the Court entered the *Order Authorizing the Official Committee of Unsecured Creditors to Retain and Employ FTI Consulting, Inc. as Financial Advisor* Nunc Pro Tunc *to February 12, 2019* [Dkt. No. 2252] (the "Retention Order").

5. Paragraph 23 of the Application sets forth the range of hourly rates charged by FTI for professionals anticipated to be assigned to this case:

   a. Senior Managing Directors: $725–$1,260
   b. Directors, Senior Directors, Managing Directors: $510–$880
   c. Consultants, Senior Consultants: $310–$640
   d. Administrative, Paraprofessionals: $125–$275

6. The Application also states that these rates are "subject to hourly adjustments." Application at ¶ 23.

---

[1] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Application.

7. In the ordinary course, FTI has adjusted the hourly rates charged by its professionals. As of January 1, 2020, the hourly rates charged by FTI professionals anticipated to be assigned to this case are (the "2020 Hourly Rates"):

 a. Senior Managing Directors: $760–$1,340
 b. Directors, Senior Directors, Managing Directors: $535–$905
 c. Consultants, Senior Consultants: $325–$660
 d. Administrative, Paraprofessionals: $150–$280

8. FTI previously provided notice of the above rate adjustments to the Committee. This Declaration shall constitute notice to the U.S. Trustee, the Debtors, and all other parties in interest of the same.

9. In accordance with section 330(a)(3) of the Bankruptcy Code, FTI represents that the 2020 Hourly Rates, as set forth herein: (a) reflect economic and other conditions, (b) are consistent with rates charged elsewhere, and (c) are reasonable based on the customary compensation charged by practitioners of comparable skill in cases other than cases under the Bankruptcy Code.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on January 24, 2020.

/s/ Samuel Star
Samuel Star
Senior Managing Director
FTI Consulting Inc.