# **Exhibit A**

| Date Statement Filed | Period Covered | Total Compensation and Expenses Incurred for Period Covered | | Total Amount of Fees Authorized to be Paid Pursuant to Interim Compensation Order | Total Amount of Expenses Authorized to be Paid Pursuant to Interim Compensation Order | Objected Amount | Holdback Fees Amount |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees w/ No Objection (@ 80%) | Expenses (@ 100%) | | Fees w/ No Objection (@ 20%) |
| December 30, 2019 | 10/01/19 - 10/31/19 | $601,173.00 | $31,430.98 | $391,658.00 | $31,430.98 | $111,600.50 | $97,914.50 |