1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit A**

**OCP Declaration and Retention Questionnaire for Law Office of Juliana M. Cipriano**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                  **Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION AND DISCLOSURE STATEMENT OF JULIANA M. CIPRIANO, ON BEHALF OF LAW OFFICE OF JULIANA M. CIPRIANO** |
| ☐    Affects PG&E Corporation<br>✔    Affects Pacific Gas and Electric Company<br>☐    Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

I, Juliana M. Cipriano, hereby declare as follows:

1.     I am a Sole Proprietor of Law Office of Juliana M. Cipriano, located at 14900 Magnolia Blvd., #55695, Sherman Oaks, CA 91403 (the "**Firm**").

2.     PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases, have requested that the Firm provide Legal services to the Debtors, and the Firm has consented to provide such services (the "**Services**").

3.     The Services include, but are not limited to, the following:

Workers' Compensation Defense.

4.     The Firm may have performed services in the past and may perform services in the future, in matters unrelated to these chapter 11 cases, for persons that are parties in interest in the Debtors' chapter 11 cases. As part of its customary practice, the Firm is retained in cases, proceedings, and transactions involving many different parties, some of whom may represent or be claimants or employees of the Debtors, or other parties in interest in these chapter 11 cases. The Firm does not perform services for any such person in connection with these chapter 11 cases. In addition, the Firm

ORDINARY COURSE PROFESSIONAL
DECLARATION AND DISCLOSURE STATEMENT

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

does not have any relationship with any such person, such person's attorneys, or such person's accountants that would be adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

5. The Firm does not receive compensation from third party sources other than the Debtors for the Services.

6. Neither I, nor any principal of, or professional employed by the Firm has agreed to share or will share any portion of the compensation to be received from the Debtors with any other person other than principals and regular employees of the Firm.

7. Neither I nor any principal of, or professional employed by the Firm, insofar as I have been able to ascertain, holds or represents any interest materially adverse to the Debtors or their estates with respect to the matters on which the Firm is to be retained.

8. As of the commencement of this chapter 11 case, the Debtors owed the Firm $0.00 in respect of prepetition services rendered to the Debtors.

9. The Firm is conducting further inquiries regarding its retention by any creditors of the Debtors, and upon conclusion of this inquiry, or at any time during the period of its employment, if the Firm should discover any facts bearing on the matters described herein, the Firm will supplement the information contained in this Declaration.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration and Disclosure Statement was executed on January 22, 2020, at Sherman Oaks, California.

Juliana M. Cipriano

ORDINARY COURSE PROFESSIONAL                    2
DECLARATION AND DISCLOSURE STATEMENT

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                                 **Debtors.** | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br>(Jointly Administered)<br><br>**RETENTION QUESTIONNAIRE** |
| ☐    Affects PG&E Corporation<br>✔    Affects Pacific Gas and Electric Company<br>☐    Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

TO BE COMPLETED BY PROFESSIONALS EMPLOYED by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "**Debtors**") in the above-captioned chapter 11 cases.

All questions **must** be answered. Please use "none," "not applicable," or "N/A," as appropriate. If more space is needed, please complete on a separate page and attach.

1.      Name and address of professional:

Juliana M. Cipriano

14900 Magnolia Blvd., # 55695

Sherman Oaks, CA 91403

2.      Date of retention: 1/16/2020

3.      Type of services to be provided:

Legal Services – Defense workers' compensation claims filed against Pacific Gas & Electric ("PG&E") by employees of PG&E.

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

4. Brief description of services to be provided:

Legal defense of workers' compensation claims filed by PG&E employees

5. Arrangements for compensation (hourly, contingent, etc.):

$175.00 per hour plus reimbursement for all related costs.

(a)     Average hourly rate (if applicable): $175

(b)     Estimated average monthly compensation based on prepetition retention (if company was employed prepetition):

N/A

(c)     Disclose the nature of any compensation arrangement whereby the company is reimbursed by a third party for services provided to the Debtors (if applicable):

N/A

6. Prepetition claims against the Debtors held by the company:

Amount of claim:  N/A

Date claim arose:  N/A

Nature of claim: N/A

7. Prepetition claims against the Debtors held individually by any member, associate, or employee of the company:

Name:  N/A

Status:  N/A

Amount of claim: N/A

Date claim arose: N/A

Nature of claim:  N/A

8. Disclose the nature and provide a brief description of any interest adverse to the Debtors or to their estates for the matters on which the professional is to be employed:

None

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

ORDINARY COURSE PROFESSIONAL
RETENTION QUESTIONNAIRE

9.   Name and title of individual completing this form:

Juliana M. Cipriano

Dated: January 22, 2020

_____
Signature of Individual Completing Form

ORDINARY COURSE PROFESSIONAL            3
RETENTION QUESTIONNAIRE