# EXHIBIT A

## HOURS BY PROFESSIONAL
## FOR THE PERIOD DECEMBER 18, 2019 THROUGH JANUARY 17, 2020

| PROFESSIONAL | POSITION | TOTAL HOURS |
|---|---|---|
| Adam Goldberg | Partner | 7.50 |
| Alexander Lange | Senior Director | 27.50 |
| Emily Seeley | Account Manager | 23.00 |
| **TOTAL** | | **58.00** |