# EXHIBIT B

## HOURS BY TASK FOR
## FOR THE PERIOD DECEMBER 18, 2019 THROUGH JANUARY 17, 2020

| TASK DESCRIPTION | HOURS |
|---|---:|
| Emails with Client and/or Client Attorney | 14.50 |
| Telephone Calls with Client and/or Client Attorney | 4.50 |
| Internal Client Meetings | 6.00 |
| Research and Writing | 5.00 |
| Working with the Media | 20.00 |
| Communications with External Stakeholders | 8.00 |
| **TOTAL** | **58.00** |