# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD DECEMBER 18, 2019 THROUGH JANUARY 17, 2020

| EXPENSES | AMOUNTS |
|---|---|
| Digital Advertisements re Claims Filing Deadline | $3,756.81 |
| **TOTAL EXPENSES REQUESTED:** | **$3,756.81** |