# EXHIBIT D

# Detailed Time Entries

# ADAM GOLDBERG

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 12/18/19 | .5 | Call with Client and/or Client Attorneys |
|  | .5 | Internal Client Meetings |
| 12/19/19 | .5 | Internal Client Meetings |
| 12/27/19 | .5 | Communications with External Stakeholders |
| 12/28/19 | .5 | Internal Client Meetings |
| 1/02/20 | .5 | Internal Client Meetings |
| 1/06/20 | .5 | Emails with Client and/or Client Attorneys |
|  | .5 | Internal Client Meetings |
| 1/07/20 | .5 | Call with Client and/or Client Attorneys |
| 1/08/20 | .5 | Research and Writing |
|  | .5 | Emails with Client and/or Client Attorneys |
| 1/09/20 | .5 | Internal Client Meetings |
| 1/10/20 | .5 | Internal Client Meetings |
| 1/13/20 | .5 | Internal Client Meetings |
| 1/15/20 | .5 | Internal Client Meetings |
|  |  |  |
| **TOTAL** | **7.5** |  |

**ALEXANDER LANGE**

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 12/18/19 | .5 | Calls with client and/or client attorneys |
| | .5 | Communications with external stakeholders |
| 12/19/19 | .5 | Working with the media |
| | .5 | Communications with external stakeholders |
| | .5 | Emails with client and/or client attorneys |
| 12/20/19 | .5 | Calls with client and/or client attorneys |
| | .5 | Working with the media |
| 12/23/19 | 1 | Communications with external stakeholders |
| | .5 | Working with the media |
| 12/24/19 | .5 | Communications with external stakeholders |
| 12/26/19 | .5 | Communications with external stakeholders |
| | 1 | Working with the media |
| 12/27/19 | .5 | Communications with external stakeholders |
| | .5 | Working with the media |
| 12/29/19 | .5 | Emails with client and/or client attorneys |
| 12/30/19 | .5 | Emails with client and/or client attorneys |
| | 1.5 | Communications with external stakeholders |
| | 2 | Working with the media |
| 12/31/19 | .5 | Emails with client and/or client attorneys |
| | .5 | Working with the media |
| 1/2/20 | .5 | Internal client meetings |
| 1/6/20 | .5 | Working with the media |
| 1/6/20 | .5 | Emails with client and/or client attorneys |
| 1/7/20 | 1 | Calls with client and/or client attorneys |
| | .5 | Research and writing |
| | 1 | Working with the media |
| 1/8/20 | .5 | Research and writing |
| | .5 | Emails with client and/or client attorneys |
| | 1 | Working with the media |
| 1/9/20 | .5 | Call with client and/or client attorneys |
| 1/10/20 | .5 | Working with the media |
| | .5 | Emails with client and/or client attorneys |
| | .5 | Internal client meetings |
| 1/13/20 | .5 | Emails with client and/or client attorneys |
| | .5 | Internal client meetings |
| 1/14/20 | 1 | Working with the media |
| 1/15/20 | 1.5 | Working with the media |
| | 1 | Emails with client and/or client attorneys |

| Date | Hours | Description |
|---|---|---|
| 1/16/20 | .5 | Emails with client and/or client attorneys |
| | .5 | Working with the media |
| 1/17/20 | .5 | Working with the media |
| | | |
| **TOTAL:** | **27.5** | |

# EMILY SEELEY

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 12/18/19 | 0.5 | Communications with external stakeholders |
| | 1.5 | Emails & calls with client and/or client attorneys |
| | 0.5 | Research & Writing |
| | 0.5 | Working with the media |
| 12/19/19 | 0.5 | Working with the media |
| 12/20/19 | 0.5 | Research & Writing |
| | 1 | Emails with client and/or client attorneys |
| | 1 | Working with the media |
| 12/26/19 | 0.5 | Communications with external stakeholders |
| | 0.5 | Working with the media |
| 12/27/19 | 0.5 | Communications with external stakeholders |
| | 0.5 | Research & Writing |
| | 0.5 | Emails with client and/or client attorneys |
| 12/28/19 | 0.5 | Communications with external stakeholders |
| 12/29/19 | 0.5 | Communications with external stakeholders |
| | 0.5 | Emails with client and/or client attorneys |
| | 0.5 | Working with the media |
| 12/30/19 | 2.5 | Working with the media |
| | 1.5 | Emails & calls with client and/or client attorneys |
| | 1 | Research and writing |
| 12/31/19 | 1 | Working with the media |
| | 0.5 | Emails & calls with client and/or client attorneys |
| 1/2/20 | 0.5 | Emails with client and/or client attorneys |
| | 0.5 | Research and writing |
| 1/7/20 | 1 | Calls with client and/or client attorneys |
| 1/13/20 | 0.5 | Working with the media |
| | 0.5 | Emails with client and/or client attorneys |
| 1/15/20 | 0.5 | Research and writing |
| | 1 | Emails & calls with client and/or client attorneys |
| | 0.5 | Working with the media |
| 1/17/20 | 0.5 | Emails with client and/or client attorneys |
| | 0.5 | Working with the media |
| | | |
| | **23** | |