# EXHIBIT E

## EXPENSE DETAIL
## FOR THE PERIOD DECEMBER 18, 2019 THROUGH JANUARY 17, 2020

| DATE | PROFESSIONAL | EXPENSE DETAIL | AMOUNT |
|---|---|---|---|
| 12/20/2019 | Emily Seeley | Digital Advertisement | $900.00 |
| 12/23/2019 | Emily Seeley | Digital Advertisement | $900.00 |
| 12/26/2019 | Emily Seeley | Digital Advertisement | $900.00 |
| 12/27/2019 | Emily Seeley | Digital Advertisement | $156.81 |
| 12/30/2019 | Emily Seeley | Digital Advertisement | $900.00 |
| **TOTAL** | | | **$3,756.81** |