**EXHIBIT A**

**COMPENSATION BY PROFESSIONAL
SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

The professionals who rendered professional services in these chapter 11 cases during the Fee Period are:

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| *2018 NDT Audit Services* | | | | |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $380.00 | 5.0 | $1,900.00 |
| Pemberton, Tricia | Partner/Principal | $380.00 | 4.5 | $1,710.00 |
| Chhajer, Neha | Senior Manager | $330.00 | 28.5 | $9,405.00 |
| Kamra, Akanksha | Manager | $290.00 | 6.5 | $1,885.00 |
| Azebu, Matt | Senior Consultant | $230.00 | 37.0 | $8,510.00 |
| Hennessy, Vincent | Senior Consultant | $230.00 | 4.0 | $920.00 |
| Martin, Blake | Senior Consultant | $230.00 | 71.5 | $16,445.00 |
| Ranganathan, Akshaya | Senior Consultant | $230.00 | 116.5 | $26,795.00 |
| Varshney, Swati | Senior Consultant | $230.00 | 8.0 | $1,840.00 |
| Biswas, Sampa | Consultant | $120.00 | 0.7 | $84.00 |
| Brown, Erin | Consultant | $180.00 | 11.5 | $2,070.00 |
| Evans, Darrellyn | Consultant | $120.00 | 1.8 | $216.00 |
| Khan, Shabeer | Consultant | $120.00 | 0.6 | $72.00 |
| Medavaram, Prasanth | Consultant | $120.00 | 0.4 | $48.00 |
| Nadakuduti, Sirisha | Consultant | $120.00 | 0.2 | $24.00 |
| Paida, Kumar | Consultant | $120.00 | 0.5 | $60.00 |
| Rathinam, Sankari | Consultant | $120.00 | 1.1 | $132.00 |
| Schloetter, Lexie | Consultant | $200.00 | 0.5 | $100.00 |
| Singh, Akshay | Consultant | $180.00 | 11.0 | $1,980.00 |
| Surapaneni, Srinivasa | Consultant | $120.00 | 0.8 | $96.00 |
| Uy, Rycel | Consultant | $200.00 | 9.0 | $1,800.00 |
| Vellanki Mruthyun, Jai Kumar | Consultant | $120.00 | 0.5 | $60.00 |
| **Professional Subtotal:** | | | **320.1** | **$76,152.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **2019 Audit Services** | | | | |
| Cochran, James | Partner/Principal | $380.00 | 2.5 | $950.00 |
| Gillam, Tim | Partner/Principal | $380.00 | 3.5 | $1,330.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $380.00 | 25.0 | $9,500.00 |
| Pemberton, Tricia | Partner/Principal | $380.00 | 11.5 | $4,370.00 |
| Donahue, Nona | Managing Director | $380.00 | 1.5 | $570.00 |
| Meredith, Wendy | Managing Director | $380.00 | 2.5 | $950.00 |
| Giamanco, Patrick | Senior Manager | $330.00 | 23.5 | $7,755.00 |
