# EXHIBIT B

## COMPENSATION BY CATEGORY FOR SERVICES RENDERED BY DELOITTE & TOUCHE LLP FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

| Categories | Hours | Fees |
|---|---:|---:|
| 2018 NDT Audit Services | 320.1 | $76,152.00 |
| 2019 Audit Services | 1,111.1 | $256,423.00 |
| AB 1054 Wildfire Fund | 95.7 | $64,292.00 |
| Accounting Consultations | 31.2 | $19,392.00 |
| California Wildfires | 55.1 | $27,736.00 |
| Lease Accounting Services | 10.0 | $3,510.00 |
| Post Bankruptcy Matters | 28.9 | $16,774.00 |
| Preparation of Fee Applications | 75.8 | $16,960.00 |
| Regulatory Accounting | 58.0 | $32,850.00 |
| **Fees Category Subtotal :** | **1,785.9** | **$514,089.00** |

| Adjustment | | |
|---|---|---:|
| Voluntary Reduction - 2018 NDT Audit Services | | ($58,901.00) |
| **Total** | | **$455,188.00** |