# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

| Expense Categories | Total Expenses for the Period |
|---|---:|
| Airfare | $2,577.15 |
| Hotel | $886.20 |
| **Expense Category Subtotal :** | **$3,463.35** |