# EXHIBIT E

# EXPENSE DETAIL FOR THE PERIOD
# SEPTEMBER 1, 2019 THROUGH SEPEMBER 30, 2019

# PG&E Corporation and Pacific Gas and Electric Company
## Deloitte & Touche LLP
## Expenses Sorted by Category for the Fee Period
September 01, 2019 - September 30, 2019

| Category | Date | Description | Amount |
|---|---|---|---|
| *Airfare* | | | |
| Cochran, James | 09/05/2019 | Roundtrip business class airfare from Atlanta, GA to San Francisco, CA. | $1,163.31 |
| Giamanco, Patrick | 09/05/2019 | Roundtrip coach airfare from Atlanta, GA to San Francisco, CA. | $651.55 |
| Giamanco, Patrick | 09/10/2019 | Roundtrip coach airfare from Atlanta, GA to San Francisco, CA. | $762.29 |
| Subtotal for Airfare: | | | $2,577.15 |
| *Hotel* | | | |
| Giamanco, Patrick | 09/23/2019 | 1 night hotel accomodation at Sheraton in San Francisco, CA. | $329.56 |
| Giamanco, Patrick | 09/24/2019 | 1 night hotel accomodation at Sheraton in San Francisco, CA. | $556.64 |
| Subtotal for Hotel: | | | $886.20 |
| Total | | | $3,463.35 |

## Recapitulation

| Category | Amount |
|---|---|
| Airfare | $2,577.15 |
| Hotel | $886.20 |