| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | **RAINES FELDMAN LLP**<br>Jacquelyn H. Choi (State Bar No. 211560)<br>1800 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>Telephone: 310.440.4100<br>Facsimile: 310.691.1367<br>E-mail: jchoi@raineslaw.com<br><br>Attorneys for the County of Santa Clara<br>Department of Tax and Collections |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Debtors.<br><br>☐   Affects PG&E Corporation<br>☒   Affects Pacific Gas and Electric Company<br>☐   Affects Both Debtors | Bankruptcy Case<br>No. 19-30088-DM<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS, AND REQUEST FOR INCLUSION ON MASTER MAILING LIST**<br><br>[No Hearing Required] |

**PLEASE TAKE NOTICE** that the undersigned, pursuant to Sections 342 and 1109 of the Bankruptcy Code and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), hereby appear on behalf of the County of Santa Clara Department of Tax and Collections ("Santa Clara County"), and hereby request that they receive papers and pleadings filed in the above-entitled case or any subsequently filed adversary proceedings which require notice to parties in interest, including without limitation, all notices and papers referred to in Bankruptcy Rules 2002, 3017, 9007, and 9010(b); copies of all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests (whether for relief from stay, adequate protection or otherwise); any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, messenger, service, facsimile or otherwise. By this request, the undersigned requests that such notice be provided to the following:

> **RAINES FELDMAN LLP**
> Jacquelyn H. Choi
> 1800 Avenue of the Stars, 12th Floor
> Los Angeles, CA 90067
> Telephone: 310.440.4100
> Facsimile: 310.691.1367
> E-mail: jchoi@raineslaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, email, telegraph, telex or otherwise filed or made with regard to the referenced case and proceedings herein.

Neither this request nor notice and service nor any later appearance, pleadings, claim or suit (1) is a consent to jurisdiction or waives any objection that may be made to the jurisdiction of the Court, (2) is a consent to have any attorney accept service of process of a pleading or other paper initiating a contested matter, (3) waives any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) waives any other substantive or procedural right.

This request for notice and service is without prejudice to Santa Clara County's rights, remedies, claims, action defenses, setoffs or recoupments in law or in equity against the Debtor, anyone else or other entities either in this case or in any other action all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: January 24, 2019  RAINES FELDMAN LLP

By: /s/ Jacquelyn H. Choi
Jacquelyn H. Choi
Attorneys for the County of Santa Clara
Department of Tax and Collections