# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

The attorneys and paraprofessionals who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Evan R. Chesler | Litigation | 1976 | $1,500 | 52.10 | $78,150.00 |
| Peter T. Barbur | Litigation | 1989 | 1,500 | 205.40 | 308,100.00 |
| Richard A. Hall | Corporate | 1989 | 1,500 | 60.70 | 91,050.00 |
| Julie A. North | Litigation | 1990 | 1,500 | 169.10 | 253,650.00 |
| Andrew W. Needham | Tax | 1995 | 1,500 | 39.30 | 58,950.00 |
| George E. Zobitz | Corporate | 1996 | 1,500 | 94.50 | 141,750.00 |
| Darin P. McAtee | Litigation | 1993 | 1,500 | 97.60 | 146,400.00 |
| Timothy G. Cameron | Litigation | 1999 | 1,500 | 217.30 | 325,950.00 |
| Paul H. Zumbro | Corporate | 1998 | 1,500 | 130.80 | 196,200.00 |
| Kevin J. Orsini | Litigation | 2004 | 1,500 | 267.70 | 401,550.00 |
| J. Wesley Earnhardt | Litigation | 2005 | 1,350 | 48.50 | 65,475.00 |
| Benjamin Gruenstein | Litigation | 2000 | 1,350 | 26.80 | 36,180.00 |
| Damaris Hernandez | Litigation | 2008 | 1,350 | 204.90 | 276,615.00 |
| Nicholas A. Dorsey | Corporate | 2010 | 1,100 | 21.00 | 23,100.00 |
| Andrew C. Elken | Corporate | 2009 | 1,100 | 16.60 | 18,260.00 |
| **Total Partners:** | | | | **1,652.30** | **$2,421,380.00** |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Christopher J. Kelly | Corporate | 2000 | $1,240 | 61.00 | $75,640.00 |
| Evan Norris | Litigation | 2003 | 1,025 | 212.70 | 218,017.50 |
| Lillian S. Grossbard | Litigation | 1998 | 1,020 | 233.50 | 238,170.00 |
| Deborah L. Fox | Litigation | 2008 | 975 | 50.00 | 48,750.00 |
| Scott Reents | Litigation | 2008 | 975 | 238.40 | 232,440.00 |
| Nathan Denning | Litigation | 2011 | 960 | 244.20 | 234,432.00 |
| Brittany L. Sukiennik | Litigation | 2012 | 960 | 284.00 | 272,640.00 |
| Daniel C. Haaren | Corporate | 2013 | 960 | 190.70 | 183,072.00 |
| Paul Sandler | Corporate | 2014 | 960 | 111.90 | 107,424.00 |
| Katherine D. Janson | Litigation | 2006 | 945 | 81.50 | 77,017.50 |
| Christopher Beshara | Litigation | 2015 | 940 | 306.80 | 288,392.00 |
| Kelsie Docherty | Litigation | 2015 | 940 | 231.60 | 217,704.00 |
| Michael Zaken | Litigation | 2015 | 940 | 204.50 | 192,230.00 |
| Brendan Benedict | Litigation | 2016 | 890 | 73.50 | 65,415.00 |
| Christina Barreiro | Litigation | 2016 | 890 | 264.10 | 235,049.00 |
| Clay H. Greenberg | Litigation | 2016 | 890 | 50.60 | 45,034.00 |
| Matthias Thompson | Litigation | 2016 | 890 | 188.70 | 167,943.00 |
| Max A. Winograd | Litigation | 2016 | 890 | 164.20 | 146,138.00 |
| Molly Jamison | Litigation | 2016 | 890 | 74.80 | 66,572.00 |
| Norman J. Walczak | Corporate | 2016 | 890 | 27.20 | 24,208.00 |
| Salah M. Hawkins | Litigation | 2016 | 890 | 272.30 | 242,347.00 |
| Flora Ng | Litigation | 2017 | 855 | 23.80 | 20,349.00 |
| Grant S. May | Litigation | 2017 | 855 | 228.80 | 195,624.00 |
| Marco Wong | Litigation | 2017 | 855 | 255.30 | 218,281.50 |
| Melissa Valladares | Litigation | 2017 | 855 | 177.40 | 151,677.00 |
| Sarah V. Warburg-Johnson | Litigation | 2017 | 855 | 105.70 | 90,373.50 |
| Alex Weiss | Litigation | 2018 | 840 | 226.90 | 190,596.00 |
| Allison Kempf | Litigation | 2018 | 840 | 132.00 | 110,880.00 |
| Allison Tilden | Litigation | 2018 | 840 | 286.30 | 240,492.00 |
| Bradley R. Niederschulte | Litigation | 2018 | 840 | 207.80 | 174,552.00 |
| Christina S. Shin | Corporate | 2018 | 840 | 22.20 | 18,648.00 |
| Jessica Choi | Litigation | 2018 | 840 | 36.50 | 30,660.00 |
| Jonathan D. Mooney | Litigation | 2018 | 840 | 160.80 | 135,072.00 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Katherine O'Koniewski | Litigation | 2018 | 840 | 100.30 | 84,252.00 |
| Michael Ardeljan | Litigation | 2018 | 840 | 88.20 | 74,088.00 |
| Monica D. Kozycz | Litigation | 2018 | 840 | 284.90 | 239,316.00 |
| Patrick S. Taylor | Corporate | 2018 | 840 | 72.80 | 61,152.00 |
| Sarah M. Topol | Litigation | 2018 | 840 | 271.50 | 228,060.00 |
| Edgar Myer | Litigation | 2017 (Admitted in New South Wales) | 750 | 206.70 | 155,025.00 |
| Christopher J. Charlton | Litigation | 2018 (Admitted in England and Wales) | 750 | 71.30 | 53,475.00 |
