# EXHIBIT B

# COMPENSATION BY WORK TASK CODE FOR
# SERVICES RENDERED BY CRAVATH, SWAINE & MOORE LLP
# FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| ADMN | Case Administration (Incl. Docket Updates and Case Calendar) | 344.70 | $112,274.50 |
| ASST | Use and Sale of Assets, Including 363 Sales | 3.80 | 3,382.00 |
| AUTO | Automatic Stay | 1.20 | 813.00 |
| BARN | Bar Date and Claims Noticing Matter | 47.40 | 34,593.50 |
| CASE | General Case Strategy | 390.70 | 296,680.50 |
| CASH | Financing / Cash Collateral | 558.90 | 497,306.50 |
| COMM | Committee Matters | 5,595.70 | 2,731,348.50 |
| CRAV | Cravath Retention and Fee Application | 335.70 | 188,828.00 |
| DSSV | Disclosure Statement / Solicitation / Voting Matters | 3.40 | 3,264.00 |
| FEEO | Retention and Fee Applications of Non-Cravath Professionals | 0.70 | 1,050.00 |
| GOVR | Corporate Governance and Securities Matters | 429.90 | 406,374.50 |
| HEAR | Hearings and Court Matters | 98.40 | 110,863.50 |
| INVS | Investigations | 857.20 | 666,780.00 |
| NONB | Non-Bankruptcy Litigation | 5,478.20 | 3,873,906.50 |
| OCMS | Other Contested Matters | 168.00 | 159,416.00 |
| OPRS | Business Operations Matters | 14.60 | 11,380.00 |
| PLAN | Plan of Reorganization / Plan Confirmation | 99.40 | 124,358.00 |
| PUBL | Public Relations Strategy | 18.60 | 17,871.00 |
| REGS | Regulatory & Legislative Matters | 1,305.00 | 803,940.00 |
| TRVL | Non-Working Travel Time | 254.00 | 247,597.50 |
| USTM | U.S. Trustee Matters / Meetings / Communications / Reports | 0.10 | 40.00 |
| WILD | Wildfire Claims Matters | 6,586.60 | 4,686,224.50 |
| **TOTAL** | | **22,592.20** | **$14,978,292.00*** |

* - Net of $96,428.50 in voluntary write offs.