# EXHIBIT C

# EXPENSE SUMMARY
## FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

| EXPENSES | AMOUNTS |
| --- | --- |
| Meals | $12,736.07 |
| Transportation | 17,669.80 |
| Courier/Mail Services | 8,439.87 |
| Duplicating | 6,950.65 |
| Miscellaneous | 2,446.80 |
| Special Disbursements (including Experts) | 1,483,056.34 |
| Travel | 232,479.73* |
| **Total Expenses Requested:** | **$1,763,779.26** |

* - Hotel expenses have been capped for reimbursement purposes at $600.00/night.