1  FRANK M. PITRE (SBN 100077)
   fpitre@cpmlegal.com
2  ALISON E. CORDOVA (SBN 284942)
   acordova@cpmlegal.com
3  **COTCHETT, PITRE & McCARTHY, LLP**
   San Francisco Airport Office Center
4  840 Malcolm Road, Suite 200
   Burlingame, OA 94010
5  Telephone: (650) 697-6000 Facsimile: (650) 697 0577
6
7  *Counsel for Tubbs Preference Plaintiffs*
   *(Wilson, Fourkas, Kamprath, and Berriz)*
8

   **UNITED STATES BANKRUPTCY COURT**
9  **NORTHERN DISTRICT OF CALIFORNIA**
   **SAN FRANCISCO DIVISION**

10

| 11 | **In re:** | Case No. 19-30088 (DM) |
|---|---|---|

Chapter 11 (Lead Case) (Jointly Administered)

12 **PG&E CORPORATION**

13 -and-

**DECLARATION OF FRANK M. PITRE IN SUPPORT OF RESPONSE TO OBJECTION TO DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 363(b) AND 105(a) AND FED. R. BANKR. P. 6004 AND 9019 FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO SETTLE THE CLAIMS OF TUBBS PREFERENCE CLAIMANTS AND (II) GRANTING RELATED RELIEF; AND DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 107(b) AND FED. R. BANKR. P. 9018 FOR ENTRY OF AN ORDER AUTHORIZING REDACTION AND SEALING OF CONFIDENTIAL INFORMATION FROM TUBBS SETTLEMENT DOCUMENTS**
[Dkt. No. 5459]

14 **PACIFIC GAS AND ELECTRIC COMPANY,**
                                    **Debtors.**

16 □ Affects PG&E Corporation

17 □ Affects Pacific Gas and Electric Company

18 ■ Affects both Debtors

19 *All papers shall be filed in the Lead Case,*
   *No. 19-30088 (DM)*

20

21

22

23  Date:    January 29, 2020
    Time:    10:00 a.m. (Pacific Time)
24  Place:   United States Bankruptcy Court
             Courtroom 17, 16th Floor
25           San Francisco, CA 94102

26

27

28

---

DECLARATION OF PITRE IN SUPPORT OF RESPONSE TO OBJECTION TO DEBTORS' MOTION RE    1

I, Frank M. Pitre, hereby declare as follows:

1.    I am an attorney at law, duly licensed to practice law in the State of California and an attorney with Cotchett, Pitre, & McCarthy, LLP, counsel for for Tubbs Preference Plaintiffs and Claimants Armando & Carmen Berriz, Armando J. Berriz, Carmen T. Berriz, Arielle Lysacek, Luis Ocon, Monica Ocon, Elizabeth Fourkas, Alissa Fourkas, Pete Fourkas, Donald Louis Kamprath, Ruth Kamprath, Christina Wilson, Gregory Wilson, the Fourkas Family Trust, and the Donald L. Kamprath and Ruth Johnson Kamprath Revocable Trust.

2.    I have been involved with litigation on behalf of wildfire and gas transmission explosion victims against PG&E since 2010. I have taken the deposition of more than 150 PG&E officers and employees since 2010. I was lead counsel in: the San Bruno Explosion litigation; the derivative action against the Board of Directors; and presently serve as co-lead counsel for the North Bay Fires JCCP. I was also involved as co-liaison counsel for the Butte Fire JCCP and served on the Executive Committee. Recently, I served as a member of the negotiating committee with bondholders and PG&E on behalf of the TCC. I was involved in discussions leading up to entry of the RSA, and am familiar with its terms, including those in the accompanying brief.

3.    I personally engaged in settling hundreds of fire victim claims with PG&E resulting from the 2010 San Bruno Gas Explosion and the 2015 Butte Fire. PG&E required that the settlements be confidential in every case. My clients also wanted their settlement amounts to be kept confidential to maintain their financial privacy.

4.    On December 4, 2020 the TCC voted unanimously to approve the RSA. For at least one month prior to the RSA approval by the TCC, Attorneys Scarpulla, Hallisey and Balabanian (along with other TCC attorneys) had engaged in RSA negotiations. Attorneys Scarpulla, Hallisey and Balabanian all were given adequate opportunity to review the RSA terms before their TCC clients voted on it and before this Court approved it on December 19, 2019.

DATED: January 24, 2020                Respectfully submitted,

**COTCHETT, PITRE & McCARTHY, LLP**

By: _/s/ Frank M. Pitre_____
Frank. M. Pitre

DECLARATION OF PITRE IN SUPPORT OF RESPONSE TO OBJECTION TO DEBTORS' MOTION RE   2