Gerald Singleton, SBN 208783
gerald@slffirm.com
Terry Singleton (SBN 58316)
terry@terrysingleton.com
J. Ross Peabody (SBN 98190)
ross@slffirm.com
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel. (619) 771-3473

**Electronically Filed: 1/24/20**

Attorneys for SLF Fire Victim Claimants
and certain Tubbs Preference Plaintiffs

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>    Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-3008 (DM) | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: January 29, 2020<br>Time: 10:00 AM<br>Place: United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102 |

     I am employed in San Diego County. I am over the age of 18 and not a party to this action. My business address is 450 A Street, 5th Floor, San Diego, CA 92101.

     On January 24, 2020, I served the foregoing document(s), described as:

1. **JOINDER OF CERTAIN TUBBS PREFERENCE PLAINTIFFS IN SUPPORT OF RESPONSE TO OBJECTIONS TO TERMS OF TUBBS SETTLEMENT DOCUMENTS**

☒    by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

1

| | |
|---|---|
| 1 | ☒ **ECF SYSTEM** On January 24, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below: |

- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Lauren T. Attard    lattard@bakerlaw.com, abalian@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder    heinz@bindermalter.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- Erin N. Brady    enbrady@jonesday.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
- Katherine Rose Catanese    kcatanese@foley.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough    aclough@loeb.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, tsouthwell@akingump.com
- John Cumming    jcumming@dir.ca.gov
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Jonathan S. Dabbieri    dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    jad@jdescalso.com, jad_9193@ecf.courtdrive.com

2

- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- Jamie P. Dreher    jdreher@downeybrand.com
- Cecily A. Dumas    cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Sally J. Elkington    sally@elkshep.com, ecf@elkshep.com
- David Emerzian    david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- Matthew A. Feldman    mfeldman@willkie.com
- Mark E. Felger    mfelger@cozen.com
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Daniel I. Forman    dforman@willkie.com
- Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot    , john.murphy@troutman.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick    cfrederick@prklaw.com
- Peter Friedman    pfriedman@omm.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Oscar Garza    ogarza@gibsondunn.com
- Duane M. Geck    dmg@severson.com
- Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com
- Barry S. Glaser    bglaser@swesq.com
- Paul R. Glassman    glassmanp@gtlaw.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com

3

- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman    egoodman@bakerlaw.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried    mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden    cameron.m.gulden@usdoj.gov
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Christopher V. Hawkins    hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- Terry L. Higham    t.higham@bkolaw.com, achavez@bkolaw.com
- James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com
- Michael R. Hogue    hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com
- Alexandra S. Horwitz    allie.horwitz@dinsmore.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang    shane.huang@usdoj.gov
- Brian D. Huben    hubenb@ballardspahr.com
- Jonathan Hughes    , jane.rustice@aporter.com
- Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola    mvi@sbj-law.com
- J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Ivan C. Jen    ivan@icjenlaw.com
- Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston    jjohnston@jonesday.com
- Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian    rjulian@bakerlaw.com
- George H. Kalikman    gkalikman@schnader.com, sdavenport@schnader.com

