| | |
|---|---|
| Dario de Ghetaldi – Bar No. 126782<br>Amanda L. Riddle – Bar No. 215221<br>Steven M. Berki – Bar No. 245426<br>Sumble Manzoor – Bar No. 301704<br>**COREY, LUZAICH,**<br>**DE GHETALDI & RIDDLE LLP**<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669<br>Telephone: (650) 871-5666<br>Facsimile: (650) 871-4144<br>deg@coreylaw.com<br>alr@coreylaw.com<br>smb@coreylaw.com<br>sm@coreylaw.com | |
| Michael S. Danko – Bar No. 111359<br>Kristine K. Meredith – Bar No. 158243<br>Shawn R. Miller – Bar No. 238447<br>**DANKO MEREDITH**<br>333 Twin Dolphin Drive, Suite 145<br>Redwood Shores, CA 94065<br>Telephone: (650) 453-3600<br>Facsimile: (650) 394-8672<br>mdanko@dankolaw.com<br>kmeredith@dankolaw.com<br>smiller@dankolaw.com | Eric Gibbs – Bar No. 178658<br>Dylan Hughes – Bar No. 209113<br>**GIBBS LAW GROUP**<br>505 14th Street, Suite 1110<br>Oakland, CA 94612<br>Telephone: (510) 350-9700<br>Facsimile: (510) 350-9701<br>ehg@classlawgroup.com<br>dsh@classlawgroup.com |

Attorneys for Individual Fire Victim Creditors and Tubbs Preference Plaintiffs

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and<br>PACIFIC GAS AND ELECTRIC<br>COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>*All papers shall be filed in the Lead Case,<br>No. 19-30088 (DM) | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**JOINDER OF CERTAIN TUBBS**<br>**PREFERENCE PLAINTIFFS IN**<br>**SUPPORT OF RESPONSE TO**<br>**OBJECTIONS TO TERMS OF**<br>**TUBBS SETTLEMENT**<br>**DOCUMENTS [DKT. 5459 & 5472]**<br><br>Re: Dkt. ## 5282, 5459, 5472, 5485, 5497,<br>5498, 5500<br><br>Date: January 29, 2020<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

The firm of Corey, Luzaich, de Ghetaldi & Riddle LLP (the "Corey Firm") and their co-counsel represent approximately 6,300 victims of the 2015 Butte Fire, the 2017 North Bay Fires, and the 2018 Camp Fire.  The Corey Firm represented the following preference plaintiffs in the Tubbs Cases, the settlement of which is the subject of Debtors' motion to approve the settlement (Dkt. Nos. 5282 and 5284):  Barbara W. Thompson, individually and as Trustee of the Barbara W. Thompson Revocable Living Trust, John Thompson, individually, Julia Megna, individually, Teagan Thompson, individually, Kira Thompson, individually, Peter Thompson, individually, Matthew Thompson, individually, and Lauren Altman, individually (the "Tubbs Preference Plaintiffs").

The Corey firm approved the terms of and executed the the Restructuring Support Agreement between the Debtor and the Tort Claimants (the "RSA") that states in pertinent part at ¶ 2(h):

> "upon entry of the RSA Approval Order, the Debtors shall (i) have entered into one or more settlement agreements settling all of the Tubbs Cases (the "**Tubbs Settlements**"), which shall (A) allow such claims subject to payment solely from the Fire Victims Trust (as defined in the Term Sheet and provided in the Amended Plan), (B) be in form and substance satisfactory to the parties thereto, (C) ***be confidential and sealed***, and (D) not be admissible or introduced into evidence for any purpose in any proceeding, including without limitation the Estimation Matters or in any other case or proceeding in or related to the Chapter 11 Cases; and (ii) have filed a motion with the Bankruptcy Court seeking approval of the Tubbs Settlements on shortened notice.  [Emphasis added.]"

Along with counsel for more than 70% of the Fire Victims, as well as by a majority of the members of the TCC the Corey Firm approved the terms of and executed the initial draft of the PG&E Fire Victims Trust Agreement,.  The Trust states in pertinent part at Section 2.6:

> "[T]he amount of any Fire Victim Claim that is approved, accepted, or disallowed in whole or in part shall not be disclosed to any person or entity other than to the Trustee, the Claims Administrator, Claims Processor, the Neutrals, the Fire Victim, the Fire Victim's authorized agent, or to any court of competent jurisdiction, and, in the latter case, only then in a document filed with the court under seal.  [Emphasis added.]"

Article 1, Section 1 of the California Constitution guarantees an inalienable right to privacy. The terms of the Tubbs settlement agreements have not been hidden from this Court, but have been kept confidential not disclosed to the public or other claimants.  Maintaining the confidentiality of the settlement agreements in this manner is fulling in keeping with prior practice that has been approved and followed by earlier courts in PG&E cases, and is in conformity with the provisions of the RSA and the PG&E Fire Victims Trust Agreement.

In order to maintain the right to privacy of the Tubbs Preference Plaintiffs, the Corey Firm and their co-counsel hereby join in the Responses (Doc. ## 5485, 5497, 5498, 5500) to the objections (Doc. ## 5459 and 5472) to the terms of the Tubbs settlement agreements and respectfully request that this Court overrule those objections.

DATED: January 24, 2020

Respectfully submitted,

**COREY, LUZAICH, DE GHETALDI & RIDDLE LLP**

By: _____
Dario de Ghetaldi
Amanda L. Riddle
Steven Berki
Sumble Manzoor
Attorneys for Tubbs Preference Plaintiffs

**DANKO MEREDITH**
Michael S. Danko
Kristine K. Meredith
Shawn R. Miller
Attorneys for Tubbs Preference Plaintiffs

**GIBBS LAW GROUP**
Eric Gibbs
Dylan Hughes
Attorneys for Tubbs Preference Plaintiffs