1  Bill Robins III (State Bar No. 296101)
   Robert T. Bryson (State Bar No. 156193)
2  Kevin M. Pollack (State Bar No. 272786)
   **ROBINS CLOUD LLP**
3  808 Wilshire Blvd., Suite 450
   Santa Monica, CA 90401
4  Telephone: (310) 929-4200
   Facsimile: (310) 566-5900
5  robins@robinscloud.com
   rbryson@robinscloud.com
6  kpollack@robinscloud.com

7  Attorneys for Individual Fire Victim Creditors and Tubbs Preference Plaintiffs

8              UNITED STATES BANKRUPTCY COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 In re                              ) Bankruptcy Case No. 19-30088 (DM)
                                      ) Chapter 11
11 PG&E CORPORATION and               ) (Lead Case)
   PACIFIC GAS AND ELECTRIC           ) (Jointly Administered)
12 COMPANY,                           )
                                      )
13            Debtors.                ) **JOINDER OF CERTAIN TUBBS**
                                      ) **PREFERENCE PLAINTIFFS IN**
14 ☐ Affects PG&E Corporation         ) **SUPPORT OF RESPONSE TO**
   ☐ Affects Pacific Gas and Electric Company ) **OBJECTIONS TO TERMS OF**
15 ■ Affects both Debtors             ) **TUBBS SETTLEMENT**
   *All papers shall be filed in the Lead Case, ) **DOCUMENTS [DKT. 5459 & 5472]**
16 No. 19-30088 (DM)                  )
                                      ) **Re: Dkt. ## 5282, 5459, 5472, 5485, 5497,**
17                                    )      **5498, 5500, 5501 & 5502**
                                      )
18                                    ) Date:  January 29, 2020
                                      ) Time:  10:00 a.m.
19                                    ) Place: United States Bankruptcy Court
                                      )        Courtroom 17, 16th Floor
20                                    )        San Francisco, CA 94102

21        The firm of Robins Cloud LLP (the "Robins Firm") and their co-counsel represent

22 approximately 2,200 victims of the 2017 North Bay Fires, and the 2018 Camp Fire. The Robins Firm

23 represented the following preference plaintiffs in the Tubbs Cases, the settlement of which is the

24 subject of Debtors' motion to approve the settlement (Dkt. Nos. 5282 and 5284): John Caslin

25 individually and the John Caslin Trustee of the 1999 Caslin Revocable Trust U/D/T, and Phyllis Lowe

26 individually and in her capacity as Trustee of the Lowe Family Trust, Randy Lowe in his capacity as

27 Trustee of the Lowe Family Trust and the Lowe Family Trust, (the "Tubbs Preference Plaintiffs").

28

1   The Robins firm approved the terms of the Restructuring Support Agreement between the

2   Debtor and the Tort Claimants (the "RSA") that states in pertinent part at ¶ 2(h):

3       "upon entry of the RSA Approval Order, the Debtors shall (i) have entered into one or
        more settlement agreements settling all of the Tubbs Cases (the "**Tubbs Settlements**"),

4       which shall (A) allow such claims subject to payment solely from the Fire Victims
        Trust (as defined in the Term Sheet and provided in the Amended Plan), (B) be in form

5       and substance satisfactory to the parties thereto, (C) *be confidential and sealed*, and
        (D) not be admissible or introduced into evidence for any purpose in any proceeding,

6       including without limitation the Estimation Matters or in any other case or proceeding
        in or related to the Chapter 11 Cases; and (ii) have filed a motion with the Bankruptcy

7       Court seeking approval of the Tubbs Settlements on shortened notice.  [Emphasis
        added.]"

8

9       Along with counsel for more than 70% of the Fire Victims, as well as by a majority of the

10  members of the TCC the Robins Firm approved the terms of the initial draft of the PG&E Fire Victims

11  Trust Agreement,.  The Trust states in pertinent part at Section 2.6:

12      "[T]he amount of any Fire Victim Claim that is approved, accepted, or disallowed in
        whole or in part shall not be disclosed to any person or entity other than to the Trustee,

13      the Claims Administrator, Claims Processor, the Neutrals, the Fire Victim, the Fire
        Victim's authorized agent, or to any court of competent jurisdiction, and, in the latter

14      case, only then in a document filed with the court under seal.  [Emphasis added.]"

15      Article 1, Section 1 of the California Constitution guarantees an inalienable right to privacy.

16  The terms of the Tubbs settlement agreements have not been hidden from this Court, but have been

17  kept confidential not disclosed to the public or other claimants.  Maintaining the confidentiality of the

18  settlement agreements in this manner is fulling in keeping with prior practice that has been approved

19  and followed by earlier courts in PG&E cases, and is in conformity with the provisions of the RSA

20  and the PG&E Fire Victims Trust Agreement.

21      In order to maintain the right to privacy of the Tubbs Preference Plaintiffs, the Robins Firm

22  and their co-counsel hereby join in the Responses (Doc. ## 5485, 5497, 5498, 5500) to the objections

23  (Doc. ## 5459 and 5472) to the terms of the Tubbs settlement agreements and respectfully request that

24  this Court overrule those objections.

25  DATED: January 25, 2020                    Respectfully submitted,

26                                             **ROBINS CLOUD LLP**

27

28                                             By:  _____
                                               Robert T. Bryson
                                               Attorneys for Tubbs Preference Plaintiffs