UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Pacific Gas and Electric Company, Chapter 11 Case No. 19-30089 and jointly administered under In re PG&E Corporation and Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088 (the "Bankruptcy Case").

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**SPCP Group LLC**  
Name of Transferee

**Daleo, Inc.**  
Name of Transferor

Court Claim # (If known): $607,127.00 general unsecured claim with Prime Clerk No.1032745 set forth as Item 3.1136 on Schedule E/F of the Debtor's Bankruptcy Schedules filed on March 14, 2019 in the Bankruptcy Case as document number 906-4, a copy of which page of Schedule E/F is attached hereto as Exhibit "1".

Debtor: Pacific Gas and Electric Company

Amount of Claim Transferred: USD $607,127.00

**Name and Address where notices to transferee should be sent:**  
SPCP Group, LLC  
2 Greenwich Plaza  
1st Floor  
Greenwich, CT 06830  
Attn: Brian Jarmain and Operations  
bjarmain@silverpointcapital.com  
creditadmin@silverpointcapital.com  
administration@silverpointcapital.com  
rbeacher@pryorcashman.com  

**Name and Address where transferee payments should be sent (if different from above):**  
SPCP Group, LLC  
Mail Code:11084  
PO Box 70280  
Philadelphia, PA 19176-0280  

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SPCP Group, LLC  
By: _____  Chris Wahl  
Transferee/Transferee's Agent   Authorized Signatory   Date: JANUARY 23, 2020

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357

OHSUSA:752495281.3

*Exhibit 1*

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|---|

**Trade Payables**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3.1125 | CVS PHARMACY INC<br>NOT AVAILABLE | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $4,500 |
| 3.1126 | CXT INC<br>3808 N SULLIVAN RD BLDG 7<br>SPOKANE, WA 99216 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $115,241 |
| 3.1127 | CY HEALTH ASSOCIATES LLC<br>4400 CHALFONT PL<br>BETHESDA, MD 20816 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $7,404 |
| 3.1128 | CYCLOMEDIA TECHNOLOGY INC<br>2120 UNIVERSITY AVE<br>BERKELEY, CA 94704 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $516,562 |
| 3.1129 | CYME INTERNATIONAL T+D INC<br>1485 ROBERVAL STE 104<br>SAINT BRUNO, PQ J3V 3P8 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $243,602 |
| 3.1130 | CYPHY WORKS INC<br>16C ELECTRONICS AVE<br>DANVERS, MA 1923 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $6,500 |
| 3.1131 | CYPRESS ABBEY COMPANY<br>P.O. BOX 890<br>KENWOOD, CA 95452 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $11,000 |
| 3.1132 | D & J ROSA WELDING SERVICE<br>3155 W YOSEMITE AVE<br>LATHROP, CA 95330-2608 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $374 |
| 3.1133 | D P NICOLI INC<br>19600 SW CIPOLE RD<br>TUALATIN, OR 97062 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $206,103 |
| 3.1134 | D W PLUMBING INC<br>13085 BAKER RD SP A<br>RED BLUFF, CA 96080 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $19,974 |
| 3.1135 | D&D CRAWFORD INC<br>3307 PINOLE VALLEY RD<br>PINOLE, CA 94564 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $11,667 |
| 3.1136 | DALEO INC<br>550 E LUCHESSA AVE<br>GILROY, CA 95020 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $607,127 |

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court Northern District of California, San Francisco Division

AND TO: PG&E Corporation and Pacific Gas and Electric Company; Case No. 19-30088 (DM), Jointly Administered

Claim No. $607,127.00 of general unsecured claim with Prime Clerk No.1032745 set forth as item 3.1136 on Schedule E/F of the Debtor's Bankruptcy Schedules filed on March 14, 2019 in the Bankruptcy Case as document number 906-4, a copy of which page of Schedule E/F is attached hereto as Exhibit "1".

Bankruptcy Case: Pacific Gas and Electric Company ("Debtor") Chapter 11 Case No. 19-30089 and jointly administered under In re PG&E Corporation and Pacific Gas and Electric Company, Chapter 11 Case No. 19-30088

**DALEO, INC.**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SPCP GROUP, LLC**
2 Greenwich Plaza, 1st Floor
Greenwich, CT 06830
Attn: Brian Jarmain and Operations
bjarmain@silverpointcapital.com

With a copy to:
Pryor Cashman LLP
7 Times Square
New York, NY 10036
Attn: Ronald S. Beacher
Email: rbeacher@pryorcashman.com

**Payments to be sent to**
SPCP Group, LLC
Mail Code: 11084
P.O. Box 70280
Philadelphia, PA 19176-0280

its successors and assigns ("Buyer"), all rights, title and interest in and to that certain $607,127.00 of general unsecured claims of Seller against the Debtor in the Bankruptcy Case with Prime Clerk No.1032745 and as set forth as item 3.1136 on Schedule E/F of the Debtor's Bankruptcy Schedules filed on March 14, 2019 in the Bankruptcy Case as document number 906-4, a copy of which page of Schedule E/F is attached hereto as Exhibit "1" (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of the Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all and future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

OHSUSA:752495281.3

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of the 23 day of JAN, 2020.

DALEO, INC.

By: _____
Name: David Levisay
Title: President


SPCP GROUP LLC

By: _____
Name:
Title: Jennifer Poccia
Authorized Signatory

OHSUSA:752495281.3


Exhibit "1"

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| | **Trade Payables** | | | | | | | |
| 3.1125 | CVS PHARMACY INC<br>NOT AVAILABLE | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $4,500 |
| 3.1126 | CXT INC<br>3808 N SULLIVAN RD BLDG 7<br>SPOKANE, WA 99216 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $115,241 |
| 3.1127 | CY HEALTH ASSOCIATES LLC<br>4400 CHALFONT PL<br>BETHESDA, MD 20816 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $7,404 |
| 3.1128 | CYCLOMEDIA TECHNOLOGY INC<br>2120 UNIVERSITY AVE<br>BERKELEY, CA 94704 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $516,562 |
| 3.1129 | CYME INTERNATIONAL T+D INC<br>1485 ROBERVAL STE 104<br>SAINT BRUNO, PQ J3V 3P8 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $243,602 |
| 3.1130 | CYPHY WORKS INC<br>16C ELECTRONICS AVE<br>DANVERS, MA 1923 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $6,500 |
| 3.1131 | CYPRESS ABBEY COMPANY<br>P.O. BOX 890<br>KENWOOD, CA 95452 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $11,000 |
| 3.1132 | D & J ROSA WELDING SERVICE<br>3155 W YOSEMITE AVE<br>LATHROP, CA 95330-2608 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $374 |
| 3.1133 | D P NICOLI INC<br>19600 SW CIPOLE RD<br>TUALATIN, OR 97062 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $206,103 |
| 3.1134 | D W PLUMBING INC<br>13085 BAKER RD SP A<br>RED BLUFF, CA 96080 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $19,974 |
| 3.1135 | D&D CRAWFORD INC<br>3307 PINOLE VALLEY RD<br>PINOLE, CA 94564 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $11,667 |
| 3.1136 | DALEO INC<br>550 E LUCHESSA AVE<br>GILROY, CA 95020 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $607,127 |