Honorable Judge Dennis Montali

Courtroom 17

450 Golden Gate Avenue

Mail Box 36099

San Francisco, CA 94102

FILED

JAN 09 2020

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Case # 19-30088

5 January 2020

Dear Judge Montali,

I am writing you on behalf of all of the victims of the Camp Fire in Paradise, CA the morning of November 8, 2018. As you I am sure are aware this was an unprecedented devastating fire that destroyed the town of Paradise. I lived there and am a survivor. It was caused by a 100 year old transmission tower that was never maintained by PG&E. The tower failed and caused the fire.

All of the residents of Paradise, CA, were victimized by PG&E. The victimization has not stopped.

PG&E has agreed to pay only $13 billion for the 62,000 claims filed by victims. The actual amount owed us s closer to 36 billion dollars. This does not include the claims placed by the insurers, which PG&E has agreed to pay 11 billion to.

Now FEMA is asking for reimbursement of approximately $4.5 billion from the victims share of the funds. Add this to the amount of $3.5 that the OES for the State of California and that means that FEMA and CA OES would get more than half of the funds meant to go to the REAL VICTIMS OF THE FIRE --- THE FORMER RESIDENTS OF PARADISE.

PLEASE DO NOT ALLOW THE FEMA REQUEST TO GO THROUGH AS PRESENTED! When has FEMA EVER been reimbursed for a disaster of the magnitude of the Camp Fire? NEVER. PG&E continues to victimize wildfire survivors and now it is continuing tin the bankruptcy court.

If FEMA insists on reimbursement have the funds taken out of the award headed to the insurance companies. They have agreed to settle for $11 billion. After all, insurance companies got YEARS of payments from the homeowners and businesses. Quite frankly, insurance companies are gamblers anyway. Insurance companies count on NOT having to pay out on claims.

Homeowners are NOT gamblers. We count on a decent, honest, safety first power company. That sure did not happen with PG&E. We also count on our insurance companies NOT taking advantage of us after a catastrophic fire.

I lived in the beautiful town of Paradise, CA. Thanks to the devastation I no longer do. It is beyond description to lose your whole town, peaceful life, and all your friends. My neighbors died too. As a result, I moved to Idaho to try and get my life back. It will never be the same ever again.

Please help the wildfire victims recover by not having FEMA be reimbursed out of the funds meant to go to the REAL victims.

Respectfully,

Carolyn Acosta  *Carolyn Acosta*

11163 W. Carriage Hill Court, Nampa, ID 83686

PS - ① None of us want PG+E stock either!!!

② PG+E originally mailed out the non fire claim form.

Thank you!



RECEIVED
JAN 09 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA