**FILED**

JAN 1 5 2020

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Case # 19-30088

January 13, 2020

Honorable Judge Montali

I wrote the following on behalf of my son who is trying desperately to obtain one of the 40 modular homes that are being "donated". Not for one moment do I feel that our personal loss is any more tragic than anyone else's, I am eternally grateful that all of my loved ones were able to escape the fire on November 8th. We are all of course hoping for a positive outcome with the law suit. Regardless of what happens we will all pay more home owners insurance even though the insurance companies were paid back and we will all pay more for our PG&E because they will of course raise out rates and we will all have to purchase generators in order to survive in the summer when PG&E turns our power off, but we will survive, because we are Butte Strong.

**From:** Gwen Tripp <sewingslave@att.net>
**Date:** December 19, 2019 at 9:16:33 AM PST
**To:** "bboyer@norcalunitedway.org" <bboyer@norcalunitedway.org>
**Subject: Brock Tripp**

Brian, I want to thank you for your assistance and compassion with Brock. He was so positive and upbeat when he gave me an update on his meeting with you yesterday. I am pleased yet apprehensive about the outcome. Since I wrote my letter about him for his application he has faced yet another big hurdle that has yet to play out. Back in April he was helping a friend move a big dresser and hurt his back, he brushed this off as, I'm out of shape and sometimes don't realize how small I really am, and it was a BIG heavy dresser. Pain continued to plague him off and on and he finally sought medical help. Two x rays and an MRI later his primary care doctor has told him that he has compression fractures in T5 and T6, he has been referred to a neurologist but told that because of the amount of time that has passed it is likely there is nothing that can be done. He continues to be positive and for that I am thankful.

This entire experience has been horrific, and we are all facing hurdles and challenges of rebuilding our lives. We all lost our homes and our things. I would never intentionally diminish what someone lost in the fire, but I feel like some of us lost so much more in a different sense. Brock lost the house that he grew up in and was living in. I lost the house I was raised in and lived in for most of my life, the house I came back to when life fell apart, the house that my parent bought in 1966. It was our home, our foundation, our experiences and memories. My husband lost the home that his grandparents built in 1962 that we were living in, my uncle lost his 4th generation home and ultimately his wife of more than 50 years. Many of us have lived in Paradise for a very long time. Brock is certainly not alone, and in the end our memories looked just like everyone else's memories, just a foundation and ash. Then FEMA came in and took what was left of what was our life and what could have been. They took our driveway, they took our cement well that was still standing and not burnt, they took our sidewalks and retaining walls that were not burnt, they took our landscape plants that had been part of the yard for more than 50 years, all stuff that was not burnt and did not need to be removed. They left a hole. Not just in the ground but in our hearts. We are all facing hurdles and challenges of rebuilding our lives but for many like Brock the hurdles can seem insurmountable. I am thankful that he has a place to live right now and that he has been given this opportunity for possible housing of his own so that he is not dependent on other people, we are however very much aware that this opportunity may not come to fruition. If it doesn't then that will be yet another hurdle that we will figure out how to get around when we have to. In the meantime, hope is the thing with feathers, and we will find a way.

Since my mother, the land owner is not local I am the person responsible for making sure that the things that need to be done on the property in Paradise get done. We have had it surveyed, the septic has been inspected and like many in Paradise it failed, not because there was anything wrong with it but because the water levels were to low (from lack of use). The back-flow device that PID requires has been installed. We wanted this done ASAP just in case we had a spark while mowing weeds. You cannot ever be to safe. Additionally Brock still has trees and plants that were to far out of FEMAS reach that will need water to continue to thrive. We have signed up for the tree removal, and we are on the list for PG&E dirt, so depending weather it should be February. As things come up that we need to get done we will get them done.

In the meantime, if there is anything you need from me or that I can help with please do not hesitate to get in touch with me. I can be reached at 530-228-0090 or you can email me.

Carpe Diem for life is truly good

Gwen Gardner

**RECEIVED**

JAN 15 2020

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA