AKIN GUMP STRAUSS HAUER & FELD LLP

Michael S. Stamer (*pro hac vice*)
Ira S. Dizengoff (*pro hac vice*)
David H. Botter (*pro hac vice*)
Abid Qureshi (*pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone:    (212) 872-1000
Facsimile:    (212) 872-1002
Email:        mstamer@akingump.com
              idizengoff@akingump.com
              dbotter@akingump.com
              aqureshi@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP

Ashley Vinson Crawford (SBN 257246)
580 California Street
Suite 1500
San Francisco, CA 94104
Telephone:    (415) 765-9500
Facsimile:    (415) 765-9501
Email:        avcrawford@akingump.com

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>**All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF CONTINUED HEARING ON THE MAKE-WHOLE/OPTIONAL REDEMPTION ISSUE**<br><br>**[Related to Dkt. Nos. 4540, 4896, 4898, 4902, 4903, 5189, 5190]** |

**PLEASE TAKE NOTICE THAT** on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company, the debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE THAT** the Bankruptcy Court ordered briefing and oral argument on whether the Utility Funded Debt Claims are entitled to any make-whole/optional redemption or similar amount upon payment of the Utility Funded Debt Claims on the effective date of any chapter 11 plan of reorganization (the "**Make-Whole/Optional Redemption Issue**") [Dkt. No. 4540].

**PLEASE TAKE FURTHER NOTICE THAT** the hearing on the Make-Whole/Optional Redemption Issue (the "**Hearing**") was scheduled for January 14, 2020 at 10:00 a.m. (Pacific Time) in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 [Dkt. No. 5354].

**PLEASE TAKE FURTHER NOTICE THAT** on January 14, 2020, the Hearing was continued to January 21, 2020 at 1:00 p.m. (Pacific Time).

**PLEASE TAKE FURTHER NOTICE THAT** on January 17, 2020, the Hearing was continued to January 23, 2020 at 1:00 p.m. (Pacific Time) [Dkt. No. 5411].

**PLEASE TAKE FURTHER NOTICE THAT** on January 22, 2020, the Hearing was continued to January 29, 2020 at 10:00 a.m. (Pacific Time) [Dkt. No. 5449].

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to the terms of the Restructuring Support Agreement, dated January 22, 2020 (the "**Noteholder RSA**") among the Debtors, the Consenting Noteholders, and the Shareholder Proponents (each, as defined in the Noteholder RSA), and upon the consent of BOKF, NA (solely in its capacity as Indenture Trustee for the Utility Senior Notes) and the Official Committee of Unsecured Creditors, the Hearing is adjourned without a further hearing date, subject to the terms of the Noteholder RSA and further order of the court.

**PLEASE TAKE FURTHER NOTICE THAT** briefing concerning the Make-Whole/Optional Redemption Issue can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339- 4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by email at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

1

| | |
|---|---|
| Dated: January 27, 2020 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| | By: ___/s/ Ashley Vinson Crawford___ |
| | Ashley Vinson Crawford (SBN 257246)<br>Michael S. Stamer (*pro hac vice*)<br>Ira S. Dizengoff (*pro hac vice*)<br>David H. Botter (*pro hac vice*)<br>Abid Qureshi (*pro hac vice*) |
| | *Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company* |