LABATON SUCHAROW LLP
Nicole M. Zeiss
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
nzeiss@labaton.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E Corporation<br><br>-and-<br><br>Pacific Gas and Electric Company,<br><br>Debtors. | Case No. 19-30088 (DM) (Lead Case)<br>Chapter 11<br>(Jointly Administered)<br><br>**APPLICATION FOR**<br>**ADMISSION OF ATTORNEY**<br>***PRO HAC VICE*** |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Nicole M. Zeiss, an active member in good standing of the bar of the State of New York and of the United States District Court for the Southern and Eastern Districts of New York, among other courts, hereby applies for admission to practice in the United States Bankruptcy Court for the Northern District of California on a *pro hac vice* basis representing Public Employees Retirement Association of New Mexico in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Randy Michelson (SBN 114095)
    The Michelson Law Group
    220 Montgomery St. Suite 2100
    San Francisco, CA 94104
    Tel. (415) 512-8601

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 28, 2020           /s/ *Nicole M. Zeiss*
                                               Nicole M. Zeiss