# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>  -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                   Debtors. | Bankruptcy Case No. 19-30088-DM (Lead Case)<br><br>Chapter 11<br>Assigned to the Hon. Dennis Montali<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                      ) ss.:
COUNTY OF NEW YORK )

Duke Amponsah, being duly sworn, deposes and says:

1. I am employed as a legal assistant with the law firm of Gibson, Dunn & Crutcher LLP, counsel to the Ad Hoc Committee of Holders of Trade Claims.

2. I caused to be served the "Ad Hoc Trade Committee's Statement in Connection with January 29, 2020 Status Conference" dated January 27, 2020 [Docket No. 5517], by causing true and correct copies to be:

    a. enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, on January 28, 2020

    b. delivered via electronic mail to those parties listed on the attached Exhibit B, on January 28, 2020.

I certify under penalty of perjury that the foregoing is true and correct.

                                                         Duke Amponsah

Sworn to before me this
28th day of January, 2020

MONICA MALDONADO
Notary Public, State of New York
No. 01MA6211620
Qualified in Queens County
Certificate filed in New York County
Commission Expires 9/21/21

Gibson, Dunn &
Crutcher LLP

# EXHIBIT A

# PG&E COMMITTEE OF UNSECURED CREDITORS
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| FEDERAL ENERGY REGULATORY COMMISSION | ATTN: GENERAL COUNSEL 888 FIRST ST NE WASHINGTON DC 20426 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST PHILADELPHIA PA 19104-5016 |
| JOHN A. VOS | 1430 LINCOLN AVENUE SAN RAFAEL CA 94901 |
| OFFICE OF THE UNITED STATES ATTORNEY | FOR THE NORTHERN DISTRICT OF CALIFORNIA ATTN: BANKRUPTCY UNIT FEDERAL COURTHOUSE, 450 GOLDEN GATE AVE FRANCISCO CA 94102 |
| PG&E CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL 77 BEALE STREET P.O. BOX 77000 SAN FRANCISCO CA 94177 |
| PLACER COUNTY OFFICE OF THE TREASURER | TAX COLLECTOR ATTN: ROBERT KANNGIESSER 2976 RICHARDSON DRIVE AUBURN CA |
| RODRIGUEZ & ASSOCIATES | ATTN: JOSEPH WHITTINGTON, ESQ. AND DANIEL TUREK, ESQ. 2020 EYE STREET BAKERSFIELD CA 93301 |
| U.S. NUCLEAR REGULATORY COMMISSION | ATTN: GENERAL COUNSEL U.S. NRC REGION IV 1600 E. LAMAR BLVD. ARLINGTON 76011 |

