UNITED STATES BANKRUPTCY COURT
Northern District of California

In re:                                    )     Bankruptcy No.: 19-30088 (DM)
                                          )     R.S. No.: MET-964
PG&E CORPORATION AND                      )
PACIFIC GAS AND ELECTRIC                  )
COMPANY                                   )
                                          )     Hearing Date: February 11, 2020
                                          )     Time: 10:00 a.m.
Debtors                                   )
                                          )
_____     )

Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A)  Date Petition Filed: 1/29/2019                Chapter: 11
     Prior hearings on this obligation: none       Last Day to File §523/§727 Complaints:

(B)  Description of personal property collateral (e.g. 1983 Ford Taurus):

     Secured Creditor  [ ] or lessor [ ]
     Fair market value:       $_____          Source of value: _____
     Contract Balance:        $_____          Pre-Petition Default: $_____
     Monthly Payment:         $_____          No. of months: _____
     Insurance Advance:       $_____          Post-Petition Default: $_____
                                                No. of months: _____

(C)  Description of real property collateral (e.g. Single family residence, Oakland, CA):

     Fair market value: $_____   Source of value:_____   If appraisal, date:_____

     Moving Party's position (first trust deed, second, abstract, etc.):

     Approx. Bal. $_____            Pre-Petition Default: _____
     As of (date): _____           No. of months: _____
     Mo. payment: $_____            Post-Petition Default: $_____
     Notice of Default (date):_____     No. of months: _____
     Notice of Trustee's Sale:_____     Advances Senior Liens:  $_____

     Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

     Position                      Amount         Mo. Payment         Defaults

     1st Trust Deed:_____     $_____      $_____           $_____
     2nd Trust Deed: _____    $_____      $_____           $_____
     _____:
     _____:
     _____:
                         (Total)   $_____      $_____           $_____

**Other pertinent information:**
The Plaintiff seeks relief from stay to amend the complaint in its pre-petition personal injury Lawsuit to add a new defendant, clarify the description of the real property where the Incident occurred, add new language to the Complaint regarding Plaintiff's actions, remove defendants, and add new causes of action against existing defendants. The Amended Complaint will not add any new causes of action against PG&E, nor is Movant seeking relief from stay to pursue the Lawsuit against PG&E at this time.

Dated: January 28 2020            /s/ Mary Ellmann Tang_____
                                  Signature
                                  _Mary Ellmann Tang, Esq._____
                                  Print or Type Name
                                  Attorney for Cristina Mendoza