```
MARY ELLMANN TANG (SBN 154340)
PATRICIA H. LYON (SBN 126761)
KEVIN E. FUSCH (SBN 255877)
FRENCH LYON TANG
A Professional Corporation
1990 N. California Blvd., Suite 300
Walnut Creek, CA 94596
Telephone: (925) 678-1876

Attorneys for Movant
CRISTINA MENDOZA
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In Re:** | Case No. 19-30088 (DM) |
| | Chapter 11 |
| **PG&E CORPORATION** | R.S. No. MET- 964 |
| -and- | (Lead Case) |
| | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY** | **CERTIFICATE OF SERVICE** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | Hearing |
| | Date: February 11, 2020 |
| ☒ Affects Pacific Gas and Electric Company | Time: 10:00 a.m. |
| | Ctrm: 17 |
| ☐ Affects both Debtors | |

*All papers shall be filed in the Lead Case, No. 19-30088(DM)*

I, NICOLE FEARS, declare:

I am over the age of eighteen years, and not a party to the within action. I am employed in the County of Contra Costa, State of California. Service was made under the direction of Mary Ellmann Tang, Esq., who is an active member of the State Bar of California and is not a party to the action.

On January 28, 2020, I caused a true and correct copy of the foregoing documents to be served via e-mail on the Standard Party Email Service List attached hereto as **Exhibit A**:

- RELIEF FROM STAY COVERSHEET;
- NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY;
- MOTION FOR RELIEF FROM STAY; AND
- DECLARATION IN SUPPORT THEREOF AND EXHIBITS TO DECLARATION

On January 28, 2020, I caused a true and correct copy of each of the above documents to be served via First Class Mail on the Standard Party Hardcopy First Class Service List hereto as **Exhibit B**.

On January 28, 2020, I cause a true and correct copy of each of the above documents to be served via First Class Mail on counsel for Pacific Gas and Electric Company in the subject lawsuit, Case No. 5:17-cv03579-SVK at the following address:

Gough & Hancock LLP
Gayle L. Gough
Sara N. Duncan
Two Embarcadero Center, Suite 640
San Francisco, CA 94111

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of January, 2020, at Walnut Creek, California.

NICOLE FEARS

CERTIFICATE OF SERVICE

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Special Counsel to Debtors | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, Kevin J. Orsini, George E. Zobitz, Steven M. Kessing and Nicholas A. Dorsey, Omid H. Nasab | Pzumbro@cravath.com<br>korsini@cravath.com<br>jzobitz@cravath.com<br>skessing@cravath.com<br>ndorsey@cravath.com<br>onasab@cravath.com |
| Counsel to Debtor | Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | tkeller@kellerbenvenutti.com<br>jkim@kellerbenvenutti.com |
| Counsel for the administrative agent under the Debtors' debtor in possession financing facilities | Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola, Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | fmerola@stroock.com<br>khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq., Timothy Lafreddi, Esq., Marta E. Villacorta | james.l.snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>marta.villacorta@usdoj.gov |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |

Case: 19-30088    Doc# 5537    Filed: 01/28/20    Entered: 01/28/20 15:34:38    Page 3 of 5

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil, Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | ddunne@milbank.com<br>skhalil@milbank.com<br>Paronzon@milbank.com<br>Gbray@milbank.com<br>TKreller@milbank.com |
| Counsel for the Official Committee of Tort Claimants | Baker & Hostetler LLP | Attn: Eric Sagerman, Esq., Cecily Dumas, Esq. | esagerman@bakerlaw.com<br>cdumas@bakerlaw.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Ashley Vinson Crawford | avcrawford@akingump.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | mstamer@akingump.com<br>idizengoff@akingump.com<br>dbotter@akingump.com |
| Co-Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | BraunHagey & Borden LLP | Attn: J. Noah Hagey, Jeffrey M. Theodore, David H. Kwasniewski, Andrew Levine | hagey@braunhagey.com<br>theodore@braunhagey.com<br>kwasniewski@braunhagey.com<br>levine@braunhagey.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Diemer & Wei, LLP | Attn: Kathryn S. Diemer | kdiemer@diemerwei.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Daniel I. Forman | mfeldman@willkie.com<br>jminias@willkie.com<br>dforman@willkie.com |

**Exhibit B**
Standard Parties Hardcopy First Class Mail Service List
Served via First Class Mail

| DESCRIPTION | NAME | Address |
|---|---|---|
| Debtors | PG&E Corporation and Pacific Gas and Electric Company | Attn: Janet Loduca<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94105 |
| U.S. Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>Washington, DC 20555-0001 |