MARY ELLMANN TANG (SBN 154340)
PATRICIA H. LYON (SBN 126761)
KEVIN E. FUSCH (SBN 255877)
FRENCH LYON TANG
A Professional Corporation
1990 N. California Blvd., Suite 300
Walnut Creek, CA 94596
Telephone: (925) 678-1876

Attorneys for Movant
CRISTINA MENDOZA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In Re:** | Case No. 19-30088 (DM)<br>Chapter 11 |
| **PG&E CORPORATION** | R.S. No. MET- 964 |
| -and- | (Lead Case)<br>(Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY** | **AMENDED NOTICE OF HEARING ON MOTION FOR RELIEF FROM STAY** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | Hearing<br>Date: February 26, 2020<br>Time: 10:00 a.m.<br>Ctrm: 17 |
| ☒ Affects Pacific Gas and Electric Company | |
| ☐ Affects both Debtors | |

*All papers shall be filed in the Lead Case, No. 19-30088(DM)

    PLEASE TAKE NOTICE that on February 26, 2020 at 10:00 a.m. at the above-entitled court located at 450 Golden Gate Avenue, 16th Floor, San Francisco, CA, Movant, CRISTINA MENDOZA, will move the court for an order terminating the automatic stay and ruling that Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

    This motion is made on the following grounds: Movant is entitled to relief from stay

for cause to amend the complaint in her Lawsuit against PG&E and other entities. The Lawsuit is based on the severe injuries Plaintiff sustained as a result of the hazardous conditions on a walkway ("Incident"). Upon the filing of PG&E's bankruptcy case, all actions against PG&E were stayed in the Lawsuit, but continued as to the Defendants. In order for Plaintiff to continue prosecuting her claims in the Lawsuit as to the Defendants, she must amend the complaint.

This motion does not seek to change the status quo in regards to PG&E. Plaintiff is merely obtaining relief from stay to protect her rights in the Lawsuit.

The Plaintiff seeks relief from stay to amend the complaint in its pre-petition personal injury Lawsuit to add a new defendant, clarify the description of the real property where the Incident occurred, add new language to the Complaint regarding Plaintiff's actions, remove defendants, and add new causes of action against existing defendants. The Amended Complaint will not add any new causes of action against PG&E, nor is Movant seeking relief from stay to pursue the Lawsuit against PG&E at this time

This motion shall be based on this Notice, the Motion, the Declaration of Steven L. Derby, upon all papers, pleadings, and documents on file herein and on such documentary evidence or oral argument as may be presented at the time of the hearing of this motion.

YOU ARE HEREBY NOTIFIED THAT IF YOU FAIL TO APPEAR AT THE HEARING OF THIS MOTION PURSUANT TO THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, THE COURT MAY GRANT THE MOVANT RELIEF FROM THE AUTOMATIC STAY WITHOUT FURTHER HEARING.

Dated: January 28, 2020

FRENCH LYON TANG
A Professional Corporation

By: /s/ Mary E. Tang
MARY ELLMANN TANG
Attorneys for CRISTINA MENDOZA