**Entered on Docket
January 28, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: January 28, 2020

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007 | CRAVATH, SWAINE & MOORE<br>Paul H. Zumbro (*pro hac vice*)<br>(pzumbro@cravath.com)<br><br><br>New York, NY 10019<br>Tel: 212 474 1000<br>Fax: 212 474 3700 |

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                   **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 107(b) AND FED. R. BANKR. P. 9018 AUTHORIZING THE SEALING OF THE NOTEHOLDER RSA LETTER AGREEMENT** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

1  Upon the Motion, dated January 27, 2020, (the "**Sealing Motion**[1]"), of PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to sections 105(a) and 107(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 1001-2(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California (the "**Bankruptcy Local Rules**"), and the *New District Wide Procedures for Electronically Filing Sealed and Redacted Documents* adopted by the United States Bankruptcy Court for the Northern District of California (the "**Local Procedures**"), for entry of an order (i) authorizing the Debtors to file under seal that certain Noteholder RSA Letter Agreement entered into by and among the Debtors, the Specified Consenting Noteholders, and the Shareholder Proponents in connection with such parties' entry into and execution of the Noteholder RSA and the relief sought in connection with the Noteholder RSA Motion, and (ii) directing that the Noteholder RSA Letter Agreement remain under seal and confidential and not be made available to anyone except as set forth in the Sealing Motion; and consideration of the Sealing Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Sealing Motion as provided to the parties listed therein is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Sealing Motion and the Karotkin Declaration submitted in support thereof; and this Court having determined that the legal and factual bases set forth in the Sealing Motion and the Karotkin Declaration establish just cause for the relief granted herein; and it appearing that the relief requested in the Sealing Motion is in the best interests of the Debtors, their estates, creditors, shareholders, and all parties in interest; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

---

[1] Capitalized terms used but not herein defined have the meanings ascribed to such terms in the Sealing Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Sealing Motion is granted as provided herein.

2. The Debtors are authorized to file under seal the Noteholder RSA Letter Agreement.

3. The copy of the Noteholder RSA Letter Agreement filed under seal is confidential, shall remain under seal, and shall not be made available to anyone other than the (i) the Court, (ii) the U.S. Trustee on a strictly confidential basis, and (iii) counsel to each of the Creditors Committee and the Tort Claimants Committee on a strictly confidential and "professionals' eyes only" basis.

4. Notice of the Sealing Motion as provided therein shall be deemed good and sufficient and the requirements of the Bankruptcy Local Rules are satisfied by such notice.

5. The Debtors are authorized to take all necessary actions to effectuate the relief granted pursuant to this Order in accordance with the Sealing Motion.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **