# EXHIBIT A

| |
|---|
| 21st Century Casualty Company |
| 7-Eleven, Inc. |
| 8minutenergy Renewables, LLC |
| A G Engineering |
| AAA Northern California Nevada |
| Aaron Davis |
| ABM Industries Incorporated |
| Acciona Energy N.A. |
| Acme Security Systems |
| Action Resources, LLC |
| AEGIS |
| Aera Energy LLC |
| Aerotek Inc. |
| AES Distributed Energy |
| AGA |
| AGCS Marine Insurance Company |
| AGF |
| AIG Europe Limited |
| AIG Property Casualty Company |
| Air Products Manuf. Corp. |
| Airgas Specialty Products |
| Airgas USA, LLC |
| Al Smith |
| Alameda County |
| Alamo Solar, LLC |
| Alan Anderson |
| Alan Williams |
| Algonquin Power Co. |
| Algonquin Power Sanger LLC |
| Algonquin SKIC Solar 20 Solar, LLC |
| Allied Property & Casualty Insurance Company |
| Allied Reliability, Inc. |
| Allied Universal |
| Allied World Assurance Company |
| Allstate Insurance Company |
| Alpaugh 50, LLC |
| Alpaugh North, LLC |
| AltaGas Ripon Energy Inc. |
| AltaGas San Joaquin Energy Inc. |
| Altamont Cogeneration Corp. |
| Altamont Power |
| Altamont Power LLC |
| Amador County |

| |
|---|
| AMCO Insurance Company |
| Amec Foster Wheeler Environment & Infrastructure, Inc. |
| Ameresco Inc |
| American Air Filter Company, Inc. |
| American Automobile Insurance Company |
| American Bankers Insurance Company |
| American Bankers Insurance Company of Florida |
| American Family Home Insurance Company |
| American Fire and Casualty Company |
| American Gas Association |
| American Home Assurance Company |
| American Hydro Corporation |
| American Insurance Company |
| American Modern Home Insurance Company |
| American National Property and Casualty Company |
| American Red Cross Bay Area Chapter |
| American Security Insurance Company |
| American Strategic Insurance Company |
| American Zurich Insurance Company |
| Amica Mutual Insurance Company |
| Amtrust at Lloyd's |
| Amtrust Syndicate 1206 |
| Anadarko |
| Anahau Energy |
| Anahau Energy, LLC |
| Anamet Inc |
| Anderson, Barbara & J. H. |
| Anderson, Patricia |
| Andrew Garcia |
| Apache Corp. |
| Applied Pest Management |
| Applus RTD USA, Inc. |
| APS |
| Aquatech International LLC |
| ArborMetrics Solutions LLC |
| Arcadis U.S., Inc. |
| Arch Insurance Company |
| Archrock |
| Argo Global London |
| Argo International Holdings Limited |
| Aries Solar Holding, LLC |
| Arizona Public Service |
| Arlington Wind Power Project, LLC |

Case: 19-30088    Doc# 5541-1    Filed: 01/29/20    Entered: 01/29/20 10:39:22    Page 2
of 28

Armed Forces Insurance Company

Armed Forces Insurance Exchange

Armstrong

Ascot Underwriting Limited

Ashford Inc.

Aspen Insurance Company

Asplundh Construction LLC

Associated Indemnity Corporation

AT&T Corp.

AT&T Corporate Real Estate

AT&T Network

AT&T PCS Wireless Services

ATC Group Services LLC

Atlantic Coast

Atlantic Plant Maintenance

Atlantica Yield

Atlas Copco

Atrium Holding Company

Avangrid Renewables, LLC

Avenal Park LLC

Aviat U.S. Inc.

AVI-SPL, Inc.

Avista Energy, Inc.

Avista Utilities

AZZ WSI LLC

Babcock & Wilcox Construction Co., Inc.

Baker Hughes Process & Pipeline Services

Baker Hughes US Land

Baker Trust

BakerCorp

Bank of Montreal

Bankers Standard Insurance Company

Barbara J. Wright

Barbara Kramer

Barnard Construction Company, Inc.

Baupost GroupSSgA Funds Management (The)

Bay Area Council

Bay Valve Services & Engineering LLC

Bellus Ventures I LLC

Benjamin Moore

Berkshire Hathaway AmGUARD Insurance Company

Berkshire Hathaway Energy Renewables

Berry Petroleum Company

BFW Coupling Services Limited

Bill Lewis

Billings Flying Service, Inc.

BKW, Inc.

Black & Veatch Corporation

BlackRock Fund Advisors

Blackwell Solar, LLC

Blue Mountain Capital Management LLC

BlueLine Rental, LLC

BNP Paribas Securities Corp.

BNP Paribas US

Boart Longyear M&E Drilling Services

Bonneville Power Administration

Boy Scouts of America

BP Energy Company

BP Products North America Inc.

BPA

Brand Industrial Services, Inc.

Brian Hill

Brian Taylor

BrightView Landscape Services, Inc.

Brookfield Renewable Energy Partners

Brown, David M.

Buena Vista Energy, LLC

Burns & McDonnell Engineering, Inc.

