UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: PG& E Corporation             Bankruptcy Case No. 19-30088-DM
      and                                      Chapter 11
Pacific Gas and Electric Company

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by Debtor PG&E Corporation- Dkt #5156**

**Memorandum Decision on Inverse Condemnation**

**Order on Applicability of Inverse Condemnation; Rule 54(b) Certification**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) by depositing in the regular United States mail at San Francisco, California on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

KELLER AND BENVENUTTI, LLP      for **PG& E Corporation and**
Tobias S. Keller                                      **Pacific Gas & Electric Company**
Jane Kim
650 California St., #1900
San Francisco, CA 94108

JONES DAY                                          for **PG& E Corporation and**

| | |
|---|---|
| Bruce S. Bennett<br>Joshua M. Mester<br>James O. Johnston<br>555 South Flower St., 15th Fl.<br>Los Angeles, CA 90071-2300 | **Pacific Gas & Electric Company** |
| MILBANK LLP<br>Gregory A. Bray<br>Thomas R. Kreller<br>2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067<br>**-and-**<br>MILBANK LLP<br>Dennis F. Dunne<br>Samuel A. Khalil<br>55 Hudson Yards<br>New York, NY 10001-2163 | for **Official Committee of Unsecured Creditors** |
| BAKER & HOSTETLER LLP<br>Robert A. Julian<br>Cecily A. Dumas<br>600 Montgomery St., #3100<br>San Francisco, CA 94111<br>**-and-**<br>BAKER & HOSTETLER LLP<br>Eric E. Sagerman<br>Lauren T. Attard<br>11601 Wilshire Blvd., #1400<br>Los Angeles, CA 90025<br>**-and-**<br>BAKER & HOSTETLER LLP<br>David B. Rivkin, Jr.<br>1050 Connecticut Ave., NW, #1100<br>Washington, DC 20036 | for **Official Committee of Tort Claimants** |
| DREYER BABICH BUCOLA WOOD CAMPORA LLP<br>Steven M. Campora<br>20 Bicentennial Cir.<br>Sacramento, CA 95826 | for **Becky Christensen et al.** |
| EDELSON, P.C.<br>Rafey S. Balabanian<br>123 Townsend St., #100<br>San Francisco, CA 94107 | for **Member of Official Committee of Tort Claimants and Other Individual Fire Victims** |
| NORTON ROSE FULBRIGHT US LLP<br>Rebecca J. Winthrop | for **Adventist Health System West and Feather River Hospital dba** |

| | |
|---|---|
| 555 South Flower St., 41st Fl.<br>Los Angeles, CA 90071 | **Adventist Health Feather River** |
| RICHARDS LAW FIRM<br>John T. Richards<br>Evan Willis<br>101 West Broadway, #1950<br>San Diego, CA 92101 | for **Eighty-one individual, business, commercial family trust and personal injury victims of the Camp Fire** |
| WILLKIE FARR & GALLAGHER LLP<br>Matthew A. Feldman<br>Joseph G. Minias<br>Benjamin P. McCallen<br>787 Seventh Ave.<br>New York, NY 10019-6099<br>**-and-**<br>DIEMER & WEI LLP<br>Kathryn S. Diemer<br>100 West San Fernando St., #555<br>San Jose, CA 95113 | for **Ad Hoc Group of Subrogation Claim Holders** |
| GREENE RADOVSKY MALONEY SHARE<br>& HENNIGH LLP<br>Edward J. Tredinnick<br>4 Embarcadero Center, #4000<br>San Francisco, CA 94111-4106<br>**-and-**<br>GREENE RADOVSKY MALONEY SHARE<br>& HENNIGH LLP<br>Edward J. Tredinnick<br>One Front St., #3200<br>San Francisco, CA 94111 | for **City and County of San Francisco** |
| COREY, LUZAICH, DE GHETALDI & RIDDLE LLP<br>& HENNIGH LLP<br>Dario de Ghetaldi<br>Amanda L. Riddle<br>Steven M. Berki<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669<br>**-and-**<br>DANKO MEREDITH<br>Michael S. Danko<br>Kristine K. Meredith<br>Shawn R. Miller<br>333 Twin Dolphin Dr., #145<br>Redwood Shores. CA 94065<br>**-and-** | for **Individual Wildfire Victims Barbara Thompson, John Thompson, Matthew Thompson, Peter Thompson Raymond Breitenstein and Stephen Breitenstein** |

GIBBS LAW GROUP
Eric Gibbs
Dylan Hughes
505 14th St., #1110
Oakland, CA 94612

Date: January 29, 2020

<u>DaWana L. Chambers</u>
Deputy Clerk