Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons
Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

January 29, 2020

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building
& United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: Transmittal of Notice of Appeal to District Court: **PG& E Corporation and Pacific Gas & Electric Company; Bankruptcy Case No. 19-30088-DM, Judge Dennis Montali**

Dear Clerk:

We are electronically transmitting the following documents to your court for the above referenced matter:

X   Notice of Appeal and Statement of Election
X   Court Certificate of Mailing
X   Docket Report
X   Memorandum Decision on Inverse Condemnation
X   Order on Applicability of Inverse Condemnation; Rule 54(b) Certification
X   Filing Fee Paid

If you have any questions, please contact me *at* **(415) 268-2373**.

Sincerely,

Edward J. Emmons
Clerk of Court

By: Da'Wana L. Chambers
    **Deputy Clerk**