UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: PG& E Corporation  　　　　　　　　Bankruptcy Case No. 19-30088-DM
　　　　and  　　　　　　　　　　　　　　Chapter 11
Pacific Gas and Electric Company

COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by Debtor PG&E Corporation- Dkt #5156**

**Memorandum Decision on Inverse Condemnation**

**Order on Applicability of Inverse Condemnation; Rule 54(b) Certification**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) by depositing in the regular United States mail at San Francisco, California on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

KELLER AND BENVENUTTI, LLP　　　for **PG& E Corporation and**
Tobias S. Keller　　　　　　　　　　　**Pacific Gas & Electric Company**
Jane Kim
650 California St., #1900
San Francisco, CA 94108

JONES DAY　　　　　　　　　　　　for **PG& E Corporation and**

Bruce S. Bennett	Pacific Gas & Electric Company
Joshua M. Mester
James O. Johnston
555 South Flower St., 15th Fl.
Los Angeles, CA 90071-2300

MILBANK LLP	for **Official Committee of Unsecured Creditors**
Gregory A. Bray
Thomas R. Kreller
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
**-and-**
MILBANK LLP
Dennis F. Dunne
Samuel A. Khalil
55 Hudson Yards
New York, NY 10001-2163

BAKER & HOSTETLER LLP	for **Official Committee of Tort Claimants**
Robert A. Julian
Cecily A. Dumas
600 Montgomery St., #3100
San Francisco, CA 94111
**-and-**
BAKER & HOSTETLER LLP
Eric E. Sagerman
Lauren T. Attard
11601 Wilshire Blvd., #1400
Los Angeles, CA 90025
**-and-**
BAKER & HOSTETLER LLP
David B. Rivkin, Jr.
1050 Connecticut Ave., NW, #1100
Washington, DC 20036


DREYER BABICH BUCOLA WOOD CAMPORA LLP	for **Becky Christensen et al.**
Steven M. Campora
20 Bicentennial Cir.
Sacramento, CA 95826

EDELSON, P.C.	for **Member of Official Committee of Tort Claimants**
Rafey S. Balabanian	    **and Other Individual Fire Victims**
123 Townsend St., #100
San Francisco, CA 94107


NORTON ROSE FULBRIGHT US LLP	for **Adventist Health System**
Rebecca J. Winthrop	**West and Feather River Hospital dba**

555 South Flower St., 41st Fl.  Adventist Health Feather River
Los Angeles, CA 90071

RICHARDS LAW FIRM          for **Eighty-one individual, business, commercial**
John T. Richards            **family trust and personal injury victims of the**
Evan Willis                 **Camp Fire**
101 West Broadway, #1950
San Diego, CA 92101

WILLKIE FARR & GALLAGHER LLP   for **Ad Hoc Group of Subrogation Claim Holders**
Matthew A. Feldman
Joseph G. Minias
Benjamin P. McCallen
787 Seventh Ave.
New York, NY 10019-6099
**-and-**
DIEMER & WEI LLP
Kathryn S. Diemer
100 West San Fernando St., #555
San Jose, CA 95113

GREENE RADOVSKY MALONEY SHARE   for **City and County of San Francisco**
& HENNIGH LLP
Edward J. Tredinnick
4 Embarcadero Center, #4000
San Francisco, CA 94111-4106
**-and-**
GREENE RADOVSKY MALONEY SHARE
& HENNIGH LLP
Edward J. Tredinnick
One Front St., #3200
San Francisco, CA 94111

COREY, LUZAICH, DE GHETALDI & RIDDLE LLP   for **Individual Wildfire Victims**
& HENNIGH LLP                              **Barbara Thompson, John Thompson,**
Dario de Ghetaldi                          **Matthew Thompson, Peter Thompson**
Amanda L. Riddle                           **Raymond Breitenstein and Stephen Breitenstein**
Steven M. Berki
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669
**-and-**
DANKO MEREDITH
Michael S. Danko
Kristine K. Meredith
Shawn R. Miller
333 Twin Dolphin Dr., #145
Redwood Shores. CA 94065
**-and-**

GIBBS LAW GROUP
Eric Gibbs
Dylan Hughes
505 14th St., #1110
Oakland, CA 94612


Date: January 29, 2020 <u>DaWana L. Chambers</u>
                                              Deputy Clerk