| | | |
|---|---|---|
| 01/22/2020 | 5449<br>(5 pgs) | Notice of Continued Hearing *on All Matters Scheduled for January 23, 2020, 1:00 p.m. Omnibus Hearing* (RE: related document(s)5282 Application to Compromise Controversy with Tubbs Preference Claimants Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A (Proposed Order))). **Hearing scheduled for 1/29/2020 at 10:00 AM San Francisco Courtroom 17 - Montali for 5282,**. Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 01/22/2020) |
| 01/22/2020 | 5450<br>(2 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Winston & Strawn LLP (Claim No. 17137, Amount $226,778.45) To J.H Lane Partners Master Fund, L.P.. Fee Amount $25 Filed by Interested Party J.H. Lane Partners Master Fund, L.P.. (Doolittle, Jonathan) (Entered: 01/22/2020) |
| 01/22/2020 | 5451<br>(5 pgs) | Brief/Memorandum in Opposition to *Re: Opposition By TURN To Debtors' Amended Motion For Entry Of Orders (I) Approving Terms Of, And Debtors' Entry Into And Performance Under, Exit Financing Commitment Letters And (II) Authorizing Incurrence, Payment And Allowance Of Related Fees And/Or Premiums, Indemnities, Costs And Expenses As Administrative Expense Claims* (RE: related document(s)4446 Motion Miscellaneous Relief, 5267 Motion Miscellaneous Relief). Filed by Creditor TURN-The Utility Reform Network (Harris, Robert) (Entered: 01/22/2020) |
| 01/22/2020 | | Hearing Continued. The hearing on 1/29/20 regarding Status Conference Regarding Confirmation is continued to 1/29/20 at 10:00 a.m. (related document(s): 4760 Order To Set Hearing) **Hearing scheduled for 01/29/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** (lp) (Entered: 01/22/2020) |
| 01/22/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30232557, amount $ 25.00 (re: Doc# 5450 Transfer of Claim) (U.S. Treasury) (Entered: 01/22/2020) |
| 01/22/2020 | | Hearing Continued. The hearing on 1/23/20 regarding Oral Argument on Make-Whole/ Optional Redemption Issue is continued to 1/29/20 at 10:00 am. (related document(s): 4540 Order To Set Hearing) **Hearing scheduled for 01/29/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** (lp) (Entered: 01/22/2020) |
| 01/22/2020 | 5452<br>(33 pgs) | Reply *Securities Lead Plaintiffs Reply In Further Support Of Motion To Apply Bankruptcy Rule 7023 To Class Proof Of Claim* (RE: related document(s)5042 Motion Miscellaneous Relief, 5369 Objection, 5373 Opposition Brief/Memorandum). Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Michelson, Randy) (Entered: 01/22/2020) |
| 01/22/2020 | 5453<br>(3 pgs) | Supplemental Certificate of Service (RE: related document(s)5096 Objection to Claim, 5320 Supplemental Document). Filed by Creditor Committee Official Committee of Tort Claimants (Goodman, Eric). Related document(s) 5438 Notice of Continued Hearing filed by Creditor Committee Official Committee of Tort Claimants. Modified on 1/27/2020 (dc). (Entered: 01/22/2020) |
| 01/22/2020 | 5454<br>(3 pgs) | Supplemental Certificate of Service (RE: related document(s)4943 Objection to Claim, 5319 Supplemental Document). Filed by Creditor Committee Official Committee of Tort Claimants (Goodman, Eric). Related document(s) 5438 Notice of Continued Hearing filed by Creditor Committee Official Committee of Tort Claimants. Modified on 1/27/2020 (dc). (Entered: 01/22/2020) |
| 01/22/2020 | 5455<br>(3 pgs) | Order Approving Stipulation Between Debtor Pacific Gas and Electric Company and Tiger Natural Gas, Inc. for Limited Relief from the Automatic Stay (RE: related document(s)4321 Motion for Relief From Stay filed by Interested Party Tiger Natural Gas, Inc., 5431 Stipulation for Relief From Stay filed by Debtor PG&E Corporation). (lp) (Entered: 01/22/2020) |
| 01/22/2020 | | Hearing Dropped. The hearing on 2/26/20 regarding Motion for Relief from Stay Filed by Tiger Natural Gas, Inc. is dropped from the calendar. Order approving the stipulation, dkt #5455, filed on 1/22/20. (related document(s): 4322 Motion for Relief From Stay filed by Tiger Natural Gas, Inc.) (lp) (Entered: 01/22/2020) |
| 01/22/2020 | 5456<br>(35 pgs; 2 docs) | Declaration of Adam D. Walter in Support of */Declaration of Adam D. Walter Of A.B. Data, Ltd. Regarding Standard Procedures And Methods Utilized In Securities Class Action Notice Programs* (RE: related document(s)5452 Reply). Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Attachments: # 1 Exhibit A) (Michelson, Randy) (Entered: 01/22/2020) |
| 01/22/2020 | 5457<br>(172 pgs) | Certificate of Service (RE: related document(s)5447 Motion Miscellaneous Relief). Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Michelson, Randy) (Entered: 01/22/2020) |
| 01/22/2020 | 5458<br>(114 pgs; 7 docs) | Declaration of Andrew D. Behlmann, Esq. in Support of *Securities Lead Plaintiff's Reply In Further Support Of Motion To Apply Bankruptcy Rule 7023 To Class Proof Of Claim* (RE: related document(s)5452 Reply). Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6) (Michelson, Randy) (Entered: 01/22/2020) |
| 01/22/2020 | 5459 (14 pgs) | Objection *to Debtors Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed R. Bankr. P. 6004 and 9019 For Entry of an Order (I) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (II) Granting Related Relief; and Debtors Motion Pursuant to 11 U.S.C §§ 105(a) and 107(b) and Fed. R. Bankr. P. 9018 for Entry of an Order Authorizing Redaction and Sealing of Confidential Information from Tubbs Settlement Documents* (RE: related document(s)5282 Application to Compromise Controversy, 5284 Motion to File Redacted Document). Filed by Creditor Objecting Camp Fire Claimants (Scarpulla, Francis) (Entered: 01/22/2020) |
| 01/23/2020 | 5460 (175 pgs) | Certificate of Service (RE: related document(s)5452 Reply, 5456 Declaration, 5458 Declaration). Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Michelson, Randy) (Entered: 01/23/2020) |
| 01/23/2020 | 5461 (2 pgs) | Order Granting Ex Parte Application for Order Pursuant to B.L.R. 9013-1(c) Authorizing Oversize Reply Brief in Support of Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim (Related Doc # 5447) (lp) (Entered: 01/23/2020) |
| 01/23/2020 | 5462 (20 pgs) | Certificate of Service (RE: related document(s)5445 Objection). Filed by Interested Party Governor Gavin Newsom (Beiswenger, Jacob) (Entered: 01/23/2020) |
| 01/23/2020 | 5463 (24 pgs) | Certificate of Service *of Wing Chan* Filed by Other Prof. Epiq Corporate Restructuring, LLC (related document(s)5342 Response). (Garabato, Sid) (Entered: 01/23/2020) |
| 01/23/2020 | 5464 (6 pgs) | Certificate of Service *of Konstantina Haidopoulos* Filed by Other Prof. Epiq Corporate Restructuring, LLC (related document(s)5408 Statement). (Garabato, Sid) (Entered: 01/23/2020) |
| 01/23/2020 | 5465 (6 pgs) | Certificate of Service *of Wing Chan* Filed by Other Prof. Epiq Corporate Restructuring, LLC (related document(s)5426 Statement). (Garabato, Sid) (Entered: 01/23/2020) |
| 01/23/2020 | 5466 (2 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: First Solar, Inc. (Claim No. 64137, Amount $0.00) To Little Bear Holding Company, LLC. Fee Amount $25 Filed by Creditor Little Bear Holding Company, LLC. (Sarkis, Sunny) (Entered: 01/23/2020) |
| 01/23/2020 | 5467 (4 pgs) | Notice Regarding */Certificate of No Objection Regarding Seventh Monthly Statement of the Official Committee of Tort Claimants for Reimbursement of Expenses for the Period February 15, 2019 through November 30, 2019* (RE: related document(s)5317 Statement of / *Seventh Monthly Statement of the Official Committee of Tort Claimants for Reimbursement of Expenses for the Period February 15, 2019 Through November 30, 2019* (RE: related document(s)1305 Order on Motion for Miscellaneous Relief). Filed by Creditor Committee Official Committee of Tort Claimants (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Notice)). Filed by Creditor Committee Official Committee of Tort Claimants (Dumas, Cecily) (Entered: 01/23/2020) |
| 01/23/2020 | 5468 (2 pgs) | Joinder *Partial Joinder of the City and County of San Francisco to the Status Conference Statement of Valley Clean Energy Alliance Regarding Preconfirmation Issues* (RE: related document(s)5442 Status Conference Statement). Filed by Creditor City and County of San Francisco (Tredinnick, Edward) (Entered: 01/23/2020) |
| 01/23/2020 | 5469 (23 pgs) | Certificate of Service *of Sonia Akter Regarding Notice of Agenda for January 21, 2020 at 10:00 a.m. Omnibus Hearing, Stipulation between Debtor Pacific Gas and Electric Company and Movant Cara Feneis for Limited Relief from the Automatic Stay, Notice of Continued Hearing on All Matters Scheduled for January 21, 2020, at 10:00 a.m. Omnibus Hearing, First Interim Fee Application of Deloitte & Touche LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period January 29, 2019 through May 31, 2019, Monthly Fee Statement of Keller & Benvenutti LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of November 1, 2019 through November 30, 2019* Filed by Other Prof. Prime Clerk LLC (related document(s)5402 Application for Compensation, 5405 Notice, 5407 Statement, 5410 Stipulation for Relief From Stay, 5411 Notice of Continued Hearing). (Baer, Herb) (Entered: 01/23/2020) |
| 01/23/2020 | 5470 (3 pgs) | Certificate of Service *(Certificate of No Objection Regarding Seventh Monthly Statement of the Official Committee of Tort Claimants for Reimbursement of Expenses for the Period February 15, 2019 through November 30, 2019)* (RE: related document(s)5467 Notice). Filed by Creditor Committee Official Committee of Tort Claimants (Dumas, Cecily) (Entered: 01/23/2020) |

