Signed and Filed: January 29, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**LABATON SUCHAROW LLP**
Nicole M. Zeiss
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
nzeiss@labaton.com

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E Corporation<br><br>-and-<br><br>Pacific Gas and Electric Company,<br><br>Debtors. | Case No. 19-30088 (DM) (Lead Case)<br>Chapter 11<br>(Jointly Administered) |

### ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Nicole M. Zeiss, whose business address and telephone number is:

Labaton Sucharow LLP
140 Broadway
New York, NY 10005
(212) 907-0700

and who is an active member in good standing of the bar of the State of New York and of the United States District Court for the Southern and Eastern Districts of New York, among other courts, having applied in the above-entitled action for admission to practice in the United States Bankruptcy Court for the Northern District of California on a *pro hac vice* basis, representing Public Employees Retirement Association of New Mexico;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**\*\*END OF ORDER\*\***