| No | Lessor | Real Property Lease | Leased Property | Cure Payment |
|----|--------|---------------------|-----------------|--------------|
| 1 | Nearon Sunset, LLC | Lease dated March 5, 2008, as amended by that certain First Amendment to Lease dated as of August 15, 2008, that certain Second Amendment to Lease dated as of October 15, 2015, that certain Third Amendment to Lease dated as of September 1, 2016, and that certain Subordination, Non-Disturbance and Attornment Agreement dated February 28, 2018. | 3401 Crow Canyon Road, San Ramon, California | $23,164.88 |
| 2 | Roseville Parkway 20, LLC, JCP Lincoln, LLC, and Pappas Lincoln, LLC, as tenants-in-common. | Office Lease Agreement dated February 28, 2014, as affected by that certain Subordination, Non-Disturbance and Attornment Agreement dated March 30, 2018. | 6030 West Oaks Boulevard, Suite 300, Rocklin, California | $8,755.44 |

---

[1] Inclusion of any lease, contract, or agreement on this **Exhibit B** shall not constitute an admission as to the determination of the legal status of any such lease, contract, or agreement (including whether any such lease, contract, or agreement is an unexpired lease of nonresidential real property, a true lease, or a financing arrangement), and the Utility reserves all of its rights to reclassify or recharacterize any such lease, contract, or agreement listed on this **Exhibit B**.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119