# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY BAKER & HOSTETLER LLP FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 003 | Automatic Stay | 4.00 | $3,205.00 |
| 004 | Bankruptcy Litigation | 306.80 | $147,418.50 |
| 005 | Bar Date Motion/Claims Noticing | 23.00 | $17,348.00 |
| 006 | Case Administration (docket updates, WIP and calendar) | 80.50 | $35,858.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 616.40 | $485,613.00 |
| 009 | Committee Meetings and Preparation | 197.70 | $167,721.00 |
| 010 | Corporate and Board Issues | 0.50 | $400.00 |
| 012 | DIP Financing/Cash Mgmt./Hedging Transactions | 3.20 | $2,948.50 |
| 018 | General Case Strategy (includes communications with Committee) | 74.30 | $53,912.00 |
| 019 | Hearings and Court Matters | 89.00 | $73,391.00 |
| 020 | Legislative Issues | 134.10 | $141,489.50 |
| 021 | Non-Bankruptcy Litigation | 0.20 | $84.00 |
| 022 | Non-Working Travel | 115.70 | $77,191.50 |
| 024 | District Court Litigation | 49.30 | $27,899.50 |
| 025 | Regulatory Issues including CPUC and FERC | 106.00 | $77,286.00 |
| 026 | Retention Applications | 5.10 | $3,450.00 |
| 027 | Fee Application: Baker | 29.90 | $13,222.50 |
| 028 | Fee Application: Other Professionals | 6.00 | $4,268.50 |
| 030 | Tax Issues | 34.70 | $28,999.00 |
| 031 | U.S. Trustee/Fee Examiner Issues | 4.90 | $1,857.50 |
| 032 | Unsecured Creditor Issues/Communications/Meetings | 17.40 | $14,634.00 |
| 034 | Withdraw Reference | 0.20 | $202.00 |
| 036 | Avoidance Action Analysis/Lien Avoidance Analysis | 0.50 | $380.00 |
| 038 | Financial Advisors | 0.70 | $707.00 |
| 039 | Other Contested Matters | 83.30 | $46,288.00 |
| 040 | Operations | 8.30 | $6,079.00 |
| 042 | Subrogation | 67.70 | $57,384.00 |
| 043 | Securities | 8.80 | $6,704.50 |
| 045 | Asset Analysis and Recovery | 344.40 | $152,708.00 |
| 046 | Tort Claims Estimation | 2,419.20 | $1,147,210.00 |
| 047 | Class Claims Issues | 14.60 | $10,209.50 |
| 049 | Mediation | 159.90 | $145,919.50 |

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 050 | Government Claims | 281.30 | $205,552.50 |
| 051 | CPUC BK OII 19-09-016 | 33.10 | $33,746.50 |
| 052 | Tort Claims | 41.70 | $25,174.00 |
| **TOTAL** | | **5,362.40** | **$3,216,461.50** |

Baker & Hostetler LLP
Attorneys at Law
Los Angeles