# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

| EXPENSES | AMOUNT |
|---|---:|
| Airfare | $21,849.81 |
| Automated Research | $5,050.80 |
| Business Meals | $1,403.48 |
| Car Rental | $1,183.69 |
| Copier/Duplication | $8.90 |
| Delivery Services | $165.79 |
| Depositions | $5,255.39 |
| Filing Fees | $620.00 |
| Ground Transportation (Local) | $693.19 |
| Ground Transportation (Out of Town) | $4,217.46 |
| Lodging | $29,648.29 |
| Meals While Traveling | $2,977.61 |
| Messenger Service | $462.70 |
| Mileage Reimbursement | $30.74 |
| Miscellaneous (Meeting Room Rental/Set-up, etc.) | $938.15 |
| On-line Research | $24.36 |
| Other Professional Services (includes Experts) | $1,612,335.42 |
| Outside Duplicating & Binding | $2,480.92 |
| Overtime Business Meals | $56.15 |
| Postage | $34.80 |
| Service of Process Fees/Subpoena Fees | $2,300.20 |
| Special Supplies | $164.28 |
| Teleconference Charges (Court Call) | $1,124.50 |
| Transcripts | $835.50 |
| Videographic Services | $5,303.25 |
| **TOTAL** | **$1,699,165.38** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES