UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11<br><br>Case No. 19-30088 (DM)<br><br>(Jointly Administered)<br><br>**Objection Deadline February 20, 2020 @ 4:00 p.m. (ET)** |

**MONTHLY STAFFING AND COMPENSATION REPORT OF
AP SERVICES, LLC FOR THE PERIOD
FROM DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

In accordance with the *Order Pursuant to 11 U.S.C. §§ 363(b) and 105(a) Authorizing the Debtors to Employ and Retain AP Services, LLC to provide a Chief Restructuring Officer, Deputy Chief Restructuring Officer and additional personnel for the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 1299], AP Services, LLC ("APS") hereby submits its Monthly Staffing and Compensation Report for the period of December 1, 2019 through December 31, 2019 (the "Compensation Period").

1

During the Compensation Period, APS incurred $5,025,144.00 in fees and $424,961.72 in expenses for a total amount of $5,450,105.72, as reflected in the attached exhibits.

Dated: January 30, 2020

AP SERVICES, LLC
865 S Figueroa Street, Suite 2310
Los Angeles, CA  90017

By: John Boken
Managing Director

**EXHIBITS**

Annexed hereto are the following exhibits for the Monthly Staffing and Compensation Report of AP Services, LLC for the Period from December 1, 2019 through December 31, 2019

    **Exhibit A - Summary of Compensation and Expenses**

    **Exhibit B - Summary of Fees and Hours by Professionals and Description of Responsibilities of Professionals**

    **Exhibit C - Summary of Expenses**