# Exhibit A

**AP SERVICES, LLC**
**Summary of Compensation and Expenses – Pacific Gas and Electric Company, et al.**
**For the Period December 1, 2019 through December 31, 2019**

| | | |
|---|---|---:|
| Professional Fees | $ | 5,025,144.00 |
| Expenses | | 424,961.72 |
| **Total Invoice** | **$** | **5,450,105.72** |

Note: In accordance with the Order Granting Fee Examiner's Motion to Approve Fee Procedures in the PG&E Corporation and Pacific Gas and Electric Company chapter 11 cases, entered on November 15, 2019 (the "Order"), this invoice is inclusive of compensation for fees associated with non-working airplane travel time incurred by AP Services, LLC professionals during the billing period. Per the Order, compensation is allowed in these cases for non-working airplane travel time up to two hours per professional per one-way trip. All fees associated with non-working airplane travel time incurred by AP Services, LLC professionals in excess of the two hour cap has been written off. The aggregate fees for excess non-working airplane travel time that has been absorbed by AP Services, LLC for the December 2019 billing period was $553,122.00