# Exhibit C

**AP SERVICES, LLC**
**Summary of Expenses - Pacific Gas and Electric Company, et al.**
**For the Period December 1, 2019 -December 31, 2019**

| EXPENSE CATEGORY | | AMOUNT |
|---|---|---|
| Airfare | $ | 122,765.21 |
| Lodging | | 228,853.46 |
| Meals | | 29,143.05 |
| Ground Transportation | | 43,823.94 |
| Other | | 376.06 |
| **TOTAL EXPENSES** | **$** | **424,961.72** |