# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

| Name of Professional Individual | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tomer Perry | Managing Director | n/a | 5.0 | n/a |
| Ken Ziman | Managing Director | n/a | 178.5 | n/a |
| Christopher Couvelier | Director | n/a | 2.0 | n/a |
| Gregory Hort | Director | n/a | 44.5 | n/a |
| Eli Silverman | Vice President | n/a | 310.5 | n/a |
| Garrett Deutsch | Associate | n/a | 4.0 | n/a |
| Daniel Katz | Associate | n/a | 126.0 | n/a |
| Alexander Lotz | Associate | n/a | 8.0 | n/a |
| Nathan Mooney | Associate | n/a | 223.5 | n/a |
| Matt Strain | Associate | n/a | 95.0 | n/a |
| Luke Cummings | Analyst | n/a | 108.0 | n/a |
| Liam Fine | Analyst | n/a | 117.0 | n/a |
| Kevin Hatch | Analyst | n/a | 155.0 | n/a |
| Michael Heinz | Analyst | n/a | 16.0 | n/a |
| Dan Liotta | Analyst | n/a | 155.0 | n/a |
| Caroline Sambuco | Analyst | n/a | 8.0 | n/a |
| Katherine Tobeason | Analyst | n/a | 13.0 | n/a |
| Scott Belinsky | Analyst | n/a | 106.0 | n/a |
| **TOTALS** | | n/a | **1,675.0** | **$300,000.00** |