# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Car Services and Taxis | | $2,114.00 |
| Employee Meals | | 104.65 |
| Legal Fees | | 79,933.63 |
| Meals – Meetings/Travel | | 680.484 |
| Travel | | 16,175.07 |
| **Total Expenses** | | **$99,007.83** |