**<u>EXHIBIT D</u>**

**DETAIL OF HOURS EXPENDED**
**<u>FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019</u>**

## PG&E Corp.
## Lazard Frères & Co. LLC
### October 1, 2019 - October 31, 2019

| Code | Summary of Services Rendered by Project<br>Project Description | Oct-19 |
|------|------------------------------------------------------------------|--------|
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 338.0 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 31.0 |
| 3 | Preparation and/or Review of Court Filings | -- |
| 4 | Court Testimony/Deposition and Preparation | 216.5 |
| 5 | Valuation Analysis | 3.0 |
| 6 | Capital Structure Review and Analysis | 276.0 |
| 7 | Merger & Acquisition Activity | 16.0 |
| 8 | Financing Including DIP and Exit Financing | 206.5 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 588.0 |
| 10 | Fee Application, Engagement | -- |
| 11 | Employee Retention Program | -- |
| **Total** | | **1,675.0** |

| # | Summary of Services Rendered by Professional<br>Name (Title) | Oct-19 |
|---|-----------------------------------------------------------------|--------|
| 4 | Tomer Perry (Managing Director) | 5.0 |
| 5 | Ken Ziman (Managing Director) | 178.5 |
| 6 | Christopher Couvelier (Director) | 2.0 |
| 7 | Greg Hort (Director) | 44.5 |
| 11 | Eli Silverman (Vice President) | 310.5 |
| 13 | Garrett Deutsch (Associate) | 4.0 |
| 14 | Dan Katz (Associate) | 126.0 |
| 15 | Alexander Lotz (Associate) | 8.0 |
| 16 | Nathan Mooney (Associate) | 223.5 |
| 17 | Matthew Strain (Associate) | 95.0 |
| 18 | Luke Cummings (Analyst) | 108.0 |
| 19 | Liam Fine (Financial Analyst) | 117.0 |
| 20 | Kevin Hatch (Financial Analyst) | 155.0 |
| 21 | Michael Hinz (Analyst) | 16.0 |
| 22 | Dan Liotta (Financial Analyst) | 155.0 |
| 24 | Caroline Sambuco (Analyst) | 8.0 |
| 25 | Katherine Tobeason (Analyst) | 13.0 |
| 31 | Scott Belinsky (Analyst) | 106.0 |
| **Total** | | **1,675.0** |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**October 1, 2019 - October 31, 2019**

| | Tomer Perry (Managing Director) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 10/2/19 | Post Emergence Financing Precedents Analysis | 2 | 5 |
| 10/2/19 | Work around post-emergence capital structure and equity financing alternatives | 1 | 6 |
| 10/3/19 | Commitment Papers Call | 1 | 5 |
| 10/31/19 | Financing Strategies Call | 1 | 6 |
| **Oct-19** | **Monthly Subtotal** | **5.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**October 1, 2019 - October 31, 2019**

| | Ken Ziman (Managing Director) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 10/1/19 | Proposed Bridge Financing Call with Management | 2 | 1 |
| 10/1/19 | Recurring Advisor Call | 1 | 1 |
| 10/1/19 | Internal Meeting | 1 | 8 |
| 10/1/19 | Call with Management | 1 | 8 |
| 10/1/19 | Bank Financing Anlysis and Material Creation | 0.5 | 8 |
| 10/1/19 | Bondholder Analysis | 0.5 | 8 |
| 10/1/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 10/1/19 | Discussion with backstop parties | 1 | 1 |
| 10/2/19 | Bank Organization Discussion | 0.5 | 1 |
| 10/2/19 | Commitment Term Analysis for Backstop | 0.5 | 9 |
| 10/2/19 | Call with Management | 1 | 8 |
| 10/2/19 | Internal Meeting | 1 | 8 |
| 10/2/19 | Bank Call | 1 | 8 |
| 10/2/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 10/3/19 | Historical Security Performance Creation and Analysis | 0.5 | 9 |
| 10/3/19 | Bridge Financing Comparison and Analysis | 0.5 | 9 |
| 10/3/19 | Call with Davis Polk / JPM | 1 | 8 |
| 10/3/19 | Call with Cravath | 1 | 8 |
| 10/3/19 | Call with Management | 1 | 8 |
| 10/3/19 | Call with Davis Polk / JPM | 3 | 8 |
| 10/3/19 | Call with JPM | 2 | 8 |
| 10/3/19 | UCC Advisor Call | 0.5 | 6 |
| 10/4/19 | Bridge Financing Comparison and Analysis | 0.5 | 9 |
| 10/4/19 | Cash on Emergence Call | 0.5 | 1 |
| 10/4/19 | Bridge Financing Comparison and Analysis | 0.5 | 9 |
| 10/4/19 | Tracy Deposition | 4 | 4 |
| 10/4/19 | Call with AlixPartners | 1 | 2 |
| 10/4/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/4/19 | Finance Committee Call regarding debt commitments | 2 | 8 |
| 10/5/19 | Various Exit Financing Workstreams | 0.5 | 8 |
| 10/6/19 | Court Documents | 1 | 6 |
| 10/6/19 | Various Exit Financing Workstreams | 0.5 | 8 |
| 10/7/19 | Travel to San Francisco | 9 | 9 |
| 10/7/19 | Tax Discussion with PJT | 0.5 | 1 |
| 10/7/19 | Internal Meeting | 1 | 1 |
| 10/7/19 | Court Documents | 1 | 6 |
| 10/7/19 | Exclusivity Hearing | 5 | 4 |
| 10/7/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/7/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/7/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 10/7/19 | Call with JP Morgan | 1 | 6 |
| 10/8/19 | Recurring Advisor Call | 1 | 1 |
| 10/8/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/8/19 | Preparation of Board / Management Materials | 0.5 | 6 |
| 10/8/19 | NOL Financing anlaysis call | 1 | 1 |
| 10/8/19 | Call with Ducera | 2 | 1 |
| 10/8/19 | Call with Guggenheim | 1 | 1 |
| 10/8/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 10/8/19 | Travel to New York | 9 | 9 |
| 10/10/19 | Preparation of Board / Management Materials | 0.5 | 6 |
| 10/10/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/10/19 | Recurring Advisor Call | 1 | 1 |
| 10/10/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/10/19 | Call with Guggenheim | 1 | 6 |
| 10/10/19 | Call on Tax Attributes | 1 | 8 |
| 10/10/19 | Call on Debt Commitments | 1 | 8 |
| 10/10/19 | Call with Rothschild | 0.5 | 6 |
| 10/10/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 10/10/19 | Discussion with backstop parties | 3 | 1 |
| 10/11/19 | Bridge Financing Comparison and Analysis | 0.5 | 9 |
| 10/11/19 | Preparation of Board / Management Materials | 0.5 | 6 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**October 1, 2019 - October 31, 2019**

