# EXHIBIT E

## DETAIL OF EXPENSES
## FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

# PG&E Corporation
# Monthly Fee Statement
# Lazard Frères & Co. LLC

## October 1, 2019 - October 31, 2019

### Fee Calculation

| Item | Amount Incurred |
|---|---:|
| Monthly Fee: October 1, 2019 - October 31, 2019 | $300,000.00 [1] |
| **TOTAL** | **$300,000.00** |

### Summary of Out-of-Pocket Expenses [2]

| Item | Amount Incurred |
|---|---:|
| Car Services and Taxis | $2,114.00 |
| Employee Meals | 104.65 |
| Legal Fees [3] | 79,933.63 |
| Meals-Meetings/Travel | 680.48 |
| Travel | 16,175.07 |
| **TOTAL** | **$99,007.83** |

[2] *Additional expense detail will be furnished upon request.*

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 01/17/2020

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Travel - Air | 10/30/2019 | Nathan Mooney | Flt SFO/JFK OW coach 10/07/2019 / AMEX | 1,000.00 |
| Travel - Air | 10/30/2019 | Nathan Mooney | Flt EWR/SFO OW coach 10/06/2019 / AMEX | 1,000.00 |
| Travel - Air | 11/4/2019 | Gregory Hort | UNITED AIRLINES    TAMPA 10/06/2019 / AMEX | 1,000.00 |
| Travel - Air | 11/4/2019 | Gregory Hort | UNITED AIRLINES    TAMPA 10/07/2019 / AMEX | 1,000.00 |
| Travel - Air | 11/6/2019 | Ken Ziman | Flt EWR/SFO OW coach 10/07/2019 / AMEX | 1,000.00 |
| Travel - Air | 11/6/2019 | Ken Ziman | Flt SFO/JFK OW Coach 10/06/2019 / AMEX | 1,000.00 |
| Travel - Air | 11/6/2019 | Eli Silverman | United/SFO/EWR - coach 10/08/2019 / AMEX | 1,662.08 |
| Travel - Air | 11/6/2019 | Eli Silverman | UA/EWR/SFO - coach 10/06/2019 / AMEX | 1,662.08 |
| Travel - Air | 11/6/2019 | Ken Ziman | Flt EWR/SFO OW Coach 09/23/2019 / AMEX | 1,000.00 |
| Travel - Air | 11/6/2019 | Ken Ziman | Flt JFK/SFO OW Coach 10/07/2019 / AMEX | 1,000.00 |
| Travel - Air | 11/6/2019 | Ken Ziman | Flt SFO/EWR OW coach 10/06/2019 / AMEX | 1,000.00 |
| **Travel - Air Total** | | | | **12,324.16** |
| Car Services - After Hours | 10/24/2019 | Matthew Strain | Laz to home    UBER TRIP 10/06/2019 Time: 17:06 / AMEX | 40.51 |
| Car Services - After Hours | 10/24/2019 | Matthew Strain | Laz to home   UBER TRIP 10/03/2019 Time: 22:54 / AMEX | 50.43 |
| Car Services - After Hours | 10/28/2019 | Kevin Hatch | Saturday - Lazard/home 10/05/2019 Time: 20:49 / AMEX | 30.42 |
| Car Services - After Hours | 10/28/2019 | Kevin Hatch | Lazard/home-NYC 09/27/2019 Time: 22:06 / AMEX | 32.90 |
| Car Services - After Hours | 10/28/2019 | Kevin Hatch | Lazard/home-NYC 09/26/2019 Time: 23:15 / AMEX | 27.15 |
| Car Services - After Hours | 10/28/2019 | Kevin Hatch | Saturday - Lazard/home 09/21/2019 Time: 22:09 / AMEX | 27.61 |
| Car Services - After Hours | 10/28/2019 | Kevin Hatch | Sunday - Lazard/home 10/06/2019 Time: 20:17 / AMEX | 14.16 |
| Car Services - After Hours | 10/28/2019 | Kevin Hatch | Lazard/home-NYC 09/26/2019 Time: 21:59 / AMEX | 27.23 |
| Car Services - After Hours | 10/28/2019 | Kevin Hatch | Lazard/home-NYC 09/20/2019 Time: 22:18 / AMEX | 30.86 |
| Car Services - After Hours | 10/28/2019 | Kevin Hatch | Lazard/home-NYC 10/03/2019 Time: 23:59 / AMEX | 28.32 |
| Car Services - After Hours | 10/30/2019 | Nathan Mooney | Car to home late 09/26/2019 Time: 22:05 / AMEX | 25.00 |
| Car Services - After Hours | 10/31/2019 | Liam Fine | UBER Lazard/Home 10/07/2019 Time: 22:00 / AMEX | 26.61 |
| Car Services - After Hours | 10/31/2019 | Liam Fine | White and Blue Taxi Lazrd/Home 09/23/2019 Time: 22:30 / AMEX | 12.74 |
| Car Services - After Hours | 11/6/2019 | Eli Silverman | Sunday/Lazard/home-NYC 09/22/2019 Time: 15:15 / AMEX | 17.97 |
| **Car Services - After Hours Total** | | | | **391.91** |
| Car Services - Business Travel | 10/30/2019 | Nathan Mooney | Car from JFK to home 10/08/2019 / AMEX | 102.05 |
| Car Services - Business Travel | 10/30/2019 | Nathan Mooney | Car to SF from SFO 10/06/2019 / AMEX | 71.62 |
| Car Services - Business Travel | 10/30/2019 | Nathan Mooney | Car from Ritz to SFO airport 10/08/2019 / AMEX | 65.45 |
| Car Services - Business Travel | 10/30/2019 | Nathan Mooney | Car from home to EWR 10/06/2019 / AMEX | 84.52 |
| Car Services - Business Travel | 11/4/2019 | Gregory Hort | UBER SF Hotel to Court 10/07/2019 / AMEX | 19.19 |
| Car Services - Business Travel | 11/4/2019 | Gregory Hort | UBER Court to Hotel 10/07/2019 / AMEX | 23.95 |
| Car Services - Business Travel | 11/4/2019 | Gregory Hort | UBER client meeting to office 09/17/2019 / AMEX | 24.61 |
| Car Services - Business Travel | 11/4/2019 | Gregory Hort | TRISTAR - Home/EWR 10/06/2019 / AMEX | 136.76 |
| Car Services - Business Travel | 11/4/2019 | Gregory Hort | UBER SF hotel to SFO 10/07/2019 / AMEX | 69.47 |

