# Notice Recipients

District/Off: 0971−3   User: dchambers   Date Created: 1/31/2020
Case: 19−30088   Form ID: TRANSC   Total: 35

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | |
|---|---|---|---|---|
| aty | Richard W. Slack | Weil Gotshal and Manges, LLP | 767 Fifth Ave. | New York, NY 10153−0119 |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |

GEORGE E. ZOBITZ, ESQ.   Cravath, Swaine & Moore LLP   825 Eighth Avenue   New York, NY 10019
ERIC R. TODDERUD, ESQ.   Berman and Todderud LLP   3502 Fremont Avenue North Suite 2   Seattle, WA 98103
GREGORY A. BRAY, ESQ.   Milbank LLP   2029 Century Park East 33rd Floor   Los Angeles, CA 90067
AMY CATON, ESQ.   Kramer Levin Naftalis & Frankel LLP   1177 Avenue of the Americas   New York, NY 10036
MARK E. FELGER, ESQ.   Cozen O'Connor   1201 North Market Street Suite 1001   Wilmington, DE 19801
THOMAS A. REGAN, ESQ.   Cozen O'Connor   501 West Broadway Suite 1610   San Diego, CA 92101
DAVID M. FELDMAN, ESQ.   MATTHEW K. KELSEY, ESQ.   200 Park Avenue   New York, NY 10166
MATTHEW D. MCGILL, ESQ.   Gibson, Dunn & Crutcher LLP   1050 Connecticut Avenue, N.W.   Washington, DC 20036
DAVID J. RICHARDSON, ESQ.   Baker & Hostetler LLP   11601 Wilshire Boulevard Suite 1400   Los Angeles, CA 90025
CECILY A. DUMAS, ESQ.   Baker & Hostetler LLP   600 Montgomery Street Suite 3100   San Francisco, CA 94111
MATTHEW A. FELDMAN, ESQ.   Willkie Farr & Gallagher LLP   787 Seventh Avenue   New York, NY 10019
BRENDAN M. KUNKLE, ESQ.   Abbey, Weitzenberg, Warren & Emery PC   100 Stony Point Road Suite 200   Santa Rosa, CA 95401
REBECCA J. WINTHROP, ESQ.   Norton Rose Fulbright US LLP   555 South Flower Street 41st Floor   Los Angeles, CA 90071
SANDEEP QUSBA, ESQ.   MICHAEL H. TORKIN, ESQ.   Simpson Thacher & Bartlett LLP   425 Lexington Avenue   New York, NY 10017
PAUL J. PASCUZZI, ESQ.   Felderstein Fitzgerald Willoughby   Pascuzzi & Rios LLP   500 Capitol Mall Suite 2250   Sacramento, CA 95814
AMENEH BORDI, ESQ.   Kirkland & Ellis LLP   601 Lexington Avenue   New York, NY 10022
SEAN T. HIGGINS, ESQ.   Andrews & Thornton, Attorneys at   Law, A Law Corporation   4701 Von Karman Avenue Suite 300   Newport Beach, CA 92660
BRIAN S. HERMANN, ESQ.   ALAN W. KORNBERG, ESQ.   Paul, Weiss, Rifkind, Wharton & Garrison   1285 Avenue of the Americas   New York, NY 10019
ESTELA O. PINO, ESQ.   Pino & Associates   1520 Eureka Road Suite 101   Roseville, CA 95661
W. STEVEN BRYANT, ESQ.   Locke Lord LLP   600 Congress Avenue Suite 2200   Austin, TX 78701
EREZ E. GILAD, ESQ.   Stroock & Stroock & Lavan LLP   2029 Century Park East   Los Angeles, CA 90067
KEVIN D. BUSH, ESQ.   Cozen O'Connor   501 West Broadway Suite 1610   San Diego, CA 92101
MICHAEL S. ETKIN, ESQ.   ANDREW BEHLMANN, ESQ.   Lowenstein Sandler LLP   One Lowenstein Drive   Roseland, NJ 07068
RANDY MICHELSON, ESQ.   Michaelson Law Group   220 Montgomery Street Suite 2100   San Francisco, CA 94104
CAROL C. VILLEGAS, ESQ.   JEFFREY A. DUBBIN, ESQ.   NICOLE ZEISS, ESQ.   Labaton Sucharow LLP   140 Broadway   New York, NY 10005
CLIFF I. TAYLOR, ESQ.   Stutzman, Bromberg, Esserman & Plifka   2323 Bryan Street Suite 2200   Dallas, TX 75201
PAUL R. GLASSMAN, ESQ.   Stradling, Yocca, Carlson & Rauth, P.C.   100 Wilshire Boulevard Fourth Floor   Santa Monica, CA 90401
HARRIS B. WINSBERG, ESQ.   Troutman Sanders LLP   600 Peachtree Street NE Suite 3000   Atlanta, GA 30308
ALLAN S. BRILLIANT, ESQ.   Dechert LLP   Three Bryant Park   1095 Avenue of the Americas   New York, NY 10036
A. SCOTT LOEWE, ESQ.   Bauman Loewe Witt & Maxwell, PLLC   8765 East Bell Road Suite 210   Scottsdale, AZ 85260
PETER D. WOLFSON, ESQ.   Dentons US LLP   1221 Avenue of the Americas   New York, NY 10020
ROBERT G. HARRIS, ESQ.   2775 Park Avenue   Santa Clara, CA 95050
MATTHEW J. TROY, ESQ.   United States Department of Justice   Ben Franklin Station   P.O. Box 875   Washington, DC 20044

TOTAL: 35