# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 1/31/2020 |
| Case: 19−30088 | Form ID: TRANSC | Total: 19 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

TOTAL: 1

**Recipients submitted to the Claims Agent (Prime Clerk):**

aty  Stephen Karotkin    Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153
GEORGE E. ZOBITZ, ESQ.    Cravath, Swaine & Moore LLP    825 Eighth Avenue    New York, NY 10019
GREGORY A. BRAY, ESQ.    Milbank, LLP    2029 Century Park East 33rd Floor    Los Angeles, CA 90067
CECILY A. DUMAS, ESQ.    Baker & Hostetler LLP    600 Montgomery Street Suite 3100    San Francisco, CA 94111
MATTHEW J. TROY, ESQ.    Civil Division    PO Box 875    Ben Franklin Station    Washington, DC 20044
RAFEY S. BALABANIAN, ESQ.    Edelson PC    123 Townsend Street Suite 100    San Francisco, CA 94107
MARK GORTON, ESQ.    Boutin Jones Inc.    555 Capitol Mall 15th Floor    Sacramento, CA 95814
EREZ E. GILAD, ESQ.    KRISTOPHER M. HANSEN, ESQ.    SHERRY J. MILLMAN, ESQ.    Stroock & Stroock & Lavan LLP    180 Maiden Lane    New York, NY 10038
FRANK A. MEROLA, ESQ.    Stroock & Stroock & Lavan LLP    2029 Century Park East    Los Angeles, CA 90067
AMENEH BORDI, ESQ.    Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022
ALLAN S. BRILLIANT, ESQ.    Dechert LLP    Three Bryant Park    1095 Avenue of the Americas    New York, NY 10036
AMY CATON, ESQ.    Kramer Levin Naftalis & Frankel LLP    1177 Avenue of the Americas    New York, NY 10036
PAUL R. GLASSMAN, ESQ.    Stradling, Yocca, Carlson & Rauth, P.C.    100 Wilshire Boulevard Fourth Floor    Santa Monica, CA 90401
A. SCOTT LOEWE, ESQ.    Bauman Loewe Witt & Maxwell, PLLC    8765 East Bell Road Suite 210    Scottsdale, AZ 85260
ESTELA O. PINO, ESQ.    Pino & Associates    4600 Northgate Boulevard Suite 215    Sacramento, CA 95814
CLIFF I. TAYLOR, ESQ.    Stutzman, Bromberg, Esserman & Plifka, P    2323 Bryan Street Suite 2200    Dallas, TX 75201
HARRIS WINSBERG, ESQ.    Troutman Sanders LLP    600 Peachtree Street NE Suite 300    Atlanta, GA 30308
PETER D. WOLFSON, ESQ.    Dentons US, LLP    1221 Avenue of the Americas    New York, NY 10020

TOTAL: 18