# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Nuno Cardoso, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On January 29, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Supplemental Lease Contract Counterparties Service List attached hereto as **Exhibit A**:

- Motion of Debtors for Entry of Order Further Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 3396]
- Declaration of John Boken in Support of Second Lease Extension Motion [Docket No. 3397]
- Declaration of Jessica Liou in Support of Second Lease Extension Motion [Docket No. 3398]
- Notice of Hearing on Motion of Debtors for Entry of Order Further Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property ("Second Lease Extension Motion") [Docket No. 3400]

3. On January 29, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Supplemental Lease Contract Counterparties Notice Parties Service List attached hereto as **Exhibit B**:

- Second Supplemental Declaration of Jessica Liou in Support of Second Lease Extension Motion [Docket No. 3710]

4. On January 29, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Supplemental Lease Contract Counterparties Service List attached hereto as **Exhibit C**:

- Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Docket No. 3749]

5. On January 29, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via First Class Mail on the Supplemental Lease Assumption Parties Service List attached hereto as **Exhibit D**:

- Stipulation Between Debtors and United States of America Extending Time to Respond to Lease Assumption Motion [Docket No. 3830]
- Order Granting Stipulation Between Debtors and United States of America Extending Time to Respond to Lease Assumption Motion [Docket No. 3835]

6. On January 29, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via First Class Mail on the Supplemental Lease Assumption Notice Parties Service List attached hereto as **Exhibit E:**

- Notice of Filing of Revised Proposed Order Approving Lease Assumption Motion [Docket No. 3973]

7. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 30th day of January 2020, at New York, NY.

_____
Nuno Cardoso

# Exhibit A

Exhibit A
Supplemental Lease Contract Counterparties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| 6161460 | 3551 PEGASUS PARTNERS LP | Attn: General Counsel | P.O. Box 1188 | | San Luis Obispo | CA | 93406 |
| 6161464 | IBEW Headquarters Building LLC | Arnold & Porter LLP | 601 Massachusetts Ave, NW | | Washington | DC | 20001 |
| 6116134 | PPF Paramount One Market Plaza LP | Attn: Christine Mann, Area Asset Manager/General Manager | PPF Paramount One Market Plaza Owner, L.P. | 1633 Broadway, Suite 1801 | New York | NY | 10019 |
| 6161251 | Symmetry Group Inc. | Attn: General Counsel | 3091 Fair Oaks Blvd | | Sacramento | CA | 95864 |

**Exhibit B**

Exhibit B
Supplemental Lease Contract Counterparties Notice Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| 6161460 | 3551 PEGASUS PARTNERS LP | Attn: General Counsel | P.O. Box 1188 | | San Luis Obispo | CA | 93406 |
| 6161464 | IBEW Headquarters Building LLC | Arnold & Porter LLP | 601 Massachusetts Ave, NW | | Washington | DC | 20001 |
| 4919388 | Lawrence Scott Skinner | DANA BUTCHER & ASSOCIATES | 6475 N. PALM AVE, SUITE 101 | | FRESNO | CA | 93704 |
| 6116134 | PPF Paramount One Market Plaza LP | Attn: Christine Mann, Area Asset Manager/General Manager | PPF Paramount One Market Plaza Owner, L.P. | 1633 Broadway, Suite 1801 | New York | NY | 10019 |
| 6161251 | Symmetry Group Inc. | Attn: General Counsel | 3091 Fair Oaks Blvd | | Sacramento | CA | 95864 |

# **Exhibit C**

# Exhibit C
## Supplemental Lease Contract Counterparties Service List
### Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 6161460 | 3551 PEGASUS PARTNERS LP | Attn: General Counsel | P.O. Box 1188 | San Luis Obispo | CA | 93406 |
| 6161464 | IBEW Headquarters Building LLC | Arnold & Porter LLP | 601 Massachusetts Ave, NW | Washington | DC | 20001 |
| 6161251 | Symmetry Group Inc. | Attn: General Counsel | 3091 Fair Oaks Blvd | Sacramento | CA | 95864 |

**Exhibit D**

Exhibit D
Supplemental Lease Assumption Parties Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| 6061016 | American Tower Corporation | Attn: President or General Counsel | 116 Huntington Avenue, 11th Floor | | Boston | MA | 02116 |
| 6013744 | BKS CAMBRIA LLC | 202 MONTE CHRISTO PLACE | | | CAMBRIA | CA | 93428 |
| 6068427 | California Resources Corporation | Kelly Mallory, Land Specialist | 9200 Oakdale Avenue, 9th Floor | | Los Angeles | CA | 91311 |
| 4920528 | ENERLAND LLC | SUSAN NOACK | 307 MEADOWOOD CT | | PLEASANT HILL | CA | 94523 |
| 6077906 | FOREST SERVICE (USFS) | 1400 Independence Avenue, SW | | | Washington | DC | 20228 |
| 6084702 | KGUA/ Native Media Resource Center | Attn: Susan Ruschmeyer | PO BOX 574 | | Gualala | CA | 95445 |
| 6091353 | NEVADA IRRIG DIST | 1036 West Main Street | | | Grass Valley | CA | 95945 |
| 6116134 | PPF Paramount One Market Plaza LP | Attn: Christine Mann, Area Asset Manager/General Manager | PPF Paramount One Market Plaza Owner, L.P. | 1633 Broadway , Suite 1801 | New York | NY | 10019 |
| 4976302 | SBA Communications Corp | Attn: President or General Manager | 8051 Congress Avenue | | Boca Raton | FL | 33487 |
| 6111163 | U.S. Forest Service/Modoc NF | Attn: Jayne Biggerstaff | 225 West 8th Street | | Alturas | CA | 96101 |
| 4974760 | Union Pacific Railroad Company | Tom McGovern | 1400 Douglas Street, Stop 0640 | | Omaha | NE | 68179 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)
Page 1 of 1

Case: 19-30088 Doc# 5564 Filed: 01/30/20 Entered: 01/30/20 12:55:33 Page 10 of 12

**Exhibit E**

# Exhibit E
## Supplemental Lease Assumption Notice Parties Service List
### Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|
| 6065991 | BKS Cambria LLC | 202 Monte Cristo Place | | Cambria | CA | 93428 |
| 6068427 | California Resources Corporation | Kelly Mallory, Land Specialist | 9200 Oakdale Avenue, 9th Floor | Los Angeles | CA | 91311 |
| 4974588 | Crown Communications Inc | C/O - Crown Castle | 1200 Macarthur Blvd | Mahwah | NJ | 07430 |
| 4921993 | GTP INVESTMENTS LLC | GTP TOWERS I LLC | 116 Huntington Avenue | Boston | MA | 02116 |
| 6161137 | PPF Paramount One Market Plaza LP | PPF Paramount One Market Plaza Owner, L.P. | 1633 Broadway, Suite 1801 | New York | NY | 10019 |
| 6103853 | SBA COMMUNICATIONS CORP | Attn: General Counsel | 8051 Congress Avenue | Boca Raton | FL | 33487 |
| 6111164 | U.S. Forest Service/Modoc NF | Attn: Jayne Biggerstaff | 800 West 12th Street | Alturas | CA | 96101 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1