**Exhibit A**

**COMPENSATION BY PROFESSIONAL**
**NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

The attorneys who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Curnin, Paul C. | Litigation | 1988 | $1,640 | 22.70 | $37,228.00 |
| Frankel, Andrew T. | Litigation | 1990 | $1,535 | 1.90 | $2,916.50 |
| Goldin, Nicholas | Litigation | 2000 | $1,480 | 41.00 | $60,680.00 |
| Grogan, Gregory T. | ECEB | 2001 | $1,535 | 15.90 | $24,406.50 |
| Kelley, Karen H. | Corporate | 2003 | $1,425 | 0.30 | $427.50 |
| Ponce, Mario A. | Corporate | 1989 | $1,640 | 52.70 | $86,428.00 |
| Purushotham, Ravi | Corporate | 2010 | $1,325 | 0.30 | $397.50 |
| Qusba, Sandy | Corporate | 1994 | $1,535 | 76.70 | $117,734.50 |
| Alcabes, Elisa | Litigation | 1989 | $1,220 | 7.90 | $9,638.00 |
| McLendon, Kathrine | Corporate | 1985 | $1,220 | 8.80 | $10,736.00 |
| Ricciardi, Sara A. | Litigation | 2003 | $1,190 | 5.10 | $6,069.00 |
| **Total Partners and Counsel:** | | | | **233.30** | **$356,661.50** |

| NAME OF PROFESSIONAL ASSOCIATES | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Calderon, Justin | Litigation | 2018 | $700 | 4.80 | $3,360.00 |
| Campbell, Eamonn W. | Litigation | 2016 | $915 | 3.20 | $2,928.00 |
| Fell, Jamie | Corporate | 2015 | $995 | 17.10 | $17,014.50 |
| Isaacman, Jennifer | Litigation | 2019 | $590 | 5.80 | $3,422.00 |
| Kinsel, Kourtney J. | Litigation | 2018 | $590 | 17.50 | $10,325.00 |
| Lundqvist, Jacob | Litigation | 2019 | $590 | 7.80 | $4,602.00 |
| Phillips, Jacob M. | ECEB | 2017 | $840 | 14.30 | $12,012.00 |
| Sparks Bradley, Rachel | Litigation | 2013 | $1,095 | 9.00 | $9,855.00 |
| Sussman, Rebecca A. | Litigation | 2017 | $840 | 70.50 | $59,220.00 |
| **Total Associates:** | | | | **150.00** | **$122,738.50** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| NAME OF PARAPROFESSIONALS | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Franklin, Janie Marie | Paralegal – Litigation | | $455 | 0.10 | $45.50 |
| Kovoor, Thomas G. | Knowledge Management | | $420 | 1.00 | $420.00 |
| Mierski, Nathan | Resource Center | | $265 | 0.30 | $79.50 |
| **Total Paraprofessionals:** | | | | **1.40** | **$545.00** |

| PROFESSIONALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,528.77 | 233.30 | $356,661.50 |
| Associates | $818.26 | 150.00 | $122,738.50 |
| Paraprofessionals | $389.29 | 1.40 | $545.00 |
| Blended Attorney Rate | $1,250.72 | | |
| **Total Fees Incurred** | | **384.70** | **$479,945.00** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017