**Exhibit B**

**COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY SIMPSON THACHER & BARTLETT LLP FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis and Recovery | | |
| AD | Asset Disposition | | |
| BO | Business Operations | | |
| BU | Budgeting (Case) | | |
| CA | Case Administration | | |
| CC | Creditor Communications | | |
| CG | Corporate Governance and Board Matters | 238.80 | $280,487.00 |
| CH | Court Hearings | 3.60 | $5,256.00 |
| CM | Claims Administration and Objections | 0.40 | $280.00 |
| EC | Executory Leases and Contracts | | |
| EE | Employee Benefits/Pensions | | |
| ES | Equityholder Communications | | |
| FA | Fee/Employment Applications | 37.60 | $39,618.50 |
| FI | Financings/Cash Collateral | | |
| FO | Fee/Employment Application Objections | 1.00 | $1,402.00 |
| FR | Fact Analysis and Related Advice | | |
| IC | Intercompany Issues | | |
| IP | Intellectual Property Issues | | |
| LI | Litigation: Contested Matters and Adversary Proceedings | | |
| LS | Relief From Stay Proceedings | | |
| PL | Plan/Disclosure Statement | 94.40 | $146,865.50 |
| RE | Reporting | | |
| TV[1] | Non-Working Travel Time | | |
| TX | Tax Issues | | |

---

[1] Time billed to this task code is billed and treated in accordance with the Fee Guidelines and Local Rules.

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| VA | Valuation | | |
| L110 | Fact Investigation/Development | | |
| L120 | Analysis/Strategy | | |
| L130 | Experts/Consultants | | |
| L143 | Discovery - Identification and Preservation | | |
| L160 | Settlement/Non-Binding ADR | | |
| L200 | Pre-Trial Pleadings and Motions | 8.90 | $6,036.00 |
| L241 | Motion to Dismiss: Preemption | | |
| L242 | Motion to Dismiss: Lack of Subject Matter Jurisdiction | | |
| L243 | Motion for Summary Judgment: Kongros | | |
| L244 | Motion for Summary Judgment: Causation | | |
| L245 | Motion for Summary Judgment: Employment | | |
| L246 | Motion for Summary Judgment: Recreational Use Immunity | | |
| L310 | Written Discovery | | |
| L330 | Depositions | | |
| L350 | Discovery Motions | | |
| L400 | Trial Preparation and Trial | | |
| L500 | Appeal | | |
| L600 | eDiscovery - Identification | | |
| L610 | eDiscovery - Preservation | | |
| L620 | eDiscovery - Collection | | |
| L630 | eDiscovery - Processing | | |
| L650 | eDiscovery - Review | | |
| L653 | eDiscovery - First Pass Document Review | | |
| L654 | eDiscovery - Second Pass Document Review | | |
| L655 | eDiscovery - Privilege Review | | |
| L656 | eDiscovery - Redaction | | |
| L670 | eDiscovery - Production | | |
| L671 | eDiscovery - Conversion of ESI to Production | | |

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| L680 | eDiscovery - Presentation | | |
| L800 | Experts/Consultants | | |
| L900 | Settlement Process | | |
| **TOTAL** | | **384.70** | **$479,945.00** |