**Exhibit C**

**EXPENSE SUMMARY FOR THE PERIOD
NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| **Expenses** | **Amounts** |
|---|---|
| **Court Fees** | **$0** |
| **Research** | **$774.90** |
|     Online Research | $774.90 |
|     Document Retrieval | $0 |
| **Meals** | **$83.94** |
| **Travel** | **$407.08** |
|     Airfare | $0 |
|     Hotel | $110.04 |
|     Out-of-Town Travel | $274.04 |
|     OT – Carfare and Travel | $23.00 |
|     Local Travel | $0 |
| **Duplicating** | **$16.70** |
| **Courier and Postage** | **$83.73** |
| **Conferencing/Communication** | **$174.95** |
| **Total Expenses Requested:** | **$1,541.30** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017