## Exhibit D

### FEE SUMMARY DETAIL

**Task: Corporate Governance and Board Matters (CG)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 11/1/2019 | Alcabes, Elisa | Re: D&O insurance coverage issues, review revised analysis re: D&O insurance (0.5); email w/ N. Goldin and team re: final comments to same (0.4). | 0.90 | $1,098.00 |
| 11/1/2019 | Curnin, Paul C. | Board meeting prep (re: indemnity and insurance and new claims) (1.0); Board call (1.8). | 2.80 | $4,592.00 |
| 11/1/2019 | Grogan, Gregory T. | Compensation committee call re: bonus and other compensation plans (1.0); prepare for same (0.5). | 1.50 | $2,302.50 |
| 11/1/2019 | Goldin, Nicholas | Board call (1.7); review media issues, fact sheets (0.5); review CPUC requests (0.3); prepare for Board presentation (1.0). | 3.50 | $5,180.00 |
| 11/1/2019 | Sparks Bradley, Rachel | Revise material for Board meeting (0.3); emails w/ N. Goldin re: same (0.2). | 0.50 | $547.50 |
| 11/1/2019 | Phillips, Jacob M. | Telephonic participation in compensation committee meeting (1.0). | 1.00 | $840.00 |
| 11/1/2019 | Sussman, Rebecca A. | Review and revise material for meeting w/ clients (0.7); review CPUC request (0.5); review Board presentation re: wildfire updates (0.6); review and revise K. Kinsel updates to Board fact sheets (0.8). | 2.60 | $2,184.00 |
| 11/1/2019 | Kinsel, Kourtney J. | Review Board fact sheets (1.0); draft email summary to N. Goldin re: same (0.6). | 1.60 | $944.00 |
| 11/1/2019 | Ponce, Mario A. | Telephonic Board Meeting (1.8). | 1.80 | $2,952.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 11/1/2019 | Ponce, Mario A. | Teleconfs w/ CEO, GC and Board Chair re: various Governance issues (0.7). | 0.70 | $1,148.00 |
| 11/2/2019 | Goldin, Nicholas | Review media issues (0.5). | 0.50 | $740.00 |
| 11/2/2019 | Sussman, Rebecca A. | Emails w/ N. Goldin, R. Sparks Bradley, and K. Kinsel re: response to safety culture OII request (0.2). | 0.20 | $168.00 |
| 11/4/2019 | Curnin, Paul C. | Review 10Q language (0.5); revise insurance correspondence (0.5); t/c w/ Munger Tolles re: public advocates demand (0.4); respond to question from director on 10Q (0.3). | 1.70 | $2,788.00 |
| 11/4/2019 | Franklin, Janie Marie | File management (0.1). | 0.10 | $45.50 |
| 11/4/2019 | Goldin, Nicholas | Call w/ Company counsel re: CPUC requests to directors (0.2); communications w/ Company re: media issues (0.2); review court order (0.4). | 0.80 | $1,184.00 |
| 11/4/2019 | Sussman, Rebecca A. | Call w/ MTO and Company re: response to Safety Culture OII (0.4); prepare for same (0.4); review comments to ALJ ruling (0.3); review email (0.1) and related documents from L. Cheng re: Board clients (0.1); email team re: same (0.1); emails w/ STB team re: upcoming Board meetings (0.4). | 1.80 | $1,512.00 |
| 11/4/2019 | Ponce, Mario A. | Teleconfs, emails, various issues re: 10Q disclosure re: Reserves (0.4); review reserves disclosure (0.3). | 0.70 | $1,148.00 |
| 11/4/2019 | Ponce, Mario A. | Emails, teleconfs w/ Comp. Committee Chair (0.5); and PGE (0.3) re: Comp. Committee Charter. | 0.80 | $1,312.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 11/4/2019 | Ponce, Mario A. | Emails with Directors re: D&O Insurance (0.3); emails with Directors re: Elliott POR (0.2). | 0.50 | $820.00 |
| 11/5/2019 | Curnin, Paul C. | Review draft OII testimony (0.5); review response to AWJ ruling (0.3); t/c w/ corporate counsel re: AWJ ruling (0.4); correspondence re: media (0.3). | 1.50 | $2,460.00 |
| 11/5/2019 | Goldin, Nicholas | Review media issues (0.1). | 0.10 | $148.00 |
| 11/5/2019 | Sussman, Rebecca A. | Review court order re: PSPS (0.3); emails w/ STB team and client re: media (0.2). | 0.50 | $420.00 |
| 11/5/2019 | Ponce, Mario A. | Audit Committee Meeting (1.0); review materials for Audit Committee meeting (0.5). | 1.50 | $2,460.00 |
| 11/5/2019 | Ponce, Mario A. | Review (0.4) and emails, teleconfs directors (0.3) re: 10Q disclosure. | 0.70 | $1,148.00 |
| 11/6/2019 | Curnin, Paul C. | Attend Board call (1.0). | 1.00 | $1,640.00 |
| 11/6/2019 | Goldin, Nicholas | Review D&O coverage correspondence (0.2). | 0.20 | $296.00 |
| 11/6/2019 | Campbell, Eamonn W. | Review of joint case management conference statement (0.2). | 0.20 | $183.00 |
| 11/6/2019 | Sussman, Rebecca A. | Review outline for GRC brief (0.8); correspondence w/ N. Goldin, K. Kinsel and Company re: same (0.5). | 1.30 | $1,092.00 |
| 11/6/2019 | Kinsel, Kourtney J. | Review and comment on outline for GRC filing (0.2). | 0.20 | $118.00 |
| 11/6/2019 | Kinsel, Kourtney J. | Review CPUC Safety OII proceeding and summarize recent filing (0.1). | 0.10 | $59.00 |
| 11/6/2019 | Ponce, Mario A. | Telephonic Board Meeting (1.2). | 1.20 | $1,968.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 11/7/2019 | Curnin, Paul C. | T/c w/ J. Brandt (company counsel) re: insurance (0.3); t/c w/ B. Brian re: Butte County DA (0.3). | 0.60 | $984.00 |
| 11/7/2019 | Grogan, Gregory T. | Compensation committee call (1.2); prepare for same (0.3). | 1.50 | $2,302.50 |
| 11/7/2019 | Phillips, Jacob M. | Telephonic participation in informal compensation committee meeting (1.2). | 1.20 | $1,008.00 |
| 11/7/2019 | Sussman, Rebecca A. | Review and revise opening brief of GRC (1.0); review and revise electric distribution portion of GRC brief (2.2); review minutes from CPP meeting (0.3); emails/call w/ K. Kinsel, N. Goldin, and R. Sparks Bradley re: same (0.5). | 4.00 | $3,360.00 |
| 11/8/2019 | Campbell, Eamonn W. | Review of case management conference transcript re: protective order (0.1). | 0.10 | $91.50 |
| 11/8/2019 | Sussman, Rebecca A. | Email w/ N. Goldin and K. Kinsel re: client media (0.2); review same (0.4); review and revise GRC brief (1.4); review K. Kinsel revisions to GRC brief (0.5); email w/ Company and MTO re: safety culture OII (0.3). | 2.80 | $2,352.00 |
