**Exhibit E**

**ITEMIZED DISBURSEMENTS**

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| **Research** | | | |
| Online research | 9/30/2019 | COURTALERT.COM, INC. - 09/30/19-Case Search [San Francisco] CGC-19-573190 & CJC-17-004955 | $37.02 |
| Online research - West Law | 11/19/2019 | MULTI-SEARCH DOCUMENT DISPLAYS-RICCIARDI, SARA | $104.69 |
| Online research - West Law | 11/19/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-RICCIARDI, SARA | $220.17 |
| Pacer | 11/19/2019 | Charges LIBRARY, ID | $0.10 |
| Pacer | 11/19/2019 | Charges LIBRARY, ID | $0.10 |
| Pacer | 11/19/2019 | Charges LIBRARY, ID | $0.10 |
| Pacer | 11/19/2019 | Charges LIBRARY, ID | $0.20 |
| Pacer | 11/19/2019 | Charges LIBRARY, ID | $3.00 |
| Pacer | 11/19/2019 | Charges LIBRARY, ID | $3.00 |
| Pacer | 11/19/2019 | Charges LIBRARY, ID | $3.00 |
| Pacer | 11/19/2019 | Charges LIBRARY, ID | $2.90 |
| Pacer | 11/20/2019 | Charges LIBRARY, ID | $3.00 |
| Pacer | 11/20/2019 | Charges LIBRARY, ID | $0.20 |
| Pacer | 11/20/2019 | Charges LIBRARY, ID | $1.80 |
| Pacer | 11/20/2019 | Charges LIBRARY, ID | $2.30 |

---

[2] The amounts listed in this Exhibit are billed in accordance with the Guidelines and Local Rules.

