# EXHIBIT A

4819-1703-4674.2
Case: 19-30088    Doc# 5573-1    Filed: 01/31/20    Entered: 01/31/20 09:09:21    Page 1 of 3

**COMPENSATION BY COBLENTZ PATCH DUFFY & BASS LLP PROFESSIONALS
DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

The Coblentz attorneys and paraprofessionals who rendered legal services for the Debtors during these Chapter 11 Cases from December 1, 2019 through December 31, 2019 (the "**Fee Period**")[1] are:

| Name of Professional | Position | Primary Practice Group[2] | Year Admitted | Reduced Hourly Rate for Debtors | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara Milanovich | Partner | RE | 1980 | $648.00 | 78.60 | $50,932.80 |
| Doug Sands | Partner | RE | 1987 | $648.00 | 35.50 | $23,004.00 |
| Ficks, Gregg | Partner | BCR/LIT | 1990 | $623.00 | 16.40 | $10,217.20 |
| Sean Coyle | Partner | LIT | 2004 | $500.00 | 5.20 | $2,600.00 |
| Mark Hejinian | Associate | LIT | 2011 | $400.00 | 20.20 | $8,080.00 |
| James F. McKee | Associate | LIT | 2014 (TX); 2019 (CA) | $400.00 | 43.60 | $17,440.00 |
| Daniel P. Barsky | Associate | RE | 2017 | $334.00 | 67.10 | $22,411.40 |
| Michael R. Wilson | Paralegal | RE | N/A | $302.00 | 9.70 | $2,929.40 |
| Dianne M. Sweeny | Paralegal | RE | N/A | $210.00 | 10.90 | $2,289.00 |
| Jordan V. Mendoza | Paralegal | LIT | N/A | $250.00 | 6.70 | $1,675.00 |
| Viet Doan | Paralegal | LIT | N/A | $175.00 | 8.60 | $1,505.00 |
| **Additional Discount Per Engagement Agreement** | | | | | | ($534.60) |
| **Total Professionals:** | | | | | 302.50 | $142,549.20 |

---

[1] See footnote 1 in the main part of the Monthly Fee Statement.

[2] RE = Real Estate; LIT = Litigation; BCR = Bankruptcy and Creditors' Rights; CORP = Corporate

| PROFESSIONALS TOTALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $639.31 | 135.70 | $86,754.00 |
| Associates | $366.17 | 130.90 | $47,931.40 |
| **Blended Attorney Rate** | **$505.20** | **266.60** | **$134,685.40** |
| Paraprofessionals and other non-legal staff | $233.94 | 35.90 | $8,398.40 |
| **Additional Discount Per Engagement Agreement** | | | **($534.60)** |
| **Total Fees Incurred** | **$471.24** | **302.50** | **$142,549.20** |