# EXHIBIT B

4819-1703-4674.2
Case: 19-30088    Doc# 5573-2    Filed: 01/31/20    Entered: 01/31/20 09:09:21    Page 1 of 3

**COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY COBLENTZ PATCH DUFFY & BASS LLP FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---|---|
| C100 | Fact Gathering | 14.90 | $4,065.40 |
| L110 | Fact Investigation/Development | 23.00 | $9,200.00 |
| L120 | Analysis/Strategy | 2.00 | $940.00 |
| L200 | Pre-Trial Pleadings and Motions | 1.10 | $440.00 |
| L310 | Written Discovery | 3.10 | $1,540.00 |
| L330 | Depositions | 27.70 | $10,740.00 |
| L630 | Processing | 0.80 | $200.00 |
| L650 | Review | 7.20 | $2,340.00 |
| L670 | Production | 18.30 | $5,625.00 |
| P100[2] | Project Administration | 53.70 | $33,853.00 |
| P240 | Real and Personal Property | 69.50 | $23,966.60 |
| P300 | Structure/Strategy/Analysis | 13.20 | $8,553.60 |
| P400 | Initial Document Preparation/Filing | 53.70 | $31,819.20 |
| P500 | Negotiation/Revision/Responses | 13.60 | $8,812.80 |

---

[1] These Task Codes and Descriptions were used by Coblentz in conjunction with pre-petition time entries and invoices as required by Debtors prior to the filing of these Bankruptcy Cases, and Coblentz continues to use them in conjunction with post-petition time entries and invoices in these Special Counsel matters. In connection with additional services Coblentz now is required to perform in connection with these bankruptcy cases (*e.g.*, in connection with Coblentz's retention application, monthly fee statements, fee applications, or the like), Coblentz further specifies the time and fees for any such additional services in footnote 2 below.

[2] This Task Code includes: (a) 9.3 hours ($5,793.90 in fees) related to Coblentz's Ninth and Tenth Monthly Fee Statements; (b) 1.5 hours ($934.50 in fees) related to Special Counsel and scope of work requirements and potential further supplemental party disclosures in these Bankruptcy Cases as required by Federal Rules and/or terms of this Special Counsel retention; and (c) 5.6 hours ($3,488.80 in fees) related to case filings affecting Special Counsel, including the Fee Examiner's Initial Report regarding Coblentz's First Interim Fee Application.

4819-1703-4674.2　　　　　　　　　　　Exhibit B

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---|---|
| P600 | Completion/Closing | 0.00 | $0.00 |
| P700 | Post-Completion/Post-Closing | 0.00 | $0.00 |
| P800 | Maintenance and Renewal | 0.70 | $453.60 |
| **Total:** | | **302.50** | **$142,549.20** |

4819-1703-4674.2        Exhibit B