# EXHIBIT C

4819-1703-4674.2

Case: 19-30088    Doc# 5573-3    Filed: 01/31/20    Entered: 01/31/20 09:09:21    Page 1 of 2

**EXPENSE SUMMARY (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | N/A |
| Meals | N/A |
| Travel | N/A |
| Transportation | N/A |
| Duplicating | N/A |
| Transcription (Deposition) Services | N/A |
| Third Party Consulting Fees | N/A |
| Telephone Conferencing | N/A |
| Messenger | N/A |
| Filing Fees | N/A |
| Court Reporter | $1,525.20 |
| Court Website Subscription Fee for Case No. JCCP4974 | N/A |
| **Total Expenses Requested:** | **$1,525.20** |