# EXHIBIT E

**DETAILED EXPENSE ENTRIES (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Costs Advanced | Amount |
|---|---|
| Court Reporter – U.S. Legal Support | $1,525.20 |
| **Total Costs Requested:** | **$1,525.20** |