Cathy Yanni (SBN 105036)
JAMS
Two Embarcadero Center
Suite 1500
San Francisco, CA 94111
Telephone: 415-774-2635
Facsimile: 415-982-5287
Email: cathy@cathyyanni.com

*Administrator of the Wildfire Assistance Program*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>         **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects Both Debtors<br><br>This Document Relates to All Cases | Bankruptcy Case No. 19-30088<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**QUARTERLY REPORT OF THE ADMINISTRATOR OF THE WILDFIRE ASSISTANCE PROGRAM**<br><br>**Related Docket Nos.: 2223 and 2409** |

### QUARTERLY REPORT OF THE ADMINISTRATOR

Cathy Yanni, the court-appointed Administrator of the Wildfire Assistance Program hereby submits her second Quarterly Report pursuant to this Court's *Supplemental Order (A) Approving Appointment of Administrator and Establishing Guidelines for the Wildfire Assistance Program and (B) Granting Related Relief*, dated June 5, 2019 [Docket No. 2409] (the "Appointment Order"). This Quarterly Report provides an update on the status of the Administrator's work for the fourth quarter of 2019, ending on December 31, 2019 (the "Reporting Period").

A. **BACKGROUND.**

On October 8, 2017, multiple fires began spreading throughout Northern California. Collectively, the Atlas, Adobe, Blue, Cascade, Cherokee, Honey, LaPorte, Lobo, Macaama, McCourtney, Nuns, Norrbom, Partrick, Pocket, Point, Pressley, Pythian, Redwood, Sulphur, Tubbs, and "37" fires ("2017 Wildfires") burned over 245,000 acres and destroyed an estimated 8,900 structures. On November 8, 2018, another wildfire began near Paradise, California (together with the 2017 Wildfires, the "2017 and 2018 Wildfires"), burning over 153,300 acres and destroying more than 13,900 residences. The Camp Fire in Paradise is the deadliest and most destructive fire in California history.

On May 1, 2019, Pacific Gas & Electric Company ("PG&E") filed a motion to establish a $105 million fund (the "Wildfire Assistance Fund") to provide relief from the financial stress and burden for those who lost their homes due to the 2017 and 2018 Wildfires ("Wildfire Claimants"). The Court approved the motion on May 23, 2019, and appointed Cathy Yanni as the Administrator of the Wildfire Assistance Program on June 5, 2019. The Program is intended to provide financial assistance to Wildfire Claimants who are in the most need. The Appointment Order requires the Administrator to "prepare and, within 30 days after the end of a quarterly period (or such longer period as may be agreed to by the Administrator and the Committees or as authorized by Court order), file quarterly reports with the Court and serve such reports on counsel to the Debtors and the Committees. These reports shall include (i) the number of applications submitted to and processed by the Wildfire Assistance Program during the preceding quarter, and (ii) an account of the receipts and disbursements from the Wildfire Assistance Fund during the preceding quarter." The Administrator filed her first Quarterly Report on October 28, 2019 with a status of her work from June 5, 2019 through October 25, 2019.

B. **ACTIVITIES DURING THE REPORTING PERIOD.**

Pursuant to the Appointment Order, the Administrator continued to fulfill her duties to ensure the fair and equitable distribution of the Wildfire Assistance Fund consistent with the principles and guideline as established by the Court. Specifically, the Administrator applied the Eligibility Criteria filed with the Court on August 15, 2019 [Docket No. 3556] to identify and issue payments to eligible Wildfire claimants.

1. **Communication with Claimants.**

   (a) **Public Website and Social Media.**

Claimants continued to interact with the informational mobile-friendly public website, www.NorCalWildfireAssistanceProgram.com, during the Reporting Period. There have been over 247,000 unique visits to the website, 74% of which come from users on mobile devices, since the Administrator launched the website in July 2019. Claimants have accessed the mobile version of the online portal over 184,000 times to obtain Program information, submit a claim, and/or receive claim status updates.

In addition to the public website, the Administrator maintains a Facebook page to share program information with the public. Over 14,000 visits to the website have originated from links posted on social media sites (*i.e.*, Facebook, Instagram, Twitter, LinkedIn), including direct clicks from the Program's Facebook page and from social media pages operated by local community members, agencies, and organizations.

   (b) **Dedicated Call Center and Email Inbox.**

BrownGreer operates a Call Center with a toll-free phone number and dedicated email address for claimants and attorneys to contact the Wildfire Assistance Program with questions and to receive claim filing assistance. The Call Center is staffed with 28 trained, live agents Monday through Friday, 8:00 a.m. to 8:00 p.m. PT. The Call Center has handled over 30,000 calls since

BrownGreer opened its Call Center in August 2019, with 17,097 occurring during the Reporting Period. During the fourth quarter this included outreach to approximately 4,800 claimants to resolve document deficiencies on submitted claims, as well as to assist claimants in finalizing their incomplete claim submissions.

