# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## FEBRUARY 1, 2019 THROUGH DECEMBER 31, 2019

| PRIME CLERK EMPLOYEE | TITLE | HOURS BILLED THIS PERIOD | RATE[2] | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| Daloia, James F | Director of Solicitation | 0.80 | $200.00 | $160.00 |
| Johnson, Craig | Director of Solicitation | 2.00 | $200.00 | $400.00 |
| Orchowski, Alex T | Director of Solicitation | 8.60 | $200.00 | $1,720.00 |
| Pullo, Christina | Director of Solicitation | 13.90 | $200.00 | $2,780.00 |
| Sharp, David | Director of Solicitation | 1.20 | $200.00 | $240.00 |
| Adler, Adam M | Director | 0.30 | $200.00 | $60.00 |
| Dubin, Mariah | Director | 0.50 | $200.00 | $100.00 |
| Kesler, Stanislav | Solicitation Consultant | 7.30 | $180.00 | $1,314.00 |
| Labissiere, Pierre | Solicitation Consultant | 0.60 | $180.00 | $108.00 |
| Orchowski, Alex T | Solicitation Consultant | 1.20 | $180.00 | $216.00 |
| **Total** | | **36.40** | | **$7,098.00[3]** |
| | | **Blended Rate** | **$195.00** | |

---

[2] Certain employees of Prime Clerk were promoted during the Fee Period and are therefore being billed at the appropriate rate for their former and current positions, as applicable

[3] This amount has been discounted to $5,678.40 in accordance with the terms of Prime Clerk's retention. Taking into account this discount, the blended hourly rate is $156.00.