**EXHIBIT B**

**COMPENSATOIN BY WORK TASK CODE FOR
SERVICES RENDERED BY PRIME CLERK LLC FOR THE
PERIOD FEBRUARY 1, 2019 THROUGH DECEMBER 31, 2019**

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---|---|
| Call Center / Credit Inquiry | 1.10 | $202.00 |
| Corporate Actions | 0.90 | $162.00 |
| Solicitation | 34.40 | $6,734.00 |
| **Total** | **36.40** | **$7,098.00**[4] |

---

[4] This amount has been discounted to $5,678.40 in accordance with the terms of Prime Clerk's retention.