# EXHIBIT C

**EXPENSE SUMMARY FOR THE PERIOD
FEBRUARY 1, 2019 THROUGH DECEMBER 31, 2019**

| EXPENSE | RATE | TOTAL |
|---|---|---|
| N/A | N/A | $0.00 |
| **Total** | | **$0.00** |