# EXHIBIT D

# ITEMIZED SERVICES



830 Third Avenue, 9th Floor
New York, NY 10022

primeclerk.com

## Hourly Fees by Employee through February 2019

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| PL | Labissiere, Pierre | SA - Solicitation Consultant | 0.60 | $180.00 | $108.00 |
| ATO | Orchowski, Alex T | SA - Solicitation Consultant | 0.90 | $180.00 | $162.00 |
| | | **TOTAL:** | **1.50** | | **$270.00** |

## Hourly Fees by Task Code through February 2019

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| CORP | Corporate Actions | 0.90 | $162.00 |
| INQR | Call Center / Credit Inquiry | 0.60 | $108.00 |
| | **TOTAL:** | **1.50** | **$270.00** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---|
| 02/08/19 | ATO | SA | Review and respond to inquiry from Moshe Fink and Ben Brookstone at Weil Gotshal related to rights offering | Corporate Actions | 0.90 |
| 02/13/19 | PL | SA | Respond to nominee inquiries following receipt of notice of commencement related to solicitation process | Call Center / Credit Inquiry | 0.60 |
| | | | | **Total Hours** | **1.50** |



One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY  10165

primeclerk.com

## Hourly Fees by Employee through July 2019

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| ATO | Orchowski, Alex T | SA - Solicitation Consultant | 0.30 | $180.00 | $54.00 |
| JFD | Daloia, James F | DS - Director of Solicitation | 0.80 | $200.00 | $160.00 |
| CP | Pullo, Christina | DS - Director of Solicitation | 3.40 | $200.00 | $680.00 |
| | | **TOTAL:** | **4.50** | | **$894.00** |

## Hourly Fees by Task Code through July 2019

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| INQR | Call Center / Credit Inquiry | 0.30 | $54.00 |
| SOLI | Solicitation | 4.20 | $840.00 |
| | **TOTAL:** | **4.50** | **$894.00** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---|
| 07/09/19 | ATO | SA | Respond to nominee inquiries related to solicitation | Call Center / Credit Inquiry | 0.30 |
| 07/18/19 | CP | DS | Coordinate with Weil (P. Steel) regarding chapter 11 and solicitation timeline (.1); review same (.3); coordinate with Prime Clerk case team regarding same (.8) | Solicitation | 1.20 |
| 07/19/19 | CP | DS | Review and provide comments to Weil on chapter 11 timeline in coordination with Prime Clerk case team (1.6); prepare for and participate on call with J. Daloia regarding same (.4) | Solicitation | 2.00 |
| 07/19/19 | JFD | DS | Prepare for and participate in call with C. Pullo regarding solicitation | Solicitation | 0.80 |
| 07/22/19 | CP | DS | Coordinate with J. Daloia (Prime Clerk) regarding solicitation issues and potential rights offering timing | Solicitation | 0.20 |
| | | | | **Total Hours** | **4.50** |



One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165

primeclerk.com

**Hourly Fees by Employee through August 2019**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| CP | Pullo, Christina | DS - Director of Solicitation | 4.40 | $200.00 | $880.00 |
| | | **TOTAL:** | **4.40** | | **$880.00** |

**Hourly Fees by Task Code through August 2019**

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| INQR | Call Center / Credit Inquiry | 0.20 | $40.00 |
| SOLI | Solicitation | 4.20 | $840.00 |
| | **TOTAL:** | **4.40** | **$880.00** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---|
| 08/10/19 | CP | DS | Provide comments on wildfire claims and revised solicitation process timeline in coordination with Weil (J. Liou and P. Steel) and Prime Clerk case team (H. Baer, J. Daloia, C. Schepper) | Solicitation | 1.60 |
| 08/11/19 | CP | DS | Coordinate with Weil (J. Liou and P. Steel) regarding voting record date issues and plan classification process | Solicitation | 0.90 |
| 08/12/19 | CP | DS | Update Prime Clerk case team regarding potential filing of competing plans | Solicitation | 0.40 |
| 08/12/19 | CP | DS | Respond to DTC inquiry regarding applicable securities issues | Call Center / Credit Inquiry | 0.20 |
| 08/13/19 | CP | DS | Update Prime Clerk case team regarding solicitation issues related to competing plan processes | Solicitation | 0.30 |
| 08/14/19 | CP | DS | Review competing plan information for solicitation related updates | Solicitation | 0.20 |
| 08/15/19 | CP | DS | Coordinate with P. Steel (Weil) and H. Baer (Prime Clerk) regarding call to discuss solicitation preparation and plan classification issues | Solicitation | 0.20 |
| 08/19/19 | CP | DS | Prepare for and participate on call with Weil (P. Steel), and AlixPartners (J. Clarrey, R. McWilliams) regarding solicitation and plan classification process | Solicitation | 0.50 |
| 08/20/19 | CP | DS | Update J. Searles and H. Baer (Prime Clerk) regarding plan classification preparation issues related to wildfire claims | Solicitation | 0.10 |
| | | | | **Total Hours** | **4.40** |



