# EXHIBIT E

## ITEMIZED DISBURSEMENTS

N/A