# EXHIBIT A

**SUMMARY OF COMPENSATION BY PROFESSIONAL**

**DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

**BERMAN AND TODDERUD LLP**

| Name of Professional | Position | Year Admitted | Hourly Rate | Total Hours Billed | Total Fees Prior to 2.5% Reduction* |
|---|---|---|---|---|---|
| Stan Berman | Partner | 1988 (Illinois)<br>1994 (Washington, D.C.)<br>2000 (Washington) | $920 | 47.4 | $43,608.00 |
| Eric Todderud | Partner | 1987 (Oregon-*inactive*)<br>2004 (Washington) | $692 | 69.6 | $48,163.20 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $772.80 | 117.0 | $90,417.62 |

*Pursuant to their fee arrangement with Pacific Gas and Electric Company, Berman and Todderud agreed to apply a 2.5% reduction to fees in excess of $1,000,000 for calendar year 2019. Berman and Todderud's fees for the year totaled $1,054,143.20. Accordingly, Berman and Todderud reduced the December fees invoiced to Pacific Gas and Electric Company by 2.5% of $54,143.20 (the amount in excess of $1 million for the year). That fee reduction equals $1,353.58. Thus, the fees for the month of December at agreed-upon billing rates, totaling $91,177.20, were reduced by $1,353.58, for a total compensation of $90,417.62.

6