# EXHIBIT B

7

**COMPENSATION BY PROJECT FOR SERVICES RENDERED
BY BERMAN AND TODDERUD LLP FOR THE PERIOD
DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Description | Hours | Amount |
|---|---|---|
| 2000-2001 Energy Crisis FERC Litigation | 117.0 | $90,417.62 |

8