# EXHIBIT C

**EXPENSE SUMMARY FOR THE PERIOD
DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

Berman and Todderud did not incur reimbursable expenses during the Fee Period.