# EXHIBIT D

## December 2019

## Itemized Time Description

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 12/2/2019 | Todderud | Draft emails re escrow disbursement instructions | 0.50 | $692.00 | $346.00 |
| 12/2/2019 | Todderud | Correspondence re October monthly fee statement | 0.60 | $692.00 | $415.20 |
| 12/2/2019 | Todderud | Confirm escrow payment to CERS under LADWP settlement | 0.50 | $692.00 | $346.00 |
| 12/2/2019 | Todderud | Integrate comments on Allocation Agreement amendment | 1.60 | $692.00 | $1,107.20 |
| 12/2/2019 | Todderud | Conferences with counsel for California Parties re escrow disbursements for tax payments | 0.60 | $692.00 | $415.20 |
| 12/3/2019 | Todderud | Telephone with J. Ryan (counsel for Edison) re agreements with suppliers | 0.40 | $692.00 | $276.80 |
| 12/3/2019 | Todderud | Telephone with C. Berry (consultant) re amendments to allocation agreements | 0.30 | $692.00 | $207.60 |
| 12/3/2019 | Todderud | Revise amendment to allocation agreements | 5.30 | $692.00 | $3,667.60 |
| 12/3/2019 | Berman | Edit allocation agreement amendment and emails re same. | 1.20 | $920.00 | $1,104.00 |
| 12/4/2019 | Berman | Edit allocation agreement and emails re same. | 0.80 | $920.00 | $736.00 |
| 12/4/2019 | Todderud | Revise amendment to allocation agreements | 2.80 | $692.00 | $1,937.60 |
| 12/4/2019 | Todderud | Review emails re Riverside settlement overlay issues | 0.40 | $692.00 | $276.80 |
| 12/4/2019 | Todderud | Confirm status of tax disbursements | 0.40 | $692.00 | $276.80 |
| 12/5/2019 | Todderud | Attend settlement overlay call | 1.10 | $692.00 | $761.20 |
| 12/5/2019 | Todderud | Draft settlement overlay filing | 5.90 | $692.00 | $4,082.80 |
| 12/5/2019 | Berman | Attend weekly settlement overlay call. | 1.10 | $920.00 | $1,012.00 |
| 12/6/2019 | Berman | Emails and discussion re Riverside overlay issues. | 1.20 | $920.00 | $1,104.00 |
| 12/6/2019 | Todderud | Compile list of fixed-dollar allocations in allocation agreements | 2.90 | $692.00 | $2,006.80 |

| | Date | Attorney | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | 12/6/2019 | Todderud | Draft settlement overlay filing | 3.90 | $692.00 | $2,698.80 |
| 2 | 12/8/2019 | Todderud | Draft settlement overlay filing | 2.70 | $692.00 | $1,868.40 |
| 3 | 12/9/2019 | Todderud | Attend internal call re status and strategy | 0.30 | $692.00 | $207.60 |
| 4 | 12/9/2019 | Todderud | Prepare report on fixed-dollar allocations under allocation agreements | 2.60 | $692.00 | $1,799.20 |
| 5 | 12/9/2019 | Todderud | Draft settlement overlay filing | 4.10 | $692.00 | $2,837.20 |
| 6 | 12/9/2019 | Berman | Attend weekly FERC strategy call. | 0.30 | $920.00 | $276.00 |
| 7 | 12/10/2019 | Todderud | Prepare report on fixed-dollar allocations under allocation agreements | 0.80 | $692.00 | $553.60 |
| 8 | 12/10/2019 | Todderud | Telephone with C. Berry (consultant) re allocation agreements | 0.30 | $692.00 | $207.60 |
| 9 | 12/10/2019 | Todderud | Draft settlement overlay filing | 2.50 | $692.00 | $1,730.00 |
| 10 | 12/10/2019 | Todderud | Review PX analysis of process of ceasing operations | 0.70 | $692.00 | $484.40 |
| 11 | 12/11/2019 | Todderud | Draft settlement overlay filing | 3.10 | $692.00 | $2,145.20 |
| 12 | 12/11/2019 | Todderud | Edit amendment to allocation agreements | 1.70 | $692.00 | $1,176.40 |
| 13 | 12/12/2019 | Todderud | Attend settlement overlay call | 1.20 | $692.00 | $830.40 |
| 14 | 12/12/2019 | Todderud | Conferences re PX wind-up charges | 0.60 | $692.00 | $415.20 |
| 15 | 12/12/2019 | Todderud | Research allocation of PX wind-up charges under allocation agreements | 1.60 | $692.00 | $1,107.20 |
| 16 | 12/12/2019 | Berman | Prepare for and attend weekly overlay call. | 1.20 | $920.00 | $1,104.00 |
| 17 | 12/12/2019 | Berman | Emails re settlement mediation and advice re same. | 1.40 | $920.00 | $1,288.00 |
| 18 | 12/16/2019 | Berman | Prepare for and attend weekly FERC strategy call. | 0.50 | $920.00 | $460.00 |
| 19 | 12/16/2019 | Todderud | Attend internal call re status and strategy | 0.40 | $692.00 | $276.80 |
| 20 | 12/17/2019 | Todderud | Telephone with C. Berry re allocation agreements and escrow accounts | 0.70 | $692.00 | $484.40 |
| 21 | 12/17/2019 | Todderud | Draft notice to escrow authorizing call-back confirmations of escrow instructions | 0.50 | $692.00 | $346.00 |
| 22 | 12/17/2019 | Todderud | Review text for inclusion in settlement overlay filing | 1.30 | $692.00 | $899.60 |

