# EXHIBIT A

## PG&E Corporation and PG&E Company, et.al.
### Case No. 19-30088
Summary Of Hours and Discounted Fees Incurred By Professional
September 1, 2019 through September 30, 2019

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---|---|---|---|
| Aayush Bhatia | Associate - KGS | 64.0 | $ 135 | | $ 8,640.00 |
| Adrian Irwin | Senior Associate - Advisory | 39.4 | $ 325 | | $ 12,805.00 |
| Arthur Franke | Director - Advisory | 2.2 | $ 435 | | $ 957.00 |
| Arun Mani | Principal - Advisory | 4.0 | $ 500 | | $ 2,000.00 |
| Bellamy Yoo | Associate - Advisory | 20.3 | $ 275 | | $ 5,582.50 |
| Bhaskara Rama Bhaskara | Senior Specialist - Advisory | 80.0 | $ 225 | | $ 18,000.00 |
| Bob Zhang | Associate - Advisory | 161.5 | $ 135 | | $ 21,802.50 |
| Brian Wei | Associate - Advisory | 98.7 | $ 275 | | $ 27,142.50 |
| Celeste Campbell | Manager - Bankruptcy | 39.6 | $ 163 | | $ 6,435.00 |
| Christopher Wong | Associate - Advisory | 23.3 | $ 325 | | $ 7,572.50 |
| Clay Gilge | Principal - Advisory | 1.0 | $ 500 | (1) | $ 500.00 |
| Clay Gilge | Principal - Advisory | 3.5 | $ 625 | (1) | $ 2,187.50 |
| Cole Gallagher | Senior Associate - Advisory | 8.2 | $ 325 | | $ 2,665.00 |
| Daniel Elmblad | Senior Associate - Advisory | 9.5 | $ 325 | | $ 3,087.50 |
| Daniel Smith | Manager - Advisory | 2.2 | $ 475 | | $ 1,045.00 |
| David Ross | Manager - Advisory | 79.9 | $ 400 | | $ 31,960.00 |
| Dennis Cha | Associate - Advisory | 90.3 | $ 275 | | $ 24,832.50 |
| Dina Vozniak | Director - Advisory | 3.0 | $ 750 | | $ 2,250.00 |
| Drew Esler | Senior Associate - Advisory | 26.8 | $ 325 | | $ 8,710.00 |
| Eric Janes | Manager - Advisory | 29.8 | $ 400 | | $ 11,920.00 |
| Erik Lange | Partner - Advisory | 1.0 | $ 850 | | $ 850.00 |
| farbod Farzan | Senior Associate - Advisory | 87.9 | $ 325 | | $ 28,567.50 |
| Fran Shammo | Associate - Advisory | 40.5 | $ 275 | | $ 11,137.50 |
| Gaurav Mathur | Manager - Advisory | 1.5 | $ 400 | | $ 600.00 |
| Gaurav Thapan-Raina | Manager - Advisory | 38.0 | $ 400 | | $ 15,200.00 |
| Jeff Mahoney | Specialist Director - Analytics | 8.9 | $ 435 | | $ 3,871.50 |
| Jeffrey Kwan | Associate - Advisory | 16.0 | $ 275 | | $ 4,400.00 |
| Jeffrey Strong | Manager - Advisory | 1.0 | $ 475 | | $ 475.00 |
| Jon Guth | Manager - Advisory | 58.0 | $ 400 | | $ 23,200.00 |
| Jonathan Boldt | Associate - Advisory | 21.1 | $ 325 | | $ 6,857.50 |
| Jonathan White | Managing Director - Advisory | 41.0 | $ 475 | | $ 19,475.00 |
| Josh Conkel | Manager - Advisory | 108.5 | $ 224 | | $ 24,304.00 |
| Juan Gonzalez III | Partner - Advisory | 5.0 | $ 500 | (1) | $ 2,500.00 |
| Juan Gonzalez III | Partner - Advisory | 4.9 | $ 625 | (1) | $ 3,062.50 |
| Juanita Garza | Associate - Bankruptcy | 67.8 | $ 138 | | $ 9,322.50 |
| Kimberly Johnson | Senior Associate - Advisory | 45.0 | $ 425 | | $ 19,125.00 |
| Lucy Cai | Associate - Advisory | 77.1 | $ 275 | | $ 21,202.50 |
| Marcus Xu | Senior Associate - Advisory | 88.0 | $ 325 | | $ 28,600.00 |
| Matt Broida | Director - Advisory | 65.8 | $ 435 | | $ 28,623.00 |
| Matthew Bowser | Senior Associate - Advisory | 116.6 | $ 325 | | $ 37,895.00 |
| Matthew Rice | Lead Specialist (Manager) - Advisor | 154.2 | $ 225 | | $ 34,695.00 |
| Michelle Yeung | Associate - Advisory | 35.0 | $ 325 | | $ 11,375.00 |
| Monica Plangman | Associate Director - Bankruptcy | 9.5 | $ 213 | | $ 2,018.75 |
| Rachael Graening | Senior Associate - Advisory | 13.5 | $ 425 | | $ 5,737.50 |
| Raghav Saboo | Manager - Advisory | 1.3 | $ 400 | | $ 520.00 |
| Reid Tucker | Principal - Advisory | 2.0 | $ 500 | | $ 1,000.00 |
| Rob Villegas | Senior Associate - Advisory | 30.4 | $ 225 | | $ 6,840.00 |
| Rohit Nagdeo | Lead Specialist (Manager) - Advisor | 160.0 | $ 225 | | $ 36,000.00 |
| Scott Stoddard | Director - Advisory | 26.3 | $ 435 | (1) | $ 11,440.50 |
| Scott Stoddard | Director - Advisory | 25.9 | $ 550 | (1) | $ 14,245.00 |
| Stephen Greer | Senior Associate - Advisory | 10.5 | $ 425 | | $ 4,462.50 |
| Tabitha Gaustad | Director - Advisory | 23.1 | $ 550 | | $ 12,705.00 |

