**EXHIBIT B**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary of Hours and Discounted Fees Incurred by Category
September 1, 2019 through September 30, 2019

| Project Category | Exhibit | Total Billed Hours | Total Fees Requested | |
|---|---|---:|---:|---|
| Asset Management Services | C1 | 1,283.5 | $ 431,443.25 | |
| Data Security Services | C2 | | $ 241,960.40 | (1) |
| Legal Support Services | C3 | 2.2 | $ 46,962.34 | (2) |
| IT Software Services (Phase I) | C4 | 0.0 | $ - | |
| Enterprise Project Management Tools Implementation Services | C5 | 0.0 | $ - | |
| Risk Assessment Services | C6 | 0.0 | $ - | |
| Retention Services | C7 | 2.4 | $ 390.00 | |
| Fee Application Preparation Services | C8 | 117.9 | $ 17,896.25 | |
| IT Software Services (Phase II) | C9 | 424.6 | $ 95,535.00 | |
| Quanta Invoice Review Services | C10 | 82.5 | $ 14,140.00 | |
| Data Security Loan Staff Services | C11 | 0.0 | $ - | |
| Endpoint Protection Strategy Assessment Services | C12 | | $ - | (3) |
| Data Security CCPA Support Staff Services | C13 | 270.0 | $ 46,106.50 | |
| Tax and Accounting On-Call Services | C14 | 4.0 | $ 3,100.00 | |
| Permitting Spend Analysis Services | C15 | 227.1 | $ 93,387.50 | |
| **Total Fees Requested** | | **2,414.2** | **$ 990,921.24** | |

(1) KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. As of September 30, 2019 KPMG is requesting the fixed-fee amount above for these services, as approved by the client.

(2) Fee amount composed of hourly fees and recurring hosting fees.

(3) KPMG and the Debtors agreed to fixed-fee compensation for the Endpoint Protection Strategy Assessment Services. KPMG is not requesting any of the fixed-fee amount in the current month.