**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary of Out of Pocket Expenses
September 1, 2019 through September 30, 2019

| Category | Amount | |
|---|---|---|
| Airfare | $ | 19,580.51 |
| Lodging | $ | 34,204.88 |
| Meals | $ | 4,039.89 |
| Ground Transportation | $ | 6,544.65 |
| Miscellaneous | $ | - |
| **Total** | **$** | **64,369.93** |

**EXHIBIT D1**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
September 1, 2019 through September 30, 2019

| Name | Date | Description | | Amount |
|------|------|-------------|---|--------|
| Michael Gomez | 09/04/19 | One-way airfare for travel from Baltimore, MD to San Francisco, CA. Date: 09/04/19 | $ | 338.29 |
| Toby Sedgwick | 09/05/19 | Roundtrip airfare from Chicago, IL to San Francisco, CA. Dates: 09/02/19 - 09/05/19 | $ | 558.35 |
| Yosef Kerzner | 09/05/19 | Roundtrip coach airfare from Houston, TX to San Francisco, CA. Dates 09/03/19 - 09/05/19 | $ | 715.79 |
| Michael Gomez | 09/09/19 | One-way airfare for travel from San Francisco, CA to Baltimore, MD. Date: 09/09/19 | $ | 301.40 |
| Bob Zhang | 09/12/19 | Roundtrip coach airfare from Dallas / Fort Worth, TX to San Francisco, CA. Dates: 09/08/19 - 09/12/19 | $ | 462.99 |
| Garrett Dupree | 09/12/19 | Airfare Roundtrip from Dallas / Fort Worth, TX (DFW) to San Francisco, CA (SFO). Dates: 09/08/19 - 09/12/19 | $ | 522.99 |
| Toby Sedgwick | 09/12/19 | Roundtrip coach airfare for travel from Chicago, IL to San Francisco, CA. Dates: 09/08/19 - 09/12/19 | $ | 563.54 |
| Kristy Hornland | 09/12/19 | Multi segment roundtrip coach class airfare from Seattle, WA to San Francisco, CA on 9/9/2019, then return from San Francisco, CA to Denver, CO on 9/12/19. | $ | 563.80 |
| Josh Conkel | 09/12/19 | Roundtrip coach class airfare from Columbus, OH to San Francisco, CA. Dates: 09/09/19 - 09/12/19. | $ | 589.57 |
| Trent Anderson | 09/16/19 | One-way economy class airfare from Everett, WA to San Francisco, CA. Date: 09/16/19 | $ | 262.60 |
| Scott Stoddard | 09/17/19 | Airfare for one-way travel from Los Angeles, CA to Oakland, CA. Date: 09/17/19 | $ | 370.77 |
| Arun Mani | 09/17/19 | Roundtrip airfare for travel from Houston, TX to San Diego, CA to Los Angeles and back to Houston, TX. Dates: 09/15/19 - 09/17/19 | $ | 539.14 |
| Trent Anderson | 09/19/19 | One-way economy class airfare from San Francisco, CA to Everett, WA. Date: 09/19/19 | $ | 267.10 |
| Dennis Cha | 09/19/19 | Roundtrip coach airfare for travel from Los Angeles, CA (LAX) to San Francisco, CA (SFO). Date: 09/16/19 - 09/19/19 | $ | 285.64 |
| farbod Farzan | 09/19/19 | Airfare change fee for new travel dates (09/16/19  09/19/19) as the project started earlier due to PG&E request. | $ | 308.80 |
| Bob Zhang | 09/19/19 | Roundtrip coach airfare from Dallas / Fort Worth, TX to San Francisco, CA. Dates: 09/15/19 - 09/19/19 | $ | 522.20 |
| farbod Farzan | 09/19/19 | Roundtrip coach airfare for travel from Newark, NJ to San Francisco, CA. Dates: 09/16/19 - 09/19/19 | $ | 682.20 |
| Will Brennan | 09/19/19 | Roundtrip coach class airfare from Newark, NJ to San Francisco. Dates: 09/16/19 - 09/19/19 | $ | 682.20 |
| Scott Stoddard | 09/22/19 | Airfare for one-way travel from Los Angeles, CA to San Francisco, CA. Date: 09/22/19 | $ | 201.93 |
| Matt Broida | 09/22/19 | One-way coach airfare from Houston, TX to San Francisco, CA. Date: 09/22/19 | $ | 385.50 |
| Trent Anderson | 09/23/19 | One-way economy class airfare from Everett, WA to San Francisco, CA. Date: 09/23/19 | $ | 266.60 |
| Kristy Hornland | 09/23/19 | One-way coach class airfare from Denver, CO to San Francisco, CA. Date: 09/23/19 | $ | 285.19 |
| Lucy Cai | 09/23/19 | One-way economy flight from Chicago, IL to San Francisco, CA. Date: 09/23/19 | $ | 428.70 |
| Scott Stoddard | 09/25/19 | Airfare for one-way travel from San Francisco, CA to Los Angeles, CA . Date: 09/25/19 | $ | 201.93 |
| Eric Janes | 09/25/19 | Roundtrip coach airfare for travel from Denver, CO to San Francisco, CA. Dates: 09/24/19 - 09/25/19 | $ | 242.43 |

Case: 19-30088   Doc# 5582-4   Filed: 01/31/20   Entered: 01/31/20 13:52:01   Page 2 of 19

**EXHIBIT D1**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
September 1, 2019 through September 30, 2019

| Name | Date | Description | Amount |
|------|------|-------------|-------:|
| Tanveer Abbas | 09/25/19 | Roundtrip coach airfare from San Diego, CA to San Francisco, CA. Dates: 09/24/19 - 09/25/19 | $ 276.18 |
| Garrett Dupree | 09/25/19 | Airfare Roundtrip from Dallas / Fort Worth, TX (DFW) to San Francisco, CA (SFO). Dates: 09/22/19 - 09/25/19 | $ 488.80 |
| Jeff Mahoney | 09/25/19 | Round trip coach class airfare from Houston, TX to San Francisco, CA. Dates: 9/24/19 - 9/25/19 | $ 771.00 |
| Kristy Hornland | 09/26/19 | Change fee to alter flight to 9/26 to stay additional days for client work at PG&E headquarters per client need. | $ 200.00 |
| Trent Anderson | 09/26/19 | One way economy class airfare from San Francisco, CA to Everett, WA. Date: 09/26/19 | $ 267.10 |
| David Ross | 09/26/19 | Roundtrip coach airfare for travel from Los Angeles, CA (LAX) to San Francisco, CA (SFO). Dates: 09/23/19 - 09/26/19 | $ 295.91 |
| Lucy Cai | 09/26/19 | One-way economy flight from San Francisco, CA to Chicago, IL. Date: 09/26/26 | $ 333.30 |
| Bob Zhang | 09/26/19 | Roundtrip coach airfare from Dallas / Fort Worth, TX to San Francisco, CA. Dates: 09/22/19 - 09/26/19 | $ 409.40 |
| Yosef Kerzner | 09/26/19 | Roundtrip coach airfare from Houston, TX to San Francisco, CA. Dates 09/23/19 - 09/26/19 | $ 581.40 |
| Gaurav Thapan-Raina | 09/26/19 | Roundtrip airfare for travel from New York, NY to San Francisco, CA. Dates: 09/23/19 - 09/26/19 | $ 648.10 |
| Toby Sedgwick | 09/26/19 | Roundtrip coach class airfare from Chicago, IL to San Francisco, CA. Date: 09/22/19 - 09/26/19. | $ 657.80 |
| Jon Guth | 09/26/19 | Roundtrip coach airfare from Baltimore, MD to San Francisco, CA. Dates: 09/24/19 - 09/26/19 | $ 665.50 |
| Will Brennan | 09/26/19 | Roundtrip coach class airfare from Newark, NJ to San Francisco, CA. Dates: 09/23/19 - 09/26/19 | $ 690.70 |
| farbod Farzan | 09/26/19 | Roundtrip coach class airfare from Newark, NJ to San Francisco, CA. Date: 09/23/19 - 09/26/19 | $ 690.70 |
| Dennis Cha | 09/23/19 | One-way coach airfare for travel from Los Angeles, CA to San Jose, CA. Date: 09/23/19 | $ 209.50 |
| Dennis Cha | 09/27/19 | One-way coach airfare for travel from San Jose, CA to Los Angeles, CA. Date: 09/27/19 | $ 218.98 |
| Kimberly Johnson | 09/27/19 | Roundtrip coach class airfare from Los Angeles, CA to San Francisco, CA. Dates: 09/23/19 - 09/27/19 | $ 369.70 |
| Fran Shammo | 09/27/19 | Roundtrip coach airfare for travel from Newark, NJ to San Francisco, CA. Date: 09/22/19 - 09/27/19 | $ 664.51 |
| Scott Stoddard | 09/29/19 | Airfare for one-way travel from Los Angeles, CA to San Francisco, CA. Date: 09/29/19 | $ 201.93 |
| Dennis Cha | 09/30/19 | One-way coach airfare for travel from Los Angeles, CA to San Francisco, CA. Date: 09/30/19 | $ 123.75 |
| Trent Anderson | 09/30/19 | One-way economy class airfare from Everett, WA to San Francisco, CA. Date: 09/30/19 | $ 266.60 |
| | | **Air Fare Subtotal** | **$ 19,580.51** |
| Toby Sedgwick | 09/03/19 | Lodging for 1 night (09/02/19 - 09/03/19) while traveling to perform work for PG&E. | $ 215.79 |
| Toby Sedgwick | 09/04/19 | Lodging for 1 night (09/03/19 - 09/04/19) while traveling to perform work for PG&E. | $ 307.63 |

