

Signed and Filed: January 31, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>      - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>       Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date:    February 4, 2020<br>Time:    10:00 AM<br>Place:   Courtroom 17<br>         450 Golden Gate Ave.<br>         16th Floor<br>         San Francisco, CA |

**MEMORANDUM REGARDING TIMELINE FOR
DISCLOSURE STATEMENT AND CONFIRMATION**

At the hearing on February 4, 2020 at 10:00 AM, the court will discuss with counsel the following tentative schedule for the coming months in connection with the anticipated filing of an amended Plan, Disclosure Statement and related documents.

//

//

-1-

| | |
|---|---|
| January 31 – February 3 | File Debtors' and Shareholder Proponents' amended plan ("Plan") |
| **February 4, 2020 at 10:00 AM** | Plan Status Conference |
| February 6 | Provide court with proposed Notice of Hearing on Approval of Disclosure Statement |
| February 7 | File Disclosure Statements, as appropriate for Fire Victims, Subrogation Claimants and Impaired Equity (see Section 1125(c)). No Solicitation materials, ballots, Motion to Approve, etc. to be filed.<br><br>Court comments re Notice of Hearing. |
| February 10 | Serve Notice of Hearing on Disclosure Statement. FRBP 2002(b); shortened per FRBP 9006(c).<br><br>Notice to include the following:<br><br>**The court construes Bankruptcy Code § 1125(a)(1) narrowly. Objections to disclosure statement are to make sure that adequate disclosure will "enable [an impaired creditor] to make an informed judgment about the plan." Objections to a disclosure statement should not include objections to confirmation, alternatives to a proposed plan or other irrelevant matters. The only exception is that an objection may be based upon a good faith belief that the proposed Plan is unconfirmable as a matter of law. The court will not treat the absence of an objection to confirmation as a waiver of such an objection filed later when the plan is ready to be considered.** |
| **Date TBD** | Last day to file trust and other related documents |

//

-2-

| | | |
|---|---|---|
| | **February 28** | Last day to serve upon Debtors (but not file) objections to Disclosure Statement by the following:<br><br>• Official Committee of Tort Claimants<br>• Official Committee of Unsecured Creditors<br>• United States Trustee<br>• Ad Hoc Committee of Senior Bondholders<br>• Department of Justice<br>• California Attorney General<br>• Governor Gavin Newsom<br>• California Public Utilities Commission<br>• Ad Hoc Committee of Holders of Trade Claims<br>• Valley Clean Energy Alliance<br>• City and County of San Francisco<br>• South San Joaquin Irrigation District<br>• BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes<br>• Adventist Health System/West and Feather River Hospital<br><br>Objections to be short, concise "bullet points". |
| | February 28 – March 5 | Counsel representing any objector named in the foregoing list to meet and confer with Debtors' counsel in attempt to resolve differences |
| | February 21 | Debtors to file proposed solicitation materials, ballots, tabulation and voting procedures |
| | March 6 | Debtors to file any Amended Plan or Amended Disclosure Statement |
| | **March 6** | Last day for any parties not listed above to file objections to Disclosure Statement. Objections to be short, concise "bullet points". |

| March 9 | Debtors to file any further revisions to Plan and Disclosure Statement |
|---|---|
| **March 10, 2020 at 10:00 AM** | Hearing on approval of Disclosure Statement |
| March 11 | Reserved for additional time to consider objections to Disclosure Statement |
| March 16 | Debtors to submit proposed order approving Disclosure Statement and restating confirmation date and deadlines for ballots and objections.<br><br>Order to include the following:<br><br>**Principal counsel representing a party, or any pro se party, objecting to confirmation must appear in person at a pre-confirmation scheduling conference on May 12, 2020 at 10:00 AM to discuss scheduling any evidentiary matters to be dealt with in connection with the confirmation hearing and scheduling for briefing of contested legal issues.  Failure to appear may result in the objection being stricken.** |
| May 1 | Last day for filing objections to confirmation and for submitting Ballots |
| **May 12, 2020 at 10:00 AM** | Pre-confirmation scheduling conference |
| May 20 | Last day for Debtors to respond to legal arguments relating to objections to confirmation |
| **May 27, 2020 at 10:00 AM** | First day of confirmation hearing |

At the February 4, 2020 status conference, the court will also hear from counsel about necessary scheduling for other discrete contested matters such as classification of governmental claims; a deadline for parties to object to any

-4-

provisions relating to operation of the post confirmation trusts; or otherwise.

After further consideration, the court tentatively plans on issuing an order sustaining the Debtors' position regarding post-petition interest and to do nothing further under FRBP 54(b) or a direct appeal to the court of appeals. Parties choosing to seek interlocutory review of the court's order will need to file a motion for leave to file interlocutory appeal.

**\*\*END OF MEMORANDUM\*\***