Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**STATEMENT AND RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING THE NOTEHOLDER RSA MOTION**<br><br>Date: February 4, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Re: Docket No. 5519 |

The Official Committee of Unsecured Creditors (the "Creditors' Committee") appointed in the above-captioned chapter 11 cases, by its attorneys Milbank LLP, hereby submits this

statement and reservation of rights in connection with the *Debtors' Motion Pursuant to 11 U.S.C. 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief* (the "Noteholder RSA Motion")[1] [Docket No. 5519].

The Creditors' Committee does not oppose approval of the Noteholder RSA Motion. In connection with the Noteholder RSA, however, the Debtors and Shareholder Proponents have recently filed their *Joint Chapter 11 Plan of Reorganization dated January 31, 2010* [Docket No. 5590] (the "Amended Plan"). Given the timing, the Creditors' Committee has not had sufficient time to review and properly diligence the various issues raised by the Amended Plan. Nevertheless, the Creditors' Committee is aware of a number of substantive issues raised by the Amended Plan, including, but not limited to:

- Plan feasibility given the proposed capital structure;
- Compliance with A.B. 1054;
- Post-petition interest entitlements of unsecured creditors; and
- Impact of the proposed assignment of estate claims against third party vendors and others to the Fire Victim Trust.

The Creditors' Committee intends to analyze and address these issues (and perhaps others) as the confirmation process proceeds. For the time being, the Creditors' Committee simply wants to make clear that its lack of opposition to the Noteholders' RSA Motion is not to be taken as a sign that the Creditors' Committee supports the Amended Plan in its current form at this time. Rather, the Creditors' Committee reserves all of its rights with respect to: (i) the Amended

---

[1] Capitalized terms not otherwise defined herein have the respective meanings ascribed to them in the Noteholder RSA Motion.

Plan; (ii) the *Debtors' Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry Into and Performance Under, Debt Financing Commitment Letters and (III) Authorizing Incurrence, Payment and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims* [Docket No. 5267], as such may be amended; (iii) the Debtors' disclosure statement; and (iv) all other matters related to the Amended Plan's compliance with section 1129 of the Bankruptcy Code.

Dated: February 3, 2020

**MILBANK LLP**

*/s/ Gregory A. Bray*
DENNIS F. DUNNE
SAMUEL A. KHALIL
GREGORY A. BRAY
THOMAS R. KRELLER

*Counsel for the Official Committee of Unsecured Creditors*