**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:    (212) 310-8000
Fax:    (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☒  Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR FEBRUARY 4, 2020, 10:00 A.M. OMNIBUS HEARING**<br><br>Date:   February 4, 2020<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>            Courtroom 17, 16th Floor<br>            San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
FEBRUARY 4, 2020, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

I: **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTER GOING FORWARD*

    1.    **Noteholder RSA Motion**: *Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief* [**Dkt. 5519**].

    Response Deadline: February 3, 2020, at 12:00 p.m. (Pacific Time).

    Responses Filed:

    A.    William B. Abrams Objection to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief [Dkt. 5519] [**Dkt. 5576**].

    B.    Statement and Reservation of Rights of Administrative Agent in Response to Debtors' Motion for Approval of Restructuring Support Agreement [**Dkt. 5581**].

    C.    Statement and Reservation of Rights of the Official Committee of Unsecured Creditors Regarding the Noteholder RSA Motion [**Dkt. 5595**].

    D.    Limited Objection of the Ad Hoc Committee of Holders of Trade Claims to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief [**Dkt. 5596**].

    E.    Statement of BOKF, NA as Indenture Trustee in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief [**Dkt. 5597**].

    Related Documents:

    F.    Declaration of Jason P. Wells in Support of Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief [**Dkt. 5520**].

G. Proposed Document Filed Under Seal [**Dkt. 5523**].

Related Orders:

H. Order Granting *Ex Parte* Motion of Debtors Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Noteholder RSA Motion [**Dkt. 5527**].

I. Notice of Entry of Order Shortening Time and Notice of Hearing on Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief [**Dkt. 5532**].

J. Order Pursuant to 11 U.S.C. §§ 105(a) and 107(b) and Fed. R. Bankr. P. 9018 Authorizing the Sealing of the Noteholder RSA Letter Agreement [**Dkt. 5539**].

Status: This matter is going forward on a contested basis.

*STATUS CONFERENCE*

2. **Notice of Filing of Joint Chapter 11 Plan**: *Notice of Filing of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Date January 31, 2020* [**Dkt. 5591**].

Responses:

A. Joint Chapter 11 Plan of Reorganization of Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders [**Dkt. 4257**].

B. Statement of the United States of America in Response to the Court's Memorandum Regarding Confirmation Issues [**Dkt. 5087**].

C. Statement of the California State Agencies in Response to the Court's Memorandum Regarding Confirmation Issues [**Dkt. 5104**].

D. Statement and Reservation of Rights of the City of San Jose in Response to (I) the Debtors' Motion to Approve the Tort Claimants RSA Motion, and (II) the Court's Memorandum Regarding Confirmation Issues [**Dkt. 5128**].

E. Valley Clean Energy Alliance's Status Conference Statement Regarding Preconfirmation Legal Issues [**Dkt. 5442**].

F. Joinder of South San Joaquin Irrigation District to Valley Clean Energy Alliance Status Conference Statement Regarding Preconfirmation Legal Issues [**Dkt. 5446**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

G.     Partial Joinder of the City and County of San Francisco to the Status Conference Statement of Valley Clean Energy Alliance Regarding Preconfirmation Issues [**Dkt. 5468**].

H.     Letter to Court from Ad Hoc Committee of Holders of Trade Claims re: PPI Decision [**Dkt. 5517**].

Related Documents:

I.     Stipulation Amending Order Establishing Preconfirmation Briefing and Hearing Schedule for Certain Legal Issues [**Dkt. 5254**].

J.     Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Date January 31, 2020 [**Dkt. 5590**].

Related Order:

K.     Order Approving Stipulation Amending Order Establishing Preconfirmation Briefing and Hearing Schedule for Certain Legal Issues [**Dkt. 5312**].

L.     Further Memorandum Regarding Confirmation Issues [**Dkt. 5389**].

M.     Memorandum Regarding Timeline for Disclosure Statement and Confirmation [**Dkt. 5586**].

Status: This matter is going forward.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: February 3, 2020                 **WEIL, GOTSHAL & MANGES LLP**
                                                     **KELLER & BENVENUTTI LLP**

                                                     By:    /s/ *Dara L. Silveira*
                                                               Dara L. Silveira

                                                    *Attorneys for Debtors and Debtors in Possession*