**Entered on Docket**
**February 03, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

Signed and Filed: February 3, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>     **Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**ORDER GRANTING THIRD STIPULATION AMONG THE DEBTORS, THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EXTENDING TIME TO FILE REPLY BRIEF ON SUBROGATION CLAIM IMPAIRMENT ISSUE**<br><br>Re: Dkt. Nos. 4540, 5312, 5423, 5484, 5592<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Third Stipulation Among the Debtors, the Ad Hoc Group of Subrogation Claim Holders, and the Official Committee of Unsecured Creditors Extending Time to File Reply Brief on Subrogation Claim Impairment Issue* (the "**Stipulation**") [Dkt. No. 5592], filed on February 3, 2020; and, pursuant to such stipulation and agreement of the Parties[1], and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the Debtors and Ad Hoc Subrogation Group to file and serve a consolidated reply to the UCC Responsive Brief, not to exceed 25 pages, is extended through 4:00 p.m. (prevailing Pacific Time) on February 7, 2020.

APPROVED AS TO FORM AND CONTENT:

| | |
|---|---|
| Dated: February 3, 2020 | Dated: February 3, 2020 |
| WILLKIE FARR & GALLAGHER LLP | MILBANK LLP |
| /s/ *Daniel I. Forman* | /s/ *Thomas R. Kreller* |
| Daniel I. Forman | Thomas R. Kreller |
| *Attorneys for the Ad Hoc Group of Subrogation Claim Holders* | *Attorneys for Official Committee of Unsecured Creditors* |

**END OF ORDER**

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.