ESTELA O. PINO, SBN 112975
**PINO & ASSOCIATES**
1520 Eureka Rd., Suite 101
Roseville, CA 95661
Telephone: (916) 641-2288

Attorneys for the Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases.

THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>In re:<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088(DM)*<br><br>_____ | Case No.: 19-30088 (DM)<br><br>Chapter 11<br><br>**RESERVATION OF RIGHTS RE: DEBTORS' MOTION PURSUANT TO 11 U.S.C. 363(B) AND 105(A) AND FED. R. BANKR. P. 6004 AND 9019 FOR ENTRY OF AN ORDER (I) APPROVING AND AUTHORIZING THE DEBTORS TO ENTER INTO RESTRUCTURING SUPPORT AGREEMENT WITH CONSENTING NOTEHOLDERS AND SHAREHOLDER PROPONENTS, AND (II) GRANTING RELATED RELIEF.**<br><br>DATE: February 4, 2020<br>TIME: 10:00 A.M.<br>PLACE: United States Bankruptcy Court<br>Courtroom 17, 16th Floor,<br>450 Golden Gate Avenue,<br>San Francisco, Ca 94102<br><br>JUDGE: Hon. Dennis Montali<br><br>RELATED DOCKET NO.: 5519 |

The Plaintiffs' Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases ("hereinafter referred to as the "Ghost Ship Executive Committee"), party in interest in the above-referenced Chapter 11 cases, by and through its attorneys of record, hereby submits the following reservation of rights in connection with the Debtors' Motion Pursuant to 11

U.S.C. 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief (hereinafter referred to as the "Noteholders RSA Motion") (Docket No. 5519).

The Ghost Ship Executive Committee does not oppose the approval of the Noteholders RSA Motion.

On Friday, January 31, 2020, at approximately 8:42 P.M., however, the Debtors filed the Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated January 31, 2020 (hereinafter referred to as the "Amended Chapter 11 Plan") (Docket No. 5590).

Given the timing of the filing of the Amended Chapter 11 Plan, the Ghost Ship Executive Committee has not had sufficient time to review and properly analyze the Amended Chapter 11 Plan and whether the Amended Chapter 11 Plan can be confirmed. Accordingly, out of abundance of caution, the Ghost Ship Executive Committee does hereby inform the Court and other parties in interest that its lack of opposition to the Noteholders RSA Motion does not constitute its acquiescence in and/or support for the Amended Chapter 11 Plan, as currently constituted or as further amended, or any motion, contested matter, and/or Disclosure Statement contemplated by the Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents (hereinafter referred to as the "Noteholders RSA").

///

///

///

///

///

Accordingly, the Ghost Ship Executive Committee reserves all of its rights with respect to the Amended Chapter 11 Plan, as currently constituted or as further amended; or any motion, contested matter, and/or Disclosure Statement contemplated by the Noteholders RSA.

Dated: February 3, 2020

Respectfully submitted,

PINO & ASSOCIATES

By: */s/ Estela O. Pino*
Estela O. Pino, Attorneys for the Ghost Ship Warehouse Plaintiffs' Executive Committee