# EXHIBIT A

## COMPENSATION BY PROFESSIONAL FOR THE PERIOD FROM SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

| Name of Professional Person | Department, Date of First Admission *or* Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **Partners and Of Counsel** | | | | |
| Hill, Joshua | Dep't: Litigation<br>Admission: 2002 | $905.25 | 70.70 | $64,001.42 |
| Wong, Christine Y. | Dep't: Litigation<br>Admission: 2001 | $828.75 | 33.80 | $28,011.88 |
| **Associates and Attorneys** | | | | |
| Annobil, Yacoba Elsie | Dep't: Litigation<br>Admission: 2015 | $590.75 | 13.00 | $7,679.77 |
| Barr, Sarah Elizabeth | Dep't: Litigation<br>Admission: 2017 | $467.50 | 25.80 | $12,061.50 |
| Floyd, Amani Solange | Dep't: Litigation<br>Admission: 2014 | $590.75 | 46.10 | $27,233.69 |
| Kissner, Andrew | Dep't: Business Restructuring & Insolvency<br>Admission: 2017 | $531.25 | 3.80 | $2,018.78 |
| Neitzey, Christina Nicole | Dep't: Litigation<br>Admission: 2018 | $467.50 | 40.90 | $19,120.75 |
| Nicholson, Julie A. | Dep't: Litigation<br>Admission: 2012 | $680.00 | 54.40 | $36,992.00 |
| **Paralegals and Non-Legal Staff** | | | | |
| Guido, Laura | Dep't: Business Restructuring & Insolvency<br>Title: Senior Paralegal<br>Years in Position: 12 | $318.75 | 2.90 | $924.39 |
| Im, Amanda | Dep't: Litigation<br>Title: Paralegal<br>Years in Position: 2 | $310.25 | 3.90 | $1,209.99 |
| Middleman, Caitlin K. | Dep't: Litigation<br>Title: Senior Paralegal<br>Years in Position: 8.5 | $314.50 | 8.70 | $2,736.15 |
| **Total Incurred:** | | | 304.0 | $201,990.32 |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | | n/a | $(637.51) |
| **Total Requested:** | | | 304.0 | $201,352.81 |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

**Total Partners, Of Counsel, Associates and Paraprofessionals**

| PROFESSIONALS | BLENDED RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $880.51 | 104.5 | $92,013.30 |
| Associates and Attorneys | $571.23 | 184.0 | $105,106.49 |
| **Total Incurred by All Attorneys:** | **$683.25** | **288.5** | **$197,119.79** |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | n/a | n/a | $(637.51) |
| **Blended Attorney Rate:** | **$681.04** | **288.5** | **$196,482.28** |
| Paraprofessionals and Non-Legal Staff | $314.22 | 15.5 | $4,870.53 |
| **Total Requested:** | **$662.34** | **304.0** | **$201,352.81** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105