**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED MORRISON & FOERSTER LLP
FOR THE PERIOD FROM SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

| Project Category | Description | Hours | Amount |
|---|---|---|---|
| C100 | Fact Gathering | 36.30 | $20,964.91 |
| C200 | Researching Law | 27.50 | $13,614.03 |
| C312 | Client Counsel - State/Regulatory/Judicial | 63.30 | $48,249.06 |
| P100 | Project Administration | 7.20 | $2,248.69 |
| P300 | Structure/Strategy/Analysis | 163.00 | $113,970.46 |
| P400 | Initial Document Preparation/Filing | 5.50 | $2,305.66 |
| Z032 | Time Entry Review | 1.20 | $637.51 |
| **Total Incurred:** | | **304.0** | **$201,990.32** |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | n/a | $(637.51) |
| **Total Requested:** | | **304.0** | **$201,352.81** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105