# EXHIBIT C

**EXPENSE SUMMARY FOR THE PERIOD
FROM SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

| Expense Category | Total Expenses |
|---|---:|
| Color Copies | $48.30 |
| Meals | $46.47 |
| Outside Copying Services | $2.80 |
| Photocopies | $34.60 |
| Transportation | $24.21 |
| Travel | $11.10 |
| **Total** | **$167.48** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105