**EXHIBIT D**

**DETAILED TIME ENTRIES FOR THE PERIOD**
**FROM SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

# MORRISON | FOERSTER

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, WASHINGTON, D.C.,
SAN DIEGO, PALO ALTO, BOSTON,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #** ███████
Invoice Number:  5885685
Invoice Date:  January 30, 2020

Client/Matter Number:  050386-0000020

Matter Name:  CPUC
INVESTIGATION/OII

Client Ref:        1707076

RE:             CPUC INVESTIGATION/OII

---

*For Professional Services Rendered through September 30, 2019*

|  | U.S.Dollars |
|---|---|
| Original Fees | 237,635.00 |
| Fee Discount Value | (35,644.68) |
| Client Accommodation  - Time Entry Review | (637.51) |
| **Total This Invoice** | **201,352.81** |

---

**Payment may be made by Electronic Funds transfer to the firm's account**

██████████████████████████████
██ ████████████████████████████████████
████████████████████████████

**MORRISON | FOERSTER**

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| **C100 FACT GATHERING** | | | | |
| 03-Sep-19 | Participate on call regarding TURN and CalPA data requests. | Barr, Sarah Elizabeth | 0.90 | 420.75 |
| 03-Sep-19 | Analyze CalPA data requests. | Barr, Sarah Elizabeth | 0.30 | 140.25 |
| 05-Sep-19 | Analyze CalPA data requests 2 and 3. | Barr, Sarah Elizabeth | 0.90 | 420.75 |
| 05-Sep-19 | Call with J. Hill regarding potential discovery requests for North Bay Fires and Camp Fire. | Floyd, Amani Solange | 0.10 | 59.08 |
| 05-Sep-19 | Analyze WSJ article regarding regulatory enforcement history. | Hill, Joshua | 0.30 | 271.58 |
| 05-Sep-19 | Analyze TURN data requests. | Hill, Joshua | 0.10 | 90.53 |
| 05-Sep-19 | Call with A. Floyd regarding preparing proposed data requests directed to SED. | Hill, Joshua | 0.10 | 90.53 |
| 07-Sep-19 | Draft list of potential data requests from SED. | Floyd, Amani Solange | 0.40 | 236.30 |
| 09-Sep-19 | Attend TURN ESI scoping telephone conference. | Barr, Sarah Elizabeth | 0.50 | 233.75 |
| 09-Sep-19 | Prepare potential data requests. | Floyd, Amani Solange | 2.30 | 1,358.73 |
| 09-Sep-19 | Prepare draft response to Q7 of Table Mountain pre-audit for attorney review. | Middleman, Caitlin K. | 0.20 | 62.90 |
| 09-Sep-19 | Analyze CPUC data response. | Nicholson, Julie A. | 0.20 | 136.00 |
| 10-Sep-19 | Prepare potential data requests for SED. | Floyd, Amani Solange | 5.10 | 3,012.83 |
| 10-Sep-19 | Correspond with internal working group regarding draft data requests for SED. | Floyd, Amani Solange | 0.20 | 118.15 |
| 10-Sep-19 | Meet with C. Neitzey regarding background documents. | Hill, Joshua | 0.20 | 181.05 |
| 10-Sep-19 | Analyze final productions in response to Camp Fire data requests. | Middleman, Caitlin K. | 3.70 | 1,163.65 |
| 10-Sep-19 | Meet with J. Hill regarding background documents. | Neitzey, Christina Nic | 0.20 | 93.50 |
| 10-Sep-19 | Analyze background materials. | Neitzey, Christina Nic | 0.40 | 187.00 |
| 11-Sep-19 | Analyze TURN data requests 2l and 2k. | Barr, Sarah Elizabeth | 0.60 | 280.50 |
| 11-Sep-19 | Analyze production documents in response to North Bay fire data requests. | Middleman, Caitlin K. | 1.10 | 345.95 |
| 11-Sep-19 | Analyze background materials with respect to potential settlement. | Neitzey, Christina Nic | 2.10 | 981.75 |
| 12-Sep-19 | Call with J. Burton regarding OII-related data requests. | Barr, Sarah Elizabeth | 0.50 | 233.75 |
| 12-Sep-19 | Meet with J. Hill regarding draft data request for SED. | Floyd, Amani Solange | 1.10 | 649.83 |

2

# MORRISON | FOERSTER

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 12-Sep-19 | Correspond with internal working group regarding draft data requests. | Floyd, Amani Solange | 0.20 | 118.15 |
| 12-Sep-19 | Prepare draft data requests for SED. | Floyd, Amani Solange | 3.50 | 2,067.63 |
| 12-Sep-19 | Analyze talking points regarding Ignacio-Sausalito line. | Hill, Joshua | 0.10 | 90.53 |
| 12-Sep-19 | Analyze draft stipulated North Bay Fire facts regarding no-contest violations. | Hill, Joshua | 0.20 | 181.05 |
| 12-Sep-19 | Meet with A. Floyd regarding proposed data requests to SED. | Hill, Joshua | 1.10 | 995.78 |
| 12-Sep-19 | Correspond with internal working group regarding data requests. | Wong, Christine Y. | 0.40 | 331.50 |
| 13-Sep-19 | Analyze draft data requests for SED. | Floyd, Amani Solange | 0.10 | 59.08 |
| 13-Sep-19 | Analyze draft proposed data requests directed to SED. | Hill, Joshua | 1.50 | 1,357.88 |
| 13-Sep-19 | Revise response to data requests. | Wong, Christine Y. | 0.80 | 663.00 |
| 16-Sep-19 | Analyze CalPA data request 002-02 narrative. | Barr, Sarah Elizabeth | 0.50 | 233.75 |
| 16-Sep-19 | Analyze proposed data response requests. | Hill, Joshua | 0.30 | 271.58 |
| 19-Sep-19 | Review Camp supplemental data request. | Barr, Sarah Elizabeth | 0.30 | 140.25 |
| 19-Sep-19 | Analyze data response. | Wong, Christine Y. | 0.20 | 165.75 |
| 20-Sep-19 | Analyze DRU 1712 data request. | Barr, Sarah Elizabeth | 0.20 | 93.50 |
| 23-Sep-19 | Revise TURN data requests 2(d-l). | Barr, Sarah Elizabeth | 0.70 | 327.25 |
| 23-Sep-19 | Analyze draft data request responses. | Hill, Joshua | 0.10 | 90.53 |
| 24-Sep-19 | Revise data requests. | Wong, Christine Y. | 0.20 | 165.75 |
| 25-Sep-19 | Correspond with internal working group regarding discovery requests. | Barr, Sarah Elizabeth | 0.40 | 187.00 |
| 25-Sep-19 | Review and organize intervenor data requests. | Im, Amanda | 0.20 | 62.05 |
| 26-Sep-19 | Draft objections to Del Monte data request. | Barr, Sarah Elizabeth | 1.70 | 794.75 |
| 27-Sep-19 | Correspond with internal working group regarding contractor training. | Floyd, Amani Solange | 0.10 | 59.08 |
| 27-Sep-19 | Analyze OSA and CalPA data requests. | Wong, Christine Y. | 0.10 | 82.88 |
| 29-Sep-19 | Analyze and revise objections to data requests. | Hill, Joshua | 1.10 | 995.78 |
| 30-Sep-19 | Correspond with internal working group regarding compliance training. | Floyd, Amani Solange | 0.20 | 118.15 |
| 30-Sep-19 | Revise and circulate data requests directed to SED. | Hill, Joshua | 0.60 | 543.15 |
| **Total: C100** | **C100 FACT GATHERING** | | **36.30** | **20,964.91** |

