# EXHIBIT E

## DETAILED EXPENSES FOR THE PERIOD FROM SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019

# MORRISON | FOERSTER

P.O. BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, WASHINGTON, D.C.,
SAN DIEGO, PALO ALTO, BOSTON,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #**
Invoice Number: 5885689
Invoice Date: January 30, 2020

Client/Matter Number: 050386-0000020

Matter Name: CPUC INVESTIGATION/OII

Client Ref: 1707076

RE: CPUC INVESTIGATION/OII

*For Disbursements Incurred Through September 30, 2019*

|  | U.S.Dollars |
|---|---|
| Current Disbursements | 167.48 |
| **Total This Invoice** | **167.48** |

**Payment may be made by Electronic Funds transfer to the firm's account**

# MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5885689
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: January 30, 2020

## Disbursement Detail

| Date | Description | Value |
|---|---|---|
| 30-Sep-19 | Photocopies | 34.60 |
| 30-Sep-19 | Color Copies | 48.30 |
| 30-Sep-19 | Outside Copying Svcs | 2.80 |
| 10-Sep-19 | Travel, taxi/car service, J. Hill, ground travel to client offices for settlement negotiations | 11.10 |
| 10-Sep-19 | Business meals, two attendees (J. Hill and M. Allen), lunch with client during settlement negotiations | 28.89 |
| 12-Sep-19 | Meals Business meals, two attendees (J. Nicholson and M. Allen), lunch with client during settlement negotiations | 17.58 |
| 04-Sep-19 | Local travel, taxi/car service, Y. Annobil, 4:36am | 24.21 |
| | **Current Disbursements** | **167.48** |

# MORRISON | FOERSTER

Matter Number:  050386-0000020 　　　　　　　　　　　　　　　Invoice Number:  5885689
Matter Name:  CPUC INVESTIGATION/OII 　　　　　　　　　　　Invoice Date: January 30, 2020

## Invoice Summary

|  | U.S.Dollars |
|---|---:|
| Total Disbursements | 167.48 |
| **Total Amount Due** | **167.48** |

3

Case: 19-30088    Doc# 5605-5    Filed: 02/04/20    Entered: 02/04/20 09:28:33    Page 4 of 5

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5885689  
Invoice Date: January 30, 2020

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|---|
| 31-Dec-18 | 5788544 | USD | 11,540.98 | 0.00 | 11,540.98 |
| 14-Jan-19 | 5789728 | USD | 53,273.86 | 0.00 | 53,273.86 |
| 30-Sep-19 | 5855259 | USD | 135,426.69 | 0.00 | 135,426.69 |
| 07-Nov-19 | 5864250 | USD | 187,092.39 | 118,522.33 | 68,570.06 |
| 12-Nov-19 | 5872848 | USD | 25,272.11 | 20,276.95 | 4,995.16 |
| 13-Nov-19 | 5872849 | USD | 293,040.35 | 232,959.61 | 60,080.74 |
| 14-Nov-19 | 5872850 | USD | 210,206.59 | 164,109.84 | 46,096.75 |
| 15-Nov-19 | 5872851 | USD | 184,478.01 | 144,043.98 | 40,434.03 |
| 18-Nov-19 | 5872852 | USD | 139,409.29 | 105,605.74 | 33,803.55 |
| 19-Nov-19 | 5872853 | USD | 117,730.16 | 92,767.33 | 24,962.83 |
| 20-Nov-19 | 5872854 | USD | 420,218.70 | 332,330.25 | 87,888.45 |
| 30-Jan-20 | 5885685 | USD | 201,352.81 | 0.00 | 201,352.81 |