UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br><div align="center">Debtors.</div> | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Timothy R. Quinn, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On January 14, 2020, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

3. On January 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

4. On January 22, 2020, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

5. On January 27, 2020, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

Executed this 29th day of January 2020, at New York, NY.

_____
Timothy R. Quinn

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5235<br>5236 | Walsworth WFBM, LLP<br>Attn: Charles T. Sheldon<br>601 Montgomery Street, 9th Floor<br>San Francisco, CA 94111 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>PO Box 237037<br>New York, NY 10023 | January 14, 2020 |
| 5237 | Hydraulic Controls Inc<br>845 Industrial Street<br>Redding, CA 96002 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>PO Box 237037<br>New York, NY 10023 | January 14, 2020 |
| 5238 | Crimson Engineered Solutions LLC<br>6100 Western Pl Ste 1050<br>Fort Worth, TX 76107 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>PO Box 237037<br>New York, NY 10023 | January 14, 2020 |
| 5244 | City of Piedmont<br>Finance Director<br>120 Vista Avenue<br>Piedmont, CA 94611 | SPCP Group, LLC<br>Attn: Brian Jarmain and Operations<br>2 Greenwich Plaza 1st Floor<br>Greenwich, CT 06830<br><br>SPCP Group, LLC<br>Mail Code: 11084<br>PO Box 70280<br>Philadelphia, PA 19176-0280 | January 14, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5245 | United Energy Trading, LLC dba Blue Spruce Energy<br>Holland & Knight LLP<br>Attn: Leah Capritta, Esq.<br>1801 California Street, Suite 5000<br>Denver, CO 80202<br><br>United Energy Trading, LLC dba Blue Spruce Energy<br>Holland & Knight LLP<br>Attn: Robert William Davis, Jr.<br>200 S. Orange Avenue, Suite 2600<br>Orlando, FL 32801<br><br>United Energy Trading, LLC dba Blue Spruce Energy<br>Holland & Knight LLP<br>Attn: Thomas D. Leland, Leah E. Capritta<br>633 Seventeenth Street, Suite 2300<br>Denver, CO 80202<br><br>United Energy Trading, LLC dba Blue Spruce Energy<br>Holland & Knight LLP<br>Attn: Charles L. Coleman III<br>50 California Street, Suite 2800 | SPCP Group, LLC<br>Attn: Brian Jarmain and Operations<br>2 Greenwich Plaza 1st Floor<br>Greenwich, CT 06830<br><br>SPCP Group, LLC<br>Mail Code: 11084<br>PO Box 70280<br>Philadelphia, PA 19176-0280 | January 14, 2020 |
| 5249 | Information Asset LLC<br>37 Blanche Ave<br>Harrington Park, NJ 07640 | Cowen Special Investments LLC<br>Attn: Jeffrey Caress<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | January 14, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5252 | MUFG Union Bank, N.A.<br>Attn: John Lilly<br>1221 Avenue of the Americas, 7th Floor<br>New York, NY 10020<br><br>MUFG Union Bank, N.A.<br>McGuireWoods LLP<br>Attn: Aaron McCollough<br>77 W. Wacker Drive Suite 4100<br>Chicago, IL 60601 | SPCP Group, LLC<br>Attn: General Counsel<br>2 Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830 | January 14, 2020 |
| 5259 | Snelson Companies, Inc<br>c/o Baker Donelson Bearman Caldwell & Berkowitz<br>Attn: Rita L. Hullett<br>420 20th Street N, Suite 1400<br>Birmingham, AL 35203<br><br>Snelson Companies Inc.<br>Attn: Daryl Visser<br>601 W. State Street<br>601 W. State Street<br>Sedro-Woolley, WA 98284 | Citigroup Financial Products Inc<br>c/o Citigroup Global Markets<br>Attn: Kenneth Keeley<br>388 Greenwich Street, Trading Tower 6th Floor<br>New York, NY 10013<br><br>Citigroup Financial Products Inc<br>Attn: Brian S. Broyles<br>Distressed Closing/Private Equity/Corporate Actions<br>One Penns Way<br>OPS 2/2nd FL – Global Loans<br>New Castle, DE 19720 | January 14, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5260 | Mears Group, Inc<br>c/o Locke Lord LLP<br>Attn: Elizabeth M. Guffy<br>600 Travis, Suite 2800<br>Houston, TX 77002<br><br>Mears Group, Inc<br>Attn: Laura Lewis<br>5051 Westheimer Road, Suite 1650<br>Houston, TX 77056 | Citigroup Financial Products Inc<br>c/o Citigroup Global Markets<br>Attn: Kenneth Keeley<br>388 Greenwich Street, Trading Tower 6th Floor<br>New York, NY 10013<br><br>Citigroup Financial Products Inc<br>Attn: Brian S. Broyles<br>Distressed Closing/Private Equity/Corporate Actions<br>One Penns Way<br>OPS 2/2nd FL – Global Loans<br>New Castle, DE 19720 | January 14, 2020 |
