BRAD BRIAN (State Bar No. 79001)
Brad.Brian@mto.com
THOMAS B. WALPER (State Bar No. 96667)
thomas.walper@mto.com
HENRY WEISSMANN (State Bar No. 132418)
henry.weissmann@mto.com
BRADLEY SCHNEIDER (State Bar No. 235296)
bradley.schneider@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 683-3702

*Attorneys for Debtors*
*and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>    -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>              Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**THIRD SUPPLEMENTAL DECLARATION OF HENRY WEISSMANN IN SUPPORT OF APPLICATION OF DEBTORS PURSUANT TO 11 U.S.C. § 327(e) AND FED. R. BANKR. P. 2014(a) AND 2016 FOR AUTHORITY TO RETAIN AND EMPLOY MUNGER, TOLLES & OLSON LLP AS COUNSEL FOR CERTAIN MATTERS FOR THE DEBTORS EFFECTIVE AS OF THE PETITION DATE** |

Pursuant to 28 U.S.C. § 1746, I, Henry Weissmann, hereby declare as follows:

I am a partner at Munger, Tolles & Olson LLP ("**MTO**" or the "**Firm**"), located at 350 S. Grand Ave., 50th Floor, Los Angeles, California 90071, and have been duly admitted to practice law in the State of California and the United States District Courts in California.

I submit this declaration ("**Third Supplemental Declaration**") to supplement my initial declaration filed on April 1, 2019 [Docket No. 1168] (as amended and supplemented by my amended declaration filed on April 2, 2019 [Docket No. 1181]), first supplemental declaration filed on April 10, 2019 [Dkt No. 1301], and second supplemental declaration filed on June 14, 2019 [Dkt. 2522], in support of the Application of PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), for authority to employ and retain MTO as their counsel for certain Specific Matters as set forth in the orders authorizing the retention of MTO, effective as of January 29, 2019 (the "**Petition Date**"), pursuant to section 327(e) of title 11 of the United States Code (the "**Application**").[1]

The *Order Authorizing Debtors Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Munger, Tolles & Olson LLP as Counsel for Certain Matters for the Debtors Effective as of the Petition Date* [Docket No. 1677] was entered on April 25, 2019, as amended by orders dated October 2, 2019 [Docket No. 4083], and November 15, 2019 [Docket No. 4757].

Exhibit 2 to the April 2, 2019 Weissmann Declaration listed those parties in interest who, or whose affiliates, are current of former clients of MTO and were included on a list of potential parties in interest in the Debtors chapter 11 cases that Weil, Gotshal & Manges LLP ("Weil") provided to MTO.

Weil subsequently provided an updated list of potential parties in interest in the Debtors chapter 11 cases, attached hereto as **Exhibit 1**. To comply with Bankruptcy Rule 2014 and as stated in the Application and Weissman Declarations, MTO conducted a supplemental

---

[1] Capitalized terms used but not defined herein shall have the meaning given those terms in the Application.

investigation of its records, comparing the names of the potential parties in interest on Exhibit 1 with its list of current and former clients, pursuant to the procedures described in the Weissmann Declarations. *See* April 2, 2019 Weissmann Declaration at p.11. [Docket No. 1181] The potential parties in interest on Exhibit 1 who, or whose affiliates, are or have been MTO clients within the last two years ending September 30, 2019, are listed on **Exhibit 2** to this Third Supplemental Declaration. In addition, MTO conducted a supplemental investigation of the prior list of potential parties in interest to determine if any supplemental disclosures are necessary. Based on that supplemental search, prior potential parties in interest who, or whose affiliates, are or have been MTO clients within the last two years ending September 30, 2019 and who were not previously disclosed in a prior Weissmann declaration, are listed on **Exhibit 3** to this Third Supplemental Declaration.

None of the representations listed on Exhibit 2 or Exhibit 3 are adverse to the interests of the Debtors or their estates with respect to the Specific Matters, and all prior and current MTO representations of the clients, former clients, or their affiliates and/or subsidiaries listed on Exhibit 2 or Exhibit 3 are or have been in matters unrelated to the Specific Matters.

To the extent MTO is representing the Debtors in a Specific Matter and there is an actual conflict of interest between the Debtors and a party on Exhibit 2 or 3 who is a current client and for which a written informed consent waiver does not exist or is not obtained, the Debtors will be represented by separate counsel with respect to that party or that matter.

I believe that MTO does not represent or hold any interest adverse to the Debtors or their estates with respect to the Specific Matters.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

1   DATED: February 4, 2020       By:   /s/ Henry Weissmann

2                                       Henry Weissmann
                                      MUNGER, TOLLES & OLSON LLP

3                                       350 South Grand Avenue, 50th Floor

4                                       Los Angeles, California, 90071
                                      Telephone: (213) 683-9150

5                                       Facsimile: (213) 683-5150

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 1

21st Century Insurance Company
683 Capital Partners, LP, on behalf of certain funds and accounts
Abrams Capital Management, LP, on behalf of certain funds and accounts
Accenture
ACE American Insurance Company (collectively, the Chubb Group)
ACRT, Inc.
Adair, Janice Elaine
Advent Underwriting Ltd.
Adventist Health System/West
Adventist Risk Management, Inc., (Gencon Entities)
Aegion Corporation and its subsidiary entities: Corrpro Companies, Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc.
Aegon Asset Management
AES Distributed Energy
Agajanian, Inc. c/o Gary Agajanian
Agerter, Linda
Aggreko
Aguilar, Michele
AIG Specialty Insurance Company
Akin Gump Strauss Hauer & Feld LLP
Alexander B. Haedrich Revocable Trust
Alexander, Beverly
Allain, Lisa Delaine
Allen Matkins Leck Gamble Mallory & Natsis LLP
Allianz Global Corporate & Specialty
Allied Property and Casualty Insurance Company, a Nationwide company;
Allstate Insurance Company and certain affiliates
Alternative Insurance Corporation
Alvaradosmith, APC
AMCO Insurance Company, a Nationwide company
Amedee Geothermal Venture 1
American Alternative Insurance Corporation
American Bankers Insurance Company
American Bankers Insurance Company of Florida
American General Insurance Company dba ANPAC General Insurance Company
American Modern Insurance Group
American National Insurance Company
American Reliable Entities
American Reliable Insurance Company
American Security Insurance Company
Amica Mutual Insurance Company
AmTrust Syndicate 1206
Anchorage Capital Group, L.L.C., on behalf of certain funds and accounts
Anderson, Barry David
Anderson, Gary & Susan
Angeion Group, LLC
Angelo, Gordon & Co., L.P.
Annie, Huonganh
AP Services, LLC
Apollo Global Management LLC
APTIM
ARB, Inc.
Arch Specialty Insurance Company
ArgoGlobal London
Armstrong, Andrew

