

B 210A (Form 210A) (12/09)

FILED
FEB - 4 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# United States Bankruptcy Court
## Northern District of California

In re PG&E Corporation; Pacific Gas & Electric Company, Debtor   Case No. 19-30088-DM (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| FULCRUM CREDIT PARTNERS LLC | ARMED FORCES INSURANCE EXCHANGE |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

FULCRUM CREDIT PARTNERS LLC
Contact: Shelby Zawel
Email: fulcrumtrading@fulcruminv.com
(with copies to
mhamilton@fulcruminv.com, tbennett@fulcruminv.com
and szawel@fulcruminv.com)
Tel: +1 (512) 47302781
Fax: +1 (512) 473-2772111
Congress Avenue, Suite 2550
Austin, TX 78701-4044

Court Claim # (if known): 55594
Amount of Claim: $9,440,240.80
Date Claim Filed: October 16, 2019
Debtor: PG&E Corporation; Pacific Gas & Electric Company.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

FULCRUM CREDIT PARTNERS LLC

By: _____     Date: February 3, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.

6050348v.1 9999/00999

# EVIDENCE OF TRANSFER OF CLAIMS

TO:           United States Bankruptcy Court ("Bankruptcy Court")
                  Northern District of California, San Francisco Division
                  Attn: Clerk

RE:           *In re PG&E Corporation; Pacific Gas & Electric Company,* ("Debtors")
                  Chapter 11 Case No. 19-30088-DM (Jointly Administered)

August 30, 2019

**Proof of Claim #: 55594**
**Proof of Claim Amount: $9,440,240.80**
**Amount of Claim Assigned: Not less than $8,971,130.55**

**ARMED FORCES INSURANCE EXCHANGE,** and any and all of its affiliates, subsidiaries, related parties, successors, assigns or designees (collectively, the "Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**FULCRUM CREDIT PARTNERS LLC**
Contact: Shelby Zawel
Email: fulcrumtrading@fulcruminv.com
(with copies to mhamilton@fulcruminv.com, tbennett@fulcruminv.com and szawel@fulcruminv.com)
Tel: +1 (512) 47302781
Fax: +1 (512) 473-2772
111 Congress Avenue, Suite 2550
Austin, TX 78701-4044

its successors and assigns ("Purchaser"), all rights, title and interest in and to the claims set forth on Schedule I hereto (the "Assigned Claims") and, to the extent related thereto, the above referenced Proof of Claim of Seller, including all legal, statutory and equitable claims arising in connection therewith, against the Debtors in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtors.

Seller hereby waives any objection to the transfer of the Assigned Claims to Purchaser on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the Assigned Claims and recognizing the Purchaser as the sole owner and holder of the Assigned Claims. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claims to Purchaser.

This transfer of the Assigned Claims includes all claims and rights under applicable law or principles of equity, whether such claims and rights are contingent, liquidated, unliquidated, matured, unmatured, known, unknown or otherwise, that Seller has or may hereafter have against the Debtors and their affiliates, successors and assigns related to the Assigned Claims, which arise out of, among other things, subrogation claims arising from Seller's payment of losses to insureds under certain insurance policies, as further detailed in the Attachment 1 to Proof of Claim no. 55594. For purposes of clarity, such losses to which the Assigned Claims relate arose in connection with the wildfires which impacted Northern California designated by the State of California Department of Forestry and Fire Protection as the "*Atlas Fire,*" "*Camp Fire,*" and "*Tubbs Fire*" and, for the avoidance of doubt, Seller shall retain all claims and rights arising in relation to the wildfire designated by the State of California Department of Forestry and Fire Protection as the "*Carr Fire*".

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative.

SELLER

ARMED FORCES INSURANCE EXCHANGE

By: *[signature]*

Name: Lynn C Crawford

Title: VP, CLAIMS


PURCHASER

FULCRUM CREDIT PARTNERS LLC

By: *[signature]*

Name: Timothy Horrigan

Title: Authorized Signatory

Schedule I
Assigned Claims

| Insurance Claim Number | Responsible Fire | Building / Appurtenant Structure / Debris Removal | Contents / Business Personal Property / Debris Removal | Added Living Expense / Business Interruption, Loss of Use/Rent | Total Indemnity Paid | Open Reserves | Total Claim Amount |
|---|---|---|---|---|---|---|---|
| D03207 | Atlas | $33,718.39 | $4,452.41 | - | $38,170.80 | - | $38,170.80 |
| D09799 | Camp | $281,600.00 | $192,000.00 | $34,610.81 | $508,210.81 | $106,189.19 | $614,400.00 |
| D09801 | Camp | $345,500.00 | $258,125.00 | $58,177.00 | $661,802.00 | - | $661,802.00 |
| D09806 | Camp | $371,900.00 | $273,625.00 | $13,352.24 | $658,877.24 | $155,050.53 | $813,927.77 |
| D09809 | Camp | $434,173.06 | $300,750.00 | - | $734,923.06 | $75,976.94 | $810,900.00 |
| D09810 | Camp | $386,978.93 | $270,000.00 | $27,000.00 | $683,978.93 | $197,021.07 | $881,000.00 |
| D09819 | Camp | $200,500.00 | $150,375.00 | $33,560.89 | $384,435.89 | $144,189.11 | $528,625.00 |
| D09820 | Camp | $367,900.00 | $245,625.00 | $33,560.89 | $613,525.00 | $38,125.00 | $651,650.00 |
| D09823 | Camp | $299,500.00 | $112,312.50 | - | $411,812.50 | $66,437.50 | $478,250.00 |
| D09834 | Camp | $359,715.00 | $214,125.00 | $21,710.00 | $595,550.00 | $145,300.00 | $740,850.00 |
| D09836 | Camp | - | $5,000.00 | - | $5,000.00 | - | $5,000.00 |
| D09862 | Camp | - | $38,650.00 | - | $38,650.00 | - | $38,650.00 |
| D09878 | Camp | $30,340.60 | - | $8,669.38 | $39,009.98 | - | $39,009.98 |
| D09946 | Camp | - | $1,000.00 | - | $1,000.00 | - | $1,000.00 |
| D03133 | Tubbs | $342,700.00 | $298,000.00 | - | $640,700.00 | - | $640,700.00 |
| D03153 | Tubbs | - | $1,500.00 | - | $1,500.00 | - | $1,500.00 |
| D03154 | Tubbs | $681,000.00 | - | - | $681,000.00 | - | $681,000.00 |
| D03138 | Tubbs | - | $36,770.00 | - | $36,770.00 | - | $36,770.00 |
| D03223 | Tubbs | $677,925.00 | $579,500.00 | $41,500.00 | $1,298,925.00 | $8,500.00 | $1,307,425.00 |
| D03602 | Tubbs | - | $500.00 | - | $500.00 | - | $500.00 |
| Total | | $4,813,450.98 | $2,982,309.91 | $238,580.32 | $8,034,341.21 | $936,789.34 | $8,971,130.55 |

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

# 30066241 -- JB

February 04, 2020
    14:17:33

TRANS OF CLAIM
19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Qty....:   2 @ $25.00
Amount.:              $50.00 CH
Check#.: 26207



Total->   $50.00



FROM: RICHARD KIBBE & ORBE LLP
```