FILED
FEB - 4 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# United States Bankruptcy Court
## Northern District of California

In re PG&E Corporation; Pacific Gas & Electric Company, Debtor    Case No. 19-30088-DM (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the portion of the claim referenced in this evidence and notice.

| SPCP GROUP, LLC | FULCRUM CREDIT PARTNERS LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

SPCP GROUP, LLC
Two Greenwich Plaza
Greenwich, CT 06830

Court Claim # (if known): 55594
Amount of Claim: $9,440,240.80
Portion of Claim Transferred: Not less than $6,265,064.75, as set forth in the attached Evidence of Transfer of Claims
Date Claim Filed: October 16, 2019
Debtor: PG&E Corporation; Pacific Gas & Electric Company.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SPCP GROUP, LLC

By: _____      Date: February 3, 2020
     Transferee/Transferee's Agent
     Jennifer Poccia
     Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C §§ 152 & 3571

# EVIDENCE OF TRANSFER OF CLAIMS

TO: United States Bankruptcy Court ("Bankruptcy Court")
Northern District of California, San Francisco Division
Attn: Clerk

RE: *In re PG&E Corporation; Pacific Gas & Electric Company*, ("Debtors")
Chapter 11 Case No. 19-30088-DM (Jointly Administered)

February 3, 2020

**Proof of Claim #: 55594**
**Proof of Claim Amount: $9,440,240.80**
**Amount of Claim Assigned: Not less than $6,265,064.75**

**FULCRUM CREDIT PARTNERS LLC,** and any and all of its affiliates, subsidiaries, related parties, successors, assigns or designees (collectively, the "Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**SPCP GROUP, LLC**
Two Greenwich Plaza
Greenwich, CT 06830

its successors and assigns ("Buyer"), all rights, title and interest in and to the claims set forth on Schedule I hereto (the "Assigned Claims") and, to the extent related thereto, the above referenced Proof of Claim of Seller, including all legal, statutory and equitable claims arising in connection therewith, against the Debtors in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtors.

Seller hereby waives any objection to the transfer of the Assigned Claims to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claims and recognizing the Buyer as the sole owner and holder of the Assigned Claims. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claims to Buyer.

This transfer of the Assigned Claims includes all claims and rights under applicable law or principles of equity, whether such claims and rights are contingent, liquidated, unliquidated, matured, unmatured, known, unknown or otherwise, that Seller has or may hereafter have against the Debtors and their affiliates, successors and assigns related to the Assigned Claims, which arise out of, among other things, subrogation claims arising from Seller's payment of losses to insureds under certain insurance policies, as further detailed in the Attachment 1 to Proof of Claim no. 55594. For purposes of clarity, such losses to which the Assigned Claims relate arose in connection with the wildfire which impacted Northern California designated by the State of California Department of Forestry and Fire Protection as the "*Camp Fire*" and, for the avoidance of doubt, Seller shall retain all claims and rights arising in relation to the wildfires designated by the State of California Department of Forestry and Fire Protection as the "*Atlas Fire*," "*Carr Fire*" and "*Tubbs Fire*."

1

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative.

**SELLER**

**FULCRUM CREDIT PARTNERS LLC**

By: _____

Name: _____Matthew W. Hamilton_____

Title: _____Authorized Signatory_____

**BUYER**

**SPCP GROUP, LLC**

By: _____

Name: _____

Title: _____Jennifer Poccia_____
_____Authorized Signatory_____

Schedule I

Claims Transferred

| Insurance Claim Number | Responsible Fire | Building / Appurtenant Structure / Debris Removal | Contents / Business Personal Property / Debris Removal | Added Living Expense / Business Interruption, Loss of Use/Rent | Total Indemnity Paid | Open Reserves | Total Claim Amount |
|---|---|---|---|---|---|---|---|
| D09799 | Camp | $281,600.00 | $192,000.00 | $34,610.81 | $508,210.81 | $106,189.19 | $614,400.00 |
| D09801 | Camp | $345,500.00 | $258,125.00 | $58,177.00 | $661,802.00 | - | $661,802.00 |
| D09806 | Camp | $371,900.00 | $273,625.00 | $13,352.24 | $658,877.24 | $155,050.53 | $813,927.77 |
| D09809 | Camp | $434,173.06 | $300,750.00 | - | $734,923.06 | $75,976.94 | $810,900.00 |
| D09810 | Camp | $386,978.93 | $270,000.00 | $27,000.00 | $683,978.93 | $197,021.07 | $881,000.00 |
| D09819 | Camp | $200,500.00 | $150,375.00 | $33,560.89 | $384,435.89 | $144,189.11 | $528,625.00 |
| D09820 | Camp | $367,900.00 | $245,625.00 | $33,560.89 | $613,525.00 | $38,125.00 | $651,650.00 |
| D09823 | Camp | $299,500.00 | $112,312.50 | - | $411,812.50 | $66,437.50 | $478,250.00 |
| D09834 | Camp | $359,715.00 | $214,125.00 | $21,710.00 | $595,550.00 | $145,300.00 | $740,850.00 |
| D09836 | Camp | - | $5,000.00 | - | $5,000.00 | - | $5,000.00 |
| D09862 | Camp | - | $38,650.00 | - | $38,650.00 | - | $38,650.00 |
| D09878 | Camp | $30,340.60 | - | $8,669.38 | $39,009.98 | - | $39,009.98 |
| D09946 | Camp | - | $1,000.00 | - | $1,000.00 | - | $1,000.00 |
| Total | | $3,078,107.59 | $2,061,587.50 | $197,080.32 | $5,336,775.41 | $928,289.34 | $6,265,064.75 |

3

```
UNITED STATES
BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
   SAN FRANCISCO DIVISION

#  30066241 -- JB

 February 04, 2020
    14:17:33

  TRANS OF CLAIM
  19-30088-DM11
Debtor.: PG&E CORPORATION
Judge..: DENNIS MONTALI
Qty....:    2 @ $25.00
Amount.:                $50.00 CH
Check#.: 26207



Total->   $50.00



FROM: RICHARD KIBBE & ORBE LLP
```