# EXHIBIT A

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary Of Hours and Discounted Fees Incurred By Professional
June 1, 2019 through September 30, 2019

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---:|---:|---|---:|
| Erik Lange | Partner - Advisory | 8.0 | $ 850 | | $ 6,800.00 |
| Clay Gilge | Principal - Advisory | 3.5 | $ 625 | (1) | $ 2,187.50 |
| Juan Gonzalez III | Partner - Advisory | 4.9 | $ 625 | (1) | $ 3,062.50 |
| Arun Mani | Principal - Advisory | 75.1 | $ 500 | | $ 37,550.00 |
| Clay Gilge | Principal - Advisory | 22.5 | $ 500 | (1) | $ 11,250.00 |
| Geno Armstrong | Principal - Advisory | 5.5 | $ 500 | | $ 2,750.00 |
| Juan Gonzalez III | Partner - Advisory | 11.5 | $ 500 | (1) | $ 5,750.00 |
| Reid Tucker | Principal - Advisory | 8.6 | $ 500 | | $ 4,300.00 |
| Kelly Markgraf | Managing Director- Advisory | 0.7 | $ 975 | | $ 682.50 |
| Jonathan White | Managing Director- Advisory | 130.5 | $ 475 | | $ 61,987.50 |
| Tom Haslam | Managing Director- Advisory | 0.5 | $ 475 | | $ 237.50 |
| Dina Vozniak | Director - Advisory | 3.0 | $ 750 | | $ 2,250.00 |
| Scott Stoddard | Director - Advisory | 25.9 | $ 550 | (1) | $ 14,245.00 |
| Tabitha Gaustad | Director - Advisory | 23.1 | $ 550 | | $ 12,705.00 |
| Scott Stoddard | Director - Advisory | 171.5 | $ 435 | (1) | $ 74,602.50 |
| Tom Schenk | Director - Advisory | 42.6 | $ 435 | | $ 18,531.00 |
| Arthur Franke | Director - Advisory | 2.2 | $ 435 | | $ 957.00 |
| Jeff Mahoney | Specialist Director - Analytics | 13.8 | $ 435 | | $ 6,003.00 |
| Kyle McNamara | Director - Advisory | 117.9 | $ 435 | | $ 51,286.50 |
| Mark Ehrhardt | Director - Advisory | 21.6 | $ 435 | | $ 9,396.00 |
| Matt Broida | Director - Advisory | 320.2 | $ 435 | | $ 139,287.00 |
| Monica Plangman | Associate Director - Bankruptcy | 48.2 | $ 213 | | $ 10,242.50 |
| Jovelyn Baliclic-Durst | Manager - Advisory | 0.7 | $ 475 | | $ 332.50 |
| Jeffrey Strong | Manager - Advisory | 1.0 | $ 475 | | $ 475.00 |
| Daniel Smith | Manager - Advisory | 6.6 | $ 475 | | $ 3,135.00 |
| David Ross | Manager - Advisory | 395.6 | $ 400 | | $ 158,240.00 |
| Aldryn Estacio | Manager - Advisory | 133.3 | $ 400 | | $ 53,320.00 |
| Eric Janes | Manager - Advisory | 29.8 | $ 400 | | $ 11,920.00 |
| Gaurav Mathur | Manager - Advisory | 110.0 | $ 400 | | $ 44,000.00 |
| Gaurav Thapan-Raina | Manager - Advisory | 364.0 | $ 400 | | $ 145,600.00 |
| Jon Guth | Manager - Advisory | 58.0 | $ 400 | | $ 23,200.00 |
| Kirk-Patrick Caron | Manager - Advisory | 34.7 | $ 400 | | $ 13,880.00 |
| Raghav Saboo | Manager - Advisory | 1.3 | $ 400 | | $ 520.00 |
| Rita Squalli Houssaini | Manager - Advisory | 161.2 | $ 400 | | $ 64,480.00 |
| Yiwen Fu | Manager - Advisory | 4.5 | $ 400 | | $ 1,800.00 |
| Mark Martin | Manager - Advisory | 190.6 | $ 400 | | $ 76,240.00 |
| Phillip Prombo | Manager - Advisory | 45.3 | $ 400 | | $ 18,120.00 |
| Kavita Malik | Lead Specialist (Manager) - Advisory | 26.2 | $ 225 | | $ 5,895.00 |
| Rohit Nagdeo | Lead Specialist (Manager) - Advisory | 816.0 | $ 225 | | $ 183,600.00 |
| Josh Conkel | Manager - Advisory | 136.2 | $ 224 | | $ 30,508.80 |
| Manoj Thareja | Manager - Advisory | 188.0 | $ 224 | | $ 42,112.00 |
| Celeste Campbell | Manager - Bankruptcy | 235.2 | $ 163 | | $ 38,220.00 |
| Bhaskara Rama Bhaskara | Senior Specialist - Advisory | 872.0 | $ 225 | | $ 196,200.00 |

# EXHIBIT A

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary Of Hours and Discounted Fees Incurred By Professional
June 1, 2019 through September 30, 2019

