# EXHIBIT B

## PG&E Corporation and PG&E Company, et.al.
### Case No. 19-30088
Summary of Hours and Discounted Fees Incurred by Category
June 1, 2019 through September 30, 2019

| Project Category | Exhibit | Total Billed Hours | Total Fees Requested | |
|---|---|---|---|---|
| Asset Management Services | C1 | 7,895.4 | $ 2,665,987.25 | |
| Data Security Services | C2 | - | $ 627,593.10 | (1) |
| Legal Support Services | C3 | 7.9 | $ 199,889.12 | (2) |
| IT Software Services (Phase I) | C4 | 0.0 | $ - | |
| Enterprise Project Management Tools Implementation Services | C5 | 0.0 | $ - | |
| Risk Assessment Services | C6 | 0.0 | $ - | |
| Retention Services | C7 | 13.5 | $ 2,383.75 | |
| Fee Application Preparation Services | C8 | 691.7 | $ 105,777.00 | |
| IT Software Services (Phase II) | C9 | 2,676.4 | $ 602,190.00 | (3) |
| Quanta Invoice Review Services | C10 | 626.4 | $ 162,879.50 | |
| Data Security Loan Staff Services | C11 | 188.0 | $ 42,112.00 | |
| Endpoint Protection Strategy Assessment Services | C12 | - | $ 100,000.00 | (4) |
| Data Security CCPA Support Staff Services | C13 | 331.6 | $ 56,887.80 | |
| Tax and Accounting On-Call Services | C14 | 11.0 | $ 9,050.00 | |
| Permitting Spend Analysis Services | C15 | 227.1 | $ 93,387.50 | |
| **Subtotal** | | **12,669.1** | **$ 4,668,137.02** | |
| Less Reduction in Fees in Anticipation of Change Order | | | $ (350,000.00) | (5) |
| **Total Fees Requested** | | | **$ 4,318,137.02** | |

(1) KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. During the Compensation Period, KPMG requested the fixed-fee amount above for these services.

(2) Fee amount composed of hourly fees and recurring hosting fees as detailed in Appendix C of the Legal Support Services Agreement and further detailed on Exhibit C3 in the monthly fee statements.

(3) Includes previously deferred fees associated with services which were pending court approval. These services were approved in the Supplemental Retention Order [D.I. 5077] filed on December 11, 2019 and the deferred fees were included in the August fee statement which was filed on January 21, 2020.

(4) KPMG and the Debtors agreed to fixed-fee compensation for the Endpoint Protection Strategy Assessment Services. During the Compensation Period, KPMG requested the fixed-fee amount related to the completion of Phase 1 and Phase 2 of these services.

(5) The Debtors and KPMG are in the process of documenting several adjustments in the scope of KPMG's services, which KPMG anticipates will include a termination of further work on Task 3 (Asset Management Services) together with an agreement that KPMG will charge $915,000 in fees for Task 3. Although a change order has not yet been executed and presented to the court, in anticipation of such a change order KPMG reduced the fee request during the Compensation Period by $350,000.