EXHIBIT C

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary of Out of Pocket Expenses
June 1, 2019 through September 30, 2019

| Category | | Amount |
|---|---|---|
| Airfare | $ | 103,411.93 |
| Lodging | $ | 158,799.18 |
| Meals | $ | 17,177.51 |
| Ground Transportation | $ | 36,708.81 |
| Miscellaneous | $ | - |
| **Total** | **$** | **316,097.43** [1] |

[1] Includes previously deferred expenses associated with services which were pending court approval. These services were approved in the Supplemental Retention Order [D.I. 5077] filed on December 11, 2019 and the corresponding deferred expenses were included in the August fee statement which was filed on January 21, 2020.

Case: 19-30088    Doc# 5618-3    Filed: 02/04/20    Entered: 02/04/20 17:45:53    Page 1 of 1