**Entered on Docket**
**February 04, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: February 4, 2020

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

PG&E CORPORATION,

   - and -

PACIFIC GAS AND ELECTRIC COMPANY,

                    Debtors.

☐ Affects PG&E Corporation

☐ Affects Pacific Gas and Electric Company

■ Affects both Debtors

*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

No. 19-30088 (DM)

Chapter 11

(Lead Case)
(Jointly Administered)

**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF DEVELOPMENT SPECIALISTS, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (MARCH 20, 2019 THROUGH JULY 31, 2019)**

**THIS MATTER** came before the Court upon consideration of the *First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period March 20, 2019 through July 31, 2019* [Docket No. 4731] (the "**First Interim Application**") and the *Stipulated Amendment to First Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period March 20, 2019 through July 31, 2019* [Docket No. 5295] (the "**Amendment**") filed by Development Specialists, Inc. ("**DSI**"), financial advisors for the Official Committee of Tort Claimants ("**TCC**"). Based upon the Court's review and consideration of the First Interim Application and the Amendment, the certification in support thereof, and the other records and pleadings filed in the above-captioned chapter 11 cases,

**THE COURT HEREBY FINDS** that notice of and opportunity for a hearing on the First Interim Application and Amendment was duly given and that such notice was appropriate and sufficient under the particular circumstances. It appears to the Court that good cause exists for interim approval of the fees and expenses requested by DSI in the First Interim Application and Amendment, pursuant to section 330 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016. The Court further finds that the fees and expenses requested in the First Interim Application, as modified by the Amendment, are reasonable and have been earned.

**THEREFORE, IT IS HEREBY ORDERED:**

1. The First Interim Application and Amendment are approved on an interim basis as reflected herein:

2. DSI is awarded an interim allowance of compensation during the Application Period in a total amount of **$1,068,906.89**, consisting of $1,090,499.00 in compensation and $33,407.89 in expenses <u>minus</u> a reduction in fees and expenses in the amount of $55,000.00 as agreed upon by the Applicant and the Fee Examiner.

3. The Debtors are authorized and directed to make prompt payment to DSI the total amount of **$163,099.80**, representing the 20% holdback of fees in the amount of $218,099.80 minus the reduction in fees and expenses in the amount of $55,000.00 as agreed upon by the Applicant and the Fee Examiner.

4. In exchange for the reductions agreed to by the Applicant, the Fee Examiner waives

any further objection to the First Interim Fee Application and preserves his right to object to DSI's final fee application.

5. The Court retains jurisdiction over any issues or disputes arising out of or relating to this Order.

**\*\*\* END ORDER \*\*\***