

Signed and Filed: February 4, 2020

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

1  BRAD BRIAN (State Bar No. 79001)
   Brad.Brian@mto.com
2  THOMAS B. WALPER (State Bar No. 96667)
   thomas.walper@mto.com
3  HENRY WEISSMANN (State Bar No. 132418)
   henry.weissmann@mto.com
4  BRADLEY SCHNEIDER (State Bar No. 235296)
   bradley.schneider@mto.com
5  **MUNGER, TOLLES & OLSON LLP**
6  350 South Grand Avenue, Fiftieth Floor
   Los Angeles, California 90071
7  Telephone:    (213) 683-9100
   Facsimile:    (213) 683-3702
8
9  *Attorneys for Debtors
   and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>        Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF MUNGER, TOLLES & OLSON LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ATTORNEYS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR CERTAIN MATTERS FROM JANUARY 29, 2019 THROUGH MAY 31, 2019**<br><br>[Relates to Dkt. No. 2996] |

Upon the application, dated July 15, 2019, Docket No. 2996 of Munger, Tolles & Olson ("**MTO**"), attorneys to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for certain matters, for interim allowance of compensation for professional services provided in the amount of $6,653,996.00 and reimbursement of actual and necessary expenses in the amount of $99,363.65 that MTO incurred for the period from January 29, 2019 through May 31, 2019 (the "**Interim Fee Period**"); and upon the *Notice of Hearing on First Interim Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Fee Applications Based Upon Compromises with the Fee Examiner* filed on January 3, 2020, Docket No. 5258, Exhibit A of which Notice is attached hereto,

**IT IS HEREBY ORDERED THAT:**

1. The Debtors are authorized to pay, to Munger, Tolles & Olson LLP, the "Outstanding Amount Now Payable for First Interim Period" set forth on Exhibit A for MTO, which amount reflects a credit for all previous payments by the Debtors for fees and expenses of MTO in the Interim Fee Period.

**END OF ORDER**

Approved as to Form,

/s/ Scott H. McNutt
Scott H. McNutt
Counsel to the Fee Examiner

# Exhibit A

**EXHIBIT A**

**to**

**NOTICE OF HEARING ON FIRST INTERIM APPLICATIONS ALLOWING
AND AUTHORIZING PAYMENT OF FEES AND EXPENSES
OF MULTIPLE FEE APPLICANTS BASED ON COMPROMISES
WITH THE FEE EXAMINER**

| Retained Professional | Filing Date 1st Interim Fee App | First Interim Docket No. and Filing Date | First Interim Total Fees and Costs | Total Compromised Reduction with Fee Examiner | First Interim Total Fees and Costs Reflecting Compromised Reduction | Total Payments Previously Received by Applicants for First Interim Period | Outstanding Amount Now Payable for First Interim Period* |
|---|---|---|---|---|---|---|---|
| FTI | 7/22/2019 | 3137 | $ 5,837,129.38 | $ 50,000.00 | $ 5,787,129.38 | $ 4,679,003.73 | $ 1,108,125.65 |
| Development Specialists, Inc. | 11/14/2019 | 4731 | $ 1,123,906.89 | $ 55,000.00 | $ 1,068,906.89 | $ 905,807.09 | $ 163,099.80 |
| Baker & Hostetler | 7/15/2019 | 2995 | $ 7,424,281.74 | $ 370,716.33 | $ 7,053,565.41 | $ 5,986,111.54 | $ 1,067,453.87 |
| Cravath, Swaine & Moore | 8/23/2019 | 3683 | $ 31,365,160.82 | $ 1,300,000.00 | $ 30,065,160.82 | $ 25,296,541.02 | $ 4,768,619.80 |
| Jenner & Block | 8/8/2019 | 3465 | $ 3,506,413.06 | $ 75,000.00 | $ 3,431,413.06 | $ 2,809,417.76 | $ 621,995.30 |
| KPMG | 7/15/2019 | 2992 | $ 4,005,803.67 | $ 50,000.00 | $ 3,955,803.67 | $ 3,231,072.66 | $ 724,731.01 |
| Munger Tolles & Olson | 7/15/2019 | 2996 | $ 6,753,359.65 | $ 210,000.00 | $ 6,543,359.65 | $ 5,422,560.45 | $ 1,120,799.20 |
| Berman & Todderud | 10/22/2019 | 4383 | $ 396,292.40 | $ 10,000.00 | $ 386,292.40 | $ 317,033.92 | $ 69,258.48 |
| Dundon Advisers | 11/14/2019 | 4727 | $ 158,324.24 | $ 3,000.00 | $ 155,324.24 | $ 127,733.44 | $ 27,590.80 |
| Trident | 11/14/2019 | 4721 | $ 109,537.01 | $ 500.00 | $ 109,037.01 | $ 36,237.50 | $ 72,799.51 |

* Prior to submitting orders regarding these amounts, the Fee Examiner will require all applicants to verify that all "Knudsen" payments have been properly credited. The Fee Examiner is aware that such payments may have been received for the First Interim Period after the filing of the First Interim Fee Applications, or after the filing of this Notice.