

Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:  415.659.2900
Facsimile:  415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:  310.442.8875
Facsimile:  310.820.8859
Email: esagerman@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for the Official Committee of Tort Claimants*

**CHANGES MADE BY COURT**

Signed and Filed: February 4, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING FIRST INTERIM APPLICATION OF TRIDENT DMG LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 18, 2019 THROUGH SEPTEMBER 30, 2019**<br><br>[Relates to Dkt. Nos.: 4721, 5307] |

**THIS MATTER** came before the Court upon the First Interim Application of Trident DMG LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period From July 18, 2019 Through September 30, 2019 [Docket No. 4721] ("**First Interim Application**") filed by Trident DMG LLC ("**Trident**"), communications consultant for the Official Committee of Tort Claimants ("**TCC**"), seeking the entry of an order, on an interim basis, pursuant to sections 330(a) and 331 of title 11, United States Code ("**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, ("**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the Northern District of California ("**Local Rules**"), the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees, promulgated pursuant to Local Rule 9029-1, governing the narrative portion of fee applications, effective February 19, 2014 ("**Narrative Guidelines**"), the U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013 ("**UST Guidelines**"), and the Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals ("**Interim Compensation Order**") (collectively, the "**Guidelines**"), for allowance of compensation for professional services and reimbursement of actual and necessary expenses in connection with Trident's representation of the TCC in the above-captioned cases.

Based upon the Court's review and consideration of the First Interim Application, the certification in support thereof, and the other records and pleadings filed in the above-captioned chapter 11 cases,

**THE COURT HEREBY FINDS** that notice of and opportunity for a hearing on the First Interim Application was duly given and that such notice was appropriate and sufficient; the relief requested is in the best interests of the Debtors, their estates, creditors, shareholders and all parties in interest; good cause exists for interim approval of the fees and expenses requested by Trident in the First Interim Application, pursuant to section 330 of the Bankruptcy Code and Bankruptcy Rule 2016; and that the fees and expenses requested in the First Interim Application, as modified by Trident's agreement with the Fee Examiner, are reasonable and have been earned.

**THE COURT FURTHER FINDS** that (i) as of the date of the First Interim Application, Trident has been paid $36,237.50 in fees and expenses; (ii) the amount of fees and expenses initially requested by Trident in the First Interim Application was $109,537.01; and (iii) the remaining balance due and owing to Trident is **$72,799.51**, attributable to a $500.00 reduction agreed to by Trident, as reflected in Docket No. 5307, Exhibit A filed on January 8, 2020.

**THE COURT FURTHER FINDS** that in exchange for the reductions agreed to by Trident, the Fee Examiner waives any further objection to the First Interim Application and preserves his right to object to Trident's final fee application, and that Trident's agreement to the reductions is conditioned upon no further or additional objections being asserted by the United States Trustee.

**THEREFORE, IT IS HEREBY ORDERED:**

1. The First Interim Application is approved on an interim basis as reflected herein:

2. Trident is awarded interim fees and expenses for the period from July 18, 2019 through September 30, 2019 in a total amount of **$109,037.01**, consisting of $**97,500.00** in fees and $**12,037.01** expenses, reflecting a reduction in fees in the amount of $500.00.

3. This order is effective immediately and no stay shall apply. As such, the Debtors are authorized and directed to make immediate payment to Trident in the total remaining amount of **$72,799.51.**

4. The Court retains jurisdiction over any issues or disputes arising out of or relating to this Order.

**\*\*\* END ORDER \*\*\***