**Entered on Docket**
**February 04, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  Robert A. Julian (SBN 88469)
   Cecily A. Dumas (SBN 111449)
2  BAKER & HOSTETLER LLP
   Transamerica Pyramid Center
3  600 Montgomery Street, Suite 3100
   San Francisco, CA 94111-2806
4  Telephone:    415.659.2900
   Facsimile:    415.659.2601
5  Email: rjulian@bakerlaw.com
   Email: cdumas@bakerlaw.com
6
7  Eric E. Sagerman (SBN 155496)
   Lauren T. Attard (SBN 320898)
8  BAKER & HOSTETLER LLP
   11601 Wilshire Blvd., Suite 1400
9  Los Angeles, CA 90025-0509
   Telephone:    310.442.8875
10 Facsimile:    310.820.8859
   Email: esagerman@bakerlaw.com
11 Email: lattard@bakerlaw.com

*Counsel for the Official Committee of Tort Claimants*

**CHANGES MADE BY COURT**

Signed and Filed: February 4, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>            **Debtors.**<br><br>□ Affects PG&E Corporation<br><br>□ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING FIRST AND FINAL APPLICATION OF DUNDON ADVISERS LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2019 THROUGH AUGUST 31, 2019**<br><br>[Relates to Dkt. Nos.: 4727, 5307] |

**THIS MATTER** came before the Court upon the *First and Final Application of Dundon Advisers LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the period March 1, 2019 through August 31, 2019* [Docket No. 4727] (the "**Application**") filed by Dundon Advisers LLC ("**Dundon**"), financial advisor to the Official Committee of Tort Claimants ("**TCC**") seeking the entry of an order pursuant to sections 330(a) and 331 of title 11, United States Code ("**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, ("**Bankruptcy Rules**"), Rule 2016-1 of the Local Bankruptcy Rules for the Northern District of California ("**Local Rules**"), the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees, promulgated pursuant to Local Rule 9029-1, governing the narrative portion of fee applications, effective February 19, 2014 ("**Narrative Guidelines**"), the U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases, effective November 1, 2013 ("**UST Guidelines**"), and the Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals ("**Interim Compensation Order**") (collectively, the "**Guidelines**"), for allowance of compensation for professional services and reimbursement of actual and necessary expenses in connection with Dundon's representation of the TCC in the above-captioned cases.

Based upon the Court's review and consideration of the Application, the certification in support thereof, and the other records and pleadings filed in the above-captioned chapter 11 cases,

**THE COURT HEREBY FINDS** that notice of and opportunity for a hearing on the Application was duly given and that such notice was appropriate and sufficient; the relief requested is in the best interests of the Debtors, their estates, creditors, shareholders and all parties in interest; good cause exists for approval of the fees and expenses requested by Dundon in the Application pursuant to section 330 of the Bankruptcy Code and Bankruptcy Rule 2016; and that the fees and expenses requested in the Application, as modified pursuant to agreement with the Fee Examiner, are reasonable and have been earned.

**THE COURT FURTHER FINDS** that (i) to date, Dundon has been paid $127,733.44 in fees and expenses; (ii) the amount of fees and expenses initially requested by Dundon in the Application was $158,324.24; and (iii) the remaining balance due and owing to Dundon is **$27,590.80**, attributable to a $3,000.00 reduction agreed to by Dundon, as reflected in Docket No. 5307, Exhibit A filed on January 8, 2020.

**THE COURT FURTHER FINDS** that in exchange for the reductions agreed to by Dundon, the Fee Examiner waives any further objection to the Application and preserves his right to object to Dundon's final fee application, and that Dundon's agreement to the reductions is conditioned upon no further or additional objections being asserted by the United States Trustee.

**THEREFORE, IT IS HEREBY ORDERED:**

1. The Application is approved on an interim basis as reflected herein:

2. Dundon is awarded interim fees and expenses for the period March 1, 2019 through August 31, 2019 in a total amount of **$155,324.24**, consisting of interim fees in the amount of $149,954.00 and interim expenses in the amount of $5,370.24 , and reflecting a reduction in fees in the amount of $3,000.00.

3. This order is effective immediately and no stay shall apply. As such, the Debtors are authorized and directed to make immediate payment to Dundon in the total remaining amount of **$27,590.80.**

4. The Court retains jurisdiction over any issues or disputes arising out of or relating to this Order.

*** END OF ORDER ***

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO