# Notice Recipients

District/Off: 0971−3     User: dchambers     Date Created: 2/6/2020
Case: 19−30088     Form ID: TRANSC     Total: 12

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Cecily Ann Dumas | cdumas@bakerlaw.com |
| aty | Dario de Ghetaldi | deg@coreylaw.com |
| aty | Matthew A. Feldman | mfeldman@willkie.com |
| aty | Matthew Jordan Troy | matthew.troy@usdoj.gov |
| aty | Matthew K. Kelsey | mkelsey@gibsondunn.com |
| aty | Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| aty | Rebecca J. Winthrop | rebecca.winthrop@nortonrosefulbright.com |

TOTAL: 7

**Recipients submitted to the Claims Agent (Prime Clerk):**
| | | | | | |
|---|---|---|---|---|---|
| aty | David H. Botter | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | New York, NY 10036 |
| aty | Matthew L. Hinker | O'Melveny & Myers LLP | 7 Times Square | New York, NY 10036 |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| | BRUCE BENNETT, ESQ. | Jones Day | 555 South Flower Street 50th Floor | Los Angeles, CA 90071 |
| | ABID QURESHI, ESQ. | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | New York, NY 10036 |

TOTAL: 5