UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Andrew G. Vignali, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On January 31, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 5th day of February 2020, at New York, NY.

*/s/ Andrew G. Vignali*
Andrew G. Vignali

SRF 39470

**Exhibit A**

Case: 19-30088    Doc# 5635    Filed: 02/05/20    Entered: 02/05/20 09:41:50    Page 2 of 5

Exhibit A
Notice Parties Service List
Served via first class mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Abbey, Weitzenberg, Warren & Emery PC | Attn: Brendan M. Kunkle | 100 Stony Point Road | Suite 200 | Santa Rosa | CA | 95401-4150 |
| Andrews & Thornton, Attorneys at Law, a Law Corporation | Attn: Sean T. Higgins | 4701 Von Karman Avenue | Suite 300 | Newport Beach | CA | 92260-2193 |
| Baker & Hostetler LLP | Attn: David J. Richardson | 11601 Wilshire Boulevard | Suite 1400 | Los Angeles | CA | 90025-1744 |
| Baker & Hostetler LLP | Attn: Cecily A. Dumas | 600 Montgomery Street | Suite 3100 | San Francisco | CA | 94111-2806 |
| Bauman Loewe Witt & Maxwell, PLLC | Attn: A. Scott Loewe | 8765 East Bell Road | Suite 210 | Scottsdale | AZ | 85260-1321 |
| Bermand and Todderud LLP | Attn: Eric R. Todderud | 3502 Fremont Avenue North | Suite 2 | Seattle | WA | 98103-3418 |
| Binder & Malter LLP | Attn: Robert G. Harris | 2775 Park Avenue | | Santa Clara | CA | 95050-6004 |
| Cozen O'Connor | Attn: Mark E. Felger | 1201 North Market Street | Suite 1001 | Wilmington | DE | 19801-1166 |
| Cozen O'Connor | Attn: Thomas A. Regan, Kevin D. Bush | 501 West Broadway | Suite 1610 | San Diego | CA | 92101-3557 |
| Cravathm Swaine & Moore LLP | Attn: George E. Zobitz | 825 Eighth Avenue | | New York | NY | 10019-7475 |
| Dechert LLP | Attn: Allan S. Brilliant | Three Bryant Park | 1095 Avenue of the Americas | New York | NY | 10036-6797 |
| Dentons US LLP | Attn: Peter D. Wolfson | 1221 Avenue of the Americas | | New York | NY | 10020-1000 |
| Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: Paul J. Pascuzzi | 500 Capitol Mall Suite 2250 | | Sacramento | CA | 95814-4760 |
| Gibson, Dunn & Crutcher LLP | Attn: David M. Feldman, Matthew K. Kelsey | 200 Park Avenue | | New York | NY | 10166-0005 |
| Gibson, Dunn & Crutcher LLP | Attn: Matthew D. McGill | 1050 Connecticut Avenue, N.W. | | Washington | DC | 20036-5303 |
| Kirkland & Ellis LLP | Attn: Ameneh Bordi | 601 Lexington Avenue | | New York | NY | 10022-4643 |
| Kramer Levin Naftalis &Frankel LLP | Attn: Amy Canton | 1177 Avenue of the Americas | | New York | NY | 10036-2714 |
| Labaton Sucharow LLP | Attn: Carol C. Villegas, Jeffrey A. Dubbin, Nicole Zeiss | 140 Broadway | | New York | NY | 10005-1134 |
| Locke Lord LLP | Attn: W. Steven Bryant | 600 Congress Avenue | Suite 2200 | Austin | TX | 90067-3086 |
| Lowenstein Sandler LLP | Attn: Michael S. Etkin, Andrew Behlmann | One Lowenstein Drive | | Roseland | NJ | 07068-1791 |
| Michaelson Law Group | Attn: Randy Michelson | 220 Montgomery Street | Suite 2100 | San Francisco | CA | 94104-3502 |
| Milbank LLP | Attn: Gregory A. Bray | 2029 Century Park East | 33rd Floor | Los Angeles | CA | 90067-2901 |
| Norton Rose Fulbright US LLP | Attn: Rebecca J. Winthrop | 555 South Flower Street | 41st Floor | Los Angeles | CA | 90071-2300 |
| Paul, Weiss, Rifkind, Wharton & Garrison | Attn: Brian S. Hermann, Alan W. Kornberg | 1285 Avenue of the Americas | | New York | NY | 10019-6031 |
| Pino & Associates | Attn: Estela O. Pino | 1520 Eureka Road | Suite 101 | Roseville | CA | 95661-2849 |
| Simpson Thatcher & Bartlett LLP | Attn: Sandeep Qusba, Michael H. Torkin | 425 Lexington Avenue | | New York | NY | 10017-3954 |
| Stradling, Yocca, Carlson & Rauth, P.C. | Attn: Paul R. Glassman | 100 Wilshire Boulevard | Fourth Floor | Santa Monica | CA | 90401-1110 |
| Stroock & Stroock & Lavan LLP | Attn: Erez E. Gilad | 2029 Century Park East | | Los Angeles | CA | 90067-3086 |
| Stutzman, Bromberg, Esserman & Plifka | Attn: Cliff I. Taylor | 2323 Bryan Street | Suite 2200 | Dallas | TX | 75201-2689 |
| Troutman Sanders LLP | Attn: Harris B. Winsberg | 600 Peachtree Street NE | Suite 3000 | Atlanta | GA | 30308-2216 |
| United States Department of Justice | Attn: Matthew J. Troy | Ben Franklin Station | P.O. Box 875 | Washington | DC | 20044-0875 |
| Weil Gotshal and Manges, LLP | Attn: Richard W. Slack, Stephen Karotkin | 767 Fifth Avenue | | New York | NY | 10153-0119 |
| Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman | 787 Seventh Avenue | | New York | NY | 10019-6099 |

Case: 19-30088    Doc# 5635    Filed: 02/05/20    Entered: 02/05/20 09:41:50    Page 3 of 5

**Exhibit B**

Form TRANSC

SRF 39470

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| **In re Debtor(s):**  PG&E Corporation | Case No.: 19–30088 DM 11  Chapter: 11 |
|---|---|

# NOTICE OF FILING OF TRANSCRIPT
# AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on January 29, 2020 was filed on January 30, 2020. The following deadlines apply:

The parties have until Thursday, February 6, 2020 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, February 20, 2020.

If a request for redaction is filed, the redacted transcript is due Monday, March 2, 2020.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, April 29, 2020, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 2/3/20

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court