LOCKE LORD LLP
Xiyi Fu (SBN 278274)
jackie.fu@lockelord.com
Kinga L. Wright (SBN 213827)
kwright@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

LOCKE LORD LLP
Elizabeth M. Guffy (admitted *pro hac vice*)
eguffy@lockelord.com
JPMorgan Chase Tower
600 Travis, Suite 2800
Houston, TX 77002
Telephone: (713) 226-1200
Fax: (713) 223-3717

Attorneys for Creditor
Quanta Energy Services LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy No.: 19-30088 |
| PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY, | Chapter 11 |
| Debtors. | **NOTICE OF APPEARANCE OF KINGA L. WRIGHT** |

PLEASE TAKE NOTICE that Kinga L. Wright of Locke Lord LLP hereby appears as counsel of record for Creditor Quanta Energy Services LLC.

Dated: February 5, 2020

Respectfully submitted,

LOCKE LORD LLP

By: */s/ Kinga L. Wright*
    Xiyi Fu
    Kinga L. Wright
    Elizabeth M. Guffy (admitted *pro hac vice*)
Attorneys for Creditor
Quanta Energy Services LLC