UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Andrew G. Vignali, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On January 31, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 5th day of February 2020, at New York, NY.

*/s/ Andrew G. Vignali*
Andrew G. Vignali

SRF 39474

# **Exhibit A**

Exhibit A
Notice Parties Service List
Served via first class mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Baker & Hostetler LLP | Attn: Cecily A. Dumas | 600 Montgomery Street | Suite 3100 | San Francisco | CA | 94111-2806 |
| Bauman Loewe Witt & Maxwell, PLLC | Attn: A. Scott Loewe | 8765 East Bell Road | Suite 210 | Scottsdale | AZ | 85260-1321 |
| Boutin Jones Inc. | Attn: Mark Gorton | 555 Capitol Mall 15th Floor | | Sacramento | CA | 95814-4504 |
| Cravath, Swaine & Moore LLP | Attn: George E. Zobitz | 825 Eighth Avenue | | New York | NY | 10019-7475 |
| Dechert LLP | Attn: Allan S. Brilliant | Three Bryant Park | 1095 Avenue of the Americas | New York | NY | 10036-6797 |
| Dentons US, LLP | Attn: Peter D. Wolfson | 1221 Avenue of the Americas | | New York | NY | 10020-1000 |
| Edelson PC | Attn: Rafey S. Balabanian | 123 Townsend Street | Suite 100 | San Francisco | CA | 94107-1936 |
| Kirkland & Ellis LLP | Attn: Ameneh Bordi | 601 Lexington Avenue | | New York | NY | 10022-4643 |
| Kramer Levin Naftalis & Frankel LLP | Attn: Amy Caton | 1177 Avenue of the Americas | | New York | NY | 10036-2714 |
| Milbank, LLP | Attn: Gregory A. Bray | 2029 Century Park East | 33rd Floor | Los Angeles | CA | 90067-2901 |
| Pino & Associates | Attn: Estela O. Pino | 4600 Northgate Boulevard | Suite 215 | Sacramento | CA | 95834-1133 |
| Stradling, Yocca, Carlson & Rauth, P.C. | Attn: Paul R. Glassman | 100 Wilshire Boulevard | Fourth Floor | Santa Monica | CA | 90401-1110 |
| Stroock & Stroock & Lavan LLP | Attn: Erez E. Gilad, Kristopher M. Hansen, Sherry J. Millman | 180 Maiden Lane | | New York | NY | 10038-4982 |
| Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | 2029 Century Park East | | Los Angeles | CA | 90067-3086 |
| Stutzman, Bromberg, Esserman & Plifka, P | Attn: Cliff I. Taylor | 2323 Bryan Street | Suite 2200 | Dallas | TX | 75201-2689 |
| Troutman Sanders LLP | Attn: Harris Winsberg | 600 Peachtree Street NE | Suite 300 | Atlanta | GA | 30308-2219 |
| United States Department of Justice | Attn: Matthew J. Troy | Ben Franklin Station | P.O. Box 875 | Washington | DC | 20044-0875 |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin | 767 Fifth Avenue | | New York | NY | 10153-0119 |

**Exhibit B**

Form TRANSC

SRF 39474

**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |
|---|---|

# NOTICE OF FILING OF TRANSCRIPT
# AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on January 29, 2020 at 1:30 PM was filed on January 30, 2020. The following deadlines apply:

The parties have until Thursday, February 6, 2020 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Thursday, February 20, 2020.

If a request for redaction is filed, the redacted transcript is due Monday, March 2, 2020.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Wednesday, April 29, 2020, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 2/3/20                                    For the Court:

                                                 Edward J. Emmons
                                                 Clerk of Court
                                                 United States Bankruptcy Court