Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br>**PG&E CORPORATION** <br><br>- and - <br><br>**PACIFIC GAS AND ELECTRIC COMPANY,** <br><br>Debtors. <br><br>☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br>**STIPULATION AMONG THE DEBTORS, THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING SUBROGATION CLAIM IMPAIRMENT ISSUE** <br><br> Re: Docket No. 4540, 5312, 5423, 5484, 5592, 5601 <br><br> [No Hearing Requested] |

This stipulation and agreement for order ("Stipulation and Agreement for Order") is entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors

and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases") and the Ad Hoc Group of Subrogation Claimholders (the "Ad Hoc Group"), on the one hand, and the Official Committee of Unsecured Creditors (the "UCC"), on the other hand. The Debtors, the Ad Hoc Group, and the UCC are referred to in this Stipulation and Agreement for Order collectively as the "Parties," and each as a "Party." The Parties hereby stipulate and agree as follows:

**RECITALS**

A. On October 31, 2019, the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court") entered the *Court's Order Establishing Pre-Confirmation Briefing and Hearing Schedule for Certain Legal Issues* [Docket No. 4540] (the "Scheduling Order"),[1] which, among other things, scheduled the oral argument on the Subrogation Claim Impairment Issue for the hearing on January 14, 2020 at 10:00 a.m. (Prevailing Pacific Time) (the "Hearing").

B. On January 8, 2020, the Bankruptcy Court entered the *Order Approving Stipulation Amending Order Establishing Preconfirmation Briefing and Hearing Schedule for Certain Legal Issues* [Docket No. 5312], which, among other things, amended the Scheduling Order to provide: (i) the deadline for the Debtors and Ad Hoc Group to file a consolidated reply on the Subrogation Claim Impairment Issue (not to exceed 25 pages), would be January 22, 2020, at 4:00 p.m. (prevailing Pacific Time) (the "Reply Deadline"); and (ii) that the Hearing would be continued to January 29, 2020 at 10:00 a.m. (prevailing Pacific Time).

---

[1] Capitalized terms used but not otherwise herein defined have the meanings ascribed to such terms in the Scheduling Order.

C. On January 10, 2020, the UCC filed its *Response and Reservation of Rights of the Official Committee of Unsecured Creditors to Debtors' and Ad Hoc Subrogation Group's Joint Brief in Support of the Subrogation Wildfire Claims as Impaired Classes for All Purposes Under the Debtors' Joint Chapter 11 Plan of Reorganization* [Docket No. 5342] ("UCC Response").

D. On January 21, 2020, the Bankruptcy Court entered the *Order Granting Stipulation Among the Debtors, the Ad Hoc Group of Subrogation Claim Holders, and the Official Committee of Unsecured Creditors Extending Time to File Reply Brief on Subrogation Claim Impairment Issue* [Docket No. 5423], which extended the Reply Deadline to January 27, 2020, at 4:00 p.m. (prevailing Pacific Time).

E. On January 24, 2020, the Bankruptcy Court entered the *Order Granting Stipulation Among the Debtors, the Ad Hoc Group of Subrogation Claim Holders, and the Official Committee of Unsecured Creditors Extending Time to File Reply Brief and Continuing Hearing on Subrogation Claim Impairment Issue* [Docket No. 5484], which extended the Reply Deadline to February 4, 2020, at 4:00 p.m. (prevailing Pacific Time), and continued the Hearing to February 11, 2020 at 10:00 a.m. (prevailing Pacific Time).

F. On February 3, 2020, the Bankruptcy Court entered the *Order Granting Third Stipulation Among the Debtors, the Ad Hoc Group of Subrogation Claim Holders, and the Official Committee of Unsecured Creditors Extending Time to File Reply Brief and Continuing Hearing on Subrogation Claim Impairment Issue* [Docket No. 5601], which extended the Reply Deadline to February 7, 2020.

G. Counsel for the UCC has requested, and counsel for the Debtors and counsel for the Ad Hoc Group have agreed, that the UCC Response and Subrogation Claim

Impairment Issue be removed from the Court's calendar, without prejudice.[2]

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The UCC Response, Reply Deadline and Subrogation Claim Impairment Issue are removed from the Court's calendar, without prejudice.

---

[2] Removal of the Subrogation Claim Impairment Issue from the Court's calendar, without prejudice, shall apply to all parties in interest, including those that are not party to this Stipulation and Agreement for Order.

| | |
|---|---|
| Dated: February 5, 2020 | Dated: February 5, 2020 |
| **WEIL, GOTSHAL & MANGES LLP**<br>**KELLER & BENVENUTTI LLP** | **MILBANK LLP** |
| */s/ Jane Kim*<br>   Jane Kim | */s/ Thomas R. Kreller*<br>Thomas R. Kreller |
| *Attorneys for Debtors*<br>*and Debtors in Possession* | *Attorneys for Official Committee of Unsecured Creditors* |

Dated:  February 5, 2020

**WILLKIE FARR & GALLAGHER LLP**


  */s/ Daniel I. Forman*
   Daniel I. Forman

*Attorneys for the Ad Hoc Group of*
*Subrogation Claim Holders*