**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
| - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
| **Debtors.** | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Sonia Akter, do declare and state as follows:

1.     I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.     On January 31, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Fee Application Service List attached hereto as **Exhibit A**:

- Eleventh Monthly Fee Statement of Coblentz Patch Duffy & Bass LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of December 1, 2019 through December 31, 2019 [Docket No. 5573]

- First Combined Monthly Fee Statement of Prime Clerk LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Periods from February 1, 2019 through December 31, 2019 [Docket No. 5575]

- Monthly Fee Statement of Berman and Todderud for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of December 1, 2019 through December 31, 2019 [Docket No. 5578]

- Certificate of No Objection regarding Ninth Monthly Fee Statement of Weil, Gotshal and Manges LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of October 1, 2019 through October 31, 2019 [Docket No. 5579]

- Monthly Fee Statement of KPMG LLP for Compensation for Services Rendered and Reimbursement of Expenses as Information Technology, Risk, and Legal Support Consultants to the Debtors for the Period from September 1, 2019 through September 30, 2019 [Docket No. 5582]

3.     On January 31, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the on the Master Service List attached hereto as **Exhibit B**:

- Notice of Stipulated Continued Hearing on Motion to Abstain and for Relief from the Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion [Docket No. 5583] the (***"Notice of Stipulated Continued Hearing"***)
- Debtors' Reply in Support of Motion to Reject Vlazakis Contract and Grant Related Relief and Brief in Support of Rejectability [Docket No. 5588] the (***"Debtors' Reply in Support of Motion to Reject Vlazakis Contract"***)
- Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated January 31, 2020 [Docket No. 5590] the (***"Debtors' and Shareholders' Joint Plan"***)
- Notice of Filing of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated January 31, 2020 [Docket No. 5591] the (***"Notice of Filing Joint Plan"***)

4.     On January 31, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Debtors' Reply in Support of Motion to Reject Vlazakis Contract to be served via first class mail and email on Stone & Associates, a Professional Corporation, Attn: Ronald F. Berestka, Jr. Esq., 2125 Ygnacio Valley Road, Suite 101 Walnut Creek, CA 94598, rberestka@stonelawoffice.com.

5.     On January 31, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Notice of Stipulated Continued Hearing be served via first class mail and email on Law Offices of Leonard K. Welsh, Attn: Leonard K. Welsh, 4550 California Avenue, Second Floor, Bakersfield, CA, 93309; (lwelsh@lkwelshlaw.com).

6.     Additionally, on January 31, 2020, at my direction and under my supervision, employees of Prime Clerk caused a "CHAMBERS COPY" of the Notice of Stipulated Continued Hearing and Debtors' Reply in Support of Motion to Reject Vlazakis Contract, Debtors' and

2

| | |
|---|---|
| 1 | Shareholders' Joint Plan, and Notice of Filing Joint Plan to be delivered via first class mail to the |
| 2 | U.S. Bankruptcy Court Northern District of CA, Attn: Honorable Dennis Montali, 450 Golden Gate |
| 3 | Ave, 18th Floor San Francisco, CA 94102. |
| 4 | 7. I have reviewed the Notice of Electronic Filing for the above-listed document, and I |
| 5 | understand that parties listed in each NEF as having received notice through electronic mail were |
| 6 | electronically served with that document through the Court's Electronic Case Filing system. |
| 7 | 8. I declare under penalty of perjury under the laws of the United States of America, |
| 8 | that the foregoing is true and correct and that if called upon as a witness, I could and would |
| 9 | competently testify thereto. |
| 10 | |
| 11 | |
| 12 | Executed this 5th day of February 2020, in New York, NY. |
| 13 | |
| 14 | Sonia Akter |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

3

SRF 39499

# **Exhibit A**

Exhibit A
Fee Application Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|------|-------------|-----------|-----------|------|-------|-------------|-------|-------------------|
| Baker & Hostetler LLP | Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq. | 11601 Wilshire Boulevard, Suite 1400 | | Los Angeles | CA | 90025-0509 | | First Class Mail |
| DLA PIPER LLP | Attn: Joshua D. Morse | 555 Mission Street | Suite 2400 | San Francisco | CA | 94105-2933 | | First Class Mail |
| DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley | | | | | | david.riley@dlapiper.com | Email |
| Fee Examiner | Attn: Bruce A. Markell | | | | | | bamexampge@gmail.com | Email |
| Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | | | | | | tkeller@kellerbenvenutti.com; jkim@kellerbenvenutti.com | Email |
| Milbank LLP | Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq. | 55 Hudson Yards | | New York | NY | 10001-2163 | | First Class Mail |
| Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | | | | | | Paronzon@milbank.com; Gbray@milbank.com | Email |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | 450 Golden Gate Ave | Suite 05-0153 | San Francisco | CA | 94102 | James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov | First Class Mail and Email |
| Pacific Gas & Electric Company | Attn: Janet Loduca, Esq. | 77 Beale Street | | San Francisco | CA | 94105 | | First Class Mail |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren , Rachael Foust | | | | | | stephen.karotkin@weil.com; matthew.goren@weil.com; jessica.liou@weil.com; rachael.foust@weil.com | Email |

Case: 19-30088    Doc# 5643    Filed: 02/05/20    Entered: 02/05/20 15:55:55    Page 5 of 24

**Exhibit B**

Exhibit B

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to ADVENTIST HEALTHSYSTEM/WEST, a California non-profit religious corporation | ADVENTIST HEALTH SYSTEM/WEST | ATTN: ROBERT L. LAYTON<br>ONE Adventist Health Way<br>Roseville CA 95661 | laytonrl@ah.org | Email |
| Counsel for Aera Energy LLC, Midway Sunset Congeneration Company | Aera Energy LLC | Attn: Ron A. Symm<br>10000 Ming Avenue<br>Bakersfield CA 93311 | RASymm@aeraenergy.com | Email |
| Counsel to TRANSWESTERN PIPELINE COMPANY, LLC | AKERMAN LLP | Attn: JOHN E. MITCHELL and YELENA ARCHIYAN<br>2001 Ross Avenue, Suite 3600<br>Dallas TX 75201 | john.mitchell@akerman.com<br>yelena.archiyan@akerman.com | Email |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: David P. Simonds<br>1999 Avenue of the Stars<br>Suite 600<br>Los Angeles CA 90067 | dsimonds@akingump.com | First Class Mail and Email |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter<br>One Bryant Park<br>New York NY 10036 | mstamer@akingump.com<br>idizengoff@akingump.com<br>dbotter@akingump.com | Email |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Andrew I. Silfen, Beth M. Brownstein, Jordana L. Renert<br>1301 Avenue of the Americas<br>42nd Floor<br>New York NY 10019 | Beth.Brownstein@arentfox.com<br>Jordana.Renert@arentfox.com | Email |
| Counsel for Genesys Telecommunications Laboratories Inc. | Arent Fox LLP | Attn: Andy S. Kong and Christopher K.S. Wong<br>555 West Fifth Street<br>48th Floor<br>Los Angeles CA 90013-1065 | andy.kong@arentfox.com | Email |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Aram Ordubegian<br>555 West Fifth Street<br>48th Floor<br>Los Angeles CA 90013-1065 | Aram.Ordubegian@arentfox.com | Email |
| Counsel for AT&T | Arnold & Porter Kaye Scholer LLP | Attn: Brian Lohan, Esq., Steven Fruchter, Esq.<br>250 West 55th Street<br>New York NY 10019 | brian.lohan@arnoldporter.com<br>steven.fruchter@arnoldporter.com | Email |
| Counsel for AT&T | AT&T | Attn: James W. Grudus, Esq.<br>One AT&T Way, Room 3A115<br>Bedminster NJ 07921 | Jg5786@att.com | Email |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, DANETTE VALDEZ, and ANNADEL ALMENDRAS<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco CA 94102-7004 | Danette.Valdez@doj.ca.gov | Email |

