AKIN GUMP STRAUSS HAUER & FELD LLP
Michael S. Stamer (*pro hac vice*)
Ira S. Dizengoff (*pro hac vice*)
David H. Botter (*pro hac vice*)
Abid Qureshi (*pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: mstamer@akingump.com
idizengoff@akingump.com
dbotter@akingump.com
aqureshi@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
Ashley Vinson Crawford (SBN 257246)
580 California Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501
Email: avcrawford@akingump.com

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF CHAPTER 11 PLAN OF REORGANIZATION FILED BY THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS**<br><br>[Related Docket Nos. 4257, 5519, 5637] |

PLEASE TAKE NOTICE that on October 17, 2019, the Official Committee of Tort Claimants in the above-captioned chapter 11 cases and the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (the "Ad Hoc Committee") filed the *Joint Chapter 11 Plan of Reorganization of Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders* [Docket No. 4257] (the "Alternative Plan").

PLEASE TAKE FURTHER NOTICE that on January 27, 2020, PG&E Corporation and Pacific Gas and Electric Company (the "Debtors") filed the *Debtors' Motion Pursuant to 11 U.S.C. Sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 For Entry of an Order (I) Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief* [Docket No. 5519] (the "Motion"),[1] seeking approval of the Restructuring Support Agreement, dated January 22, 2020, among the Debtors, Consenting Noteholders and Shareholder Proponents (the "Noteholder RSA"). Section 2(a)(i) of the Noteholder RSA requires, among other things, that the Ad Hoc Committee file a notice of withdrawal of the Alternative Plan upon entry of an order approving the Noteholder RSA.

PLEASE TAKE FURTHER NOTICE that on February 5, 2020, the Court entered the *Order Pursuant to 11 U.S.C. Sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief* [Docket No. 5637].

PLEASE TAKE FURTHER NOTICE that pursuant to Section 2(a)(i) of the Noteholder RSA, the Ad Hoc Committee hereby withdraws the Alternative Plan.

Dated: February 5, 2020    **AKIN GUMP STRAUSS HAUER & FELD LLP**

By: */s/ Ashley Vinson Crawford*
    Ashley Vinson Crawford (SBN 257246)
    David H. Botter (*pro hac vice*)
    Michael S. Stamer (*pro hac vice*)
    Ira S. Dizengoff (*pro hac vice*)
    Abid Qureshi (*pro hac vice*)

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

---

[1] Capitalized terms used and not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.