**Exhibit 1**

**Client Match List**

Client Match List

| Matched Entity | Relationship to Debtor | Relationship to L&W[1] |
|---|---|---|
| Anadarko | Contract Counterparties | Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm |
| Apollo Global Management LLC | DIP Lenders, DIP Term Loan, Parties in 2019 Statements, Unsecured Notes | Past & Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm |
| Bank of America, Bank of America Merrill Lynch, Bank of America, N.A, Bank of America, N.A. (Admin Agent - $300M), Merrill Lynch, Merrill Lynch Commodities Inc., Merrill Lynch, Pierce, Fenner & Smith Incorporated | Bank Accounts, Top Unsecured Creditors, Unsecured Notes, DIP Lenders, Interested Parties / Notice of Appearance Parties, Lenders (Prepetition and Proposed Postpetition to the extent not already listed), Term and Revolving Loan Lenders and Administrative Agents, Contract Counterparties | Past & Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm, Other Party at Prior Firm |
| Barclays Bank PLC, Barclays Capital Inc., Barclays Global | Contract Counterparties, DIP Lenders, Term and Revolving Loan Lenders and Administrative Agents, Unsecured Notes, Bank Accounts | Past & Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm, Other Party at Prior Firm |

---

[1] The term "Current Client" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years and L&W has at least one open matter. The term "Former Client" refers to an entity listed as a client in L&W's Client Database for whom time has been recorded in the past three years, but all matters for such client have since been closed. The term "Prior Client" refers to an entity listed as a client of an L&W attorney while such attorney was at a prior firm. L&W does not disclose connections if time was recorded more than three years before the Petition Date.

| Matched Entity | Relationship to Debtor | Relationship to L&W[1] |
|---|---|---|
| BNP Paribas, BNP Paribas Securities Corp., BNP Paribas US | Bank Accounts, Interested Parties / Notice of Appearance Parties, Term and Revolving Loan Lenders and Administrative Agents, Unsecured Notes, Contract Counterparties | Past & Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm, Other Party at Prior Firm |
| Charter Communications | Utility Providers | Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm |
| Citi, Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility, Citibank, N.A., Citibank, N.A. (Admin Agent - $3B), Citigroup, Citigroup Energy Inc., Citigroup Financial Products, Inc., Citigroup Global Markets, Citigroup Global Markets Inc. ("Citigroup") | Unsecured Notes, Interested Parties / Notice of Appearance Parties, Bank Accounts, Top Unsecured Creditors, and Administrative Agents, Contract Counterparties, Parties in 2019 Statements, Lenders (Prepetition and Proposed Postpetition to the extent not already listed), DIP Lenders | Past & Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm, Other Party at Prior Firm |
| Comcast | Utility Providers | Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm |
| Credit Suisse Energy LLC | Contract Counterparties | Past & Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm, Other Party at Prior Firm |
| Deloitte & Touche LLP | Debtors Professionals | Past & Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm, Other Party at Prior Firm |

| Matched Entity | Relationship to Debtor | Relationship to L&W[1] |
|---|---|---|
| Deutsche Bank, Deutsche Bank National Trust Company, Deutsche Bank Securities Inc., Deutsche Bank Trust Company Americas | Top Unsecured Creditors, Unsecured Notes, Interested Parties / Notice of Appearance Parties, Official Committee of Unsecured Creditors Committee – Professionals and Members, Parties in 2019 Statements, Bank Accounts | Past & Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm, Other Party at Prior Firm |
| Energy Capital Partners | Contract Counterparties | Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm |
| Fluor Corporation | Vendors | Present Client, Past & Present Adversary, Present Other Party, Client at Prior Firm, Adversary at Prior Firm |
| GE Oil & Gas - North America, GE Renewable Energy, General Electric International Inc., General Electric International Inc. - Power Services | Vendors | Past & Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm, Other Party at Prior Firm |
| Goldman Sachs, Goldman Sachs Bank USA, Goldman, Sachs & Co. | Unsecured Notes, Term and Revolving Loan Lenders and Administrative Agents, Bank Accounts | Past & Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm, Other Party at Prior Firm |
| HSBC Bank plc | Parties in 2019 Statements | Past & Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm, Other Party at Prior Firm |

