| | |
|---|---|
| ERIC A. GRASBERGER (*pro hac vice*)<br>eric.grasberger@stoel.com<br>MARIO R. NICHOLAS (SB #273122)<br>mario.nicholas@stoel.com<br>STOEL RIVES LLP<br>760 SW Ninth Avenue, Suite 3000<br>Portland, OR 97205<br>Telephone: 503.224.3380<br>Facsimile: 503.220.2480 | DAVID B. LEVANT (*pro hac vice*)<br>david.levant@stoel.com<br>STOEL RIVES LLP<br>101 S. Capitol Boulevard, Suite 1900<br>Boise, ID 83702<br>Telephone: 208.389.9000<br>Facsimile: 208.389.9040 |

Attorneys for JH Kelly, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br>                      **Debtors.**<br><br>☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☒   Affects both Debtors<br><br>*\*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**[PROPOSED] ORDER GRANTING JH KELLY'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: February 26, 2020<br>Time: 10:00 a.m. (PT)<br>Place: United States Bankruptcy Court<br>      Courtroom 17, 16th Floor<br>      San Francisco, CA 94102<br><br>**Objection Deadline:**<br>    **February 21, 2020, at 4:00 p.m. (PT)** |

JH Kelly, LLC's ("***JH Kelly***") Motion for Modification of Automatic Stay came on regularly for hearing on February 26, 2020, at 4:00 p.m. before the Honorable Dennis Montali. All appearances were as noted in the Court's record.

Based upon the pleadings contained herein and oral argument,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay pursuant to 11 U.S.C. § 362 is hereby modified forthwith to:

(1) allow JH Kelly to join PG&E Corporation and Pacific Gas & Electric Company (collectively, "**PG&E**") as a party to the state court litigation now pending between JH Kelly and AECOM Technical Services, Inc. ("**AECOM**") in the Superior Court of the State of California, County of Shasta (the "***State Court***") under Case No. 192600;

(2) allow the State Court to determine the validity and amount of JH Kelly's Claim of Mechanics Lien filed and recorded on November 1, 2018 in the records of Shasta County, as document no. 2018-0030534, against the real property and improvements thereon constituting PG&E's compressor station near the City of Burney, Shasta County, California; and

(3) allow the State Court to determine the relative rights of PG&E and AECOM under the terms of their "Engineering, Procurement, and Construction of Natural Gas & Electric Transmission and Distribution Facilities Agreement" dated February 11, 2016 and the relative rights of PG&E, AECOM, and JH Kelly under the "Agreement Between Design-Builder and Subcontractor (Where Subcontractor Does Not Provide Design Services), Subcontract No. 60482831-SC-001" dated October 21, 2016.

JH Kelly is authorized to take all actions necessary to effectuate the relief granted in this order as set forth herein.

This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this order.

Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived, and this order shall be immediately effective and enforceable upon entry.

**\*\*END OF ORDER\*\***