| | |
|---|---|
| ERIC A. GRASBERGER (*pro hac vice*) <br> eric.grasberger@stoel.com <br> MARIO R. NICHOLAS (SB #273122) <br> mario.nicholas@stoel.com <br> STOEL RIVES LLP <br> 760 SW Ninth Avenue, Suite 3000 <br> Portland, OR  97205 <br> Telephone:  503.224.3380 <br> Facsimile:  503.220.2480 | DAVID B. LEVANT (*pro hac vice*) <br> david.levant@stoel.com <br> STOEL RIVES LLP <br> 101 S. Capitol Boulevard, Suite 1900 <br> Boise, ID 83702 <br> Telephone: 208.389.9000 <br> Facsimile: 208.389.9040 |

Attorneys for JH Kelly, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br>                 **Debtors.** <br><br> ☐   Affects PG&E Corporation <br> ☐   Affects Pacific Gas and Electric Company <br> ☒   Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM) <br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **NOTICE OF HEARING ON JH KELLY'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** <br><br> Date: February 26, 2020 <br> Time: 10:00 a.m. (PT) <br> Place: United States Bankruptcy Court <br>        Courtroom 17, 16th Floor <br>        San Francisco, CA  94102 <br><br> **Objection Deadline:** <br>        **February 21, 2020, at 4:00 p.m. (PT)** |

PLEASE TAKE NOTICE that on January 29, 2019 (the "Petition Date"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

| | |
|---|---|
| 1 | PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court will hold a hearing on |
| 2 | February 26, 2020, at 10:00 a.m. (Pacific Time) (the "Omnibus Hearing") in the courtroom of the |
| 3 | Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 |
| 4 | Golden Gate Avenue, San Francisco, California 94102. |
| 5 | PLEASE TAKE FURTHER NOTICE that, in addition to any other matters to be heard at |
| 6 | the Omnibus Hearing, the Bankruptcy Court is scheduled to hear JH Kelly's Motion for Relief |
| 7 | from the Automatic Stay filed February 5, 2020 [Dkt. No. 5649] (the "Motion"). |
| 8 | PLEASE TAKE FURTHER NOTICE that any oppositions or responses to the Motion |
| 9 | must be in writing, filed with the Bankruptcy Court, and served on the counsel for JH Kelly at the |
| 10 | above-referenced addresses so as to be received by no later than 4:00 p.m. (Pacific Time) on |
| 11 | February 21, 2020. Any oppositions or responses must be filed and served on all "Standard |
| 12 | Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain |
| 13 | Notice and Case Management Procedures entered on May 14, 2019 [Dkt No. 1996] (the "Case |
| 14 | Management Order"). Any relief requested in the Motion may be granted without a hearing if no |
| 15 | opposition is timely filed and served in accordance with the Case Management Order. In deciding |
| 16 | the Motion, the Court may consider any other document filed in these Chapter 11 Cases and |
| 17 | related Adversary Proceedings. |
| 18 | PLEASE TAKE FURTHER NOTICE that copies of the Motion and its supporting papers |
| 19 | can be viewed and/or obtained: (i) by accessing the Court's website at |
| 20 | http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 |
| 21 | Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims |
| 22 | agent, Prime Clerk LLC , at https://restructuring.primeclerk.com/pge or by calling (844) 339- |
| 23 | 4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail |
| 24 | at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the |
| 25 | Bankruptcy Court's website. |
| 26 | |
| 27 | |
| 28 | |

DATED: February 5, 2020.

STOEL RIVES LLP

*/s/ David B. Levant*
David B. Levant (*pro hac vice*)
Eric A. Grasberger (*pro hac vice*)
Mario R. Nicholas
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: 208.389.9000
Facsimile: 208.389.9040

*Attorneys for JH Kelly, LLC*