UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: PG&E CORPORATION and
PACIFIC GAS AND ELECTRIC COMPANY,

Debtor(s)

Bankruptcy No.: 19-30088 (DM)
R.S. No.:
Hearing Date: 02/26/2020
Time: 10:00 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/2019    Chapter: 11
    Prior hearings on this obligation: n/a    Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value:      $_____    Source of value: _____
   Contract Balance:       $_____    Pre-Petition Default:   $_____
   Monthly Payment:        $_____         No. of months: _____
   Insurance Advance:      $_____    Post-Petition Default:  $_____
                                               No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $_____    Source of value: _____    If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.            $_____    Pre-Petition Default:   $_____
   As of (date): _____                   No. of months: _____
   Mo. payment:            $_____    Post-Petition Default:  $_____
   Notice of Default (date): _____       No. of months: _____
   Notice of Trustee's Sale: _____   Advances Senior Liens:  $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   Position              Amount         Mo. Payment       Defaults

   1st Trust Deed: _____    $_____    $_____    $_____
   2nd Trust Deed: _____    $_____    $_____    $_____
   _____ :
   _____ :
   _____ :
                     (Total)  $_____    $_____    $_____

(D) Other pertinent information: JH Kelly, LLC seeks relief from stay to join Pacific Gas and Electric Company ("PG&E") as a party to a pending state court lawsuit regarding a construction project owned by PG&E.

Dated: 02/05/2020

_____
Signature
/s/ David B. Levant
Print or Type Name

Attorney for JH Kelly, LLC