Entered on Docket
February 06, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 31 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: PG&E CORPORATION; PACIFIC GAS & ELECTRIC COMPANY, <br><br> Debtors, <br> ─────────────────────── <br><br> PG&E CORPORATION; PACIFIC GAS & ELECTRIC COMPANY, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> OFFICIAL COMMITTEE OF TORT CLAIMANTS; et al., <br><br> Defendants-Respondents. | No. 20-80017 <br><br> D.C. No. 3:19-bk-30088 <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Petitioners' motion to stay proceedings (Docket Entry No. 2) is granted.

Within 60 days of the date of this order, the parties shall file a joint status report or appropriate motion.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kendall W. Hannon
Deputy Clerk
Ninth Circuit Rule 27-7