UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Chapter 11 |
| PG&E Corporation, *et al.* | Case No. 19-30088 Chapter 11 |
| Debtors | (Jointly Administered) |

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**CITIGROUP FINANCIAL PRODUCTS INC.**
Name of Transferor
Phone: (212) 723-6064, (302) 894-6175
Last Four Digits of Acct #: N/A

Name and Address where notices and payments to transferee should be sent:

Kamand Daniels
c/o Marble Ridge Capital LP
1250 Broadway, Suite 2601
New York, New York 10001

**MARBLE RIDGE MASTER FUND LP**
Name of Transferee
Phone: (212) 858-0620
Last Four Digits of Acct #: N/A

**Claim No: 66011**
**Case No.: 19-30089**

Date Filed: October 18, 2019

Total Amount of Claim: $196,447.65
**Partial Transferred Amount: $117,760.03**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: January 7, 2020

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

754889-4-1114-v0.2                                                                80-40539871

Case: 19-30088   Doc# 5660   Filed: 02/06/20   Entered: 02/06/20 09:42:40   Page 1 of 4

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:        United States Bankruptcy Court
Northern District of California
Attn: Clerk

AND TO:    Pacific Gas and Electric Company ("Debtor")
Case No. 19-30089

**CITIGROUP FINANCIAL PRODUCTS INC.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to:

**MARBLE RIDGE MASTER FUND LP**
c/o Marble Ridge Capital LP
1250 Broadway, Suite 2601
New York, New York 10001

its successors and assigns ("Buyer"), all right, title and interest in and to the claims of Seller against the Debtor, docketed as Claim No. 66011 solely with respect to $117,760.03 (the "Claim") in the United States Bankruptcy Court for the Northern District of California.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Claim or the Bankruptcy Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

[Signature Page Follows]

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of January 7, 2020.

**CITIGROUP FINANCIAL PRODUCTS INC.**

By: *Joelle Gavlick* (DocuSigned by: 240CDA98C9F64D3...)
Name:
Title: Joelle Gavlick - Authorized Signatory

**MARBLE RIDGE MASTER FUND LP**

**By: Marble Ridge Capital LP, its investment manager**

By: _____
Name:
Title:

754889-4-1114-v0.2                                          80-40539871

IN WITNESS WHEREOF, Seller and Buyer have executed this Evidence of Transfer of Claim as of January 7, 2020.

**CITIGROUP FINANCIAL PRODUCTS INC.**

By: _____
Name:
Title:


**MARBLE RIDGE MASTER FUND LP**

**By: Marble Ridge Capital LP, its investment manager**

By: _____
Name: Kamand Daniels
Title: GC ì CCO

754889-4-1114-v0.2

80-40539871