GREGG M. FICKS (State Bar No. 148093)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-gmf@cpdb.com

*Special Counsel to Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS & ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **FOURTH SUPPLEMENTAL DECLARATION OF GREGG M. FICKS PURSUANT TO 11 U.S.C. § 327(e) AND FED. R. BANKR. P. 2014(a) ON BEHALF OF SPECIAL COUNSEL COBLENTZ PATCH DUFFY & BASS LLP** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| * *All papers shall be filed in Lead Case No. 19-30088 (DM).* | [Re: Dkt. Nos. 2595, 2596, and 2926] |
| | [No Hearing Requested] |

16213.101 4850-3722-0531.2

1

I, Gregg M. Ficks, declare:

1. I am a partner at the law firm of Coblentz Patch Duffy & Bass LLP ("**Coblentz**" or the "**Firm**"), resident in Coblentz's San Francisco office located at One Montgomery Street, Suite 3000, San Francisco, CA 94104. I am a member in good standing of the State Bar of California, and of this Court. I submit this Declaration to supplement my declaration dated June 18, 2019 [Docket No. 2596] (the "**Original Declaration**") and my declarations dated July 8, 2019 [Docket No. 2888], September 4, 2019 [Docket No. 3803], and November 22, 2019 [Docket No. 4844] (the "**Supplemental Declarations**") filed in support of, and/or related to, the Application of the above-captioned debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**"), for an order, pursuant to section 327(e) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), approving the employment and retention of Coblentz as one of the Debtors' special counsel effective *nunc pro tunc* to January 29, 2019 (the "**Retention Application**") [Dkt. No. 2595]. Unless otherwise stated in this Declaration, I have personal knowledge of the matters set forth herein.

2. As anticipated in the Original Declaration, this declaration is submitted to supplement information disclosed in the Original Declaration and the Supplemental Declarations. As additional information or further analysis regarding creditors and other parties in interest in these Bankruptcy Cases becomes available or known to Coblentz, one or more supplemental declarations will be submitted to the Court reflecting additional disclosures, if applicable.

3. Since the time of Coblentz's conflicts check for the original Declaration and the Supplemental Declarations, Coblentz has added additional client(s) that match name(s) on the conflicts check lists Chapter 11 bankruptcy counsel to the Debtors provided to Coblentz on or about March 4, 2019, as updated on or about April 16, 2019, and again, as updated, on or about December 20, 2019, or had existing clients that newly appeared on the amended conflicts check list Coblentz received on December 20, 2019. The additional matched client(s) are as follows:

/ / /

/ / /

| Matched Entity | Relationship to Debtors | Relationship to Coblentz |
|---|---|---|
| MSD Capital, L.P. | Parties in Rule 2019 Statements | Affiliate or subsidiary of current client(s) in matter(s) unrelated to Debtors or these Bankruptcy Cases; potential former client in matter(s) unrelated to Debtors or these Bankruptcy Cases |
| Pacific Life Insurance Company | Parties in Rule 2019 Statements | Affiliate or subsidiary of current client in matter(s) unrelated to Debtors or these Bankruptcy Cases |
| Fidelity Management & Research Company | Parties in Rule 2019 Statements | Former client in matter(s) unrelated to Debtors or these Bankruptcy Cases |
| American General Insurance Company dba ANPAC General Insurance Company | Parties in Rule 2019 Statements/Subrogation Claimants | Former client in matter(s) unrelated to Debtors or these Bankruptcy Cases |
| State Farm Fire and Casualty Company | Subrogation Claimants | Affiliate or subsidiary of former client in matter(s) unrelated to Debtors or these Bankruptcy Cases |
| Oaktree Capital Management, L.P. | Parties in Rule 2019 Statements/DIP Lenders/Unsecured Notes/DIP Term Loan | Affiliate or subsidiary of current and former clients in matter(s) unrelated to Debtors or these Bankruptcy Cases |
| Apollo Global Management LLC | Parties in Rule 2019 Statements/DIP Lenders/Unsecured Notes/DIP Term Loan | Potential affiliate or subsidiary of former clients in matter(s) unrelated to Debtors or these Bankruptcy Cases |

Case: 19-30088    Doc# 5665    Filed: 02/06/20    Entered: 02/06/20 10:57:25    Page 3 of 8

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

| Matched Entity | Relationship to Debtors | Relationship to Coblentz |
|---|---|---|
| Farallon Capital Management LLC | Parties in Rule 2019 Statements/DIP Lenders/Unsecured Notes/DIP Term Loan | Current and/or former client and/or client affiliate in matter(s) unrelated to Debtors or these Bankruptcy Cases |
| Centerview Partners LLC | Official Committee of Unsecured Creditors Committee – Professionals and Members | Affiliate or subsidiary of current client in matter(s) unrelated to Debtors or these Bankruptcy Cases |
| Mark S. Johnson | Landlords and Parties to Leases/Interested Parties / Notice of Appearance Parties | Potential affiliate of current and former clients in matter(s) unrelated to Debtors or these Bankruptcy Cases; potential former client in matter(s) unrelated to Debtors or these Bankruptcy Cases |
| Cushman & Wakefield, Inc. | Interested Parties / Notice of Appearance Parties | Affiliate or subsidiary of current and former clients in matter(s) unrelated to Debtors or these Bankruptcy Cases |
| Dignity Health | Interested Parties / Notice of Appearance Parties | Former client and/or former client affiliate in matter(s) unrelated to Debtors or these Bankruptcy Cases |
| Elizabeth Jones | Interested Parties / Notice of Appearance Parties | Potential affiliate of former clients in matter(s) unrelated to Debtors or these Bankruptcy Cases |

