**Entered on Docket**
**February 06, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

KPMG LLP

**Signed and Filed: February 6, 2020**

*Information Technology, Risk, and Legal Supp* *session*

**UNITED STATI**
**NORTHERN DI**
**SAN FR**

DENNIS MONTALI
U.S. Bankruptcy Judge

**SAN FRANCISCO DIVISION**
**In re:**

**PG&E CORPORATION,**

**- and -**

**PACIFIC GAS AND ELECTRIC COMPANY,**

**Debtors**.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☑ Affects both Debtors

** All papers shall be filed in the lead case, No. 19-30088 (DM)*

Bankruptcy Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER GRANTING INTERIM FEE APPLICATION OF KPMG LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD JANUARY 29, 2019 THROUGH AND INCLUDING MAY 31, 2019**

Re: Docket Nos. [2992, 2993]

Upon consideration of the *First Interim Fee Application of KPMG LLP for Allowance and Payment of Compensation and Reimbursement of Expenses As Information Technology, Risk and Legal Support Consultants to the Debtors For the Period January 29, 2019 Through and Including May 31, 2019* [Docket No. [2992]] (the "**Application**[1]"); and due and proper notice of the Application having been provided in accordance with the procedures set forth in the Interim Compensation Order and as otherwise required under the Bankruptcy Code and Bankruptcy Rules; and upon consideration of the Eugene V. Armstrong Declaration submitted in support of the Application; and no objections or responses to the Application having been filed; and upon consideration of the proposed reductions to the compensation and expense reimbursements sought in the Application resulting from the compromise between the Applicant and the Fee Examiner as set forth in that certain *Amended Notice of Hearing on First Interim Applications Allowing and*

[1] Capitalized terms used but not herein defined have the meanings ascribed to such terms in the Application.

*Authorizing Payment of Fees and Expenses of Multiple Applicants Based Upon Compromises with the Fee Examiner*, dated January 8, 2020 [Docket No. 5307] (the "**Amended Notice**"); and the Court having issued a Docket Order, on January 28, 2020, allowing the Application in the reduced amounts reflected in the Amended Notice; and sufficient cause having been shown therefor,

IT IS HEREBY ORDERED:

1. The Application is granted as provided herein.

2. Applicant is awarded an interim allowance of its compensation for professional services rendered for the Fee Period in the amount of $3,955,803.67, consisting of $3,823,865.45 of fees and reimbursement of $131,938.22 of actual and necessary expenses incurred during the Fee Period.

3. The Debtors are directed to pay Applicant the difference between the amounts allowed in paragraph 2 above and any amounts previously paid by the Debtors pursuant to the Interim Compensation Order.

4. The Court shall retain jurisdiction to determine any controversy arising in connection with this Order.

**END OF ORDER*