

Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee of Unsecured Creditors*

Signed and Filed: February 6, 2020

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**ORDER GRANTING STIPULATION AMONG THE DEBTORS, THE AD HOC GROUP OF SUBROGATION CLAIM HOLDERS, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS REGARDING SUBROGATION CLAIM IMPAIRMENT ISSUE**<br><br>Re: Docket No. 4540, 5312, 5423, 5484, 5592, 5601<br><br>[No Hearing Requested] |

The Court having considered the *Stipulation Among the Debtors, the Ad Hoc Group of Subrogation Claim Holders, and the Official Committee of Unsecured Creditors Regarding*

*Subrogation Claim Impairment Issue* (the "Stipulation") [Docket No. 5642] filed on February 5, 2020; and, pursuant to such stipulation and agreement of the Parties[1], and good cause appearing,

IT IS HEREBY ORDERED:

1. The UCC Response, Reply Deadline and Subrogation Claim Impairment Issue are removed from the Court's calendar, without prejudice.

APPROVED AS TO FORM AND CONTENT:

Dated: February 5, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

 /s/ Jane Kim
 Jane Kim

*Attorneys for Debtors
and Debtors in Possession*

Dated: February 5, 2020

**MILBANK LLP**

 /s/ Thomas R. Kreller
 Thomas R. Kreller

*Attorneys for Official Committee of Unsecured Creditors*

Dated: February 5, 2020

**WILLKIE FARR & GALLAGHER LLP**

 /s/ Daniel I. Forman
 Daniel I. Forman

*Attorneys for the Ad Hoc Group of Subrogation Claim Holders*

** END OF ORDER**

---

[1] Capitalized terms used but not otherwise herein defined have the meanings ascribed to such terms in the Stipulation.