Jonathan C. Sanders (No. #228785)
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 252-5002

Michael H. Torkin
Nicholas Goldin
Kathrine A. McLendon
Jamie J. Fell
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel for the Board of Each of PG&E Corporation and Pacific Gas and Electric Company and for Certain Current and Former Independent Directors*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| **- and –** | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **NOTICE OF THIRD SUPPLEMENTAL DECLARATION OF NICHOLAS GOLDIN RELATING TO THE RETENTION OF SIMPSON THACHER & BARTLETT LLP AS COUNSEL FOR THE BOARD OF DIRECTORS OF EACH OF PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY AND FOR CERTAIN CURRENT AND FORMER INDEPENDENT DIRECTORS PURSUANT TO ORDER ENTERED MAY 10, 2019 [DOCKET NO. 1979]** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | |

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

On May 10, 2019, this Court entered the *Order Authorizing Debtors to Pay the Fees and Expenses of Simpson Thacher & Bartlett LLP Pursuant to 11 U.S.C. § 327(e) as Counsel to the Board of Directors of Each of PG&E Corporation and Pacific Gas and Electric Company and Pursuant to 11 U.S.C. § 363 as counsel to Certain Current and Former Independent Directors* [Docket No. 1979].

**PLEASE TAKE NOTICE** that, attached hereto as **Exhibit 1** is the third supplemental declaration of Nicholas Goldin submitted as a supplement to the *Declaration of Michael H. Torkin in Support of the Motion Pursuant to 11 U.S.C. § 363 Authorizing the Debtors to Pay the Fees and Expenses of Simpson Thacher & Bartlett LLP as Counsel to the Independent Directors of PG&E Corp.* [Docket No. 1183] (the "**Torkin Declaration**"), the *Supplemental Declaration of Michael H. Torkin in Support of the Motion Pursuant to 11 U.S.C. § 363 Authorizing the Debtors to Pay the Fees and Expenses of Simpson Thacher & Bartlett LLP as Counsel to the Independent Directors of PG&E Corp. (As Modified As Described Herein)* [Docket No. 1802] (the "**Supplemental Torkin Declaration**") and the *Second Supplemental Declaration of Michael H. Torkin Relating to the Retention of Simpson Thacher & Bartlett LLP as Counsel for the Board of Directors of Each of PG&E Corporation and Pacific Gas and Electric Company and for Certain Current and Former Independent Directors Pursuant to Order Entered May 10, 2019* [Docket No. 3171] (the "**Second Supplemental Torkin Declaration**"). The third supplemental declaration provides updated disclosures with respect to the Schedules annexed to the Torkin Declaration, as supplemented by the Supplemental Torkin Declaration and the Second Supplemental Torkin Declaration.

Dated: February 6, 2020

/s/ Jonathan C. Sanders
Jonathan C. Sanders
Simpson Thacher & Bartlett LLP

*Counsel for the Board of Each of PG&E Corporation and Pacific Gas and Electric Company and for Certain Current and Former Independent Directors*