**Exhibit 1**

**Third Supplemental Goldin Declaration**

Jonathan Sanders (No. #228785)
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

Michael H. Torkin
Nicholas Goldin
Kathrine A. McLendon
Jamie J. Fell
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

*Counsel for the Board of Each of PG&E Corporation and Pacific Gas and Electric Company and for Certain Current and Former Independent Directors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and – <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **THIRD SUPPLEMENTAL DECLARATION OF NICHOLAS GOLDIN RELATING TO THE RETENTION OF SIMPSON THACHER & BARTLETT LLP AS COUNSEL FOR THE BOARD OF DIRECTORS OF EACH OF PG&E CORPORATION AND PACIFIC GAS AND ELECTRIC COMPANY AND FOR CERTAIN CURRENT AND FORMER INDEPENDENT DIRECTORS PURSUANT TO ORDER ENTERED MAY 10, 2019 [DOCKET NO. 1979]** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

I, Nicholas Goldin, being duly sworn, declare the following under penalty of perjury:

I am a partner in the law firm of Simpson Thacher & Bartlett LLP ("**Simpson Thacher**"), with an office at 425 Lexington Avenue, New York, New York 10017. I am a member in good standing of the Bar of the State of New York, and there are no disciplinary proceedings pending against me.

This Third Supplemental Declaration (the "**Third Supplemental Declaration**") provides additional disclosures relating to the retention of Simpson Thacher as counsel to (i) the Board of Directors (the "**Board**") of each of PG&E Corporation and Pacific Gas and Electric Company, as the Board may be constituted from time to time, and as counsel to the members of the Board from time to time in their capacities as members of the Board, under section 327(e) of the Bankruptcy Code (the "**Board Representation**") and (ii) certain current and former independent directors in their individual capacities who serve or served as independent directors prior to and/or as of the Filing Date (each an "**Independent Director**" and collectively, the "**Independent Directors**") (the "**Independent Director Representation**") under section 363 of the Bankruptcy Code. The Board Representation and the Independent Director Representation were authorized by Order entered May 10, 2019 [Docket No. 1979].

This Third Supplemental Declaration supplements the *Declaration of Michael H. Torkin in Support of the Motion Pursuant to 11 U.S.C. § 363 Authorizing the Debtors to Pay the Fees and Expenses of Simpson Thacher & Bartlett LLP as Counsel to the Independent Directors of PG&E Corp.* [Docket No. 1183] (the "**Torkin Declaration**"), the *Supplemental Declaration of Michael H. Torkin in Support of the Motion Pursuant to 11 U.S.C. § 363 Authorizing the Debtors to Pay the Fees and Expenses of Simpson Thacher & Bartlett LLP as Counsel to the Independent Directors of PG&E Corp. (As Modified As Described Herein)* [Docket No. 1802] (the "**Supplemental Torkin Declaration**") and *Second Supplemental Declaration of Michael H. Torkin Relating to the Retention of Simpson Thacher & Bartlett LLP as Counsel for the Board of Directors of Each of PG&E Corporation and Pacific Gas and Electric Company and for Certain*

*Current and Former Independent Directors Pursuant to Order Entered May 10, 2019* [Docket No. 3171] (the "**Second Supplemental Torkin Declaration**").

Simpson Thacher provides the following updates to the Schedules to the Torkin Declaration, as supplemented by the Supplemental Torkin Declaration and the Second Supplemental Torkin Declaration:

(i) **Schedule 2(b) [Interested Parties as Described in the Torkin Declaration]:** 683 Capital Partners, LP, AIG Specialty Insurance Company, Allianz Global Corporate & Specialty, American Bankers Insurance Company, American Bankers Insurance Company of Florida, American Home Assurance Company, American Modern Insurance Group, American Security Insurance Company, AmTrust North America, AmTrust Syndicate 1206, Anchorage Capital Group, L.L.C., Angelo, Gordon & Co., L.P., Apollo Global Management LLC, Arch Insurance (Bermuda), Arch Insurance Company (Europe) Limited, Aspen Insurance, Aspen Specialty Insurance, Assurant Entities/Group of Carriers, AT&T, AT&T Corp., AT&T Corporate Real Estate, AT&T Mobility II LLC, AT&T Network, AT&T PCS Wireless Services, Berkshire Hathaway Guard Ins., Berkshire Hathaway Specialty Insurance Company, Canopius Syndicate 4444, Capital Group, Centerbridge Partners LP, Citigroup Financial Products, Inc., Citigroup Global Markets Inc., Constitution State Services, LLC, Crockett Cogeneration, D.E. Shaw Galvanic Portfolios, L.L.C., D.E. Shaw Kalon Portfolios, L.L.C., D.E. Shaw Orienteer Portfolios, L.L.C., Deutsche Bank Securities Inc., Empyrean Capital Partners, Endurance Specialty Insurance Company, LP, Fidelity and Guaranty Insurance Underwriters Inc., Fidelity Management & Research Company, First Specialty Insurance Corporation, Fugro USA Land, Inc., Fugro USA Marine, Inc., Garrison Property and Casualty Company, Golden Tree Asset Management, LP, Great Lakes Insurance SE, Great Lakes Insurance SE (Munich), Great Lakes Insurance (UK) S.E., HSBC Bank plc, KBIC Insurance Company, K. Hovanian California Regions, Inc., Knighthead Capital Management, LLC, David Koch, Koch Energy Svc, Koch Supply and Trading, LP, Lloyds of London Munich Re, Northland Insurance, Oak Hill Advisors, L.P., Oaktree Capital Management, L.P., Och-Ziff Capital Management Group LLC, OneBeacon/Atlantic Specialty Ins.

Co., Oracle Corporation, Pacific Bell Telephone Company, Pacific Investment Management Company LLC, PURE Insurance, QBE Americas, Inc., QBE European Operations, Serengeti Asset Management LP, Southwestern Bell Telephone LP, Standard Guaranty Insurance Company, SteelMill Master Fund LP c/o PointState Capital LP, Taconic Capital Advisors LP, The Insurance Company of the State of Pennsylvania, The Mosaic Company, The Northfield Insurance Company, TPG Sixth Street Partners, LLC, Travelers Commercial Insurance Company, Underwriters at Lloyd's (Travelers Syndicate) No. TRV 5000, United Services Automobile Association, United States Liability Insurance Company, U.S. Bank N.A. Global Corporate Trust Services, Voyager Indemnity Insurance Company, WPX Energy Mktg, XL American Insurance, Inc., and York Capital Management Global Advisors, LLC.

(iii) **Schedule 2(c) [Interested Parties For Whom Additional Information Is Needed]:** Charles Thompson, Director of Industrial, Dodge, Moya, and Ramirez.

To the extent that any new relevant facts or relationships bearing on the matters described herein during the period of Simpson Thacher's retention are discovered or arise, Simpson Thacher will use reasonable efforts to file promptly a supplemental declaration, as required by Bankruptcy Rule 2014(a).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: February 6, 2020

/s/ *Nicholas Goldin*
Nicholas Goldin
Simpson Thacher & Bartlett LLP