<mark>


**Entered on Docket
February 06, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



Signed and Filed: February 6, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge
</mark>

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | Chapter 11 Case No. 19-30088 (DM) |
| - and - | Chapter 11 (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | **ORDER ESTABLISHING SCHEDULE FOR DISCLOSURE STATEMENT APPROVAL AND PLAN CONFIRMATION** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | |

<mark>
<mark>Case: 19-30088    Doc# 5673    Filed: 02/06/20    Entered: 02/06/20 13:55:27    Page 1 of 5</mark>
</mark>

Upon consideration of the proposed schedule for confirmation of the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization*, dated January 31, 2020 [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**")[1] and approval of a disclosure statement with respect to the Plan (as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") as set forth in the Court's *Memorandum Regarding Timeline for Disclosure Statement and Confirmation*, dated January 31, 2020 [Docket No. 5586]; and the Court having held a hearing on February 4, 2020 to hear and consider further comments from parties in interest regarding the proposed schedule; and upon all of the proceedings had before this Court,

**IT IS HEREBY ORDERED THAT:**

1. The following schedule shall apply with respect to approval of the Proposed Disclosure Statement and confirmation of the Plan.

| Date[2] | Deadline or Event |
|---|---|
| February 6, 2020 | Debtors shall provide the Court with (but need not file) a draft of the proposed notice (the "**Notice of Disclosure Statement Hearing**") of hearing to consider approval of the Proposed Disclosure Statement and related ballots, notices and other solicitation, tabulation, and distribution materials and procedures (collectively, the "**Solicitation Materials and Procedures**"). |
| February 7, 2020 | Debtors to file Proposed Disclosure Statement. The Debtors' proposed Solicitation Materials and Procedures shall not be filed with the Proposed Disclosure Statement but will be filed as set forth below. |
| February 14, 2020 | Deadline to complete service of the Notice of Disclosure Statement Hearing on shortened notice in accordance with Bankruptcy Rules 2002(b) and 9006(c). The Notice of Disclosure Statement Hearing shall include the following language:<br><br>**The court construes section 1125(a)(1) of the Bankruptcy Code narrowly. Objections to the Proposed Disclosure** |

---

[1] Capitalized terms used but not herein defined have the meanings ascribed to such terms in the Plan.

[2] All times Prevailing Pacific Time.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| | **Statement are to make sure that adequate disclosure will enable an impaired creditor or shareholder to make an informed judgment about the Plan. Objections to a disclosure statement should not include objections to confirmation, alternatives to the proposed Plan or other irrelevant matters. The only exception is that an objection may be based upon a good faith belief that the proposed Plan is unconfirmable as a matter of law. The Court will not treat the absence of an objection to confirmation as a waiver of such an objection filed later when the plan is ready to be considered.** |
| February 18, 2020 | Debtors to file proposed Solicitation Materials and Procedures. |
| February 21, 2020 at 4:00 p.m. | Deadline for filing summary of Fire Victim Claims Resolution Procedures.<br><br>Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan. |
| February 28, 2020 at 4:00 p.m. | Deadline for the following parties (collectively, the "**Core Parties**") to serve by email on the Plan Proponents (but not file or send to the Court) any objections or responses to the Proposed Disclosure Statement or Solicitation Materials and Procedures (each, a "**Disclosure Statement or Solicitation Objection**"):<br><br>• the Tort Claimants Committee;<br>• the Creditors Committee;<br>• the U.S. Trustee;<br>• the Ad Hoc Group of Subrogation Claimholders;<br>• the Ad Hoc Committee of Senior Unsecured Noteholders;<br>• the U.S. Department of Justice;<br>• the Office of the California Attorney General;<br>• Governor Gavin Newsom;<br>• the California Public Utilities Commission;<br>• the Ad Hoc Committee of Holders of Trade Claims;<br>• Valley Clean Energy Alliance;<br>• City and County of San Francisco;<br>• South San Joaquin Irrigation District; |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| | - BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes;<br>- Adventist Health System/West and Feather River Hospital; and<br>- the Consenting Fire Claimant Professional Group.<br><br>Disclosure Statement or Solicitation Objections shall be in short, concise bullet points. |
| February 28, 2020 | Deadline to file substantially final form of Subrogation Wildfire Trust Agreement. |
| February 28, 2020 – March 5, 2020 | Counsel for each of the Core Parties shall meet and confer with counsel for the Debtors and the Shareholder Proponents to attempt to resolve any Disclosure Statement or Solicitation Objections. |
| March 6, 2020 at 4:00 p.m. | Deadline for any other parties (*e.g.*, parties other than the Core Parties) to file and serve any Disclosure Statement or Solicitation Objections, which shall be in short, concise bullet points.<br><br>Deadline for any Core Party to file any Disclosure Statement or Solicitation Objection that has not been resolved during the aforementioned meet and confer period.<br><br>Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan. |
| March 9, 2020 | Debtors to file revised or amended Plan and Proposed Disclosure Statement. |
| March 10, 2020 at 10:00 a.m. | Hearing on approval of the Proposed Disclosure Statement and Solicitation Materials and Procedures.<br><br>Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures. |
| March 11, 2020 at 10:00 a.m. | Reserved for additional time to consider approval of, and objections to, the Proposed Disclosure Statement and Solicitation Materials and Procedures. |
| March 12, 2020 | Debtors to submit proposed Order to the Court approving the |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | Proposed Disclosure Statement and Solicitation Materials and Procedures and restating the date for the hearing on confirmation of the Plan and related deadlines for submitting Ballots and filing Plan confirmation objections. The proposed Order shall include the following language: **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 AM to discuss scheduling any evidentiary matters to be dealt with in connection with the confirmation hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.** |
|---|---|
| March 31, 2020 (or as soon as reasonably practicable thereafter) | Deadline for Debtors to complete mailing of Disclosure Statement, Ballots, and other Solicitation Materials. |
| **May 15, 2020 at 4:00 p.m.** | **Deadline for (i) submitting Ballots to accept or reject the Plan and (ii) filing and serving objections to Plan confirmation.** |
| May 19, 2020 at 10:00 a.m. | Pre-confirmation scheduling conference. |
| May 22, 2020 at 4:00 p.m. | Deadline for Debtors, Shareholder Proponents, and other parties in interest to file replies to Plan confirmation objections. |
| May 27, 2020 at 10:00 a.m. | First day of Confirmation Hearing. |

2. The Debtors are authorized to take all steps necessary or appropriate to carry out this Order.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **