# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>       - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                          **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING FIFTH MONTHLY FEE STATEMENT OF TRIDENT DMG LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 18, 2019 THROUGH DECEMBER 17, 2019**<br><br>[Re: Docket No. 5309]<br><br>**OBJECTION DEADLINE**<br>January 29, 2020 at 4:00p.m. (PDT) |

**THE MONTHLY FEE STATEMENT**

On January 8, 2020, Trident DMG LLC ("**Trident**" or the "**Applicant**"), communications consultant to the Official Committee of Tort Claimants ("**Tort Committee**"), filed its Fifth Monthly Fee Statement of Trident DMG LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of November 18, 2019 through December 17, 2019 [Docket No. 5309] (the "**Fifth Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bank. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* entered on February 28, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

The Fifth Monthly Fee Statement was served as described in the Certificates of Service of Heidi Hammon-Turano, filed on January 9, 2020 [Docket. No. 5324]. The deadline to file responses or oppositions to the Fifth Monthly Fee Statement was January 29, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the above-captioned debtors and debtors-in-possession are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Fifth Monthly Fee Statement upon the filing of this certification and without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is attached hereto as **Exhibit A.**

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a Partner of the firm of Trident DMG LLC, the communications consultant to the Official Committee of Tort Claimants.

2. I certify that I have reviewed the Court's docket in this and case and have not received any response or opposition to the Fifth Monthly Fee Statement.

3. This declaration was executed in Washington, D.C.

Dated: February 6, 2020

Respectfully submitted,

**TRIDENT DMG LLC**

By: _____
Adam Goldberg
*Communications Consultant for the
Official Committee of Tort Claimants*

- 3 -

**EXHIBIT A**

Professional Fees and Expenses
Fifth Monthly Fee Statement

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Trident DMG LLC<br><br>Communications Consultant to the Official Committee of Tort Claimants | Fifth Monthly<br><br>11/18/19 to 12/17/19<br><br>[Docket No. 5309, filed 1/08/20] | $35,000.00 | $3,600.00 | 1/29/20 | $28,000.00 | $3,600.00 | $7,000.00 |

- 4 -