# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
### NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

| Name of Professional Individual | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tomer Perry | Managing Director | n/a | 4.0 | n/a |
| Ken Ziman | Managing Director | n/a | 238.3 | n/a |
| Gregory Hort | Director | n/a | 26.5 | n/a |
| Eli Silverman | Vice President | n/a | 346.0 | n/a |
| Garrett Deutsch | Associate | n/a | 8.0 | n/a |
| Daniel Katz | Associate | n/a | 154.0 | n/a |
| Nathan Mooney | Associate | n/a | 196.0 | n/a |
| Matt Strain | Associate | n/a | 114.0 | n/a |
| Liam Fine | Analyst | n/a | 154.0 | n/a |
| Kevin Hatch | Analyst | n/a | 179.3 | n/a |
| Dan Liotta | Analyst | n/a | 111.8 | n/a |
| Katherine Tobeason | Analyst | n/a | 10.0 | n/a |
| Scott Belinsky | Analyst | n/a | 173.0 | n/a |
| **TOTALS** | | n/a | 1,714.8 | $300,000.00 |