## EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Car Services and Taxis | | $1,899.43 |
| Employee Meals | | 151.34 |
| Legal Fees | | 186,648.26 |
| Meals – Meetings/Travel | | 116.09 |
| Travel | | 15,499.08 |
| **Total Expenses** | | **$204,314.20** |