**EXHIBIT D**

**DETAIL OF HOURS EXPENDED**
**FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

## PG&E Corp.
## Lazard Frères & Co. LLC
### November 1, 2019 - November 30, 2019

| Summary of Services Rendered by Project | | |
|---|---|---|
| **Code** | **Project Description** | **Nov-19** |
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 368.5 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 53.0 |
| 3 | Preparation and/or Review of Court Filings | -- |
| 4 | Court Testimony/Deposition and Preparation | 42.0 |
| 5 | Valuation Analysis | -- |
| 6 | Capital Structure Review and Analysis | 360.3 |
| 7 | Merger & Acquisition Activity | 80.0 |
| 8 | Financing Including DIP and Exit Financing | 568.0 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 243.0 |
| 10 | Fee Application, Engagement | -- |
| 11 | Employee Retention Program | -- |
| **Total** | | **1,714.8** |

| Summary of Services Rendered by Professional | | |
|---|---|---|
| **#** | **Name (Title)** | **Nov-19** |
| 4 | Tomer Perry (Managing Director) | 4.0 |
| 5 | Ken Ziman (Managing Director) | 238.3 |
| 7 | Greg Hort (Director) | 26.5 |
| 11 | Eli Silverman (Vice President) | 346.0 |
| 13 | Garrett Deutsch (Associate) | 8.0 |
| 14 | Dan Katz (Associate) | 154.0 |
| 16 | Nathan Mooney (Associate) | 196.0 |
| 17 | Matthew Strain (Associate) | 114.0 |
| 19 | Liam Fine (Financial Analyst) | 154.0 |
| 20 | Kevin Hatch (Financial Analyst) | 179.3 |
| 22 | Dan Liotta (Financial Analyst) | 111.8 |
| 25 | Katherine Tobeason (Analyst) | 10.0 |
| 31 | Scott Belinsky (Analyst) | 173.0 |
| **Total** | | **1,714.8** |

### PG&E Corp.
### Lazard Frères & Co. LLC
### November 1, 2019 - November 30, 2019

| Tomer Perry (Managing Director) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 11/4/19 | Work around post-emergence capital structure and equity financing alternatives | 1 | 6 |
| 11/14/19 | Work around post-emergence capital structure and equity financing alternatives | 1 | 6 |
| 11/14/19 | Work around post-emergence capital structure and equity financing alternatives | 2 | 6 |
| **Nov-19** | **Monthly Subtotal** | **4.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**November 1, 2019 - November 30, 2019**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Ken Ziman (Managing Director)** | | |
| 11/1/19 | Preparation of Finance Committee Materials | 0.5 | 6 |
| 11/1/19 | Board Call | 1.5 | 2 |
| 11/1/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/1/19 | Call with Guggenheim | 1 | 1 |
| 11/1/19 | Call regarding CPUC OII | 1 | 1 |
| 11/2/19 | Preparation of Board / Management Materials | 0.25 | 6 |
| 11/3/19 | Preparation of Finance Committee Materials | 0.25 | 6 |
| 11/3/19 | Call with Cravath | 1 | 1 |
| 11/3/19 | Call with Alix Partners | 1 | 1 |
| 11/4/19 | Finance Committee Call | 2 | 2 |
| 11/4/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/4/19 | Call with Weil re Post Petition Interest | 1 | 8 |
| 11/4/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 11/4/19 | Capital Structure Analysis | 0.5 | 6 |
| 11/4/19 | Travel to San Francisco | 9 | 9 |
| 11/5/19 | Call with Cravath | 1 | 1 |
| 11/5/19 | Call with Company & Advisors | 1 | 8 |
| 11/5/19 | Recurring Advisor Call | 1 | 1 |
| 11/5/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/5/19 | Call regarding Municipalizaiton (Laz / Weil) | 2 | 6 |
| 11/5/19 | CPUC Call | 2 | 6 |
| 11/6/19 | Travel to New York | 9 | 9 |
| 11/6/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 11/6/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 11/6/19 | Call regarding CPUC OII | 1 | 1 |
| 11/7/19 | Recurring Advisor Call | 1 | 1 |
| 11/7/19 | Call with Citi | 1 | 8 |
| 11/7/19 | POR / DS Discussion with Weil | 1 | 1 |
| 11/7/19 | Call with PG&E Treasurer to discuss financing options | 2 | 1 |
| 11/7/19 | Strategy call with management regarding financing options | 2 | 1 |
| 11/8/19 | Call with Alix & PJT | 1 | 1 |
| 11/8/19 | Call with Management | 1 | 8 |
| 11/8/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/8/19 | Diligence Call with Advisors | 1 | 4 |
| 11/8/19 | Discussion with backstop parties | 2 | 1 |
| 11/8/19 | Call with management to discuss municipalization | 1 | 1 |
| 11/8/19 | Call regarding PAO data request | 1 | 1 |
| 11/9/19 | POR Analysis | 1 | 8 |
| 11/9/19 | Discussion with backstop parties | 3 | 1 |
| 11/10/19 | Travel to San Francisco | 9 | 9 |
| 11/10/19 | POR Analysis | 1 | 8 |
| 11/10/19 | Discussion with backstop parties | 2 | 1 |
| 11/11/19 | POR Analysis | 0.5 | 8 |
| 11/11/19 | NOL Securitization Analysis | 0.25 | 8 |
| 11/11/19 | Call with PG&E Treasurer to discuss testimony | 1 | 1 |
| 11/12/19 | Recurring Advisor Call | 1 | 1 |
| 11/12/19 | Business Plan Session with Management | 3 | 2 |
| 11/12/19 | Discussion with backstop parties | 3 | 1 |
| 11/12/19 | Discussion with potential interested buyer of PG&E real estate | 3 | 1 |
| 11/13/19 | Meeting with Management | 2 | 8 |
| 11/13/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/13/19 | Meeting with Alix Partners regarding spending reduction initiatives | 1 | 1 |
| 11/13/19 | Travel to New York | 9 | 9 |

