# EXHIBIT E

## DETAIL OF EXPENSES
## FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

# PG&E Corporation
## Monthly Fee Statement
### Lazard Frères & Co. LLC

**November 1, 2019 - November 30, 2019**

### Fee Calculation

| Item | Amount Incurred |
|---|---:|
| Monthly Fee: November 1, 2019 - November 30, 2019 | $300,000.00 [1] |
| **TOTAL** | **$300,000.00** |

### Summary of Out-of-Pocket Expenses [2]

| Item | Amount Incurred |
|---|---:|
| Car Services and Taxis | $1,899.43 |
| Employee Meals | 151.34 |
| Legal Fees [3] | 186,648.26 |
| Meals-Meetings/Travel | 116.09 |
| Travel | 15,499.08 |
| **TOTAL** | **$204,314.20** |

---

[1] *Lazard's retention was approved pursuant to the terms and conditions set forth in the engagement letter dated January 4, 2019 (the "Engagement Letter"), as limited or modfied by the Retention Order [Dkt. No. 2229].*

[2] *Additional expense detail will be furnished upon request.*

[3] *For legal representation of Lazard. See attached invoices.*

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| OPENING BALANCE | 12/31/1899 | | | - |
| Travel - Air | 12/3/2019 | Daniel Katz | SFO to JFK 11/13/2019 / AMEX | 1,693.60 |
| Travel - Air | 12/3/2019 | Daniel Katz | EWR to SFO 11/12/2019 / AMEX | 1,705.58 |
| Travel - Air | 12/4/2019 | Nathan Mooney | Flt EWR/SFO RT 11/11/2019 / AMEX | 1,500.00 |
| Travel - Air | 12/4/2019 | Nathan Mooney | Flt EWR/SFO RT 10/22/2019 / AMEX | 1,000.00 |
| Travel - Air | 12/4/2019 | Nathan Mooney | Flt SFO/JFK OW coach 11/14/2019 / AMEX | 1,000.00 |
| Travel - Air | 12/4/2019 | Ken Ziman | Refund Flt SFO/JFK OW 10/07/2019 / AMEX | (1,000.00) |
| Travel - Air | 12/4/2019 | Ken Ziman | Refund Flt JFK/SFO OW coach 10/06/2019 / AMEX | (1,000.00) |
| Travel - Air | 12/4/2019 | Ken Ziman | Flt EWR/SFO OW coach 11/04/2019 / AMEX | 1,000.00 |
| Travel - Air | 12/4/2019 | Ken Ziman | Flt SFO/JFK OW Coach 10/23/2019 / AMEX | 1,000.00 |
| Travel - Air | 12/4/2019 | Ken Ziman | Flt JFK/SFO OW coach 11/10/2019 / AMEX | 1,000.00 |
| Travel - Air | 12/4/2019 | Ken Ziman | Flt SFO/JFK OW coach 11/12/2019 / AMEX | 1,000.00 |
| Travel - Air | 12/4/2019 | Ken Ziman | Flt SFO/JFK OW 11/05/2019 / AMEX | 1,000.00 |
| Travel - Air | 12/6/2019 | Matthew Strain | AMERICAN EXPRESS INTERACTIVE N 11/06/2019 / AMEX | 6.00 |
| Travel - Air | 12/6/2019 | Matthew Strain | DELTA R/T JFK/SFO - SFO/JFK  11/12/2019 / AMEX | 2,000.00 |
| Travel - Air | 12/16/2019 | Ken Ziman | Flt SFO/JFK OW coach 11/21/2019 / Cash | 1,000.00 |
| **Travel - Air Total** | | | | **12,905.18** |
| Car Services - After Hours | 12/3/2019 | Kevin Hatch | Lazard/home-NYC 10/15/2019 Time: 22:31 / AMEX | 26.64 |
| Car Services - After Hours | 12/3/2019 | Daniel Katz | W>H, Sat/Sun, 2:26 AM 10/27/2019 Time: 02:26 / AMEX | 29.00 |
| Car Services - After Hours | 12/3/2019 | Daniel Katz | W->H, Wed, 10:56 PM 10/16/2019 Time: 22:56 / AMEX | 31.01 |
| Car Services - After Hours | 12/4/2019 | Nathan Mooney | To home weekend 10/19/2019 Time: 15:20 / AMEX | 47.81 |
| Car Services - After Hours | 12/4/2019 | Nathan Mooney | To home from office late 10/29/2019 Time: 22:07 / AMEX | 22.91 |
| Car Services - After Hours | 12/5/2019 | Liam Fine | UBER LAZARD/HOME 11/05/2019 Time: 22:43 / AMEX | 28.83 |
| Car Services - After Hours | 12/5/2019 | Liam Fine | TAXI LAZARD/HOME 10/25/2019 Time: 22:00 / AMEX | 19.56 |
| Car Services - After Hours | 12/5/2019 | Liam Fine | CREATIVE  LAZARD/HOME 10/27/2019 Time: 22:30 / AMEX | 39.95 |
| Car Services - After Hours | 12/5/2019 | Liam Fine | UBER LAZARD/HOME 10/29/2019 Time: 23:43 / AMEX | 27.26 |
| Car Services - After Hours | 12/5/2019 | Liam Fine | UBER LAZARD/HOME 11/06/2019 Time: 23:56 / AMEX | 26.17 |
| Car Services - After Hours | 12/5/2019 | Liam Fine | UBER LAZARD/HOME 11/07/2019 Time: 22:52 / AMEX | 28.12 |
| Car Services - After Hours | 12/6/2019 | Matthew Strain | Laz to home  UBER 10/29/2019 Time: 01:23 / AMEX | 25.58 |
| Car Services - After Hours | 12/6/2019 | Matthew Strain | Laz to home  UBER 11/05/2019 Time: 22:24 / AMEX | 28.33 |
| Car Services - After Hours | 12/6/2019 | Luke Cummings | W->H, Sun, 8:02PM 10/13/2019 Time: 20:02 / AMEX | 37.37 |
| Car Services - After Hours | 12/6/2019 | Matthew Strain | UBER LAZARD/HOME 10/23/2019 Time: 20:33 / AMEX | 32.72 |
| Car Services - After Hours | 12/6/2019 | Gregory Hort | UBER LAZARD/HOME 10/16/2019 Time: 17:43 / AMEX | 42.98 |
| Car Services - After Hours | 12/6/2019 | Matthew Strain | Laz to home  UBER 11/03/2019 Time: 16:30 / AMEX | 31.44 |

