UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING FIFTH MONTHLY FEE STATEMENT OF DEVELOPMENT SPECIALISTS, INC. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2019 THROUGH SEPTEMBER 30, 2019**<br><br>[Re: Docket No. 5387]<br><br>**OBJECTION DATE**: February 5, 2020 |

**THE MONTHLY FEE STATEMENT**

On January 15, 2020, Development Specialists, Inc ("**DSI**" or the "**Applicant**"), financial advisor to the Official Committee of Tort Claimants ("**Tort Committee**"), filed its Fifth Monthly Fee Statement of Development Specialists, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of September 1, 2019 through September 30, 2019 [Docket No. 5387] (the "**Fifth Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bank. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* entered on February 28, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

The Fifth Monthly Fee Statement was served as described in the Certificate of Service of Heidi Hammon-Turano, filed on January 16, 2020, [Docket. No. 5395]. The deadline to file responses or oppositions to the Fifth Monthly Fee Statement was February 5, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to

- 1 -

possession are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Fifth Monthly Fee Statement upon the filing of this certification and without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is attached hereto as **Exhibit A**.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am the Senior Managing Director of the firm of Development Specialists, Inc. and financial advisor to the Official Committee of Tort Claimants.

2. I certify that I have reviewed the Court's docket in these cases and have not received any response or opposition to the Fifth Monthly Fee Statement.

3. This declaration was executed in Los Angeles, California.

Dated: February 6, 2020              Respectfully submitted,

DEVELOPMENT SPECIALISTS, INC.

By: _____
R. Brian Calvert
Senior Managing Director
*Financial Advisor to the Official
Committee of Tort Claimants*

# EXHIBIT A

Professional Fees and Expenses
Fifth Monthly Fee Statement

| Applicant | Fee Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Development Specialists, Inc.<br><br>Financial Advisors to the Official Committee of Tort Claimants | Fifth Monthly<br><br>9/1/19 to 9/30/19<br><br>[Docket No 5387, filed 1/15/2020 | $262,104.00 | $6,155.96 | 2/05/2020 | $209,683.20 | $6,155.96 | $52,420.80 |