**Exhibit A**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**Exhibit A**

**COMMITTEE MEMBERS INCURRING EXPENSES FOR SERVICES RENDERED ON BEHALF OF THE TCC FROM DECEMBER 1, 2019 THROUGH JANUARY 31, 2020**

| Name | Position | Total Expenses Incurred |
|------|----------|-------------------------|
| Karen M. Lockhart | Chair | $405.02 |
| Karen Gowins | Member | $820.38 |
| Samuel Maxwell | Member | $927.51 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO