**Exhibit B**

**Exhibit B**

**EXPENSE SUMMARY**
**FOR THE PERIOD DECEMBER 1, 2019 THROUGH JANUARY 31, 2020**

| EXPENSES | AMOUNTS |
|---|---|
| Mileage Reimbursement | $408.78 |
| Transportation/Parking/Tolls | $242.92 |
| Meals | $164.52 |
| Lodging | $1,336.69 |
| **Total Expenses Requested:** | **$2,152.91** |