**Exhibit C**

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case NO. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM

1. Name of Committee Member:  Karen M. Lockhart
2. Description of Committee Business:  Committee Mtg
3. Date of Committee Business:  January 10, 2020
4. Location of Committee Business:  Napa, CA
5. Date of Travel  January 9, 2020 – January 10, 2020
   Description of trip (start/end locations)  Yuba City to Napa to Yuba City

6. Reimbursable Expenses:

   (a) Transportation:

   (1) Air or Rail Fare

   (2) Personal automobile miles at $.58 per mile  $126.44
       Total miles traveled: 218
           Yuba City to Napa/Napa Area to Yuba City
   (3) Taxi/Uber/Lyft/Public Transportation/Bart

   (4) Parking/Tolls

   (5) Other (describe)

   (b) Lodging:

   (1) Hotel (excluding meals)  $229.33

   (c) Meals

   (1) Breakfast 1/10/20  $15.00

   (2) Dinner 1/9/2020  $34.25

**TOTAL REIMBURSEMENT SOUGHT**  $ 405.02

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*Karen M. Lockhart* (signature)

Karen M. Lockhart

*NAPA Committee Mtg*
*1-10-2020*

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

**COMMITTEE EXPENSE FORM**

(If You Need Additional Space You May Attach Additional Pages)

1 Name of Committee Member: *Karen K Gowins*
2 Description of Committee Business: *All committee in Person Mtng*
3 Date of Committee Business: *1-10-2020*
4 Location: *NAPA - Marriott Napa Valley Hotel*
5 Name of Representative Attending Meeting: *Karen K. Gowins*
6 Reimbursable Expenses
  (a)  Transportation:
    (1)  ~~Air or Rail Fare~~ *Car Rental* — $165.67
    (2)  Personal automobile miles at $.58 per mile *320.8 Round Trip* — 186.06
    (3)  Taxi/Uber/Lyft/Public Transport
    (4)  Parking/Tolls
    (5)  Other (describe)
  (b)  Lodging:
    (1)  Hotel (excluding meals) — 458.48
  (c)  Meals:
    (1)  Breakfast — 10.17
    (2)  Lunch (not reimburseable)
    (3)  Dinner

**TOTAL REIMBURSEMENT SOUGHT** — $820.38

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

*Karen K. Gowins*    1/14/2020
(Signature of Committee Member)

Case: 19-30088   Doc# 5679-3   Filed: 02/06/20   Entered: 02/06/20 16:48:19   Page 3 of 4

In re PG&E Corporation and Pacific Gas and Electric Company
Lead Case No. 19-30088
Official Committee of Tort Claimants

## COMMITTEE EXPENSE FORM
(If You Need Additional Space You May Attach Additional Pages)

1 Name of Committee Member: **SAMUEL MAXWELL**
2 Description of Committee Business: **COURT APPEARANCE**
3 Date of Committee Business: **12-17-2019**
4 Location: **450 GOLDEN GATE AVE., SF**
5 Name of Representative Attending Meeting: **SAMUEL, WENDY & Wm MAXWELL**
6 Reimbursable Expenses
   (a) Transportation:
       (1) Air or Rail Fare
       (2) Personal automobile miles at $ .58 per mile  *166 MILES*   **96.28**
       (3) Taxi/Uber/Lyft/Public Transport
       (4) Parking/Tolls    **177.25**
       (5) Other (describe)
   (b) Lodging:
       (1) Hotel (excluding meals)   **648.88**
   (c) Meals:
       (1) Breakfast
       (2) Lunch (not reimbursable)
       (3) Dinner    **105.10**

**TOTAL REIMBURSEMENT SOUGHT**    **927.51**

*Please Attach Backup for Each Item Sought (Receipts, Starting and Ending Locations for Mileage, etc.)*

I hereby certify that the above expenses were incurred by me in connection with attendance at a Committee meeting or other authorized Committee business.

(Signature of Committee Member)