Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons
Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**February 7, 2020**

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building
& United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: Transmittal of Record on Appeal to District Court: **PG& E Corporation and Pacific Gas and Electric Case No.: 19-30088-DM, Judge Dennis Montali and District Court Case No. 4:20-cv-00787-HSG**

Dear Clerk:

We are electronically transmitting the following documents to your court for the above referenced matter:

X  Docket Report
X  Certificate of Record
X  Appellant's Designation of Items and Statement of Issues
X  Appellee's Designation of Additional Items
☐  Cross-Appellant's Designation of Additional Items and Statement of Issues (if applicable)
☐  Cross-Appellee's Designation of Additional Items (if applicable)
☐  Certificate of No Transcript Requests (if applicable)
☐  Statement of Evidence When a Transcript in Unavailable (if applicable)
☐  Agreed Statement as the Record on Appeal (if applicable)

If you have any questions, please contact me *at* **(415) 268-2373.**

Sincerely,

Edward J. Emmons
Clerk of Court

By: <u>DaWana Chambers</u>
      **Deputy Clerk**

Case: 19-30088    Doc# 5684    Filed: 02/07/20    Entered: 02/07/20 08:38:57    Page 1 of 1