WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

CRAVATH, SWAINE & MOORE LLP
Paul H. Zumbro (*pro hac vice*)
(pzumbro@cravath.com)
Kevin J. Orsini (*pro hac vice*)
(korsini@cravath.com)
Omid H. Nasab (*pro hac vice*)
(onasab@cravath.com)
825 Eighth Avenue
New York, NY 10019
Tel: 212 474 1000
Fax: 212 474 3700

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

MUNGER, TOLLES & OLSON LLP
Fred A. Rowley, Jr. (#192298)
(fred.rowley@mto.com)
Mark R. Yohalem (#243596)
(mark.yohalem@mto.com)
350 South Grand Ave
Los Angeles, CA 90071-3426
Tel: 213 683 9100

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**DEBTORS' STATEMENT OF ISSUES, DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL, AND CERTIFICATION REGARDING TRANSCRIPTS** |

NOTICE IS HEREBY GIVEN that PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (together, "**Debtors**" or "**Appellants**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby provide, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the following statement of issues, designation of the items to be included in the record, and certificate regarding transcripts in connection with Appellant's Notice of Appeal [Docket No. 5156] (the "**Notice of Appeal**"). As set forth in the Notice of Appeal, Appellants appeal from the *Order on Applicability of Inverse Condemnation; Rule 54(b) Certification* entered on December 3, 2019 [Docket No. 4949] (the "**Order**") and the related *Memorandum Decision on Inverse Condemnation* entered on November 27, 2019 [Docket No. 4895] (the "**Memorandum**"). In light of the stay of the underlying estimation proceedings before the District Court, the Debtors intend to seek an order staying the appeal and are filing this statement to preserve their appellate rights.

## STATEMENT OF ISSUE ON APPEAL

The Order and Memorandum raise at least the following legal issue:

1. Did the United States Bankruptcy Court for the Northern District of California err in finding that inverse condemnation applies to the Debtors under California State Law?

2. Did the United States Bankruptcy Court for the Northern District of California err in finding that inverse condemnation applies to the Debtors notwithstanding the Debtors' argument that application of inverse condemnation to the Debtors violates the Takings Clause of the Fifth Amendment of the United States Constitution and the Debtors' substantive due process rights under the United States Constitution?

## DESIGNATION OF RECORD ON APPEAL

Appellants hereby designate the following items to be included in the record on appeal, which includes all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

| Item | Filing Date | Docket No.[1] |
|---|---|---|
| Motion for the Establishment of Wildfire Claims Estimation Procedures | July 18, 2019 | 3091 |
| Declaration of Kevin J. Orsini in Support of Debtors' Motion for the Establishment of Wildfire Claims Estimation Procedures | July 18, 2019 | 3092 |
| Objection of the City and County of San Francisco to Debtors' Motion Pursuant to 11 USC Sections 105(a) and 502(c) for Establishment of Wildfire Claims Estimation Procedures | August 7, 2019 | 3412 |
| Sonoma Clean Power Authority's Reservation of Rights and Statement Concerning: (a) Ad Hoc Noteholders Motion to Limit Exclusive Period; (b) Ad Hoc Subrogation Group Motion to Limit Exclusive Period; (c) Tort Claimants Committee Motion for Relief from Stay Regarding the Tubbs Fire; (d) Ad Hoc Subrogation Group Motion for Relief from Stay Regarding the Tubbs Fire; (e) Debtors Motion to Establish Wildfire Claims Estimation Procedures | August 7, 2019 | 3415 |
| Ad Hoc Committee of Senior Unsecured Noteholders' Joinder and Response to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures and Response to the Court's Questions Raised at the July 24, 2019 Hearing | August 7, 2019 | 3418 |
| Ad Hoc Group of Subrogation Claim Holders' Objection to Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures | August 7, 2019 | 3419 |
| Declaration of Benjamin P. McCallen in Support of Ad Hoc Group of Subrogation Claim Holders' Objection to Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures | August 7, 2019 | 3419-1 |
| Response of the California State Agencies to Debtors' Motion Pursuant to 11 U.S.C. §§105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures | August 7, 2019 | 3421 |
| Response of the United States of America to Debtors' Motion Pursuant to 11 U.S.C. 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures | August 7, 2019 | 3424 |

---

[1] Unless otherwise indicated, all references herein to "Docket No." shall be to the docket maintained in the Chapter 11 Cases.

