# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Andrew Q. Chan, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On January 29, 2020, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

3. On January 30, 2020, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

1

Executed this 5th day of February 2020, at New York, NY.

_____
Andrew Q. Chan

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5505 | Daleo, Inc.<br>550 E Luchessa Ave<br>Gilroy, CA 95020 | SPCP Group, LLC<br>Attn: Brian Jarmain and Operations<br>2 Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br><br>SPCP Group, LLC<br>c/o Pryor Cashman LLP<br>Attn: Ronald S. Beacher<br>7 Times Square<br>New York, NY 10036<br><br>SPCP Group, LLC<br>Attn: Chris Wahl<br>Mail Code: 11084<br>PO Box 70280<br>Philadelphia, PA 19176-0280 | January 29, 2020 |
| 5506<br>5507 | Daleo, Inc.<br>550 E Luchessa Ave<br>Gilroy, CA 95020<br><br>Daleo, Inc.<br>Sweeney Mason Wilson & Bosomworth<br>983 University Avenue, Suite 104C<br>Los Gatos, CA 95032 | SPCP Group, LLC<br>Attn: Brian Jarmain and Operations<br>2 Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830<br><br>SPCP Group, LLC<br>c/o Pryor Cashman LLP<br>Attn: Ronald S. Beacher<br>7 Times Square<br>New York, NY 10036<br><br>SPCP Group, LLC<br>Attn: Chris Wahl<br>Mail Code: 11084<br>PO Box 70280<br>Philadelphia, PA 19176-0280 | January 29, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5528 | Normandy Machine Company Inc<br>Attn: Julie Garett<br>815 E. Cherry St<br>Troy, MO 63379 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | January 30, 2020 |
| 5529 | Wesley Alan Cook<br>c/o Cook Construction<br>19260 Eddy Court<br>Cottonwood, CA 96022 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | January 30, 2020 |
| 5549<br>5550<br>5551<br>5552<br>5553 | Tenaris Global Services USA Corporation<br>2200 West Loop South, Suite 800<br>Houston, TX 77027 | Whitebox Multi-Strategy Partners, LP<br>c/o Whitebox Advisors<br>Attn: Scott Specken<br>3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416-4675 | January 30, 2020 |