# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In re: PG&E CORPORATION and
PACIFIC GAS AND ELECTRIC COMPANY,
Debtors

Chapter 11
Case No. 19-30088 (DM)
Jointly Administered

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Cowen Special Investments LLC**
Name of Transferee

**AUTHOR IT SOFTWARE CORPORATION**
Name of Transferor

Name and Address where notices and payments to transferee should be sent:

Cowen Special Investments LLC
599 Lexington Avenue, 21st Floor
New York, NY 10022

Schedule Number #1032807
Claim Amount Transferred: $319,500.00
Date Claim Filed: N/A

Phone: 646-616-3032

Last Four Digits of Acct #: N/A

Phone:

Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jeffrey Caress
    Transferee/Transferee's Agent

Date: February 7, 2020

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Exhibit A

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **AUTHOR IT SOFTWARE CORPORATION LLC** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to Cowen Special Investments LLC ("Assignee") 100% (or **$319,500.00**) of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code), against Pacific Gas and Electric Company (the "Debtor"), the debtor in Case No. 19-30088 ("Case") pending in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. _____) filed by Assignor or its predecessor-in-interest with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 7 day of February 2020.

**AUTHOR IT SOFTWARE CORPORATION**

By: *John Shelley*
Name: John Shelley
Title: CFO


**COWEN SPECIAL INVESTMENTS LLC**

By: *[signature]*
Name: John McDermott
Title: Authorized Signatory

## Schedule E/F: Creditors Who Have Unsecured Claims

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

| | Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|---|
| **Trade Payables** | | | | | | | | |
| 3.353 | ATLAS COPCO COMPRESSORS LLC<br>1800 OVERVIEW DR<br>ROCK HILL, SC 29730 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $23,485 |
| 3.354 | ATLAS FIELD SERVICES LLC<br>3900 ESSEX LN STE 775<br>HOUSTON, TX 77027 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $1,797,452 |
| 3.355 | ATLAS PERFORMANCE INDUSTRIES INC<br>P.O. BOX 5754<br>SANTA MARIA, CA 93456 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $4,705 |
| 3.356 | ATMOSPHERIC ANALYSIS<br>1534 EASTMAN AVE STE A<br>VENTURA, CA 93003 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $2,459 |
| 3.357 | ATMOSPHERIC AND ENVIRONMENTAL<br>131 HARTWELL AVE<br>LEXINGTON, MA 02421-3136 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $20,340 |
| 3.358 | ATMOSPHERIC DATA SOLUTIONS LLC<br>18121 IRVINE BLVD STE H<br>TUSTIN, CA 92780 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $106,200 |
| 3.359 | A-TOWN AV INC<br>5005 TRAFFIC WAY<br>ATASCADERO, CA 93422 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $46,068 |
| 3.360 | ATPD INC<br>1321 RIDDER PARK DR # 50<br>SAN JOSE, CA 95131 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $1,284,318 |
| 3.361 | ATT<br>909 CHESTNUT ST, 39-N-13<br>ST LOUIS, CA 63101 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $1,919 |
| 3.362 | ATTN:MEDICAL LEGAL KAISER PERMANENT<br>901 NEVIN AVENUE<br>RICHMOND, CA 94801 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $15 |
| 3.363 | AUTHOR IT SOFTWARE CORPORATION<br>1109 FIRST AVE 5TH FL STE 500<br>SEATTLE, WA 98101 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $319,500 |

Page 34 of 9581 to Schedule E/F Part 2

Case: 19-30088　Doc# 906-4　Filed: 03/14/19　Entered: 03/14/19 23:02:08　Page 34 of 308
Case: 19-30088　Doc# 5691　Filed: 02/07/20　Entered: 02/07/20 11:47:28　Page 3 of 3