# Exhibit A - Index of Recorded Liens and Partial Releases

| Ref. no. | Ex. B. pp. | Job no(s). | County | Lien information | | | Release information | | | Against | Remaining | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Recorded | No. | Amount | Recorded | No. | Amount | | | |
| 1 | 2–5 | 21-17-402 | San Francisco | 1/9/2020 | 2020K887679 | $198,035.75 | | | | Pac. Gas & Elec. Co. | $198,035.75 | |
| 2 | 6–12 | 21-17-425 | San Mateo | 11/25/2019 | 2019-099862 | $91,877.56 | 1/24/2020 | 2020-006591 | $43,236.08 | Pac. Gas & Elec. Co. | $48,641.48 | |
| 3 | 13–16 | 21-18-302 | Contra Costa | 11/21/2019 | 20190208900 | $50,178.09 | | | | Pac. Gas & Elec. Co. | $50,178.09 | |
| 4 | 17–22 | 21-18-364 | Mendocino | 12/23/2019 | 2019-15731 | $20,678.08 | 1/24/2020 | 2020-00873 | $5,232.08 | Pac. Gas & Elec. Co. | $15,446.00 | |
| 5 | 23–29 | 21-18-366 | San Francisco | 11/18/2019 | 2019K858220 | $23,225.20 | 1/24/2020 | 2020K895418 | $1,818.41 | Pac. Gas & Elec. Co. | $21,406.79 | |
| 6 | 30–33 | 21-17-437-001 | Lake | 11/25/2019 | 2019015222 | $203,280.23 | | | $116,627.49 | Pac. Gas & Elec. Co. | $86,652.74 | * |
| 7 | 34–37 | 21-17-437-002 | Sonoma | 11/25/2019 | 2019086878 | $2,170.37 | | | | Pac. Gas & Elec. Co. | $2,170.37 | |
| 8 | 38–41 | 21-17-437-007 | Sonoma | 11/26/2019 | 2019087903 | $1,074.70 | | | | Pac. Gas & Elec. Co. | $1,074.70 | |
| 9 | 42–47 | 21-17-437-008 | Mendocino | 11/25/2019 | 2019-14624 | $254,228.83 | 1/24/2020 | 2020-00872 | $252,981.95 | Pac. Gas & Elec. Co. | $1,246.88 | |
| 10 | 48–51 | 21-17-441-001 | Shasta | 11/25/2019 | 2019-0036459 | $114,808.72 | | | | Pac. Gas & Elec. Co. | $114,808.72 | |
| 11 | 52–55 | 21-17-441-002 | Butte | 11/26/2019 | 2019-0051580 | $179,706.44 | | | | Pac. Gas & Elec. Co. | $179,706.44 | |
| 12 | 56–59 | 21-17-441-004 | Yuba | 11/25/2019 | 2019-016268 | $1,276.00 | | | | Pac. Gas & Elec. Co. | $1,276.00 | |
| 13 | 60–63 | 21-17-441-005 | El Dorado | 11/26/2019 | 20190050798 | $141,029.17 | | | | Pac. Gas & Elec. Co. | $141,029.17 | |
| 14 | 64–67 | 21-17-441-006 | Sacramento | 11/25/2019 | 201911250662 | $3,819.74 | | | | Pac. Gas & Elec. Co. | $3,819.74 | |
| | | | | | | | | | | Total: | $865,492.87 | |

* Roebbelen received partial payment of $116,627.49 on this lien. Roebbelen no longer claims the entirety of the originally recorded lien amount but has been unsuccessful in its attempts to record a corresponding partial lien release with the Lake County Recorder's Office. The reduced outstanding amount of $86,652.74 is used for calculations in this Notice (i.e., the total amounts owing to Roebbelen, etc.).