# EXHIBIT A

## COMPONSATION BY PROFESSIONAL
## NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

The attorneys who rendered professional services in these chapter 11 cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | DEPARTMENT[1] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Karotkin, Stephen | BFR | 1977 | $1,695.00 | 188.60 | $319,677.00 |
| Goldring, Stuart J. | Tax | 1984 | $1,695.00 | 36.70 | $62,206.50 |
| Slack, Richard W. | Litigation | 1987 | $1,325.00 | 86.40 | $114,480.00 |
| Pari, Joseph M. | Tax | 1988 | $1,695.00 | 34.10 | $57,799.50 |
| Wessel, Paul J. | Tax | 1988 | $1,695.00 | 6.00 | $10,170.00 |
| Connolly, Annemargaret | Corporate | 1988 (MA) | $1,400.00 | 1.20 | $1,680.00 |
| Adams, Frank R. | Corporate | 1993 | $1,525.00 | 5.60 | $8,540.00 |
| Tsekerides, Theodore E. | Litigation | 1994 | $1,225.00 | 141.20 | $172,970.00 |
| Goltser, Lyuba | Corporate | 2002 | $1,250.00 | 1.30 | $1,625.00 |
| Liou, Jessica | BFR | 2009 | $1,175.00 | 187.10 | $219,842.50 |
| Goslin, Thomas D. (Counsel) | Corporate | 2003 | $1,100.00 | 7.70 | $8,470.00 |
| Goren, Matthew (Counsel) | BFR | 2007 | $1,125.00 | 143.50 | $161,437.50 |
| **Total Partners and Counsel:** | | | | **839.40** | **$1,138,898.00** |

---

[1] BFR – Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT[2] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Friedman, Julie T. | BFR | 2003 | $625.00 | 23.50 | $14,687.50 |
| Byrne, Peter M. | Corporate | 2007 | $1,050.00 | 3.90 | $4,095.00 |
| Kramer, Kevin | Litigation | 2010 | $1,050.00 | 133.40 | $140,070.00 |
| Bitter, Blake | Tax | 2011 (VA) | $1,050.00 | 15.10 | $15,855.00 |
| Silber, Gary | Tax | 2011 | $1,050.00 | 38.70 | $40,635.00 |
| Bostel, Kevin | BFR | 2012 | $1,050.00 | 73.70 | $77,385.00 |
| Minga, Jay | Litigation | 2013 | $1,050.00 | 100.50 | $105,525.00 |
| Swenson, Robert M. | Litigation | 2013 | $1,050.00 | 112.90 | $118,545.00 |
| Schinckel, Thomas Robert | BFR | 2014 (Australia) | $845.00 | 73.90 | $62,445.50 |
| Nolan, John J. | Litigation | 2015 | $1,010.00 | 112.90 | $114,029.00 |
| Brookstone, Benjamin | Tax | 2015 | $980.00 | 36.10 | $35,378.00 |
| Lane, Erik | Litigation | 2016 | $930.00 | 122.70 | $114,111.00 |
| Kleinjan, John M. | Tax | 2017 | $930.00 | 12.00 | $11,160.00 |
| McGrath, Colin | Litigation | 2017 | $845.00 | 102.70 | $86,781.50 |
| McNulty, Shawn C. | Litigation | 2017 | $845.00 | 59.10 | $49,939.50 |
| Foust, Rachel L. | BFR | 2018 | $845.00 | 65.70 | $55,516.50 |
| Zangrillo, Anthony | Corporate | 2018 | $845.00 | 1.40 | $1,183.00 |
| Carens, Elizabeth Anne | BFR | 2018 | $730.00 | 118.00 | $86,140.00 |
| Irani, Neeckaum | Litigation | 2018 (CA) | $730.00 | 1.80 | $1,314.00 |
| Green, Austin Joseph | Litigation | 2019 | $730.00 | 91.40 | $66,722.00 |
| Sonkin, Cliff | BFR | 2019 | $730.00 | 68.80 | $50,224.00 |
| Hayes, Emily A | Litigation | 2019 (CA) | $595.00 | 64.60 | $38,437.00 |
| Morganelli, Brian | BFR | * | $595.00 | 180.90 | $107,635.50 |
| **Total Associates:** | | | | 1,613.70 | $1,397,814.00 |

---
[2] BFR – Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| NAME OF PARAPROFESSIONALS AND OTHER NON-LEGAL STAFF: | DEPARTMENT[3] | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Lee, Kathleen | BFR | $435.00 | 10.80 | $4,698.00 |
| Gilchrist, Roy W. | Litigation | $400.00 | 37.00 | $14,800.00 |
| Ting, Lara | Litigation Support | $375.00 | 1.20 | $450.00 |
| Biratu, Sirak D. | Litigation | $345.00 | 7.80 | $2,2691.00 |
| Peene, Travis J. | BFR | $250.00 | 16.20 | $4,050.00 |
| **Total Paraprofessionals and Other Non-Legal Staff:** | | | **73.00** | **$46,689.00** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,356.80 | 839.40 | $1,138,898.00 |
| Associates | $866.22 | 1,613.70 | $1,397,814.00 |
| Paraprofessionals and Other Non-Legal Staff | $365.60 | 73.00 | $26,689.00 |
| **Blended Attorney Rate** | **$1,034.08** | | |
| **Total Fees Incurred:** | | **2,526.10** | **$2,563,401.00** |

---

[3] BFR – Business Finance & Restructuring