**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY WEIL, GOTSHAL & MANGES LLP
FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Asset Sales/363 Sales | 1.00 | $1,065.00 |
| 003 | Automatic Stay | 75.60 | $79,429.00 |
| 004 | Bankruptcy Litigation | 379.30 | $332,383.50 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 285.50 | $257,258.50 |
| 006 | Case Administration (docket updates, WIP and calendar) | 21.10 | $13,322.50 |
| 008 | Chapter 11 Plan/Plan Confirmation | 902.50 | $964,060.00 |
| 009 | Communications with Client | 14.30 | $13,355.50 |
| 010 | Corporate Governance and Board Issues | 49.90 | $62,240.00 |
| 011 | Customer, Supplier and Vendor Issues | 15.30 | $14,272.50 |
| 012 | DIP Financing/ Cash Mgmt/ Hedging Transactions | 1.50 | $1,717.50 |
| 013 | Disclosure Statement | 24.20 | $21,254.00 |
| 014 | Employee Issues | 231.20 | $219,559.00 |
| 016 | Exclusivity | 12.80 | $14,942.50 |
| 017 | Executory Contracts/Lease Issues | 21.60 | $20,517.00 |
| 018 | General Case Strategy(includes calls with client and team calls) | 88.50 | $91,551.00 |
| 019 | Hearings and Court Matters | 19.60 | $20,939.50 |
| 021 | Non-Bankruptcy Litigation | 3.00 | $3,434.00 |
| 022 | Non-Working Travel | 33.10 | $47,612.50 |
| 023 | FERC Adversary Proceeding | 3.60 | $4,385.00 |
| 024 | Reclamation/503(b)(9) | 5.00 | $4,058.50 |
| 025 | Regulatory Issues including CPUC and FERC | 55.50 | $64,053.00 |
| 026 | Retention/Billing/Fee Applications: WGM | 75.60 | $55,911.50 |
| 027 | Retention/Fee Application: Ordinary Course Professionals | 1.80 | $1,521.00 |
| 028 | Retention/Fee Application: Other Professionals | 11.70 | $8,573.50 |
| 030 | Tax Issues | 156.30 | $207,099.50 |
| 031 | U.S. Trustee issues/ meetings/ communications/monthly operating | 3.40 | $3,825.00 |
| 032 | Unsecured Creditor Issues/ Communications/Meetings | 3.20 | $3,840.00 |
| 035 | Real Estate and Real Property Issues | 1.20 | $1,400.00 |
| 037 | Insurance Issues | 28.80 | $29,820.50 |
| **Total:** | | **2,526.10** | **$2,563,401.00** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119