**EXHIBIT C**

**EXPENSE SUMMARY**
**FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $13,782.75 |
| Court Reporting | $1,916.05 |
| CourtCall | $280.00 |
| Duplicating | $1,322.40 |
| Firm Messenger Service | $45.93 |
| Meals | $1,176.79 |
| Transportation | $2,676.31 |
| Travel | $19,561.39 |
| **Total Expenses Requested:** | **$40,761.62** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119