**DIEMER & WEI, LLP**
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: 408-971-6270
Facsimile: 408-971-6271
Email: kdiemer@diemerwei.com

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Daniel I. Forman (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: mfeldman@willkie.com
  jminias@willkie.com
  dforman@willkie.com

*Counsel for Ad Hoc Group of Subrogation Claim Holders*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Chapter 11 |
| **PG&E CORPORATION,** | Bankr. Case No. 19-30088 (DM) |
| -and- | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| Debtors. | **CERTIFICATE OF SERVICE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | |

I, Alexander J. Lewicki, do declare and state as follows:

1. I am employed in Santa Clara County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Diemer & Wei LLP, 100 W. San Fernando St. Suite 555, San Jose, CA, 95113.

2. I certify that on February 10, 2020, I caused a true and correct copy of each of the following documents to be served via ECF on all ECF notice recipients:

   - **RESTATED OBJECTION OF THE AD HOC SUBROGATION GROUP TO THE MOTION OF WILLIAM B. ABRAMS FOR RECONSIDERATION OF THE ORDER PURSUANT TO 11 U.S.C. §§ 363(b) AND 105(a) AND FED. R. BANKR. P. 6004 AND 9019 (I) AUTHORIZING THE DEBTORS AND TCC TO ENTER INTO RESTRUCTURING SUPPORT AGREEMENT WITH THE TCC, CONSENTING FIRE CLAIMANT PROFESSIONALS, AND SHAREHOLDER PROPONENTS, AND (II) GRANTING RELATED RELIEF.**

3. I certify that on February 10, 2020, I caused a true and correct copy of each of the above documents to be served via Electronic Mail to all parties listed in **Exhibit A**.

4. I certify that on February 10, 2020, I caused a true and correct copy of each of the above listed documents to be served via First Class Mail to all parties listed in **Exhibit B**.

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed on February 10, 2020

/s/ Alexander J. Lewicki
Alexander J. Lewicki

# Exhibit A

**Weil, Gotshal & Manges LLP**
Stephen.Karotkin@weil.com
Matthew.goren@weil.com
Jessica.liou@weil.com

**Cravath, Swaine & Moore LLP**
Pzumbro@cravath.com
korsini@cravath.com
jzobitz@cravath.com
skessing@cravath.com
onasab@cravath.com

**Baker & Hostetler LLP**
rjulian@bakerlaw.com
cdumas@bakerlaw.com
esagerman@bakerlaw.com
lattard@bakerlaw.com

**Keller & Benvenutti LLP**
tkeller@kellerbenvenutti.com
jkim@kellerbenvenutti.com

**Office of the United States Trustee**
James.l.snyder@usdoj.gov
Timothy.s.laffredi@usdoj.gov

**Milbank LLP**
Ddunne@milbank.com
skhalil@milbank.com
Paronzon@milbank.com
Gbray@milbank.com
Tkreller@milbank.com

**Stroock & Stroock & Laval LLP**
khansen@stroock.com
egilad@stroock.com
mgarofalo@stroock.com
fmerola@stroock.com

**Davis Polk & Wardwell LLP**
Eli.vonnegut@davispolk.com
David.schiff@davispolk.com
Timothy.graulich@davispolk.com

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
Akornberg@paulweiss.com
bhermann@paulweiss.com
wrieman@paulweiss.com
smitchell@paulweiss.com
ndonnelly@paulweiss.com

**U.S. Department of Justice**
Danielle.pham@usdoj.gov
Matthew.troy@usdoj.gov

**William B. Abrams**
End2endconsulting@gmail.com

<u>**Exhibit B**</u>

**PG&E Corporation and Pacific Gas and Electric Company**
Attn: Janet Loduca
P.O. Box 770000
77 Beale Street, San Francisco, CA 94105
San Francisco, CA 94105

**U.S. Nuclear Regulatory Commission**
Attn: General Counsel
Washington, D.C. 20555-0001

**William B. Abrams**
1519 Branch Owl Place
Santa Rosa, CA 95409