1  JOSHUA HILL JR. (SBN 250842)
   jhill@mofo.com
2  CHRISTINE Y. WONG (SBN 284026)
   christinewong@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, CA 94105
   Tel: (415) 268-7000
5  Fax: (415) 268-7522

6  *Special Regulatory Counsel to Debtors
   and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re**<br>**PG&E CORPORATION,**<br>    - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING SUPPLEMENTAL FEE STATEMENT OF MORRISON & FOERSTER LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 29, 2019 THROUGH AUGUST 31, 2019**<br><br>[Re: Docket No. 5382]<br><br>**Objection Deadline:** February 5, 2020 at 4:00 p.m. (Pacific Time) |

On January 15, 2020, Morrison & Foerster LLP ("**Morrison & Foerster**" or the "**Applicant**"), special regulatory counsel to PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**"), filed its *Supplemental Fee Statement of Morrison & Foerster LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from January 29, 2019 through August 31, 2019* [Dkt. No. 5382] (the "**Supplemental Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Dkt. No. 701] (the "**Interim Compensation Procedures Order**").

The Supplemental Fee Statement was served as described in the certificate of service of Alain B. Francoeur filed on January 21, 2020 [Dkt. No. 5428]. The deadline to file responses or oppositions to the Monthly Fee Statement was February 5, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtors are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is attached hereto as **Exhibit A**.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a partner of the firm Morrison & Foerster LLP and special regulatory counsel to the Debtors.

2. I certify that I have reviewed the Court's docket in this case and have not received any response or opposition to the Monthly Fee Statement.

3. This declaration was executed in New York, NY.

*[Signature page follows]*

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

| | | |
|---|---|---|
| 1 | Dated: February 10, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | **MORRISON & FOERSTER LLP** |
| 4 | | By: */s/ Joshua Hill Jr.* |
| | | Joshua Hill Jr. |
| 5 | | |
| 6 | | *Special Regulatory Counsel to Debtors and Debtors in Possession* |

3

# EXHIBIT A

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid (80%) | Amount of Expenses Authorized to be Paid (100%) | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Morrison & Foerster LLP | 1/29/2019 – 8/31/2019<br><br>11/7/2019<br><br>Dkt. No. 4598 | $73,262.05 | $0.00 | 2/5/2020 | $58,609.64 | $0.00 | $14,652.41 |