**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:    (212) 310-8000
Fax:    (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors**.<br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☑  Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR FEBRUARY 11, 2020, 10:00 A.M. OMNIBUS HEARING**<br><br>Date:   February 11, 2020<br>Time:   10:00 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>        Courtroom 17, 16th Floor<br>        San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
FEBRUARY 11, 2020, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

**I:     MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTERS GOING FORWARD*

    1.    **Debtors' Motion to Reject Vlazakis Contract**: *Debtors' Motion to Reject Vlazakis Contract and Grant Related Relief and Brief in Support of Rejectability* [**Dkt. 5272**].

    Response Deadline: January 20, 2020, at 4:00 p.m. (Pacific Time) for the Vlazakis Defendants; otherwise January 28, 2020 at 4:00 p.m. (Pacific Time).

    Responses Filed:

    A.    Motion as to Inapplicability of Stay, and in the Alternative for Relief from Stay Title 11 U.S.C. §§ 362(a)(1) and (d) [**Dkt. 4846**].

    B.    Defendants' Opposition to Debtors' Motion to Reject Vlazakis Contract and Grant Related Relief [**Dkt. 5415**].

    C.    Declaration of George M. Vlazakis in Support of Opposition to Debtors' Motion to Reject Contract and Grant Related Relief [**Dkt. 5416**].

    D.    Declaration of Ronald F. Berestka, Jr. in Support of Opposition to Debtor's Motion to Reject Contract and Grant Related Relief [**Dkt. 5417**].

    E.    Declaration of Maria A. Barbis in Support of Opposition to Debtors' Motion to Reject Contract and Grant Related Relief [**Dkt. 5418**].

    Related Documents:

    F.    Debtors' Preliminary Limited Opposition to Vlazakis Defendants' Motion as to the Inapplicability of Stay, and in the Alternative for Relief from Stay [**Dkt. 5089**].

    G.    Declaration of Kenyon Mark Lee in Support of Debtors' Preliminary Limited Opposition to Vlazakis Defendants' Motion as to the Inapplicability of Stay, and in the Alternative for Relief from Stay [**Dkt. 5090**].

    H.    Request to Take Judicial Notice in Support of Debtors' Preliminary Limited Opposition to Vlazakis Defendants' Motion as to the Inapplicability of Stay, and in the Alternative for Relief from Stay [**Dkt. 5091**].

    I.    Declaration of Brian Garber in Support of Debtors' Motion to Reject Vlazakis Contract and Grant Related Relief and Brief in Support of Rejectability [**Dkt. 5273**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

J.  Debtors' Reply in Support of Motion to Reject Vlazakis Contract and Grant Related Relief and Brief in Support of Rejectability [**Dkt. 5588**].

Status: This matter is going forward on a contested basis.

2. **Motion to Reconsider TCC RSA**: *Motion of William B. Abrams for Reconsideration of the Order Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors and TCC to Enter into RSA with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, and (II) Granting Related Relief* [**Dkt. 5577**].

Responses Filed:

A.  Restated Objection of the Ad Hoc Subrogation Group to the Motion of William B. Abrams for Reconsideration of the Order Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors and TCC to Enter into RSA with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, and (II) Granting Related Relief [**Dkt. 5702**].

B.  Objection of the Official Committee of Tort Claimants to the Motion of William B. Abrams for Reconsideration of the Order Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors and TCC to Enter into RSA with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, and (II) Granting Related Relief [**Dkt. 5698**].

C.  Debtors' Objection to Motion of William B. Abrams for Reconsideration of the Order Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors and TCC to Enter into RSA with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, and (II) Granting Related Relief [**Dkt. 5705**].

Related Orders:

D.  Order Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors to Enter into Restructuring Support Agreement with the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement with Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Claim Amount, and (III) Granting Related Relief [**Dkt. 5173**].

E.  Order Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors and TCC to Enter into Restructuring Agreement with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, and (II) Granting Related Relief [**Dkt. 5174**].

