# **EXHIBIT A**

**Exhibit A**
Compensation by Professional
For the Period October 1, 2019 to October 31, 2019

| Professional | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Bradley Sharp | President & CEO | $ 685.00 | 2.70 | $ 1,849.50 |
| R. Brian Calvert | Sr. Managing Director | 640.00 | 20.60 | 13,184.00 |
| Nicholas Troszak | Managing Director | 485.00 | 1.50 | 727.50 |
| James Armstrong | Director | 375.00 | 0.60 | 225.00 |
| Shelly Cuff | Director | 360.00 | 24.50 | 8,820.00 |
| Spencer Ferrero | Director | 350.00 | 29.90 | 10,465.00 |
| Andrew Wagner | Director | 350.00 | 80.00 | 28,000.00 |
| Mandy Yedidsion | Associate | 145.00 | 5.30 | 768.50 |
| | | | 165.10 | $ 64,039.50 |