**EXHIBIT B**

**Exhibit B**

Compensation by Work Task Code

For the Period October 1, 2019 to October 31, 2019

| Activity/Professional | Title | Rate | Hours | Total |
|---|---|---|---|---|
| **Fee Application/Client Billing** | | | | |
| Bradley Sharp | President & CEO | $ 685.00 | 0.10 | $ 68.50 |
| R. Brian Calvert | Sr. Managing Director | 640.00 | 8.50 | 5,440.00 |
| Spencer Ferrero | Director | 350.00 | 27.40 | 9,590.00 |
| | Activity Total | | 36.00 | 15,098.50 |
| **Attend Court Hearings/Review Pleadings** | | | | |
| Spencer Ferrero | Director | $ 350.00 | 1.20 | 420.00 |
| | Activity Total | | 1.20 | 420.00 |
| **Claims Analysis/Objections** | | | | |
| Bradley Sharp | President & CEO | $ 685.00 | 2.60 | $ 1,781.00 |
| R. Brian Calvert | Sr. Managing Director | 640.00 | 12.10 | 7,744.00 |
| Nicholas Troszak | Managing Director | 485.00 | 1.50 | 727.50 |
| James Armstrong | Director | 375.00 | 0.60 | 225.00 |
| Shelly Cuff | Director | 360.00 | 24.50 | 8,820.00 |
| Spencer Ferrero | Director | 350.00 | 1.30 | 455.00 |
| Andrew Wagner | Director | 350.00 | 80.00 | 28,000.00 |
| Mandy Yedidsion | Associate | 145.00 | 5.30 | 768.50 |
| | Activity Total | | 127.90 | $ 48,521.00 |
| | Total | | 165.10 | $ 64,039.50 |