# **EXHIBIT C**

**Exhibit C**
Expense Summary
For the Period October 1, 2019 to October 31, 2019

| Reimbursable Expense | Amount |
|---|---|
| Miscellaneous | $ 93.17 |
| Total Expenses | $ 93.17 |