**EXHIBIT D**

|            |     |                                                                                         | HOURS |
|------------|-----|-----------------------------------------------------------------------------------------|-------|
| 10/02/2019 | SGF | Review docket for information and filings regarding upcoming hearing on professional fees. | 0.70  |
| 10/04/2019 | RBC | Address the July 2019 fee statement matters.                                            | 0.50  |
| 10/07/2019 | SGF | Conference call with Brian Calvert regarding the August 2019 bill submission.           | 0.50  |
|            | SGF | Review of August 2019 time entries for bill submission                                  | 1.90  |
|            | SGF | Prepare the July 2019 bill submission.                                                  | 1.80  |
|            | RBC | Address the August 2019 time entries to assure compliance with fee examiner's protocol. | 2.10  |
|            | RBC | Discussion with Spencer Ferrero regarding the August 2019 time entries.                 | 0.50  |
| 10/08/2019 | SGF | Review outstanding billing requests and projected requests.                             | 0.40  |
|            | BDS | Correspondence regarding status of fee payment.                                         | 0.10  |
| 10/10/2019 | SGF | Review the August 2019 expenses for bill submission.                                    | 1.60  |
| 10/11/2019 | SGF | Review the August 2019 expenses for bill submission.                                    | 2.10  |
| 10/14/2019 | SGF | Review certificate of no objection related to June 2019 bill submission.                | 0.40  |
|            | SGF | Review July 2019 fees to complete fee examiner documentation request.                   | 0.80  |
|            | SGF | Multiple conversations with Brian Calvert regarding billing and filing notices.         | 0.30  |
|            | SGF | Review docket regarding CNO for outstanding bills and further filings.                  | 0.40  |
|            | RBC | Address the August 2019 expenses.                                                       | 0.90  |
| 10/15/2019 | SGF | Prepare required materials and reports to fee examiner related to the July 2019 bill submission. | 1.60 |
| 10/17/2019 | SGF | Review of September 2019 time entries for bill submission.                              | 1.20  |
| 10/22/2019 | SGF | Review of the September 2019 time entries for bill submission.                          | 2.50  |
| 10/23/2019 | SGF | Review of the September 2019 expenses for bill submission.                              | 0.70  |
| 10/24/2019 | SGF | Review of the September 2019 expenses for bill submission.                              | 0.90  |
|            | RBC | Review team time entries for compliance with the Fee Examiner Protocol.                 | 2.00  |
| 10/25/2019 | SGF | Review docket rulings for the revised fee examiner protocol.                            | 0.60  |
|            | SGF | Update the professional fee tracker with payments                                       |       |

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | and CNO dates. | 0.60 |  |
| 10/28/2019 | SGF | Review correspondence regarding bill payment. | 0.40 |  |
| 10/29/2019 | SGF | Conversation with Brian Calvert regarding September 2019 billing. | 0.20 |  |
|  | SGF | Review time entries for the September 2019 billing. | 1.20 |  |
|  | SGF | Review time entries for the August 2019 billing. | 0.50 |  |
|  | RBC | Review of documents in preparation for a telephone call with Spencer Ferrero to discuss the September 2019 fee statement. | 0.50 |  |
|  | RBC | Telephone call with Spencer Ferrero to discuss the September 2019 fee statement. | 0.50 |  |
| 10/30/2019 | SGF | Prepare the 1st interim fee application narrative. | 2.40 |  |
|  | SGF | Prepare the 1st interim fee application summary sheets. | 1.60 |  |
| 10/31/2019 | SGF | Prepare the August 2019 monthly bill application. | 2.10 |  |
|  | RBC | Initial review and drafting of the first interim fee application. | 1.50 |  |
|  |  | Fee Application/Client Billing | 36.00 | 15,098.50 |
| 10/07/2019 | SGF | Telephonic appearance (listen-only) to court hearing regarding the fee examiner motion. | 1.20 |  |
|  |  | Attend Court Hrgs/Rev Pleadgs | 1.20 | 420.00 |
| 10/01/2019 | ADW | Detailed analysis of filed proofs of claim and annotate tort information accordingly, if applicable. | 1.90 |  |
|  | ADW | Attention to revising master summary spreadsheet containing tort claims information. | 1.80 |  |
|  | ADW | Further claims analysis and determination of applicable tort claims. | 1.90 |  |
|  | ADW | Review and address revisions to master summary spreadsheet for tort claims. | 1.60 |  |
|  | ADW | Substantive review of proofs of claim for tort related claims and incorporate requisite information within master summary. | 1.60 |  |
|  | ADW | Review claims for tort basis and compile requisite information therein. | 1.10 |  |
|  | SGF | Review and analyze claims register for damaged property addresses in order to update the master sheet. | 0.70 |  |
|  | MY | Work on updating the addresses for received claims. | 5.30 |  |
|  | SLC | Update the claims register analysis with broken out addresses, including discussions with Andrew Wagner regarding same. | 0.40 |  |
| 10/02/2019 | ADW | Multiple teleconferences with James Armstrong, Spencer Ferrero and Shelly Cuff to discuss master claims summary and damages model. | 0.60 |  |
|  | ADW | Multiple teleconferences with Prime Clerk to discuss claims reports. | 0.40 |  |
|  | ADW | Review and analyze proofs of claim for tort-related basis. | 1.40 |  |
|  | ADW | Additional analysis of claims for tort basis and summarize data within master spreadsheet. | 1.90 |  |
|  | ADW | Continue review of claims and denote requisite information thereto. | 1.80 |  |
|  | ADW | Substantive analysis and review of claims, |  |  |

