**EXHIBIT E**

**Exhibit E**
Expense Detail
For the Period October 1, 2019 to October 31, 2019

**Reimbursable Expenses**

**Miscellaneous Expenses**

| Date | | Description | | Amount |
|---|---|---|---|---|
| 10/01/20 | DSI | AT&T Teleconference | $ | 28.97 |
| 10/07/20 | DSI | PACER Charges | | 57.40 |
| 10/31/19 | DSI | Photocopy charges - Chicago (57 pages @$0.10/page) | | 5.70 |
| 10/31/19 | DSI | Photocopy charges - Los Angeles (11 pages @$0.10/page) | | 1.10 |
| | | Total Miscellaneous | $ | 93.17 |
| | | Total Expenses | $ | 93.17 |

Case: 19-30088    Doc# 5710-5    Filed: 02/10/20    Entered: 02/10/20 17:28:17    Page 2 of 2