UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Andrew Q. Chan, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On February 5, 2020, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

3. On February 6, 2020, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

4. On February 7, 2020, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

1

5. On February 11, 2020, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

6. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 11th day of February 2020, at New York, NY.

_____
Andrew Q. Chan

# **Exhibit A**

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5615 | Armed Forces Insurance Exchange<br>Attn: Marcia Dietrich<br>550 Eisenhower Rd<br>Leavenworth, KS 66048 | Fulcrum Credit Partners LLC<br>Attn: Shelby Zawel<br>111 Congress Avenue, Suite 2250<br>Austin, TX 78701-4044 | February 5, 2020 |
| 5616 | Fulcrum Credit Partners LLC<br>Attn: Shelby Zawel<br>111 Congress Avenue, Suite 2250<br>Austin, TX 78701-4044 | SPCP Group, LLC<br>Attn: Jennifer Poccia<br>Two Greenwich Plaza<br>Greenwich, CT 06830 | February 5, 2020 |
| 5632 | Mitsubishi Electric Power Products, Inc<br>Attn: John Fowler<br>530 Keystone Drive<br>Warrendale, PA 15086<br><br>Mitsubishi Electric Power Products, Inc<br>Attn: Helaine F. Lobman, Assistant General Counsel<br>116 Village Boulevard, Suite 200<br>Princeton, NJ 08540<br><br>Mitsubishi Electric Power Products, Inc<br>Attn: Chris Holko, Corporate Risk Manager<br>530 Keystone Drive<br>Warrendale, PA 15086 | Zoe Partners, LP<br>c/o PKF O'Connor Davies<br>Attn: Christian Tannure<br>500 Mamaroneck Avenue, Suite 301<br>Harrison, NY 10528 | February 6, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5633 | West Unified Communication Services Inc f/k/a Intercall Inc Attn: David Edwards 11808 Miracle Hills Dr Omaha, NE 68154<br><br>West Unified Communication Services Inc f/k/a Intercall Inc PO Box 281866 Atlanta, GA 30384-1866 | Zoe Partners, LP c/o PKF O'Connor Davies Attn: Christian Tannure 500 Mamaroneck Avenue, Suite 301 Harrison, NY 10528 | February 6, 2020 |
| 5654 5656 5658 5660 5662 | Citigroup Financial Products Inc c/o Citigroup Global Markets Attn: Kenneth Keeley 388 Greenwich Street Trading Tower, 6th Floor New York, NY 10013<br><br>Citigroup Financial Products Inc Attn: Brian S. Broyles Distressed Closing/Private Equity One Penns Way OPS 2/2nd FL – Global Loans New Castle, DE 19720 | Marble Ridge Master Fund LP c/o Marble Ridge Capital LP Attn: Kamand Daniels 1250 Broadway, Suite 2601 New York, NY 10001 | February 7, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5655<br>5657<br>5659<br>5661<br>5663 | Citigroup Financial Products Inc<br>c/o Citigroup Global Markets<br>Attn: Kenneth Keeley<br>388 Greenwich Street<br>Trading Tower, 6th Floor<br>New York, NY 10013<br><br>Citigroup Financial Products Inc<br>Attn: Brian S. Broyles<br>Distressed Closing/Private Equity<br>One Penns Way<br>OPS 2/2nd FL – Global Loans<br>New Castle, DE 19720 | MRC Opportunities Fund I LP – Series C<br>c/o Marble Ridge Capital LP<br>Attn: Kamand Daniels<br>1250 Broadway, Suite 2601<br>New York, NY 10001 | February 7, 2020 |
| 5687<br>5689 | Citigroup Financial Products Inc<br>c/o Citigroup Global Markets<br>Attn: Kenneth Keeley<br>388 Greenwich Street<br>Trading Tower, 6th Floor<br>New York, NY 10013<br><br>Citigroup Financial Products Inc<br>Attn: Brian S. Broyles<br>Distressed Closing/Private Equity<br>One Penns Way<br>OPS 2/2nd FL – Global Loans<br>New Castle, DE 19720 | Marble Ridge Master Fund LP<br>c/o Marble Ridge Capital LP<br>Attn: Kamand Daniels<br>1250 Broadway, Suite 2601<br>New York, NY 10001 | February 11, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5688<br>5690 | Citigroup Financial Products Inc<br>c/o Citigroup Global Markets<br>Attn: Kenneth Keeley<br>388 Greenwich Street<br>Trading Tower, 6th Floor<br>New York, NY 10013<br><br>Citigroup Financial Products Inc<br>Attn: Brian S. Broyles<br>Distressed Closing/Private Equity<br>One Penns Way<br>OPS 2/2nd FL – Global Loans<br>New Castle, DE 19720 | MRC Opportunities Fund I LP – Series C<br>c/o Marble Ridge Capital LP<br>Attn: Kamand Daniels<br>1250 Broadway, Suite 2601<br>New York, NY 10001 | February 11, 2020 |
| 5691 | Author IT Software Corporation<br>1109 First Ave 5th Fl Ste 500<br>Seattle WA 98101 | Cowen Special Investments LLC<br>Attn: Jeffrey Caress<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | February 11, 2020 |
| 5692 | HDR Engineering Inc.<br>2379 Gateway Oaks Drive<br>Suite 200<br>Sacramento, CA 95833<br><br>HDR Engineering Inc.<br>2365 Iron Point RD #300<br>Folsom, CA 95630 | Cowen Special Investments LLC<br>Attn: Jeffrey Caress<br>599 Lexington Avenue, 21st Floor<br>New York, NY 10022 | February 11, 2020 |