# EXHIBIT C

**EXPENSES
BY DELOITTE & TOUCHE LLP FOR THE PERIOD
JUNE 1, 2019 THROUGH SEPTEMBER 30, 2019**

# PG&E Corporation and Pacific Gas and Electric Company
# Deloitte & Touche LLP
# Expenses Sorted by Category for the Fee Period
## June 01, 2019 - September 30, 2019

| Category | Date | Description | Amount |
|---|---|---|---|
| **Airfare** | | | |
| Giamanco, Patrick | 06/20/2019 | Roundtrip coach airfare from Atlanta, GA to San Francisco, CA. | $624.05 |
| Cochran, James | 06/28/2019 | Roundtrip business class airfare from Atlanta, GA to San Francisco, CA. | $1,274.19 |
| Giamanco, Patrick | 07/02/2019 | Roundtrip coach airfare from Atlanta, GA to San Francisco, CA. | $624.77 |
| Donahue, Nona | 07/08/2019 | Roundtrip coach airfare from Spokane, WA to Salt Lake City, UT. | $404.47 |
| Donahue, Nona | 07/12/2019 | Airline change fee. | $200.00 |
| Nkinzingabo, Rudy | 07/21/2019 | Roundtrip coach airfare from Phoenix, AZ to San Francisco, CA. | $318.84 |
| Giamanco, Patrick | 08/01/2019 | Roundtrip coach airfare from Atlanta, GA to San Francisco, CA. | $624.77 |
| Cochran, James | 09/05/2019 | Roundtrip business class airfare from Atlanta, GA to San Francisco, CA. | $1,163.31 |
| Giamanco, Patrick | 09/05/2019 | Roundtrip coach airfare from Atlanta, GA to San Francisco, CA. | $651.55 |
| Giamanco, Patrick | 09/10/2019 | Roundtrip coach airfare from Atlanta, GA to San Francisco, CA. | $762.29 |
| Subtotal for Airfare: | | | $6,648.24 |
| **Hotel** | | | |
| Pemberton, Tricia | 06/09/2019 | 1 night hotel accommodation at Hampton Inn & Suites in Indianapolis, IN. | $122.33 |
| Pemberton, Tricia | 06/10/2019 | 1 night hotel accommodation at Courtyard in San Francisco, CA. | $403.97 |
| Giamanco, Patrick | 07/09/2019 | 1 night hotel accommodation at Hyatt Regency in San Francisco, CA. | $406.71 |
| Giamanco, Patrick | 07/10/2019 | 1 night hotel accommodation at Hyatt Regency in San Francisco, CA. | $406.71 |
| Nkinzingabo, Rudy | 07/16/2019 | 1 night hotel accommodation at Park Central in San Francisco, CA. | $348.17 |

# PG&E Corporation and Pacific Gas and Electric Company
# Deloitte & Touche LLP
# Expenses Sorted by Category for the Fee Period

June 01, 2019 - September 30, 2019

| Category | Date | Description | Amount |
|---|---|---|---|
| *Hotel* | | | |
| Cochran, James | 07/17/2019 | 1 night hotel accommodation at Hyatt Regency in San Francisco, CA. | $383.46 |
| Giamanco, Patrick | 07/17/2019 | 1 night hotel accommodation at Le Meridien in San Francisco, CA. | $338.99 |
| Nkinzingabo, Rudy | 07/17/2019 | 1 night hotel accommodation at Westin in San Francisco, CA. | $377.43 |
| Nkinzingabo, Rudy | 07/18/2019 | 1 night hotel accommodation at Westin in San Francisco, CA. | $377.43 |
| Giamanco, Patrick | 08/18/2019 | 1 night hotel accommodation at Courtyard in San Francisco, CA. | $208.67 |
| Giamanco, Patrick | 08/19/2019 | 1 night hotel accommodation at Courtyard in San Francisco, CA. | $394.67 |
| Giamanco, Patrick | 09/23/2019 | 1 night hotel accomodation at Sheraton in San Francisco, CA. | $329.56 |
| Giamanco, Patrick | 09/24/2019 | 1 night hotel accomodation at Sheraton in San Francisco, CA. | $556.64 |
| Subtotal for Hotel: | | | $4,654.74 |
| Total | | | $11,302.98 |

## Recapitulation

| Category | Amount |
|---|---|
| Airfare | $6,648.24 |
| Hotel | $4,654.74 |

2

Case: 19-30088    Doc# 5729-3    Filed: 02/11/20    Entered: 02/11/20 17:00:55    Page 3 of 3