DELOITTE & TOUCHE LLP
Timothy Gillam
555 Mission Street
San Francisco, CA 94105-0920
Telephone: 414.783.4122
Fax: 704.339.5276

*Independent Auditor and Advisor*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>- and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>__Affects PG&E Corporation<br>__Affects Pacific Gas and Electric Company<br>X  Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No.19-30088 (DM)<br><br>Chapter 11 (Lead Case) (Jointly Administered)<br><br>Objection Deadline: March 3, 2020 at 4:00 p.m. (Pacific Time) |

## DECLARATION PURSUANT TO RULE 2016 OF THE LOCAL RULES OF BANKRUPTCY PROCEDURES FOR THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

I, Timothy Gillam, being dully sworn, deposes and says:

**I)** I am Partner of Deloitte & Touche LLP ("Deloitte & Touche").

**II)** By Order dated July 25, 2019, Deloitte & Touche was retained to provide independent Auditor and advisory services to the above captioned debtors and debtors in possession (the "Debtors").

**III)** I submit this Declaration in conjunction with Deloitte & Touch's Second Interim Fee Application, dated February 11, 2020 (the "Application") for compensation for services rendered and allowance of expenses for the period of June 1, 2019 through September 30, 2019.

**IV)** I am very familiar with the services rendered by Deloitte & Touche to the Debtors.

**V)** I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, Deloitte & Touche submits that the Application complies with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the applicable U.S. Trustee Fee Guidelines, and further orders of the Court.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 11th day of February 2020.

DELOITTE & TOUCHE LLP

By: /s/ Timothy Gillam
Timothy Gillam
Partner
555 Mission Street
San Francisco, California 94105-0920

Independent Auditor and Advisor to the Debtors