Thomas Tosdal
Tosdal Law Firm
777 S. Highway 101
Suite 215
Solana Beach, CA 92075
Tel. (858) 704-4710
Email tom@tosdallaw.com

Angela Jae Chun
Law Office of Angela Jae Chun
777 S. Highway 101
Suite 215
Solana Beach, CA 92075
Tel. (619) 719-5757
Email ajc@chun.law

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Bankr. Case No. 19-30088-DM<br><br>**EXHIBITS TO JOINDER OF FIRE CLAIMANTS IN TCC'S OBJECTIONS TO FEMA AND CAL OES CLAIMS**<br><br>Date: February 26, 2020<br><br>Time: 10:00 a.m.<br><br>Place: U.S. Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

The following exhibits are submitted in support of the Joinder Of Fire Claimants In TCC's Objections To FEMA And Cal OES Claims:

Exhibit 1: Cal Fire News Release dated April 28, 2016;

Exhibit 2: Excerpt of the Oakland Fire Department Origin and Cause Report for the Ghost Ship Fire dated December 2, 2016;

Exhibit 3: Cal Fire News Release dated May 25, 2018;

Exhibit 4: Cal Fire News Release dated June 8, 2018;

Exhibit 5: Cal Fire News Release dated October 9, 2018.

Exhibit 6: Sample of fire victim letters to the Court.


Dated: February 10, 2020                                         /s/ Thomas Tosdal

                                                                 Attorney for Fire Claimants