# EXHIBIT 2



# Oakland Fire Department

# Origin and Cause Report

## Incident # 2016-085231

## December 2, 2016

## 1315 31st Avenue

March 18, 2017 edited May 11, 2017

---

Fire/Arson Investigation Unit
(510) 238-4031 office
(510) 238-4033 fax

Oakland Fire Department
150 Frank H. Ogawa Plaza Suite 3354
Oakland, CA 94612

Case: 19-30088    Doc# 5731-3    Filed: 02/11/20    Entered: 02/11/20 17:07:52    Page 2 of 3

ACLO Coroner case number 2016-03664

Jennifer Akiko Morris, (DOB: 12/20/1994) Morris had soot in the nares, oral cavity, larynx and trachea. Morris's carboxyhemoglobin level was 81%. Morris's cause of death was smoke inhalation.

**KNOWN INJURIES:**

Samuel Maxwell was seriously injured and remains hospitalized at the time of this report. His eyewitness account of the event is not available.

**CONCLUSION:**

No witnesses to the incipient stage of the fire were located. Based on witness statements and analysis of fire patterns, an area of origin was identified in the northwest area of the ground floor of the warehouse. In support of this hypothesis, fire patterns and fire behavior were considered, including ventilation effects of door openings, and the fuel load, consisting of large amounts of non-traditional building materials. This analysis was challenged with alternate hypotheses of fire origins, away from, or communicating to an area remote from, the immediate area of fire origin. Several potential ignition sources were considered. No conclusive determination of the initial heat source or the first materials ignited was made. The fire classification is UNDETERMINED.