# EXHIBIT 6

**Lorena Parada**



FILED
FEB 05 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Case # 19-30088

| | |
|---|---|
| From: | Tammy Spirlock <tammyspirlock@aol.com> |
| Sent: | Wednesday, February 5, 2020 9:15 AM |
| To: | Lorena Parada |
| Subject: | Letter for case# 19-3098-DM |

I would like this letter public and posted on the docket and read by the judge please.

The Honorable Judge Montali
US Bankruptcy Court
Case# 19-3088-DM

Your Honor,
I am a victim of the Campfire. Multiple members of my family lost everything we owned on November 8, 2018. I have been following the case and I am Against the PG&E settlement.

The proposed settlement of 13.5 Billion dollars will not come close to making us whole. I realize that PG&E has filed bankruptcy. With that being said I understand that PG&E has multiple creditors to pay and we are in line with many.

I'm not new to PG&E. My father spent 33 years of his life working hard for them. He was a loyal employee, did a good job and thought very highly of the company he worked for. My father passed away 3 1/2 years ago. I miss him terribly but its probably a blessing he isn't here to see how a company he gave his life working for is now treating his wife, his daughter and his grandchildren with this proposed settlement.

The day of the fire, I did get a phone call notification to evacuate. At that particular moment I had a choice to make.... Pack up all my special mementos, pictures of my children growing up, my baby pictures and family albums, my dad's ashes that sat on the mantle, my signed art I collected for 30 years, my jewelry and every other thing that was important to me. Instead I took a look around my neighborhood and I noticed that my neighbors were not out packing their cars. You see I had many elderly neighbors. People in there late 80's and 90's. People without family in town that relied on neighbors to help them. So I did the RIGHT thing. I went door knocking, notifying my neighbors of the fire and the need to evacuate. Needless to say after I helped my neighbors I had no time to gather anything other than my animals and my purse. The smoke was very thick, I feared for my life.. By the time I made it to the corner of my subdivision, houses were on fire.

The year prior to fire I had moved and downsized into this home. I had remodeled it from top to bottom. It was the very first home I bought as a single person. All of my debt was paid off including my home... I didn't owe anyone in the world anything. It was my fresh start. I did everything I could to live a happy, debt free life. 2018 was the first year I finally got my mojo back. I had the best group of friends and my job in real estate that I loved. You see in the four years prior to fire I went through an unwanted and unexpected divorce after 27 years and my father died of leukemia. Then on November 8, 2018 my house burned to the ground.

It seems as if PG&E has put the cart before the horse and make agreements with insurance companies and municipalities before making an offer to the survivors. We were left with a deal of cash/stock and it included multiple fires, FEMA and the State of CA in our offer. I personally being under-insured will not be made whole with my home and contents. Let alone loss of community, trauma, loss of income, etc. When I receive a settlement after paying my attorney (which all attorneys need to be capped at 20%) and paying taxes I will be lucky to recoup 15% of my loss. That is not acceptable.

Survivors should not have to dip into their retirement accounts, savings accounts and take out loans that they didn't have before for something that is not their fault. Its already bad enough that our insurance has doubled and tripled in

1

Case: 19-30088    Doc# 5672    Filed: 02/05/20    Entered: 02/06/20 13:40:42    Page 1 of
Case: 19-30088    Doc# 5731-7    Filed: 02/11/20    Entered: 02/11/20 17:07:52    Page 2 of 7

cost, our PG&E rates are higher, we have extra gas costs going to/from Chico for shopping. Last but certainly not least we have been left to live in a town where it looks like a bomb went off.

My moms house survived this fire. It burnt a circle around it. She refuses to move because that is the last place where my father lived with her before he passed. They were married for 46 years. She feels like he saved that house for her. I am an only child and I have wonderful parents. So needless to say I'm doing the RIGHT thing again. I will continue to live here to help her as she ages. I wish I could move. I wish I didn't have to relive that day when I drive through town. I sat on Skyway for 4.5 hours trying to get out. I wish my friends still lived here. I wish I could go to sleep without fear of trees falling and killing me. I wish I didn't cry at the drop of the hat. I wish I didn't feel this anxiety all the time. I wish our town was still beautiful.

