Thomas Tosdal
Tosdal Law Firm
777 S. Highway 101
Suite 215
Solana Beach, CA 92075
Tel. (858) 704-4710
Email tom@tosdallaw.com

Angela Jae Chun
Law Office of Angela Jae Chun
777 S. Highway 101
Suite 215
Solana Beach, CA 92075
Tel. (619) 719-5757
Email ajc@chun.law

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Bankr. Case No. 19-30088-DM<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF JOINDER OF FIRE CLAIMANTS IN TCC'S OBJECTION TO CLAIMS BY FEMA AND CAL OES**<br><br>Date: February 26, 2020<br><br>Time: 10:00 a.m.<br><br>Place: U.S. Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I, Thomas Tosdal declare:

1. I am counsel for fire victims harmed by the Atlas, Redwood, and Camp Fires, all of whom have filed proofs of claim in this bankruptcy proceeding.

2. Exhibits 1-5 are true and correct copies of government documents as they are found in the public domain.

3. I have been involved in the liability discovery for the Camp Fire and have reviewed the Cal Fire investigative report, which concludes the Camp Fire ignited when a worn C-hook failed, causing an energized conductor to strike a tower, sending sparks and igniting a fire below.

4. Public reports state the investigating fire agency determined the Sullivan Fire burned two structures and was caused by "high winds causing power lines to arc."

5. Exhibit 6 contains true copies of correspondence to the Court either directly or through the undersigned.

I declare under penalty of perjury the foregoing is true and correct. Executed on this 11th day of February 2020 in Solana Beach, California.

*Thomas Tosdal*
Thomas Tosdal