Thomas Tosdal
Tosdal Law Firm
777 S. Highway 101
Suite 215
Solana Beach, CA 92075
Tel. (858) 704-4710
Email tom@tosdallaw.com

Angela Jae Chun
Law Office of Angela Jae Chun
777 S. Highway 101
Suite 215
Solana Beach, CA 92075
Tel. (619) 719-5757
Email ajc@chun.law

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors. | Bankr. Case No. 19-30088-DM<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I, Angela Jae Chun, do declare and state as follow:

1. I declare that I am over the age of 18 years, and not a party to the action. I am employed in the County of San Diego, California. My business address is 777 S. Highway 101, Ste 215, Solana Beach, CA 92075.

2. I certify that on February 11, 2020, I electronically filed with the Clerk of Court using the CM/ECF system, which will electronically serve all parties in this action, the following documents:

   1. Joinder of Fire Claimants in TCC's Objections To Claims By FEMA And CAL OES;

   2. Declaration of Counsel in Support of Joinder of Fire Claimants in TCC's Objections To Claims By FEMA And CAL OES;

   3. Exhibits to Joinder of Fire Claimants in TCC's Objections To Claims By FEMA And CAL OES.

3. On February 11, 2019, I placed a copy of the above documents, in a sealed envelope with postage fully prepaid and addressed to the non-CM/ECF participants indicated on the Manual Notice List for collection and mailing at Tosdal Law Firm, 777 S. Highway 101, Ste 215, Solana Beach, CA 92075, in accordance with the firm's ordinary business practices.

I declare under penalty of perjury the foregoing is true and correct. Executed on this 11th day of February 2020 in Solana Beach, California.

/s/ Angela J. Chun
Angela Jae Chun