February 6, 2020

The Honorable Judge Montali



**FILED**

FEB 10 2020

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Case #
19-30088

I am a survivor of the Camp Fire. I am writing you in regards to the settlement negotiations between PG&E, the bondholders, the TCC and our attorneys.

We know how bad this settlement is for survivors. It is my sincerest hope that the majority of claimants vote this down. And we will continue to keep writing Governor Newsom asking him to reject it.

Survivors have taken a backseat to all the rich investors that have had an eye on making a profit at our expense. I believe that you are aware of the injustice being done, even by our own attorneys.

Money to the rich has been the American way for too long. The survivors are demanding fair and just compensation, and we will continue working on getting every survivor to open their eyes and take a good long look at what has happened and still is happening in this case. Greed, back-door secret dealings and lack of compassionate representation have resulted in gross injustice. <u>The disclosure statement should be 100% transparent without any of the elements retracted or simplified as this may UNFAIRLY influence a 'Yes' vote from survivors due to the lack of transparency.</u>

I have included pictures representing what life is currently like in Paradise. These pictures include: men and women standing in a long line on a cold January day for free food at a church; men and women standing in a long line on a cold day in January for free propane and a free lunch at another church; men and women standing in line on a cold day outside the post office to pick up their mail due to their homelessness; sheds, trailers, and tents survivors are using for housing until they receive a settlement from PG&E to help them get on with the rebuilding of their lives.

Our hopes will be shattered if the current plan is approved. I want you to know that many of us understand what is happening and that we will move heaven and earth to stop it.

I am requesting my letter (and pictures) to be made public and put on the docket.

Sincerely,

Lisa Williams

Lisa Williams

Housing in PARADISE







Housing

Tents

Trailers







Sheds

P.O. Line for mail





Food Donation Line - Church in Magalia

# CAMPFIRE SURVIVOR

## Tina Reszler



Paradise, CA. 95969

Dear Honorable Judge Dennis Montali,

My name is Tina and I am a Campfire Survivor. On November 8, 2018 my whole town was destroyed by the deadliest and most destructive wildfires in California History, known as the Campfire. On the morning of the fire, I left early for work and by the time I realized how fast the fire was spreading it was too late to go back up to save my dog, Talula, or any personal belongings of my son or I. This fire has been a very traumatic and devastating experience especially with losing our beloved dog, Talula.

**My Story:**

I left my home at 7:00 am on Nov. 8, 2018 to go to work. I saw a large plume of smoke in the distance which appeared to be coming from the City of Oroville. I work for ******** and one of my duties includes********, aged adults and people with disabilities, when a fire or other extreme situation occurs. This process takes time to retrieve the data and then dispurse the data to staff to make the calls. At about 9:00 am, I realized that all the roads leaving Paradise were starting to be blocked to allow traffic to exit the town. I left at 9:00 am only to see the hwy 70 closure toward Clark Rd. I knew Pentz was not an option. I then tried for Neal Rd but ended up in traffic about a half mile away where I sat for about 4 hours watching in horror as the mountain was in flames and the smoke filled the sky which created an illusion of night at 9:00 am in the morning.

I am forever heartbroken over my dog, Talula. I had reached out to a few animal rescues hoping/praying for Talula but knew in my heart she had passed away in my home. She was a tiny dog about 5lbs and 8 years old. I reached out to someone with a cadaver dog but the dog could not locate my Talula. About 6 weeks after the fire, the evacuation order was lifted for Zone 1. I immediately found my Talula in what would have been the far corner of my closet. What I viewed was the most horrific site that is forever in my memory. **It was only a glance, but I was able to identify her upper right side teeth that were hanging onto a completely charcoaled skull, no ears, no eyes, no nose, pretty much no body only bones.** With help from stangers they extracted what was left of her and buried her next to two unmarked tree on my lot. Seven month later PG&E marked both trees to take down because the roots of the tree might interfere with the underground power they were going to put in on my side street. Unfortunately, I had to extract her from her grave and move her to a different location.

It was a miracle that my son was not home that morning, he would have been asleep with his phone turned off and no car. He had spent the night at a friend's the day before the Campfire. It took me 2 days to find my 72 year old mother who lives in Magalia. The days following Nov 8 were just as devastating as what the fire did itself, sleeping in our cars and at a local shelter. My mom caught the neuroviris at the shelter and was transported by ambulance to Enloe where she stayed for 3 days. Between my mother and I, we had just paid for all our bills and bought groceries which left us with little money. I did have insurance but it took more than a month to receive assistance with a hotel and basic necessities so we stayed at a shelter and in our cars. I lived in my house for 10 years and have moved too many times since the Campfire. Everyting about our lives has been taken from us only memories remain.

**Please hold PG&E Fully Accountable! The current amount set aside isn't enough! Please Do Not allow FEMA, Insurance companies, or any other organization to take funds set aside for survivors that the funds are intended for.**
**It is ok to make my statement public.**

Sincerely,

Tina Reszler

Case: 19-30088    Doc# 5739    Filed: 02/10/20    Entered: 02/12/20 12:12:06    Page 5 of 36

I would like my letter to be made public and put on the docket.

For the Honorable Judge from a Camp Fire Survivor retired senior couple who lost everything after moving to Paradise 3 months before the fire.

This is just a snapshot of what happened to us, and now after 15 months laterI still suffer from PTSD, sleep apnea and asthma from the fire. My counselor said I should get closure on this by posting this to see if anyone has seen these animals or person we rescued from the Camp Fire. But I can't bring myself to read the posts, see pictures of the fire, or any read possible criticism due to my guilt for not doing more. Here is what I wrote:

After much reaching out to agencies like Red Cross, the county and animal groups, we are finally posting here to try and find any pertinent information. On the day of the fire, we sheltered for 7 hours at the Moore Rd. Ballpark. A horse had either been stabled there or let run free and was trying to get into the field to get to the grass. Unfortunately, the gate was locked and we couldn't get it open. We had stopped up the sinks and ran water to soak clothes and towels and used it to wipe down the horse and give him water. We filled a water basin at the corral for him and gave him what apples and granola bars we had when we left. No one from the horse shelters received a horse from that area.
Then, we left after the fire burned our mobile home park down and we had to drive through fire down Billie Rd. to get to Skyway where a dog came running up to us. We were able to open the door in the fire and retrieve it, an Australian Cattle Dog with cropped tail. (It rode down the rest of the way to Chico with us but, unfortunately, jumped out and ran away at our son's home on 5th Avenue by Enloe Hospital. We posted with his local neighbors and animal shelters, but didn't get a response).
Next, we got to Skyway off Billie and stopped at Elliot to pick up an elderly lady walking on the sidewalk about 4 p.m. in the dark alone. She was coughing and disoriented having walked from her mobile home park on Skyway. We don't know which one. She had I.D. and was trying to get to K-Mart parking lot to meet up with her son. Her name was M. Holmes and she was 93, they said, when we took her to the Red Cross shelter at Neighborhood Church. We had to leave right away for the coast due to smoke inhalation problems and have not been able to follow-up except by phone and online at a distance. If you have any information, we would appreciate hearing from you, thank you.

Thank your for your time and consideration and I hope the day comes that I am strong and emotionally and mentally healthy enough to continue the search for my closure.
Sincerely,
James Cox
Previous to Camp Fire Address- 2 Pheasant Ridge Dr.,Pheasant Ridge Mobile Home Park now burned and gone.
Currently without residence while searching for new housing

Good morning Honorable Judge Montali,

My family and I are victims of the Camp Fire. When the fire broke out I was taking my 6 year old to school and it began raining ashes and tree limbs smoldering out. We left his school and went back home to pack a bag as we felt it might be getting worse. My husband decided to take our three boys aged 1, 5, and 6 to their grandparents home up the road and we were to meet there after I got our animals loaded up.

