# Notice Recipients

District/Off: 0971−3     User: dchambers     Date Created: 2/13/2020
Case: 19−30088     Form ID: TRANSC     Total: 12

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Cecily Ann Dumas | cdumas@bakerlaw.com |
| aty | Gregory A. Bray | gbray@milbank.com |
| aty | Matthew Jordan Troy | matthew.troy@usdoj.gov |
| aty | Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| aty | Peter J. Benvenutti | pbenvenutti@kellerbenvenutti.com |
| aty | Rebecca J. Winthrop | rebecca.winthrop@nortonrosefulbright.com |
| aty | Richard A. Marshack | rmarshack@marshackhays.com |
| aty | Ronald F. Berestka, Jr. | rberestka@stonelawoffice.com |

TOTAL: 8

**Recipients submitted to the Claims Agent (Prime Clerk):**
| | | | | |
|---|---|---|---|---|
| aty | Sean A. Mitchell | Paul, Weiss, Rifkind, Wharton & Garrison | 1285 Avenue of the Americas | New York, NY 10019 |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| | STEVEN SKIKOS, ESQ. | Skikos Crawford Skikos & Joseph | One Sansome Street Suite 2830 | San Francisco, CA 94104 |
| | MATTHEW L. HINKER, ESQ. | O'Melveny & Myers LLP | 7 Times Square | New York, NY 10036 |

TOTAL: 4