# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

The attorneys and paraprofessionals who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Evan R. Chesler | Litigation | 1976 | $1,500 | 40.70 | $61,050.00 |
| Peter T. Barbur | Litigation | 1989 | 1,500 | 181.40 | 272,100.00 |
| Richard A. Hall | Corporate | 1989 | 1,500 | 78.40 | 117,600.00 |
| Julie A. North | Litigation | 1990 | 1,500 | 236.40 | 354,600.00 |
| Andrew W. Needham | Tax | 1995 | 1,500 | 21.90 | 32,850.00 |
| George E. Zobitz | Corporate | 1996 | 1,500 | 21.20 | 31,800.00 |
| Darin P. McAtee | Litigation | 1993 | 1,500 | 105.30 | 157,950.00 |
| Timothy G. Cameron | Litigation | 1999 | 1,500 | 229.20 | 343,800.00 |
| Paul H. Zumbro | Corporate | 1998 | 1,500 | 50.70 | 76,050.00 |
| Kevin J. Orsini | Litigation | 2004 | 1,500 | 190.70 | 286,050.00 |
| J. Wesley Earnhardt | Litigation | 2005 | 1,350 | 24.10 | 32,535.00 |
| David M. Stuart | Litigation | 1996 | 1,350 | 12.00 | 16,200.00 |
| Omid H. Nasab | Litigation | 2007 | 1,350 | 11.00 | 14,850.00 |
| Damaris Hernandez | Litigation | 2008 | 1,350 | 275.30 | 371,655.00 |
| Andrew C. Elken | Corporate | 2009 | 1,100 | 13.00 | 14,300.00 |
| Lauren R. Kennedy | Litigation | 2011 | 1,100 | 37.30 | 41,030.00 |
| **Total Partners:** | | | | **1,528.60** | **$2,224,420.00** |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Joyce Law | Corporate | 1998 | $1,080 | 16.20 | $17,496.00 |
| Evan Norris | Litigation | 2003 | 1,025 | 182.00 | 186,550.00 |
| Lillian S. Grossbard | Litigation | 1998 | 1,020 | 237.00 | 241,740.00 |
| Deborah L. Fox | Litigation | 2008 | 975 | 22.20 | 21,645.00 |
| Scott Reents | Litigation | 2008 | 975 | 227.40 | 221,715.00 |
| Nathan Denning | Litigation | 2011 | 960 | 13.60 | 13,056.00 |
| Brian Budnick | Corporate | 2012 | 960 | 15.20 | 14,592.00 |
| Brittany L. Sukiennik | Litigation | 2012 | 960 | 263.60 | 253,056.00 |
| Daniel C. Haaren | Corporate | 2013 | 960 | 148.20 | 142,272.00 |
| Morgan Cohen | Litigation | 2014 | 960 | 12.00 | 11,520.00 |
| Katherine D. Janson | Litigation | 2006 | 945 | 94.30 | 89,113.50 |
| Christopher Beshara | Litigation | 2015 | 940 | 329.20 | 309,448.00 |
| Kelsie Docherty | Litigation | 2015 | 940 | 302.40 | 284,256.00 |
| Michael Zaken | Litigation | 2015 | 940 | 213.90 | 201,066.00 |
| Michelle Swan | Litigation | 2015 | 940 | 22.40 | 21,056.00 |
| Charles E. Loeser | Litigation | 2016 | 890 | 29.40 | 26,166.00 |
| Christina Barreiro | Litigation | 2016 | 890 | 188.90 | 168,121.00 |
| Matthias Thompson | Litigation | 2016 | 890 | 268.60 | 239,054.00 |
| Max A. Winograd | Litigation | 2016 | 890 | 250.60 | 223,034.00 |
| Molly Jamison | Litigation | 2016 | 890 | 80.60 | 71,734.00 |
| Norman J. Walczak | Corporate | 2016 | 890 | 40.80 | 36,312.00 |
| Salah M. Hawkins | Litigation | 2016 | 890 | 135.90 | 120,951.00 |
| Grant S. May | Litigation | 2017 | 855 | 208.30 | 178,096.50 |
| Justin Mungai | Litigation | 2017 | 855 | 19.40 | 16,587.00 |
| Marco Wong | Litigation | 2017 | 855 | 242.80 | 207,594.00 |
| Melissa Valladares | Litigation | 2017 | 855 | 266.20 | 227,601.00 |
| Sarah V. Warburg-Johnson | Litigation | 2017 | 855 | 171.10 | 146,290.50 |
| Alex Weiss | Litigation | 2018 | 840 | 171.70 | 144,228.00 |
| Allison Kempf | Litigation | 2018 | 840 | 197.90 | 166,236.00 |
| Allison Tilden | Litigation | 2018 | 840 | 275.10 | 231,084.00 |
| Bradley R. Niederschulte | Litigation | 2018 | 840 | 124.10 | 104,244.00 |
| Jonathan D. Mooney | Litigation | 2018 | 840 | 114.40 | 96,096.00 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Katherine O'Koniewski | Litigation | 2018 | 840 | 31.20 | 26,208.00 |
| Michael Ardeljan | Litigation | 2018 | 840 | 38.50 | 32,340.00 |
| Monica D. Kozycz | Litigation | 2018 | 840 | 180.00 | 151,200.00 |
| Patrick S. Taylor | Corporate | 2018 | 840 | 24.80 | 20,832.00 |
| Sarah M. Topol | Litigation | 2018 | 840 | 261.20 | 219,408.00 |
| Edgar Myer | Litigation | 2017 (Admitted in New South Wales) | 750 | 206.30 | 154,725.00 |
