# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR
## SERVICES RENDERED BY CRAVATH, SWAINE & MOORE LLP
## FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| ADMN | Case Administration (Incl. Docket Updates and Case Calendar) | 255.90 | $83,409.00 |
| ASST | Use and Sale of Assets, Including 363 Sales | 0.20 | 119.00 |
| AUTO | Automatic Stay | 0.50 | 420.00 |
| BARN | Bar Date and Claims Noticing Matter | 7.80 | 8,349.50 |
| CASE | General Case Strategy | 245.00 | 192,413.00 |
| CASH | Financing / Cash Collateral | 213.80 | 211,659.50 |
| COMM | Committee Matters | 2,229.60 | 1,055,225.50 |
| CRAV | Cravath Retention and Fee Application | 393.30 | 207,640.50 |
| DSSV | Disclosure Statement / Solicitation / Voting Matters | 0.80 | 768.00 |
| GOVR | Corporate Governance and Securities Matters | 365.60 | 327,507.00 |
| HEAR | Hearings and Court Matters | 32.00 | 38,406.00 |
| INVS | Investigations | 1,046.00 | 742,675.00 |
| NONB | Non-Bankruptcy Litigation | 8,435.50 | 5,380,889.00 |
| OCMS | Other Contested Matters | 6.80 | 6,357.00 |
| OPRS | Business Operations Matters | 24.90 | 25,143.50 |
| PLAN | Plan of Reorganization / Plan Confirmation | 146.00 | 117,722.50 |
| PUBL | Public Relations Strategy | 2.40 | 2,302.00 |
| REGS | Regulatory & Legislative Matters | 1,321.50 | 856,825.00 |
| TRVL | Non-Working Travel Time | 358.20 | 325,438.50 |
| WILD | Wildfire Claims Matters | 5,524.10 | 4,072,950.50 |
| **TOTAL** | | **20,609.90** | **$13,656,220.00*** |

* - Net of $111,567.00 in voluntary write offs.