# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

| **EXPENSES** | **AMOUNTS** |
|---|---|
| Meals | $15,017.48 |
| Transportation | 26,987.86 |
| Courier/Mail Services | 9,020.85 |
| Duplicating | 2,471.75 |
| Miscellaneous | 1,314.06 |
| Special Disbursements (including Experts) | 4,031,056.42 |
| Travel | 375,144.23* |
| **Total Expenses Requested:** | **$4,461,012.65** |

* - Hotel expenses have been capped for reimbursement purposes at $600.00/night.