XAVIER BECERRA
Attorney General of California
BRIAN D. WESLEY, SBN 219018
Supervising Deputy Attorney General
MATTHEW C. HEYN, SBN 227474
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 296-6000
Fax: (916) 731-2144
Brian.Wesley@doj.ca.gov
Matthew.Heyn@doj.ca.gov

STEVEN H. FELDERSTEIN, SBN 059678
PAUL J. PASCUZZI, SBN 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Fax: (916) 329-7435
sfelderstein@ffwplaw.com
ppascuzzi@ffwplaw.com

*Attorneys for California Governor's Office of Emergency Services*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>   - and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Debtors.<br><br>☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☒   Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF MATTHEW C. HEYN IN SUPPORT OF CAL OES'S OPPOSITION TO OFFICIAL COMMITTEE OF TORT CLAIMANTS' OMNIBUS OBJECTION TO ITS CLAIMS**<br><br>Date:   February 26, 2020<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>            Courtroom 17, 16th Floor<br>            San Francisco, CA 94102 |

I, Matthew C. Heyn, declare as follows,

1. I am a Deputy Attorney General with the California Department of Justice, which is counsel to the California Governor's Office of Emergency Services ("**Cal OES**") and several

other state agencies that have asserted proof of claim in the above-captioned bankruptcy cases. If called to do so, I could and would competently testify to the facts set forth below based on my personal knowledge.

2. On October 21, 2019, I timely filed three proofs of claim on behalf of Cal OES (the "**Original Proofs of Claim**") in the above-captioned bankruptcy cases. One proof of claim was for disaster assistance Cal OES provided in connection with the Butte Fire; one proof of claim was for disaster assistance Cal OES provided in connection with the North Bay Fires; one proof of claim was for disaster assistance Cal OES provided in connection with the Camp Fire.

3. On November 15, 2019, I filed three additional proofs of claim on behalf of Cal OES, which were to amend the Original Proofs of Claim. Attached hereto as **Exhibit A** is a true and correct copy of Cal OES's amended proof of claim for disaster assistance in connection with the Butte Fire. Attached hereto as **Exhibit B** is a true and correct copy of Cal OES's amended proof of claim for disaster assistance in connection with the North Bay Fires. Attached hereto as **Exhibit C** is a true and correct copy of Cal OES's amended proof of claim for disaster assistance in connection with the Camp Fire.

4. Attached hereto as **Exhibit D** is a true and correct copy of the legislative history for California Health and Safety Code Section 13009.6.

5. Attached hereto as **Exhibit E** is a true and correct copy of a Plan Support Agreement between PG&E and a local entity as filed with the Securities and Exchange Commission. This is one of many such agreements between PG&E and local California agencies.

I declare under penalty of perjury that the forgoing is true and correct. Executed on February 12, 2020 at Los Angeles, California.

_____
Matthew C. Heyn