# EXHIBIT C

# United States Bankruptcy Court, Northern District of California

Fill in this information to identify the case (Select only one Debtor per claim form):

- [ ] PG&E Corporation (19-30088)
- [x] Pacific Gas and Electric Company (19-30089)

RECEIVED

NOV 15 2019

PRIME CLERK LLC

COPY

Official Form 410

## Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | California Govenor's Office of Emergency Services<br>_Name of the current creditor (the person or entity to be paid for this claim)_<br><br>Other names the creditor used with the debtor  Cal OES |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? _____ |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>CALIFORNIA DEPARTMENT OF JUSTICE<br>OFFICE OF THE ATTORNEY GENERAL<br>Matthew C. Heyn, Deputy Attorney General<br>300 South Spring Street, Suite 1702<br>Los Angeles, California 90013<br><br>Contact phone  (213) 269-6232<br>Contact email  Matthew.Heyn@doj.ca.gov | **Where should payments to the creditor be sent?** (if different)<br><br>OFFICE OF EMERGENCY SERVICES<br>Attn: Tabitha Stout, Acting Deputy<br>     Director -- Finance and Administration<br>3650 Schriever Avenue<br>Mather, California 95655<br><br>Contact phone  (916) 845-8357<br>Contact email  Tabitha.Stout@calOES.ca.gov |
| 4. Does this claim amend one already filed? | ☐ No<br>☑ Yes. Claim number on court claims registry (if known) 79398     Filed on 10/21/2019<br>                                                       MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

Case: 19-30088   Doc# 5746-3   Filed: 02/12/20   Entered: 02/12/20 14:26:54   Page 2 of 25

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ _____2,313,479,642.00_____. Does this amount include interest or other charges?

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Public assistance necessitated by the Camp Fire (Disaster Declaration No. DR-4407)

**9. Is all or part of the claim secured?**

☑ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $ _____

Amount of the claim that is secured: $ _____

Amount of the claim that is unsecured: $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ _____

Annual Interest Rate (when case was filed) _____ %

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3:  Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  11/15/2019
               MM / DD / YYYY

_Signature_

**Print the name of the person who is completing and signing this claim:**

| Name | Tabitha | | Stout |
|---|---|---|---|
| | First name | Middle name | Last name |

| Title | Acting Deputy Director -- Finance and Administration |
|---|---|

| Company | California Governor's Office of Emergency Services |
|---|---|
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |

| Address | 3650 Schriever Avenue |
|---|---|
| | Number        Street |
| | Mather                                    CA            95655 |
| | City                                      State        ZIP Code |

| Contact phone | (916) 845-8357 | Email | Tabitha.Stout@calOES.ca.gov |
|---|---|---|---|

XAVIER BECERRA
Attorney General of California
BRIAN D. WESLEY
Supervising Deputy Attorney General
MATTHEW C. HEYN (SBN 227474)
Deputy Attorney General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 269-6232
  Fax: (916) 731-2144
  E-mail: Matthew.Heyn@doj.ca.gov

*Attorneys for California Governor's Office of*
*Emergency Services*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In re*<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30089 DM<br><br>Chapter 11<br><br>**CAL OES'S SUPPLEMENTAL STATEMENT IN CONNECTION WITH ITS AMENDED PROOF OF CLAIM FOR EMERGENCY DECLARATION NO. DR-4407 (CAMP FIRE)** |

The California Governor's Office of Emergency Services ("**Cal OES**") submits this supplemental statement in support of this, its proof of claim (the "**Claim**") against Pacific Gas and Electric Company (the "**Debtor**" or "**PG&E**") for the Camp Fire (defined below), in satisfaction of its obligations under 44 C.F.R. § 204.62 and 42 U.S.C. § 5155.[1] Cal OES's claim is supported by, among other things, (i) public reporting and statements by PG&E regarding the cause of the Camp Fire; (ii) the conclusions of California Department of Forestry and Fire Protection ("**CAL FIRE**") and CAL FIRE's investigators; and (iii) Cal OES's project worksheets of (which are thousands of pages long) showing the amounts Cal OES spent in connection with the Camp Fire. Cal OES's projects worksheets will be made available on request. CAL FIRE's

---

[1] 44 C.F.R. § 204.62 and 42 U.S.C. § 5155 are described *infra* at 3:22-28.

1

Final Investigation Report and supporting attachments can be made available to Debtor upon their release following conclusion of the criminal investigation.   On information and belief, Cal OES alleges as follows:

**BACKGROUND ON CAL OES AND THE STAFFORD ACT**

Cal OES is a state agency created within the California Governor's Office.  (Cal. Gov't Code § 8585(a).)  Cal OES is charged with responsibility for "the state's emergency and disaster response services for natural, technological, or manmade disasters and emergencies, including responsibility for activities necessary to prevent, respond to, recover from, and mitigate the effects of emergencies and disasters to people and property."  (Cal. Gov't Code § 8585(e).)  The California Disaster Assistance Act ("**CDAA**") authorizes the Director of Cal OES to administer a disaster assistance program that provides financial assistance for costs incurred by local governments as a result of a disaster event.

In a catastrophic disaster, and if the State's governor requests, federal resources may be mobilized through FEMA for federal assistance to state or local governments to pay emergency work and part of the costs of rebuilding a community's damaged infrastructure. Federal assistance may include funding for fire abatement, debris removal, emergency protective measures and public services, repair or replacement of damaged public property, and grants for public schools and non-profit entities.  The Robert T. Stafford Disaster Relief and Emergency Assistance Act (as amended, the "**Stafford Act**") authorizes FEMA to provide Federal assistance when the magnitude of an incident or threatened incident exceeds the affected State, Territorial, Indian Tribal, and local government capabilities to respond or recover.  Sections 403, 406, and 407 of the Stafford Act authorize a Public Assistance ("**PA**") Program.  FEMA coordinates with Cal OES to implement the program.

To be eligible for funding under FEMA's PA Program, a state agency, territory, tribe, local government, or private nonprofit organization must apply for funding to provide emergency or permanent work required as a result of a declared incident, located within the designated disaster area.  Funding is tied directly to eligible work, and must be adequately documented, authorized, necessary and reasonable.  Eligible costs include labor, equipment, materials, and contract work,

2

1    as well as direct and indirect administrative costs.

2         The total cost to implement approved mitigation activities is generally funded by a

3    combination of Federal and non-Federal sources.  Cost Share, also known as "non-Federal share,"

4    or "match," is the portion of the costs of a federally assisted project or program *not* borne by the

5    Federal government.  To meet cost-sharing requirements, the non-Federal contributions must be

6    reasonable, allowable, allocable, and necessary under the grant program and must comply with all

7    Federal requirements and regulations.  Both the Federal share and the non-Federal cost share must

8    be for eligible costs used in direct support of activities that FEMA has approved in the grant

9    award.

10        After approving applications, the Federal government and Cal OES enter into an

11   arrangement called an "obligation."  Once funds are "obligated," the Federal government and Cal

12   OES have promised to spend the money – either immediately or in the future.  This obligation is a

13   legally binding agreement that will result in outlays, immediately or in the future.   Federal

14   government and Cal OES obligates funds to the state only after a project meets Stafford Act

15   eligibility requirements.  The state is usually the formal recipient of FEMA federal assistance.

