XAVIER BECERRA
Attorney General of California
BRIAN D. WESLEY, SBN 219018
Supervising Deputy Attorney General
MATTHEW C. HEYN, SBN 227474
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 296-6000
Fax: (916) 731-2144
Brian.Wesley@doj.ca.gov
Matthew.Heyn@doj.ca.gov

STEVEN H. FELDERSTEIN, SBN 059678
PAUL J. PASCUZZI, SBN 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Fax: (916) 329-7435
sfelderstein@ffwplaw.com
ppascuzzi@ffwplaw.com

*Attorneys for California Governor's Office of Emergency Services*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>   - and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>           Debtors.<br><br>☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☑   Affects both Debtors | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF GRADY JOSEPH IN SUPPORT OF CAL OES'S OPPOSITION TO OFFICIAL COMMITTEE OF TORT CLAIMANTS' OMNIBUS OBJECTION TO ITS CLAIMS**<br><br>Date:  February 26, 2020<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>          Courtroom 17, 16th Floor<br>          San Francisco, CA 94102 |

I, Grady Joseph, declare as follows:

 1. I am Assistant Director of Recovery Operations for the California Governor's Office of Emergency Services ("**Cal OES**"). If called to do so, I could and would competently

1. testify to the facts set forth below based on my personal knowledge.

2. In connection with the Butte Fire, the North Bay Fires and the Camp Fire (collectively, the "**Wildfires**"), Cal OES (i) coordinated mutual aid for fire suppression and for rescue and emergency medical services with in-state and out-of-state agencies, (ii) facilitated the employment of resources for fire suppression (including several of Cal OES's fire trucks and other fire equipment), and (iii) reimbursed agencies for the costs of fire suppression services. In addition, under the Emergency Management Assistance Compact, Cal OES called upon firefighters from other states, and even from other countries to help suppress the Wildfires. Cal OES also requested mutual aid from California agencies to assist in the provision of rescue and emergency services.

3. Following each of the Wildfires, each of the counties impacted by the Wildfires issued Resolutions Declaring the Existence of Local Health Emergencies under section 101080 of the Health and Safety Code. A sampling of the Resolutions Declaring the Existence of Local Health Emergencies are attached hereto as **Exhibits F-H.**

4. Part of Cal OES's mission is to collaborate and coordinate the California Mutual Aid System. In connection with the Wildfires, Cal OES collaborated and coordinated mutual aid, mission tasked other state departments to confine, prevent, or mitigate the release, escape, or burning of hazardous substances, and reimbursed other agencies' costs in to confining, preventing, or mitigating the release, escape, or burning of hazardous substances

5. To aid in the recovery from the Wildfires, Cal OES offered, and impacted counties accepted, a government-sponsored residential debris removal program. The Consolidated Debris Removal Program consisted of two phases: First, the Department of Toxic Substance Control conducted an initial inspection and removal of household hazardous waste. This hazardous waste included everything from propane canisters, to household chemicals, to unexploded ordinance. Then, Cal OES directed a second phase in which the remainder of fire-related hazardous debris and ash was removed. It appears that many houses that burned in the Wildfires contained toxins, such as lead and asbestos. These chemicals and toxic amounts of heavy metals such as antimony, arsenic, cadmium, copper, mercury, thallium, and zinc were in the ash from the Wildfires. The

toxic chemicals seeped into foundations of private properties and were present in the soil of affected areas.

6. Cal OES tasked Cal Recycle to remove debris and foundations. Cal Recycle scraped the soil and performed testing to make sure all hazardous substances were removed. Following the scraping of the soil, Cal OES took soil samples and, where necessary, directed Cal Recycle to remove additional soil.

7. Attached hereto as **Exhibit I** is a true and correct copy of a tolling agreement between Cal OES and Pacific Gas & Electric Company.

I declare under penalty of perjury that the forgoing is true and correct. Executed on February 12, 2020 at Mather, California.

_____
Grady Joseph