# EXHIBIT F

Case: 19-30088    Doc# 5747-1    Filed: 02/12/20    Entered: 02/12/20 14:32:42    Page 1 of 3

BOARD OF SUPERVISORS, COUNTY OF CALAVERAS
STATE OF CALIFORNIA
September 22, 2015

**Resolution**
**No. 20150922100**

**RESOLUTION PROCLAIMING EXISTENCE OF LOCAL HEALTH EMERGENCY**

WHEREAS, California Health & Safety Code (H&S) Section 101080 empowers the local Director of Environmental Health to declare a Health Emergency within the jurisdiction whenever a release, spill, escape, or entry of waste is hazardous or may become hazardous because of a combination or reaction with other substances or materials in a manner the Director determines to be an immediate hazardous to public health; and

WHEREAS, the Butte Fire has burned hundreds of structures within the jurisdiction, giving rise to an imminent hazard with respect to the burning, spilling, escaping, and releasing of hazardous materials contained therein; and

WHEREAS, H&S Section 101080 also empowers the County Health Officer to declare a Local Health Emergency within the jurisdiction whenever there is an imminent and proximate threat of the introduction of any contagious, infectious, or communicable disease, chemical agent, noncommunicable biologic agent, toxin, or radioactive agent; and

WHEREAS, the Butte Fire has forced the extended evacuation of residents from thousands of homes where, in combination with a loss of power to these homes, the spoilage of perishable food and medical items gives rise to an imminent and proximate threat of communicable and/or noncommunicable disease; and

WHEREAS, the Butte Fire is likely to have damaged, destroyed, and/or contaminated an unknown number of wells which supply drinking water at properties through which the fire has burned, giving rise to an imminent and proximate threat of disease and/or release of a chemical agent or toxin; and

WHEREAS, the Board of Supervisors does hereby find that the Butte Fire has caused conditions of extreme peril to the health, safety and welfare of persons and property within the County of Calaveras as described in H&S Section 101080 with respect to both environmental and physical health, thereby necessitating the Proclamation of the existence of a Local Health Emergency; and

WHEREAS, local resources are unable to cope with the effects of this health emergency; and

WHEREAS, H&S Section 101080 requires the Board of Supervisors to ratify a declaration of Local Health Emergency by a Director of Environmental Health or Local Health Officer within seven days of its issuance and must thereafter be reviewed every fourteen days until its termination;

NOW, THEREFORE, IT IS HEREBY PROCLAIMED, that a Local Health Emergency now exists in Calveras County.

IT IS FURTHER ORDERED that, Supervisor Cliff Edson, Director of Emergency Services, and/or Shirley Ryan, County Administrative Officer, are hereby designated as the authorized representatives of the County of Calaveras for the purpose of receipt, processing, and

coordination of all inquiries and requirements necessary to obtain available State and Federal assistance with respect to this emergency condition.

ON A MOTION by Supervisor Kearney seconded by Supervisor Wright, the foregoing resolution was duly passed and adopted by the Board of Supervisors of the County of Calaveras, State of California this 22nd day of September, 2015, by the following vote:

| | |
|---|---|
| **AYES:** | Edson, Wright, Ponte, Kearney |
| **ABSENT:** | Oliveira |

Cliff Edson / Chair          9/22/2015

**ATTEST**

Karen Osborn          9/22/2015