# EXHIBIT G



| | **Butte County Board of Supervisors**<br>**Agenda Transmittal** | **Clerk of the Board Use Only**<br>Agenda Item:<br>3.02 |
|---|---|---|

**Subject:** Ratification of Declaration of Health Emergency Due to the Camp Fire

**Department:** County Administration  **Meeting Date Requested:** November 13, 2018

**Contact:** Sang Kim  **Phone:** 530.552.3313  **Regular Agenda** ☐  **Consent Agenda** ☒

**Department Summary:** *(Information provided in this section will be included on the agenda. Attach explanatory memorandum and other background as necessary).*

Dr. Andrew Miller, Butte County Health Officer, declared a health emergency in Butte County on November 9, 2018 due to the Camp Fire. The wildfire has created debris containing hazardous material and probable radioactive material in the ash of the burned structures, which has caused a health emergency and poses a substantial present and potential hazard to human health and safety and to the environment.

This declaration is in effect for seven days unless ratified by the Board of Supervisors and must be reviewed every 14 days by the Board, or longer as approved by the Governor, to remain in effect.

**Fiscal Impact:**

Does not apply.

**Personnel Impact:**

Does not apply.

**Action Requested:**

Ratify the health emergency declared by the Butte County Health Officer.

**Administrative Office Review:**  Sang Kim, Deputy Chief Administrative Officer

Revised: March 2018                                                W:\Agenda Items Form Template & Resources
                                                                                                                        page 2

# Declaration of Health Emergency Butte County Pursuant to California Health and Safety Code Section 101080

As the local health officer for the County of Butte, I hereby declare as follows:

**WHEREAS**, November 8, 2018 wild fire called Camp began in and around the County of Butte; and

**WHEREAS,** the Camp fire has burned more than 70 thousand acres of land, destroying multiple structures in Butte County, including a hospital, multiple medical facilities and homes, and caused the evacuation of residents and damage to roads and other critical infrastructure; and

**WHEREAS,** November 8, 2018, Butte County Chief Administrative Officer Shari McCracken declared a local Emergency in Butte County; and

**WHEREAS,** on November 8, 2018, Acting Governor Gavin Newsom. issued an emergency proclamation for Butte County due to the effects of the Camp Fire; and

**WHEREAS,** the Camp Fire has destroyed an estimated 2,000 structures, and as a result created an enormous amount of debris; and

**WHEREAS,** the debris resulting from the Camp Fire contains hazardous material and probable radioactive material in the ash of the burned structures, which has created a health emergency and poses a substantial present and potential hazard to human health and safety and to the environment unless it is addressed and managed; and

**WHEREAS**, there is an imminent and proximate threat of infectious or communicable disease and/or noncommunicable biologic agent due to animal carcasses, radioactive waste, accumulations of perishable foods and other organic materials that normally require refrigeration but have been left to spoil due to lack of electricity, and also due to potential contamination or destruction of residential and commercial water supply in the burned areas; and

**WHEREAS,** the approaching rainy season threatens to spread the hazardous material in the ash of the burned structures and could thereby pollute and contaminate the drinking water supply of the affected areas of Butte County; and

**WHEREAS,** under the provisions of section 101080 of the California Health and Safety Code, I find that a local health emergency exists in Butte County due to the debris resulting from the Camp Fire, that contains hazardous material in the ash of the burned structures, and poses a substantial present and potential hazard to human health and safety and to the environment, unless it is addressed and managed; and

NOW THEREFORE I HEREBY DECLARE AND ORDER that a health emergency exists in Butte County due to the debris resulting from the Camp Fire that contains hazardous material in the ash of the burned structures.

IT IS FURTHER DECLARED AND ORDERED that, during the existence of said health emergency, the powers functions and duties of the local health officer shall be those prescribed by state law including without limitation the provisions of sections 101075 through 101095 of the California Health and Safety Code and by other statutes as applicable.

THIS DECLARATION OF HEALTH EMERGENCY shall continue in effect for only (7) days, unless ratified by action of the Butte County Board of Supervisors. If ratified, this declaration of emergency shall continue until the Butte County Board of Supervisors proclaims the termination of the local health emergency, pursuant to their regular review every fourteen (14) days under Health and Safety Code section 101080.

NOW, THEREFORE, I, Andrew Miller, M.D., local health officer for the County of Butte, in accordance with the authority vested in me by laws, including the California Emergency Services Act, and in particular, section 101080 of the California Health and Safety Code,

HEREBY DECLARE A HEALTH EMERGENCY to exist in Butte County, California due to the debris resulting from the Camp Fires that contain hazardous material in the ash of the burned structures.

IN WITNESS WHEREOF I have hereunto set my hands this 9th day of November 2018.

_____

Andrew Miller, MD
Butte County Health Officer