# EXHIBIT H

## JOINT PROCLAMATION OF A LOCAL HEALTH EMERGENCY BY COUNTY OF SONOMA ENVIRONMENTAL HEALTH & SAFETY OFFICER AND COUNTY OF SONOMA HEALTH OFFICER

In the Matter of )
Proclaiming the Existence of )
"A Local Health Emergency" )

**WHEREAS,** California Government Code section 8630 and Section 10.5, Chapter 10 of the Sonoma County Code, empower the County Administrator to proclaim the existence of a local emergency when the County is affected or likely to be affected by a public calamity, subject to ratification by the Board of Supervisors at the earliest practicable time; and

**WHEREAS,** conditions of extreme peril to the safety of persons and property arose within the County caused by threat of the existence of multiple fires, referred to as the Sonoma Complex Fire, commencing on or about midnight on the 9th day of October, 2017, at which time the Board of Supervisors of the County of Sonoma was not in session; and

**WHEREAS,** the County Administrator of the County of Sonoma did proclaim the existence of a local emergency within the Sonoma County Operational Area on the 9th day of October, 2017, and then made another proclamation with a request that the Governor of the State of California make available California Disaster Act Assistance and seek all available forms of disaster assistance and relief programs, including a request for a Presidential Declaration of a Major Disaster; and

**WHEREAS,** on October 10, 2011, the Board of Supervisors adopted Resolution No. 17-0389 ratifying the County Administrator's proclamation of the existence of a local emergency with the Sonoma County Operation Area and requested that the Governor of the State of California make available California Disaster Act Assistance and seek all available forms of disaster assistance and relief programs, including a request for a Presidential Declaration of a Major Disaster; and

**WHEREAS,** the scope of disaster caused by the fast-moving and widespread scope of the destruction of the fire, including loss of many homes and evacuation of thousands of people, has caused the Governor of the State of California to proclaim a State of Emergency on October 9, 2017, and declare eligibility for Fire Management Assistance Grant and other relief programs; and

**WHEREAS,** on October 10, 2017, President Donald J. Trump declared the existence of a major disaster in the State of California and ordered Federal aid to supplement State and local recovery efforts in the areas affected by wildfires, including the Sonoma Complex Fire, beginning on October 8, 2017, and continuing; and

**WHEREAS,** Health and Safety Code section 101075 confers upon the local Health Officer or the local Director of Environmental Health of political subdivisions of the state emergency powers necessary to protect public health and safety; and

**WHEREAS,** pursuant to Health and Safety Code section 101080, the Health Officer and the Director of Environmental Health and Safety for the County of Sonoma are authorized to proclaim the existence of a local health emergency when this County or any area of the county is affected or likely to be affected such a public health threat while the Board of Supervisors is not in

session, subject to ratification by the Board of Supervisors within seven days, and subject to reaffirmation every 14 days thereafter until such local health emergency is terminated; and

**WHEREAS,** the Health Officer and the Director of Environmental Health and Safety for the County of Sonoma hereby find that:

(a) The Sonoma Fire Complex has created certain hazardous waste conditions in the County in the form of contaminated debris from household hazardous waste/materials and structural debris resulting from the destruction of thousands of structures; and

(b) The hazardous waste debris poses a substantial present or potential hazard to human health and the environment unless immediately addressed and managed; and

(c) There is an imminent and proximate threat of infectious or communicable disease and/or non-communicable biologic agents due to accumulations of perishable foods and other organic materials that normally require refrigeration but have been left to spoil due to lack of electricity and also due to potential contamination or destruction of residential and commercial water supply in the burned areas; and

(d) The Board of Supervisors of the County of Sonoma is not in session and cannot immediately be called into session; and

(e) These threats to public health necessitate the proclamation of the existence of a local health emergency.

**NOW, THEREFORE, IT IS PROCLAIMED** that a local health emergency now exists in the burned areas of the County, including those areas within the incorporated limits of several of the County's cities, due to hazardous waste in the form of contaminated debris from hazardous waste/materials and structural debris from the ongoing Sonoma Fire Complex and due to contamination of residential food and water supply; and

**IT IS FURTHER PROCLAIMED AND ORDERED** that during the existence of the local emergency the powers, functions, and duties of the County Health Officer and the Director of Environmental Health and Safety shall be those prescribed by State law, including the provisions of Sections 101040 and 101085 of the Health and Safety Code, and by ordinances, resolutions, and approved plans of the County of Sonoma in order to mitigate the effects of the local emergency.

THIS ORDER MAY BE SIGNED IN COUNTERPARTS.

**SIGNED AND SUBSCRIBED at** _____ a.m. this 12th day of October, 2017.

Karen Milman, MD
Sonoma County Health Officer

Christine Sosko
Sonoma County Environmental Health & Safety Director

# OFFICE OF THE COUNTY ADMINISTRATOR



**COUNTY OF SONOMA**

575 ADMINISTRATION DRIVE – ROOM 104A
SANTA ROSA, CALIFORNIA 95403-2888
TELEPHONE (707) 565-2431
FAX (707) 565-3778

SHERYL BRATTON
COUNTY ADMINISTRATOR

CHRISTINA RIVERA
ASSISTANT COUNTY ADMINISTRATOR

PETER RUMBLE
DEPUTY COUNTY ADMINISTRATOR

REBECCA WACHSBERG
DEPUTY COUNTY ADMINISTRATOR

October 12, 2017

Mark Ghilarducci, Director
California Office of Emergency Services
3650 Schriever Avenue
Mather, California 95655-4203

Dear Mr. Ghilarducci:

On Thursday, October 12, 2017, the Sonoma County Health Officer and the Sonoma County Director of Environmental Health and Safety jointly declared a local health emergency due to the potential health threats posed by the existence of multiple wildfires burning throughout the County (referred to hereafter as the "Sonoma Complex Fire"). A copy of the proclamation declaring the local health emergency is attached to this letter. The County lacks adequate resources to respond to the health threat posed by the Sonoma Fire Complex and requests that the State of California provide direct assistance to remove hazardous wastes and debris from property sites within the Sonoma Fire Complex burn areas that are toxic, flammable, corrosive, or reactive because of the imminent threat such waste poses to public health and safety.

Please accept this letter as Sonoma County's formal request for direct assistance form the State of California to remove hazardous wastes and debris from the property sites within the Sonoma Complex Fire areas.

Sincerely,

Sheryl Bratton
County Administrator

cc: Sean Smith, Cal OES
Caroline Judy, Director of General Services
Christine Sosko, Director of Environmental Health & Safety