RICHARD A. MARSHACK, SBN 107291
rmarshack@marshackhays.com
DAVID A. WOOD, SBN 272406
dwood@marshackhays.com
LAILA MASUD, SBN 311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt, Irvine, CA 92620
Tel: 949-333-7777

Gerald Singleton (SBN 208783)
gerald@slffirm.com
Terry Singleton (SBN 58316)
terry@terrysingleton.com
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel. (619) 771-3473

Attorneys for SLF Fire Victim Claimants

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and<br>PACIFIC GAS AND ELECTRIC<br>COMPANY,<br><br>            Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>*All papers shall be filed in the Lead Case,<br>No. 19-30088 (DM) | Bankruptcy Case<br>No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**JOINDER TO OMNIBUS OBJECTIONS OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS (SUBSTANTIVE) TO CLAIMS FILED BY THE DEPARTMENT OF HOMELAND SECURITY/FEDERAL EMERGENCY MANAGEMENT AGENCY (CLAIMS NOS. 59692, 59734 & 59783) AND TO CLAIMS FILED BY CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES (CLAIM NOS. 87748, 87754, & 87755)**<br><br>Date:    February 26, 2020<br>Time:   10:00 a.m. (Pacific Time)<br>Place:   United States Bankruptcy Court<br>           Courtroom 17, 16th Floor<br>           San Francisco, CA 94102<br><br>Re: Docket Nos. 4943, 5096, 5319, 5320 |

TO THE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD

The Singleton Law Firm, APC ("**SLF**"), Marshack Hays, LLP, and their co-counsel represent approximately 7,000 victims of the 2015 Butte Fire, the 2017 North Bay Fires, and the 2018 Camp Fire ("**SLF Fire Victim Claimants**").

Individual Butte Fire, North Bay Fires and Camp Fire Victim Claimants (the "**Fire Victims**"), in the above-captioned chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") hereby support and join the following objections filed by the Official Committee of Tort Claimants (the "**TCC**"): (i) *Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claim Nos. 59692, 59734 & 59783)* [Dkt. No. 4943] (the "**TCC FEMA Objection**"); (ii) *Supplement To Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claim Nos. 59692, 59734 & 59783)* [Dkt. No. 5319] (the "**TCC Supplemental FEMA Objection**") (iii) *Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by California Governor's Office of Emergency Services (Claim Nos. 87748, 87754, & 87755)* [Dkt. No. 5096] (the "**TCC Cal OES Objection**"); and (iv) *Supplement to Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by California Governor's Office of Emergency Services (Claim Nos. 87748, 87754, & 87755)* [Dkt. No. 5320] (the "**TCC Supplemental Cal OES Objection**," and together with the TCC FEMA Objection, the TCC Supplemental FEMA Objection, and the TCC Cal OES Objection, the "**Objections**"). The SLF Fire Victim Claimants also hereby support and join in the additional arguments stated in the Joinder of Fire Claimants in the TCC's Objections to Claims by FEMA and Cal OES filed by Thomas Tosdal, Esq., on behalf of his clients.

## JOINDER

Pursuant to Section 502(b)(1) of the Bankruptcy Code, a claim is not allowed if the claim "is unenforceable against the debtor . . . under any . . . applicable law." 11 U.S.C. § 502(b)(1). The Fire Victims support and join in all arguments asserted in the Objections.

The SLF Fire Victim Claimants reserve all rights to be heard before the Court in connection with the Objections (and any joinders thereto), to amend, supplement, or otherwise modify this Joinder prior to or during the preliminary hearing on the Objections, and to assert such other and further objections prior to the final adjudication of the matter.

For the reasons set forth in the Objections, the SLF Fire Victim Claimants respectfully request that the Court enter an order disallowing and expunging the FEMA Claims and the Cal OES Claims identified in the Objections.

Dated: February 12, 2020

Respectfully submitted,

SINGLETON LAW FIRM, APC

By: /s/ Gerald Singleton
Gerald Singleton, Esq.

MARSHACK HAYS, LLP
Richard A. Marshack, Esq.
David A. Wood, Esq.
Laila Masud, Esq.

Attorneys for SLF Fire Victim Claimants