RICHARD A. MARSHACK, SBN 107291
rmarshack@marshackhays.com
DAVID A. WOOD, SBN 272406
dwood@marshackhays.com
LAILA MASUD, SBN 311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt, Irvine, CA 92620
Tel: 949-333-7777

Gerald Singleton, SBN 208783
Terry Singleton, SBN 58316
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel: (619) 771-3473
Fax: (619) 255-1515
Email: gerald@slffirm.com
terry@terrysingleton.com

Attorneys for SLF Fire Victim Claimants

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case–Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |
| Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-3008 (DM) | Date: February 26, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

I am employed in San Diego County. I am over the age of 18 and not a party to this action. My business address is 450 A Street, 5th Floor, San Diego, CA 92101.

On February 12, 2020, I served the foregoing document(s), described as:

1. **JOINDER TO OMNIBUS OBJECTIONS OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS (SUBSTANTIVE) TO CLAIMS FILED BY THE DEPARTMENT OF HOMELAND SECURITY/FEDERAL EMERGENCY MANAGEMENT AGENCY (CLAIMS NOS. 59692, 59734 & 59783) AND TO CLAIMS FILED BY CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES (CLAIM NOS. 87748, 87754, & 87755)**

☒ by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

☒ **ECF SYSTEM** On February 12, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

- Annadel A. Almendras annadel.almendras@doj.ca.gov
- Monique D. Almy malmy@crowell.com
- Dana M. Andreoli dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini rlalawyer@yahoo.com, hallonaegis@gmail.com
- Lauren T. Attard lattard@bakerlaw.com, abalian@bakerlaw.com
- Herb Baer hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett keb@svlg.com, amt@svlg.com
- Ronald S. Beacher rbeacher@pryorcashman.com
- Hagop T. Bedoyan hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- James C. Behrens jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti pbenvenutti@kellerbenvenutti.com
- Robert Berens rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder heinz@bindermalter.com
- Neil Jon Bloomfield njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- Erin N. Brady enbrady@jonesday.com
- W. Steven Bryant , molly.batiste-debose@lockelord.com
- Peter C. Califano pcalifano@cwclaw.com
- Steven M. Campora scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta leah.capritta@hklaw.com, lori.labash@hklaw.com
- Katherine Rose Catanese kcatanese@foley.com
- Christina Lin Chen christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Shawn M. Christianson schristianson@buchalter.com
- Robert N.H. Christmas rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough aclough@loeb.com
- John B. Coffman john@johncoffman.net
- Kevin G. Collins kevin.collins@btlaw.com
- Manuel Corrales mannycorrales@yahoo.com, hcskanchy@hotmail.com

- Donald H. Cram dhc@severson.com
- Ashley Vinson Crawford avcrawford@akingump.com, tsouthwell@akingump.com
- John Cumming jcumming@dir.ca.gov
- J. Russell Cunningham rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham , rkelley@pierceatwood.com
- Keith J. Cunningham kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Jonathan S. Dabbieri dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- Nicolas De Lancie ndelancie@jmbm.com
- Judith A. Descalso jad@jdescalso.com, jad_9193@ecf.courtdrive.com
- Shounak S. Dharap ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- John P. Dillman houston_bankruptcy@publicans.com
- Jonathan R. Doolittle jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran jdoran@hinckleyallen.com
- Jamie P. Dreher jdreher@downeybrand.com
- Cecily A. Dumas cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com
- Dennis F. Dunne cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg JAE1900@yahoo.com
- Sally J. Elkington sally@elkshep.com, ecf@elkshep.com
- David Emerzian david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- G. Larry Engel larry@engeladvice.com
- Krista M. Enns kenns@beneschlaw.com
- Michael P. Esser michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin metkin@lowenstein.com
- Jacob M. Faircloth jacob.faircloth@smolsonlaw.com
- Joseph Kyle Feist jfeistesq@gmail.com, info@norcallawgroup.net
- Matthew A. Feldman mfeldman@willkie.com
- Mark E. Felger mfelger@cozen.com
- James J. Ficenec James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone sfinestone@fhlawllp.com
- Daniel I. Forman dforman@willkie.com
- Jonathan Forstot jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot , john.murphy@troutman.com
- Matthew Hampton Foushee hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick cfrederick@prklaw.com
- Peter Friedman pfriedman@omm.com
- Roger F. Friedman rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu jackie.fu@lockelord.com, taylor.warren@lockelord.com

