1 | BRENDAN M. KUNKLE, ESQ., SBN 173292
bkunkle@abbeylaw.com
2 | MICHAEL D. GREEN, ESQ., SBN 214142
mgreen@abbeylaw.com
3 | MITCHELL B. GREENBERG, ESQ., SBN 114878
mgreenberg@abbeylaw.com
4 | SCOTT R. MONTGOMERY, ESQ., SBN 278060
smontgomery@abbeylaw.com
5 | **ABBEY, WEITZENBERG, WARREN & EMERY, P.C.**
100 Stony Point Road, Suite 200
6 | Santa Rosa, CA 95402-1566
Telephone: 707-542-5050
7 | Facsimile: 707-542-2589

8 | Attorneys for North Bay Fires
and Camp Fire Victim Claimants

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                      **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**JOINDER TO OMNIBUS OBJECTIONS OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS (SUBSTANTIVE) TO CLAIMS FILED BY THE DEPARTMENT OF HOMELAND SECURITY/FEDERAL EMERGENCY MANAGEMENT AGENCY (CLAIMS NOS. 59692, 59734 & 59783) AND TO CLAIMS FILED BY CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES (CLAIM NOS. 87748, 87754, & 87755)**<br><br>Date:     February 26, 2020<br>Time:    10:00 a.m. (Pacific Time)<br>Place:    United States Bankruptcy Court<br>              Courtroom 17, 16th Floor<br>              San Francisco, CA 94102<br><br>Re: Docket Nos. 4943, 5096, 5319, 5320 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Individual Butte Fire, North Bay Fires and Camp Fire Victim Claimants (the "**Fire Victims**"), in the above-captioned chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") hereby support and join the following objections filed by the Official Committee of Tort Claimants (the "**TCC**"): (i) *Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claim Nos. 59692, 59734 & 59783)* [Dkt. No. 4943] (the "**TCC FEMA Objection**"); (ii) *Supplement To Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claim Nos. 59692, 59734 & 59783)* [Dkt. No. 5319] (the "**TCC Supplemental FEMA Objection**") (iii) *Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by California Governor's Office of Emergency Services (Claim Nos. 87748, 87754, & 87755)* [Dkt. No. 5096] (the "**TCC Cal OES Objection**"); and (iv) *Supplement to Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by California Governor's Office of Emergency Services (Claim Nos. 87748, 87754, & 87755)* [Dkt. No. 5320] (the "**TCC Supplemental Cal OES Objection**," and together with the TCC FEMA Objection, the TCC Supplemental FEMA Objection, and the TCC Cal OES Objection, the "**Objections**"). The Fire Victims also hereby support and join in the additional arguments stated in the Joinder of Fire Claimants in TCC's Objections to Claims by FEMA and Cal OES filed by Thomas Tosdal, Esq., on behalf of his clients.

## JOINDER

Pursuant to Section 502(b)(1) of the Bankruptcy Code, a claim is not allowed if the claim "is unenforceable against the debtor . . . under any . . . applicable law." 11 U.S.C. § 502(b)(1). The Fire Victims support and join in all arguments asserted in the Objections.

The Fire Victims reserve all rights to be heard before the Court in connection with the Objections (and any joinders thereto), to amend, supplement, or otherwise modify this Joinder prior to or during the preliminary hearing on the Objections, and to assert such other and further objections prior to the final adjudication of the matter.

For the reasons set forth in the Objections, the Fire Victims respectfully request that the Court enter an order disallowing and expunging the FEMA Claims and the Cal OES Claims identified in the Objections.

DATED: February 12, 2020    Respectfully submitted,

**ABBEY, WEITZENBERG, WARREN & EMERY, PC**

By:  <u>Mitchell B. Greenberg</u>
   Brendan M. Kunkle
   Michael D. Green
   Mitchell B. Greenberg
   Attorneys for Objectors Herein