| | |
|---|---|
| 1 | UNITED STATES DEPARTMENT OF JUSTICE |
| 2 | CIVIL DIVISION |
| | JOSEPH H. HUNT |
| 3 | Assistant Attorney General |
| | RUTH A. HARVEY |
| 4 | Director |
| | KIRK MANHARDT |
| 5 | Deputy Director |
| | MATTHEW J. TROY (GABN 717258) |
| 6 | MICHAEL QUINN (DCBN401376) |
| | Senior Trial Counsel |
| 7 | MICHAEL TYE (DCBN 488101) |
| | Trial Attorney |
| 8 | P.O. Box 875 |
| | Ben Franklin Station |
| 9 | Washington, DC 20044-0875 |
| | Telephone: (202) 305-2419 |
| 10 | E-mail: Michael.Tye@usdoj.gov |
| 11 | DAVID L. ANDERSON |
| | United States Attorney (CABN 149604) |
| 12 | |
| | Attorneys for the United States of America |
| 13 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**In re:**

**PG&E CORPORATION**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
■ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11
(Lead Case)
(Jointly Administered)

**DECLARATION OF MICHAEL TYE IN SUPPORT OF THE UNITED STATES' RESPONSE TO THE OMNIBUS OBJECTION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS (SUBSTANTIVE) TO NO LIABILITY CLAIMS FILED BY THE DEPARTMENT OF HOMELAND SECURITY/FEDERAL EMERGENCY MANAGEMENT AGENCY (CLAIMS NO. 59692, 59734 & 59783)**

Date: February 26, 2020
Time: 10:00 a.m. (Pacific Time)
Place: United States Bankruptcy Court
Courtroom 17, 16th Floor
San Francisco, CA 94102

I, Michael Tye, declare as follows,

1. I am a Trial Attorney for the United States Department of Justice in the Commercial Branch of the Civil Division, which is counsel to the Federal Emergency Management Agency, which has asserted proofs of claims in the above-captioned bankruptcy cases. If called to do so, I could and would competently testify to the facts set forth below based on my personal knowledge.

2. Attached hereto as Exhibit A are true and correct copies of the attachments to FEMA's proofs of claims filed in the above-entitled bankruptcy.

3. Attached as Exhibit B is a true and correct copy of a Cal FIRE News Release, *CAL FIRE Investigators Determine Cause of the Camp Fire*" (May 15, 2019).

4. Attached as Exhibit C is a true and correct copy of a Cal FIRE News Release, *CAL FIRE Investigators Determine Causes of 12 Wildfires in Mendocino, Humboldt, Butte, Sonoma, Lake, and Napa Counties*" (June 8, 2018).

5. Attached as Exhibit D is a true and correct copy of a Cal FIRE News Release, *CAL FIRE Investigators Determine Cause of Four Wildfires in Butte and Nevada Counties*" (May 25, 2018).

6. Attached as Exhibit E is a true and correct copy of a Cal FIRE News Release, *CAL FIRE Investigators Determine Cause of the Cascade Fire* (Oct. 8, 2018).

7. Attached as Exhibit F is a true and correct copy of a report from the California Public Utility Commission entitled *Study of Risk Assessment and PG&E's GRC*, May 6, 2013.

8. Attached as Exhibit G is a true and correct copy of 2014 Report from the California Public Utility Commission entitled Audit of PG&E's North Valley Division.

9. Attached as Exhibit H is a true and correct copy of a Wall Street Journal article, *PG&E's Long Record of Run-Ins With Regulators: A 'Cat and Mouse Game* (Sept. 5, 2019).

10. Attached as Exhibit I is a true and correct copy of a document entitled "Camp Fire Claimants' Brief re Estimation" filed in the above-entitled action.

11. Attached as Exhibit I is a true and correct copy of a document entitled Second Order to Show Cause Why PG&E's Conditions of Probation Should Not Be Modified, entered in *United*

*States v. PG&E,* No. CR 14-0175 WHA (Doc. 1027) (Mar. 5, 2019)

I declare under penalty of perjury that the forgoing is true and correct. Executed on February 12, 2020 at Washington, DC.

_____
MICHAEL TYE (DCBN 488101)
Trial Attorney

Attorneys for United States