**EXHIBIT A**

## COMPENSATION BY PROFESSIONAL FOR THE
## PERIOD FROM OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

| Name of Professional Person | Department, Date of First Admission *or* Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **Partners and Of Counsel** | | | | |
| Hill, Joshua | Dep't: Litigation<br>Admission: 2002 | $905.25 | 61.30 | $55,492.06 |
| Wong, Christine Y. | Dep't: Litigation<br>Admission: 2001 | $828.75 | 61.70 | $51,134.13 |
| **Associates and Attorneys** | | | | |
| Annobil, Yacoba Elsie | Dep't: Litigation<br>Admission: 2015 | $590.75 | 15.90 | $9,392.98 |
| Barr, Sarah Elizabeth | Dep't: Litigation<br>Admission: 2017 | $467.50 | 69.60 | $32,538.00 |
| Floyd, Amani Solange | Dep't: Litigation<br>Admission: 2014 | $590.75 | 61.70 | $36,449.40 |
| Kissner, Andrew | Dep't: Business Restructuring & Insolvency<br>Admission: 2017 | $531.25 | 5.30 | $2,815.65 |
| Neitzey, Christina Nicole | Dep't: Litigation<br>Admission: 2018 | $467.50 | 81.10 | $37,914.25 |
| Nicholson, Julie A. | Dep't: Litigation<br>Admission: 2012 | $680.00 | 125.60 | $85,408.00 |
| **Paralegals and Non-Legal Staff** | | | | |
| Guido, Laura | Dep't: Business Restructuring & Insolvency<br>Title: Senior Paralegal<br>Years in Position: 12 | $318.75 | 7.40 | $2,358.76 |
| Im, Amanda | Dep't: Litigation<br>Title: Paralegal<br>Years in Position: 2 | $310.25 | 10.90 | $3,381.76 |
| Middleman, Caitlin K. | Dep't: Litigation<br>Title: Senior Paralegal<br>Years in Position: 8.5 | $314.50 | 49.70 | $15,630.65 |
| **Total Incurred:** | | | 550.2 | $332,515.64 |
| **Less Client Accommodation for Non-Working Travel (50% of Fees Incurred):** | | | n/a | $(4,978.87) |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | | n/a | $(796.88) |
| **Total Requested:** | | | 550.2 | $326,739.89 |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

## Total Partners, Of Counsel, Associates and Paraprofessionals

| PROFESSIONALS | BLENDED RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $866.87 | 123 | $106,626.19 |
| Associates and Attorneys | $569.37 | 359.2 | $204,518.28 |
| **Total Incurred by All Attorneys:** | **$645.26** | **482.2** | **$311,144.47** |
| Less Client Accommodation for Non-Working Travel (50% of Fees Incurred): | n/a | n/a | $(4,978.87) |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | n/a | n/a | $(796.88) |
| **Blended Attorney Rate:** | **$633.28** | **482.2** | **$305,368.72** |
| Paraprofessionals and Non-Legal Staff | $314.28 | 68 | $21,371.17 |
| **Total Requested:** | **$593.85** | **550.2** | **$326,739.89** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105