# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED MORRISON & FOERSTER LLP FOR THE PERIOD FROM OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

| Project Category | Description | Hours | Amount |
|---|---|---|---|
| C100 | Fact Gathering | 79.90 | $42,654.37 |
| C200 | Researching Law | 2.10 | $1,240.15 |
| C312 | Client Counsel - State/Regulatory/Judicial | 90.70 | $62,127.08 |
| P100 | Project Administration | 17.90 | $5,644.43 |
| P210 | Corporate Review | 2.20 | $1,991.56 |
| P300 | Structure/Strategy/Analysis | 318.30 | $195,201.65 |
| P400 | Initial Document Preparation/Filing | 26.60 | $12,901.77 |
| Z016 | Non-Working Travel | 11.00 | $9,957.75 |
| Z032 | Time Entry Review | 1.50 | $796.88 |
| **Total Incurred:** | | 550.2 | $332,515.64 |
| **Less Client Accommodation for Non-Working Travel (50% of Fees Incurred):** | | n/a | $(4,978.87) |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | n/a | $(796.88) |
| **Total Requested:** | | 550.2 | $326,739.89 |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105