## EXHIBIT C

**EXPENSE SUMMARY FOR THE PERIOD
FROM OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| Expense Category | Total Expenses |
|---|---:|
| Color Copies | $5,612.60 |
| Outside Copying Services | $26.60 |
| Photocopies | $258.20 |
| Reporting Fees | $255.75 |
| Transportation | $42.72 |
| Travel | $60.26 |
| **Total** | **$6,256.13** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105