UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
JOSEPH H. HUNT
Assistant Attorney General
RUTH A. HARVEY
Director
KIRK MANHARDT
Deputy Director
MATTHEW J. TROY (GABN 717258)
MICHAEL QUINN (DCBN401376)
Senior Trial Counsel
MICHAEL TYE (DCBN 488101)
Trial Attorney
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875
Telephone: (202) 305-2419
E-mail: Michael.Tye@usdoj.gov

DAVID L. ANDERSON
United States Attorney (CABN 149604)

Attorneys for the United States of America

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| - and - | Chapter 11 (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| **Debtors.** | **Proof of Service** |
| | Date: February 26, 2020 |
| | Time: 10:00 a.m. (Pacific Time) |
| ☐ Affects PG&E Corporation | Place: United States Bankruptcy Court Courtroom 17, 16th Floor San Francisco, CA 94102 |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

1  I, Michael Tye, declare as follows,

2  1.  I am a Trial Attorney for the United States Department of Justice in the Commercial Branch

3      of the Civil Division, which is counsel to the Federal Emergency Management Agency,

4      which has asserted proofs of claims in the above-captioned bankruptcy cases.

5  2.  On February 12, 2020, I served the following documents:

6      • UNITED STATES' RESPONSE TO THE OMNIBUS OBJECTION OF THE

7        OFFICIAL  COMMITTEE OF TORT CLAIMANTS (SUBSTANTIVE) TO NO

8        LIABILITY CLAIMS FILED BY THE DEPARTMENT OF HOMELAND

9        SECURITY/FEDERAL EMERGENCY MANAGEMENT AGENCY (CLAIMS

10       59692, 59734 & 59783)

11     • DECLARATION OF MICHAEL S. TYE IN SUPPORT OF UNITED STATES'

12       RESPONSE TO THE OMNIBUS OBJECTION OF THE OFFICIAL  COMMITTEE

13       OF TORT CLAIMANTS (SUBSTANTIVE) TO NO LIABILITY CLAIMS FILED

14       BY THE DEPARTMENT OF HOMELAND SECURITY/FEDERAL EMERGENCY

15       MANAGEMENT AGENCY (CLAIMS 59692, 59734 & 59783)

16  By Electronic Service via CM/ECF.

17                                         /s/ Michael Tye_____
                                           MICHAEL TYE (DCBN 488101)
18                                         Trial Attorney

19                                         Attorney for United States

20

21

22

23

24

25

26

27

28