Steven M. Campora (SBN: 110909)
DREYER BABICH BUCCOLA WOOD CAMPORA, LLP
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599
Email: scampora@dbbwc.com

*Counsel for Pedro Arroyo, Karen Arroyo, Tara Kulkarni, William Rodda, Corey Manning, Emily Manning, Karen Lockhart, Andrew Coolidge, Alfreda Runge, Philippe Langner, Kitoko Vineyards, Patti Meyer, Wardah Dator, Patricia O'Keefe, Scott Patterson, Rebecca Christensen, Wayne Charvel, Susan Charvel, Priscilla Hanford, Rick Scott and Kimberly Scott*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br>               **Debtors.** <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br><br> **CERTIFICATE OF SERVICE** |

I, Natalie Wong, declare that:

I am a citizen of the United States and am over the age of eighteen years and not a party to the within above-entitled action. I am an employee of Dreyer Babich Buccola Wood Campora, LLP and my business address is 20 Bicentennial Circle, Sacramento, CA 95826.

On February 12, 2020, I served the within documents:

**JOINDER TO OMNIBUS OBJECTIONS OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS (SUBSTANTIVE) TO CLAIMS FILED BY THE DEPARTMENT OF HOMELAND SECURITY/FEDERAL EMERGENCY MANAGEMENT AGENCY (CLAIMS NOS. 59692, 59734 & 59783) AND TO CLAIMS FILED BY CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES (CLAIM NOS. 87748, 87754, & 87755)**

**DECLARATION OF STEVEN M. CAMPORA IN SUPPORT OF JOINDER TO OMNIBUS OBJECTIONS OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS (SUBSTANTIVE) TO CLAIMS FILED BY THE DEPARTMENT OF HOMELAND SECURITY/FEDERAL EMERGENCY MANAGEMENT AGENCY (CLAIMS NOS. 59692, 59734 & 59783) AND TO CLAIMS FILED BY CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES (CLAIM NOS. 87748, 87754, & 87755)**

On the parties in said action addressed as follows:

☒ **BY ELECTRONIC TRANSMISSION**: I caused the above referenced documents to be electronically served on the interested parties who receive notice through the United States Bankruptcy Court's ECF noticing system as set forth in the Court's service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on February 12, 2020, at Sacramento, CA.

*/s/ Natalie Wong*
Natalie Wong