# EXHIBIT A

# DUPLICATIVE AND INFLATED ADVENTIST HEALTH CLAIMS

| No. | Claimant | Claim Number | Claim Amount | Asserted Debtor | Reason for Disallowance |
|---|---|---|---|---|---|
| 1. | Adventist Health System/West and Feather River Hospital d/b/a Adventist Health Feather River | 59459 | $1,012,061,204.00 | PG&E Corporation and Pacific Gas and Electric Company | *See* Objection at pp. 3-9. |
| 2. | Adventist Health System/West and Feather River Hospital d/b/a Adventist Health Feather River | 59996 | $1,012,061,204.00 | PG&E Corporation and Pacific Gas and Electric Company | *See* Objection at pp. 3-9. |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO