**EXHIBIT 5**

NEW ISSUE — BOOK-ENTRY ONLY                                                                                        RATINGS[†] S&P: A
Fitch: A+

*In the opinion of Orrick, Herrington & Sutcliffe LLP, Bond Counsel to the Authority, based upon an analysis of existing laws, regulations, rulings and court decisions, and assuming, among other matters, the accuracy of certain representations and compliance with certain covenants, interest on the Bonds is excluded from gross income for federal income tax purposes under Section 103 of the Internal Revenue Code of 1986 and is exempt from State of California personal income taxes. In the further opinion of Bond Counsel, interest on the Bonds is not a specific preference item for purposes of the federal alternative minimum tax. Bond Counsel expresses no opinion regarding any other tax consequences related to the ownership or disposition of, or the amount, accrual or receipt of interest on, the Bonds. See "TAX MATTERS" herein.*

**$245,660,000**
**California Statewide Communities Development Authority**
**Revenue Bonds**
**(Adventist Health System/West)**
**Series 2018A**

**Dated: Date of Delivery**                                                                  **Due: March 1, as shown herein**

The California Statewide Communities Development Authority (the "Authority") is issuing its Revenue Bonds (Adventist Health System/West), Series 2018A (the "Bonds"), pursuant to a Bond Indenture, dated as of September 1, 2018 (the "Bond Indenture"), between the Authority and U.S. Bank National Association, as bond trustee (the "Bond Trustee"). The proceeds from the sale of the Bonds will be loaned to Adventist Health System/West (the "Corporation") and are expected to be used to (1) finance the acquisition, construction, improvement and equipping of certain corporate facilities owned and operated by the Corporation (the "Project"), (2) refinance the City of Marysville, California, Revenue Bonds (The Fremont-Rideout Health Group), Series 2011 (the "Rideout Series 2011 Bonds"), previously issued for the benefit of The Fremont-Rideout Health Group and Rideout Memorial Hospital, which, together with United Com-Serve, affiliated with the System (as defined herein), effective April 1, 2018 and became Members of the Obligated Group, and (3) pay certain expenses of issuing the Bonds.

The Bonds shall be issued as fully registered Bonds in the denomination of $5,000 or any integral multiple thereof and, when delivered, will be registered in the name of Cede & Co., as nominee of The Depository Trust Company, New York, New York ("DTC"). Beneficial owners of the Bonds will not receive physical certificates representing the Bonds purchased but will receive a credit balance on the books of the nominees of such purchasers. So long as Cede & Co. is the registered owner of the Bonds, principal of and interest on the Bonds will be paid to DTC, which, in turn, will remit such principal and interest to its participants for subsequent disbursement to the beneficial owners of the Bonds, as described herein. Interest on the Bonds is payable on March 1 and September 1 of each year, commencing March 1, 2019 by the Bond Trustee. **The Bonds are subject to optional, mandatory, special and extraordinary redemption prior to their respective maturities, as described herein.** The purchase of the Bonds involves certain investment risks. See "BONDHOLDERS' RISKS" herein.

The Bonds are limited obligations of the Authority, secured under the provisions of the Bond Indenture and a Loan Agreement (defined herein). The Bonds will be payable from Loan Repayments (defined herein) made by the Corporation, from certain funds held under the Bond Indenture, and from payments on Master Note No. 68 issued under the Master Indenture (both defined herein), under which the Members of the Obligated Group (defined herein) are obligated to make payments on Master Note No. 68 in amounts sufficient to pay the principal of and interest on the Bonds when due. *By purchasing the Bonds, the purchasers and Beneficial Owners will be deemed to consent to certain amendments to the Master Indenture being proposed by the Obligated Group, including but not limited to a second amendment and restatement of the Master Indenture. See "SECURITY AND SOURCE OF PAYMENT FOR THE BONDS — The Master Indenture — Proposed Amendments to Master Indenture and Deemed Consent" herein.*

