XAVIER BECERRA
Attorney General of California
BRIAN D. WESLEY, SBN 219018
Supervising Deputy Attorney General
MATTHEW C. HEYN, SBN 227474
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 296-6000
Fax: (916) 731-2144
Brian.Wesley@doj.ca.gov
Matthew.Heyn@doj.ca.gov

STEVEN H. FELDERSTEIN, SBN 059678
PAUL J. PASCUZZI, SBN 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Fax: (916) 329-7435
sfelderstein@ffwplaw.com
ppascuzzi@ffwplaw.com

Attorneys for California Governor's Office of
Emergency Services

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>   - and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>                Debtors.<br><br>☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☑   Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case) (Jointly Administered)<br><br>**EX PARTE APPLICATION FOR ORDER PURSUANT TO L.B.R. 9013-1(c) AUTHORIZING OVERSIZE BRIEFING FOR CAL OES'S OPPOSITION TO OFFICIAL COMMITTEE OF TORT CLAIMANTS' OMNIBUS OBJECTION TO ITS CLAIMS**<br><br>[No Hearing requested] |

      Pursuant to Local Bankruptcy Rule 9013-1(c), the California Governor's Office of Emergency Services ("**Cal OES**") hereby submit this *Ex Parte* Application (the "**Application**") for an Order authorizing the it to file an oversize brief in connection with its response to (i)

*Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by California Governor's Office Of Emergency Services (Claim Nos. 87748, 87754, & 87755) Jurisdiction* [Dkt. No. 5096] (the "**Omnibus Objection**") and (ii) the *Supplement to Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by California Governor's Office of Emergency Services (Claim Nos. 87748, 87754, & 87755)* [Dkt. No. 5320] (the "**Supplemental Objection**").

## I. JURISDICTION

The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a). This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## II. BACKGROUND

On January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company commenced with the Court voluntary cases under chapter 11 of the Bankruptcy Code. On February 12, 2019, the United States Trustee appointed an Official Committee of Unsecured Creditors. On February 15, 2019, the United States Trustee appointed an Official Committee of Tort Claimants (the "**Tort Claimants Committee**").

On October 21, 2019, Cal OES filed three proofs of claim for the disaster relief that in provided in connection with the Butte, North Bay and Camp Fires (the "**Proofs of Claim**"). On November 15, 2019, Cal OES amended the Proofs of Claim. As amended, the Proofs of Claim, assert claims in the aggregate amount of no less than $2,694,064,968 under several California statutes and common-law doctrines. On December 12, 2019, the Tort Claimants Committee filed its Omnibus Objection, arguing that even if the facts alleged in the Proof of Claim are true, the Court must completely or partially disallow the Proofs of Claim. On January 9, 2020, the Tort Claimants Committee filed the Supplemental Objection, arguing that additional legal theories require the Court to disallow the Proofs of Claim.

## III. OVERSIZE BRIEFING FOR THE OPPOSITION TO THE OBJECTIONS IS WARRANTED

Bankruptcy Local Rule 9013-1(c) provides that, "[u]nless the Court expressly orders otherwise, the initial and response memoranda of points and authorities shall not exceed 25 pages of text, and reply memorandum shall not exceed 15 pages of text." B.L.R. 9013-1(c).

Cal OES submits that there is sufficient cause for the Court to allow oversize briefing for the Cal OES's opposition to the Omnibus Objection:

- Collectively, Cal OES's Proofs of Claim assert claims of approximately $2.7 billion for aid provided to individuals, local agencies and other state agencies. Correctly determining Cal OES's entitlement to recovery is of critical importance both to California taxpayers and to the bankruptcy estate.
- Cal OES is entitled to recovery under many different statutes and legal theories. Adequately describing those legal theories requires more than 25 pages of text.
- Cal OES is responding to the arguments that the Tort Claimants Committee made in multiple pleadings.

Accordingly, Cal OES believes it is appropriate to request authority for the OES's response to the omnibus objection to exceed the 25 pages allowed under Bankruptcy Local Rule 9013-1(c). Cal OES's opposition to the Omnibus Objection and the Supplemental Objection is only 28 pages (excluding the table of contents and table of authorities). The opposition is filed concurrently herewith.

Cal OES made no previous request for the relief sought herein.

## IV. NOTICE

Notice of this Application will be provided to (i) the Office of the United States Trustee for Region 17 (Attn: Andrew R. Vara, Esq. and Timothy Laffredi, Esq.); (ii) counsel to the Creditors Committee; (iii) counsel to the Tort Claimants Committee; (iv) counsel to the Debtors; (v) Thomas Tosdal and Angela Jae Chun; (vi) all parties receiving ECF notice in these cases.

1 | Cal OES respectfully submit that no further notice is required.

2 | Dated: February 12, 2020                Respectfully submitted,

3 | XAVIER BECERRA
  | Attorney General of California

4 | By: *[signature: Matthew Heyn]*

5 | MATTHEW C. HEYN, Deputy Attorney General

6 |

7 | STEVEN H. FELDERSTEIN, ESQ.
  | PAUL J. PASCUZZI, ESQ.

8 | FELDERSTEIN FITZGERALD
  | WILLOUGHBY PASCUZZI & RIOS LLP

9 |

10 | *Attorneys for California Governor's Office of Emergency Services*

-4-

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Sabrina M. Cisneros, declare: |
| 3 | I am a resident of the State of California and over the age of eighteen years, and not a party |
| 4 | to the within action; my business address is 500 Capitol Mall, Suite 2250, Sacramento, CA 95814. |
| 5 | On February 13, 2020, I served the within document: |
| 6 | **EX PARTE APPLICATION FOR ORDER PURSUANT TO L.B.R. 9013-1(c) AUTHORIZING OVERSIZE BRIEFING FOR CAL OES'S OPPOSITION TO OFFICIAL COMMITTEE OF TORT CLAIMANTS' OMNIBUS OBJECTION TO ITS CLAIMS** |
| 9 | By Electronic Service only via CM/ECF. |

*/s/ Sabrina M. Cisneros*
Sabrina M. Cisneros