# United States Bankruptcy Court
## Northern District of California

In re: PG&E Corporation and Pacific
Gas and Electric Company,

Case No. 19-30088 (DM) (Jointly Administered)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| | |
|---|---|
| **Jefferies Leveraged Credit Products, LLC** | **Occidental Fire and Casualty Company of North Carolina** |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim Nos.: 56209 and 57855. |
| | Amount of Claims: $1,140,097.24 with respect to each claim, plus all interest, fees and other recoveries due. |
| Jefferies Leveraged Credit Products, LLC | |
| c/o Jefferies LLC | |
| 520 Madison Avenue, Third Floor | Date Claims Filed: with respect to Court Claim No. 56209, October 19, 2019, and, with respect to Court Claim No. 57855, October 21, 2019. |
| New York, NY 10022 | |
| Attn – Erin Grambling | |
| +1 203.363.8252 (Office) | |
| +1 203.724.4852 (Fax) | |
| egrambling@jefferies.com | Phone: |
| | Last Four Digits of Acct. #: |
| Last Four Digits of Acct. #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC**

By: _William P. McLoughlin_                               Date: _____ February 12, 2020 _____
Name: William P. McLoughlin
Title: SVP

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## Northern District of California

In re: PG&E Corporation and Pacific
Gas and Electric Company,                    Case No. 19-30088 (DM) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS 56209 and 57855 were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on        .

| **Occidental Fire and Casualty Company of North Carolina**<br>Name of Alleged Transferor<br><br>Address of Alleged Transferor:<br>Occidental Fire and Casualty<br>Company of North Carolina<br>IAT Insurance Group<br>702 Oberlin Road<br>Raleigh, NC 27605<br>Tel: 919-838-4510<br>e-mail: Lawrence.Bemmer@iatinsurance.com<br>Attn: Lawrence Beemer<br>    Vice President, Claims | **Jefferies Leveraged Credit Products, LLC**<br>Name of Transferee<br><br>Address of Transferee:<br>Jefferies Leveraged Credit Products, LLC<br>c/o Jefferies LLC<br>520 Madison Avenue, Third Floor<br>New York, NY 10022<br>Attn – Erin Grambling<br>+1 203.363.8252 (Office)<br>+1 203.724.4852 (Fax)<br>egrambling@jefferies.com |
|---|---|
| | |

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claims is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____          _____
                                                          CLERK OF THE COURT

**EVIDENCE OF TRANSFER OF CLAIM**

TO: THE DEBTORS AND THE BANKRUPTCY COURT

Claim Numbers: 56209 and 57855

For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, Occidental Fire and Casualty Company of North Carolina, (the "Transferor") its successors and assigns, does hereby unconditionally and irrevocably sell, transfer and assign unto Jefferies Leveraged Credit Products, LLC, its successors and assigns (the "Transferee"), all rights, title, interest, claims and causes of action in and to, or arising under or in connection with all of Transferor's claims (collectively the "Claim") against PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088-DM (the "Debtors"), pending in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court") and all scheduled claims and all proofs of claim filed by Transferor in respect thereof, which include, without limitation, Proof of Claim numbers 56209 and 57855, each filed in the amount not less than $1,140,097.24.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 12 , 2020.

Transferor:                                              Transferee:

Occidental Fire and Casualty                            Jefferies Leveraged Credit Products, LLC
Company of North Carolina

By: *Michael D. Blinson*                                By: _____
Name: *Michael D. Blinson*                              Name:
Title: *Corporate Secretary*                            Title:

453-1000/AGR/6038997.2

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTORS AND THE BANKRUPTCY COURT

Claim Numbers: 56209 and 57855

For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, Occidental Fire and Casualty Company of North Carolina, (the "Transferor") its successors and assigns, does hereby unconditionally and irrevocably sell, transfer and assign unto Jefferies Leveraged Credit Products, LLC, its successors and assigns (the "Transferee"), all rights, title, interest, claims and causes of action in and to, or arising under or in connection with all of Transferor's claims (collectively the "Claim") against PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088-DM (the "Debtors"), pending in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court") and all scheduled claims and all proofs of claim filed by Transferor in respect thereof, which include, without limitation, Proof of Claim numbers 56209 and 57855, each filed in the amount not less than $1,140,097.24.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 12 , 2020.

Transferor:                                                                 Transferee:

Occidental Fire and Casualty                          Jefferies Leveraged Credit Products, LLC
Company of North Carolina


By: _____               By: _____
Name:                                                              Name: William P. McLoughlin
Title:                                                               Title: Senior Vice President
                                                                              Jefferies Leveraged Credit Products, LLC