Signed and Filed: February 13, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**



# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Chapter 11

(Lead Case)

(Jointly Administered)

**ORDER APPROVING FIRST INTERIM APPLICATION OF FTI CONSULTING, INC. FOR ALLOWANCE AND PAYMENT OF COMENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 12, 2019 THROUGH MAY 31, 2019**

Upon consideration of the *First Interim Application of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period February 12, 2019 through May 31, 2019* (the "Application") [Docket No. 3137], filed on July 22, 2019, by FTI Consulting, Inc. ("FTI"), as financial advisor to the official committee of unsecured creditors (the "Committee") of the above captioned debtors and debtors in possession (collectively, the "Debtors"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* (the "Interim Compensation Order") [Docket No. 701] and the *Amended Order Granting Fee Examiner's Motion to Approve Fee Procedures* (the "Fee Procedures

Order") [Docket No. 5168], the Court finds that: (a) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the fees and expenses requested in the Application are reasonable, necessary, and beneficial to the Debtors' estates and should be allowed; (d) proper and adequate notice of the Application and hearing thereon has been given, no objections to the Application having been filed, and no other or further notice is required; and (e) good and sufficient cause exists for granting the relief herein; and that, pursuant to the Fee Procedures Order, FTI and Bruce A. Markell, the fee examiner appointed in these chapter 11 cases (the "Fee Examiner"), have engaged in arm's length settlement discussions regarding FTI's fees and expenses, which has resulted in an agreement regarding an overall reduction in the amount of compensation and expenses set forth herein; and after due deliberation upon the Application, and in connection with the Interim Compensation Order and Fee Procedure Order, and all other relevant proceedings before the Court in connection with the Application; and upon the full record of all proceedings in this case; and sufficient cause having been shown therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Application is granted and approved as set forth herein.

2. FTI shall be allowed interim compensation of fees and reimbursement of expenses for services rendered on behalf of the Committee for the period of February 12, 2019 to May 31, 2019 (the "Compensation Period") in a total amount of $5,787,129.38, consisting of $5,740,628.25[1] in fees and $46,501.13 for the reimbursement of expenses.

3. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to pay FTI $5,787,129.38, consisting of one hundred

---

[1] Such amount reflects a reduction agreed to with the Fee Examiner.

percent (100%) of the fees and one hundred percent (100%) of the expenses outstanding for services rendered and expenses incurred during the Compensation Period.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**\*\* END OF ORDER \*\***