| | |
|---|---|
| 1 | MATTHEW D. METZGER (SBN 240437) |
| 2 | mmetzger@belvederelegal.com |
|   | BELVEDERE LEGAL, PC |
| 3 | 1777 Borel Place, Suite 314 |
|   | San Mateo, CA 94402 |
| 4 | Telephone: (415) 513-5980 |
|   | Facsimile: (415) 513-5985 |
| 5 | |
|   | STUART G. GROSS (SBN 251019) |
| 6 | sgross@grosskleinlaw.com |
|   | TIM KLINE (SBN 319227) |
| 7 | tk@grosskleinlaw.com |
|   | GROSS & KLEIN LLP |
| 8 | The Embarcadero |
|   | Pier 9, Suite 100 |
| 9 | San Francisco, CA 94111 |
|   | t (415) 671-4628 |
| 10 | f (415) 480-6688 |
| 11 | Attorneys for Creditor, |
|   | Dan Clarke |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re** <br><br> **PG&E CORPORATION** <br><br> - **and** - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br>                 **Debtors.** | Bankruptcy Case <br> Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF SUPPLEMENTAL MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| ☐    Affects PG&E Corporation <br> ☐    Affects Pacific Gas and Electric Company <br> ☑    Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Date:** March 10, 2020 <br> **Time:** 10:00 a.m. <br> **Ctrm:** Hon. Dennis Montali <br>        450 Golden Gate Avenue <br>        16th Floor, Courtroom No. 17 <br>        San Francisco, CA 94102 <br><br> **Objection Deadline:** <br>      **March 5, 2020, at 4:00 p.m. (PT)** |

Movant Dan Clarke, hereby requests that the Court take Judicial Notice, pursuant to Federal Rule of Evidence 201(b) of the following documents included in Exhibits A – D included in the supporting declaration of Matthew D. Metzger.

Pursuant to Federal Rule of Evidence 201, the Court may take judicial notice of ". . . a fact that is not subject to reasonable dispute because it . . . (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Exhibits A – D meet said criteria and are identified as follows:

1. **Exhibit A:** a true and correct copy of the July 26, 2019 Order Granting Motion for Summary Judgment in Part and Denying in Part; Denying Motions to Seal; Granting Motion to File Sur-Reply, in the matter *San Francisco Herring Association, et al, Plaintiffs, v. Pacific Gas and Electric Company, et al.*, *Defendants*, United States District Court, Northern District of California, Case No. 14-cv-04393-WHO.

2. **Exhibit B:** a true and correct copy of the Revised Cal. P.U.C. Sheet No. 43284-E, entitled "Electric Preliminary Statement Part S Hazardous Substance Mechanism", issued by Robert S. Kenney, PG&E Vice President, Regulatory Affairs, Sheets 1-5 ("Revised Cal. P.U.C. Sheet No. 43284-E"), submitted October 31, 2018 and effective November 30, 2018.

3. **Exhibit C:** a true and correct copy of the Declaration of Robert C. Doss in Support of Motion for Authorization to Continue Its Hazardous Substance Cleanup, which PG&E filed June 6, 2001, *In re Pacific Gas and Electric Company,* a California corporation, United States Bankruptcy Court, Northern District of California, Case No. 01 30923 DM, Dkt No. 802.

4. **Exhibit D:** a true and correct copy of the material portion (page 36) of PG&E's Form 10-K for the fiscal year ended December 31, 2016.

Dated: February 13, 2020

                                            BELVEDERE LEGAL, PC

                                      By:    /s/ *Matthew D. Metzger*
                                                  Matthew D. Metzger
                                                  Attorneys for Creditor,
                                                  Dan Clarke