UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: **PG&E Corporation and Pacific Gas and Electric Company**

Debtor(s)

Bankruptcy No.: 19-30088 (DM)
R.S. No.: BLV-002
Hearing Date: 03/10/2020
Time: 10:00 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/2019   Chapter: 11
    Prior hearings on this obligation: None   Last Day to File §523/§727 Complaints: ___

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value: $_____   Source of value: _____
   Contract Balance: $ 1_____   Pre-Petition Default: $_____
   Monthly Payment: $_____   No. of months: _____
   Insurance Advance: $_____   Post-Petition Default: $_____
                                   No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $_____   Source of value: _____   If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal. $_____   Pre-Petition Default: $_____
   As of (date): _____   No. of months: _____
   Mo. payment: $_____   Post-Petition Default: $_____
   Notice of Default (date): _____   No. of months: _____
   Notice of Trustee's Sale: _____   Advances Senior Liens: $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   | Position | Amount | Mo. Payment | Defaults |
   |---|---|---|---|
   | 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
   | 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
   | _____: | | | |
   | _____: | | | |
   | _____: | | | |
   | (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information:
   Movant seeks supplemental relief to return to District Court to prosecute a second amended complaint re ongoing MGP waste contaimination.

Dated: 02/13/2020

/s/ Matthew D. Metzger
Signature
Matthew D. Metzger
Print or Type Name

Attorney for  Dan Clarke

CANB Documents Northern District of California

Case: 19-30088    Doc# 5768-15    Filed: 02/13/20    Entered: 02/13/20 14:35:29    Page 1 of 1