UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: PG&E Corporation and
Pacific Gas and Electric Company

Debtor(s)

Bankruptcy No.: 19-30088 (DM)
R.S. No.: BLV-003
Hearing Date: 03/10/2020
Time: 10:00 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/2019    Chapter: 11
    Prior hearings on this obligation: None    Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value:     $_____          Source of value: _____
Contract Balance:      $ 1                  Pre-Petition Default:   $_____
Monthly Payment:       $_____               No. of months: _____
Insurance Advance:     $_____          Post-Petition Default:  $_____
                                                 No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

Fair market value: $_____    Source of value: _____    If appraisal, date: _____

Moving Party's position (first trust deed, second, abstract, etc.):

Approx. Bal.           $_____          Pre-Petition Default:   $_____
As of (date): _____                         No. of months: _____
Mo. payment:           $_____          Post-Petition Default:  $_____
Notice of Default (date): _____             No. of months: _____
Notice of Trustee's Sale: _____        Advances Senior Liens:  $_____

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____ : | | | |
| _____ : | | | |
| _____ : | | | |
| (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information:
    Movant seeks relief to litigate CWA and RCRA claims related to the Cannery manufactured gas plant.

Dated: 02/13/2020

/s/ Matthew D. Metzger
Signature
Matthew D. Metzger
Print or Type Name

Attorney for Dan Clarke