**LAW OFFICE OF WAYNE A. SILVER**
Wayne A. Silver (108135)
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Phone: (650) 282-5970
Fax:    (650) 282-5980
Email: ws@waynesilverlaw.com

*Attorney for LILIA LEESON*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION; PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors. | Case Nos.:   19-30088-DM<br>                      19-30089-DM<br>(Jointly Administered)<br><br>Chapter 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of the Bankruptcy Procedure (the "Bankruptcy Rules"), LILIA LEESON, a creditor and interested party in the above-captioned Chapter 11 cases, by and through her undersigned counsel, hereby enters her appearance and requests that all notices given or required to be given in this case be given and served to the undersigned by electronic mail to: ws@waynesilverlaw.com.

In addition, service may be made via regular mail to:

**LAW OFFICE OF WAYNE A. SILVER**
Wayne A. Silver (108135)
643 Bair Island Road, Suite 403
Redwood City, CA 94063
Phone: (650) 282-5970
Fax:    (650) 282-5980

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notice of any application, complaint, demand, motion, petition, pleading or request with regard to the above captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that the undersigned intends that neither this Notice of Appearance and Request for Service of Papers nor any later appearance, pleading, proof of claim, or suit shall constitute a waiver of any rights: (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding related to this proceeding or any case, controversy or proceeding related to this proceeding; (iii) to have the District Court withdraw the reference in an matter subject to mandatory or discretionary withdrawal; or (vi) any other rights, claims, actions, defenses, setoffs, or recoupment's, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupment's are expressly reserved.

Dated: February 13, 2019

/s/ *Wayne A. Silver*
Wayne A. Silver, attorney for
LILIA LEESON