**EXHIBIT A**

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

**COMPENSATION BY PROFESSIONAL FOR THE
PERIOD FROM NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| Name of Professional Person | Department, Date of First Admission *or* Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **Partners and Of Counsel** | | | | |
| Hill, Joshua | Dep't: Litigation<br>Admission: 2002 | $905.25 | 35.10 | $31,774.45 |
| Wong, Christine Y. | Dep't: Litigation<br>Admission: 2001 | $828.75 | 127.60 | $105,748.70 |
| **Associates and Attorneys** | | | | |
| Annobil, Yacoba Elsie | Dep't: Litigation<br>Admission: 2015 | $590.75 | 200.70 | $118,563.71 |
| Barr, Sarah Elizabeth | Dep't: Litigation<br>Admission: 2017 | $467.50 | 74.50 | $34,828.75 |
| Floyd, Amani Solange | Dep't: Litigation<br>Admission: 2014 | $590.75 | 144.50 | $85,363.60 |
| Kissner, Andrew | Dep't: Business Restructuring & Insolvency<br>Admission: 2017 | $531.25 | 6.80 | $3,612.54 |
| Neitzey, Christina Nicole | Dep't: Litigation<br>Admission: 2018 | $467.50 | 138.20 | $64,608.50 |
| Nicholson, Julie A. | Dep't: Litigation<br>Admission: 2012 | $680.00 | 233.00 | $158,440.00 |
| **Paralegals and Non-Legal Staff** | | | | |
| Guido, Laura | Dep't: Business Restructuring & Insolvency<br>Title: Senior Paralegal<br>Years in Position: 12 | $318.75 | 1.60 | $510.01 |
| Hurley, Teresa | Dep't: Litigation<br>Title: Senior Paralegal<br>Years in Position: 30 | $335.75 | 2.00 | $671.50 |
| Im, Amanda | Dep't: Litigation<br>Title: Paralegal<br>Years in Position: 2 | $310.25 | 40.50 | $12,565.24 |
| Middleman, Caitlin K. | Dep't: Litigation<br>Title: Senior Paralegal<br>Years in Position: 8.5 | $314.50 | 76.40 | $24,027.80 |
| **Total Incurred:** | | | 1,080.9 | $640,714.80 |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | | n/a | $(2,071.89) |
| **Total Requested:** | | | 1,080.9 | $638,642.91 |

| PROFESSIONALS | BLENDED RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| **Total Partners, Of Counsel, Associates and Paraprofessionals** | | | |
| Partners and Counsel | $845.25 | 162.7 | $137,523.15 |
| Associates and Attorneys | $583.44 | 797.7 | $465,417.10 |
| **Total Incurred by All Attorneys:** | **$627.80** | **960.4** | **$602,940.25** |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | n/a | n/a | $(2,071.89) |
| **Blended Attorney Rate:** | **$625.64** | **960.4** | **$600,868.36** |
| Paraprofessionals and Non-Legal Staff | $313.48 | 120.5 | $37,774.55 |
| **Total Requested:** | **$590.84** | **$1,080.9** | **$638,642.91** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105