**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED MORRISON & FOERSTER LLP
FOR THE PERIOD FROM NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| Project Category | Description | Hours | Amount |
|---|---|---|---|
| C100 | Fact Gathering | 40.80 | $18,491.78 |
| C312 | Client Counsel - State/Regulatory/Judicial | 68.90 | $43,347.60 |
| P100 | Project Administration | 9.50 | $2,987.75 |
| P210 | Corporate Review | 0.10 | $90.53 |
| P300 | Structure/Strategy/Analysis | 887.90 | $530,642.04 |
| P400 | Initial Document Preparation/Filing | 69.80 | $43,083.21 |
| Z032 | Time Entry Review | 3.90 | $2,071.89 |
| **Total Incurred:** | | **1,080.9** | **$640,714.8** |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | n/a | $(2,071.89) |
| **Total Requested:** | | **1,080.9** | **$638,642.91** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105