# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD FROM NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

| Expense Category | Total Expenses |
|---|---:|
| Photocopies | $60.90 |
| Color Copies | $880.60 |
| Outside Copying Services | $8.40 |
| Reporting Fees | $116.25 |
| Travel | $299.92 |
| Epiq eDiscovery Managed Services | $1,555.50 |
| Business Meals | $140.00 |
| Travel Meals | $19.97 |
| Transportation | $69.76 |
| **Total** | **$3,151.30** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105