# EXHIBIT E

## DETAILED EXPENSES FOR THE PERIOD FROM NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019

# MORRISON | FOERSTER

PO BOX 742335  
LOS ANGELES  
CALIFORNIA 90074-2335  

TELEPHONE: 415 268 7000  
FACSIMILE: 415 268 7522  

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,  
LOS ANGELES, WASHINGTON, D.C.,  
SAN DIEGO, PALO ALTO, BOSTON,  
DENVER, NORTHERN VIRGINIA  

TOKYO, BEIJING, SHANGHAI,  
HONG KONG, SINGAPORE  

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #** ▮▮▮▮▮  
Invoice Number: 5887768  
Invoice Date: February 7, 2020  

Client/Matter Number: 050386-0000020  

Matter Name: CPUC INVESTIGATION/OII

Client Ref: 1707076

RE: CPUC INVESTIGATION/OII

*For Disbursements Incurred Through November 30, 2019*

|  | U.S.Dollars |
|---|---|
| Current Disbursements | 3,151.30 |
| **Total This Invoice** | **3,151.30** |

**Payment may be made by Electronic Funds transfer to the firm's account**

Case: 19-30088    Doc# 5779-5    Filed: 02/14/20    Entered: 02/14/20 08:57:40    Page 2 of 5

# MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5887768
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: February 7, 2020

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 30-Nov-19 | Photocopies | 60.90 |
| 30-Nov-19 | Color Copies | 880.60 |
| 30-Nov-19 | Outside Copying Svcs | 8.40 |
| 15-Nov-19 | Reporting fees, Public Utilities Commission, daily expedite transcript hearing | 116.25 |
| 06-Nov-19 | Travel, toll, J. Nicholson, bridge toll for evidence inspections outside of San Francisco | 5.00 |
| 07-Nov-19 | Travel, taxi/car service, Y. Annobil, ground travel to evidence inspection, 11/7/19 | 20.85 |
| 08-Nov-19 | Travel, car rental, C. Neitzey, ground travel to/from evidence inspections, 11/8/19 | 167.69 |
| 12-Nov-19 | Travel, taxi/car service, Y. Annobil, ground travel to site, 11/12/19 | 31.10 |
| 12-Nov-19 | Travel, car rental/fuel, J. Nicholson, gasoline for evidence inspections outside of San Francisco | 25.25 |
| 13-Nov-19 | Travel, toll, J. Nicholson, bridge toll for evidence inspections outside of San Francisco | 5.00 |
| 17-Nov-19 | Travel, toll, J. Nicholson, bridge toll for evidence inspections outside of San Francisco | 7.35 |
| 21-Nov-19 | Travel, car rental/fuel, J. Nicholson, gasoline for evidence inspections outside of San Francisco | 24.68 |
| 21-Nov-19 | Travel, toll, J. Nicholson, bridge toll for evidence inspections outside of San Francisco | 13.00 |
| 01-Nov-19 | EDiscovery, Epiq Managed Services, October, 2019 | 1,555.50 |
| 07-Nov-19 | Business meals, 7 attendees, client meeting, 11/7/19 | 140.00 |
| 21-Nov-19 | Travel meals, lunch in San Francisco, J. Nicholson, 11/21/19 | 19.97 |
| 14-Nov-19 | Local travel, taxi/car service, Y. Annobil, 10:15pm | 23.24 |
| 15-Nov-19 | Local travel, taxi/car service, C. Neitzey, 11:30pm | 21.67 |
| 16-Nov-19 | Local travel, taxi/car service, C. Neitzey, weekend | 24.85 |
| | **Current Disbursements** | **3,151.30** |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5887768
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: February 7, 2020

## Invoice Summary

| | U.S.Dollars |
|---|---:|
| Total Disbursements | 3,151.30 |
| **Total Amount Due** | **3,151.30** |

3

Case: 19-30088    Doc# 5779-5    Filed: 02/14/20    Entered: 02/14/20 08:57:40    Page 4 of 5

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5887768  
Invoice Date: February 7, 2020

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|---|
| 31-Dec-18 | 5788544 | USD | 11,540.98 | 0.00 | 11,540.98 |
| 14-Jan-19 | 5789728 | USD | 53,273.86 | 0.00 | 53,273.86 |
| 30-Sep-19 | 5855259 | USD | 133,934.94 | 0.00 | 133,934.94 |
| 30-Sep-19 | 5887635 | USD | 1,491.75 | 0.00 | 1,491.75 |
| 07-Nov-19 | 5864250 | USD | 187,092.39 | 118,522.33 | 68,570.06 |
| 12-Nov-19 | 5872848 | USD | 25,272.11 | 20,276.95 | 4,995.16 |
| 13-Nov-19 | 5872849 | USD | 293,040.35 | 232,959.61 | 60,080.74 |
| 14-Nov-19 | 5872850 | USD | 210,206.59 | 164,109.84 | 46,096.75 |
| 15-Nov-19 | 5872851 | USD | 184,478.01 | 144,043.98 | 40,434.03 |
| 18-Nov-19 | 5872852 | USD | 139,409.29 | 105,605.74 | 33,803.55 |
| 19-Nov-19 | 5872853 | USD | 117,730.16 | 92,767.33 | 24,962.83 |
| 20-Nov-19 | 5872854 | USD | 420,218.70 | 332,330.25 | 87,888.45 |
| 30-Jan-20 | 5885685 | USD | 201,352.81 | 0.00 | 201,352.81 |
| 30-Jan-20 | 5885689 | USD | 167.48 | 0.00 | 167.48 |
| 07-Feb-20 | 5887765 | USD | 326,739.89 | 0.00 | 326,739.89 |
| 07-Feb-20 | 5887766 | USD | 6,256.13 | 0.00 | 6,256.13 |
| 07-Feb-20 | 5887767 | USD | 638,642.91 | 0.00 | 638,642.91 |