1  JOSEPH H. HUNT
   Assistant Attorney General
2  RUTH A. HARVEY
   Director
3  KIRK MANHARDT
   Deputy Director
4  MATTHEW J. TROY (GABN 717258)
   RODNEY A. Morris (IA Commission ID 15243)
5  Senior Trial Counsel
   United States Department of Justice
6  P.O. Box 875
   Ben Franklin Station
7  Washington, DC 20044-0875
   Telephone: (202) 305-1759
8  E-mail: Rodney.Morris2@usdoj.gov

9  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
10 SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
11 Assistant United States Attorney

12 Attorneys for the United States of America

13                    **UNITED STATES BANKRUPTCY COURT**

14                       **NORTHERN DISTRICT OF CALIFORNIA**

15                            **SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| - and - | Chapter 11 |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Lead Case) |
| | (Jointly Administered) |
| **Debtors.** | **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

27  TO:   CLERK OF THE COURT, THE U.S. TRUSTEE, DEBTOR, ATTORNEYS OF RECORD

28        AND PARTIES IN INTEREST

NOTICE OF APPEARANCE
19BK30088 (DM)

Pursuant to Rule 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, the United States of America, Federal Energy Regulatory Commission, among other agencies and departments of the United States, hereby appears through the United States Department of Justice, Civil Division, and requests service of all notices and papers herein upon:

> Rodney A. Morris
> United States Department of Justice
> Civil Division
>
> via regular mail
> P.O. Box 875
> Ben Franklin Station
> Washington, DC 20044-0875
>
> or
>
> via overnight delivery
> 1100 L Street, N.W.
> Room 7108
> Washington, DC 20530

Please take notice that this demand includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtors, their property, or their estates. Please take further notice that neither this notice nor any later appearance, pleading, proof of claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to these chapter 11 cases, (iii) the right to have the United States District Court for the Northern District of California withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) any election of remedy, and (vi) any other rights, claims, actions, defenses, set offs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, set offs and recoupments are expressly reserved.

NOTICE OF APPEARANCE
19BK30088 (DM)

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: February 14, 2020 | Respectfully submitted, |
| 3 | | /s/ Rodney Morris |
| | | RODNEY MORRIS |
| 4 | | Senior Trial Counsel |
| 5 | | Attorney for United States |

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, I electronically filed the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Rodney Morris
Rodney A. Morris
Senior Trial Counsel
Attorney for United States