# EXHIBIT A

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors*
*and Debtors in Possession*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                 **Debtors.**<br><br>☐ **Affects PG&E Corporation**<br>☐ **Affects Pacific Gas and Electric Company**<br>☒ **Affects both Debtors**<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy<br>Chapter 11 Case No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br>**[PROPOSED] ORDER (I) DENYING SECURITIES LEAD PLAINTIFF'S MOTION TO APPLY BANKRUPTCY RULE 7023 TO CLASS PROOF OF CLAIM AND (II) EXTENDING BAR DATE FOR CERTAIN HOLDERS OF SECURITIES CLAIMS ARISING UNDER SECTION 510(b) OF THE BANKRUPTCY CODE** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim*, dated December 9, 2019 [Docket No. 5042] (together with all declarations, replies, and supplemental pleadings filed in support thereof, the "**7023 Motion**") filed by the Public Employees Retirement Association of New Mexico (the "**Lead Plaintiff**" or "**PERA**"), and the objections and responses to the 7023 Motion filed by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**"), and the Official Committee of Tort Claimants (the "**Tort Claimants Committee**") [Docket Nos. 5369 and 5375]; and the Court having held a hearing on January 29, 2020, to hear argument and consider the relief requested in the 7023 Motion; and the Court having issued a *Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline* on February 3, 2020 [Docket No. 5604] (the "**Tentative Ruling**"), in which the Court requested additional briefing as to why an extension of the October 21, 2019 deadline for filing proofs of claim in the Chapter 11 Cases (the "**Original Bar Date**"), as previously established by Order of the Court dated July 1, 2019 [Docket No. 2806] (the "**Bar Date Order**"), would not be preferable to the allowance of a class proof of claim as requested by the Lead Plaintiff; and the Court having considered the subsequent pleadings submitted in response to the Tentative Ruling; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The 7023 Motion is denied.

2.      The Original Bar Date will be extended to **March 31, 2020 at 5:00 p.m. (Prevailing Pacific Time)** (the "**Extended Securities Claims Bar Date**") solely with respect to those persons or entities (the "**Potential Claimants**") that purchased or acquired the Debtors' publicly traded debt or equity securities from April 29, 2015 through November 15, 2018 and who may have claims against the Debtors for rescission or damages (the "**Rescission and Damage Claims**").

3.      The form of notice of the Extended Securities Claims Bar Date, substantially in the form annexed hereto as **<u>Exhibit A</u>** (the "**Securities Claim Bar Date Notice**"), is hereby approved.

4.      Any holders of Rescission and Damage Claims shall be required to file Proofs of Claim

prior to the Extended Securities Claims Bar Date utilizing the customized proof of claim form, substantially in the form annexed hereto as **<u>Exhibit B</u>** (the "**Securities Claim Proof of Claim Form**"), which Securities Claim Proof of Claim Form conforms substantially to Official Bankruptcy Form 410 and is hereby approved.[1]

5. Within two (2) business days of the entry of this Order, the indenture trustee(s) for the Debtors' debt securities and the transfer agent(s) for the Debtors' equity securities shall provide to the Debtors the list(s) of all registered holders of the Debtors' debt securities (if any) and equity securities that held the debt or equity securities between the period April 29, 2015 and November 15, 2018. Further, within eight (8) business days of entry of this Order, or as soon as practicable thereafter, the Debtors shall cause to be mailed (i) a Securities Claim Proof of Claim Form, and (ii) the Securities Claim Bar Date Notice, to all registered holders of the Debtors' publicly traded debt or equity securities from April 29, 2015 through November 15, 2018 to the extent available and as provided by the Debtors' indenture trustee(s) and transfer agent(s), respectively.

6. In addition, within two (2) business days of entry of this Order, or as soon as practicable thereafter, the Debtors shall cause to be mailed (i) a Securities Claim Proof of Claim Form, and (ii) the Securities Claim Bar Date Notice, to the banks, brokers, and financial institutions (or their agents) that might have held the Debtors' publicly traded debt or equity securities in "street name" on behalf of the underlying beneficial owners of those debt or equity securities from April 29, 2015 through November 15, 2018 (collectively, including their agents, the "**Nominees**"). The Debtors shall include instructions to the Nominees that they are directed to forward the Securities Claim Proof of Claim Form and the Securities Claim Bar Date Notice to their beneficial owner clients that held those debt or equity securities from April 29, 2015 through November 15, 2018 within seven (7) business days of their receipt of those materials from the Debtors. If it is the Nominee's customary and accepted practice to forward these materials to beneficial owners by e-mail, e-delivery, or any other method of electronic or printed communication, the Nominees are authorized to follow those customary practices in lieu of sending actual printed copies of the Securities Claim Proof of Claim Form and the Securities Claim Bar Date

---

[1] Official Bankruptcy Form No. 410 can be found at http://www.uscourts.gov/forms/bankruptcyforms/proof-claim-0, the Official Website for the United States Bankruptcy Courts.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Notice.

7. The Debtors shall post the Securities Claim Bar Date Notice and the Securities Claim Proof of Claim Form on the website maintained by Prime Clerk, LLC ("**Prime Clerk**"), the Court-appointed claims and noticing agent in these Chapter 11 Cases, at https://restructuring.primeclerk.com/pge/ (the "**Case Website**").

