Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:    415-659-2600
Facsimile:    415-659-2601
Email:   rjulian@bakerlaw.com
Email:   cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>     **-and-**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                **Debtors**<br><br>□ Affects PG& E Corporation<br><br>□ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br><br><br><br><br><br><br><u>**CERTIFICATE OF SERVICE**</u> |

I, Heidi Hammon-Turano, do declare and state as follows:

1. I am employed in San Francisco County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 600 Montgomery Street, Suite 3100, San Francisco, CA 94111-2806.

2. I certify that February 14, 2020, I caused a true and correct copy of each of the following documents to be served via e-mail on the Standard Party Email Service List attached hereto as **Exhibit A**:

- *Supplemental Brief And Reservation Of Rights Of Official Committee Of Tort Claimants' To Securities Lead Plaintiff's Motion To Apply Bankruptcy Rule 7023 To Class Proof Of Claim (Dkt. No. 5042).*

3. I certify that on February 14, 2020, I caused a true and correct copy of each of the above documents to be served via First Class Mail on the Standard Party Hardcopy First Class Service List attached hereto as **Exhibit B**.

4. I certify that on February 14, 2020, I caused a true and correct copy of the above documents to be served via email on the Selected Email Service List attached hereto as **Exhibit C**:

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 14th day of February, 2020, at San Francisco, California.

Heidi Hammon-Turano

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Special Counsel to Debtors | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, Kevin J. Orsini, George E. Zobitz, Stephen M. Kessing and Nicholas A. Dorsey, Omid H. Nasab | pzumbro@cravath.com<br>korsini@cravath.com<br>jzobitz@cravath.com<br>skessing@cravath.com<br>ndorsey@cravath.com<br>onasab@cravath.com |
| Counsel to Debtors | Keller & Benvenutti LLP | Attn: Tobias Keller, Jane Kim | tkeller@kellerbenvenutti.com<br>jkim@kellerb envenutti.com |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. ,Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil, Gregory A. Bray, Thomas R. Kreller, Alan J. Stone, Samir Vora | ddunne@milbank.com<br>skhalil@milbank.com<br>Gbray@milbank.com<br>TKreller@milbank.com<br>astone@milbank.com<br>svora@milbank.com |
| Counsel for the administrative agent under the Debtors' debtor in possession financing facilities | Stroock & Stoock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo, Frank A. Merola | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| PG&E Shareholders | Jones Day | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston, | bbennett@jonesday.com jmester@jonesday.com jjohnston@jonesday.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Ashley Vinson Crawford | avcrawford@akingump.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | mstamer@akingump.com idizengoff@akingump.com dbotter@akingump.com |
| Co-Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Braunhagey & Borden LLP | Attn: J. Noah Hagey, Jeffrey M. Theodore, David H. Kwasniewski, Andrew Levine | hagey@braunhagey.com theodore@braunhagey.com kwasniewski@braunhagey.com levine@braunhagey.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Daniel I. Forman, Benjamin P. McCallen; Antonio Yanez, Jr., Erica L. Kerman, Jonathan D. Waisnor, Matthew Freimuth | mfeldman@willkie.com jminias@willkie.com dforman@willkie.com bmccallen@willkie.com ayanez@willkie.com ekerman@willkie.com jwaisnor@willkie.com mfreimuth@willkie.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Diemer & Wei, LLP | Attn: Kathryn S. Diemer | kdiemer@diemerwei.com |

# EXHIBIT B
## Standard Parties Hardcopy First Class Mail Service List
## Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Debtors | PG&E Corporation and Pacific Gas and Electric Company | Attn: Janet Loduca<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94105 |
| U.S. Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>Washington, D.C. 20555-0001 |

**Exhibit C**
**Selected Email Service List**

| DESCRIPTION | NAME | NOTICE NAME | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Bankruptcy Counsel to Lead Plaintiff and the Proposed Class | MICHELSON LAW GROUP | Attn: Randy Michelson | randy.michelson@michelsonlawgroup.com | Email |
| Bankruptcy Counsel to Lead Plaintiff and the Proposed Class | Wagstaffe, Von Loewenfeldt, Busch & Radwick, LLP | Attn: James M. Wagstaffe, Frank Busch | wagstaffe@wvbrlaw.com busch@wvbrlaw.com | Email |
| Bankruptcy Counsel to Lead Plaintiff and the Proposed Class | Labaton Sucharow LLP | Attn: Thomas A. Dubbs, Louis Gottlieb, Carol C. Villegas, Jeffrey A. Dubbin | tdubbs@labaton.com lgottlieb@labaton.com cvillegas@labaton.com jdubbin@labaton.com | Email |
| Bankruptcy Counsel to Lead Plaintiff and the Proposed Class | LOWENSTEIN SANDLER LLP | Attn: Michael S. Etkin, Andrew Behlmann, Gabriel L. Olivera | metkin@lowenstein.com abehlmann@lowentstein.com golivera@lowenstein.com | Email |