# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from December 1, 2019 through December 31, 2019 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Tobias S. Keller | Partner | 1990 | 800 | 20.6 | $16,480 |
| Peter J. Benvenutti | Partner | 1974 | 800 | 101.7 | $81,360 |
| Jane Kim | Partner | 2003[1] | 650 | 37.2 | $24,180 |
| Keith A. McDaniels | Of Counsel | 1997 | 600 | 1.8 | $1,080 |
| Dara L. Silveira | Associate | 2010 | 400 | 93.7 | $37,480 |
| Thomas B. Rupp | Associate | 2011 | 400 | 69.8 | $27,920 |
| Hadley Roberts-Donnelly | Paralegal Trainee | N/A | 150 | 32 | $4,800 |
| **Total Professionals:** | | | | **356.8** | **$193,300** |

[1] Member of the California Bar since 2014

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 763 | 161.3 | $123,100 |
| Associates | 400 | 163.5 | $65,400 |
| **Blended Attorney Rate** | **580** | **324.8** | **$188,500** |
| Paraprofessionals and other non-legal staff | 150 | 32 | $4,800 |
| **Total Fees Incurred** | **542** | **356.8** | **$193,300** |