# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY KELLER & BENVENUTTI LLP
## DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Omnibus & Miscellaneous Court Appearances | 49.5 | $22,780 |
| 004 | General Case Administration | 31.3 | $8,930 |
| 005 | Automatic Stay Proceedings | 101.7 | $66,545 |
| 006 | IDI, Meeting of Creditors and Creditor Inquiries | .1 | $80 |
| 007 | Professional Retention and Compensation – Keller & Benvenutti | 7.8 | $3,480 |
| 008 | Professional Retention and Compensation – Other Professionals | 16.1 | $6,820 |
| 009 | Financing and Cash Collateral | 2.7 | $1,455 |
| 014 | Employee Matters | 1.1 | $640 |
| 015 | Supplier Issues | 1.7 | $805 |
| 016 | General Asset Analysis and Recovery | .2 | $160 |
| 017 | Sale or Use of Property – Motions | .6 | $390 |
| 018 | Executory Contract Issues | 34.4 | $18,440 |
| 020 | Regulatory Issues | 5.6 | $4,040 |
| 021 | Plan – Advice, Strategy and Negotiation | 7.8 | $5,565 |
| 022 | Plan and Disclosure Statement – Preparation of Documents | 15.3 | $7,510 |
| 026 | Wildfire Litigation | 13.5 | $6,705 |
| 027 | Claims Review | 10.4 | $5,795 |
| 028 | Claim Disputes and Resolution | 47.4 | $27,675 |
| 032 | USDC Probation Compliance | 1.8 | $1,080 |
| 036 | Miscellaneous Litigation Issues and Advice | 7.2 | $4,005 |
| 037 | Appeals | .6 | $400 |
| **TOTAL** | | **356.8** | **$193,300** |