# EXHIBIT C

## EXPENSE SUMMARY
## DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $0 |
| Meals | $0 |
| Travel | $0 |
| Transportation | $103.58 |
| Printing and Duplication | $2,259.37 |
| Transcription Services | $3,983.2 |
| Telephone Conferencing | $0 |
| Messenger | $753.34 |
| Filing Fees | $298 |
| **Total Expenses Requested:** | **$7,397.49** |