**EXHIBIT E**



650 California Street, Suite 1900  
San Francisco, CA 94108  
Email: admin@kellerbenvenutti.com

Billing Statement No. 122019  
Date: 02/18/2020  
Due Upon Receipt

PG&E Corporation  
Attn: Janet Loduca  
77 Beale Street  
San Francisco, CA 94105

## 00138-31 PG&E

## Chapter 11 representation- Expenses

| Type | Date | Description | Quantity | Rate | Fees and Expenses Total |
| --- | --- | --- | --- | --- | --- |
| Expense | 12/04/2019 | E109 Local travel: Uber to court for 12.4 hearing | 1.00 | $9.50 | $9.50 |
| Expense | 12/04/2019 | E109 Local travel: Uber from court to office for 12.4 hearing | 1.00 | $9.83 | $9.83 |
| Expense | 12/06/2019 | E107 Delivery services/messengers: Nationwide Invoice No. 362509. | 1.00 | $568.34 | $568.34 |
| Expense | 12/06/2019 | E116 Trial transcripts: eScribers Invoice No. 293357. | 1.00 | $992.20 | $992.20 |
| Expense | 12/09/2019 | E109 Local travel: Uber to court for 12.4 hearing. | 1.00 | $12.07 | $12.07 |
| Expense | 12/09/2019 | E109 Local travel: Uber from court to office for 12.4 hearing | 1.00 | $12.18 | $12.18 |
| Expense | 12/11/2019 | E109 Local travel: Uber from court to office for 12.11 hearing | 1.00 | $12.30 | $12.30 |
| Expense | 12/12/2019 | E116 Trial transcripts: eScribers Invoice No. 295307 | 1.00 | $774.40 | $774.40 |
| Expense | 12/13/2019 | E102 Outside printing: Clear Discovery Invoice No. 0001272 | 1.00 | $481.88 | $481.88 |
| Expense | 12/16/2019 | E102 Outside printing: ClearDiscovery Invoice No. 0001275 | 1.00 | $1,777.49 | $1,777.49 |
| Expense | 12/17/2019 | E109 Local travel: Car from 12.17 hearing to office | 1.00 | $12.14 | $12.14 |
| Expense | 12/17/2019 | E116 Trial transcripts: Debra Pas, Transcript for 12.17 hearing | 1.00 | $87.00 | $87.00 |
| Expense | 12/17/2019 | E112 Court fees: Fee for Notice of Appeal of Final Order on Inverse Condemnation | 1.00 | $298.00 | $298.00 |
| Expense | 12/17/2019 | E109 Local travel: Uber from office to Court for December 17 hearing. | 1.00 | $12.88 | $12.88 |
| Expense | 12/17/2019 | E109 Local travel: Uber from Court to office for December 17 hearing. | 1.00 | $11.66 | $11.66 |
| Expense | 12/19/2019 | E116 Trial transcripts: eScribers Invoice No. 296967 | 1.00 | $2,129.60 | $2,129.60 |
| Expense | 12/20/2019 | E109 Local travel: Car from PUC hearing to office | 1.00 | $11.02 | $11.02 |
| Expense | 12/20/2019 | E107 Delivery services/messengers: Nationwide Invoice No. 362859 | 1.00 | $185.00 | $185.00 |

| Time Keeper | Position | Time | Rate | Fees and Expenses Total |
| --- | --- | --- | --- | --- |

Case: 19-30088    Doc# 5808-5    Filed: 02/18/20    Entered: 02/18/20 11:51:01    Page 2 of 3

| | |
|---|---|
| **Fees and Expenses Subtotal** | **$7,397.49** |
| **Fees and Expenses Total** | **$7,397.49** |