# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Andrew Q. Chan, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On February 12, 2020, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

3. On February 14, 2020, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

4. On February 17, 2020, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

1

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 18th day of February 2020, at New York, NY.

_____
Andrew Q. Chan

**Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5712 | PJS Lumber Inc, dba PJ's Rebar Inc<br>45055 Fremont Blvd<br>Fremont, CA 94538 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | February 12, 2020 |
| 5713 | Windy Tree Inc.<br>PO Box 1972<br>Corona, CA 92878<br><br>Windy Tree Inc.<br>PO Box 2152<br>Oakdale, CA 95361 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | February 12, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5714 | San Joaquin Valley Railroad Co. Genesee & Wyoming Railroad Services 200 Meridian Centre, Ste 300 Rochester, NY 14618<br><br>San Joaquin Valley Railroad Co. 27603 Network Place Chicago, IL 60673-1276<br><br>San Joaquin Valley Railroad Co. 1166 Oak Ave Woodland, CA 95695<br><br>San Joaquin Valley Railroad Co. 221 North F St Exeter, CA 93221 | Bradford Capital Holdings, LP c/o Bradford Capital Management, LLC Attn: Brian Brager PO Box 4353 Clifton, NJ 07012 | February 12, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5715 | Computer Training Source Inc. 4900 Hopyard Rd Ste 100 Pleasanton, CA 94588 | Bradford Capital Holdings, LP c/o Bradford Capital Management, LLC Attn: Brain Brager PO Box 4353 Clifton, NJ 07012 | February 12, 2020 |

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5764 | Occidental Fire and Casualty Company of North Carolina<br>IAT Insurance Group<br>Attn: Lawrence Beemer, Vice Predsident of Claims<br>702 Oberlin Road<br>Raleigh, NC 27605<br><br>Occidental Fire and Casualty Company of North Carolina<br>c/o Kevin Bush, Esq. and Howard Maycon, Esq.<br>Attn: Cozen O' Connor<br>501 West Broadway, Suite 1610<br>San Diego, CA 92101 | Jefferies Leveraged Credit Products, LLC<br>c/o Jeffries LLC<br>Attn: Erin Grambling<br>520 Madison Avenue, Third Floor<br>New York, NY 10022 | February 14, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5765 | Absolute Consulting, Inc<br>7552 Navarre Parkway, Suite 63<br>Navarre, FL 32566 | Contrarian Funds, LLC<br>Attn: Alisa Mumola<br>411 West Putnam Ave., Suite 425<br>Greenwich, CT 06830<br><br>Contrarian Funds, LLC<br>Attn: 392426<br>500 Ross St 154-0455<br>Pittsburgh, PA 15262 | February 14, 2020 |
| 5780 | J-W Power Company<br>Attn: Kevin Tubbs, Vice President<br>15505 Wright Brothers Dr<br>Addison, TX 75001 | Argo Partners<br>Attn: Matthew V. Binstock<br>12 West 37th Street, 9th Floor<br>New York, NY 10018 | February 17, 2020 |
| 5781 | Cannon Corporation<br>1050 Southwood Dr<br>San Luis Obispo, CA 93401 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | February 17, 2020 |

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5782 | Gettler-Ryan, Inc<br>6805 Sierra Ct, Suite G<br>Dublin, CA 94568 | Bradford Capital Holdings, LP<br>c/o Bradford Capital Management, LLC<br>Attn: Brian Brager<br>PO Box 4353<br>Clifton, NJ 07012 | February 17, 2020 |