Signed and Filed: February 18, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:  ) Bankruptcy Case
 ) No. 19-30088-DM
PG&E CORPORATION,  )
 ) Chapter 11
   - and -  )
 ) Jointly Administered
PACIFIC GAS AND ELECTRIC COMPANY, )
 )
  Debtors.  )
 )
 )
☐ Affects PG&E Corporation  )
☐ Affects Pacific Gas and  )
   Electric Company  )
☒ Affects both Debtors  )
 )
* *All papers shall be filed in*  )
*the Lead Case, No. 19-30088 (DM).* )
 )

**ORDER FOR FURTHER MEDIATION**

The court believes the exigencies of these cases require further attempts by the appointed Mediator to assist certain parties to resolve differences, which unresolved, may adversely affect a successful effort by all to achieve confirmation of a chapter 11 plan by June 30, 2020.

Accordingly, the principal counsel for the Debtors and the counsel named below, and their respective clients'

-1-

representatives with settlement authority, are ordered to be available on an expedited basis to meet when, where and as directed by the Mediator, to in good faith in attempt to resolve the following disputes:

1. The omnibus objection (Dkt. No. 5096) of the TCC to claims filed by the California Governor's Office of Emergency Services (Claim Nos. 87748, 87754 & 87755) in the amount of approximately $2.7 billion; the opposition thereto by claimant (Dkt. No. 5743); any related, but yet unfiled contested matter dealing with the classification of those claims (see Dkt. No. 5743, at fn. 2).

2. The omnibus objection (Dkt. No. 4943) of the TCC to claims filed by The Department of Homeland Security/Federal Emergency Management Agency (Claim Nos. 59692, 59734 & 59783), in the amount of approximately $3.9 billion; joined by Debtors (Dkt. No. 5639) and others (see Dkt. No. 5753, at fn. 1); the opposition thereto by claimant (Dkt. No. 5753); and any related issues that may arise between claimant and Debtors as Plan Proponent regarding classification.

3. The dispute between Debtors, joined by the TCC, and opposed by counsel for Securities Lead Plaintiffs and the Class regarding application of FRBP 7023 or the extension of a claims bar date for certain persons (See Tentative Ruling Regarding Motion to Apply Rule

7023 (Dkt. No. 5604), Supplemental Briefs (Dkt. Nos. 5786 & 5787), and related submissions).

The issues presented in Paragraphs 1 and 2 are obviously related. It is up to the Mediator to decide whether to consider them together or separately. The issue presented in Paragraph 3 are unrelated to the other two and are joined in this order solely for convenience.

All of the terms and conditions of the engagement and compensation of the Mediator in the Order Appointing Mediator (Dkt. No. 4499) remain in effect.

**\*\*END OF ORDER\*\***