**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:  (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:  (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☑ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**STIPULATION BETWEEN DEBTOR PACIFIC GAS AND ELECTRIC COMPANY AND CRISTINA MENDOZA FOR LIMITED RELIEF FROM THE AUTOMATIC STAY**<br><br>[Relates to Dkt. Nos. 5535]<br><br>[Resolving Motion Set for Hearing February 26, 2020 at 10:00 am] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

This stipulation (the "**Stipulation**") is entered into by and between Pacific Gas and Electric Company (the "**Utility**"), as debtor and debtor in possession, and movant Cristina Mendoza ("**Mendoza**"). The Utility and Mendoza are referred to in this Stipulation collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

**RECITALS**

A. On January 28, 2020, Mendoza filed the *Motion for Relief from Stay* [Dkt. 5535] (the "**Motion**"). Mendoza set the Motion for hearing on February 26, 2020, at 10:00 a.m. [Dkt. 5538] (the "**Hearing**").

B. In the Motion, Mendoza seeks relief from the automatic stay to file an amended complaint (the "**Amended Complaint**") in the case pending in the United States District Court for the Northern District of California (the "**District Court**"), *Mendoza v. Pacific Gas & Electric Company, et al.*, Case No. 17-03579-SVK (the "**District Court Action**").

C. Mendoza filed the District Court Action on June 21, 2017. Her complaint (the "**Original Complaint**") alleges claims against specific defendants, as identified in the Original Complaint, for: (1) violations of the Americans with Disabilities Act, the Unruh Civil Rights Act, and the California Health and Safety Code, and (2) negligence, all relating to a fall Mendoza sustained on June 16, 2016.

D. The Utility filed its answer, denying all allegations, on September 21, 2017 (the "**Answer**").

E. The Utility and its parent, PG&E Corporation, filed these Chapter 11 Cases on January 29, 2019.

F. On February 1, 2019, the Utility filed a *Notice of Bankruptcy Filing and Imposition of Automatic Stay* in the District Court Action.

**NOW, THEREFORE, IT HEREBY IS STIPULATED AND AGREED BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. This Stipulation shall be effective upon entry of an order by this Court approving it (the "**Approved Order**").

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2. This Stipulation resolves the Motion, and upon entry of the Approved Order, the Hearing shall be taken off calendar.

3. The automatic stay is modified for the sole and limited purpose of allowing Mendoza to file in the District Court Action the version of the Amended Complaint attached hereto as **Exhibit 1** or a similar version that does not change any allegations or facts as to the Utility.

4. Mendoza warrants that the Amended Complaint does not contain any allegations as to the Utility that are new or different from those in the Original Complaint.

5. The Answer shall be deemed the Utility's answer to the Amended Complaint.

6. Except as expressly provided herein, the automatic stay shall remain in effect as to the District Court Action.

7. This Court shall retain jurisdiction to resolve any dispute regarding, and to enforce, the terms of this Stipulation and the order approving it.

| | |
|---|---|
| Dated: February 18, 2020 | Dated: February 18, 2020 |
| WEIL, GOTSHAL & MANGES LLP<br>KELLER & BENVENUTTI LLP | FRENCH LYON TANG |
| */s/ Peter J. Benvenutti*<br>Peter J. Benvenutti | */s/ Mary Ellmann Tang*<br>Mary Ellmann Tang |
| *Attorneys for Debtors*<br>*and Debtors in Possession* | *Attorneys for Cristina Mendoza* |