**LABATON SUCHAROW LLP**
Thomas A. Dubbs
Carol C. Villegas
Jeffrey A. Dubbin (SBN 287199)
Aram Boghosian
140 Broadway
New York, New York 10005

*Lead Counsel to Lead Plaintiff and the Class*

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, California 94104

*Bankruptcy Counsel to Lead Plaintiff and the Class*

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann (*pro hac vice*)
Scott Cargill
Nicole Fulfree
Colleen Maker
One Lowenstein Drive
Roseland, New Jersey 07068

*Bankruptcy Counsel to Lead Plaintiff and the Class*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**DECLARATION OF ANDREW BEHLMANN IN SUPPORT OF *EX PARTE* MOTION OF SECURITIES LEAD PLAINTIFF PURSUANT TO B.L.R. 9006-1 REQUESTING ORDER SHORTENING TIME FOR HEARING ON SECURITIES LEAD PLAINTIFF'S MOTION TO STRIKE DECLARATION OF CHRISTINA PULLO IN SUPPORT OF THE DEBTORS' SUPPLEMENTAL BRIEF IN RESPONSE TO THE COURT'S TENTATIVE RULING REGARDING MOTION TO APPLY RULE 7023 AND ORDER SETTING DEADLINE [ECF NO. 5789]**<br><br>Related Document: Dkt. 5814<br><br>[No hearing requested] |

I, Andrew D. Behlmann, Esq., hereby declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am a Partner of the law firm of Lowenstein Sandler LLP, bankruptcy counsel in these chapter 11 cases of the above-captioned debtors in possession (the "**Debtors**") to Public

1. Employees Retirement Association of New Mexico, the court-appointed lead plaintiff ("**Lead Plaintiff**") in the securities class action styled as *In re PG&E Corporation Securities Litigation,* Case No. 3:18-cv-03509-RS, the ("**Securities Litigation**"), pending in the United States District Court for the Northern District of California.

2. I submit this Declaration in support of the *Ex Parte Motion of Securities Lead Plaintiff Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Securities Lead Plaintiff's Motion to Strike Declaration of Christina Pullo in Support of the Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline [ECF No. 5789]* (the "**Motion to Shorten Time**"), filed contemporaneously herewith.[1] Except as otherwise indicated herein, the facts set forth in this Declaration are based upon my personal knowledge, information provided to me by Lead Plaintiff, or based upon my knowledge and belief. I am authorized to submit this Declaration on behalf of Lead Plaintiff.

3. In the Motion to Shorten Time, Lead Plaintiff requests that the Motion to Strike be heard on an expedited basis at 1:30 p.m. (prevailing Pacific Time) on February 20, 2020, and that any responses or objections to the Motion to Strike be in writing and filed with the Court and served by 4:00 p.m. (prevailing Pacific Time) on February 19, 2020.

4. On February 17, 2020, a continued hearing was scheduled on the Court's calendar regarding the related Rule 7023 Motion for February 20, 2020 (the "**Continued Rule 7023 Hearing**").

5. Prompt approval of the Motion to Strike is necessary to clarify the scope of the factual record properly before the Court in advance of the Continued Rule 7023 Hearing and before the Court renders a decision on the Rule 7023 Motion.

6. No previous request for the relief sought in the Motion to Shorten Time has been made by Lead Plaintiff to this or any other court.

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the *Securities Lead Plaintiff's Motion to Strike Declaration of Christina Pullo in Support of the Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline [ECF No. 5789]* (the "**Motion to Strike**") or the Motion to Shorten Time, as applicable.

7. The requested time modification will serve to maintain the current schedule for the case.

8. At approximately 12:30 p.m. PST on the date hereof, I reached out to Debtors' counsel, via email, requesting that the Debtors stipulate to the proposed shortened time. Given the necessity that the Motion to Strike be resolved prior to or in conjunction with the Continued Rule 7023 Hearing, it was not feasible to further await a response from the Debtors' counsel or to seek consent other from parties prior to the filing of the Motion to Shorten Time. However, cause exists to hear the Motion to Strike on shortened time, as described therein, in the Motion to Shorten Time, and in the related filings.

I declare under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge, information, and belief, and I understand that I am subject to punishment if any of the foregoing statements made by me are willfully false.

Dated: February 18, 2020        /s/ Andrew D. Behlmann
                                Andrew D. Behlmann, Esq.