Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone: 415-659-2900
Facsimile: 415-659-2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone:   310.820.8800
Facsimile:   310.820.8859
Email:   esagerman@bakerlaw.com
Email:   drichardson@bakerlaw.com
Email:   lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088-(DM) |
| **PG&E CORPORATION** | Chapter 11 <br> (Lead Case) |
| -and- | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF SUBPOENA** |
| **Debtors.** | |
| ☐ Affects PG& E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

**PLEASE TAKE NOTICE** that on or about February 18, 2020, counsel for the Official Committee of Tort Claimants ("**TCC**") issued and intends to serve subpoenas to produce documents, information, and/or objects (the "**Production Subpoenas**") on the entities identified below. Copies of the Production Subpoenas are attached hereto as follows:

- **Exhibit 1** – Butte County Department of Public Works
- **Exhibit 2** – Butte County Mosquito Vector and Control District
- **Exhibit 3** – Butte-Glenn Community College District
- **Exhibit 4** – California Department of Forestry and Fire Protection
- **Exhibit 5** – California Department of Parks and Recreation
- **Exhibit 6** – California Department of Developmental Services
- **Exhibit 7** – California Department of Toxic Substances
- **Exhibit 8** – California Department of Transportation
- **Exhibit 9** – California Insurance Commissioner
- **Exhibit 10** – California Public Utilities Commission
- **Exhibit 11** – California State University, Chico
- **Exhibit 12** – City of Chico
- **Exhibit 13** – City of Santa Clara d/b/a Silicon Valley Power
- **Exhibit 14** – Community Action Partnership of Sonoma County
- **Exhibit 15** – County of Alameda
- **Exhibit 16** – County of Calaveras
- **Exhibit 17** – County of Placer
- **Exhibit 18** – United States Department of the Interior – National Park Service
- **Exhibit 19** – United States Department of the Interior – Bureau of Land Management
- **Exhibit 20** – Department of Veterans Affairs of the State of California
- **Exhibit 21** – Housing Authority of the County of Butte
- **Exhibit 22** – Imperial Irrigation District
- **Exhibit 23** – Lakeport Unified School District

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

- **Exhibit 24** – Marin-Sonoma Mosquito & Vector Control District
- **Exhibit 25** – Mokelumne Hill Sanitary District
- **Exhibit 26** – Mountain Ranch Subdivision Community Service District
- **Exhibit 27** – Paradise Community Council
- **Exhibit 28** – Paradise Irrigation District
- **Exhibit 29** – Paradise Unified School District
- **Exhibit 30** – The People of the State of California
- **Exhibit 31** – Thermalito Water and Sewer District
- **Exhibit 32** – Tillamook People's Utility District
- **Exhibit 33** – University of California
- **Exhibit 34** – United States Department of Agriculture – Forest Service
- **Exhibit 35** – United States Department of Housing and Urban Development
- **Exhibit 36** – United States Department of the Interior – Fish and Wildlife Service
- **Exhibit 37** – United States General Services Administration

The items requested to be produced in the Production Subpoenas are described in **Exhibit A** to each of the Production Subpoenas. **Exhibit A** to this Notice contains Exhibits 1-37.

Dated: February 18, 2020

BAKER & HOSTETLER LLP

By: */s/ Lauren Attard*
Robert A. Julian
Cecily A. Dumas
Lauren Attard

*Attorneys for The Official Committee of Tort Claimants*

### CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2020, the foregoing was been served upon all parties or their attorneys in a manner authorized by Federal Rule of Civil Procedure 5(b)(1).

*/s/ Lauren Attard*
Lauren Attard