Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

David B. Rivkin, Jr. (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036
Telephone: 202.861.1731
Facsimile: 202.861.1783
Email: drivkin@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF LAUREN T. ATTARD IN SUPPORT OF EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS FOR ENTRY OF AN ORDER AUTHORIZING OVERSIZE BRIEFING FOR THE REPLY IN SUPPORT OF OMNIBUS OBJECTION TO CLAIMS FILED BY CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES**<br><br>Relates to Dkt. Nos. 5096, 5320 & 5743 |

Lauren T. Attard, under penalty of perjury, declares:

1. I am an attorney at Baker & Hostetler, LLP ("**Baker Hostetler**"), counsel to the Official Committee of Tort Claimants (hereafter, the "**TCC**") in the above captioned chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**" or "**PG&E**").

2. I submit this Declaration in support of the Ex Parte Application of the Official Committee of Tort Claimants Pursuant to B.L.R. 9013-1(c) for Entry of an Order Authorizing Oversize Briefing of Reply in Support of Omnibus Objection to Claims Filed by California Governor's Office of Emergency Services [Dkt. No. 5096] (the "**Application**"). The Application is filed concurrently herewith.

3. Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

4. On December 12, 2019, the TCC filed an objection ("**Objection**") to the claims of California Governor's Office of Emergency Services ("**Cal OES**") [Dkt. No. 5096].

5. On January 9, 2020, the TCC filed a supplement to the Objection [Dkt. No. 5320].

6. On February 12, 2020, Cal OES filed its opposition ("**Opposition**") to the TCC Objection [Dkt. No. 5743]. This Opposition brief was 37 pages.

7. The TCC now seeks to file its reply to the Objection (the "**Reply Brief**").

8. To adequately respond to the numerous issues raised in the Opposition, the TCC respectfully submits it is necessary for the Reply Brief to exceed the 15-page limit.

9. I do not believe that the relief requested herein will prejudice Cal OES or interested parties, nor do I believe the relief requested on behalf of the TCC is extraordinary or unreasonable in light of the circumstances.

10. The TCC therefore respectfully requests that the Court enter an order allowing the TCC to file a Reply Brief that exceeds 15 pages.

11. Prior to filing the Application, I contacted Matthew C. Heyn, counsel for Cal OES, to inquire whether they would oppose or have no objection to the relief sought therein. Mr. Heyn responded that Cal OES consents to the relief requested herein.

*Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.*

Executed on February 19, 2020

By:     */s/ Lauren T. Attard*
           Lauren T. Attard

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO