1   Robert A. Julian (SBN 88469)
    Cecily A. Dumas (SBN 111449)
2   BAKER & HOSTETLER LLP
    600 Montgomery Street, Suite 3100
3   San Francisco, CA 94111-2806
    Telephone:    415.659.2600
4   Facsimile:    415.659.2601
    Email:  rjulian@bakerlaw.com
5   Email:  cdumas@bakerlaw.com

6   Eric E. Sagerman (SBN 155496)
    David J. Richardson (SBN 168592)
7   Lauren T. Attard (SBN 320898)
    BAKER & HOSTETLER LLP
8   11601 Wilshire Blvd., Suite 1400
    Los Angeles, CA 90025-0509
9   Telephone:    310.820.8800
    Facsimile:    310.820.8859
10  Email:  esagerman@bakerlaw.com
    Email:  drichardson@bakerlaw.com
11  Email:  lattard@bakerlaw.com

12  David B. Rivkin, Jr. (*pro hac vice*)
    BAKER & HOSTETLER LLP
13  1050 Connecticut Ave., N.W., Suite 1100
    Washington, D.C. 20036
14  Telephone:    202.861.1731
    Facsimile:    202.861.1783
15  Email:  drivkin@bakerlaw.com

16  *Counsel for Official Committee of Tort Claimants*

17              **UNITED STATES BANKRUPTCY COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
18                  **SAN FRANCISCO DIVISION**

| 19 | **In re:** | Bankruptcy Case No. 19-30088 (DM) |
|---|---|---|
| 20 | **PG&E CORPORATION** | |
| 21 |    **-and-** | Chapter 11 (Lead Case) (Jointly Administered) |
| 22 | **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| 23 |            **Debtors.** | **NOTICE OF EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF** |
| 24 | ☐ Affects PG&E Corporation | **TORT CLAIMANTS PURSUANT TO B.L.R. 9013-1(c) FOR ENTRY OF AN ORDER AUTHORIZING OVERSIZE** |
| 25 | ☐ Affects Pacific Gas and Electric Company | **BRIEFING OF REPLY IN SUPPORT OF OMNIBUS OBJECTION TO CLAIMS** |
| 26 | ■ Affects both Debtors | **FILED BY CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES** |
| 27 | *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |
| 28 | | Relates to Dkt. Nos. 5096, 5320 & 5743 |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**PLEASE TAKE NOTICE** that on February 19, 2020, the Official Committee of Tort Claimants (the "**TCC**"), in the chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company, filed an Application to the Court, pursuant to Rule 9013-1(c) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, for entry of an order authorizing the TCC to file an oversize brief for its for its reply in support of the TCC's omnibus objection to the claims filed by California Governor's Office of Emergency Services.

Dated: February 19, 2020

BAKER & HOSTETLER LLP

By:   */s/ Lauren T. Attard*
      Lauren T. Attard

*Counsel to the Official Committee of Tort Claimants*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -