UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>　- and -<br>PACIFIC GAS AND ELECTRIC<br>COMPANY,<br>　　　　　　　Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Andrew G. Vignali, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On February 14, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by the method set forth on the Fee Application Service List attached hereto as **Exhibit A**:

- Fifth Monthly Fee Statement of Morrison & Foerster LLP for Allowance and Payment of Compensation and Reimbursement of Expense for the Period from November 1, 2019 through November 30, 2019 [Docket No. 5779]

- Certificate of No Objection Regarding Sixth Monthly Fee Statement of PriceWaterhouseCoopers LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of July 1, 2019 through July 31, 2019 [Docket No. 5791]

- Certificate of No Objection Regarding Seventh Monthly Fee Statement of PriceWaterhouseCoopers LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of August 1, 2019 through August 31, 2019 [Docket No. 5792]

- Certificate of No Objection Regarding Eighth Monthly Fee Statement of PriceWaterhouseCoopers LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of September 1, 2019 through September 30, 2019 [Docket No. 5793]
- Certificate of No Objection Regarding Ninth Monthly Fee Statement of PriceWaterhouseCoopers LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of October 1, 2019 through October 31, 2019 [Docket No. 5794]

3. On February 14, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served by (1) the method set forth on the Standard Parties Service List attached hereto as **Exhibit B**; and (2) by the method set forth on the Notice Parties Service List attached hereto as **Exhibit C**:

- Supplemental Brief and Reservation of Rights of Official Committee of Tort Claimants' to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim (Dkt. No. 5042) [Docket No. 5788]
- Declaration of Christina Pullo in Support of the Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline [Docket No. 5789]

4. Additionally, on February 14, 2020, at my direction and under my supervision, employees of Prime Clerk caused a "CHAMBERS COPY" of the following documents to be delivered via first class mail to the U.S. Bankruptcy Court Northern District of CA, Attn: Honorable Dennis Montali, 450 Golden Gate Ave, 18th Floor San Francisco, CA 94102:

- Supplemental Brief and Reservation of Rights of Official Committee of Tort Claimants' to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim (Dkt. No. 5042) [Docket No. 5788]
- Declaration of Christina Pullo in Support of the Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline [Docket No. 5789]

5.       I have reviewed the Notice of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

6.       I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.


Executed this 19th day of February 2020, in New York, NY.

_____
Andrew G. Vignali

SRF 39899

# **Exhibit A**

Exhibit A
Fee Application Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| Baker & Hostetler LLP | Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq. | 11601 Wilshire Boulevard, Suite 1400 | | Los Angeles | CA | 90025-0509 | | First Class Mail |
| DLA PIPER LLP | Attn: Joshua D. Morse | 555 Mission Street | Suite 2400 | San Francisco | CA | 94105-2933 | | First Class Mail |
| DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley | | | | | | david.riley@dlapiper.com | Email |
| Fee Examiner | Attn: Bruce A. Markell | | | | | | bamexampge@gmail.com | Email |
| Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | | | | | | tkeller@kellerbenvenutti.com; jkim@kellerbenvenutti.com | Email |
| Milbank LLP | Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq. | 55 Hudson Yards | | New York | NY | 10001-2163 | | First Class Mail |
| Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | | | | | | Paronzon@milbank.com; Gbray@milbank.com | Email |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | 450 Golden Gate Ave | Suite 05-0153 | San Francisco | CA | 94102 | James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov | First Class Mail and Email |
| Pacific Gas & Electric Company | Attn: Janet Loduca, Esq. | 77 Beale Street | | San Francisco | CA | 94105 | | First Class Mail |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren , Rachael Foust | | | | | | stephen.karotkin@weil.com; matthew.goren@weil.com; jessica.liou@weil.com; rachael.foust@weil.com | Email |

