

```
                                    Entered on Docket
                                    February 19, 2020
                                    EDWARD J. EMMONS, CLERK
                                    U.S. BANKRUPTCY COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```

1  WEIL, GOTSHAL & MANGES LLP
   Stephen Karotkin (*pro hac vice*)
2  (stephen.karotkin@weil.com)
   Theodore Tsekerides (*pro hac vice*)
3  (theodore.tsekerides@weil.com)
   Jessica Liou (*pro hac vice*)
4  (jessica.liou@weil.com)
   Matthew Goren (*pro hac vice*)
5  (matthew.goren@weil.com)
   767 Fifth Avenue
6  New York, NY 10153-0119
   Tel: 212 310 8000
7  Fax: 212 310 8007

Signed and Filed: February 19, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

8  KELLER & BENVENUTTI LLP
   Tobias S. Keller (#151445)
9  (tkeller@kellerbenvenutti.com)
   Peter J. Benvenutti (#60566)
10 pbenvenutti@kellerbenvenutti.com
   Jane Kim (#298192)
11 (jkim@kellerbenvenutti.com)
   650 California Street, Suite 1900
12 San Francisco, CA 94108
   Tel: 415 496 6723
13 Fax: 650 636 9251

14 *Attorneys for Plaintiffs (Debtors and Debtors in Possession)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☑ Affects Pacific Gas and Electric Company
☐ Affects both Debtors

\* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER APPROVING STIPULATION AND AGREEMENT FOR ORDER CONTINUING HEARING ON MOTION FOR RELIEF FROM STAY BETWEEN THE UTILITY AND JH KELLY, LLC**

Related Dkt. Nos. 5649-5652

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation and Agreement for Order Continuing Hearing on Motion for Relief from Stay Between the Utility and JH Kelly, LLC* (the "**Stipulation and Agreement for Order**"),[1] entered into by Pacific Gas and Electric Company (the "**Utility**"), as debtor and debtor in possession in the above-captioned cases (the "**Chapter 11 Cases**"), and JH Kelly, LLC ("**JH Kelly**"), filed on February 16, 2020, and pursuant to such stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation and Agreement for Order is approved.

2. The February 26, 2020 Hearing is continued to March 25, 2020 at 10:00 a.m. PST.

3. The time in which the Utility is permitted to respond to the Motion is continued to no later than March 13, 2020.

4. JH Kelly shall be permitted to file a reply in further support of the Motion no later than March 20, 2020.

5. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation and Agreement for Order or this Order.

APPROVED AS TO FORM AND CONTENT:

Dated: February 15, 2020

STOEL RIVES LLP

/s/ *David B. Levant*
David B. Levant

*Attorneys for JH Kelly, LLC*

*** END OF ORDER ***

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement for Order.