**Entered on Docket**
**February 19, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER & BENVENUTTI LLP
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
pbenvenutti@kellerbenvenutti.com
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

Signed and Filed: February 19, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors

* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER APPROVING STIPULATION AND AGREEMENT FOR ORDER CONTINUING HEARING ON MOTION PURSUANT TO FED. R. BANKR. P. 9006(B)(1) TO ENLARGE THE TIME FOR ACWA/JPIA TO FILE PROOF OF CLAIM**

Related Dkt. Nos. 5215-5217

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation and Agreement for Order Continuing Hearing on Motion Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Enlarge the Time for ACWA/JPIA to file Proof of Claim* (the "**Stipulation and Agreement for Order**"),[1] entered into by PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**"), as debtors and debtors in possession in the above-captioned cases (the "**Chapter 11 Cases**"), on the one hand, and the Association of California Water Agencies Joint Powers Insurance Authority (the "**ACWA/JPIA**"), on the other hand, filed on February 18, 2020, and pursuant to such stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation and Agreement for Order is approved.

2. The February 26, 2020 Hearing shall be continued to March 10, 2020 at 10:00 a.m. PST.

3. The deadline to file any responses to the Motion is continued to March 3, 2020.

4. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation and Agreement for Order or this Order.

APPROVED AS TO FORM AND CONTENT:

Dated: February 18, 2020

STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA, P.C.

By:   */s/ Sander L. Esserman*
       Sander L. Esserman

*Attorneys for the Association of California Water Agencies Joint Powers Insurance Authority*

*** END OF ORDER ***

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement for Order.