

Signed and Filed: February 19, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  Robert A. Julian (SBN 88469)
   Cecily A. Dumas (SBN 111449)
2  BAKER & HOSTETLER LLP
   600 Montgomery Street, Suite 3100
3  San Francisco, CA 94111-2806
   Telephone:    415.659.2600
4  Facsimile:    415.659.2601
   Email: rjulian@bakerlaw.com
5  Email: cdumas@bakerlaw.com

6  Eric E. Sagerman (SBN 155496)
   David J. Richardson (SBN 168592)
7  Lauren T. Attard (SBN 320898)
   BAKER & HOSTETLER LLP
8  11601 Wilshire Blvd., Suite 1400
   Los Angeles, CA 90025-0509
9  Telephone:    310.820.8800
   Facsimile:    310.820.8859
10 Email: esagerman@bakerlaw.com
   Email: drichardson@bakerlaw.com
11 Email: lattard@bakerlaw.com

12 David B. Rivkin, Jr. (*pro hac vice*)
   BAKER & HOSTETLER LLP
13 1050 Connecticut Ave., N.W., Suite 1100
   Washington, D.C. 20036
14 Telephone:    202.861.1731
   Facsimile:    202.861.1783
15 Email: drivkin@bakerlaw.com

16 *Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| -and- | Chapter 11 (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| **Debtors.** | **ORDER AUTHORIZING OVERSIZE BRIEFING FOR THE REPLY OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS IN SUPPORT OF OMNIBUS OBJECTION TO CLAIMS FILED BY CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Relates to Dkt. Nos. 5096, 5320 & 5743 |

The Court, having reviewed the Ex Parte Application of the Official Committee of Tort Claimants Pursuant to B.L.R. 9013-1(c) for Entry of an Order Authorizing Oversize Briefing of Reply in Support of Omnibus Objection to Claims Filed by California Governor's Office of Emergency Services Pursuant to 11 U.S.C. §§ 105(a) and 502(c) [Dkt. No. 5096] (the "**Application**") filed on February 19, 2020, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted, as provided herein.
2. The TCC is authorized to file and serve a reply in support of the TCC's Objection, as defined in the Application, in excess of 15 pages.

**\*\*END OF ORDER\*\***

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO