Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

David B. Rivkin, Jr. (*pro hac vice*)
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036
Telephone: 202.861.1731
Facsimile: 202.861.1783
Email: drivkin@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ■ Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **DECLARATION OF ERIC GOODMAN IN SUPPORT OF REPLY IN SUPPORT OF OMNIBUS OBJECTION TO NO LIABILITY CLAIMS FILED BY THE DEPARTMENT OF HOMELAND SECURITY / FEDERAL EMERGENCY MANAGEMENT AGENCY** |

Eric Goodman declares as follows under penalty of perjury:

1. I am a Partner at Baker & Hostetler LLP, counsel to the Official Committee of Tort Claimants (the "**TCC**") in the above-captioned chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company. I have personal knowledge of the facts stated herein except as to matters where I indicate otherwise, and as to those matters, I believe them to be true. If called upon to testify, I could and would competently do so.

2. I make this declaration in support of the TCC's *Reply in Support of Omnibus Objection to No Liability Claims Filed by the Department of Homeland Security / Federal Emergency Management Agency* (the "**Reply**") filed concurrently herewith.

3. For the Court's reference in its consideration of the Reply, attached hereto as **Exhibit 1** through **Exhibit 7** are true and accurate copies of the discovery requests, discovery response, deposition transcript, and news article referenced in the Reply:

| | |
|---|---|
| 1 | *Transcript of Videotaped Deposition of John-Paul Henderson (FEMA Rule 30(b)(6) Designee)*, taken February 11, 2020. |
| 2 | *Official Committee of Tort Claimants' First Set of Requests for Admission to Department of Homeland Security / Federal Emergency Management Agency*, dated December 19, 2019. |
| 3 | *Official Committee of Tort Claimants' First Set of Interrogatories to Department of Homeland Security / Federal Emergency Management Agency*, dated December 19, 2019. |
| 4 | *United States' Response to Official Committee of Tort Claimants' First Set of Interrogatories*, dated January 21, 2020. |
| 5 | J.D. Morris, *FEMA Says It May Bill Fire Victims If It Can't Get $4 Billion from PG&E*, San Francisco Chronicle, January 20, 2020. |
| 6 | Julie Johnson, *Federal Lawmakers Tell FEMA to Drop Bid for Billions Out of PG&E's Settlement with Wildfire Victims*, Press Democrat, January 11, 2020. |
| 7 | Federal Government Blasts PG&E's Deal with Fire Victims, New York Times, January 14, 2020. |

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of February 2020, at Cleveland, Ohio.

_____
Eric Goodman