1  Robert A. Julian (SBN 88469)
   Cecily A. Dumas (SBN 111449)
2  BAKER & HOSTETLER LLP
   600 Montgomery Street, Suite 3100
3  San Francisco, CA 94111-2806
   Telephone:    415.659.2600
4  Facsimile:    415.659.2601
   Email:  rjulian@bakerlaw.com
5  Email:  cdumas@bakerlaw.com

6  Eric E. Sagerman (SBN 155496)
   David J. Richardson (SBN 168592)
7  Lauren T. Attard (SBN 320898)
   BAKER & HOSTETLER LLP
8  11601 Wilshire Blvd., Suite 1400
   Los Angeles, CA 90025-0509
9  Telephone:    310.820.8800
   Facsimile:    310.820.8859
10 Email:  esagerman@bakerlaw.com
   Email:  drichardson@bakerlaw.com
11 Email:  lattard@bakerlaw.com

12 David B. Rivkin, Jr. (*pro hac vice*)
   BAKER & HOSTETLER LLP
13 1050 Connecticut Ave., N.W., Suite 1100
   Washington, D.C. 20036
14 Telephone:    202.861.1731
   Facsimile:    202.861.1783
15 Email:  drivkin@bakerlaw.com

16 *Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 (Lead Case) (Jointly Administered) |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| Debtors. | **DECLARATION OF ERIC GOODMAN IN SUPPORT OF REPLY IN SUPPORT OF OMNIBUS OBJECTION TO CLAIMS FILED BY CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

Eric Goodman declares as follows under penalty of perjury:

1. I am a Partner at Baker & Hostetler LLP, counsel to the Official Committee of Tort Claimants (the "**TCC**") in the above-captioned chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company. I have personal knowledge of the facts stated herein except as to matters where I indicate otherwise, and as to those matters, I believe them to be true. If called upon to testify, I could and would competently do so.

2. I make this declaration in support of the TCC's *Reply in Support of Omnibus Objection to Claims Filed by California Governor's Office of Emergency Services* (the "**Reply**") filed concurrently herewith.

3. For the Court's reference in its consideration of the Reply, attached hereto as **Exhibit 1** through **Exhibit 7** are true and accurate copies of the discovery requests and discovery responses referenced in the Reply:

| | |
|---|---|
| 1 | *Official Committee of Tort Claimants' First Set of Requests for Admission to California Governor's Office of Emergency Services*, dated December 19, 2019. |
| 2 | *Official Committee of Tort Claimants' First Set of Interrogatories to California Governor's Office of Emergency Services*, dated December 19, 2019. |
| 3 | *Official Committee of Tort Claimants' Second Set of Requests for Admission to California Governor's Office of Emergency Services*, dated February 6, 2020. |
| 4 | *California Governor's Office of Emergency Services Response to Official Committee of Tort Claimants' First Set of Requests for Admission*, dated January 20, 2020. |
| 5 | *California Governor's Office of Emergency Services Response to Official Committee of Tort Claimants' First Set of Interrogatories*, dated January 20, 2020. |
| 6 | *California Governor's Office of Emergency Services Response to Official Committee of Tort Claimants' Second Set of Requests for Admission*, dated February 6, 2020. |
| 7 | *Official Committee of Tort Claimants' Responses to California Governor's Office of Emergency Services' First Set of Requests for Admission to the Official Committee of Tort Claimants*, dated January 31, 2020. |

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of February 2020, at Cleveland, Ohio.

_____
Eric Goodman