**EXHIBIT 4**

XAVIER BECERRA
Attorney General of California
BRIAN D. WESLEY, SBN 219018
Supervising Deputy Attorney General
MATTHEW C. HEYN, SBN 227474
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 296-6000
Fax: (916) 731-2144
Brian.Wesley@doj.ca.gov
Matthew.Heyn@doj.ca.gov

STEVEN H. FELDERSTEIN, SBN 059678
PAUL J. PASCUZZI, SBN 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Fax: (916) 329-7435
sfelderstein@ffwplaw.com
ppascuzzi@ffwplaw.com

*Attorneys for California Governor's Office of Emergency Services*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES' RESPONSE TO OFFICIAL COMMITTEE OF TORT CLAIMANTS' FIRST SET OF REQUESTS FOR ADMISSION** |

The California Governor's Office of Emergency Services ("**Cal OES**"), for itself and no other agency, hereby responds to *Official Committee of Tort Claimants' First Set of Requests for Admission to California Governor's Office of Emergency Services*.

-1-

**GENERAL OBJECTION:**

Cal OES objects that the Requests for Admission are premised on the incorrect assumption that there is a contested matter over which the Bankruptcy Court has jurisdiction. Because the Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by California Governor's Office of Emergency Services (Claim Nos. 87748, 87754, & 87755) was not served as required by Rule 3007(a)(2), there is no contested matter over which the Bankruptcy Court has jurisdiction and there is no authority for any party to serve discovery on Cal OES. Response to the Requests for Admission is without waiver of the jurisdictional issues.

**REQUEST FOR ADMISSION NO. 1:**

Admit that Cal OES did not perform any fire suppression services in connection with the Butte Fire.

RESPONSE:

In connection with the Butte Fire, Cal OES coordinated mutual aid for fire suppression with in-state and out-of-state agencies, facilitated the employment of resources for fire suppression (including several of Cal OES's fire trucks and other fire equipment), and reimbursed agencies for the costs of fire suppression services. Except as stated, Cal OES admits it did not perform any fire suppression services in connections with the Butte Fire.

**REQUEST FOR ADMISSION NO. 2:**

Admit that Cal OES did not provide any rescue or emergency medical services in connection with the Butte Fire.

RESPONSE:

In connection with the Butte Fire, Cal OES coordinated mutual aid for rescue and emergency services with in-state and out-of-state agencies, facilitated the employment of resources for rescue or emergency medical services, and reimbursed agencies for rescue and emergency services. Except as stated, Cal OES admits it did not provide any rescue or emergency medical services in connection with the Butte Fire.

**REQUEST FOR ADMISSION NO. 3:**

Admit that Cal OES did not investigate the cause the Butte Fire.

RESPONSE:

Admit.

**REQUEST FOR ADMISSION NO. 4:**

Admit that Cal OES did not make any reports regarding the cause of the Butte Fire.

RESPONSE:

Admit.

**REQUEST FOR ADMISSION NO. 5:**

Admit that Cal OES did not provide any emergency services to confine, prevent, or mitigate the release, escape, or burning of hazardous substances in connection with the Butte Fire.

RESPONSE:

Part of Cal OES' mission is to collaborate and coordinate the California Mutual Aid System. In connection with the Butte Fire, Cal OES collaborated and coordinated mutual aid, mission tasked other state departments (such as the Department of Toxic Substances Control) to confine, prevent, or mitigate the release, escape, or burning of hazardous substances, and reimbursed other agencies' costs in to confining, preventing, or mitigating the release, escape, or burning of hazardous substances. Except as stated, Cal OES admits its personnel did not provide any emergency services to confine, prevent, or mitigate the release, escape, or burning of hazardous substances in connection with the Butte Fire.

**REQUEST FOR ADMISSION NO. 6:**

Admit that Cal OES did not perform any fire suppression services in connection with the North Bay Fires.

RESPONSE:

In connection with the North Bay Fires, Cal OES coordinated mutual aid for fire suppression with in-state and out-of-state agencies, facilitated the employment of resources for fire suppression (including several of Cal OES's fire trucks and other fire equipment), and reimbursed agencies for the costs of fire suppression services. Except as stated, Cal OES admits it did not perform any fire suppression services in connections with the North Bay Fires.

