**EXHIBIT 6**

XAVIER BECERRA
Attorney General of California
BRIAN D. WESLEY, SBN 219018
Supervising Deputy Attorney General
MATTHEW C. HEYN, SBN 227474
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Telephone: (213) 296-6000
Fax: (916) 731-2144
Brian.Wesley@doj.ca.gov
Matthew.Heyn@doj.ca.gov

STEVEN H. FELDERSTEIN, SBN 059678
PAUL J. PASCUZZI, SBN 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Fax: (916) 329-7435
sfelderstein@ffwplaw.com
ppascuzzi@ffwplaw.com

*Attorneys for California Governor's Office of Emergency Services*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CALIFORNIA GOVERNOR'S OFFICE OF EMERGENCY SERVICES' RESPONSE TO OFFICIAL COMMITTEE OF TORT CLAIMANTS' SECOND SET OF REQUESTS FOR ADMISSION** |

The California Governor's Office of Emergency Services ("**Cal OES**"), for itself and no other agency, hereby responds to *Official Committee of Tort Claimants' Second Set of Requests for Admission to California Governor's Office of Emergency Services*.

**REQUEST FOR ADMISSION NO. 1:**

Admit that the Butte Fire Claim does not include any amounts for damages caused by the Butte Fire to property owned by Cal OES.

RESPONSE:

Admit.

**REQUEST FOR ADMISSION NO. 2:**

Admit that the North Bay Fires Claim does not include any amounts for damages caused by the North Bay Fires to property owned by Cal OES.

RESPONSE:

Admit.

**REQUEST FOR ADMISSION NO. 3:**

Admit that the Camp Fire Claim does not include any amounts for damages caused by the Camp Fire to property owned by Cal OES.

RESPONSE:

Admit.

Dated: February 6, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California

By: /s/ Matthew Heyn
MATTHEW C. HEYN
Deputy Attorney General

STEVEN H. FELDERSTEIN
PAUL J. PASCUZZI

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

*Attorneys for California Governor's Office of Emergency Services*