1  Robert A. Julian (SBN 88469)
   Cecily A. Dumas (SBN 111449)
2  BAKER & HOSTETLER LLP
   600 Montgomery Street, Suite 3100
3  San Francisco, CA 94111-2806
   Telephone:    415.659.2600
4  Facsimile:    415.659.2601
   Email: rjulian@bakerlaw.com
5  Email: cdumas@bakerlaw.com

6  Eric E. Sagerman (SBN 155496)
   David J. Richardson (SBN 168592)
7  Lauren T. Attard (SBN 320898)
   BAKER & HOSTETLER LLP
8  11601 Wilshire Blvd., Suite 1400
   Los Angeles, CA 90025-0509
9  Telephone:    310.820.8800
   Facsimile:    310.820.8859
10 Email: esagerman@bakerlaw.com
   Email: drichardson@bakerlaw.com
11 Email: lattard@bakerlaw.com

12 *Counsel to the Official Committee of Tort Claimants*

13              **UNITED STATES BANKRUPTCY COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
14                **SAN FRANCISCO DIVISION**

15 **In re:**                          Bankruptcy Case
                                       No. 19-30088 (DM)
16 **PG&E CORPORATION**
                                       Chapter 11
17     **-and-**                       (Lead Case)
                                       (Jointly Administered)
18 **PACIFIC GAS AND ELECTRIC**
   **COMPANY,**                        **DECLARATION OF DAVID J.**
19                      **Debtors.**   **RICHARDSON IN SUPPORT OF THE**
                                       **OFFICIAL COMMITTEE OF TORT**
20 □ Affects PG&E Corporation          **CLAIMANTS' MOTION TO**
                                       **ESTABLISH PROCEDURES FOR**
21 □ Affects Pacific Gas and Electric Company  **DISCOVERY PRECEDING PLAN**
                                       **CONFIRMATION**
22 ■ Affects both Debtors
                                       **Hearing**
23 *All papers shall be filed in the Lead Case,*  **Date:    March 10, 2020**
   *No. 19-30088 (DM)*                 **Time:    10:00 a.m. (Pacific Time)**
24                                     **Place:   Courtroom 17**
                                                **450 Golden Gate Ave., 16th Fl.**
25                                              **San Francisco, CA 94102**

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

I, David J. Richardson, hereby declare:

1.     I am a member in good standing of the bar of California and I am admitted to practice in the United States Bankruptcy Court in the Northern District of California. I am counsel in the Los Angeles, California office of Baker Hostetler LLP, attorneys of record for The Official Committee of Tort Claimants (the "**TCC**"). I have personal knowledge of the facts stated herein and I could and would competently and truthfully testify to those facts if called as witness.

2.     The TCC issued subpoenas to approximately 106 Vendors in January and February of 2020. The subpoenas requested contracts covering the Vendors' work for PG&E and documents that would identify certain indemnification agreements between Vendors and PG&E, as well as information about the Vendors' insurance coverage for the work carried out for PG&E.

3.     I understand that to date, I or my colleagues who are also counsel for the TCC have collectively communicated with over 75 subpoena recipients.

4.     The TCC has agreed to extend the subpoena response time for over 35 Vendors who expressed a need.

5.     In some instances, the TCC has agreed to narrow the scope of the subpoena for certain Vendors. In other instances, the TCC has agreed to withdraw the subpoena.

6.     Despite our efforts to resolve all issues pertaining to the scope and timing of the subpoenas, the TCC has received approximately 31 objections from Vendors, and I believe that a procedure to facilitate a streamlined approach for resolution of these and other future objections would be in the best interests of all parties and this Court.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on the 19th day of February, 2020, in San Francisco, California.

*/s/ David J. Richardson*
David J. Richardson

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO