GROOM LAW GROUP, CHARTERED
David N. Levine, *pro hac vice*
dnl@groom.com
Katherine B. Kohn, *pro hac vice*
kkohn@groom.com
1701 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel:    (202) 857-0620
Fax:    (202) 659-4503

*Special Counsel for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| **- and -** | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | FOURTH CONSOLIDATED FEE STATEMENT OF GROOM LAW GROUP, CHARTERED FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF NOVEMBER 1, 2019 THROUGH DECEMBER 31, 2019 |
| ☐  Affects PG&E Corporation | |
| ☐  Affects Pacific Gas and Electric Company | |
| x  Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | **Objection Deadline**: March 12, 2020 at 4:00 p.m. (Pacific Time) |

1

To: The Notice Parties

| | |
|---|---|
| Name of Applicant | Groom Law Group, Chartered |
| Authorized to Provide Professional Services to: | <u>Debtors</u> |
| Date of Retention: | <u>June 10, 2019 *nunc pro tunc* to January 29, 2019</u> |
| Period for which compensation and reimbursement are sought: | <u>November 1, 2019 through December 31, 2019</u> |
| Amount of compensation sought as actual, reasonable, and necessary | <u>$44,304.00 (80% of $55,380.00)</u> |
| Amount of expense reimbursement sought as actual, reasonable, and necessary | <u>$0</u> |

    The Groom Law Group, Chartered ("Groom" or "Applicant"), special employee benefits counsel to PG&E Corporation and Pacific Gas and Electric Company ("Debtors"), hereby submits its Fourth Consolidated Fee Statement ("Fourth Consolidated Statement")[1] for allowance and payment of compensation for professional services rendered and for

---

[1] Groom filed its First Consolidated Monthly Fee Statement covering the period from January 29, 2019, to July 31, 2019, on September 27, 2019 [Dkt. No. 4031]. Groom filed a Certificate of No Objection with respect to the Consolidated Monthly Fee Statement on October 21, 2019 [Dkt. No. 4350]. Groom filed its First Monthly Fee Statement covering August 2019 on December 2, 2019 [Dkt. No. 4936]. Groom filed a Certificate of No Objection with respect to the First Monthly Fee Statement on December 23, 2019 [Dkt. No. 5195]. Groom filed its Second Consolidated Monthly Fee Statement covering September and October 2019 on December 8, 2019 [Dkt. No. 5022]. Groom filed a Certificate of No Objection with respect to the Second Consolidated Monthly Fee Statement on December 30, 2019 [Dkt. No. 5225]. Groom had previously numbered its Fee Statements for individual months and its Consolidated Fee Statements separately, but at the recommendation of the Fee Examiner will henceforth number all of its Fee Statements consecutively, regardless of whether the Fee Statement is for an individual month or is consolidated.

reimbursement of actual and necessary expenses incurred for the period commencing November 1, 2019, through December 31, 2019 (the "Fee Period") pursuant to *the Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bank. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated February 27, 2019* [Dkt. 701] (the "Interim Compensation Procedures Order") and the *Order Appointing Fee Examiner And Establishing Procedures For Consideration Of Requested Fee Compensation And Reimbursement Of Expenses* [Dkt. 2267].

By this Monthly Statement, Groom requests allowance and payment of <u>$44,304.00 (80% of $55,380.00)</u> as compensation for professional services rendered to the Debtors during the Fee Period. Groom incurred no expenses during the Fee Period.

Groom provided legal services to Debtors related to five different matters during the Fee Period. Attached hereto are the following Exhibits:

1. <u>Matter A: Counseling re: Executive Compensation</u>

   a. <u>Exhibit A-1</u> is the name of each professional who performed services for one or both of the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

   b. <u>Exhibit A-2</u> is a summary of hours during the Fee Period by task.

   c. <u>Exhibit A-3</u> is the detailed time entries for the Fee Period.

2. <u>Matter B: Counseling re: Defined Benefit Plan</u>

   a. <u>Exhibit B-1</u> is the name of each professional who performed services for one or both of the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

3

b. <u>Exhibit B-2</u> is a summary of hours during the Fee Period by task.

c. <u>Exhibit B-3</u> is the detailed time entries for the Fee Period.

3. <u>Matter C: Counseling re: Health and Welfare Plan</u>

   a. <u>Exhibit C-1</u> is the name of each professional who performed services for one or both of the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

   b. <u>Exhibit C-2</u> is a summary of hours during the Fee Period by task.

   c. <u>Exhibit C-3</u> is the detailed time entries for the Fee Period.

