# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | **Bankruptcy Case** |
| **PG&E CORPORATION,** | **No. 19-30088 (DM)** |
|     - and - | |
| **PACIFIC GAS AND ELECTRIC** | **Chapter 11** |
| **COMPANY,** | **(Lead Case)** |
|                  **Debtors.** | **(Jointly Administered)** |

## CERTIFICATE OF SERVICE

I, Herb Baer, do declare and state as follows:

1.      I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2.      As described in the "Certificate of Service" of Alain Francoeur, dated February 14, 2020 [Docket No. 5785] (the "***Francoeur Certificate***"), on February 11, 2020, the following document was served on the Master Service List[1]:

- Amended Notice of Hearing on Approval of (A) Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization; (B) Plan Solicitation and Voting Procedures; (C) Forms of Ballots, Solicitation Packages, and Related Notices; and (D) Other Related Relief [Docket No. 5733] (the "***Amended Disclosure Statement Hearing Notice***")

*(remainder of page intentionally left blank)*

---

[1] Unless otherwise defined herein, capitalized terms are used as defined in the Francoeur Certificate.

3.      On February 14, 2020, at my direction and under my supervision, employees of Prime Clerk caused the Amended Disclosure Statement Hearing Notice (1) to be served via first class mail on the Master Mailing List attached hereto as **Exhibit A**, (2) to be bulk-shipped to counsel via FedEx 2-day Service as indicated on the Bundled Master Mailing List attached hereto as **Exhibit B**, (3) to be served via first class mail on 53,931 parties identified by EQ Shareowner Services as registered owners of common or preferred stock of the Debtors as of January 9, 2020, (4) to be served via overnight mail or next day business service on the banks, brokers, dealer agents, or nominees that hold the Debtors' publicly-traded securities in "street name" on behalf of the beneficial holders of those securities (collectively and with their agents, the "*Nominees*") attached hereto as **Exhibit C**, and (5) to be served via email on the Nominees and Depository Service List attached hereto as **Exhibit D**.

4.      I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 20th day of February 2020, at New York, NY.

_____
Herb Baer

2

SRF 39556, 39708, 39787