Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:   415.659.2600
Facsimile:   415.659.2601
Email:  rjulian@bakerlaw.com
Email:  cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:   310.820.8800
Facsimile:   310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>   -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>           **Debtors** | Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
| □ Affects PG& E Corporation<br><br>□ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **CERTIFICATE OF SERVICE** |

I, Heidi Hammon-Turano, do declare and state as follows:

1. I am employed in San Francisco County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, Transamerica Pyramid Center, 600 Montgomery Street, Suite 3100, San Francisco, CA 94111-2806.

2. I certify that on February 19, 2020, I caused a true and correct copy of each of the following documents to be served via e-mail on the Standard Party Email Service List attached hereto as **Exhibit A**:

- *Ex Parte Application of the Official Committee of Tort Claimants Pursuant To B.L.R. 9013-1(c) for Entry of An Order Authorizing Oversize Briefing of Reply in Support of Omnibus Objection to Claims Filed By California Governor's Office of Emergency Services [Dkt. No. 5824];*
- *Declaration of Lauren T. Attard in Support of Ex Parte Application of the Official Committee of Tort Claimants for Entry of An Order Authorizing Oversize Briefing for the Reply in Support of Omnibus Objection to Claims Filed By California Governor's Office of Emergency Services [Dkt. No. 5825];*
- *Notice of Ex Parte Application of the Official Committee of Tort Claimants Pursuant to B.L.R. 9013-1(c) for Entry of An Order Authorizing Oversize Briefing of Reply in Support of Omnibus Objection to Claims Filed By California Governor's Office of Emergency Services [Dkt. No. 5826];*
- *Reply in Support of Omnibus Objection to No Liability Claims Filed By the Department of Homeland Security / Federal Emergency Management Agency [Dkt. No. 5833];*
- *Declaration of Eric Goodman in Support of Reply in Support of Omnibus Objection to No Liability Claims Filed By The Department Of Homeland Security / Federal Emergency Management Agency [Dkt. No. 5834];*
- *Reply in Support of Omnibus Objection to Claims Filed By California Governor's Office of Emergency Services [Dkt. No. 5836]; and*
- *Declaration of Eric Goodman in Support of Reply in Support of Omnibus Objection to Claims Filed By California Governor's Office of Emergency Services [Dkt. No. 5837].*

3. I certify that on February 19, 2020, I caused a true and correct copy of each of the above documents to be served via First Class Mail on the Standard Party Hardcopy First Class Service List attached hereto as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 20th day of February, 2020, at San Francisco, California.

*Heidi Hammon-Turano*

Heidi Hammon-Turano

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Special Counsel to Debtors | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, Kevin J. Orsini, George E. Zobitz, Stephen M. Kessing and Nicholas A. Dorsey, Omid H. Nasab | pzumbro@cravath.com<br>korsini@cravath.com<br>jzobitz@cravath.com<br>skessing@cravath.com<br>ndorsey@cravath.com<br>onasab@cravath.com |
| Counsel to Debtors | Keller & Benvenutti LLP | Attn: Tobias Keller, Jane Kim | tkeller@kellerbenvenutti.com<br>jkim@kellerb envenutti.com |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. ,Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil, Gregory A. Bray, Thomas R. Kreller, Alan J. Stone, Samir Vora | ddunne@milbank.com<br>skhalil@milbank.com<br>Gbray@milbank.com<br>TKreller@milbank.com<br>astone@milbank.com<br>svora@milbank.com |
| Counsel for the administrative agent under the Debtors' debtor in possession financing facilities | Stroock & Stoock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo, Frank A. Merola | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| PG&E Shareholders | Jones Day | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston, | bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Ashley Vinson Crawford | avcrawford@akingump.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | mstamer@akingump.com<br>idizengoff@akingump.com<br>dbotter@akingump.com |
| Co-Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Braunhagey & Borden LLP | Attn: J. Noah Hagey, Jeffrey M. Theodore, David H. Kwasniewski, Andrew Levine | hagey@braunhagey.com<br>theodore@braunhagey.com<br>kwasniewski@braunhagey.com<br>levine@braunhagey.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Daniel I. Forman, Benjamin P. McCallen; Antonio Yanez, Jr., Erica L. Kerman, Jonathan D. Waisnor, Matthew Freimuth | mfeldman@willkie.com<br>jminias@willkie.com<br>dforman@willkie.com<br>bmccallen@willkie.com<br>ayanez@willkie.com<br>ekerman@willkie.com<br>jwaisnor@willkie.com<br>mfreimuth@willkie.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Diemer & Wei, LLP | Attn: Kathryn S. Diemer | kdiemer@diemerwei.com |

# EXHIBIT B
## Standard Parties Hardcopy First Class Mail Service List
## Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Debtors | PG&E Corporation and Pacific Gas and Electric Company | Attn: Janet Loduca<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94105 |
| U.S. Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>Washington, D.C. 20555-0001 |