# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>  -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>             Debtors. | Bankruptcy Case No. 19-30088-DM (Lead Case)<br><br>Chapter 11<br>Assigned to the Hon. Dennis Montali<br><br>(Jointly Administered) |

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK )
               ) ss.:
COUNTY OF NEW YORK )

Duke Amponsah, being duly sworn, deposes and says:

1. I am employed as a legal assistant with the law firm of Gibson, Dunn & Crutcher LLP, counsel to the Ad Hoc Committee of Holders of Trade Claims.

2. On February 20, 2020  I caused true and correct copies of the following document to be served on the parties listed in Exhibit A via Overnight Mail:

- *Notice of Appeal and Statement of Election to Have Appeal Heard By District Court **[Dkt. No. 5844]***

- *Motion of Ad Hoc Committee of Holders of Trade Claims for Leave to Appeal Order Regarding Postpetition Interest **[Dkt. No. 5845]***

- *Memorandum in support of  Motion of Ad Hoc Committee of Holders of Trade Claims for Leave to Appeal Order Regarding Postpetition Interest **[Dkt. No. 5846]***

- *Notice of Motion of Ad Hoc Committee of Holders of Trade Claims for Leave to Appeal Order Regarding Postpetition Interest **[Dkt. No. 5847]***

I certify under penalty of perjury that the foregoing is true and correct.

Duke Amponsah

Sworn to before me this
21st day of February, 2020

ANGEL ARIAS
Notary Public, State of New York
No. 01AR5040048
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 6, 20 23

1

## EXHIBIT A

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

| | |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP |
| 2 | Stephen Karotkin (*pro hac vice*)<br>Ray C. Schrock, P.C. (*pro hac vice*) |
| 3 | Jessica Liou (*pro hac vice*)<br>Theodore E. Tsekerides (*pro hac vice*) |
| 4 | 767 Fifth Avenue<br>New York, NY 10153-0119 |
| 5 | Telephone: (212) 310-8000 |
| 6 | Facsimile: (212) 310-8007<br>E-mail: stephen.karotkin@weil.com, ray.schrock@weil.com, jessica.liou@weil.com, |
| 7 | theodore.tsekerides@weil.com |
| 8 | KELLER & BENVENUTTI LLP<br>Tobias S. Keller (SBN 151445) |
| 9 | Peter J. Benvenutti (SBN 60566) |
| 10 | Jane Kim (SBN 298192)<br>650 California Street, Suite 1900 |
| 11 | San Francisco, CA 94108<br>Telephone: (415) 496-6723 |
| 12 | Facsimile: (650) 636-9251 |
| 13 | E-mail: tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com, jkim@kellerbenvenutti |
| 14 | JONES DAY<br>Bruce S. Bennett (SBN 105430) |
| 15 | Joshua M. Mester (SBN 194783)<br>James O. Johnston (SBN 167330) |
| 16 | 555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA 90071.2300 |
| 17 | Telephone: (213) 489-3939 |
| 18 | Facsimile: (213) 243-2539<br>E-mail: bbennett@jonesday.com, jmester@jonesday.com, |
| 19 | jjohnston@jonesday.com |
| 20 | MILBANK LLP<br>Gregory A. Bray (SBN 115367) |
| 21 | Thomas R. Kreller (SBN 161922) |
| 22 | 2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |
| 23 | Telephone: (424) 386-4000<br>Facsimile: (213) 629-5063 |
| 24 | E-mail: gbray@milbank.com, tkreller@milbank.com |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Gibson, Dunn &
Crutcher LLP

MILBANK LLP
Dennis F. Dunne (*pro hac vice*)
Samuel A. Khalil (*pro hac vice*)
55 Hudson Yards
New York, NY 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219
E-mail: ddunne@milbank.com, skhalil@milbank.com

AKIN GUMP STRAUSS HAUER & FELD LLP
Michael S. Stamer (*pro hac vice*)
Ira S. Dizengoff (*pro hac vice*)
David H. Botter (*pro hac vice*)
Abid Qureshi (*pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
E-mail: mstamer@akingump.com, idizengoff@akingump.com, dbotter@akingump.com, aqureshi@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
Ashley Vinson Crawford (SBN 257246)
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501
E-mail: avcrawford@akingump.com

STROOCK & STROOCK & LAVAN LLP
Mark A. Speiser (*pro hac vice*)
Kenneth Pasquale (*pro hac vice*)
Sherry J. Millman (*pro hac vice*)
Harold A. Olsen (*pro hac vice*)
180 Maiden Lane New York, NY 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
E-mail: mspeiser@stroock.com, kpasquale@stroock.com, smillman@stroock.com, holsen@stroock.com

STROOCK & STROOCK & LAVAN LLP
David W. Moon (SBN 197711)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: (310) 556-5800
Facsimile: (310) 556-5959
E-mail: dmoon@stroock.com

Gibson, Dunn & Crutcher LLP

ARENT FOX LLP
Andrew I. Silfen (*pro hac vice*)
Beth M. Brownstein (*pro hac vice*)
1301 Avenue of the Americas, 42nd Floor
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
E-mail: andrew.silfen@arentfox.com, beth.brownstein@arentfox.com

Aram Ordubegian (SBN 185142)
ARENT FOX LLP
55 Second Street, 21st Floor
San Francisco, CA 94105
Telephone: (415) 757-5500
Facsimile: (415) 757-5501
E-mail: aram.ordubegian@arentfox.com

PILLSBURY WINTHROP SHAW PITTMAN LLP
M. David Minnick (SBN 54148)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94126-5998
Telephone: (415) 983-1000
E-mail: dminnick@pillsburylaw.com

Leo T. Crowley (*pro hac vice*)
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 858-1000
E-mail: leo.crowley@pillsburylaw.com

DAVIS POLK & WARDWELL LLP
Timothy Graulich (*pro hac vice*)
David Schiff (*pro hac vice*)
Daniel E. Meyer (*pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
E-mail: timothy.graulich@davispolk.com, david.schiff@davispolk.com,
daniel.meyer@davispolk.com

DAVIS POLK & WARDWELL LLP
Andrew D. Yaphe (SBN 274172)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
E-mail: andrew.yaphe@davispolk.com

Gibson, Dunn &
Crutcher LLP

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Bennett Murphy (SBN 174536)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
E-mail: bennettmurphy@quinnemanuel.com

TROUTMAN SANDERS LLP
Hugh M. McDonald (*pro hac vice*)
Jonathan D. Forstot (*pro hac vice*)
875 Third Avenue
New York, NY 10022
Telephone: (212) 704-6000
Facsimile: (212) 704-6288
E-mail: hugh.mcdonald@troutman.com, jonathan.forstot@troutman.com

TROUTMAN SANDERS LLP
Marcus T. Hall, Bar No. 206495
Katharine L. Malone, Bar No. 290884
3 Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 477-5700
Facsimile: (415) 477-5710
E-mail: marcus.hall@troutman.com, katharine.malone@troutman.com

WILLKIE FARR & GALLAGHER LLP
Matthew A. Feldman (*pro hac vice*)
Joseph G. Minias (*pro hac vice*)
Benjamin P. McCallen (*pro hac vice*)
787 Seventh Avenue
New York, NY 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
E-mail: mfeldman@willkie.com, jminias@willkie.com,
bmccallen@willkie.com

DIEMER & WEI LLP
Kathryn S. Diemer (#133977)
100 West San Fernando Street, Suite 555
San Jose, CA 95113
Telephone: (408) 971-6270
Facsimile: (408) 971-6271
E-mail: kdiemer@diemerwei.com

Gibson, Dunn &
Crutcher LLP