DAVID M. FELDMAN (*pro hac vice*)
  dfeldman@gibsondunn.com
MATTHEW K. KELSEY (*pro hac vice*)
  mkelsey@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

MATTHEW D. McGILL (*pro hac vice*)
  mmcgill@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

MICHAEL S. NEUMEISTER, SBN 274220
  mneumeister@gibsondunn.com
MICHELLE CHOI, SBN 313557
  mchoi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for the Ad Hoc Committee of Holders of Trade Claims*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>    **-and-**<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                      **Debtors.**<br>☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☑   Affects both Debtors<br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF MOTION OF AD HOC COMMITTEE OF HOLDERS OF TRADE CLAIMS FOR LEAVE TO APPEAL ORDER REGARDING POSTPETITION INTEREST**<br><br>Date: TBD<br>Time: TBD<br>Judge: TBD<br><br>**Objection Deadline:** March 5, 2020 |

1     **PLEASE TAKE NOTICE** that on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "<u>Debtors</u>"), in the above-captioned chapter 11 cases, each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "<u>Bankruptcy Court</u>").

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. § 158(a)(3) and Federal Rule of Bankruptcy Procedure 8004, the Ad Hoc Committee of Holders of Trade Claims (the "<u>Trade Committee</u>") has filed the *Motion of the Ad Hoc Committee of Holders of Trade Claims for Leave to Appeal Order Regarding Postpetition Interest* (the "<u>Motion</u>"). The Motion accompanies the Trade Committee's *Notice of Appeal and Statement of Election to Have Appeal Heard by District Court* (the "<u>Notice of Appeal</u>") and is supported by the *Memorandum in Support of Motion of the Ad Hoc Committee of Holders of Trade Claims for Leave to Appeal Order Regarding Postpetition Interest*, this notice of the Motion, and all the papers and record on file in this action.

    **PLEASE TAKE FURTHER NOTICE** that the Motion may be heard by the United States District Court of the Northern District of California (the "<u>District Court</u>") at a date and time to be set by the District Court. Pursuant to Federal Rule of Bankruptcy Procedure 8004(c)(3), however, any relief requested in the Motion may be granted without a hearing.

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Bankruptcy Rule of Procedure 8004(b)(2), any oppositions or responses to the Motion must be in writing, filed with the District Court, and served on counsel for the Trade Committee so as to be received by no later than **March 5, 2020**. Any oppositions or responses must also be filed and served on all the parties reflected in the Notice of Appeal.

    **PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for international parties or by email at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: February 20, 2020 | **GIBSON, DUNN & CRUTCHER LLP**<br><br>By:  /s/ *Michael* S. Neumeister<br>David M. Feldman (*pro hac vice*)<br>Matthew K. Kelsey (*pro hac vice*)<br>Matthew D. McGill (*pro hac vice*)<br>Michael S. Neumeister<br>Michelle Choi<br><br>*Attorneys for the Ad Hoc Committee of Holders of Trade Claims* |