# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 2/25/2020 |
| Case: 19−30088 | Form ID: TRANSC | Total: 8 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | David J. Richardson | drichardson@bakerlaw.com |
| aty | Jane Kim | jkim@kellerbenvenutti.com |
| aty | Michael S. Etkin | metkin@lowenstein.com |
| aty | Randy Michelson | randy.michelson@michelsonlawgroup.com |

                                                                            TOTAL: 4

**Recipients submitted to the Claims Agent (Prime Clerk):**

| | | | | |
|---|---|---|---|---|
| aty | Richard W. Slack | Weil Gotshal and Manges, LLP | 767 Fifth Ave. | New York, NY 10153−0119 |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| aty | Thomas A. Dubbs | Labaton Sucharow LLP | 140 Broadway | New York, NY 10005 |
| | BRUCE BENNETT, ESQ. | Jones Day | 555 South Flower Street Fiftieth Floor | Los Angeles, CA 90071 |

                                                                            TOTAL: 4