# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>    - and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                              **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING SIXTH MONTHLY FEE STATEMENT OF TRIDENT DMG LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD DECEMBER 18, 2019 THROUGH JANUARY 17, 2020**<br><br>[Re: Docket No. 5491]<br><br>**OBJECTION DEADLINE**<br>February 14, 2020 at 4:00p.m. (PDT) |

## THE MONTHLY FEE STATEMENT

On January 24, 2020, Trident DMG LLC ("**Trident**" or the "**Applicant**"), communications consultant to the Official Committee of Tort Claimants ("**Tort Committee**"), filed its Sixth Monthly Fee Statement of Trident DMG LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of December 18, 2019 through January 17, 2020 [Docket No. 5491] (the "**Sixth Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bank. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals,* entered on February 28, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

The Sixth Monthly Fee Statement was served as described in the Certificates of Service of Andrea Gonzalez, filed on January 24, 2020 [Docket. No. 5492]. The deadline to file responses or oppositions to the Sixth Monthly Fee Statement was February 14, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim

Compensation Procedures Order, the above-captioned debtors and debtors-in-possession are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Sixth Monthly Fee Statement upon the filing of this certification and without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is attached hereto as **Exhibit A.**

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a Partner of the firm of Trident DMG LLC, the communications consultant to the Tort Committee.

2. I certify that I have reviewed the Court's docket in this and case and have not received any response or opposition to the Sixth Monthly Fee Statement.

3. This declaration was executed in Washington, D.C.

Dated: February 21, 2020          Respectfully submitted,

**TRIDENT DMG LLC**

By: _____
Adam Goldberg
*Communications Consultant for the*
*Official Committee of Tort Claimants*

**EXHIBIT A**

Professional Fees and Expenses
Sixth Monthly Fee Statement

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Trident DMG LLC<br><br>Communications Consultant to the Official Committee of Tort Claimants | Sixth Monthly<br><br>12/18/19 to 1/17/20<br><br>[Docket No. 5491, filed 1/24/20] | $35,000.00 | $3,756.81 | 2/14/20 | $28,000.00 | $3,756.81 | $7,000.00 |