Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:   esagerman@bakerlaw.com
Email:   drichardson@bakerlaw.com
Email:   lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088-(DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **AMENDED NOTICE OF SUBPOENA** |
| **Debtors.** | |

□ Affects PG& E Corporation

□ Affects Pacific Gas and Electric Company

■ Affects both Debtors

*All papers shall be filed in the Lead Case, No. 19-30088 (DM)*

**PLEASE TAKE NOTICE** that the Official Committee of Tort Claimants ("**TCC**")

hereby amends the Notice of Subpoena, filed February 18, 2020 [Dkt No. 5820], as follows:

**Exhibit 9 – California Insurance Commissioner, is replaced with Exhibit 9A**

**attached hereto.**


Dated: February 21, 2020                                    BAKER & HOSTETLER LLP

                                                                           By:   */s/ Lauren Attard*
                                                                                   Robert A. Julian
                                                                                   Cecily A. Dumas
                                                                                   Lauren Attard

                                                                           *Attorneys for The Official Committee of Tort*
                                                                           *Claimants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2020, the foregoing was been served upon all parties or their attorneys in a manner authorized by Federal Rule of Civil Procedure 5(b)(1).

                                                                           */s/ Lauren Attard*
                                                                           Lauren Attard

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES