Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                Debtors.<br>□ Affects PG&E Corporation<br>□ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF FILING OF PROPOSED FIRE VICTIMS CLAIMS RESOLUTION PROCEDURES SUMMARY**<br><br>Relates to Dkt. Nos. 5700, 5732 |

**PLEASE TAKE NOTICE** that on February 7, 2020, PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**") filed a proposed disclosure statement in the above-captioned chapter 11 cases [Dkt. No. 5700]; and

- 1 -

**PLEASE TAKE FURTHER NOTICE** that on February 11, 2020, this Court entered an order [Dkt. No. 5732] directing the parties to file a proposed Fire Victims Claims Resolution Procedures Summary; and

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a proposed Fire Victims Claims Resolution Procedures Summary, which has been approved by the proposed Trustee and proposed Claims Administrator of the Fire Victim Trust, and reviewed by the Debtors, the Official Committee of Tort Claimants, and the Consenting Fire Victim Attorneys.

Dated: February 21, 2020

BAKER & HOSTETLER LLP

By: */s/ Lauren T. Attard*
Lauren T. Attard

*Counsel to the Official Committee of Tort Claimants*