BERMAN AND TODDERUD LLP
Stan Berman
Eric Todderud
3502 Fremont Avenue N., Suite 2
Seattle, WA 98103
Tel: (206) 279-3272

*Special Counsel for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **CERTIFICATE OF NO OBJECTION TO MONTHLY FEE STATEMENT OF BERMAN AND TODDERUD FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case No. 19-30088 (DM).* | **[Docket No. 5578]** |
| | **Objection Deadline: February 21, 2020, 4:00 p.m. (Pacific Time)** |

On January 31, 2020, Berman and Todderud LLP ("Berman and Todderud" or "Applicant"), attorneys for PG&E Corporation and Pacific Gas and Electric Company (the "Debtors") filed the Monthly Fee Statement of Berman and Todderud LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of December 1, 2019 Through December 31, 2019 [Docket No. 5578] (the "December 2019 Monthly Fee Statement"), pursuant to the Order Pursuant

to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, entered on February 27, 2019 [Docket No. 701] (the "Interim Compensation Procedures Order"). The December 2019 Monthly Fee Statement was served as described in the Certificate of Service of Sonia Akter, filed on February 5, 2020 [Docket No. 5643].

The deadline to file responses or oppositions to the December 2019 Monthly Fee Statement was February 21, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the above captioned Debtors are authorized to pay the Applicant eighty percent (80%) of the fees requested in the December 2019 Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as Exhibit A.

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a partner in the firm of Berman and Todderud LLP, special counsel to the Debtors.

2. I certify that I have reviewed the Court's docket in this case and have not received any response or opposition to the December 2019 Monthly Fee Statement.

3. This declaration was executed in Seattle, Washington.

Dated: February 24, 2020          Respectfully submitted,

                                  BERMAN AND TODDERUD LLP


                                  By: /s/ Eric Todderud
                                  Eric Todderud
                                  Berman and Todderud LLP

                                  *Special Counsel for Debtors and Debtors in Possession*

## Notice Parties

PG&E Corporation
c/o Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105
Attn: Janet Loduca, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900 San Francisco, CA 94108
 Attn: Tobias S. Keller, Esq., Jane Kim, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue New York, NY 10153
Attn: Stephen Karotkin, Esq. Jessica Liou, Esq. Matthew Goren, Esq.

The Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Attn: James L. Snyder, Esq., Timothy Laffredi, Esq.

Milbank LLP
55 Hudson Yards New York, NY 10001-2163
Attn: Dennis F. Dunne, Esq., Sam A. Khalil, Esq.

Milbank LLP 2029
Century Park East, 33rd Floor Los Angeles, CA 90067
Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Attn: Eric Sagerman, Esq., Cecily Dumas, Esq.

Bruce A. Markell
Fee Examiner
541 N. Fairbanks Ct., Ste 2200
Chicago, IL 60611-3710

Scott H. McNutt
324 Warren Road
San Mateo, California 94402

# EXHIBIT A

# SUMMARY OF FEES AND EXPENSES SOUGHT BY APPLICANT

| Applicant | Fee Application Period | Total Fees Requested | Total Expenses Requested | Fees Authorized to be Paid at 80% | Objection Deadline | Expenses Authorized to be Paid at 100% | Holdback Amount |
|---|---|---|---|---|---|---|---|
| Berman and Todderud LLP | December 1, 2019 through December 31, 2019 | $90,417.62 | $0 | $72,334.10 | February 21, 2020 | $0 | $18,083.52 |

4