# Exhibit A

| Date Statement Filed | Period Covered | Total Compensation and Expenses Incurred for Period Covered | | Total Amount of Fees Authorized to be Paid Pursuant to Interim Compensation Order | Total Amount of Expenses Authorized to be Paid Pursuant to Interim Compensation Order | Holdback Fees Amount |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees w/ No Objection (@ 80%) | Expenses (@ 100%) | Fees w/ No Objection (@ 20%) |
| January 30, 2020 | 11/01/19 - 11/30/19 | $479,945.00 | $1,541.30 | $383,956.00 | $1,541.30 | $95,989.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

4