# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> **PG&E CORPORATION** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> Ref. Docket Nos. 5816 and 5817 |
| ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

WING CHAN, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 18, 2020, I caused to be served the:

   a. "Corrected Certificate of No Objection Regarding Tenth Monthly Fee Statement of Milbank LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period November 1, 2019 Through November 30, 2019," filed on February 18, 2020 [Docket No. 5816], and

   b. "Eleventh Monthly Fee Statement of Milbank LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 1, 2019 Through December 31, 2019," dated February 18, 2020 [Docket No. 5817],

by causing true and correct copies to be:

a. enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, and

b. delivered via electronic mail to those parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>/s/ Wing Chan</u><br>
Wing Chan

Sworn to before me this
21st day of February, 2020
<u>/s/ John Chau</u>
Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires February 23, 2021

# EXHIBIT A

| | |
|---|---|
| BAKER & HOSTETLER, LLP<br>COUNSEL FOR OFFICIAL COMMITTEE OF TORT CLAIMANTS<br>ATTN: ERIC E. SAGERMAN AND CECILY DUMAS<br>11601 WILSHIRE BLVD.<br>SUITE 1400<br>LOS ANGELES CA 90025-0509 | MILBANK LLP<br>COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS<br>ATTN: DENNIS F. DUNNE, SAMUEL A. KHALIL<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163 |
| DLA PIPER LLP<br>ATTN: JOSHUA D. MORSE<br>555 MISSION STREET<br>SUITE 2400<br>SAN FRANCISCO CA 94105-2933 | OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: JAMES L. SNYDER, ESQ. & TIMOTHY LAFREDDI, ESQ.,<br>MARTA E. VILLACORTA<br>450 GOLDEN GATE AVE<br>SUITE 05-0153<br>SAN FRANCISCO CA 94102 |
| PG&E CORPORATION<br>ATTN: JANET LODUCA<br>77 BEALE STREET<br>SAN FRANCISCO CA 94177 | |

**PG&E CORPORATION**
**Overnight Mail – Additional Service List**

MILBANK LLP
Attn: Paul S. Aronzon
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

# EXHIBIT B

**PG&E CORPORATION**
**Electronic Mail – Master Service List**

bamexampge@gmail.com
david.riley@dlapiper.com
ddunne@milbank.com
esagerman@bakerlaw.com
gbray@milbank.com
james.l.snyder@usdoj.gov
jessica.liou@weil.com
jkim@kellerbenvenutti.com
lattard@bakerlaw.com
marta.villacorta@usdoj.gov
matthew.goren@weil.com
paronzon@milbank.com
rachael.foust@weil.com
skhalil@milbank.com
stephen.karotkin@weil.com
timothy.s.laffredi@usdoj.gov
tkeller@kellerbenvenutti.com
tkreller@milbank.com
traceyrgallegos@gmail.com