Jeremy C. Sink (Utah Bar No. 9916)
KIRTON McCONKIE
36 South State Street, Suite 1900
Salt Lake City, UT 84111
Telephone: (801) 239-3157
Fax: (801) 321-4893
email: jsink@kmclaw.com
*Attorney for Debtor/Appellant Michael M. Smith*



FILED
FEB 24 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| In re:<br><br>PG & E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy No. 19-30088 (DM)<br><br>Chapter 11 |
|---|---|

### REQUEST FOR NO FURTHER NOTICE

JEREMY C. SINK, counsel for The Church of Jesus Christ of Latter-Day Saints, a Utah corporation sole, f/k/a Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-Day Saints, herein requests the he be **removed** from the general notice list in this case.

Address: Kirton McConkie
36 South State, Suite 1900
Salt Lake City, UT 84111
Contacts: Phone: (801) 239-3157
Email: jsink@kmclaw.com

Dated: February 18, 2020.

KIRTON McCONKIE
/s/ Jeremy C. Sink
Jeremy C. Sink
Counsel for *The Church of Jesus Christ of Latter-Day Saints, a Utah corporation sole, f/k/a Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-Day Saints*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this **REQUEST FOR NO FURTHER NOTICE** was electronically filed on the 18th day of February, 2020, in the above captioned case and noticed to all those receiving ECF notice in this case.

/s/ Maida Bridges
Assistant to Jeremy Sink

2