

Signed and Filed: February 24, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date:    February 26, 2020<br>Time:    10:00 AM<br>Place:   Courtroom 17<br>           450 Golden Gate Ave.<br>           16th Floor<br>           San Francisco, CA |

**COURT'S INTENTIONS RE PROPOSED ORDER**

The court intends to issue the Proposed Order Denying Securities Lead Plaintiff's Motion, etc., (Dkt. No. 5787-1), revised to change the Extended Securities Claims Bar Date from March 31, 2020, to April 15, 2020, and a revised Securities Claim Bar Date Notice, with the edits shown below. Before doing so it will consider any comments or suggested edits from counsel for Debtors, the TCC and the Lead Plaintiffs following the

-1-

conclusion of the PG&E calendar on February 26, 2020.  The
present intention is to issue the final order by the end of the
day on February 26 in order to commence the implementation of
the procedures in Paragraphs 5 and 6 of the Proposed Order.

   Proposed edits to Notice of Extended Deadline for Filing
Certain Securities Claims for Rescission and Damages:

   1) Change March 31, 2020, to April 15, 2020, throughout.
   2) Replace Page 1, lines 14 to Page 2, line 3, with the
      following:

   On January 29, 2019, PG&E Corporation and Pacific Gas and
Electric Company ("Debtors") filed Chapter 11 Bankruptcy.  Later
the court set a deadline of October 21, 2019, for general
creditors to file claims ("Original Bar Date").  A later
deadline, December 31, 2019, was set for claims to be filed
based upon the widely-publicized deadly and damaging wildfires
that occurred in 2015, 2017 and 2018 in Northern California.

   On January 31, 2020, Debtors filed their latest proposed
Chapter 11 Plan of Reorganization (Dkt. No. 5590) and then on
February 7, 2020, their Disclosure Statement to accompany that
Plan (Dkt. No. 5700).  The Disclosure Statement, when approved
by the court, will set forth relevant information to assist
creditors whose claims will be affected by the Plan to vote for
or against it.  The Debtors have begun the process of notifying
creditors of the schedule for approval of the Disclosure
Statement, the deadline for submission of ballots for or against
the Plan, the deadline for filing Objections to Confirmation of
the Plan, and other relevant information.  (See Dkt. Nos. 5733
and 5835)

-2-

Case: 19-30088    Doc# 5888    Filed: 02/24/20    Entered: 02/24/20 16:39:37    Page 2 of 4

The procedures for sending and publishing notice of the Original Bar Date were extensive but the court has concluded that they did not adequately notify prospective creditors whose claims are based on their belief that they have suffered losses ("Rescission and Damage Claims") as a result of alleged inadequate or fraudulent disclosure or non-disclosure of information about the Debtors that may have led persons to purchase publicly traded debt or equity securities from April 29, 2015 to November 15, 2018. For this reason, April 15, 2020, has been fixed as the Extended Securities Claims Bar Date.

The Plan presently describes purchasers of debt securities separately from purchasers of equity securities. Regardless of which type was purchased, Section 510(b) of the Bankruptcy Code subordinates (places lower) claims based upon purchases of debt securities to all other creditors; it subordinates claims based upon purchases of equity securities to the same level of treatment of other equity securities.

Debtors have advised the court and represented in their Plan and Disclosure Statement that debt securities they issued will be UNIMPAIRED. Thus holders of claims based upon them will not vote for or against the Plan and they will not be provided a Disclosure Statement. Thus the fact that the current deadline for filing objections to the Disclosure Statement will have passed before the deadline to file Rescission and Damage Claims should not affect those persons. Still, they must file proofs of claim by the deadline stated above.

The Debtors have also conceded, and the Plan states, that it does IMPAIR holders of equity securities of PG&E Corporation.

Thus the fact that there is insufficient time to provide notice of the deadline to object to the adequacy of the Disclosure Statement is a problem of concern to the court that must be dealt with in the coming weeks. Parties affected will be given notice in the future, possibly with notice of the hearing on Confirmation of the Plan and the deadline to file objections. Still, they must file proofs of claim by the Extended Securities Claims Bar Date.

The following deadlines are also provided for all parties' information.

| | |
|---|---|
| May 15, 2020 | Deadline for (i) submitting Ballots to accept or reject the Plan and (ii) filing and serving objections to Plan confirmation. |
| May 19, 2020 at 10:00 a.m. | Pre-confirmation scheduling conference. |
| May 22, 2020 | Deadline for Debtors, Shareholder Proponents, and other parties in interest to file replies to Plan confirmation objections. |
| May 27, 2020 at 10:00 a.m. | First day of Confirmation Hearing. |

**\*\*END OF STATEMENT OF INTENTIONS\*\***

-4-