**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR FEBRUARY 26, 2020, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: February 26, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
FEBRUARY 26, 2020, 10:00 A.M. (PACIFIC TIME)
OMNIBUS HEARING**

**I:** **MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**

*CONTESTED MATTERS GOING FORWARD*

1. **FEMA Claims Objection**: *Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to No Liability Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claim Nos. 59692, 59734 & 59783)* [**Dkt. 4943**].

   Response Deadline: February 12, 2020, at 4:00 p.m. (Pacific Time).

   Responses Filed:

   A. Joinder of the Debtors to Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claims Nos. 59692, 59734 & 59783) [**Dkt. 5639**].

   B. Joinder of Fire Claimants in TCC's Objections to Claims by FEMA and Cal OES [**Dkt. 5731**].

   C. Joinder of the Debtors to Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by California Governor's Office of Emergency Services (Claims Nos. 87748, 87754 & 87755) [**Dkt. 5734**].

   D. Joinder to Omnibus Objections of the Official Committee of Tort Claimants (Substantive) to Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claims Nos, 59692, 59734 & 59783) [**Dkt. 5735**].

   E. Joinder to Omnibus Objections of the Official Committee of Tort Claimants (Substantive) to Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claims Nos, 59692, 59734 & 59783) and to Claims Filed by California Governor's Office of Emergency Services (Claims Nos. 87748, 87754 & 87755) [**Dkt. 5737**].

   F. Joinder to Omnibus Objections of the Official Committee of Tort Claimants (Substantive) to Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claims Nos, 59692, 59734 & 59783) and to Claims Filed by California Governor's Office of Emergency Services (Claims Nos. 87748, 87754 & 87755) [**Dkt. 5749**].

   G. Joinder to Omnibus Objections of the Official Committee of Tort Claimants (Substantive) to Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claims Nos, 59692, 59734 & 59783) and to Claims Filed by California Governor's Office of Emergency Services (Claims Nos. 87748, 87754 & 87755) [**Dkt. 5752**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | | |
|---|---|---|
| H. | United States' Response to the Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to No Liability Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claims No. 59692, 59734 & 59783) [**Dkt. 5753**]. | |
| I. | Joinder to Omnibus Objections of the Official Committee of Tort Claimants (Substantive) to Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claims Nos, 59692, 59734 & 59783) and to Claims Filed by California Governor's Office of Emergency Services (Claims Nos. 87748, 87754 & 87755) [**Dkt. 5754**]. | |
| J. | Joinder to Omnibus Objections of the Official Committee of Tort Claimants (Substantive) to Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claims Nos, 59692, 59734 & 59783) and to Claims Filed by California Governor's Office of Emergency Services (Claims Nos. 87748, 87754 & 87755) [**Dkt. 5755**]. | |
| K. | Declaration of Michael S. Tye in Support of the United States' Response to the Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to No Liability Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claims No. 59692, 59734 & 59783) [**Dkt. 5756**]. | |
| L. | Joinder to Omnibus Objections of the Official Committee of Tort Claimants (Substantive) to Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claims Nos, 59692, 59734 & 59783) and to Claims Filed by California Governor's Office of Emergency Services (Claims Nos. 87748, 87754 & 87755) [**Dkt. 5759**]. | |
| M. | Reply in Support of Omnibus Objection to No Liability Claims to No Liability Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency [**Dkt. 5833**]. | |
| N. | Declaration of Eric Goodman in Support of Reply in Support of Omnibus Objection to No Liability Claims to No Liability Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency [**Dkt. 5834**]. | |

Related Documents:

| | | |
|---|---|---|
| O. | Declaration of Eric Goodman in Support of Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to No Liability Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claim Nos. 59692, 59734 & 59783) [**Dkt. 4943-2**]. |
| P. | FEMA Claims [**Dkt. 4943-5**]. |
| Q. | Supplement to Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to No Liability Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claim Nos. 59692, 59734 & 59783) [**Dkt. 5319**]. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Related Order:

R. Order for Further Mediation [**Dkt. 5810**].

Status: This matter is going forward on a contested basis.

2. **Cal OES Claims Objection**: *Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by California Governor's Office of Emergency Services* [**Dkt. 5096**].

Response Deadline: February 12, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Joinder of Fire Claimants in TCC's Objections to Claims by FEMA and Cal OES [**Dkt. 5731**].

B. Joinder of the Debtors to Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by California Governor's Office of Emergency Services (Claims Nos. 87748, 87754 & 87755) [**Dkt. 5734**].

