# EXHIBIT A

Case: 19-30088  Doc# 5895-1  Filed: 02/25/20  Entered: 02/25/20 17:24:11  Page 1 of 4

# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## NOVEMBER 1 THROUGH NOVEMBER 30, 2019

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from November 1, 2019 through November 30, 2019 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Kevin S. Allred | Partner | 1986 | $950.00 | 160.1 | $152,095.00 | Litigation |
| Brad D. Brian | Partner | 1977 | $1,400.00 | 112.8 | $157,920.00 | Litigation |
| Erin J. Cox | Partner | 2009 | $895.00 | 24.0 | $21,480.00 | Litigation |
| Lisa J. Demsky | Partner | 1996 | $995.00 | 101.9 | $101,390.50 | Litigation |
| Michael R. Doyen | Partner | 1982 | $1,300.00 | 155.1 | $201,630.00 | Litigation |
| David H. Fry | Partner | 1997 | $995.00 | 205.9 | $204,870.50 | Litigation |
| Elaine J. Goldenberg | Partner | 1997 | $995.00 | 67.7 | $67,361.50 | Appellate |
| David B. Goldman | Partner | 1991 | $995.00 | 8.3 | $8,258.50 | Corporate |
| Seth Goldman | Partner | 2002 | $995.00 | 35.9 | $35,720.50 | Restructuring |
| Miriam Kim | Partner | 2002 | $895.00 | 79.7 | $71,331.50 | Litigation |
| Luis Li | Partner | 1991 | $1,300.00 | 130.7 | $169,910.00 | Litigation |
| Matthew A. MacDonald | Partner | 2008 | $895.00 | 251.0 | $224,645.00 | Litigation |
| Kathleen M. McDowell | Partner | 1984 | $895.00 | 88.2 | $78,939.00 | Litigation |
| James C. Rutten | Partner | 1997 | $995.00 | 116.8 | $116,216.00 | Litigation |
| Donald B. Verrilli | Partner | 1983 | $1,400.00 | 12.4 | $17,360.00 | Appellate |
| Henry Weissmann | Partner | 1987 | $1,300.00 | 182.5 | $237,250.00 | Litigation |
| Sarah J. Cole | Of Counsel | 2002 | $890.00 | 227.3 | $202,297.00 | Litigation |
| Michael E. Greaney | Of Counsel | 1996 | $890.00 | 5.7 | $5,073.00 | Corporate / Real Estate |
| Brad R. Schneider | Of Counsel | 2004 | $890.00 | 0.1 | $89.00 | Restructuring |
| Shannon Aminirad | Associate | 2018 | $460.00 | 81.0 | $37,260.00 | Litigation |
| Nick Axelrod | Associate | 2013 | $775.00 | 194.2 | $150,505.00 | Litigation |
| Michael C. Baker | Associate | 2016 | $625.00 | 95.2 | $59,500.00 | Litigation |
| Andre W. Brewster | Associate | 2015 | $685.00 | 101.8 | $69,733.00 | Litigation |
| Wesley T.L. Burrell | Associate | 2011 | $810.00 | 190.1 | $153,981.00 | Litigation |
| Allison M. Day | Associate | 2015 | $685.00 | 192.7 | $131,999.50 | Litigation |
| Raquel E. Dominguez | Associate | 2019 | $460.00 | 61.8 | $28,428.00 | Litigation |