| Leonard, Allison | Senior Manager | $330.00 | 0.2 | $66.00 |
| Livorsi, Tom | Senior Manager | $330.00 | 1.0 | $330.00 |
| Murdock, Elizabeth | Senior Manager | $330.00 | 20.2 | $6,666.00 |
| Potts, John | Senior Manager | $330.00 | 1.0 | $330.00 |
| Brown, Aaron | Manager | $290.00 | 4.0 | $1,160.00 |
| Jasinski, Samantha | Manager | $290.00 | 27.0 | $7,830.00 |
| Kamra, Akanksha | Manager | $290.00 | 31.5 | $9,135.00 |
| Long, Brittany | Manager | $290.00 | 6.0 | $1,740.00 |
| Misra, Saurabh | Manager | $290.00 | 22.5 | $6,525.00 |
| Adams, Haley | Senior Consultant | $230.00 | 15.5 | $3,565.00 |
| Azebu, Matt | Senior Consultant | $230.00 | 35.5 | $8,165.00 |
| Bhimani, Harika | Senior Consultant | $230.00 | 1.0 | $230.00 |
| Choudhury, Viki | Senior Consultant | $230.00 | 25.0 | $5,750.00 |
| Fazil, Mohamed | Senior Consultant | $230.00 | 44.5 | $10,235.00 |
| Florez Jaramillo, Oscar | Senior Consultant | $230.00 | 0.5 | $115.00 |
| Hennessy, Vincent | Senior Consultant | $230.00 | 1.5 | $345.00 |
| Jami, Anusha | Senior Consultant | $230.00 | 8.0 | $1,840.00 |
| Kipkirui, Winnie | Senior Consultant | $230.00 | 158.0 | $36,340.00 |
| Mantri, Arvind | Senior Consultant | $230.00 | 10.0 | $2,300.00 |
| Martin, Blake | Senior Consultant | $230.00 | 54.5 | $12,535.00 |
| Rice, Blake | Senior Consultant | $230.00 | 48.0 | $11,040.00 |
| Varshney, Swati | Senior Consultant | $230.00 | 21.0 | $4,830.00 |
| Yuen, Jennifer | Senior Consultant | $230.00 | 1.2 | $276.00 |
| Alfahhad, Abdulrahman | Consultant | $200.00 | 76.0 | $15,200.00 |
| Bedi, Arpit | Consultant | $200.00 | 136.0 | $27,200.00 |
| Bhattacharya, Ayush | Consultant | $200.00 | 37.0 | $7,400.00 |
| Brown, Erin | Consultant | $180.00 | 23.0 | $4,140.00 |
| Chopra, Harshita | Consultant | $180.00 | 27.5 | $4,950.00 |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Fantom, Tiffany | Consultant | $120.00 | 0.5 | $60.00 |
| K, Kavya | Consultant | $200.00 | 8.0 | $1,600.00 |
| Nambiar, Sachin | Consultant | $200.00 | 16.5 | $3,300.00 |
| Schloetter, Lexie | Consultant | $200.00 | 120.0 | $24,000.00 |
| Uy, Rycel | Consultant | $200.00 | 59.0 | $11,800.00 |
| **Professional Subtotal:** | | | **1,111.1** | **$256,423.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|