| Aishlinn R. Bottini | Litigation | 2019 | 750 | 54.60 | 40,950.00 |
| Andrea Thompson | Litigation | 2019 | 750 | 18.40 | 13,800.00 |
| Caleb Robertson | Litigation | 2019 | 750 | 282.80 | 212,100.00 |
| Derek Mong | Litigation | 2019 | 750 | 167.30 | 125,475.00 |
| Feyilana Lawoyin | Litigation | 2019 | 750 | 94.10 | 70,575.00 |
| Kalana Kariyawasam | Litigation | 2019 | 750 | 168.90 | 126,675.00 |
| Lauren A. Cole | Litigation | 2019 | 750 | 255.00 | 191,250.00 |
| Margaret Fleming | Corporate | 2019 | 750 | 188.00 | 141,000.00 |
| Mika Madgavkar | Litigation | 2019 | 750 | 161.80 | 121,350.00 |
| Sara Bodner | Litigation | 2019 | 750 | 262.10 | 196,575.00 |
| Seann Archibald | Corporate | 2019 | 750 | 22.90 | 17,175.00 |
| Sofia Gentel | Litigation | 2019 | 750 | 226.00 | 169,500.00 |
| Sylvia Mahaffey | Corporate | 2019 | 750 | 45.70 | 34,275.00 |
| Ya Huang | Corporate | 2019 | 750 | 139.50 | 104,625.00 |
| Vanessa Isler | Corporate | 2015 (Admitted in Switzerland) | 645 | 69.20 | 44,634.00 |
| Andrew Astore | Corporate | 2019* | 595 | 81.90 | 48,730.50 |
| Swara Saraiya | Litigation | 2019* | 595 | 256.00 | 152,320.00 |
| Evan Siegel | Litigation | 2020* | 595 | 250.70 | 149,166.50 |
| Harold King | Corporate | 2020* | 595 | 166.90 | 99,305.50 |
| William LaRosa | Litigation | 2020* | 595 | 269.70 | 160,471.50 |
| Benjamin Wylly | Litigation | ** | 595 | 100.30 | 59,678.50 |
| Cristopher Ray | Litigation | ** | 595 | 62.50 | 37,187.50 |
| Shanique Campbell | Litigation | ** | 595 | 199.90 | 118,940.50 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Tammuz Huberman | Corporate | ** | 595 | 42.40 | 25,228.00 |
| Marisa Wheeler | Litigation | 2003 | 565 | 202.50 | 114,412.50 |
| Raffaele DiMaggio | Litigation | 2004 | 565 | 314.00 | 177,410.00 |
| Joel Hagood | Litigation | 2010 | 565 | 269.50 | 152,267.50 |
| Jay Holt | Litigation | 1977 | 415 | 246.20 | 102,173.00 |
| Katherine Geraci | Litigation | 1984 | 415 | 220.90 | 91,673.50 |
| Alain Rozan | Litigation | 1985 | 415 | 332.00 | 137,780.00 |
| Andrea Naham | Litigation | 1987 | 415 | 295.00 | 122,425.00 |
| Matthew Goetz | Litigation | 1992 | 415 | 270.80 | 112,382.00 |
| Louise Quick | Litigation | 1993 | 415 | 279.20 | 115,868.00 |
| Trebor Lloyd | Litigation | 1993 | 415 | 206.60 | 85,739.00 |
| Grace Sommero | Litigation | 1995 | 415 | 273.70 | 113,585.50 |
| Andrew Weiner | Litigation | 1997 | 415 | 276.00 | 114,540.00 |
| Jianlong Sun | Litigation | 1998 | 415 | 72.20 | 29,963.00 |
| Samuel McLamore | Litigation | 2000 | 415 | 57.70 | 23,945.50 |
| Bradley Hillis | Litigation | 2002 | 415 | 58.50 | 24,277.50 |
| Peter Lee | Litigation | 2004 | 415 | 269.10 | 111,676.50 |
| Peter Truong | Litigation | 2004 | 415 | 311.70 | 129,355.50 |
| Andrew Sreniawski | Litigation | 2005 | 415 | 58.00 | 24,070.00 |
| Karen Dodson-Dobson | Litigation | 2005 | 415 | 68.20 | 28,303.00 |
| Alejandro MacLean | Litigation | 2005 | 415 | 164.30 | 68,184.50 |
| Robert Njoroge | Litigation | 2008 | 415 | 226.10 | 93,831.50 |
| Moshe K. Silver | Litigation | 2009 | 415 | 270.60 | 112,299.00 |
| Daniel Berkowitz | Litigation | 2010 | 415 | 221.50 | 91,922.50 |
| Michael Pfeffer | Litigation | 2010 | 415 | 111.50 | 46,272.50 |
| Dianne Rim | Litigation | 2011 | 415 | 260.50 | 108,107.50 |
| Donald Sanyi | Litigation | 2011 | 415 | 76.60 | 31,789.00 |
| Elizabeth Shura | Litigation | 2011 | 415 | 259.90 | 107,858.50 |
| Jane Dryer | Litigation | 2011 | 415 | 55.20 | 22,908.00 |
| Michael Fessler | Litigation | 2011 | 415 | 243.00 | 100,845.00 |
| Elizabeth Varas | Litigation | 2013 | 415 | 268.10 | 111,261.50 |
| Joanna Ingalls | Litigation | 2013 | 415 | 204.90 | 85,033.50 |
| Ryan Spence | Litigation | 2013 | 415 | 225.70 | 93,665.50 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Kimberly Tolman | Litigation | 2014 | 415 | 244.10 | 101,301.50 |
| Matthew Ng | Litigation | 2014 | 415 | 198.10 | 82,211.50 |
| Nathan Ancheta | Litigation | 2017 | 415 | 186.90 | 77,563.50 |
| **Total Associates:** | | | | **17,410.80** | **$11,459,097.50** |