4

- Roberto J. Kampfner     rkampfner@whitecase.com, mco@whitecase.com
- Gary M. Kaplan     gkaplan@fbm.com, calendar@fbm.com
- Robert B. Kaplan     rbk@jmbm.com
- Eve H. Karasik     ehk@lnbyb.com
- William M. Kaufman     wkaufman@smwb.com
- Jane G. Kearl     jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller     tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly     lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy     gerald.kennedy@procopio.com, laj@procopio.com
- Samuel A. Khalil     skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder     skidder@ktbslaw.com
- Marc Kieselstein     , carrie.oppenheim@kirkland.com
- Jane Kim     jkim@kellerbenvenutti.com
- Bradley C. Knapp     , Yamille.Harrison@lockelord.com
- Thomas F. Koegel     tkoegel@crowell.com
- Andy S. Kong     kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg     , akornberg@paulweiss.com
- Bernard Kornberg     bjk@severson.com
- David I. Kornbluh     dik@millermorton.com, mhr@millermorton.com
- Jeffrey C. Krause     jkrause@gibsondunn.com, psantos@gibsondunn.com
- Thomas R. Kreller     tkreller@milbank.com, dmuhrez@milbank.com
- Lindsey E. Kress     lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser     hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger     michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Boris Kukso     boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Timothy S. Laffredi     timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping     rich@trodellalapping.com
- Omeed Latifi     olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- Michael Lauter     mlauter@sheppardmullin.com
- Ori Katz     okatz@sheppardmullin.com
- Amy Caton     acaton@kramerlevin.com
- Megan Wassan     mwasson@kramerlevin.com
- Shadi Farzan     sfarzan@sheppardmullon.com
- Francis J. Lawall     lawallf@pepperlaw.com, henrys@pepperlaw.com
- Scott Lee     scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Edward J. Leen     eleen@mkbllp.com
- Matthew A. Lesnick     matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch     bletsch@braytonlaw.com
- David B. Levant     david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin     alevin@wcghlaw.com, vcorbin@wcghlaw.com
- Marc A. Levinson     Malevinson@orrick.com, BOrozco@orrick.com
- Alexander James Demitro Lewicki     kdiemer@diemerwei.com, alewicki@diemerwei.com
- William S. Lisa     , jcaruso@nixonpeabody.com
- William S. Lisa     wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb     jon.loeb@bingham.com
- John William Lucas     jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano     jane-luciano@comcast.net
- Kerri Lyman     klyman@irell.com, lgauthier@irell.com

5

- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Michael W. Malter    michael@bindermalter.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Benjamin P. McCallen    bmccallen@willkie.com
- Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    luckey.mcdowell@bakerbotts.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kevin Montee    kmontee@monteeassociates.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias    anahmias@mbnlawyers.com
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com
- David Neier    dneier@winston.com
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Howard S. Nevins    hnevins@hsmlaw.com, lsamosa@hsmlaw.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov

6

- Matthew Jon Olson  matt@macfern.com, ecf@macfern.com
- Steven M. Olson  smo@smolsonlaw.com
- Aram Ordubegian  Ordubegian.Aram@ArentFox.com
- Gabriel Ozel  Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Margarita Padilla  Margarita.Padilla@doj.ca.gov
- Amy S. Park  amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson  donna@parkinsonphinney.com
- Peter S. Partee  , candonian@huntonak.com
- Paul J. Pascuzzi  ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Kenneth Pasquale  , mlaskowski@stroock.com
- Charles Scott Penner  penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo  vbantnerpeo@buchalter.com
- Danielle A. Pham  danielle.pham@usdoj.gov
- Thomas R. Phinney  tom@parkinsonphinney.com
- R. Alexander Pilmer  alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston  rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino  epino@epinolaw.com, staff@epinolaw.com
- Gregory Plaskett  GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin  mplevin@crowell.com
- Mark D. Poniatowski  ponlaw@ponlaw.com
- William L. Porter  bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince  cprince@lesnickprince.com
- Douglas B. Provencher  dbp@provlaw.com
- Amy C. Quartarolo  amy.quartarolo@lw.com
- Lary Alan Rappaport  lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins  jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray  hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready  smeyer@farmerandready.com
- Caroline A. Reckler  caroline.reckler@lw.com
- Steven J. Reisman  sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner  jreisner@irell.com
- Jack A. Reitman  , srichmond@lgbfirm.com
- Emily P. Rich  erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas  crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Daniel Robertson  robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester  lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers  mrogers@lambertrogers.com, jan@lambertrogers.com
- Jorian L. Rose  jrose@bakerlaw.com
- Allan Robert Rosin  arrosin@alr-law.com
- Jay M. Ross  jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau  grougeau@brlawsf.com
- Nathan Q. Rugg  nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp  trupp@kellerbenvenutti.com
- Eric E. Sagerman  esagerman@bakerlaw.com, pgedocket@bakerlaw.com
- Jonathan C. Sanders  jsanders@stblaw.com, lsoboleva@stblaw.com
- Nanette D. Sanders  nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas  Lovee.sarenas@lewisbrisbois.com