# EXHIBIT B

**PG&E CORPORATION - Case No. 19-30088 (DM) Electronic Mail Master Service List**

'aa@andrewsthornton.com'; 'abehlmann@lowenstein.com'; 'ablevin@mintz.com'; 'ablodgett@cpmlegal.com'; 'acaton@kramerlevin.com'; 'aclough@loeb.com'; 'acordova@cpmlegal.com'; 'adam.malatesta@lw.com'; 'ADSmith@perkinscoie.com'; 'aglaubach@teamtogut.com'; 'ajang@janglit.com'; 'akornberg@paulweiss.com'; 'alaina.heine@dechert.com'; 'alex.sher@hoganlovells.com'; 'alexander.pilmer@kirkland.com'; 'allan.brilliant@dechert.com'; 'alr@coreylaw.com'; 'altogut@teamtogut.com'; 'Amy.Goldman@lewisbrisbois.com'; 'Amy.Park@skadden.com'; 'amy.quartarolo@lw.com'; 'anahmias@mbnlawyers.com'; 'andrew.morton@stoel.com'; 'jennifer.slocum@stoel.com'; 'andrew.parlen@lw.com'; 'andrew.rosenblatt@nortonrosefulbright.com'; 'Andrew.Silfen@arentfox.com'; 'andrew.yaphe@davispolk.com'; 'andy.kong@arentfox.com'; 'Annadel.Almendras@doj.ca.gov'; 'Annie.Duong@mccormickbarstow.com'; 'Annie.Duong@mccormickbarstow.com'; 'aoden@teamtogut.com'; 'aortiz@jhwclaw.com'; 'aparna.yenamandra@kirkland.com'; 'Aram.Ordubegian@arentfox.com'; 'arocles.aguilar@cpuc.ca.gov'; 'asmith@lockelord.com'; 'astrabone@irell.com'; 'avcrawford@akingump.com'; 'avobrient@mintz.com'; 'bankruptcy@coag.gov'; 'Bankruptcy2@ironmountain.com'; 'bankruptcycourtnotices@unioncounsel.net'; 'bankruptcynotices@up.com'; 'bbates@phrd.com'; 'belvederelegalecf@gmail.com'; 'bennett.spiegel@hoganlovells.com'; 'bennettmurphy@quinnemanuel.com'; 'Beth.Brownstein@arentfox.com'; 'bfallon@morrisjames.com'; 'bfeder@kelleydrye.com'; 'bglaser@lkfirm.com'; 'bhermann@paulweiss.com'; 'bjk@severson.com'; 'bkleinman@kilpatricktownsend.com'; 'bknapp@lockelord.com'; 'bletsch@braytonlaw.com'; 'bmullan@crowell.com'; 'bnelson@foley.com'; 'brian.lohan@arnoldporter.com'; 'brosen@proskauer.com'; 'bryan.bates@dentons.com'; 'btrust@mayerbrown.com'; 'busch@wvbrlaw.com'; 'byoung@jmbm.com'; 'bzummer@TheAdlerFirm.com'; 'candace.morey@cpuc.ca.gov'; 'caroline.reckler@lw.com'; 'Catheryn.Daly@sfcityatty.org'; 'cbelmonte@ssbb.com'; 'cdumas@bakerlaw.com'; 'cgray@unioncounsel.net'; 'charney@seyfarth.com'; 'chart@nutihart.com'; 'chenriquez@mayerbrown.com'; 'CHRIS.JOHNSTONE@WILMERHALE.COM'; [EXT] Christopher Harris <CHRISTOPHER.HARRIS@lw.com>; 'christopher.wong@arentfox.com'; 'christy.rivera@nortonrosefulbright.com'; 'cmartin@simon.com'; 'cp@stevenslee.com'; 'cprince@lesnickprince.com'; 'Craig@MarguliesFaithLaw.com'; 'crivas@reedsmith.com'; 'cshore@whitecase.com'; 'csimon@bergerkahn.com'; 'cvarnen@irell.com'; 'cvillegas@labaton.com'; 'dandreoli@steyerlaw.com'; 'Danette.Valdez@doj.ca.gov'; 'dania.slim@pillsburylaw.com'; 'daniel.egan@ropesgray.com'; 'daniel.laguardia@shearman.com'; 'danielle.pham@usdoj.gov'; 'daren@schlecterlaw.com'; 'david.holtzman@hklaw.com'; 'david.levant@stoel.com'; 'david.riley@dlapiper.com'; 'david.rosenzweig@nortonrosefulbright.com'; 'david.schiff@davispolk.com'; 'david.seligman@kirkland.com'; 'david@reederlaw.com'; 'dbotter@akingump.com'; 'dbp@provlaw.com'; 'ddunne@milbank.com'; 'deg@coreylaw.com'; 'demerzian@mccormickbarstow.com'; 'dfelder@orrick.com'; 'dforman@willkie.com'; 'dgooding@choate.com'; 'dgrassgreen@gmail.com'; 'dgrassgreen@pszjlaw.com'; 'dhc@severson.com'; 'DLN@LNBYB.COM'; 'dmargermoore@baumhedlundlaw.com'; 'dmg@severson.com'; 'dminnick@pillsburylaw.com'; 'dmintz@orrick.com'; 'dmoon@stroock.com'; 'dneier@winston.com'; 'dsh@classlawgroup.com'; 'dshamah@omm.com'; 'dshemano@shemanolaw.com'; 'dsimonds@akingump.com'; 'dstern@ktbslaw.com'; 'dwood@marshackhays.com'; 'EAdler@TheAdlerFirm.com'; 'ecf@jhwclaw.com'; 'ecf@kleinlaw.com'; 'Ecf@stjames-law.com'; 'efile@pbgc.gov'; 'egilad@stroock.com'; 'egoldstein@goodwin.com'; 'eguffy@lockelord.com'; 'ehg@classlawgroup.com'; 'EHK@LNBYB.COM'; 'ehuguenin@huguenikahn.com'; 'eli.vonnegut@davispolk.com'; 'emorabito@foley.com'; 'epino@epinolaw.com'; 'eric.goldberg@dlapiper.com'; 'Eric.Ivester@skadden.com'; 'eric.may@yolocounty.org'; 'erich@unioncounsel.net'; 'Erika.Schoenberger@davey.com'; 'erin.brady@hoganlovells.com'; 'erlamblaw@gmail.com'; 'esagerman@bakerlaw.com'; 'esserman@sbep-law.com'; 'ethompson@stites.com'; 'etredinnick@greeneradovsky.com'; 'evan@jtrlaw1.com'; 'evelina.gentry@akerman.com'; 'fmerola@stroock.com'; 'fos@scarpullalaw.com'; 'fpitre@cpmlegal.com'; 'fsmith@cozen.com'; 'gabriel.ozel@troutman.com'; 'ganzc@ballardspahr.com';