Butte County

CA Corp

California Academy of Sciences

California Automobile Insurance Company

California Capital Insurance Company

California Casualty Indemnity Exchange

California Department of Fish & Game

California Department of Insurance

California Dept of Veterans Affairs

California Dept. of Water Resources

California Power Holdings, LLC

Calpeak Power - Panoche LLC

Calpeak Power - Vaca Dixon LLC

CalPeak Power LLC

CalPeak Power, LLC

Calpeak Powr - Vaca Dixon, LLC

Calpine

Calpine Energy Services, L.P.

| |
|---|
| Calpine Energy Solutions, LLC |
| Calpine Geysers Co. L. P. |
| Calpine LLC |
| Calpine Monterey Cogen Inc. |
| Calpine Pittsburg Power Plant |
| Calpine Retained Assets Agreement |
| CalRenew -1 LLC |
| Caltrop Corporation |
| Cameron International Corporation |
| Campos EPC |
| Canopius Managing Agents Limited |
| Canyon Industries Inc. |
| Capital Dynamics, Inc. |
| Capital Power Corporation |
| Capital Power L.P. |
| Cardinal Cogen |
| Cardno Inc. |
| Cargill Inc. |
| Cargill Ltd. |
| Cargill Power Markets, LLC |
| Carol Campbell |
| Cascade Energy Storage, LLC |
| CCI |
| CED Avenal Solar, LLC |
| CED Corcoran Solar 3, LLC |
| CED Corcoran Solar, LLC |
| CED Lost Hills Solar, LLC |
| CED Oro Loma Solar, LLC |
| CED White River Solar 2, LLC |
| CED White River Solar, LLC |
| Cedar Creek Corporation |
| Centaurus Renewable Energy LLC |
| Central Valley Associates |
| Central Valley Gas Stor. |
| CHA Consulting, Inc. |
| Chevron corporation |
| Chevron Natural |
| Chevron Products Company |
| Chevron Richmond Refinery |
| Chevron USA |
| Chevron USA, Inc. |
| Chris Paul |
| Christopher David Jones |

Case: 19-30088   Doc# 5541-1   Filed: 01/29/20   Entered: 01/29/20 10:39:22   Page 5
of 28

| |
|---|
| Christopher Howard |
| Christopher Lee |
| CHRYSLER |
| Chubb Custom Insurance Company |
| Chubb Insurance Company of New Jersey |
| Chubb National Insurance Company |
| Church of Jesus Christ, LDS |
| CID Solar, LLC |
| CIMA Energy, Ltd. |
| Cincinnati Insurance Company |
| Cinergy |
| Citation Insurance Company |
| Citigroup |
| Citigroup Energy Inc. |
| Citizens Insurance Company of America |
| City of San Frnacisco |
| City of Seattle |
| City of South San Francisco |
| City Rise Inc |
| Civil Service Employees Insurance Company |
| Clark, Denise E. |
| Clean Energy |
| Clean Harbors Environmental Services Inc. |
| Clearway Energy |
| Clearwire |
| CMC Steel Fabricators, Inc |
| CNA Insurance Company |
| Coast National Insurance Company |
| Coastal Chemical Co. L.L.C. |
| Cogen |
| Cogen National |
| Cogentrix |
| Cole, Christopher |
| Coleman |
| Colonial County Mutual Insurance Company |
| Columbia Solar Energy, LLC |
| Colusa County |
| Comfort International, Inc. |
| Commerce West Insurance Company |
| Commercial Energy of Montana |
| Commercial Energy of Montana Inc. |
| Con Edison Development |
| Concord Energy |

| |
|---|
| ConeTec Investigations Ltd. |
| Conoco Canada |
| Conoco Phillips Company |
| Conocophillips Co. |
| Constellation Energy Group, Inc. |
| Constitution State Services, LLC |
| Continental Casualty Company |
| Continental Insurance Company |
| Control Solutions, Inc. |
| Convergent Energy and Power LLC |
| Copper Mountain Solar 1, LLC |
| Copper Mountain Solar 2, LLC |
| County of San Francisco |
| Covanta Power Pacific |
| Covanta Power Pacific, Inc. |
| COWI North America, Inc. |
| CRA International Inc |
| CRA International Inc. |
| Crane Nuclear, Inc. |
| Craneworks, Inc. |
| Credit Suisse Energy LLC |
| Creed Energy Center, LLC |
| Crestbrook Insurance Company |
| Crown Castle |
| Crown Communications Inc. |
| Crux Subsurface, Inc. |
| CSAA Fire & Casualty Insurance Company |
| CSAA General Insurance Company |
| CSAA Insurance Exchange |
| Cudd Pressure Control, Inc. |
| Cummins Pacific |
| Curtiss-Wright Flow Control Service Corporation |
| Cutting Edge Drapery |
| Cynthia Smith |
| Cypress Energy Partners |
| D.P. Nicoli, Inc. |
| Dacon Corporation |
| Dan Saccani |
| Dashiell Corporation |
| Davey Tree Surgery Company |
| David Anderson |
| David Burke |
| David Campbell |