| | | | |
|---|---|---|---|
| 01/23/2020 | ● [5471](#) (2 pgs) | | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Park Street Strategies (Claim No. 74965, Amount $233,800.16) To Whitebox Multi-Strategy Partners, LP. Fee Amount $25 Filed by Creditor Whitebox Multi-Strategy Partners, LP. (Soref, Randye) (Entered: 01/23/2020) |
| 01/23/2020 | | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30235481, amount $ 25.00 (re: Doc# [5471](#) Transfer of Claim) (U.S. Treasury) (Entered: 01/23/2020) |
| 01/23/2020 | ● [5472](#) (10 pgs) | | Joinder *BY BAUM HEDLUND ARISTEI GOLDMAN CAMP FIRE VICTIMS CLIENTS IN THE OBJECTION TO DEBTORS MOTIONS [Dkt. No. 5282] AND [Dkt. No. 5284] FILED BY CLAIMANTS ELIZABETH ADAMS, MARY ADAMS, AND DAVID AGOSTINO, ET AL. [Dkt. No. 5459]* (RE: related document(s)[5459](#) Objection). Filed by Creditor Majesti Mai Bagorio, etc. (Moore, Diane). Related document(s) [5282](#) Application to Compromise Controversy with Tubbs Preference Claimants filed by Debtor PG&E Corporation, [5284](#) Motion to File Redacted Document *and Seal Confidential Information from Tubbs Settlement Documents* filed by Debtor PG&E Corporation. Modified on 1/27/2020 (dc). (Entered: 01/23/2020) |
| 01/23/2020 | ● [5473](#) (3 pgs) | | Notice of Continued Hearing *on Motion of the Ad Hoc Committee of Senior Unsecured Noteholders for Reconsideration and Relief from Orders Pursuant to Federal Rules of Civil Procedure 59(e) and 60(b)* (RE: related document(s)[5241](#) Motion to Reconsider filed by Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company). Filed by Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company. (Crawford, Ashley) (Entered: 01/23/2020) |
| 01/23/2020 | | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30235881, amount $ 25.00 (re: Doc# [5466](#) Transfer of Claim) (U.S. Treasury) (Entered: 01/23/2020) |
| 01/23/2020 | ● | | Hearing Dropped. The hearing on 1/29/20 at 10:00 a.m. regarding Motion of the Ad Hoc Committee of Senior Unsecured Noteholders for Reconsideration and Relief from Orders Pursuant to Federal Rules of Civil Procedure 59(e) and 60(b) is dropped from the calendar per the Notice, dkt #5473, filed on 1/23/20. (related document(s): [5241](#) Motion to Reconsider filed by Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company) (lp) (Entered: 01/23/2020) |
| 01/23/2020 | ● [5474](#) (4 pgs) | | Second Stipulation to Continue Hearing *and Extend Time to File Reply Brief on Subrogation Claim Impairment Issue* Filed by Debtor PG&E Corporation (RE: related document(s)[4540](#) Order To Set Hearing). (Rupp, Thomas) (Entered: 01/23/2020) |
| 01/23/2020 | ● [5475](#) (3 pgs) | | Notice Regarding */Certificate of No Objection Regarding Seventh Monthly Fee Statement of Lincoln Partners Advisors LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period September 1, 2019 Through September 30, 2019* (RE: related document(s)[4719](#) Statement of */Seventh Monthly Fee Statement of Lincoln Partners Advisors LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period September 1, 2019 through September 30, 2019* (RE: related document(s)[701](#) Order on Motion for Miscellaneous Relief). Filed by Creditor Committee Official Committee of Tort Claimants (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E)). Filed by Creditor Committee Official Committee of Tort Claimants (Dumas, Cecily) (Entered: 01/23/2020) |
| 01/23/2020 | ● [5476](#) (3 pgs) | | Notice Regarding */Certificate of No Objection Regarding Eighth Monthly Fee Statement of Lincoln Partners Advisors LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period October 1, 2019 Through October 31, 2019* (RE: related document(s)[5110](#) Statement of */ Eighth Monthly Fee Statement of Lincoln Partners Advisors LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period October 1, 2019 Through October 31, 2019* (RE: related document(s)[701](#) Order on Motion for Miscellaneous Relief). Filed by Creditor Committee Official Committee of Tort Claimants (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E)). Filed by Creditor Committee Official Committee of Tort Claimants (Dumas, Cecily) (Entered: 01/23/2020) |
| 01/23/2020 | ● [5477](#) (3 pgs) | | Certificate of Service *(Certificate of No Objection Regarding Seventh Monthly Fee Statement of Lincoln Partners Advisors LLC for Allowance and Payment of Expenses for the Period September 1, 2019 Through September 30, 2019 and Certificate of No Objection Regarding Eighth Monthly Fee Statement of Lincoln Partners Advisors LLC for Allowance and Payment of Expenses for the Period October 1, 2019 Through October 31, 2019)* (RE: related document(s)[5475](#) Notice, [5476](#) Notice). Filed by Creditor Committee Official Committee of Tort Claimants (Dumas, Cecily) (Entered: 01/23/2020) |
| 01/24/2020 | ● [5478](#) (3 pgs) | | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Allwire Inc. (Claim No. 1780, Amount $33,423.35) To Contrarian Funds, LLC. Fee Amount $25 Filed by Creditor Contrarian Funds, LLC. (Mumola, Alisa) (Entered: 01/24/2020) |
| 01/24/2020 | | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30237057, amount $ 25.00 (re: Doc# [5478](#) Transfer of Claim) |