| | Ken Ziman (Managing Director) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 10/11/19 | Board Call | 3 | 2 |
| 10/11/19 | POR / DS Discussion with Weil | 2 | 1 |
| 10/11/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/12/19 | Interest Cost Comparison Discussion | 0.5 | 1 |
| 10/13/19 | Fee Side by Side Analysis | 0.5 | 9 |
| 10/14/19 | Internal Meeting | 1 | 1 |
| 10/14/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/14/19 | NOL Monetization Discussion | 0.5 | 1 |
| 10/14/19 | Discussion with backstop parties | 3 | 1 |
| 10/15/19 | Recurring Advisor Call | 1 | 1 |
| 10/15/19 | Call with Cravath | 2 | 1 |
| 10/15/19 | NOL Analysis | 0.5 | 6 |
| 10/15/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/15/19 | Discussion with backstop parties | 3 | 1 |
| 10/15/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 10/16/19 | NOL Monetization Discussion | 2 | 1 |
| 10/16/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/16/19 | Financing Proposal Comparison | 0.5 | 6 |
| 10/16/19 | Call with Management | 1 | 6 |
| 10/16/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/16/19 | Call with Cravath | 1 | 1 |
| 10/16/19 | Discussion with backstop parties | 3 | 1 |
| 10/16/19 | Bank Diligence Call | 2 | 6 |
| 10/17/19 | UCC Call | 1 | 1 |
| 10/17/19 | Exit Financing Related Analysis | 0.5 | 9 |
| 10/17/19 | Recurring Advisor Call | 1 | 1 |
| 10/17/19 | Call with JP Morgan | 2 | 8 |
| 10/17/19 | Call with Cravath | 1 | 1 |
| 10/17/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/17/19 | Subcommittee Call | 3 | 2 |
| 10/17/19 | Call with Management | 1 | 8 |
| 10/18/19 | Call with JP Morgan | 2 | 8 |
| 10/18/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/18/19 | Discussion with backstop parties | 3 | 1 |
| 10/19/19 | Various Exit Financing Workstreams | 1.5 | 8 |
| 10/20/19 | Various Exit Financing Workstreams | 1.5 | 8 |
| 10/20/19 | Call with Rothschild | 0.5 | 1 |
| 10/21/19 | Recurring Advisor Call | 1 | 1 |
| 10/21/19 | Call with Management | 0.5 | 8 |
| 10/21/19 | Call with Citi | 1 | 8 |
| 10/21/19 | Call with Weil & MTO | 0.5 | 4 |
| 10/21/19 | Internal Meeting | 0.5 | 1 |
| 10/21/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 10/21/19 | Finance Committee Call | 3 | 8 |
| 10/22/19 | Call with Rothschild | 0.5 | 1 |
| 10/22/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/22/19 | CPUC Meeting | 3 | 6 |
| 10/22/19 | Equity Holders Call (PJT / Jones Day / Laz / Cravath / Weil) | 0.5 | 1 |
| 10/22/19 | Discussion with backstop parties | 2 | 1 |
| 10/23/19 | Creation of Materials of CPUC Related Materials | 0.5 | 6 |
| 10/23/19 | Call with Guggenheim | 1 | 1 |
| 10/24/19 | Recurring Advisor Call | 1 | 1 |
| 10/24/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 10/24/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/24/19 | Internal Meeting | 1 | 1 |
| 10/24/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/24/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/25/19 | Discussion with AlixPartners | 2 | 1 |
| 10/25/19 | Preparation of Board / Management Materials | 0.5 | 6 |
| 10/25/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/25/19 | Call with Management | 1 | 8 |

PG&E Corp.
Lazard Frères & Co. LLC
October 1, 2019 - October 31, 2019

| | Ken Ziman (Managing Director) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 10/25/19 | Call with Goldman Sachs | 0.5 | 8 |
| 10/25/19 | Call with Ducera regarding credit ratings | 2 | 1 |
| 10/27/19 | Board Meeting | 4 | 2 |
| 10/28/19 | Internal Meeting | 0.5 | 1 |
| 10/28/19 | FERC Call | 1 | 1 |
| 10/28/19 | Call with Weil | 1 | 1 |
| 10/28/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/28/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/28/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 10/29/19 | Recurring Advisor Call | 1 | 1 |
| 10/29/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/29/19 | Call with Cravath | 0.5 | 1 |
| 10/29/19 | CPUC Call | 1 | 6 |
| 10/29/19 | Call with Management | 0.5 | 8 |
| 10/30/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/30/19 | Call with Cravath | 0.5 | 4 |
| 10/30/19 | Call with Weil & Company | 2 | 4 |
| 10/30/19 | Claims Analysis | 0.5 | 4 |
| 10/31/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/31/19 | Internal Meeting | 0.5 | 1 |
| 10/31/19 | UCC Call | 1 | 1 |
| 10/31/19 | Internal Meeting | 1 | 1 |
| 10/31/19 | Recurring Advisor Call | 1 | 1 |
| 10/31/19 | Meeting with JPM | 3 | 1 |
| 10/31/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/31/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| Oct-19 | Monthly Subtotal | 178.5 | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**October 1, 2019 - October 31, 2019**

| | Christopher Couvelier (Director) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 10/3/19 | Review of Elliott Profile and Holdings Update | 2 | 1 |
| Oct-19 | **Monthly Subtotal** | **2.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**October 1, 2019 - October 31, 2019**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | **Greg Hort (Director)** | | |
| 10/1/19 | calls with advisors/management | 1 | 1 |
| 10/3/19 | calls with advisors/management | 1.5 | 1 |
| 10/4/19 | calls with advisors/management | 2.5 | 1 |
| 10/6/19 | Board Materials Preparation/Travel | 16 | 1 |
| 10/7/19 | Board Materials Preparation/Travel | 16 | 1 |
| 10/8/19 | calls with advisors/management | 0.5 | 1 |
| 10/10/19 | calls with advisors/management | 1 | 1 |
| 10/11/19 | calls with advisors/management | 2 | 1 |
| 10/17/19 | calls with advisors/management | 1 | 1 |
| 10/23/19 | calls with advisors/management | 0.5 | 1 |
| 10/24/19 | calls with advisors/management | 1 | 1 |
| 10/25/19 | calls with advisors/management | 0.5 | 1 |
| 10/28/19 | calls with advisors/management | 0.5 | 1 |
| 10/30/19 | calls with advisors/management | 0.5 | 1 |
| **Oct-19** | **Monthly Subtotal** | **44.5** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**October 1, 2019 - October 31, 2019**