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 01/17/2020

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Car Services - Business Travel | 11/6/2019 | Ken Ziman | Car from SFO to hotel SF 10/07/2019 / AMEX | 36.66 |
| Car Services - Business Travel | 11/6/2019 | Ken Ziman | From Four Seasons SF to SFO 09/24/2019 / AMEX | 34.48 |
| Car Services - Business Travel | 11/6/2019 | Ken Ziman | Car from EWR to home NYC 09/25/2019 / AMEX | 66.40 |
| Car Services - Business Travel | 11/6/2019 | Ken Ziman | From client to Four Seasons SF 09/24/2019 / AMEX | 12.45 |
| Car Services - Business Travel | 11/6/2019 | Ken Ziman | From Four Seasons SF to mtg 09/24/2019 / AMEX | 15.14 |
| Car Services - Business Travel | 11/6/2019 | Ken Ziman | Car from EWR to home 10/10/2019 / AMEX | 117.56 |
| Car Services - Business Travel | 11/6/2019 | Ken Ziman | Car from penn st to home 09/16/2019 / AMEX | 17.93 |
| Car Services - Business Travel | 11/6/2019 | Ken Ziman | From mtg to SF laz office 10/07/2019 / AMEX | 14.38 |
| Car Services - Business Travel | 11/6/2019 | Ken Ziman | Car from home to EWR 10/06/2019 / AMEX | 84.56 |
| Car Services - Business Travel | 11/6/2019 | Ken Ziman | Car from home to EWR 09/23/2019 / AMEX | 92.76 |
| Car Services - Business Travel | 11/6/2019 | Ken Ziman | From Laz SF offc to client mtg 10/07/2019 / AMEX | 13.92 |
| Car Services - Business Travel | 11/6/2019 | Ken Ziman | From laz SF office to SFO 10/07/2019 / AMEX | 32.93 |
| Car Services - Business Travel | 11/6/2019 | Ken Ziman | From SFO to Four Seasons SF 09/24/2019 / AMEX | 34.39 |
| Car Services - Business Travel | 11/6/2019 | Eli Silverman | Lazard/Client meeting 10/10/2019 / AMEX | 15.77 |
| Car Services - Business Travel | 11/6/2019 | Eli Silverman | Home-NYC/Weil's office 09/17/2019 / AMEX | 39.96 |
| Car Services - Business Travel | 11/6/2019 | Eli Silverman | San Fran airport/hotel 10/07/2019 / AMEX | 79.11 |
| Car Services - Business Travel | 11/6/2019 | Eli Silverman | Lazard/Weil's office/NY 10/03/2019 / AMEX | 20.98 |
| Car Services - Business Travel | 11/6/2019 | Eli Silverman | Hotel/San fran airport 10/08/2019 / AMEX | 90.26 |
| Car Services - Business Travel | 11/6/2019 | Eli Silverman | Newark airport/home - NYC 10/08/2019 / AMEX | 127.28 |
| Car Services - Business Travel | 11/6/2019 | Eli Silverman | Lazard/home - on client call 10/03/2019 / AMEX | 22.69 |
| Car Services - Business Travel | 11/6/2019 | Eli Silverman | Weil's office/Lazard/NY 10/03/2019 / AMEX | 26.90 |
| Car Services - Business Travel | 11/6/2019 | Eli Silverman | Home-NYC/PJT's office 09/17/2019 / AMEX | 18.51 |
| Car Services - Business Travel | 11/6/2019 | Eli Silverman | Home-NY/Newark airport 10/06/2019 / AMEX | 95.04 |
| Car Services - Business Travel | 11/6/2019 | Eli Silverman | Home/Weil's office/NY 10/04/2019 / AMEX | 14.41 |
| **Car Services - Business Travel Total** | | | | **1,722.09** |
| Travel - Hotels | 10/30/2019 | Nathan Mooney | Hotel 2 nights@$523 10/08/2019 / AMEX | 1,046.00 |
| Travel - Hotels | 11/4/2019 | Gregory Hort | FOUR SEASONS SAN FRA SAN FRANC 10/07/2019 / AMEX | 483.25 |
| Travel - Hotels | 11/6/2019 | Ken Ziman | Hotel SF 1 night@$359 10/07/2019 / AMEX | 418.59 |
| Travel - Hotels | 11/6/2019 | Ken Ziman | Hotel 1 night @$475 09/24/2019 / AMEX | 553.12 |
| Travel - Hotels | 11/6/2019 | Eli Silverman | Ritz/San Fran 1nt @ $400 10/06/2019 / AMEX | 600.00 |
| Travel - Hotels | 11/6/2019 | Eli Silverman | Ritz/San Fran 1 nt @ $400 10/07/2019 / AMEX | 600.00 |
| **Travel - Hotels Total** | | | | **3,700.96** |
| Travel - WiFi/Data fees - airlines/hotels | 10/30/2019 | Nathan Mooney | Wifi on plane 10/06/2019 / AMEX | 30.99 |
| Travel - WiFi/Data fees - airlines/hotels | 11/4/2019 | Gregory Hort | UNITED AIRLINES    HOUSTON 10/06/2019 / AMEX | 28.99 |
| Travel - WiFi/Data fees - airlines/hotels | 11/6/2019 | Eli Silverman | United WiFi - SFO/EWR 10/08/2019 / AMEX | 27.99 |
| Travel - WiFi/Data fees - airlines/hotels | 11/6/2019 | Eli Silverman | Wifi - EWR/SFO 10/05/2019 / AMEX | 30.99 |