| 11/8/2019 | Kinsel, Kourtney J. | Attend case management hearing on protective order in Tubbs fire case (1.0). | 1.00 | $590.00 |
| 11/8/2019 | Kinsel, Kourtney J. | Draft summary of case management hearing held in Tubbs Fire case and email internal team re: same (0.2). | 0.20 | $118.00 |
| 11/8/2019 | Kinsel, Kourtney J. | Review and comment on GRC briefs (2.4). | 2.40 | $1,416.00 |
| 11/8/2019 | Ponce, Mario A. | Review Committee Minutes (0.8). | 0.80 | $1,312.00 |
| 11/9/2019 | Sussman, Rebecca A. | Review draft responses to safety OII requests (0.4); emails w/ N. Goldin and Company re: same (0.2). | 0.60 | $504.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 11/10/2019 | Kelley, Karen H. | Prep. e-mail to G. Grogan, M. Ponce re: board member role question (0.1); review rule re: same (0.1). | 0.20 | $285.00 |
| 11/11/2019 | Alcabes, Elisa | Re: General Rate Case, review and revise PG&E brief sections re: insurance issues per board request (1.9); email w/ R. Sussman and N. Goldin re: same (0.3). | 2.20 | $2,684.00 |
| 11/11/2019 | Curnin, Paul C. | T/c w/ clients, Munger Tolles, and Company re: Public Advocate responses (0.5). | 0.50 | $820.00 |
| 11/11/2019 | Goldin, Nicholas | Review draft CPUC public advocate submission (1.3); conference team re: same, other submissions (0.5); call w/ directors, company re: advocate submission (0.4); call w/ Company counsel re: same (0.2). | 2.40 | $3,552.00 |
| 11/11/2019 | Sussman, Rebecca A. | Meeting w/ N. Goldin re: GRC brief (0.2); prepare for same (0.8); call w/ Company and Board and N. Goldin re: response to OII (0.5); review and revise K. Kinsel revisions to GRC brief sections (1.8); review and revise GRC brief sections (3.9); emails w/ K. Kinsel and N. Goldin re: same (0.7). | 7.90 | $6,636.00 |
| 11/11/2019 | Kinsel, Kourtney J. | Review GRC drafts (3.0); email R. Sussman re: comments re: same (0.3). | 3.30 | $1,947.00 |
| 11/11/2019 | Ponce, Mario A. | Weekly Call w/ J. Loduca/J. Kane re: various issues (0.5). | 0.50 | $820.00 |
| 11/12/2019 | Alcabes, Elisa | Re: D&O Insurance, further review/analyze Allianz coverage letter (0.5); tc/email w/ N. Goldin re: same (0.3); email w/ Latham (R. Perrin) re: response to same (0.2). | 1.00 | $1,220.00 |

**Simpson Thacher & Bartlett LLP**
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 11/12/2019 | Curnin, Paul C. | Restructuring Committee Call (1.5); Board Call (1.5); review insurance correspondence (0.3); review Board materials (0.8). | 4.10 | $6,724.00 |
| 11/12/2019 | Grogan, Gregory T. | T/c's and emails w/ Weil and Compensation Committee members re: bonus and compensation motions (0.5); review and revise motions re: same (0.5). | 1.00 | $1,535.00 |
| 11/12/2019 | Goldin, Nicholas | Board call (1.7); review testimony (2.4); communications w/ team re: insurance issues (0.3); review coverage letter (0.2). | 4.60 | $6,808.00 |
| 11/12/2019 | Phillips, Jacob M. | Review and revise bankruptcy motions re: compensation matters (1.5); review compensation committee member comments on bankruptcy motions re: compensation matters (0.5). | 2.00 | $1,680.00 |
| 11/12/2019 | Sussman, Rebecca A. | Review and revise advice letter (1.0); emails/calls w/ N. Goldin and K. Kinsel re: GRC brief (1.4); calls/emails w/ company re: GRC brief (0.3); review and revise wildfire OII draft testimony (1.7); emails/calls w/ K. Kinsel re: same (0.4). | 4.80 | $4,032.00 |
| 11/12/2019 | Kinsel, Kourtney J. | Review OII witness testimony draft (1.9); communications w/ R. Sussman re: same (0.4). | 2.30 | $1,357.00 |
| 11/12/2019 | Ponce, Mario A. | Finance/Restructuring Committee Call (1.0). | 1.00 | $1,640.00 |
| 11/12/2019 | Ponce, Mario A. | Telephonic Board Meeting (1.7). | 1.70 | $2,788.00 |
| 11/12/2019 | Ponce, Mario A. | Review materials for meetings (1.0). | 1.00 | $1,640.00 |
| 11/12/2019 | Ponce, Mario A. | Emails with PGE management (0.3) and | 0.70 | $1,148.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | directors (0.4) re: various Governance issues. | | |
| 11/13/2019 | Alcabes, Elisa | Re D&O Insurance, email w/ N. Goldin re: Allianz letter and implications re: same (0.5); review J. Isaacman summary re: Allianz letter (0.3); email w/ N. Goldin and J. Isaacman re: responses to follow-up questions re: same (0.5). | 1.30 | $1,586.00 |
| 11/13/2019 | Curnin, Paul C. | T/c w/ J. Loduca and K. Orsini re: production (0.3); t/cs w/ J. Loduca, K. Orsini and S. Karotkin re: releases (0.4). | 0.70 | $1,148.00 |
| 11/13/2019 | Grogan, Gregory T. | T/c's and emails w/ Weil and Compensation Committee members re: bonus and compensation motions (0.7); review and revise motions (1.2). | 1.90 | $2,916.50 |
| 11/13/2019 | Goldin, Nicholas | Review GRC submission (2.8); review OII testimony (1.3); review insurance issues (0.4); call w/ team re: strategy (0.4). | 4.90 | $7,252.00 |
| 11/13/2019 | Campbell, Eamonn W. | Review of proposed protective order re: Tubbs trial publicity, court order following November 8, 2019 hearing (0.3). | 0.30 | $274.50 |
| 11/13/2019 | Phillips, Jacob M. | Review and revise bankruptcy motions re: compensation matters (2.0); review compensation committee member comments on bankruptcy motions re: compensation matters (0.6). | 2.60 | $2,184.00 |
| 11/13/2019 | Sussman, Rebecca A. | Meeting/emails w/ N. Goldin re: GRC brief revisions (0.6); review and revise GRC brief re: same (3.6); call w/ M. Gandesbery, C. Middlekauff, | 8.80 | $7,392.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | and K. Kinsel re: same (0.2); review and revise summary of insurance carrier letter (0.5); review Allianz coverage letter (0.4); revise J. Isaacman summary of same (0.3); correspondence w/ J. Isaacman, E. Alcabes, and N. Goldin re: same (0.2); review and revise CPUC Wildfire OII testimony (1.5); draft tracking chart re: outstanding requests (1.5). | | |