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Online research - West Law | 11/21/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-ISAACMAN, JENNIFER | $73.39 |
| Online research - West Law | 11/25/2019 | MULTI-SEARCH DOCUMENT DISPLAYS-KINSEL, KOURTNEY | $144.24 |
| Online research - West Law | 11/25/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-KINSEL, KOURTNEY | $134.82 |
| Pacer | 11/25/2019 | Charges Calderon, Justin | $3.00 |
| Pacer | 11/25/2019 | Charges Calderon, Justin | $1.20 |
| Pacer | 11/25/2019 | Charges Calderon, Justin | $1.00 |
| Pacer | 11/25/2019 | Charges Calderon, Justin | $0.50 |
| Online research | 11/30/2019 | COURTALERT.COM, INC. - 11/30/19-Case Search [AD1] 651863/2012 | $35.17 |
| **Meals** | | | |
| Meals - Overtime | 11/13/2019 | NICHOLAS GOLDIN - Overtime Meal; OT Dinner American Express: SEAMLSS*PATSYSPIZZER NEW YORK NY American Express: SEAMLSS*PATSYSPIZZER NEW YORK NY Nov 13, 2019; Nicholas Goldin. Nicholas Goldin | $30.00 |
| Meals - Business | 11/14/2019 | HILLARY C. MINTZ - Business Meal; Pacific Gas and Electric client Mtg. American Express: SML*DEVONAN-20235833 CHICAGO IL American Express: SML*DEVONAN-20235833 CHICAGO IL Nov 14, 2019; Hillary Mintz/Geralyn Colloton. Claudine Gartendber, Alex Wolff, Hillary Mintz | $53.94 |
| **Travel** | | | |
| Hotel | 10/28/2019 | THE LAWYERS' TRAVEL SERVICE - Lawyers' Travel charge - LOEWS REGENCY SAN F - PONCE/MARIO - 10/28/2019 - 00905 - 002658 0002 | $110.04 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Out-of-town travel | 10/29/2019 | XYZ TWO WAY RADIO SERVICE - XYZ Taxi/10/29/19/1235/PONCE MARIO A./JFKSTOP:00000WAIT:00720TOLL:000625002658-0002 | $101.26 |
| Out-of-town travel | 10/31/2019 | XYZ TWO WAY RADIO SERVICE - XYZ Taxi/10/31/19/0018/PONCE MARIO A./22 ORCHARD HILL LANE GREESTOP:00000WAIT:00000TOLL:000800002658-0002 | $154.78 |
| Out-of-town travel | 11/8/2019 | KOURTNEY KINSEL - Parking; Parking in SF for a hearing. American Express: IMPARK00270200A SAN FRANCISCO CA American Express: IMPARK00270200A SAN FRANCISCO CA Nov 08, 2019; Kourtney Kinsel. | $12.00 |
| Out-of-town travel | 11/22/2019 | KOURTNEY KINSEL - Parking; Parking at hearing. American Express: IMPARK00270200A SAN FRANCISCO CA American Express: IMPARK00270200A SAN FRANCISCO CA Nov 22, 2019; Kourtney Kinsel. | $6.00 |
| **Local Travel** | | | |
| OT - Carfare | 11/19/2019 | REBECCA SUSSMAN - Overtime Transportation 0830PM; Overtime transportation. Nov 19, 2019; Rebecca Sussman. | $23.00 |
| **Postage & Courier** | | | |
| Courier - Fedex | 11/15/2019 | FEDEX - To: Kristine M Schmidt / From: Nicholas Goldin Tracking Number: 778062381669 | $83.73 |
| **Duplicating** | | | |
| Print from Email | 11/1/2019 | Print from Email: New York Campbell, Eamonn W. | $16.70 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| **Conferencing** | | | |
| Telephone | 9/1/2019 | LOOP UP LLC - Loopup-2019-09-01-15834-SC0004-STB Meeting Room Moderated By: 15834 | $40.19 |
| Telephone | 9/4/2019 | LOOP UP LLC - Loopup-2019-09-04-14336-SC0289-Rachel Sparks Bradley's Meeting Room Moderated By: 14336 | $0.05 |
| Telephone | 9/4/2019 | LOOP UP LLC - Loopup-2019-09-04-14336-SC0329-Rachel Sparks Bradley's Meeting Room Moderated By: 14336 | $8.89 |
| Telephone | 9/5/2019 | LOOP UP LLC - Loopup-2019-09-05-14336-SC0428-Rachel Sparks Bradley's Meeting Room Moderated By: 14336 | $10.77 |
| Telephone | 9/9/2019 | LOOP UP LLC - Loopup-2019-09-09-14336-SC0872-Rachel Sparks Bradley's Meeting Room Moderated By: 14336 | $2.08 |
| Telephone | 9/19/2019 | LOOP UP LLC - Loopup-2019-09-19-16743-SC2181-Jacob Lundqvist's Meeting Room Moderated By: 16743 | $3.23 |
| Telephone | 9/22/2019 | LOOP UP LLC - Loopup-2019-09-22-15361-SC2489-Eamonn Campbell's Meeting Room Moderated By: 15361 | $1.72 |
| Telephone | 9/27/2019 | LOOP UP LLC - Loopup-2019-09-27-14336-SC3219-Rachel Sparks Bradley's Meeting Room Moderated By: 14336 | $11.61 |
| Telephone | 9/6/2019 | LOOP UP LLC - Loopup-2019-09-06-11862-SC0684-Ravi Purushotham's Meeting Room Moderated By: 11862 | $0.11 |
| Telephone | 9/6/2019 | LOOP UP LLC - Loopup-2019-09-06-11862-SC0693-Ravi Purushotham's Meeting Room Moderated By: 11862 | $0.36 |
| Telephone | 9/13/2019 | LOOP UP LLC - Loopup-2019-09-13-11862-SC1438-Ravi Purushotham's Meeting Room Moderated By: 11862 | $0.31 |
| Telephone | 9/16/2019 | LOOP UP LLC - Telephone Loopup-2019-09-16-00905-SC1740-Mario Ponce's Meeting Room Moderated By: 00905 | $2.65 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Telephone | 9/24/2019 | LOOP UP LLC - Telephone Loopup-2019-09-24-00905-SC2745-Mario Ponce's Meeting Room Moderated By: 00905 | $1.97 |
| **TOTAL** | | | **$1,541.30** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017