BrownGreer maintains a dedicated email inbox allowing claimants, lawyers, and others to email the Wildfire Assistance Program. BrownGreer monitors the inbox seven days a week, providing quick responses to claimants' questions and following up with calls to discuss any particularly complex issues. When necessary, inquiries sent to the inbox are answered directly by the Administrator.

Claimants and lawyers also have emailed and called the Administrator and BrownGreer staff directly requesting assistance and have received responses in less than 24 hours.

### 2. Claims Submission.

The deadline to submit WAP Claim Forms was November 15, 2019. The Administrator worked with BrownGreer to provide a secure mobile-friendly online portal for claimants to complete a single Claim Form for both Basic Unmet Needs and Supplemental Unmet Needs claims. The Administrator allowed the portal to remain open for claimants to submit Claim Forms until December 31, 2019 to align with the deadline to file Proof of Claim Forms in the PG&E bankruptcy litigation. Over 2,000 claims were started online between November 15, 2019, and December 31, 2019. The WAP will not accept new claims or updates to existing claims after January 31, 2020. Claimants may still use the online portal to check the status of their claims or respond to Deficiency Notices.

### 3. WAP Claims Review and Processing.

In November 2019, the Administrator evaluated the status of the Program, including the number of eligible Basic Unmet Needs claims at that time, and determined that there were sufficient

dollars in the Wildfire Assistance Fund to disburse an additional Basic Unmet Needs Payment to all eligible claimants, with renters receiving an additional $1,000 for a total of $3,500 and owners an additional $2,000, totaling $7,000 per Owner Household. The Administrator worked with BrownGreer to disburse these additional payments to eligible claimants who had received Basic Unmet Needs payments as of December 13, 2019 and ensured that claimants received the additional payments before the holidays. Claimants who the Administrator determined were eligible after December 13, 2019 received the full amounts of $3,500 for renters and $7,000 for owners.

The Administrator updated the Frequently Asked Questions documents on the informational public website to explain the additional payments and full amounts for claimants with eligible determinations after December 13, 2019.

## C. CURRENT PROGRAM STATISTICS.

### 1. Basic Unmet Needs Claims

As of December 31, 2019, 17,625 claimants had submitted complete claim forms for Basic Unmet Needs claims to the Wildfire Assistance Program, and 3,658 claimants started but had not fully submitted their claim forms. The Wildfire Assistance Program has conducted outreach to the population of claimants who have not fully submitted their claim forms to assist those claimants in finalizing their claims for review. Of the 17,625 claimants who submitted complete claim forms, the Administrator determined 12,414 (85%) to be eligible for payment. Since issuing its first payment on August 28, 2019, the Program has issued claimant payments totaling $61,732,000. Table 1 shows receipts and disbursements from the Wildfire Assistance Fund.

| Table 1. Fund Receipts and Disbursements | | |
|---|---|---|
| | **Description** | **Amount** |
| **1.** | **Total Receipts** | **$105,656,010.03** |
| | (a) Settlement Fund | $105,000,000.00 |

|   |   |   |
|---|---|---|
|   | (b) Interest Earned | $656,010.03 |
| 2. | **Total Disbursements** | **$63,962,085.10** |
|   | (a) Payments to Eligible Claimants | $61,732,000.00 |
|   | (b) Administrative Expenses | $2,230,085.10 |
| 3. | **Remaining Funds to Disburse** | **$41,693,924.93** |

Of the 21,283 claims received by the Program, 12,473 claimants report that they are represented by a lawyer (59%) and 8,810 do not report being represented by any lawyer (41%).

**2. Supplemental Unmet Needs Claims.**

The Wildfire Assistance Program has received 3,500 Supplemental Unmet Needs claims. The Administrator began to evaluate these claims during the week of November 11, 2019 and anticipates the completion of allocation and payment of these claims within the first quarter of 2020.

**D.  FUTURE EFFORTS.**

The Wildfire Assistance Program will continue to review Basic and Supplemental Unmet Needs claims until all filed claims have been evaluated to a final determination. The Administrator will continue issuing payments on a weekly basis until all eligible claims have been paid.

**E.  CONCLUSION.**

The Administrator will continue to perform her responsibilities and duties consistent with the Appointment Order and all other directives of this Court and will issue her next quarterly report in accordance with the Appointment Order.

Dated: January 31, 2020              Respectfully submitted,

                                              */s/ Cathy Yanni*
                                              CATHY YANNI
                                              Administrator, Wildfire Assistance Program