**Hourly Fees by Employee through December 2019**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| STK | Kesler, Stanislav | SA - Solicitation Consultant | 7.30 | $180.00 | $1,314.00 |
| AMA | Adler, Adam M | DI - Director | 0.30 | $200.00 | $60.00 |
| MDU | Dubin, Mariah | DI - Director | 0.50 | $200.00 | $100.00 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 2.00 | $200.00 | $400.00 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 8.60 | $200.00 | $1,720.00 |
| CP | Pullo, Christina | DS - Director of Solicitation | 6.10 | $200.00 | $1,220.00 |
| DS | Sharp, David | DS - Director of Solicitation | 1.20 | $200.00 | $240.00 |
| | | **TOTAL:** | **26.00** | | **$5,054.00** |

**Hourly Fees by Task Code through December 2019**

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| SOLI | Solicitation | 26.00 | $5,054.00 |
| | **TOTAL:** | **26.00** | **$5,054.00** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---|
| 12/02/19 | CP | DS | Coordinate with M. Goren (Weil) regarding solicitation and voting options (.2); draft email to Prime Clerk case team regarding same (.1) | Solicitation | 0.30 |
| 12/06/19 | ATO | DS | Confer and coordinate with case team (C. Johnson) re upcoming solicitation | Solicitation | 0.50 |
| 12/06/19 | STK | SA | Perform public securities research for purposes of upcoming solicitation | Solicitation | 2.00 |
| 12/08/19 | CP | DS | Review and respond to email from T. Schinckel (Weil) regarding solicitation issues | Solicitation | 0.40 |
| 12/09/19 | AMA | DI | Review emails re solicitation logistics; confer with C. Pullo re same | Solicitation | 0.30 |
| 12/09/19 | CP | DS | Prepare for and participate on call with T. Schinckel (Weil) and Prime Clerk case team regarding solicitation issues and timing (.7); coordinate with A. Adler (Prime Clerk) regarding same (.2); review forms of ballot (.4) | Solicitation | 1.30 |
| 12/09/19 | MDU | DI | Meet and confer with T. Schinckel, C. Pullo, H. Baer and J. Daloia re draft solicitation procedures | Solicitation | 0.50 |
| 12/09/19 | STK | SA | Confer and coordinate with case team (C. Pullo) re solicitation | Solicitation | 1.40 |
| 12/09/19 | STK | SA | Participate in conference call with C. Pullo, J. Daloia, C. Johnson (Prime Clerk) and T. Schinckel (Weil) re: upcoming solicitation | Solicitation | 0.70 |
| 12/17/19 | CP | DS | Review and respond to email from T. Schinckel (Weil) and M. Goren (Weil) regarding draft solicitation motion and exhibits | Solicitation | 0.30 |
| 12/18/19 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.50 |
| 12/18/19 | CP | DS | Coordinate with Prime Clerk case team regarding review of solicitation document drafts (.2); review same (.4) | Solicitation | 0.60 |
| 12/19/19 | DS | DS | Review and provide comments on draft solicitation documents | Solicitation | 1.20 |
| 12/20/19 | CP | DS | Review and provide comments on disclosure statement motion and related exhibits (1.2); draft email to Prime Clerk case team regarding same and follow up action items (.2) | Solicitation | 1.40 |
| 12/23/19 | CP | DS | Coordinate with M. Goren (Weil) regarding fire victims solicitation procedures | Solicitation | 0.80 |
| 12/24/19 | ATO | DS | Prepare for and participate in telephone conference with Matt Goren at Weil Gotshal re solicitation | Solicitation | 0.70 |
| 12/24/19 | CP | DS | Prepare for and participate on call with M. Goren and L. Carens (Weil) and A. Orchowski (Prime Clerk) regarding fire victims solicitation procedures | Solicitation | 0.90 |

| Date | | | | Description | Category | Hours |
|---|---|---|---|---|---|---|
| 12/26/19 | ATO | DS | | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 3.40 |
| 12/30/19 | CJ | DS | | Prepare suggested edits to solicitation materials | Solicitation | 0.30 |
| 12/30/19 | CP | DS | | Coordinate with C. Johnson (Prime Clerk) regarding comments to solicitation documents | Solicitation | 0.10 |
| 12/30/19 | STK | SA | | Review solicitation documents in preparation for solicitation | Solicitation | 2.00 |
| 12/31/19 | ATO | DS | | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 2.50 |
| 12/31/19 | CJ | DS | | Review and revise draft solicitation procedures | Solicitation | 1.70 |
| 12/31/19 | STK | SA | | Review solicitation documents in preparation for solicitation | Solicitation | 1.20 |
| | | | | | **Total Hours** | **26.00** |