13

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/17/2019 | Berman | Prepare for and attend call with party re overlay issues. | 0.80 | $920.00 | $736.00 |
| 12/17/2019 | Berman | Research and emails re resolution of overlay issues. | 2.40 | $920.00 | $2,208.00 |
| 12/18/2019 | Berman | Emails re overlay issues for party and response to same. | 0.80 | $920.00 | $736.00 |
| 12/18/2019 | Berman | Edit and draft settlement overlay filing. | 2.60 | $920.00 | $2,392.00 |
| 12/18/2019 | Todderud | Analyze implementation of Enron allocation agreement cash distributions and draft summary | 5.10 | $692.00 | $3,529.20 |
| 12/19/2019 | Todderud | Attend settlement overlay call | 1.20 | $692.00 | $830.40 |
| 12/19/2019 | Todderud | Draft amendment to First Interim Fee Petition | 1.40 | $692.00 | $968.80 |
| 12/19/2019 | Todderud | Draft Certificate of No Objection for October fees | 0.40 | $692.00 | $276.80 |
| 12/19/2019 | Todderud | Research status of transfer of responsibilities for escrow | 0.80 | $692.00 | $553.60 |
| 12/19/2019 | Berman | Draft and edit overlay filing. | 2.80 | $920.00 | $2,576.00 |
| 12/19/2019 | Berman | Attend weekly settlement overlay call. | 1.20 | $920.00 | $1,104.00 |
| 12/19/2019 | Berman | Emails with parties re settlement overlay issues. | 0.70 | $920.00 | $644.00 |
| 12/20/2019 | Berman | Attend California Parties call re settlement mediation. | 0.40 | $920.00 | $368.00 |
| 12/20/2019 | Berman | Emails and discussion re overlay treatment of CERS amounts. | 0.80 | $920.00 | $736.00 |
| 12/20/2019 | Berman | Edit overlay filing. | 2.20 | $920.00 | $2,024.00 |
| 12/20/2019 | Todderud | Attend settlement group call | 0.40 | $692.00 | $276.80 |
| 12/20/2019 | Todderud | Draft email re assignment of responsibility for escrow | 0.70 | $692.00 | $484.40 |
| 12/20/2019 | Todderud | Analyze disposition of fixed-dollar allocations under allocation agreements and draft email re same | 1.50 | $692.00 | $1,038.00 |
| 12/23/2019 | Todderud | Edit settlement overlay filing | 2.30 | $692.00 | $1,591.60 |
| 12/23/2019 | Berman | Emails re settlement mediation. | 0.40 | $920.00 | $368.00 |
| 12/24/2019 | Berman | Edit/draft settlement overlay filing. | 2.50 | $920.00 | $2,300.00 |
| 12/26/2019 | Berman | Draft settlement overlay final filing. | 2.60 | $920.00 | $2,392.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/27/2019 | Berman | Edit settlement overlay final filing. | 4.20 | $920.00 | $3,864.00 |
| 12/28/2019 | Berman | Draft/edit settlement overlay final filing. | 3.80 | $920.00 | $3,496.00 |
| 12/29/2019 | Berman | Draft settlement overlay filing. | 3.60 | $920.00 | $3,312.00 |
| 12/30/2019 | Berman | Edit settlement overlay filing. | 4.40 | $920.00 | $4,048.00 |
| 12/30/2019 | Todderud | Edit amendment to allocation agreements | 2.10 | $692.00 | $1,453.20 |
| 12/31/2019 | Berman | Draft and edit settlement overlay filing. | 3.50 | $920.00 | $3,220.00 |
| 12/31/2019 | Todderud | Revise settlement overlay filing | 1.40 | $692.00 | $968.80 |

**TOTAL** **$91,177.20**