# EXHIBIT A

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary Of Hours and Discounted Fees Incurred By Professional
September 1, 2019 through September 30, 2019

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation | |
|---|---|---|---|---|---|
| Tanveer Abbas | Senior Associate - Advisory | 44.9 | $ 325 | $ 14,576.25 | |
| Tom Haslam | Managing Director- Advisory | 0.5 | $ 475 | $ 237.50 | |
| Trent Anderson | Associate - Advisory | 107.5 | $ 275 | $ 29,562.50 | |
| Wendy Shaffer | Senior Associate - Bankruptcy | 3.4 | $ 150 | $ 510.00 | |
| Will Brennan | Senior Associate - Advisory | 85.4 | $ 325 | $ 27,755.00 | |
| **Subtotal Hours and Fees at Discounted Rates** | | **2,414.2** | | **$ 703,043.50** | |
| Data Security Services - Exhibit C2 (Fixed Fee) | | | | $ 241,960.40 | (2) |
| Legal Support Services - Exhibit C3 (non-hourly fees) | | | | $ 45,917.34 | (3) |
| Endpoint Security Strategy Assessment - Exhibit C12 (Fixed Fee) | | | | $ - | (4) |
| **Total Fees Requested** | | | | **$ 990,921.24** | |
| Out of Pocket Expenses | | | | $ 64,369.93 | |
| **Total Fees and Out of Pocket Expenses** | | | | **$ 1,055,291.17** | |
| less Holdback Adjustment (20%) | | | | $ (198,184.25) | |
| **Net Requested Fees & Out of Pocket Expenses** | | | | **$ 857,106.92** | |
| **Blended Hourly Rate** (excludes Fixed Fee Hours) | | | **$ 291.22** | | |

[1] Rates differ due to services provided relating to different CWA's.

[2] KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. As of September 30, 2019, KPMG is requesting the fixed-fee amount above for these services, as approved by the client.

[3] These fees represent the recurring monthly charges as detailed in Appendix C of the Legal Support Services Agreement and further detailed on Exhibit C3.

[4] KPMG and the Debtors agreed to fixed-fee compensation for the Endpoint Protection Strategy Assessment Services. KPMG is not requesting any of the fixed-fee amount in the current month.