Case: 19-30088    Doc# 5582-4    Filed: 01/31/20    Entered: 01/31/20 13:52:01    Page 3 of 19

**EXHIBIT D1**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
September 1, 2019 through September 30, 2019

| Name | Date | Description | | Amount |
|------|------|-------------|---|--------|
| Yosef Kerzner | 09/04/19 | Lodging for 1 night (09/03/19 - 09/04/19) while traveling to perform work for PG&E. | $ | 312.71 |
| Yosef Kerzner | 09/05/19 | Lodging for 1 night (09/04/19 - 09/05/19) while traveling to perform work for PG&E. | $ | 312.71 |
| Michael Gomez | 09/05/19 | Lodging for out-of-town work at PG&E for 1 night (09/04/19 - 09/05/19). | $ | 512.62 |
| Toby Sedgwick | 09/05/19 | Lodging for 1 night (09/04/19 - 09/05/19) while traveling to perform work for PG&E. | $ | 659.87 |
| Michael Gomez | 09/06/19 | Lodging for out-of-town work at PG&E for 1 night (09/05/19 - 09/06/19). | $ | 512.62 |
| Toby Sedgwick | 09/09/19 | Lodging for 1 night (09/08/19 - 09/09/19) while traveling to perform work for PG&E. | $ | 324.88 |
| Garrett Dupree | 09/09/19 | Lodging for 1 night (09/08/19 - 09/09/19) while traveling to perform work for PG&E. | $ | 394.68 |
| Josh Conkel | 09/10/19 | Lodging for 1 night (09/09/19 - 09/10/19) while traveling to perform work for PG&E | $ | 365.78 |
| Kristy Hornland | 09/10/19 | Lodging for 1 night (09/09/19 - 09/10/19) while traveling to perform work for PG&E | $ | 359.81 |
| Toby Sedgwick | 09/10/19 | Lodging for 1 night (09/09/19 - 09/10/19) while traveling to perform work for PG&E. | $ | 359.81 |
| Garrett Dupree | 09/10/19 | Lodging for 1 night (09/09/19 - 09/10/19) while traveling to perform work for PG&E. | $ | 394.68 |
| Josh Conkel | 09/11/19 | Lodging for 1 night (09/10/19 - 09/11/19) while traveling to perform work for PG&E | $ | 394.84 |
| Kristy Hornland | 09/11/19 | Lodging for 1 night (09/10/19 - 09/11/19) while traveling to perform work for PG&E | $ | 359.81 |
| Toby Sedgwick | 09/11/19 | Lodging for 1 night (09/10/19 - 09/11/19) while traveling to perform work for PG&E. | $ | 359.81 |
| Garrett Dupree | 09/11/19 | Lodging for 1 night (09/10/19 - 09/11/19) while traveling to perform work for PG&E. | $ | 394.68 |
| Josh Conkel | 09/12/19 | Lodging for 1 night (09/11/19 - 09/12/19) while traveling to perform work for PG&E | $ | 414.60 |
| Kristy Hornland | 09/12/19 | Lodging for 1 night (09/11/19 - 09/12/19) while traveling to perform work for PG&E | $ | 359.81 |
| Toby Sedgwick | 09/12/19 | Lodging for 1 night (09/11/19 - 09/12/19) while traveling to perform work for PG&E. | $ | 359.81 |
| Garrett Dupree | 09/12/19 | Lodging for 1 night (09/11/19 - 09/12/19) while traveling to perform work for PG&E. | $ | 394.68 |
| Bob Zhang | 09/12/19 | Lodging for 4 nights (09/08/19 - 09/12/19) while traveling to perform work for PG&E. | $ | 1,357.74 |

Case: 19-30088    Doc# 5582-4    Filed: 01/31/20    Entered: 01/31/20 13:52:01    Page 4 of 19

**EXHIBIT D1**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
September 1, 2019 through September 30, 2019

| Name | Date | Description | Amount |
|------|------|-------------|-------:|
| Will Brennan | 09/17/19 | Lodging for 1 night (09/16/19 - 09/17/19) while traveling to perform work for PG&E. | $ 300.00 |
| farbod Farzan | 09/17/19 | Lodging for 1 night (09/16/19 - 09/17/19) while traveling to perform work for PG&E. | $ 300.00 |
| Trent Anderson | 09/17/19 | Lodging for 1 night (09/16/19 - 09/17/19) while traveling to perform work for PG&E. | $ 281.48 |
| Dennis Cha | 09/17/19 | Lodging for 1 night (09/16/19 - 09/17/19) while traveling to perform work for PG&E. | $ 281.48 |
| Will Brennan | 09/18/19 | Lodging for 1 night (09/17/19 - 09/18/19) while traveling to perform work for PG&E. | $ 300.00 |
| farbod Farzan | 09/18/19 | Lodging for 1 night (09/17/19 - 09/18/19) while traveling to perform work for PG&E. | $ 300.00 |
| Trent Anderson | 09/18/19 | Lodging for 1 night (08/17/19 - 08/18/19) while traveling to perform work for PG&E. | $ 281.48 |
| Dennis Cha | 09/18/19 | Lodging for 1 night (09/17/19 - 09/18/19) while traveling to perform work for PG&E. | $ 281.48 |
| Will Brennan | 09/19/19 | Lodging for 1 night (09/18/19 - 09/19/19) while traveling to perform work for PG&E. | $ 300.00 |
| farbod Farzan | 09/19/19 | Lodging for 1 night (09/18/19 - 09/19/19) while traveling to perform work for PG&E. | $ 300.00 |
| Bob Zhang | 09/19/19 | Lodging for 4 nights (09/15/19 - 09/19/19) while traveling to perform work for PG&E. | $ 1,541.51 |
| Trent Anderson | 09/19/19 | Lodging for 1 night (09/18/19 - 09/19/19) while traveling to perform work for PG&E. | $ 281.48 |
| Dennis Cha | 09/19/19 | Lodging for 1 night (09/18/19 - 09/19/19) while traveling to perform work for PG&E. | $ 281.48 |
| Matt Broida | 09/23/19 | Lodging for 1 night (09/22/19 - 09/23/19) while traveling to perform work for PG&E. | $ 300.00 |
| Toby Sedgwick | 09/23/19 | Lodging for 1 night (09/22/19 - 09/23/19) while traveling to perform work for PG&E. | $ 391.33 |
| Garrett Dupree | 09/23/19 | Lodging for 1 night (09/22/19 - 09/23/19) while traveling to perform work for PG&E. | $ 441.18 |
| Fran Shammo | 09/23/19 | Lodging for 1 night (09/22/19 - 09/23/19) while traveling to perform work for PG&E. | $ 266.34 |

Case: 19-30088    Doc# 5582-4    Filed: 01/31/20    Entered: 01/31/20 13:52:01    Page 5 of 19