**C200 RESEARCHING LAW**

| | | | | |
|------|----------|------------|-------|-------|
| 05-Sep-19 | Conduct legal research regarding California Public Records Act and privilege. | Barr, Sarah Elizabeth | 1.40 | 654.50 |

Case: 19-30088   Doc# 5605-4   Filed: 02/04/20   Entered: 02/04/20 09:28:33   Page 4 of 21

Matter Number: 050386-0000020                                      Invoice Number: 5885685
Matter Name: CPUC INVESTIGATION/OII                                Invoice Date: January 30, 2020

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 05-Sep-19 | Conduct legal research regarding California Public Records Act question. | Hill, Joshua | 0.20 | 181.05 |
| 05-Sep-19 | Analyze potential OII appeal process in response to request from E. Seals (PG&E). | Hill, Joshua | 0.40 | 362.10 |
| 05-Sep-19 | Analyze press articles regarding regulatory responses. | Wong, Christine Y. | 0.20 | 165.75 |
| 11-Sep-19 | Meet with J. Hill and C. Neitzey regarding legal research for pre-evidentiary hearing brief. | Floyd, Amani Solange | 0.60 | 354.45 |
| 11-Sep-19 | Meet with A. Floyd and C. Neitzey regarding legal research for pre-evidentiary hearing brief. | Hill, Joshua | 0.60 | 543.15 |
| 11-Sep-19 | Conduct legal research for legal briefing. | Neitzey, Christina Nic | 2.60 | 1,215.50 |
| 11-Sep-19 | Meet with J. Hill and A. Floyd to discuss legal research. | Neitzey, Christina Nic | 0.60 | 280.50 |
| 13-Sep-19 | Conduct legal research for legal issues brief and incorporate findings into draft. | Neitzey, Christina Nic | 3.00 | 1,402.50 |
| 15-Sep-19 | Conduct legal research for legal issues brief and incorporate findings into draft. | Neitzey, Christina Nic | 8.40 | 3,927.00 |
| 16-Sep-19 | Analyze case law for pre-evidentiary hearing brief. | Floyd, Amani Solange | 0.70 | 413.53 |
| 16-Sep-19 | Conduct legal research for legal issues brief and attend to internal correspondence regarding same. | Neitzey, Christina Nic | 7.90 | 3,693.25 |
| 17-Sep-19 | Conduct legal research for legal issues brief. | Neitzey, Christina Nic | 0.90 | 420.75 |
| **Total: C200** | **C200 RESEARCHING LAW** | | **27.50** | **13,614.03** |

**C312 CLIENT COUNSEL -STAT/REG/JUDICIAL**

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 02-Sep-19 | Correspond with S. Olinek (PG&E) regarding penalty calculator and methodology. | Hill, Joshua | 0.40 | 362.10 |
| 03-Sep-19 | Call with client regarding presentation at settlement meetings and penalty analysis. | Hill, Joshua | 0.70 | 633.68 |
| 03-Sep-19 | Call with regulators, interested parties, and client regarding corrective action plans. | Nicholson, Julie A. | 4.50 | 3,060.00 |
| 04-Sep-19 | Call with M. Allen (PG&E), S. Olinek (PG&E), and E. Seals (PG&E) regarding settlement negotiations. | Hill, Joshua | 1.00 | 905.25 |
| 04-Sep-19 | Call with regulators, interested parties, and client regarding corrective action plans. | Nicholson, Julie A. | 2.10 | 1,428.00 |
| 04-Sep-19 | Call with E. Seals (PG&E), S. Olinek (PG&E), and C. Wong regarding corrective actions and joint motion for approval of settlement agreement. | Nicholson, Julie A. | 0.80 | 544.00 |
| 04-Sep-19 | Call with J. Nicholson, E. Seals (PG&E), and S. Olinek (PG&E) regarding OII status, document requests, and settlement. | Wong, Christine Y. | 0.80 | 663.00 |

# MORRISON | FOERSTER

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 05-Sep-19 | Call with E. Seals (PG&E) regarding Camp Fire issues. | Hill, Joshua | 0.30 | 271.58 |
| 05-Sep-19 | Call with client team and outside counsel regarding status of CPUC proceedings. | Hill, Joshua | 0.50 | 452.63 |
| 05-Sep-19 | Call with client team and outside counsel regarding status of CPUC proceedings. | Nicholson, Julie A. | 0.50 | 340.00 |
| 05-Sep-19 | Call with client team and outside counsel regarding status of CPUC proceedings. | Wong, Christine Y. | 0.50 | 414.38 |
| 06-Sep-19 | Correspond with client regarding revised list of corrective actions. | Nicholson, Julie A. | 0.20 | 136.00 |
| 06-Sep-19 | Call with client and outside counsel regarding status of CPUC proceedings. | Nicholson, Julie A. | 0.40 | 272.00 |
| 06-Sep-19 | Call with regulators, interested parties, and client regarding corrective action plans. | Nicholson, Julie A. | 2.50 | 1,700.00 |
| 06-Sep-19 | Call with client regarding CPUC proceedings and next steps. | Nicholson, Julie A. | 1.90 | 1,292.00 |
| 06-Sep-19 | Meet with client regarding settlement. | Wong, Christine Y. | 0.50 | 414.38 |
| 09-Sep-19 | Call with S. Olinek (PG&E) and Cravath regarding litigation risk. | Hill, Joshua | 0.90 | 814.73 |
| 09-Sep-19 | Call with client regarding settlement authority. | Hill, Joshua | 1.80 | 1,629.45 |
| 09-Sep-19 | Call with E. Seals (PG&E) regarding litigation briefing and presentation for senior officers. | Hill, Joshua | 0.20 | 181.05 |
| 09-Sep-19 | Call with client regarding settlement. | Wong, Christine Y. | 0.70 | 580.13 |
| 10-Sep-19 | Conference with regulators, interested parties, and client regarding bankruptcy proceedings. | Nicholson, Julie A. | 4.00 | 2,720.00 |
| 10-Sep-19 | Meet with client regarding settlement. | Wong, Christine Y. | 1.60 | 1,326.00 |
| 11-Sep-19 | Call with E. Seals (PG&E), S. Olinek (PG&E) and Cravath regarding proposed wildfire stipulations of fact. | Hill, Joshua | 0.80 | 724.20 |
| 11-Sep-19 | Attend meeting with senior officers regarding status of settlement negotiations and settlement authority. | Hill, Joshua | 1.50 | 1,357.88 |
| 11-Sep-19 | Call with M. Allen and H. Weissmann regarding settlement analysis. | Hill, Joshua | 1.00 | 905.25 |
| 11-Sep-19 | Attend meeting with senior officers regarding status of settlement negotiations and settlement authority (partial). | Nicholson, Julie A. | 0.90 | 612.00 |
| 11-Sep-19 | Attend meeting with senior officers regarding status of settlement negotiations and settlement authority. | Wong, Christine Y. | 1.50 | 1,243.13 |
| 11-Sep-19 | Call with client regarding settlement. | Wong, Christine Y. | 0.80 | 663.00 |
| 12-Sep-19 | Call with E. Seals (PG&E) regarding settlement negotiations and litigation plan. | Hill, Joshua | 0.40 | 362.10 |