| 5261 | Underground Construction Co., Inc.<br>c/o Locke Lord LLP<br>Attn: Elizabeth M. Guffy<br>600 Travis, Suite 2800<br>Houston, TX 77002<br><br>Underground Construction Co., Inc.<br>Attn: Jason Bowen<br>5145 Industrial Way<br>Benicia, CA 94510 | Citigroup Financial Products Inc<br>c/o Citigroup Global Markets<br>Attn: Kenneth Keeley<br>388 Greenwich Street, Trading Tower 6th Floor<br>New York, NY 10013<br><br>Citigroup Financial Products Inc<br>Attn: Brian S. Broyles<br>Distressed Closing/Private Equity/Corporate Actions<br>One Penns Way<br>OPS 2/2nd FL – Global Loans<br>New Castle, DE 19720 | January 14, 2020 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5262 | Par Electrical Contractors, Inc.<br>4770 N Belleview, #300<br>Kansas City, MO 64116-2188 | Citigroup Financial Products Inc<br>c/o Citigroup Global Markets<br>Attn: Kenneth Keeley<br>388 Greenwich Street, Trading Tower 6th Floor<br>New York, NY 10013<br><br>Citigroup Financial Products Inc<br>Attn: Brian S. Broyles<br>Distressed Closing/Private Equity/Corporate Actions<br>One Penns Way<br>OPS 2/2nd FL – Global Loans<br>New Castle, DE 19720 | January 14, 2020 |
| 5263 | Quanta Energy Services, LLC<br>2800 Post Oak Blvd., Ste 2600<br>Houston, TX 77056<br><br>Quanta Energy Services, LLC<br>c/o Locke Lord LLP<br>Attn: Elizabeth M. Guffy<br>600 Travis, Suite 2800<br>Houston, TX 77002<br><br>Quanta Energy Services, LLC<br>Attn: Laura Lewis<br>5051 Westheimer road, Suite 1650<br>Houston, TX 77056 | Citigroup Financial Products Inc<br>c/o Citigroup Global Markets<br>Attn: Kenneth Keeley<br>388 Greenwich Street, Trading Tower 6th Floor<br>New York, NY 10013<br><br>Citigroup Financial Products Inc<br>Attn: Brian S. Broyles<br>Distressed Closing/Private Equity/Corporate Actions<br>One Penns Way<br>OPS 2/2nd FL – Global Loans<br>New Castle, DE 19720 | January 14, 2020 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5264 | Quanta Technology LLC<br>c/o Locke Lord LLP<br>Attn: Elizabeth M. Guffy<br>600 Travis, Suite 2800<br>Houston, TX 77002<br><br>Quanta Technology LLC<br>Attn: Meg Sollod<br>4020 Westchase Blvd., Suite 300<br>Raleigh, NC 27607 | Citigroup Financial Products Inc<br>c/o Citigroup Global Markets<br>Attn: Kenneth Keeley<br>388 Greenwich Street, Trading Tower 6th Floor<br>New York, NY 10013<br><br>Citigroup Financial Products Inc<br>Attn: Brian S. Broyles<br>Distressed Closing/Private Equity/Corporate Actions<br>One Penns Way<br>OPS 2/2nd FL – Global Loans<br>New Castle, DE 19720 | January 14, 2020 |
| 5265 | Dashiell Corporation<br>c/o Locke Lord LLP<br>Attn: Elizabeth M. Guffy<br>600 Travis, Suite 2800<br>Houston, TX 77002<br><br>Dashiell Corporation<br>Attn: Rusty Bay<br>12301 Kurland Drive, Suite 400<br>Houston, TX 77062 | Citigroup Financial Products Inc<br>c/o Citigroup Global Markets<br>Attn: Kenneth Keeley<br>388 Greenwich Street, Trading Tower 6th Floor<br>New York, NY 10013<br><br>Citigroup Financial Products Inc<br>Attn: Brian S. Broyles<br>Distressed Closing/Private Equity/Corporate Actions<br>One Penns Way<br>OPS 2/2nd FL – Global Loans<br>New Castle, DE 19720 | January 14, 2020 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5269 | Resources Global Professionals<br>Attn: Denise Barker<br>17101 Armstrong Ave<br>Irvine, CA 92614 | Zoe Partners, LP<br>c/o PKF O' Connor Davies<br>Attn: Christian Tannure<br>500 Mamaroneck Avenue, Suite 301<br>Harrison, NY 10528 | January 14, 2020 |