| | |
|---|---|
| 1 | ASI Select Insurance Corp. |
| | Aspen Insurance |
| 2 | Assurant Entities |
| | Assurant Group of Carriers  - American Bankers Insurance Company; American Bankers Insurance Company of |
| 3 | Florida; American Security Insurance Company; Standard Guaranty Insurance Company; Voyager Indemnity |
| | Insurance Company. |
| 4 | Astoria LLC |
| | Attestor Capital LLP |
| 5 | Attorney General (California) (Xavier Becerra) |
| | Aurelius Capital Management, LP |
| 6 | Austin, Karen |
| | AWE Trust |
| 7 | Axiom Advisors |
| | Azteca Partners LLC |
| 8 | Baker & Hostetler LLP |
| | Baker Station Associates, L.P. |
| | Baker, Chris |
| 9 | Bakersfield Memorial Hospital |
| | Bakersfield PV I, LLC |
| 10 | Balas, Lara |
| | Balogh, Adam |
| 11 | Barber, Pamela |
| | Barg Coffin Lewis & Trapp, LLP |
| 12 | Barker Family Trust |
| | Bar-Lev, Joshua |
| 13 | Barnes, Michael Lee Jr. & Cecilia Marie |
| | Basgal, Ophelia |
| 14 | Batts, Annaleisa |
| | Batts, Joel |
| 15 | Bauer, Mary |
| | Bausch, Rebecca |
| 16 | Becker, James Richard |
| | Bedwell, Ed |
| 17 | Belon, Marc Alan |
| | Benjamin, Michael |
| 18 | Bennett Lane Winery LLC |
| | Berg, Lisa J. |
| 19 | Berkshire Hathaway Guard Ins. |
| | Berkshire Hathaway Specialty Insurance Company |
| 20 | Berman and Todderud LLP |
| | Bhattacharya, Shankar (Shan) |
| 21 | Bijstra, Claudia |
| | Blowers, Heather |
| 22 | Boersch Shapiro LLP |
| | BOKF, NA |
| 23 | Bolin Limited Family Partnership |
| | Bolton, Brian |
| 24 | Boren, Thomas Garner |
| | Boscovich, Brock & Jennifer |
| 25 | Bottorff, Thomas Edward |
| | Bowman, Mark |
| 26 | BP Energy Company |
| | Brandon Marva Ruth |
| 27 | Brennan, Jean Frances |
| | BrightView Enterprise Solutions, LLC |
| | Brit Global Specialty |
| 28 | Britt, Sharon |
| | Brown Rudnick LLP |

Bruce A. Markell, the duly appointed Fee Examiner
Bucher, Robert
Burchard, David
Burroughs, John
Bursey, Gary
Burt, Helen
Butler, Jeff
Calaveras Telephone Company
California Casualty Indemnity Exchange
California Department of Finance
California Department of Forestry and Resources Conservation and Development Commission
California Department of Forestry Fire Protection
California Department of Industrial Relations
California Department of Toxic Substances Control
California Department of Water Resources
California FAIR Plan Association
California Insurance Guarantee Association
California Mutual Insurance Company
California Public Utilities Commission
California Public Utilities Commission - Public Advocates Office
Callaway, Lee III
Calpeak Power - Panoche LLC
Calpeak Power - Vaca Dixon LLC
Calpine
Calpine  King City Cogen.
Campbell, Walter Lee
Campion, Alison
Campos EPC, LLC
CAN Insurance Company
Canyon Capital Advisors LLC
Capital Group
Carter, Glen E.
Carter, Robert
Cary, Patricia Ann
Caselli, Dennis
Caspian Capital LP
Castle Hook Partners LP
Catlin Specialty Insurance Company (for itself and its subrogees David W. Maehl and Rhonda J. Maehl)
Cecil Morris
CED White River Solar 2, LLC
CED White River Solar, LLC
Centaurus Renewable Energy LLC
Centerbridge Partners LP
Centerview Partners LLC
Central California Irrigation District (CCID)
Century National
Century National Insurance Company
Certain affiliates of American International Group, Inc. (AIG):
Certain Affiliates of Farmers Insurance Exchange
Certain affiliates of Liberty Mutual Insurance Company (Liberty)
Certain Affiliates of United Services Automobile Association
Certain Underwriters at Lloyd's of London Subscribing to Policy No. HTB-002381-002 c/o Raphael and Associates
ChargePoint, Inc.
Charter, Halbert & Amy
Chevron Products Company a division of Chevron U.S.A. Inc.
Chippewa Pest Control, Inc.,
Chou Law Group (f/k/a Nakamoto Chou)
Christopher R. Mayer Family Trust