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---:|---:|---:|
| Kimberly Johnson | Senior Associate - Advisory | 45.0 | $ 425 | $ 19,125.00 |
| Rachael Graening | Senior Associate - Advisory | 13.5 | $ 425 | $ 5,737.50 |
| Stephen Greer | Senior Associate - Advisory | 10.5 | $ 425 | $ 4,462.50 |
| Cole Gallagher | Senior Associate - Advisory | 504.3 | $ 325 | $ 163,897.50 |
| Allison Smith | Senior Associate - Advisory | 56.3 | $ 325 | $ 18,297.50 |
| Anthony Henderson | Senior Associate - Advisory | 132.7 | $ 325 | $ 43,127.50 |
| Carlo Toribio | Senior Associate - Advisory | 299.4 | $ 325 | $ 97,305.00 |
| Cy Whitten | Senior Associate - Advisory | 198.2 | $ 325 | $ 64,415.00 |
| Daniel Elmblad | Senior Associate - Advisory | 126.6 | $ 325 | $ 41,145.00 |
| Dom Gallo | Senior Associate - Advisory | 6.0 | $ 325 | $ 1,950.00 |
| Drew Esler | Senior Associate - Advisory | 26.8 | $ 325 | $ 8,710.00 |
| Farbod Farzan | Senior Associate - Advisory | 87.9 | $ 325 | $ 28,567.50 |
| Jason Weng | Senior Associate - Advisory | 176.2 | $ 325 | $ 57,265.00 |
| Juliana McMillan-Wilhoit | Senior Associate - Advisory | 7.0 | $ 325 | $ 2,275.00 |
| Marcus Xu | Senior Associate - Advisory | 416.0 | $ 325 | $ 135,200.00 |
| Matthew Bowser | Senior Associate - Advisory | 420.9 | $ 325 | $ 136,792.50 |
| Tanveer Abbas | Senior Associate - Advisory | 44.9 | $ 325 | $ 14,576.25 |
| Tia Mason | Senior Associate - Advisory | 104.0 | $ 325 | $ 33,800.00 |
| Tim Littman | Senior Associate - Advisory | 3.9 | $ 325 | $ 1,267.50 |
| Will Brennan | Senior Associate - Advisory | 85.4 | $ 325 | $ 27,755.00 |
| Adrian Irwin | Senior Associate - Advisory | 490.2 | $ 325 | $ 159,315.00 |
| Matthew Rice | Senior Associate - Advisory | 802.9 | $ 225 | $ 180,652.50 |
| Rob Villegas | Senior Associate - Advisory | 159.3 | $ 225 | $ 35,842.50 |
| Wendy Shaffer | Senior Associate - Bankruptcy | 47.5 | $ 150 | $ 7,125.00 |
| Christopher Wong | Associate - Advisory | 23.3 | $ 325 | $ 7,572.50 |
| Jonathan Boldt | Associate - Advisory | 21.1 | $ 325 | $ 6,857.50 |
| Michelle Yeung | Associate - Advisory | 35.0 | $ 325 | $ 11,375.00 |
| Bellamy Yoo | Associate - Advisory | 21.1 | $ 275 | $ 5,802.50 |
| Brian Wei | Associate - Advisory | 475.6 | $ 275 | $ 130,790.00 |
| Dennis Cha | Associate - Advisory | 463.8 | $ 275 | $ 127,545.00 |
| Fran Shammo | Associate - Advisory | 40.5 | $ 275 | $ 11,137.50 |
| Gustavo Garcia | Associate - Advisory | 273.8 | $ 275 | $ 75,295.00 |
| Jack Liacos | Associate - Advisory | 3.0 | $ 275 | $ 825.00 |
| Jeffrey Kwan | Associate - Advisory | 345.8 | $ 275 | $ 95,095.00 |
| Lucy Cai | Associate - Advisory | 507.0 | $ 275 | $ 139,425.00 |
| Preston Devaney | Associate - Advisory | 217.2 | $ 275 | $ 59,730.00 |
| Trent Anderson | Associate - Advisory | 332.7 | $ 275 | $ 91,492.50 |
| Juanita Garza | Associate - Bankruptcy | 370.7 | $ 138 | $ 50,971.25 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**

Summary Of Hours and Discounted Fees Incurred By Professional
June 1, 2019 through September 30, 2019

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation | |
|---|---|---|---|---|---|
| Aayush Bhatia | Associate - KGS | 206.2 | $ 135 | $ 27,837.00 | |
| Bob Zhang | Associate - Advisory | 195.4 | $ 135 | $ 26,379.00 | |
| **Subtotal Hours and Fees at Discounted Rates** | | **12,669.1** | | $ **3,744,597.30** | |
| Data Security Services (Fixed Fee) | | | | $ 627,593.10 | (2) |
| Legal Support Services (non-hourly fees) | | | | $ 195,946.62 | (3) |
| Endpoint Security Strategy Assessment (Fixed Fee) | | | | $ 100,000.00 | (4) |
| **Subtotal Fees** | | | | $ **4,668,137.02** | |
| Less Reduction in Fees in Anticipation of Change Order | | | | $ (350,000.00) | (5) |
| **Total Fees Requested** | | | | $ **4,318,137.02** | |
| Out of Pocket Expenses | | | | $ 316,097.43 | |
| **Total Fees and Out of Pocket Expenses** | | | | $ **4,634,234.45** | |
| **Blended Hourly Rate** (excludes Fixed Fee Hours) | | **$ 295.57** | | | |

[1] Rates differ due to services provided relating to different CWA's.

[1] KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. During the Compensation Period, KPMG requested the fixed-fee amount above for these services.

[2] These fees represent the recurring monthly charges as detailed in Appendix C of the Legal Support Services Agreement and further detailed on Exhibit C3 in the monthly fee statements.

[3] KPMG and the Debtors agreed to fixed-fee compensation for the Endpoint Protection Strategy Assessment Services. During the Compensation Period, KPMG requested the fixed-fee amount related to the completion of Phase 1 and Phase 2 of these services.

[4] The Debtors and KPMG are in the process of documenting several adjustments in the scope of KPMG's services, which KPMG anticipates will include a termination of further work on Task 3 (Asset Management Services) together with an agreement that KPMG will charge $915,000 in fees for Task 3. Although a change order has not yet been executed and presented to the court, in anticipation of such a change order KPMG reduced the fee request during the Compensation Period by $350,000.