Case: 19-30088    Doc# 5643    Filed: 02/05/20    Entered: 02/05/20 15:55:55    Page 7 of 24

Exhibit B
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER<br>1515 Clay Street, 20th Floor<br>P.O. Box 70550<br>Oakland CA 94612-0550 | James.Potter@doj.ca.gov | Email |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER<br>300 South Spring Street<br>Suite 1702<br>Los Angeles CA 90013 | James.Potter@doj.ca.gov | Email |
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs Claimants | BAILEY AND ROMERO LAW FIRM | Attn: MARTHA E. ROMERO<br>12518 Beverly Boulevard<br>Whittier CA 90601 | marthaeromerolaw@gmail.com | Email |
| Counsel for NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group LLC | Baker Botts L.L.P. | Attn: C. Luckey McDowell, Ian E. Roberts, Kevin Chiu<br>2001 Ross Avenue<br>Suite 1000<br>Dallas TX 75201 | Ian.Roberts@BakerBotts.com<br>Kevin.Chiu@BakerBotts.com | Email |
| Counsel for NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group LLC | Baker Botts L.L.P. | Attn: Navi S. Dhillon<br>101 California Street<br>Suite 3600<br>San Francisco CA 94111 | Navi.Dhillon@BakerBotts.com | Email |
| Counsel for Phillips and Jordan | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: John H. Rowland<br>211 Commerce Street<br>Suite 800<br>Nashville TN 37201 | jrowland@bakerdonelson.com | Email |
| URENCO Limited and Louisiana Energy Services, LLC | Ballard Spahr LLP | Attn: Matthew G. Summers<br>919 North Market Street<br>11th Floor<br>Wilmington DE 19801 | summersm@ballardspahr.com | Email |
| Counsel to Campos EPC, LLC | BALLARD SPAHR LLP | Attn: Theodore J. Hartl, Esq.<br>1225 17th Street<br>Suite 2300<br>Denver CO 80202 | hartlt@ballardspahr.com | Email |
| Counsel for Bank of America, N.A. | Bank of America | Attn: John McCusker<br>Mail Code: NY1-100-21-01<br>One Bryant Park<br>New York NY 10036 | John.mccusker@baml.com | Email |
| Counsel for Creditors<br>Public Entities Impacted by the Wildfires | Baron & Budd, P.C. | Attn: Scott Summy, John Fiske<br>3102 Oak Lawn Avenue #1100<br>Dallas TX 75219 | ssummy@baronbudd.com<br>jfiske@baronbudd.com | Email |

Case: 19-30088   Doc# 5643   Filed: 02/05/20   Entered: 02/05/20 15:55:55   Page 8 of 24

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Majesti Mai Bagorio, et al., creditors and plaintiffs in Bagorio, et al. v. PG&E Corporation, et al., case number CNC-19-554581 | BAUM HEDLUND ARISTEI & GOLDMAN, PC | Attn: Ronald L.M. Goldman, Diane Marger Moore 10940 Wilshire Boulevard, 17th Floor Los Angeles CA 90024 | rgoldman@baumhedlundlaw.com | Email |
| Counsel for Infosys Limited, Counsel for ACRT, Inc. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Kevin M. Capuzzi, Michael J. Barrie 222 Delaware Avenue Suite 801 Wilmington DE 19801 | kcapuzzi@beneschlaw.com mbarrie@beneschlaw.com | Email |
| Co-Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | BraunHagey & Borden LLP | Attn: J. Noah Hagey, Jeffrey M. Theodore, David H. Kwasniewski, Andrew Levine 351 California Street Tenth Floor San Francisco CA 94104 | theodore@braunhagey.com kwasniewski@braunhagey.com levine@braunhagey.com | Email |
| Counsel for MDR Inc. (dba Accu-Bore Directional Drilling), Veteran Power, Inc. | Brothers Smith LLP | Attn: Mark V. Isola 2033 N. Main Street Suite 720 Walnut Creek CA 94596 | misola@brotherssmithlaw.com | Email |
| California Public Utilities Commission | California Public Utilities Commission | Attn: Arocles Aguilar, Geoffrey Dryvynsyde, and Candace Morey 505 Van Ness Avenue San Francisco CA 94102 | arocles.aguilar@cpuc.ca.gov candace.morey@cpuc.ca.gov | Email |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A. INC. | Attn: Melanie Cruz, M. Armstrong 6001 Bollinger Canyon Road T2110 San Ramon CA 94583 | melaniecruz@chevron.com marmstrong@chevron.com | Email |
| Counsel to Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding Two International Place Boston MA 02110 | dgooding@choate.com | Email |
| Counsel to Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | Attn: Johnathan D. Marshall Two International Place Boston MA 02110 | jmarshall@choate.com | Email |
| Counsel to Solon | CKR Law, LLP | Attn: Kristine Takvoryan 1800 Century Park East, 14th Floor Los Angeles CA 90067 | otakvoryan@ckrlaw.com | Email |
| Counsel to Western Electricity Coordinating Council | COHNE KINGHORN, P.C. | Attn: George Hofmann 111 East Broadway, 11th Floor Salt Lake City UT 84111 | ghofmann@cohnekinghorn.com | Email |
| Counsel for Office of Unemployment Compensation Tax Services | Commonwealth of Pennsylvania | Department of Labor and Industry Collections Support Unit 651 Boas Street, Room 702 Harrisburg PA 17121 | ra-li-ucts-bankrupt@state.pa.us | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Fire Victim Creditors | COREY, LUZAICH, DE GHETALDI & RIDDLE LLP | Attn: Dario de Ghetaldi, Amanda L. Riddle, Steven M. Berki, Sumble Manzoor<br>700 El Camino Real<br>PO Box 669<br>Millbrae CA 94030-0669 | alr@coreylaw.com<br>smb@coreylaw.com<br>sm@coreylaw.com | Email |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Cotchett, Pitre & Mccarthy, LLP | Attn: Frank M. Pitre, Alison E. Cordova, Abigail D. Blodgett<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame CA 94010 | fpitre@cpmlegal.com<br>acordova@cpmlegal.com<br>ablodgett@cpmlegal.com | Email |
| Counsel for Valley Clean Energy Alliance | COUNTY OF YOLO | Attn: Eric May<br>625 Court Street<br>Room 201<br>Woodland CA 95695 | eric.may@yolocounty.org | Email |
| Counsel to Liberty Mutual Insurance Company | Cozen O'Connor | Attn: Fulton Smith, III<br>101 Montgomery Street<br>Suite 1400<br>San Francisco CA 94101 | fsmith@cozen.com | Email |
| Counsel to Renaissance Reinsurance LTD. | Crowell & Moring LLP | Attn: Mark D. Plevin, Brendan V. Mullan<br>Three Embarcadero Center, 26th Floor<br>San Francisco CA 94111 | bmullan@crowell.com | Email |
| Counsel for Fire Victim Creditors | DANKO MEREDITH | Attn: Michael S. Danko, Kristine K. Meredith, Shawn R. Miller<br>333 Twin Dolphin Drive<br>Suite 145<br>Redwood Shores CA 94065 | mdanko@dankolaw.com<br>kmeredith@dankolaw.com<br>smiller@dankolaw.com | Email |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich<br>450 Lexington Avenue<br>New York NY 10017 | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com | Email |
| Creditor and Counsel to Debra Grassgreen | Debra Grassgreen | Attn: Karl Knight<br>1339 Pearl Street<br>Suite 201<br>Napa CA 94558 | dgrassgreen@gmail.com | Email |
| Counsel for State Farm Mutual Automobile Insurance Company and its affiliates | Dechert LLP | Attn: Allan S. Brilliant, Shumel Vasser, Alaina R. Heine<br>1095 Avenue of the Americas<br>New York NY 10036 | allan.brilliant@dechert.com<br>shumel.vasser@dechert.com | Email |
| Counsel to Southwire Company LLC | Dentons US LLP | Attn: Bryan E. Bates, Esq.<br>303 Peachtree St., NE, Suite 5300<br>Atlanta GA 30308 | bryan.bates@dentons.com | Email |