| Matched Entity | Relationship to Debtor | Relationship to L&W[1] |
|---|---|---|
| J.P. Morgan Securities LLC, J.P. Morgan Ventures, JP Morgan Chase Bank, N.A., JP Morgan Ventures Energy Corporation, JPMorgan Chase Bank, N.A. | Unsecured Notes, Contract Counterparties, Interested Parties / Notice of Appearance Parties, Term and Revolving Loan Lenders and Administrative Agents, Bank Accounts, DIP Lenders, Lenders (Prepetition and Proposed Postpetition to the extent not already listed) | Past & Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm, Other Party at Prior Firm |
| Live Nation, c/o Matt Prieshoff | Landlords and Parties to Leases | Present Client, Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm |
| Mitsubishi UFJ Securities USA, INC. | Bank Accounts | Past & Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm |
| Montrose Air Quality Services, LLC | Vendors | Present Client, Past & Present Adversary, Adversary at Prior Firm |
| Morgan Stanley / ISG Operations, Morgan Stanley Bank, Morgan Stanley Bank, N.A., Morgan Stanley Bank/ Morgan Stanley Senior Funding, Morgan Stanley Capital Group Inc. | Bank Accounts, Unsecured Notes, Term and Revolving Loan Lenders and Administrative Agents, Contract Counterparties | Past & Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm, Other Party at Prior Firm |
| MUFG Union Bank, N.A. | Term and Revolving Loan Lenders and Administrative Agents, Unsecured Notes | Past & Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm |
| Oaktree Capital Management, L.P. | DIP Lenders, DIP Term Loan, Parties in 2019 Statements, Unsecured Notes | Past & Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm |

| Matched Entity | Relationship to Debtor | Relationship to L&W[1] |
|---|---|---|
| Oracle America, Inc. | Interested Parties / Notice of Appearance Parties, Top Unsecured Creditors | Past & Present Client, Past & Present Adversary, Past Other Party, Client at Prior Firm, Adversary at Prior Firm, Other Party at Prior Firm |
| Pacific Investment Management Company LLC | Parties in 2019 Statements | Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm |
| RBC Capital Markets, Royal Bank of Canada, Royal Bank of Canada (RBC) | Bank Accounts, Contract Counterparties, Term and Revolving Loan Lenders and Administrative Agents | Past & Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm, Other Party at Prior Firm |
| Riverstone | Subrogation Claimants | Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm |
| Sumitomo Mitsui Banking Corporation | Term and Revolving Loan Lenders and Administrative Agents | Past & Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm, Other Party at Prior Firm |
| The Bank of Tokyo-Mitsubishi UFJ, Ltd. | DIP Lenders, Parties in 2019 Statements, Unsecured Notes, DIP Term Loan, Term and Revolving Loan Lenders and Administrative Agents | Past & Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm |
| Total Gas | Contract Counterparties | Past & Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm |

| Matched Entity | Relationship to Debtor | Relationship to L&W[1] |
|---|---|---|
| U.S Bank Equipment Finance, a division of U.S. Bank National Association, U.S. Bank N.A. Global Corporate Trust Services, U.S. Bank National Association | UCC Lien Holders, Bank Accounts, Parties in 2019 Statements, DIP Lenders, DIP Term Loan | Past & Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm, Other Party at Prior Firm |
| Union Bank of California | Bank Accounts | Past & Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm |
| Wachovia Corporate Services, Inc., Wells Fargo, Wells Fargo Bank, Wells Fargo Bank Northwest, National Association, as Trustee Mac: U1228-051, Wells Fargo Bank, N.A., Wells Fargo Bank, National Association, Wells Fargo LLC, Wells Fargo Securities LLC | Bank Accounts, Top Unsecured Creditors, UCC Lien Holders, Unsecured Notes, Term and Revolving Loan Lenders and Administrative Agents, Contract Counterparties | Past & Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm, Other Party at Prior Firm |
| Weatherford International, LLC - USA | Vendors | Present Client, Past & Present Adversary, Past & Present Other Party, Client at Prior Firm, Adversary at Prior Firm |