Case: 19-30088    Doc# 5665    Filed: 02/06/20    Entered: 02/06/20 10:57:25    Page 4 of 8

| Matched Entity | Relationship to Debtors | Relationship to Coblentz |
|---|---|---|
| Hyundai Corporation USA | Interested Parties / Notice of Appearance Parties | Potential affiliate or subsidiary of former client in matter(s) unrelated to Debtors or these Bankruptcy Cases |
| Judy Wong | Interested Parties / Notice of Appearance Parties | Potential former client in matter(s) unrelated to Debtors or these Bankruptcy Cases |
| Michael Wong | Interested Parties / Notice of Appearance Parties | Potential affiliate of former clients in matter(s) unrelated to Debtors or these Bankruptcy Cases |
| Robert Robles | Interested Parties / Notice of Appearance Parties | Potential affiliate of former client in matter(s) unrelated to Debtors or these Bankruptcy Cases |
| Saint Francis Memorial Hospital | Interested Parties / Notice of Appearance Parties | Former client; affiliate or subsidiary of current and/or former client in matter(s) unrelated to Debtors or these Bankruptcy Cases |
| The Lee Family Trust | Interested Parties / Notice of Appearance Parties | Potential affiliate of former client in matter(s) unrelated to Debtors or these Bankruptcy Cases |
| Mark Efren Robinson | Interested Parties / Notice of Appearance Parties | Potential current client in matter(s) unrelated to Debtors or these Bankruptcy Cases |
| Hanna, Brophy, MacLean, McAleer & Jensen | Ordinary Course Professionals | Current client in matter(s) unrelated to Debtors or these Bankruptcy Cases |

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

16213.101 4850-3722-0531.2

5

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

| Matched Entity | Relationship to Debtors | Relationship to Coblentz |
|---|---|---|
| Perkins Coie LLP | Ordinary Course Professionals | Former client in matter(s) unrelated to Debtors or these Bankruptcy Cases |
| William Thomas Morrow | Former Officers and Directors (Since 2008)/ Retiree Claimants | Potential affiliate of former client in matter(s) unrelated to Debtors or these Bankruptcy Cases |
| Jean Frances Brennan | Retiree Claimants | Potential affiliate of former client in matter(s) unrelated to Debtors or these Bankruptcy Cases |
| James Howe | Retiree Claimants | Potential affiliate of former client in matter(s) unrelated to Debtors or these Bankruptcy Cases |
| Russell M. (Russ) Jackson | Retiree Claimants | Potential affiliate of current client in matter(s) unrelated to Debtors or these Bankruptcy Cases |
| Steven Whelan | Retiree Claimants | Potential affiliate of former client in matter(s) unrelated to Debtors or these Bankruptcy Cases |

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct and that this declaration was executed at San Francisco, California, on February 6, 2020.

/s/ Gregg M. Ficks
Gregg M. Ficks

16213.101 4850-3722-0531.2

6

COBLENTZ PATCH DUFFY & BASS LLP
ONE MONTGOMERY STREET, SUITE 3000, SAN FRANCISCO, CALIFORNIA 94104-5500
415.391.4800 · FAX 415.989.1663

1                        **NOTICE PARTIES**

2

3   PG&E Corporation
c/o Pacific Gas & Electric Company
4   77 Beale Street
San Francisco, CA 94105
5   Attn: Janet Loduca, Esq.

6   Keller & Benvenutti LLP
650 California Street, Suite 1900
7   San Francisco, CA 94108
Attn: Tobias S. Keller, Esq.
8          Jane Kim, Esq.

9   Weil, Gotshal & Manges LLP
767 Fifth Avenue
10   New York, NY 10153-0019
Attn: Stephen Karotkin, Esq.
11          Jessica Liou, Esq.
         Matthew Goren, Esq.
12

The Office of the United States Trustee for Region 17
13   450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
14   Attn: James L. Snyder, Esq.
         Timothy Laffredi, Esq.
15

Milbank LLP
16   55 Hudson Yards
New York, NY 10001-2163
17   Attn: Dennis F. Dunne, Esq.
         Sam A Kahlil, Esq.
18

Milbank LLP
19   2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
20   Attn: Paul S. Aronzon, Esq.
         Gregory A. Bray, Esq.
21          Thomas R. Kreller, Esq.

22   Baker & Hostetler LLP
11601 Wilshire Blvd, Suite 1400
23   Los Angeles, CA 90025-0509
Attn: Eric E. Sagerman, Esq.
24          Lauren T. Attard, Esq.

25   Bruce A. Markell
Fee Examiner
26   541 N. Fairbanks Court, Suite 2200
Chicago, IL 60611-3710
27

28

16213.101 4850-3722-0531.2                 7

1 Scott H. McNutt
324 Warren Road
2 San Mateo, CA 94401

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Coblentz Patch Duffy & Bass LLP
One Montgomery Street, Suite 3000, San Francisco, California 94104-5500
415.391.4800 · Fax 415.989.1663

16213.101 4850-3722-0531.2

8