| | Ken Ziman (Managing Director) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 11/14/19 | UCC Call | 1 | 1 |
| 11/14/19 | Meeting with PJT | 4 | 2 |
| 11/14/19 | Recurring Advisor Call | 1 | 1 |
| 11/14/19 | Tax Discussion with PJT | 1 | 8 |
| 11/14/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/14/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 11/14/19 | Creation of Materials for the Governor Meeting | 3.5 | 6 |
| 11/14/19 | Call with Guggenheim | 1 | 1 |
| 11/15/19 | Call with Alix & PJT | 0.5 | 8 |
| 11/15/19 | Call with Alix & Management | 0.5 | 8 |
| 11/15/19 | Subcommittee Call | 1.5 | 2 |
| 11/15/19 | Call with PJT | 0.5 | 8 |
| 11/15/19 | Call with CPUC | 1 | 8 |
| 11/15/19 | Call with Management | 1 | 8 |
| 11/15/19 | Call with JPM | 3 | 8 |
| 11/15/19 | Call with Management | 0.5 | 8 |
| 11/15/19 | Board Meeting | 2.5 | 2 |
| 11/15/19 | Call with Cravath to discuss backstop | 4 | 1 |
| 11/15/19 | Creation of Materials for Board Meeting | 3.5 | 6 |
| 11/16/19 | Call with individual members of the Board | 1 | 2 |
| 11/16/19 | Call with JPM | 1.5 | 8 |
| 11/16/19 | Board Meeting | 2 | 2 |
| 11/16/19 | Creation of Materials for the Governor Meeting | 3 | 6 |
| 11/16/19 | Discussion with backstop parties | 10 | 1 |
| 11/17/19 | Tax Discussion with PJT | 1 | 8 |
| 11/17/19 | Call with Management & Advisors | 0.75 | 8 |
| 11/17/19 | Call with PJT | 1 | 8 |
| 11/17/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 11/17/19 | Creation of Materials for the Governor Meeting | 2.5 | 6 |
| 11/17/19 | Discussion with backstop parties | 10 | 1 |
| 11/18/19 | Travel to San Francisco | 9 | 9 |
| 11/18/19 | Call with management regarding rate growth | 1 | 8 |
| 11/18/19 | Call with management to prepare for Governor's meeting | 3 | 8 |
| 11/19/19 | Discussion with backstop parties | 10 | 1 |
| 11/19/19 | Recurring Advisor Call | 1 | 1 |
| 11/19/19 | Diligence Call | 1 | 8 |
| 11/19/19 | Equity Backstop Analysis and Process Work | 1 | 8 |
| 11/20/19 | Meeting with PJT | 2 | 8 |
| 11/20/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/20/19 | Call with JPM & Management | 1 | 8 |
| 11/20/19 | Equity Backstop Analysis and Process Work | 1 | 8 |
| 11/20/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 11/20/19 | Travel to New York | 9 | 9 |
| 11/21/19 | Recurring Advisor Call | 1 | 1 |
| 11/21/19 | Call with Management | 1 | 8 |
| 11/21/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/21/19 | Equity Backstop Analysis and Process Work | 1 | 8 |
| 11/21/19 | Discussion with backstop parties | 5 | 1 |
| 11/22/19 | Call with Alix | 0.5 | 1 |
| 11/22/19 | Call with Company | 1 | 8 |
| 11/22/19 | Call with PJT | 1 | 8 |
| 11/22/19 | Equity Backstop Analysis and Process Work | 1.5 | 8 |
| 11/22/19 | Discussion with backstop parties | 1.5 | 1 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**November 1, 2019 - November 30, 2019**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | **Ken Ziman (Managing Director)** | | |
| 11/23/19 | Discussion with backstop parties | 2 | 1 |
| 11/23/19 | Equity Backstop Analysis and Process Work | 1 | 8 |
| 11/24/19 | Call with Weil | 0.5 | 8 |
| 11/24/19 | Equity Backstop Analysis and Process Work | 0.5 | 8 |
| 11/24/19 | Cost of Debt Analysis | 0.25 | 6 |
| 11/24/19 | Discussion with backstop parties | 2.5 | 1 |
| 11/25/19 | Call with Alix | 1 | 8 |
| 11/25/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/25/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 11/25/19 | Equity Backstop Analysis and Process Work | 0.5 | 8 |
| 11/25/19 | Discussion with backstop parties | 1.5 | 1 |
| 11/25/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 11/26/19 | Equity Backstop Analysis and Process Work | 1 | 8 |
| 11/26/19 | Discussion with backstop parties | 2 | 1 |
| 11/27/19 | Tax Call with PJT | 1 | 8 |
| 11/27/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 11/27/19 | Equity Backstop Analysis and Process Work | 0.25 | 8 |
| 11/27/19 | NOL Securitization Analysis | 0.25 | 8 |
| 11/27/19 | Call with Debevoise regarding deposition | 1 | 1 |
| 11/27/19 | Call with management regarding rate growth | 1 | 8 |
| 11/28/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/28/19 | Recurring Advisor Call | 1 | 1 |
| 11/29/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/29/19 | Equity Backstop Analysis and Process Work | 0.5 | 8 |
| 11/29/19 | Discussion with backstop parties | 2 | 1 |
| 11/30/19 | Equity Backstop Analysis and Process Work | 0.5 | 8 |
| **Nov-19** | **Monthly Subtotal** | **238.3** | |