**DEAL ACTIVITY - Open item balance**
**ALL EXPENSES**
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 01/27/2020

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Car Services - After Hours | 12/6/2019 | Luke Cummings | W->H, Mon, 11:33PM 11/04/2019 Time: 23:33 / AMEX | 39.24 |
| Car Services - After Hours | 12/6/2019 | Luke Cummings | W->H, Tues, 11:13PM 10/29/2019 Time: 23:13 / AMEX | 46.25 |
| Car Services - After Hours | 12/6/2019 | Matthew Strain | Laz to home   UBER 10/30/2019 Time: 23:01 / AMEX | 29.44 |
| Car Services - After Hours | 12/6/2019 | Luke Cummings | W->H, Tues, 10:39PM 10/22/2019 Time: 22:39 / AMEX | 52.32 |
| Car Services - After Hours | 12/6/2019 | Matthew Strain | UBER LAZARD/HME 10/16/2019 Time: 10:09 / AMEX | 35.64 |
| Car Services - After Hours | 12/6/2019 | Matthew Strain | Laz to home   UBER 11/03/2019 Time: 20:09 / AMEX | 39.51 |
| Car Services - After Hours | 12/6/2019 | Luke Cummings | W->H, Wed, 11:44PM 10/30/2019 Time: 23:44 / AMEX | 35.24 |
| Car Services - After Hours | 12/9/2019 | Luke Cummings | Uber, W->H, Mon, 10:02 PM 11/11/2019 Time: 22:02 / Cash | 37.74 |
| Car Services - After Hours | 12/9/2019 | Luke Cummings | Uber, W->H, Wed/Thurs, 4:11 AM 11/14/2019 Time: 04:11 / Cash | 34.74 |
| **Car Services - After Hours Total** | | | | **875.80** |
| Car Services - Business Travel | 12/3/2019 | Daniel Katz | Hotel -> Client Mtg 11/12/2019 / AMEX | 20.35 |
| Car Services - Business Travel | 12/3/2019 | Daniel Katz | H->EWR Airport 11/12/2019 / AMEX | 85.61 |
| Car Services - Business Travel | 12/3/2019 | Daniel Katz | SFO Airport -> Hotel 11/12/2019 / AMEX | 93.51 |
| Car Services - Business Travel | 12/4/2019 | Ken Ziman | From home to JFK 11/11/2019 / AMEX | 86.12 |
| Car Services - Business Travel | 12/4/2019 | Ken Ziman | From SFO to Loews SF hotel 11/05/2019 / AMEX | 34.71 |
| Car Services - Business Travel | 12/4/2019 | Ken Ziman | From SFO to hotel in SF 10/23/2019 / AMEX | 38.12 |
| Car Services - Business Travel | 12/4/2019 | Ken Ziman | From PGE office to SFO 11/12/2019 / AMEX | 34.89 |
| Car Services - Business Travel | 12/4/2019 | Ken Ziman | From EWR to home NYC 10/24/2019 / AMEX | 65.98 |
| Car Services - Business Travel | 12/4/2019 | Ken Ziman | From client mtg to LZD SF offc 10/23/2019 / AMEX | 14.59 |
| Car Services - Business Travel | 12/4/2019 | Ken Ziman | From SF hotel to client 10/23/2019 / AMEX | 13.55 |
| Car Services - Business Travel | 12/4/2019 | Nathan Mooney | From EWR to home/nyc 10/24/2019 / AMEX | 82.54 |
| Car Services - Business Travel | 12/4/2019 | Nathan Mooney | From home to EWR 10/22/2019 / AMEX | 78.98 |
| Car Services - Business Travel | 12/4/2019 | Nathan Mooney | From hotel SF to SFO 10/24/2019 / AMEX | 87.27 |
| Car Services - Business Travel | 12/4/2019 | Nathan Mooney | Car from hotel-client mtg 11/12/2019 / AMEX | 16.84 |
| Car Services - Business Travel | 12/4/2019 | Nathan Mooney | From SFO to client mtg SF 10/22/2019 / AMEX | 76.67 |
| Car Services - Business Travel | 12/6/2019 | Matthew Strain | Laz to airport   UBER 11/08/2019 / AMEX | 102.58 |
| Car Services - Business Travel | 12/6/2019 | Gregory Hort | TRISTAR SERVICES US* MAHWAH TO 10/16/2019 / AMEX | 81.98 |
| Car Services - Business Travel | 12/16/2019 | Ken Ziman | Car to Ritz from PGE office 10/07/2019 / Cash | 9.35 |
| **Car Services - Business Travel Total** | | | | **1,023.63** |
| Travel - Hotels | 12/4/2019 | Nathan Mooney | Hotel 1 night@$599 10/23/2019 / AMEX | 599.00 |
| Travel - Hotels | 12/4/2019 | Ken Ziman | Hotel 1 night@$499 SF 11/06/2019 / AMEX | 499.00 |
| Travel - Hotels | 12/4/2019 | Ken Ziman | Hotel SF 2 nights@$400 11/13/2019 / AMEX | 800.00 |
| Travel - Hotels | 12/4/2019 | Ken Ziman | Hotel SF 1 night@$599 10/23/2019 / AMEX | 599.00 |

Case: 19-30088    Doc# 5677-5    Filed: 02/06/20    Entered: 02/06/20 14:35:43    Page 4 of 20