Case: 19-30088    Doc# 5240-1    Filed: 12/31/19    Entered: 12/31/19 12:37:21    Page 3 of 8

| Item | Filing Date | Docket No.[1] |
|---|---|---|
| Objection and Joinder to the Ad Hoc Group of Subrogation Claim Holders' Objection to Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures filed by Interested Party State Farm Mutual Automobile Insurance Company | August 7, 2019 | 3426 |
| Statement of The Official Committee of Unsecured Creditors in Support of Debtors' Motion for the Establishment of Wildfire Claims Estimation Procedures | August 7, 2019 | 3429 |
| Statement of Certain PG&E Shareholders in Support of Debtors' Motion for the Establishment of Wildfire Claims Estimation Procedures | August 7, 2019 | 3430 |
| Opposition of The Official Committee of Tort Claimants to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures | August 7, 2019 | 3431 |
| Declaration of Thomas R. Kreller in Support of the Statement of The Official Committee of Unsecured Creditors in Support of Debtors' Motion for the Establishment of Wildfire Claims Estimation Procedures | August 7, 2019 | 3434 |
| Declaration of Michael A. Kelly in Support of the Opposition of the Official Committee of Tort Claimants to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures | August 7, 2019 | 3436 |
| Objection To Debtors Motion Pursuant To 11 U.S.C. §§ 105(A) And 502(C) For The Establishment Of Wildfire Claims Estimation Procedures | August 7, 2019 | 3437 |
| Declaration of Roger K. Pitman, M.D. in Support of the Objection of The Official Committee of Tort Claimants to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures | August 7, 2019 | 3440 |
| Ex Parte Application of The Official Committee of Tort Claimants Pursuant to B.L.R. 9013-1(c) for Entry of an Order Authorizing Oversize Briefing for Opposition to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures | August 7, 2019 | 3443 |

Case: 19-30088    Doc# 5240-1    Filed: 12/31/19    Entered: 12/31/19 12:37:21    Page 4 of 8

| Item | Filing Date | Docket No.[1] |
|---|---|---|
| Declaration of Lauren T. Attard in Support of Ex Parte Application of the Official Committee of Tort Claimants Pursuant to B.L.R. 9013-1(c) for Entry of an Order Authorizing Oversize Briefing for Opposition to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures | August 7, 2019 | 3445 |
| Errata Sheet Regarding Opposition of The Official Committee of Tort Claimants to the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures | August 7, 2019 | 3448 |
| Opposition to Debtors' Motion Pursuant to 11 U.S.C 105(a) and 502(c) For the Establishment of Wildfire Claims Estimation Procedures Filed by Creditor SLF Fire Victim Claimants | August 7, 2019 | 3451 |
| Ex Parte Application for Order Pursuant to L.B.R. 9013-1(c) Authorizing Oversize Briefing for Debtors' Omnibus Reply in Further Support of the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures | August 9, 2019 | 3496 |
| Debtors' Omnibus Reply in Support of Motion for the Establishment of Wildfire Claims Estimation Procedures | August 11, 2019 | 3498 |
| Supplemental Declaration of Kevin J. Orsini in Support of Debtors' Omnibus Reply in Support of Motion for the Establishment of Wildfire Claims Estimation Procedures | August 11, 2019 | 3499 |
| Order Pursuant to L.B.R. 9013-1(c) Authorizing Oversize Briefing for Debtors' Omnibus Reply in Further Support of the Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures | August 12, 2019 | 3511 |
| Order Regarding Further Hearings on Estimation Motion and Other Case Scheduling Matters | August 20, 2019 | 3619 |
| Brief Re: Estimation Process Pursuant to 11 U.S.C. Sections 105(a) and 502(c) for the Establishment of Wildfire Claims Estimation Procedures Filed by Creditor SLF Fire Victim Claimants | August 20, 2019 | 3631 |
| Statement of the Official Committee of Tort Claimants Regarding August 27, 2019 Status Conference on Estimation | August 23, 2019 | 3672 |
| Statement of the Debtors in Advance of the August 27, 2019 Status Conference on Estimation | August 25, 2019 | 3687 |