Status: This matter is going forward on a contested basis.

## STATUS CONFERENCE

3. **Notice of Filing of Joint Chapter 11 Plan**: *Notice of Filing of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated January 31, 2020* [**Dkt. 5591**].

Related Documents:

- A. Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated January 31, 2020 [**Dkt. 5590**].

- B. [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 5700**].

- C. Notice of Hearing on Approval of (A) Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization; (B) Plan Solicitation and Voting Procedures; (C) Forms of Ballots, Solicitation Packages, and Related Notices; and (D) Other Related Relief [**Dkt. 5701**].

Related Orders:

- D. Order Establishing Schedule for Disclosure Statement Approval and Plan Confirmation [**Dkt. 5673**].

Status: A status conference on this matter is going forward.

## RESOLVED AND CONTINUED MATTERS

4. **Subrogation Claims Impairment Issue**: *Order Establishing Pre-Confirmation Briefing and Hearing Schedule for Certain Legal Issues* [**Dkt. 4540**].

Response Deadline: December 20, 2019.

Responses Filed:

- A. Debtors' and Ad Hoc Subrogation Group's Joint Brief in Support of the Subrogation Wildfire Claims as Impaired Classes for All Purposes Under the Debtors' Joint Chapter 11 Plan of Reorganization [**Dkt. 4886**].

- B. Stipulation Amending Order Establishing Preconfirmation Briefing and Hearing Schedule for Certain Legal Issues [**Dkt. 5254**].

- C. Response and Reservation of Rights of the Official Committee of Unsecured Creditors to Debtors' and Ad Hoc Subrogation Group's Joint Brief in Support of the Subrogation Wildfire Claims as Impaired Classes for All Purposes Under the Debtors' Joint Chapter 11 Plan of Reorganization [**Dkt. 5342**].

- D. Stipulation Among the Debtors, the Ad Hoc Group of Subrogation Claim Holders, and the Official Committee of Unsecured Creditors Extending Time to File Reply Brief on Subrogation Claim Impairment Issue [**Dkt. 5413**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

E. Second Stipulation Among the Debtors, the Ad Hoc Group of Subrogation Claim Holders, and the Official Committee of Unsecured Creditors Extending Time to File Reply Brief and Continuing Hearing on Subrogation Claim Impairment Issue [**Dkt. 5474**].

F. Third Stipulation Among the Debtors, the Ad Hoc Group of Subrogation Claim Holders, and the Official Committee of Unsecured Creditors Extending Time to File Reply Brief on Subrogation Claim Impairment Issue [**Dkt. 5592**].

G. Stipulation Among the Debtors, the Ad Hoc Group of Subrogation Claim Holders, and the Official Committee of Unsecured Creditors Regarding Subrogation Claim Impairment Issue [**Dkt. 5642**].

<u>Related Documents:</u>

H. Reservation of Rights of the Ad Hoc Committee of Senior Unsecured Noteholders with Respect to Subrogation Claims Impairment Issue [**Dkt. 4893**].

I. Statement and Reservation of Rights of the Official Committee of Unsecured Creditors Regarding Subrogation Claim Impairment Issue [**Dkt. 4897**].

J. Response and Reservation of Rights of the Official Committee of Unsecured Creditors to Debtors' and Ad Hoc Subrogation Group's Joint Brief in Support of the Subrogation Wildfire Claims as Impaired Classes for All Purposes Under the Debtors' Joint Chapter 11 Plan of Reorganization [**Dkt. 5342**].

<u>Related Orders:</u>

K. Order Approving Stipulation Amending Order Establishing Preconfirmation Briefing and Hearing Schedule for Certain Legal Issues [**Dkt. 5312**].

L. Further Memorandum Regarding Confirmation Issues [**Dkt. 5389**].

M. Order Granting Stipulation Among the Debtors, the Ad Hoc Group of Subrogation Claim Holders, and the Official Committee of Unsecured Creditors Extending Time to File Reply Brief on Subrogation Claim Impairment Issue [**Dkt. 5423**].