|  |  |  | HOURS |
|---|---|---|---|
|  |  | incorporate applicable information within master summary for applicable tort-related claims. | 1.80 |
|  | ADW | Further review of proofs of claim and incorporate applicable tort claims information within master tort summary. | 1.60 |
|  | SGF | Conference call with Shelly Cuff, James Armstrong and Andrew Wagner regarding claims review status and tasks to be done. | 0.40 |
|  | SGF | Additional conference call with Shelly Cuff, James Armstrong and Andrew Wagner regarding claims review status and tasks to be done. | 0.20 |
|  | RBC | Analysis of certain claims. | 0.70 |
|  | JOA | Review and analyze tort claims filed. | 0.40 |
|  | SLC | Telephone call with Spencer Ferrero, James Armstrong and Andrew Wagner regarding the claims analysis. | 0.40 |
|  | SLC | Follow-up call with Spencer Ferrero, James Armstrong and Andrew Wagner regarding the claims analysis. | 0.20 |
|  | SLC | Review of the claims analysis and damages model including discussions with Andrew Wagner. | 0.80 |
| 10/03/2019 | ADW | Continue review of claims and annotate tort summary accordingly, if applicable. | 1.10 |
|  | ADW | Substantive analysis and review of claims, incorporate applicable information within master summary for applicable tort-related claims. | 1.10 |
|  | ADW | Meeting with Brad Sharp and Shelly Cuff to discuss claims review and linking to damages model. | 0.50 |
|  | ADW | Attention to review of filed proofs of claim and denote tort claimant information accordingly. | 1.90 |
|  | ADW | In-depth analysis and review of proofs of claim for tort based actions. | 1.70 |
|  | ADW | Additional review of proofs of claim and denote tort information accordingly. | 1.80 |
|  | ADW | Comprehensive review of proofs of claim based upon tort and annotate master summary. | 1.70 |
|  | ADW | Supplemental review of proofs of claim and denote tort claims. | 1.60 |
|  | RBC | Discussion with Brad Sharp regarding claims. | 0.30 |
|  | RBC | Review recent articles. | 0.40 |
|  | RBC | Assess certain data underlying potential claims. | 0.40 |
|  | SLC | Telephone call with Spencer Ferrero regarding wildfire claims form report. | 0.20 |
|  | SLC | Review of wildfire claims form report (0.4), reconcile with all claims filed and DSI claims review (1.7). | 2.10 |
|  | SLC | Prepare a consolidated worksheet with wildfire claim form claims and additional claims identified by DSI's review. | 5.60 |
| 10/04/2019 | ADW | Attention to review of filed proofs of claim and denote tort claimant information accordingly. | 1.80 |
|  | ADW | Substantive analysis and review of proofs of claim for tort based actions. | 1.60 |
|  | ADW | Review of proofs of claim and denote tort information accordingly. | 1.40 |
|  | ADW | Comprehensive review of proofs of claim based upon tort and annotate master summary. | 1.80 |
|  | ADW | Draft and revise bullet bullets detailing the DSI claims review process and analysis. | 0.90 |
|  | ADW | In-depth review of proofs of claim for tort actions. | 1.80 |
|  | BDS | Review updates on the claims review process, correspondence with Shelly Cuff and Brian Calvert |  |