Your Honor, please do the RIGHT thing for us. We lost the most and are suffering the most. We deserve to get our footing back and be back in a same position we were before our lives were hijacked by PG&E.

Sincerely,
Tammy Spirlock

2

To Judge Dennis Montali
From: A and S
Dear Judge Montali,

We are 40 year residents of Redwood Valley and most of our property burned in the Oct 8 2017 firestorm that was caused by PGE's neglect of our electrical lines. Despite our own diligence with vegetation management, PGE was allowed for far too long to defer maintenance on their vulnerable high power lines. And so the inevitable happened.

We are writing to express our profound outrage that FEMA and other government entities are attempting to take nearly half of the $13.5 B that PGE set aside for fire victims.
We will strenuously oppose this and vote against any reorganization plan that includes this government larceny.
We were promised by our local government and federal representatives that our liability for debris removal was absolutely limited to our insurance coverage for debris removal.
And now FEMA wants to change the rules and steal money that was set aside for us. Other than debris clean up, we did not receive ANY funds from FEMA for housing or other assistance.

Even though our main house survived (badly damaged) our property has required massive clean up and rebuilding, only partly reimbursed by insurance. We barely escaped the fire and S was badly wounded in the leg requiring multiple surgeries and finally a skin graft in May 2019.

Why is it that the victims are last in line for collecting damages from PGE.?
We feel re-victimized by the very people that are supposed to be helping us.

We are in our 70's and are looking at an end of life that is stressed and rife with uncertainty and conflict. All of this is avoidable. It is telling that we are actually afraid to put our full names on this letter and thus the public record, due to fear of federal retaliation.
As retired teachers we worked long days and long years to be of service and teach children right from wrong. We raised 3 successful children who are now facing having to house their parents who have been worn down and traumatized by huge partially reimbursed losses thanks to a major insurance company hell bent on paying us as little as possible and confusing us with red tape.

We beg of you to choose the humane solution here and for once choose law-abiding families over the interests of the rich and powerful.

We put our faith in you, Sir.

Sincerely,
A and S, Redwood Valley, CA

Machado Family

1637 Jaramillo Lane

Paradise, CA 95969

Judge Montali,

My name is John Anthony Machado, I have a family of five including my 92 year old Veteran Father, my wife and my 11 and 8 year old daughters.

We have been residents of Paradise for over 27 years, my Father built our dream home and life for us in Paradise CA.

We became victims of this horrific fire and became homeless and living in a hotel room for months after having this near death experience, our life has changed for ever due to this event.

We lost my father's, military memorabilia, my mother's antique collection, all our family's pictures, my daughters will not have a picture of their dead Grandmother to show their kids, and items that any amount of money will replace.

We are victims and we deserve and have the right to be compensated. It is absurd to think the government will take the money after everything we went through. My family and I have been going to counseling to help with our PTSD, our girls have been uprooted from their life, school, friends and all the activities they loved. My wife family lost their restaurant, my wife's job that allowed her to take care of me a legally blind person, my 92 year old father and our girls. My father has been depressed, he went from being on the same place for 27 years to live in a totally different environment.

We are still paying mortgage, rent on our temporary house, we went form having a good life to cut our income in half after the fire. We can barely make it every month.

Our family, like many other families did not qualify to receive any help from FEMA, yet they want to take the money that would allow us to try to rebuild our life again.

It is disgusting and immoral what they are trying to do, and we will vote NO to this. We disagree with any government entity that will take away from the money our family rightfully deserves.

I am asking you to rule against any and all FEMA claims sharing our victims settlement monies allowed for us.

I have faith in your judgment and common sense approach in supporting us keeping the money we deserve and need to rebuild our lives.

Cell: (530) 786-8006

Email: Jmachado333@gmail.com

Thank you

John A Machado

February 10, 2020

Dear Honorable Judge Dennis Montali,

My Family and I were severely impacted by the 2017 Redwood Complex Wildfire.