By the time he got back to our home the road was completely engulfed in flames on either way and we could not reach our children.

We were separated from our children for the next 6 hours without knowing if they were dead or alive.

After being separated from them I had to leave my car and run because my car caught on fire. It took us 4 hours to finally get out of Paradise. My baby had croup at the time of the fire and continues to have respiratory issues since being in that smoke so long. My five year old is still traumatized from being scared for his life and I'm not sure he will ever be the same. We have left the area we had planned to raise our children in.

I left a job I loved doing mediations for Butte County Superior Court because we had no where to live. We did not have renters insurance and are still trying to get the household items needed for our new lives. We received some help from FEMA but not nearly close to what is needed to start over. My husband and I both lost our dad's and had their only remaining items in our home in Paradise. There were so many irreplaceable things that I will never see or touch again. It's been over a year yet it still feels like yesterday.

I'm sure you have heard many stories like this but please consider all that we victims went through and are still going through as a result of the fire. Please do not allow FEMA or insurance companies to take money from the victims and please put victims first. We should not be last to receive a payment and ours should be cash not stocks.

When someone decides to hold such an esteemed position as yours, it has to be for a reason of wanting to help others and somehow make a difference. Well this is your chance! Do the right thing and put victims first.


I would like this letter to be made public and I request that it is put  on the docket


Keri Lockard

Former resident 6074 Pentz Rd Paradise

Dear Judge Montali,

I am a Campfire survivor. My parents moved us to Paradise in 1969 when I was 4 years old. At the time of the campfire, I was living in the house I grew up in with my husband. My father had passed away earlier in the year, and I hate to even say it, but I'm glad that he died when he did and didn't have to go through that fire. He would have been 88 years old.

I'm sure you've heard all the stories from hundreds of people about what this fire has done to them, their families, their lives. My husband got very sick a couple weeks after the fire and died in April 2019 of liver failure and pancreatitic cancer. Aside from losing everything I owned, irreplaceable or otherwise, I lost 2 cats and all my chickens in the fire. I'm not going to go into details of everything I've lost. I'm sure you can imagine all the personal and sentimental items you would miss if a fire burned your home, but I am going to attach pictures to show you the home that I had, and what I ended up with.

How is this settlement, as it currently stands, in anyway even remotely close to compensating fire victims for the tremendous loss we have suffered at the hands of PG&E? I keep hearing in the news that fire victims are in support of this deal. That couldn't be further from the truth. For one thing, the majority of fire victims don't even know anything about what's going on behind the scenes because their attorneys are not keeping them informed, and or are not working on their behalf. It would help tremendously if you could put a cap on attorneys fees of 20% or less, since they aren't actually having to go to court.

There are so many things about this current proposal that are unacceptable: Insurance companies getting top priority and $11B, even though they are insured themselves against such disasters and paid by premiums to cover fires! FEMA getting funds set aside for victims. Cal OES getting funds set aside for victims. Stock options that may very well be worth NOTHING in the near future, with payments that are broken up over up to 3 Years and no guarantee PG&E will even exist!

The way this proposal looks now, we stand to get so very little, nobody will be able to rebuild or "start over", much less "be made whole". There are thousands of people that are still homeless, myself included. Thousands of people lost their jobs because they no longer exist. I have been living in a garage since November 8th 2018. I am planning to rebuild, but it's a very slow process, and it's a very expensive process.

How is it in any way fair that the actual victims of this fire, or any of the fires, are put at the very, very bottom of the priority list in being compensated for their losses.

I am requesting that my email and pictures be made public and put on the docket.

Sincerely,

Michelle Barker





To whom this may concern

I want this letter placed on the docket for the hearing!

I'm writing this letter because I I don't agree with this settlement and I'm so sick and tired of hearing from all news reports ect, that we survivors have agreed to this settlement! THAT IS A BOLD FACE LIE!!! We all have to rebuild what lives if any we have left and this settlement isn't going to help us be able to do that!. There is over 80,000 of us, please do the math! With the cost of everything constantly going up, how can we possibly rebuild our lives again with this settlement agreement! Especially since it's not all cash. I we can't buy homes ect with stock! PLEASE, PLEASE we all have already lossed everything!! Please help us to start over again! With a all cash settlement that allows all the fire survivors to be able to afford to get there lives back!! Please put yourself in our shoes! What would you want if tou were one of us! Thank you for listening.

Sherri Gallaway

February 7, 2020

Dear Judge Montali,

My name is Mashelle Keel and I am a survivor of the Camp Fire. I am writing to you regarding the settlement negotiations between PG&E, bond holders, the TCC and the fire victim claimants.

Today I want to share my objections to the RSA agreement and my reasoning and ask that you take into consideration what the end result will bring for the fire victims rather than prioritizing how PG&E will be set up for success or how insurers or government agencies will be compensated. The number one concern is why are we, the innocent community members MOST impacted by the fires not being paid our claims in cash, in full, before insurers and other agencies receive any reimbursement for their claims. Why is it we are being asked to accept a large part of our claim payout in PG&E stock, paid out over time, and other claimants are not. Asking us to accept a stock that is volatile and placed into a fund for future payment and has no protection for us to retain its value before our claims are paid is an insane risk. In fact, financial experts have declared, in a New York Times article that came out today, just this issue: *"The financial performance of PG&E will also affect wildfire victims. Under the bankruptcy plan, half their payment would come in PG&E shares. If the company struggles, the shares could fall in value, reducing the amount the victims ultimately receive. (The shares could rally, however, and give the victims a windfall.)"*

Why is it that Insurance companies, who are in the business of risk are not being asked to take payment in PG&E stock instead of the wildfire victims? They took our homeowners insurance money for decades, on time every year. Most of us have never, ever filed a home insurance claim and yet insurance companies have balked and pushed back at every step along this journey; delaying payments to insurance policies that we paid for. I, and many, many, others have had to escalate to insurance company Senior Managers, Butte County Representatives and to the State Insurance Commissioner to put pressure on our insurance companies to pay our claims. Now, insurance companies are charging horrendous rates for home-owners insurance policies that serve to backfill their expenses and help them to recover their coffers. Insurance companies have financial resources and income from around the country. None of them are operating out of parking lots or make shift offices; in short, they have the resources to weather being paid out over a longer period of time in PG&E stock and resources to fight the fight if needed if stock value or other situations cause payments to not be made.

Another concern; why is it that FEMA and CalOES can even be allowed to file a claim to take even one dime of our settlement? If they are eligible for recovering expenses for what their offices provide, they should be forced to file their own individual claims with PG&E. How is it they can file a claim for doing what their organizations are chartered to do in the first place?

Finally, how is it that fires that have not been proven to be caused by PG&E have been included in the PG&E Wildfire claim group; diluting resources that would otherwise be available for those truly victimized by PG&E Corporation? Our town was destroyed by this company, our community members are still struggling just to get by day to day and without a full payout in cash now from our claim against PG&E, many of us are at risk of our own bankruptcy's and inability to recover the lives that were stolen from us.

Judge Montali, my hope is that you strongly consider our objections and help us to garner a better, all cash up front recovery, for those most impacted by the PG&E caused wildfires. Our lives literally depend on it.

Sincerely,

Mashelle Keel

I would like my letter to be made public and put on the Docket.