| Brittany Sherman | Litigation | 2019 | 750 | 102.20 | 76,650.00 |
| Caleb Robertson | Litigation | 2019 | 750 | 256.10 | 192,075.00 |
| Derek Mong | Litigation | 2019 | 750 | 175.00 | 131,250.00 |
| Feyilana Lawoyin | Litigation | 2019 | 750 | 186.30 | 139,725.00 |
| Kalana Kariyawasam | Litigation | 2019 | 750 | 220.10 | 165,075.00 |
| Lauren A. Cole | Litigation | 2019 | 750 | 324.10 | 243,075.00 |
| Margaret Fleming | Corporate | 2019 | 750 | 225.80 | 169,350.00 |
| Mika Madgavkar | Litigation | 2019 | 750 | 193.70 | 145,275.00 |
| Sara Bodner | Litigation | 2019 | 750 | 320.90 | 240,675.00 |
| Seann Archibald | Corporate | 2019 | 750 | 32.60 | 24,450.00 |
| Sofia Gentel | Litigation | 2019 | 750 | 164.20 | 123,150.00 |
| Ya Huang | Corporate | 2019 | 750 | 62.10 | 46,575.00 |
| Andrew Astore | Corporate | 2019* | 595 | 107.60 | 64,022.00 |
| Swara Saraiya | Litigation | 2019* | 595 | 273.80 | 162,911.00 |
| Evan Siegel | Litigation | 2020* | 595 | 247.90 | 147,500.50 |
| Harold King | Corporate | 2020* | 595 | 99.70 | 59,321.50 |
| Lavinia Borzi | Corporate | 2020* | 595 | 46.90 | 27,905.50 |
| Tammuz Huberman | Corporate | 2020* | 595 | 17.90 | 10,650.50 |
| William LaRosa | Litigation | 2020* | 595 | 249.50 | 148,452.50 |
| Shanique Campbell | Litigation | ** | 595 | 146.80 | 87,346.00 |
| Benjamin Wylly | Litigation | ** | 595 | 266.70 | 158,686.50 |
| Cristopher Ray | Litigation | ** | 595 | 148.50 | 88,357.50 |
| Joachim Trautmann | Litigation | 2001 | 565 | 74.90 | 42,318.50 |
| Marisa Wheeler | Litigation | 2003 | 565 | 251.90 | 142,323.50 |
| Raffaele DiMaggio | Litigation | 2004 | 565 | 234.80 | 132,662.00 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Joel Hagood | Litigation | 2010 | 565 | 160.00 | 90,400.00 |
| Jay Holt | Litigation | 1977 | 415 | 34.80 | 14,442.00 |
| Katherine Geraci | Litigation | 1984 | 415 | 75.10 | 31,166.50 |
| Alain Rozan | Litigation | 1985 | 415 | 287.70 | 119,395.50 |
| Andrea Naham | Litigation | 1987 | 415 | 266.10 | 110,431.50 |
| Matthew Goetz | Litigation | 1992 | 415 | 79.30 | 32,909.50 |
| Louise Quick | Litigation | 1993 | 415 | 143.80 | 59,677.00 |
| Trebor Lloyd | Litigation | 1993 | 415 | 227.30 | 94,329.50 |
| Grace Sommero | Litigation | 1995 | 415 | 174.20 | 72,293.00 |
| Andrew Weiner | Litigation | 1997 | 415 | 175.70 | 72,915.50 |
| Jianlong Sun | Litigation | 1998 | 415 | 228.50 | 94,827.50 |
| Samuel McLamore | Litigation | 2000 | 415 | 164.10 | 68,101.50 |
| Bradley Hillis | Litigation | 2002 | 415 | 132.00 | 54,780.00 |
| Peter Lee | Litigation | 2004 | 415 | 180.50 | 74,907.50 |
| Peter Truong | Litigation | 2004 | 415 | 209.20 | 86,818.00 |
| Alejandro MacLean | Litigation | 2005 | 415 | 123.20 | 51,128.00 |
| Andrew Sreniawski | Litigation | 2005 | 415 | 143.50 | 59,552.50 |
| Karen Dodson-Dobson | Litigation | 2005 | 415 | 238.00 | 98,770.00 |
| Robert Njoroge | Litigation | 2008 | 415 | 208.00 | 86,320.00 |
| Moshe K. Silver | Litigation | 2009 | 415 | 214.00 | 88,810.00 |
| Daniel Berkowitz | Litigation | 2010 | 415 | 137.80 | 57,187.00 |
| Michael Pfeffer | Litigation | 2010 | 415 | 208.30 | 86,444.50 |
| Dianne Rim | Litigation | 2011 | 415 | 207.60 | 86,154.00 |
| Donald Sanyi | Litigation | 2011 | 415 | 186.90 | 77,563.50 |
| Elizabeth Shura | Litigation | 2011 | 415 | 166.50 | 69,097.50 |
| Jane Dryer | Litigation | 2011 | 415 | 104.60 | 43,409.00 |
| Michael Fessler | Litigation | 2011 | 415 | 210.20 | 87,233.00 |
| Elizabeth Varas | Litigation | 2013 | 415 | 168.90 | 70,093.50 |
| Joanna Ingalls | Litigation | 2013 | 415 | 131.40 | 54,531.00 |
| Ryan Spence | Litigation | 2013 | 415 | 124.00 | 51,460.00 |
| Kimberly Tolman | Litigation | 2014 | 415 | 121.70 | 50,505.50 |
| Matthew Ng | Litigation | 2014 | 415 | 204.60 | 84,909.00 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Sherif Khalil | Litigation | 2015 | 415 | 108.50 | 45,027.50 |
| Nathan Ancheta | Litigation | 2017 | 415 | 219.20 | 90,968.00 |
| **Total Associates:** | | | | **15,822.60** | **$10,423,064.00** |