16   The state is then responsible for disbursing the money to applicants.  FEMA's PA Program is a

17   cost-sharing program that reimburses applicants at least 75 percent of eligible costs.  The

18   remaining portion (up to 25 percent) is covered by the State of California and local agencies.

19   Once funds are obligated, the Cal OES provides money to applicants directly based upon its

20   policies, procedures and regulations.  Cal OES determines how the non-federal share (up to 25

21   percent) is split with the sub-recipients (i.e. eligible applicants) based on regulations.

22        Section 312(a) of the Stafford Act, provides that "The President … shall assure that no such

23   person, business concern, or other entity will receive such assistance with respect to any part of

24   such loss as to which he has received financial assistance under any other program or from

25   insurance or any other source."  (42 U.S.C. § 5155(a).)  Section 204.62 of FEMA's regulations

26   implementing section 312 obligates Cal OES to "tak[e] all reasonable steps to recover all costs

27   attributable to the negligence of [a] third party" and to reimburse FEMA from that recovery.  (44

28   C.F.R. § 204.62.)

## THE CAMP FIRE

This Claim arises from the Camp Fire. On November 8, 2018, the Camp Fire destroyed the town of Paradise, California and then burned many other communities in Butte County, California. It took nearly three weeks to contain. The Camp Fire killed at least 86 people, burned over 150,000 acres, destroyed over 18,790 structures, and caused hundreds of millions of dollars of damage to State and local infrastructure. The Camp Fire started when a high-voltage transmission line (the Caribou-Palermo transmission line) failed and ignited a forest fire near Pulga, California, in Butte County. The fire began at the base of a transposition tower, which serves to redistribute the electricity on the system to balance the load and assure safety.

PG&E breached its duty by failing to adequately identify and abate the reasonably foreseeable hazard posed by its power lines and the components connecting the lines. PG&E failed to properly install and/or maintain the equipment associated with its power lines, including without limitation, a C-hook that was old and worn. The worn C-hook failed, which allowed an energized conductor to fall from the transmission pole and come into contact with the dry grasses and receptive fuel bed underneath the Caribou-Palermo transmission line. It was reasonably foreseeable that equipment supporting the Caribou-Palermo transmission line would wear over time and ultimately fail and that, if the worn hook failed, it could release the conductors into the dry grasses bed beneath them, and ignite a fire. In the months after the Camp Fire, PG&E inspected the Caribou-Palermo transmission line that ignited the Camp Fire and found multiple instances of a broken hook like the one that failed.

PG&E also breached its duty at a second ignition site by failing to adequately identify and abate the reasonably foreseeable hazard posed by the vegetation growing near its power lines. PG&E failed to ensure that the vegetation near its power lines was maintained in compliance with the law and trimmed back a safe distance from the power lines. As a result, improperly maintained vegetation near the power lines made contact with an energized conductor, causing sparks and hot molten materials to drop into and ignite the dry vegetation below the power lines, sparking a second ignition of the Camp Fire. It was reasonably foreseeable that improperly maintained vegetation growing near the power lines could start a fire. Because the vegetation

4

| | |
|---|---|
| 1 | was close enough to contact the power lines, PG&E had a duty to abate the foreseeable hazard |
| 2 | posed by that vegetation. As a direct, proximate, and foreseeable result of PG&E's negligence in |
| 3 | failing to protect its power lines from contact with nearby vegetation, a fire was set or allowed to |
| 4 | be set in a second location and spread. |
| 5 | The Camp Fire spread rapidly due to high winds. Various California state and local |
| 6 | agencies provided emergency services necessitated by the Camp Fire. These included, but are not |
| 7 | limited to, (i) fire abatement, (ii) a wide variety of emergency protective measures, (iii) repair and |
| 8 | rebuilding of damaged public property and infrastructure, (iv) cleanup and disposal of debris and |
| 9 | hazardous materials, and (v) administration and coordination of these emergency services. As |
| 10 | described below, pursuant to the California Disaster Assistance Act and the Stafford Act, FEMA |
| 11 | and Cal OES paid or assumed a share of these costs and paid for rebuilding property damaged or |
| 12 | destroyed by the Camp Fire. (Cal. Gov't Code § 8686; 42 U.S.C. §§ 5170-5189h.) |

**BASIS FOR CLAIMS**

| | |
|---|---|
| 14 | **Negligence and Negligence *Per Se*.** At all relevant times, PG&E had a common-law duty |
| 15 | to maintain, control, operate, repair, inspect and operate their electrical transmission and |
| 16 | distribution systems. PG&E also had a duty of care to identify, inspect, manage, and/or control |
| 17 | vegetation growth near its power and transmission lines and/or other electric equipment. PG&E is |
| 18 | liable for those harmed by breaches of its common-law duties of care. Cal OES subrogates to the |
| 19 | rights of those harmed by PG&E's breaches of its common-law duties of care. |
| 20 | **California Public Utilities Code section 2106.** As a public utility, PG&E is legally |
| 21 | required to comply with the rules and orders promulgated by the California Public Utilities |
| 22 | Commission. (Cal. Public Utilities Code § 702.) PG&E is required to provide and maintain |
| 23 | service, equipment and facilities in a manner adequate to maintain the safety, health, and |
| 24 | convenience of their customers and the public. (Cal. Public Utilities Code § 451.) Under orders |
| 25 | issued by the California Public Utilities Commission, PG&E is required to design, engineer, |
| 26 | construct, operate, and maintain electrical supply lines and associated equipment in a manner |
| 27 | appropriate with their use, taking into consideration local conditions and other circumstances, so |
| 28 | as to provide safe and adequate electric service. (CPUC General Order 95, Rules 31.1-31.5, 35, |

5

38, 43, 43.2, 44.1-44.4 and 48-48.1; CPUC General Order 165.)  PG&E is required to maintain vegetation in compliance with California Public Resources Code sections 4292, 4293, 4435 and Health & Safety Code section 13001.  PG&E's duties are not delegable.  PG&E failed to comply with the applicable statutory, regulatory, and/or professional standards of care.  As set forth above, PG&E breached its legal duties and caused the Camp Fire.  Under California Public Utilities Code (especially section 2106 of the California Public Utilities Code), PG&E is liable for all loss, damages, or injury caused thereby or resulting therefrom.  Cal OES is entitled to recover from PG&E these amounts for itself and as a subrogee.

**California Public Resources Code sections 4421 and/or 4222.**  California Public Resources Code section 4421 prohibits setting a fire, or causing a fire to be set, on another's property without permission.  By allowing the energized power lines to break into the nearby dry, receptive fuel bed, PG&E allowed a fire to be set on the property of another without the property owner's consent.  In violating Public Resources Code section 4421, PG&E directly, foreseeably, and proximately caused California agencies to incur suppression, investigation, administrative, and other costs arising from the Camp Fire.  California Public Resources Code section 4422 prohibits allowing a fire kindled by a person to escape that person's control or spread to the land of another.  By allowing the energized power lines to break into the nearby dry, receptive fuel bed and kindle the Camp Fire, which escaped PG&E's control and spread to the land of others, PG&E violated the law.  Cal OES is entitled to recover from PG&E these amounts for itself and as a subrogee.