- Larry W. Gabriel lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi gregg.galardi@ropesgray.com
- Richard L. Gallagher richard.gallagher@ropesgray.com
- Oscar Garza ogarza@gibsondunn.com
- Duane M. Geck dmg@severson.com
- Evelina Gentry evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz jgertz@btlaw.com, amattingly@btlaw.com
- Barry S. Glaser bglaser@swesq.com
- Paul R. Glassman glassmanp@gtlaw.com
- Gabriel I. Glazer gglazer@pszjlaw.com
- Gabrielle Glemann gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Matthew A. Gold courts@argopartners.net
- Eric D. Goldberg eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Amy L. Goldman goldman@lbbslaw.com
- Eric S. Goldstein egoldstein@goodwin.com
- Richard H. Golubow rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman egoodman@bakerlaw.com
- Mark A. Gorton mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- Louis Gottlieb Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Stuart G. Gross sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Elizabeth M. Guffy eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden cameron.m.gulden@usdoj.gov
- Oren Buchanan Haker oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen dmohamed@stroock.com, mmagzamen@stroock.com
- Robert G. Harris rob@bindermalter.com
- Christopher H. Hart chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Christopher V. Hawkins hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- Jan M Hayden jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes jhayes@fhlawllp.com
- Alaina R. Heine alaina.heine@dechert.com, brett.stone@dechert.com
- Stephen E. Hessler, P.C. , jozette.chong@kirkland.com
- Sean T. Higgins aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- Terry L. Higham t.higham@bkolaw.com, achavez@bkolaw.com
- James P. Hill hill@sullivanhill.com, bkstaff@sullivanhill.com
- Michael R. Hogue hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman david.holtzman@hklaw.com
- Alexandra S. Horwitz allie.horwitz@dinsmore.com
- Marsha Houston mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang shane.huang@usdoj.gov
- Brian D. Huben hubenb@ballardspahr.com
- Jonathan Hughes , jane.rustice@aporter.com

- Michael A. Isaacs Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola mvi@sbj-law.com
- J. Eric Ivester Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester , Andrea.Bates@skadden.com
- Ivan C. Jen ivan@icjenlaw.com
- Monique Jewett-Brewster mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston jjohnston@jonesday.com
- Chris Johnstone chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Gregory K. Jones GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian rjulian@bakerlaw.com
- George H. Kalikman gkalikman@schnader.com, sdavenport@schnader.com
- Roberto J. Kampfner rkampfner@whitecase.com, mco@whitecase.com
- Gary M. Kaplan gkaplan@fbm.com, calendar@fbm.com
- Robert B. Kaplan rbk@jmbm.com
- Eve H. Karasik ehk@lnbyb.com
- William M. Kaufman wkaufman@smwb.com
- Jane G. Kearl jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy gerald.kennedy@procopio.com, laj@procopio.com
- Samuel A. Khalil skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder skidder@ktbslaw.com
- Marc Kieselstein , carrie.oppenheim@kirkland.com
- Jane Kim jkim@kellerbenvenutti.com
- Bradley C. Knapp , Yamille.Harrison@lockelord.com
- Thomas F. Koegel tkoegel@crowell.com
- Andy S. Kong kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg , akornberg@paulweiss.com
- Bernard Kornberg bjk@severson.com
- David I. Kornbluh dik@millermorton.com, mhr@millermorton.com
- Jeffrey C. Krause jkrause@gibsondunn.com, psantos@gibsondunn.com
- Thomas R. Kreller tkreller@milbank.com, dmuhrez@milbank.com
- Lindsey E. Kress lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Boris Kukso boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Timothy S. Laffredi timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping rich@trodellalapping.com
- Omeed Latifi olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- Michael Lauter mlauter@sheppardmullin.com
- Ori Katz okatz@sheppardmullin.com
- Amy Caton acaton@kramerlevin.com
- Megan Wassan mwasson@kramerlevin.com
- Shadi Farzan sfarzan@sheppardmullon.com
- Francis J. Lawall lawallf@pepperlaw.com, henrys@pepperlaw.com
- Scott Lee scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Edward J. Leen eleen@mkbllp.com
- Matthew A. Lesnick matt@lesnickprince.com, jmack@lesnickprince.com