THE BONDS DO NOT CONSTITUTE A DEBT OR LIABILITY OF THE STATE OF CALIFORNIA OR OF ANY POLITICAL SUBDIVISION THEREOF, OTHER THAN THE AUTHORITY, BUT SHALL BE PAYABLE SOLELY FROM THE FUNDS PROVIDED THEREFOR. THE AUTHORITY SHALL NOT BE OBLIGATED TO PAY THE PRINCIPAL (OR REDEMPTION PRICE) OF THE BONDS OR INTEREST THEREON, EXCEPT FROM THE FUNDS PROVIDED THEREFOR UNDER THE BOND INDENTURE AND NEITHER THE FAITH AND CREDIT NOR THE TAXING POWER OF THE STATE OF CALIFORNIA OR OF ANY POLITICAL SUBDIVISION THEREOF, INCLUDING THE AUTHORITY, IS PLEDGED TO THE PAYMENT OF THE PRINCIPAL (OR REDEMPTION PRICE) OF OR INTEREST ON THE BONDS. THE ISSUANCE OF THE BONDS SHALL NOT DIRECTLY OR INDIRECTLY OR CONTINGENTLY OBLIGATE THE STATE OF CALIFORNIA OR ANY POLITICAL SUBDIVISION THEREOF TO LEVY OR TO PLEDGE ANY FORM OF TAXATION OR TO MAKE ANY APPROPRIATION FOR THEIR PAYMENT. THE AUTHORITY HAS NO TAXING POWER. MOREOVER, NONE OF THE AUTHORITY OR THE PROGRAM PARTICIPANTS (AS DEFINED IN THE BOND INDENTURE) SHALL BE LIABLE FOR ANY OTHER COSTS, EXPENSES, LOSSES, DAMAGES, CLAIMS OR ACTIONS, IN CONNECTION WITH THE LOAN AGREEMENT, THE BONDS OR THE BOND INDENTURE, EXCEPT ONLY TO THE EXTENT AMOUNTS ARE RECEIVED FOR THE PAYMENT THEREOF FROM THE CORPORATION UNDER THE LOAN AGREEMENT.

This cover page contains certain information for general reference only. It is not intended to be a summary of the security or terms of this bond issue. Investors are instructed to read the entire Official Statement to obtain information essential for the making of an informed investment decision.

**SEE MATURITY SCHEDULE HEREIN**

The Bonds are offered when, as and if received by the Underwriters, subject to prior sale and to the approval of the validity of the Bonds and certain other legal matters by Orrick, Herrington & Sutcliffe LLP, Bond Counsel to the Authority, for the Obligated Group by its financing counsel, Katten Muchin Rosenman LLP, Chicago, Illinois and Los Angeles, California, and for the Underwriters by their counsel, Squire Patton Boggs (US) LLP. It is expected that the Bonds will be available in book-entry form for delivery through the facilities of DTC on or about September 27, 2018.

*Ziegler*

**BofA Merrill Lynch**                                     **RBC Capital Markets**                                   **J.P. Morgan**

Dated: August 22, 2018

[†] See "RATINGS" herein.

Case: 19-30088     Doc# 5761-5     Filed: 02/12/20     Entered: 02/12/20 17:53:24     Page 2 of 5



Ernst & Young LLP
Sacramento Office
Suite 300
2901 Douglas Boulevard
Roseville, CA 95661

Tel: +1 916 218 1900
Fax: +1 916 218 1999
ey.com

## Report of Independent Auditors on Supplementary Information

The Board of Directors
Adventist Health System/West

Our audits were conducted for the purpose of forming an opinion on the consolidated financial statements as a whole. The accompanying consolidating financial statement schedules for Adventist Health System/West is presented for purposes of additional analysis and is not a required part of the financial statements. Such information is the responsibility of management and was derived from and relates directly to the underlying accounting and other records used to prepare the financial statements. The information has been subjected to the auditing procedures applied in the audits of the consolidated financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the financial statements or to the financial statements themselves, and other additional procedures in accordance with the auditing standards generally accepted in the United States. In our opinion, the information is fairly stated, in all material respects, in relation to the financial statements as a whole.

*Ernst & Young LLP*

April 20, 2018

A member firm of Ernst & Young Global Limited

Adventist Health
Consolidating Balance Sheets
*(In thousands of dollars)*
December 31, 2017