8. A Securities Claim Proof of Claim Form submitted by a Potential Claimant shall be deemed timely filed only if it is **actually received** by Prime Clerk (i) via first class mail, overnight courier, or hand delivery at the addresses set forth in the Securities Claim Bar Date Notice, or (ii) electronically through the Electronic Filing System on the Case Website, as described in the Securities Claim Bar Date Notice, on or before the Extended Securities Claims Bar Date. Proofs of Claim sent by facsimile, telecopy, or electronic mail transmission (other than Proofs of Claim filed electronically through the Electronic Filing System) will not be accepted.

9. Any Potential Claimant must file, or have their authorized agent or attorney file, a Securities Claim Proof of Claim Form on account of such claimant's Rescission and Damage Claim even if such claimant may be included in, or represented by, a purported class action, class suit, class Proof of Claim, or similar representative action filed against the Debtors with respect to such claimant's Rescission and Damage Claim.

10. Notice of the Extended Securities Claim Bar Date as provided herein shall be deemed good and sufficient notice to all Potential Claimants of the requirement to file a Rescission and Damage Claim by the Extended Securities Claim Bar Date. Potential Claimants who do not file a Rescission and Damage Claim by the Extended Securities Claim Bar Date may not vote or receive a distribution under any Plan of Reorganization on account of such Claim, and such Claim will be subject to discharge. If such Rescission and Damage Claim is discharged, the Potential Claimant will be forever barred and prevented from asserting the Rescission and Damage Claim against the Debtors or their property.

11. Any person or entity who has already filed a Rescission and Damage Claim with Prime Clerk against the Debtors utilizing a claim form that substantially conforms to the Securities Claim Proof of Claim Form or Official Form No. 410 is not required to file another Proof of Claim Form on account of such Claim.

1         12.    The Debtors are authorized to take all steps necessary or appropriate to carry out this

2  Order.

3         13.    This Court shall retain jurisdiction to hear and determine all matters arising from or

4  related to the implementation, interpretation, or enforcement of this Order.

5  **\*\* END OF ORDER \*\***

*Weil, Gotshal & Manges LLP*
*767 Fifth Avenue*
*New York, NY 10153-0119*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit A**

**Securities Claim Bar Date Notice**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 (Lead Case) |
| **- and -** | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC** | |
| **COMPANY,** | **NOTICE OF EXTENDED DEADLINE** |
| **Debtors.** | **FOR FILING CERTAIN SECURITIES** |
| | **CLAIMS FOR RESCISSION AND** |
| | **DAMAGES** |

| NAME OF DEBTOR AND LAST FOUR DIGITS OF FEDERAL TAX IDENTIFICATION NUMBER | CASE NUMBER |
|---|---|
| PG&E Corporation (4914) | 19-30088 (DM) |
| Pacific Gas and Electric Company (2640) | 19-30089 (DM) |

**TO ALL PARTIES WHO PURCHASED OR ACQUIRED PG&E DEBT OR EQUITY**
**SECURITIES DURING THE PERIOD APRIL 29, 2015 THROUGH NOVEMBER 15, 2018**

On January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric

Company (collectively, the "**Debtors**") each filed a petition for relief under chapter 11 of title 11 of

the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the

Northern District of California (the "**Bankruptcy Court**"). By Order dated July 1, 2020 [Docket No.

2806] (the "**Bar Date Order**"), the Bankruptcy Court previously established **October 21, 2019** at

**5:00 p.m. (Prevailing Pacific Time)** (the "**Original Bar Date**") as the last date and time for each

person or entity to file a proof of claim (each a "**Proof of Claim**") with respect to a prepetition claim

against the Debtors.

By Order, dated February [•], 2020 [Docket No. [•] (the "**Bar Date Extension Order**[1]"), the

Bankruptcy Court extended the Original Bar Date to **March 31, 2020 at 5:00 p.m. (Prevailing**

**Pacific Time)** (the "**Extended Securities Claims Bar Date**") solely with respect to persons or

---

[1] Capitalized terms used but not herein defined shall have the meanings ascribed to such terms in
the Bar Date Extension Order.

entities that purchased or acquired the Debtors' publicly traded debt or equity securities during the period April 29, 2015 through November 15, 2018 and who may have claims against the Debtors for rescission or damages (the "**Rescission and Damage Claims**").

### WHO MUST SUBMIT A SECURITIES CLAIM PROOF OF CLAIM FORM

If you believe you have a Rescission and Damage Claim against either of the Debtors (*e.g.*, you purchased or acquired PG&E's debt or equity securities from April 29, 2015 through November 15, 2018 and believe you have suffered losses as a result of allegedly false statements and omissions and other conduct by the Debtors) you or your authorized agent or attorney **MUST** file a Proof of Claim for your Rescission and Damage Claim prior to March 31 2020 at 5:00 p.m. (Prevailing Pacific Time) utilizing the enclosed, customized proof of claim form (the "**Securities Claim Proof of Claim Form**").