Case: 19-30088 Doc# 5828 Filed: 02/19/20 Entered: 02/19/20 12:30:27 Page 5 of 9

# Exhibit B

## Exhibit B

Standard Parties Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | 11601 Wilshire Blvd. | Suite 1400 | Los Angeles | CA | 90025-0509 | | First Class Mail |
| BAKER & HOSTETLER, LLP | Attn: Robert A. Julian, Cecily A. Dumas | | | | | | rjulian@bakerlaw.com<br>cdumas@bakerlaw.com | Email |
| BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | | | | | | esagerman@bakerlaw.com<br>lattard@bakerlaw.com | Email |
| Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | | | | | | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com | Email |
| DLA PIPER LLP (US) | Attn: Joshua D. Morse | | | | | | joshua.morse@dlapiper.com | Email |
| DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley | | | | | | david.riley@dlapiper.com<br>eric.goldberg@dlapiper.com | Email |
| Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | | | | | | tkeller@kellerbenvenutti.com<br>jkim@kellerbenvenutti.com | Email |
| Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | 55 Hudson Yards | | New York | NY | 10001-2163 | | First Class Mail |
| Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | | | | | | Paronzon@milbank.com<br>Gbray@milbank.com | Email |
| Milbank LLP | Attn: ANDREW M. LEBLANC | | | | | | aleblanc@milbank.com | Email |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | | | | | | James.L.Snyder@usdoj.gov | Email |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | | | | | | bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com | Email |
| PG&E Corporation | Attn: President or General Counsel | 77 Beale Street | P.O. Box 77000 | San Francisco | CA | 94177 | | First Class Mail |
| Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | | | | | | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com | Email |
| U.S. Nuclear Regulatory Commission | Attn: General Counsel | | | Washington | DC | 20555-0001 | | First Class Mail |
| U.S. Nuclear Regulatory Commission | Attn: General Counsel | U.S. NRC Region IV | 1600 E. Lamar Blvd. | Arlington | TX | 76011 | | First Class Mail |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | | | | | | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com | Email |

Case: 19-30088 Doc# 5828 Filed: 02/19/20 Entered: 02/19/20 12:30:27 Page 7 of 9

# **Exhibit C**

Exhibit C
Notice Parties Service List
Served as set forth below

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| LABATON SUCHAROW LLP | Attn: Thomas A. Dubbs, Louis Gottlieb, Carol C. Villegas & Jeffrey A. Dubbin; Aram Boghosian | | | | | | tdubbs@labaton.com; cvillegas@labaton.com; jdubbin@labaton.com; lgottlieb@labaton.com; aboghosian@labaton.com | Email |
| LOWENSTEIN SANDLER LLP | Attn: Michael S. Etkin, Andrew Behlmann & Gabriel L. Olivera | | | | | | golivera@lowenstein.com; metkin@lowenstein.com; abehlmann@lowenstein.com | Email |
| MICHELSON LAW GROUP | Attn: Randy Michelson | | | | | | randy.michelson@michelsonlawgroup.com | Email |
| ROBBINS GELLER RUDMAN & DOWD LLP | Attn: Darren J. Robbins, Brian E. Cochran | 655 West Broadway | Suite 1900 | San Diego | CA | 92101 | darrenr@rgrdlaw.com; bcochran@rgrdlaw.com | First Class Mail and Email |
| ROBBINS GELLER RUDMAN & DOWD LLP | Attn: Willow E. Radcliffe, Kenneth J. Blacvk | Post Montgomery Center | One Montgomery Street, Suite 1800 | San Francisco | CA | 94104 | willowr@rgrdlaw.com; kennyb@rgrdlaw.com | First Class Mail and Email |
| VANOVERBEKE, MICHAUD & TIMMONY, P.C. | Attn: Thomas C. Michaud | 79 Alfred Street | | Detroit | MI | 48201 | tmichaud@vmtlaw.com | First Class Mail and Email |
| WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP | Attn: James M. Wagstaffe & Frank Busch | | | | | | wagstaffe@wvbrlaw.com; busch@wvbrlaw.com | Email |