**REQUEST FOR ADMISSION NO. 7:**

Admit that Cal OES did not provide any rescue or emergency medical services in connection with the North Bay Fires.

RESPONSE:

In connection with the North Bay Fires, Cal OES coordinated mutual aid for rescue and emergency services with in-state and out-of-state agencies, facilitated the employment of resources for rescue or emergency medical services, and reimbursed agencies for rescue and emergency services. Except as stated, Cal OES admits it did not provide any rescue or emergency medical services in connection with the North Bay Fires.

**REQUEST FOR ADMISSION NO. 8:**

Admit that Cal OES did not investigate the cause the North Bay Fires.

RESPONSE:

Admit.

**REQUEST FOR ADMISSION NO. 9:**

Admit that Cal OES did not make any reports regarding the cause of the North Bay Fires.

RESPONSE:

Admit.

**REQUEST FOR ADMISSION NO. 10:**

Admit that Cal OES did not provide any emergency services to confine, prevent, or mitigate the release, escape, or burning of hazardous substances in connection with the North Bay Fires.

RESPONSE:

Part of Cal OES' mission is to collaborate and coordinate the California Mutual Aid System. In connection with the North Bay Fires, Cal OES collaborated and coordinated mutual aid, mission tasked other state departments (such as the Department of Toxic Substances Control) to confine, prevent, or mitigate the release, escape, or burning of hazardous substances, and reimbursed other agencies' costs in to confining, preventing, or mitigating the release, escape, or burning of hazardous substances. Except as stated, Cal OES admits its personnel did not provide any emergency services to confine, prevent, or mitigate the release, escape, or burning of hazardous substances in connection with the North Bay Fires.

**REQUEST FOR ADMISSION NO. 11:**

Admit that Cal OES did not perform any fire suppression services in connection with the Camp Fire.

RESPONSE:

In connection with the Camp Fire, Cal OES coordinated mutual aid for rescue and emergency services with in-state and out-of-state agencies, facilitated the employment of resources for rescue or emergency medical services, and reimbursed agencies for rescue and emergency services. Except as stated, Cal OES admits it did not provide any rescue or emergency medical services in connection with the Camp Fire.

**REQUEST FOR ADMISSION NO. 12:**

Admit that Cal OES did not provide any rescue or emergency medical services in connection with the Camp Fire.

RESPONSE:

In connection with the Camp Fire, Cal OES paid for rescue and emergency services of other in-state and out-of-state agencies, coordinated mutual aid with in-state and out-of-state agencies, and facilitated the employment of resources for rescue or emergency medical services. Except as stated, Cal OES admits it did not provide any rescue or emergency medical services in connection with the Camp Fires.

**REQUEST FOR ADMISSION NO. 13:**

Admit that Cal OES did not investigate the cause the Camp Fire.

RESPONSE:

Admit.

**REQUEST FOR ADMISSION NO. 14:**

Admit that Cal OES did not make any reports regarding the cause of the Camp Fire.

RESPONSE:

Admit.

**REQUEST FOR ADMISSION NO. 15:**

Admit that Cal OES did not provide any emergency services to confine, prevent, or mitigate the release, escape, or burning of hazardous substances in connection with the Camp Fire.

RESPONSE:

Part of Cal OES' mission is to collaborate and coordinate the California Mutual Aid System. In connection with the Camp Fire, Cal OES collaborated and coordinated mutual aid, mission tasked other state departments (such as the Department of Toxic Substances Control) to

confine, prevent, or mitigate the release, escape, or burning of hazardous substances, and reimbursed other agencies' costs in to confining, preventing, or mitigating the release, escape, or burning of hazardous substances. Except as stated, Cal OES admits its personnel did not provide any emergency services to confine, prevent, or mitigate the release, escape, or burning of hazardous substances in connection with the Camp Fire.

Dated: January 20, 2020                         Respectfully submitted,

                                                XAVIER BECERRA
                                                Attorney General of California

                                          By: _/s/ Matthew Heyn_____
                                                MATTHEW C. HEYN
                                                Deputy Attorney General

                                                STEVEN H. FELDERSTEIN
                                                PAUL J. PASCUZZI

                                                FELDERSTEIN FITZGERALD
                                                WILLOUGHBY PASCUZZI & RIOS LLP

                                                *Attorneys for California Governor's Office of Emergency Services*