4. <u>Matter D: Counseling re: Bankruptcy Matter</u>

   a. <u>Exhibit D-1</u> is the name of each professional who performed services for the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

   b. <u>Exhibit D-2</u> is a summary of hours during the Fee Period by task.

   c. <u>Exhibit D-3</u> is the detailed time entries for the Fee Period.

5. <u>Matter E: Voluntary Disability Plan</u>

   a. Exhibit E-1 is the name of each professional who performed services for the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

   b. Exhibit E-2 is a summary of hours during the Fee Period by task.

   c. Exhibit E-3 is the detailed time entries for the Fee Period.

4

6. <u>Matter F: Defined Contribution Plan</u>

    a.  Exhibit F-1 is the name of each professional who performed services for the Debtors in connection with these Chapter 11 cases during the Fee Period and the hourly rate and total fees for each professional.

    b.  Exhibit F-2 is a summary of hours during the Fee Period by task.

    c.  Exhibit F-3 is the detailed time entries for the Fee Period.

In accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Statement, if any, must be filed and served on or before the 21st day (or the next business day if such day is not a business day) following the date the Monthly Statement is served with this Court (the "Objection Deadline").

Upon expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees requested in this Monthly Statement. If an objection is properly filed, the Debtors shall be authorized and directed to pay the Applicant 80% of the requested fees that are not subject to an objection.

Dated: February 20, 2020          GROOM LAW GROUP, CHARTERED

                        By: /s/ Katherine B. Kohn
                        *Special Counsel for Debtors and*
                        *Debtors in Possession*

5

**Notice Parties**

PG&E Corporation
c/o Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105
Attn:   Janet Loduca, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Stephen Karotkin, Esq.
Rachael Foust, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108
Attn:   Tobias S. Keller, Esq.,
        Jane Kim, Esq.

The Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Attn:   James L. Snyder, Esq.,
        Timothy Laffredi, Esq.

Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Attn:   Dennis F. Dunne, Esq.,
        Sam A. Khalil, Esq.

Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Attn:   Paul S. Aronzon, Esq.,
        Gregory A. Bray, Esq.,
        Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Attn:   Eric Sagerman, Esq.,
 Cecily Dumas, Esq.

1

Bruce Markell
Fee Examiner
Northwestern University Pritzker School of Law
375 East Chicago Avenue
Chicago, IL 60611-3069

2

## EXHIBIT A-1

### COMPENSATION BY PROFESSIONAL
### NOVEMBER 1, 2019, THROUGH DECEMBER 31, 2019

The attorneys and paraprofessionals who rendered professional services to one or more of the Debtors relating to Executive Compensation during the Fee Period are:

| Name of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stacey Bradford | 1996 | $637 | .10 | $63.70 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | -- | -- | -- |
| Associates | $637 | .10 | $63.70 |
| Paraprofessionals | -- | -- | -- |
| Blended Attorney Rate | $637.79 | | |
| *Total Fees Incurred* | | | *$63.70* |

1

**<u>EXHIBIT A-2</u>**

**COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED ON MATTER DURING FEE PERIOD**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| C200 | Researching Law | *.10* | *$63.70* |

1

## EXHIBIT A-3

**ITEMIZED SERVICES**

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 11/2/2019 | BRADFORD | 0.10 | C200 | Review email re: issues re: excess benefit payments. | $63.70 |
| **Grand Total** | | | | | ***$63.70*** |

2

**EXHIBIT B-1**

**COMPENSATION BY PROFESSIONAL**
**NOVEMBER 1, 2019, THROUGH DECEMBER 31, 2019**

The attorneys and paraprofessionals who rendered professional services to one or both of the Debtors relating to the Debtors' Defined Benefit Plans during the Fee Period are:

| Name of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Katherine Kohn | 2009 | $708 | 0.70 | $495.60 |
| David Levine | 1998 | $860 | 7.10 | $6,106.00 |
| Jeff Witt | 1999 | $751 | 0.30 | $225.30 |

| Name of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stacey Bradford | 1996 | $637 | 1.20 | $764.40 |
| Mark Carolan | 2010 | $675 | 2.50 | $1,687.50 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $84283. | 8.10 | $6,826.90 |
| Associates | $662.68 | 3.70 | $2,451.90 |
| Blended Attorney Rate | $786.34 | | |
| *Total Fees Incurred* | | *11.80* | *$9,278.80* |