C. Joinder to Omnibus Objections of the Official Committee of Tort Claimants (Substantive) to Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claims Nos, 59692, 59734 & 59783) [**Dkt. 5735**].

D. Joinder to Omnibus Objections of the Official Committee of Tort Claimants (Substantive) to Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claims Nos, 59692, 59734 & 59783) and to Claims Filed by California Governor's Office of Emergency Services (Claims Nos. 87748, 87754 & 87755) [**Dkt. 5737**].

E. Cal OES's Opposition to Official Committee of Tort Claimants' Omnibus Objection to its Claims [**Dkt. 5743**].

F. Declaration of Matthew C. Heyn in Support of Cal OES's Opposition to Official Committee of Tort Claimants' Omnibus Objection to its Claims [**Dkt. 5746**].

G. Declaration of Grady Joseph in Support of Cal OES's Opposition to Official Committee of Tort Claimants' Omnibus Objection to its Claims [**Dkt. 5747**].

H. Joinder to Omnibus Objections of the Official Committee of Tort Claimants (Substantive) to Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claims Nos, 59692, 59734 & 59783) and to Claims Filed by California Governor's Office of Emergency Services (Claims Nos. 87748, 87754 & 87755) [**Dkt. 5749**].

I. Joinder to Omnibus Objections of the Official Committee of Tort Claimants (Substantive) to Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claims Nos, 59692,

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | |
|---|---|
| | 59734 & 59783) and to Claims Filed by California Governor's Office of Emergency Services (Claims Nos. 87748, 87754 & 87755) [**Dkt. 5752**]. |
| J. | Joinder to Omnibus Objections of the Official Committee of Tort Claimants (Substantive) to Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claims Nos, 59692, 59734 & 59783) and to Claims Filed by California Governor's Office of Emergency Services (Claims Nos. 87748, 87754 & 87755) [**Dkt. 5754**]. |
| K. | Joinder to Omnibus Objections of the Official Committee of Tort Claimants (Substantive) to Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claims Nos, 59692, 59734 & 59783) and to Claims Filed by California Governor's Office of Emergency Services (Claims Nos. 87748, 87754 & 87755) [**Dkt. 5755**]. |
| L. | Joinder to Omnibus Objections of the Official Committee of Tort Claimants (Substantive) to Claims Filed by the Department of Homeland Security/Federal Emergency Management Agency (Claims Nos, 59692, 59734 & 59783) and to Claims Filed by California Governor's Office of Emergency Services (Claims Nos. 87748, 87754 & 87755) [**Dkt. 5759**]. |
| M. | Cal OES's Notice of Erratum in Opposition to Official Committee of Tort Claimants' Omnibus Objection to its Claims [**Dkt. 5815**]. |
| N. | Statement of the Ad Hoc Group of Subrogation Creditors in Response to TCC Reply in Support of Omnibus Objection to Claims Filed by California Governor's Office of Emergency Services [**Dkt. 5890**]. |

Related Documents:

| | |
|---|---|
| O. | CAL OES Claims [**Dkt. 5096-3**]. |
| P. | Declaration of Eric Goodman in Support of Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to No Liability Claims Filed by the Department of Homeland Security/Federal emergency Management Agency (Claims Nos. 59692, 59734, & 59783) [**Dkt. 4943-2**]. |
| Q. | Supplement to Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by California Governor's Office of Emergency Services (Claim Nos. 87748, 87754, & 87755) [**Dkt. 5320**]. |
| R. | Reply in Support of Omnibus Objection to Claims Filed by California Governor's Office of Emergency Services [**Dkt. 5836**]. |
| S. | Declaration of Eric Goodman in Support of Reply in Support of Omnibus Objection to Claims Filed by California Governor's Office of Emergency Services [**Dkt. 5837**]. |

Related Orders:

| | |
|---|---|
| T. | Order for Further Mediation [**Dkt. 5810**]. |

Status: This matter is going forward on a contested basis.

*STATUS CONFERENCE*

3. **Motion to Apply Bankruptcy Rule 7023** *Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim* [**Dkt. 5042**].

Response Deadline: January 14, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Stipulation Regarding Scheduling with Respect to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim [**Dkt. 5198**].

B. Debtors' Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Proof of Claim [**Dkt. 5369**].

C. Declaration of Christina Pullo (I) Regarding Implementation of the Debtors' Notice Procedures And (II) in Support of the Debtors' Objection to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Proof of Claim [**Dkt. 5370**].