| NAME OF PROFESSIONAL | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Brendan Gants | Associate | 2016 | $750.00 | 74.0 | $55,500.00 | Litigation |
| Alexander S. Gorin | Associate | 2017 | $535.00 | 104.3 | $55,800.50 | Litigation |
| Skylar B. Grove | Associate | 2015 | $685.00 | 99.8 | $68,363.00 | Litigation |
| Lauren M. Harding | Associate | 2015 | $685.00 | 132.3 | $90,625.50 | Litigation |
| Erinma E. Kalu | Associate | 2019 | $460.00 | 118.9 | $54,694.00 | Litigation |
| Lloyd Marshall | Associate | 2018 | $460.00 | 117.2 | $53,912.00 | Litigation |
| Megan L. McCreadie | Associate | 2017 | $535.00 | 138.1 | $73,883.50 | Litigation |
| Michele C. Nielsen | Associate | 2016 | $625.00 | 232.7 | $145,437.50 | Litigation |
| Teresa A. Reed Dippo | Associate | 2015 | $685.00 | 34.0 | $23,290.00 | Litigation |
| Giovanni S. Saarman Gonzalez | Associate | 2016 | $625.00 | 164.5 | $102,812.50 | Litigation |
| Trevor N. Templeton | Associate | 2016 | $685.00 | 244.9 | $167,756.50 | Litigation |
| Mark M. Chowdhury | Staff Counsel | 1991 | $380.00 | 115.6 | $43,928.00 | N/A |
| Lisa A. Clark | Staff Counsel | 2001 | $460.00 | 89.1 | $40,986.00 | N/A |
| Michael Y. Doko | Staff Counsel | 1998 | $405.00 | 90.9 | $36,814.50 | N/A |
| Candice Fuller | Staff Counsel | 2014 | $460.00 | 7.9 | $3,634.00 | N/A |
| Eric J. Kananen | Staff Counsel | 2001 | $460.00 | 9.9 | $4,554.00 | N/A |
| Kevin Y. Kim | Staff Counsel | 2018 | $405.00 | 100.3 | $40,621.50 | N/A |
| Michael L. Lerew | Staff Counsel | 1993 | $380.00 | 56.8 | $21,584.00 | N/A |
| Shelley Lipman | Staff Counsel | 1993 | $380.00 | 107.2 | $40,736.00 | N/A |
| Susan Liu | Staff Counsel | 2001 | $460.00 | 59.7 | $27,462.00 | N/A |
| Terence M. McKiernan | Staff Counsel | 1999 | $460.00 | 83.4 | $38,364.00 | N/A |
| Lisa M. McLean | Staff Counsel | 2001 | $380.00 | 39.9 | $15,162.00 | N/A |
| Hadi Motiee | Staff Counsel | 2007 | $460.00 | 17.7 | $8,142.00 | N/A |
| Marcia B. Osborne | Staff Counsel | 1989 | $405.00 | 102.3 | $41,431.50 | N/A |
| Doris R. Perl | Staff Counsel | 1990 | $460.00 | 0.2 | $92.00 | N/A |
| Mark M. Perl | Staff Counsel | 1991 | $460.00 | 32.8 | $15,088.00 | N/A |
| Allison Rector | Staff Counsel | 2018 | $405.00 | 21.6 | $8,748.00 | N/A |
| Jarrett D. Reid | Staff Counsel | 2010 | $405.00 | 159.0 | $64,395.00 | N/A |
| Arjang Seraji | Staff Counsel | 1997 | $460.00 | 159.8 | $73,508.00 | N/A |
| Francoise Baldwin | Paralegal | N/A | $270.00 | 53.6 | $14,472.00 | N/A |
| Jennifer Galindo | Paralegal | N/A | $380.00 | 9.1 | $3,458.00 | N/A |
| Bruce M. Gordon | Paralegal | N/A | $270.00 | 49.9 | $13,473.00 | N/A |

| NAME OF PROFESSIONAL | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Arn Jacobsen | Paralegal | N/A | $380.00 | 31.1 | $11,818.00 | N/A |
| Michael J. Lamb | Paralegal | N/A | $380.00 | 215.2 | $81,776.00 | N/A |
| Melissa Lee-Segovia | Paralegal | N/A | $325.00 | 37.2 | $12,090.00 | N/A |
| Gary LeGault | Paralegal | N/A | $270.00 | 22.0 | $5,940.00 | N/A |
| Larry M. Polon | Paralegal | N/A | $325.00 | 8.7 | $2,827.50 | N/A |
| Cynthia R. Richardson | Paralegal | N/A | $380.00 | 44.2 | $16,796.00 | N/A |
| Victor H. Gonzales | ALS | N/A | $350.00 | 41.6 | $14,560.00 | N/A |
| Bowe Kurowski | ALS | N/A | $430.00 | 54.4 | $23,392.00 | N/A |
| Bryan D. Loper | ALS | N/A | $430.00 | 46.1 | $19,823.00 | N/A |
| Phillip E. Nickels, Jr. | ALS | N/A | $430.00 | 79.3 | $34,099.00 | N/A |
| Jason D. Troff | ALS | N/A | $430.00 | 128.5 | $55,255.00 | N/A |
| Marissa E. Andrea | Library | N/A | $245.00 | 18.6 | $4,557.00 | N/A |
| Agnes O. Villero | Library | N/A | $245.00 | 2.0 | $490.00 | N/A |
| Alan S. Shaw-Krivosh | Litigation Analyst | N/A | $110.00 | 2.9 | $319.00 | N/A |
| Nicholas C. Wiley | Litigation Analyst | N/A | $110.00 | 1.8 | $198.00 | N/A |
| Nelson Marinero | Case Clerk | N/A | $110.00 | 29.7 | $3,267.00 | N/A |
| **Total Professionals:** | | | | **6,473.6** | **$4,441,179.50** | |

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partner | $ 1,077 | 1,733.0 | $ 1,866,378.00 |
| Of Counsel | $ 890 | 233.1 | $ 207,459.00 |
| Associate | $ 641 | 2,377.5 | $ 1,523,481.50 |
| Staff Counsel | $ 419 | 1,254.1 | $ 525,250.50 |
| **Attorneys Total** | **$ 736** | **5,597.7** | **$ 4,122,569.00** |
| Paralegal | $ 345 | 471.0 | $ 162,650.50 |
| ALS | $ 420 | 349.9 | $ 147,129.00 |
| Library | $ 245 | 20.6 | $ 5,047.00 |
| Litigation Analyst | $ 110 | 4.7 | $ 517.00 |
| Case Clerk | $ 110 | 29.7 | $ 3,267.00 |
| **Paraprofessionals Total** | **$ 364** | **875.9** | **$ 318,610.50** |
| **Grand Total** | **$ 686** | **6,473.6** | **$ 4,441,179.50** |