### *AB 1054 Wildfire Fund*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Barton, Doug | Partner/Principal | $760.00 | 17.9 | $13,604.00 |
| Gillam, Tim | Partner/Principal | $760.00 | 10.5 | $7,980.00 |
| Graf, Bill | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Green, Mike | Partner/Principal | $760.00 | 1.5 | $1,140.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $760.00 | 13.0 | $9,880.00 |
| Sojkowski, Rick | Partner/Principal | $760.00 | 2.5 | $1,900.00 |
| Weller, Curt | Partner/Principal | $760.00 | 10.6 | $8,056.00 |
| Barclay, Kelsey | Senior Manager | $660.00 | 10.2 | $6,732.00 |
| Roll, Kevin | Senior Manager | $660.00 | 3.0 | $1,980.00 |
| Gyoerkoe, Michael | Manager | $580.00 | 2.5 | $1,450.00 |
| Jasinski, Samantha | Manager | $580.00 | 0.5 | $290.00 |
| Sakalova, Vera | Manager | $580.00 | 4.5 | $2,610.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 16.5 | $7,590.00 |
| Brown, Erin | Consultant | $350.00 | 2.0 | $700.00 |
| **Professional Subtotal:** | | | **95.7** | **$64,292.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|

### *Accounting Consultations*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Clark, Brian | Partner/Principal | $760.00 | 1.2 | $912.00 |
| Gillam, Tim | Partner/Principal | $760.00 | 5.5 | $4,180.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $760.00 | 2.5 | $1,900.00 |
| Meredith, Wendy | Managing Director | $760.00 | 6.0 | $4,560.00 |
| Cheung, Elise | Senior Manager | $660.00 | 1.5 | $990.00 |
| Jasinski, Samantha | Manager | $580.00 | 1.5 | $870.00 |
| Martin, Blake | Senior Consultant | $460.00 | 1.0 | $460.00 |
| Rice, Blake | Senior Consultant | $460.00 | 12.0 | $5,520.00 |
| **Professional Subtotal:** | | | **31.2** | **$19,392.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **California Wildfires** | | | | |
| Gillam, Tim | Partner/Principal | $760.00 | 4.6 | $3,496.00 |
| Choudhary, Devesh | Managing Director | $760.00 | 1.0 | $760.00 |
| Meredith, Wendy | Managing Director | $760.00 | 0.5 | $380.00 |
| Murdock, Elizabeth | Senior Manager | $660.00 | 1.0 | $660.00 |
| Jasinski, Samantha | Manager | $580.00 | 1.0 | $580.00 |
| Kamra, Akanksha | Manager | $580.00 | 2.0 | $1,160.00 |
| Adams, Haley | Senior Consultant | $460.00 | 0.5 | $230.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 31.5 | $14,490.00 |
| Martin, Blake | Senior Consultant | $460.00 | 6.0 | $2,760.00 |
| Rice, Blake | Senior Consultant | $460.00 | 1.0 | $460.00 |
| Varshney, Swati | Senior Consultant | $460.00 | 6.0 | $2,760.00 |
| **Professional Subtotal:** | | | **55.1** | **$27,736.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Lease Accounting Services** | | | | |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $365.00 | 6.5 | $2,372.50 |
| Murdock, Elizabeth | Senior Manager | $325.00 | 3.5 | $1,137.50 |
| **Professional Subtotal:** | | | **10.0** | **$3,510.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Post Bankruptcy Matters** | | | | |
| Gillam, Tim | Partner/Principal | $760.00 | 3.4 | $2,584.00 |
| Meredith, Wendy | Managing Director | $760.00 | 2.0 | $1,520.00 |
| Murdock, Elizabeth | Senior Manager | $660.00 | 1.5 | $990.00 |
| Jasinski, Samantha | Manager | $580.00 | 13.0 | $7,540.00 |
| Hennessy, Vincent | Senior Consultant | $460.00 | 2.5 | $1,150.00 |
| Martin, Blake | Senior Consultant | $460.00 | 0.5 | $230.00 |
| Rice, Blake | Senior Consultant | $460.00 | 6.0 | $2,760.00 |
| **Professional Subtotal:** | | | **28.9** | **$16,774.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Preparation of Fee Applications** | | | | |
| Meredith, Wendy | Managing Director | $380.00 | 1.0 | $380.00 |
| Jasinski, Samantha | Manager | $290.00 | 12.5 | $3,625.00 |
| Azebu, Matt | Senior Consultant | $230.00 | 16.5 | $3,795.00 |
| Gutierrez, Dalia | Project Controller | $200.00 | 45.8 | $9,160.00 |
| **Professional Subtotal:** | | | **75.8** | **$16,960.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Regulatory Accounting** | | | | |
| Gillam, Tim | Partner/Principal | $760.00 | 7.0 | $5,320.00 |
| Graf, Bill | Partner/Principal | $760.00 | 1.0 | $760.00 |
| Kilkenny, Tom | Partner/Principal | $760.00 | 2.5 | $1,900.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $760.00 | 11.0 | $8,360.00 |
| Meredith, Wendy | Managing Director | $760.00 | 2.5 | $1,900.00 |
| Jasinski, Samantha | Manager | $580.00 | 2.5 | $1,450.00 |
| Martin, Blake | Senior Consultant | $460.00 | 8.0 | $3,680.00 |
| Rice, Blake | Senior Consultant | $460.00 | 4.5 | $2,070.00 |
| Schloetter, Lexie | Consultant | $390.00 | 19.0 | $7,410.00 |
| **Professional Subtotal:** | | | **58.0** | **$32,850.00** |
| **Total** | | | **1,785.9** | **$514,089.00** |

| Adjustment | | | | |
|---|---|---|---|---|
| Voluntary Reduction - 2018 NDT Audit Services | | | | ($58,901.00) |
| **Total** | | | | **$455,188.00** |