\* - Admitted following Fee Period.
\*\* - Not yet admitted.

| NAME OF PARAPROFESSIONALS: | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Janet Venegas Fernando | Litigation Technology | $400 | 114.70 | $45,880.00 |
| Miguel Gonzalez | Litigation Technology | 385 | 61.80 | 23,793.00 |
| Vaughn Harper | Litigation Technology | 385 | 31.00 | 11,935.00 |
| John McCormack | Litigation Support | 360 | 46.70 | 16,812.00 |
| Jonathan Morales | Litigation Technology | 360 | 75.40 | 27,144.00 |
| Roberto Severini | Litigation Technology | 360 | 138.70 | 49,932.00 |
| Brittany Dobson | Litigation Support | 335 | 150.50 | 50,417.50 |
| Somaiya Kibria | Litigation Support | 335 | 188.80 | 63,248.00 |
| Elizabeth Lewis | Litigation Legal Assistant | 310 | 31.50 | 9,765.00 |
| Erin Munro | Litigation Legal Assistant | 310 | 40.50 | 12,555.00 |
| Jim Bell | Litigation Legal Assistant | 310 | 203.30 | 63,023.00 |
| Joan Lewandowski | Litigation Legal Assistant | 310 | 253.90 | 78,709.00 |
| Kathleen Driscoll | Litigation Legal Assistant | 310 | 202.00 | 62,620.00 |
| Katie Dillon | Litigation Legal Assistant | 310 | 16.50 | 5,115.00 |
| Stephanie Scanzillo | Litigation Legal Assistant | 310 | 223.20 | 69,192.00 |
| Charlie Zhen | Litigation Legal Assistant | 290 | 229.90 | 66,671.00 |
| Husniye Cogur | Litigation Legal Assistant | 290 | 197.00 | 57,130.00 |
| Jessica Farrell | Litigation Legal Assistant | 290 | 128.10 | 37,149.00 |
| Nicole Jakobson | Litigation Legal Assistant | 290 | 207.00 | 60,030.00 |
| Raley Abramczyk | Litigation Legal Assistant | 290 | 292.20 | 84,738.00 |
| Rebecca O'Neill | Litigation Legal Assistant | 290 | 190.40 | 55,216.00 |
| Veronica Velasco | Litigation Legal Assistant | 290 | 239.00 | 69,310.00 |
| Vivian Fernandez | Litigation Legal Assistant | 290 | 267.00 | 77,430.00 |
| **Total Paraprofessionals:** | | | **3,529.10** | **$1,097,814.50** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $1,465.46 | 1,652.30 | $2,421,380.00 |
| Associates | 658.16 | 17,410.80 | 11,459,097.50 |
| Paraprofessionals | 311.07 | 3,529.10 | 1,097,814.50 |
| **Blended Attorney Rate** | **$728.13** | | |
| **Total Fees Incurred** | | **22,592.20** | **$14,978,292.00**[1] |

---

[1] Net of $96,428.50 in voluntary write offs.