- Sunny S. Sarkis     sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage     psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio     sas@hogefenton.com
- Daren M Schlecter     daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider     bradley.schneider@mto.com
- Lisa Schweitzer     lschweitzer@cgsh.com
- David B. Shemano     dshemano@pwkllp.com
- James A. Shepherd     jim@elkshep.com, ecf@elkshep.com
- Leonard M. Shulman     lshulman@shbllp.com
- Andrew I. Silfen     andrew.silfen@arentfox.com
- Wayne A. Silver     w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon     csimon@bergerkahn.com, aketcher@bergerkahn.com
- Michael K. Slattery     mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim     dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum     jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith     asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith     adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol     jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref     rsoref@polsinelli.com
- Bennett L. Spiegel     blspiegel@jonesday.com
- Michael St. James     ecf@stjames-law.com
- Howard J. Steinberg     steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner     harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt     lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel     clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern     dstern@ktbslaw.com
- Rebecca Suarez     rsuarez@crowell.com
- Brad T. Summers     summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan     ktakvoryan@ckrlaw.com
- Kesha Tanabe     kesha@tanabelaw.com
- Elizabeth Lee Thompson     ethompson@stites.com, docketclerk@stites.com
- John C. Thornton     jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom     Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick     etredinnick@grmslaw.com
- Matthew Jordan Troy     matthew.troy@usdoj.gov
- Andrew Van Ornum     avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser     shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana     vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta     marta.villacorta@usdoj.gov
- John A. Vos     InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter     ecf@W2LG.com
- Phillip K. Wang     phillip.wang@rimonlaw.com
- Philip S. Warden     philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Lindsi M. Weber     lweber@polsinelli.com, yderac@polsinelli.com
- Genevieve G. Weiner     gweiner@gibsondunn.com
- Joseph M. Welch     jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel     DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Drew M. Widders     dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com

- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Catherine E. Woltering    cwoltering@bakerlaw.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com
- Stacey C. Quan    squan@steyerlaw. Com
- Laurie R. Hager    lhager@sussmanshank.com
- Darwin E. Farrar    darwin.farrar@cpuc.ca.gov, EDF@cpuc.ca.gov
- Alisa C. Lacey    alisa.lacey@stinson.com
- Robert T. Kugler    robert.kugler@stinson.com
- Thomas J. Salerno    thomas.salerno@stinson.com
- Anthony P. Cali    anthony.cali@stinson.com
- Jonathan D. Marshall    jmarshall@choate.com
- Liam K.Malone    malone@oles.com

☒    **UNITED STATES MAIL, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

| | |
|---|---|
| Debtors<br>c/o PG&E Corporation and<br>Pacific Gas and Electric Company<br>Attn: Janet Loduca, Esq.<br>PO Box 770000<br>77 Beale Street,<br>San Francisco, CA 94105 | Weil, Gotshal & Manges LLP<br>Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.<br>767 Fifth Avenue<br>New York, New York 10153 |
| Keller & Benvenutti LLP<br>Attn: Tobias Keller, Esq. and Jane Kim, Esq.<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>**Served via CM/ECF Only** | Stroock & Stroock & Lavan LLP<br>Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., & Matthew G. Garofalo, Esq.<br>180 Maiden Lane<br>New York, NY 10038-4982 |

9

| | | |
|---|---|---|
| 1 | Stroock & Stroock & Lavan LLP<br>Attn: Frank A. Merola, Esq<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br>*Served via CM/ECF Only* | Davis Polk & Wardwell LLP<br>Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.<br>450 Lexington Avenue<br>New York, NY 10017 |
| | Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq.<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Office of the United States Trustee for Region 17<br>Attn: James L. Snyder, Esq.<br>and Timothy Laffredi, Esq.<br>450 Golden Gate Avenue, 5th Floor, Suite #05-0153<br>San Francisco, CA 94102 |
| | U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>Washington, DC 20555-0001 | U.S. Department of Justice<br>Attn: Danielle A. Pham, Esq.<br>1100 L Street, NW, Room 7106,<br>Washington DC 20005<br>*Served via CM/ECF Only* |
| | Milbank LLP<br>Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq.<br>55 Hudson Yards<br>New York, NY 10001-2163<br>*Served via CM/ECF Only* | Milbank LLP<br>Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq.<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |
| | Baker & Hostetler LLP<br>Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq.<br>11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509<br>*Pro Hac Vice*<br>*Served via CM/ECF Only* | STEPHEN MOELLER-SALLY<br>MATTHEW L. McGINNIS<br>ROPES & GRAY LLP<br>800 Boylston Street<br>Boston, MA 02199-3600<br>*Request for Special Notice* |
| | GREGG M. GALARDI<br>KEITH H. WOFFORD/DANIEL G. EGAN<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>*Request for Special Notice* | Leonard P. Goldberger, Esq.<br>STEVENS & LEE, P.C.<br>620 Freedom Business Center, Suite 200<br>King of Prussia, PA 19406<br>*Request for Special Notice* |
| | Constantine D. Pourakis, Esq.<br>STEVENS & LEE, P.C.<br>485 Madison Avenue, 20th Floor<br>New York, NY 10022<br>*Request for Special Notice* | Central Valley Associate, L.P.<br>c/o Ronald K. Brown Jr.<br>Law Offices of Ronald K. Brown, Jr.<br>901 Dove Street, Suite 120<br>Newport Beach, CA 92660<br>*Request for Special Notice* |