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| 1 | 'Gbray@milbank.com'; 'gemarr59@hotmail.com'; 'geoffrey.dryvynsyde@cpuc.ca.gov'; 'gerald.kennedy@procopio.com'; 'gerald@slffirm.com'; 'gglazer@pszjlaw.com'; |
| 2 | 'ghofmann@cohnekinghorn.com'; 'gjones@dykema.com'; 'gkalikman@schnader.com'; 'gnuti@nutihart.com'; 'golivera@lowenstein.com'; 'gregg.galardi@ropesgray.com'; |
| 3 | 'grougeau@brlawsf.com'; 'hagey@braunhagey.com'; 'hampton.foushee@hoganlovells.com'; 'harriet.steiner@bbklaw.com'; 'harris.winsberg@troutman.com'; 'hartlt@ballardspahr.com'; |
| 4 | 'hbedoyan@kleinlaw.com'; 'Heinz@bindermalter.com'; 'hoguem@gtlaw.com'; 'holsen@stroock.com'; 'houston_bankruptcy@publicans.com'; 'howard.seife@nortonrosefulbright.com'; |
| 5 | 'hubenb@ballardspahr.com'; 'hugh.mcdonald@troutman.com'; 'hugh.ray@pillsburylaw.com'; 'Ian.Roberts@BakerBotts.com'; 'idizengoff@akingump.com'; 'imac@macfern.com'; |
| 6 | 'info@norcallawgroup.net'; 'info@youngwardlothert.com'; 'ipachulski@pszjlaw.com'; 'ivan@icjenlaw.com'; 'jackie.fu@lockelord.com'; 'JAE1900@yahoo.com'; 'James.Ficenec@ndlf.com'; |
| 7 | 'James.L.Snyder@usdoj.gov'; 'James.Potter@doj.ca.gov'; 'jamie.fell@stblaw.com'; 'jane-luciano@comcast.net'; 'Jasmin.Yang@lewisbrisbois.com'; 'jbeiswenger@omm.com'; |
| 8 | 'jborg@jasonborglaw.com'; 'jbothwell@hugueninkahn.com'; 'jcdebaca@mayerbrown.com'; 'Jcecil@winston.com'; 'jct@andrewsthornton.com'; 'jcumming@dir.ca.gov'; |
| 9 | 'jcurran@wolkincurran.com'; 'jdoolittle@reedsmith.com'; 'jdoran@hinckleyallen.com'; 'jdsokol@lawssl.com'; 'jdt@jdthompsonlaw.com'; 'jdubbin@labaton.com'; 'jessica.liou@weil.com'; |
| 10 | 'jfhallisey@gmail.com'; 'jfiero@pszjlaw.com'; 'jfiske@baronbudd.com'; 'Jg5786@att.com'; 'jhayden@bakerdonelson.com'; 'jhayes@fhlawllp.com'; 'jim@jsheplaw.com'; |
| 11 | 'jkim@kellerbenvenutti.com'; 'jlowenthal@steyerlaw.com'; 'jlucas@pszjlaw.com'; 'jmarshall@choate.com'; 'jmills@taylorenglish.com'; 'jminias@willkie.com'; |
| 12 | 'jmullan@sonomacleanpower.org'; 'joe@norcallawgroup.net'; 'joelsner@weintraub.com'; 'John.mccusker@baml.com'; 'john.mitchell@akerman.com'; 'john.moe@dentons.com'; |
| 13 | 'john@jtrlaw1.com'; 'john@slffirm.com'; 'Jordana.Renert@arentfox.com'; 'josephwest@westlawfirmofcalifornia.com'; 'Joshua.Bevitz@ndlf.com'; 'joshua.morse@dlapiper.com'; |
| 14 | 'joshua.sturm@ropesgray.com'; 'jrapisardi@omm.com'; 'jrawlins@winston.com'; 'jreisner@irell.com'; 'jreisner@mwe.com'; 'jross@hopkinscarley.com'; 'jrowland@bakerdonelson.com'; |