| |
|---|
| David Ducommun |
| David Hamilton |
| David Johnson |
| David King, Esq. |
| David Williams |
| Davis Investment Company, |
| Davis, Polk & Wardwell LLP |
| DB Energy Trading |
| DCP Midstream Partners, LP |
| DE Shaw |
| Delta Air Quality Services Inc. |
| Delta Star Inc. |
| Desert Sunlight 300, LLC |
| DG Fairhaven Power, LLC |
| Diablo Winds, LLC |
| Direct Energy |
| Direct Energy Business Marketing, LLC |
| DNV GL Energy Services USA Inc. |
| DNV GL USA, Inc. |
| Dominion Solar Holdings, Inc. |
| Dresser-Rand Co |
| Dresser-Rand Services |
| DTE Biomass Energy |
| DTE Stockton, LLC |
| Duke Energy Marketing America LLC |
| Dynamic Ratings, Inc |
| Dynamic Risk Assessment Systems Inc. |
| Dynegy Marketing and Trade, LLC |
| Dynegy Morro Bay, LLC |
| Dynegy Moss Landing LLC |
| Dynegy Power, LLC |
| Eagle Creek Renewable Energy LLC |
| Eaton Corporation |
| Eco Services Operations Corp |
| Eco-Energy, LLC |
| EDF Renewable Energy |
| EDF Renewable Windfarm V, Inc. |
| EDF Trading |
| Edge Wireless |
| Edison Electric Institute |
| Edison Power Constructors, Inc. |
| EDP Renewables North America LLC |
| EEI |

| |
|---|
| EEN LP and Enbridge LP |
| El Dorado County |
| El Dorado Hydro, LLC |
| El Dorado Irrigation District |
| El Dorado Water & Shower Service, Inc. |
| Electric Power Research Institute |
| Elliott Management |
| Ellis, Scott C. |
| Emerald Transformer Western States |
| Employers Mutual Casualty Company |
| EN Engineering, L.L.C. |
| Encana Corporation |
| Encompass Insurance Company |
| Endurance American Specialty Insurance Company |
| Enel Green Power North America, Inc. |
| Energy Capital Partners |
| EnergySolutions, LLC |
| Enerparc CA1, LLC |
| Enerparc CA2, LLC |
| Enerparc Inc |
| Entact, LLC |
| Enterprise |
| Environment One Corporation |
| Environmental Protection Agency |
| Environmental Resources Management |
| EOG Resources |
| Epic International, LLC |
| Eric Lindberg |
| ERIC THOMPSON |
| Erickson Incorporated |
| ERM |
| ETC Marketing, Ltd. |
| Eureka Energy Company |
| Eurus Energy America Corp |
| Evanston Insurance Company |
| Evari GIS Consulting, Inc. |
| Everest Indemnity Insurance Company |
| Everest National Insurance Company |
| Evoqua Water Technologies LLC |
| Exelon Generation |
| Exelon Generation Company, LLC |
| Extenet System |
| Extreme Plastics Plus, LLC |

9

Fairbanks Scales

Farmers Insurance Company of Oregon

Farmers Insurance Company of Washington

Farmers Insurance Exchange

FBI San Francisco

Federal Aviation Administration Los Angeles

Federal Signal Corporation

Federated Mutual Insurance Company

Federated Mutual Insurance Company as Subrogee of Joe's Services

FERC

Ferreira Construction Co., Inc.

FES Investments Inc.

FFP CA Community Solar, LLC

Fidelity and Guaranty Insurance Underwriters Inc.

Field Services

Fireman's Fund Insurance Company

First Independent Bank of NV

First National Insurance Company of America

First Reserve

First Solar

First Specialty Insurance Company

Five Points Construction Co., Inc.

Fluor Corporation

Ford Motor Company

Forefront Power, LLC

Foremost Insurance Company Grand Rapids, Michigan

Foremost Property and Casualty Insurance Company

Foremost Signature Insurance Company

Fortis Energy Marketing

FPL Energy Montezuma Wind, LLC

Framatome Inc.

Frank Bell

Franklin, Scott

Freedom Energy

Freedom Specialty Insurance Company

Freeport McMoRan Oil & Gas LLC

Fresh Air Energy 1, LLC

Fresh Air Energy IV, LLC

Fresno County

Frito-Lay, Inc.

Frontier Energy, Inc.

FTI

Fuel Cell Energy Inc.

Case: 19-30088   Doc# 5541-1   Filed: 01/29/20   Entered: 01/29/20 10:39:22   Page 10 of 28

FuelCell Energy

G4S Secure Integration LLC

G4S Secure Solutions (USA) Inc.

Gary Hacker

Gary Miller

Gary Moore

Gary Walker

GCube Insurance Services, Inc.

GCube Underwriting Limited

GE Renewable Energy

Geico General Insurance Company

Geico Indemnity Company

General Casualty Company of Wisconsin

General Construction

General Electric International Inc.

General Insurance Company of America

GenOn Delta, LLC

GenOn Energy Management LLC

GenOn Energy, Inc.

Genox Transportation, Inc.

Geo Drilling Fluids

GeoDigital International Corp.

GeoEngineers, Inc.

Geo-Solutions Inc.

GeoStabilization International

GeoSyntec Consultants Inc

Gerald Smith

GFI Securities LLC

GHD Services Inc.