Case: 19-30088    Doc# 5543-19    Filed: 01/29/20    Entered: 01/29/20 11:57:43    Page 3 of 11

| | | |
|---|---|---|
| | | (U.S. Treasury) (Entered: 01/24/2020) |
| 01/24/2020 | ● 5479 (4 pgs) | Notice Regarding *Certificate of No Objection Regarding Tenth Monthly Fee Statement of Baker & Hostetler LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period November 1, 2019 through November 30, 2019* (RE: related document(s)5247 Statement of Tenth Monthly Fee Statement of Baker & Hostetler LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period November 1, 2019 through November 30, 2019 Filed by Creditor Committee Official Committee of Tort Claimants (Attachments: # 1 Exhibit A - Compensation by Professional # 2 Exhibit B - Compensation by Task Code # 3 Exhibit C - Expense Summary # 4 Exhibit D - Detailed Time Entries # 5 Exhibit E - Detailed Expense Entries # 6 Notice Parties)). Filed by Creditor Committee Official Committee of Tort Claimants (Dumas, Cecily) (Entered: 01/24/2020) |
| 01/24/2020 | ● 5480 (3 pgs) | Certificate of Service *of Certificate of No Objection Regarding Tenth Monthly Fee Statement of Baker & Hostetler LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period November 1, 2019 through November 30, 2019* (RE: related document(s)5479 Notice). Filed by Creditor Committee Official Committee of Tort Claimants (Dumas, Cecily) (Entered: 01/24/2020) |
| 01/24/2020 | ● 5481 (22 pgs) | Certificate of Service *of Dagmara Krasa-Berstell* (RE: related document(s)5473 Notice of Continued Hearing). Filed by Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (Crawford, Ashley) (Entered: 01/24/2020) |
| 01/24/2020 | ● 5482 (26 pgs; 5 docs) | Certificate of Service *of Partial Joinder of the City and County of San Francisco to the Status Conference Statement of Valey Clean Energy Alliance Regarding Preconfirmation Issues* (RE: related document(s)5468 Joinder). Filed by Creditor City and County of San Francisco (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Tredinnick, Edward) (Entered: 01/24/2020) |
| 01/24/2020 | ● 5483 (3 pgs; 2 docs) | Application for Admission of Attorney Pro Hac Vice *for Carol C. Villegas*. Fee Amount $310 (Attachments: # 1 Certificate of Good Standing) (Villegas, Carol) (Entered: 01/24/2020) |
| 01/24/2020 | | Receipt of filing fee for Application for Admission of Attorney Pro Hac Vice(19-30088) [motion,mprohac] ( 310.00). Receipt number 30237451, amount $ 310.00 (re: Doc# 5483 Application for Admission of Attorney Pro Hac Vice *for Carol C. Villegas*. Fee Amount $310) (U.S. Treasury) (Entered: 01/24/2020) |
| 01/24/2020 | ● 5484 (2 pgs) | Order Granting Stipulation Among the Debtors, the Ad Hoc Group of Subrogation Claim Holders, and the Official Committee of Unsecured Creditors Extending Time to File Reply Brief and Continuing Hearing on Subrogation Claim Impairment Issue (RE: related document(s)5474 Stipulation to Continue Hearing filed by Debtor PG&E Corporation). (lp) (Entered: 01/24/2020) |
| 01/24/2020 | ● 5485 (7 pgs) | Reply *Debtors' Reply to the Objecting Camp Fire Claimants Objection to the Tubbs Settlement Motion [Dkt. 5459] and the Additional Objecting Camp Fire Claimants Joinder [Dkt. 5472]* (RE: related document(s)5282 Application to Compromise Controversy). Filed by Debtor PG&E Corporation (Rupp, Thomas). Related document(s) 5459 Objection filed by Creditor Objecting Camp Fire Claimants, 5472 Joinder filed by Creditor Majesti Mai Bagorio, etc.. Modified on 1/27/2020 (dc). (Entered: 01/24/2020) |
| 01/24/2020 | ● | Hearing Continued. The hearing on 1/29/20 at 10:00 am regarding Oral Argument on Impairment of Subrogation Claims is continued to 2/11/20 at 10 am per the Order, dkt #5484, filed on 1/24/20. (related document(s): 4540 Order To Set Hearing **Hearing scheduled for 02/11/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** (lp) (Entered: 01/24/2020) |
| 01/24/2020 | ● 5486 (3 pgs) | Declaration of Thomas R. Kreller *Regarding Hourly Rates of Milbank LLP as Counsel for the Official Committee of Unsecured Creditors* (RE: related document(s)1766 Order on Application to Employ). Filed by Official Committee of Unsecured Creditors (Kreller, Thomas) Modified on 1/27/2020 (dc). (Entered: 01/24/2020) |
| 01/24/2020 | ● 5487 (3 pgs) | Declaration of Samuel Star *Regarding Hourly Rates of FTI Consulting, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors* (RE: related document(s)2252 Order on Application to Employ). Filed by Other Prof. FTI Consulting Inc. (Kreller, Thomas) (Entered: 01/24/2020) |
| 01/24/2020 | ● 5488 (4 pgs; 2 docs) | Notice Regarding *Certificate of No Objection Regarding Seventh Monthly Fee Statement of Simpson Thacher & Bartlett LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of October 1, 2019 through October 31, 2019* (RE: related document(s)701 Order Pursuant to 11 U.S.C. Sections 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Related Doc 349) (lp), 5221 Seventh Statement of of Simpson Thacher & Bartlett LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of October 1, 2019 through October 31, 2019 (RE: related document(s)701 Order on Motion for Miscellaneous |