| | Eli Silverman (Vice President) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 10/1/19 | Proposed Bridge Financing Call with Management | 2 | 1 |
| 10/1/19 | Recurring Advisor Call | 1 | 1 |
| 10/1/19 | Internal Meeting | 1 | 8 |
| 10/1/19 | Call with Management | 1 | 8 |
| 10/1/19 | Bank Financing Anlysis and Material Creation | 5 | 8 |
| 10/1/19 | Bondholder Analysis | 2 | 8 |
| 10/1/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 10/1/19 | Discussion with backstop parties | 1 | 1 |
| 10/2/19 | Bank Organization Discussion | 0.5 | 1 |
| 10/2/19 | Commitment Term Analysis for Backstop | 5 | 9 |
| 10/2/19 | Call with Management | 1 | 8 |
| 10/2/19 | Internal Meeting | 1 | 8 |
| 10/2/19 | Bank Call | 1 | 8 |
| 10/2/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 10/3/19 | Historical Security Performance Creation and Analysis | 2 | 9 |
| 10/3/19 | Bridge Financing Comparison and Analysis | 5 | 9 |
| 10/3/19 | Rosenbaum / Brent Depositions | 6 | 4 |
| 10/3/19 | Call with Davis Polk / JPM | 1 | 8 |
| 10/3/19 | Call with Cravath | 1 | 8 |
| 10/3/19 | Call with Management | 1 | 8 |
| 10/3/19 | Call with Davis Polk / JPM | 3 | 8 |
| 10/3/19 | Call with JPM | 2 | 8 |
| 10/3/19 | UCC Advisor Call | 0.5 | 6 |
| 10/4/19 | Bridge Financing Comparison and Analysis | 4 | 9 |
| 10/4/19 | Cash on Emergence Call | 0.5 | 1 |
| 10/4/19 | Bridge Financing Comparison and Analysis | 3 | 9 |
| 10/4/19 | Tracy Deposition | 4 | 4 |
| 10/4/19 | Call with AlixPartners | 1 | 2 |
| 10/4/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/4/19 | Finance Committee Call regarding debt commitments | 2 | 8 |
| 10/5/19 | Various Exit Financing Workstreams | 6 | 8 |
| 10/6/19 | Travel to San Francisco | 9 | 9 |
| 10/6/19 | Court Documents | 3 | 6 |
| 10/6/19 | Various Exit Financing Workstreams | 3 | 8 |
| 10/7/19 | Tax Discussion with PJT | 0.5 | 1 |
| 10/7/19 | Internal Meeting | 1 | 1 |
| 10/7/19 | Court Documents | 1 | 6 |
| 10/7/19 | Exclusivity Hearing | 5 | 4 |
| 10/7/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/7/19 | Financial Modeling Diligence Call with Banks | 1 | 1 |
| 10/7/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/7/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 10/7/19 | Call with JP Morgan | 1 | 6 |
| 10/8/19 | Recurring Advisor Call | 1 | 1 |
| 10/8/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/8/19 | Preparation of Board / Management Materials | 2 | 6 |
| 10/8/19 | NOL Financing anlaysis call | 1 | 1 |
| 10/8/19 | Call with Ducera | 2 | 1 |
| 10/8/19 | Call with Guggenheim | 1 | 1 |
| 10/8/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 10/9/19 | Preparation of Board / Management Materials | 4 | 6 |
| 10/9/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/9/19 | Call with Centerview (UCC) | 1 | 1 |
| 10/9/19 | Travel to New York | 9 | 9 |
| 10/10/19 | Preparation of Board / Management Materials | 2 | 6 |
| 10/10/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/10/19 | Recurring Advisor Call | 1 | 1 |
| 10/10/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/10/19 | Call with Guggenheim | 1 | 6 |
| 10/10/19 | Call on Tax Attributes | 1 | 8 |
| 10/10/19 | Call on Debt Commitments | 1 | 8 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**October 1, 2019 - October 31, 2019**