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 01/17/2020

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Travel - WiFi/Data fees - airlines/hotels | 11/6/2019 | Eli Silverman | UNITED AIRLINES HOUSTON 10/06/2019 / AMEX | 30.99 |
| Travel - WiFi/Data fees - airlines/hotels Total | | | | 149.95 |
| Employee Meals - In Office | 10/31/2019 | Dan Liotta | Meal in office late 09/15/2019 / AMEX | 13.01 |
| Employee Meals - In Office | 11/6/2019 | Eli Silverman | Dinner/Blue Ribbon/NY - 1p 10/04/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 11/6/2019 | Eli Silverman | Dinner/Chopt/NY - 1p 09/24/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 11/6/2019 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 09/25/2019 / AMEX | 16.64 |
| Employee Meals - In Office | 11/6/2019 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 10/01/2019 / AMEX | 25.00 |
| Employee Meals - In Office Total | | | | 104.65 |
| Employee Meals - Travel/Other | 10/7/2019 | Eli Silverman | Lunch/Juice Press/NY - 1 08/26/2019 / AMEX | 9.80 |
| Employee Meals - Travel/Other | 10/30/2019 | Nathan Mooney | Travel lunch 1p SF 10/08/2019 / AMEX | 43.64 |
| Employee Meals - Travel/Other | 10/30/2019 | Nathan Mooney | Travel breakfast 1p SF 10/04/2019 / AMEX | 19.05 |
| Employee Meals - Travel/Other | 10/30/2019 | Nathan Mooney | Travel dinner-1p SF 10/07/2019 / AMEX | 19.45 |
| Employee Meals - Travel/Other | 10/30/2019 | Nathan Mooney | Travel dinner 1p SF 10/08/2019 / AMEX | 60.00 |
| Employee Meals - Travel/Other | 10/30/2019 | Nathan Mooney | Travel breakfast 3p NY 09/17/2019 / AMEX | 31.57 |
| Employee Meals - Travel/Other | 11/4/2019 | Gregory Hort | C1-CIBO EXPRESS Bfast NEWARK 10/06/2019 / AMEX | 3.08 |
| Employee Meals - Travel/Other | 11/4/2019 | Gregory Hort | REGENT SCHOOL Lunch SAN FRANC 10/07/2019 / AMEX | 11.29 |
| Employee Meals - Travel/Other | 11/4/2019 | Gregory Hort | 665 - DISTRICT MARKT Dinne SanFran 10/07/2019 / AMEX | 9.71 |
| Employee Meals - Travel/Other | 11/4/2019 | Gregory Hort | CAPITAL CAFE Bfast 10/08/2019 / AMEX | 12.62 |
| Employee Meals - Travel/Other | 11/4/2019 | Gregory Hort | FOUR SEASONS SAN FRAN Bfast 10/07/2019 / AMEX | 35.00 |
| Employee Meals - Travel/Other | 11/6/2019 | Nathan Mooney | Travel lunch-3pl SF 08/13/2019 / Cash | 18.51 |
| Employee Meals - Travel/Other | 11/6/2019 | Eli Silverman | Lunch/Newark airport - 1p 10/07/2019 / AMEX | 16.66 |
| Employee Meals - Travel/Other | 11/6/2019 | Eli Silverman | Dinner/Ritz/San Fran - 1p 10/06/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 11/6/2019 | Eli Silverman | Dinner/District Market/SanFran 10/08/2019 / AMEX | 32.11 |
| Employee Meals - Travel/Other | 11/6/2019 | Ken Ziman | Travel dinner-1p SF 09/24/2019 / AMEX | 96.29 |
| Employee Meals - Travel/Other | 11/6/2019 | Eli Silverman | Lunch/Four Seasons/SanFran -2p 10/07/2019 / AMEX | 90.00 |
| Employee Meals - Travel/Other | 11/6/2019 | Eli Silverman | Dinner/Ritz/San Fran - 1p 10/07/2019 / AMEX | 65.00 |
| Employee Meals - Travel/Other | 11/6/2019 | Ken Ziman | Travel lunch 1 p SFO 09/24/2019 / AMEX | 23.37 |
| Employee Meals - Travel/Other | 11/6/2019 | Ken Ziman | Travel dinner 1 p SF 09/24/2019 / AMEX | 18.33 |
| Employee Meals - Travel/Other Total | | | | 680.48 |
| Legal Fees | 11/30/2019 | Katten Munchin | LEGAL SVC REND OCT '19 | 79,933.65 |