| 11/13/2019 | Kinsel, Kourtney J. | Review OII witness testimony and provide comments (2.0); email E. Seals re: same (0.1). | 2.10 | $1,239.00 |
| 11/13/2019 | Isaacman, Jennifer | Summarize Allianz letter (1.9). | 1.90 | $1,121.00 |
| 11/13/2019 | Ponce, Mario A. | Emails directors re: RSA (0.5) and Director Insurance and Indemnity (0.5). | 1.00 | $1,640.00 |
| 11/13/2019 | Ponce, Mario A. | Review STIP and KESIP compensation motions (0.5); emails re: same (0.3). | 0.80 | $1,312.00 |
| 11/13/2019 | Ponce, Mario A. | Review and comment on Equity/TCC term sheet. | 1.40 | $2,296.00 |
| 11/14/2019 | Alcabes, Elisa | Re: D&O Insurance, email w/ N. Goldin and P. Curnin re: Allianz letter and questions re: D&O insurance towers (0.3); conf. call w/ PG&E (R. Reilly), Latham, N. Goldin and P. Curnin re: Allianz letter, retention of coverage counsel and next steps re: same (0.5). | 0.80 | $976.00 |
| 11/14/2019 | Curnin, Paul C. | T/c w/ Latham and others re: insurance coverage (0.5). | 0.50 | $820.00 |
| 11/14/2019 | Grogan, Gregory T. | T/c's and emails w/ Weil and Compensation Committee members re: bonus and compensation motions (0.5); | 1.00 | $1,535.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | review and revise motions (0.5). | | |
| 11/14/2019 | Goldin, Nicholas | Review draft CPUC OII testimony (0.8). | 0.80 | $1,184.00 |
| 11/14/2019 | Goldin, Nicholas | Call client re: GRC submission (0.2); call w/ Company counsel re: D&O insurance (0.5); analysis re: insurance coverage (0.3). | 1.00 | $1,480.00 |
| 11/14/2019 | Phillips, Jacob M. | Review and revise draft bankruptcy motions re: compensation matters (1.1); review compensation committee member comments on bankruptcy motions re: compensation matters (0.5). | 1.60 | $1,344.00 |
| 11/14/2019 | Sussman, Rebecca A. | Review and revise OII draft testimony (0.9); communications w/ N. Goldin and Company re: same (0.4). | 1.30 | $1,092.00 |
| 11/14/2019 | Calderon, Justin | Communications w/ R. Sussman re: case calendar (0.2); including review of case calendar (0.1). | 0.30 | $210.00 |
| 11/14/2019 | Isaacman, Jennifer | Revise material re: defendants named in lawsuits (1.0). | 1.00 | $590.00 |
| 11/14/2019 | Ponce, Mario A. | Emails re: Comp. Committee Motion issues (0.3); review disclosed materials for CEO and senior management compensation plans (0.3). | 0.60 | $984.00 |
| 11/14/2019 | Ponce, Mario A. | Review of New Equity Commitments (1.0). | 1.00 | $1,640.00 |
| 11/15/2019 | Alcabes, Elisa | Re: D&O Insurance, email w/ P. Curnin and Latham re: discussions w/ PERA, Weil and Covington re: Allianz letter (0.3). | 0.30 | $366.00 |
| 11/15/2019 | Curnin, Paul C. | Board call (1.0); restructuring committee call (1.0); t/c w/ J. Loduca re: status (0.2); t/c w/ K. Orsini re: status (0.2); t/c w/ N. Brownell re: status | 3.00 | $4,920.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | (0.2); review wildfire OII materials (0.4). | | |
| 11/15/2019 | Grogan, Gregory T. | Emails w/ Compensation Committee members re: compensation-related motions (0.3) and communications w/ Compensation Committee members re: motion (0.2). | 0.50 | $767.50 |
| 11/15/2019 | Goldin, Nicholas | Board call (1.5); call w/ team re: court filing (0.5); review OII testimony (0.5); review correspondence re: media (0.3); review CPUC wildfire submission (0.4). | 3.20 | $4,736.00 |
| 11/15/2019 | Sussman, Rebecca A. | Call w/ Company re: GRC brief revisions (0.3); telephonic Board meeting (1.5); review and revise draft of tier 1 letter (0.6); emails w/ client and company re: same (0.3); review OII draft testimony (0.7); emails w/ N. Goldin and company re: same (0.4). | 3.80 | $3,192.00 |
| 11/15/2019 | Kinsel, Kourtney J. | Review expert report and provide comments (1.6). | 1.60 | $944.00 |
| 11/15/2019 | Mierski, Nathan | Compare Bates numbers for J. Isaacman (0.3). | 0.30 | $79.50 |
| 11/15/2019 | Ponce, Mario A. | Telephonic Board Meeting (1.2). | 1.20 | $1,968.00 |
| 11/16/2019 | Curnin, Paul C. | T/c w/ K. Orsini re: percentage (0.3); t/c w/ J. Loduca re: same (0.3). | 0.60 | $984.00 |
| 11/16/2019 | Grogan, Gregory T. | T/c w/ Weil re: compensation-related motions (1.1) and prepare summaries for Compensation Committee members (0.4). | 1.50 | $2,302.50 |
| 11/16/2019 | Goldin, Nicholas | Board call (1.2); review draft filings (0.3). | 1.50 | $2,220.00 |
| 11/16/2019 | Phillips, Jacob M. | Call w/ Company bankruptcy counsel re: compensation-related motions (1.1). | 1.10 | $924.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 11/16/2019 | Sussman, Rebecca A. | Email w/ Company and STB team re: Tier 1 letter (0.7). | 0.70 | $588.00 |
| 11/16/2019 | Ponce, Mario A. | Telephonic Board Meeting (1.2). | 1.20 | $1,968.00 |
| 11/16/2019 | Ponce, Mario A. | Prepare for Board Meeting (1.0); review revised Equity Commitment letters (1.0); telecfs and emails with advisors re: same (0.4). | 2.40 | $3,936.00 |
| 11/17/2019 | Goldin, Nicholas | Review OII testimony (0.7); communications w/ team, Company counsel re: same (0.2). | 0.90 | $1,332.00 |
| 11/17/2019 | Phillips, Jacob M. | Review and analyze Company counsel's bankruptcy motion drafts (0.3); discuss same w/ compensation committee members (0.2). | 0.50 | $420.00 |
| 11/17/2019 | Sussman, Rebecca A. | Review and revise PG&E response to evidentiary hearing for OII (0.7); review and revise draft OII testimony (0.7); emails/calls w/ team re: work product for directors (0.7). | 2.10 | $1,764.00 |
| 11/17/2019 | Ponce, Mario A. | Emails (0.5) and teleconfs (0.5) directors and STB team re: Equity Commitments, 8K, Company forecasts, Board communications. | 1.00 | $1,640.00 |