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
September 1, 2019 through September 30, 2019

| Name | Date | Description | | Amount |
|------|------|-------------|---|--------|
| Yosef Kerzner | 09/24/19 | Lodging for 1 night (09/23/19 - 09/24/19) while traveling to perform work for PG&E. | $ | 202.67 |
| Kimberly Johnson | 09/24/19 | Lodging for 1 night (09/23/19 - 09/24/19) while traveling to perform work for PG&E | $ | 300.00 |
| Matt Broida | 09/24/19 | Lodging for 1 night (09/23/19 - 09/24/19) while traveling to perform work for PG&E. | $ | 300.00 |
| David Ross | 09/24/19 | Lodging for 1 night (09/23/19 - 09/24/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Gaurav Thapan-Raina | 09/24/19 | Lodging for 1 night (09/23/19 - 09/24/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Lucy Cai | 09/24/19 | Lodging for 1 night (09/23/19 - 09/24/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Scott Stoddard | 09/24/19 | Lodging for 1 night (09/23/19 - 09/24/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Will Brennan | 09/24/19 | Lodging for 1 night (09/23/19 - 09/24/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Gary Rich | 09/24/19 | Lodging for 1 night (09/23/19 - 09/24/19) while traveling to perform work for PG&E. | $ | 337.72 |
| Kristy Hornland | 09/24/19 | Lodging for 1 night (09/23/19 - 09/24/19) while traveling to perform work for PG&E | $ | 339.93 |
| Toby Sedgwick | 09/24/19 | Lodging for 1 night (09/23/19 - 09/24/19) while traveling to perform work for PG&E. | $ | 391.33 |
| Garrett Dupree | 09/24/19 | Lodging for 1 night (09/23/19 - 09/24/19) while traveling to perform work for PG&E. | $ | 441.18 |
| farbod Farzan | 09/24/19 | Lodging for 1 night (09/23/19 - 09/24/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Fran Shammo | 09/24/19 | Lodging for 1 night (09/23/19 - 09/24/19) while traveling to perform work for PG&E. | $ | 266.34 |
| Dennis Cha | 09/24/19 | Lodging for 1 night (09/23/19 - 09/24/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Trent Anderson | 09/24/19 | Lodging for 1 night (09/23/19 - 09/24/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Yosef Kerzner | 09/25/19 | Lodging for 3 nights (09/24/19 - 09/25/19) while traveling to perform work for PG&E. | $ | 202.67 |
| Arun Mani | 09/25/19 | Lodging for 1 night (09/24/19 - 09/25/19) while traveling to perform work for PG&E. | $ | 300.00 |

Case: 19-30088    Doc# 5582-4    Filed: 01/31/20    Entered: 01/31/20 13:52:01    Page 6 of 19

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
September 1, 2019 through September 30, 2019

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Matt Broida | 09/25/19 | Lodging for 1 night (09/24/19 - 09/25/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Jeff Mahoney | 09/25/19 | Lodging for 1 night (09/24/19 - 09/25/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Tanveer Abbas | 09/25/19 | Lodging for 1 night (09/24/19 - 09/25/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Eric Janes | 09/25/19 | Lodging for 1 night (09/24/19 - 09/25/19) while traveling to perform work for PG&E. | $ | 300.00 |
| David Ross | 09/25/19 | Lodging for 1 night (09/24/19 - 09/25/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Gaurav Thapan-Raina | 09/25/19 | Lodging for 1 night (09/24/19 - 09/25/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Lucy Cai | 09/25/19 | Lodging for 1 night (09/24/19 - 09/25/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Scott Stoddard | 09/25/19 | Lodging for 1 night (09/24/19 - 09/25/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Jon Guth | 09/25/19 | Lodging for 1 night (09/24/19 - 09/25/19) while traveling to perform work for PG&E. | $ | 300.00 |
| farbod Farzan | 09/25/19 | Lodging for 1 night (09/24/19 - 09/25/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Will Brennan | 09/25/19 | Lodging for 1 night (09/24/19 - 09/25/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Kimberly Johnson | 09/25/19 | Lodging for 1 night (09/24/19 - 09/25/19) while traveling to perform work for PG&E | $ | 300.00 |
| Kristy Hornland | 09/25/19 | Lodging  for 1 night (09/24/19 - 09/25/19) while traveling to perform work for PG&E. | $ | 355.15 |
| Toby Sedgwick | 09/25/19 | Lodging for 1 night (09/24/19 - 09/25/19) while traveling to perform work for PG&E. | $ | 391.33 |
| Garrett Dupree | 09/25/19 | Lodging for 1 night (09/23/19 - 09/25/19) while traveling to perform work for PG&E. | $ | 441.18 |
| Fran Shammo | 09/25/19 | Lodging for 1 night (09/24/19 - 09/25/19) while traveling to perform work for PG&E. | $ | 266.34 |
| Dennis Cha | 09/25/19 | Lodging for 1 night (09/24/19 - 09/25/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Trent Anderson | 09/25/19 | Lodging for 1 night (09/24/19 - 09/25/19) while traveling to perform work for PG&E. | $ | 300.00 |

Case: 19-30088   Doc# 5582-4   Filed: 01/31/20   Entered: 01/31/20 13:52:01   Page 7
of 19

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
September 1, 2019 through September 30, 2019

| Name | Date | Description | | Amount |
|------|------|-------------|---|--------|
| Arun Mani | 09/26/19 | Lodging for 1 night (09/25/19 - 09/26/19) while traveling to perform work for PG&E. | $ | 176.61 |
| Yosef Kerzner | 09/26/19 | Lodging for 3 nights (09/25/19 - 09/26/19) while traveling to perform work for PG&E. | $ | 202.67 |
| Kimberly Johnson | 09/26/19 | Lodging for 1 night (09/25/19 - 09/26/19) while traveling to perform work for PG&E | $ | 300.00 |
| Matt Broida | 09/26/19 | Lodging for 1 night (09/25/19 - 09/26/19) while traveling to perform work for PG&E. | $ | 300.00 |
| David Ross | 09/26/19 | Lodging for 1 night (09/25/19 - 09/26/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Gaurav Thapan-Raina | 09/26/19 | Lodging for 1 night (09/25/19 - 09/26/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Lucy Cai | 09/26/19 | Lodging for 1 night (09/25/19 - 09/26/19) while traveling to perform work for PG&E. | $ | 300.00 |
| farbod Farzan | 09/26/19 | Lodging for 1 night (09/25/19 - 09/26/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Will Brennan | 09/26/19 | Lodging for 1 night (09/25/19 - 09/26/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Jon Guth | 09/26/19 | Lodging for 1 nights (09/25/19 - 09/26/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Kristy Hornland | 09/26/19 | Lodging for 1 night (09/25/19 - 09/26/19) while traveling to perform work for PG&E | $ | 355.15 |
| Toby Sedgwick | 09/26/19 | Lodging for 1 night (09/25/19 - 09/26/19) while traveling to perform work for PG&E. | $ | 391.33 |
| Bob Zhang | 09/26/19 | Lodging for 4 nights (09/22/19 - 09/26/19) while traveling to perform work for PG&E. | $ | 1,289.23 |
| Fran Shammo | 09/26/19 | Lodging for 1 night (09/25/19 - 09/26/19) while traveling to perform work for PG&E. | $ | 266.34 |
| Dennis Cha | 09/26/19 | Lodging for 1 night (09/25/19 - 09/26/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Trent Anderson | 09/26/19 | Lodging for 1 night (09/25/19 - 09/26/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Kimberly Johnson | 09/27/19 | Lodging for 1 night (09/26/19 - 09/27/19) while traveling to perform work for PG&E | $ | 300.00 |
| Fran Shammo | 09/27/19 | Lodging for 1 night (09/26/19 - 09/27/19) while traveling to perform work for PG&E. | $ | 300.00 |

Case: 19-30088    Doc# 5582-4    Filed: 01/31/20    Entered: 01/31/20 13:52:01    Page 8 of 19

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
September 1, 2019 through September 30, 2019