5

Matter Number: 050386-0000020

Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5885685

Invoice Date: January 30, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 12-Sep-19 | Conference with regulators, interested parties, and client regarding corrective action plans. | Nicholson, Julie A. | 6.10 | 4,148.00 |
| 13-Sep-19 | Analyze feedback from J. Loduca (PG&E) and L. Jordan (PG&E) regarding stipulated Camp Fire facts. | Hill, Joshua | 0.30 | 271.58 |
| 13-Sep-19 | Correspond with E. Seals (PG&E) regarding data requests and brief. | Hill, Joshua | 0.20 | 181.05 |
| 13-Sep-19 | Call with E. Seals (PG&E), S. Olinek (PG&E), J. Nicholson, and C. Wong regarding stipulation of facts. | Hill, Joshua | 0.70 | 633.68 |
| 13-Sep-19 | Correspond with S. Olinek (PG&E) regarding proposed corrective actions. | Nicholson, Julie A. | 0.30 | 204.00 |
| 13-Sep-19 | Call with E. Seals (PG&E), S. Olinek (PG&E), J. Hill and C. Wong regarding proposed stipulated facts. | Nicholson, Julie A. | 0.70 | 476.00 |
| 13-Sep-19 | Call with E. Seals (PG&E), S. Olinek (PG&E), J. Hill and J. Nicholson regarding proposed stipulated facts. | Wong, Christine Y. | 0.70 | 580.13 |
| 15-Sep-19 | Analyze E. Seals (PG&E) comments on legal brief outline. | Hill, Joshua | 0.20 | 181.05 |
| 17-Sep-19 | Call with client regarding settlement strategy. | Hill, Joshua | 0.40 | 362.10 |
| 18-Sep-19 | Meet with regulators, interested parties, and client regarding corrective action plans. | Hill, Joshua | 3.10 | 2,806.28 |
| 18-Sep-19 | Meet with regulators, interested parties, and client regarding corrective action plans. | Nicholson, Julie A. | 3.10 | 2,108.00 |
| 18-Sep-19 | Meet with regulators, interested parties, and client regarding corrective action plans. | Wong, Christine Y. | 2.40 | 1,989.00 |
| 20-Sep-19 | Conference with regulators, interested parties, and client regarding corrective action plans. | Nicholson, Julie A. | 0.90 | 612.00 |
| 20-Sep-19 | Conference with client regarding settlement negotiations. | Nicholson, Julie A. | 0.40 | 272.00 |
| 25-Sep-19 | Call with client regarding Del Monte and TURN data requests. | Barr, Sarah Elizabeth | 0.90 | 420.75 |
| 25-Sep-19 | Call with client regarding TURN and Del Monte data requests. | Hill, Joshua | 0.90 | 814.73 |
| 25-Sep-19 | Call with client regarding TURN and Del Monte data requests. | Nicholson, Julie A. | 0.90 | 612.00 |
| 26-Sep-19 | Call with client regarding CPUC proceedings. | Nicholson, Julie A. | 0.60 | 408.00 |
| 26-Sep-19 | Call with client regarding corrective actions. | Wong, Christine Y. | 0.50 | 414.38 |
| 27-Sep-19 | Call with client regarding data requests. | Hill, Joshua | 0.60 | 543.15 |
| 27-Sep-19 | Call with client team and outside counsel regarding status of CPUC proceedings. | Nicholson, Julie A. | 0.20 | 136.00 |

Case: 19-30088    Doc# 5605-4    Filed: 02/04/20    Entered: 02/04/20 09:28:33    Page 7 of 21

Matter Number: 050386-0000020

Invoice Number: 5885685

Matter Name: CPUC INVESTIGATION/OII

Invoice Date: January 30, 2020

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 27-Sep-19 | Call with client regarding settlement negotiations. | Nicholson, Julie A. | 0.70 | 476.00 |
| 27-Sep-19 | Meet with regulators, interested parties, and client regarding settlement negotiations and corrective action plans. | Nicholson, Julie A. | 1.70 | 1,156.00 |
| 27-Sep-19 | Call with client regarding settlement negotiations and corrective actions. | Nicholson, Julie A. | 0.50 | 340.00 |
| 27-Sep-19 | Meet with regulators, interested parties, and client regarding settlement negotiations and corrective action plans. | Wong, Christine Y. | 1.70 | 1,408.88 |
| 30-Sep-19 | Call with client team and outside counsel regarding status of CPUC proceedings. | Nicholson, Julie A. | 0.40 | 272.00 |
| 30-Sep-19 | Call with E. Seals (PG&E) regarding stipulated facts and status of OII. | Wong, Christine Y. | 0.50 | 414.38 |
| **Total: C312** | **C312 CLIENT COUNSEL -STAT/REG/JUDICIAL** | | **63.30** | **48,249.06** |

**P100 PROJECT ADMINISTRATION**

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 03-Sep-19 | Analyze and organize CPUC filings. | Im, Amanda | 0.90 | 279.23 |
| 03-Sep-19 | Analyze OII docket and prepare party status chart. | Im, Amanda | 1.00 | 310.25 |
| 05-Sep-19 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.30 | 94.35 |
| 06-Sep-19 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.30 | 94.35 |
| 10-Sep-19 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.30 | 94.35 |
| 11-Sep-19 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.20 | 62.90 |
| 12-Sep-19 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.60 | 188.70 |
| 13-Sep-19 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.60 | 188.70 |
| 16-Sep-19 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.20 | 62.90 |
| 17-Sep-19 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.30 | 94.35 |
| 18-Sep-19 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.40 | 125.80 |
| 23-Sep-19 | Analyze CPUC docket regarding administrative law judge order. | Im, Amanda | 0.20 | 62.05 |
| 23-Sep-19 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.30 | 94.35 |
| 25-Sep-19 | Review and organize CPUC filings. | Im, Amanda | 0.30 | 93.08 |
| 26-Sep-19 | Analyze recent CPUC filings. | Im, Amanda | 0.40 | 124.10 |
| 27-Sep-19 | Analyze and organize CPUC filings. | Im, Amanda | 0.90 | 279.23 |
| **Total: P100** | **P100 PROJECT ADMINISTRATION** | | **7.20** | **2,248.69** |