| 5270 | DC Electric Group, Inc<br>PO Box 7525<br>Cotati, CA 94931 | Rocky Point Claims LLC<br>Attn: Edward Waters, Managing Member<br>PO Box 165<br>Norwalk, CT 06853 | January 14, 2020 |
| 5277<br>5278<br>5279 | Cupertino Electric, Inc<br>Attn: Debra A. Olson, Chief Legal Officer<br>1132 N. Seventh Street<br>San Jose, CA 95112 | Citigroup Financial Products Inc<br>c/o Citigroup Global Markets<br>Attn: Kenneth Keeley<br>388 Greenwich Street, Trading Tower 6th Floor<br>New York, NY 10013<br><br>Citigroup Financial Products Inc<br>Attn: Brian S. Broyles<br>Distressed Closing/Private Equity/Corporate Actions<br>One Penns Way<br>OPS 2/2nd FL – Global Loans<br>New Castle, DE 19720 | January 14, 2020 |
| 5289 | Brault, Stacie dba Mountain Machine<br>and Fabrication<br>Attn: Stacie Jo Brault<br>PO Box 1645<br>Paradise, CA 95967 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | January 14, 2020 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5290 | National Technical Systems, Inc<br>Attn: Jeff Murai<br>2125 East Katella Avenue, Suite 250<br>Anaheim, CA 92806 | Avenue Strategic Opportunities Fund, LP<br>Attn: David Leinward<br>11 West 42nd Street, 9th Floor<br>New York, NY 10036 | January 14, 2020 |
| 5303<br>5304<br>5305 | RR Donnelley & Sons Co.<br>4101 Winfield Road<br>Warrenville, IL 60555 | Whitebox Relative Value Partners, LP<br>Attn: Scott Specken<br>c/o Whitebox Advisors<br>3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416-4675 | January 14, 2020 |
| 5313<br>5321 | Jim Norman's Trees Unlimited, Inc<br>Attn: Sherry Andreini<br>14395 Little Hill Lane<br>Grass Valley, CA 95945 | Whitebox Relative Value Partners, LP<br>Attn: Scott Specken<br>c/o Whitebox Advisors<br>3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416-4675 | January 14, 2020 |
| 5322<br>5323 | Granite Construction Company<br>Attn: Jordy Murray<br>585 West Beach Street<br>Watsonville, CA 95076<br><br>Granite Construction Company<br>c/o Taylor English Duma LLP<br>Attn: John Wesley Mills, III, Partner<br>1600 Parkwood Circle, Suite 200<br>Atlanta, GA 30339 | Citigroup Financial Products, Inc.<br>c/o Citigroup Global Markets<br>Attn: Brian S. Broyles<br>388 Greenwich Street, Trading Tower 6th Floor<br>New York, NY 10013<br><br>Citigroup Financial Products, Inc.<br>Attn: Brian S. Broyles<br>Distressed/Private Equity/Corporate Actions<br>One Penns Way<br>OPS 2/2nd FL – Global Loans<br>New Castle, DE 19720 | January 14, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5330 | Colibri Ecological Consulting LLC<br>9493 N Fort Washington Rd., Ste 108<br>Fresno, CA 93730 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | January 14, 2020 |
| 5331 | Hoosier Acres, LLC<br>Dahl Law<br>2304 N Street<br>Sacramento, CA 95816 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | January 14, 2020 |
| 5332 | Trachte LLC<br>Attn: Ryan Bittner<br>422 N Burr Oak Ave<br>Oregon, WI 53575 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | January 14, 2020 |
| 5333 | Lucas, Austin & Alexander, LLC, dba Brooks Street<br>1300 Quail St, Suite 100<br>Newport Beach, CA 92660 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | January 14, 2020 |
| 5334 | Fire & Risk Alliance LLC<br>7640 Standish Pl<br>Rockville, MD 20855<br><br>Fire & Risk Alliance LLC<br>2551 San Ramon Valley Blvd, Suite 207<br>San Ramon, CA 94583 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | January 14, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5355 | Pillsbury Winthrop Shaw Pittman LLP<br>333 Commerce Street<br>Nashville, TN 37201<br><br>Pillsbury Winthrop Shaw Pittman LLP<br>Attn: Nancy A. Fischer & Benjamin J. Cote<br>1200 Seventeenth Street, NW<br>Washington, DC 20036 | Fair Harbor Capital, LLC<br>Ansonia Finance Station<br>Attn: Fredric Glass<br>PO Box 237037<br>New York, NY 10023 | January 17, 2020 |
| 5390 | DK AG<br>611 W Tyler Isl. Br. Rd.<br>Isleton, CA 95641 | VonWin Capital Management, L.P.<br>Attn: General Counsel<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | January 17, 2020 |