Church Mutual Insurance Company
Citadel Advisors LLC
City and County of San Francisco
City of American Canyon
Civic Property & Casualty Company;
Clare, David
Clark, John
Clarke, Dan
Clearway Energy, Inc.
Clifton, George F. Jr.
Coast National Insurance Company
Coblentz Patch Duffy & Bass LLP
Colonial County Mutual Insurance Company
Compass Lexecon, LLC
Connelly, Jesse
Conway, John T.
Coral Power, LLC
Corippo, Peter
Corrpro Companies, Inc.,
County of San Luis Obispo
Cox Castle & Nicholson, LLP
CRA International Inc
Crain, Harold
Creative Ceilings, Inc.
Crestmont Insurance Company
Crockett Cogeneration
Crossley, Shawn
Crusader Insurance Company
Cruz, Robert
CSS, LLC
Cunningham, Russell H.
Curtis, Annie
Cushman & Wakefield, Inc.
Cyrus Capital Partners, L.P.
D.E. Shaw Galvanic Portfolios, L.L.C.,
D.E. Shaw Kalon Portfolios, L.L.C.
D.E. Shaw Orienteer Portfolios, L.L.C.
Dalecio Family Trust
Davidson Family Trust
Davidson Kempner Capital Management
Davis-Bolin, Kristal
Deirdre State Water Resources Control Board, Regional Water Quality Control Boards, State Energy
Delongfield, Edward
Denenberg Tuffley, PLLC
Depositors Insurance Company, a Nationwide Company
Deutsche Bank National Trust Company
Deutsche Bank Securities Inc.
Development Specialists, Inc.
Diameter Capital Partners LP
Diamond States Insurance Company
Diemer & Wei, LLP
Dierssen, Marie
Dignity Community Care
Dignity Community Care dba French Hospital Medical Center
Dignity Community Care dba Methodist Hospital,
Dignity Community Care dba Sequoia Hospital,
Dignity Community Care dba Woodland Memorial Hospital
Dignity Health

Dignity Health dba Dominican Hospital
Dignity Health dba French Hospital Medical Center,
Dignity Health dba Marian Regional Medical Center
Dignity Health dba Marian Regional Medical Center - Arroyo Grande
Dignity Health dba Mercy General Hospital
Dignity Health dba Mercy Hospital (Bakersfield)
Dignity Health dba Mercy Hospital and Mercy Southwest Hospital
Dignity Health dba Mercy Hospital of Folsom
Dignity Health dba Mercy Medical Center (Merced)
Dignity Health dba Mercy Medical Center Redding
Dignity Health dba Mercy San Juan Medical Center
Dignity Health dba Mercy Southwest Hospital
Dignity Health dba Sequoia Hospital
Dignity Health dba St. Elizabeth Community Hospital
Dignity Health dba St. Mary's Medical Center
Dignity Health Medical Foundation
Dignity Health Medical Foundation dba Dignity Health Medical Group - Dominican
Dignity Health Medical Foundation dba Dignity Health Medical Group - Merced
Dignity Health Medical Foundation dba Dignity Health Medical Group - North State, Dominican Oaks Corporation
Dignity Health, Dignity Health Connected Living
Director of Industrial
Discovery Hydrovac
Dorrance, Cathy
Dorrance, Sam
Douglas & Suzi Kinkle Revocable Trust
Draeger, Anita Loree
Dryvynsyde, Geoffrey
Duck Ranch LLC
Duitsman, Ashley
Dunn, Valerie
Dynamics Inc.
Earley, Anthony F. Jr.
Easton, Jackie
El Dorado Hydro, LLC
Electric Insurance Company
Empyrean Capital Partners, LP, on behalf of certain funds and accounts
EN Engineering, LLC
Endurance Specialty Insurance Company
Energy America LLC
Epiq Corporate Restructuring, LLC
Essentia Ins. Co.
esVolta, LP
Everett, Leslie Hart
Eversole, Doris G. (DECEASED)
Evolution Markets Inc.
Farella Braun + Martel LLP
Farmers Insurance Company of Oregon
Farmers Insurance Company of Washington
Farmers Insurance Exchange
Farmers Specialty Insurance Company
Farmland Mutual Insurance Company
Farrell-Araque, Martin
Federal Monitor
Federated Insurance
Fibrwrap Construction Services, Inc
Fidelity Management & Research Company
Finestone Hayes LLP
Finn, James

Fir Tree Partners
Fire Damage Plaintiffs
Fire Insurance Exchange
Fire Protection, California Department of Fish and Wildlife, and California Air Resources Board
First American Insurance Company
First Pacific Advisors, LP, on behalf of certain funds and accounts
First Specialty Insurance Corporation
Fitzpatrick, Tim
Flynn, Roger James
Fong, Katheryn M.
Foremost Insurance Company Grand Rapids, Michigan
Foremost Property and Casualty Insurance Company
Foremost Signature Insurance Company
Foursquare Gospel
Franklin, Christopher
Freepoint Comm
Freeport McMoRan Oil & Gas LLC (Dome)
Freitas, Brian
FTI Consulting, Inc.
Fujimoto, Warren H.
G4S Secure Solutions (USA) Inc. and G4S Secure Integration LLC
Gabski Family Trust
Garcia, Ronald Craig
Garrison Property and Casualty Company, and affiliates companies
Gartner, Inc.
GASNA 27P, LLC (Peabody BRJ Option 1)
Gencon Insurance Company of Vermont
General Security Indemnity Company of Arizona (GSINDA)
Generali U.S. Branch
GER Hospitality, LLC
GGK LLC A CA LLC
Ghost Ship Warehouse Plaintiffs
Giaramita, Richard & Lisa
Gibson, Daniel Eugene
Gill Ranch Storage, LLC
Glendon Capital Management L.P., on behalf of certain funds and accounts
Global Indemnity Group
Golden, Patrick G.
GoldenTree Asset Management, LP
Goldman Sachs
Goldman, Ronald L.M.
Golub, Howard V.
Goodrich, Brandee
Governor Gavin Newsom, in his official capacity as Governor of the State of California,
Governors Lane LP, on behalf of certain funds and accounts
Gowan Construction Company Inc
Gowins, Karen K.
Granier, Frank & Laura
Granite Construction Incorporated
Great American Assurance Company
Great American E&S Insurance Company.
Great American Insurance Company and certain affiliates:
Great American Spirit Insurance Company
Grimm, Nicholas
GuideOne Insurance
Guzman Family Trust
Guzman, Enrique
Haase Living Trust