Case: 19-30088    Doc# 5643    Filed: 02/05/20    Entered: 02/05/20 15:55:55    Page 10 of 24

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: Lauren Macksoud<br>1221 Avenue of the Americas<br>New York NY 10020-1089 | Lauren.macksoud@dentons.com | Email |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: Oscar N. Pinkas<br>1221 Avenue of the Americas<br>New York NY 10020-1089 | oscar.pinkas@dentons.com | Email |
| Counsel for Travelers Insurance | Dentons US LLP | Attn: Peter D. Wolfson<br>1221 Avenue of the Americas<br>New York NY 10020 | peter.wolfson@dentons.com | Email |
| Counsel for the Ad Hoc Committee of Unsecured Tort Claimant Creditors | DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles CA 90067-4704 | david.riley@dlapiper.com | Email |
| Counsel for East Bay Community Energy Authority | East Bay Community Energy Authority | Attn: Leah S. Goldberg<br>1111 Broadway<br>3rd Floor<br>Oakland CA 94607 | lgoldberg@ebce.org | Email |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | EDP Renewables North America LLC | Attn: Leslie A. Freiman, Randy Sawyer<br>808 Travis<br>Suite 700<br>Houston TX 77002 | Leslie.Freiman@edpr.com<br>Randy.Sawyer@edpr.com | Email |
| Information Agent for the Official Committee of Unsecured Creditors, and the Official Committee of Tort Claimants | Epiq Corporate Restructuring, LLC | Attn: PG&E UCC and PG&E TCC<br>777 Third Avenue, 12th Floor<br>New York NY 10017 | sgarabato@epiqglobal.com | Email |
| Federal Energy Regulatory Commission | Federal Energy Regulatory Commission | Attn: General Counsel<br>888 First St NE<br>Washington DC 20426 | | First Class Mail |
| Counsel to California State Agencies | FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | Attn: STEVEN H. FELDERSTEIN and PAUL J. PASCUZZI<br>500 Capitol Mall, Suite 2250<br>Sacramento CA 95814 | sfelderstein@ffwplaw.com | Email |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | FREDERIC DORWART, LAWYERS PLLC | Attn: Samuel S. Ory<br>124 East Fourth Street<br>Tulsa OK 74103-5010 | sory@fdlaw.com | Email |
| Counsel for Itron, Inc. | GELLERT SCALI BUSENKELL & BROWN, LLC | Attn: Michael Busenkell<br>1201 N. Orange St.<br>Suite 300<br>Wilmington DE 19801 | mbusenkell@gsbblaw.com | Email |
| Counsel for Fire Victim Creditors | GIBBS LAW GROUP | Attn: Eric Gibbs, Dylan Hughes<br>505 14th Street, Suite 1110<br>Oakland CA 94612 | ehg@classlawgroup.com<br>dsh@classlawgroup.com | Email |
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal, Alan Moskowitz<br>200 Park Avenue<br>New York NY 10166-0193 | Mrosenthal@gibsondunn.com<br>Amoskowitz@gibsondunn.com | Email |

In re:  PG&E Corporation, et al.
Case No. 19-30088 (DM)

Page 5 of 18

Case: 19-30088    Doc# 5643    Filed: 02/05/20    Entered: 02/05/20 15:55:55    Page 11 of 24