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Greg Hort (Director)** | | |
| 11/1/19 | calls with advisors/management | 1.5 | 1 |
| 11/4/19 | calls with advisors/management | 1.5 | 1 |
| 11/5/19 | calls with advisors/management | 1 | 1 |
| 11/7/19 | calls with advisors/management | 2 | 1 |
| 11/8/19 | calls with advisors/management | 0.5 | 1 |
| 11/9/19 | calls with advisors/management | 1 | 1 |
| 11/10/19 | calls with advisors/management | 2.5 | 1 |
| 11/11/19 | calls with advisors/management | 1 | 1 |
| 11/12/19 | calls with advisors/management | 1 | 1 |
| 11/13/19 | calls with advisors/management | 2.5 | 1 |
| 11/14/19 | calls with advisors/management | 1 | 1 |
| 11/15/19 | calls with advisors/management | 2.5 | 1 |
| 11/16/19 | calls with advisors/management | 1 | 1 |
| 11/18/19 | calls with advisors/management | 1 | 1 |
| 11/19/19 | calls with advisors/management | 1.5 | 1 |
| 11/20/19 | calls with advisors/management | 1 | 1 |
| 11/25/19 | calls with advisors/management | 1 | 1 |
| 11/27/19 | calls with advisors/management | 1 | 1 |
| 11/29/19 | calls with advisors/management | 1 | 1 |
| 11/30/19 | calls with advisors/management | 1 | 1 |
| **Nov-19** | **Monthly Subtotal** | **26.5** | |

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Eli Silverman (Vice President)** | | |
| 11/1/19 | Preparation of Finance Committee Materials | 5 | 6 |
| 11/1/19 | Board Call | 1.5 | 2 |
| 11/1/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/1/19 | Call with Guggenheim | 1 | 1 |
| 11/1/19 | Call regarding CPUC OII | 1 | 1 |
| 11/2/19 | Preparation of Board / Management Materials | 4 | 6 |
| 11/3/19 | Preparation of Finance Committee Materials | 5.75 | 6 |
| 11/3/19 | Internal Call | 0.5 | 1 |
| 11/3/19 | Call with Cravath | 1 | 1 |
| 11/3/19 | Call with Alix Partners | 1 | 1 |
| 11/4/19 | Finance Committee Call | 2 | 2 |
| 11/4/19 | Internal Call | 0.5 | 1 |
| 11/4/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/4/19 | Call with Weil re Post Petition Interest | 1 | 8 |
| 11/4/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 11/4/19 | Capital Structure Analysis | 5.5 | 6 |
| 11/4/19 | Discussion with backstop parties | 1 | 1 |
| 11/5/19 | Internal Call | 1.5 | 1 |
| 11/5/19 | Call with Cravath | 1 | 1 |
| 11/5/19 | Call with Company & Advisors | 1 | 8 |
| 11/5/19 | Recurring Advisor Call | 1 | 1 |
| 11/5/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/5/19 | Capital Structure Analysis | 4 | 6 |
| 11/5/19 | Call regarding Municipalizaiton (Laz / Weil) | 2 | 6 |
| 11/5/19 | CPUC Call | 2 | 6 |
| 11/6/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 11/6/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 11/6/19 | Capital Structure Analysis | 4 | 6 |
| 11/6/19 | Call regarding CPUC OII | 1 | 1 |
| 11/7/19 | Recurring Advisor Call | 1 | 1 |
| 11/7/19 | Call with Citi | 1 | 8 |
| 11/7/19 | POR / DS Discussion with Weil | 1 | 1 |
| 11/7/19 | Call with PG&E Treasurer to discuss financing options | 2 | 1 |
| 11/7/19 | Strategy call with management regarding financing options | 2 | 1 |
| 11/8/19 | Call with Alix & PJT | 1 | 1 |
| 11/8/19 | Call with Management | 1 | 8 |
| 11/8/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/8/19 | Diligence Call with Advisors | 1 | 4 |
| 11/8/19 | Capital Structure Analysis | 2 | 6 |
| 11/8/19 | Trading Perforance Analysis | 3.5 | 9 |
| 11/8/19 | Discussion with backstop parties | 2 | 1 |
| 11/8/19 | Call with management to discuss municipalization | 1 | 1 |
| 11/8/19 | Call regarding PAO data request | 1 | 1 |
| 11/9/19 | POR Analysis | 6 | 8 |
| 11/9/19 | Discussion with backstop parties | 3 | 1 |
| 11/10/19 | POR Analysis | 10 | 8 |
| 11/10/19 | Discussion with backstop parties | 2 | 1 |
| 11/11/19 | Internal Call | 0.5 | 1 |
| 11/11/19 | Travel to San Francisco | 9 | 9 |
| 11/11/19 | POR Analysis | 3 | 8 |
| 11/11/19 | NOL Securitization Analysis | 2 | 8 |
| 11/11/19 | Call with PG&E Treasurer to discuss testimony | 1 | 1 |
| 11/12/19 | Capital Structure Analysis | 5 | 6 |