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 01/27/2020

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| **Travel - Hotels Total** | | | | **2,497.00** |
| Travel - WiFi/Data fees - airlines/hotels | 12/6/2019 | Matthew Strain | GOGOINFLIGHT WIFI  877-350-0 11/13/2019 / AMEX | 39.95 |
| Travel - WiFi/Data fees - airlines/hotels | 12/6/2019 | Matthew Strain | HTTP://WWW.GOGOAIR.C 877-350-0 11/11/2019 / AMEX | 17.00 |
| Travel - WiFi/Data fees - airlines/hotels | 12/6/2019 | Matthew Strain | GOGOINFLIGHT WIFI  877-350-0 11/12/2019 / AMEX | 39.95 |
| **Travel - WiFi/Data fees - airlines/hotels Total** | | | | **96.90** |
| Employee Meals - In Office | 12/5/2019 | Katherine Tobeason | Tobeason Katherine M 2019-11-12 17:35:57 Blossom D | 26.25 |
| Employee Meals - In Office | 12/5/2019 | Katherine Tobeason | Tobeason Katherine M 2019-11-06 17:39:29 by Chloe. | 26.20 |
| Employee Meals - In Office | 12/5/2019 | Katherine Tobeason | Tobeason Katherine M 2019-11-13 18:33:30 Sweetgree | 26.25 |
| Employee Meals - In Office | 12/5/2019 | Cleo Tsang | Tsang Cleo M 2019-11-05 18:14:54 Obao Noodles & Ba | 26.25 |
| Employee Meals - In Office | 11/29/2019 | Katherine Tobeason | BY CHLOE ROCK CENTER NEW YORK 11/05/2019 / AMEX | 21.93 |
| Employee Meals - In Office | 12/3/2019 | Kevin Hatch | Dinner/Empellion/NY - 1p 11/03/2019 / AMEX | 24.46 |
| **Employee Meals - In Office Total** | | | | **151.34** |
| Employee Meals - Travel/Other | 12/4/2019 | Nathan Mooney | Travel lunch 2p 11/12/2019 / AMEX | 33.46 |
| Employee Meals - Travel/Other | 12/4/2019 | Nathan Mooney | Travel dinner 1p SF1/2 10/23/2019 / AMEX | 35.00 |
| Employee Meals - Travel/Other | 12/4/2019 | Nathan Mooney | Travel breakfast 1p SF 11/13/2019 / AMEX | 11.37 |
| Employee Meals - Travel/Other | 12/4/2019 | Ken Ziman | Travel dinner 1p SF 11/13/2019 / AMEX | 17.36 |
| Employee Meals - Travel/Other | 12/16/2019 | Ken Ziman | Travel lunch 1p 10/07/2019 / Cash | 18.90 |
| **Employee Meals - Travel/Other Total** | | | | **116.09** |
| Legal Fees | 11/13/2019 | Katten Munchin | LEGAL SVC REND NOV '19 | 186,648.26 |
| **Legal Fees Total** | | | | **186,648.26** |
| **CLOSING BALANCE as of 01/27/2020** | | | | **204,314.20** |

# Katten

Direct Billing Inquiries to:
Lisa Quintana
212-940-8573
lisa.quintana@katten.com

575 Madison Avenue
New York, NY 10022-2585

December 16, 2019

Naomi Wiesen, Esq.
Managing Director and Counsel
Lazard Freres & Co LLC
30 Rockefeller Plaza
New York, NY 10112

Invoice No. 1301592503
Client No. 391608
Matter No. 00003

FEIN: 36-2796532

Re: **PG&E - Pacific Gas & Electric** (391608.00003)

| | |
|---|---:|
| For legal services rendered through November 30, 2019 | $232,786.00 |
| Less: 20% Courtesy Discount | (46,557.20) |
| Sub-Total Fees: | $186,228.80 |
| Disbursements and other charges | $419.46 |
| **CURRENT INVOICE TOTAL:** | **$186,648.26** |

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 01 Nov 19 | Rotenberg, Jonathan | Emails, communications, and review regarding search terms (1.80); emails, communications, and review regarding document review protocol and process, including privilege review, and confidentiality issues (3.10); review confidentiality agreement (.50); related discussions (.50); communications with vendor including discussions regarding tags, batching and other items (1.90) | 7.80 |
| 01 Nov 19 | McQuade, Margaret J. | Draft protocol for document reviewers (5.80); calls with J. Rotenberg and T. Foudy (.70) | 6.50 |
| 01 Nov 19 | Hill, Joanna M. | Review multiple emails with document review team (1.10); review discovery requests and miscellaneous pleadings (1.30); review document review protocol (.80); review first batch of 250 documents (3.60) | 6.90 |
| 01 Nov 19 | Velez, Melissa | Draft discovery chart for document review reference (.80); call regarding document review (.40); review document review protocol (.60); review documents (.70) | 2.50 |
| 01 Nov 19 | O'Brien, Catherine E. | Discuss document review with Katten review team (.60); set up relativity account (.10); review and analyze document review protocol and its appendices (.20); first level document review 250 documents from batch 1 (3.50); first level review 258 documents from batch 6 (3.20) | 7.60 |
| 01 Nov 19 | Robertson, Mario D. | Review of protocol regarding privilege and background details for document review (.20); call with T. Foudy, J. Rotenberg and other associates regarding background details and privilege issues concerning document review (.50); confer with J. Rotenberg regarding call to discuss background details of document review (.10); confer with T. Foudy and J. Rotenberg concerning privilege determinations for document review (.20); analyze 250 documents from batch 2 with respect to responsiveness and attorney client privilege prior to production (3.10); review of revised protocol regarding privilege determinations for document review (.20); review of 250 documents in batch 7 with respect to determinations of privilege and responsiveness (2.40); review of 102 documents in batch 11 with respect to determinations of responsiveness and privilege (1.40) | 8.10 |
| 01 Nov 19 | Brines, Ashley | Phone call regarding document review (.50); review documents for possible production, batch 5 (2.90) | 3.40 |
| 01 Nov 19 | Palmer, Shelby | Phone call regarding document review protocol (.50); review documents in batch 4 for responses to discovery requests (3.00) | 3.50 |
| 01 Nov 19 | Reisman, Steven | Update regarding matters related to PG&E document production (.60); discussions regarding concern of producing privileged documents (.40); follow-up | 1.60 |