| Item | Filing Date | Docket No.[1] |
|---|---|---|
| Status Conference Statement Filed by Interested Party Ad Hoc Group of Subrogation Claim Holders | August 26, 2019 | 3690 |
| Joinder in Statement of the Ad Hoc Group of Subrogation Claim Holders Regarding August 27. 2019 Status Conference on Estimation Filed by Interested Party The Baupost Group, LLC | August 26, 2019 | 3696 |
| Joinder To Statement Of The Official Committee Of Tort Claimants Regarding August 27, 2019 Status Conference On Estimation Filed by Creditors David Herndon et al. | August 26, 2019 | 3698 |
| Letter to Judge Montali Regarding Inverse Condemnation Briefing | October 22, 2019 | 4398 |
| Joint Brief/Memorandum in Support of Position of Debtors and the Official Committee of Unsecured Creditors and Supplemental Statement of the PG&E Shareholders Concerning the Applicability of Inverse Condemnation | October 25, 2019 | 4485 |
| Declaration of Kevin J. Orsini in Support of Joint Brief/Memorandum in Support of Position of Debtors and the Official Committee of Unsecured Creditors and Supplemental Statement of the PG&E Shareholders Concerning the Applicability of Inverse Condemnation | October 25, 2019 | 4486 |
| Order Establishing Pre-Confirmation Briefing and Hearing Schedule for Certain Legal Issues | October 31, 2019 | 4540 |
| Memorandum of Points and Authorities in Support of Opposition to Debtors Motion re Inverse Condemnation Filed by Certain Fire Victim Creditors | November 15, 2019 | 4768 |
| Declaration of Dario De Ghetaldi in Support of Opposition to Debtors Motion re Inverse Condemnation | November 15, 2019 | 4769 |
| Response Brief of the Official Committee of Tort Claimants Concerning the Applicability of Inverse Condemnation [Dkt. No. 4485] | November 15, 2019 | 4773 |
| Declaration of David B. Rivkin in Support of Response Brief of the Official Committee of Tort Claimants Concerning the Applicability of Inverse Condemnation | November 15, 2019 | 4775 |
| Joinder In The Response Brief Of The Official Committee Of Tort Claimants Concerning The Applicability Of Inverse Condemnation Filed by the Ad Hoc Group of Subrogation Claim Holders | November 15, 2019 | 4780 |

Case: 19-30088    Doc# 5240    Filed: 02/07/20    Entered: 02/07/20 08:32:57    Page 6 of 8

| Item | Filing Date | Docket No.[1] |
|---|---|---|
| Partial Joinder of the City and County of San Francisco to the Reply Brief of the Official Committee of Tort Claimants Concerning the Applicability of Inverse Condemnation | November 15, 2019 | 4781 |
| DOCKET TEXT ORDER (no separate order issued:) At the hearing on November 19, 2019, counsel for Debtors, the OCC and the PG&E Shareholders (see Dkt. No. 4485, at fn. 18) should explain why West v. American Tel. & Tel. Co., 311 U.S. 223 (1940), cited several times by the TCC but not at all by any of them, is not dispositive as to how this court MUST rule on the present question presented. Further, they need to identify just what specific markers or indicators (not simply arguments in these and other similar briefs filed in other proceedings) this court should look to in order to predict that the California Supreme Court would reverse the current case law applying inverse condemnation law to IOUs such as Debtors (Dkt. No 4485, at 3:13-14). (Montali, Dennis) | November 17, 2019 | N/A |
| Memorandum Decision on Inverse Condemnation | November 27, 2019 | 4895 |
| Order on Applicability of Inverse Condemnation; Rule 54(b) Certification | December 3, 2019 | 4949 |
| Memorandum Regarding Certification for Direct Appeal to Court of Appeals | December 3, 2019 | 4953 |
| Certification for Direct Appeal to Court of Appeals | December 3, 2019 | 4954 |
| Amended Memorandum Regarding Certification for Direct Appeal to Court of Appeals | December 3, 2019 | 4965 |
| Amended Certification for Direct Appeal to Court of Appeals | December 3, 2019 | 4967 |
| **Hearing Transcripts** | **Filing Date** | **Docket No.** |
| Transcript of July 24, 2019 Hearing | July 25, 2019 | 3188 |
| Transcript of August 14, 2019 Hearing | August 15, 2019 | 3563 |
| Transcript of August 27, 2019 Hearing | August 28, 2019 | 3738 |
| Transcript of the October 23, 2019 Hearing | October 24, 2019 | 4467 |
| Transcript of the November 19, 2019 Hearing | November 20, 2019 | 4819 |

Appellants reserve the right to designate additional items for inclusion in the record and/or restate issues presented on appeal.

# CERTIFICATION REGARDING TRANSCRIPTS

Appellants certify pursuant to Bankruptcy Rule 8009(b)(1) that they are not ordering any transcripts. All transcripts have been prepared, are filed on the docket, and have been designated in the record.

Dated: December 31, 2019

**CRAVATH, SWAINE & MOORE LLP**
**WEIL, GOTSHAL & MANGES LLP**
**MUNGER, TOLLES & OLSON LLP**
**KELLER & BENVENUTTI LLP**

By: /s/ *Kevin J. Orsini*
      Kevin J. Orsini

*Attorneys for Debtors and Debtors in Possession*