N. Order Granting Stipulation Among the Debtors, the Ad Hoc Group of Subrogation Claim Holders, and the Official Committee of Unsecured Creditors Extending Time to File Reply Brief and Continuing Hearing on Subrogation Claim Impairment Issue [**Dkt. 5484**].

O. Order Granting Third Stipulation Among the Debtors, the Ad Hoc Group of Subrogation Claim Holders, and the Official Committee of Unsecured Creditors Extending Time to File Reply Brief on Subrogation Claim Impairment Issue [**Dkt. 5601**].

P.  Order Granting Stipulation Among the Debtors, the Ad Hoc Group of Subrogation Claim Holders, and the Official Committee of Unsecured Creditors Regarding Subrogation Claim Impairment Issue [**Dkt. 5667**].

Status: This matter has been resolved by stipulation [**Dkt. 5642**].and taken off calendar by order [**Dkt. 5667**].

5. **Cal OES Claims Objection**: *Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by California Governor's Office of Emergency Services* [**Dkt. 5096**].

Response Deadline: February 12, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Letter to Court from Gary J. Estenson [**Dkt. 5364**].

B. Letter to Court from Carolyn Acosta [**Dkt. 5511**].

C. Letter to Court from Gwen Gardner [**Dkt. 5512**].

D. Letter to Court from Jason C. Meek [**Dkt. 5513**].

E. Letter to Court from Tammy Spirlock [**Dkt. 5672**].

Related Documents:

F. CAL OES Claims [**Dkt. 5096-3**].

G. Declaration of Eric Goodman in Support of Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to No Liability Claims Filed by the Department of Homeland Security/Federal emergency Management Agency (Claims Nos. 59692, 59734, & 59783) [**Dkt. 4943-2**].

H. Supplement to Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by California Governor's Office of Emergency Services (Claim Nos. 87748, 87754, & 87755) [**Dkt. 5320**].

Status: This matter has been continued to February 26, 2020 by **Dkt. 5438**.

6. **FEMA Claims Objection**: *Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to No Liability Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claim Nos. 59692, 59734 & 59783)* [**Dkt. 4943**].

Response Deadline: February 12, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Letter to Court from Sharon Zimmerman [**Dkt. 5164**].

B. Letter to Court from Jerry Gladstone [**Dkt. 5213**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

C. Letter to Court from Brenda S. Wright [**Dkt. 5298**].

D. Letter to Court from Kelly A. Fitch [**Dkt. 5356**].

E. Letter to Court from Gary Hagerman and Jeanne Hagerman [**Dkt. 5357**].

F. Letter to Court from Gary J. Estenson [**Dkt. 5364**].

G. Letter to Court from Carolyn Acosta [**Dkt. 5511**].

H. Letter to Court from Gwen Gardner [**Dkt. 5512**].

I. Letter to Court from Jason C. Meek [**Dkt. 5513**].

J. Joinder of the Debtors to Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claims Nos. 59692, 59734 & 59783) [**Dkt. 5639**].

K. Letter to Court from Tammy Spirlock [**Dkt. 5672**].

Related Documents:

L. Declaration of Eric Goodman in Support of Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to No Liability Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claim Nos. 59692, 59734 & 59783) [**Dkt. 4943-2**].

M. FEMA Claims [**Dkt. 4943-5**].

N. Supplement to Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to No Liability Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claim Nos. 59692, 59734 & 59783) [**Dkt. 5319**].

Status: This matter has been continued to February 26, 2020 by **Dkt. 5438**.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

| | |
|---|---|
| Dated: February 10, 2020 | **WEIL, GOTSHAL & MANGES LLP**<br>**KELLER & BENVENUTTI LLP**<br><br>By: /s/ *Dara L. Silveira*<br>　　　Dara L. Silveira<br><br>*Attorneys for Debtors and Debtors in Possession* |