|  |  |  | HOURS |
|---|---|---|---|
|  |  | regarding same. | 0.30 |
|  | RBC | Address wildfire claims matters. | 0.50 |
|  | JOA | Telephone call with Shelly Cuff, Andrew Wagner and Spencer Ferrero to discuss tort claims filed. | 0.20 |
|  | SLC | Continue to review the wildfire claims form report (0.4), reconcile with all claims filed and DSI's claims review (1.2). | 1.60 |
|  | SLC | Telephone call with James Armstrong regarding the wildfire claims reconciliation. | 0.10 |
|  | SLC | Telephone call with Andrew Wagner regarding the claims analysis. | 0.20 |
|  | SLC | Prepare wildfire claims review process bullets. | 0.40 |
|  | SLC | E-mails with Andrew Wagner, James Armstrong and Spencer Ferrero regarding the wildfire claims analysis. | 0.20 |
| 10/06/2019 | RBC | Analysis to address inquiries from counsel, including correspondence with Shelly Cuff regarding same. | 1.00 |
|  | SLC | Research and respond to inquiries from Kim Morris regarding the Butte 2015 settlements. | 1.10 |
| 10/07/2019 | ADW | Further review of proofs of claim for pertinent tort-related information. | 1.70 |
|  | ADW | Review proofs of claim and annotate applicable tort information onto master file. | 1.90 |
|  | ADW | Substantive analysis of tort claims and detail dispositive information within master spreadsheet. | 1.60 |
|  | ADW | Detailed review of claims and incorporate requisite tort information into master data set. | 1.80 |
|  | ADW | Attention to review of tort claims and compile data in master claims file. | 1.60 |
|  | ADW | Attention to organization and detail of master tort claims summary. | 1.70 |
|  | ADW | Reconcile claims data of claims agent with claims data contained in master claims summary and determine any missing claims. | 0.70 |
|  | ADW | Attention to issues regarding duplicative and amended claims, including drafting and revising e-mail communications to Brad Sharp and Shelly Cuff. | 0.60 |
|  | BDS | Review of summary of claims process, discussion with Shelly Cuff and correspondence with Andrew Wagner regarding same. | 0.30 |
|  | RBC | Preparation of analysis regarding certain claims data. | 0.40 |
|  | SLC | E-mail to Andrew Wagner regarding claims review process. | 0.10 |
| 10/08/2019 | ADW | Analysis of claims for tort basis and detail dispositive information within master spreadsheet. | 1.80 |
|  | ADW | Additional claims analysis and determination of applicable tort claims. | 1.90 |
|  | ADW | Detailed review of claims and incorporate requisite tort information into master data set. | 1.60 |
|  | ADW | Substantive review of proofs of claims for tort related claims and incorporate requisite information within master summary. | 1.60 |
|  | ADW | Review claims for tort basis and compile requisite information therein. | 1.90 |
|  | ADW | Brief meeting with Brad Sharp to discuss duplicative claims and treatment of same in the analysis. | 0.20 |
|  | ADW | Review and annotate applicable tort claims |  |