We live on a ranch in Redwood Valley. Some seven families were living on the ranch the night of the fire. We lost five structures on our parcel that night. All the other residences and out-buildings on the ranch were destroyed as well by the wildfires. So far, nobody has been able to rebuild their home. We are trying to now. The people who rented an old cabin from us are camping out in a trailer on the land. My sister-in-law is in a tiny house for now, awaiting trying to rebuild her home. Everyone else has had to move away.

As with many others we have had insurance problems, therefore we do not have enough money to rebuild all the structures where people lived. As with other wildfires in California, our fire has contributed to California's critical housing shortage and there are insufficient funds to replace what's been lost.

The only help we received from FEMA was the initial clean-up of the building sites, and even that was poorly done; things left behind and no further response when asked when they were going to finish the job.

We think it is wrong for government to be taking money out of the hands of fire victims. There are so many of us that need financial help in order to rebuild our lives.

The 13.5 billion was set aside specifically for fire victims and they need the money! We ask you to support us in our vote against allowing the government to take the funds for our recovery. It is our belief that taxpayers expect that the government will utilize some of its taxes to help support disasters. It is fairly unconscionable that the government would give tax breaks to the wealthy people while there are people still in need and expect them to pay for the assistance that their taxes help fund.

We are an older couple and continue to daily be impacted by the effects of the fire both mentally and physically. Our land has been severely damaged. There are many dead trees still standing. PG&E left our home site littered with downed trees that they cut to protect new wires. They also dropped a tree on our septic tank and broke it. They only offered to pay for half of its replacement. Our retirement resources will not be enough to even begin to replace what has been lost.

Thank you for your consideration,

The Monroes

February 10, 2020

Dear Honorable Judge Dennis Montali,

I had lived in Paradise for over 18 years until my life was changed forever by the Camp Fire. The home and town where I had raised my family and planned to spend my retirement and remaining years was gone, as was everything else I had in my life. The home contained so many memories and all I had left of my mother, father, and son was gone. The rental income from the two rental units in the house, as well as the value of all the upgrades I had made to my home, RV, and motorcycle were gone.

As I try to move forward I find the cost of rebuilding my life far exceeds any insurance payments. Housing, rebuilding, personal property replacement, and home insurance costs have escalated beyond the limits of insurance policy coverage. Replacing those cherished personal items which contain so many memories will take thousands of dollars and hours. I worry about the costs of future medical and mental health issues which have resulted from the fire. Therefore this settlement is crucial to me and all the survivors of this tragedy for so many reasons. My life has been hell and I had insurance. I can imagine life for those without.

Therefore, I am highly concerned, angry, and frustrated with what I see happening with the settlement from PG&E. More infuriating are the claims from FEMA, Cal-OES, and other municipalities and agencies who are claiming from $4.9 to $6.6 billion in damages from this settlement. This leaves very little from the settlement for the fire victims for whom it was intended, those who suffered, endured, and try to rebuild their lives.

FEMA and Cal-OES are already being partially reimbursed from the victims' insurance policies and are already funded by our tax dollars. Therefore, I am outraged that our local, state, and federal governments would take billions of dollars away from fire victims. And frankly, the performance of FEMA was not that great. My lot and street were so torn up from the clean up that I had to sell it for a substantial loss.

Therefore, I am requesting that FEMA, Cal-OES and other municipalities and agencies be removed from this settlement. Additionally, I would request timely payment of the settlement with no installments or stock payments. Most of the victims have no interest or knowledge in managing stocks and need this money now so that we can have closure and move on with life. Fire victims should be paid first, not left fighting for scraps after insurance and governmental entities are paid.

In good conscience, I will have to vote NO for any PG&E reorganization plan that takes money away from fire victims to pay FEMA and other governmental agencies. That is just wrong. Thank you for your time and consideration. I can only imagine the magnitude and complexity of your duties in this matter and trust that you will do right by the victims of this tragedy.

Sincerely,

Paul Arnold