VIA EMAIL

PLEASE PUBLICLY POST ON THE PRIME CLERK COURT DOCKET

February 7, 2020

Hon. Dennis Montali
U.S. Bankruptcy Court
Northern District of California

cc: Gov. Gavin Newsom

RE: Case # 19-30088-DM, PG&E Restructuring

Dear Judge Montali:

My home of 19 years, and all but a handful of possessions, were incinerated by the Tubbs Firestorm of October 2017. With no warning, I abruptly woke to stifling smoke, no power, and a terrifying maelstrom of rapidly advancing flames. My once beautiful view of the Santa Rosa plain below was now a vision of terrible devastation, every home and building, hundreds, thousands, were aflame. Only one tenuous route of immediate escape to life was available, already choked with the vehicles of my horrified and panicked neighbors. I will take these memories to the grave.

Unfortunately, that sickening scene was only the beginning of an outrageous odyssey for myself and my fellow victims. For me nearly two years would pass, of one shocking revelation after another, as I navigated the scandalous hurdles of underinsurance and enormous surge pricing for home contractors. Stories from my community members are equally disheartening. Although I have finally settled with my insurance, as of this date I have yet to replace my home; the recent and nearby Kincade Fire (and clearly persistent problems with PG&E) has taken the wind out of my rebuilding sails.

And now we arrive at the truly frustrating part of the story. After realizing the stunning audacity of PG&E's misinformation campaign, a handful of fellow victims and I created, funded, and ran an effort that helped to educate our fellow victims and facilitated their filing against PG&E. We call ourselves 'Survivors of the PG&E Fires', and we helped to reveal just how many victims had not filed because of the resulting confusion. Now we find ourselves, alongside many new victim allies, fighting for a new cause: the equitable restoration of these same fire victims in the face of cynical, even contemptuous, deliberation among enormously influential hedge-funds, insurance companies, government agencies, and law firms.

How is a victim of the outrageous negligence of PG&E ever supposed to feel justice has been rendered when survivor's attorneys, without consulting any significant portion of their clients, have agreed to such a terribly deficient settlement of $ 13.5 Billion for the devastation inflicted on well over 70,000 souls: 129 dead with scores injured, 27,000 homes and buildings obliterated, 400,000 acres torched, communities and towns ravaged, at a cost estimated to exceed $ 31 Billion? Further disconcerting is the expectation that fire victims accept potentially volatile, unreliable, and delayed funding in the form of restructured PG&E stock and tax benefits, while the same financing has been ardently refused by experienced hedge-fund managers. Add to that the insult that two government agencies, FEMA and Cal OES, ostensibly existing to come to the aid of disaster victims, now are shamefully demanding enormous

sums from the victims' funds. And last but certainly not least, our attorneys demand their fees from that same trust, with widely ranging contingencies from 20 to over 33 percent.

Judge Montali, I call upon your decency and discretion as the magistrate overseeing this court of equity, to please help guide the involved parties to render a far more fair and proportionate settlement for the one group of claimants who have experienced such overwhelming personal loss, and are involved by no fault of their own: the fire victims.

Respectfully,

James C. Finn
Santa Rosa, CA

February 7, 2020

Hon. Dennis Montali
United States Bankruptcy Court
Northern District of California - San Francisco Division
450 Golden Gate Avenue, Mail Box 36099
San Francisco, CA 94102

Dear Judge Montali,

My husband and I lost our Paradise, CA home, belongings and community in the Camp Fire and have filed a claim against PG&E. I am writing to state my concerns and objections regarding the proposed settlement for fire victims.

<u>$13.5 billion settlement is grossly inadequate</u> and the proposed fund keeps shrinking now that FEMA and Cal OES want to take a cut, too. These government entities need to stand down and **PG&E needs to increase the fund** so we all have a chance to rebuild our lives, which is a monumental task.

<u>PG&E victims should be 'made whole' *before*</u> non-victim creditors receive any funds, *before* executives receive bonuses and *before* Wall Street investors and bondholders cash in. People in Paradise and surrounding areas are greatly suffering. **Victims need to come first.**

<u>Our financial hardship is real.</u> Asking us to take stock as part of a settlement is unacceptable. **Cash only, no stock.** We need a settlement in full, not over a period of time. PG&E's high paid executives can figure that out, I'm sure.

I know this is a difficult situation and there is much to balance. Please, keep your focus on those of us trying to recover from PG&E's negligence — the tens of thousands of us who are struggling to rebuild our lives. We need a settlement that we can live with, literally.



Sincerely,

*Lynn Costa*

Lynn Costa
Camp Fire Survivor, Paradise, CA

PS. I would like my letter made public and put on the docket.

We would like this letter public and posted on the docket and read by the judge please.

The Honorable Judge Montali
US Bankrupty Court
Case# 19-3088-DM

February 7, 2020

In October of 2017 we lost everything in the Tubbs Fire-our home and all our earthly possessions in a wildfire sparked by faulty PG&E equipment. My wife had to leave her job as the manager of the Healdsburg Animal Shelter and I had to significantly reduce my workload from self employment to deal with the aftermath, and my community is still recovering from the scars and losses of that devastation. We took on significant debt to rebuild our home. Even worse, many of my neighbors who rented their homes didn't have the protection of renters insurance and suffer even more from financial hardship.

Our community lost many wonderful citizens looking for a safe place to live after more than 5000 homes were destroyed in Sonoma County. What pains us even more is witnessing the growing list of communities that suffer the same fate around the state, also destroyed by wildfires sparked by crumbling PG&E infrastructure. All of us, the thousands of people whose lives completely changed in every way after the fire, who took on devastating debt and stress, and lost so much, deserve compensation from PG&E.

My urgent concern about the bankruptcy negotiations that are underway now is that bondholder and investor concerns are taking the priority, and PG&E is trying to fast track their exit from bankruptcy. What really matters is compensation to the people and communities that have suffered from these disasters, and radical restructuring and infrastructure repair to a very broken utility system. These are essential to the safety and sustainability of our state; and wildfire survivors are not going to approve of anything short of that. So far we have heard PG&E brag that they have approval from us, the survivors. They don't have it--and they will see when it comes to our opportunity to vote on the proposal.

Wall Street interests and business as usual at PG&E cannot lead the way. We are counting on fair representation in these dealings for a safe and healthy future. Big money interests need to step back--we are watching and they must not get priority status over those of us who deserve restitution. We need a safe and resilient power grid that is future ready. Furthermore, we are not interested in getting our compensation in the form of PG&E stocks or bonds. We are not interested in getting payouts gradually over many years in the future. We have taken on debt to stay here and rebuild. We have to pay off that debt and need the money now.



Richard & Alison Lane
1857 Crimson Lane, Santa Rosa, CA 95403

January 23, 2020

On November 8, 2018, I lost everything in the Camp Fire-my home and all my earthly possessions in a wildfire sparked by faulty PG&E equipment. Today, my community is still recovering from the scars and losses of that devastation, many citizens remain homeless more than a year later. My insurance is "not on my side" and I don't even know if I will be able to rebuild my home with taking out a mortgage. Even worse, many of my neighbors who were elderly chose paying for medication rather than purchasing homeowners' insurance, others who rented their homes didn't have the protection of renter's insurance and both of these community members suffer even more from financial hardship.

Survivors of the Camp Fire lost our entire community, many wonderful citizens left looking for a place to live after more than 18,800 structures that include over 11,000 homes were destroyed in Butte County. What pains us even more is that communities such as ours continue to suffer a similar fate around the state, before and after the Camp Fire, that were also destroyed by wildfires sparked by crumbling PG&E infrastructure. All of us, the thousands of people whose lives completely changed in every way after the PG&E caused fires, who took on devastating debt and stress, and lost so much deserve compensation from PG&E.