\* - Admitted following Fee Period.
\*\* - Not yet admitted.

| NAME OF PARAPROFESSIONALS: | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Janet Venegas Fernando | Litigation Technology | $400 | 53.60 | $21,440.00 |
| Miguel Gonzalez | Litigation Technology | 385 | 52.10 | 20,058.50 |
| Vaughn Harper | Litigation Technology | 385 | 13.60 | 5,236.00 |
| John McCormack | Litigation Support | 360 | 46.50 | 16,740.00 |
| Jonathan Morales | Litigation Technology | 360 | 38.40 | 13,824.00 |
| Roberto Severini | Litigation Technology | 360 | 100.50 | 36,180.00 |
| Dana Crandall | Litigation Support | 335 | 41.50 | 13,902.50 |
| Brittany Dobson | Litigation Support | 335 | 213.10 | 71,388.50 |
| Somaiya Kibria | Litigation Support | 335 | 174.60 | 58,491.00 |
| Justin Kim | Litigation Support | 335 | 13.50 | 4,522.50 |
| Jim Bell | Litigation Legal Assistant | 310 | 187.30 | 58,063.00 |
| Kathleen Driscoll | Litigation Legal Assistant | 310 | 183.20 | 56,792.00 |
| Jessica Farrell | Litigation Legal Assistant | 310 | 38.60 | 11,966.00 |
| Joan Lewandowski | Litigation Legal Assistant | 310 | 211.50 | 65,565.00 |
| Elizabeth Lewis | Litigation Legal Assistant | 310 | 43.10 | 13,361.00 |
| Sarah Lim | Litigation Legal Assistant | 310 | 29.60 | 9,176.00 |
| Stephanie Scanzillo | Litigation Legal Assistant | 310 | 215.30 | 66,743.00 |
| Veronica Velasco | Litigation Legal Assistant | 292.20* | 229.40 | 67,030.00 |
| Raley Abramczyk | Litigation Legal Assistant | 290 | 205.70 | 59,653.00 |
| Husniye Cogur | Litigation Legal Assistant | 290 | 178.00 | 51,620.00 |
| Jessica Farrell | Litigation Legal Assistant | 290 | 145.90 | 42,311.00 |
| Vivian Fernandez | Litigation Legal Assistant | 290 | 242.30 | 70,267.00 |
| Nicole Jakobson | Litigation Legal Assistant | 290 | 186.50 | 54,085.00 |
| Rebecca O'Neill | Litigation Legal Assistant | 290 | 188.50 | 54,665.00 |
| Charlie Zhen | Litigation Legal Assistant | 290 | 226.40 | 65,656.00 |
| **Total Paraprofessionals:** | | | **3,258.70** | **$1,008,736.00** |

* - This individual advanced in seniority and her hourly rate increased from $290 to $310 during the Fee Period.

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $1,455.20 | 1,528.60 | $2,224,420.00 |
| Associates | 658.75 | 15,822.60 | 10,423,064.00 |
| Paraprofessionals | 309.55 | 3,258.70 | 1,008,736.00 |
| **Blended Attorney Rate** | **$728.91** | | |
| **Total Fees Incurred** | | 20,609.90 | **$13,656,220.00**[1] |
| **Less Credit**[2] | | | **($1,000,000.00)** |
| **Total Adjusted Fees** | | | **$12,656,220.00** |

---

[1] Net of $111,567.00 in voluntary write offs.

[2] Cravath and the Debtors have agreed to a one-time credit in the amount of $1,000,000.00, to be applied to this Monthly Fee Statement.