**California Health and Safety Code sections 13001, 13007, 13009, and 13009.1.**  California Health & Safety Code section 13001 makes it a misdemeanor to, through careless or negligent action, throw or place any "flaming or glowing substance, or any substance or thing which may cause a fire, in any place where it may directly or indirectly start a fire," or to use or operate "any other device which may cause a fire" while failing to "take such other reasonable precautions necessary to insure against the starting and spreading of fire."  (Cal. Health & Safety Code § 13001.)  In violating Health & Safety Code section 13001, PG&E directly, foreseeably, and proximately caused California agencies and local agencies to incur fire suppression, rescue or

6

emergency medical services, investigation, administrative, and other costs arising from the Camp Fire. Those costs are compensable under numerous provisions, including California Health & Safety Code section 13009 and 13009.1. Cal OES is entitled to recover from PG&E these amounts for itself and as a subrogee.

California Health & Safety Code section 13007 provides that "[a]ny person who personally or through another willfully, negligently, or in violation of law, sets fire to, allows fire to be set to, or allows a fire kindled or attended by him to escape to, the property of another, whether privately or publicly owned, is liable to the owner of such property for any damages to the property caused by the fire." By its negligent acts or omissions described above, PG&E set fire to property owned by State agencies and local agencies and is liable under California Health & Safety Code section 13007. Cal OES is entitled to recover from PG&E these amounts as a subrogee.

**California Health and Safety Code section 13009.6.** California Health and Safety Code section 13009.6 authorizes agencies to recover the costs of an emergency response necessary "to protect the public from a real and imminent threat to health and safety ... to confine, prevent, or mitigate the release, escape, or burning of hazardous substances [from] any person whose negligence causes the incident ...." (Cal. Health & Safety Code § 13009.6(a)(1).) Because evacuation was necessary, and because the Camp Fire "result[ed] in the spread of hazardous substances [that posed] a real and imminent threat to public health and safety beyond the building, structure, property, or public right-of-way where the incident originate[d]," Cal OES is entitled to recover from PG&E the costs incurred for the removal, disposal, and abatement of hazardous substances for itself and as a subrogee. (*Id.*)

**Public Nuisance.** In causing the Camp Fire, PG&E created a public nuisance that resulted in injury to people and property, obstructed the free use of property, interfered with the comfortable enjoyment of life and property and affected a considerable number of persons. State and local agencies, to whose interest Cal OES is subrogated, were authorized to abate the public nuisance PG&E created and to injunctive relief. (Cal. Civ. Code § 3494; Cal. Civ. Proc. Code § 731.) Those state and local agencies, and therefore Cal OES, reasonably and necessarily

7

incurred or assumed the costs claimed herein to abate that nuisance. Cal OES, as subrogee, is entitled to recover from PG&E "the amount which will compensate for all the detriment proximately caused" by the nuisance. (Cal. Civ. Code § 3333.)

**CAL OES'S COSTS**

As a result of the Camp Fire, on November 11, 2018, Governor Edmund G. Brown Jr. issued a Proclamation of State Emergency and requested that the President of the United States issue a disaster declaration under 42 U.S.C. § 5170(a). On November 12, 2018, President Donald Trump issued a Major Disaster Declaration for the Camp Fire.[2] The disaster was numbered DR-4407.

Various California state and local agencies that provided emergency services necessitated by the Camp Fire applied for PA grants to respond, repair and remediate the Camp Fire. Pursuant to the California Disaster Assistance Act and the Stafford Act, FEMA and Cal OES paid or assumed a share of the costs of those projects as set forth on the attached Schedules of Damages (the "**Schedules**"). (Cal. Gov't Code § 8686; 42 U.S.C. §§ 5170-5189h.) The Schedules show as "Applicant" the state or local agency that applied for the funds, the title of the project, the amount of obligated funds, the date funds were obligated, and the proportion breakdown of FEMA, state and applicant Cost Share. These costs were all incurred or assumed. The first schedule shows all obligated costs (funds must be spent by FEMA and Cal OES because the applications have been approved). The other schedules show disaster-related damages for which FEMA and Cal OES anticipate public assistance will be provided.

The total funds Cal OES is currently obligated to pay or spend for DR-4407, together with any amounts that it anticipates it will be obligated to spend (excluding any amounts spent in Los Angeles and Ventura Counties and any amounts for CAL FIRE and the California Department of

---

[2] The Major Disaster Declaration (DR-4407) also covered wildfires in Ventura and Los Angeles Counties, which were not caused by PG&E. Although FEMA and CalOES provided PA Program funds for these fires as well, the amounts advanced for the fires in these counties are excluded from the Schedule.

8

Toxic Substances Control)[3] are as follows:

| Public Assistance | Federal Share | State Share | Total |
|---|---|---|---|
| DR-4407 Small Projects Obligated | $373,183 | $37,141 | $410,324 |
| DR-4407 Large Projects Obligated | $71,309,240 | $10,312,987 | $81,622,227 |
| DR-4407 Pending Projects | $2,000,533,298 | $230,913,793 | $2,231,447,091 |
| **Total** | $2,072,215,721 | $241,263,921 | **$2,313,479,642** |

Although, in an abundance of caution, Cal OES asserts this proof of claim for all amounts listed on the attached Schedule, certain of these claims might be duplicative of other entities filing proofs of claim. In particular, Cal OES understands that (i) FEMA is asserting a proof of claim for its portion of any Cost Share in connection with Emergency Declaration No. DR-4407, and (ii) certain local governments and agencies and state agencies are filing proofs of claim for their disaster response costs and property damaged by the Camp Fire that was repaired, remediated or rebuilt using the PA Program Funds. To the extent these claims are allowed, Cal OES will withdraw portions of this proof of claim for providing those funds.

**RESERVATION OF RIGHTS**

Any waiver of sovereign immunity under the law resulting from the filing of this claim is by Cal OES, and no other agency, unit, or entity of the State of California, and is strictly limited to this claim. Neither this supplemental statement nor any subsequent appearance, pleading, proof of claim, claim, or suit is intended to or shall be deemed or construed as:

(a)     a consent by Cal OES to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Cal OES or other agency of the State of California;

(b)     a waiver of any right of Cal OES to (i) have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a Bankruptcy Judge may not enter a final order or judgement consistent with Article III of the United States Constitution, (ii) have final orders in non-core matters entered only after *de*

---

[3] Cal OES understands that CAL FIRE and the California Department of Toxic Substances Control are separately asserting claims for any amounts they incurred. Thus, Cal OES does not assert those claims here.

9

1    *novo* review by a District Court Judge, (iii) trial by jury in any proceeding so triable

2    in the Chapter 11 Cases or in any case, controversy, or proceeding related to the

3    Chapter 11 Cases, (iv) have the United States District Court withdraw the reference

4    in any matter subject to mandatory or discretionary withdrawal, or (v) any and all

5    rights, claims, actions, defenses, setoffs, recoupments, or remedies to which Cal OES

6    is or may be entitled under agreements, in law or in equity, all of which rights,

7    claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby; or

8    (c)   a waiver of any objections or defenses that Cal OES, the State of California, or any

9    other agency, unit or entity of the State of California may have to this Court's

10    jurisdiction over Cal OES, the State of California, or such other agency, unit or entity

11    based upon the Eleventh Amendment to the United States Constitution or related

12    principles of sovereign immunity or otherwise, all of which objections and defenses

13    are hereby reserved.