- Bryn G. Letsch bletsch@braytonlaw.com
- David B. Levant david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin alevin@wcghlaw.com, vcorbin@wcghlaw.com
- Marc A. Levinson Malevinson@orrick.com, BOrozco@orrick.com
- Alexander James Demitro Lewicki kdiemer@diemerwei.com, alewicki@diemerwei.com
- William S. Lisa , jcaruso@nixonpeabody.com
- William S. Lisa wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb jon.loeb@bingham.com
- John William Lucas jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano jane-luciano@comcast.net
- Kerri Lyman klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Michael W. Malter michael@bindermalter.com
- Craig Margulies cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr gemarr59@hotmail.com
- David P. Matthews jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy patrick.maxcy@snrdenton.com
- Benjamin P. McCallen bmccallen@willkie.com
- Hugh M. McDonald hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald , john.murphy@troutman.com
- C. Luckey McDowell luckey.mcdowell@bakerbotts.com
- Scott H. McNutt SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo peter@pmrklaw.com
- Frank A. Merola lacalendar@stroock.com, mmagzamen@stroock.com
- Joshua M. Mester jmester@jonesday.com
- Matthew D. Metzger belvederelegalecf@gmail.com
- Randy Michelson randy.michelson@michelsonlawgroup.com
- Joseph G. Minias jminias@willkie.com
- M. David Minnick dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe john.moe@dentons.com, glenda.spratt@dentons.com
- Kevin Montee kmontee@monteeassociates.com
- David W. Moon lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito emorabito@foley.com, hsiagiandraughn@foley.com
- Courtney L. Morgan morgan.courtney@pbgc.gov
- Joshua D. Morse Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias anahmias@mbnlawyers.com

- David L. Neale dln@lnbrb.com
- David L. Neale dln@lnbyb.com
- David Neier dneier@winston.com
- Brittany J. Nelson bnelson@foley.com, hsiagiandraughn@foley.com
- Howard S. Nevins hnevins@hsmlaw.com, lsamosa@hsmlaw.com
- Melissa T. Ngo ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas mario.nicholas@stoel.com, cherie.clark@stoel.com
- Gregory C. Nuti gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson matt@macfern.com, ecf@macfern.com
- Steven M. Olson smo@smolsonlaw.com
- Aram Ordubegian Ordubegian.Aram@ArentFox.com
- Gabriel Ozel Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Margarita Padilla Margarita.Padilla@doj.ca.gov
- Amy S. Park amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson donna@parkinsonphinney.com
- Peter S. Partee , candonian@huntonak.com
- Paul J. Pascuzzi ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Kenneth Pasquale , mlaskowski@stroock.com
- Charles Scott Penner penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo vbantnerpeo@buchalter.com
- Danielle A. Pham danielle.pham@usdoj.gov
- Thomas R. Phinney tom@parkinsonphinney.com
- R. Alexander Pilmer alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino epino@epinolaw.com, staff@epinolaw.com
- Gregory Plaskett GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin mplevin@crowell.com
- Mark D. Poniatowski ponlaw@ponlaw.com
- William L. Porter bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince cprince@lesnickprince.com
- Douglas B. Provencher dbp@provlaw.com
- Amy C. Quartarolo amy.quartarolo@lw.com
- Lary Alan Rappaport lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready smeyer@farmerandready.com
- Caroline A. Reckler caroline.reckler@lw.com
- Steven J. Reisman sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner jreisner@irell.com
- Jack A. Reitman , srichmond@lgbfirm.com
- Emily P. Rich erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Daniel Robertson robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com