| | Consolidated Balances | Adjustments and Eliminations | Adventist Health System Office | Adventist Health Bakersfield | Adventist Health Castle | Adventist Health Clear Lake | Adventist Health Feather River | Adventist Health Glendale | Adventist Health Hanford | Adventist Health Howard Memorial | Adventist Health Lodi Memorial |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | |
| Current assets: | | | | | | | | | | | |
| Cash and cash equivalents | $ 728,269 | $ (599,503) | $ - | $ 116,275 | $ 98,838 | $ 8,567 | $ 17,999 | $ 69,729 | $ 224,075 | $ 16,256 | $ 35,753 |
| Marketable securities | 137,423 | - | 136,456 | - | 409 | - | - | 558 | - | - | - |
| Assets whose use is limited | 46,871 | 5,476 | 28,887 | 952 | 772 | 240 | 373 | 2,293 | 1,666 | 137 | - |
| Patient accounts receivable, net of allowance for uncollectible accounts | 467,210 | (547) | 1 | 49,671 | 24,147 | 7,581 | 23,319 | 58,709 | 29,221 | 8,037 | 32,407 |
| Receivables from third-party payors | 349,110 | - | - | - | 1,413 | 23,671 | 44,382 | 27,562 | 62,894 | 8,247 | 14,975 |
| Other receivables | 95,286 | 5,586 | 59,635 | 1,297 | 842 | 1,613 | 1,129 | 712 | 692 | - | 901 |
| Intra-system financing receivables | - | (248,049) | 21,184 | 19,081 | 24,039 | 2,346 | 3,853 | 13,355 | 46,155 | 3,834 | 21,191 |
| Inventories | 56,758 | - | - | 5,899 | 3,320 | 1,076 | 3,619 | 5,817 | 4,240 | 1,096 | 4,568 |
| Prepaid expenses and other current assets | 34,734 | - | 21,901 | 910 | 748 | 243 | 471 | 1,761 | 1,319 | 241 | 1,134 |
| Assets held for sale | 15,846 | - | - | - | - | - | - | - | - | - | - |
| Total current assets | 1,931,507 | (837,037) | 268,064 | 194,085 | 154,528 | 45,337 | 95,145 | 180,496 | 370,262 | 37,848 | 110,929 |
| Other assets: | | | | | | | | | | | |
| Intra-system financing receivables | - | (22,259) | - | 53 | - | - | 473 | 701 | 12,372 | - | - |
| Notes receivable | 7,229 | - | 6,494 | - | - | 4 | 200 | - | - | - | 129 |
| Marketable securities | 782,006 | - | 782,006 | - | - | - | - | - | - | - | - |
| Assets whose use is limited | 309,040 | (32,189) | 154,006 | 691 | 10,634 | 1,281 | 5,778 | 4,750 | 8,199 | 848 | 600 |
| Long-term investments | 113,821 | - | 93,696 | - | 7,374 | - | 77 | 201 | 2,137 | - | - |
| Other long-term assets | 59,595 | 21,554 | 10,469 | 287 | 13 | 36 | - | 6,533 | 318 | - | 3,143 |
| Total other assets | 1,271,691 | (32,894) | 1,046,671 | 1,031 | 18,021 | 1,321 | 6,528 | 12,185 | 23,026 | 848 | 3,872 |
| Property and equipment: | | | | | | | | | | | |
| Land and improvements | 221,925 | - | 34,938 | 12,812 | 32,097 | 10,665 | 14,345 | 7,790 | 12,198 | 1,784 | 16,063 |
| Buildings and improvements | 2,233,815 | - | 10,985 | 169,735 | 135,200 | 32,808 | 92,586 | 406,564 | 238,002 | 59,962 | 134,178 |
| Equipment | 1,055,760 | - | 271,709 | 94,359 | 34,842 | 16,896 | 41,845 | 81,473 | 79,705 | 20,455 | 24,789 |
| | 3,511,500 | - | 317,632 | 276,906 | 202,139 | 60,369 | 148,776 | 495,827 | 329,905 | 82,201 | 175,030 |
| Less: accumulated depreciation | (1,917,573) | - | (178,394) | (144,726) | (109,151) | (32,629) | (96,076) | (297,008) | (162,170) | (21,111) | (32,454) |
| | 1,593,927 | - | 139,238 | 132,180 | 92,988 | 27,740 | 52,700 | 198,819 | 167,735 | 61,090 | 142,576 |
| Construction in progress | 259,923 | - | 81,811 | 5,044 | 22,256 | 4,103 | 2,796 | 6,300 | 23,380 | 47 | 1,715 |
| Property and equipment, net | 1,853,850 | - | 221,049 | 137,224 | 115,244 | 31,843 | 55,496 | 205,119 | 191,115 | 61,137 | 144,291 |
| Total assets | $ 5,057,048 | $ (869,931) | $ 1,535,784 | $ 332,340 | $ 287,793 | $ 78,501 | $ 157,169 | $ 397,800 | $ 584,403 | $ 99,833 | $ 259,092 |

See accompanying auditors' report on supplementary information.