Under section 101(5) of the Bankruptcy Code and as used in this notice, the word "claim" means a right to (a) payment, whether such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured. **The fact that you have received this notice does not mean that you have a claim or that the Debtors or the Bankruptcy Court believe that you have a claim against the Debtors.**

You **DO NOT** need to file another Proof of Claim if you already filed a Proof of Claim on account of your Rescission or Damage Claim in the Chapter 11 Cases. You also **DO NOT** need to file a Proof of Claim solely on account of any equity interest that you may hold or held in the Debtors, which interest is based exclusively upon the ownership of common or preferred stock, membership interests, partnership interests, or warrants, options, or rights to purchase, sell, or subscribe to such a security or interest.

**YOU OR YOUR AUTHORIZED AGENT OR ATTORNEY MUST FILE A SECURITIES CLAIM PROOF OF CLAIM FORM ON ACCOUNT OF YOUR RESCISSION AND DAMAGE CLAIM EVEN IF YOU MAY BE INCLUDED IN, OR REPRESENTED BY, A PURPORTED CLASS ACTION, CLASS SUIT, CLASS PROOF OF CLAIM, OR SIMILAR REPRESENTATIVE ACTION FILED AGAINST THE DEBTORS WITH RESPECT TO YOUR CLAIM.**

**<u>PROCEDURES FOR FILING A SECURITIES CLAIM PROOF OF CLAIM FORM</u>**

**ALL SECURITIES CLAIM PROOF OF CLAIM FORMS MUST BE FILED SO AS TO BE <u>ACTUALLY RECEIVED</u> ON OR BEFORE MARCH 31, 2020 AT 5:00 P.M. (PREVAILING PACIFIC TIME) AS FOLLOWS:**

| If electronically: | If by first class mail: |
|---|---|
| Through the website established by the Debtors' Court-approved claims and noticing agent, Prime Clerk LLC ("**Prime Clerk**"), located at https://restructuring.primeclerk.com/pge (the "**Case Website**"), using the interface available under the linked entitled "Submit a Claim" (the "**Electronic Filing System**"). | PG&E Corporation Claims Processing Center c/o Prime Clerk LLC Grand Central Station, PO Box 4850 New York, NY 10163-4850 |
| | **If by overnight courier or hand delivery:** |
| | PG&E Corporation Claims Processing Center c/o Prime Clerk LLC 850 Third Avenue, Suite 412 Brooklyn, NY 11232 |

Securities Claim Proof of Claim Forms will be deemed timely filed only when **<u>actually received</u>** at the addresses listed above or via the Electronic Filing System on or before the Extended Securities Claims Bar Date. If you submit a Securities Claim Proof of Claim Form via the Electronic Filing System, you will receive an email confirmation generated by the Electronic Filing System with an image of your filed Securities Claim Proof of Claim Form. Securities Claim Proof of Claim Forms may not be delivered by facsimile, telecopy, or electronic mail transmission (other than Proofs of Claim filed electronically through the Electronic Filing System). Additional Securities Claim Proof of Claim Forms and instructions may be obtained from Prime Clerk at the Case Website.

All Securities Claim Proof of Claim Forms must be **<u>signed</u>** by the claimant or an authorized agent of the claimant. It must be written in English and the amount, if known, must be denominated in United States currency (using the exchange rate, if applicable, as of the Petition Date). You also

should attach to your completed Proof of Claim any documents on which the claim is based (if voluminous, attach a summary) or explanation as to why the documents are not available.

Your Securities Claim Proof of Claim Form must **not** contain complete social security numbers or taxpayer identification numbers (include only the last four (4) digits), a complete birth date (only the year), the name of a minor (include only the minor's initials), or a financial account number (only the last four (4) digits of such account number).

IF YOU ARE ASSERTING A RESCISSION AND DAMAGE CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR AND YOU MUST IDENTIFY ON YOUR PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR RESCISSION AND DAMAGE CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S CHAPTER 11 CASE. A LIST OF THE NAMES OF THE DEBTORS AND THEIR CASE NUMBERS IS SET FORTH ABOVE.

YOU MUST CHECK ONE (AND ONLY ONE) CUSIP NUMBER ON ANNEX A, PART I OF THE SECURITIES CLAIM PROOF A CLAIM FORM. IF YOU ARE ASSERTING A RESCISSION OR DAMAGE CLAIM BASED ON MORE THAN ONE CUSIP NUMBER, YOU MUST MAKE ADDITIONAL COPIES OF ANNEX A, PART I. FOR EACH ANNEX A, PART I, YOU MUST ALSO SUBMIT A CORRESPONDING ANNEX A, PART II. (FOR EXAMPLE, IF YOU ARE ASSERTING THREE RESCISSION OR DAMAGE CLAIMS ON ACCOUNT OF THREE (3) CUSIPS, YOU MUST SUBMIT THREE (3) SEPARATE VERSIONS OF ANNEX A, PART I ALONG WITH THREE (3) CORRESPONDING VERSIONS OF ANNEX A, PART II. ANY SECURITIES CLAIM PROOF OF CLAIM FORM THAT LACKS A CHECKED BOX ON ANNEX A, PART I, OR HAS MULTIPLE BOXES CHECKED ON ONE ANNEX A, PART I WILL BE DEEMED INVALID.