3

## **EXHIBIT B-2**

## **COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED DURING THE FEE PERIOD**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| C200 | Researching Law | 11.80 | $9,278.80 |

4

**EXHIBIT B-3**

**ITEMIZED SERVICES**

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 12/3/2019 | BRADFORD | 0.50 | C200 | Review and analyze proposed end-of-year amendment. | $318.50 |
| 12/6/2019 | BRADFORD | 0.20 | C200 | Review and analyze proposal re: end-of-year amendment. | $127.40 |
| 12/9/2019 | BRADFORD | 0.50 | C200 | Review and analyze issues concerning end-of-year amendment. | $318.50 |
| 12/3/2019 | CAROLAN | 2.50 | C200 | Review compliance requirements with respect to bankruptcy of plan sponsor and ministerial proposed plan update. | $1,687.50 |
| 12/3/2019 | KOHN | 0.70 | C200 | Review year-end plan amendment issues. | $495.60 |
| 11/13/2019 | LEVINE | 0.20 | C200 | EBC action and follow-up. | $172.00 |
| 11/19/2019 | LEVINE | 0.20 | C200 | Litigation follow-up. | $172.00 |
| 11/23/2019 | LEVINE | 0.30 | C200 | Review IBEW Electrical Tech proposal. | $258.00 |
| 11/24/2019 | LEVINE | 0.40 | C200 | Follow-up on line technician CBA item. | $344.00 |
| 11/25/2019 | LEVINE | 0.20 | C200 | IBEW follow-up. | $172.00 |
| 12/2/2019 | LEVINE | 0.80 | C200 | Follow-up on end-of-year amendments. | $688.00 |
| 12/8/2019 | LEVINE | 0.40 | C200 | Review end of year amendment items. | $344.00 |
| 12/9/2019 | LEVINE | 1.30 | C200 | End of year amendment follow-up. | $1,118.00 |
| 12/10/2019 | LEVINE | 0.50 | C200 | Follow-up on end of year items and follow-up with R. Reilly. | $430.00 |
| 12/13/2019 | LEVINE | 0.40 | C200 | Review and follow-up re: plan amendment items with R. Reilly. | $344.00 |
| 12/15/2019 | LEVINE | 1.40 | C200 | Review and follow-up re: end of year amendment; review questions and documentation. | $1,204.00 |
| 12/16/2019 | LEVINE | 0.40 | C200 | End of year amendment follow-up. | $344.00 |

5

| 12/23/2019 | LEVINE | 0.40 | C200 | Review effective date of end of year amendments. | $344.00 |
|---|---|---|---|---|---|
| 12/31/2019 | LEVINE | 0.20 | C200 | Review SERP divorce policy. | $172.00 |
| **GRAND TOTAL** | | | | | **$9,278.80** |

6

**<u>EXHIBIT C-1</u>**

**<u>COMPENSATION BY PROFESSIONAL</u>**
**<u>NOVEMBER 1, 2019, THROUGH DECEMBER 31, 2019</u>**

 The attorneys and paraprofessionals who rendered professional services to one or both of the Debtors related to Health and Welfare Plans during the Fee Period are:

| Name of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Katie Amin | 2009 | $713 | 1.90 | $1,354.70 |
| Christine Keller | 1996 | $812 | 0.30 | $243.60 |
| David Levine | 1998 | $860 | 0.60 | $516.00 |

\*\*\*

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $755.11 | 2.80 | $2,114.30 |
| Associates | -- | -- | -- |
| Blended Attorney Rate | $755.11 | | |
| *Total Fees Incurred* | | **2.80** | ***$2,114.30*** |

7

# EXHIBIT C-2

## COMPENSATION BY WORK TASK CODE FOR SERVICES
## RENDERED DURING THE FEE PERIOD

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| C200 | Researching Law | 2.80 | $2,114.30 |

8

## EXHIBIT C-3

## ITEMIZED SERVICES

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 11/26/2019 | AMIN | 0.20 | C200 | Analyze J. Redmond's question re: taxability of premium reimbursements. | $142.60 |
| 11/26/2019 | KELLER | 0.30 | C200 | Analyze re: LTD participants and retiree only plan exception to the ACA. | $243.60 |
| 11/20/2019 | LEVINE | 0.20 | C200 | Review taxation questions. | $516.00 |
| 12/2/2019 | LEVINE | 0.20 | C200 | Review and follow-up re: premium refund taxation. | $344.00 |
| 12/5/2019 | LEVINE | 0.20 | C200 | Premium taxation payroll follow-up. | $258.00 |
| **Grand Total** | | | | | **$2,114.30** |