D. Declaration of Benjamin P.D. Schrag (I) Regarding Implementation of the Debtors' Notice Procedures And (II) in Support of the Debtors' Objection to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Proof of Claim [**Dkt. 5371**].

E. Declaration of Jeanne C. Finegan (I) Regarding Implementation of the Debtors' Notice Procedures And (II) in Support of The Debtors' Objection to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Proof of Claim [**Dkt. 5372**].

F. Opposition of Official Committee of Tort Claimants' to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim [**Dkt. 5373**]**.**

G. Debtors' Request for Judicial Notice in Support of Debtors' Objection to Class Representative's Motion to Extend Application of Federal Rule of Civil Procedure 23 to Proof of Claim [**Dkt. 5374**].

H. Declaration of David J. Richardson in Support of Opposition of Official Tort Claimants' to Security Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim [**Dkt. 5375**].

I. Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline [**Dkt. 5787**].

J. Supplemental Brief and Reservation of Rights of Official Committee of Tort Claimants to Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim [**Dkt. 5788**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

K.     Declaration of Christina Pullo in Support of Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline [**Dkt. 5789**].

L.     Brief of Certain Current and Former Independent Directors in Support of Debtors' Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline [**Dkt. 5790**].

M.     Individual Officers' (I) Joinder to Debtors' Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline and (II) Response to Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline [**Dkt. 5795**].

Related Documents:

N.     Securities Lead Plaintiff's Reply in Further Support of Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim [**Dkt. 5452**].

O.     Declaration of Adam D. Walter of A.B. Data, LTD. Regarding Standard Procedures and Methods Utilized in Securities Class Action Notice Programs [**Dkt. 5456**].

P.     Declaration of Andrew D. Behlmann, Esq. in Support of Securities Plaintiff's Reply in Further Support of Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim [**Dkt. 5458**].

Q.     Securities Lead Plaintiff's Supplemental Brief in Support of Motion to Apply Bankruptcy Rule 7023 to Class Proofs of Claim [**Dkt. 5786**].

Related Orders:

R.     Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline [**Dkt. 5604**].

S.     Memorandum Decision Regarding Motion to Apply Rule 7023 [**Dkt. 5887**].

T.     Court's Intentions re Proposed Order [**Dkt. 5888**].

Status: The Court will consider any comments or suggested edits to the Proposed Order [**Dkt. 5787-1**] from counsel for the Debtors, the TCC, and the Lead Plaintiffs.

## *RESOLVED AND CONTINUED MATTERS*

4.     **Debtors' 503(b)(9) Motion**: *Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)* [**Dkt. 2896**].

Response Deadline: July 31, 2019, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Response in Opposition to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3263**].

B. Response of C.H. Reynolds Electric, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3267**].

C. Opposition of Shiloh IV Lessee, LLC to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3284**].

D. Opposition of Marsh Landing, LLC to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3286**].

E. Proposed Document Filed Under Seal [**Dkt. 3287**].

F. Response of Claimant Global Ampersand LLC to Objection of Debtors to Claim Asserted by Claimant Pursuant to 11. U.S.C. § 503(b)(9) [**Dkt. 3288**].

G. Response of Surf to Snow Environmental Resource Management, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3302**].

H. Omnibus Stipulation Between Debtors and Certain Claimants Extending Time to Respond to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3306**].

I. Response of U.S. Telepacific Corp. DBA TPX Communications to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3313**].

J. Letter to Court from Hypower, Inc. Regarding Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3315**].

K. Exhibit A of Response of C.H. Reynolds Electric, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3324**].

Related Documents:

L. Declaration of Robb C. McWilliams in Support of Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 2897**].

M. Notice of Filing of Revised Proposed Order Approving Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3522**].

Related Orders:

N. Order Granting Omnibus Stipulation Between Debtors and Certain Claimants Extending Time to Respond to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3365**].

O. Order Granting Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3564**].

Status: The claims of Shiloh IV Lessee, LLC and Marsh Landing, LLC have been continued to March 10, 2020. All other Responding 503(b)(9) Claims have been continued to March 25, 2020.

5. **Exit Financing Motion**: *Debtors' Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Exit Financing Commitment Letters and (II) Authorizing Incurrence, Payment and Allowance of Related Feed and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims* [**Dkt. 4446**].

Response Deadline: TBD

Responses Filed:

A. Letter from the Official Committee of Unsecured Creditors to the Honorable Dennis Montali Regarding Exit Financing Discovery [**Dkt. 4562**].