10

Case: 19-30088    Doc# 5500-1    Filed: 01/24/20    Entered: 01/24/20 19:12:40    Page 10 of 12

| | | |
|---|---|---|
| 1 | Peter Friedman | Matthew L. Hinker |
| 2 | O'MELVENY & MYERS LLP<br>1625 Eye Street, NW | Nancy A. Mitchell<br>Matthew L. Hinker |
| 3 | Washington, DC 20006<br>*Pro Hac Vice* | O'MELVENY & MYERS LLP<br>7 Times Square |
| 4 | | New York, New York 10036 |
|   | TOGUT, SEGAL & SEGAL LLP | SUSSMAN SHANK LLP |
| 5 | Albert Togut<br>Kyle J. Ortiz | Laurie R. Hager<br>Howard M. Levine |
| 6 | Amy M. Oden | 1000 SW Broadway, Suite 1400 |
| 7 | Amanda C. Glaubach<br>One Penn Plaza, Suite 3335 | *Request for Special Notice CM/ECF Only* |
| 8 | New York, NY 10119<br>*Pro Hac Vice* | |
| 9 | | |
| 10 | Public Advocates Office California<br>Public Utilities Commission | Stinson LLP<br>Alisa C. Lacey |
| 11 | Darwin E. Farrar (SBN 152735) | Robert T. Kugler |
| 12 | 505 Van Ness Avenue San Francisco,<br>California 94102 | Thomas J. Salerno<br>Anthony P. Cali |
| 13 | *Request for Special Notice* | 1850 N. Central Ave., #2100 Phoenix, AZ<br>85004 |
| 14 | | *Request for Special Notice* |
| 15 | CHOATE, HALL & STEWART LLP | BAKER & HOSTETLER LLP |
| 16 | Jonathan D. Marshall, Esq<br>Two International Place | Lars H. Fuller, Esq.<br>1801 California Street, Suite 4400 |
| 17 | Boston Massachusetts 02110<br>*Pro Hac Vice* | Denver, CO 80202-2662<br>*Pro Hac Vice* |
| 18 | GROOM LAW GROUP | MILBANK, LLP |
| 19 | Katherine B. Cohn, Esq.<br>David N. Levine, Esq. | Alan J. Stone, Esq.<br>55 Hudson Yards |
| 20 | 1701 Pennsylvania Ave. NW | New York, NY 10001-2163 |
| 21 | Washington, D.C. 20006<br>*Pro Hac Vice* | *Pro Hac Vice* |
| 22 | Eric Seiler | Isaac M. Pachulski |
| 23 | FRIEDMAN KAPLAN SEILER &<br>ADELMAN LLP | Debra I. Grassgreen<br>Gabriel I. Glazer |
| 24 | 7 Times Square | PACHULSKI STANG ZIEHL & JONES<br>LLP |
| 25 | New York, NY 10036-6516<br>*Pro Hac Vice* | 150 California Street, 15th Floor San |
| 26 | | Francisco, CA 94111<br>*Pro Hac Vice* |
| 27 | | |
| 28 | | |

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on January 24, 2020, at San Diego, California.

/s/ Cori Herrera
Cori Herrera