| 15 | 'jsanders@stblaw.com'; 'jsink@kmclaw.com'; 'jsmith@mckoolsmith.com'; 'Julia.Mosel@sce.com'; 'katherine.malone@troutman.com'; 'katie.coleman@hugheshubbard.com'; |
| 16 | 'kbaghdadi@walkuplawoffice.com'; 'kcapuzzi@beneschlaw.com'; 'kcoles@lawssl.com'; 'kcunningham@PierceAtwood.com'; 'kdiemer@diemerwei.com'; |
| 17 | 'KDWBankruptcyDepartment@kelleydrye.com'; 'keckhardt@huntonak.com'; 'keith.wofford@ropesgray.com'; 'kenns@beneschlaw.com'; 'Kevin.Chiu@BakerBotts.com'; |
| 18 | 'kfineman@nutihart.com'; 'khansen@stroock.com'; 'kklee@ktbslaw.com'; 'klamb@lkfirm.com'; 'Klaw@bbslaw.com'; 'klyman@irell.com'; 'klyman@mwe.com'; 'kmclendon@stblaw.com'; |
| 19 | 'kmeredith@dankolaw.com'; 'kmontee@monteeassociates.com'; 'kortiz@teamtogut.com'; 'kpasquale@stroock.com'; 'kw@wlawcorp.com'; 'kwasniewski@braunhagey.com'; |
| 20 | 'larry@engeladvice.com'; 'lattard@bakerlaw.com'; 'Lauren.macksoud@dentons.com'; 'laytonrl@ah.org'; 'leo.crowley@pillsburylaw.com'; 'Leslie.Freiman@edpr.com'; |
| 21 | 'levine@braunhagey.com'; 'lgabriel@bg.law'; 'lgoldberg@ebce.org'; 'lgottlieb@labaton.com'; 'lillian.stenfeldt@rimonlaw.com'; 'lkress@lockelord.com'; 'llenherr@wendel.com'; |
| 22 | 'lmasud@marshackhays.com'; 'lmcgowen@orrick.com'; 'Lovee.Sarenas@lewisbrisbois.com'; 'lpg@stevenslee.com'; 'lrappaport@proskauer.com'; 'lrochester@bakerdonelson.com'; |
| 23 | 'lschweitzer@cgsh.com'; 'lshulman@shbllp.com'; 'luckey.mcdowell@shearman.com'; 'lweber@polsinelli.com'; 'lwelsh@lkwelshlaw.com'; 'malevinson@orrick.com'; |
| 24 | 'malexander@maryalexanderlaw.com'; 'malmy@crowell.com'; 'malone@oles.com'; 'mannycorrales@yahoo.com'; 'marc.kieselstein@kirkland.com'; 'marcus.hall@troutman.com'; |
| 25 | 'Margarita.Padilla@doj.ca.gov'; 'mark.bane@ropesgray.com'; 'mark.mckane@kirkland.com'; 'Mark_Minich@kindermorgan.com'; 'marmstrong@chevron.com'; 'Marta.Villacorta@usdoj.gov'; |
| 26 | 'marthaeromerolaw@gmail.com'; 'matt@lesnickprince.com'; 'matthew.goren@weil.com'; 'matthew.mcginnis@ropesgray.com'; 'matthew.roberts2@troutman.com'; |
| 27 | 'matthew.roose@ropesgray.com'; 'matthew.troy@usdoj.gov'; 'mbarrie@beneschlaw.com'; 'mbienenstock@proskauer.com'; 'mbostick@wendel.com'; 'mbreslauer@swsslaw.com'; |
| 28 | 'mbrown@whitecase.com'; 'mbusenkell@gsbblaw.com'; 'mdanko@dankolaw.com'; 'meagan.tom@lockelord.com'; 'melaniecruz@chevron.com'; 'metkin@lowenstein.com'; |