Gilroy Energy Center, LLC,

Glenn Carlson

Glenn County

Global Tower Service, Inc.

Golden Eagle Insurance Corporation

Golden Hills Interconnection LLC

Golder Associates Inc.

Google Inc.

Google, Inc.

Government Employees Insurance Company

Grange Insurance Association

Granite Construction Company

Granite State Insurance Company

Graphic Packaging International Inc.

| |
|---|
| Graves, Philip |
| Great American Alliance Assurance Company |
| Great American Alliance Insurance Company |
| Great American E&S Insurance Company |
| Great American Insurance Company of New York |
| Great Northern Insurance Company |
| Great Valley Solar 4, LLC |
| Green Ridge Power LLC |
| Green, Thomas |
| Greenberg Traurig |
| Grosvenor Properties, Ltd. |
| Ground Penetrating Radar Systems, Inc. |
| Guideone Mutual Insurance Company |
| Guideone Specialty Mutual Insurance Company |
| Guzman Energy, LLC |
| GWF |
| GWF Energy LLC |
| Haas Group International |
| Halliburton |
| Hanson Bridgett |
| Harbert Management Corp |
| Hartford Accident & Indemnity Company |
| Hartford Casualty Insurance Company |
| Hartford Fire Insurance Company |
| Hartford Underwriters Insurance Company |
| Hatchet Ridge Wind, LLC |
| Hathaway Holdings, LLC |
| HD Supply |
| HDI Global SE |
| HDR Engineering, Inc. |
| Helene D. Stevens |
| Henkels & McCoy, Inc. |
| Henrietta D Energy Storage LLC |
| Henter LLC |
| Hernandez, Joseph |
| High Country Line Construction, Inc. |
| HMT LLC |
| Holt of California |
| Holtec International |
| Honeywell HPS |
| Humboldt County |
| Hunter, Robert |
| Hunton & Williams |

| |
|---|
| Huntsman Wind LLC |
| Hydratight Operations, Inc. |
| Hydrocarbon |
| Iberdrola Renewables LLC |
| Iberdrola Renewables, Inc. |
| Icap |
| Icap Capital Markets (Canada) Inc. |
| ICAP Energy LLC |
| ICE |
| ICF Consulting Group, Inc. |
| Idemitsu Apollo Corporation |
| IEI |
| Ignite Solar Holdings 1, LLC |
| Illinois Union Insurance Company |
| IMHOFF |
| Indemnity Insurance Company of North America |
| Insituform Technologies, LLC |
| Institute for Nuclear Power Operations |
| Insurance Company |
| Integra Services Technologies, Inc. |
| Integrys |
| Intercontinental Exchange, Inc. |
| Intermountain Electric Company |
| Intren, LLC |
| Invenergy Wind Development LLC |
| IPC (USA), INC. |
| Iron Mountain Mines |
| Ironshore |
| Ironshore Indemnity Inc. |
| Irvine, James |
| J. Aron & Company LLC |
| J. Aron and Company LLC |
| J.P. Morgan Ventures |
| Jack Roddy |
| Jackson Lewis P.C. |
| Jacuzzi |
| James Hart |
| James Powell |
| James Richardson Jr. |
| James Smith |
| JANX |
| Java Solar, LLC |
| JCC, Inc. |

Case: 19-30088   Doc# 5541-1   Filed: 01/29/20   Entered: 01/29/20 10:39:22   Page 13
of 28

| |
|---|
| Jeff Gough |
| Jenner & Block LLP |
| Jessica Thompson |
| JHK Investment |
| John Crane Inc. |
| John P. Martin III |
| John Wilson |
| Johnny Smith |
| Johns Manville |
| Johnson Controls Inc. |
| Johnson, Brian John |
| Johnson, Ron |
| Jonah Energy LLC |
| Jones, David A. |
| Joseph Johnson |
| Joyce, Thomas |
| JP Morgan Chase Bank, N.A. |
| JP Morgan Securities LLC |
| JP Morgan Ventures Energy Corporation |
| JR Simplot |
| KC Partners Corp. |
| Kemper Independence Insurance Company |
| Kenneth Smith |
| Kenny Construction Company |
| Kent, Steven |
| Kern River Gas Transmission Company |
| Kevin Miller |
| Kevin Moore |
| Kevin Stein |
| Keystone Aerial Surveys, Inc. |
| KILN |
| Kings County |
| Kingston Energy Storage, LLC |
| Kleinfelder, Inc. |
| Klondike Wind Power III LLC |
| Koch Energy Svc |
| Koch Supply & Trading, LP |
| Kone, Inc. |
| Konecranes, Inc. |
| KSB, Inc. |
| LACO Associates |
| Lamar Advertising |
| Landmark |