Case: 19-30088    Doc# 5543-19    Filed: 01/29/20    Entered: 01/29/20 11:57:43    Page 4 of 11

| | | |
|---|---|---|
| | | Relief). Filed by Interested Partys Board of PG&E Corporation, Board of Pacific Gas and Electric Company, Certain Current and Former Independent Directors (Attachments: # 1 Exhibit A - Compensation by Professional October 1, 2019 through October 31, 2019 # 2 Exhibit B - Summary of Hours During Fee Period by Task # 3 Exhibit C - Summary of Expenses Incurred During Fee Period # 4 Exhibit D - Detailed Time Entries for Fee Period # 5 Exhibit E - Detailed Expenses Entries for Fee Period)). Filed by Interested Partys Board of PG&E Corporation, Board of Pacific Gas and Electric Company, Certain Current and Former Independent Directors (Attachments: # 1 Exhibit A - Summary of Fees and Expenses) (Sanders, Jonathan) (Entered: 01/24/2020) |
| 01/24/2020 | 5489 (2 pgs) | Order Granting Application for Admission of Attorney Pro Hac Vice (Carol C. Villegas) (Related Doc # 5483). (lp) (Entered: 01/24/2020) |
| 01/24/2020 | 5490 (9 pgs; 2 docs) | Notice Regarding *Filing of Fourth List of Additional Ordinary Course Professionals* (RE: related document(s)707 Order Pursuant to 11 U.S.C. Sections 105(a), 327, 328, and 330 Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business Nunc Pro Tunc to the Petition Date (Related Doc 350) (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3) (lp)). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A) (Rupp, Thomas) (Entered: 01/24/2020) |
| 01/24/2020 | 5491 (13 pgs; 7 docs) | Statement of /Sixth Monthly Fee Statement of Trident DMG LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 18, 2019 Through January 17, 2020 (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Creditor Committee Official Committee of Tort Claimants (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Notice) (Dumas, Cecily) (Entered: 01/24/2020) |
| 01/24/2020 | 5492 (3 pgs) | Certificate of Service *(Sixth Monthly Fee Statement of Trident DMG LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 18, 2019 Through January 17, 2020)* (RE: related document(s)5491 Statement). Filed by Creditor Committee Official Committee of Tort Claimants (Dumas, Cecily) (Entered: 01/24/2020) |
| 01/24/2020 | 5493 (24 pgs) | Certificate of Service *of Alain B. Francoeur Regarding Order Granting Stipulation Among the Debtors, the Ad Hoc Group of Subrogation Claim Holders, and the Official Committee of Unsecured Creditors Extending Time to File Reply Brief on Subrogation Claim Impairment Issue, Stipulation Between Debtor Pacific Gas and Electric Company and Tiger Natural Gas, Inc. for Limited Relief from the Automatic Stay, and Monthly Fee Statement of KPMG LLP for Compensation for Services Rendered and Reimbursement of Expenses as Information Technology, Risk, and Legal Support Consultants to the Debtors for the Period from August 1, 2019 through August 31, 2019* Filed by Other Prof. Prime Clerk LLC (related document(s)5423 Order on Stipulation, 5424 Statement, 5431 Stipulation for Relief From Stay). (Baer, Herb) (Entered: 01/24/2020) |
| 01/24/2020 | 5494 (120 pgs; 6 docs) | Statement of Deloitte & Touche LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from September 1, 2019 Through September 30, 2019 (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A Compensation by Professional # 2 Exhibit B Compensation by Task Code # 3 Exhibit C Expense Summary # 4 Exhibit D Detailed Time Entries # 5 Exhibit E Detailed Expense Entries) (Levinson Silveira, Dara) (Entered: 01/24/2020) |
| 01/24/2020 | 5495 (3 pgs) | Notice of Appearance and Request for Notice *and Service of Papers, and Request for Inclusion on Master Mailing List* by Jacquelyn H. Choi. Filed by Creditor County of Santa Clara Department of Tax and Collections (Choi, Jacquelyn) (Entered: 01/24/2020) |
| 01/24/2020 | 5496 (784 pgs; 6 docs) | Ninth Monthly Fee Statement of *Cravath, Swaine & Moore LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of October 1, 2019 Through October 31, 2019* (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Compensation by Professional # 2 Exhibit B - Compensation by Task Code # 3 Exhibit C - Summary of Expenses # 4 Exhibit D - Detailed Fee Entries # 5 Exhibit E - Detailed Expense Entries) (Rupp, Thomas) Modified on 1/27/2020 (dc). (Entered: 01/24/2020) |
| 01/24/2020 | 5497 (5 pgs) | Response *TO OBJECTION TO DEBTORS MOTION PURSUANT TO 11 U.S.C. §§ 363(b) AND 105(a) AND FED. R. BANKR. P. 6004 AND 9019 FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO SETTLE THE CLAIMS OF TUBBS PREFERENCE CLAIMANTS AND (II) GRANTING RELATED RELIEF; AND DEBTORS MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 107(b) AND FED. R. BANKR. P. 9018 FOR ENTRY OF AN ORDER AUTHORIZING REDACTION AND SEALING OF CONFIDENTIAL INFORMATION FROM TUBBS SETTLEMENT DOCUMENTS* (RE: related document(s)5459 Objection). Filed by Creditor Tubbs Preference Plaintiffs (Singleton, Gerald) (Entered: 01/24/2020) |
| 01/24/2020 | 5498 (2 pgs) | Declaration of Frank M. Pitre in In Support of *RESPONSE TO OBJECTION TO DEBTORS MOTION PURSUANT TO 11 U.S.C. §§ 363(b) AND 105(a) AND FED. R. BANKR. P. 6004 AND 9019 FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO SETTLE THE CLAIMS OF TUBBS PREFERENCE CLAIMANTS AND (II) GRANTING RELATED RELIEF; AND DEBTORS MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 107(b) AND FED. R. BANKR. P.* |

Case: 19-30088    Doc# 5543-19    Filed: 01/29/20    Entered: 01/29/20 11:57:43    Page 5 of 11