| | Eli Silverman (Vice President) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 10/10/19 | Call with Rothschild | 0.5 | 6 |
| 10/10/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 10/10/19 | Discussion with backstop parties | 3 | 1 |
| 10/11/19 | Bridge Financing Comparison and Analysis | 1 | 9 |
| 10/11/19 | Preparation of Board / Management Materials | 2 | 6 |
| 10/11/19 | Board Call | 3 | 2 |
| 10/11/19 | POR / DS Discussion with Weil | 2 | 1 |
| 10/11/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/12/19 | Interest Cost Comparison Discussion | 0.5 | 1 |
| 10/12/19 | CPUC Material Compilation | 1 | 9 |
| 10/13/19 | CPUC Material Compilation | 1 | 9 |
| 10/13/19 | Fee Side by Side Analysis | 2 | 9 |
| 10/14/19 | Internal Meeting | 1 | 1 |
| 10/14/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/14/19 | NOL Monetization Discussion | 0.5 | 1 |
| 10/14/19 | CPUC Material Compilation | 2 | 9 |
| 10/14/19 | Discussion with backstop parties | 3 | 1 |
| 10/15/19 | Recurring Advisor Call | 1 | 1 |
| 10/15/19 | Call with Cravath | 2 | 1 |
| 10/15/19 | Modeling Session with Ducera | 3 | 1 |
| 10/15/19 | NOL Analysis | 2 | 6 |
| 10/15/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/15/19 | Discussion with backstop parties | 3 | 1 |
| 10/15/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 10/16/19 | NOL Monetization Discussion | 2 | 1 |
| 10/16/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/16/19 | Financing Proposal Comparison | 4 | 6 |
| 10/16/19 | Call with Management | 1 | 6 |
| 10/16/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/16/19 | Call with Cravath | 1 | 1 |
| 10/16/19 | Discussion with backstop parties | 3 | 1 |
| 10/16/19 | Bank Diligence Call | 2 | 6 |
| 10/17/19 | UCC Call | 1 | 1 |
| 10/17/19 | Exit Financing Related Analysis | 2.5 | 9 |
| 10/17/19 | Recurring Advisor Call | 1 | 1 |
| 10/17/19 | Call with JP Morgan | 2 | 8 |
| 10/17/19 | Call with Cravath | 1 | 1 |
| 10/17/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/17/19 | Subcommittee Call | 3 | 2 |
| 10/17/19 | Call with Management | 1 | 8 |
| 10/18/19 | Call with JP Morgan | 2 | 8 |
| 10/18/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/18/19 | Discussion with backstop parties | 3 | 1 |
| 10/19/19 | Various Exit Financing Workstreams | 1.5 | 8 |
| 10/20/19 | Various Exit Financing Workstreams | 1.5 | 8 |
| 10/20/19 | Call with Rothschild | 0.5 | 1 |
| 10/21/19 | Recurring Advisor Call | 1 | 1 |
| 10/21/19 | Call with Management | 0.5 | 8 |
| 10/21/19 | Call with Citi | 1 | 8 |
| 10/21/19 | Call with Weil & MTO | 0.5 | 4 |
| 10/21/19 | Internal Meeting | 0.5 | 1 |
| 10/21/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 10/21/19 | Finance Committee Call | 3 | 8 |
| 10/22/19 | Travel to San Francisco | 9 | 9 |
| 10/22/19 | Call with Rothschild | 0.5 | 1 |
| 10/22/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/22/19 | CPUC Meeting | 3 | 6 |
| 10/22/19 | Creation of Materials of CPUC Related Materials | 5.5 | 6 |
| 10/22/19 | Equity Holders Call (PJT / Jones Day / Laz / Cravath / Weil) | 0.5 | 1 |
| 10/22/19 | Discussion with backstop parties | 2 | 1 |
| 10/23/19 | Creation of Materials of CPUC Related Materials | 5.5 | 6 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**October 1, 2019 - October 31, 2019**

| | Eli Silverman (Vice President) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 10/23/19 | Call with Guggenheim | 1 | 1 |
| 10/23/19 | Travel to New York City | 9 | 9 |
| 10/24/19 | Recurring Advisor Call | 1 | 1 |
| 10/24/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 10/24/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/24/19 | Internal Meeting | 1 | 1 |
| 10/24/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/24/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/25/19 | Discussion with AlixPartners | 2 | 1 |
| 10/25/19 | Preparation of Board / Management Materials | 5 | 6 |
| 10/25/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/25/19 | Call with Management | 1 | 8 |
| 10/25/19 | Call with Goldman Sachs | 0.5 | 8 |
| 10/25/19 | Call with Ducera regarding credit ratings | 2 | 1 |
| 10/26/19 | Modeling call with banks | 5 | 8 |
| 10/27/19 | Board Meeting | 4 | 2 |
| 10/27/19 | Travel to San Francisco | 9 | 9 |
| 10/28/19 | Internal Meeting | 0.5 | 1 |
| 10/28/19 | FERC Call | 1 | 1 |
| 10/28/19 | Call with Weil | 1 | 1 |
| 10/28/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/28/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/28/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 10/29/19 | Recurring Advisor Call | 0.5 | 1 |
| 10/29/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/29/19 | Call with Cravath | 0.5 | 1 |
| 10/29/19 | CPUC Call | 1 | 6 |
| 10/29/19 | Call with Management | 0.5 | 8 |
| 10/29/19 | Modeling call with banks | 4 | 8 |
| 10/29/19 | Discussion with backstop parties | 4 | 1 |
| 10/30/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/30/19 | Call with Cravath | 0.5 | 4 |
| 10/30/19 | Call with Weil & Company | 2 | 4 |
| 10/30/19 | Claims Analysis | 3.5 | 4 |
| 10/30/19 | Travel to New York | 9 | 9 |
| 10/31/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/31/19 | Internal Meeting | 0.5 | 1 |
| 10/31/19 | UCC Call | 1 | 1 |
| 10/31/19 | Internal Meeting | 1 | 1 |
| 10/31/19 | Recurring Advisor Call | 1 | 1 |
| 10/31/19 | Meeting with JPM | 3 | 1 |
| 10/31/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/31/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| **Oct-19** | **Monthly Subtotal** | **310.5** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**October 1, 2019 - October 31, 2019**

| Garrett Deutsch (Associate) | | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 10/2/19 | Work around post-emergence capital structure and equity financing alternatives | 2 | 6 |
| 10/29/19 | Work around post-emergence capital structure and equity financing alternatives | 2 | 6 |
| **Oct-19** | **Monthly Subtotal** | **4.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**October 1, 2019 - October 31, 2019**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Dan Katz (Associate)** | | |
| 10/2/19 | Model Review | 9 | 4 |
| 10/2/19 | Bridge financing modeling | 5 | 4 |
| 10/2/19 | Bridge financing dilgience call with lead arranger | 4 | 9 |
| 10/3/19 | Bridge financing modeling | 8 | 4 |
| 10/4/19 | NOL Discussion with management and legal counsel | 5 | 9 |
| 10/4/19 | Model Review | 5 | 4 |
| 10/7/19 | Model Cleanup | 4 | 4 |
| 10/8/19 | Model Cleanup | 6 | 4 |
| 10/9/19 | Model Cleanup | 3 | 4 |
| 10/10/19 | NOL Call with management | 7 | 9 |
| 10/10/19 | Model Cleanup | 6 | 4 |
| 10/15/19 | NOL Monetization Analysis | 3 | 4 |
| 10/16/19 | Model Cleanup | 6 | 4 |
| 10/17/19 | Model - update taxes | 5 | 4 |
| 10/18/19 | Meeting with JPM | 4 | 4 |
| 10/18/19 | Model Cleanup | 2 | 9 |
| 10/22/19 | Equity Holders Call | 4 | 9 |
| 10/23/19 | Financial Model cleanup | 6 | 4 |
| 10/24/19 | NOL Model review | 5 | 4 |
| 10/25/19 | Cash forecast review with Alix | 6 | 9 |
| 10/25/19 | Model Checking | 4 | 4 |
| 10/29/19 | Model review | 7 | 4 |
| 10/29/19 | Exit financing discussion | 5 | 9 |
| 10/31/19 | Financing Model meeting with JPM | 5 | 9 |
| 10/31/19 | Internal catchup | 2 | 9 |
| **Oct-19** | **Monthly Subtotal** | **126.0** | |