| Legal Fees Total | | | | 79,933.65 |
| CLOSING BALANCE as of 01/17/2020 | | | | 99,007.85 |

# Katten

Direct Billing Inquiries to:
Carla Harmon
212-940-6512
carla.harmon@katten.com

575 Madison Avenue
New York, NY 10022-2585

November 21, 2019

Naomi Wiesen, Esq.
Managing Director and Counsel
Lazard Freres & Co LLC
30 Rockefeller Plaza
New York, NY 10112

Invoice No. 1301585635
Client No. 391608
Matter No. 00003

FEIN: 36-2796532

**Re: PG&E - Pacific Gas & Electric** (391608.00003)

| | |
|---|---|
| For legal services rendered through October 31, 2019 | $77,362.50 |
| Disbursements and other charges | $2,571.13 |
| **CURRENT INVOICE TOTAL:** | **$79,933.63** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 01 Oct 19 | Foudy, Theresa | Review updates on contested litigation and motion practice in preparation for potential discovery of Lazard (.30) | 0.30 |
| 02 Oct 19 | Reisman, Steven | Update regarding matters related to PG&E case and monitoring on behalf of Lazard (.70) | 0.70 |
| 06 Oct 19 | Foudy, Theresa | Review and edit draft declaration for Ken Ziman in support of motion to enter into backstop commitment letters (1.10) | 1.10 |
| 06 Oct 19 | Arotsky, Allison | Review and circulate 8Ks regarding Backstop Commitment letters (.60) | 0.60 |
| 07 Oct 19 | Foudy, Theresa | Review N. Wiesen comments to draft Ziman declaration in support of backstop commitment (.30); edit and provide comments to draft in light of same (1.10); review update on court hearing regarding motion to terminate exclusivity (.10) | 1.50 |
| 07 Oct 19 | Arotsky, Allison | Listen to PG&E hearing on fee examiner motions and termination of exclusivity and take notes (3.20); circulate summary to Katten team (.80) | 4.00 |
| 08 Oct 19 | Foudy, Theresa | Review summaries of criticisms/objections made in regards to Debtors' Plan (.20) | 0.20 |
| 09 Oct 19 | Foudy, Theresa | Review information on Judge Montali's order terminating exclusivity (.10) | 0.10 |
| 10 Oct 19 | Reisman, Steven | Update regarding PG&E bankruptcy case and status and motion to terminate exclusivity and order granting same and potential impact on Lazard's involvement in case (.70) | 0.70 |
| 10 Oct 19 | Foudy, Theresa | Review summary of Court's order terminating exclusivity (.10) | 0.10 |
| 10 Oct 19 | Arotsky, Allison | Review Order Granting Joint Motion of the Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusivity and circulate summary of same to Katten team (.70) | 0.70 |
| 11 Oct 19 | Foudy, Theresa | Review docket update for filings of importance to Lazard (.10) | 0.10 |
| 17 Oct 19 | Arotsky, Allison | Email M. McQuade regarding case status (.20) | 0.20 |
| 18 Oct 19 | McQuade, Margaret J. | Call with A. Arotsky regarding PG&E project background (.20) | 0.20 |
| 18 Oct 19 | Reisman, Steven | Continue update on matters related to PG&E and competing plan process (.30); follow-up regarding possible need for preparing Ken Ziman for deposition (.30); review and follow-up regarding monitoring of PG&E docket (.40); review of pleadings relevant to Lazard and PG&E restructuring (.30) | 1.30 |
| 18 Oct 19 | Foudy, Theresa | Review latest docket entries for information relevant to litigation involving Lazard (.20); review S. Reisman email to K. Ziman regarding same (.10) | 0.30 |
| 18 Oct 19 | Arotsky, Allison | Call with M. McQuade regarding bankruptcy case status (.10) | 0.10 |