| 11/18/2019 | Curnin, Paul C. | Call w/ J. Loduca & J. Kane (0.8); review CPP monthly reports (0.9). | 1.70 | $2,788.00 |
| 11/18/2019 | Grogan, Gregory T. | Review compensation-related motions (1.0) and provide comments re: same (0.5). | 1.50 | $2,302.50 |
| 11/18/2019 | Ricciardi, Sara A. | Emails to team re: fact questions (0.5). | 0.50 | $595.00 |
| 11/18/2019 | Goldin, Nicholas | Review OII drafts (0.5); communications w/ client re: Tier 1 letter (0.2); review minutes (0.7); call w/ client re: inverse condemnation issues (0.3); communications | 2.10 | $3,108.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | w/ team re: workstreams (0.4). | | |
| 11/18/2019 | Phillips, Jacob M. | Communications w/ compensation committee re: compensation-related bankruptcy motions (0.2). | 0.20 | $168.00 |
| 11/18/2019 | Sussman, Rebecca A. | Call w/ Cravath re: court filing (0.1); emails w/ N. Goldin re: same (0.1); review and revise tracking chart of outstanding Board requests (1.1); call w/ Jenner and A. Vallejo re: comments to Locate and Mark OII Joint Reply Comments (0.3); review and revise R&Os to Ad Hoc Committee data request (0.8); review and revise tier 1 advice letter (0.3); communications w/ company re: same (0.3); email w/ S. Ricciardi re: fact work product (0.8); draft summary re: same (1.2). | 5.00 | $4,200.00 |
| 11/18/2019 | Kinsel, Kourtney J. | Review response to data request (0.9). | 0.90 | $531.00 |
| 11/18/2019 | Isaacman, Jennifer | Review Reply Comments on Settlement MRD (0.5). | 0.50 | $295.00 |
| 11/18/2019 | Ponce, Mario A. | Weekly call w/ J. Loduca/J. Kane (0.5). | 0.50 | $820.00 |
| 11/18/2019 | Ponce, Mario A. | Review SNO Committee Minutes (0.8). | 0.80 | $1,312.00 |
| 11/19/2019 | Kovoor, Thomas G. | Prepare analytics for productions overview (1.0). | 1.00 | $420.00 |
| 11/19/2019 | Grogan, Gregory T. | Review compensation-related motions (0.5) and provide comments re: same (0.5). | 1.00 | $1,535.00 |
| 11/19/2019 | Ricciardi, Sara A. | Review status updates (0.2); review AdHoc R&Os (0.3); emails w/ N. Goldin, R. Sussman re: same (0.2); call w/ R. Sussman re: same (0.2); | 2.70 | $3,213.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | call w/ N. Goldin re: same (0.2); research/analysis re: Supreme Court decision (0.3); email w/ J. Isaacman re: same (0.2); review Section 854 brief (0.7); emails w/ team re: same (0.4). | | |
| 11/19/2019 | Goldin, Nicholas | CPP, audit, SNO call (1.5); review filings (0.5); call w/ Munger re: same (0.2); review media issues (0.2); analysis re: application of inverse doctrine (0.3); communications w/ client re: same (0.1). | 2.80 | $4,144.00 |
| 11/19/2019 | Campbell, Eamonn W. | Draft case overview summary re: upcoming deadlines, litigation strategy (1.8). | 1.80 | $1,647.00 |
| 11/19/2019 | Phillips, Jacob M. | Communications w/ compensation committee re: compensation-related bankruptcy motions (0.8); draft compensation-related bankruptcy motions (1.1). | 1.90 | $1,596.00 |
| 11/19/2019 | Phillips, Jacob M. | Call w/ Company re: CPUC filings and executive compensation performance metrics (0.3). | 0.30 | $252.00 |
| 11/19/2019 | Sussman, Rebecca A. | Review board litigation/regulatory summary (0.3); legal research re: TCC argument (1.0); review and revise J. Isaacman summary re: same (0.3); review and revise Section 854 brief (1.7); review and revise response to ADC data request (1.2); communications w/ N. Goldin and S. Ricciardi re: same (0.8); communications w/ PG&E re: same (0.3); revise ADC data request response per comments from S. Ricciardi (0.4); review | 7.70 | $6,468.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | document review requests per question from N. Goldin (1.7). | | |
| 11/19/2019 | Kinsel, Kourtney J. | Prepare list of upcoming deadlines and hearings in Tubbs trial (0.4); email E. Campbell re: same (0.1). | 0.50 | $295.00 |
| 11/19/2019 | Isaacman, Jennifer | Research for 11/19 hearing (2.3). | 2.30 | $1,357.00 |
| 11/19/2019 | Ponce, Mario A. | Telephonic SNO Committee Meeting (1.2); review materials for same (0.5). | 1.70 | $2,788.00 |
| 11/20/2019 | Alcabes, Elisa | Re: D&O Insurance, email w/ N. Goldin and Latham re: D&O insurance (0.3). | 0.30 | $366.00 |
| 11/20/2019 | Frankel, Andrew T. | Review updates re: Tubbs (0.4); communications w/ E. Campbell re: same (0.3). | 0.70 | $1,074.50 |
| 11/20/2019 | Grogan, Gregory T. | Review compensation-related motions (0.5) and provide comments re: same (0.5). | 1.00 | $1,535.00 |
| 11/20/2019 | Ricciardi, Sara A. | Review reports re: CA hearing (0.2); review CPP draft report (0.3). | 0.50 | $595.00 |
| 11/20/2019 | Goldin, Nicholas | Review OII filings (0.5); review Tubbs document production (0.4); review CPP report to board (0.4). | 1.30 | $1,924.00 |
| 11/20/2019 | Sussman, Rebecca A. | Review and revise CPP report to Board (2.9); draft attorney workflow chart and circulate to team for review (1.4); review revised Tier 1 language (0.8); review and revise brief re: Section 854 (1.2). | 6.30 | $5,292.00 |
| 11/20/2019 | Kinsel, Kourtney J. | Review case management plan and chart of upcoming workstreams (0.3). | 0.30 | $177.00 |
| 11/20/2019 | Isaacman, Jennifer | Update workflow chart (0.1). | 0.10 | $59.00 |
| 11/20/2019 | Ponce, Mario A. | Review Board/Committee Minutes (0.7). | 0.70 | $1,148.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

**Simpson Thacher & Bartlett LLP**
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 11/21/2019 | Frankel, Andrew T. | Communications w/ team re: Tubbs status (0.4); reassignment to J. Cheng (0.1); review background re: same (0.2). | 0.70 | $1,074.50 |
| 11/21/2019 | Goldin, Nicholas | Analysis re: estimation discovery schedule (1.5); communications w/ team, Company counsel re: same (0.2); communications w/ team re: Board meetings (0.2). | 1.90 | $2,812.00 |