| Name | Date | Description | | Amount |
|------|------|-------------|---|--------|
| Toby Sedgwick | 09/30/19 | Lodging for 1 night (09/29/19 - 09/30/19) while traveling to perform work for PG&E. | $ | 227.44 |
| Scott Stoddard | 09/30/19 | Lodging for 1 night (09/29/19 - 09/30/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Garrett Dupree | 09/30/19 | Lodging for 1 night (09/29/19 - 09/30/19) while traveling to perform work for PG&E. | $ | 401.66 |
| | | **Lodging Subtotal** | **$** | **34,204.88** |
| Toby Sedgwick | 09/03/19 | Out of town breakfast expense incurred while out of town on PG&E business. | $ | 7.59 |
| Scott Stoddard | 09/04/19 | Out of town breakfast while traveling to perform work for PG&E. | $ | 15.25 |
| Toby Sedgwick | 09/04/19 | Out of town dinner meal incurred in San Francisco, CA. | $ | 22.72 |
| Yosef Kerzner | 09/04/19 | Out of town dinner while traveling to perform work for PG&E. | $ | 35.58 |
| Toby Sedgwick | 09/05/19 | Out of town dinner meal incurred in San Francisco, CA. | $ | 32.42 |
| Yosef Kerzner | 09/05/19 | Out of town dinner while traveling to perform work for PG&E. | $ | 36.80 |
| Bob Zhang | 09/08/19 | Out of town dinner while traveling to perform work for PG&E. | $ | 17.50 |
| Bob Zhang | 09/09/19 | Out of town breakfast while traveling to perform work for PG&E. | $ | 6.43 |
| Garrett Dupree | 09/09/19 | Out of town breakfast while traveling to perform work for PG&E. | $ | 6.53 |
| Toby Sedgwick | 09/09/19 | Out of town breakfast meal incurred in San Francisco, CA. | $ | 7.59 |
| Kristy Hornland | 09/09/19 | Out of town breakfast meal incurred in San Francisco, CA. | $ | 10.64 |
| Bob Zhang | 09/09/19 | Out of town dinner while traveling to perform work for PG&E. | $ | 16.50 |
| Garrett Dupree | 09/10/19 | Out of town breakfast while traveling to perform work for PG&E. | $ | 4.48 |
| Toby Sedgwick | 09/10/19 | Out of town breakfast meal incurred in San Francisco, CA. | $ | 8.73 |
| Josh Conkel | 09/10/19 | Out of town breakfast while traveling to perform work for PG&E. | $ | 9.08 |
| Kristy Hornland | 09/10/19 | Out of town breakfast meal incurred in San Francisco, CA. | $ | 10.00 |
| Josh Conkel | 09/10/19 | Out of town breakfast while traveling to perform work for PG&E. | $ | 15.56 |
| Toby Sedgwick | 09/10/19 | Out of town dinner meal incurred in San Francisco, CA. | $ | 21.01 |
| Kristy Hornland | 09/10/19 | Out of town dinner meal incurred in San Francisco, CA. | $ | 40.00 |
| Garrett Dupree | 09/10/19 | Out of town dinner while traveling to perform work for PG&E. | $ | 40.00 |
| Garrett Dupree | 09/11/19 | Out of town breakfast while traveling to perform work for PG&E. | $ | 6.53 |
| Bob Zhang | 09/11/19 | Out of town breakfast while traveling to perform work for PG&E. | $ | 10.00 |
| Kristy Hornland | 09/11/19 | Out of town breakfast meal incurred in San Francisco, CA. | $ | 11.29 |
| Kristy Hornland | 09/11/19 | Out of town dinner meal incurred in San Francisco, CA. | $ | 14.44 |
| Toby Sedgwick | 09/11/19 | Out of town dinner incurred in San Francisco, CA. | $ | 28.26 |
| Garrett Dupree | 09/11/19 | Out of town dinner while traveling to perform work for PG&E. | $ | 36.04 |
| Bob Zhang | 09/11/19 | Out of town dinner while traveling to perform work for PG&E. | $ | 40.00 |
| Bob Zhang | 09/12/19 | Out of town breakfast while traveling to perform work for PG&E. | $ | 4.28 |
| Toby Sedgwick | 09/12/19 | Out of town breakfast meal incurred in San Francisco, CA. | $ | 8.73 |
| Garrett Dupree | 09/12/19 | Out of town breakfast while traveling to perform work for PG&E. | $ | 10.38 |
| Josh Conkel | 09/12/19 | Out of town breakfast while traveling to perform work for PG&E. | $ | 11.75 |
| Garrett Dupree | 09/12/19 | Out of town dinner while traveling to perform work for PG&E. | $ | 33.98 |
| Josh Conkel | 09/12/19 | Out of town dinner while traveling to perform work for PG&E. | $ | 38.96 |
| Toby Sedgwick | 09/12/19 | Out of town dinner meal incurred in San Francisco, CA. | $ | 40.00 |
| Bob Zhang | 09/15/19 | Out of town dinner while traveling to perform work for PG&E. | $ | 10.01 |
| farbod Farzan | 09/16/19 | Out of town breakfast while traveling to perform work for PG&E. | $ | 7.49 |
| Will Brennan | 09/16/19 | Out of town breakfast while traveling to perform work for PG&E. | $ | 8.60 |
| Bob Zhang | 09/16/19 | Out of town breakfast while traveling to perform work for PG&E. | $ | 12.97 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
September 1, 2019 through September 30, 2019

| Name | Date | Description | Amount |
|---|---|---|---|
| farbod Farzan | 09/16/19 | Out of town dinner while traveling to perform work for PG&E. | $ 13.07 |
| Will Brennan | 09/16/19 | Out of town dinner while traveling to perform work for PG&E. | $ 13.96 |
| Bob Zhang | 09/16/19 | Out of town dinner while traveling to perform work for PG&E. | $ 32.19 |
| Trent Anderson | 09/16/19 | Out of town dinner for self during work on PG&E engagement. | $ 30.99 |
| Dennis Cha | 09/16/19 | Out of town dinner while traveling to perform work for PG&E. | $ 40.00 |
| Will Brennan | 09/17/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 5.75 |
| Will Brennan | 09/17/19 | Out of town dinner while traveling to perform work for PG&E. | $ 9.34 |
| farbod Farzan | 09/17/19 | Out of town dinner while traveling to perform work for PG&E. | $ 16.56 |
| Bob Zhang | 09/17/19 | Out of town dinner while traveling to perform work for PG&E. | $ 40.00 |
| Trent Anderson | 09/17/19 | Out of town breakfast for self during work on PG&E engagement. | $ 3.04 |
| Dennis Cha | 09/17/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 10.00 |
| Scott Stoddard | 09/17/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 10.35 |
| Dennis Cha | 09/17/19 | Out of town dinner while traveling for D. Cha and T. Anderson (both KPMG). | $ 79.03 |
| Will Brennan | 09/18/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 2.89 |
| Bob Zhang | 09/18/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 11.90 |
| Bob Zhang | 09/18/19 | Out of town dinner while traveling to perform work for PG&E. | $ 13.56 |
| farbod Farzan | 09/18/19 | Dinner while traveling to perform work for PG&E. | $ 14.13 |
| farbod Farzan | 09/18/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 19.15 |
| Dennis Cha | 09/18/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 10.00 |
| Trent Anderson | 09/18/19 | Out of town breakfast for self during work on PG&E engagement. | $ 15.00 |
| Trent Anderson | 09/18/19 | Out of town dinner for self during work on PG&E engagement. | $ 21.74 |
| Dennis Cha | 09/18/19 | Out of town dinner while traveling to perform work for PG&E. | $ 37.91 |
| Will Brennan | 09/19/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 3.75 |
| farbod Farzan | 09/19/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 10.00 |
| Bob Zhang | 09/19/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 10.00 |
| Bob Zhang | 09/19/19 | Out of town dinner while traveling to perform work for PG&E. | $ 40.00 |
| Trent Anderson | 09/19/19 | Out of town dinner for self during work on PG&E engagement. | $ 38.17 |
| Dennis Cha | 09/20/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 10.00 |
| Dennis Cha | 09/20/19 | Out of town dinner while traveling to perform work for PG&E. | $ 11.76 |
| Matt Broida | 09/22/19 | Dinner on flight on 09/22/19. | $ 10.00 |
| Bob Zhang | 09/22/19 | Out of town dinner while traveling to perform work for PG&E. | $ 22.19 |
| Scott Stoddard | 09/22/19 | Out of town dinner while traveling to perform work for PG&E. | $ 23.35 |
| Fran Shammo | 09/22/19 | Out of town dinner while traveling to perform work for PG&E. | $ 36.81 |
| Toby Sedgwick | 09/23/19 | Out of town dinner meal incurred in San Francisco, CA. | $ 2.99 |
| farbod Farzan | 09/23/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 4.44 |
| Scott Stoddard | 09/23/19 | Out of town breakfast while traveling | $ 6.30 |
| Garrett Dupree | 09/23/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 6.53 |
| Kristy Hornland | 09/23/19 | Out of town breakfast meal incurred in San Francisco, CA. | $ 7.96 |
| Will Brennan | 09/23/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 8.60 |
| Lucy Cai | 09/23/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 10.59 |
| Bob Zhang | 09/23/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 11.48 |
| David Ross | 09/23/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 11.68 |
| David Ross | 09/23/19 | Out of town dinner for D. Ross on 9/23. | $ 14.44 |
| Yosef Kerzner | 09/23/19 | Out of town dinner while traveling to perform work for PG&E. | $ 15.01 |
| Lucy Cai | 09/23/19 | Dinner on 9/23 while traveling at client site. | $ 17.15 |
| farbod Farzan | 09/23/19 | Out of town dinner while traveling to perform work for PG&E. | $ 22.34 |
| Kimberly Johnson | 09/23/19 | Out of town dinner for self incurred in San Francisco, CA while performing work for PG&E. | $ 29.27 |
| Garrett Dupree | 09/23/19 | Out of town dinner while traveling to perform work for PG&E. | $ 36.45 |
| Matt Broida | 09/23/19 | Out of town dinner on 09/23/19 while traveling to perform work for PG&E. | $ 40.00 |

Case: 19-30088    Doc# 5582-4    Filed: 01/31/20    Entered: 01/31/20 13:52:01    Page 10 of 19