**P300 STRUCTURE/STRATEGY/ANALYSIS**

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 01-Sep-19 | Construct OII penalty calculator and analyze potential penalties to evaluate settlement positions. | Hill, Joshua | 0.50 | 452.63 |
| 01-Sep-19 | Analyze draft motion for settlement approval. | Wong, Christine Y. | 0.60 | 497.25 |
| 02-Sep-19 | Analyze recent OIIs for Board of Directors. | Floyd, Amani Solange | 5.70 | 3,367.28 |

Case: 19-30088    Doc# 5605-4    Filed: 02/04/20    Entered: 02/04/20 09:28:33    Page 8 of 21

# MORRISON | FOERSTER

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 02-Sep-19 | Correspond with internal working group regarding penalty calculations and recent OII analysis. | Floyd, Amani Solange | 0.10 | 59.08 |
| 02-Sep-19 | Analyze issues regarding settlement discussions. | Wong, Christine Y. | 0.20 | 165.75 |
| 03-Sep-19 | Participate on call with internal working group regarding case updates and status of deliverables. | Annobil, Yacoba Elsie | 0.20 | 118.15 |
| 03-Sep-19 | Draft sections of motion for approval of settlement. | Annobil, Yacoba Elsie | 2.00 | 1,181.50 |
| 03-Sep-19 | Research and analyze prior precedent in connection with motion for approval of settlement. | Annobil, Yacoba Elsie | 5.10 | 3,012.83 |
| 03-Sep-19 | Participate on call with internal working group regarding case updates and status of deliverables. | Barr, Sarah Elizabeth | 0.20 | 93.50 |
| 03-Sep-19 | Prepare status update for Commission. | Barr, Sarah Elizabeth | 0.70 | 327.25 |
| 03-Sep-19 | Draft procedural history portion of joint motion for approval of settlement agreement. | Barr, Sarah Elizabeth | 1.50 | 701.25 |
| 03-Sep-19 | Prepare summary of recent OIIs for Board of Directors. | Floyd, Amani Solange | 1.90 | 1,122.43 |
| 03-Sep-19 | Correspond with internal working group regarding OII research and penalty calculations. | Floyd, Amani Solange | 0.60 | 354.45 |
| 03-Sep-19 | Participate on call with internal working group regarding case updates and status of deliverables. | Floyd, Amani Solange | 0.20 | 118.15 |
| 03-Sep-19 | Revise OII penalty calculator for North Bay Fire. | Floyd, Amani Solange | 1.50 | 886.13 |
| 03-Sep-19 | Call with J. Hill regarding penalty calculations pertaining to Camp Fire. | Floyd, Amani Solange | 0.20 | 118.15 |
| 03-Sep-19 | Analyze potential penalties from North Bay Fire for settlement negotiations. | Hill, Joshua | 2.40 | 2,172.60 |
| 03-Sep-19 | Call with A. Floyd regarding Camp Fire penalty analysis. | Hill, Joshua | 0.20 | 181.05 |
| 03-Sep-19 | Prepare talking points for settlement meeting regarding North Bay Fire penalty analysis. | Hill, Joshua | 1.00 | 905.25 |
| 03-Sep-19 | Correspond with C. Wong and J. Hill regarding joint motion for approval of settlement agreement. | Nicholson, Julie A. | 0.30 | 204.00 |
| 03-Sep-19 | Revise status update. | Nicholson, Julie A. | 0.30 | 204.00 |
| 03-Sep-19 | Analyze and revise summary of recent OIIs. | Wong, Christine Y. | 0.20 | 165.75 |
| 04-Sep-19 | Participate on call regarding case updates and deliverables. | Annobil, Yacoba Elsie | 0.30 | 177.23 |
| 04-Sep-19 | Draft sections of motion for approval of the settlement. | Annobil, Yacoba Elsie | 3.60 | 2,126.70 |
| 04-Sep-19 | Draft procedural history portion of joint motion for approval of settlement agreement. | Barr, Sarah Elizabeth | 3.80 | 1,776.50 |
| 04-Sep-19 | Participate on OII status call. | Barr, Sarah Elizabeth | 0.20 | 93.50 |
| 04-Sep-19 | Correspond with internal working group regarding penalty calculations for Camp Fire. | Floyd, Amani Solange | 0.30 | 177.23 |

Case: 19-30088    Doc# 5605-4    Filed: 02/04/20    Entered: 02/04/20 09:28:33    Page 9
of 21

Matter Number:  050386-0000020              Invoice Number:  5885685
Matter Name:  CPUC INVESTIGATION/OII        Invoice Date: January 30, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 04-Sep-19 | Draft North Bay Fires penalty calculator for SED. | Floyd, Amani Solange | 0.30 | 177.23 |
| 04-Sep-19 | Prepare penalty calculator for Camp Fire. | Floyd, Amani Solange | 1.70 | 1,004.28 |
| 04-Sep-19 | Analyze fact stipulation regarding Camp Fire. | Hill, Joshua | 0.20 | 181.05 |
| 04-Sep-19 | Analyze Camp Fire potential penalties and violations. | Hill, Joshua | 1.20 | 1,086.30 |
| 04-Sep-19 | Correspond with C. Wong regarding settlement negotiations. | Nicholson, Julie A. | 0.20 | 136.00 |
| 04-Sep-19 | Draft updated list of corrective actions. | Nicholson, Julie A. | 0.80 | 544.00 |
| 04-Sep-19 | Revise joint motion for approval of settlement agreement. | Nicholson, Julie A. | 1.40 | 952.00 |
| 04-Sep-19 | Review research regarding CPRA and documents related to settlement discussions. | Wong, Christine Y. | 0.20 | 165.75 |
| 05-Sep-19 | Participate on call regarding OII status update. | Barr, Sarah Elizabeth | 0.50 | 233.75 |
| 05-Sep-19 | Correspond with internal working group regarding OII summaries and explanation of CPUC's final decisions and appeals process for Board of Directors. | Floyd, Amani Solange | 0.30 | 177.23 |
| 05-Sep-19 | Draft summary of OIIs for Board of Directors. | Floyd, Amani Solange | 3.20 | 1,890.40 |
| 05-Sep-19 | Prepare penalty calculator for Camp Fire. | Floyd, Amani Solange | 2.80 | 1,654.10 |
| 05-Sep-19 | Analyze revised summary of corrective actions for settlement negotiations. | Hill, Joshua | 0.30 | 271.58 |
| 05-Sep-19 | Analyze potential penalties arising out of Camp Fire based on SED stipulation of facts. | Hill, Joshua | 2.70 | 2,444.18 |
| 05-Sep-19 | Analyze revisions to SED's proposed stipulation of facts on Camp Fires. | Hill, Joshua | 1.10 | 995.78 |
| 05-Sep-19 | Analyze strategic and settlement issues. | Hill, Joshua | 0.30 | 271.58 |
| 05-Sep-19 | Participate on OII status update call. | Hill, Joshua | 0.50 | 452.63 |
| 05-Sep-19 | Draft updated list of corrective actions. | Nicholson, Julie A. | 3.00 | 2,040.00 |
| 05-Sep-19 | Analyze draft fact stipulations. | Wong, Christine Y. | 0.30 | 248.63 |
| 05-Sep-19 | Meet with SED regarding fact stipulations. | Wong, Christine Y. | 1.20 | 994.50 |
| 06-Sep-19 | Correspond with internal working group regarding OII research for Board of Directors and OII order regarding legal briefing. | Floyd, Amani Solange | 0.20 | 118.15 |
| 06-Sep-19 | Draft summary of OIIs for Board of Directors. | Floyd, Amani Solange | 4.30 | 2,540.23 |
| 06-Sep-19 | Analyze potential penalties arising out of Camp Fire based on SED stipulation of facts. | Hill, Joshua | 1.50 | 1,357.88 |
| 06-Sep-19 | Correspond with C. Wong regarding status of settlement negotiations and litigation plan. | Hill, Joshua | 0.70 | 633.68 |
| 06-Sep-19 | Prepare slides for Board presentation on OII appeals process and chart of past OIIs. | Hill, Joshua | 1.20 | 1,086.30 |