| 5391 | Stantec Consulting Services Inc.<br>Attn: Dawn Sanborn<br>3133 W Frye Rd, Suite<br>Chandler, AZ 85226 | Marble Ridge Master Fund LP<br>c/o Marble Ridge Capital LP<br>Attn: Kamand Daniels<br>1250 Broadway, Suite 2601<br>New York, NY 10001 | January 17, 2020 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5392 | Citigroup Financial Products Inc<br>Citigroup Global Markets<br>Attn: Kenneth Keeley<br>388 Greenwich Street, Trading Tower 6th Floor<br>New York, NY 10013<br><br>Citigroup Financial Products Inc<br>Corporate Actions<br>Attn: Brian S. Broyles<br>1615 Brett Road OPS III<br>New Castle, DE 19720 | Marble Ridge Master Fund LP<br>c/o Marble Ridge Capital LP<br>Attn: Kamand Daniels<br>1250 Broadway, Suite 2601<br>New York, NY 10001 | January 17, 2020 |
| 5393 | Citigroup Financial Products Inc<br>Citigroup Global Markets<br>Attn: Kenneth Keeley<br>388 Greenwich Street, Trading Tower 6th Floor<br>New York, NY 10013<br><br>Citigroup Financial Products Inc<br>Corporate Actions<br>Attn: Brian S. Broyles<br>1615 Brett Road OPS III<br>New Castle, DE 19720 | MRC Opportunities Fund I LP – Series C<br>c/o Marble Ridge Capital LP<br>Attn: Kamand Daniels<br>1250 Broadway, Suite 2601<br>New York, NY 10001 | January 17, 2020 |
| 5419<br>5420 | Industrial Electrical Co<br>1417 Coldwell Avenue<br>Modesto, CA 95350 | Fair Harbor Capital, LLC<br>Attn: Fredric Glass<br>Ansonia Finance Station<br>PO Box 237037<br>New York, NY 10023 | January 22, 2020 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5425 | ACRT Pacific LLC<br>Attn: Matthew Guilmette<br>4500 Courthouse Blvd., Suite 150<br>Stow, OH 44224 | Whitebox Multi-Strategy Partners, LP<br>c/o Whitebox Advisors<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416-4675 | January 22, 2020 |
| 5427 | Ralls Gruber & Niece LLP<br>Attn: Amanda Possa<br>1700 S El Camino Real, Ste. 150<br>San Mateo, CA 94402 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | January 22, 2020 |
| 5429 | Fiserv, Inc. as the parent company of Fiserv Solutions, LLC<br>and CheckFreePay Corporation<br>255 Fiserv Drive<br>Brookfield, WI 53045 | Cowen Special Investments LLC<br>Attn: Gail Rosenblum<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | January 22, 2020 |
| 5435 | Unify Consulting LLC<br>8259 122nd Ave NE<br>Kirkland, WA 98033 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | January 22, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5441 | GeoStabilization International<br>Finestone Hayes LLP<br>Attn: Stephen D. Finestone<br>456 Montgomety St., 20th Floor<br>San Francisco, CA 94104<br><br>GeoStabilization International<br>Attn: Lloyd Kuehn / Chief Administrative Officer<br>4475 East 74th Ave., Suite 100<br>Commerce City, CO 80022 | Whitebox Multi-Strategy Partners, LP<br>c/o Whitebox Advisors<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416-4675 | January 27, 2020 |
| 5450 | Winston & Strawn LLP<br>Attn: David Neier<br>200 Park Avenue<br>New York, NY 10016 | JH Lane Partners Master Fund, LP<br>Attn: Haskel Ginsberg<br>126 East 56th Street<br>16th Floor<br>New York, NY 10022<br><br>JH Lane Partners Master Fund, LP<br>c/o Reed Smith, LLP<br>Attn: Robert Scheininger<br>599 Lexington Avenue<br>New York, NY 10022 | January 27, 2020 |
| 5466 | First Solar, Inc<br>c/o First Solar Dev, LLC<br>Attn: Kathryn Arbeit, Director<br>135 Main Street, 6th Floor<br>San Francisco, CA 94105 | Little Bear Holding Company, LLC<br>c/o Longroad Development Company, LLC<br>Attn: General Counsel<br>330 Congress Street, 6th Floor<br>Boston, MA 02210 | January 27, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5471 | Park Street Strategies<br>9217 Glenville Rd<br>Silver Spring, MD 20901 | Whitebox Multi-Strategy Partners, LP<br>c/o Whitebox Advisors<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Suite 500<br>Minneapolis, MN 55416-4675 | January 27, 2020 |
| 5478 | All Wire Inc<br>Attn: Rina Villasene<br>PO Box 1000<br>Chowchilla, CA 93610 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | January 27, 2020 |