| | |
|---|---|
| 1 | Hagan Family Trust |
| | Haines, Mary |
| 2 | Hammack Family Trust |
| | Hanna, Brophy |
| 3 | Hanson, Tonia |
| | Hapner, DeAnn (go by Dede) |
| 4 | Harper, William H. III |
| | Harris County |
| 5 | Harris Wiltshire & Grannis LLP |
| | Harris, Robert L. |
| 6 | Hart, Laura |
| | Hartford Accident & Indemnity Company and certain affiliates: |
| 7 | Harvey, Jeanne Walker |
| | Harvey, Kent Michael |
| 8 | Hawker, Chad & Ganeri, Courtney |
| | Hayes, Kathleen |
| 9 | Hayes, William D. |
| | HBK Master Fund L.P., c/o HBK Services LLC |
| 10 | HDI Global Specialty SE |
| | Helena S. Younossi (dba Younossi Law) |
| 11 | Heppler Family Trust |
| | HercRentals |
| 12 | Herndon, David |
| | Herndon, Jedidiah |
| 13 | Herndon, Julia |
| | Higa, Patricia |
| 14 | Hinds, Jacqueline Rene |
| | Hobbs, Scott & Harmony |
| 15 | Holley, Carole |
| | Holt, Craig & Jamie |
| 16 | Horst, Jennifer |
| | Howe, James |
| 17 | HSBC Bank plc |
| | ICAP Energy LLC |
| 18 | ICE |
| | IFPTE |
| 19 | Illinois Farmers Insurance Company |
| | Industrial Relations and Office of Self-Insurance Plans |
| 20 | Infosys Limited |
| | Ingersoll, Debrah |
| 21 | Integon National Insurance Company; |
| | International Brotherhood of Electrical Workers, Local 1245 |
| 22 | International Insurance Company of Hannover SE |
| | Interstate Fire and Casualty Company |
| 23 | IPC (USA), INC. |
| | Iraheta, Jose Orlando Arevalo |
| 24 | Ironshore Insurance Ltd. |
| | Ironshore Specialty Insurance Company |
| 25 | Itron, Inc. |
| | J. Aron and Company LLC |
| 26 | Jackson, Russell M. (Russ) |
| | JAN X-Ray Services, Inc. |
| 27 | Janis, Megan Smith |
| | Jenkins-Stark, John |
| 28 | Jessen, John |
| | Jeung, Garrett (Gary) |
| | Jewett |
| | Joanne Masznicz Trust |

| | |
|---|---|
| 1 | Johnson, Manly Kirk |
| | Johnson, Mark S. |
| 2 | Jonas, Junona A. |
| | Jones, Kelly |
| 3 | K2 Commodities, LLC |
| | Katz, Michael |
| 4 | KBIC Insurance Company |
| | Keenan, John S. |
| 5 | Kemper Auto Alliance United |
| | Kennady, Donald L. |
| 6 | Kepco California LLC |
| | Keyser, John Charles |
| 7 | King, Thomas B. |
| | Klein, Barbara |
| 8 | Klimczak, Rickard L. |
| | Kline, Steven L. |
| 9 | Knapp, Kevin |
| | Knighthead Capital Management, LLC, on behalf of certain funds and accounts |
| 10 | Knudsen Family Trust |
| | Koehnen, Michael & Lori |
| 11 | Konkin, Taylor and Rebecca |
| | KPMG LLP |
| 12 | Kynett, Leslie and Joann |
| | Lambert Law |
| 13 | Lancaster, Tommie Gerald and Janet |
| | LaRiviere, Robert and Theresa |
| 14 | LaRue, R Jack Jr. |
| | Lassen Station Hydroelectric LP |
| 15 | Latigo Partners, LP, on behalf of certain funds and accounts |
| | Law Office of John H. Kenney |
| 16 | Law Office of Mario A. Moya |
| | Law Offices of J. Drew Page |
| 17 | Law Offices of Jennie L. Lee |
| | Law Offices of Jennifer L. Dodge Inc. |
| 18 | Law Offices of Kollitz & Kollitz, LLP |
| | Law Offices of Lindsey How-Downing |
| 19 | Law Offices of Lucinda L. Storm, Esq. |
| | Law Offices of Martha J. Simon |
| 20 | Law Offices of Tamara Gabel |
| | Lazzeri, Lillian |
| 21 | Leach, Elizabeth |
| | Leal, Ameila |
| 22 | Leal, Gildardo |
| | Lee, Evelyn Ching |
| 23 | Lee, Linda S. |
| | LeLoup, Ray |
| 24 | Level-It Installations, Ltd. |
| | Levine, Blaszak, Block & Boothby, LLP |
| 25 | Liberty Mutual Insurance / Ironshore |
| | Liberty Mutual Insurance Company and its related entities |
| 26 | Liberty Specialty Markets |
| | Lincoln Partners Advisors LLC |
| 27 | Lipscomb, Robert Cyrus |
| | Lipson, Merek Evan |
| 28 | Little, Dwayne |
| | Livesay, Michael and Susan |
| | Livingston, Randal S |
| | Lloyd's of London Novae 2007 Syndicate |

| | |
|---|---|
| 1 | Lockhart, Karen |
| | Lomas, Charles |
| 2 | Long, Thomas C |
| | Longerot, Keith E. |
| 3 | Lord, Abbett & Co. LLC |
| | Los Esteros Critical Energy Facility LLC |
| 4 | Louisiana Energy Services, LLC, |
| | Macias, Edward (Jim) James |
| 5 | MacLean, McAleer & Jensen |
| | Majesti Mai Bagorio, etc. |
| 6 | Mallikarjun, Angalakutai |
| | Mangin, Gary |
| 7 | Mapfre USA |
| | Marathon Asset Management |
| 8 | Markel American Insurance Company |
| | Markel Bermuda Limited |
| 9 | Markel Insurance Company |
| | Markel Service Incorporated |
| 10 | Marroquin, Michael |
| | Martinez, Placido J. |
| 11 | Maxum Specialty Insurance Group |
| | Maxwell, Samuel |
| 12 | Mayekawa, Douglas W. |
| | MC Shiloh IV Holdings LLC |
| 13 | McClure, Catherine |
| | McGowan, Gail |
| 14 | McLeod, Vincent |
| | McMillan, Daniel and Mary |
| 15 | McMurtney, Gene R. |
| | McNeive, Adelina |
| 16 | McNeive, Todd |
| | McNutt, Scott H. |
| 17 | MDR Inc. dba Accu-Bore Directional Drilling |
| | Meadowfin, LLC |
| 18 | Mederos, Caitlin |
| | Mega Renewables |
| 19 | Meko, Michael D. |
| | Mendoza, Jesus |
| 20 | Merchant, Gurdon |
| | Merchant, Minh |
| 21 | Mercury Insurance and certain affiliates |
| | Meredith, Gary J. |
| 22 | Meredith, Pres. Carole |
| | Mesa Underwriters Specialty Insurance Company |
| 23 | Metropolitan Direct Property & Casualty |
| | MFN Partners, LP |
| 24 | Micheletti, Joseph & Monica |
| | Mid-Century Insurance Company |
| 25 | Middle River Power, LLC |
| | Mignano, Julia |
| 26 | Milbank, Tweed, Hadley & McCloy LLP (Milbank LLP) |
| | Miles, Gary |
| 27 | Miller & Chevalier |
| | Miller, Tim and Tracey |
| 28 | Miranda, Estefania |
| | Modell, Helena |
| | Moeckel, Susan |
| | Moller, David W. |