Exhibit B
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Ad Hoc Committee of Holders of Trade Claims | GIBSON, DUNN & CRUTCHER LLP | Attn: Michael S. Neumeister and Michelle Choi<br>333 South Grand Avenue<br>Los Angeles CA 90071-3197 | mchoi@gibsondunn.com | Email |
| Counsel for Cardno, Inc. | Greenberg Traurig, LLP | Attn: Diane Vuocolo<br>1717 Arch Street<br>Suite 400<br>Philadelphia PA 19103 | vuocolod@gtlaw.com | Email |
| Counsel for Nationwide Entities | Grotefeld Hoffmann | Attn: Mark S. Grotefeld, Maura Walsh Ochoa, Waylon J. Pickett<br>700 Larkspur Landing Circle, Suite 280<br>Larkspur CA 94939 | mgrotefeld@ghlaw-llp.com<br>mochoa@ghlaw-llp.com<br>wpickett@ghlaw-llp.com | Email |
| Counsel to Creditors KAREN ROBERDS and ANITA FREEMAN | HALLISEY AND JOHNSON PC | Attn: Jeremiah F. Hallisay, Esq.<br>465 California St., Ste. 405<br>San Francisco CA 94104 | jfhallisey@gmail.com | Email |
| Attorneys for HercRentals | HercRentals | Attn: Sharon Petrosino, Esq.<br>27500 Riverview Center Blvd.<br>Bonita Springs FL 34134 | Sharon.petrosino@hercrentals.com | Email |
| COUNSEL FOR PARTIES-IN-INTEREST ESVOLTA, LP AND HUMMINGBIRD ENERGY STORAGE, LLC | HOGAN LOVELLS US LLP | Attn Erin N Brady<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles CA 90067 | erin.brady@hoganlovells.com | Email |
| Counsel for McKinsey & Company, Inc. U.S. | HOGAN LOVELLS US LLP | Attn: Bennett L. Spiegel<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles CA 90067 | bennett.spiegel@hoganlovells.com | Email |
| Counsel for McKinsey & Company, Inc. U.S. | HOGAN LOVELLS US LLP | Attn: Peter A. Ivanick, Alex M. Sher<br>875 Third Avenue<br>New York NY 10022 | alex.sher@hoganlovells.com<br>peter.ivanick@hoganlovells.com | Email |
| Counsel for Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company as Indenture Trustees for certain bondholders | Holland & Knight LLP | Attn: Robert J. Labate, David I. Holtzman<br>50 California Street<br>Suite 2800<br>San Francisco CA 94111 | robert.labate@hklaw.com | Email |
| Counsel to Hyundai Corporation USA | Hughes Hubbard & Reed LLP | Attn: Kathryn A. Coleman<br>One Battery Park Plaza<br>New York NY 10004 | katie.coleman@hugheshubbard.com | Email |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. | HUNTON ANDREWS KURTH LLP | Attn: Kevin M. Eckhardt<br>50 California Street<br>Suite 1700<br>San Francisco CA 94111 | keckhardt@huntonak.com | First Class Mail |

Case: 19-30088    Doc# 5643    Filed: 02/05/20    Entered: 02/05/20 15:55:55    Page 12 of 24

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. | HUNTON ANDREWS KURTH LLP | Attn: Peter S. Partee, Sr. 200 Park Avenue 53rd Floor New York NY 10166 | ppartee@huntonak.com | Email |
| Counsel to International Business Machines Corp | IBM Corporation | Attn: Marie-Jose Dube 275 Viger East Montreal QC H2X 3R7 Canada | mjdube@ca.ibm.com | First Class Mail and Email |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation 2970 Market St Philadelphia PA 19104-5016 | | First Class Mail |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | Attn: Craig Varnen, Andrew J. Strabone 1800 Avenue of the Stars Suite 900 Los Angeles CA 90067-4276 | cvarnen@irell.com astrabone@irell.com | Email |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | Attn: Michael H. Strub, Jr. 840 Newport Center Drive Suite 400 Newport Beach CA 92660-6324 | mstrub@irell.com | Email |
| Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan One Federal Street Boston MA 02110 | Bankruptcy2@ironmountain.com | Email |
| Interested Party CH2M HILL Engineers, Inc. | Jacobs Engineering | Attn: Robert Albery Associate General Counsel 9191 South Jamaica Street Englewood CO 80112 | robert.albery@jacobs.com | Email |
| Counsel for Nationwide Entities | Jang & Associates, LLP | Attn: Alan J. Jang, Sally Noma 1766 Lacassie Ave., Suite 200 Walnut Creek CA 94596 | ajang@janglit.com snoma@janglit.com | Email |
| Counsel to Sodexo, Inc. | JD Thompson Law | Attn: Judy D. Thompson, Esq. P.O. Box 33127 Charlotte NC 28233 | jdt@jdthompsonlaw.com | Email |
| Interested Party John A. Vos A | John A. Vos | 1430 Lincoln Avenue San Rafael CA 94901 | | First Class Mail |
| Counsel for A&J Electric Cable Corporation | JORDAN, HOLZER & ORTIZ, PC | Attn: Antonio Ortiz, Shelby A Jordan 500 N. Shoreline Suite 900 Corpus Christi TX 78401 | aortiz@jhwclaw.com sjordan@jhwclaw.com ecf@jhwclaw.com | Email |
| Counsel for Kompogas SLO LLC and Tata Consultancy Services | Kelley Drye & Warren LLP | Attn: Benjamin D. Feder 101 Park Avenue New York NY 10178 | bfeder@kelleydrye.com | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast, Inc. and Affiliates | KILPATRICK TOWNSEND & STOCKTON LLP | Attn: Benjamin M. Kleinman, Esq. Two Embarcadero Center, Suite 1900 San Francisco CA 94111 | bkleinman@kilpatricktownsend.com | Email |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Attn: Mark A. Minich Two North Nevada Colorado Springs CO 80903 | Mark_Minich@kindermorgan.com | Email |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Attn: Mosby Perrow 1001 Louisiana Suite 1000 Houston TX 77002 | mosby_perrow@kindermorgan.com | Email |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: Aparna Yenamandra 601 Lexington Avenue New York NY 10022 | aparna.yenamandra@kirkland.com | Email |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. 300 North LaSalle Chicago IL 60654 | david.seligman@kirkland.com | Email |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: Marc Kieselstein, P.C. 300 North LaSalle Chicago IL 60654 | marc.kieselstein@kirkland.com | Email |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser 555 California Street San Francisco CA 94104 | mark.mckane@kirkland.com | Email |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: Stephen E. Hessler, P.C. 601 Lexington Avenue New York NY 10022 | stephen.hessler@kirkland.com | Email |
| Counsel for NextEra Energy Inc. et al. | Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder 1999 Avenue of the Stars Thirty-Ninth Floor Los Angeles CA 90067 | kklee@ktbslaw.com | Email |
| Counsel for PG&E Holdco Group | KRAMER LEVIN NAFTALIS & FRANKEL LLP | Attn: Amy Caton and Megan Wasson 1177 Avenue of the Americas New York NY 10036 | acaton@kramerlevin.com mwasson@kramerlevin.com | Email |
| Counsel to Public Employees Retirement Association of New Mexico | LABATON SUCHAROW LLP | Attn: Thomas A. Dubbs, Louis Gottlieb, Carol C. Villegas & Jeffrey A. Dubbin 140 Broadway New York NY 10005 | tdubbs@labaton.com cvillegas@labaton.com jdubbin@labaton.com | Email |
| Counsel to County of San Luis Obispo | LAMB & KAWAKAMI LLP | Attn: Kevin J. Lamb, Michael K. Slattery, Thomas G. Kelch 333 South Grand Avenue Suite 4200 Los Angeles CA 90071 | klamb@lkfirm.com tkelch@lkfirm.com | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Sonoma County Treasurer & Tax Collector, Counsel for the County of Placer | Lamb and Kawakami LLP | Attn: Barry S. Glaser<br>333 South Grand Avenue<br>42nd Floor<br>Los Angeles CA 90071 | bglaser@lkfirm.com | Email |
| Counsel to Dynegy Marketing and Trade, LLC | Latham & Watkins LLP | Attn: Caroline A. Reckler, Andrew M. Parlen<br>885 Third Avenue<br>New York NY 10022-4834 | andrew.parlen@lw.com | Email |
| Counsel for Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC | Latham & Watkins LLP | Attn: Christopher Harris, Andrew M. Parlen<br>885 Third Avenue<br>New York NY 10022 | christopher.harris@lw.com<br>andrew.parlen@lw.com | Email |
| Counsel for Ruby Pipeline, L.L.C. | LAW OFFICE OF PATRICIA WILLIAMS PREWITT | Attn: Patricia Williams Prewitt<br>10953 Vista Lake Ct.<br>Navasota TX 77868 | pwp@pattiprewittlaw.com | Email |
| Counsel to Creditors GER HOSPITALITY, LLC and RICHARD W. CARPENETI | LAW OFFICES OF FRANCIS O. SCARPULLA | Attn: Francis O. Scarpulla and Patrick B. Clayton<br>456 Montgomery Street, 17th Floor<br>San Francisco CA 94104 | pbc@scarpullalaw.com | Email |
| Counsel for W. Bradley Electric, Inc. | Law Offices of James Shepherd | Attn: James A. Shepherd<br>3000 Citrus Circle<br>Suite 204<br>Walnut Creek CA 94598 | jim@jsheplaw.com | Email |
| Counsel to Ruckman-Leal Creditors, Counsel to Michael Marroquin | Law Offices of Leonard K. Welsh | Attn: Leonard K. Welsh, Esq.<br>4550 California Avenue, Second Floor<br>Bakersfield CA 93309 | lwelsh@lkwelshlaw.com | Email |
| Creditor and Counsel to Debra Grassgreen | Law Offices of Thomas J. Brandi | Attn: Thomas J. Brandi<br>345 Pine Street<br>3rd Floor<br>San Francisco CA 94104 | tjb@brandilaw.com | Email |
| Counsel to Kepco California LLC, RE Astoria LLC | Lewis Brisbois Bisgaard & Smith LLP | Attn: Lovee D. Sarenas, Scott Lee, Amy L. Goldman, Jasmin Yang<br>633 West 5th Street, Suite 4000<br>Los Angeles CA 90071 | Amy.Goldman@lewisbrisbois.com<br>Jasmin.Yang@lewisbrisbois.com | Email |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: W. Steven Bryant<br>600 Congress Street<br>Suite 2200<br>Austin TX 78701 | sbryant@lockelord.com | Email |
| Counsel for California Power Exchange Corporation | LOEB & LOEB LLP | Attn: Marc S. Cohen, Alicia Clough<br>10100 Santa Monica Blvd<br>Suite 2200<br>Los Angeles CA 90067 | mscohen@loeb.com | Email |
| Counsel to Public Employees Retirement Association of New Mexico | LOWENSTEIN SANDLER LLP | Attn: Michael S. Etkin, Andrew Behlmann & Gabriel L. Olivera<br>One Lowenstein Drive<br>Roseland NJ 070068 | golivera@lowenstein.com | Email |