| Eli Silverman (Vice President) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 11/12/19 | Recurring Advisor Call | 1 | 1 |
| 11/12/19 | Business Plan Session with Management | 3 | 2 |
| 11/12/19 | Discussion with backstop parties | 3 | 1 |
| 11/12/19 | Discussion with potential interested buyer of PG&E real estate | 3 | 1 |
| 11/13/19 | Internal Call | 1 | 1 |
| 11/13/19 | Meeting with Management | 2 | 8 |
| 11/13/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/13/19 | Meeting with Alix Partners regarding spending reduction initiatives | 1 | 1 |
| 11/13/19 | Travel to New York | 9 | 9 |
| 11/14/19 | Internal Call | 1 | 1 |
| 11/14/19 | UCC Call | 1 | 1 |
| 11/14/19 | Meeting with PJT | 4 | 2 |
| 11/14/19 | Recurring Advisor Call | 1 | 1 |
| 11/14/19 | Tax Discussion with PJT | 1 | 8 |
| 11/14/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/14/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 11/14/19 | Creation of Materials for the Governor Meeting | 3.5 | 6 |
| 11/14/19 | Call with Guggenheim | 1 | 1 |
| 11/15/19 | Call with Alix & PJT | 0.5 | 8 |
| 11/15/19 | Call with Alix & Management | 0.5 | 8 |
| 11/15/19 | Subcommittee Call | 1.5 | 2 |
| 11/15/19 | Call with PJT | 0.5 | 8 |
| 11/15/19 | Call with CPUC | 1 | 8 |
| 11/15/19 | Call with Management | 1 | 8 |
| 11/15/19 | Call with JPM | 3 | 8 |
| 11/15/19 | Call with Management | 0.5 | 8 |
| 11/15/19 | Board Meeting | 2.5 | 2 |
| 11/15/19 | Call with Cravath to discuss backstop | 4 | 1 |
| 11/15/19 | Creation of Materials for Board Meeting | 3.5 | 6 |
| 11/16/19 | Call with individual members of the Board | 1 | 2 |
| 11/16/19 | Internal Call | 0.5 | 1 |
| 11/16/19 | Call with JPM | 1.5 | 8 |
| 11/16/19 | Board Meeting | 2 | 2 |
| 11/16/19 | Creation of Materials for the Governor Meeting | 3 | 6 |
| 11/16/19 | Discussion with backstop parties | 10 | 1 |
| 11/17/19 | Internal Calls | 1 | 1 |
| 11/17/19 | Tax Discussion with PJT | 1 | 8 |
| 11/17/19 | Call with Management & Advisors | 0.75 | 8 |
| 11/17/19 | Call with PJT | 1 | 8 |
| 11/17/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 11/17/19 | Creation of Materials for the Governor Meeting | 2.5 | 6 |
| 11/17/19 | Discussion with backstop parties | 10 | 1 |
| 11/18/19 | Calls with JPM | 3 | 8 |
| 11/18/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/18/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 11/18/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 11/18/19 | Call with management regarding rate growth | 1 | 8 |
| 11/18/19 | Discussion with backstop parties | 4 | 1 |
| 11/18/19 | Call with management to prepare for Governor's meeting | 3 | 8 |
| 11/19/19 | Discussion with backstop parties | 10 | 1 |
| 11/19/19 | Recurring Advisor Call | 1 | 1 |
| 11/19/19 | Diligence Call | 1 | 8 |
| 11/19/19 | Equity Backstop Analysis and Process Work | 1 | 8 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**November 1, 2019 - November 30, 2019**

| | Eli Silverman (Vice President) | | |
|---|---|---|---|
| **Date** | **Description of Work** | **Hours** | **Code** |
| 11/19/19 | Travel to San Francisco | 9 | 9 |
| 11/20/19 | Meeting with PJT | 2 | 8 |
| 11/20/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/20/19 | Call with JPM & Management | 1 | 8 |
| 11/20/19 | Internal Call | 1 | 1 |
| 11/20/19 | Equity Backstop Analysis and Process Work | 4 | 8 |
| 11/20/19 | Discussion with backstop parties | 7 | 1 |
| 11/20/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 11/21/19 | Recurring Advisor Call | 1 | 1 |
| 11/21/19 | Call with Management | 1 | 8 |
| 11/21/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/21/19 | Equity Backstop Analysis and Process Work | 4 | 8 |
| 11/21/19 | Discussion with backstop parties | 7 | 1 |
| 11/21/19 | Travel to New York | 9 | 9 |
| 11/22/19 | Call with Alix | 0.5 | 1 |
| 11/22/19 | Call with Company | 1 | 8 |
| 11/22/19 | Call with PJT | 1 | 8 |
| 11/22/19 | Internal Call | 1 | 1 |
| 11/22/19 | Equity Backstop Analysis and Process Work | 3.5 | 8 |
| 11/22/19 | Discussion with backstop parties | 7 | 1 |
| 11/23/19 | Discussion with backstop parties | 5 | 1 |
| 11/23/19 | Equity Backstop Analysis and Process Work | 1 | 8 |
| 11/24/19 | Call with Weil | 0.5 | 8 |
| 11/24/19 | Equity Backstop Analysis and Process Work | 1 | 8 |
| 11/24/19 | Cost of Debt Analysis | 1 | 6 |
| 11/24/19 | Discussion with backstop parties | 4 | 1 |
| 11/25/19 | Call with Alix | 1 | 8 |
| 11/25/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/25/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 11/25/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 11/25/19 | Discussion with backstop parties | 7 | 1 |
| 11/25/19 | Call with management to discuss Chapter 11 strategy | 1 | 1 |
| 11/26/19 | Equity Backstop Analysis and Process Work | 4 | 8 |
| 11/26/19 | Discussion with backstop parties | 4 | 1 |
| 11/27/19 | Tax Call with PJT | 1 | 8 |
| 11/27/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 11/27/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 11/27/19 | NOL Securitization Analysis | 2 | 8 |
| 11/27/19 | Call with Debevoise regarding deposition | 1 | 1 |
| 11/27/19 | Call with management regarding rate growth | 1 | 8 |
| 11/28/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/28/19 | Recurring Advisor Call | 1 | 1 |
| 11/29/19 | Internal Call | 0.5 | 1 |
| 11/29/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/29/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 11/29/19 | Discussion with backstop parties | 4 | 1 |
| 11/30/19 | Internal Call | 0.5 | 1 |
| 11/30/19 | Equity Backstop Analysis and Process Work | 3 | 8 |
| **Nov-19** | **Monthly Subtotal** | **346.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**November 1, 2019 - November 30, 2019**