2

## PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | regarding same including steps to be taken regarding secondary review and status of document production and review (.60) | |
| 01 Nov 19 | Foudy, Theresa | Edit search terms from Cravath (.30); exchanging emails with vendor on same (.20); calls with J. Rotenberg on same and getting review up and running (.50); exchange emails with J. Rotenberg and vendor regarding review of progress of uploading and preparation for review (.20); exchange emails with reviewers on various specific questions regarding certain documents and confidentiality or privilege (.40); call with reviewers to go through review protocol (.50); review draft document review protocol in connection with same (.30); call with K. Ziman to discuss case progress and deposition preparation (.50); exchange emails with vendor on refinements to highlighting and batching, tagging and search terms (.80); exchange emails with J. Rotenberg and vendor regarding scheduled downtime in system (.20); exchange emails with Cravath on confidentiality and Attorneys' Eyes' Only designations as well as edits to search terms (.50); edit draft review protocol language regarding privilege tagging and exchange emails with B. Churbuck with additional information needed in connection with same (.40); attend to staffing issues to ensure review can be completed in required time frame (.30) | 5.10 |
| 01 Nov 19 | Drew, James | Prepare for and participate in call with Lazard regarding restructuring issues and discovery in connection with exit financing commitments motion and deposition prep (.60); various correspondence regarding document production protocol (.40); prepare for and participate in call with litigation team regarding same (.60); various follow up correspondence regarding same (.60) | 2.20 |
| 01 Nov 19 | Churbuck, Bryant | Review list of Equity Backstop parties and Bridge Financing parties for use in document review protocol (.30); review notices of appearance to cross-reference attorneys in PG&E case with Equity Backstop parties and Bridge Financing parties for use in document review protocol (.80); draft email regarding identity of the Equity Backstop parties and Bridge Financing parties (.20); draft email regarding attorneys representing Equity Backstop parties and Bridge Financing parties (.10); draft email regarding billing guidelines in bankruptcy cases for PG&E production team (.50); review the Official Committee of Tort Claimants' document demand letter (1.00); conference with PG&E document production team regarding document production protocol (.50); review initial | 6.80 |

## PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | document review protocol for production pursuant to the document requests made by the Official Committee of Unsecured Creditors, the Official Committee of Tort Claimants, and the Ad Hoc Committee of Senior Unsecured Noteholders (.40); review and label Lazard emails and documents for production pursuant to the document requests made by the Official Committee of Unsecured Creditors, the Official Committee of Tort Claimants, and the Ad Hoc Committee of Senior Unsecured Noteholders (3.00) | |
| 02 Nov 19 | Rotenberg, Jonathan | Emails, communications, and analysis regarding document review in response to various RFPs (including privilege, confidentiality, and responsive calls) (4.10); communications with vendor and review team regarding logistics, document processing and timing of production (1.40) | 5.50 |
| 02 Nov 19 | McQuade, Margaret J. | Review background documents for purpose of document review (.20); review and tag documents responsive to document requests (6.20); calls with J. Rotenberg and vendor regarding productions (.70); call with document vendor regarding estimated time for production (.30); correspondence regarding same (.40) | 7.80 |
| 02 Nov 19 | Watson, Silke G. | Analyze review protocols, requests, and review documents (2.50) | 2.50 |
| 02 Nov 19 | Velez, Melissa | Document review (1.90); review emails regarding updated protocol (.60) | 2.50 |
| 02 Nov 19 | O'Brien, Catherine E. | First level document review 250 documents from batch 14 (3.50) | 3.50 |
| 02 Nov 19 | O'Brien, Catherine E. | First level review 250 documents from batch 18 (3.50); review 235 documents out of 250 from batch 23 (3.10) | 6.60 |
| 02 Nov 19 | Robertson, Mario D. | Confer with T. Foudy and other associates concerning determinations of privilege and responsiveness for document review (.30); Analyze 149 documents from batch 11 with respect to responsiveness and attorney client privilege prior to production (1.70); Analyze 252 documents from batch 19 regarding responsiveness and privilege determinations (2.40); Confer with associates regarding attorneys eyes only tag for document review (.10); Analyze 74 documents from batch 25 with respect to responsiveness and attorney client privilege prior to production (.80) | 5.30 |
| 02 Nov 19 | Brines, Ashley | Review documents for possible production, batches 16, 22, and 31 (5.90) | 5.90 |
| 02 Nov 19 | Palmer, Shelby | Review documents in batch 15 for responses to discovery requests (4.00) | 4.00 |
| 02 Nov 19 | Reisman, Steven | Continued update regarding document production and status and review of emails regarding same (.70) | 0.70 |
| 02 Nov 19 | Foudy, Theresa | Review emails with vendor regarding batching issues and timing for production to be completed in order for vendor to get to Cravath (.60); review and respond to | 1.70 |

# PROFESSIONAL SERVICES
## Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | reviewer questions concerning confidentiality designations, responsiveness, and privilege on certain specified documents (.90); exchange emails with M. McQuade regarding volume of documents to be reviewed and staffing necessary to complete in time-frame (.20) | |
| 02 Nov 19 | Ó Tuama, Donncha | Review of client / debtor documents for responsiveness and privilege in response to document request from Tort Claimants (7.20) | 7.20 |
| 02 Nov 19 | Drew, James | Review various correspondence regarding document review and privilege issues (.60) | 0.60 |
| 02 Nov 19 | Churbuck, Bryant | Review and label Lazard emails and documents for production pursuant to the document requests made by the Official Committee of Unsecured Creditors, the Official Committee of Tort Claimants, and the Ad Hoc Committee of Senior Unsecured Noteholders (8.00) | 8.00 |
| 03 Nov 19 | Rotenberg, Jonathan | Emails, communications, and analysis regarding document review in response to various RFPs (including privilege, confidentiality, and responsive calls) (5.30); communications with vendor and review team regarding logistics, document processing and timing of production (1.70); discussions with Debtors counsel regarding production status and related items (.50) | 7.40 |
| 03 Nov 19 | McQuade, Margaret J. | Conference call with Planet Data regarding production specifications (.60); review and tag responsive documents (9.60); correspondence with vendor regarding search requests and production specifications (2.10) | 12.30 |
| 03 Nov 19 | Watson, Silke G. | Analyze review protocols, requests, and review documents (6.50) | 6.50 |
| 03 Nov 19 | Velez, Melissa | Document review (.90); review emails regarding document review protocol (.70) | 1.60 |
| 03 Nov 19 | O'Brien, Catherine E. | First level review 272 documents from batch 28 (3.50) | 3.50 |
| 03 Nov 19 | O'Brien, Catherine E. | Complete first level review of final 17 documents from batch 23 (.40) | 0.40 |
| 03 Nov 19 | O'Brien, Catherine E. | First level review 250 documents from batch 30 (3.10) | 3.10 |
| 03 Nov 19 | Robertson, Mario D. | Analyze 178 documents from batch 25 with respect to determinations of responsiveness and privilege concerning tort claimants' requests for production (1.90); confer with T. Foudy and other associates concerning updates regarding privilege of documents (.30); analyze 251 documents in batch 35 regarding privilege and responsiveness determinations concerning tort claimants' requests for production (3.20); analyze 252 documents in batch 43 with respect to determinations of privilege and responsiveness concerning tort claimants' request for production (3.30) | 8.70 |
| 03 Nov 19 | Brines, Ashley | Review documents for possible production, batches 38, 40, 41, 44, 48, and 51 (9.40) | 9.40 |