|  |  |  | HOURS |
|---|---|---|---|
|  |  | information within the master summary. | 1.80 |
|  | RBC | Analysis of docket entries. | 2.70 |
| 10/09/2019 | ADW | Extensive analysis of claims for tort basis and detail dispositive information within the master spreadsheet. | 1.80 |
|  | ADW | Continued extensive review of claims and denote requisite information thereto. | 1.40 |
|  | ADW | Further analysis and review of claims (0.8), incorporate applicable information within master summary for applicable tort related claims (0.3). | 1.10 |
|  | BDS | Prepare correspondence to Kim Morris regarding status, discussion with Brian Calvert regarding same. | 0.30 |
|  | RBC | Discussion with Brad Sharp regarding claims analysis. | 0.40 |
| 10/10/2019 | ADW | Meeting with Brad Sharp, Brian Calvert and Shelly Cuff to discuss claims data. | 0.20 |
|  | BDS | Review of order regarding exclusivity. | 0.20 |
|  | BDS | Telephone conference call with Brian Calvert and Kim Morris regarding claims analysis. | 0.40 |
|  | BDS | Meeting with Shelly Cuff, Andrew Wagner and Brian Calvert regarding the claims analysis. | 0.20 |
|  | RBC | Review of Judge Montali's exclusivity opinion. | 0.20 |
|  | RBC | Telephone call with Brad Sharp and Kim Morris to discuss claims analysis, including the next steps. | 0.40 |
|  | RBC | Meeting with Shelly Cuff, Andrew Wagner and Brad Sharp to discuss the claims analysis. | 0.20 |
|  | SLC | Telephone call with James Armstrong regarding claims. | 0.10 |
|  | SLC | Respond to Brad Sharp regarding the PG&E claims inquiry. | 0.10 |
|  | SLC | Review the claims analysis and reconciliation of wildfire claims to all claims filed. | 1.60 |
|  | SLC | Discussion with Brad Sharp, Brian Calvert and Andrew Wagner regarding claims. | 0.20 |
| 10/11/2019 | ADW | Attention to claims summary and clarification of items therein. | 0.80 |
|  | ADW | Meeting with Brad Sharp, Brian Calvert and Shelly Cuff to discuss claims data to be presented to the tort claimants' committee. | 0.50 |
|  | BDS | Meeting with Shelly Cuff, Andrew Wagner and Brian Calvert regarding claim summary. | 0.50 |
|  | BDS | Correspondence to Kim Morris regarding claim summary. | 0.20 |
|  | RBC | Meeting with Brad Sharp, Shelly Cuff and Andrew Wagner to discuss the claims analysis. | 0.50 |
|  | SLC | Meeting with Andrew Wagner, Brad Sharp and Brian Calvert regarding the claims analysis. | 0.50 |
|  | SLC | Prepare reconciliation of the updated claims register (all claims filed) with claims using the fire claim-related proof of claim form and DSI's claims analysis. | 3.10 |
| 10/14/2019 | BDS | Correspondence with Kim Morris and discussion with Shelly Cuff regarding the claims analysis. | 0.20 |
|  | ADW | Draft and revise bullet points per counsel's request detailing claims review process and description of information contained in each column heading of master claims summary. | 2.80 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | ADW | Review and analyze e-mail communication from Brad Sharp to TCC regarding claims data. | 0.20 |
| | ADW | Draft and revise e-mail communication to Brad Sharp, Brian Calvert and Shelly Cuff regarding clarification of claims data provided to TCC. | 0.20 |
| 10/15/2019 | ADW | Attention to revisions of bullet points detailing master claims summary per counsel's request. | 2.80 |
| | ADW | Meeting with Brian Calvert to discuss the claims analysis. | 0.60 |
| | ADW | Attention to wind down issues per counsel's request. | 1.80 |
| | RBC | Meeting with Andrew Wagner to discuss the claims analysis. | 0.60 |
| 10/16/2019 | ADW | Meeting with Brian Calvert to discuss the claims analysis. | 0.70 |
| | ADW | Draft and revise the claims analysis bullet points per counsel's request following meeting with Brian Calvert. | 1.40 |
| | RBC | Meeting with Andrew Wagner to discuss and update on the claims analysis. | 0.70 |
| 10/17/2019 | NRT | Conference call with B. Calvert, S. Cuff, T. Jeremiassen regarding request for information. | 0.30 |
| | NRT | Prepare for and participate in conference call with S. Cuff, J. Armstrong and expert consultants regarding damage analysis. | 0.50 |
| | NRT | Review information regarding document/information requested by expert consultants per counsel's request. | 0.70 |
| | SLC | Telephone call with expert consultant, James Armstrong, Nick Troszak and Bridget McCabe regarding analysis. | 0.50 |
| | SLC | Compile supporting documents for damages model and remit to counsel. | 2.20 |
| | SLC | Telephone call with Brian Calvert and Nick Troszak regarding analysis supporting documents. | 0.30 |
| 10/18/2019 | RBC | Review certain docket entries. | 0.20 |
| 10/21/2019 | ADW | Draft and revise e-mail communication to Kim Morris regarding claims summary prepared by DSI. | 0.20 |
| | ADW | Prepare for and participate in teleconference with Kim Morris of Baker, Dan Foix of Baker, Eric Goodman of Baker, expert consultants, Brian Calvert of DSI and Shelly Cuff of DSI, to discuss claims review process. | 1.00 |
| | RBC | Preparation for a conference call with Baker and expert consultants to discuss the damages analysis. | 0.80 |
| | RBC | Conference call with Shelly Cuff and Andrew Wagner along with participants from Baker and the expert consultants to discuss the damages model. | 1.00 |
| | SLC | Telephone call with expert consultant, Kim Morris, Eric Goodman, Dan Foix, Brian Calvert and Andrew Wagner regarding claims update. | 1.00 |
| | SLC | Prepare notes per counsel's request regarding claims status and bullets regarding DSI's claims review process. | 0.90 |
| | SLC | Respond to inquiry from Kim Morris regarding damages model component. | 0.30 |
| | SLC | Review the tort claimants committee's motion to extend the bar date and declarations in support of | |

|  |  |  | HOURS |  |
|---|---|---|---:|---:|
|  |  | motion. | 0.30 |  |
| 10/25/2019 | RBC | Analysis of certain docket filings. | 0.70 |  |
|  |  | Claims Analysis/Objections | 127.90 | 48,521.00 |
|  |  | FOR THE FOREGOING PROFESSIONAL SERVICES RENDERED: | 165.10 | 64,039.50 |

### RECAPITULATION

| CONSULTANT | HOURS | HOURLY RATE | TOTAL |
|---|---:|---:|---:|
| B. D. Sharp | 2.70 | $685.00 | $1,849.50 |
| N.R. Troszak | 1.50 | 485.00 | 727.50 |
| S.G. Ferrero | 29.90 | 350.00 | 10,465.00 |
| R. B. Calvert | 20.60 | 640.00 | 13,184.00 |
| S. L. Cuff | 24.50 | 360.00 | 8,820.00 |
| A. D. Wagner | 80.00 | 350.00 | 28,000.00 |
| J. O. Armstrong | 0.60 | 375.00 | 225.00 |
| M. Yedidsion | 5.30 | 145.00 | 768.50 |

TOTAL CURRENT WORK     64,039.50

BALANCE DUE     $64,039.50