PG&E is the largest utility company in the state having more than 16M customers. PG&E and its equipment have caused nearly 1600 fire incidents in the last 6 years, that equates to 1 fire for every 10,000 customers. That is 500% more incidents than Southern California Edison, which is the second largest utility company in the state. PG&E's total assets in 2018 were $77B an increase of over 13% from the prior year. Their statement of cash flows for 2018 show cash and cash equivalents increased over 225% from the prior year. PG&E is contractually committed to pay $70M to stockholders over the next 5 years (includes $14M paid this year) and they had planned to pay executive bonuses of $11M this year (which you stopped). PG&E has money, they prefer to give it to the executive staff and shareholders, instead of paying for their negligence or maintaining their equipment.

My urgent concern about the bankruptcy negotiations that are underway now is that bondholder and investor concerns are taking the priority, and PG&E is trying to fast track their exit from bankruptcy. What really matters is compensation to the people and communities that have suffered from these disasters, and radical restructuring and infrastructure repair to very broken utility system. These are essential to the safety and sustainability of our state. And wildfire survivors are not going to approve of anything short of that. So far, I have heard PG&E brag that they have approval from us, the survivors. They don't have it--and they will see when it comes to our opportunity to vote on the proposal.

Wall Street interests and business as usual at PG&E cannot lead the way. We are counting on fair representation in these dealings for a safe and healthy future. Big money interests need to step back--we are watching, and they must not get priority status over those of us who deserve restitution. We need a safe and resilient power grid that is future ready. Furthermore, we are not interested in getting our compensation in the form of PG&E stocks or bonds. We are not interested in getting payouts gradually over many years in the future. We have taken on debt to stay here and rebuild. We have to pay off that debt and need the money now. As one PG&E victim wrote to Bankruptcy Judge Dennis Montali, "We do not deserve to live the remainder of our lives, through no fault of our own, in poverty."

We also don't think it's fair that FEMA is now trying to get a portion of the money set aside for fire victims. This unprecedented idea is preposterous. Already the $13.5 billion will not make up for the losses of all the homes, businesses and damages caused by the fire. It is adding insult to injury for them to even suggest taking any of those funds.

Many survivors will be protesting on the Capitol's south steps on Friday, January 24 from 11:00am to 1:00pm. We want to bring attention to the unfair settlement proposed for the wildfire survivors. To the best of my knowledge, none of the survivors have agreed to this settlement, we have not been asked, we have not been given a chance to vote, we do not want to share with FEMA nor CalOES. The survivors need to be heard and the misinformation to the courts needs to stop. Please make my letter public and add it to the docket.

Sincerely,

Patti A. Savage

Paradise, California

Temporarily relocated to Chico, California

My wife and I lost our home, all of our "contents", our 2014 Tacoma, our restored 64 1/2 Mustang and most importantly, our two kitties in the Camp Fire.. We now have a piece of property where they are cutting down all of the 80-100 foot tall Ponderosa Pines due to the fact that they have been determined to be a potential hazard. Considering that there were approximately 14,000 erased during the Camp Fire the possibility of us EVER selling our property are quite low. So we will have the pleasure of continually paying property taxes ad infinitum. But we both know that there are many out there that are suffering in so many ways (loss of loved ones, jobs, companies they owned, had no insurance, etc.). Many have lost the one thing that should never be lost: HOPE. We saw this loss of hope in so many faces after the Camp Fire, heard it in so many voices and saw it in so many actions (or lack thereof). So to help all who have suffered from the negligence of PG&E, the PUC, etc.

I would suggest this course of action regarding the settlement that is being put forth:
a. All insurance companies, attorneys, FEMA, OES will be compensated solely with PG&E stock. Nothing more.
b. All Wildfire victims will be paid in cash. No stocks. No bonds. No promises. Cash. And Cash only. And that payout should be not less than $25 billion.


I'm sorry but unless you were DIRECTLY AFFECTED by the fires that were caused by PG&E you have not idea how much you can lose in a situation such as what occurred in the Camp Fire and other such incidents. The loss of friends who have moved on; the loss watching the hundreds of flags flutter in the breeze on Skyway on the Fourth of July; people you don't even know waving to you as you drive by or you, yourself, waving at the people you don't know in cars as they drive by. It's all gone. And it will not be replaced. That house you took so much enjoyment in. The mementos of a life time that are now considered hazardous waste and placed in a dump. Gone. Our two cats. Forever gone. Never to come.

Please make my letter public and put on the docket.

Tim Gohr

To The Honerable Judge Montali
To The Governor Newsom

My two previous addresses to the Court and to the Governor were bulging at the seems of constraint trying to suppress emotions to compose my thoughts enough to communicate them as clearly as I could.
I am losing that ability along with my composure period.  This is just insane.What kind of State, Country, World is this? Rich people in suits with homes, who did not go through a disaster let alone survive after wards are seated in first class and served with no risk cash. Exhausted from deals, negotiations, posturing and bargaining they need to relax to count their money. Then the survivors, still trying to survive.  They are so far in the back of the line they aren't allowed on the plane which is reserved for the important people. They wait out on the tarmac.  Important enough for everyone bartering to claim they are doing all they are doing in the name of those poor souls, to give them their "fair" due and to be sure they are taken care of.  Not good enough to actually take care of. While the rest are all busy doing all they think is fair for survivors, what is it like for survivors?
Time is a noose around the neck.  It keeps getting tighter and tighter.
I am purely frightened seeing and hearing so many people virtually at the edge.  It is impossible to feel just for yourself without feeling for the entire affected Camp Fire population. Land.  Animals.  Homes.
The day, the losses and the aftermath have been cruel.  We have been living in complete uncertainty.   In a state of suspension.  The world moves on and we can't because we don't know exactly where we stand.  In too many ways.  The foundation that provides for planning, growth, stability, the point of known where you go from and come back to.  The place that holds the future because that is where you create it from.  Take that away and it is like removing North South East and West.  I feel like gravity is on acid and I don't have anything to hold on to.  We live in an obscured atmosphere of obscurity.  Even those who have relocated still feel this way.
There are a few things we can clearly see.  Not one of them shines any light for sight. None of them have any vision beyond this mess but one.  The glaringly obvious and ominous history of fact that has over and over shown us the destruction will not end.
For over a hundred years investors, officials, state, government, businesses, courts etc. have fed into this menace machine helping to build and fortify it as much as profit from it.  Letting them wear their attorneys like Harry Potter wears his cloak of invisibility.  A cloak that lets them slip out and away.  Every time.  Whether it's chewing through the buffet of White Collar crime or terrorizing as they please because the profits please them. There are many who make money off of PG$E's stock as well as disasters.  Making a lot of futures so financially bright they seem to have become morally blinded.  Which helps them look past  the past the demolition and obliteration that looks more and more like sport than accidental for PG$E.  WHEN will this end.  Who will do it?  It's so far past the time they should have been shut down and off  time doesn't exist for them.  It's just "forever", forever in their minds.  They have done so many major criminal and inhumane acts and have been little more than teenagers placed on restriction as punishment.
Seriously.  Haven't enough people suffered directly from their actions?  Haven't enough people had so much more taken from them then they were compensated for?  Haven't enough people had to live their lives paying for what PG$E should have paid for?  Why do we have to pay them for utilities as well as pay for their play.  Why are we responsible for paying them for utilities while they are irresponsible providing it?  Why do we carry the burden of supporting them while

they abandon support for us?

Why are we being asked to take their stock while everyone else takes stock only in their mimics of "lessons learned" and deciding they deserve to give it another go. "Come on now boys, no more fires, eh?"

So from this shattered state of mind in this state of California we watch these events everyday. People watch. We all watch to see what "the final answer will be". This is the one, that will provide the proof and definitive answer to everyone. Who is in control? Who leads and who follows. Who will stand up and value humanity, human life and justice?

Allowing PG$E to free range like chickens under the cloak this time, will give a clear and honest opinion of the value of life of those who choose to let them rein.