14    The documents in support of the Claim are extremely voluminous. Each numbered grant

15 includes project worksheets that are hundreds or thousands of pages long, documenting the

16 expenses associated with the fires. Cal OES will provide these documents only upon request.

17 Cal OES expressly reserves its right to revise, amend, and/or supplement this claim in the event

18 additional information becomes available or is necessary to support this claim.

19    All correspondence and pleadings pertaining to this Proof of Claim and any amendments or

20 supplements to it should be directed to the undersigned.

21 Dated: November 14, 2019         Respectfully submitted,

22                              XAVIER BECERRA
                             Attorney General of California

23                              BRIAN D. WESLEY
                             Supervising Deputy Attorney General

24

25                              By: *Matthew Heyn*
                             MATTHEW C. HEYN

26                              Deputy Attorney General
                             *Attorneys for California Governor's Office of*

27                              *Emergency Services*

28

## DR-4407 (Excluding Los Angeles and Ventura Counties): Small Projects

| | | | | Totals Excluding CAL FIRE and DTSC | | | $414,648 | | | $373,183 | $37,141 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Applicant | FIPS | Cat | Title | Status | % Cplt | PW Amount | FEMA % | State % | FEMA Share | State Share |
| Gridley School Unified School District | 007-91030 | B | APP CERT - GUSD Security Services | Obligated 4/6/19 | 100% | $9,369 | 75% | 18.75% | $7,027 | $1,757 |
| Gridley School Unified School District | 007-91030 | B | APP CERT - GUSD Security Services | Obligated 4/17/19 | 100% | $0 | 15% | -11.25% | $1,405 | -$1,054 |
| Blue Oak Charter School | 007-91034 | B | Smoke Damage Clean Up from Camp Fire - Blue Oak | Obligated 4/14/19 | 100% | $91,582 | 75% | 18.75% | $68,686 | $17,172 |
| Blue Oak Charter School | 007-91034 | B | Smoke Damage Clean Up from Camp Fire - Blue Oak | Obligated 4/17/19 | 100% | $0 | 15% | -11.25% | $13,737 | -$10,303 |
| California Department of Water Resources | 000-92004 | B | Support to State Operations Center | Obligated 7/11/19 | 100% | $8,652 | 90% | 10.00% | $7,787 | $865 |
| Chico, City of | 007-13014 | B | Emergency Protective Measures (air purifiers) | Obligated 6/20/19 | 100% | $7,302 | 90% | 7.50% | $6,572 | $548 |
| Chico Unified School District | 007-91010 | B | DR-4407-CA Chico Unified School District | Obligated 6/11/19 | 100% | $39,697 | 90% | 7.50% | $35,727 | $2,977 |
| California Conservation Corps | 000-92007 | A | Pine Ridge School Debris work | Obligated 6/11/19 | 100% | $22,818 | 90% | 10.00% | $20,537 | $2,282 |
| California Air Resources Board | 000-92051 | B | Emergency Protective Measures - Camp Fire | Obligated 6/28/19 | 100% | $15,841 | 90% | 10.00% | $14,257 | $1,584 |
| California Conservation Corps | 000-92007 | B | Staffing at CAL OES State Ops Center | Obligated 6/28/19 | 100% | $12,316 | 90% | 10.00% | $11,084 | $1,232 |
| California Department of Corrections | 000-92018 | B | Mission Tasks by CalOES- Law Enforcement Suppor | Obligated 7/9/19 | 100% | $37,331 | 90% | 10.00% | $33,598 | $3,733 |
| California Department of Water Resources | 000-92004 | B | Travel Expenses - Debris Task Forrce Support | Obligated 9/20/19 | 100% | $4,926 | 90% | 10.00% | $4,433 | $493 |
| California Department of Corrections | 000-92018 | B | Logistical Support to Butte County | Obligated 10/10/19 | 100% | $4,821 | 90% | 10.00% | $4,339 | $482 |
| California Conservation Corps | 000-92007 | B | Sandbagging ops and temporary fence | Obligated 9/20/19 | 100% | $44,178 | 90% | 10.00% | $39,760 | $4,418 |
| Butte County | 007-00000 | B | Emergency Volunteer Center | Obligated 10/26/19 | 100% | $25,000 | 90% | 7.50% | $22,500 | $1,875 |
| California Department of Fish and Wildlife | 000-92002 | B | CDFW Emergency Protective Measures | Obligated 10/26/19 | 100% | $90,814 | 90% | 10.00% | $81,732 | $9,081 |