- Michael Rogers mrogers@lambertrogers.com, jan@lambertrogers.com
- Jorian L. Rose jrose@bakerlaw.com
- Allan Robert Rosin arrosin@alr-law.com
- Jay M. Ross jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau grougeau@brlawsf.com
- Nathan Q. Rugg nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp trupp@kellerbenvenutti.com
- Eric E. Sagerman esagerman@bakerlaw.com, pgedocket@bakerlaw.com
- Jonathan C. Sanders jsanders@stblaw.com, lsoboleva@stblaw.com
- Nanette D. Sanders nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio sas@hogefenton.com
- Daren M Schlecter daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider bradley.schneider@mto.com
- Lisa Schweitzer lschweitzer@cgsh.com
- David B. Shemano dshemano@pwkllp.com
- James A. Shepherd jim@elkshep.com, ecf@elkshep.com
- Leonard M. Shulman lshulman@shbllp.com
- Andrew I. Silfen andrew.silfen@arentfox.com
- Wayne A. Silver w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon csimon@bergerkahn.com, aketcher@bergerkahn.com
- Michael K. Slattery mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref rsoref@polsinelli.com
- Bennett L. Spiegel blspiegel@jonesday.com
- Michael St. James ecf@stjames-law.com
- Howard J. Steinberg steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern dstern@ktbslaw.com
- Rebecca Suarez rsuarez@crowell.com
- Brad T. Summers summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan ktakvoryan@ckrlaw.com
- Kesha Tanabe kesha@tanabelaw.com
- Elizabeth Lee Thompson ethompson@stites.com, docketclerk@stites.com
- John C. Thornton jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick etredinnick@grmslaw.com
- Matthew Jordan Troy matthew.troy@usdoj.gov
- Andrew Van Ornum avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser shmuel.vasser@dechert.com, brett.stone@dechert.com

- Victor A. Vilaplana vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta marta.villacorta@usdoj.gov
- John A. Vos InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Riley C. Walter ecf@W2LG.com
- Phillip K. Wang phillip.wang@rimonlaw.com
- Philip S. Warden philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Lindsi M. Weber lweber@polsinelli.com, yderac@polsinelli.com
- Genevieve G. Weiner gweiner@gibsondunn.com
- Joseph M. Welch jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Drew M. Widders dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Eric R. Wilson kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans rwitthans@fhlawllp.com, rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe dwolfe@asmcapital.com
- Catherine E. Woltering cwoltering@bakerlaw.com
- Andrea Wong wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong christopher.wong@arentfox.com
- Kirsten A. Worley kw@wlawcorp.com, admin@wlawcorp.com
- Andrew Yaphe andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com
- Tacie H. Yoon tyoon@crowell.com
- Bennett G. Young byoung@jmbm.com, jb8@jmbm.com
- Brittany Zummer bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi deg@coreylaw.com, lf@coreylaw.com
- Stacey C. Quan squan@steyerlaw. Com
- Laurie R. Hager lhager@sussmanshank.com
- Darwin E. Farrar darwin.farrar@cpuc.ca.gov, EDF@cpuc.ca.gov
- Alisa C. Lacey alisa.lacey@stinson.com
- Robert T. Kugler robert.kugler@stinson.com
- Thomas J. Salerno thomas.salerno@stinson.com
- Anthony P. Cali anthony.cali@stinson.com
- Jonathan D. Marshall jmarshall@choate.com
- Liam K.Malone malone@oles.com

☒ **UNITED STATES MAIL, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

/ / /

/ / /

/ / /

Debtors
c/o PG&E Corporation and
Pacific Gas and Electric Company
Attn: Janet Loduca, Esq.
PO Box 770000
77 Beale Street,
San Francisco, CA 94105

Weil, Gotshal & Manges LLP
Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.
767 Fifth Avenue
New York, New York 10153

Keller & Benvenutti LLP
Attn: Tobias Keller, Esq. and Jane Kim, Esq.
650 California Street, Suite 1900
San Francisco, CA 94108
***Served via CM/ECF Only***