-26-

Case: 19-30088    Doc# 5761-5    Filed: 02/12/20    Entered: 02/12/20 17:53:24    Page 4 of 5

Adventist Health
Consolidating Statement of Operations and Changes in Net Assets
*(In thousands of dollars)*
December 31, 2017

| | Consolidated Balances | Adjustments and Eliminations | Adventist Health System Office | Adventist Health Bakersfield | Adventist Health Castle | Adventist Health Clear Lake | Adventist Health Feather River | Adventist Health Glendale | Adventist Health Hanford | Adventist Health Howard Memorial | Adventist Health Lodi Memorial |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unrestricted revenues and support:** | | | | | | | | | | | |
| Net patient service revenue | $ 3,809,674 | $ (120,046) | $ - | $ 423,586 | $ 173,622 | $ 91,582 | $ 215,872 | $ 461,127 | $ 328,784 | $ 60,464 | $ 243,303 |
| Less provision for bad debts | 85,269 | | | 8,388 | 6,534 | 2,842 | 5,689 | 10,102 | 8,327 | 2,326 | 11,709 |
| Net patient service revenue less provision for bad debts | 3,724,405 | (120,046) | - | 415,198 | 167,088 | 88,740 | 210,183 | 451,025 | 320,457 | 58,138 | 231,594 |
| Premium revenue | 199,423 | - | - | - | 1,742 | 10,828 | - | - | 15,151 | 5,292 | 2,474 |
| Other revenue | 178,670 | (464,026) | 493,379 | 5,256 | 12,230 | 3,879 | 19,754 | 16,772 | 5,247 | 1,907 | 4,004 |
| Net assets released from restrictions for operations | 12,024 | - | - | 387 | 628 | 326 | 314 | 1,301 | 262 | 13 | 49 |
| Total unrestricted revenues and support | 4,114,522 | (584,072) | 493,379 | 420,841 | 181,688 | 103,773 | 230,251 | 469,098 | 341,117 | 65,350 | 238,121 |
| **Expenses:** | | | | | | | | | | | |
| Employee compensation | 1,888,093 | (136,148) | 321,446 | 162,367 | 84,031 | 43,423 | 94,684 | 203,604 | 125,728 | 28,681 | 101,409 |
| Professional fees | 431,327 | - | 48,953 | 27,823 | 8,221 | 15,754 | 26,862 | 21,173 | 22,641 | 6,334 | 28,610 |
| Supplies | 506,232 | - | (16,929) | 68,308 | 29,595 | 6,136 | 33,640 | 62,894 | 36,205 | 8,866 | 26,972 |
| Purchased services and other | 874,746 | (447,924) | 174,860 | 120,097 | 41,834 | 20,109 | 54,987 | 165,656 | 80,612 | 11,831 | 64,995 |
| Interest | 45,151 | (6,289) | 16,252 | 2,310 | (211) | 1,685 | 1,935 | 5,547 | 5,465 | 754 | 4,176 |
| Depreciation and amortization | 165,024 | - | 22,691 | 13,688 | 7,480 | 3,280 | 6,592 | 18,502 | 13,816 | 5,584 | 11,814 |
| Total expenses | 3,910,573 | (590,361) | 567,273 | 394,593 | 170,950 | 90,387 | 218,700 | 477,376 | 284,467 | 62,050 | 237,976 |
| Income (loss) from operations | 203,949 | 6,289 | (73,894) | 26,248 | 10,738 | 13,386 | 11,551 | (8,278) | 56,650 | 3,300 | 145 |
| **Nonoperating income (loss):** | | | | | | | | | | | |
| Investment income (loss) | 25,516 | (6,289) | 7,015 | 1,867 | 973 | 105 | 322 | 791 | 3,748 | 341 | 604 |
| Other nonoperating gains | 319 | - | 131 | - | - | - | - | - | - | - | - |
| Total nonoperating income (loss) | 25,835 | (6,289) | 7,146 | 1,867 | 973 | 105 | 322 | 791 | 3,748 | 341 | 604 |
| Excess (deficiency) of revenues over expenses from continuing operations | $ 229,784 | $ - | $ (66,748) | $ 28,115 | $ 11,711 | $ 13,491 | $ 11,873 | $ (7,487) | $ 60,398 | $ 3,641 | $ 749 |

See accompanying auditors' report on supplementary information.

-30-