**CONSEQUENCES OF FAILING TO FILE A SECURITIES CLAIM PROOF OF CLAIM FORM BY THE EXTENDED SECURITIES CLAIMS BAR DATE**

**THE EXTENDED DEADLINE FOR FILING RESCISSION AND DAMAGE CLAIMS IS MARCH 31, 2020 AT 5:00 P.M. (PREVAILING PACIFIC TIME). ANY PERSON OR ENTITY WHO HAS A RESCISSION AND DAMAGE CLAIM AND DOES NOT FILE A SECURITIES CLAIM PROOF OF CLAIM FORM BY THAT DATE AND TIME MAY NOT VOTE OR RECEIVE A DISTRIBUTION UNDER ANY PLAN OF REORGANIZATION AND SUCH CLAIM WILL BE SUBJECT TO DISCHARGE. FURTHER, IF SUCH RESCISSION AND DAMAGE CLAIM IS DISCHARGED, THE POTENTIAL CLAIMANT**

**WILL BE FOREVER BARRED AND PREVENTED FROM ASSERTING THE RESCISSION AND DAMAGE CLAIM AGAINST THE DEBTORS OR THEIR PROPERTY.**
<u>**ADDITIONAL INFORMATION ON THE CHAPTER 11 CASES**</u>

Copies of all of the documents filed in the Chapter 11 Cases can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Bankruptcy Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from Prime Clerk at the Case Website. Note that a PACER password is needed to access documents on the Bankruptcy Court's website. If you require additional information regarding this notice, you may contact Prime Clerk at (844) 627-5328 (toll free) for U.S.-based parties; at +1 (347) 226-7122 for International parties or by e-mail at: pgeinfo@primeclerk.com.

**Please note that Prime Clerk cannot provide legal advice. A holder of a potential Rescission and Damage Claim against the Debtors should consult an attorney with respect to any legal advice it believes it may need.**

Dated: February [•], 2020

          **WEIL, GOTSHAL & MANGES LLP**
          **KELLER & BENVENUTTI LLP**

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>Exhibit B</u>**

**Securities Proof of Claim Form**

**United States Bankruptcy Court, Northern District of California**

| |
|---|
| Fill in this information to identify the case (Select only one Debtor per claim form): |
| ❑ PG&E Corporation (19-30088) |
| ❑ Pacific Gas and Electric Company (19-30089) |

Official Form 410

# Securities Proof of Claim
04/19

**This form is for holders of the Debtors' debt or equity securities who purchased or acquired their securities between April 29, 2015 and November 15, 2018 and are asserting claims against the Debtors for rescission and damages under Section 510(b) of the Bankruptcy Code. Read the instructions before filing this Securities Proof of Claim.**

| |
|---|
| THIS FORM IS TO BE USED <u>ONLY</u> FOR CLAIMANTS THAT PURCHASED OR ACQUIRED THE DEBTORS' DEBT OR EQUITY SECURITIES BETWEEN APRIL 29, 2015 AND NOVEMBER 15, 2018 TO ASSERT CLAIMS FOR RESCISSION AND DAMAGES UNDER SECTION 510(b) OF THE BANKRUPTCY CODE AND NOT ANY OTHER CLAIMS.<br><br>DO <u>NOT</u> USE THIS FORM TO ASSERT A CLAIM BASED SOLELY ON ACCOUNT OF YOUR OWNERSHIP OF COMMON STOCK OR OTHER EQUITY SECURITIES OF THE DEBTORS. |

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

| Part 1: | Identify the Claim |
|---|---|

| | |
|---|---|
| 1. **Who is the current creditor?** | _____<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the Debtor _____ |
| 2. **Has this claim been acquired from someone else?** | ❑ No<br>❑ Yes. From whom? _____ |

Case: 19-30088    Doc# 5787-1    Filed: 02/14/20    Entered: 02/14/20 16:01:06    Page 14 of 21

WEIL:\97379691\4\67615.0014

| | | |
|---|---|---|
| **3.** | **Are you asserting a Claim for rescission and damages under Section 510(b) of the Bankruptcy Code?** | <u>Check the box below to indicate whether you are asserting a claim for rescission and damages under section 510(b) of the Bankruptcy Code, arising from the purchase and/or acquisition of the Debtors' debt and/or equity securities that you held between April 29, 2015 and November 15, 2018.  You are directed to check only one box below:</u> |

☐ Debt Securities;

☐ Equity Securities; or

☐ Debt Securities and Equity Securities

**Please also check the applicable CUSIP on Annex A, Part I (attached hereto) for the equity or debt securities to which this Proof of Claim applies (hereinafter "the Securities").  You may check one (<u>and only one</u>) box on Annex A, Part I.  If you held multiple CUSIPs, you must make additional copies of Annex A, Part I, so that you submit a <u>separate</u> Annex A, Part I for each CUSIP.  You must also submit a corresponding Annex A, Part II with the requested documentation to accompany each Annex A, Part I (i.e., for each applicable CUSIP held).  Similarly, if you held multiple CUSIPs, you must also make additional copies of Annex A, Part II, so that you submit a <u>separate</u> Annex A, Part II for each CUSIP**