9

**EXHIBIT D-1**

**COMPENSATION BY PROFESSIONAL**
**NOVEMBER 1, 2019, THROUGH DECEMBER 31, 2019**

The attorneys and paraprofessionals who rendered professional services to the Debtors in connection with benefits issues related to bankruptcy (2018 Wildfires) during the Fee Period are:

| Name of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Allie Itami | 2009 | $713 | 3.90 | $3,320.70 |
| Katherine Kohn | 2009 | $708 | 3.40 | $2,407.20 |
| David Levine | 1998 | $860 | 15.10 | $12,986.00 |
| Andrée St. Martin | 1983 | $998.00 | .30 | $299.40 |

| Name of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stacey Bradford | 1996 | $637 | 0.20 | $127.40 |
| Mark Carolan | 2010 | $675 | 0.80 | $540.00 |
| Ross McSweeney | 2012 | $637 | 13.60 | $8,663.20 |

| Name of Paraprofessionals | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Andi Shahinllari | -- | $214 | 15.80 | $3,381.20 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $837.59 | 22.70 | $19,013.30 |
| Associates | $639.10 | 14.6 | $9,330.60 |
| Paraprofessionals | $214 | 15.80 | $3,381.20 |

10

| | | | |
|---|---|---|---|
| Blended Attorney Rate | $759.89 | | |
| *Total Fees Incurred* | | *53.10* | *$31,725.10* |

11

**EXHIBIT D-2**

**COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED DURING THE FEE PERIOD**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| C200 | Researching Law | 53.10 | $31,725.10 |

12

## EXHIBIT D-3

## ITEMIZED SERVICES

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 11/4/2019 | BRADFORD | 0.10 | C200 | Review emails regarding amendment to stock fund provisions. | $63.70 |
| 11/5/2019 | BRADFORD | 0.10 | C200 | Review comments on amendments for stock investment restriction. | $63.70 |
| 12/13/2019 | CAROLAN | 0.80 | C200 | Review language of SB 901 and applicability to payment of plan obligations. | $540.00 |
| 11/5/2019 | ITAMI | 1.00 | C200 | Review comments from Gallagher regarding stock amendments. | $713.00 |
| 12/17/2019 | ITAMI | 0.40 | C200 | Review questions regarding restructuring items. | $285.20 |
| 12/18/2019 | ITAMI | 2.50 | C200 | Review issues regarding restructuring items. | $1,782.50 |
| 11/5/2019 | KOHN | 0.10 | C200 | Weekly call with benefits counsel. | $70.80 |
| 11/12/2019 | KOHN | 0.10 | C200 | Attend weekly benefits call. | $70.80 |
| 11/14/2019 | KOHN | 0.30 | C200 | Review time entries for privilege in preparation for fee application. | $212.40 |
| 11/18/2019 | KOHN | 0.40 | C200 | Review and revise fee application. | $283.20 |
| 12/2/2019 | KOHN | 0.20 | C200 | Review and finalize fee application. | $141.60 |
| 12/3/2019 | KOHN | 0.60 | C200 | Attend weekly benefits counsel call. | $424.80 |
| 12/4/2019 | KOHN | 0.70 | C200 | Review and revise fee applications. | $495.60 |
| 12/6/2019 | KOHN | 0.20 | C200 | Review/revise fee application. | $141.60 |
| 12/10/2019 | KOHN | 0.20 | C200 | Review time entries for fee application. | $141.60 |
| 12/17/2019 | KOHN | 0.20 | C200 | Attend weekly advisors call. | $141.60 |
| 12/23/2019 | KOHN | 0.30 | C200 | Review issues re: bankruptcy fee payments. | $212.40 |
| 12/31/2019 | KOHN | 0.10 | C200 | Attend weekly counsel call. | $70.80 |