B. Letter from the Ad Hoc Committee of Senior Unsecured Noteholders to the Honorable Dennis Montali in Regards to November 4, 2019 Letter from Creditors' Committee [**Dkt. 4566**].

C. Letter from the Official Committee of Tort Claimants to the Honorable Dennis Montali Regarding Exit Financing Discovery [**Dkt. 4575**].

D. Letter from the Debtors to the Honorable Dennis Montali in Response to Letters Filed by Requesting Parties [**Dkt. 4577**].

E. Letter Regarding Continuance of the December 17, 2019 Hearing on the Debtors' Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Exit Financing Commitment Letters and (II) Authorizing Incurrence, Payment, and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims (the Motion) and Extension of Time to Respond to that Motion [**Dkt. 4968**].

F. Letter Joining the Official Committee of Unsecured Creditors Request for a Continuance of the December 17, 2019 Hearing on the Debtors' Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Exit Financing Commitment Letters and (II) Authorizing Incurrence, Payment, and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims (the Motion) and Extension of Time to Respond to that Motion [**Dkt. 4970**].

G. Letter Brief of the TCC to the Honorable Dennis Montali [**Dkt. 4971**].

H. Objection of Governor Gavin Newsom to Debtors' Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry Into and Performance Under, Debt Financing Commitment Letters and (III) Authorizing Incurrence, Payment and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims [**Dkt. 5445**].

I. Opposition by TURN to Debtors' Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Exit Financing Commitment Letters and (II) Authorizing Incurrence, Payment and Allowance of Related Feed and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims [**Dkt. 5451**].

Related Documents:

J. Declaration of Kenneth S. Ziman in Support of Debtors' Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Exit Financing Commitment Letters and (II) Authorizing Incurrence, Payment and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims [**Dkt. 4447**].

K. Debtors' Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry Into and Performance Under, Debt Financing Commitment Letters and (III) Authorizing Incurrence, Payment and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims [**Dkt. 5267**].

L. Declaration of Kenneth S. Ziman in Support of Debtors' Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry Into and Performance Under, Debt Financing Commitment Letters and (III) Authorizing Incurrence, Payment and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims [**Dkt. 5268**].

Status: This matter will be continued to a future hearing and will be noticed when that date is set [**Dkt. 5853**].

6. **Cristina Mendoza's Relief from Stay Motion**: *Motion for Relief from Stay* [**Dkt. 5535**].

Response Deadline: February 21, 2020, at 4:00 p.m. (Pacific Time).

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Response Filed:

A. Stipulation Between Debtor Pacific Gas and Electric Company and Cristina Mendoza for Limited Relief from the Automatic Stay [**Dkt. 5811**].

Related Order:

B. Order Approving Stipulation Between Debtor Pacific Gas and Electric Company and Cristina Mendoza for Limited Relief from the Automatic Stay [**Dkt. 5830**].

Status: This matter has been resolved by stipulation [**Dkt. 5811**].

7. **Debtor's Application for McKinsey & Company, Inc.**: *Application of Debtors Pursuant to U.S.C. §§ 363(b) and 105(a) for Authority to Enter Into, Perform Under and Make Payments Under Certain Consulting Contracts with McKinsey & Company, Inc. United States* [**Dkt. 3919**].

Response Deadline: March 3, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Statement of Jay Alix [**Dkt. 4426**].

B. Conditional Consent of the Official Committee of Tort Claimants to Application of Debtors Pursuant to 11 U.S.C. §§ 363(b) and 105(a) for Authority to Enter Into, Perform Under and Make Payments Under Certain Consulting Contracts with McKinsey & Company, Inc. United States [Dkt. No. 3919] [**Dkt. 5308**].

Status: This matter has been continued to March 10, 2020 by **Dkt. 5827**.

8. **Ruckman Stay Relief Motion**: *Motion to Abstain and for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion* [**Dkt. 4491**].

Response Deadline: November 14, 2019, at 4:00 p.m. (Pacific Time).

Response Filed:

A. Stipulation Between Debtor Pacific Gas and Electric Company and Ruckman and Leal Movants for Limited Relief from the Automatic Stay [**Dkt. 4683**].

Related Documents:

B. Exhibits to Motion to Abstain and for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion [**Dkt. 4492**].

C. Declaration of Daniel Rodriguez in Support of Motion for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion [**Dkt. 4493**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

  D. Declaration of Leonard K. Welsh in Support of Motion to Abstain and for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion [**Dkt. 4494**].