| | |
|---|---|
| 1 | 'mfeldman@willkie.com'; 'mfelger@cozen.com'; 'mferullo@nixonpeabody.com'; 'mfirestein@proskauer.com'; 'mgarofalo@stroock.com'; 'mgoodin@clausen.com'; |
| 2 | 'mgorton@boutinjones.com'; 'mgrotefeld@ghlaw-llp.com'; 'mhouston@reedsmith.com'; 'mhowery@reedsmith.com'; 'michael.esser@kirkland.com'; 'michael.isaacs@dentons.com'; |
| 3 | 'michael.torkin@stblaw.com'; 'Michael@bindermalter.com'; 'misola@brotherssmithlaw.com'; 'mjb@hopkinscarley.com'; 'mjdube@ca.ibm.com'; 'mkelly@walkuplawoffice.com'; |
| 4 | 'mlauter@sheppardmullin.com'; 'mlowe@shbllp.com'; 'mochoa@ghlaw-llp.com'; 'morgan.courtney@pbgc.gov'; 'mosby_perrow@kindermorgan.com'; 'mplevin@crowell.com'; |
| 5 | 'mschierberl@cgsh.com'; 'mschuver@walkuplawoffice.com'; 'mscohen@loeb.com'; 'mslattery@lkfirm.com'; 'mspeiser@stroock.com'; 'mstamer@akingump.com'; 'mstrub@irell.com'; |
| 6 | 'mwasson@kramerlevin.com'; 'Mwilhelm@W2LG.com'; 'myersms@ballardspahr.com'; 'myuffee@winston.com'; 'mzerjal@proskauer.com'; 'nanette@ringstadlaw.com'; |
| 7 | 'Navi.Dhillon@BakerBotts.com'; 'nbreimer.esq@gmail.com'; 'ndonnelly@paulweiss.com'; 'ngo.melissa@pbgc.gov'; 'ngoldin@stblaw.com'; 'njbloomfield@njblaw.com'; 'nmitchell@omm.com'; |
| 8 | 'okatz@sheppardmullin.com'; 'olatifi@theadlerfirm.com'; 'oren.haker@stoel.com'; 'oscar.pinkas@dentons.com'; 'otakvoryan@ckrlaw.com'; 'Owen.Clements@sfcityatty.org'; |
| 9 | 'Paronzon@milbank.com'; 'patricia.chen@ropesgray.com'; 'patricia.cirucci@sce.com'; 'pbc@scarpullalaw.com'; 'pblanchard@rutan.com'; 'pbosswick@ssbb.com'; 'pcalifano@cwclaw.com'; |
| 10 | 'peter.boutin@kyl.com'; 'peter.ivanick@hoganlovells.com'; 'peter.welsh@ropesgray.com'; 'peter.wolfson@dentons.com'; 'peter@pmrklaw.com'; 'pfriedman@omm.com'; |
| 11 | 'pgeteam@PrimeClerk.com'; 'pglassman@sycr.com'; 'philip.warden@pillsburylaw.com'; 'phillip.wang@rimonlaw.com'; 'pmunoz@reedsmith.com'; 'ppartee@huntonak.com'; |
| 12 | 'ppascuzzi@ffwplaw.com'; 'prosenblatt@kilpatricktownsend.com'; 'pwp@pattiprewittlaw.com'; 'ra-li-ucts-bankrupt@state.pa.us'; 'randy.michelson@michelsonlawgroup.com'; 'Randy.Sawyer@edpr.com'; |
| 13 | 'RASymm@aeraenergy.com'; 'rbeacher@pryorcashman.com'; 'rbk@jmbm.com'; 'rbryson@robinscloud.com'; 'rebecca.weissman@dechert.com'; |
| 14 | 'rebecca.winthrop@nortonrosefulbright.com'; 'rfriedman@rutan.com'; 'rgoldman@baumhedlundlaw.com'; 'rgolubow@wcghlaw.com'; 'rhonda.goldstein@ucop.edu'; |