| |
|---|
| Lassen County |
| Lee Martin |
| Lee, Janet H. |
| Lee, William |
| Lehman Brothers Commodity Services |
| Leidos Engineering, LLC |
| Lewis-Goetz and Company, Inc. |
| Lexington Insurance Company |
| Liberty Insurance Corporation |
| Littler Mendelson |
| Live Nation |
| Livermore |
| Lodi Gas Storage LLC |
| Lonestar West Services LLC |
| Los Angeles County |
| Los Esteros Critical Energy Facility LLC |
| Los Esteros Critical Energy Facility, LLC |
| Los Medanos Energy Center |
| Lost Hills Solar, LLC |
| Louis Berger U.S., INC |
| Loy Clark Pipeline Company |
| Lynch, John H |
| Madera County |
| Madera DP 2, LLC |
| MAPFRE Insurance Company |
| Marc Thomas |
| Maricopa West Solar PV 2, LLC |
| Marin County |
| Mariposa County |
| Mariposa Energy, LLC |
| Mark C Jones |
| Mark Johnson |
| Mark Miller |
| Mark Orlando |
| Mark Smith |
| Martin, Michael |
| Martin, Robert |
| Martinez Cogen Limited Partnership |
| Martinez, Paul T. |
| Mary Conway |
| Mary Turner |
| Materials Testing Inc |
| Matthews, Timothy |

| |
|---|
| Maxim Crane Works, L.P. |
| Maxum Indemnity Company |
| Mayer Brown LLP |
| McCarthy , Kevin |
| MCE Corporation |
| MCI Telecommunications Corp |
| MCI Worldcom |
| McMillen Jacobs Associates, Inc. |
| MDR Inc |
| Meals on Wheels of San Francisco |
| Mears Group Inc. |
| Merced County |
| Mercury Casualty Company |
| Meredith |
| Merrill Lynch |
| Merrill Lynch Commodities Inc. |
| MESA |
| Mesa Associates, Inc. |
| Mesquite Solar 1, LLC |
| Metro Direct Property & Casualty Insurance Company |
| Metro, PCS California LLC |
| Metropolitan Direct Property & Casualty Insurance Company |
| Metropolitan Property and Casualty Insurance Company |
| Meyer Enterprises, LLC |
| Michael Brown |
| Michael Graham |
| Michael Levy |
| Michael McDonald |
| Michael Miller |
| Michael Moore |
| Michael Price |
| Michels Corporation |
| MidAmerican Energy |
| Mid-Century Insurance Company |
| Midcoast Marketing (Us) L.P. |
| Midway Peaking, LLC |
| Mieco |
| Mieco Inc. |
| Milbank Tweed Hadley & McCloy LLP |
| Miller & Chevalier |
| Miller Pipeline |
| Miller, John R. |
| Miller, Michael |

| |
|---|
| Mission Critical Specialists, Inc. |
| MISTRAS Group, Inc. |
| Mitsubishi Electric Power Products, Inc. |
| Mitsubishi Hitachi Power Systems Americas, Inc. |
| Mizuho |
| Modesto Irrigation District |
| Mojave Solar LLC |
| Monterey County |
| Montrose Air Quality Services, LLC |
| Morelos Solar, LLC |
| Morgan Stanley Capital Group Inc. |
| Morse |
| Moss Adams LLP |
| Mott MacDonald, LLC |
| Mount |
| MRB Associates |
| MRC Global Inc. |
| NAIC |
| Nalco Company |
| NASDAQ OMX Commodities Clearing - Contract Merchant LLC |
| National Casualty Company |
| National General Insurance Company |
| National Oilwell Varco, LP |
| National Surety Corporation |
| National Union Fire Insurance Company |
| Nationwide Affinity Insurance Company |
| Nationwide Agribusiness Insurance Company |
| Nationwide General Insurance Company |
| Nationwide Indemnity Company |
| Nationwide Insurance Company of America |
| Nationwide Joint Underwriting |
| Nationwide Lloyds Insurance Company |
| Nationwide Mutual Fire Insurance Company |
| Nationwide Mutual Insurance Company |
| Nationwide Property & Casualty Insurance Company |
| NEIL |
| New Cingular Wireless PCS, LLC |
| New Cingular Wireless Services |
| New Hampshire Insurance Company |
| Nexant, Inc. |
| Nextel |
| Nextel of California, Inc. |
| NextEra |

| |
|---|
| NextEra Energy Marketing, LLC |
| Nextera Energy Montezuma Wind II, LLC |
| NextEra Energy Parnters, LP |
| NextEra Energy Partners |
| NextEra Energy Resources Acquisitions, LLC |
| NextEra Energy Resources, LLC |
| NextEra Energy, Inc. |
| Nimble Consulting Inc |
| Nixon Peabody LLP |
| NOAA |
| Noble Americas Corporation |
| Noresco LLC |
| North American Field Services |
| North Light Specialty Insurance Company |
| North Sky River Energy, LLC |
| North Star Solar, LLC |
| Northland Insurance |
| Norton Rose |
| Nossaman LLP |
| NOV FluidControl |
| NRC |
| NRG Energy |
| NRG Energy, Inc. |
| NRG Marsh Landing, LLC |
| NRG Power Marketing LLC |
| NRG Solar Alpine, LLC |
| NRG Solar Kansas South LLC |
| NTC & CO. |
| Nuclear Energy Institute |
| Nuclear Regulatory Commission |
| NV Energy |
| O.L.S. Energy-Agnews, Inc. |
| Occidental Energy Ventures Corp. |
| Occidental of Elk Hills, Inc. |
| Occidental Power Services, Inc. |
| O'Connor, Daniel J. |
| Ohio Security Insurance Company |
| Oldcastle Precast, Inc. |
| Orange County |
| Ormat Technologies, Inc. |
| Otis Elevator Company |
| Pacific Bell Telephone Company |
| Pacific Bell Wireless LLC |