| | | |
|---|---|---|
| | | *9018 FOR ENTRY OF AN ORDER AUTHORIZING REDACTION AND SEALING OF CONFIDENTIAL INFORMATION FROM TUBBS SETTLEMENT DOCUMENTS [Dkt. No. 5459]* (RE: related document(s)5497 Response). Filed by Creditor Tubbs Preference Plaintiffs (Singleton, Gerald) (Entered: 01/24/2020) |
| 01/24/2020 | 5499 (2 pgs) | Certificate of Service *RESPONSE TO OBJECTION TO DEBTORS MOTION PURSUANT TO 11 U.S.C. §§ 363(b) AND 105(a) AND FED. R. BANKR. P. 6004 AND 9019 FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO SETTLE THE CLAIMS OF TUBBS PREFERENCE CLAIMANTS AND (II) GRANTING RELATED RELIEF; AND DEBTORS MOTION PURSUANT TO 11 U.S.C. §§ 105(a) AND 107(b) AND FED. R. BANKR. P. 9018 FOR ENTRY OF AN ORDER AUTHORIZING REDACTION AND SEALING OF CONFIDENTIAL INFORMATION FROM TUBBS SETTLEMENT DOCUMENTS* (RE: related document(s)5497 Response). Filed by Creditor Tubbs Preference Plaintiffs (Singleton, Gerald). Related document(s) 5498 Declaration filed by Creditor Tubbs Preference Plaintiffs. Modified on 1/27/2020 (dc). (Entered: 01/24/2020) |
| 01/24/2020 | 5500 (15 pgs; 2 docs) | Joinder *OF CERTAIN TUBBS PREFERENCE PLAINTIFFS IN SUPPORT OF RESPONSE TO OBJECTIONS TO TERMS OF TUBBS SETTLEMENT DOCUMENTS* (RE: related document(s)5497 Response, 5498 Declaration, 5499 Certificate of Service). Filed by Creditor SLF Fire Victim Claimants (Attachments: # 1 Certificate of Service) (Singleton, Gerald). Related document(s) 5282 Application to Compromise Controversy with Tubbs Preference Claimants filed by Debtor PG&E Corporation. Modified on 1/27/2020 (dc). (Entered: 01/24/2020) |
| 01/25/2020 | 5501 (3 pgs) | Joinder *in Support of Response to Objections to Terms of Tubbs Settlement Documents* (RE: related document(s)5282 Application to Compromise Controversy). Filed by Creditor Fire Victim Creditors (de Ghetaldi, Dario). Related document(s) 5497 Response filed by Creditor Tubbs Preference Plaintiffs. Modified on 1/27/2020 (dc). (Entered: 01/25/2020) |
| 01/25/2020 | 5502 (3 pgs) | Declaration of Dario de Ghetaldi in Support of *Response to Objections to Terms of Tubbs Settlement Documents* (RE: related document(s)5282 Application to Compromise Controversy). Filed by Creditor Fire Victim Creditors (de Ghetaldi, Dario). Related document(s) 5497 Response filed by Creditor Tubbs Preference Plaintiffs. Modified on 1/27/2020 (dc). (Entered: 01/25/2020) |
| 01/27/2020 | 5503 (2 pgs) | Joinder *in Support of Response to Objections to Terms of Tubbs Settlement Documents* (RE: related document(s)5282 Application to Compromise Controversy). Filed by Creditor Fire Victim Creditors (de Ghetaldi, Dario). Related document(s) 5459 Objection filed by Creditor Objecting Camp Fire Claimants, 5472 Joinder filed by Creditor Majesti Mai Bagorio, etc.. Modified on 1/29/2020 (dc). (Entered: 01/27/2020) |
| 01/27/2020 | 5504 (3 pgs) | Declaration of Robert T. Bryson in in Support of *Response to Objections to Terms of Tubbs Settlement Documents* (RE: related document(s)5282 Application to Compromise Controversy). Filed by Creditor Fire Victim Creditors (de Ghetaldi, Dario). Related document(s) 5459 Objection filed by Creditor Objecting Camp Fire Claimants, 5472 Joinder filed by Creditor Majesti Mai Bagorio, etc.. Modified on 1/29/2020 (dc). (Entered: 01/27/2020) |
| 01/27/2020 | 5505 (5 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Daleo, Inc. (Amount $607,127.00) To SPCP Group, LLC. Fee Amount $25 Filed by Creditor SPCP Group, LLC. (Beacher, Ronald) (Entered: 01/27/2020) |
| 01/27/2020 | 5506 (3 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Daleo, Inc. (Claim No. 3221, Amount $663,426.78) To SPCP Group, LLC. Fee Amount $25 Filed by Creditor SPCP Group, LLC. (Beacher, Ronald) (Entered: 01/27/2020) |
| 01/27/2020 | 5507 (2 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Daleo, Inc. (Claim No. 3231, Amount $663,426.78) To SPCP Group, LLC. Fee Amount $25 Filed by Creditor SPCP Group, LLC. (Beacher, Ronald) (Entered: 01/27/2020) |
| 01/27/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30241617, amount $ 25.00 (re: Doc# 5505 Transfer of Claim) (U.S. Treasury) (Entered: 01/27/2020) |
| 01/27/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30241617, amount $ 25.00 (re: Doc# 5506 Transfer of Claim) (U.S. Treasury) (Entered: 01/27/2020) |
| 01/27/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30241617, amount $ 25.00 (re: Doc# 5507 Transfer of Claim) (U.S. Treasury) (Entered: 01/27/2020) |
| 01/27/2020 | 5508 | Certificate of Service (RE: related document(s)5501 Joinder, 5502 Declaration). Filed by Creditor Fire Victim Creditors (de Ghetaldi, Dario) (Entered: |

| | | |
|---|---|---|
| | (115 pgs) | 01/27/2020) |
| 01/27/2020 | ● 5509 (115 pgs) | Certificate of Service (RE: related document(s)5503 Joinder, 5504 Declaration). Filed by Creditor Fire Victim Creditors (de Ghetaldi, Dario) (Entered: 01/27/2020) |
| 01/27/2020 | ● | **DOCKET TEXT ORDER** (no separate order issued:) For the hearing on January 29, 2020, at 10 AM, the moving parties on the Motion to Apply FRBP 7023 to Class Proof of Claim (Dkt No. 5042) will have forty minutes for oral argument. They should reserve a portion of their time for rebuttal. Debtors and the TCC will also have forty minutes to respond, to be shared as their counsel agree. (Montali, Dennis) (Entered: 01/27/2020) |
| 01/27/2020 | ● | **DOCKET TEXT ORDER** (no separate order issued:) The hearing on the Tubbs Settlement motions (Dkt No. 5282) are moved to 1:30 PM on January 29. Given the background of this matter and the prior approval of the RSA, the court wishes to hear first from the Objectors (Dkt. No. 5459) and the parties joining them (Dkt. No. 5472). They will have a total of thirty minutes. Their counsel should agree how to share the time and should reserve a portion for rebuttal. Debtors and counsel joining them will also have thirty minutes, to be shared as they agree. (Montali, Dennis) (Entered: 01/27/2020) |
| 01/27/2020 | ● 5510 (3 pgs) | Fourth Notice of Continued Hearing *on Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. section 503(b)(9) Solely With Respect to Certain Continued Claims* (RE: related document(s)2896 Motion to Disallow Claims *Debtors First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. section 503(b)(9)* (RE: related document(s)2896 Motion to Disallow Claims *Debtors First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. section 503(b)(9)* Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Proposed 503(b)(9) Claims Treatment # 2 Exhibit B - Proposed Order)). **Hearing scheduled for 2/26/2020 at 10:00 AM San Francisco Courtroom 17 - Montali for 2896,.** Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 01/27/2020) |
| 01/27/2020 | ● 5514 (3 pgs) | Notice Regarding */ Notice of Continued Hearing on the Make-Whole/Optional Redemption Issue* (RE: related document(s)4540 Order Establishing Pre-Confirmation Briefing and Hearing Schedule for Certain Legal Issues. (RE: related document(s)4388 Notice Regarding Filing of (I) Debtors' Proposed Competing Plan Confirmation Timeline and (II) Debtors' Proposed Briefing Schedule for Postpetition Interest and Make-Whole Premium Issues filed by Debtor PG&E Corporation). (dc), 4896 Brief/Memorandum in support of *Debtors' Position Regarding Utility Funded Debt Claims' Entitlement to Make-Whole Premiums and Joinder of PG&E Shareholders* (RE: related document(s)4540 Order To Set Hearing). Filed by Debtor PG&E Corporation (Attachments: # 1 Appendix A), 4898 Declaration of Theodore E. Tsekerides in Support of *Debtors' Moving Brief Regarding Utility Funded Debt Claims' Entitlement to Make-Whole Premiums* (RE: related document(s)4896 Support Brief/Memorandum). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6), 4902 Brief/Memorandum in support of -- *Consolidated Opening Brief of Certain Creditor Groups and Representatives Regarding the Entitlement of Holders of Utility Funded Debt Claims to Optional Early Redemption, Make-Whole, or Similar Amounts in a Solvent Debtor Case* (RE: related document(s)4540 Order To Set Hearing). Filed by Interested Party BOKF, NA, 4903 Declaration of Andrew I. Silfen in Support of Consolidated Opening Brief of *Certain Creditor Groups and Representatives Regarding the Entitlement of Holders of Utility Funded Debt Claims to Optional Early Redemption, Make-Whole, or Similar Amounts in a Solvent Debtor Case* (RE: related document(s)4902 Support Brief/Memorandum). Filed by Interested Party BOKF, NA (Attachments: # 1 Exhibit A # 2 Exhibit A-1 # 3 Exhibit A-2 # 4 Exhibit A-3 # 5 Exhibit A-4 # 6 Exhibit A-5 # 7 Exhibit A-6 # 8 Exhibit A-7 # 9 Exhibit A-8 # 10 Exhibit A-9 # 11 Exhibit A-10 # 12 Exhibit A-11 # 13 Exhibit A-12 # 14 Exhibit A-13 # 15 Exhibit A-14 # 16 Exhibit A-15 # 17 Exhibit A-16 # 18 Exhibit A-17 # 19 Exhibit A-18 # 20 Exhibit A-19 # 21 Exhibit A-20 # 22 Exhibit A-21 # 23 Exhibit A-22 # 24 Exhibit A-23 # 25 Exhibit A-24 # 26 Exhibit A-25 # 27 Exhibit A-26 # 28 Exhibit A-27 # 29 Exhibit A-28 # 30 Exhibit A-29 # 31 Exhibit B # 32 Exhibit C # 33 Exhibit C-1), 5189 Brief/Memorandum in Opposition to -- *Consolidated Opposition Brief Of Certain Creditor Groups And Representatives Regarding The Entitlement Of Holders Of Utility Funded Debt Claims To Optional Early Redemption, Make-Whole, Or Similar Amounts In A Solvent Debtor Case* (RE: related document(s)4896 Support Brief/Memorandum, 4902 Support Brief/Memorandum). Filed by Interested Party BOKF, NA, 5190 Brief/Memorandum in Opposition to *the Consolidated Opening Brief of Certain Creditor Groups and Representatives Regarding the Entitlement of Holders of Utility Funded Debt Claims to Optional Early Redemption, Make-Whole, or Similar Amounts in a Solvent Debtor Case; Joinder of PG&E Shareholders* (RE: related document(s)4540 Order To Set Hearing). Filed by Debtor PG&E Corporation (Attachments: # 1 Appendix A # 2 Appendix B) (Rupp, Thomas). Related document(s) 4902 Support Brief/Memorandum filed by Interested Party BOKF, NA. Modified on 12/23/2019 (dc).). Filed by Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (Crawford, Ashley) (Entered: 01/27/2020) |
| 01/27/2020 | ● | Hearing Rescheduled. The hearing on 1/29/20 at 10 am regarding Debtors' Motion Pursuant to 11 U.S.C. Sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (II) Granting Related Relief (The "Tubbs Settlement Motions") is rescheduled to 1:30 pm on 1/29/20 per the Court's 1/27/20 Docket Text Order. (related document(s): 5282 Application to Compromise Controversy filed by PG&E Corporation) **Hearing scheduled for 01/29/2020 at 01:30 PM at San Francisco Courtroom 17 - Montali.** (lp) (Entered: 01/27/2020) |