| Alexander Lotz (Associate) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 10/2/19 | Review of Elliott Profile and Holdings Update | 4 | 1 |
| 10/3/19 | Review of Elliott Profile and Holdings Update | 4 | 1 |
| **Oct-19** | **Monthly Subtotal** | **8.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**October 1, 2019 - October 31, 2019**

| Nathan Mooney (Associate) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 10/1/19 | Proposed Bridge Financing Call with Management | 0.5 | 1 |
| 10/1/19 | Recurring Advisor Call | 1 | 1 |
| 10/1/19 | Internal Meeting | 1 | 8 |
| 10/1/19 | Call with Management | 1 | 8 |
| 10/1/19 | Bank Financing Anlysis and Material Creation | 5 | 8 |
| 10/1/19 | Bondholder Analysis | 2 | 8 |
| 10/2/19 | Bank Organization Discussion | 0.5 | 1 |
| 10/2/19 | Commitment Term Analysis for Backstop | 5 | 9 |
| 10/2/19 | Call with Management | 1 | 8 |
| 10/2/19 | Internal Meeting | 1 | 8 |
| 10/2/19 | Bank Call | 1 | 8 |
| 10/2/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 10/3/19 | Historical Security Performance Creation and Analysis | 2 | 9 |
| 10/3/19 | Bridge Financing Comparison and Analysis | 5 | 9 |
| 10/3/19 | Rosenbaum / Brent Depositions | 6 | 4 |
| 10/3/19 | Call with Davis Polk / JPM | 1 | 8 |
| 10/3/19 | Call with Cravath | 1 | 8 |
| 10/3/19 | Call with Management | 1 | 8 |
| 10/3/19 | Call with Davis Polk / JPM | 1 | 8 |
| 10/3/19 | Call with JPM | 1 | 8 |
| 10/4/19 | Bridge Financing Comparison and Analysis | 3 | 9 |
| 10/4/19 | Cash on Emergence Call | 0.5 | 1 |
| 10/4/19 | Bridge Financing Comparison and Analysis | 3 | 9 |
| 10/4/19 | Tracy Deposition | 4 | 4 |
| 10/4/19 | Call with AlixPartners | 1 | 2 |
| 10/4/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/5/19 | Various Exit Financing Workstreams | 6 | 8 |
| 10/6/19 | Travel to San Francisco | 9 | 9 |
| 10/6/19 | Court Documents | 3 | 6 |
| 10/6/19 | Various Exit Financing Workstreams | 3 | 8 |
| 10/7/19 | Tax Discussion with PJT | 0.5 | 1 |
| 10/7/19 | Internal Meeting | 1 | 1 |
| 10/7/19 | Court Documents | 1 | 6 |
| 10/7/19 | Exclusivity Hearing | 5 | 4 |
| 10/7/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/7/19 | Financial Modeling Diligence Call with Banks | 1 | 1 |
| 10/7/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/7/19 | PG&E PoR / DS Recurring Call with Weil | 0.5 | 1 |
| 10/7/19 | Call with JP Morgan | 1 | 6 |
| 10/8/19 | Travel to New York | 9 | 9 |
| 10/8/19 | Recurring Advisor Call | 1 | 1 |
| 10/8/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/8/19 | Preparation of Board / Management Materials | 2 | 6 |
| 10/9/19 | Preparation of Board / Management Materials | 2 | 6 |
| 10/9/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/10/19 | Preparation of Board / Management Materials | 2 | 6 |
| 10/10/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/10/19 | Recurring Advisor Call | 1 | 1 |
| 10/10/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/10/19 | Call with Guggenheim | 1 | 6 |
| 10/10/19 | Call on Tax Attributes | 1 | 8 |
| 10/10/19 | Call on Debt Commitments | 1 | 8 |
| 10/10/19 | Call with Rothschild | 0.5 | 6 |
| 10/11/19 | Bridge Financing Comparison and Analysis | 1 | 9 |
| 10/11/19 | Preparation of Board / Management Materials | 2 | 6 |
| 10/11/19 | Board Call | 2 | 2 |
| 10/11/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/11/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/12/19 | Interest Cost Comparison Discussion | 0.5 | 1 |
| 10/12/19 | CPUC Material Compilation | 1 | 9 |
| 10/13/19 | CPUC Material Compilation | 1 | 9 |