Client: 391608 – Lazard Freres & Co LLC    Invoice No. 1301585635
Invoice Date: November 21, 2019

## PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 18 Oct 19 | Drew, James | Review docket and pleadings regarding competing Plans (1.80) | 1.80 |
| 21 Oct 19 | Foudy, Theresa | Review information on competing Chapter 11 Plans filed (.10) | 0.10 |
| 21 Oct 19 | Arotsky, Allison | Email M. McQuade regarding overview of recent developments including Debtors' amended plan, termination of exclusivity, the Ad Hoc Unsecured Noteholder Committee's competing plan, the objections to the Debtors' settlement with the Subrogation Group, and the district court proceedings on estimation of the wildfire claims (.50) | 0.50 |
| 21 Oct 19 | Drew, James | Review PG&E pleadings regarding competing plans (.70) | 0.70 |
| 22 Oct 19 | Reisman, Steven | Continue to follow-up regarding matters related PG&E restructuring, competing plans, exit financing, possible need for deposition of Ken Ziman and participate in update calls with client (1.30) | 1.30 |
| 22 Oct 19 | Foudy, Theresa | Call with B. Dunn on comments by Fee Examiner (.10); review retention order and engagement letter in connection with same and draft email to B. Dunn summarizing relevant provisions (.60); exchange emails with J. Drew on filings by Fee Examiner relevant to same (.20); call with N. Wiesen and B. Dunn on further communications with Fee Examiner (.10); review update information on filings in case (.20) | 1.20 |
| 22 Oct 19 | Arotsky, Allison | Discuss status with B. Churbuck (.10) | 0.10 |
| 22 Oct 19 | Drew, James | Review PG&E docket and pleadings including fee examiner motion (.80); various follow up correspondence with T. Foudy regarding same (.70); various correspondence and discussions with B. Churbuck regarding docket reviews and daily updates (.50); review pleadings regarding competing plans (2.20); prepare draft key fact sheet and timeline and summary of plan issues (2.40) | 6.60 |
| 22 Oct 19 | Churbuck, Bryant | Conference with A. Arotsky regarding recent decision terminating exclusivity of Debtors to propose a plan of reorganization and the competing plan of reorganization put forth by the Tort Claimants and the Ad Hoc Committee of Senior Unsecured Noteholders (.10) | 0.10 |
| 22 Oct 19 | Churbuck, Bryant | Review Ad Hoc Committee of Senior Unsecured Noteholder statement to the Court regarding competing plans of reorganization and scheduling dispute with the Debtors (.60) | 0.60 |
| 22 Oct 19 | Churbuck, Bryant | Revise email to S. Reisman, T. Foudy, and J. Drew regarding competing plans of reorganization put forth by the Debtors and the Ad Hoc Committee of Senior Unsecured Noteholders and the dispute over whether consideration of both plans must move forward on the | 0.30 |