| 11/21/2019 | Sussman, Rebecca A. | Review and revise PAO R&Os (0.8); communications w/ Company, client, and N. Goldin re: Tier 1 advice letter (0.7); review revised brief of applicability of section 854 (0.7). | 2.20 | $1,848.00 |
| 11/21/2019 | Lundqvist, Jacob | Email summary of order reassigning case (0.2). | 0.20 | $118.00 |
| 11/21/2019 | Ponce, Mario A. | Telephonic Board Meeting (1.3); review related materials (0.5). | 1.80 | $2,952.00 |
| 11/21/2019 | Ponce, Mario A. | Emails, teleconfs board members re: various Governance issues (0.4). | 0.40 | $656.00 |
| 11/22/2019 | Frankel, Andrew T. | Communications w/ team re: Tubbs mock (0.5). | 0.50 | $767.50 |
| 11/22/2019 | Curnin, Paul C. | Draft CPP memo to Board (0.4); review minutes (0.3). | 0.70 | $1,148.00 |
| 11/22/2019 | Grogan, Gregory T. | Emails w/ committee members re: Compensation Committee meeting, including review materials (0.5). | 0.50 | $767.50 |
| 11/22/2019 | Phillips, Jacob M. | Communications w/ compensation committee re: compensation motions (0.2). | 0.20 | $168.00 |
| 11/22/2019 | Sussman, Rebecca A. | Draft summary of document collection (2.8); emails w/ team re: same (0.4); review revised court response (0.7). | 3.90 | $3,276.00 |
| 11/22/2019 | Kinsel, Kourtney J. | Attend Tubbs judge resassignment hearing (0.3); | 0.60 | $354.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | prepare summary of hearing (0.2); email E. Campbell re: same (0.1). | | |
| 11/22/2019 | Ponce, Mario A. | Bankruptcy OII Governance issues (0.4). | 0.40 | $656.00 |
| 11/23/2019 | Grogan, Gregory T. | Emails w/ committee members re: Compensation Committee meeting, including review materials (0.5). | 0.50 | $767.50 |
| 11/23/2019 | Ricciardi, Sara A. | Review draft of interim analysis report to Board (1.2). | 1.20 | $1,428.00 |
| 11/24/2019 | Grogan, Gregory T. | Review materials for Compensation Committee meeting (0.5). | 0.50 | $767.50 |
| 11/24/2019 | Goldin, Nicholas | Review OII testimony (0.8). | 0.80 | $1,184.00 |
| 11/24/2019 | Phillips, Jacob M. | Email committee members re: compensation committee information meeting (0.2). | 0.20 | $168.00 |
| 11/24/2019 | Sussman, Rebecca A. | Review PGE OII expert report (0.7). | 0.70 | $588.00 |
| 11/25/2019 | Alcabes, Elisa | Re: D&O Insurance, review and revise draft summary to Board re: D&O insurance issues (0.5); email w/ PG&E (R. Reilly) re: status of exhaustion of D&O towers (0.3). | 0.80 | $976.00 |
| 11/25/2019 | Curnin, Paul C. | T/c w/ J. Loduca re: trial strategy (0.5); review OII materials from Munger (0.4); review OII order on ex parte settlement (0.5). | 1.40 | $2,296.00 |
| 11/25/2019 | Grogan, Gregory T. | Compensation Committee meeting re: CPUC requirements (1.5) and prepare for meeting (0.5). | 2.00 | $3,070.00 |
| 11/25/2019 | Goldin, Nicholas | Communications w/ team re: director composition (0.2); call w/ Company re: Tubbs (0.4); prepare correspondence to directors re: developments (0.5); CPP meeting (1.4). | 2.50 | $3,700.00 |
| 11/25/2019 | Phillips, Jacob M. | Call w/ compensation committee and advisors re: | 1.50 | $1,260.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | Executive Compensation POR Testimony (1.5). | | |
| 11/25/2019 | Sussman, Rebecca A. | Update workflow chart (0.8). | 0.80 | $672.00 |
| 11/25/2019 | Calderon, Justin | Update case calendar (1.0). | 1.00 | $700.00 |
| 11/25/2019 | Ponce, Mario A. | Weekly call w/ J. Loduca/J. Kane (0.4). | 0.40 | $656.00 |
| 11/25/2019 | Ponce, Mario A. | Emails, teleconfs w/ certain Directors re: Governance questions (0.3); emails, teleconfs w/ certain directors re: Governor's proposals and settlement (0.4). | 0.70 | $1,148.00 |
| 11/25/2019 | Kelley, Karen H. | T/c w/ M. Ponce re: governance question (0.1). | 0.10 | $142.50 |
| 11/26/2019 | Curnin, Paul C. | T/c w/ J. Loduca re: logistics for Board (0.3); email w/ director clients re: media, D&O, settlement (1.1). | 1.40 | $2,296.00 |
| 11/26/2019 | Goldin, Nicholas | Review court submission (1.3); call w/ Company re: same (0.5); correspondence w/ client re: updates (0.3); communications w/ team re: workstreams (0.2). | 2.30 | $3,404.00 |
| 11/26/2019 | Sussman, Rebecca A. | Review work product prepared for client (0.7). | 0.70 | $588.00 |
| 11/26/2019 | Ponce, Mario A. | Emails re: governance with Directors (0.4). | 0.40 | $656.00 |
| 11/27/2019 | Ricciardi, Sara A. | Review motion to expand proceeding (0.2). | 0.20 | $238.00 |
| 11/27/2019 | Goldin, Nicholas | Communications w/ team re: workstreams (0.5); review CPP report to board (0.3). | 0.80 | $1,184.00 |
| 11/27/2019 | Kinsel, Kourtney J. | Review CPP update and provide comments (0.4). | 0.40 | $236.00 |
| 11/27/2019 | Ponce, Mario A. | Review and comment on Board and Committee Minutes (1.0). | 1.00 | $1,640.00 |
| **TOTAL** | | | **238.80** | **$280,487.00** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

**Task Code: Court Hearings (CH)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 11/18/2019 | Fell, Jamie | Review/circulate briefs and text order in advance of hearing (0.5). | 0.50 | $497.50 |
| 11/19/2019 | Qusba, Sandy | Attend (telephonically) Bankruptcy Court hearing and provide summary of same to Board member (3.1). | 3.10 | $4,758.50 |
| **TOTAL** | | | **3.60** | **$5,256.00** |

**Task Code: Claims Administration and Objections (CM)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 11/14/2019 | Calderon, Justin | Communications w/ J. Fell re: proofs of claim (0.2), including obtaining proofs of claim (0.2). | 0.40 | 280.00 |

**Task Code: Fee/Employment Applications (FA)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 11/5/2019 | Goldin, Nicholas | Review examiner protocol (0.1). | 0.10 | $148.00 |
| 11/5/2019 | Sparks Bradley, Rachel | Prepare fee application materials (4.3); emails w/ accounting team re: same (0.8); email to N. Goldin re: same (0.1). | 5.20 | $5,694.00 |