**EXHIBIT D1**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
September 1, 2019 through September 30, 2019

| Name | Date | Description | Amount |
|------|------|-------------|-------:|
| Scott Stoddard | 09/23/19 | Out of town dinner while traveling to perform work for PG&E. | $ 40.00 |
| Dennis Cha | 09/23/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 5.63 |
| Trent Anderson | 09/23/19 | Out of town breakfast for self during work on PG&E engagement. | $ 10.17 |
| Fran Shammo | 09/23/19 | Out of town dinner while traveling to perform work for PG&E. | $ 25.98 |
| Dennis Cha | 09/23/19 | Out of town dinner while traveling to perform work for PG&E. | $ 38.00 |
| Trent Anderson | 09/23/19 | Out of town dinner for self during work on PG&E engagement. | $ 39.83 |
| Garrett Dupree | 09/24/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 6.53 |
| Toby Sedgwick | 09/24/19 | Out of town breakfast meal incurred in San Francisco, CA. | $ 8.73 |
| Lucy Cai | 09/24/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 10.12 |
| Bob Zhang | 09/24/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 10.82 |
| Jon Guth | 09/24/19 | Out of town dinner while traveling to perform work for PG&E. | $ 11.28 |
| Scott Stoddard | 09/24/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 11.63 |
| Yosef Kerzner | 09/24/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 12.44 |
| Will Brennan | 09/24/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 13.29 |
| David Ross | 09/24/19 | Out of town breakfast for D. Ross on 9/24. | $ 14.41 |
| Jon Guth | 09/24/19 | Breakfast while traveling to perform work for PG&E. | $ 15.92 |
| Scott Stoddard | 09/24/19 | Out of Town Meals - self only. | $ 17.30 |
| farbod Farzan | 09/24/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 18.76 |
| Kimberly Johnson | 09/24/19 | Out of town dinner for self incurred in San Francisco, CA while performing work for PG&E. | $ 20.94 |
| Gaurav Thapan-Raina | 09/24/19 | Out of town dinner while traveling to perform work for PG&E. | $ 22.75 |
| Bob Zhang | 09/24/19 | Out of town dinner while traveling to perform work for PG&E. | $ 27.76 |
| Toby Sedgwick | 09/24/19 | Out of town dinner meal incurred in San Francisco, CA. | $ 34.52 |
| Garrett Dupree | 09/24/19 | Out of town dinner while traveling to perform work for PG&E. | $ 38.51 |
| Scott Stoddard | 09/24/19 | Out of town dinner while traveling to perform work for PG&E. | $ 40.00 |
| Kristy Hornland | 09/24/19 | Out of town dinner meal incurred in San Francisco, CA. | $ 41.27 |
| Toby Sedgwick | 09/24/19 | Paid for out of town dinner expense incurred while on PG&E business. Attendees:  Y. Kerzner and J. Conkel (KPMG) | $ 80.00 |
| Jonathan White | 09/24/19 | Dinner for out of town PG&E  team: D. Ross, C. Gallagher, F. Farzan, E. Janes, W. Brennan, B. Wei, M. Broida, L. Cai,  and M. Xu (all KPMG) | $ 360.00 |
| Fran Shammo | 09/24/19 | Out of town dinner while traveling to perform work for PG&E. | $ 10.66 |
| Dennis Cha | 09/24/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 13.50 |
| Fran Shammo | 09/24/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 14.80 |
| Trent Anderson | 09/24/19 | Out of town breakfast for self during work on PG&E engagement. | $ 21.20 |
| Arun Mani | 09/25/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 3.65 |
| Kimberly Johnson | 09/25/19 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ 5.46 |
| Will Brennan | 09/25/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 5.75 |
| Kristy Hornland | 09/25/19 | Out of town breakfast meal incurred in San Francisco, CA. | $ 6.76 |
| Lucy Cai | 09/25/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 8.06 |
| Scott Stoddard | 09/25/19 |  Out of Town Meals - self only PG&E Permitting Spend | $ 8.20 |
| Garrett Dupree | 09/25/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 10.38 |
| Jon Guth | 09/25/19 | Out of town dinner while traveling to perform work for PG&E. | $ 13.50 |
| Arun Mani | 09/25/19 | Out of town dinner while traveling to perform work for PG&E. | $ 13.65 |
| Tanveer Abbas | 09/25/19 | Out of town dinner while traveling to perform work for PG&E. | $ 13.73 |
| Will Brennan | 09/25/19 | Out of town dinner while traveling to perform work for PG&E. | $ 14.67 |
| Kimberly Johnson | 09/25/19 | Out of town dinner for self incurred in San Francisco, CA while performing work for PG&E. | $ 15.73 |
| Eric Janes | 09/25/19 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ 17.23 |
| Scott Stoddard | 09/25/19 | Out of town dinner while traveling to perform work for PG&E. | $ 19.15 |

Case: 19-30088    Doc# 5582-4    Filed: 01/31/20    Entered: 01/31/20 13:52:01    Page 11 of 19

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
September 1, 2019 through September 30, 2019

| Name | Date | Description | Amount |
|------|------|-------------|--------|
| David Ross | 09/25/19 | Out of town breakfast for D. Ross on 9/25. | $ 19.42 |
| farbod Farzan | 09/25/19 | Out of town dinner while traveling to perform work for PG&E. | $ 20.44 |
| farbod Farzan | 09/25/19 | Out of town breakfast incurred in San Francisco CA. | $ 24.68 |
| Scott Stoddard | 09/25/19 | Out of town dinner while traveling to perform work for PG&E. | $ 25.42 |
| Yosef Kerzner | 09/25/19 | Out of town dinner while traveling to perform work for PG&E. | $ 28.68 |
| Jeff Mahoney | 09/25/19 | Out of town breakfast for self incurred in San Francisco, CA | $ 28.98 |
| Eric Janes | 09/25/19 | Out of town dinner for self incurred in San Francisco, CA while performing work for PG&E. | $ 30.93 |
| Lucy Cai | 09/25/19 | Dinner on 9/25 while traveling at client site. | $ 33.91 |
| Toby Sedgwick | 09/25/19 | Out of town dinner meal incurred in San Francisco, CA. | $ 40.00 |
| Bob Zhang | 09/25/19 | Out of town dinner while traveling to perform work for PG&E. | $ 40.00 |
| Matt Broida | 09/25/19 | Dinner while traveling with D. Ross, G. Thapan-Raina, and M. Broida (all KPMG). | $ 120.00 |
| Dennis Cha | 09/25/19 | Out of town dinner while traveling to perform work for PG&E. | $ 7.00 |
| Dennis Cha | 09/25/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 10.00 |
| Trent Anderson | 09/25/19 | Out of town breakfast for self during work on PG&E engagement. | $ 15.00 |
| Fran Shammo | 09/25/19 | Out of town dinner while traveling to perform work for PG&E. | $ 16.37 |
| Arun Mani | 09/26/19 | Out of town dinner while traveling to perform work for PG&E. | $ 34.00 |
| Toby Sedgwick | 09/26/19 | Out of town breakfast meal incurred in San Francisco, CA. | $ 6.40 |
| Bob Zhang | 09/26/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 7.62 |
| Scott Stoddard | 09/26/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 8.15 |
| farbod Farzan | 09/26/19 | Out of town breakfast incurred in San Francisco CA. | $ 13.00 |
| David Ross | 09/26/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 14.41 |
| Kimberly Johnson | 09/26/19 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ 15.52 |
| Matt Broida | 09/26/19 | Out of town dinner while traveling to perform work for PG&E. | $ 16.39 |
| Kristy Hornland | 09/26/19 | Out of town breakfast meal incurred in San Francisco, CA. | $ 18.72 |
| Jon Guth | 09/26/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 19.28 |
| Kimberly Johnson | 09/26/19 | Out of town dinner for self incurred in San Francisco, CA while performing work for PG&E. | $ 23.13 |
| Lucy Cai | 09/26/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 24.86 |
| Kristy Hornland | 09/26/19 | Out of town dinner meal incurred in San Francisco, CA. | $ 25.10 |
| Bob Zhang | 09/26/19 | Out of town dinner while traveling to perform work for PG&E. | $ 40.00 |
| Fran Shammo | 09/26/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 8.55 |
| Dennis Cha | 09/26/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 10.00 |
| Trent Anderson | 09/26/19 | Out of town breakfast for self during work on PG&E engagement. | $ 20.00 |
| Dennis Cha | 09/26/19 | Out of town dinner while traveling to perform work for PG&E. | $ 21.30 |
| Trent Anderson | 09/26/19 | Out of town dinner for self during work on PG&E engagement. | $ 37.58 |
| Dennis Cha | 09/26/19 | Out of town dinner while traveling to perform work for PG&E. | $ 40.00 |
| Fran Shammo | 09/26/19 | Out of town dinner while traveling to perform work for PG&E. | $ 40.00 |
| Arun Mani | 09/27/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 2.46 |
| Kimberly Johnson | 09/27/19 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ 6.99 |
| Kimberly Johnson | 09/27/19 | Out of town dinner for self incurred in San Francisco, CA while performing work for PG&E. | $ 33.07 |
| Fran Shammo | 09/27/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 4.04 |
| Dennis Cha | 09/27/19 | Out of town breakfast while traveling to perform work for PG&E. | $ 11.99 |
| Dennis Cha | 09/27/19 | Out of town dinner while traveling to perform work for PG&E. | $ 32.00 |
| Scott Stoddard | 09/29/19 | Out of town breakfast while traveling | $ 12.91 |
| Bob Zhang | 09/29/19 | Out of town dinner while traveling to perform work for PG&E. | $ 17.96 |
| Scott Stoddard | 09/29/19 | Out of town dinner while traveling to perform work for PG&E. | $ 23.26 |