9

## MORRISON | FOERSTER

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 06-Sep-19 | Analyze revised summary of corrective actions for settlement negotiations. | Hill, Joshua | 0.30 | 271.58 |
| 06-Sep-19 | Draft litigation plan per request of E. Seals (PG&E). | Hill, Joshua | 0.90 | 814.73 |
| 06-Sep-19 | Analyze and circulate administrative law judge ruling on legal briefing. | Hill, Joshua | 0.10 | 90.53 |
| 06-Sep-19 | Meet with SED and other parties regarding settlement. | Wong, Christine Y. | 3.00 | 2,486.25 |
| 06-Sep-19 | Analyze amended corrective actions list. | Wong, Christine Y. | 0.20 | 165.75 |
| 07-Sep-19 | Revise penalty calculator and settlement analysis for OII. | Hill, Joshua | 3.10 | 2,806.28 |
| 07-Sep-19 | Correspond with C. Wong regarding settlement negotiations. | Nicholson, Julie A. | 0.10 | 68.00 |
| 08-Sep-19 | Revise penalty calculator and settlement analysis for OII and circulate same. | Hill, Joshua | 1.20 | 1,086.30 |
| 08-Sep-19 | Correspond with C. Wong regarding settlement negotiations. | Nicholson, Julie A. | 0.10 | 68.00 |
| 08-Sep-19 | Analyze claims for potential settlement offer. | Wong, Christine Y. | 0.30 | 248.63 |
| 09-Sep-19 | Participate on call with internal working group regarding OII status update. | Annobil, Yacoba Elsie | 0.60 | 354.45 |
| 09-Sep-19 | Correspond with internal working group regarding SED settlement. | Annobil, Yacoba Elsie | 0.50 | 295.38 |
| 09-Sep-19 | Participate on call with internal working group regarding OII status update. | Barr, Sarah Elizabeth | 0.60 | 280.50 |
| 09-Sep-19 | Participate on call with internal working group regarding OII status update. | Floyd, Amani Solange | 0.60 | 354.45 |
| 09-Sep-19 | Participate on call with internal working group regarding OII status update. | Hill, Joshua | 0.60 | 543.15 |
| 09-Sep-19 | Prepare presentation materials for settlement authority meeting with senior officers. | Hill, Joshua | 1.50 | 1,357.88 |
| 09-Sep-19 | Participate on call with internal working group regarding OII status update. | Nicholson, Julie A. | 0.60 | 408.00 |
| 09-Sep-19 | Analyze plan of reorganization with respect to ongoing investigations. | Nicholson, Julie A. | 0.70 | 476.00 |
| 09-Sep-19 | Participate on call with internal working group regarding OII status update. | Wong, Christine Y. | 0.60 | 497.25 |
| 10-Sep-19 | Participate on call with internal working group regarding status of CPUC proceedings. | Annobil, Yacoba Elsie | 0.30 | 177.23 |
| 10-Sep-19 | Participate on call with internal working group regarding status of CPUC proceedings. | Barr, Sarah Elizabeth | 0.30 | 140.25 |
| 10-Sep-19 | Prepare weekly OII status update for Commission. | Barr, Sarah Elizabeth | 0.70 | 327.25 |

Matter Number: 050386-0000020

Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5885685

Invoice Date: January 30, 2020

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 10-Sep-19 | Participate on call with internal working group regarding status of CPUC proceedings. | Hill, Joshua | 0.30 | 271.58 |
| 10-Sep-19 | Participate in part of settlement negotiations with other parties. | Hill, Joshua | 1.50 | 1,357.88 |
| 10-Sep-19 | Correspond with J. Nicholson regarding stipulation of facts and related matters. | Hill, Joshua | 0.30 | 271.58 |
| 10-Sep-19 | Prepare presentation materials for settlement authority meeting with senior officers. | Hill, Joshua | 0.80 | 724.20 |
| 10-Sep-19 | Analyze potential Camp Fire penalties. | Hill, Joshua | 0.10 | 90.53 |
| 10-Sep-19 | Participate on call with internal working group regarding status of CPUC proceedings. | Nicholson, Julie A. | 0.30 | 204.00 |
| 10-Sep-19 | Draft updated list of corrective actions. | Nicholson, Julie A. | 0.80 | 544.00 |
| 10-Sep-19 | Correspond with S. Barr regarding status update. | Nicholson, Julie A. | 0.30 | 204.00 |
| 10-Sep-19 | Meet with SED and other intervenors. | Wong, Christine Y. | 1.00 | 828.75 |
| 10-Sep-19 | Meet with SED. | Wong, Christine Y. | 1.80 | 1,491.75 |
| 11-Sep-19 | Participate on call with internal working group regarding OII status update. | Annobil, Yacoba Elsie | 0.40 | 236.30 |
| 11-Sep-19 | Revise weekly OII status update. | Barr, Sarah Elizabeth | 0.40 | 187.00 |
| 11-Sep-19 | Participate on call with internal working group regarding OII status update. | Barr, Sarah Elizabeth | 0.40 | 187.00 |
| 11-Sep-19 | Participate on call with internal working group regarding OII status update. | Floyd, Amani Solange | 0.40 | 236.31 |
| 11-Sep-19 | Revise settlement authority slides. | Hill, Joshua | 0.70 | 633.68 |
| 11-Sep-19 | Prepare presentation materials for settlement authority meeting with senior officers. | Hill, Joshua | 0.70 | 633.68 |
| 11-Sep-19 | Revise OII NDA file. | Middleman, Caitlin K. | 0.20 | 62.90 |
| 11-Sep-19 | Draft potential factual admissions for settlement discussions. | Neitzey, Christina Nic | 2.20 | 1,028.50 |
| 11-Sep-19 | Draft corrective actions summaries for joint motion for approval of settlement agreement. | Nicholson, Julie A. | 2.30 | 1,564.00 |
| 11-Sep-19 | Participate on call with internal working group regarding OII status update. | Nicholson, Julie A. | 0.40 | 272.00 |
| 11-Sep-19 | Prepare summary of proposed stipulated facts. | Nicholson, Julie A. | 1.40 | 952.00 |
| 11-Sep-19 | Revise presentation regarding settlement. | Wong, Christine Y. | 0.60 | 497.25 |
| 11-Sep-19 | Revise corrective action summary. | Wong, Christine Y. | 0.30 | 248.63 |
| 11-Sep-19 | Analyze and revise factual stipulations. | Wong, Christine Y. | 0.50 | 414.38 |
| 11-Sep-19 | Participate on call with internal working group regarding OII status update. | Wong, Christine Y. | 0.40 | 331.50 |
| 12-Sep-19 | Call with internal working group regarding OII status update. | Barr, Sarah Elizabeth | 0.30 | 140.25 |