| | |
|---|---|
| 1 | Monarch Alternative Capital LP |
| | Montellano, Cheryl |
| 2 | Montellano, Max M. |
| | Moore, Diane Marger |
| 3 | Moore, James & Sherry |
| | Morey, Candace |
| 4 | Morris, Barbara |
| | Morrison, Mary K. |
| 5 | Morrow, William Thomas |
| | Mount Veeder Springs LLC |
| 6 | MRP San Joaquin Energy, LLC |
| | MSD Capital, L.P., |
| 7 | MSD Partners, L.P., |
| | Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P. |
| 8 | Mullan, Jessica |
| | Munro, Neil and Patricia |
| 9 | Nair & Levin, P.C. |
| | Nash, Mia |
| 10 | National General Insurance Company |
| | National Union Fire Insurance Company of Pittsburgh, Pa. |
| 11 | Nationwide Affinity Insurance Company |
| | Nationwide Agribusiness Insurance - NAIC |
| 12 | Nationwide Lloyds Insurance Company |
| | Nationwide Mutual Insurance Company and certain affiliates |
| 13 | Nationwide Property & Casualty Insurance Company |
| | Nautilus Insurance Company; |
| 14 | Nearon Sunset, LLC |
| | Neighborhood Spirit Property and Casualty Company; |
| 15 | Newlin, Marvin and Shirley |
| | Newman, Roberta |
| 16 | Newtyn Management, LLC, on behalf of certain funds and accounts |
| | NextEra Energy Inc. |
| 17 | NextEra Energy Partners, LP |
| | Nielsen Merksamer Parrinello Gross & Leoni LLP |
| 18 | Nixon, Randall and Heather |
| | Nonprofits Insurance Alliance |
| 19 | Nor-Cal Pipeline Services |
| | Novotny, Gregory |
| 20 | Nut Tree Master Fund, LP, by its investment advisor, Nut Tree Capital Management, LP |
| | Nuveen Alternative Advisors, LLC |
| 21 | O'Brien, Fuguan |
| | O'Brien, Ming |
| 22 | Oaktree Capital Management, LP |
| | Oatley, David Herbert |
| 23 | Oberti, Philip |
| | Och-Ziff Capital Management Group LLC |
| 24 | O'Connell (Trustee), Ursula Hart |
| | Office of Unemployment Compensation Tax Services |
| 25 | Okhomina, Donatus Jr. |
| | OneBeacon / Atlantic Specialty Ins. Co. |
| 26 | Ormat Technologies Inc. |
| | Owl Creek Asset Management, L.P., on behalf of certain funds and accounts |
| 27 | P. Schoenfeld Asset Management LP |
| | Pacific Central Coast Health Centers |
| 28 | Pacific Indemnity Company; |
| | Pacific Investment Management Company LLC |
| | Pacific Life Insurance Company |
| | Pacific Mobile Structures, Inc. |

| | |
|---|---|
| 1 | Pacific Specialty Insurance Co. |
| | Pagtulingan, Tiffany |
| 2 | Palomino Master Ltd. |
| | Parathon Asset Management |
| 3 | Parsons Environment & Infrastructure, Inc. |
| | Paulson & Co., Inc., on behalf of certain funds and accounts |
| 4 | Payne, Jimmy Jr. |
| | Penman, Mike and Sheila |
| 5 | Pentwater Capital Management LP, on behalf of certain funds and accounts |
| | Peters, Dr. Alfred G. |
| 6 | Peters, Habib, McKenna, Juhl-Rhodes & Cardoza, LLP |
| | PG&E Corporation |
| 7 | PG&E Holdco Group |
| | Pharmacists Mutual Insurance Company |
| 8 | Pillsbury Winthrop Shaw Pittman LLP |
| | Pino, Estela O. |
| 9 | Placer County Water Agency |
| | Plumb, Darryl and Carrie |
| 10 | Pollard, Donald James and Pamela Diane |
| | Ponderosa Pest & Weed Control |
| 11 | Poole, Daniel Stephen and Lynn Murphy |
| | Pope, James Henry |
| 12 | Port City Operating Company, LLC |
| | Port City Operating Company, LLC dba St. Joseph's Behavioral Health Center |
| | Port City Operating Company, LLC dba St. Joseph's Medical Center of Stockton |
| 13 | PricewaterhouseCoopers  (PWC) |
| | Privilege Underwriters Reciprocal Exchange |
| 14 | ProSight Specialty Insurance |
| | Public Employees Retirement Association of New Mexico |
| 15 | Pulido, Mark |
| | Purcell, Braton |
| 16 | PURE Insurance |
| | Putah Creek Solar Farms LLC |
| 17 | QBE Americas, Inc. |
| | Rairdan, Todd and Christina |
| 18 | Ramirez |
| | Randolph, James Kay |
| 19 | Rayburn, Stephen |
| | Recology Inc. |
| 20 | Redgrave LLP |
| | Redwood Capital Management LLC, on behalf of certain funds and accounts |
| 21 | Refining Company-California |
| | Regan, Frank |
| 22 | Regional Water Quality Control Boards, |
| | Reid, Kathleen A. |
| 23 | Relations and Office of Self-Insurance Plans |
| | Remington, Bruce |
| 24 | Renaissance Reinsurance Ltd |
| | Retzloff, Lenny and Maryanne |
| 25 | Rife, Jeff and Debbie |
| | Risse, Gregory and Michelle |
| 26 | Risser, Roland Jonathan |
| | Rite Aid Corporation and Thrifty Payless, Inc. |
| 27 | Road Safety, Inc. |
| | Robert & Michelle Bozek 2017 Trust |
| 28 | Rodriguez, Aida |
| | Rodriguez, Ramiro |
| | Roebbelen Contracting, Inc. |