Case: 19-30088    Doc# 5643    Filed: 02/05/20    Entered: 02/05/20 15:55:55    Page 15 of 24

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Interested Party | Macdonald \| Fernandez LLP | Attn: Iain A. Macdonald<br>221 Sansome Street<br>Third Floor<br>San Francisco CA 94104-2323 | imac@macfern.com | Email |
| Counsel to Aegion Corporation and its subsidiary entities: Corrpro Companies, Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc. | MARGULIES FAITH, LLP | ATTN: CRAIG G. MARGULIES<br>16030 VENTURA BOULEVARD<br>SUTIE 470<br>ENCINO CA 91436 | Craig@MarguliesFaithLaw.com | Email |
| Counsel to SLF Fire Victim Claimants | MARSHACK HAYS LLP | Attn: RICHARD A. MARSHACK, DAVID A. WOOD, LAILA MASUD<br>870 Roosevelt<br>Irvine CA 92620 | dwood@marshackhays.com | Email |
| Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee | MARY ALEXANDER & ASSOCIATES, P.C. | Attn: Mary E. Alexander<br>44 Montgomery Street, Suite 1303<br>San Francisco CA 94104 | malexander@maryalexanderlaw.com | Email |
| Counsel to BNP Paribas | MAYER BROWN LLP | Attn: Brian Trust, Joaquin C de Baca<br>1221 Avenue of the Americas<br>New York NY 10020 | btrust@mayerbrown.com<br>jcdebaca@mayerbrown.com | Email |
| Counsel to A.J. Excavation Inc. | McCormick Barstow LLP | Attn: David L. Emerzian, H. Annie Duong<br>Counsel for A.J. Excavation Inc.<br>7647 North Fresno Street<br>Fresno CA 93720 | demerzian@mccormickbarstow.com | Email |
| Counsel to Davey Tree Expert Company, Davey Tree Surgery Company, and Davey Resource Group, Inc. | MCDERMOTT WILL & EMERY LLP | Attn: Jeffrey M. Reisner and Kerri A. Lyman<br>2049 Century Park East, Suite 3200<br>Los Angeles CA 90067-3206 | jreisner@mwe.com<br>klyman@mwe.com | Email |
| Counsel to Winners Industry Co., Ltd. | McKoool Smith, P.C. | Attn: James H. Smith<br>One Bryant Park, 47th Floor<br>New York NY 10036 | jsmith@mckoolsmith.com | Email |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller<br>2029 Century Park East, 33rd Floor<br>Los Angeles CA 90067 | Paronzon@milbank.com<br>Gbray@milbank.com | Email |
| Counsel for Marin Clean Energy | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Abigail V. O'Brient, Andrew B. Levin<br>2029 Century Park East<br>Suite 3100<br>Los Angeles CA 90067 | avobrient@mintz.com<br>ablevin@mintz.com | Email |
| Counsel for Exponent, Inc. | Newmeyer & Dillion LLP | Attn: James J. Ficenec, Joshua B. Bevitz<br>1333 N. California Blvd<br>Suite 600<br>Walnut Creek CA 94596 | Joshua.Bevitz@ndlf.com | Email |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | NIXON PEABODY LLP | Attn: MAXIMILIAN A. FERULLO<br>55 West 46th Street<br>New York NY 10036 | mferullo@nixonpeabody.com | Email |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)
Page 10 of 18