| Garrett Deutsch (Associate) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 11/4/19 | Work around post-emergence capital structure and equity financing alternatives | 2 | 6 |
| 11/13/19 | Work around post-emergence capital structure and equity financing alternatives | 2 | 6 |
| 11/14/19 | Work around post-emergence capital structure and equity financing alternatives | 4 | 6 |
| **Nov-19** | **Monthly Subtotal** | **8.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**November 1, 2019 - November 30, 2019**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | Dan Katz (Associate) | | |
| 11/1/19 | Financing Analysis | 8 | 6 |
| 11/2/19 | Credit metrics analysis | 3 | 6 |
| 11/3/19 | Model review and credit metrics analysis | 8 | 6 |
| 11/4/19 | Prepare data responses | 3 | 9 |
| 11/5/19 | Evaluation of securitization structures | 8 | 6 |
| 11/6/19 | Analysis of business plan | 8 | 9 |
| 11/7/19 | Evaluation of securitization structures | 8 | 6 |
| 11/8/19 | Model review and credit metrics analysis | 4 | 6 |
| 11/11/19 | Model review and credit metrics analysis | 9 | 6 |
| 11/12/19 | Model review and credit metrics analysis | 6 | 6 |
| 11/13/19 | In-person diligence sessions with management | 8 | 1 |
| 11/14/19 | In-person diligence sessions with management | 8 | 1 |
| 11/14/19 | Financing Analysis | 7 | 6 |
| 11/15/19 | Financing Analysis | 7 | 6 |
| 11/18/19 | Credit metrics analysis | 4 | 6 |
| 11/19/19 | Credit metrics analysis | 6 | 6 |
| 11/20/19 | Bridge financing modeling | 6 | 6 |
| 11/21/19 | Bridge financing modeling | 4 | 6 |
| 11/22/19 | Analysis of business plan | 3 | 9 |
| 11/23/19 | Credit metrics analysis | 5 | 6 |
| 11/24/19 | Model - update taxes | 5 | 6 |
| 11/25/19 | Analysis of business plan | 6 | 6 |
| 11/26/19 | Analysis of business plan | 4 | 6 |
| 11/27/19 | Bridge financing modeling | 8 | 6 |
| 11/29/19 | Evaluation of securitization structures | 4 | 6 |
| 11/30/19 | Evaluation of securitization structures | 4 | 6 |
| **Nov-19** | **Monthly Subtotal** | **154.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**November 1, 2019 - November 30, 2019**

| | Nathan Mooney (Associate) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 11/1/19 | Preparation of Finance Committee Materials | 5 | 6 |
| 11/1/19 | Board Call | 1.5 | 2 |
| 11/1/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/2/19 | Preparation of Board / Management Materials | 4 | 6 |
| 11/3/19 | Preparation of Finance Committee Materials | 5.75 | 6 |
| 11/3/19 | Internal Call | 0.5 | 1 |
| 11/3/19 | Call with Cravath | 1 | 1 |
| 11/4/19 | Subcommittee Call | 1.5 | 2 |
| 11/4/19 | Internal Call | 0.5 | 1 |
| 11/4/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/4/19 | Call with Weil | 1 | 8 |
| 11/4/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 11/4/19 | Capital Structure Analysis | 5.5 | 6 |
| 11/5/19 | Internal Call | 1.5 | 1 |
| 11/5/19 | Call with Cravath | 1 | 1 |
| 11/5/19 | Call with Company & Advisors | 1 | 8 |
| 11/5/19 | Recurring Advisor Call | 1 | 1 |
| 11/5/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/5/19 | Capital Structure Analysis | 4 | 6 |
| 11/6/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 11/6/19 | Capital Structure Analysis | 4 | 6 |
| 11/7/19 | Recurring Advisor Call | 1 | 1 |
| 11/7/19 | Call with Citi | 1 | 8 |
| 11/7/19 | POR / DS Discussion with Weil | 1 | 1 |
| 11/8/19 | Call with Alix & PJT | 1 | 1 |
| 11/8/19 | Call with Management | 1 | 8 |
| 11/8/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/8/19 | Diligence Call with Advisors | 1 | 4 |
| 11/8/19 | Capital Structure Analysis | 2 | 6 |
| 11/8/19 | Trading Perforance Analysis | 3.5 | 9 |
| 11/9/19 | POR Analysis | 8 | 8 |
| 11/10/19 | POR Analysis | 12 | 8 |
| 11/11/19 | Internal Call | 0.5 | 1 |
| 11/11/19 | Travel to San Francisco | 9 | 9 |
| 11/11/19 | POR Analysis | 3 | 8 |
| 11/12/19 | Capital Structure Analysis | 3.5 | 6 |
| 11/12/19 | Recurring Advisor Call | 1 | 1 |
| 11/12/19 | Business Plan Session with Management | 3 | 2 |
| 11/13/19 | Internal Call | 1 | 1 |
| 11/13/19 | Meeting with Management | 1 | 8 |
| 11/13/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/13/19 | Travel to New York | 9 | 9 |
| 11/14/19 | Internal Call | 1 | 1 |
| 11/14/19 | UCC Call | 1 | 1 |
| 11/14/19 | Meeting with PJT | 2.5 | 2 |
| 11/14/19 | Recurring Advisor Call | 1 | 1 |
| 11/14/19 | Tax Discussion with PJT | 1 | 8 |
| 11/14/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/14/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 11/14/19 | Creation of Materials for the Governor Meeting | 3.5 | 6 |
| 11/15/19 | Call with Alix & PJT | 0.5 | 8 |
| 11/15/19 | Call with Alix & Management | 0.5 | 8 |
| 11/15/19 | Subcommittee Call | 1.5 | 2 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
November 1, 2019 - November 30, 2019