Client: 391608 – Lazard Freres & Co LLC  
Invoice No. 1301592503  
Invoice Date: December 16, 2019

## PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 03 Nov 19 | Foudy, Theresa | Exchange emails on status of production, marking of documents, quality checking of review, timing deadlines and responding to reviewer questions on specific documents (1.20); review and add to production set back-up analysis received from E. Silverman regarding analyses discussed in K. Ziman declaration (.30); review emails with K. Ziman concerning status of anticipated deposition and preparation sessions therefore (.10) | 1.60 |
| 03 Nov 19 | Ó Tuama, Donncha | Review of client / debtor documents for responsiveness and privilege in response to document request from Tort Claimants (13.40) | 13.40 |
| 03 Nov 19 | Churbuck, Bryant | Review and label Lazard emails and documents for production pursuant to the document requests made by the Official Committee of Unsecured Creditors, the Official Committee of Tort Claimants, and Ad Hoc Committee of Senior Unsecured Noteholders (15.00) | 15.00 |
| 04 Nov 19 | Rotenberg, Jonathan | Analysis, communications, and discussions regarding document review in response to various RFPs (including privilege, confidentiality, and responsive calls) (4.30); communications with vendor regarding metadata and production logistics (1.00); discussions with Debtors counsel regarding motion status and related items (.60) | 5.90 |
| 04 Nov 19 | McQuade, Margaret J. | Call with Cravath associate regarding document production (.10); conduct quality control review of document production (2.90); call with J. Rotenberg regarding document production (.20); conference call with document review vendor and Cravath regarding production (.40); correspondence with document review vendor regarding document production (1.90); send production instructions to Cravath (.30) | 5.80 |
| 04 Nov 19 | Reisman, Steven | Update regarding matters related to document production, timing, status of matters in Chapter 11 case of PG&E and status of matters regarding restructuring support agreement (1.00); follow-up regarding same (.40) | 1.40 |
| 04 Nov 19 | Foudy, Theresa | Review emails on second-level review, QC process, coordinating with Cravath, and completing production (.60); exchange emails with S. Reisman on negotiations with fee examiner (.10); review sample "hot" document from review (.10); review update on court filings for expected timing of deposition (.10) | 0.90 |
| 04 Nov 19 | Ó Tuama, Donncha | Quality control review of documents reviewed by Katten team for responsiveness and privilege in response to document request from Tort Claimants (3.80) | 3.80 |
| 04 Nov 19 | Drew, James | Review docket and recent pleadings including letter regarding exit financing motion and related discovery (.50) | 0.50 |

6

Client: 391608 – Lazard Freres & Co LLC

Invoice No. 1301592503
Invoice Date: December 16, 2019

## PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 04 Nov 19 | Churbuck, Bryant | Review and label Lazard emails and documents for production pursuant to the document requests made by the Official Committee of Unsecured Creditors, the Official Committee of Tort Claimants, and the Ad Hoc Committee of Senior Unsecured Noteholders (.70); review Governor Newsom's letter to Judge Montali (.60); review scheduling order approved by Judge Montali (.30); review revised restructuring support agreement filed by Debtors and Ad Hoc Subrogation Group (1.40); draft email to T. Foudy, S. Reisman, and J. Drew regarding amended restructuring support agreement, Judge Montali's scheduling order, and Governor Newsom's letter to Judge Montali (.60); review the Official Committee of Unsecured Creditor's Letter to Judge Montali regarding discovery dispute on exit financing motion (.70); review Ad Hoc Committee of Senior Unsecured Noteholders' Letter to Judge Montali regarding discovery dispute on exit financing motion (.10); draft email to T. Foudy, S. Reisman and J. Drew regarding discovery dispute on exit financing motion (.30) | 5.70 |
| 05 Nov 19 | Rotenberg, Jonathan | Emails, communications, and analysis regarding document review in response to various RFPs (including privilege, confidentiality, and responsive calls) (.70); communications with vendor and review team regarding logistics, document processing and timing of production (1.90); discussions with Debtors counsel regarding production status and related items (.10) | 2.70 |
| 05 Nov 19 | McQuade, Margaret J. | Correspondence with vendor regarding hot docs (.20); correspondence with document review team (.90); review documents tagged as "hot" by reviewers (2.90) | 4.00 |
| 05 Nov 19 | Foudy, Theresa | Review updates on letters and filings regarding discovery (.20); draft notes on expected topics and lines of questions for K. Ziman deposition (.40); draft email to client updating on same and document production (.10); review documents marked "hot" by reviewers and attend to issues with need to claw-back documents for potential privilege issues (.80) | 1.50 |
| 05 Nov 19 | Churbuck, Bryant | Review Debtors' Amended Joint Plan of Reorganization (1.50); compare Debtors' Amended Joint Plan of Reorganization with its previously filed plan (.70); prepare redline version of Debtor's plan for T. Foudy, S. Reisman, and J. Drew (.20); draft email to T. Foudy, S. Reisman, and J. Drew regarding Debtor's Amended Joint Plan of Reorganization (.60); review Ad Hoc Committee of Senior Unsecured Noteholders' Letter to Judge Montali regarding discovery dispute on exit financing motion (.30); draft email to T. Foudy, S. Reisman, and J. Drew regarding discovery dispute on | 5.00 |