Thank you, Victoria

# CAMP FIRE AND FIRE VICTIMS COMPENSATED FIRST.
## CASH. LUMP SUM.
## END OF BANKRUPTCY.
## PERIOD.
## STOP THE WORDS. ACT ON HUMANITY.
I want this made public and put on the docket*

I would like my letter to be made public and put on the docket

To the Honorable Judge Dennis Mental:

Your Honor:

Please allow me to express my hesitation about and opposition to the proposed partial funding of the Wild Fire Victims Settlement Trust Fund with NewHoldCo Common Stock.

The least sophisticated group is being paid in stock. The stock payment encumbers the proposed Wild Fire Victims Settlement Trust Fund with extra costs that would not occur with all cash funding. The contest for the control of that stock may interfere with the adjudication of the claims of the Wild Fire Victims. The government entities still seeking to draw claim settlement from the Wild Fire Victims Trust Fund will need payment in cash.

Thank you.

Lynn Wood

**Lorena Parada**

---

| | |
|---|---|
| **From:** | Vita Iskandar <vitatubbsfire@gmail.com> |
| **Sent:** | Monday, February 10, 2020 11:36 AM |
| **To:** | Dennis Montali |
| **Cc:** | Lorena Parada; rjulian@bakerlaw.com; esagerman@bakerlaw.com; ann.oleary@gov.ca.gov; daniel.zingale@gov.ca.gov; Logan.Pitts@sen.ca.gov; senator.mcguire@senate.ca.gov; Laurel.Green@sen.ca.gov; Laura.Beltran@asm.ca.gov; Melissa.Apuya@asm.ca.gov; Tom.Gogola@mail.house.gov; Joe.Plaugher@mail.house.gov; Susan.Gorin@sonoma-county.org; Arielle Kubu-Jones; Shirlee Zane; Tracy Cunha; district4; Stuart Tiffen; kuzm@csmonitor.com; Njohnson@grist.org; Margie.Shafer@entercom.com; Yip, Randall; Tina Laurberg; briann@ksfo.com; katie@ksfo.com; Debora.Villalon@foxtv.com; Joseph.Serna@latimes.com; maura.dolan_latimes.com; Chiara.sottile@nbcuni.com; Fernandez, Arlen (NBCUniversal); Chmura, Chris (NBCUniversal, KNTV); k.gander@newsweek.com; Bill.Swindell@pressdemocrat.com; Jim.Sweeney@pressdemocrat.com; Amy Chance; ahart@sacbee.com; LJohnson@sfchronicle.com; kpender@sfchronicle.com; jblyskal@consumer.org; susie.cagle@gmail.com; vivian.ho@guardian.co.uk; TrevorHughes@usatoday.com; Lynda Hopkins; David.Rabbitt@sonoma-county.org; Andrea Krout |
| **Subject:** | PG&E Bankruptcy Case No. 19-30088-DM |

**By Email Only**
This letter can be included in the case docket

Honorable Judge Dennis Montali
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
▬▬▬▬▬▬▬▬▬▬▬

Re:     PG&E Bankruptcy Case No. 19-30088-DM

Dear Judge Montali:

As someone who lost her home and her neighborhood in the 2017 Tubbs fire and a claimant in the case referenced above, I write to you because I object to key terms in the current RSA and proposed reorganization. In short, PG&E should make substantial cash reparations to its tens of thousands of individual victims; and for the future of California, it should be compelled to provide safe and affordable power.

You have heard about the continuing financial, health, emotional, and other difficulties faced by the tens of thousands of PG&E's fire victims (even several years after catastrophe), the destruction of entire communities, the multi-billion dollar costs to the State of California, its northern counties, and beyond. *The Bankruptcy Court, investors, and other stakeholders must recognize that, while benefitting shareholders, board members, and executive management for decades, PG&E's unsafe business practices caused the multiple disasters leading to this bankruptcy proceeding.*

**Safety First Is the Best Business Model.**

PG&E's history of negligence is long and predates the 2010 San Bruno explosion and fire which involved 54-year old pipelines, killed eight people, and prompted "a federal grand jury . . . [to indict] . . . PG&E with multiple violations of the Natural Gas Pipeline Safety Act of 1968." https://www.justice.gov/usao-ndca/pr/pge-charged-multiple-violations-natural-gas-pipeline-safety-act

Any reorganization plan should prioritize safety as an improvement to business practices, and in turn protect its millions of ratepayers and neighboring communities. Don't power utilities in other areas with severe weather have successful business models that don't endanger the communities they serve?

Any reorganization plan should not normalize massive *stopgap* power outages. Implemented ostensibly due to weather, these recent measures were unsuccessful attempts to mitigate fire risk due to old, poorly maintained equipment (and possibly to deflect from lack of attention to improved technologies and methodologies that keep other utilities both profitable and safe?). The Kincade Fire exemplifies PG&E's failures: although over a few weeks it cut off power to 4 million customers including the elderly and medically compromised, it failed to de-energize the main transmission line that ignited the Kincade Fire. Businesses, especially small businesses and their lower-wage employees (thousands of whom were already recent PG&E fire victims struggling to regain their emotional and financial footing), suffered economically (again) during the outages. PG&E's business model should minimize the risks its equipment poses when drought and weather increase fire danger. Moreover, these band-aid power outages disrupt not only our economy, but PG&E's bottom line, do they not?

**Prioritize PG&E's Individual Victims.**

Restitution and compensation for PG&E's victims who are individuals and small business owners ("individual victims") should be substantial and should not be reduced by claims made by other creditors. PG&E's regular business creditors, government agencies, and insurance companies would not be claimants if PG&E hadn't caused the destruction of 15,000+ homes. Therefore, PG&E's moral and tremendous financial obligations to its individual victims are separate and apart from—and primary to--its obligations to its other creditors. Further, we individual victims across different PG&E disasters should not be made to compete with each other for the compensation we sorely need to rebuild our lives and neighborhoods, and we should not be made to compete with the government agencies such as FEMA and CalOES who protect and assist our communities (and who wouldn't have incurred their expenses had PG&E maintained their infrastructure).

**Thousands of PG&E's individual victims were and remain vulnerable, uninsured, and underinsured**. After the fires, we individual victims experienced billions of dollars drained away from us as victims, taxpayers, and insureds to unscrupulous FEMA-contracted debris removal vendors, to out-of-pocket vendors remediating the extensive damage caused by those FEMA vendors, to public adjusters and attorneys who help insureds fight for (insufficient) insurance proceeds, to insurance carriers' vendors and contractors and to gouging landlords instead of to (under)insureds, to dishonest builders, to compliance to very expensive building code requirements, **to increased housing and living expenses, to lost wages, to lost jobs, to increased medical costs**.

**Looking Forward.**

PG&E should pay its debts to its individual victims because it is the right thing to do. But when we rebuild our lives, we also rebuild our local and broader economies, which in turn benefits PG&E's investors and creditors.

PG&E should protect its customers and surrounding communities because it is the right thing to do. But when we are safe from fire and unnecessary power outages, PG&E's investors and creditors are economically and literally safer, too.

Perhaps I am naive. Perhaps poor safety is indeed PG&E's best gamble for profitability. Nevertheless, I ask the Bankruptcy Court to guide the parties toward a reorganization plan which is fair to PG&E's fire victims and protects all of our communities simply because PG&E must be held accountable for having been a danger to the residents and businesses of Northern California for decades.