## DR-4407 (Excluding Los Angeles and Ventura County): Large Projects

| | | | | Totals Excluding CAL FIRE and DTSC | | | $86,672,713 | | $71,309,240 | $10,312,987 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Applicant** | **FIPS** | **Cat** | **Title** | **Status** | **PW Amount** | **FEMA %** | **State %** | **FEMA Share** | **State Share** |
| Butte County | 007-00000 | B | Butte County Expedited Emergency Protective | Obligated 1/11/19 | $15,316,517 | 75% | 18.75% | $11,487,388 | $2,871,847 |
| Paradise, Town of | 007-55520 | B | Town of Paradise - Emergency Response and Prote | Obligated 1/23/19 | $575,742 | 75% | 18.75% | $431,806 | $107,952 |
| Paradise Irrigation District | 007-91022 | B | Water Infrastructure Depressurization Response | Obligated 2/9/19 | $2,751,196 | 75% | 18.75% | $2,063,397 | $515,849 |
| Emergency Medical Services Authority | 000-92031 | B | Emergency Response Activities | Obligated 4/6/19 | $1,532,729 | 90% | 10.00% | $1,379,456 | $153,273 |
| California Department of Corrections | 000-92018 | B | Provision of Peer Support to responders | Obligated 9/20/19 | $160,608 | 90% | 10.00% | $144,548 | $16,061 |
| Children's Community Charter School | 007-90008 | G | Children's Community Charter School - Playgroun | Obligated 10/10/19 | $186,543 | 75% | 0.00% | $139,907 | $0 |
| Butte County | 007-00000 | G | DR 4407 Butte County Neal Road Recycling & Wast | Applicant Signed Project | $129,491 | 75% | 18.75% | $97,118 | $24,279 |
| Children's Community Charter School | 007-90008 | E | Children's Community Charter School - Six Build | Final Review | $2,270,955 | 75% | 0.00% | $1,703,216 | $425,804 |
| California Department of Fish and Wildlife | 000-92002 | A | CDFW Debris Support Logistics | Applicant Signed Project | $5,435,000 | 90% | 10.00% | $4,891,500 | $543,500 |
| California Conservation Corps | 000-92007 | B | Logistical Support at Chico Airport responders | Obligated 10/10/19 | $185,102 | 90% | 10.00% | $166,592 | $18,510 |
| Butte County | 007-00000 | G | DR 4407 Butte County Neal Road Recycling & Wast | Pending PDMG Project Review | $1,318,546 | 75% | 18.75% | $988,910 | $247,227 |
| Butte County | 007-00000 | G | DR 4407 Butte County Neal Road Recycling & Wast | Pending Applicant Project Review | $347,835 | 75% | 18.75% | $260,876 | $65,219 |
| California Department of Developmental Services | 000-92058 | B | Emergency Responce and Recovery | Obligated 10/24/19 | $362,973 | 90% | 10.00% | $326,676 | $36,297 |
| Butte County | 007-00000 | F | DR 4407 Butte County County Service Area 21 Roc | Pending PDMG Project Review | $139,821 | 75% | 18.75% | $104,866 | $26,216 |
| California Department of Parks and Recreation | 000-92001 | E | 85225 | Pending EMMIE Submission | $224,090 | 75% | 25.00% | $168,068 | $56,023 |
| California Department of Parks and Recreation | 000-92001 | E | Leo Carrillo State Park - Modular Home | Pending Applicant Project Review | $221,551 | 75% | 25.00% | $166,163 | $55,388 |
| Paradise Unified School Dist | 007-91042 | G | Paradise USD School District Wide Fence Damage | Insurance/Mitigation Review | $195,247 | 75% | 18.75% | $146,435 | $36,609 |
| Paradise Unified School Dist | 007-91042 | G | Damaged Playgrounds and Recreation Facilities | Insurance/Mitigation Review | $375,837 | 75% | 18.75% | $281,878 | $70,469 |
| California Department of Parks and Recreation | 000-92001 | E | Reagan Ranch - Building Barn/Office | Insurance/Mitigation Review | $1,154,354 | 75% | 25.00% | $865,766 | $288,589 |
| California Department of Parks and Recreation | 000-92001 | E | Reagan Ranch - Bldg Garage | Insurance/Mitigation Review | $388,281 | 75% | 25.00% | $291,211 | $97,070 |
| California Department of Parks and Recreation | 000-92001 | E | Leo Carrillo State Park - Storage Containers/Sh | Insurance/Mitigation Review | $1,204,563 | 75% | 25.00% | $903,422 | $301,141 |
| California Department of Parks and Recreation | 000-92001 | E | Reagan Ranch - Stable | Insurance/Mitigation Review | $622,711 | 75% | 25.00% | $467,033 | $155,678 |

Case: 19-30088    Doc# 5746-3    Filed: 02/12/20    Entered: 02/12/20 14:26:54    Page 16 of 25

## DR-4407 (Excluding Los Angeles and Ventura County): Large Projects

| Applicant | FIPS | Cat | Title | Status | PW Amount | FEMA % | State % | FEMA Share | State Share |
|-----------|------|-----|-------|--------|-----------|--------|---------|------------|-------------|
| Butte County | 007-00000 | E | DR 4407 Butte County, Damaged & Destroyed Coun | Insurance/Mitigation Review | $1,068,624 | 75% | 18.75% | $801,468 | $200,367 |
| California Department of Parks and Recreation | 000-92001 | E | Equipment - Vehicles | Insurance/Mitigation Review | $454,449 | 75% | 25.00% | $340,837 | $113,612 |
| California Department of General Services | 000-92267 | B | Ongoing Base Camp for Debris Task Force | Applicant Signed Project | $8,216,580 | 90% | 10.00% | $7,394,921 | $821,658 |
| Butte County | 007-00000 | C | DR 4407 Butte County County-Wide Roads | EHP Review | $391,351 | 75% | 18.75% | $293,513 | $73,378 |
| California Department of Parks and Recreation | 000-92001 | G | Reagan Ranch at Mailbu Creek State Park - Struct | Insurance/Mitigation Review | $1,005,914 | 75% | 25.00% | $754,436 | $251,479 |
| Community Housing Improvement Program, Inc. | 007-90003 | E | Community Housing Improv. Program - Twelve | Insurance/Mitigation Review | $13,627,573 | 75% | 0.00% | $10,220,680 | $0 |
| California Department of General Services | 000-92267 | B | Basecamps for Emergency Workers | Pending DIU EMMIE Final Record Upload | $25,114,960 | 90% | 10.00% | $22,603,463 | $2,511,497 |
| Butte County | 007-00000 | C | DR 4407 Butte County Honey Run Covered Bridge D | Insurance/Mitigation Review | $670,151 | 75% | 18.75% | $502,613 | $125,653 |
| California Department of Public Health | 000-92302 | B | Emergency Operations Provisions and Supplies | EHP Review | $777,406 | 90% | 10.00% | $699,665 | $77,741 |
| California Conservation Corps | 000-92007 | B | Erosion control around burn scar in Paradise | EHP Review | $246,014 | 90% | 10.00% | $221,412 | $24,601 |

# DR-4407 (Excluding Los Angeles and Ventura County): Pending Projects

| | | | | Totals Pending Projects not yet prepared as a PW (Estimed by Applicants): | | $2,277,677,044 | | | $2,000,533,298 | $230,913,793 |
|---|---|---|---|---|---|---|---|---|---|---|
| Applicant | FIPS | Cat | Project | Status | Applicant Estimate | FEMA Estimated Gross | FEMA Estimated Net | Estimated Federal Share | Estimated State Share |
| Adventist Health (Feather River Hospital) | 007-90005 | E | Cardiology Equipment | Pending EEI Completion | $125,000 | | | $93,750 | $0 |
| Adventist Health (Feather River Hospital) | 007-90005 | A | Adventist Health Feather River Debris Removal | Pending EEI Completion | $1,000,000 | | | $900,000 | $0 |
| Adventist Health (Feather River Hospital) | 007-90005 | F | Adventist Health Feather River Central Utility Plant | Pending EEI Completion | $5,000,000 | | | $3,750,000 | $0 |
| Adventist Health (Feather River Hospital) | 007-90005 | E | Adventist Health Feather River Buildings- 100 % Destroyed | Pending DDD Completion/Approval | $4,894,100 | | | $3,670,575 | $0 |
| Adventist Health (Feather River Hospital) | 007-90005 | E | Adventist Health Feather River Buildings - Partially Damaged | Pending DDD Completion/Approval | $9,000,000 | | | $6,750,000 | $0 |
| Adventist Health (Feather River Hospital) | 007-90005 | Z | Management Costs | Pending Project Formulation | $0 | | | $0 | $0 |
| Butte County | 007-00000 | C | DR 4407 Butte County Roads Damaged During the Performance of Emergency Work | Pending EEI Completion | $2,000,000 | | | $1,500,000 | $375,000 |
| Butte County | 007-00000 | B | DR 4407 Butte County - Facility use for JIC and DROC | Pending EEI Completion | $50,000 | | | $45,000 | $3,750 |
| Butte County | 007-00000 | B | DR-4407 Butte County - Sheltering - In County (Congregate) | Pending EEI Completion | $3,000,000 | | | $2,700,000 | $225,000 |
| Butte County | 007-00000 | A | DR-4407 Butte County - Countywide Hazardous Tree Removal (Immediate Removal Required - Imminent Danger to Life and structure) | Pending EEI Completion | $8,525,000 | | | $7,672,500 | $639,375 |
| Butte County | 007-00000 | B | DR 4407 Butte County Honey Run Road & Centerville Road Clearing Roadside Ditches of Fire Debris | Pending EEI Completion | $126,000 | | | $113,400 | $9,450 |
| Butte County | 007-00000 | B | DR-4407 Butte County - Animal Control and Rescue (including Mutual Aid Assistance) | Pending EEI Completion | $2,127,985 | | | $1,915,186 | $159,599 |
| Butte County | 007-00000 | B | Donations Management | Pending EEI Completion | $50,000 | | | $45,000 | $3,750 |
| Butte County | 007-00000 | A | DR-4407 Butte County - Arborist's evaluation of Category 1 Hazardous trees | Pending EEI Completion | $540,000 | | | $486,000 | $40,500 |
| Butte County | 007-00000 | A | DR-4407 Butte County - Hazardous Tree Removal Cat 1 (Butte County - East ) | Pending EEI Completion | $5,050,000 | | | $4,545,000 | $378,750 |
| Butte County | 007-00000 | B | DR-4407 Butte County - Sheltering (Non-Congregate - In County and Out of County) | Pending EEI Completion | $500,000 | | | $450,000 | $37,500 |
| Butte County | 007-00000 | A | DR-4407 Butte County - Public Health Proclamation for Consolidated Private Property Debris Removal. | Pending EEI Completion | $4,000,000 | | | $3,600,000 | $300,000 |