Stroock & Stroock & Lavan LLP
Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., & Matthew G. Garofalo, Esq.
180 Maiden Lane
New York, NY 10038-4982

Stroock & Stroock & Lavan LLP
Attn: Frank A. Merola, Esq
2029 Century Park East
Los Angeles, CA 90067-3086
***Served via CM/ECF Only***

Davis Polk & Wardwell LLP
Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.
450 Lexington Avenue
New York, NY 10017

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq.
1285 Avenue of the Americas
New York, NY 10019-6064

Office of the United States Trustee for Region 17
Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq.
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

U.S. Nuclear Regulatory Commission
Attn: General Counsel
Washington, DC 20555-0001

U.S. Department of Justice
Attn: Danielle A. Pham, Esq.
1100 L Street, NW, Room 7106,
Washington DC 20005
***Served via CM/ECF Only***

Milbank LLP
Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq.
55 Hudson Yards
New York, NY 10001-2163
***Served via CM/ECF Only***

Milbank LLP
Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq.
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

Baker & Hostetler LLP
Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq.
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
***Pro Hac Vice***
***Served via CM/ECF Only***

STEPHEN MOELLER-SALLY
MATTHEW L. McGINNIS
ROPES & GRAY LLP
800 Boylston Street
Boston, MA 02199-3600
***Request for Special Notice***

GREGG M. GALARDI
KEITH H. WOFFORD/DANIEL G. EGAN
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
***Request for Special Notice***

Leonard P. Goldberger, Esq.
STEVENS & LEE, P.C.
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
***Request for Special Notice***

Constantine D. Pourakis, Esq.
STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
***Request for Special Notice***

Central Valley Associate, L.P.
c/o Ronald K. Brown Jr.
Law Offices of Ronald K. Brown, Jr.
901 Dove Street, Suite 120
Newport Beach, CA 92660
***Request for Special Notice***

Peter Friedman
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
***Pro Hac Vice***

Matthew L. Hinker
Nancy A. Mitchell
Matthew L. Hinker
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036

TOGUT, SEGAL & SEGAL LLP
Albert Togut
Kyle J. Ortiz
Amy M. Oden
Amanda C. Glaubach
One Penn Plaza, Suite 3335
New York, NY 10119
***Pro Hac Vice***

SUSSMAN SHANK LLP
Laurie R. Hager
Howard M. Levine
1000 SW Broadway, Suite 1400
***Request for Special Notice CM/ECF Only***

Public Advocates Office California
Public Utilities Commission
Darwin E. Farrar (SBN 152735)
505 Van Ness Avenue San Francisco,
California 94102
***Request for Special Notice***

Stinson LLP
Alisa C. Lacey
Robert T. Kugler
Thomas J. Salerno
Anthony P. Cali
1850 N. Central Ave., #2100 Phoenix, AZ
85004
***Request for Special Notice***

CHOATE, HALL & STEWART LLP
Jonathan D. Marshall, Esq
Two International Place
Boston Massachusetts 02110
***Pro Hac Vice***

BAKER & HOSTETLER LLP
Lars H. Fuller, Esq.
1801 California Street, Suite 4400
Denver, CO 80202-2662
***Pro Hac Vice***

GROOM LAW GROUP
Katherine B. Cohn, Esq.
David N. Levine, Esq.
1701 Pennsylvania Ave. NW
Washington, D.C. 20006
***Pro Hac Vice***

MILBANK, LLP
Alan J. Stone, Esq.
55 Hudson Yards
New York, NY 10001-2163
***Pro Hac Vice***

Eric Seiler
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
***Pro Hac Vice***

Isaac M. Pachulski
Debra I. Grassgreen
Gabriel I. Glazer
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor San Francisco, CA 94111
***Pro Hac Vice***

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on February 12, 2020, at San Diego, California.

Bersabeh Reasoner
Bersabeh Reasoner

Case: 19-30088 Doc# 5752-1 Filed: 02/12/20 Entered: 02/12/20 15:22:54 Page 12 of 12