**In addition to completing this Securities Proof of Claim, including checking the appropriate box on Annex A, Part I and providing the detail in Annex A, Part II, you are also required to attach to this Securities Proof of Claim any applicable detail regarding your holdings of the securities between April 29, 2015 and November 15, 2018.**

**Once you have completed each separate Annex A, Part I and Part II, please affix them to this Securities Proof of Claim.  If you are submitting your Proof of Claim electronically, you will be asked to scan all Annex A, Part I and Part II and supporting documentation.**

---

| | | | |
|---|---|---|---|
| **4.** | **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |

Name _____          Name _____

Number      Street                                   Number      Street

City            State            ZIP Code          City            State            ZIP Code

Contact phone _____    Contact phone _____

Contact email _____     Contact email _____

| | | |
|---|---|---|
| **5.** | **Does this claim amend one already filed?** | ☐ No<br>☐ Yes.  Claim number on court claims registry (if known) _____          Filed on _____  MM / DD / YYYY |

| | | |
|---|---|---|
| **6.** | **Do you know if anyone else has filed a proof of claim for this claim?** | ☐ No<br>☐ Yes. Who made the earlier filing? _____ |

Case: 19-30088     Doc# 5787-1     Filed: 02/14/20     Entered: 02/14/20 16:01:06     Page 15 of 21

**7. Do you have any number you use to identify the debtor?**

☐ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**8. How much is the claim?**

$_____. **Does this amount include interest or other charges?**

☐ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**9. Is all or part of the claim secured?**

☐ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%

☐ Fixed

☐ Variable

**10. Is this claim subject to a right of setoff?**

☐ No

☐ Yes. Identify the property: _____

DRAFT

| Part 3: | Sign Below |
|---------|-----------|

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____ (mm/dd/yyyy)

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name _____
First name                    Middle name                    Last name

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
Number            Street

_____
City                                    State        ZIP Code

Contact phone _____        Email _____

Case: 19-30088    Doc# 5787-1    Filed: 02/14/20    Entered: 02/14/20 16:01:06    Page 17
WEIL:97379691\6\67615.0014

# Annex A
## Part I

**Check only one box below.  If you hold multiple CUSIPs, you must make additional copies of Part I and Part II.**

| Check One Box Below | Issuer of Securities | Securities Description | CUSIP Number | ISIN Number |
|---|---|---|---|---|
| ☐ | Pacific Gas & Electric Co | 3.95% due 12/1/2047 | 694308HY6 | US694308HY69 |
| ☐ | Pacific Gas & Electric Co | 3.95% due 12/1/2047 | 694308HX8 | US694308HX86 |
| ☐ | Pacific Gas & Electric Co | 3.95% due 12/1/2047 | U69430AF0 | USU69430AF01 |
| ☐ | Pacific Gas & Electric Co | 4% due 12/1/2046 | 694308HR1 | US694308HR19 |
| ☐ | Pacific Gas & Electric Co | 4.25% due 3/15/2046 | 694308HN0 | US694308HN05 |
| ☐ | Pacific Gas & Electric Co | 4.75% due 2/15/2044 | 694308HH3 | US694308HH37 |
| ☐ | Pacific Gas & Electric Co | 4.3% due 3/15/2045 | 694308HL4 | US694308HL49 |
| ☐ | Pacific Gas & Electric Co | 5.125% due 11/15/2043 | 694308HF7 | US694308HF70 |
| ☐ | Pacific Gas & Electric Co | 4.6% due 6/15/2043 | 694308HD2 | US694308HD23 |
| ☐ | Pacific Gas & Electric Co | 3.75% due 8/15/2042 | 694308HA8 | US694308HA83 |
| ☐ | Pacific Gas & Electric Co | 4.45% due 4/15/2042 | 694308GZ4 | US694308GZ44 |
| ☐ | Pacific Gas & Electric Co | 4.5% due 12/15/2041 | 694308GY7 | US694308GY78 |
| ☐ | Pacific Gas & Electric Co | 5.4% due 1/15/2040 | 694308GS0 | US694308GS01 |
| ☐ | Pacific Gas & Electric Co | 6.25% due 3/1/2039 | 694308GQ4 | US694308GQ45 |
| ☐ | Pacific Gas & Electric Co | 6.35% due 2/15/2038 | 694308GM3 | US694308GM31 |
| ☐ | Pacific Gas & Electric Co | 5.8% due 3/1/2037 | 694308GJ0 | US694308GJ02 |
| ☐ | Pacific Gas & Electric Co | 5.8% due 3/1/2037 | 694308GK7 | US694308GK74 |
| ☐ | Pacific Gas & Electric Co | 6.05% due 3/1/2034 | 694308GE1 | US694308GE15 |
| ☐ | Pacific Gas & Electric Co | 6.05% due 3/1/2034 | 694308GH4 | US694308GH46 |
| ☐ | Pacific Gas & Electric Co | 4.65% due 8/1/2028 | 694308JA6 | US694308JA65 |
| ☐ | Pacific Gas & Electric Co | 4.65% due 8/1/2028 | U69430AH6 | USU69430AH66 |
| ☐ | Pacific Gas & Electric Co | 3.3% due 12/1/2027 | 694308HW0 | US694308HW04 |
| ☐ | Pacific Gas & Electric Co | 3.3% due 12/1/2027 | U69430AE3 | USU69430AE36 |
| ☐ | Pacific Gas & Electric Co | 3.3% due 12/1/2027 | 694308HV2 | US694308HV21 |
| ☐ | Pacific Gas & Electric Co | 3.3% due 3/15/2027 | 694308HS9 | US694308HS91 |
| ☐ | Pacific Gas & Electric Co | 2.95% due 3/1/2026 | 694308HP5 | US694308HP52 |
| ☐ | Pacific Gas & Electric Co | 3.5% due 6/15/2025 | 694308HM2 | US694308HM22 |
| ☐ | Pacific Gas & Electric Co | 3.4% due 8/15/2024 | 694308HK6 | US694308HK65 |
| ☐ | Pacific Gas & Electric Co | 3.75% due 2/15/2024 | 694308HG5 | US694308HG53 |
| ☐ | Pacific Gas & Electric Co | 3.85% due 11/15/2023 | 694308HE0 | US694308HE06 |
| ☐ | Pacific Gas & Electric Co | 4.25% due 8/1/2023 | 694308HZ3 | US694308HZ35 |
| ☐ | Pacific Gas & Electric Co | 4.25% due 8/1/2023 | U69430AG8 | USU69430AG83 |
| ☐ | Pacific Gas & Electric Co | 3.25% due 6/15/2023 | 694308HC4 | US694308HC40 |
| ☐ | Pacific Gas & Electric Co | 2.45% due 8/15/2022 | 694308HB6 | US694308HB66 |
| ☐ | Pacific Gas & Electric Co | 3.25% due 9/15/2021 | 694308GW1 | US694308GW13 |
| ☐ | Pacific Gas & Electric Co | 4.25% due 5/15/2021 | 694308GV3 | US694308GV30 |
| ☐ | Pacific Gas & Electric Co | 3.5% due 10/1/2020 | 694308GT8 | US694308GT83 |
| ☐ | CA INFRA ECON DEV-F | Municipal Bond 1.75% due 11/1/2026 | 13034ASX9 | US13034ASX99 |
| ☐ | CALIFORNIA ST INFRAST | Municipal Bond 1.75% due 11/1/2026 | 13034ASZ4 | US13034ASZ48 |
| ☐ | CA PCR DLY PAPER-PACI | Municipal Bond 4% due 11/1/2026 | 130534XA3 | US130534XA35 |
| ☐ | CA PCR VAR-REF-B-PACI | Municipal Bond 3.5% due 11/1/2026 | 130534XL9 | US130534XL99 |
| ☐ | CA PCR DLY-PAC-E-CONV | Municipal Bond 3.5% due 11/1/2026 | 130534XX3 | US130534XX38 |