13

| Date | Timekeeper | Hours | Code | Description | Amount |
|---|---|---|---|---|---|
| 11/1/2019 | LEVINE | 0.20 | C200 | Follow-up on response re: inquiry re: retirement plan. | $172.00 |
| 11/3/2019 | LEVINE | 1.80 | C200 | Complete revision of company stock amendments. | $1,548.00 |
| 11/4/2019 | LEVINE | 0.30 | C200 | Follow-up on company stock amendments. | $258.00 |
| 11/5/2019 | LEVINE | 0.70 | C200 | Review and follow-up on company stock comments from Gallagher. | $602.00 |
| 11/5/2019 | LEVINE | 0.20 | C200 | Follow-up re: company stock comments. | $172.00 |
| 11/6/2019 | LEVINE | 0.60 | C200 | Revise company stock amendments and follow-up with Gallagher. | $516.00 |
| 11/7/2019 | LEVINE | 0.30 | C200 | Stock amendment follow-up. | $258.00 |
| 11/8/2019 | LEVINE | 0.30 | C200 | Amendment process follow-up. | $258.00 |
| 11/9/2019 | LEVINE | 0.20 | C200 | Review and follow-up on company stock question. | $172.00 |
| 11/12/2019 | LEVINE | 0.20 | C200 | Gallagher report review and follow-up. | $172.00 |
| 11/18/2019 | LEVINE | 0.80 | C200 | Review fee application; fee application follow-up. | $688.00 |
| 11/19/2019 | LEVINE | 0.20 | C200 | Attend benefits status call. | $172.00 |
| 12/2/2019 | LEVINE | 0.30 | C200 | Review fee application materials. | $258.00 |
| 12/3/2019 | LEVINE | 1.00 | C200 | Weekly legal status call. | $860.00 |
| 12/3/2019 | LEVINE | 0.30 | C200 | Follow-up on pension funding. | $258.00 |
| 12/3/2019 | LEVINE | 0.20 | C200 | Follow-up re: bankruptcy issues. | $172.00 |
| 12/4/2019 | LEVINE | 0.30 | C200 | Review fee application items. | $258.00 |
| 12/4/2019 | LEVINE | 0.30 | C200 | SB 901 follow-up. | $258.00 |
| 12/5/2019 | LEVINE | 0.40 | C200 | End of year amendment items follow-up with team. | $344.00 |
| 12/11/2019 | LEVINE | 0.30 | C200 | Review and follow-up on securities claims in bankruptcy. | $258.00 |
| 12/12/2019 | LEVINE | 0.40 | C200 | Discussion of legislation and amendments. | $344.00 |
| 12/12/2019 | LEVINE | 0.40 | C200 | Follow-up with team. | $344.00 |

14

| Date | Name | Hours | Code | Description | Amount |
|---|---|---|---|---|---|
| 12/12/2019 | LEVINE | 0.30 | C200 | Call with R. Reilly. | $258.00 |
| 12/13/2019 | LEVINE | 0.50 | C200 | Review bankruptcy exit materials. | $430.00 |
| 12/14/2019 | LEVINE | 0.50 | C200 | Bankruptcy exit review and follow-up. | $430.00 |
| 12/16/2019 | LEVINE | 0.20 | C200 | Reorganization timeline follow-up. | $172.00 |
| 12/17/2019 | LEVINE | 0.30 | C200 | Attend weekly counsel status call. | $258.00 |
| 12/17/2019 | LEVINE | 1.20 | C200 | Review and follow-up on POR items. | $1,032.00 |
| 12/18/2019 | LEVINE | 1.70 | C200 | Review and call re: POR plan implications. | $1,462.00 |
| 12/19/2019 | LEVINE | 0.50 | C200 | Review POR follow-up and draft response. | $430.00 |
| 12/20/2019 | LEVINE | 0.20 | C200 | Review updated retention materials for bankruptcy process. | $172.00 |
| 11/27/2019 | MCSWEENEY | 4.60 | C200 | Draft consolidated fee application for September through October 2019. | $2,930.20 |
| 11/30/2019 | MCSWEENEY | 1.40 | C200 | Draft consolidated fee application for September through October 2019. | $891.80 |
| 11/30/2019 | MCSWEENEY | 1.10 | C200 | Review and revise monthly fee application for August 2019. | $700.70 |
| 12/2/2019 | MCSWEENEY | 0.80 | C200 | Review and revise monthly fee application for August 2019. | $509.60 |
| 12/3/2019 | MCSWEENEY | 2.50 | C200 | Revise draft September fee application. | $1,592.50 |
| 12/4/2019 | MCSWEENEY | 1.10 | C200 | Review draft fee application for client submission. | $700.70 |
| 12/5/2019 | MCSWEENEY | 2.10 | C200 | Revise consolidated fee application for September/October 2019. | $1,337.70 |
| 11/11/2019 | SHAHINLLARI | 2.20 | C200 | Draft and revise the Fee Application for the month of August per DNL's request. | $470.80 |
| 11/12/2019 | SHAHINLLARI | 2.70 | C200 | Draft and revise Fee Application for the month of August. | $577.80 |