  E. Relief from Stay Cover Sheet [**Dkt. 4495**].

Related Order:

  F. Order Approving Stipulation Between Debtor Pacific Gas and Electric Company and Ruckman and Leal Movants for Limited Relief from the Automatic Stay [**Dkt. 4728**].

Status: This matter has been continued to May 27, 2020 by stipulation [**Dkt. 5583**].

9. **Motion to Enlarge Time for ACWA/JPIA**: *Motion Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Enlarge the Time for ACWA/JPIA to Filed Proof of Claim* [**Dkt. 5215**].

Response Deadline: March 3, 2020, at 4:00 p.m. (Pacific Time).

Response Filed:

  A. Stipulation and Agreement for Order Continuing Hearing on Motion Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Enlarge the Time for ACWA/JPIA to File Proof of Claim [**Dkt. 5821**].

Related Document:

  B. Declaration of Jennifer Nogosek in Support of Motion Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Enlarge the Time for ACWA/JPIA to Filed Proof of Claim [**Dkt. 5216**].

Related Order:

  C. Order Approving Stipulation and Agreement for Order Continuing Hearing on Motion Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Enlarge the Time for ACWA/JPIA to File Proof of Claim [**Dkt. 5831**].

Status: This matter has been continued to March 10, 2020 by stipulation [**Dkt. 5821**].

10. **JH Kelly LLC Relief from Stay**: *JH Kelly LLC's Motion for Relief from the Automatic Stay* [**Dkt. 5649**].

Response Deadline: March 13, 2020, at 4:00 p.m. (Pacific Time).

Response Filed:

  A. Stipulation and Agreement for Order Continuing Hearing on Motion for Relief from Stay Between the Utility and JH Kelly, LLC [**Dkt. 5797**].

Related Documents:

B. Declaration of Mario R. Nicholas in Support of JH Kelly's Motion for Relief from the Automatic Stay [**Dkt. 5651**].

C. Relief from Stay Cover Sheet [**Dkt. 5652**].

Related Order:

D. Order Approving Stipulation and Agreement for Order Continuing Hearing on Motion for Relief from Stay Between the Utility and JH Kelly, LLC [**Dkt. 5829**].

Status: This matter has been continued to March 25, 2020 by stipulation [**Dkt. 5797**].

11. **Tiger Natural Gas, Inc.'s Motion for Relief from Stay**: *Tiger Natural Gas, Inc.'s Motion for Relief from Stay Pursuant to 11 U.S.C. § 362(d)(1); Memorandum of Points and Authorities in Support* [**Dkt. 4322**].

Response Deadline: November 8, 2019 at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Debtors' Preliminary Opposition to Tiger Natural Gas, Inc.'s Motion for Relief from Stay Pursuant to 11 U.S.C. § 362(d)(1) [**Dkt. 4622**].

B. Declaration of Elizabeth Collier in Support of Debtor's Preliminary Opposition to Tiger Natural Gas, Inc.'s Motion for Relief from Stay Pursuant to 11 U.S.C. § 362(d)(1) [**Dkt. 4623**].

C. Stipulation Between Debtor Pacific Gas and Electric Company and Tiger Natural Gas, Inc. for Limited Relief from the Automatic Stay [**Dkt. 5431**].

Related Documents:

D. Declaration of Leah E. Capritta in Support of Tiger Natural Gas, Inc.'s Motion for Relief from the Automatic Stay [**Dkt. 4322-2**].

E. Tiger Natural Gas, Inc.'s Request for Judicial Notice in Support of Its Motion for Relief from the Automatic Stay [**Dkt. 4322-4**].

F. Relief from Stay Cover Sheet [**Dkt. 4322-5**].

G. Tiger Natural Gas, Inc.'s Reply in Support of Motion for Relief from Stay Pursuant to 11 U.S.C. § 362(d)(1) [**Dkt. 4661**].

H. Declaration of Leah E. Capritta in Support of Tiger Natural Gas, Inc.'s Reply in Support of Motion for Relief from Stay Pursuant to 11 U.S.C. § 362(d)(1) [**Dkt. 4661-1**].

I. Proposed Document Filed Under Seal [**Dkt. 4663**].

Related Orders:

J.    Order Granting Tiger Natural Gas, Inc.'s Administrative Motion to File Certain Documents Under Seal [**Dkt. 4697**].