| 15 | 'Rich@TrodellaLapping.com'; 'rileywalter@W2LG.com'; 'rjulian@bakerlaw.com'; 'rkampfner@whitecase.com'; 'rlalawyer@yahoo.com'; 'rmarshack@marshackhays.com'; |
| 16 | 'Rob@bindermalter.com'; 'robert.albery@jacobs.com'; 'robert.labate@hklaw.com'; 'robertson.daniel@pbgc.gov'; 'robins@robinscloud.com'; 'rpedone@nixonpeabody.com'; |
| 17 | 'rpinkston@seyfarth.com'; 'rsimons@reedsmith.com'; 'rsoref@polsinelli.com'; 'rubins@ballardspahr.com'; 'rwitthans@fhlawllp.com'; 'rwolf@hollandhart.com'; |
| 18 | 'samuel.maizel@dentons.com'; 'sanfrancisco@sec.gov'; 'sbryant@lockelord.com'; 'sc2104271@gmail.com'; 'scampora@dbbwc.com'; 'schristianson@buchalter.com'; |
| 19 | 'Scott.Lee@lewisbrisbois.com'; 'secbankruptcy@sec.gov'; 'serviceqa@primeclerk.com'; 'sfarzan@sheppardmullin.com'; 'sfelderstein@ffwplaw.com'; 'sfinestone@fhlawllp.com'; |
| 20 | 'sgarabato@epiqglobal.com'; 'sgross@grosskleinlaw.com'; 'shane.huang@usdoj.gov'; 'Sharon.petrosino@hercrentals.com'; 'shiggins@andrewsthornton.com'; 'shumel.vasser@dechert.com'; |
| 21 | 'sjordan@jhwclaw.com'; 'skhalil@milbank.com'; 'skidder@ktbslaw.com'; 'sm@coreylaw.com'; 'sma@proskauer.com'; 'smb@coreylaw.com'; 'smiller@dankolaw.com'; 'smillman@stroock.com'; |
| 22 | 'smitchell@paulweiss.com'; 'smo@smolsonlaw.com'; 'snoma@janglit.com'; 'sory@fdlaw.com'; 'squan@steyerlaw.com'; 'ssally@ropesgray.com'; 'ssummy@baronbudd.com'; |
| 23 | 'steinbergh@gtlaw.com'; 'stephen.hessler@kirkland.com'; 'stephen.karotkin@weil.com'; 'steven.fruchter@arnoldporter.com'; 'steven.polard@rmkb.com'; 'summersm@ballardspahr.com'; |
| 24 | 'summerst@lanepowell.com'; 'sunny.sarkis@stoel.com'; 'Tambra.curtis@sonoma-county.org'; 'taylor@sbep-law.com'; 'TBlischke@williamskastner.com'; 'tcmitchell@orrick.com'; |
| 25 | tdubbs@labaton.com; 'theodore@braunhagey.com'; 'timothy.graulich@davispolk.com'; 'timothy.s.laffredi@usdoj.gov'; 'tjb@brandilaw.com'; 'tkelch@lkfirm.com'; |
| 26 | 'tkeller@kellerbenvenutti.com'; 'tkoegel@crowell.com'; 'TKreller@milbank.com'; 'tlauria@whitecase.com'; 'tmainguy@unioncounsel.net'; 'tom@parkinsonphinney.com'; |
| 27 | 'tscobb@vorys.com'; 'tyoon@crowell.com'; 'vavilaplana@foley.com'; 'vbantnerpeo@buchalter.com'; 'vuocolod@gtlaw.com'; 'wagstaffe@wvbrlaw.com'; 'wlisa@nixonpeabody.com'; |
| 28 | 'wong.andrea@pbgc.gov'; 'wpickett@ghlaw-llp.com'; 'wrieman@paulweiss.com'; 'ws@waynesilverlaw.com'; 'wyones@swsslaw.com'; 'yelena.archiyan@akerman.com' |