Case: 19-30088   Doc# 5541-1   Filed: 01/29/20   Entered: 01/29/20 10:39:22   Page 18
of 28

| |
|---|
| Pacific Property and Casualty Company |
| Pacific Specialty Insurance Company |
| Pacific Summit Energy LLC |
| Pacificorp |
| PAR Electrical Contractors, Inc. |
| Parrey, LLC |
| Parsons Environment & Infrastructure Group Inc. |
| Patricia Flores |
| Patricia Weber |
| Patrick McCann |
| Pattern Energy |
| Patterson Pass Wind Farm LLC |
| Paul Hastings LLP |
| PBF Energy Western Region LLC |
| PBM, LLC |
| Peerless Indemnity Insurance Company |
| Peerless Insurance Company |
| Penhall Company |
| Peri |
| Perry, Jeffrey |
| Peter Knight |
| Peterson Power Systems, Inc. |
| Petrochina |
| PG&E California Gas Transmission |
| PG&E Liaison |
| Philadelphia Indemnity Insurance Company |
| Phoenix International Holdings, Inc. |
| Pillsbury LLP |
| Pinnacle West Capital Corp |
| Pipeline Video Inspection, LLC |
| Placer County |
| Plumas County |
| Portland General Electric |
| Potelco Inc. |
| Power Contracting LLC |
| Power Engineering Inc. |
| POWER Engineers Inc. |
| Power One LLC |
| Powerex |
| Praetorian Insurance Company |
| Praxair |
| Praxair Services, Inc. |
| Precision Drilling, Inc. |

Case: 19-30088   Doc# 5541-1   Filed: 01/29/20   Entered: 01/29/20 10:39:22   Page 19
of 28

| |
|---|
| Pricelock Inc. |
| Prime Clerk |
| Privilege Underwriters Reciprocal Exchange |
| ProEnergy Services LLC |
| Progressive Direct Insurance Company |
| Progressive Select Insurance Company |
| Prometheus Energy Group, Inc. |
| Property & Casualty Ins. Company Of Hartford |
| Property and Casualty Insurance Company of Hartford |
| PROS Incorporated |
| Proteus Inc |
| PSEG |
| Public Service Enterprise Group |
| Puget Sound Energy, Inc. |
| Pure Technologies Ltd. |
| PureHM Inc. |
| QBE European Operations |
| QBE Insurance Corporation |
| QBE Specialty Insurance Company |
| Quality Carriers, Inc. |
| Quinn Group, Inc. |
| R.F. MacDonald Company |
| RCP, Inc. |
| RE Astoria LLC |
| RE Gaskell West 3 LLC |
| RE Gaskell West 4 LLC |
| RE Gaskell West 5 LLC |
| RE Kansas LLC |
| RE Kent South LLC |
| RE Old River One LLC |
| Recurrent Energy |
| Recurrent Energy Development Holdings LLC |
| Regent Insurance Company |
| Regents of the University of California |
| Relevant Solutions, LLC |
| Renewables Holdco I LLC |
| Rentokil North America, Inc. |
| Rice Solar Energy, LLC |
| Richard Mack |
| Richard Wells |
| Ridgewood |
| Rio Bravo |
| Rising Tree Wind Farm II, LLC |

| |
|---|
| Risk Management Inc. |
| Riverside County |
| Robert Becker |
| Robert Bell |
| Robert Brown |
| Robert Fernandez |
| Robert Flint, Jr. |
| Robert Hanley |
| Robert L. Smith |
| Robert Miller |
| Robert Phillips |
| Robert Thompson |
| Robert Wallace |
| Robert Walsh |
| Roberts, Douglas |
| Rock Creek Hydro, LLC |
| Rock Creek L.P. |
| Roofing Constructors Inc. |
| Rothschild |
| RPS |
| RSUI Indemnity Company |
| Russell Wright III |
| Sacramento County |
| Safeco Insurance Company Of Illinois |
| Safety-Kleen Systems Inc |
| Salt River Project |
| San Benito County |
| San Bernardino County |
| San Diego County |
| San Francisco Ballet |
| San Francisco Ballet Association |
| San Francisco Museum of Modern Art |
| San Joaquin County |
| San Jose Water Company |
| San Mateo County |
| Sand Drag LLC |
| Sanders, Steven |
| Sandra Kidd |
| Santa Barbara County |
| Santa Clara County |
| Santa Clara Valley Water Dist. |
| SBA Communications Corporation |
| SBC |