Case: 19-30088    Doc# 5543-19    Filed: 01/29/20    Entered: 01/29/20 11:57:43    Page 7 of 11

| | | |
|---|---|---|
| 01/27/2020 | ● 5515<br>(6 pgs) | Notice Regarding *Certificate of No Objection Regarding Tenth Monthly Fee Statement of Coblentz Patch Duffy & Bass LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of November 1, 2019 Through November 30, 2019* (RE: related document(s)5227 Tenth Monthly Fee Statement of *Coblentz Patch Duffy & Bass LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of November 1, 2019 Through November 30, 2019* (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Summary by Professional # 2 Exhibit B - Summary by Task # 3 Exhibit C - Summary of Expenses # 4 Exhibit D - Detailed Fee Entries # 5 Exhibit E - Detailed Expense Entries) (Rupp, Thomas) Modified on 12/31/2019 (dc).). Filed by Debtor PG&E Corporation (Levinson Silveira, Dara) (Entered: 01/27/2020) |
| 01/27/2020 | ● 5516<br>(3 pgs) | Notice of Continued Hearing *on Debtors' Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry into and Performance Under, Debt Financing Commitment Letters, and (III) Authorizing Incurrence, Payment, and Allowance of Related Fee and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims* (RE: related document(s)5267 First Amended Motion *Debtors' Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry into and Performance Under, Debt Financing Commitment Letters, and (III) Authorizing Incurrence, Payment, and Allowance of Related Fee and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims* Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Proposed Order re Equity Backstop Commitment Letters # 2 Exhibit B - Proposed Order re Debt Financing Commitment Letters # 3 Exhibit C - Form of Equity Backstop Commitment Letter # 4 Exhibit D - Equity Backstop Parties # 5 Exhibit E - Conformed Copy of PG&E Corp. Debt Commitment Letter # 6 Exhibit F - Conformed Copy of Utility Debt Commitment Letter) (Rupp, Thomas). Related document(s) 4446 Motion *of Debtors for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance under, Exit Financing Commitment Letters and (II) Authorizing Incurrence, Payment, and Allowance of Fee and/or Premiums, Indemnities, Costs a filed by Debtor PG&E Corporation.* Modified on 1/6/2020 (dc).). **Hearing scheduled for 2/19/2020 at 10:00 AM San Francisco Courtroom 17 - Montali for 5267,.** Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 01/27/2020) |
| 01/27/2020 | ● | Hearing Set per Fourth Notice of Continued Hearing, dkt #5510 (RE: related document(s)2896 Motion to Disallow Claims *Debtors First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. section 503(b)(9)*). **Hearing scheduled for 3/25/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** (lp) (Entered: 01/27/2020) |
| 01/27/2020 | ● | Hearing Dropped. The hearing on 1/29/20 at 10:00 a.m. regarding Oral Argument on Make-Whole/ Optional Redemption Issue is dropped from the calendar per the Notice, dkt #5514, filed on 1/27/20. (related document(s): 4540 Order To Set Hearing) (lp) (Entered: 01/27/2020) |
| 01/27/2020 | ● 5517<br>(2 pgs) | Document: *Letter regarding January 29, 2020 plan status conference*. Filed by Creditor Ad Hoc Committee of Holders of Trade Claims (Neumeister, Michael) (Entered: 01/27/2020) |
| 01/27/2020 | ● 5518<br>(26 pgs) | Certificate of Service *of James Mapplethorpe Regarding Supplemental Application of Debtors for Authority to Amend the Scope of the Retention of Willis Towers Watson US LLC as Human Resource and Compensation Consultants nunc pro tunc to November 19, 2019, Supplemental Declaration of Mark J. Kazmierowski in Support of Supplemental Application for Authority to Amend the Scope of the Retention of Willis Towers Watson US LLC as Human Resource and Compensation Consultants nunc pro tunc to November 19, 2019, Order Approving Stipulation Between Debtor Pacific Gas and Electric Company and Movant Cara Feneis for Limited Relief from the Automatic Stay, and Request for Entry of an Order by Default Granting Debtors Motion of an Order (I) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (II) Granting Related Relief, Notice of Continued Hearing on All Matters Scheduled for January 23, 2020, 1:00 p.m. (PT) Omnibus Hearing. Continued Hearing Scheduled for January 29, 2020 at 10:00 a.m. (PT), Sixth Monthly Fee Statement of Lazard Freres & Co. LLC as Investment Banker to the Debtors for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from September 1, 2019 Through September 30, 2019* Filed by Other Prof. Prime Clerk LLC (related document(s)5436 Application to Employ, 5437 Declaration, 5440 Order on Stipulation, 5444 Request For Entry of Default, 5448 Statement, 5449 Notice of Continued Hearing). (Baer, Herb) (Entered: 01/27/2020) |
| 01/27/2020 | ● 5519<br>(100 pgs; 3 docs) | Motion to Approve Document *Debtors Motion Pursuant to 11 U.S.C. sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 For Entry of an Order (I) Approving and Authorizing the Debtors To Enter Into Restructuring Support Agreement With Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief* Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Noteholder RSA # 2 Exhibit B - Proposed Order) (Rupp, Thomas) (Entered: 01/27/2020) |
| 01/27/2020 | ● 5520<br>(7 pgs) | Declaration of Jason P. Wells in Support of *Debtors Motion Pursuant to 11 U.S.C. sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 For Entry of an Order (I) Approving and Authorizing the Debtors To Enter Into Restructuring Support Agreement With Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief* (RE: related document(s)5519 Motion to Approve Document). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: |