## PG&E Corp.
## Lazard Frères & Co. LLC
### October 1, 2019 - October 31, 2019

| | Nathan Mooney (Associate) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 10/13/19 | Fee Side by Side Analysis | 2 | 9 |
| 10/14/19 | Internal Meeting | 1 | 1 |
| 10/14/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/14/19 | NOL Monetization Discussion | 0.5 | 1 |
| 10/14/19 | CPUC Material Compilation | 2 | 9 |
| 10/15/19 | Recurring Advisor Call | 1 | 1 |
| 10/15/19 | Call with Cravath | 1 | 1 |
| 10/15/19 | Modeling Session with Ducera | 3 | 1 |
| 10/15/19 | NOL Analysis | 2 | 6 |
| 10/15/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/16/19 | NOL Monetization Discussion | 0.5 | 1 |
| 10/16/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/16/19 | Financing Proposal Comparison | 4 | 6 |
| 10/16/19 | Call with Management | 1 | 6 |
| 10/16/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/16/19 | Call with Cravath | 1 | 1 |
| 10/17/19 | UCC Call | 1 | 1 |
| 10/17/19 | Exit Financing Related Analysis | 2.5 | 9 |
| 10/17/19 | Recurring Advisor Call | 1 | 1 |
| 10/17/19 | Call with JP Morgan | 2 | 8 |
| 10/17/19 | Call with Cravath | 1 | 1 |
| 10/17/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/17/19 | Subcommittee Call | 2 | 2 |
| 10/17/19 | Call with Management | 1 | 8 |
| 10/18/19 | Call with JP Morgan | 1 | 8 |
| 10/18/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/19/19 | Various Exit Financing Workstreams | 1.5 | 8 |
| 10/20/19 | Various Exit Financing Workstreams | 1.5 | 8 |
| 10/20/19 | Call with Rothschild | 0.5 | 1 |
| 10/21/19 | Recurring Advisor Call | 1 | 1 |
| 10/21/19 | Call with Management | 0.5 | 8 |
| 10/21/19 | Call with Citi | 1 | 8 |
| 10/21/19 | Call with Weil & MTO | 0.5 | 4 |
| 10/21/19 | Internal Meeting | 0.5 | 1 |
| 10/22/19 | Travel to San Francisco | 9 | 9 |
| 10/22/19 | Call with Rothschild | 0.5 | 1 |
| 10/22/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/22/19 | CPUC Meeting | 3 | 6 |
| 10/22/19 | Creation of Materials of CPUC Related Materials | 5.5 | 6 |
| 10/22/19 | Equity Holders Call (PJT / Jones Day / Laz / Cravath / Weil) | 0.5 | 1 |
| 10/23/19 | Creation of Materials of CPUC Related Materials | 5.5 | 6 |
| 10/23/19 | Call with Guggenheim | 1 | 1 |
| 10/23/19 | Travel to New York City | 9 | 9 |
| 10/24/19 | Recurring Advisor Call | 1 | 1 |
| 10/24/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/24/19 | Internal Meeting | 1 | 1 |
| 10/24/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/24/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/25/19 | Discussion with AlixPartners | 1 | 1 |
| 10/25/19 | Preparation of Board / Management Materials | 5 | 6 |
| 10/25/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/25/19 | Call with Management | 1 | 8 |
| 10/25/19 | Call with Goldman Sachs | 0.5 | 8 |
| 10/27/19 | Board Meeting | 4 | 2 |
| 10/28/19 | Internal Meeting | 0.5 | 1 |
| 10/28/19 | FERC Call | 1 | 1 |
| 10/28/19 | Call with Weil | 1 | 1 |
| 10/28/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/28/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/29/19 | Recurring Advisor Call | 0.5 | 1 |
| 10/29/19 | Discussion with equity holder advisors | 0.5 | 1 |

| Nathan Mooney (Associate) | | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 10/29/19 | Call with Cravath | 0.5 | 1 |
| 10/29/19 | CPUC Call | 1 | 6 |
| 10/29/19 | Call with Management | 0.5 | 8 |
| 10/30/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 10/30/19 | Call with Cravath | 0.5 | 4 |
| 10/30/19 | Call with Weil & Company | 2 | 4 |
| 10/30/19 | Claims Analysis | 3.5 | 4 |
| 10/31/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/31/19 | Internal Meeting | 0.5 | 1 |
| 10/31/19 | UCC Call | 1 | 1 |
| 10/31/19 | Internal Meeting | 1 | 1 |
| 10/31/19 | Recurring Advisor Call | 1 | 1 |
| 10/31/19 | Meeting with JPM | 3 | 1 |
| 10/31/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| **Oct-19** | **Monthly Subtotal** | **223.5** | |

| Matthew Strain (Associate) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 10/2/19 | Model Review | 8 | 4 |
| 10/2/19 | Bridge financing modeling | 3 | 4 |
| 10/2/19 | Bridge financing diligence call with lead arranger | 2 | 9 |
| 10/3/19 | Bridge financing modeling | 3 | 4 |
| 10/4/19 | NOL Discussion with management and legal counsel | 2 | 9 |
| 10/4/19 | Model Review | 3 | 4 |
| 10/7/19 | Model Cleanup | 5 | 4 |
| 10/8/19 | Model Cleanup | 6 | 4 |
| 10/9/19 | Model Cleanup | 5 | 4 |
| 10/10/19 | NOL Call with management | 2 | 9 |
| 10/10/19 | Model Cleanup | 5 | 4 |
| 10/15/19 | NOL Monetization Analysis | 4 | 4 |
| 10/16/19 | Model Cleanup | 4 | 4 |
| 10/17/19 | Model - update taxes | 8 | 4 |
| 10/18/19 | Meeting with JPM | 1 | 4 |
| 10/18/19 | Model Cleanup | 5 | 9 |
| 10/22/19 | Equity Holders Call | 1 | 9 |
| 10/23/19 | Financial Model cleanup | 4 | 4 |
| 10/24/19 | NOL Model review | 5 | 4 |
| 10/25/19 | Cash forecast review with Alix | 1 | 9 |
| 10/25/19 | Model Checking | 6 | 4 |
| 10/29/19 | Model review | 5 | 4 |
| 10/29/19 | Exit financing discussion | 1 | 9 |
| 10/31/19 | Financing Model meeting with JPM | 3 | 9 |
| 10/31/19 | Internal catchup | 3 | 9 |
| Oct-19 | **Monthly Subtotal** | **95.0** | |

## PG&E Corp.
## Lazard Frères & Co. LLC
### October 1, 2019 - October 31, 2019

| | Luke Cummings (Analyst) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 10/1/19 | Analysis of Backstop proposal and exit financing options | 6 | 8 |
| 10/2/19 | Analysis of Backstop proposal and exit financing options | 3 | 8 |
| 10/3/19 | Analysis of Backstop proposal and exit financing options | 5 | 8 |
| 10/4/19 | Analysis of Backstop proposal and exit financing options | 7 | 8 |
| 10/7/19 | Analysis of Backstop proposal and exit financing options | 4 | 8 |
| 10/8/19 | NOL and tax analysis | 7 | 9 |
| 10/10/19 | NOL and tax analysis | 3 | 9 |
| 10/11/19 | NOL and tax analysis | 6 | 9 |
| 10/14/19 | NOL and tax analysis | 6 | 9 |
| 10/15/19 | NOL and tax analysis | 4 | 9 |
| 10/16/19 | NOL and tax analysis | 7 | 9 |
| 10/17/19 | Plan of Reorganization Overview analysis | 5 | 9 |
| 10/18/19 | Plan of Reorganization Overview analysis | 4 | 9 |
| 10/21/19 | NOL and tax analysis | 6 | 9 |
| 10/22/19 | NOL and tax analysis | 5 | 9 |
| 10/23/19 | NOL and tax analysis | 7 | 9 |
| 10/24/19 | NOL and tax analysis | 4 | 9 |
| 10/25/19 | NOL and tax analysis | 3 | 9 |
| 10/28/19 | Municipalization analysis per proposal from various CA mayors | 3 | 6 |
| 10/29/19 | Municipalization analysis per proposal from various CA mayors | 4 | 6 |
| 10/30/19 | Municipalization analysis per proposal from various CA mayors | 6 | 6 |
| 10/31/19 | Municipalization analysis per proposal from various CA mayors | 3 | 6 |
| **Oct-19** | **Monthly Subtotal** | **108.0** | |