3

## PROFESSIONAL SERVICES

Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | same schedule (.30) | |
| 22 Oct 19 | Churbuck, Bryant | Conference with J. Drew regarding competing plans of reorganization, possible testimony by Lazard at an evidentiary hearing, and fee examiner's ongoing review (.50) | 0.50 |
| 22 Oct 19 | Churbuck, Bryant | Review Debtors' response to the Ad Hoc Committee of Senior Unsecured Noteholder statement to the Court regarding competing plans of reorganization and scheduling disputes (.60) | 0.60 |
| 22 Oct 19 | Churbuck, Bryant | Draft email to S. Reisman, T. Foudy, and J. Drew regarding competing plans of reorganization put forth by the Debtors and the Ad Hoc Committee of Senior Unsecured Noteholders and the dispute over whether consideration of both plans must move forward on the same schedule (1.00) | 1.00 |
| 23 Oct 19 | Reisman, Steven | Update regarding matters related to PG&E and potential for Ken Ziman to be deposed in connection with exit financing and matters with respect to competing plans (.60) | 0.60 |
| 23 Oct 19 | Foudy, Theresa | Review summary of court hearing on motion to approve Debtors' RSA and timeline for hearing competing plan (.30); review emails between S. Reisman and K. Ziman on new bondholder group filings (.10); review report by Fee Examiner and other materials provided by B. Dunn (.40); exchanging emails with Fee Examiner (.10); conferring with B. Churbuck on research regarding reimbursement of legal fees for financial advisors (.30) | 1.20 |
| 23 Oct 19 | Drew, James | Review and provide comments to draft docket summary email (.20); review correspondence regarding review of fee applications to assess how fees of counsel for financial advisors have been addressed (.20); discussions with B. Churbuck regarding preparing chart comparing plan treatment of creditor classes (.10) | 0.50 |
| 23 Oct 19 | Churbuck, Bryant | Review of other cases where Lazard has been investment banker for instances where its legal fees were reimbursed as an expense by Order of the court (2.00) | 2.00 |
| 23 Oct 19 | Churbuck, Bryant | Draft emails regarding PG&E fee applications and instances where Lazard has previously sought to have its legal fees reimbursed as an allowable expense (.50) | 0.50 |
| 23 Oct 19 | Churbuck, Bryant | Review fee applications and monthly billing statements of non-legal professionals retained in the case for instances where legal fees were sought as an allowable expense (3.00) | 3.00 |
| 24 Oct 19 | Reisman, Steven | Update regarding possible need for preparation of Ken Ziman for deposition and general update on PG&E chapter 11 case and status in connection with competing plans and exit financing arranged by Lazard | 0.80 |

## PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | (.80) | |
| 24 Oct 19 | Foudy, Theresa | Review information on fees and approval of fee reimbursement in other cases and for other professionals in preparation for call with fee examiner (.30); confer with S. Reisman on same (.10); exchange emails with Fee Examiner on confidentiality of discussions (.10); confer with B. Churbuck on monitoring docket for matters of concern to Lazard in litigation (.10) | 0.60 |
| 24 Oct 19 | Drew, James | Review docket update regarding equity backstop and bridge financing commitments motion (.20); review Lazard declaration regarding same (1.10) | 1.30 |
| 24 Oct 19 | Churbuck, Bryant | Review Declaration of Ken Ziman in Support of Debtors' Motion to Approve Exit Financing (.40) | 0.40 |
| 24 Oct 19 | Churbuck, Bryant | Review Debtors' Motion to Approve Exit Financing (1.40) | 1.40 |
| 24 Oct 19 | Churbuck, Bryant | Draft email regarding Debtors' Motion to Approve Exit Financing and Ken Ziman's declaration in support of that motion (.50) | 0.50 |
| 25 Oct 19 | Foudy, Theresa | Call with fee examiner to discuss reimbursement of Lazard for Katten's fees (.40); draft email to S. Reisman on same (.10); confer with B. Churbuck on analysis needed in connection with same (.10) | 0.60 |
| 28 Oct 19 | Reisman, Steven | Follow up regarding issues regarding potential objection to Lazard fees in PG&E case and discussions with T. Foudy regarding same including next steps (.40); review documentation regarding issues in connection with confirmation in PG&E case and follow up regarding Lazard and understanding current situation and work to be done (2.20) | 2.60 |
| 28 Oct 19 | Foudy, Theresa | Confer with S. Reisman on response to Fee Examiner (.10); draft email to B. Churbuck on preparation of materials in connection therewith (.10) | 0.20 |
| 28 Oct 19 | Drew, James | Review docket update regarding Debtors' response to fee examiner motion (.10) | 0.10 |
| 28 Oct 19 | Churbuck, Bryant | Review Debtors' Plan of Reorganization regarding treatment of individual classes under Debtors' Plan (3.00) | 3.00 |
| 28 Oct 19 | Churbuck, Bryant | Prepare binder for T. Foudy and S. Reisman regarding Fee Examiner's dispute with Lazard (1.40) | 1.40 |
| 28 Oct 19 | Churbuck, Bryant | Prepare and revise Excel chart regarding treatment of individual classes under Debtors' plan of reorganization (.90) | 0.90 |
| 28 Oct 19 | Churbuck, Bryant | Review Declaration of Janet Loduca regarding Debtors' position on billing practices in the case (.70) | 0.70 |
| 28 Oct 19 | Churbuck, Bryant | Draft email regarding Declaration of Janet Loduca and Debtors' position on billing practices in the case (.50) | 0.50 |
| 29 Oct 19 | Reisman, Steven | Follow-up regarding matters related to motion to approve exit financing and declaration of Ken Ziman in support of motion and attend to matters regarding | 1.80 |

## PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | same (1.80) | |
| 29 Oct 19 | Foudy, Theresa | Review and take notes on discovery served that calls for documents and deposition testimony from Lazard in connection with motion to approve exit financing (.90); confer with J. Drew in connection with preparation for same (.30); review and take notes on Ken Ziman declaration and Debtors' motion filed in connection with same (1.20); review court order appointing mediator (.10) | 2.50 |
| 29 Oct 19 | Drew, James | Review deposition notices including to Lazard and document requests regarding Debtors' motion to approve exit financing commitments (.60); brief discussions with T. Foudy regarding same (.20); review chart of Plan classification and treatment (.40); discussions with B. Churbuck regarding same (.20); review docket and recent pleadings including mediation order (1.20); follow up correspondence with B. Churbuck regarding same (.20); research and review materials regarding overall status of case in relation to a plan discussions (1.80); brief follow up discussions with T. Foudy and B. Churbuck regarding same (.30) | 4.90 |
| 29 Oct 19 | Churbuck, Bryant | Draft email to J. Drew, T. Foudy, and S. Reisman regarding proposed treatment of the wildfire claimants under the Debtors' Plan of Reorganization and the Tort Claimants' and Noteholders' Joint Plan of Reorganization (.50) | 0.50 |
| 29 Oct 19 | Churbuck, Bryant | Review the Court's Order Appointing Randall J. Newsome as mediator in the Debtors' Chapter 11 cases (.80) | 0.80 |
| 29 Oct 19 | Churbuck, Bryant | Compare proposed treatment of the wildfire claimants under the Debtors' Plan of Reorganization and the Tort Claimants and Noteholders' Joint Plan of Reorganization (1.80) | 1.80 |
| 29 Oct 19 | Churbuck, Bryant | Draft email to J. Drew, T. Foudy, and S. Reisman regarding the Court's Order Appointing Randall J. Newsome as mediator in the Debtors' Chapter 11 cases (.40) | 0.40 |
| 29 Oct 19 | Churbuck, Bryant | Draft email to J. Drew, T. Foudy, and S. Reisman regarding proposed treatment of the wildfire claimants under the Debtors' Plan of Reorganization and the Tort Claimants' and Noteholders' Joint Plan of Reorganization (.40) | 0.40 |
| 29 Oct 19 | Churbuck, Bryant | Review composition of individual classes in the Debtors' Plan of Reorganization and the Tort Claimants' and Noteholder's Plan of Reorganization (1.00) | 1.00 |
| 29 Oct 19 | Churbuck, Bryant | Review Tort Claimants' and Noteholder Joint Plan of Reorganization regarding treatment of individual classes under the Joint Plan (2.60) | 2.60 |
| 29 Oct 19 | Churbuck, Bryant | Conferences with J. Drew regarding scope of Judge | 0.50 |

## PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | Montali's Mediation Order, proposed treatment for wildfire victims under the Tort Claimants' and Noteholders' Joint Plan of Reorganization, and differing class compositions between the Tort Claimants and Noteholders' Joint Plan of Reorganization and the Debtors' Plan of Reorganization (.50) | |
| 30 Oct 19 | McQuade, Margaret J. | Correspondence regarding need to conduct document review for Lazard (.80) | 0.80 |
| 30 Oct 19 | Foudy, Theresa | Confer with E. Silverman and J. Hein regarding need to collect documents to respond to discovery requests and process/procedure for same (.40); confer with Cravath by email and phone regarding same (.40); coordinate with R. Brady and D. Baylis on collecting emails and getting same to vendor for processing (.40); confer with M. McQuade on same (.20); attend to arranging staffing of review and providing instructions in regards to same (1.10); review first batch of materials from E. Silverman (.30) | 2.80 |
| 30 Oct 19 | Churbuck, Bryant | Draft email to J. Drew, T. Foudy, and S. Reisman regarding differing classes and treatment between the Debtors' Plan of Reorganization and the Tort Claimants' and Noteholder's Joint Plan of Reorganization (.60) | 0.60 |
| 30 Oct 19 | Churbuck, Bryant | Review Debtors' Plan of Reorganization and Tort Claimants' and Noteholder's Joint Plan of Reorganization definitions of claims, claim holders, documents supporting claims, and class composition, to determine what differences exist between proposed classes and proposed treatment under the plans (3.90) | 3.90 |
| 30 Oct 19 | Churbuck, Bryant | Draft email to J. Drew, T. Foudy, and S. Reisman regarding scheduling of briefing and oral arguments for open matters that must be decided before confirmation hearings can be held (.50) | 0.50 |
| 30 Oct 19 | Churbuck, Bryant | Review Judge Montali's rulings on the record during the 10/23 hearing regarding scheduling of briefing and oral arguments for open matters that must be decided before confirmation hearings can be held (1.30) | 1.30 |
| 31 Oct 19 | McQuade, Margaret J. | Review background document for purpose of drafting document review protocol (1.30); correspondence with vendor (1.70); calls with R. Brady and vendor regarding creation of details of document review database (1.70) | 4.70 |
| 31 Oct 19 | Reisman, Steven | Update regarding PG&E restructuring and coordination of matters regarding document production on behalf of Lazard in connection with matters in PG&E case and numerous calls and emails related to same as well as coordination of around the clock team to work on document production to be made on Monday, November 4th (1.70); discussions with T. Foudy | 2.20 |