| 11/5/2019 | McLendon, Kathrine | Email conflicts team re: quarterly update on disclosures, if any (0.1); review and comment on draft September statement (1.3). | 1.40 | $1,708.00 |
| 11/6/2019 | Sparks Bradley, Rachel | Continue to prepare fee application materials (1.2); emails w/ accounting team re: same (0.4); email to N. Goldin re: review (0.1). | 1.70 | $1,861.50 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 11/7/2019 | Sparks Bradley, Rachel | Prepare fee application materials (1.2); emails w/ accounting team re: same (0.4). | 1.60 | $1,752.00 |
| 11/7/2019 | McLendon, Kathrine | Several emails accounting team and R. Sparks Bradley and J. Fell re: finalizing September statement (0.3). | 0.30 | $366.00 |
| 11/8/2019 | Fell, Jamie | Prepare second interim fee application and exhibits (3.0). | 3.00 | $2,985.00 |
| 11/11/2019 | McLendon, Kathrine | Begin review and comment on second interim fee application (1.0); continue review and comment on second interim fee application (0.9); emails J. Fell re: follow-up questions for second interim fee application (0.2). | 2.10 | $2,562.00 |
| 11/11/2019 | Fell, Jamie | Prepare second interim fee application and exhibits (1.5). | 1.50 | $1,492.50 |
| 11/12/2019 | Fell, Jamie | Prepare second interim fee application and exhibits (1.9). | 1.90 | $1,890.50 |
| 11/13/2019 | Fell, Jamie | Prepare second interim fee application and related exhibits (2.8). | 2.80 | $2,786.00 |
| 11/14/2019 | Goldin, Nicholas | Review fee application and STB communications re: same (0.4). | 0.40 | $592.00 |
| 11/14/2019 | Fell, Jamie | Prepare second interim fee application and related exhibits (2.0). | 2.00 | $1,990.00 |
| 11/15/2019 | Fell, Jamie | Finalize and file second interim fee application, all exhibits thereto, and summary sheet (3.2). | 3.20 | $3,184.00 |
| 11/22/2019 | Calderon, Justin | Draft fee application materials (1.7). | 1.70 | $1,190.00 |
| 11/22/2019 | McLendon, Kathrine | Review CNO for August statement and email J. Fell re: same (0.1); email M. Torkin and J. Fell re: updated disclosure declaration (0.1). | 0.20 | $244.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 11/25/2019 | Calderon, Justin | Review and revise fee application materials (1.0). | 1.00 | $700.00 |
| 11/26/2019 | Goldin, Nicholas | Review fee application (0.1). | 0.10 | $148.00 |
| 11/26/2019 | McLendon, Kathrine | Email J. Fell re: update to company re: CNO on August fees (0.1); email J. Fell re: review of October fee statements (0.1); email accounting team re: statements for October (0.1). | 0.30 | $366.00 |
| 11/26/2019 | Fell, Jamie | Review and revise monthly fee statement (0.5). | 0.50 | $497.50 |
| 11/27/2019 | McLendon, Kathrine | Begin review and comment on monthly statements for October (1.8); respond to accounting team questions on October monthly statements (0.2); further review and comment on October monthly statements (0.8); respond to further accounting team questions re: same (0.3); review J. Montali's order approving revised fee examiner protocol (0.1); emails w/ J. Fell and accounting team re: expense and travel time rules under protocol and J. Montali's order (0.2); further emails w/ accounting team re: revisions to October statements (0.2); further email w/ J. Fell re: billing guidelines (0.1); respond to additional questions from accounting team on October statements (0.3). | 4.00 | $4,880.00 |
| 11/27/2019 | Calderon, Justin | Finalize and serve fee application materials (0.4). | 0.40 | $280.00 |
| 11/27/2019 | McLendon, Kathrine | Review draft of sixth monthly filing for September (0.2); email J. Calderon and J. Fell re: comments on sixth monthly statement (0.1); further emails J.Calderon and J. Fell re: revisions to sixth monthly | 0.50 | $610.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|-----------|-----------------|-----------|------------|-------------|
| | | statement (0.1); email J.Calderon and J. Fell re: filing and service of sixth monthly statement and supplemental information for fee examiner and US Trustee (0.1). | | |
| 11/27/2019 | Fell, Jamie | Finalize, file and serve monthly fee statement for September (1.2); review of protocol and court order re: fee examiner protocol and discussion w/ STB team re: updated billing procedures (0.5). | 1.70 | $1,691.50 |
| **TOTAL** | | | **37.60** | **$39,618.50** |

**Task Code: Fee Objections (FO)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|-----------|-----------------|-----------|------------|-------------|
| 11/1/2019 | Goldin, Nicholas | Revise letter re: fee dispute to PERA counsel (0.4). | 0.40 | $592.00 |
| 11/4/2019 | Goldin, Nicholas | Review letter to PERA counsel re: fee objection (0.2). | 0.20 | $296.00 |
| 11/5/2019 | Alcabes, Elisa | Re: D&O insurance coverage issues, email R. Perrin, Weil and STB team re: response to PERA objection re: Securities Litigation fees (0.3). | 0.30 | $366.00 |
| 11/11/2019 | Goldin, Nicholas | Communications w/ team re: PERA fee objection (0.1). | 0.10 | $148.00 |
| **TOTAL** | | | **1.00** | **$1,402.00** |

**Task Code: Plan/Disclosure Statement (PL)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|-----------|-----------------|-----------|------------|-------------|
| 11/1/2019 | Ponce, Mario A. | Review revised POR, Board materials (0.5). | 0.50 | $820.00 |
| 11/1/2019 | Qusba, Sandy | T/c with Board regarding ongoing mediation, subro RSA, exit financing motion and Kincade (1.5). | 1.50 | $2,302.50 |
| 11/2/2019 | Qusba, Sandy | Correspondence with N. Brownell and M. Ponce regarding status update (0.3); calls with S. Zelin regarding next steps (0.7). | 1.00 | $1,535.00 |