**EXHIBIT D1**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
September 1, 2019 through September 30, 2019

| Name | Date | Description | | Amount |
|------|------|-------------|---|--------|
| Kimberly Johnson | 09/30/19 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ | 4.43 |
| Garrett Dupree | 09/30/19 | Out of town breakfast while working at client site in San Francisco, CA. | $ | 6.53 |
| Scott Stoddard | 09/30/19 | Out of town breakfast while traveling to perform work for PG&E. | $ | 8.60 |
| Will Brennan | 09/30/19 | Out of town breakfast while traveling to perform work for PG&E. | $ | 8.60 |
| Bob Zhang | 09/30/19 | Out of town breakfast while traveling to perform work for PG&E. | $ | 11.94 |
| farbod Farzan | 09/30/19 | Out of town dinner while traveling to perform work for PG&E. | $ | 15.73 |
| Will Brennan | 09/30/19 | Out of town dinner while traveling to perform work for PG&E. | $ | 20.21 |
| Garrett Dupree | 09/30/19 | Out of town dinner while working at client site in San Francisco, CA. | $ | 23.52 |
| Bob Zhang | 09/30/19 | Out of town dinner while traveling to perform work for PG&E. | $ | 38.03 |
| Dennis Cha | 09/30/19 | Out of town breakfast while traveling to perform work for PG&E. | $ | 13.42 |
| Trent Anderson | 09/30/19 | Out of town dinner for self during work on PG&E engagement. | $ | 36.75 |
| | | **Meals Subtotal** | **$** | **4,039.89** |
| Toby Sedgwick | 09/02/19 | Ground transportation via UBER for travel from airport to hotel. | $ | 30.09 |
| Toby Sedgwick | 09/02/19 | Ground transportation via Uber for travel from home to airport. | $ | 34.49 |
| Yosef Kerzner | 09/03/19 | Ground transportation via LYFT for travel to PG&E site from airport. | $ | 32.50 |
| Yosef Kerzner | 09/03/19 | Ground transportation via LYFT for travel to airport from home. | $ | 38.53 |
| Toby Sedgwick | 09/05/19 | Ground transportation via SQ for travel from hotel to client site. | $ | 9.19 |
| Yosef Kerzner | 09/05/19 | Ground transportation via LYFT for travel to airport from client site. | $ | 31.53 |
| Toby Sedgwick | 09/05/19 | Ground transportation via UBER for travel from PG&E site to airport. | $ | 32.65 |
| Toby Sedgwick | 09/05/19 | Ground transportation via UBER for travel from airport to home. | $ | 34.45 |
| Yosef Kerzner | 09/05/19 | Ground transportation via LYFT for travel from airport to home | $ | 37.28 |
| Bob Zhang | 09/08/19 | Ground transportation via LYFT for travel from home to airport. | $ | 23.70 |
| Bob Zhang | 09/08/19 | Ground transportation via Lyft for travel from San Francisco Airport to hotel at 50 3rd St. | $ | 26.54 |
| Michael Gomez | 09/09/19 | Ground Transport from PG&E client site to airport. | $ | 58.41 |
| Josh Conkel | 09/09/19 | Ground transportation via Lyft from San Francisco Airport (SFO) to hotel while on business travel to perform work onsite (77 Beale office) for PG&E. | $ | 31.85 |
| Toby Sedgwick | 09/09/19 | Ground transportation from home to airport. | $ | 32.49 |
| Garrett Dupree | 09/09/19 | Ground transportation via Uber for travel from San Francisco Airport (SFO) to hotel during trip to PG&E site. | $ | 36.40 |
| Garrett Dupree | 09/09/19 | Ground transportation via Uber for travel from Uber from home to Dallas / Fort Worth (DFW) airport during trip to PG&E site. | $ | 36.67 |
| Toby Sedgwick | 09/09/19 | Ground transportation from airport to hotel. | $ | 61.83 |
| Michael Gomez | 09/09/19 | Airport Parking in Baltimore, MD while traveling for 6 days (09/04/19 - 09/09/19). | $ | 180.00 |
| Josh Conkel | 09/10/19 | Ground transportation via Lyft for travel from hotel to client site. | $ | 10.70 |
| Kristy Hornland | 09/10/19 | Ground transportation via Uber for travel from San Francisco hotel to PG&E San Francisco Headquarters. | $ | 39.52 |
| Josh Conkel | 09/11/19 | Ground transportation via Lyft for travel from hotel to client site while on business travel to perform work onsite (77 Beale office) for PG&E. | $ | 10.67 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
September 1, 2019 through September 30, 2019

| Name | Date | Description | Amount |
|---|---|---|---|
| Bob Zhang | 09/11/19 | Ground transportation via LYFT for travel from 70 3rd St to 969 Larkin St. | $ 12.29 |
| Garrett Dupree | 09/12/19 | Ground transportation via Uber for travel from hotel to PG&E site during trip to PG&E. | $ 15.54 |
| Bob Zhang | 09/12/19 | Ground transportation via LYFT for travel from Airport to home. | $ 31.21 |
| Josh Conkel | 09/12/19 | Airport Parking at CMH airport while on client travel for 4 days (09/09/19 - 09/12/19) | $ 39.00 |
| Kristy Hornland | 09/12/19 | Ground transportation via Uber for travel from Denver International Airport to Home. | $ 39.75 |
| Garrett Dupree | 09/12/19 | Ground transportation via Uber for travel from PG&E site to San Francisco (SFO) airport. | $ 56.14 |
| Toby Sedgwick | 09/13/19 | Ground transportation via UBER for travel from PG&E site to airport. | $ 36.12 |
| Bob Zhang | 09/15/19 | Ground transportation via LYFT for travel from home to airport. | $ 21.26 |
| Bob Zhang | 09/15/19 | Ground transportation via LYFT for travel from San Francisco Airport to hotel. | $ 26.93 |
| farbod Farzan | 09/16/19 | Ground transportation via Uber for travel from home to airport. | $ 18.34 |
| Will Brennan | 09/16/19 | Ground transportation via UBER for travel to airport from apartment. | $ 19.93 |
| Will Brennan | 09/16/19 | Ground transportation via UBER for travel to PG&E Market Street site from airport. | $ 36.80 |
| Dennis Cha | 09/16/19 | Ground transportation via LYFT for travel from home to Los Angeles Airport (LAX) on 9/16. | $ 29.62 |
| Trent Anderson | 09/16/19 | Ground transportation from home to Everett Airport (PAE) to work on PG&E engagement. | $ 36.33 |
| Scott Stoddard | 09/17/19 | Parking at PG&E for rental car while on-site | $ 40.00 |
| Scott Stoddard | 09/17/19 | Rental car for travel on 09/17/19. | $ 63.29 |
| Bob Zhang | 09/18/19 | Ground transportation via LYFT for travel from 657 Sutter St. to hotel. | $ 8.79 |
| Bob Zhang | 09/18/19 | Ground transportation via LYFT for travel from 205 Sacramento St. to 2646 Post St. | $ 18.70 |
| Bob Zhang | 09/19/19 | Ground transportation via LYFT for travel from airport to home. | $ 24.06 |
| Bob Zhang | 09/19/19 | Ground transportation via LYFT for travel from 60 Beale St. to San Francisco Airport. | $ 32.30 |
| farbod Farzan | 09/19/19 | Ground transportation via Uber for travel  from PG&E site to San Francisco Airport (SFO). | $ 58.06 |
| Trent Anderson | 09/19/19 | Ground transportation from Seattle Airport (SEA) to home after work at PG&E | $ 52.18 |
| Trent Anderson | 09/19/19 | Rental car in San Francisco, CA for 4 days (09/16/2019 - 09/19/19). | $ 231.17 |
| Dennis Cha | 09/19/19 | Car Rental for 4 days (9/16/19 - 09/19/19). | $ 259.76 |
| farbod Farzan | 09/20/19 | Ground transportation via Uber for travel on 09/20/19 from  Newark, NJ (EWR) airport to home. (Arrived early in the morning on 09/20/19) | $ 16.76 |
| Will Brennan | 09/20/19 | Ground transportation via UBER for travel from airport to apartment. | $ 17.55 |
| Dennis Cha | 09/20/19 | Ground transportation via LYFT for travel from Los Angeles Airport (LAX) to home on 9/20. | $ 30.62 |
| Garrett Dupree | 09/22/19 | Reimbursable mileage for travel from home to Dallas / Fort Worth (DFW) Airport. (21 miles @ .58 = $12.18) | $ 12.18 |
| Bob Zhang | 09/22/19 | Ground transportation via LYFT for travel from home to airport. | $ 20.53 |
| Matt Broida | 09/22/19 | Ground transportation via LYFT for travel from San Francisco airport to hotel on 09/22/19. | $ 38.88 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
September 1, 2019 through September 30, 2019