11

Matter Number: 050386-0000020

Invoice Number: 5885685

Matter Name: CPUC INVESTIGATION/OII

Invoice Date: January 30, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 12-Sep-19 | Call with internal working group regarding OII status update. | Floyd, Amani Solange | 0.30 | 177.23 |
| 12-Sep-19 | Analyze proposed settlement agreement. | Hill, Joshua | 0.20 | 181.05 |
| 12-Sep-19 | Participate in part of settlement negotiations with other parties. | Hill, Joshua | 0.90 | 814.73 |
| 12-Sep-19 | Call with E. Norris and C. Wong regarding settlement negotiations. | Hill, Joshua | 0.50 | 452.63 |
| 12-Sep-19 | Analyze intervenor compensation issues. | Hill, Joshua | 0.10 | 90.53 |
| 12-Sep-19 | Analyze draft outline for brief of disputed legal issues. | Hill, Joshua | 0.50 | 452.63 |
| 12-Sep-19 | Draft proposed factual admissions for potential CPUC settlement regarding 2017 wildfires. | Neitzey, Christina Nic | 3.40 | 1,589.50 |
| 12-Sep-19 | Prepare summary of proposed stipulated facts. | Nicholson, Julie A. | 0.80 | 544.00 |
| 12-Sep-19 | Call with internal working group regarding OII status update. | Nicholson, Julie A. | 0.30 | 204.00 |
| 12-Sep-19 | Call with E. Norris and J. Hill regarding settlement negotiations. | Wong, Christine Y. | 0.50 | 414.38 |
| 12-Sep-19 | Correspond with internal working group regarding facts strategy. | Wong, Christine Y. | 0.30 | 248.63 |
| 12-Sep-19 | Call with Cravath regarding OII status. | Wong, Christine Y. | 0.50 | 414.38 |
| 12-Sep-19 | Call with internal working group regarding OII status update. | Wong, Christine Y. | 0.30 | 248.63 |
| 12-Sep-19 | Analyze notices of intent to seek intervenor compensation. | Wong, Christine Y. | 0.20 | 165.75 |
| 13-Sep-19 | Call with internal working group regarding OII status. | Barr, Sarah Elizabeth | 0.60 | 280.50 |
| 13-Sep-19 | Correspond with internal working group regarding legal issue briefing. | Floyd, Amani Solange | 0.20 | 118.15 |
| 13-Sep-19 | Call with internal working group regarding OII status. | Floyd, Amani Solange | 0.60 | 354.45 |
| 13-Sep-19 | Call with internal working group regarding OII status. | Hill, Joshua | 0.60 | 543.15 |
| 13-Sep-19 | Draft potential factual admissions for settlement negotiations. | Neitzey, Christina Nic | 4.00 | 1,870.00 |
| 13-Sep-19 | Prepare summary of proposed stipulated facts. | Nicholson, Julie A. | 3.00 | 2,040.00 |
| 13-Sep-19 | Call with internal working group regarding OII status. | Wong, Christine Y. | 0.60 | 497.25 |
| 13-Sep-19 | Revise draft fact stipulations. | Wong, Christine Y. | 0.60 | 497.25 |
| 14-Sep-19 | Analyze correspondence from SED regarding settlement discussions and ability to finance liabilities. | Hill, Joshua | 0.20 | 181.05 |

# MORRISON | FOERSTER

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 14-Sep-19 | Correspond with internal working group regarding meeting with SED. | Wong, Christine Y. | 0.20 | 165.75 |
| 15-Sep-19 | Correspond with internal working group regarding legal brief. | Floyd, Amani Solange | 0.20 | 118.15 |
| 15-Sep-19 | Correspond with internal working group regarding Camp Fire stipulation of facts. | Wong, Christine Y. | 0.50 | 414.38 |
| 16-Sep-19 | Call with internal working group regarding OII status update. | Barr, Sarah Elizabeth | 0.50 | 233.75 |
| 16-Sep-19 | Correspond with internal working group regarding legal brief. | Floyd, Amani Solange | 0.40 | 236.30 |
| 16-Sep-19 | Call with internal working group regarding OII status update. | Floyd, Amani Solange | 0.50 | 295.38 |
| 16-Sep-19 | Revise legal brief. | Floyd, Amani Solange | 0.40 | 236.30 |
| 16-Sep-19 | Analyze arguments and draft brief regarding disputed legal issues. | Hill, Joshua | 5.10 | 4,616.78 |
| 16-Sep-19 | Call with internal working group regarding OII status update. | Hill, Joshua | 0.50 | 452.63 |
| 16-Sep-19 | Analyze stipulation of facts for 2017 wildfires. | Wong, Christine Y. | 0.30 | 248.63 |
| 17-Sep-19 | Prepare weekly status update for OII Commission. | Barr, Sarah Elizabeth | 0.40 | 187.00 |
| 17-Sep-19 | Call with internal working group regarding OII status update. | Barr, Sarah Elizabeth | 0.20 | 93.50 |
| 17-Sep-19 | Call with internal working group regarding OII status update. | Floyd, Amani Solange | 0.20 | 118.15 |
| 17-Sep-19 | Analyze arguments and draft brief regarding disputed legal issues. | Hill, Joshua | 3.90 | 3,530.48 |
| 17-Sep-19 | Correspond with C. Wong regarding settlement status and other matters. | Hill, Joshua | 0.40 | 362.10 |
| 17-Sep-19 | Revise summary of proposed stipulated facts. | Nicholson, Julie A. | 0.70 | 476.00 |
| 17-Sep-19 | Correspond with S. Barr regarding OII status update. | Nicholson, Julie A. | 0.10 | 68.00 |
| 18-Sep-19 | Draft weekly OII update. | Barr, Sarah Elizabeth | 0.60 | 280.50 |
| 18-Sep-19 | Analyze Nuns Fire portion of legal brief. | Barr, Sarah Elizabeth | 0.30 | 140.25 |
| 18-Sep-19 | Correspond with internal working group regarding OII status. | Floyd, Amani Solange | 0.20 | 118.15 |
| 18-Sep-19 | Analyze and revise legal brief. | Floyd, Amani Solange | 2.40 | 1,417.80 |
| 18-Sep-19 | Correspond with internal working group regarding legal brief. | Floyd, Amani Solange | 0.10 | 59.08 |
| 18-Sep-19 | Draft brief of disputed legal issues. | Hill, Joshua | 3.30 | 2,987.33 |
| 18-Sep-19 | Draft legal issues brief for administrative law judge. | Neitzey, Christina Nic | 2.10 | 981.75 |
| 18-Sep-19 | Revise summary of proposed stipulated facts. | Nicholson, Julie A. | 0.50 | 340.00 |