| | |
|---|---|
| 1 | Rose, Sean and Leslie |
| | Ross Lynn D Succ |
| 2 | Roy J. Park, a Professional Law Corporation |
| | Royal Bank of Canada (RBC) |
| 3 | Royal Bank of Scotland (RBS) |
| | RSUI Group, Inc. |
| 4 | Ruckman, Gloria |
| | Ruckman, Robert |
| 5 | Rueger, Gregory Michael |
| | Rufus Mazimillon Haywoo, |
| 6 | Rumberger, Dean and Tiffany Rene |
| | Sachem Head Capital Management LP, |
| 7 | Sahm, Jennifer and Brenton |
| | Saint Francis Memorial Hospital, |
| 8 | Salas, Edward A. |
| | San Diego Gas & Electric Company |
| 9 | San Francisco Herring Association |
| | Schmitz, Frederic and Sheila |
| 10 | Schuler, Elizabeth |
| | Seal, Candice |
| 11 | Sedlak, John and Lisa Mary |
| | Selective Insurance Company of America |
| 12 | Senator Investment Group LP |
| | Senicero, Gabriel |
| 13 | Sentinel Insurance Company Ltd. |
| | Sentry Select Insurance Company |
| 14 | Serengeti Asset Management LP |
| | Shasta County |
| 15 | Shaw T & R Family Trust |
| | Sheppard, Mullin, Richter & Hampton LLP |
| 16 | Sherry, Timothy J. |
| | Shiffer, Esther |
| 17 | Shiffer, Margaret |
| | Shurtliff, Tim |
| 18 | Sierra Nevada Memorial - Miners Hospital |
| | Sierra Telephone Company, Inc. |
| 19 | Silver Point Capital, L.P., |
| | Simon Property Group |
| 20 | Simpson Thacher & Bartlett LLP |
| | Singleton Law Firm fire victim claimants |
| 21 | Singleton Law Firm, APC |
| | Skaggs, Jeffrey and Shannon |
| 22 | Skinner, Stanley T. |
| | Slocum, Susan |
| 23 | Small LEC Creditors |
| | Smith, Gordon Ray |
| 24 | Smith, James and Sandra |
| | Snyder, Mark and Pierrette |
| 25 | Sodexo, Inc. |
| | Solar Partners II LLC |
| 26 | Solar Partners VIII LLC |
| | Solari, John A. |
| 27 | Solaro, John P. |
| | SOLON |
| 28 | Sonsini, Wilson |
| | Sortor, Donald and Emmy |
| | Soule, Randall and Kameron |
| | South San Joaquin Irrigation District |

| | |
|---|---|
| 1 | Southwire Company, LLC |
| | Spargo Family Living Trust |
| 2 | Stahl, Alan Kurt & Ruth Ellen |
| | Standard Guaranty Insurance Company |
| 3 | Stander, Reubens, Thomas, and Kinsey |
| | Stanley, Brent |
| 4 | Star Insurance Company |
| | Starr Insurance Company |
| 5 | Starr Technical Risks |
| | State Energy Resources Conservation and Development Commission |
| 6 | State Water Resources Control Board, |
| | Steadfast Capital Management LP (SCM), on behalf of certain funds, whether advised directly by SCM or an affiliate |
| | thereof |
| 7 | Steel, Brian |
| | Steel, William N. |
| 8 | Steele, Marla |
| | SteelMill Master Fund LP c/o PointState Capital LP |
| 9 | STEPHENS, John R. and Vicki J. |
| | Steve Christopher |
| 10 | Stewart, Lynn |
| | Stewart, Ross and Lori |
| 11 | Stillwater Insurance Group |
| | Stockton, LLC |
| 12 | Stonehill Capital Management LLC, on behalf of certain funds |
| | Stooksberry, Denise |
| 13 | Stooksberry, John |
| | Straatsma, Derek |
| 14 | Stroup, Robert and Dorothy |
| | Sullivan, Bryan |
| 15 | SummerHill Homes, LLC |
| | Susan J. Espana Separate Property Trust |
| 16 | Sutter Insurance Company |
| | Sutter Insurance Company, |
| 17 | Swingle, Thomas and Carol |
| | Sylvester, Michael and Dana |
| 18 | Taconic Capital Advisors LO |
| | Tanforan Industrial Park, LLC |
| 19 | Telvent USA, LLC |
| | TerraForm Power, Inc. |
| 20 | Tesoro Refining & Marketing Company LLC |
| | TFS Energy Futures LLC |
| 21 | Tharp, Bobby and Judith |
| | The Baupost Group L.L.C. |
| 22 | The City of Oakland |
| | The Davey Tree Expert Company, Davey Tree Surgery Company, and DRG, Inc. |
| 23 | The Donald A. Fryer and Marjorie E. Fryer Trust |
| | The Doyle 1999 Revocable Trust |
| 24 | The Fairferek Living Trust |
| | The Finch Revocable Trust |
| 25 | The Hanover Insurance Group |
| | The Insurance Company of the State of Pennsylvania |
| 26 | The Kaiser Family Trust |
| | The Kennedy Family Trust |
| 27 | The Mosaic Company |
| | The Northfield Insurance Company |
| 28 | The Okonite Company |
| | The Ponderosa Telephone Co. |
| | The Princeton Excess and Surplus Lines Insurance Company |