Case: 19-30088   Doc# 5643   Filed: 02/05/20   Entered: 02/05/20 15:55:55   Page 16 of 24

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | NIXON PEABODY LLP | Attn: RICHARD C. PEDONE<br>Exchange Place<br>53 State Street<br>Boston MA 02109 | rpedone@nixonpeabody.com | Email |
| Counsel for Michael Vairo, Marie Dierssen, Catherine McClure, Tonia Hanson, Deirdre Coderre, Denise Stooksberry, John Stooksberry, Bryan Sullivan, Sara Hill, Isaiah Vera, Michael Williams, Joel Batts, Annaleisa Batts, Claudia Bijstra, Andries Bijstra, Roger Martinez, Candice Seals, Gretchen Franklin, Christopher Franklin, Paul Bowen, Kelly Jones, Tami Coleman, Cecil Morris, Linda Schooling, Jennifer Makin, Barbara Cruise, Benjamin Hernandez, Irma Enriquez, Constantina Howard, Leroy Howard, Edward Delongfield, Brenda Howell, Lynda Howell, Angela Coker, Sally Thorp, Paradise Moose Lodge, Nancy Seals | Northern California Law Group, PC | Attn: Joseph Feist<br>2611 Esplanade<br>Chico CA 95973 | joe@norcallawgroup.net | Email |
| Counsel to ADVENTIST HEALTHSYSTEM/WEST, a California non-profit religious corporation | NORTON ROSE FULBRIGHT US LLP | ATTN: DAVID A. ROSENZWEIG<br>1301 Avenue of the Americas, Floor 2945<br>New York NY 10019-6022 | david.rosenzweig@nortonrosefulbright.com | Email |
| Counsel for NextEra Energy Inc., NextEra Energy Partners, L.P. | NORTON ROSE FULBRIGHT US LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera<br>1301 Avenue of the Americas<br>New York NY 10019-6022 | howard.seife@nortonrosefulbright.com<br>andrew.rosenblatt@nortonrosefulbright.com<br>christy.rivera@nortonrosefulbright.com | Email |
| Counsel to Department of Finance for the State of California and Governor Gavin Newsom | O'MELVENY & MYERS LLP | Attn: John J. Rapisardi, Nancy A. Mitchell and Daniel S. Shamah<br>7 Times Square<br>New York NY 10036 | jrapisardi@omm.com<br>dshamah@omm.com | Email |
| Office of the California Attorney General | Office of the California Attorney General | Attn: Bankruptcy Dept<br>P.O. Box 944255<br>Sacramento CA 94244-2550 | bankruptcy@coag.gov | Email |
| Office of the United States Attorney for the Northern District of California | Office of the United States Attorney for the Northern District of California | Attn: Bankruptcy Unit<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco CA 94102 | | First Class Mail |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta<br>450 Golden Gate Ave<br>Suite 05-0153<br>San Francisco CA 94102 | James.L.Snyder@usdoj.gov | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Debra Felder<br>1152 15th Street, NW<br>Washington DC 20005 | dfelder@orrick.com | Email |
| Counsel to Centerbridge Partners, L.P. | ORRICK, HERRINGTON & SUTCLIFFE LLP | Attn: Douglas S. Mintz<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington DC 20005-1706 | dmintz@orrick.com | Email |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Lorraine McGowen<br>51 West 52nd Street<br>New York NY 10019 | lmcgowen@orrick.com | Email |
| Counsel for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities | Pachulski Stang Ziehl & Jones LLP | Attn: Isaac M. Pachulski, Debra I. Grassgreen, Gabriel I. Glazer, John W. Lucas<br>150 California Street<br>15th Floor<br>San Francisco CA 94111 | ipachulski@pszjlaw.com | Email |
| Counsel to Southwire Company, LLC | Parker, Hudson, Rainer & Dobbs, LLP | Attn: Bryan E. Bates, Esq.<br>303 Peachtree Street, Suite 3600<br>Atlanta GA 30308 | bbates@phrd.com | Email |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly<br>1285 Avenue of the Americas<br>New York NY 10019-6064 | bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com | Email |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Leo T. Crowley<br>1540 Broadway<br>New York NY 10036 | leo.crowley@pillsburylaw.com | Email |
| Interested Party Placer County Office of the Treasurer-Tax Collector | Placer County Office of the Treasurer-Tax Collector | Attn: Robert Kanngiesser<br>2976 Richardson Drive<br>Auburn CA 95603 | | First Class Mail |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Martin J. Bienenstock, Brian S. Rosen, Maja Zerjal<br>Eleven Times Square<br>New York NY 10036-8299 | mbienenstock@proskauer.com<br>brosen@proskauer.com<br>mzerjal@proskauer.com | Email |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Michael A. Firestein, Lary Alan Rappaport, Steve Y. Ma<br>2029 Century Park East<br>Suite 2400<br>Los Angeles CA 90067-3010 | mfirestein@proskauer.com<br>sma@proskauer.com | Email |
| Counsel to Canyon Capital Advisors LLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP | Attn: Bennett Murphy<br>865 South Figueroa Street<br>10th Floor<br>Los Angeles CA 90017-2543 | bennettmurphy@quinnemanuel.com | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Creditors Nevada Irrigation District, Counsel for Attorneys for Creditors Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Monique B. Howery<br>10 S. Wacker Drive<br>40th Floor<br>Chicago IL 60606 | mhowery@reedsmith.com | Email |
| Counsel for Bank of New York Mellon | Reed Smith LLP | Attn: Robert P. Simons<br>225 Fifth Avenue<br>Suite 1200<br>Pittsburgh PA 15222 | rsimons@reedsmith.com | Email |
| Counsel for Matthew E. Gerspacher and Abigail N. Gerspacher (Davis) | Reimer Law, PC | Attn: Nicole B. Reimer<br>313 Walnut Street<br>Ste 120<br>Chico CA 95973 | nbreimer.esq@gmail.com | Email |
| Counsel to Richards Law Firm Claimants | Richards Law Firm | Attn: John T. Richards, Evan Willis<br>101 W. Broadway<br>Suite 1950<br>San Diego CA 92101 | john@jtrlaw1.com<br>evan@jtrlaw1.com | Email |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson<br>650 California Street<br>Site 450<br>Santa Monica CA 90401 | robins@robinscloud.com<br>rbryson@robinscloud.com | Email |
| Counsel to Ruckman-Leal Creditors, Counsel to Michael Marroquin | Rodriguez & Associates | Attn: Joseph Whittington, Esq. and Daniel Turek, Esq.<br>2020 Eye Street<br>Bakersfield CA 93301 | | First Class Mail |
| Counsel to CREATIVE CEILINGS, INC. | ROPERS, MAJESKI, KOHN & BENTLEY | Attn: STEVEN G. POLARD<br>445 South Figueroa Street, Suite 3000<br>Los Angeles CA 90071 | steven.polard@rmkb.com | Email |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | ROPES & GRAY LLP | Attn: Gregg M. Galardi, Keith H. Wofford, Daniel G. Egan<br>1211 Avenue of the Americas<br>New York NY 10036-8704 | keith.wofford@ropesgray.com<br>daniel.egan@ropesgray.com | Email |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Matthew M. Roose, Mark I. Bane<br>1211 Avenue of the Americas<br>New York NY 10036-8704 | mark.bane@ropesgray.com<br>matthew.roose@ropesgray.com | Email |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Peter L. Welsh, Joshua Y. Sturm, & Patricia I. Chen<br>Prudential Tower<br>800 Boylston Street<br>Boston MA 02199-3600 | peter.welsh@ropesgray.com<br>joshua.sturm@ropesgray.com<br>patricia.chen@ropesgray.com | Email |