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | Nathan Mooney (Associate) | | |
| 11/15/19 | Call with PJT | 0.5 | 8 |
| 11/15/19 | Call with CPUC | 1 | 8 |
| 11/15/19 | Call with Management | 1 | 8 |
| 11/15/19 | Call with JPM | 1 | 8 |
| 11/15/19 | Call with Management | 0.5 | 8 |
| 11/15/19 | Board Meeting | 2.5 | 2 |
| 11/16/19 | Internal Call | 0.5 | 1 |
| 11/16/19 | Call with JPM | 1.5 | 8 |
| 11/16/19 | Board Meeting | 2 | 2 |
| 11/16/19 | Creation of Materials for the Governor Meeting | 5 | 6 |
| 11/17/19 | Internal Calls | 1 | 1 |
| 11/17/19 | Tax Discussion with PJT | 1 | 8 |
| 11/17/19 | Call with Management & Advisors | 0.75 | 8 |
| 11/17/19 | Call with PJT | 1 | 8 |
| 11/17/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 11/17/19 | Creation of Materials for the Governor Meeting | 2.5 | 6 |
| 11/18/19 | Calls with JPM | 3 | 1 |
| 11/18/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/18/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 11/18/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 11/19/19 | Recurring Advisor Call | 1 | 1 |
| 11/19/19 | Diligence Call | 1 | 8 |
| 11/19/19 | Equity Backstop Analysis and Process Work | 3.5 | 8 |
| 11/20/19 | Meeting with PJT | 2 | 8 |
| 11/20/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/20/19 | Call with JPM & Management | 1 | 8 |
| 11/20/19 | Internal Call | 1 | 1 |
| 11/20/19 | Equity Backstop Analysis and Process Work | 4 | 8 |
| 11/21/19 | Recurring Advisor Call | 1 | 1 |
| 11/21/19 | Call with Management | 1 | 8 |
| 11/21/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/21/19 | Equity Backstop Analysis and Process Work | 4 | 8 |
| 11/22/19 | Call with Alix | 0.5 | 1 |
| 11/22/19 | Call with Company | 1 | 8 |
| 11/22/19 | Call with PJT | 1 | 8 |
| 11/22/19 | Internal Call | 1 | 1 |
| 11/22/19 | Equity Backstop Analysis and Process Work | 3.5 | 8 |
| 11/23/19 | Equity Backstop Analysis and Process Work | 1 | 8 |
| 11/24/19 | Call with Weil | 0.5 | 8 |
| 11/24/19 | Equity Backstop Analysis and Process Work | 1 | 8 |
| 11/24/19 | Cost of Debt Analysis | 1 | 6 |
| 11/25/19 | Call with Alix | 1 | 8 |
| 11/25/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/25/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 11/25/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 11/26/19 | Equity Backstop Analysis and Process Work | 1.5 | 8 |
| 11/27/19 | Tax Call with PJT | 1 | 8 |
| 11/27/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 11/27/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 11/28/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/28/19 | Recurring Advisor Call | 1 | 1 |
| 11/29/19 | Internal Call | 0.5 | 1 |
| 11/29/19 | Discussion with equity holder advisors | 0.5 | 1 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**November 1, 2019 - November 30, 2019**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | Nathan Mooney (Associate) | | |
| 11/29/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 11/30/19 | Internal Call | 0.5 | 1 |
| 11/30/19 | Equity Backstop Analysis and Process Work | 3 | 8 |
| **Nov-19** | **Monthly Subtotal** | **196.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**November 1, 2019 - November 30, 2019**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Matthew Strain (Associate)** | | |
| 11/4/19 | Model Review | 6 | 4 |
| 11/5/19 | Internal Catchup | 1 | 4 |
| 11/7/19 | Model Review | 5 | 4 |
| 11/12/19 | Flight from SF to NYC inlcuding transit to and from airport | 9 | 1 |
| 11/12/19 | Business plan update meeting | 4 | 9 |
| 11/12/19 | NOL financing meeting | 1 | 9 |
| 11/13/19 | Flight from SF to NYC inlcuding transit to and from airport | 9 | 1 |
| 11/13/19 | POR modeling | 5 | 4 |
| 11/14/19 | POR modeling | 10 | 4 |
| 11/15/19 | POR modeling | 6 | 4 |
| 11/18/19 | POR modeling | 6 | 4 |
| 11/19/19 | POR modeling | 5 | 8 |
| 11/20/19 | POR modeling | 6 | 8 |
| 11/21/19 | POR modeling | 6 | 8 |
| 11/22/19 | POR modeling | 6 | 8 |
| 11/25/19 | POR modeling | 4 | 8 |
| 11/26/19 | POR modeling | 5 | 8 |
| 11/27/19 | Updated business plan modeling | 8 | 9 |
| 11/28/19 | Updated business plan modeling | 8 | 9 |
| 11/29/19 | Updated business plan modeling | 2 | 9 |
| 11/30/19 | Updated business plan modeling | 2 | 9 |
| **Nov-19** | **Monthly Subtotal** | **114.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**November 1, 2019 - November 30, 2019**