7

## PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | exit financing motion (.20); review Debtors' Letter to Judge Montali regarding discovery dispute on exit financing motion (.30); draft email to T. Foudy, S. Reisman, and J. Drew regarding Debtors' response to all of the discovery dispute letters sent to Judge Montali (.20) | |
| 06 Nov 19 | Rotenberg, Jonathan | Emails, communications, and analysis regarding new round of search terms and document review in response to various RFPs (2.30); communications with vendor and review team regarding logistics, batching and timing of new production (1.20); discussions with Debtors' counsel and Katten lawyers regarding K. Ziman deposition (.50); review motion papers and background materials for deposition preparation (2.80) | 6.80 |
| 06 Nov 19 | Robertson, Mario D. | Confer with J. Rotenberg regarding review of documents concerning additional search terms for tort claimants' requests for production (.10); confer with M. McQuade regarding guidance for second round of document review concerning tort claimants' requests for production (.20); review of revised protocol and tort claimants' requests for production with respect to second round of document review (.30); analyze 51 documents from batch 1 of second round of review with respect to determinations of privilege and responsiveness (1.00) | 1.60 |
| 06 Nov 19 | Reisman, Steven | General update regarding matters related to document production and potential need for K. Ziman's deposition and follow-up regarding same (.60) | 0.60 |
| 06 Nov 19 | Foudy, Theresa | Review Cravath email regarding running additional searches and production (.10); attend to staffing and implementation of same (.50); confer with S. Reisman on K. Ziman deposition preparation (.10); confer with J. Rotenberg on same (.10) | 0.80 |
| 06 Nov 19 | Churbuck, Bryant | Draft email to T. Foudy, S. Reisman, and J. Drew regarding reimbursement of legal fees as an expense by Lazard in other bankruptcy cases (1.00) | 1.00 |
| 07 Nov 19 | Rotenberg, Jonathan | Review motion papers and background materials for deposition preparation (5.50); analysis and communications regarding second round of document productions (privilege, confidentiality and responsiveness calls) (1.70) | 7.20 |
| 07 Nov 19 | McQuade, Margaret J. | Communications with J. Rotenberg regarding documents necessary for K. Ziman deposition preparation (2.20); communications with vendor and document review team regarding document production (1.00); conduct quality control review of document production (.90) | 4.10 |
| 07 Nov 19 | Wong, Anthony | Analyze SEC filings (.20); gather relevant items for attorney review (.10) | 0.30 |
| 07 Nov 19 | O'Brien, Catherine E. | First level document review 100 documents from batch | 6.50 |

Case: 19-30088   Doc# 5677-5   Filed: 02/06/20   Entered: 02/06/20 14:35:43   Page 13 of 20

## PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | 3 (2.10); first level document review 100 documents from batch 5 (2.30); first level document review 100 documents from batch 7 (2.10) | |
| 07 Nov 19 | Robertson, Mario D. | Analyze 49 documents from batch 1 of second round of document review with respect to determinations of privilege and responsiveness (1.00); analyze 22 documents from batch 4 of second round of document review with respect to privilege and responsiveness determinations (.30); confer with M. McQuade regarding updates related to privilege determinations for second round of document review (.10); analyze 100 documents from batch 4 of second round of document review concerning determinations of privilege and responsiveness (1.40); confer with M. McQuade regarding documents for deposition preparation of K. Ziman (.10) | 2.90 |
| 07 Nov 19 | Brines, Ashley | Review documents for production and second round batches 64 and 67 (3.20) | 3.20 |
| 07 Nov 19 | Foudy, Theresa | Draft email to K. Ziman regarding update on deposition and prep sessions (.10); review summary of J. Rotenberg call with Cravath (.10); review and respond to document reviewers' privilege questions regarding specific documents and documents identified as "hot" (.50); review update emails on progress of review and mechanics of production to Cravath (.20) | 0.90 |
| 07 Nov 19 | Ó Tuama, Donncha | Review and analyze documents for privilege for production to Tort Claimants (2.10) | 2.10 |
| 07 Nov 19 | Drew, James | Review correspondence regarding exit financing motion and K. Ziman deposition (.20) | 0.20 |
| 07 Nov 19 | Churbuck, Bryant | Review and analyze Lazard emails and documents for production pursuant to the document requests made by the Official Committee of Unsecured Creditors, the Official Committee of Tort Claimants, and the Ad Hoc Committee of Senior Unsecured Noteholders (2.50); Review and compile responsive documents for witness deposition binder for the deposition of K. Ziman (1.00) | 3.50 |
| 08 Nov 19 | Rotenberg, Jonathan | Review motion papers and background materials for deposition preparation (1.80) and related outlining (2.30); analysis and communications regarding second round of document productions (privilege, confidentiality and responsiveness calls) (1.40) | 5.50 |
| 08 Nov 19 | McQuade, Margaret J. | Correspondence and calls with vendor, Cravath, and Katten team regarding document production (1.70); arrange for creation of hot doc folder for J. Rotenberg (.20) | 1.90 |
| 08 Nov 19 | Wong, Anthony | Analyze documents relating to upcoming deposition and revise binder relating to same (1.20) | 1.20 |
| 08 Nov 19 | O'Brien, Catherine E. | Review documents and email relating to Bridge Financing Facility and Equity Backstop Commitment agreements to assist with preparation for K. Ziman's | 3.20 |

## PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | deposition (3.20) | |
| 08 Nov 19 | Robertson, Mario D. | Confer with M. McQuade and C. O'Brien regarding documents concerning deposition preparation of K. Ziman (.20); Analyze emails and documents from database regarding negotiations and formation of backstop agreement and bridge loan (1.80); Analyze emails and documents from database regarding deposition preparation for K. Ziman (1.50) | 3.50 |
| 08 Nov 19 | Foudy, Theresa | Review emails on progress and process of production (.30); exchange emails regarding expected timing of K. Ziman deposition and preparation (.30); review and respond to S. Reisman email regarding K. Ziman deposition preparation (.10); review updates on court filings relevant to Lazard production and K. Ziman deposition (.20) | 0.90 |
| 08 Nov 19 | Drew, James | Review correspondence regarding document production and K. Ziman deposition prep (.20) | 0.20 |
| 08 Nov 19 | Churbuck, Bryant | Review Judge Montali's docket order regarding need for a telephonic conference to discuss discovery dispute on exit financing motion (.20); review Reorg intel on letter sent by California mayors to California Public Utilities Commission regarding converting the Debtors into a mutual benefit corporation (.20); review lawsuit filed by California residents against California challenging the constitutionality of AB 1054 (.30); draft email to T. Foudy, S. Reisman, and J. Drew regarding cancellation of discovery dispute hearing, the constitutional challenge to AB 1054, and the letter sent by California mayors to the California Public Utilities Commission (.20) | 0.90 |
| 10 Nov 19 | Wong, Anthony | Analyze documents relating to K. Ziman and prepare binder (.70) | 0.70 |
| 11 Nov 19 | Rotenberg, Jonathan | Review documents regarding backstop negotiation history (2.90); related discussions and communications with case team (.50) | 3.40 |
| 11 Nov 19 | Wong, Anthony | Analyze documents and prepare binder relating to key discussions relating to negotiations (1.30) | 1.30 |
| 11 Nov 19 | Foudy, Theresa | Review update on material court filings (.10) | 0.10 |
| 11 Nov 19 | Drew, James | Review docket summary regarding subrogation claim motion (.40) | 0.40 |
| 11 Nov 19 | Churbuck, Bryant | Review Tort Committee's objection to the revised restructuring support agreement between Debtors and the Ad Hoc Group of Subrogation Claimants (.50); review Adventist Health's renewed objection to the revised restructuring support agreement between Debtors and the Ad Hoc Group of Subrogation Claimants (.40); review Governor Gavin Newsom's objection to the revised restructuring support agreement between Debtors and the Ad Hoc Group of Subrogation Claimants (.30); draft email to T. Foudy, | 2.00 |

## PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | J. Drew, and S. Reisman regarding objections of the Tort Committee, Adventist Health, and Governor Gavin Newsom to the revised restructuring support agreement (.50); review stipulation to extend bar date for wildfire victims (.20); draft email to T. Foudy, J. Drew and S. Reisman regarding stipulation to extend bar date (.10) | |
| 12 Nov 19 | Foudy, Theresa | Review J. Rotenberg summary of update from Cravath on expected timing of further discovery of Lazard (.10) | 0.10 |
| 12 Nov 19 | Churbuck, Bryant | Review Official Committee of Unsecured Creditors' objection to the revised restructuring support agreement (.60); review Ad Hoc Group of Subrogation Claim Holders' statement in support of the revised restructuring support agreement (.30); review indenture trustee BOKF's objection to the revised restructuring support agreement (.70); draft email to T. Foudy, J. Drew, and S. Reisman regarding objections of the Official Committee of Unsecured Creditors and BOKF to the revised restructuring support agreement, and the Ad Hoc Group of Subrogation Claim Holders' statement in support of the revised restructuring support agreement (.50) | 2.10 |
| 13 Nov 19 | Foudy, Theresa | Confer with J. Hein on process of review and production of documents (.20) | 0.20 |
| 13 Nov 19 | Churbuck, Bryant | Review order extending the bar date for wildfire claim victims that had not filed proofs of claim (.20); review notice of continued hearing for rescheduled oral argument on restructuring support agreement motion (.10); draft email to T. Foudy, J. Drew, and S. Reisman regarding rescheduled hearing on the restructuring support agreement (.10) | 0.40 |
| 14 Nov 19 | Rotenberg, Jonathan | Discussions and communications with Debtors' counsel and case regarding Lazard document review (1.40); related review and analysis of key documents (.80) | 2.20 |
| 14 Nov 19 | McQuade, Margaret J. | Call with Cravath and J. Rotenberg regarding privilege issue in production; meet with J. Rotenberg regarding same (.90); review documents earmarked for clawback (.50); call with J. Rotenberg (.20); draft e-mail to Cravath summarizing Katten's view on document production (1.20) | 2.80 |
| 14 Nov 19 | Wong, Anthony | Analyze documents and attention to follow-up relating to brief (.30) | 0.30 |
| 14 Nov 19 | Foudy, Theresa | Review and respond to email from B. Dunn regarding fee examiner (.20); confer with J. Rotenberg regarding issue with document production (.20) | 0.40 |
| 14 Nov 19 | Drew, James | Briefly review docket and recent pleadings (.30) | 0.30 |
| 15 Nov 19 | Rotenberg, Jonathan | Discussions and communications with case team and Cravath regarding Lazard document review (2.00); related review and analysis of key documents (.90) | 2.90 |

Case: 19-30088   Doc# 5677-5   Filed: 02/06/20   Entered: 02/06/20 14:35:43   Page 16 of 20

## PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 15 Nov 19 | McQuade, Margaret J. | Draft timeline of emails explaining Katten involvement in Cravath's document production (5.30) | 5.30 |
| 15 Nov 19 | Wong, Anthony | Analyze documents and prepare same for attorney review/circulation (1.90) | 1.90 |
| 15 Nov 19 | Foudy, Theresa | Confer with S. Reisman regarding document review issue (.30); confer with J. Rotenberg regarding same (.20); review and forward key emails in regards to same (.30); review and edit draft timeline of review (.80) | 1.60 |
| 15 Nov 19 | Churbuck, Bryant | Review fee examiner's request to the Court that the fee procedures and protocol be approved by court order (.20); review Centerview's first fee application (.40); review Centerview's second fee application (.60); draft email to T. Foudy, S. Reisman, and J. Drew regarding fee examiner's quest for an order approving the fee procedures and protocol (.10); review Judge Montali's order regarding confirmation scheduling on the TCC/AHC plan of reorganization (.30); draft email to T. Foudy, S. Reisman, and J. Drew regarding Judge Montali's confirmation scheduling order (.20) | 1.80 |
| 16 Nov 19 | McQuade, Margaret J. | Update timeline of Katten's involvement (.30); draft e-mail to Lazard summarizing firm's involvement (3.20) | 3.50 |
| 16 Nov 19 | Foudy, Theresa | Edit draft timeline of document review and provide instructions in regard to emails relevant in connection with same (.50); review and edit draft cover email to client on same and confer with S. Reisman on his comments to same and revised in light of said comments (1.50) | 2.00 |
| 17 Nov 19 | McQuade, Margaret J. | Review clawback emails and create spreadsheet of applicable reviewers and privilege issues in connection with same (1.70) | 1.70 |
| 18 Nov 19 | McQuade, Margaret J. | Discuss Lazard/PG&E clawback situation with A. Paccione and J. Rotenberg (.30) | 0.30 |
| 18 Nov 19 | Foudy, Theresa | Confer with K. Ziman on board discussions and follow-up interview with P. Curnin on same (.20); draft summary email to S. Reisman in regards to same (.10); confer with S. Reisman on same (.20); confer with J. Rotenberg on same (.30); exchange emails with P. Curnin regarding interview (.10) | 0.90 |
| 18 Nov 19 | Drew, James | Review materials regarding revised equity backstop proposal by PG&E (.60) | 0.60 |
| 18 Nov 19 | Churbuck, Bryant | Review Tort Claimaints' brief in opposition to Debtors' inverse condemnation motion (.30); review Ad Hoc Group of Subrogation Claim Holders' brief in opposition to Debtors' inverse condemnation motion (.20); review City and County of San Francisco's brief in opposition to Debtors' inverse condemnation motion (.10); review Judge Montali's fee procedures and protocol Order (.10); prepare email to T. Foudy, S. Reisman, and J. Drew regarding briefs on the inverse | 1.00 |

## PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| | | condemnation issue and Judge Montali's fee procedures and protocol Order, and Debtors' 11/18 8-K filing (.30) | |
| 19 Nov 19 | McQuade, Margaret J. | Draft talking points for call with Simpson Thacher (1.10); meet with T. Foudy, J. Rotenberg, and S. Reisman in advance of Simpson Thacher call (.50); call with aforementioned Katten partners and Simpson Thacher (.70); call with Katten partners and J. Hein regarding same (.20); call with Katten partners and K. Ziman regarding same (.10); debrief with J. Rotenberg (.10); correspondence with Cravath regarding Cravath request for non-bates stamped version of documents from prior production (.10); correspondence and calls with R. Brady and document vendor regarding provision of documents requested by Cravath (.20); review spreadsheet outlining documents to be sent to Cravath (.10); send documents to Cravath and outline instructions for download (.10) | 3.20 |
| 19 Nov 19 | Foudy, Theresa | Call with J. Hein to discuss production and privilege issues (.30); review emails with Cravath and vendor regarding additional requests (.30); pre-meet with J. Rotenberg, S. Reisman, and M. McQuade for call with P. Curnin (.40); participate in call and follow-up discussions with J. Hein and K. Ziman and with S. Reisman on next steps (1.00); review and draft email to S. Reisman regarding proposed emails to send to P. Curnin (.20) | 2.20 |
| 20 Nov 19 | McQuade, Margaret J. | Respond to email from M. Verde requesting clawback emails (.20) | 0.20 |
| 20 Nov 19 | Foudy, Theresa | Reviewing email to be provided to P. Curnin (.20); exchanging emails with client regarding provision of emails to P. Curnin (.20); draft email to P. Curnin with emails requested (.20); exchange emails with Cravath regarding new requests for collection and production from Lazard (.20); draft emails to client regarding same (.20); exchange emails with M. McQuade regarding preparation for same (.10) | 1.10 |
| 21 Nov 19 | McQuade, Margaret J. | Draft summary of privilege issues in production per J. Rotenberg request (2.20) | 2.20 |
| | | **TOTALS:** | **352.00** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00003: PG&E - Pacific Gas & Electric

| | Attorney or Assistant | Hours | Rate | Amount |
|---|---|---|---|---|
| 44597 | Brines, Ashley | 21.90 | 450.00 | $9,855.00 |
| 45542 | Churbuck, Bryant | 53.20 | 515.00 | $27,398.00 |
| 45511 | Drew, James | 5.00 | 890.00 | $4,450.00 |
| 44843 | Foudy, Theresa | 22.00 | 1,050.00 | $23,100.00 |
| 43405 | Hill, Joanna M. | 6.90 | 695.00 | $4,795.50 |
| 43281 | McQuade, Margaret J. | 61.60 | 785.00 | $48,356.00 |
| 45084 | Ó Tuama, Donncha | 26.50 | 645.00 | $17,092.50 |
| 44306 | O'Brien, Catherine E. | 34.40 | 440.00 | $15,136.00 |
| 44599 | Palmer, Shelby | 7.50 | 450.00 | $3,375.00 |
| 44842 | Reisman, Steven | 4.30 | 1,220.00 | $5,246.00 |
| 44307 | Robertson, Mario D. | 30.10 | 440.00 | $13,244.00 |
| 41237 | Rotenberg, Jonathan | 57.30 | 875.00 | $50,137.50 |
| 43994 | Velez, Melissa | 6.60 | 515.00 | $3,399.00 |
| 43396 | Watson, Silke G. | 9.00 | 645.00 | $5,805.00 |
| 43659 | Wong, Anthony | 5.70 | 245.00 | $1,396.50 |
| | **TOTAL:** | **352.00** | | **$232,786.00** |

## DISBURSEMENTS
Matter 00003: PG&E - Pacific Gas & Electric

| Date | Description | Amount |
|---|---|---:|
| 07 Nov 19 | Color Printing | 376.75 |
| 07 Nov 19 | VENDOR: CourtAlert.com, Inc.; INVOICE#: 199538-1910; DATE: 10/31/2019 Case monitoring, dockets, searches and litigation alerts | 20.96 |
| 18 Nov 19 | VENDOR: Pacer Service Center; INVOICE#: KM3277-OCT19-NYC; DATE: 11/12/2019 - Acct #3277: Pacer court cost incurred in October 2019, New York. | 0.60 |
| 20 Nov 19 | PAYEE: Arkadin Inc.; REQUEST#: 833638; DATE: 11/14/2019. - To record Arkadin Teleconferencing charges, Inv #INUS191000691, dated 10/31/19; Conference call on 10/31/19, #12900910, T. Foudy. | 9.15 |
| 28 Nov 19 | Binding:11/7/19 | 12.00 |
| | **TOTAL:** | **$419.46** |

## SUMMARY OF DISBURSEMENTS
Matter 00003: PG&E - Pacific Gas & Electric

| | |
|---|---:|
| Telephone Charges | $9.15 |
| Printing/ Binding | $388.75 |
| Court Costs | $21.56 |
| **TOTAL:** | **$419.46** |

**MATTER TOTAL:**     $233,205.46