PG&E is a danger to the public. It must pay reparations to the individual victims it harmed. And it cannot be allowed to continue business practices which continue to endanger Californians. As San Bruno residents did not think they lived in an explosion zone, thousands of PG&E's fire victims did not think we lived in a fire zone--and our homeowners insurance policies didn't either. All neighborhoods face risk, and we can't prevent every disaster. But if PG&E's negligence continues unchecked with no imperative to provide safe, affordable power, *which will be the next "couldn't happen to us" community to become uninsurable or unaffordably insurable? Which county will next see scores of residents leave when rents artificially skyrocket? Whose families will next evacuate in the dark, driving through two or more counties with no open gas stations? Who will next literally* run *from their burning family home?*

**What Fire Victims Want.**

Please do not believe, Judge, Montali, that the majority of individual victims agree to any plan that a) does not pay our substantial claims in full, in cash; b) does not compel PG&E to provide safe and affordable power; and c) causes ethical conflicts of interest by compelling our attorneys to speak only affirmatively about the RSA.

On Friday, January 24, 2020, approximately 35 victims from the 2018 Camp Fire and 2017 Sonoma Complex Fires diaspora took precious time off from work, families, and rebuilding tasks to travel from their temporary residences to

Case: 19-30088   Doc# 5739   Filed: 02/10/20   Entered: 02/12/20 12:12:06   Page 23 of 36

Sacramento. Their presence represents the voices of all of us who object to any restructuring plan that insufficiently pays PG&E's substantial debts to its fire victims and insufficiently induces PG&E to provide safe, affordable power to all its customers.

Typical creditors have legal rights in a bankruptcy, and insurance companies have a legal right to subrogation (even as they ignore California law and their customers' own policies in largely successful efforts to not make their insureds whole). (And PG&E has insurance to pay for some of the claims against it.) Are these large corporate creditor claimants slated to receive 100% of their claims in cash? I can't imagine that their Wall Street attorneys would settle for less, and I don't object to that—but only when the people that PG&E directly harmed--individual fire victims--first receive 100% of their claims in cash. Again, none of the creditors would be filing claims, and PG&E wouldn't have sought protection of its assets, if it been a responsible, safe, business, rather than one who destroys thousands of homes—and lives—with impunity.

But PG&E's individual victims do not have the institutional or political power, money, or tax breaks of the insurance carriers and large creditors. Consequently, we individual victims are at the mercy of the Bankruptcy Court. Please don't let PG&E make us victims again. And please help stop PG&E from creating more victims.

Thank you, Judge Montali, for your consideration in this complex matter which affects not only PG&E and its fire victims, investors, and other creditors, but ultimately impacts all Californians and the future of California.

Sincerely,

Vita Iskandar

Address of Destroyed Residence: 3517 Brookdale Drive, Santa Rosa, CA 95404
Contact Information: PO Box 505, Graton, CA 95444, VitaTubbsFire@gmail.com

***CC by Email Only:***

Lorena Parada, Courtroom Deputy Lorena_Parada@canb.uscourts.gov

Robert Julian, rjulian@bakerlaw.com

Eric Sagerman, esagerman@bakerlaw.com

Gavin Newsom, Governor, https://govapps.gov.ca.gov/gov40mail/

Ann O'Leary, Chief of Staff, Governor's Office, ann.oleary@gov.ca.gov

Daniel Zingale, Sr. Advisor, Strategy & Communications, Governor's Office, daniel.zingale@gov.ca.gov

Bill Dodd, California State Senator, via Logan.Pitts@sen.ca.gov

Mike McGuire, California State Senator, senator.mcguire@senate.ca.gov, Laurel.Green@sen.ca.gov

Cecilia M. Aguiar-Curry, California State Assemblymember, via Laura.Beltran@asm.ca.gov

Marc Levine California State Assemblymember, via Melissa.Apuya@asm.ca.gov

Dianne Feinstein, US Senator, https://www.feinstein.senate.gov/public/index.cfm/e-mail-me

Kamala D. Harris, US Senator, https://www.feinstein.senate.gov/public/index.cfm/e-mail-me

Jared Huffman, US Congressmember, via Tom.Gogola@mail.house.gov

Mike Thompson, US Congressmember, via Joe.Plaugher@mail.house.gov

Susan Gorin, Sonoma County District 1 Supervisor, Susan.Gorin@sonoma-county.org, Arielle.Kubu-Jones@sonoma-county.org

David Rabbitt, Sonoma County District 2 Supervisor, David.Rabbitt@sonoma-county.org, Andrea.Krout@sonoma-county.org

Shirlee Zane, Sonoma County District 3 Supervisor, Shirlee.Zane@sonoma-county.org, Tracy.Cunha@sonoma-county.org

James Gore, Sonoma County District 4 Supervisor, district4@sonoma-county.org, Stuart.Tiffen@sonoma-county.org

Lynda Hopkins, Sonoma County District 5 Supervisor, Lynda.Hopkins@sonoma-county.org

**Martin Kuz**, Christian Science Monitor, kuzm@csmonitor.com

Nathaniel Johnson, Grist, Njohnson@grist.org

Margie Shafer, KCBS, Margie.Shafer@entercom.com

Randall Yip, KGO, Randall.Yip@abc.com

Tina Laurberg, KQED, tlaurberg@KQED.org

Brian Sussman, KSFO, briann@ksfo.com

Katie Green, KSFO, katie@ksfo.com

Debora Villalon, KTVU, Debora.Villalon@foxtv.com

Joseph Serna, LA Times, Joseph.Serna@latimes.com

Maura Dolan, LA Times, Maura.Dolan@latimes.com

Chiara Sottile, NBC, Chiara.sottile@nbcuni.com

Arlen Fernandez, NBC Bay Area, arlen.fernandez@nbcuni.com

Chris Chmura, NBC Bay Area, Chris.chmura@nbcuni.com

Kashmira Gander, Newsweek, k.gander@newsweek.com

Bill Swindell, Press Democrat, Bill.Swindell@pressdemocrat.com

Jim Sweeney, Press Democrat, Jim.Sweeney@pressdemocrat.com`

Amy Chance, Sacramento Bee, achance@sacbee.com

Angela Hart, Sacramento Bee, ahart@sacbee.com

Lizzie Johnson, San Francisco Chronicle, LJohnson@sfchronicle.com

Kathleen Pender, San Francisco Chronicle, kpender@sfchronicle.com

Jeff Blyskal, Sr Editor Consumer Reports, jblyskal@consumer.org

Susie Cable, The Guardian, susie.cagle@gmail.com

Vivian Ho, The Guardian, vivian.ho@guardian.co.uk

Trevor Hughes, USA Today, TrevorHughes@usatoday.com

Case: 19-30088   Doc# 5739   Filed: 02/10/20   Entered: 02/12/20 12:12:06   Page 25 of 36

| | |
|---|---|
| **From:** | fordt57 fordt57 |
| **To:** | Dennis Montali |
| **Subject:** | Campfire settlement w pics |
| **Date:** | Sunday, February 9, 2020 9:19:57 PM |

Dear Honorable Judge Montali,

Please make this public and please add it to the docket.

My name is Cheryl and I was in the campfire in Paradise California on November 8th 2018.

Everyone in Paradise lives were changed forever.

First was the experience of hell on earth. No one will ever be able to duplicate what the people of Paradise experienced!

I do not understand how PG&e can DESTROY an ENTIRE town and get away with it.

If any ONE person on the planet had burned down the city of Paradise, they would be sitting in JAIL somewhere.!!

Yet, PG&e knowing, they had faulty wires DESTROYED my home, my LIFE'S SAVINGS and EVERYTHING I OWNED!

I raised two children alone. I'm in my late 50s and disabled since early 30s. PG&e took everything we hadn't saved. My home was paid off. It was MY RETIREMENT as I don't have the MEANS to REBUILD again!!!

PG&e TOOK all of that from ME. I DON'T think PEOPLE UNDERSTAND what IMPACT PG&e DID to US!!!

I'm attaching pictures of my home before the fire and my home after the fire.