| Applicant | FIPS | Cat | Project | Status | Applicant Estimate | FEMA Estimated Gross | FEMA Estimated Net | Estimated Federal Share | Estimated State Share |
|---|---|---|---|---|---|---|---|---|---|
| Butte County | 007-00000 | A | DR-4407 Butte County - Hazardous Tree Removal Cat 1 (Honey Run / Centerville)) | Pending EEI Completion | $1,010,000 | | | $909,000 | $75,750 |
| Butte County | 007-00000 | B | DR 4407 Butte County Neal Road - Emergency/Temporary repairs to main haul route during PPDR | Pending EEI Completion | $500,000 | | | $450,000 | $37,500 |
| Butte County | 007-00000 | B | DR4407 Butte County - County Wide Emergency Roads Repairs related to PPDR. | Pending EEI Completion | $2,000,000 | | | $1,800,000 | $150,000 |
| Butte County | 007-00000 | C | DR 4407 Butte County Neal Road Damaged by Debris Response Permanent Repairs | Pending EEI Completion | $1,500,000 | | | $1,125,000 | $281,250 |
| Butte County | 007-00000 | B | DR4407-Butte County - Emergency Protective Measures - Shelter Damages and Costs Incurred | Pending EEI Completion | $230,342 | | | $207,308 | $17,276 |
| Butte County Office of Education | 007-91045 | B | Butte County Office of Education-EOC-Disaster/Donation Management -EOC-IT Support- Mental Health Support | Pending EEI Completion | $1,700,000 | | | $1,530,000 | $127,500 |
| Butte County Office of Education | 007-91045 | B | Butte County Office of Education - Donated Resources | Pending EEI Completion | $300,000 | $0 | $0 | $0 | $0 |
| Butte County Office of Education | 007-91045 | Z | Butte County Office of Education DRRA Management Costs | Pending Project Formulation | $0 | | | $0 | $0 |
| California Conservation Corps | 000-92007 | Z | CAT Z - Interim DAC | Pending Project Formulation | $0 | | | $0 | $0 |
| California Department of Developmental Services | 000-92058 | Z | Sub-Recipiet Management Cost | Pending Project Formulation | $0 | $0 | $0 | $0 | $0 |
| California Department of Fish and Wildlife | 000-92002 | Z | DR-4407 DRRA Management Costs | Pending Project Formulation | $0 | $4,541 | $4,541 | $4,541 | $0 |
| California Department of Food and Agriculture | 000-92030 | Z | DR-4407 DRRA Management Costs | Pending Project Formulation | $0 | $0 | $0 | $0 | $0 |
| California Department of Parks and Recreation | 000-92001 | A | California Department of Parks & Rec Debris Removal - District WIde | Pending EEI Completion | $5,000,000 | | | $4,500,000 | $500,000 |
| California Department of Parks and Recreation | 000-92001 | Z | DRRA Management Costs | Pending Project Formulation | $0 | | | $0 | $0 |
| California Department of Public Health | 000-92302 | B | Emergency Operations Support | Pending EEI Completion | $50,000 | | | $45,000 | $5,000 |
| California Department of Public Health | 000-92302 | Z | DR-4407 DRRA Management Costs | Pending Project Formulation | $0 | | | $0 | $0 |
| California Department of Resources Recycling and Recovery (CalRecycle) | 000-92095 | A | Butte County (Camp Fire) MT54032 | Pending EEI Completion **(See Attached Letter)** | $1,326,347,413 | $1,326,347,413 | $1,326,347,413 | $1,193,712,672 | $132,634,741 |
| California Department of Resources Recycling and Recovery (CalRecycle) | 000-92095 | Z | Management Costs - DR4407 | Pending Project Formulation | $0 | | | $0 | $0 |
| California Department of Social Services | 000-92038 | B | Emergency Protective Measures | Pending EEI Completion | $750,000 | | | $675,000 | $75,000 |