| | | | | |
|---|---|---|---|---|
| ☐ | CA INFRA-RF-VAR-A-PAC | Municipal Bond 3.75% due 11/1/2026 | 13033W3H4 | US13033W3H41 |
| ☐ | CA PCR DLY-REF-F-PACI | Municipal Bond 3.25% due 11/1/2026 | 130534XD7 | US130534XD73 |
| ☐ | CA INFR-VR-RF-B-PACIF | Municipal Bond 3.75% due 11/1/2026 | 13033W3J0 | US13033W3J07 |
| ☐ | CA PCR VAR CAPCO MADR | Municipal Bond ADJ% due 9/1/2019 | 130535BA4 | US130535BA48 |
| ☐ | CA POLLUTN-REF-C-PACI | Municipal Bond 3.5% due 12/1/2023 | 130534ZR4 | US130534ZR42 |
| ☐ | SOLANO IRR REF-MONTIC | Municipal Bond 5.47% due 1/1/2020 | 834125BC9 | US834125BC98 |
| ☐ | SOLANO IRR DIST DIV 1 | Municipal Bond 9.15% due 1/1/2020 | 834125AN6 | US834125AN62 |
| ☐ | SOLANO IRR-UNREF-#2 | Municipal Bond 9.25% due 1/1/2020 | 834125BG0 | US834125BG03 |
| ☐ | SOLANO IRR DIST DIV 2 | Municipal Bond 9.25% due 1/1/2020 | 834125AM8 | US834125AM89 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 8/1/2026 | 694308EV5 | US694308EV57 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 8/1/2026 | 694308FF9 | US694308FF98 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 8/1/2026 | 694308EX1 | US694308EX14 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 8/1/2026 | 694308FR3 | US694308FR37 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 8/1/2026 | 694308FZ5 | US694308FZ52 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 3/1/2026 | 694308EM5 | US694308EM58 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 3/1/2026 | 694308ET0 | US694308ET02 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 3/1/2026 | 694308FQ5 | US694308FQ53 |
| ☐ | Pacific Gas & Electric Co | 7.25% due 3/1/2026 | 694308FY8 | US694308FY87 |
| ☐ | Pacific Gas & Electric Co | 8% due 10/1/2025 | 694308EP8 | US694308EP89 |
| ☐ | Pacific Gas & Electric Co | 8% due 10/1/2025 | 694308EL7 | US694308EL75 |
| ☐ | Pacific Gas & Electric Co | 8% due 10/1/2025 | 694308FM4 | US694308FM40 |
| ☐ | Pacific Gas & Electric Co | 8% due 10/1/2025 | 694308FG7 | US694308FG71 |
| ☐ | Pacific Gas & Electric Co | 8% due 10/1/2025 | 694308EK9 | US694308EK92 |
| ☐ | Pacific Gas & Electric Co | 8.375% due 5/1/2025 | 694308EF0 | US694308EF08 |
| ☐ | Pacific Gas & Electric Co | 8.375% due 5/1/2025 | 694308EJ2 | US694308EJ20 |
| ☐ | Pacific Gas & Electric Co | 8.375% due 5/1/2025 | 694308FX0 | US694308FX05 |
| ☐ | Pacific Gas & Electric Co | 8.8% due 5/1/2024 | 694308DV6 | US694308DV66 |
| ☐ | Pacific Gas & Electric Co | 7.05% due 3/1/2024 | 694308FB8 | US694308FB84 |
| ☐ | Pacific Gas & Electric Co | 7.05% due 3/1/2024 | 694308FP7 | US694308FP70 |
| ☐ | Pacific Gas & Electric Co | 6.75% due 10/1/2023 | 694308EY9 | US694308EY96 |
| ☐ | Pacific Gas & Electric Co | 6.75% due 10/1/2023 | 694308EZ6 | US694308EZ61 |
| ☐ | Pacific Gas & Electric Co | 8.25% due 11/1/2022 | 694308EQ6 | US694308EQ62 |
| ☐ | Pacific Gas & Electric Co | 8.25% due 11/1/2022 | 694308EG8 | US694308EG80 |
| ☐ | Pacific Gas & Electric Co | 8.25% due 11/1/2022 | 694308EN3 | US694308EN32 |
| ☐ | Pacific Gas & Electric Co | 8.25% due 11/1/2022 | 694308FJ1 | US694308FJ11 |
| ☐ | Pacific Gas & Electric Co | 8.25% due 11/1/2022 | 694308FW2 | US694308FW22 |
| ☐ | Pacific Gas & Electric Co | 2.54138% due 11/28/2018 | 694308HU4 | US694308HU48 |
| ☐ | Pacific Gas & Electric Co | 2.54138% due 11/28/2018 | 694308HT7 | US694308HT74 |
| ☐ | Pacific Gas & Electric Co | 2.54138% due 11/28/2018 | U69430AD5 | USU69430AD52 |
| ☐ | Pacific Gas & Electric Co | 8.25% due 10/15/2018 | 694308GN1 | US694308GN14 |
| ☐ | Pacific Gas & Electric Co | 5.625% due 11/30/2017 | 694308GL5 | US694308GL57 |
| ☐ | Pacific Gas & Electric Co | 1.51778% due 11/30/2017 | 694308HQ3 | US694308HQ36 |
| ☐ | Pacific Gas & Electric Co | 0.45835% due 5/11/2015 | 694308HJ9 | US694308HJ92 |
| ☐ | CA INFRA-RF-E-PACIFIC | Municipal Bond 2.25% due 11/1/2026 | 13033W3Z4 | |
| ☐ | CA POLLUTN-REF-A-PACI | Municipal Bond 3.5% due 12/1/2023 | 130534ZP8 | |
| ☐ | CA INFRA REF-GAS-F | Municipal Bond 3.75% due 11/1/2026 | 13033WU84 | |
| ☐ | CA ECON-VAR-RF-E-3/11 | Municipal Bond ADJ% due 11/1/2026 | 13033WF81 | |
| ☐ | CA INFRA VAR-B-PACIFI | Municipal Bond ADJ% due 11/1/2026 | 13033WSA2 | |
| ☐ | CA DEV VAR-A-PACIFIC | Municipal Bond ADJ% due 11/1/2026 | 13033WG31 | |