15

| Date | Name | Hours | Code | Description | Amount |
|------|------|-------|------|-------------|--------|
| 11/13/2019 | SHAHINLLARI | 0.70 | C200 | Address issues re: August Fee Application. | $149.80 |
| 11/30/2019 | SHAHINLLARI | 1.90 | C200 | Work on the PG&E fee application for the months of August-October. | $406.60 |
| 12/2/2019 | SHAHINLLARI | 1.40 | C200 | Prepare, organize and file with the Court the Fee Application for the month of August. | $299.60 |
| 12/3/2019 | SHAHINLLARI | 2.40 | C200 | Prepare, organize and finalize the Fee Application for the months of September and October; Emailing the Fee Examiner in Chicago. | $513.60 |
| 12/6/2019 | SHAHINLLARI | 1.60 | C200 | Prepare, organize and finalize the Fee Application for the months of September and October. | $342.40 |
| 12/8/2019 | SHAHINLLARI | 0.80 | C200 | Prepare, organize and file with the Court the consolidated Fee Application for the months of September and October. | $171.20 |
| 12/17/2019 | SHAHINLLARI | 0.90 | C200 | Work on the Certificate of No Objection for the monthly fee statement for August 2019 to be filed with the Court. | $192.60 |
| 12/30/2019 | SHAHINLLARI | 1.20 | C200 | Work on the Certificate of No Objection for the monthly fee statement for September-October, 2019 to be filed with the Court; Electronic Filing of the CNO. | $256.80 |
| **GRAND TOTAL** | | | | | **$31,725.10** |

16

**EXHIBIT E-1**

**COMPENSATION BY PROFESSIONAL**
**NOVEMBER 1, 2019, THROUGH DECEMBER 31, 2019**

The attorneys and paraprofessionals who rendered professional services to the debtors relating to the Voluntary Disability Plan during the Fee Period are:

| Name of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| David Levine | 1998 | $860 | 0.50 | $430.00 |
| Allison Ullman | 2008 | $755 | 10.40 | $7,852.00 |
| *Total Partners and Counsel* | | | *10.90* | *$8,282.00* |

| Names of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stephen Pennartz | 2013 | $413 | 3.80 | $1,569.40 |
| *Total Associates* | | | *3.80* | *$1,569.40* |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $759.82 | 10.90 | $8,282.00 |
| Associates | $413 | 3.80 | $1,569.40 |
| Blended Attorney Rate | $670.16 | | |
| *Total Fees Incurred* | | *14.70* | *$9,851.40* |

17

**EXHIBIT E-2**

**COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED ON MATTER DURING FEE PERIOD**

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| C200 | Researching Law | 14.70 | $9,851.40 |

18

## EXHIBIT E-3

### ITEMIZED SERVICES

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|---|---|---|---|---|---|
| 11/5/2019 | LEVINE | 0.20 | C200 | Review and follow-up on governance item. | $172.00 |
| 11/20/2019 | LEVINE | 0.30 | C200 | Review VPDI analysis. | $258.00 |
| 11/14/2019 | PENNARTZ | 0.20 | C200 | Analyze issues re: required voluntary disability benefits. | $82.60 |
| 11/18/2019 | PENNARTZ | 2.50 | C200 | Review/analyze rules re: ability of voluntary plan to require participant to accept voluntary disability benefits. | $1,032.50 |
| 11/19/2019 | PENNARTZ | 1.10 | C200 | Review/analyze rules re: ability of voluntary plan to require participant to accept voluntary disability benefits. | $454.30 |
| 11/2/2019 | ULLMAN | 0.20 | C200 | Correspondence with client re: VP EBC question. | $151.00 |
| 11/4/2019 | ULLMAN | 0.10 | C200 | Review EBC materials re: VP change. | $75.50 |
| 11/5/2019 | ULLMAN | 0.30 | C200 | Call with R. Reilly re: VP issue. | $226.50 |
| 11/5/2019 | ULLMAN | 2.90 | C200 | Review EBC VP materials. | $2,189.50 |
| 11/6/2019 | ULLMAN | 0.20 | C200 | Review VP wage base question. | $151.00 |
| 11/11/2019 | ULLMAN | 0.10 | C200 | Review correspondence re: 2020 VP change. | $75.50 |
| 11/12/2019 | ULLMAN | 1.70 | C200 | Review/analyze 2020 voluntary plan changes. | $1,283.50 |
| 11/13/2019 | ULLMAN | 0.20 | C200 | Review correspondence re: VP. | $151.00 |
| 11/14/2019 | ULLMAN | 0.20 | C200 | Review/analyze new VP question. | $151.00 |
| 11/18/2019 | ULLMAN | 0.40 | C200 | Review VP use question. | $302.00 |
| 11/19/2019 | ULLMAN | 1.40 | C200 | Review VP use question. | $1,057.00 |
| 11/20/2019 | ULLMAN | 2.60 | C200 | Review VP use question. | $1,963.00 |
| 11/20/2019 | ULLMAN | 0.10 | C200 | Review correspondence from S. Wells re: final voluntary plan document. | $75.50 |
| **GRAND TOTAL** | | | | | **$9,851.40** |