K.    Order Approving Stipulation Between Debtor Pacific Gas and Electric Company and Tiger Natural Gas, Inc. for Limited Relief from the Automatic Stay [**Dkt. 5455**].

Status: This matter has been resolved and dropped from the calendar by stipulation [**Dkt. 5431**].

12.    **Motion Confirming Relief Granted Under Final Order**: *Motion Confirming Relief Granted Under Final Order Pursuant to 11 U.S.C. §§ 105(a), 362(d), 363(b), 363(c), and 364 and Fed. R. Bankr. P. 4001, 6003, and 6004 (I) Authorizing Debtors to (A) Maintain Insurance Policies, Workers' Compensation Program, and Surety Bond Program and (B) Pay All Obligations with Respect Thereto; and (II) Granting Related Relief from the Automatic Stay with Respect to Workers' Compensation Claims* [**Dkt. 5640**].

Response Deadline: February 19, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Document:

A.    Request for Entry of Order by Default Granting Motion Confirming Relief Granted Under Final Order Pursuant to 11 U.S.C. §§ 105(a), 362(d), 363(b), 363(c), and 364 and Fed. R. Bankr. P. 4001, 6003, and 6004 (I) Authorizing Debtors to (A) Maintain Insurance Policies, Workers' Compensation Program, and Surety Bond Program and (B) Pay All Obligations with Respect Thereto; and (II) Granting Related Relief from the Automatic Stay with Respect to Workers' Compensation Claims [**Dkt. 5848**].

Related Order:

B.    Order Confirming Relief Granted Under Final Order Pursuant to 11 U.S.C. §§ 105(a), 362(d), 363(b), 363(c), and 364 and Fed. R. Bankr. P. 4001, 6003, and 6004 (I) Authorizing Debtors to (A) Maintain Insurance Policies, Workers' Compensation Program, and Surety Bond Program and (B) Pay All Obligations with Respect Thereto; and (II) Granting Related Relief from the Automatic Stay with Respect to Workers' Compensation Claims [**Dkt. 5874**].

Status: This Motion has been granted [**Dkt. 5874**] and dropped from the calendar by February 24, 2020 Docket Text Order.

13.    **Latham & Watkins LLP Retention Application:** *Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Latham & Watkins LLP as Special Counsel for the Debtors Effective as of the Petition Date* [**Dkt. 5645**].

Response Deadline: February 19, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Documents:

C. Declaration of Robert W. Perrin in Support of Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Latham & Watkins LLP as Special Counsel for the Debtors Effective as of the Petition Date [**Dkt. 5646**].

D. Declaration of Janet Loduca in Support of Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Latham & Watkins LLP as Special Counsel for the Debtors Effective as of the Petition Date [**Dkt. 5647**].

E. Request for Entry of Order by Default Granting Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Latham & Watkins LLP as Special Counsel for the Debtors Effective as of the Petition Date [**Dkt. 5854**].

Related Order:

F. Order Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Latham & Watkins LLP as Special Counsel for the Debtors Effective as of the Petition Date [**Dkt. 5886**].

Status: This application has been granted [**Dkt. 5886**] and dropped from the calendar by February 24, 2020 Docket Text Order.

14. **Lynn A. Baker Retention Application**: *Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Lynn A. Baker as Special Counsel Effective as of January 27, 2020* [**Dkt. 5568**].

Response Deadline: February 19, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed: No responses were filed.

Related Document:

A. Declaration of Lynn A. Baker in Support of Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Lynn A. Baker as Special Counsel Effective as of January 27, 2020 [**Dkt. 5569**].

Status: This matter was granted and taken off calendar by February 25, 2020 Docket Text Order.

15. **Third Lease Assumption Motion**: *Eighth Omnibus Motion of the Utility Pursuant to 11 U.S.C § 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 for an Order Approving Assumption of Certain Real Property Leases* [**Dkt. 5554**].

<u>Response Deadline</u>: February 12, 2020, at 4:00 p.m. (Pacific Time).

<u>Responses Filed</u>: No responses were filed.

<u>Related Document</u>:

A. Declaration of Mark Redford in Support of Third Lease Assumption Motion [**Dkt. 5555**].

<u>Status</u>: Pursuant to the Court's February 25, 2020 Docket Text Order granting the Motion and taking the matter off calendar, the Debtors will be uploading an order.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: February 25, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

By: /s/ *Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Debtors in Possession*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119