Case: 19-30088   Doc# 5541-1   Filed: 01/29/20   Entered: 01/29/20 10:39:22   Page 21
of 28

| |
|---|
| Schaeffer |
| Schlumberger US Land |
| Schmidt, Kristine L. |
| Schneider Electric Systems USA, Inc |
| Schneider Electric USA |
| Schweitzer Engineering Laboratories, Inc. |
| Scott, Robert A. |
| Scottsdale Indemnity Company |
| Scottsdale Insurance Company |
| Scottsdale Surplus Lines Insurance Company |
| SE Energy, LLC |
| Seattle City Light |
| Security National Insurance Company |
| Select Energy Service LLC |
| Sempra Energy |
| Sempra Energy Trading Co. |
| Sempra Gas & Power |
| Sempra Gas and Power Marketing, LLC |
| Sempra Generation |
| Sempra Generation, LLC |
| Sempra U.S. Gas & Power |
| Sentinel Insurance Company |
| Sentinel Insurance Company, LTD. |
| Sentry Insurance A Mutual Company |
| Sequoia Insurance Company |
| Shafter Solar, LLC |
| Shell Energy |
| Shell Energy Canada |
| Shell Energy North America, L.P. |
| Shell Energy US |
| Shell Trading US Company |
| Shell Western E & P |
| Sheppard, Mullin, Richter & Hampton, LLP |
| Shiloh Wind Project 1, LLC |
| Shiloh Wind Project 2, LLC |
| SID |
| Sidley Austin |
| Siemens Energy, Inc. |
| Sierra County |
| Sierra Energy Storage, LLC |
| Sierra Pacific Properties Inc. |
| SimplexGrinnell |
| Simpson Thacher & Bartlett LLP |

Case: 19-30088   Doc# 5541-1   Filed: 01/29/20   Entered: 01/29/20 10:39:22   Page 22 of 28

| |
|---|
| Siskiyou County |
| Sky Capital America Inc. |
| SMA Solar Technology America, LLC |
| Smith |
| Smith, Barbara |
| Smith, Gerald |
| Smith, James C. |
| Smith, Scott Ryan |
| Smyth, Donald |
| Snelson Companies, Inc. |
| Snow Mountain Hydro |
| Snow Mountain Hydro LLC |
| Snyder, Andy |
| Soco Group |
| Solar Partners II, LLC |
| Solar Partners VII, LLC |
| Solar Partners VIII, LLC |
| Solar Partners XII, LLC |
| Solar Partners XIV, LLC |
| Solar Partners XV, LLC |
| Solar Partners XXII, LLC |
| Solar Partners XXIII, LLC |
| Solar Turbines Incorporated |
| Solaren Corporation |
| Sonoma County |
| Sonoma County Agricultural Preservation and Open Space District |
| Sonoma County Community Development Commission |
| Sonoma County Transit |
| Southern Power |
| Southland Industries |
| Spark Energy Gas |
| Spectra Energy Partners, LP |
| Sprint Spectrum |
| SPS Atwell Island, LLC |
| SPX Transformer Solutions Inc. |
| SRI International |
| Standard Guaranty Insurance Company |
| Stanislaus County |
| Stantec |
| Staples & Associates, Inc. |
| Starr Surplus Lines Insurance Company |
| Starwood Capital Group LP |
| Starwood Energy Group Global LLC |

Case: 19-30088   Doc# 5541-1   Filed: 01/29/20   Entered: 01/29/20 10:39:22   Page 23 of 28

| |
|---|
| State Farm General Insurance Company |
| State Farm Mutual Automobile Insurance Company |
| Statkraft US LLC |
| Steadfast Insurance Company |
| Stem Energy Northern CA, LLC |
| Steptoe & Johnson |
| Stericycle Environmental Solutions, Inc |
| Sterling Planet, Inc. |
| Steven Carter |
| Steven Lee |
| Stop & Shop |
| STS HydroPower Ltd. |
| STS Hydropower, LLC |
| STS HydroPower, Ltd. |
| STT Investments LLC |
| Sturgeon Electric California, LLC |
| Sulzer Chemtech USA, Inc. |
| Summit Line Construction, Inc. |
| Sun City Project LLC |
| Sunbelt Rentals Inc. |
| Sunbelt Transformer |
| Suncor Energy |
| SunEdison Yieldco ACQ2, LLC |
| Sunray Energy 2, LLC |
| Sunrise Power Company, LLC |
| Superheat FGH Services, Inc. |
| Susan Miller |
| Sustainable Group Inc. |
| Sustainable Power Group |
| Sutter County |
| Swiss America |
| Sylvania Lighting Services Corp. |
| TA - Acacia, LLC |
| Tacoma Power |
| Taylor & Co |
| Technology Insurance Company, Inc. |
| Tecta America |
| Tehama County |
| Telstar Inc. |
| Tenaska Gas |
| Tenaska Power Services Co. |
| Tenaska Power Services Company |
| Tesoro Refining & Marketing Company LLC |