Case: 19-30088    Doc# 5543-19    Filed: 01/29/20    Entered: 01/29/20 11:57:43    Page 8 of 11

| | | |
|---|---|---|
| | | 01/27/2020) |
| 01/27/2020 | 5521 (8 pgs) | Motion to File a Document Under Seal *Debtors Motion Pursuant To 11 U.S.C. sections 105(a) and 107(b) and Fed. R. Bankr. P. 9018 For Entry of an Order Authorizing the Sealing of the Noteholder RSA Letter Agreement* Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 01/27/2020) |
| 01/27/2020 | 5522 (4 pgs) | Declaration of Stephen Karotkin in Support of *Debtors Motion Pursuant To 11 U.S.C. sections 105(a) and 107(b) and Fed. R. Bankr. P. 9018 For Entry of an Order Authorizing the Sealing of the Noteholder RSA Letter Agreement* (RE: related document(s)5521 Motion to File a Document Under Seal). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 01/27/2020) |
| 01/27/2020 | 5523 | Proposed Document Filed Under Seal (RE: related document(s)5521 Motion to File a Document Under Seal filed by Debtor PG&E Corporation). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 01/27/2020) |
| 01/27/2020 | 5524 (6 pgs) | Motion to Shorten Time *Ex Parte Motion of Debtors Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Noteholder RSA Motion* (RE: related document(s)5519 Motion to Approve Document filed by Debtor PG&E Corporation). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 01/27/2020) |
| 01/27/2020 | 5525 (4 pgs) | Declaration of Jessica Liou in Support of *Ex Parte Motion of Debtors Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Noteholder RSA Motion* (RE: related document(s)5524 Motion to Shorten Time). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 01/27/2020) |
| 01/27/2020 | 5527 (3 pgs) | Order Granting Ex Parte Motion of Debtors Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Noteholder RSA Motion (Related Doc # 5524) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | 5526 (3 pgs; 2 docs) | Application for Admission of Attorney Pro Hac Vice *for Nicole M. Zeiss*. Fee Amount $310 (Attachments: # 1 Certificate of Good Standing) (Zeiss, Nicole) (Entered: 01/28/2020) |
| 01/28/2020 | | Receipt of filing fee for Application for Admission of Attorney Pro Hac Vice(19-30088) [motion,mprohac] ( 310.00). Receipt number 30244734, amount $ 310.00 (re: Doc# 5526 Application for Admission of Attorney Pro Hac Vice *for Nicole M. Zeiss*. Fee Amount $310) (U.S. Treasury) (Entered: 01/28/2020) |
| 01/28/2020 | 5528 (3 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Normandy Machine Company Inc. (Claim No. 2903, Amount $11,206.00) To Cherokee Debt Acquisition, LLC. Fee Amount $25 Filed by Interested Party Cherokee Debt Acquisition, LLC. (Faucher, Lisa) (Entered: 01/28/2020) |
| 01/28/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30245690, amount $ 25.00 (re: Doc# 5528 Transfer of Claim) (U.S. Treasury) (Entered: 01/28/2020) |
| 01/28/2020 | 5529 (3 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Cook, Wesley Alan (Claim No. 1524, Amount $49,850.00) To Contrarian Funds, LLC. Fee Amount $25 Filed by Creditor Contrarian Funds, LLC. (Mumola, Alisa) (Entered: 01/28/2020) |
| 01/28/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30246079, amount $ 25.00 (re: Doc# 5529 Transfer of Claim) (U.S. Treasury) (Entered: 01/28/2020) |
| 01/28/2020 | 5530 (7 pgs) | Certificate of Service (RE: related document(s)5517 Document). Filed by Creditor Ad Hoc Committee of Holders of Trade Claims (Neumeister, Michael) (Entered: 01/28/2020) |
| 01/28/2020 | 5531 (13 pgs) | Notice Regarding *Agenda for January 29, 2020, 10:00 am and 1:30 pm Omnibus Hearings* Filed by Debtor PG&E Corporation (Levinson Silveira, Dara) (Entered: 01/28/2020) |
| 01/28/2020 | 5532 (3 pgs) | Notice of Hearing *on Shortened Time on Debtors Motion Pursuant to 11 U.S.C. sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 For Entry of an Order (I) Approving and Authorizing the Debtors To Enter Into Restructuring Support Agreement With Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief* (RE: related document(s)5519 Motion to Approve Document *Debtors Motion Pursuant to 11 U.S.C. sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 For Entry of an Order (I) Approving and Authorizing the Debtors To Enter Into Restructuring Support Agreement With Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief* Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - |

Case: 19-30088    Doc# 5543-19    Filed: 01/29/20    Entered: 01/29/20 11:57:43    Page 9 of 11