# PG&E Corp.
## Lazard Frères & Co. LLC
### October 1, 2019 - October 31, 2019

| | Liam Fine (Financial Analyst) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 10/1/19 | Case study on historical municipalization | 8 | 9 |
| 10/2/19 | Case study on historical municipalization | 6 | 9 |
| 10/3/19 | Case study on historical municipalization | 6 | 9 |
| 10/4/19 | Case study on historical municipalization | 4 | 9 |
| 10/7/19 | Case study on historical municipalization | 6 | 9 |
| 10/8/19 | NOL and tax analysis | 4 | 9 |
| 10/10/19 | NOL and tax analysis | 4 | 9 |
| 10/11/19 | NOL and tax analysis | 5 | 9 |
| 10/14/19 | Update ability to finance liabilities analysis | 6 | 9 |
| 10/15/19 | NOL and tax analysis | 4 | 9 |
| 10/16/16 | NOL and tax analysis | 4 | 9 |
| 10/17/19 | Plan of Reorganization Overview analysis | 5 | 9 |
| 10/18/19 | Plan of Reorganization Overview analysis | 7 | 9 |
| 10/21/19 | NOL and tax analysis | 7 | 9 |
| 10/22/19 | NOL and tax analysis | 6 | 9 |
| 10/23/19 | NOL and tax analysis | 5 | 9 |
| 10/24/19 | Update ability to finance liabilities analysis | 5 | 9 |
| 10/25/19 | Update ability to finance liabilities analysis | 5 | 9 |
| 10/27/19 | Historical PG&E Dividend analysis | 4 | 9 |
| 10/28/19 | Municipalization analysis per proposal from various CA mayors | 6 | 7 |
| 10/29/19 | Municipalization analysis per proposal from various CA mayors | 6 | 7 |
| 10/31/19 | Municipalization analysis per proposal from various CA mayors | 4 | 7 |
| **Oct-19** | **Monthly Subtotal** | **117.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**October 1, 2019 - October 31, 2019**

| Kevin Hatch (Financial Analyst) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 10/1/19 | Bridge Financing Discussion with PG&E | 0.5 | 1 |
| 10/1/19 | Bank Financing Anlysis and Material Creation | 9 | 8 |
| 10/1/19 | Bondholder Analysis | 4.5 | 8 |
| 10/2/19 | Bank Organization Discussion | 0.5 | 1 |
| 10/2/19 | Commitment Term Analysis for Backstop | 9.5 | 9 |
| 10/3/19 | Historical Security Performance Creation and Analysis | 5 | 9 |
| 10/3/19 | Bridge Financing Comparison and Analysis | 10 | 9 |
| 10/4/19 | Bridge Financing Comparison and Analysis | 8 | 9 |
| 10/4/19 | Cash on Emergence Call | 0.5 | 1 |
| 10/4/19 | Bridge Financing Comparison and Analysis | 10.5 | 9 |
| 10/6/19 | Declaration Editing | 3 | 6 |
| 10/7/19 | Tax Discussion with PJT | 0.5 | 1 |
| 10/7/19 | Declaration Editing | 4 | 6 |
| 10/7/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/7/19 | Financial Modeling Diligence Call with Banks | 1 | 1 |
| 10/8/19 | Preparation of Board / Management Materials | 7 | 6 |
| 10/9/19 | Preparation of Board / Management Materials | 8 | 6 |
| 10/9/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/10/19 | Preparation of Board / Management Materials | 5 | 6 |
| 10/10/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/11/19 | Bridge Financing Comparison and Analysis | 4 | 9 |
| 10/11/19 | Preparation of Board / Management Materials | 6 | 6 |
| 10/12/19 | Interest Cost Comparison Discussion | 0.5 | 1 |
| 10/12/19 | CPUC Material Compilation | 2 | 9 |
| 10/13/19 | CPUC Material Compilation | 4 | 9 |
| 10/13/19 | Fee Side by Side Analysis | 6.5 | 9 |
| 10/14/19 | NOL Monetization Discussion | 0.5 | 1 |
| 10/14/19 | CPUC Material Compilation | 2 | 9 |
| 10/15/19 | Recurring Advisor Call | 1 | 1 |
| 10/15/19 | Modeling Session with Ducera | 1 | 1 |
| 10/15/19 | NOL Analysis | 2 | 6 |
| 10/16/19 | NOL Monetization Discussion | 0.5 | 1 |
| 10/16/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/16/19 | Financing Proposal Comparison | 4 | 6 |
| 10/17/19 | Exit Financing Related Analysis | 2.5 | 9 |
| 10/17/19 | Recurring Advisor Call | 1 | 1 |
| 10/21/19 | Recurring Advisor Call | 1 | 1 |
| 10/22/19 | Creation of Materials of CPUC Related Materials | 7.5 | 6 |
| 10/22/19 | Equity Holders Call (PJT / Jones Day / Laz / Cravath / Weil) | 0.5 | 1 |
| 10/22/19 | Creation of Materials of CPUC Related Materials | 7.5 | 6 |
| 10/24/19 | Recurring Advisor Call | 1 | 1 |
| 10/24/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/25/19 | Discussion with AlixPartners | 1 | 1 |
| 10/25/19 | Preparation of Board / Management Materials | 7 | 6 |
| 10/29/19 | Recurring Advisor Call | 0.5 | 1 |
| 10/31/19 | Meeting with JPM | 2 | 1 |
| 10/31/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| **Oct-19** | **Monthly Subtotal** | **155.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**October 1, 2019 - October 31, 2019**