7

## PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | regarding same (.20); discussion with Katten team members regarding same (.30) | |
| 31 Oct 19 | Foudy, Theresa | Review motion to file fee statements under seal and give instructions on stamping of documents attorneys' eyes only that contain similar information (.80); review information from Cravath crafting of search terms and drafting comprehensive list of instructions for vendor based off same (1.60); exchanging emails with Cravath regarding protective order terms governing production (.30); attend to matters regarding adequate staffing to complete review in time (.80); exchange emails with Cravath regarding privilege assertions and common interest exchanges and treatment of documents to and from Cravath and other domains, and search hit reports and narrowing searches (.60); exchange emails with client regarding other clients and engagements to be excluded from production (.10); drafting emails to reviewers regarding review of requests, privilege determinations and necessary background (.50); call with reviewers to discuss same (.50); conferring with vendors by phone and email regarding project and needed tags/batching/production/searches (1.10) | 6.30 |
| 31 Oct 19 | Drew, James | Review correspondence regarding document production (.20); correspondence regarding call with client with respect to restructuring update (.20) | 0.40 |
| 31 Oct 19 | Churbuck, Bryant | Review time records submitted by firm and Lazard at issue in the fee dispute with the Fee Examiner (1.50); review hearing calendar and transcripts for hearings specifically referenced in billing records (.50); review granted Lazard fee applications in other Chapter 11 cases that were granted by other courts (1.80); review the Official Committee of Unsecured Creditor's document production request (1.40); review Ad Hoc Committee of Senior Unsecured Noteholders' document production request (.10) | 5.30 |
| | | **TOTALS:** | **96.40** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 44935 | Arotsky, Allison | 6.20 | 730.00 | $4,526.00 |
| 45542 | Churbuck, Bryant | 37.00 | 515.00 | $19,055.00 |
| 45511 | Drew, James | 16.30 | 890.00 | $14,507.00 |
| 44843 | Foudy, Theresa | 19.20 | 1,050.00 | $20,160.00 |
| 43281 | McQuade, Margaret J. | 5.70 | 785.00 | $4,474.50 |
| 44842 | Reisman, Steven | 12.00 | 1,220.00 | $14,640.00 |
| | **TOTAL:** | **96.40** | | **$77,362.50** |

## DISBURSEMENTS
### Matter 00003: PG&E - Pacific Gas & Electric

| Date | Description | Amount |
|---|---|---|
| 03 Oct 19 | VENDOR: Veritext L.L.C.; INVOICE#: NY3972968; DATE: 10/3/2019 Certified transcript, exhibits and litigation package for Douglas Fordyce | 2,425.63 |
| 16 Oct 19 | VENDOR: Pacer Service Center; INVOICE#: KM3277-SEPT19-NYC; DATE: 10/16/2019 - Acct #KM3277; Pacer court cost incurred in September 2019, New York. | 20.50 |
| 22 Oct 19 | VENDOR: Reisman, Steven J. INVOICE#: 3685985810221806 DATE: 10/22/2019 Court Call Charges Court Call Charges CC ID 10101874 on Case 19-30088. Date Incurred: 10/08/19 | 125.00 |
| | **TOTAL:** | **$2,571.13** |

### SUMMARY OF DISBURSEMENTS
#### Matter 00003: PG&E - Pacific Gas & Electric

| | |
|---|---|
| Court Reporter Fees | $2,425.63 |
| Court Costs | $145.50 |
| **TOTAL:** | **$2,571.13** |

**MATTER TOTAL:** $79,933.63