| 11/4/2019 | Ponce, Mario A. | Teleconfs with directors (0.5) and emails with directors (0.2) re: various re: issues re: meeting w/ Governor's office . | 0.70 | $1,148.00 |
| 11/4/2019 | Qusba, Sandy | T/c with N. Brownell regarding meeting with Governor and next steps (0.5); t/c with B. Bennett regarding same (0.5); correspondence with M. Ponce, P. Curnin and N. Goldin regarding updates and D&O indemnity (0.3). | 1.30 | $1,995.50 |
| 11/5/2019 | Qusba, Sandy | T/c with M. Ponce regarding catch-up (0.2); t/c with Audit Committee regarding 10Q (1.5); t/c with R. Barrera regarding financing committee meeting on 11/4 (0.5); review Munger Tolles memos regarding governmental powers (1.6); t/c with N. Brownell regarding same (0.8). | 4.60 | $7,061.00 |
| 11/6/2019 | Ponce, Mario A. | Emails directors (0.5) and teleconfs directors (0.8) re: various issues in connection with Board Meeting re: settlement discussions, 10Q disclosure, consents for financing commitments extension. | 1.30 | $2,132.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 11/6/2019 | Qusba, Sandy | Review and comment on 10Q disclosure (0.3); review and comment on extension correspondence to equity commitment providers (0.3); t/c with N. Brownell regarding gov. meeting update (0.3); t/c with Board regarding update from Gov's meeting and next steps (1.7); correspondence with M. Ponce regarding next steps (0.4). | 3.00 | $4,605.00 |
| 11/7/2019 | Ponce, Mario A. | Conference call w/ Advisors and PJT/Jones Day re: Equity Financing Commitment extension strategy (1.0). | 1.00 | $1,640.00 |
| 11/7/2019 | Ponce, Mario A. | Review post-petition interest brief (0.7). | 0.70 | $1,148.00 |
| 11/7/2019 | Qusba, Sandy | T/c with equity advisors regarding debt/equity commitments (0.4); t/c with M. Ponce regarding same (0.2); review and comment on post-petition interest brief (1.3); correspondence with Board members regarding same (0.6). | 2.50 | $3,837.50 |
| 11/8/2019 | Ponce, Mario A. | Review mediation update and Board materials re: TCC settlement (0.6). | 0.60 | $984.00 |
| 11/8/2019 | Ponce, Mario A. | Emails w/ Restructuring Committee Chair re: various issues (0.6). | 0.60 | $984.00 |
| 11/8/2019 | Ponce, Mario A. | Emails directors re: CPUC issues (0.4). | 0.40 | $656.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 11/8/2019 | Qusba, Sandy | T/c with R. Barrera regarding finance committee issues (0.7); correspondence with M. Ponce regarding same (0.3); review and comment on pleadings regarding post-petition interest (1.1). | 2.10 | $3,223.50 |
| 11/9/2019 | Qusba, Sandy | Review constitutional challenge complaint to AB1054 (1.5); correspondence with RX committee regarding same (0.4); t/c with S. Karotkin regarding mediation (0.4); correspondence with R. Barrera regarding same (0.3). | 2.60 | $3,991.00 |
| 11/10/2019 | Qusba, Sandy | Review and comment on bar date stip (0.7); correspondence with RX committee members regarding same (0.3); correspondence with Cravath regarding same (0.4). | 1.40 | $2,149.00 |
| 11/11/2019 | Ponce, Mario A. | Review materials and updates re: settlement discussions, Subro Motion approval, Governor's objection to Subro RSA (1.2). | 1.20 | $1,968.00 |
| 11/11/2019 | Qusba, Sandy | Review pleadings regarding RSA approval and post-petition interest (2.7); correspondence with RX committee regarding same (0.4); draft summary of pleadings for RX committee (1.6); t/c with R. Barrera and N. Brownell regarding update (0.3); t/c with M. Ponce regarding same (0.2); t/c with M. Moore regarding update (0.6). | 5.80 | $8,903.00 |
| 11/12/2019 | Qusba, Sandy | Review Board materials and prep for Finance/RX committee call (1.4); participate in Finance/RX committee call | 5.30 | $8,135.50 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | (1.4); participate in Board call (1.8); t/c with N. Brownell regarding board resignation and mediation (0.5); t/c with M. Ponce regarding same (0.2). | | |
| 11/13/2019 | Qusba, Sandy | Review and comment on draft mediation RSA/Term Sheet (2.0); t/c with M. Ponce, P. Curnin and N. Goldin regarding same (0.3); mark-up RSA/Term Sheet (0.4); t/c with S. Karotkin regarding same (0.3); t/c with B. Bennett regarding same and next steps (0.3); correspondence with STB team re (0.3) and further mark-up RSA/Term Sheet (0.5). | 4.10 | $6,293.50 |
| 11/14/2019 | Qusba, Sandy | Review KEIP motion (1.5); t/c with R. Barrera regarding various issues, including mediation and business plan (0.5); review and comment on draft OII regarding bankruptcy issues (0.5); review and comment on exclusivity motion (1.0); correspondence with M. Moore regarding 11/15 board meeting (0.3); review Board material and prep for 11/15 call (1.4). | 5.20 | $7,982.00 |
| 11/15/2019 | Ponce, Mario A. | Review Amended Equity Commitment Letters (1.0) emails (0.5) and teleconfs (1.1) with Advisors and Equityholders re: various issues re: same. | 2.60 | $4,264.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 11/15/2019 | Ponce, Mario A. | Restructuring Committee Call re: Equity Commitments (1.5). | 1.50 | $2,460.00 |
| 11/15/2019 | Purushotham, Ravi | Review of amended backstop commitment (0.3). | 0.30 | $397.50 |
| 11/15/2019 | Qusba, Sandy | Review and comment on revised commitment letter (1.6); t/c with Board regarding next steps, mediation and equity commitment (1.5); t/c with Restructuring Committee regarding equity commitment (1.5); t/c with Cravath, Weil and Lazard teams regarding equity commitment letter (0.7); t/c with same and Jones Day/PJT regarding equity committee letter (0.5); t/c (numerous) with S. Karotkin regarding same (0.5); t/c (numerous) with B. Bennett regarding same (0.5); negotiate equity committee letter (1.3). | 8.10 | $12,433.50 |