| Name | Date | Description | Amount |
|------|------|-------------|--------|
| Bob Zhang | 09/22/19 | Ground transportation via LYFT for travel from San Francisco Airport to hotel. | $ 39.46 |
| Toby Sedgwick | 09/22/19 | Ground transportation via Uber for travel from home to Chicago O'Hare International Airport (ORD). | $ 40.99 |
| Matt Broida | 09/22/19 | Ground transportation via LYFT for travel from home to Houston, TX airport on 09/22/19. | $ 33.58 |
| Fran Shammo | 09/22/19 | Ground transportation via Uber for travel from home to airport (EWR). | $ 74.66 |
| Gaurav Thapan-Raina | 09/23/19 | Ground transportation via Uber for travel from airport to hotel | $ 5.44 |
| Will Brennan | 09/23/19 | Fuel for Car rental for travel to client for day of work in PG&E San Ramon office on 9/23/19 | $ 11.06 |
| David Ross | 09/23/19 | Ground transportation via Lyft for travel from home to Los Angeles Airport (LAX) on 9/23. | $ 17.90 |
| farbod Farzan | 09/23/19 | Ground transportation via Uber for travel from home to Newark, NJ Airport (EWR). | $ 19.60 |
| Will Brennan | 09/23/19 | Ground transportation via UBER for travel from apartment to airport. | $ 20.89 |
| Kimberly Johnson | 09/23/19 | Ground transportation via UBER for travel on 9/23/19 from home to Los Angeles (LAX) airport. | $ 20.98 |
| David Ross | 09/23/19 | Ground transportation via Lyft for D. Ross on 9/23 for travel from San Francisco airport to office. | $ 30.11 |
| Yosef Kerzner | 09/23/19 | Ground transportation via LYFT for travel from San Francisco airport to hotel | $ 30.23 |
| Toby Sedgwick | 09/23/19 | Ground transportation via Uber for travel from San Francisco Airport (SFO) to hotel. | $ 30.28 |
| Lucy Cai | 09/23/19 | Ground transportation via Uber for travel from airport to San Francisco office while traveling to client site on 9/23. | $ 31.06 |
| Kimberly Johnson | 09/23/19 | Ground transportation via UBER for travel on 9/23/19 from San Francisco Airport (SFO) to PG&E site. | $ 33.16 |
| Yosef Kerzner | 09/23/19 | Ground transportation via LYFT for travel from home to airport | $ 35.49 |
| Kristy Hornland | 09/23/19 | Ground transportation via Uber for travel from San Francisco Airport to PG&E Headquarters while traveling to perform work for PG&E. | $ 37.47 |
| Will Brennan | 09/23/19 | Parking for overnight stay at hotel to facilitate drop-off next morning. | $ 40.00 |
| Scott Stoddard | 09/23/19 | Ground transportation via UBER for travel from home to Los Angeles Airport (LAX) | $ 40.66 |
| Lucy Cai | 09/23/19 | Ground transportation via Uber for travel from home to airport on 9/23. | $ 54.69 |
| Scott Stoddard | 09/23/19 | Ground transportation via UBER for travel from San Francisco Airport to downtown San Francisco. | $ 57.48 |
| Garrett Dupree | 09/23/19 | Ground transportation via Uber for travel from San Francisco Airport (SFO) to hotel during trip to PG&E. | $ 59.95 |
| Gaurav Thapan-Raina | 09/23/19 | Ground transportation via Uber for travel to airport from home. | $ 68.42 |
| Will Brennan | 09/23/19 | Car rental for travel to client for day of work in PG&E San Ramon office on 9/23/19. | $ 72.63 |
| Dennis Cha | 09/23/19 | Ground transportation via LYFT for travel from home to Los Angeles Airport (LAX) on 9/23. | $ 29.93 |
| Trent Anderson | 09/23/19 | Ground transportation from home to Everett Airport (PAE) to work on PG&E engagement. | $ 46.56 |
| Kristy Hornland | 09/24/19 | Ground transportation via Uber for travel from PG&E Headquarters to Hotel while traveling to perform work for PG&E. | $ 10.12 |

Case: 19-30088    Doc# 5582-4    Filed: 01/31/20    Entered: 01/31/20 13:52:01    Page 15 of 19

**EXHIBIT D1**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
September 1, 2019 through September 30, 2019

| Name | Date | Description | Amount |
|---|---|---|---|
| Gaurav Thapan-Raina | 09/24/19 | Ground transportation via Uber for travel from KPMG office in San Francisco to hotel. | $ 12.50 |
| Gaurav Thapan-Raina | 09/24/19 | Ground transportation via Uber for travel from San Francisco Airport (SFO) to KPMG office in San Francisco. | $ 33.11 |
| Jeff Mahoney | 09/24/19 | Ground transportation via UBER for travel on 9/24/19 from San Francisco (SFO) airport to hotel. | $ 34.01 |
| Eric Janes | 09/24/19 | Ground transportation via UBER for travel to airport from home. | $ 39.99 |
| Arun Mani | 09/24/19 | Ground transportation via SQ for travel from airport to hotel. | $ 54.90 |
| Arun Mani | 09/24/19 | Ground transportation via Sq for travel from home to Houston Intercontinental Airport. | $ 85.00 |
| Jeff Mahoney | 09/24/19 | Ground transportation via UBER for travel on 9/24/19 in support of work being performed at PG&E - client to dinner | $ 9.01 |
| Jeff Mahoney | 09/24/19 | Ground transportation via UBER for travel on 9/24/19 in support of work being performed at PG&E - client to hotel | $ 14.14 |
| Jeff Mahoney | 09/24/19 | Ground transportation via UBER for travel on 9/24/19 in support of work being performed at PG&E - hotel to client | $ 17.27 |
| Gaurav Thapan-Raina | 09/25/19 | Ground transportation via Uber for travel from hotel to KPMG office in San Francisco. | $ 8.53 |
| Tanveer Abbas | 09/25/19 | Ground travel via Bart for travel from hotel to PG&E site. | $ 9.65 |
| farbod Farzan | 09/25/19 | Ground transportation via Uber for travel to hotel from dinner. | $ 10.77 |
| Jeff Mahoney | 09/25/19 | Ground transportation via UBER for travel on 9/25/19 in support of work being performed at PG&E - hotel to client | $ 19.40 |
| Garrett Dupree | 09/25/19 | Ground transportation via Uber for travel from hotel to PG&E site. | $ 20.02 |
| Tanveer Abbas | 09/25/19 | Ground transportation via UBER for travel from airport to home. | $ 22.05 |
| Tanveer Abbas | 09/25/19 | Ground transportation from San Francisco Airport to hotel | $ 28.37 |
| Garrett Dupree | 09/25/19 | Ground transportation via Uber for travel from Dallas / Fort Worth (DFW) airport to home after trip to PG&E. | $ 34.89 |
| Garrett Dupree | 09/25/19 | Ground transportation via Uber for travel from PG&E site to San Francisco (SFO) airport. | $ 39.28 |
| Jeff Mahoney | 09/25/19 | Ground transportation via UBER for travel on 9/25/19 in support of work being performed at PG&E - client to airport | $ 40.11 |
| Eric Janes | 09/25/19 | Ground transportation via UBER for travel from San Francisco Airport to hotel. | $ 40.93 |
| Arun Mani | 09/25/19 | Ground transportation via UBER for travel from hotel to PG&E site. | $ 69.24 |
| Eric Janes | 09/25/19 | Ground transportation via Uber for travel from KPMG office to San Francisco Airport (SFO). | $ 83.07 |
| farbod Farzan | 09/25/19 | Ground transportation via Uber for travel from San Francisco to Concord for working session with D. Gregory (PG&E). | $ 87.76 |
| Trent Anderson | 09/25/19 | Parking fee incurred in Walnut Creek, CA for rental car during work on PG&E engagement | $ 1.50 |
| Dennis Cha | 09/25/19 | Parking in City of Walnut Creek while traveling for PG&E | $ 2.00 |
| Toby Sedgwick | 09/26/19 | Ground Transport excl Mileage Traveling to perform work for PG&E. Ground transportation via Taxi for travel from SF Hotel to PG&E SF Headquarters while traveling to perform work for PG&E. | $ 10.00 |
| David Ross | 09/26/19 | Ground transportation via Lyft for D. Ross on 9/26/19 for travel from Los Angeles airport to home. | $ 12.66 |
| Arun Mani | 09/26/19 | Ground transportation via Uber for travel from hotel to PG&E site. | $ 16.65 |
| Will Brennan | 09/26/19 | Ground transportation via UBER for travel from airport to apartment. | $ 17.80 |
| Jon Guth | 09/26/19 | Ground transportation via UBER for travel from hotel in San Francisco to dinner at Mill Valley. | $ 20.54 |