13

# MORRISON | FOERSTER

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 18-Sep-19 | Analyze and revise legal brief. | Wong, Christine Y. | 0.80 | 663.00 |
| 19-Sep-19 | Correspond with internal working group regarding OII status. | Barr, Sarah Elizabeth | 0.60 | 280.50 |
| 20-Sep-19 | Correspond with internal working group regarding OII status. | Barr, Sarah Elizabeth | 0.40 | 187.00 |
| 20-Sep-19 | Call with C. Wong regarding settlement meeting. | Hill, Joshua | 0.30 | 271.58 |
| 20-Sep-19 | Revise summary of proposed stipulated facts. | Nicholson, Julie A. | 0.20 | 136.00 |
| 20-Sep-19 | Participate in client settlement meeting. | Wong, Christine Y. | 0.70 | 580.13 |
| 20-Sep-19 | Call with J. Hill regarding settlement meeting. | Wong, Christine Y. | 0.30 | 248.63 |
| 20-Sep-19 | Revise stipulation of facts. | Wong, Christine Y. | 0.10 | 82.88 |
| 21-Sep-19 | Analyze comments on legal brief. | Hill, Joshua | 0.30 | 271.58 |
| 22-Sep-19 | Analyze revisions to OII legal brief. | Wong, Christine Y. | 0.20 | 165.75 |
| 23-Sep-19 | Call with internal working group regarding OII status update. | Barr, Sarah Elizabeth | 0.40 | 187.00 |
| 23-Sep-19 | Analyze administrative law judge order regarding status updates. | Barr, Sarah Elizabeth | 0.30 | 140.25 |
| 23-Sep-19 | Call with J. Nicholson regarding OII settlement status. | Barr, Sarah Elizabeth | 0.50 | 233.75 |
| 23-Sep-19 | Call with internal working group regarding OII status update. | Floyd, Amani Solange | 0.40 | 236.30 |
| 23-Sep-19 | Review and analyze draft legal brief. | Floyd, Amani Solange | 0.10 | 59.08 |
| 23-Sep-19 | Analyze comments on brief regarding disputed legal issues. | Hill, Joshua | 0.20 | 181.05 |
| 23-Sep-19 | Correspond regarding status report. | Hill, Joshua | 0.10 | 90.53 |
| 23-Sep-19 | Call with internal working group regarding OII status update. | Hill, Joshua | 0.40 | 362.10 |
| 23-Sep-19 | Analyze comments from client and co-counsel regarding legal issues brief for administrative law judge. | Neitzey, Christina Nic | 2.20 | 1,028.50 |
| 23-Sep-19 | Call with internal working group regarding OII status update. | Nicholson, Julie A. | 0.40 | 272.00 |
| 23-Sep-19 | Call with S. Barr regarding OII settlement status. | Nicholson, Julie A. | 0.50 | 340.00 |
| 23-Sep-19 | Call with internal working group regarding OII status update. | Wong, Christine Y. | 0.40 | 331.50 |
| 24-Sep-19 | Draft weekly status update for Commission. | Barr, Sarah Elizabeth | 1.00 | 467.50 |
| 24-Sep-19 | Call with internal working group regarding OII status update. | Barr, Sarah Elizabeth | 0.20 | 93.50 |
| 24-Sep-19 | Call with internal working group regarding OII status update. | Floyd, Amani Solange | 0.20 | 118.15 |
| 24-Sep-19 | Revise legal brief and circulate. | Hill, Joshua | 1.60 | 1,448.40 |

Case: 19-30088   Doc# 5605-4   Filed: 02/04/20   Entered: 02/04/20 09:28:33   Page 15 of 21

# MORRISON | FOERSTER

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 24-Sep-19 | Revise draft status report. | Hill, Joshua | 0.80 | 724.20 |
| 24-Sep-19 | Draft legal issues brief for administrative law judge. | Neitzey, Christina Nic | 0.40 | 187.00 |
| 24-Sep-19 | Call with internal working group regarding OII status update. | Nicholson, Julie A. | 0.20 | 136.00 |
| 24-Sep-19 | Analyze status update. | Wong, Christine Y. | 0.30 | 248.63 |
| 25-Sep-19 | Call with internal working group regarding settlement update. | Wong, Christine Y. | 0.20 | 165.75 |
| 25-Sep-19 | Correspond with internal working group regarding pre-hearing brief of legal issues. | Wong, Christine Y. | 0.20 | 165.75 |
| 26-Sep-19 | Participate on call with internal working group regarding OII status update. | Barr, Sarah Elizabeth | 0.40 | 187.00 |
| 26-Sep-19 | Participate on call with internal working group regarding OII status update. | Floyd, Amani Solange | 0.40 | 236.30 |
| 26-Sep-19 | Analyze various components of status report. | Hill, Joshua | 1.60 | 1,448.40 |
| 26-Sep-19 | Prepare legal issues brief for administrative law judge. | Neitzey, Christina Nic | 0.20 | 93.50 |
| 26-Sep-19 | Revise draft submission regarding penalty. | Wong, Christine Y. | 0.30 | 248.63 |
| 26-Sep-19 | Revise draft status update. | Wong, Christine Y. | 0.30 | 248.63 |
| 27-Sep-19 | Correspond with internal working group regarding OII status update. | Floyd, Amani Solange | 0.20 | 118.15 |
| 27-Sep-19 | Correspond with internal working group regarding developments in CPUC proceedings. | Neitzey, Christina Nic | 0.30 | 140.25 |
| 27-Sep-19 | Correspond with C. Wong regarding corrective action proposals. | Nicholson, Julie A. | 0.20 | 136.00 |
| 27-Sep-19 | Analyze joint party status update. | Wong, Christine Y. | 0.20 | 165.75 |
| 27-Sep-19 | Revise draft fact stipulations. | Wong, Christine Y. | 0.30 | 248.63 |
| 30-Sep-19 | Call with internal working group regarding OII status update. | Floyd, Amani Solange | 0.40 | 236.30 |
| 30-Sep-19 | Call with internal working group regarding OII status. | Hill, Joshua | 0.40 | 362.10 |
| 30-Sep-19 | Correspond with C. Wong regarding status updates. | Hill, Joshua | 0.10 | 90.53 |
| **Total: P300** | **P300 STRUCTURE/STRATEGY/ANALYSIS** | | **163.00** | **113,970.46** |