The Progressive Corporation
The Travelers Indemnity Company of America
The Utility Reform Network (TURN)
Third Point LLC
Thomas, Marc
Thomas, Susan
Thompson, Kevin
Tiger Natural Gas, Inc.,
Togneri, Gabe
Tokio Marine American Insurance Company
TOPA Insurance Co.
Torres, Albert Frank
Torres, Irma
Tosti, Dennis and Laura
Townsend, Martha J.
TPG Sixth Street Partners, LLC
Traffic Management, Inc.
Trammell, Curtis and Jocelyn
Travelers Insurance Co.
Tres Vaqueros Wind Farms, LLC
Trettevik, Mirna
Truck Insurance Exchange (Farmers Entities)
Tudor Insurance Company and certain affiliates
TWE Insurance Company Pte. Ltd.
Twin City Fire Insurance Company
United Fire & Casualty Financial Pacific
United National Insurance Company (American Reliable Entities)
United Specialty Insurance Company
United States Fire Insurance Company d/b/a Crum & Forster
United States Liability Insurance Company
Vairo, Michael
Valenza, Marie
Valley Clean Energy Alliance
Van Norsdall, Lisa
Varde Partners, Inc.
Veady, Ralph and Cynthia
Velocity Risk Underwriters, LLC
Vera, Isaiah
Verwey, Philip d/b/a Philip Verwey Farms
Veteran Power, Inc.
Vincent, Richard and Teresa
Volcano Telephone Company
Voyager Indemnity Insurance Company
Voyager Indemnity Insurance Company, (Assurant Entities)
Wagner Family Wines-Caymus Vineyards c/o Michael T. Carlson
Waining, Everett Freeman Jr.
Walker, Donna
Walker, Lonnie
Wallace, William Henry
Walsworth WFBM, LLP
Warlander Asset Management, LP, on behalf of certain funds and accounts
Wawanesa General Insurance Co.
Weber, Gregory W. and Patricia L.
Weinberg, Perella
West, Michael P. and Janis F.
Westchester Fire Insurance Company (Apa)
Western Area Power Administration
Western Asset Management Company

| | |
|---|---|
| 1 | Western Electricity Coordinating Council |
| | Whelan, Steven |
| 2 | White, Thomas and Jill |
| | Whitebox Asymmetric Partners, LP |
| 3 | Whitebox Multi-Strategy Partners, LP |
| | Wilk, Linda D. |
| 4 | William K O'Brien |
| | William L. Joseph Family Trust |
| 5 | William S. Gaines and Ida Jeanne Gaines 2008 Revocable Trust |
| | Williams, Joseph T. |
| 6 | Williams, Michael |
| | Willis Towers Watson US LLC |
| 7 | Willkie Farr & Gallagher LLP |
| | Willrich, Mason |
| 8 | Wilson Elser Moskowitz Edelman & Dicker LLP |
| | Wilson, Gregory |
| 9 | Winners Industry Co., Ltd. |
| | Winston & Strawn LLP |
| 10 | Witt, Norman R. & Debra Lou |
| | Womack, Lawrence |
| 11 | Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. |
| | Worthington, Bruce Robert |
| 12 | Wuslich, Kristina |
| | XL America Insurance, Inc. |
| 13 | XL Insurance America, Inc. (for itself and its subrogees Albertsons Companies, Inc. and Safeway Inc.) |
| | XL Insurance America, Inc. (for Themselves and Their Mutual Subrogees Ashford Inc. and Ashford Hospitality Trust, Inc.) |
| 14 | York Capital Management Global Advisors, LLC, on behalf of certain funds and/or accounts managed or advised by it or its affiliates |
| 15 | Yoshida, Lisa |
| | Younossi Law |
| 16 | Yura, Jane K. |
| | Zelmer, Barbara Jean |
| 17 | Zelmer, Robert Thomas |
| | Zenith American Insurance Company |
| 18 | Zimmerman, Doreen |
| | Zummer, Brittany |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**Exhibit 2**

| Interested Party | Status |
|---|---|
| Apollo Global Management LLC | MTO has in the past represented an affiliate or subsidiary in matters wholly unrelated to the Debtors' chapter 11 cases |
| Aspen Insurance | MTO has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Berkshire Hathaway Guard Ins. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Berkshire Hathaway Specialty Insurance Company | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Berry Petroleum Company | MTO has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| California Department of Forestry and Fire Protection | MTO represents The Regents of the University of California, The Board of Trustees of the California State University in matters wholly unrelated to the Debtors' chapter 11 cases. As disclosed in the June 14, 2019 Weissmann Declaration [Docket No. 2522], MTO represents the office of the Attorney General of the State of California in connection with the proposed merger of Sprint Corporation and T-Mobile US, Inc. |
| California Department of Water Resources | MTO represents The Regents of the University of California, The Board of Trustees of the California State University in matters wholly unrelated to the Debtors' chapter 11 cases. As disclosed in the June 14, 2019 Weissmann Declaration [Docket No. 2522], MTO represents the office of the Attorney General of the State of California in connection with the proposed merger of Sprint Corporation and T-Mobile US, Inc. |
| Canyon Capital Advisors LLC | MTO currently represents an affiliate or subsidiary in matters wholly unrelated to the Debtors' chapter 11 cases |
| D.E. Shaw Galvanic Portfolios, L.L.C. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| D.E. Shaw Kalon Portfolios, L.L.C. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| D.E. Shaw Orienteer Portfolios, L.L.C. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Davidson Kempner Capital Management | MTO has in the past represented this entity in matters wholly unrelated to the Debtors' chapter 11 cases |
| Diameter Capital Partners LP | MTO has in the past represented this entity in matters wholly unrelated to the Debtors' chapter 11 cases |
| Electric Insurance Company | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |

| Interested Party | Status |
|---|---|
| Employment Development Department | MTO represents The Regents of the University of California, The Board of Trustees of the California State University in matters wholly unrelated to the Debtors' chapter 11 cases. As disclosed in the June 14, 2019 Weissmann Declaration [Docket No. 2522], MTO represents the office of the Attorney General of the State of California in connection with the proposed merger of Sprint Corporation and T-Mobile US, Inc. |
| Fidelity Management & Research Company | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| GoldenTree Asset Management, LP | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Governor Gavin Newsom, in his official capacity as Governor of the State of California;