Case: 19-30088    Doc# 5643    Filed: 02/05/20    Entered: 02/05/20 15:55:55    Page 19 of 24

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | ROPES & GRAY LLP | Attn: Stephen Moeller-Sally, Matthew L. McGinnis Prudential Tower, 800 Boylston Street Boston MA 02199-3600 | ssally@ropesgray.com matthew.mcginnis@ropesgray.com | Email |
| Counsel for Creditor ARB, INC. | RUTAN & TUCKER, LLP | Attn: Roger F. Friedman, Philip J. Blanchard 611 Anton Boulevard Suite 1400 Costa Mesa CA 92626-1931 | pblanchard@rutan.com | Email |
| Counsel for for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | San Francisco City Attorney's Office | Attn: Owen Clements 1390 Market Street 7th Floor San Francisco CA 94102 | Owen.Clements@sfcityatty.org Catheryn.Daly@sfcityatty.org | Email |
| Counsel for International Business Machines Corp. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq. 230 Park Avenue New York NY 10169 | cbelmonte@ssbb.com pbosswick@ssbb.com | Email |
| COUNSEL TO MARIE VALENZA, BRANDEE GOODRICH, KRISTAL DAVIS-BOLIN, ASHLEY DUITSMAN, BARBARA MORRIS, MARY HAINES | SAVAGE, LAMB & LUNDE, PC | ATTN: E. RYAN LAMB 1550 Humboldt Road, Suite 4 CHICO CA 95928 | erlamblaw@gmail.com | Email |
| Counsel for Turner Construction Company Case | Seyfarth Shaw LLP | Attn: M. Ryan Pinkston, Christopher J. Harney 560 Mission Street Suite 3100 San Francisco CA 94105 | charney@seyfarth.com | Email |
| Counsel to Agua Caliente Solar, LLC, Clearway Energy Group LLC, Clearway Energy, Inc., MC Shiloh IV Holdings LLC, NRG Energy, Inc., Solar Partners II LLC, Solar Partners VIII LLC, and TerraForm Power, Inc. | Shearman & Sterling LLP | Attn: Daniel Laguardia 535 Mission Street 25th Floor San Francisco CA 94105 | daniel.laguardia@shearman.com | Email |
| Counsel for East Bay Community Energy Authority | Shemanolaw | Attn: David B. Shemano 1801 Century Park East Suite 1600 Los Angeles CA 90067 | dshemano@shemanolaw.com | Email |
| Counsel for PG&E Holdco Group | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | Attn: ORI KATZ, MICHAEL M. LAUTER, and SHADI FARZAN Four Embarcadero Center, 17th Floor San Francisco CA 94111-4109 | sfarzan@sheppardmullin.com | Email |
| Attorneys for Cushman & Wakefield, Inc. | Shulman Hodges & Bastian LLP | Attn: Leonard M. Shulman, Melissa Davis Lowe 100 Spectrum Center Drive Suite 600 Irvine CA 92618 | mlowe@shbllp.com | Email |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel to the Board of PG&E Corporation and Pacific Gas and Electric Company and Certain Current and Former Independent Directors | SIMPSON THACHER & BARTLETT LLP | Attn: Michael H. Torkin, Nicholas Goldin, Kathrine A. McLendon, Jamie J. Fell<br>425 Lexington Avenue<br>New York NY 10017 | michael.torkin@stblaw.com<br>ngoldin@stblaw.com<br>kmclendon@stblaw.com<br>jamie.fell@stblaw.com | Email |
| Counsel to the Ad Hoc Committee of Unsecured Tort Claimant Creditors and the Singleton Law Firm Fire Victim Claimants | SINGLETON LAW FIRM, APC | Attn: Gerald Singleton & John C. Lemon<br>450 A Street, 5th Floor<br>San Diego CA 92101 | john@slffirm.com | Email |
| Counsel to Righetti Ranch, LP and Righetti NC, LLC | Solomon Ward Seidenwurm & Smith, LLP | Attn: Michael D. Breslauer<br>401 B Street, Suite 1200<br>San Diego CA 92101 | mbreslauer@swsslaw.com | Email |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Sonoma Clean Power Authority | Attn: Jessica Mullan, General Counsel<br>50 Santa Rosa Avenue<br>Fifth Floor<br>Santa Rosa CA 95494 | jmullan@sonomacleanpower.org | Email |
| Counsel for Southern California Edison Company | Southern California Edison Company | Attn: Julia A. Mosel, Patricia A. Cirucci<br>2244 Walnut Grove Avenue<br>3rd Floor<br>Rosemead CA 91770 | Julia.Mosel@sce.com<br>patricia.cirucci@sce.com | Email |
| Individual 2015 Butte Fire Victim Creditor | Steve Christopher | PO Box 281<br>Altaville CA 95221 | sc2104271@gmail.com | Email |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | Attn: Constantine D. Pourakis<br>485 Madison Avenue<br>20th Floor<br>New York NY 10022 | cp@stevenslee.com | Email |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | Attn: Leonard P. Goldberger<br>620 Freedom Business Center<br>Suite 200<br>King of Prussia PA 19406 | lpg@stevenslee.com | Email |
| Counsel for Liberty Mutual Life Insurance Company | Stewart Sokol & Larkin LLC | Attn: Jan D. Sokol, Esq., Kevin M. Coles, Esq.<br>2300 SW First Avenue, Suite 200<br>Portland OR 97201 | kcoles@lawssl.com | Email |
| Counsel for Tanforan Industrial Park, LLC | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Jeffrey H. Lowenthal<br>235 Pine Street<br>15th Floor<br>San Francisco CA 94104 | jlowenthal@steyerlaw.com | Email |
| Counsel to South San Joaquin Irrigation District | STRADLING YOCCA CARLSON & RAUTH, P.C. | ATTN: PAUL R GLASSMAN<br>100 Wilshire Boulevard, 4th Floor<br>Santa Monica CA 90401 | pglassman@sycr.com | Email |
| Counsel for Mizuho Bank, Ltd. | STROOCK & STROOCK & LAVAN LLP | Attn: David W. Moon<br>2029 Century Park East<br>Los Angeles CA 90067-3086 | dmoon@stroock.com | Email |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola<br>2029 Century Park East<br>Los Angeles CA 90067-3086 | fmerola@stroock.com | Email |

Case: 19-30088    Doc# 5643    Filed: 02/05/20    Entered: 02/05/20 15:55:55    Page 21 of 24

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo<br>180 Maiden Lane<br>New York NY 10038-4982 | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com | Email |
| Counsel for Mizuho Bank, Ltd. | STROOCK & STROOCK & LAVAN LLP | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen<br>180 Maiden Lane<br>New York NY 10038-4982 | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>holsen@stroock.com<br>mspeiser@stroock.com<br>kpasquale@stroock.com<br>smillman@stroock.com | Email |
| Counsel for Creditors Public Entities Impacted by the Wildfires | Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L. Esserman, Cliff I. Taylor<br>2323 Bryan Street<br>Suite 2200<br>Dallas TX 5201-2689 | esserman@sbep-law.com<br>taylor@sbep-law.com | Email |
| Counsel for BrightView Enterprise Solutions, LLC, Counsel for Granite Construction Incorporated, BrightView Landscape Services, Inc. | Taylor English Duma LLP | Attn: John W. Mills, III<br>1600 Parkwood Circle<br>Suite 200<br>Atlanta GA 30339 | jmills@taylorenglish.com | Email |
| Counsel for The Davey Tree Expert Company | The Davey Tree Expert Company | Attn: Erika J. Schoenberger, General Counel<br>1500 N. Mantua Street<br>Kent OH 44240 | Erika.Schoenberger@davey.com | Email |
| Counsel to International Church of the Foursquare Gospel | The Law Office of Joseph West | Attn: Joseph West Esq.<br>575 E. Locust Ave., Suite 120<br>Fresno CA 93720 | josephwest@westlawfirmofcalifornia.com | Email |
| Counsel to Compass Lexecon, LLC | TOGUT, SEGAL & SEGAL LLP | Attn: Albert Togut, Kyle J. Ortiz, Amy M. Oden, Amanda C. Glaubach<br>One Penn Plaza<br>Suite 3335<br>New York NY 10119 | altogut@teamtogut.com<br>kortiz@teamtogut.com<br>aoden@teamtogut.com<br>aglaubach@teamtogut.com | Email |
| Counsel for Consolidated Edison Development Inc. | TROUTMAN SANDERS LLP | Attn: Gabriel Ozel<br>11682 El Camino Real, Suite 400<br>San Diego CA 92130-2092 | gabriel.ozel@troutman.com | Email |
| Counsel for Southern Power Company | TROUTMAN SANDERS LLP | Attn: Harris B. Winsberg, Esq., Matthew G. Roberts, Esq.<br>600 Peachtree St. NE<br>Suite 3000<br>Atlanta GA 30308 | harris.winsberg@troutman.com<br>matthew.roberts2@troutman.com | Email |
| Counsel to Southern Power Company, Consolidated Edison Development, Inc. | TROUTMAN SANDERS LLP | Attn: Marcus T. Hall, Katherine L. Malone<br>3 Embarcadero Center<br>Suite 800<br>San Francisco CA 94111 | marcus.hall@troutman.com<br>katherine.malone@troutman.com | Email |

Case: 19-30088    Doc# 5643    Filed: 02/05/20    Entered: 02/05/20 15:55:55    Page 22 of 24

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>U.S. NRC Region IV<br>1600 E. Lamar Blvd.<br>Arlington TX 76011 | | First Class Mail |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>Washington DC 20555-0001 | | First Class Mail |
| Interested Party | Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe<br>1400 Douglas Street<br>STOP 1580<br>Omaha NE 68179 | bankruptcynotices@up.com | Email |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Jina Choi, Regional Director<br>San Francisco Regional Office<br>44 Montgomery Street, Suite 2800<br>San Francisco CA 94104 | sanfrancisco@sec.gov | Email |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Office of General Counsel<br>100 F St. NE MS 6041B<br>Washington DC 20549 | secbankruptcy@sec.gov | Email |
| Counsel to Public Employees Retirement Association of New Mexico | WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP | Attn: James M. Wagstaffe & Frank Busch<br>100 Pine Street<br>Suite 725<br>San Francisco CA 94111 | wagstaffe@wvbrlaw.com<br>busch@wvbrlaw.com | Email |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver<br>650 California Street<br>26th Floor<br>San Francisco CA 94108 | mkelly@walkuplawoffice.com<br>kbaghdadi@walkuplawoffice.com<br>mschuver@walkuplawoffice.com | Email |
| Counsel for Aera Energy LLC, Midway Sunset Congeneration Company | Walter Wilhelm Law Group a Professional Corporation | Attn: Riiley C. Walter, Michael L. Wilhelm<br>205 E. River Park Circle<br>Suite 410<br>Fresno CA 93720 | rileywalter@W2LG.com<br>Mwilhelm@W2LG.com | Email |
| Counsel for Engineers and Scientists of California, Local 20, IFPTE, Counsel for SEIU United Service Workers - West | Weinberg Roger & Rosenfeld | Attn: Emily P. Rich<br>1001 Marina Village Parkway<br>Suite 200<br>Alameda CA 94501-1091 | cgray@unioncounsel.net | Email |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: J.Christopher Shore<br>1221 Avenue of the Americas<br>New York NY 10020-1095 | cshore@whitecase.com | Email |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Thomas E Lauria, Matthew C. Brown<br>Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900<br>Miami FL 33131-2352 | tlauria@whitecase.com<br>mbrown@whitecase.com | Email |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)

Page 17 of 18

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Counsel for Ballard Marine Construction, Inc. | Williams Kastner | Attn: Todd W. Blischke<br>601 Union Street<br>Suite 4100<br>Seattle WA 98101-2380 | TBlischke@williamskastner.com | First Class Mail |
| Counsel for Macquarie Energy LLC | Winston & Strawn LLP | Attn: Michael A. Yuffee<br>1700 K Street, N.W.<br>Washington DC 20006-3817 | myuffee@winston.com | Email |
| Counsel to Plaintiffs Santiago Gatto and Anastasia Tkal | Young Ward & Lothert, A Professional Law Corporation | Attn: Scott Ward, Esq.<br>995 Morning Star Dr., Suite C<br>Sonora CA 95370-5192 | info@youngwardlothert.com | Email |