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | **Liam Fine (Financial Analyst)** | | |
| 11/1/19 | Municipalization analysis per rumored proposal from various CA mayors | 5 | 7 |
| 11/4/19 | Municipalization analysis per proposal from various CA mayors | 5 | 7 |
| 11/5/19 | Municipalization analysis per proposal from various CA mayors | 7 | 7 |
| 11/6/19 | Municipalization analysis per proposal from various CA mayors | 8 | 7 |
| 11/7/19 | Municipalization analysis per proposal from various CA mayors | 8 | 7 |
| 11/8/19 | Municipalization analysis per proposal from various CA mayors | 7 | 7 |
| 11/11/19 | Update ability to finance liabilities analysis | 6 | 9 |
| 11/12/19 | Update ability to finance liabilities analysis | 4 | 9 |
| 11/13/19 | Update ability to finance liabilities analysis | 8 | 9 |
| 11/14/19 | Analysis of Backstop proposal and exit financing options | 9 | 8 |
| 11/15/19 | Analysis of Backstop proposal and exit financing options | 9 | 8 |
| 11/16/19 | Analysis of Backstop proposal and exit financing options | 10 | 8 |
| 11/17/19 | Analysis of Backstop proposal and exit financing options | 10 | 8 |
| 11/18/19 | Analysis of Backstop proposal and exit financing options | 6 | 8 |
| 11/19/19 | Analysis of Backstop proposal and exit financing options | 5 | 8 |
| 11/20/19 | Analysis of Backstop proposal and exit financing options | 6 | 8 |
| 11/21/19 | Analysis of Backstop proposal and exit financing options | 6 | 8 |
| 11/22/19 | Analysis of Backstop proposal and exit financing options | 6 | 8 |
| 11/25/19 | Analysis of Backstop proposal and exit financing options | 4 | 8 |
| 11/26/19 | Analysis of Backstop proposal and exit financing options | 5 | 8 |
| 11/27/19 | Modeling/assessing a refreshed Company business plan | 8 | 9 |
| 11/28/19 | Modeling/assessing a refreshed Company business plan | 8 | 9 |
| 11/29/19 | Modeling/assessing a refreshed Company business plan | 2 | 9 |
| 11/30/19 | Modeling/assessing a refreshed Company business plan | 2 | 9 |
| **Nov-19** | **Monthly Subtotal** | **154.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**November 1, 2019 - November 30, 2019**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | Kevin Hatch (Financial Analyst) | | |
| 11/1/19 | Preparation of Finance Committee Materials | 1.5 | 6 |
| 11/1/19 | Board Call | 1.5 | 2 |
| 11/1/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/2/19 | Preparation of Board / Management Materials | 3 | 6 |
| 11/3/19 | Preparation of Finance Committee Materials | 6.5 | 6 |
| 11/3/19 | Internal Call | 0.5 | 1 |
| 11/3/19 | Call with Cravath | 1 | 1 |
| 11/4/19 | Internal Call | 0.5 | 1 |
| 11/4/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/4/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 11/4/19 | Capital Structure Analysis | 6 | 6 |
| 11/5/19 | Internal Call | 1.5 | 1 |
| 11/5/19 | Call with Company & Advisors | 1 | 8 |
| 11/5/19 | Recurring Advisor Call | 1 | 1 |
| 11/5/19 | Exit financing analysis | 4 | 8 |
| 11/6/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 11/6/19 | Capital Structure Analysis | 6.5 | 6 |
| 11/7/19 | Recurring Advisor Call | 1 | 1 |
| 11/7/19 | Capital Structure Analysis | 4.5 | 6 |
| 11/7/19 | POR / DS Discussion with Weil | 1 | 1 |
| 11/8/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/8/19 | Capital Structure Analysis | 2 | 6 |
| 11/8/19 | Trading Perforance Analysis | 3.5 | 9 |
| 11/9/19 | POR Analysis | 10 | 8 |
| 11/10/19 | POR Analysis | 12.5 | 8 |
| 11/11/19 | Internal Call | 0.5 | 1 |
| 11/11/19 | Capital Structure Analysis | 5.5 | 6 |
| 11/11/19 | POR Analysis | 3 | 8 |
| 11/12/19 | Capital Structure Analysis | 4 | 6 |
| 11/12/19 | Recurring Advisor Call | 1 | 1 |
| 11/12/19 | Exit financing analysis | 2 | 8 |
| 11/13/19 | Internal Call | 1 | 1 |
| 11/13/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/13/19 | Preparation of Board / Mangement Materials | 3.5 | 6 |
| 11/14/19 | Internal Call | 1 | 1 |
| 11/14/19 | Recurring Advisor Call | 1 | 1 |
| 11/14/19 | Creation of Materials for the Governor Meeting | 3 | 6 |
| 11/15/19 | Call with Alix & PJT | 0.5 | 8 |
| 11/15/19 | Call with Alix & Management | 0.5 | 8 |
| 11/15/19 | Call with PJT | 0.5 | 8 |
| 11/15/19 | Call with CPUC | 1 | 8 |
| 11/15/19 | Call with JPM | 1 | 8 |
| 11/15/19 | Call with Management | 0.5 | 8 |
| 11/16/19 | Internal Call | 0.5 | 1 |
| 11/16/19 | Call with JPM | 1.5 | 8 |
| 11/16/19 | Board Meeting | 2 | 2 |
| 11/16/19 | Creation of Materials for the Governor Meeting | 5 | 6 |
| 11/17/19 | Internal Calls | 1 | 1 |
| 11/17/19 | Tax Discussion with PJT | 1 | 8 |
| 11/17/19 | Call with Management & Advisors | 0.75 | 8 |
| 11/17/19 | Call with PJT | 1 | 8 |
| 11/17/19 | Equity Backstop Analysis and Process Work | 5 | 8 |
| 11/17/19 | Creation of Materials for the Governor Meeting | 2.5 | 6 |

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| | Kevin Hatch (Financial Analyst) | | |
| 11/18/19 | Calls with JPM | 3 | 1 |
| 11/18/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/18/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 11/18/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 11/19/19 | Recurring Advisor Call | 1 | 1 |
| 11/19/19 | Diligence Call | 1 | 8 |
| 11/19/19 | Equity Backstop Analysis and Process Work | 3.5 | 8 |
| 11/20/19 | Meeting with PJT | 2 | 8 |
| 11/20/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/20/19 | Call with JPM & Management | 1 | 8 |
| 11/20/19 | Internal Call | 1 | 1 |
| 11/20/19 | Equity Backstop Analysis and Process Work | 4 | 8 |
| 11/21/19 | Recurring Advisor Call | 1 | 1 |
| 11/21/19 | Call with Management | 1 | 8 |
| 11/21/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/21/19 | Equity Backstop Analysis and Process Work | 4 | 8 |
| 11/22/19 | Equity Backstop Analysis and Process Work | 3.5 | 8 |
| 11/23/19 | Equity Backstop Analysis and Process Work | 1 | 8 |
| 11/24/19 | Call with Weil | 0.5 | 8 |
| 11/24/19 | Equity Backstop Analysis and Process Work | 1 | 8 |
| 11/24/19 | Cost of Debt Analysis | 1 | 6 |
| 11/25/19 | Call with Alix | 1 | 8 |
| 11/25/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/25/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 11/25/19 | Equity Backstop Analysis and Process Work | 5 | 8 |
| 11/26/19 | Equity Backstop Analysis and Process Work | 5.5 | 8 |
| 11/27/19 | Tax Call with PJT | 1 | 8 |
| 11/27/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 11/27/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 11/28/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/28/19 | Recurring Advisor Call | 1 | 1 |
| 11/29/19 | Internal Call | 0.5 | 1 |
| 11/29/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 11/29/19 | Equity Backstop Analysis and Process Work | 2 | 8 |
| 11/30/19 | Internal Call | 0.5 | 1 |
| 11/30/19 | Equity Backstop Analysis and Process Work | 3 | 8 |
| **Nov-19** | **Monthly Subtotal** | **179.3** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**November 1, 2019 - November 30, 2019**

| Date | Description of Work | Hours | Code |
|------|---------------------|-------|------|
| | **Dan Liotta (Financial Analyst)** | | |
| 11/1/19 | Preparation of Finance Committee Materials | 5 | 6 |
| 11/2/19 | Preparation of Board / Management Materials | 4 | 6 |
| 11/3/19 | Preparation of Finance Committee Materials | 5.75 | 6 |
| 11/4/19 | Capital Structure Analysis | 4.25 | 6 |
| 11/5/19 | Capital Structure Analysis | 3 | 6 |
| 11/7/19 | Capital Structure Analysis | 4 | 6 |
| 11/8/19 | Trading Perforance Analysis | 3.5 | 9 |
| 11/12/19 | Capital Structure Analysis | 5 | 6 |
| 11/14/19 | Creation of Materials for the Governor | 5.5 | 6 |
| 11/16/19 | Creation of Materials for the Governor | 3 | 6 |
| 11/17/19 | Equity Backstop Analysis and Process Work | 1.5 | 8 |
| 11/17/19 | Creation of Materials for the Governor | 1 | 6 |
| 11/18/19 | Equity Backstop Analysis and Process Work | 5 | 8 |
| 11/19/19 | Equity Backstop Analysis and Process Work | 6.5 | 8 |
| 11/20/19 | Equity Backstop Analysis and Process Work | 7.25 | 8 |
| 11/21/19 | Equity Backstop Analysis and Process Work | 4 | 8 |
| 11/22/19 | Equity Backstop Analysis and Process Work | 6.5 | 8 |
| 11/23/19 | Equity Backstop Analysis and Process Work | 5 | 8 |
| 11/24/19 | Equity Backstop Analysis and Process Work | 4.5 | 8 |
| 11/24/19 | Cost of Debt Analysis | 2.5 | 6 |
| 11/25/19 | Equity Backstop Analysis and Process Work | 7 | 8 |
| 11/26/19 | Equity Backstop Analysis and Process Work | 4.5 | 8 |
| 11/27/19 | Equity Backstop Analysis and Process Work | 6 | 8 |
| 11/29/19 | Equity Backstop Analysis and Process Work | 5 | 8 |
| 11/30/19 | Equity Backstop Analysis and Process Work | 2.5 | 8 |
| **Nov-19** | **Monthly Subtotal** | **111.8** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**November 1, 2019 - November 30, 2019**

| Katherine Tobeason (Analyst) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 11/4/19 | Work around post-emergence capital structure and equity financing alternatives | 3 | 6 |
| 11/13/19 | Work around post-emergence capital structure and equity financing alternatives | 2 | 6 |
| 11/14/19 | Work around post-emergence capital structure and equity financing alternatives | 5 | 6 |
| **Nov-19** | **Monthly Subtotal** | **10.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**November 1, 2019 - November 30, 2019**

| Scott Belinsky (Financial Analyst) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 11/1/19 | Municipalization analysis per rumored proposal from various CA mayors | 4 | 7 |
| 11/4/19 | Municipalization analysis per proposal from various CA mayors | 7 | 7 |
| 11/5/19 | Municipalization analysis per proposal from various CA mayors | 8 | 7 |
| 11/6/19 | Municipalization analysis per proposal from various CA mayors | 6 | 7 |
| 11/7/19 | Municipalization analysis per proposal from various CA mayors | 9 | 7 |
| 11/8/19 | Municipalization analysis per proposal from various CA mayors | 6 | 7 |
| 11/11/19 | Update ability to finance liabilities analysis | 5 | 9 |
| 11/12/19 | Update ability to finance liabilities analysis | 4 | 9 |
| 11/13/19 | Update ability to finance liabilities analysis | 9 | 9 |
| 11/14/19 | Analysis of Backstop proposal and exit financing options | 11 | 8 |
| 11/15/19 | Analysis of Backstop proposal and exit financing options | 12 | 8 |
| 11/16/19 | Analysis of Backstop proposal and exit financing options | 10 | 8 |
| 11/17/19 | Analysis of Backstop proposal and exit financing options | 9 | 8 |
| 11/18/19 | Analysis of Backstop proposal and exit financing options | 4 | 8 |
| 11/19/19 | Analysis of Backstop proposal and exit financing options | 7 | 8 |
| 11/20/19 | Analysis of Backstop proposal and exit financing options | 11 | 8 |
| 11/21/19 | Analysis of Backstop proposal and exit financing options | 6 | 8 |
| 11/22/19 | Analysis of Backstop proposal and exit financing options | 6 | 8 |
| 11/25/19 | Analysis of Backstop proposal and exit financing options | 6 | 8 |
| 11/26/19 | Analysis of Backstop proposal and exit financing options | 7 | 8 |
| 11/27/19 | Modeling/assessing a refreshed Company business plan | 10 | 9 |
| 11/28/19 | Modeling/assessing a refreshed Company business plan | 7 | 9 |
| 11/29/19 | Modeling/assessing a refreshed Company business plan | 4 | 9 |
| 11/30/19 | Modeling/assessing a refreshed Company business plan | 5 | 9 |
| **Nov-19** | **Monthly Subtotal** | **173.0** | |