I LOST VERY IMPORTANT SENTIMENTAL items. My MOTHER'S wedding dress. A QUILT that was over 100 YEARS OLD that I had SAVED SINCE HIGH SCHOOL. My GREAT-GRANDMOTHER HAND STITCHED the ENTIRE THING.

PICTURES of my CHILDREN when THEY were BABIES. PICTURES of my PARENTS when THEY were SMALL and GROWING UP. My PARENTS have PASSED away and I HAVE NO WAY of GETTING those pictures BACK or "any" PICTURES of my PARENTS BACK.

I just REALIZED last week, 15 MONTHS AFTER the FIRE, but there are NO PICTURES of ME. PG&e WIPED ME off the MAP!!

HOW do they GET AWAY WITH THIS?

WHY do THEY get AWAY WITH THIS?

WHY AREN'T THEY held ACCOUNTABLE?

Again how does someone get to murder people.. destroy an ENTIRE TOWN And nobody is held accountable!?

I'm very CONCERNED about the attorneys. I don't feel they are REPRESENTING ME. WHEN I ASK them QUESTIONS. All I HEAR is I'm getting such a great deal. But when I research this I DON'T AGREE with the ATTORNEYS at all. They are NOT representing MY OPINION.

The ATTORNEYS are getting way TOO MUCH MONEY. We SUFFERED and they are like VULTURES. THEY AGREED to an agreement that I DID NOT agree to!!!!!

FEMA thinks they can come in and TAKE MONEY from the survivors pay out. If they want money from PG&e they need to SUE them SEPARATE. There's NOT going to be ENOUGH money to help the SURVIVORS RECOVER.

Honorable judge can you imagine going home to NOTHING. I HAD INSURANCE, however I have found out that STATE FARM is not my friend. My agent made HORRIBLE MISTAKES and under-insured me. I was informed that I lost at least more than $200,000 beyond what the agent insured me for. And yet I THOUGHT I was WELL INSURED. I was with my agent for over 35 years.
Enclosed are pictures of my home before and after.
The PICTURE of the BOX with GARBAGE in it. Is what I OWN AFTER the FIRE!!

AFTER the FIRE my hair is FALLING OUT. MY nails are breaking off and my GUMS are RECEDING DAILY. I've had to get fillings all along the ROOTS of my TEETH. The DENTIST tells me it's because I'm GRITTING my teeth SO hard that my gums are going UP INSIDE my MOUTH. I need NEW CROWNS and REPLACE a BRIDGE because of the recession of my gums.
My TEETH were FINE and BEAUTIFUL the day I left Paradise.

I included two pictures of myself. I hope you can SEE the difference in the WEIGHT LOSS in my FACE and the HAIR LOSS as well!
The stress of this has been incredible!!!

To top it off, I HAVE HAD many visits to the EMERGENCY ROOM for TACHYCARDIA. I have now been told I need SURGERY on my HEART!! I have been determined that PG&e is NOT going to TAKE my LIFE with the OTHERS!!!

Once again my attorney is NOT REPRESENTING my INTEREST.

I DO NOT AGREE with this SETTLEMENT. I do not feel we are GETTING ENOUGH MONEY from PG&e to take care of ALL the WRONGFUL DEATHS and PAY BACK EVERYBODY what they LOST.
Will YOU PLEASE LOOK OUT for MY BEST INTEREST?

Thank you so much for looking out for the people in all the fires in California!

Cheryl Maynard
Paradise California

Sent via the Samsung Galaxy S8+, an AT&T 5G Evolution capable smartphone

-------- Original message --------
From: Barbara Barling <littlelamb3000@gmail.com>
Date: 2/7/20 12:57 AM (GMT-08:00)
To: williamslisamail@gmail.com
Subject: For Will Abrams

To whom it may concern,

My name is Barbara Barling and I am a wildfire victim from the Tubbs Fire. I am a claimant against PG&E as the cause of the wildfire. My life has been affected by the Tubbs Fire for the worse in many ways and continues to burden my life. I would like my letter to be made public and put on the docket.

I am not in agreement that $13.5 billion is enough for the claimants, and that FEMA has a right to part of that amount. That amount should not be half in stock but cash.
I also think there should be a cap on the attorney fees.
Last but not least, there should be more transparency shown during the hearing.

I basically don't see my interests being handled fairly at this point and I hope what I shared above will be seriously considered to help the many of us affected horribly by this negligent utility company.

Sincerely,
Barbara Barling

Sent from my iPhone

| | |
|---|---|
| **From:** | williamslisamail <williamslisamail@gmail.com> |
| **Sent:** | Saturday, February 8, 2020 11:25 AM |
| **To:** | Dennis Montali |
| **Subject:** | FW: Paradise letter for Judge Montali |

Sent via the Samsung Galaxy S8+, an AT&T 5G Evolution capable smartphone

-------- Original message --------
From: Banwellund Family <thebanwellunds@gmail.com>
Date: 2/6/20 9:38 PM (GMT-08:00)
To: williamslisamail@gmail.com
Subject: Paradise letter for Judge Montali

February 6th, 2020

The Honorable Judge Montali,

We were residents of Paradise who went through the Campfire. We spent four hours trying to escape with our children. We lost everything that day. Our home, our businesses, our schools, our certainty, our community, our neighbors and friends. Paradise was a little bubble of affordability in a very expensive state.

I know this lawsuit is bigger than us, I know this company needs drastic change; they have been criminal in their business practices.

We just ask that you don't forget us. The fire survivors should get paid out before the insurance companies. Insurance companies are in the business of paying out after tragedies. It is what we pay them for. They should not be paid back before the actual survivors. We lost everything. The insurance companies just had to do their jobs. Why should they get paid out cash while we get a stock deal?

FEMA should not be paid any money from our settlement. FEMA is funded through our tax money. They should not be able to take money from the settlement that is supposed to "make us whole".

I ask that you consider capping Lawyer commissions at 20%. These lawyers will be making far more money than us survivors will be.

We also ask for complete transparency in the months ahead. We want fair compensation that isn't muddled by politics, back-door agreements or skewed by lawyers.

Nothing can ever make up for all we have lost and all of the trauma we have endured, but receiving fair compensation for all fire survivors would help. Seeing PG&E upgrade all of their decaying equipment and change their toxic management culture would help, too.

I ask that this letter be submitted to the official docket.


Thank you for your time and all of your hard work,


Julie Banwellund
Campfire Survivor
Previously of:
1660 Aspen Ln, Paradise, Ca 95969



| From: | xena@calirub.co |
|-------|-----------------|
| To: | Dennis Montali |
| Subject: | FW: Judge Montali: Please make public and post to docket of PGE Bankruptcy case 2019, FROM: A Camp Fire Survivor |
| Date: | Friday, February 7, 2020 7:31:13 PM |
| Attachments: | Email Judge Montali 2 6 2020.docx |

**Subject:** Judge Montali: Please make public and post to docket of PGE Bankruptcy case 2019, FROM: A Camp Fire Survivor

February 6, 2020
Attn:    Judge Montali ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
         CC: Governor Newsom
Re:      Wildfire Survivors vs. PGE, aka: David and Goliath
         I WOULD LIKE MY LETTER TO BE MADE PUBLIC AND PUT ON THE DOCKET

Dear Judge Montali:
Thank you for reading this letter.
As I was coming home this evening, traveling to our driveway, I saw an area through the trees and could see smoke. I immediately got sick to my stomach, my heart started beating faster, and all I could think of was oh no! Not Again!
It was smoke, but it was smoke rising from the valley up to and through our canyon in Magalia. Everything I see a big billowy cloud I think it is smoke. We escaped from our home, and went to our land. Once the fire came to the land, we hiked for miles to reach our neighbor on the next ridge. In the morning of November 9, 2018, we watched the fire take our farm. We had no insurance on our home in Paradise Pines, because you couldn't get insurance. Our land burned. All our farm equipment, 15 classic Pontiacs, Full Size Fire Engine. Our 3 wood structure made it. We are living in one of them.
We have no amenities or life as we had before. Everything is a struggle, including finding water to brush our teeth. Yet because our property shows as no "officicial residence", the land was not in the burn zone. We are survivors. Life is hard. It could be helpful to be made whole so we can take care of ourselves.
What happened to all of us caught in the Camp Fire from hell, has left us damaged through loss of life, property and definitely the pursuit of happiness.
How many more have to die? Just recently another line in close proximity to the line that caused the fire has been identified and held up with electrical tape? Maybe electrical tape and a bit of duct tape would truly fix it.
For years PGE has been putting profits over safety. 85 people are still being reported as burned in the fire, yet more deaths keep being reported yet the number never changes.
1200 homes in the burn scar area are not being claimed? What happened to those owners? Many of the dead have not been identified.
The toxins from the fire not only caused infrastructure to burn, but the toxins from the infrastructure has poisoned our soil, water and air. The aftermath of which will not be seen for years to come.
I have heard you are an honorable man. The pain and suffering to the true "real parties of interest", those who had family members lives lost and burned to a crisp, those who lost all their possessions, their animals, their community, their sanity, should not be placed last on the list to be made whole. PGE should be charged criminally for all those deaths. I met several first responders after the fire. They all told me they saw hundreds of cars with dead bodies, many had their hands on the steering wheel. If I had started that fire, through negligence, I am sure I would be in prison for life.

And now, as we read one more settlement that allegedly all victims agreed to has become a disgrace to all attorneys involved who sold us out for pennies on the dollar.

I, we, say no to PGE Stock. I say no to a bloviated Trust Fund that doles out our claims over an extended period of time. We need our claims satisfied so that we have enough to rebuild and move forward.

Anything short of that is an insult.

I appreciate your and Governor Newsom's commits that it is important to reach a fair settlement. Victims first. The first estimate of damages was over $54 Billion. Now it looks like we get to share maybe 6 billion? And receive that in stock from an evil empire? We may get a vote, maybe. But will our vote count?

In some of the papers I have read, amended proposed agreements, our claims will be piece meal Imagine you just lost everything. I am going to give you a little bit at a time. Don't live on it. Don't do anything with it, save it for 3 years, and maybe you will have enough to move forward.

We all know a little bit is a temporary bandaid.

I appreciate that you will do your job and insist that the real parties, the real damaged, the real harmed, be made completely whole. I pray you make the right decisions and not abuse your duty to make PGE accountable to all creditors.

You, doing the right thing, the honorable thing, following law thing, will be a welcomed position that will show PGE does not get away with murder.

You, doing the wrong thing, well, what can I say? The people will remember you for your courage to stand up to evil. They will also remember if you through them under the bus.

Mary K Wallace

Living off the grid to survive

Lost everything in the fire, except my life

Rebuilding an attitude of hope – and you are our our biggest hope!

| | |
|---|---|
| **From:** | Summer Hughes <chicotcpro@gmail.com> |
| **Sent:** | Monday, February 3, 2020 1:47 PM |
| **To:** | Dennis Montali |
| **Subject:** | Letters for your honor to review |
| **Attachments:** | PGE letter #2.pdf; PGE letter #1.pdf |

Hi your Honor,

My name is Summer Hughes and my husband Ryan and I are one of the thousands of people who lost everything Nov 8, 2018. I wrote two letters, one in March of 2019 and a recent letter. We are not even 40 years old and lost everything we worked so hard for. We had just finished remodeling our beautiful home that sat on 1 peaceful acre in Paradise. I am still suffering from severe mental anguish over almost burning alive while trying to escape the flames. My husband is an Engineer with Cal Fire and has never experienced what we did that day. I ask for you to please review my letters and open your heart to my words, my hurt, my suffering and my loss. The loss of life and the loss of so many deeply loved family pets is so traumatizing. I know you have a lot on your plate but I beg for fairness in this settlement and a cap on attorney fees. I am not looking to become wealthy from this suit but I am hoping that some compensation will allow us to find happiness again. We will never get back family photos, heirlooms, wedding dress and countless other priceless items but we can move on with a new journey and outlook on life.

Thank you,

Summer

## Summer Hughes
Realtor
Keller Williams Realty El Dorado Hills
**530-227-5729**
http://www.homesforheroes.com/affiliate/summer-hughes
chicotcpro@gmail.com
Bre# 01921944

January 10, 2020

Dear Judge Montali,

I am writing you an updated letter because so much has changed in our lives since my first letter I wrote back in March 2019. I was walking around in a daze just trying to live and really thought I would be about to get through this horrific event and move on with my life but the trauma and aftermath is affecting me more now than ever. In May, we lost our heart and soul dog to complications from Pneumonia. We were in smoke and fire for hours trying to escape and our dog, Dually was hospitalized twice from the complications of smoke inhalation. He died at the vet, and not in our arms or home as he should have. I am lucky that I didn't lose my dogs in the fire as many did but this loss has rocked us to the core. I am not sure if you are an "animal person" but if you are, I hope you can understand this.

Since May, I personally have suffered tremendous anxiety, anger, sadness and PTSD. I feel lost, I feel like I no longer know what "home" is. I lost my safety, my comfort, my whole community. My husband and I are resilient people but are struggling with the loss of our home and 2 dogs as we are forced to just move on and accept what is. I see a life coach weekly who is helping me move on and see the beauty of life as I did prior to the fire. My husband continues to work as an Engineer for Cal Fire and we will press forward and rise, but it's taking longer than I expected. Grief is an odd emotion and rollercoaster. We just want to heal and take a deep breath knowing that all will be ok and that we will get through this trying time in our lives.

I write this letter to request that the FEMA and Government agencies NOT have access to the 13.5 b that should be used for individuals, families and businesses. It sounds like a lot of money but in reality, with the amount of claims, that is not enough to make us all whole again. FEMA did not help that many people and it took over 7 months to get FEMA trailers to help the renters without insurance have a place to life. I would also like to request a cap on attorney fees. Please put yourself in our position and rule what is right and fair.

Thank you for your time,

Summer and Ryan Hughes

3/13/19

Dear Judge Montali,

My name is Summer Hughes and my husband Ryan and I lost our home in the camp fire along with countless other people. While we made it out alive and with our pets, too many lives and pets were lost in the tragedy. What we all went through on November 8th was the most horrific event in our lives and even all of the photos and video of the fire you can not even begin to articulate the events that unfolded that morning in person. My husband has been a firefighter for 12 years and he has never seen a fire move so fast in his career. He tried so hard to prep and save our home in the few minutes we had to no avail. This fire was a monster, a monster that roared and consumed everything in its path with unimaginable fury. I am worried about my mental health as well as my husbands as we are already exhibiting signs of PTSD. PTSD runs rampant in first responders and this fire storm has really caused havoc on our lives as we know it. We not only lost irreplaceable items but our sense of security, our comfort and our community. We have been actively seeing a life and behavioral specialist to talk about our trauma and heal as time goes on. I ask that PGE be reasonable in replacing not only the personal property loss that extends beyond our insurance payment but some sort of fair compensation to make us whole again. We will also need continued counseling. Most of all for my husbands profession. He saves lives for a living. He sees trauma for a living. He deserved the utmost care in his mental health so he can continue to perform in the job the he loves so much.

Thank you for your time in reviewing my claim.

Summer and Ryan Hughes
5750 Fickett Lane Paradise CA 96959