| Applicant | FIPS | Cat | Project | Status | Applicant Estimate | FEMA Estimated Gross | FEMA Estimated Net | Estimated Federal Share | Estimated State Share |
|---|---|---|---|---|---|---|---|---|---|
| California Department of Social Services | 000-92038 | Z | DR-4407 DRRA Management Costs | Pending Project Formulation | $0 | | | $0 | $0 |
| California Department of Transportation | 000-92005 | Z | DR-4407 DRRA Management Costs | Pending Project Formulation | $0 | | | $0 | $0 |
| California Department of Transportation | 000-92005 | B | DR-4407 Emergency Protective Measures | Pending CRC Project Development | $500,000 | | | $450,000 | $50,000 |
| California Department of Transportation | 000-92005 | A | DR-4407 Debris Removal | Pending EEI Completion | $11,150,000 | | | $10,035,000 | $1,115,000 |
| California Highway Patrol | 000-92006 | B | California Highway Patrol - Response Activities | Pending EEI Completion | $7,500,000 | | | $6,750,000 | $750,000 |
| California Military Department | 000-92020 | Z | DR4407 - DRRA Management Costs | Pending Project Formulation | $0 | | | $0 | $0 |
| California Military Department | 000-92020 | B | Emergency Protective Measures - DR4407 - CA Wildfires (Butte, Los Angeles & Ventura Counties | Peer Review | $9,946,896 | $9,834,278 | $9,834,278 | $8,850,850 | $983,428 |
| California Office of Emergency Services | 000-92250 | B | Emergency Operations | Pending EEI Completion | $10,180,000 | | | $9,162,000 | $1,018,000 |
| California Office of Emergency Services | 000-92250 | A | Debris Operations Staffing and Contracts | Pending EEI Completion | $252,150,000 | | | $226,934,994 | $25,215,006 |
| California Office of Emergency Services | 000-92250 | B | Mutual Aid and EMAC from Others States and Countries | Pending CRC Project Development | $34,000,000 | | | $30,599,999 | $3,400,001 |
| California Office of Emergency Services | 000-92250 | B | Fire response Mutual Aid assistance from Local Fire Agencies and Urban Search and Rescue | Pending EEI Completion | $10,500,000 | | | $9,450,000 | $1,050,000 |
| California State University, Chico | 000-92259 | E | DR 4407 California State University Chico Content Destroyed | Pending EEI Completion | $56,200 | | | $42,150 | $14,050 |
| California State University, Chico | 000-92259 | B | DR 4407 California State University Chico Emergency Protective Measures | Pending EEI Completion | $90,000 | | | $81,000 | $9,000 |
| Chico, City of | 007-13014 | B | EPM-Police Response | Pending EEI Completion | $50,000 | | | $45,000 | $3,750 |
| Children's Community Charter School | 007-90008 | Z | Children's Community Charter School - Management Costs | Pending Project Formulation | $0 | | | $0 | $0 |
| Children's Community Charter School | 007-90008 | B | Children's Community Charter School - Temporary Relocation | Pending EEI Completion | $350,000 | | | $315,000 | $0 |
| Community Housing Improvement Program, Inc. | 007-90003 | Z | Management Costs | Pending Project Formulation | $7,829 | | | $7,829 | $0 |
| Community Housing Improvement Program, Inc. | 007-90003 | F | Community Housing Improvement - Centralized Septic System for Housing Facilities | Pending Scope & Cost | $200,000 | | | $150,000 | $0 |
| Oroville, City of | 007-54386 | Z | City of Oroville DRRA Management Costs | Pending Project Formulation | $0 | | | $0 | $0 |
| Paradise Irrigation District | 007-91022 | D | Paradise Irrigation District Paradise and Magalia Dam Burn Damage | Pending EEI Completion | $400,000 | | | $300,000 | $75,000 |
| Paradise Irrigation District | 007-91022 | B | Paradise Irrigation District Temporary Potable Water System | Pending EEI Completion | $13,730,000 | | | $12,357,000 | $1,029,750 |
| Paradise Irrigation District | 007-91022 | C | Paradise Irrigation District Road Damage Caused by Fire Event | Pending EEI Completion | $25,000 | | | $18,750 | $4,688 |

| Applicant | FIPS | Cat | Project | Status | Applicant Estimate | FEMA Estimated Gross | FEMA Estimated Net | Estimated Federal Share | Estimated State Share |
|---|---|---|---|---|---|---|---|---|---|
| Paradise Irrigation District | 007-91022 | C | Paradise Irrigation District - Roadway Damage Caused by Recovery Efforts (PPDR, Utility Repair) | Pending EEI Completion | $1,000,000 | | | $750,000 | $187,500 |
| Paradise Irrigation District | 007-91022 | F | Water Meters, Housing Boxes, and AMI System | Pending EEI Completion | $15,200,000 | | | $11,400,000 | $2,850,000 |
| Paradise Irrigation District | 007-91022 | F | PID's B Reservoir | Pending EEI Completion | $3,200,000 | | | $2,400,000 | $600,000 |
| Paradise Irrigation District | 007-91022 | B | Emergency Protective Measures-Contaminant Testing by PID | Pending EEI Completion | $8,100,000 | | | $7,290,000 | $607,500 |
| Paradise Irrigation District | 007-91022 | G | Paradise Irrigation District Facility Fencing District Wide | Pending EEI Completion | $200,000 | | | $150,000 | $37,500 |
| Paradise Irrigation District | 007-91022 | F | Water Transmission and Distribution Pipes and Appurtenances | Pending EEI Completion | $50,025,000 | | | $37,518,750 | $9,379,688 |
| Paradise Irrigation District | 007-91022 | B | Donated Resources | Pending EEI Completion | $50,000 | $0 | $0 | $0 | $0 |
| Paradise Irrigation District | 007-91022 | E | Vehicles, Equipment, and Buidling Contents | Pending EEI Completion | $656,000 | | | $492,000 | $123,000 |
| Paradise Irrigation District | 007-91022 | A | PID - Hazardous Tree Felling and Disposal | Pending EEI Completion | $500,000 | | | $450,000 | $37,500 |
| Paradise Recreation and Park District | 007-91002 | E | Maintenance Shop - Paradise R & P Dist. | Pending Scope & Cost | $450,000 | $199,946 | $199,946 | $149,960 | $37,490 |
| Paradise Recreation and Park District | 007-91002 | G | Aquatic Park - Paradise R & P Dist. | Pending EEI Completion | $550,000 | | | $412,500 | $103,125 |
| Paradise Recreation and Park District | 007-91002 | G | Moore Road Park - Paradise R&P Dist. | Pending EEI Completion | $400,000 | | | $300,000 | $75,000 |
| Paradise Recreation and Park District | 007-91002 | G | Coutolenc Park - Paradise R&P Dist. | Pending EEI Completion | $400,000 | | | $300,000 | $75,000 |
| Paradise Recreation and Park District | 007-91002 | G | DR4407 Paradise R&P District Crain Memorial Park (Concow) Damages | Pending EEI Completion | $75,000 | | | $56,250 | $14,063 |
| Paradise Recreation and Park District | 007-91002 | A | DR4407 Paradise R&P District Identified Hazardous Tree & Debris Removal | Pending EEI Completion | $75,001 | | | $67,501 | $5,625 |
| Paradise Recreation and Park District | 007-91002 | E | DR4407 Paradise R&P District Gold Nugget Museum Destroyed | Pending EEI Completion | $500,000 | | | $375,000 | $93,750 |
| Paradise Recreation and Park District | 007-91002 | A | DR4407 Paradise R&P District Arborist Evaluation | Pending EEI Completion | $0 | | | $0 | $0 |
| Paradise Unified School Dist | 007-91042 | A | Paradise USD Debris Removal Hazardous Tree District Wide | Pending EEI Completion | $2,500,000 | | | $2,250,000 | $187,500 |
| Paradise Unified School Dist | 007-91042 | A | Paradise USD Hazardous Tree Evaluation | Pending EEI Completion | $50,000 | | | $45,000 | $3,750 |
| Paradise Unified School Dist | 007-91042 | F | Septic Tanks damaged multiple sites Paradise Unified School District (007-2AA43-00) | Pending EEI Completion | $3,500,000 | | | $2,625,000 | $656,250 |
| Paradise Unified School Dist | 007-91042 | B | Paradise USD Emergency Protective Measure School District Wide Contaminated Soil Testing | Pending EEI Completion | $200,000 | | | $180,000 | $15,000 |
| Paradise Unified School Dist | 007-91042 | E | Multiple Destroyed, Damaged or Burned Paradise USD Campuses/Sites Paradise Unified School District | Pending CRC Project Development | $52,120,000 | $24,885,581 | $20,652,809 | $15,489,607 | $3,872,402 |

| Applicant | FIPS | Cat | Project | Status | Applicant Estimate | FEMA Estimated Gross | FEMA Estimated Net | Estimated Federal Share | Estimated State Share |
|---|---|---|---|---|---|---|---|---|---|
| Paradise Unified School Dist | 007-91042 | E | Paradise USD Multiple Schools Content Destroyed | Pending EEI Completion | $8,000,000 | | | $6,000,000 | $1,500,000 |
| Paradise Unified School Dist | 007-91042 | E | Paradise USD Removal & Replacement of Contaiminated Soil District Wide | Pending EEI Completion | $200,000 | | | $150,000 | $37,500 |
| Paradise Unified School Dist | 007-91042 | A | Paradise USD Debris Removal District Wide | Pending EEI Completion | $3,500,000 | | | $3,150,000 | $262,500 |
| Paradise, Town of | 007-55520 | G | DR4407 - City Trails & Bike Paths / City Irrigation & Entry Ways | Pending EEI Completion | $5,001 | | | $3,751 | $938 |
| Paradise, Town of | 007-55520 | E | DR4407 - Town of Paradise - Buildings and Contents Partially Destroyed by Fire | Pending EEI Completion | $600,000 | | | $450,000 | $112,500 |
| Paradise, Town of | 007-55520 | E | DR4407 - Town of Paradise - Buildings and Contents Completely Destroyed by Fire | Pending EEI Completion | $425,800 | | | $319,350 | $79,838 |
| Paradise, Town of | 007-55520 | E | DR4407 - Town of Paradise - Fire station #83 (Completely Destroyed Building and Contents) | Pending Scope & Cost | $10,000 | | | $7,500 | $1,875 |
| Paradise, Town of | 007-55520 | C | Permanent repairs to damaged culverts, town-wide | Pending EEI Completion | $1,500,000 | | | $1,125,000 | $281,250 |
| Paradise, Town of | 007-55520 | A | DR4407 - Town of Paradise - Town-wide Cat. 1 Hazardous Tree Removal | Pending EEI Completion | $5,000,000 | | | $4,500,000 | $375,000 |
| Paradise, Town of | 007-55520 | C | DR4407 - Town of Paradise - Town Wide Non Federal-aid Roads Damages (Scorched Pavement, Heat Damaged / Damages Occuring During the Performance of Emergency Work | Pending EEI Completion | $4,000,000 | | | $3,000,000 | $750,000 |
| Paradise, Town of | 007-55520 | B | DR4407 - Town of paradise - Town-wide Safety Assessment (SAP) | Pending EEI Completion | $10,000 | | | $9,000 | $750 |
| Paradise, Town of | 007-55520 | B | DR4407 - Town of Paradise - Emergency Repairs to non federal aid roads to keep them operational during PPDR | Pending EEI Completion | $30,000 | | | $27,000 | $2,250 |
| Paradise, Town of | 007-55520 | C | DR4407 - Town of Paradise - Traffic Signals / Decorative lights (Town Wide) | Pending EEI Completion | $10,000 | | | $7,500 | $1,875 |
| Paradise, Town of | 007-55520 | B | DR4407 - Town of Paradise - Hazardous Tree Removal (Phase 1 Removal of Immediate Threat Trees for Repopulation Purposes) | Pending CRC Project Development | $2,000,000 | | | $1,800,000 | $150,000 |
| Paradise, Town of | 007-55520 | E | DR4407 - Town of Paradise - Damaged Vehicles & Equipment | Pending EEI Completion | $120,000 | | | $90,000 | $22,500 |
| Paradise, Town of | 007-55520 | B | Paradise (Town of) Donated Resources for Emergency Work | Pending EEI Completion | $250,000 | $0 | $0 | $0 | $0 |
| Paradise, Town of | 007-55520 | A | DR4407 - Town of Paradise - Town-wide Cat. 1 Hazardous Tree Removal (Arborists) | Pending EEI Completion | $550,000 | | | $495,000 | $41,250 |
| Paradise, Town of | 007-55520 | B | DR4407 - Town of Paradise - Town-wide Fire Response | Pending EEI Completion | $5,000 | | | $4,500 | $375 |

| Applicant | FIPS | Cat | Project | Status | Applicant Estimate | FEMA Estimated Gross | FEMA Estimated Net | Estimated Federal Share | Estimated State Share |
|---|---|---|---|---|---|---|---|---|---|
| Paradise, Town of | 007-55520 | A | DR4407 - Town of Paradise - Town-wide Debris Removal Prior to Repopulation | Pending EEI Completion | $150,000 | | | $135,000 | $11,250 |
| Paradise, Town of | 007-55520 | B | DR4407 - Town of Paradise - Temporarily Repair of Damaged Culverts | Pending EEI Completion | $268,817 | | | $241,935 | $20,161 |
| Paradise, Town of | 007-55520 | B | DR4407 - Town of Paradise - Town-wide Erosion Control and Soil Stabilization | Pending EEI Completion | $20,000 | | | $18,000 | $1,500 |
| Paradise, Town of | 007-55520 | B | DR4407 - Town of Paradise - Water Testing / Smoke Remediation and cleanup for Town owned buildings | Pending EEI Completion | $59,660 | | | $53,694 | $4,475 |
| The California Governor's Office of Emergency Services, along with its state and local partners, will be conducting a hazardous tree removal operation in the Town of Paradise as well as unincorporated portions of Butte County impacted by the 2018 Camp Fire. Officials are currently conducting an assessment to formally scope this mission and, to date, the state has not yet awarded a contract for this work.<br><br>While the exact numbers of hazardous trees and the cost to remove those trees are unknown at this time, officials conservatively estimate there are 150,000 eligible hazardous trees, which will be removed at an estimated cost of $2,500 per tree, for a total preliminary project estimate of $375,000,000. This projection is subject to change based on the actual number of eligible hazardous trees ultimately identified and removed at a rate set forth in the awarded contract(s).   **See Attached Letter.** | | | | | $375,000,000 | | | $337,500,000 | $37,500,000 |



October 11, 2019

The California Governor's Office of Emergency Services, along with its state and local partners, will be conducting a hazardous tree removal operation in the Town of Paradise as well as unincorporated portions of Butte County impacted by the 2018 Camp Fire. Officials are currently conducting an assessment to formally scope this mission and, to date, the state has not yet awarded a contract for this work.

While the exact numbers of hazardous trees and the cost to remove those trees are unknown at this time, officials conservatively estimate there are 150,000 eligible hazardous trees, which will be removed at an estimated cost of $2,500 per tree, for a total preliminary project estimate of $375,000,000. This projection is subject to change based on the actual number of eligible hazardous trees ultimately identified and removed at a rate set forth in the awarded contract(s).



**Department of
Resources Recycling and Recovery**

**Jared Blumenfeld**
*Secretary for
Environmental Protection*

**Scott Smithline**
*CalRecycle Director*

October 7, 2019

Below are the current estimates of CalRecycle's expenditures to date for the Camp Fire Debris Clean-up.

Budget projection for debris removal completed by October 10th, 2019 **($1,299,575,920.23)**.

Budget projection after erosion control is completed (estimated February 29), which will include monitoring / sampling costs.**($1,325,547,412.95)**.

Budget projection after closeout (including administrative costs for Tetra Tech) by the end of June 30, 2020, based on expenditures to date and taking into account remaining parcels and work, we anticipate final debris costs to be appx **($1,326,347,412.95)**.