| | | | | |
|---|---|---|---|---|
| ☐ | CA INFRA VAR-A-PACIFI | Municipal Bond ADJ% due 11/1/2026 | 13033WRZ8 | |
| ☐ | CA ECON-VAR-RF-F-3/12 | Municipal Bond ADJ% due 11/1/2026 | 13033WF99 | |
| ☐ | CA INFRA VAR-F-PACIFI | Municipal Bond ADJ% due 11/1/2026 | 13033WSE4 | |
| ☐ | CA POLLUTN-REF-D-PACI | Municipal Bond 3.5% due 12/1/2023 | 130534ZS2 | |
| ☐ | CA DEV VAR-B-PACIFIC | Municipal Bond ADJ% due 11/1/2026 | 13033WG49 | |
| ☐ | CA INFRA VAR-REF-PACI | Municipal Bond ADJ% due 11/1/2026 | 13033WW25 | |
| ☐ | CA INFRA VAR-PACIFIC | Municipal Bond ADJ% due 11/1/2026 | 13033WW33 | |
| ☐ | CA POLLUTN-REF-B-PACI | Municipal Bond 3.5% due 12/1/2023 | 130534ZQ6 | |
| ☐ | NEVADA IRR YUBA PAC | Municipal Bond 3.75% due 7/1/2013 | 641321BT0 | |
| ☐ | CA POLLT-PAC GAS-REMK | Municipal Bond 4.75% due 12/1/2023 | 130534A83 | |
| ☐ | CA POOLT-PAC GAS-REMK | Municipal Bond 4.75% due 12/1/2023 | 130534B25 | |
| ☐ | CA POOLT-PCS GAS REMK | Municipal Bond 4.75% due 12/1/2023 | 130534B33 | |
| ☐ | CA POLLT-PAC GAS-REMK | Municipal Bond 4.75% due 12/1/2023 | 130534B66 | |
| ☐ | CA POLLT-PAC GAS-REMK | Municipal Bond 4.75% due 12/1/2023 | 130534A91 | |
| ☐ | SOLANO IRR-UNREF-#2 | Municipal Bond 9.15% due 1/1/2020 | 834125BF2 | |
| ☐ | PG&E Corp | Common Stock | 69331C108 | US69331C1080 |
| ☐ | Pacific Gas & Electric Co | Preferred 6% Dividend PERPETUAL | 694308206 | US6943082064 |
| ☐ | Pacific Gas & Electric Co | Preferred 5 PERP/CALL | 694308503 | US6943085034 |
| ☐ | Pacific Gas & Electric Co | Preferred 5.5 PERPETUAL | 694308305 | US6943083054 |
| ☐ | Pacific Gas & Electric Co | Preferred 4.36 PERP/CALL | 694308883 | US6943088830 |
| ☐ | Pacific Gas & Electric Co | Preferred 4.5 PERP/CALL | 694308800 | US6943088004 |
| ☐ | Pacific Gas & Electric Co | Preferred 4.8 PERP/CALL | 694308701 | US6943087014 |
| ☐ | Pacific Gas & Electric Co | Preferred 5 PERP/CALL | 694308602 | US6943086024 |
| ☐ | Pacific Gas & Electric Co | Preferred 5 PERPETUAL | 694308404 | US6943084045 |
| ☐ | PG&E Corp | Preferred 8 PERP/CALL | 694308834 | |
| ☐ | PG&E Corp | Preferred 7.04 PERP/CALL | 694308685 | |
| ☐ | PG&E Corp | Preferred 7.44 PERP/CALL | 694308719 | |
| ☐ | PG&E Corp | Preferred 9 PERP/CALL/SINK | 6943082*7 | |
| ☐ | PG&E Corp | Preferred 6.57 CALL/SINK | 694308693 | |
| ☐ | PG&E Corp | Preferred 10.28 PERP/CALL | 694308768 | |
| ☐ | PG&E Corp | Preferred 10.46 PERP/CALL | 694308792 | |
| ☐ | PG&E Corp | Preferred 8.2 PERP/CALL | 694308826 | |
| ☐ | PG&E Corp | Preferred 7.9 CALLABLE | 694308644 | |
| ☐ | PG&E Corp | Preferred 10.18 PERP/CALL | 694308784 | |
| ☐ | PG&E Corp | Preferred 6.875 PERP/CALL | 694308677 | |
| ☐ | PG&E Corp | Preferred 9.3 PERP/CALL | 694308776 | |
| ☐ | PG&E Corp | Preferred 9.48 PERP/CALL | 694308818 | |
| ☐ | PG&E Corp | Preferred 7.84 PERP/CALL | 694308842 | |
| ☐ | PG&E Corp | Preferred 9 PERP/CALL | 694308859 | |
| ☐ | PG&E Corp | Preferred 8.16 PERP/CALL | 694308867 | |
| ☐ | PG&E Corp | Preferred 9.28 PERP/CALL | 694308875 | |
| ☐ | PG&E Corp | Preferred 10.17 CALL/SINK | | |
| ☐ | PG&E Corp | Preferred 6.3 CALL/SINK | 694308651 | |

# Annex A

## Part II

Please note that you must submit a **_SEPARATE_** Part II for **_EACH_** CUSIP you check in Part I.  If you hold more than one CUSIP, you must make additional copies of both Part I and Part II and affix them, so that there is a separate Part I and Part II for each CUSIP.

### Beginning Holdings:

On the line below, state the total number of equity securities (in shares) or debt securities (in dollars) held as of the opening of trading on April 29, 2015.  If none, write "0 shares" or "$0".  Please provide documentation.

_____ (shares / dollars)

### Purchase / Acquisitions

Separately list each and every purchase or acquisition of the Debtors' equity securities or debt securities from April 29, 2015 through November 15, 2018, both dates inclusive, and provide the following information (must be documented)

| Trade Date (List Chronologically) (Month/Day/ Year) | Number of Shares or Amount of Notes (*in dollars*) Purchased | Price per Share / Note | Total Cost (excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### Sales

Separately list each and every sale of the Debtors' equity securities or debt securities from April 29, 2015 through November 15, 2018, both dates inclusive, and provide the following information (must be documented)

| Trade Date (List Chronologically) (Month/Day/ Year) | Number of Shares or Amount of Notes (*in dollars*) Sold | Price per Share / Note | Total Cost (excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### Ending Holdings:

 On the line below, state the total number of the Debtors' equity securities (in shares) or debt securities (in dollars) held as of the close of trading on November 15, 2018.  If none, write "0 shares" or "$0".  Please provide documentation.

_____ (shares / dollars)