19

Case: 19-30088    Doc# 5843    Filed: 02/20/20    Entered: 02/20/20 09:06:28    Page 27 of 30

**EXHIBIT F-1**

**COMPENSATION BY PROFESSIONAL**
**NOVEMBER 1, 2019, THROUGH DECEMBER 31, 2019**

The attorneys and paraprofessionals who rendered professional services to the debtors relating to the Defined Contribution Plan during the Fee Period are:

| Name of Partners and Counsel | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Michael Del Conte | 2008 | $713 | 0.30 | $213.90 |
| Allison Itami | 2009 | $713 | 0.30 | $213.90 |
| David Levine | 1998 | $860 | 1.60 | $1,376.00 |
| *Total Partners and Counsel* | | | *2.20* | *$1,803.80* |

| Names of Associates | Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Stacey Bradford | 1996 | $637 | 1.70 | $1,082.90 |
| *Total Associates* | | | *1.70* | *$1,082.90* |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $819.91 | 2.20 | $1,803.80 |
| Associates | $637 | 1.70 | $1,082.90 |
| Blended Attorney Rate | $740.18 | | |
| *Total Fees Incurred* | | *3.90* | *$2,886.70* |

20

**EXHIBIT F-2**

**COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED ON MATTER DURING FEE PERIOD**

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| C200 | Researching Law | 3.90 | $2,886.70 |

21

**EXHIBIT F-3**

**ITEMIZED SERVICES**

| Date | Timekeeper | Hours | Task | Narrative | Amount |
|------|-----------|-------|------|-----------|--------|
| 11/1/2019 | BRADFORD | 0.50 | C200 | Review draft L. H. appeal denial letter. | $318.50 |
| 11/6/2019 | BRADFORD | 0.20 | C200 | Review stock restriction amendments and issues re 20% cap. | $127.40 |
| 11/8/2019 | BRADFORD | 0.10 | C200 | Exchange emails with R. Reilly re: issues re: rollover of PG&E stock. | $63.70 |
| 11/25/2019 | BRADFORD | 0.70 | C200 | Review issue regarding Z. B. loan and military leave. | $445.90 |
| 12/9/2019 | BRADFORD | 0.20 | C200 | Review Fidelity's proposed program to locate lost participants. | $127.40 |
| 12/17/2019 | DEL CONTE | 0.30 | C200 | Respond to question re: fee waiver. | $213.90 |
| 12/17/2019 | ITAMI | 0.30 | C200 | Review questions regarding fund fee waiver. | $213.90 |
| 11/1/2019 | LEVINE | 0.30 | C200 | Review / comment on draft letter for L.H. | $258.00 |
| 11/6/2019 | LEVINE | 0.20 | C200 | Review and follow-up re: end-of-year notices. | $172.00 |
| 12/9/2019 | LEVINE | 0.20 | C200 | Missing participant follow-up. | $172.00 |
| 12/16/2019 | LEVINE | 0.40 | C200 | Fund change/waiver question follow-up. | $344.00 |
| 12/17/2019 | LEVINE | 0.20 | C200 | Review and follow-up on fund updates. | $172.00 |
| 12/26/2019 | LEVINE | 0.30 | C200 | Follow-up on SPD/company stock questions. | $258.00 |
| **GRAND TOTAL** | | | | | **$2,886.70** |

22