| |
|---|
| Tetra Tech, Inc. |
| Texaco Exploration & Production, Inc. |
| TGP Coyote Canyon, LLC |
| Thayer Lodging Group |
| The Commonwealth Club |
| The Davey Tree Expert Company |
| The Energy Authority, Inc. |
| The Northfield Insurance Co. |
| The Ohio Casualty Insurance Company |
| The Regents of the University of California |
| The Smith Company, Inc. |
| The Spear Group, Inc. |
| The Standard Fire Insurance Company |
| The Travelers Home And Marine Insurance Company |
| The Travelers Indemnity Company |
| The Travelers Indemnity Company Of America |
| Thomas Green |
| Thomas Mason |
| Thomas Sullivan |
| Thomas Taylor |
| Thomas, Marc M. |
| Thompson, James A. |
| Thompson,William E. |
| Three Rocks Solar LLC |
| ThyssenKrupp Elevator Corporation |
| Tiger |
| Tim Campbell |
| TKO Power |
| T-Mobile |
| T-Mobile USA |
| T-Mobile West |
| Tokio Marine Kiln |
| Topa Insurance Company |
| Toronto Dominion Bank |
| Total Gas |
| Tower Co. |
| TowerCo |
| TransAlta Corporation |
| TransAlta Energy Marketing (US) Inc. |
| Transcanada Nova |
| Transportation Insurance Company |
| Transwestern Pipeline Company, LLC |
| Travelers Casualty Insurance Company Of America |

Case: 19-30088    Doc# 5541-1    Filed: 01/29/20    Entered: 01/29/20 10:39:22    Page 25 of 28

| |
|---|
| Travelers Commercial Insurance Company |
| Travelers Indemnity Company Of Connecticut |
| Travelers Indemnity of CT |
| Travelers Insurance Company of America |
| Travelers Property Casualty Company of America |
| Travelers Property Casualty Insurance Company |
| TRC |
| TRC Companies Incorporated |
| Trees, LLC |
| Trench Plate Rental Co. |
| Trenton Corporation |
| Trinity County |
| Troutman Sanders LLP |
| Truck Insurance Exchange |
| Trumbull Insurance Company |
| TTR Substations, Inc. |
| Tudor Insurance Company |
| Tulare County |
| Tullet Prebon Americas Corp. |
| Tullett Prebon Americas Corp. |
| Tuolumne County |
| Turlock Irrigation District |
| Twin City Fire Insurance Company |
| Tyco Integrated Security LLC |
| U.S. Army Corp of Engineers |
| U.S. Bureau of Land Management |
| U.S. Cellular |
| U.S. Department of Transportation |
| U.S. District Attorney California, Central |
| U.S. District Attorney California, Eastern |
| U.S. District Attorney California, Northern |
| U.S. District Attorney California, Southern |
| U.S. DOT - Federal Aviation Admin. |
| U.S. Federal Bureau of Investigation |
| U.S. National Oceanic & Atmospheric Admin. |
| Underground Construction Co., Inc. |
| Unigard Insurance Company |
| Union Pacific Railroad Company |
| United Airlines |
| United Energy |
| United Fire & Casualty Company |
| United Rentals |
| United Services Automobile Association |

| |
|---|
| United Way of the Bay Area |
| University of Miami |
| US Nuclear Regulatory Commission |
| UTEC Constructors Corporation |
| Utility Tree Service LLC |
| Utility Tree Services, Inc. |
| Valero Refining Company |
| Valley Forge Insurance Company |
| Vantage Wind Energy LLC |
| Vantage Wind Energy, LLC |
| Vasco Winds, LLC |
| Vassar College |
| Verizon |
| Verizon Wireless |
| Vertiv Services |
| Victor Rodriguez |
| Vigilant Insurance Company |
| Vista Corporation |
| Vistra Energy |
| Vitol Inc. |
| Vogt Power International Inc. |
| Voith Turbo Inc. |
| Voyager Indemnity Insurance Company |
| Vulcan Construction & Maintenance, Inc. |
| Vulcan Power Company |
| W.A. Chester LLC |
| Walker, James W. |
| Wartsila North America, Inc. |
| Waste Management National Services Inc. |
| Waste Management, Inc. |
| Weatherford International, LLC |
| Wells Fargo LLC |
| Wesco Insurance Company |
| West American Insurance Company |
| Westchester Fire Insurance Company |
| Westchester Surplus Lines Insurance Company |
| Western Area Power Administration |
| Western Environmental Consultants Inc. |
| Western Heritage Insurance Company |
| Western Properties |
| Western World Insurance Company |
| Westinghouse Electric Company, LLC |
| Westlands Solar Farms LLC |

Case: 19-30088    Doc# 5541-1    Filed: 01/29/20    Entered: 01/29/20 10:39:22    Page 27 of 28

| |
|---|
| Westport Insurance Corporation |
| Westside Solar, LLC |
| WG Partners Acquisition, LLC |
| WGL Energy Systems Inc. |
| Wheelabrator Shasta Energy Company Inc. |
| Wheelabrator Technologies Inc. |
| White & Case LLP |
| White Construction Co |
| WHPacific |
| Wild Goose Storage |
| William E. Stevens |
| William Lee |
| Williams Field Services |
| Williams Scotsman, Inc. |
| Wilmer Cutler Pickering Hale and Dorr LLP |
| Wilson, Donald |
| Winco, Inc. |
| Winston & Strawn |
| Wood Group USA, Inc. |
| WorleyParsons Group, Inc. |
| Wright, Robert |
| X-Elio Energy, S.L. |
| Young, David |
| Zayo Group, LLC |
| Zefiro Corporation |