| Date | Doc # | Description |
|---|---|---|
| | | Noteholder RSA # 2 Exhibit B - Proposed Order)). **Hearing scheduled for 2/4/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 01/28/2020) |
| 01/28/2020 | 5533 (29 pgs) | Amended and Renewed Objection of William B. Abrams for Reconsideration and Relief from TCC and Subrogation RSA Orders Pursuant to Federal Rules of Civil Procedure 59(e) and 60(b) (RE: related document(s)5173 Order Pursuant to 11 U.S.C. Sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors to Enter Into Restructuring Support Agreement With the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement With Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Claim Amount, and (III) Granting Related Relief, 5174 Order Pursuant to 11 U.S.C. Section 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors and TCC to Enter Into Restructuring Support Agreement With the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, and (II) Granting Related Relief). Filed by Interested Party William B. Abrams (dc) (Entered: 01/28/2020) |
| 01/28/2020 | | **DOCKET TEXT ORDER** (no separate order issued:) The hearings on the fee applications identified below and set for hearing on January 29, 2020 at 10:00 a.m. are taken OFF CALENDAR. Having reviewed the applications and the proposed reductions resulting from compromises with the Fee Examiner, the court will allow each applicants fees and costs subject to a reduction that reflects its compromise as reflected in Exhibit A to the Amended Notice of Hearing on First Interim Applications [dkt. 5307]. Each professional should upload orders in accordance with this docket text order. (RE: related document(s)2988 Application for Compensation, 2992 Application for Compensation filed by Other Prof. KPMG LLP, 2995 Application for Compensation filed by Creditor Committee Official Committee of Tort Claimants, 2996 Application for Compensation filed by Debtor PG&E Corporation, 3137 Application for Compensation filed by Other Prof. FTI Consulting Inc., 3465 Application for Compensation filed by Spec. Counsel Jenner & Block LLP, 3683 Application for Compensation, 4383 Application for Compensation filed by Debtor PG&E Corporation, 4633 Application for Compensation filed by Creditor Committee Official Committee of Tort Claimants, 4721 Application for Compensation filed by Creditor Committee Official Committee of Tort Claimants, 4727 Application for Compensation filed by Creditor Committee Official Committee of Tort Claimants, 4731 Application for Compensation filed by Creditor Committee Official Committee of Tort Claimants). (Entered: 01/28/2020) |
| 01/28/2020 | | Hearing Dropped. The hearing on the fee application set for 1/29/20 at 10:00 am is taken off calendar per the Court's 1/28/20 Docket Text Order. (related document(s): 3137 Application for Compensation filed by FTI Consulting Inc.) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | | Hearing Dropped. The hearing on the fee application set for 1/29/20 at 10:00 am is taken off calendar per the Court's 1/28/20 Docket Text Order. (related document(s): 4731 Application for Compensation filed by Cecily Ann Dumas, Official Committee of Tort Claimants) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | | Hearing Dropped. The hearing on the fee application set for 1/29/20 at 10:00 am is taken off calendar per the Court's 1/28/20 Docket Text Order. (related document(s): 4383 Application for Compensation filed by PG&E Corporation) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | | Hearing Dropped. The hearing on the fee application set for 1/29/20 at 10:00 am is taken off calendar per the Court's 1/28/20 Docket Text Order. (related document(s): 2996 Application for Compensation filed by Bradley R. Schneider, PG&E Corporation) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | | Hearing Dropped. The hearing on the fee application set for 1/29/20 at 10:00 am is taken off calendar per the Court's 1/28/20 Docket Text Order. (related document(s): 4721 Application for Compensation filed by Cecily Ann Dumas, Official Committee of Tort Claimants) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | | Hearing Dropped. The hearing on the fee application set for 1/29/20 at 10:00 am is taken off calendar per the Court's 1/28/20 Docket Text Order. (related document(s): 2995 Application for Compensation filed by Cecily Ann Dumas, Official Committee of Tort Claimants) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | 5534 (20 pgs) | Certificate of Service *of Andrew G. Vignali Regarding Second Stipulation Among the Debtors, the Ad Hoc Group of Subrogation Claim Holders, and the Official Committee of Unsecured Creditors Extending Time to File Reply Brief and Continuing Hearing on Subrogation Claim Impairment Issue* Filed by Other Prof. Prime Clerk LLC (related document(s)5474 Stipulation to Continue Hearing). (Baer, Herb) (Entered: 01/28/2020) |
| 01/28/2020 | 5535 (28 pgs; 3 docs) | Motion for Relief from Stay Fee Amount $181, Filed by Creditor Cristina Mendoza (Attachments: # 1 RS Cover Sheet # 2 Declaration Declaration in Support of Motion for Relief from Stay) (Tang, Mary) (Entered: 01/28/2020) |
| 01/28/2020 | | Receipt of filing fee for Motion for Relief From Stay(19-30088) [motion,mrlfsty] ( 181.00). Receipt number 30247513, amount $ 181.00 (re: Doc# 5535 Motion for Relief from Stay Fee Amount $181,) (U.S. Treasury) (Entered: 01/28/2020) |

| | | | |
|---|---|---|---|
| 01/28/2020 | 5536 (2 pgs) | | Notice of Hearing *on Motion for Relief From Stay* (RE: related document(s)5535 Motion for Relief from Stay Fee Amount $181, Filed by Creditor Cristina Mendoza (Attachments: # 1 RS Cover Sheet # 2 Declaration Declaration in Support of Motion for Relief from Stay)). **Hearing scheduled for 2/11/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** Filed by Creditor Cristina Mendoza (Tang, Mary) (Entered: 01/28/2020) |
| 01/28/2020 | 5537 (5 pgs) | | Certificate of Service (RE: related document(s)5535 Motion for Relief From Stay, 5536 Notice of Hearing). Filed by Creditor Cristina Mendoza (Tang, Mary) (Entered: 01/28/2020) |
| 01/28/2020 | | | Hearing Dropped. The hearing on the fee application set for 1/29/20 at 10:00 am is taken off calendar per the Court's 1/28/20 Docket Text Order. (related document(s): 3465 Application for Compensation filed by Jenner & Block LLP) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | | | Hearing Dropped. The hearing on the fee application set for 1/29/20 at 10:00 am is taken off calendar per the Court's 1/28/20 Docket Text Order. (related document(s): 3683 Application for Compensation filed by Cravath, Swaine & Moore LLP) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | | | Hearing Dropped. The hearing on the fee application set for 1/29/20 at 10:00 am is taken off calendar per the Court's 1/28/20 Docket Text Order. (related document(s): 4727 Application for Compensation filed by Cecily Ann Dumas, Official Committee of Tort Claimants) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | | | Hearing Dropped. The hearing on the fee application set for 1/29/20 at 10:00 am is taken off calendar per the Court's 1/28/20 Docket Text Order. (related document(s): 2992 Application for Compensation filed by KPMG LLP) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | | | Hearing Dropped. The hearing on the fee application set for 1/29/20 at 10:00 am is taken off calendar per the Court's 1/28/20 Docket Text Order. (related document(s): 4633 Application for Compensation filed by Official Committee of Tort Claimants) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | | | Hearing Dropped. The hearing on the fee application set for 1/29/20 at 10:00 am is taken off calendar per the Court's 1/28/20 Docket Text Order. (related document(s): 2988 Application for Compensation filed by Weil, Gotshal & Manges LLP) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | 5538 (7 pgs; 2 docs) | | First Amended Notice of Hearing *on Motion for Relief From Stay* (RE: related document(s)5535 Motion for Relief from Stay Fee Amount $181, Filed by Creditor Cristina Mendoza (Attachments: # 1 RS Cover Sheet # 2 Declaration Declaration in Support of Motion for Relief from Stay)). **Hearing scheduled for 2/26/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** Filed by Creditor Cristina Mendoza (Attachments: # 1 Certificate of Service) (Tang, Mary) (Entered: 01/28/2020) |
| 01/28/2020 | 5539 (3 pgs) | | Order Pursuant to 11 U.S.C. Sections 105(a) AND 107(b) AND Fed. R. Bankr. P. 9018 Authorizing the Sealing of the Noteholder RSA Letter Agreement (Related Doc # 5521) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | | | Hearing Dropped. The hearing on 2/11/20 at 10:00 am is dropped from the calendar. First amended notice of hearing, dkt #5538, reschedules the hearing to 2/26/20 at 10 am. (related document(s): 5535 Motion for Relief From Stay filed by Cristina Mendoza) (lp) (Entered: 01/28/2020) |
| 01/29/2020 | 5540 (1 pg) | | Transcript Order Form regarding Hearing Date 1/29/2020 (RE: related document(s)5042 Motion Miscellaneous Relief). Filed by Debtor PG&E Corporation (Levinson Silveira, Dara) (Entered: 01/29/2020) |
| 01/29/2020 | 5541 (99 pgs; 3 docs) | | Supplemental Declaration of Timothy Gillam in Support of *Application of Debtors for Authority to Retain Deloitte & Touche LLP for Independent Audit and Advisory Services Nunc Pro Tunc to the Petition Date* (RE: related document(s)2197 Application to Employ). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A # 2 Exhibit B) (Levinson Silveira, Dara) (Entered: 01/29/2020) |
| 01/29/2020 | 5542 (4 pgs) | | Courts Certificate of Mailing. Number of notices mailed: 18 (RE: related document(s) 5156 Notice of Appeal and Statement of Election). (dc) (Entered: 01/29/2020) |