| Michael Hinz (Analyst) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 10/2/19 | Creation of Elliott Profile and Holdings Update | 8 | 1 |
| 10/3/19 | Creation of Elliott Profile and Holdings Update | 8 | 1 |
| Oct-19 | **Monthly Subtotal** | 16.0 | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**October 1, 2019 - October 31, 2019**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | Dan Liotta (Financial Analyst) | | |
| 10/1/19 | Proposed Bridge Financing Call with Management | 0.5 | 1 |
| 10/1/19 | Bank Financing Anlysis and Material Creation | 9 | 8 |
| 10/1/19 | Bondholder Analysis | 4.5 | 8 |
| 10/2/19 | Bank Organization Discussion | 0.5 | 1 |
| 10/2/19 | Commitment Term Analysis for Backstop | 9.5 | 9 |
| 10/3/19 | Historical Security Performance Creation and Analysis | 5 | 9 |
| 10/3/19 | Bridge Financing Comparison and Analysis | 10 | 9 |
| 10/4/19 | Bridge Financing Comparison and Analysis | 8 | 9 |
| 10/4/19 | Cash on Emergence Call | 0.5 | 1 |
| 10/4/19 | Bridge Financing Comparison and Analysis | 10.5 | 9 |
| 10/6/19 | Declaration Editing | 3 | 6 |
| 10/7/19 | Tax Discussion with PJT | 0.5 | 1 |
| 10/7/19 | Declaration Editing | 4 | 6 |
| 10/7/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/7/19 | Financial Modeling Diligence Call with Banks | 1 | 1 |
| 10/8/19 | Preparation of Board / Management Materials | 7 | 6 |
| 10/9/19 | Preparation of Board / Management Materials | 8 | 6 |
| 10/9/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/10/19 | Preparation of Board / Management Materials | 5 | 6 |
| 10/10/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/11/19 | Bridge Financing Comparison and Analysis | 4 | 9 |
| 10/11/19 | Preparation of Board / Management Materials | 6 | 6 |
| 10/12/19 | Interest Cost Comparison Discussion | 0.5 | 1 |
| 10/12/19 | CPUC Material Compilation | 2 | 9 |
| 10/13/19 | CPUC Material Compilation | 4 | 9 |
| 10/13/19 | Fee Side by Side Analysis | 6.5 | 9 |
| 10/14/19 | NOL Monetization Discussion | 0.5 | 1 |
| 10/14/19 | CPUC Material Compilation | 2 | 9 |
| 10/15/19 | Recurring Advisor Call | 1 | 1 |
| 10/15/19 | Modeling Session with Ducera | 1 | 1 |
| 10/15/19 | NOL Analysis | 2 | 6 |
| 10/16/19 | NOL Monetization Discussion | 0.5 | 1 |
| 10/16/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/16/19 | Financing Proposal Comparison | 4 | 6 |
| 10/17/19 | Exit Financing Related Analysis | 2.5 | 9 |
| 10/17/19 | Recurring Advisor Call | 1 | 1 |
| 10/21/19 | Recurring Advisor Call | 1 | 1 |
| 10/22/19 | Creation of Materials of CPUC Related Materials | 7.5 | 6 |
| 10/22/19 | Equity Holders Call (PJT / Jones Day / Laz / Cravath / Weil) | 0.5 | 1 |
| 10/22/19 | Creation of Materials of CPUC Related Materials | 7.5 | 6 |
| 10/24/19 | Recurring Advisor Call | 1 | 1 |
| 10/24/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 10/25/19 | Discussion with AlixPartners | 1 | 1 |
| 10/25/19 | Preparation of Board / Management Materials | 7 | 6 |
| 10/29/19 | Recurring Advisor Call | 0.5 | 1 |
| 10/31/19 | Meeting with JPM | 2 | 1 |
| 10/31/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| **Oct-19** | **Monthly Subtotal** | **155.0** | |

## PG&E Corp.
## Lazard Frères & Co. LLC
### October 1, 2019 - October 31, 2019

| Caroline Sambuco (Analyst) | | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 10/2/19 | Creation of Elliott Profile and Holdings Update | 4 | 1 |
| 10/3/19 | Creation of Elliott Profile and Holdings Update | 4 | 1 |
| **Oct-19** | **Monthly Subtotal** | **8.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**October 1, 2019 - October 31, 2019**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | Katherine Tobeason (Analyst) | | |
| 10/1/19 | Work around post-emergence capital structure and equity financing alternatives | 3 | 6 |
| 10/2/19 | Work around post-emergence capital structure and equity financing alternatives | 3 | 6 |
| 10/3/19 | Work around post-emergence capital structure and equity financing alternatives | 3 | 6 |
| 10/11/19 | Work around post-emergence capital structure and equity financing alternatives | 4 | 6 |
| Oct-19 | **Monthly Subtotal** | **13.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**October 1, 2019 - October 31, 2019**

| | Scott Belinsky (Financial Analyst) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 10/1/19 | Analysis of Backstop proposal and exit financing options | 4 | 8 |
| 10/2/19 | Analysis of Backstop proposal and exit financing options | 3 | 8 |
| 10/3/19 | Analysis of Backstop proposal and exit financing options | 7 | 8 |
| 10/4/19 | Analysis of Backstop proposal and exit financing options | 8 | 8 |
| 10/7/19 | Analysis of Backstop proposal and exit financing options | 4 | 8 |
| 10/8/19 | NOL and tax analysis | 4 | 9 |
| 10/10/19 | NOL and tax analysis | 3 | 9 |
| 10/11/19 | NOL and tax analysis | 4 | 9 |
| 10/14/19 | NOL and tax analysis | 6 | 9 |
| 10/15/19 | NOL and tax analysis | 6 | 9 |
| 10/16/16 | NOL and tax analysis | 4 | 9 |
| 10/17/19 | Plan of Reorganization Overview analysis | 5 | 9 |
| 10/18/19 | Plan of Reorganization Overview analysis | 6 | 9 |
| 10/21/19 | NOL and tax analysis | 5 | 9 |
| 10/22/19 | NOL and tax analysis | 4 | 9 |
| 10/23/19 | NOL and tax analysis | 6 | 9 |
| 10/24/19 | NOL and tax analysis | 5 | 9 |
| 10/25/19 | NOL and tax analysis | 6 | 9 |
| 10/28/19 | Municipalization analysis per proposal from various CA mayors | 4 | 6 |
| 10/29/19 | Municipalization analysis per proposal from various CA mayors | 4 | 6 |
| 10/30/19 | Municipalization analysis per proposal from various CA mayors | 5 | 6 |
| 10/31/19 | Municipalization analysis per proposal from various CA mayors | 3 | 6 |
| **Oct-19** | **Monthly Subtotal** | **106.0** | |