| 11/16/2019 | Ponce, Mario A. | Teleconfs (0.5) and emails (0.3) with PGE CEO, GC and Board Chair re: plan-related issues. | 0.80 | $1,312.00 |
| 11/16/2019 | Qusba, Sandy | Calls with M. Ponce regarding equity commitment letter (0.4); t/c with N. Brownell regarding same and discovery issues (0.5); review and negotiate equity commitment letter comments from various potential investors (1.6); t/c with equity sponsors (Knighthead/Abrams), counsel/advisors and Company | 4.80 | $7,368.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | advisors regarding equity commitment letters (0.5); t/c with Board regarding same (1.3); t/c with K. Ziman regarding same (0.5). | | |
| 11/17/2019 | Qusba, Sandy | Correspondence with Cravath/Lazard regarding equity commitment letters (0.4); review draft 8K (0.2). | 0.60 | $921.00 |
| 11/18/2019 | Ponce, Mario A. | Conference call w/ Advisors re: Equity Commitment Letter Process (0.5). | 0.50 | $820.00 |
| 11/18/2019 | Ponce, Mario A. | Conference call w/ Management, Lazard, JPM re: Debt Financing (0.8); review materials on debt financing (0.5). | 1.30 | $2,132.00 |
| 11/18/2019 | Qusba, Sandy | T/c with JPM, Company advisors regarding CPUC/Gov presentation (1.0); review Subro RSA amendment and correspondence with N. Brownell regarding same (0.2); t/c with R. Barrera regarding status update (0.3); t/c with M. Ponce regarding update on TCC negotiations and next steps (0.2); review and comment on draft OII (1.3). | 3.00 | $4,605.00 |
| 11/19/2019 | Ponce, Mario A. | Emails directors re: various plan-related issues (0.3). | 0.30 | $492.00 |
| 11/19/2019 | Qusba, Sandy | Review and comment on discovery response in CPUC proceeding (0.8). | 0.80 | $1,228.00 |
| 11/20/2019 | Ponce, Mario A. | Emails directors re: various plan-related issues (0.3). | 0.30 | $492.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 11/21/2019 | Qusba, Sandy | Review brief regarding post-petition interest (0.8); t/c with B. Bennett regarding update (0.5); participate in Board call and follow-up with Board members (1.8). | 3.10 | $4,758.50 |
| 11/22/2019 | Goldin, Nicholas | Communications w/ team re: workstreams (0.3); review correspondence re: filings (0.2). | 0.50 | $740.00 |
| 11/22/2019 | Ponce, Mario A. | Emails, teleconfs STB team re: Restructuring Committee presentation (0.4). | 0.40 | $656.00 |
| 11/22/2019 | Ponce, Mario A. | Impairment Brief review (0.4). | 0.40 | $656.00 |
| 11/22/2019 | Qusba, Sandy | T/c with S. Karotkin regarding status (0.3); t/c with M. Ponce regarding same (0.2); correspondence with M. Moore regarding pleadings on post-petition interest (0.3). | 0.80 | $1,228.00 |
| 11/25/2019 | Ponce, Mario A. | Telephonic Restructuring Committee Call (1.0); review materials re: same (0.5). | 1.50 | $2,460.00 |
| 11/25/2019 | Qusba, Sandy | T/c with R. Barrera regarding prep for RX/Finance Committee meeting (0.5); review RX/Finance Committee presentation material (0.6); t/c with RX/Finance Committee regarding wildfire claims and next steps (1.0). | 2.10 | $3,223.50 |
| 11/26/2019 | Goldin, Nicholas | Review documents re: estimation (0.3). | 0.30 | $444.00 |
| 11/26/2019 | Ponce, Mario A. | Review Subro Impairment Brief (0.5). | 0.50 | $820.00 |
| 11/26/2019 | Ponce, Mario A. | Emails (0.3) and teleconfs (0.3) with Management and Directors re: settlement analysis. | 0.60 | $984.00 |
| 11/26/2019 | Qusba, Sandy | Review minutes (0.5); begin review of makewhole brief (0.5); correspondence with RX | 1.20 | $1,842.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | and Finance Committee regarding same (0.2). | | |
| 11/27/2019 | Ponce, Mario A. | Emails, teleconfs directors re: Bankruptcy Ct. order re: Subro RSA (0.5); review order and proposed RSA amendments (0.8). | 1.30 | $2,132.00 |
| 11/27/2019 | Ponce, Mario A. | Review Tax Benefit Payment Agreement (0.7). | 0.70 | $1,148.00 |
| 11/27/2019 | Qusba, Sandy | Review Judge Montali tentative ruling (0.7); t/c with S. Karotkin regarding same (0.4); draft correspondence to Rx/Finance Committee regarding makewhole and update (1.0); review EFH decisions and makewhole brief (1.7); t/c with J. Loduca regarding claims analysis (0.5); correspondence with Board members regarding status of Tec/Equity negotiations and Subro RSA (0.8). | 5.10 | $7,828.50 |
| 11/28/2019 | Qusba, Sandy | Review tax agreement (0.8); correspondence with RX/Financing Committee regarding status (0.3); review impairment and makewhole pleadings (1.5). | 2.60 | $3,991.00 |
| 11/29/2019 | Qusba, Sandy | Correspondence with J. Loduca regarding Subro RSA (0.3); review and comment on same (0.5); correspondence with S. Karotkin regarding same (0.2). | 1.00 | $1,535.00 |
| **TOTAL** | | | **94.60** | **$146,855.50** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

**Task Code: Pre-Trial Pleadings and Motion (L200)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|-----------|-----------------|-----------|------------|-------------|
| 11/5/2019 | Lundqvist, Jacob | Draft reply brief outline (1.2). | 1.20 | $708.00 |
| 11/6/2019 | Lundqvist, Jacob | Draft MTD reply outline (3.0). | 3.00 | $1,770.00 |
| 11/7/2019 | Curnin, Paul C. | T/c w/ T. Dubbs (plaintiff counsel) (0.5). | 0.50 | $820.00 |
| 11/7/2019 | Lundqvist, Jacob | Continued drafting pre-reply outline (3.2). | 3.20 | $1,888.00 |
| 11/11/2019 | Lundqvist, Jacob | Email drafting re: pre-reply outline (0.2). | 0.20 | $118.00 |
| 11/14/2019 | Campbell, Eamonn W. | Review of reply brief outline (0.3). | 0.30 | $274.50 |
| 11/15/2019 | Campbell, Eamonn W. | Review of draft pre-motion outline (0.5). | 0.50 | $457.50 |
| **TOTAL** | | | **8.90** | **$6,036.00** |

**Simpson Thacher & Bartlett LLP**
425 Lexington Ave
New York, NY 10017