Case: 19-30088    Doc# 5582-4    Filed: 01/31/20    Entered: 01/31/20 13:52:01    Page 16 of 19

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
September 1, 2019 through September 30, 2019

| Name | Date | Description | Amount |
|------|------|-------------|-------:|
| Bob Zhang | 09/26/19 | Ground transportation via LYFT for travel from airport to home. | $ 21.86 |
| David Ross | 09/26/19 | Ground transportation via Lyft on 9/26 for D. Ross for travel from office to San Francisco airport. | $ 29.59 |
| Jon Guth | 09/26/19 | Airport parking for 2 days (09/24/19 - 09/26/19) - Baltimore, MD | $ 30.00 |
| Lucy Cai | 09/26/19 | Ground transportation via Uber for travel from office to airport. | $ 31.39 |
| Jon Guth | 09/26/19 | Ground transportation via UBER for travel from dinner at Mill Valley to hotel in San Francisco. | $ 33.61 |
| Eric Janes | 09/26/19 | Ground transportation via UBER for travel from Denver airport to home. | $ 34.14 |
| Will Brennan | 09/26/19 | Ground transportation via UBER for travel to San Francisco airport on 9/26/19 from downtown San Francisco. | $ 35.69 |
| Yosef Kerzner | 09/26/19 | Ground transportation via LYFT for travel from client to airport | $ 36.94 |
| farbod Farzan | 09/26/19 | Ground transportation via Uber for travel from Concord to San Francisco from working session with D. Gregory (PG&E). | $ 40.48 |
| Scott Stoddard | 09/26/19 | Ground transportation via UBER for travel from Los Angeles Airport (LAX) to home. | $ 41.38 |
| Toby Sedgwick | 09/26/19 | Ground transportation via Uber for travel from Chicago O'Hare International Airport (ORD) to home while traveling to perform work for PG&E. | $ 42.24 |
| Lucy Cai | 09/26/19 | Ground transportation via taxi for travel from airport to home. | $ 50.70 |
| Arun Mani | 09/26/19 | Ground transportation from hotel to airport. | $ 50.95 |
| Scott Stoddard | 09/26/19 | Ground transportation via UBER for travel from downtown San Francisco to Oakland Airport. | $ 59.37 |
| Arun Mani | 09/26/19 | Ground transportation via Sq for travel from Houston Intercontinental Airport to home. | $ 85.00 |
| Kristy Hornland | 09/26/19 | Parking at Denver International Airport during trip to San Francisco, California for 4 days (09/23/19 - 09/26/19). | $ 112.00 |
| Fran Shammo | 09/26/19 | Parking at Lodging for 1 night (09/25/19 - 09/26/19) while traveling to perform work for PG&E. | $ 30.00 |
| Trent Anderson | 09/26/19 | Tolls Rental car in San Francisco, CA for 4 days (09/23/2019 - 09/26/19). | $ 38.55 |
| Trent Anderson | 09/26/19 | Parking at Lodging for 1 night (09/25/19 - 09/26/19) while traveling to perform work for PG&E. | $ 39.00 |
| Trent Anderson | 09/26/19 | Ground transportation from Seattle Airport (SEA) to home. | $ 49.30 |
| Trent Anderson | 09/26/19 | Rental car in San Francisco, CA for 4 days (09/23/2019 - 09/26/19). | $ 209.32 |
| farbod Farzan | 09/27/19 | Ground transportation via Uber for travel on 9/27/19 from Newark, NJ (EWR) airport to home. (Arrived early in the morning on 09/27/19) | $ 20.27 |
| Kimberly Johnson | 09/27/19 | Ground transportation via UBER for travel on 9/27/19 from Los Angeles (LAX) airport to home. | $ 25.14 |
| Gaurav Thapan-Raina | 09/27/19 | Ground transportation via Uber for travel from San Francisco KPMG office to airport. | $ 31.31 |
| Yosef Kerzner | 09/27/19 | Ground transportation via LYFT for travel from airport to home | $ 44.36 |
| Kimberly Johnson | 09/27/19 | Ground transportation via UBER for travel on 9/27/19 from client site to San Francisco (SFO) airport. | $ 48.39 |
| Gaurav Thapan-Raina | 09/27/19 | Ground transportation via Taxi for travel from airport to home. | $ 66.35 |
| Dennis Cha | 09/27/19 | Tolls for Car Rental for 5 days (09/23/19 - 09/27/19). | $ 28.31 |
| Fran Shammo | 09/27/19 | Ground transportation via Uber for travel from Newark Airport (EWR) to home. | $ 30.92 |
| Fran Shammo | 09/27/19 | Car Rental for 6 days (09/22/19 - 09/27/19). | $ 253.18 |
| Dennis Cha | 09/27/19 | Car Rental for 5 days (09/23/19 - 09/27/19). | $ 272.26 |

Case: 19-30088    Doc# 5582-4    Filed: 01/31/20    Entered: 01/31/20 13:52:01    Page 17 of 19

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
September 1, 2019 through September 30, 2019

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Dennis Cha | 09/28/19 | Ground transportation via LYFT for travel from Los Angeles Airport to home. | $ | 36.33 |
| Toby Sedgwick | 09/29/19 | Ground transportation via Taxi for travel to Chicago O'Hare International Airport (ORD) from home while traveling to perform work for PG&E | $ | 12.09 |
| Garrett Dupree | 09/29/19 | Reimbursable mileage for travel from home to Dallas / Fort Worth (DFW) Airport. (21 miles @ .58 = $12.18) | $ | 12.18 |
| Bob Zhang | 09/29/19 | Ground transportation via LYFT for travel from home to airport. | $ | 19.82 |
| Bob Zhang | 09/29/19 | Ground transportation via LYFT for travel from San Francisco Airport to 62 3rd St. | $ | 24.70 |
| Toby Sedgwick | 09/29/19 | Ground transportation via Taxi for travel from San Francisco Airport (SFO) to hotel while traveling to perform work for PG&E. | $ | 38.97 |
| David Ross | 09/30/19 | Ground transportation via Lyft for travel from Office to hotel on 9/30. | $ | 9.81 |
| David Ross | 09/30/19 | Ground transportation via Lyft for travel from home to LAX airport on 9/30 for D. Ross. | $ | 15.39 |
| farbod Farzan | 09/30/19 | Ground transportation via Uber for travel from home to Newark, NJ (EWR) Airport. | $ | 18.33 |
| Kimberly Johnson | 09/30/19 | Ground transportation via LYFT for travel on 9/30/19 from home to Los Angeles (LAX) airport. | $ | 21.22 |
| Will Brennan | 09/30/19 | Ground transportation via UBER for travel from apartment to airport. | $ | 22.47 |
| David Ross | 09/30/19 | Ground transportation via Lyft for travel from San Francisco Airport to office for D. Ross on 9/30/19. | $ | 31.36 |
| Kimberly Johnson | 09/30/19 | Ground transportation via UBER for travel on 9/30/19 from San Francisco (SFO) Airport to PG&E site. | $ | 37.08 |
| Will Brennan | 09/30/19 | Ground transportation via UBER for travel from San Francisco airport to PG&E site. | $ | 38.11 |
| Scott Stoddard | 09/30/19 | Ground transportation via UBER for travel from San Francisco Airport (SFO) to downtown San Francisco. | $ | 39.06 |
| Garrett Dupree | 09/30/19 | Ground transportation via Uber for travel from  San Francisco (SFO) airport to hotel during trip to PG&E. | $ | 40.80 |
| Scott Stoddard | 09/30/19 | Ground transportation via UBER for travel from home to Los Angeles Airport (LAX) | $ | 43.33 |

Case: 19-30088    Doc# 5582-4    Filed: 01/31/20    Entered: 01/31/20 13:52:01    Page 18 of 19

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
September 1, 2019 through September 30, 2019

| Name | Date | Description | | Amount |
|------|------|-------------|---|--------|
| Scott Stoddard | 09/30/19 | Rental car for travel on 09/30/19. | $ | 30.36 |
| Dennis Cha | 09/30/19 | Ground transportation via LYFT for travel from home to Los Angeles Airport. | $ | 29.32 |
| Trent Anderson | 09/30/19 | Ground transportation vis Lyft for travel from home to airport. | $ | 40.39 |
| | | **Total Ground Transportation** | **$** | **6,544.65** |
| | | **Miscellaneous Subtotal** | **$** | **-** |
| | | **Total Out of Pocket Expenses** | **$** | **64,369.93** |