**P400 INITIAL DOCUMENT PREPARATION/FILING**

| Date | Services | Timekeeper | Hours | Value |
|------|----------|------------|-------|-------|
| 03-Sep-19 | Correspond with Weil team regarding supplemental retention application. | Kissner, Andrew | 0.10 | 53.13 |
| 04-Sep-19 | Correspond with J. Hill and B. Parris regarding supplemental retention application. | Kissner, Andrew | 0.30 | 159.38 |
| 05-Sep-19 | Draft and revise supplemental retention application per comments of J. Hill and B. Parris. | Kissner, Andrew | 0.50 | 265.63 |

15

# MORRISON | FOERSTER

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 10-Sep-19 | Correspond with internal working group regarding revisions and U.S. Trustee's approval of retention application. | Kissner, Andrew | 0.30 | 159.38 |
| 16-Sep-19 | Analyze and revise first monthly fee application and correspond with J. Hill regarding same. | Kissner, Andrew | 0.60 | 318.75 |
| 17-Sep-19 | Prepare MoFo's first consolidated monthly fee statement. | Guido, Laura | 1.50 | 478.13 |
| 17-Sep-19 | Compile precedent regarding monthly fee applications. | Guido, Laura | 0.30 | 95.63 |
| 17-Sep-19 | Correspond with J. Hill and R. Ferraioli regarding fee application and U.S. Trustee's guidelines. | Kissner, Andrew | 0.60 | 318.75 |
| 20-Sep-19 | Finalize MoFo's first consolidated monthly fee application. | Guido, Laura | 0.30 | 95.63 |
| 23-Sep-19 | Follow-up regarding MoFo's first consolidated monthly fee application. | Guido, Laura | 0.20 | 63.75 |
| 24-Sep-19 | Update and finalize MoFo's first consolidated monthly fee statement. | Guido, Laura | 0.60 | 191.25 |
| 30-Sep-19 | Correspond with internal working group regarding final fee application. | Kissner, Andrew | 0.20 | 106.25 |
| **Total: P400** | **P400 INITIAL DOCUMENT PREPARATION/FILING** | | **5.50** | **2,305.66** |

**Time Entry Review**

| Date | Services | Timekeeper | Hours | Value |
|------|----------|-----------|-------|-------|
| 11-Sep-19 | Analyze and revise invoices for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 0.70 | 371.88 |
| 13-Sep-19 | Revise invoices for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 0.50 | 265.63 |
| **Total: Z032** | **Time Entry Review** | | **1.20** | **637.51** |

|  |  |
|--|--|
| **Current Fees** | **201,352.81** |

**MORRISON | FOERSTER**

## Timekeeper Summary

| No. | Timekeeper | Rate | Hours | Value |
|---|---|---|---|---|
| 21211 | Hill, Joshua | 905.25 | 70.70 | 64,001.42 |
| 23383 | Wong, Christine Y. | 828.75 | 33.80 | 28,011.88 |
| 23843 | Annobil, Yacoba Elsie | 590.75 | 13.00 | 7,679.77 |
| 23371 | Barr, Sarah Elizabeth | 467.50 | 25.80 | 12,061.50 |
| 22094 | Floyd, Amani Solange | 590.75 | 46.10 | 27,233.69 |
| 19671 | Kissner, Andrew | 531.25 | 3.80 | 2,018.78 |
| 23787 | Neitzey, Christina Nic | 467.50 | 40.90 | 19,120.75 |
| 16384 | Nicholson, Julie A. | 680.00 | 54.40 | 36,992.00 |
| 13849 | Guido, Laura | 318.75 | 2.90 | 924.39 |
| 22273 | Im, Amanda | 310.25 | 3.90 | 1,209.99 |
| 16127 | Middleman, Caitlin K. | 314.50 | 8.70 | 2,736.15 |
| | Client Accommodation  - Time Entry Review | | | (637.51) |
| | **TOTAL** | | **304.00** | **201,352.81** |

# MORRISON | FOERSTER

## Task Code Summary

| Task Code | Description | Hours | Value |
|-----------|-------------|-------|-------|
| C100 | C100 FACT GATHERING | 36.30 | 20,964.91 |
| C200 | C200 RESEARCHING LAW | 27.50 | 13,614.03 |
| C312 | C312 CLIENT COUNSEL -STAT/REG/JUDICIAL | 63.30 | 48,249.06 |
| P100 | P100 PROJECT ADMINISTRATION | 7.20 | 2,248.69 |
| P300 | P300 STRUCTURE/STRATEGY/ANALYSIS | 163.00 | 113,970.46 |
| P400 | P400 INITIAL DOCUMENT PREPARATION/FILING | 5.50 | 2,305.66 |
| Z032 | Time Entry Review | 1.20 | 637.51 |
| | Client Accommodation  - Time Entry Review | | (637.51) |
| | **TOTAL** | **304.00** | **201,352.81** |

18

**MORRISON | FOERSTER**

## Invoice Summary

|                      | U.S.Dollars |
|----------------------|------------:|
| Total Fees           | 201,352.81  |
| **Total Amount Due** | **201,352.81** |

19

# MORRISON | FOERSTER

Matter Number:  050386-0000020
Matter Name:  CPUC INVESTIGATION/OII

Invoice Number:  5885685
Invoice Date: January 30, 2020

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|---|
| 31-Dec-18 | 5788544 | USD | 11,540.98 | 0.00 | 11,540.98 |
| 14-Jan-19 | 5789728 | USD | 53,273.86 | 0.00 | 53,273.86 |
| 30-Sep-19 | 5855259 | USD | 135,426.69 | 0.00 | 135,426.69 |
| 07-Nov-19 | 5864250 | USD | 187,092.39 | 118,522.33 | 68,570.06 |
| 12-Nov-19 | 5872848 | USD | 25,272.11 | 20,276.95 | 4,995.16 |
| 13-Nov-19 | 5872849 | USD | 293,040.35 | 232,959.61 | 60,080.74 |
| 14-Nov-19 | 5872850 | USD | 210,206.59 | 164,109.84 | 46,096.75 |
| 15-Nov-19 | 5872851 | USD | 184,478.01 | 144,043.98 | 40,434.03 |
| 18-Nov-19 | 5872852 | USD | 139,409.29 | 105,605.74 | 33,803.55 |
| 19-Nov-19 | 5872853 | USD | 117,730.16 | 92,767.33 | 24,962.83 |
| 20-Nov-19 | 5872854 | USD | 420,218.70 | 332,330.25 | 87,888.45 |

Case: 19-30088   Doc# 5605-4   Filed: 02/04/20   Entered: 02/04/20 09:28:33   Page 21 of 21