Attorney General (California) (Xavier Becerra) | MTO represents The Regents of the University of California, The Board of Trustees of the California State University in matters wholly unrelated to the Debtors' chapter 11 cases. As disclosed in the June 14, 2019 Weissmann Declaration [Docket No. 2522], MTO represents the office of the Attorney General of the State of California in connection with the proposed merger of Sprint Corporation and T-Mobile US, Inc. |
| Granite Construction Company | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Granite Construction Incorporated | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Kenny Construction Company | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Los Angeles County District Attorney - Jackie Lacey | MTO currently represents the Los Angeles County Museum of Art and the Los Angeles County Employees Retirement Association in mutters wholly unrelated to the Debtors' chapter 11 cases |
| Los Angeles Dept Of Water And Power | MTO currently represents the Los Angeles County Museum of Art and the Los Angeles County Employees Retirement Association in mutters wholly unrelated to the Debtors' chapter 11 cases |
| Matthew Grimsley, State of CA - DGS | MTO represents The Regents of the University of California, The Board of Trustees of the California State University in matters wholly unrelated to the Debtors' chapter 11 cases. As disclosed in the June 14, 2019 Weissmann Declaration [Docket No. 2522], MTO represents the office of the Attorney General of the State of California in connection with the proposed merger of Sprint Corporation and T-Mobile US, Inc. |
| Oaktree Capital Management, L.P. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Pep Boys | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Pep Boys- Director of Facilities | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Pep Boys- Law | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |

| Interested Party | Status |
|---|---|
| Privilege Underwriters Reciprocal Exchange | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| PURE Insurance | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Silver Point Capital, L.P., | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Simon Property Group | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| TPG Sixth Street Partners, LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| United States Liability Insurance Company | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |

**Exhibit 3**

| Interested Party | Status |
|---|---|
| Acme Security Systems | MTO has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Alaska Gas Exploration Associates | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Amador Water Agency | MTO represents The Regents of the University of California, The Board of Trustees of the California State University in matters wholly unrelated to the Debtors' chapter 11 cases. As disclosed in the June 14, 2019 Weissmann Declaration [Docket No. 2522], MTO represents the office of the Attorney General of the State of California in connection with the proposed merger of Sprint Corporation and T-Mobile US, Inc. |
| Bank of Montreal | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Bay Valve Services & Engineering LLC | MTO has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Benjamin Moore | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Berkeley Cogeneration | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Blue Mountain Capital Management LLC | MTO has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| California Air Resources Board; California Board of Equalization; California Community Choice Association; California Department of Finance; California Department of Fish and Game; California Department of Fish and WildLife; California Department of Forestry & Fire Protection (Mendocino); California Department of Forestry and Resources Conservation and Development Commission; California Department of General Services; California Department of Industrial Relations; California Department of Insurance; California Department of Labor; California Department of Tax and Collections | MTO represents The Regents of the University of California, The Board of Trustees of the California State University in matters wholly unrelated to the Debtors' chapter 11 cases. As disclosed in the June 14, 2019 Weissmann Declaration [Docket No. 2522], MTO represents the office of the Attorney General of the State of California in connection with the proposed merger of Sprint Corporation and T-Mobile US, Inc. |

| Interested Party | Status |
|---|---|
| California Department of Tax and Fee Administration; California Department of Toxic Substances Control; California Department of Transportation (CalTrans); California Department of Transportation (CalTrans) - Maint. Prog.; California Department of the Treasury; California Department of Veterans Affairs; California Efficiency + Demand Management Council; California Energy Resources Conservation and Development Commission; California Franchise Tax Board; California Highway Patrol (CHP) - Admin Services; California Highway Patrol (CHP) - Telecom Unit; California Independent System Operator (CAISO); California Infrastructure and Economic Development Bank; California Pollution Control Financing Authority; California Public Utilities Commission; California Self-Insurers' Security Fund; California State Water Resources Control Board; Fire Protection, California Department of Fish and Wildlife, and California Air Resources Board; Central Coast Regional Water Quality Control Board; CPUC Safety and Enforcement Division; The Regents of the University of California; UCSC Physical Plant; UCSF | MTO represents The Regents of the University of California, The Board of Trustees of the California State University in matters wholly unrelated to the Debtors' chapter 11 cases. As disclosed in the June 14, 2019 Weissmann Declaration [Docket No. 2522], MTO represents the office of the Attorney General of the State of California in connection with the proposed merger of Sprint Corporation and T-Mobile US, Inc. |
| Calpine Energy Services, L.P. | MTO has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Caltrop Corporation | MTO has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| City and County of San Francisco | MTO in the past represented a Blue Ribbon Panel, an advisory body to the San Francisco District Attorney in matters wholly unrelated to the Debtors' chapter 11 cases |

| Interested Party | Status |
|---|---|
| CRC Marketing, Inc. | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Elk Hills Power LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Environment One Corporation | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Express Scripts Holding Company | MTO has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Hach Company | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Koch Energy SVC | MTO has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Koch Supply & Trading, LP | MTO has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Lazard Frères & Co. LLC | MTO has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Life Insurance Company of North America (CIGNA) | MTO has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Midway Power LLC | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Ocampo-Esta Corporation | MTO has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Quinn Group, Inc. | MTO has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| Robert Roth | MTO has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| San Francisco County District Attorney - George Gascón | MTO in the past represented a Blue Ribbon Panel, an advisory body to the San Francisco District Attorney in matters wholly unrelated to the Debtors' chapter 11 cases |
| Topaz Solar | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| TRC Companies Incorporated | MTO has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| U.S. DOT - Federal Aviation Admin. (FAA Los Angeles) | MTO currently represents the Los Angeles County Museum of Art and the Los Angeles County Employees Retirement Association in mutterers wholly unrelated to the Debtors' chapter 11 cases |

| Interested Party | Status |
|---|---|
| UBS | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| UBS AG (switzerland) | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| UBS Investment Bank | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| UBS Securities | MTO currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |