# EXHIBIT B

# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR
## SERVICES RENDERED BY MUNGER, TOLLES & OLSON LLP
## NOVEMBER 1 THROUGH NOVEMBER 30, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 021 | Non-Bankruptcy Litigation / Wildfire (Criminal) | 1545.5 | $1,064,990.50 |
| 022 | Non-Working Travel[2] | 84.7 | $87,411.00 |
| 025 | Regulatory Issues Including CPUC and FERC | 853.3 | $770,904.50 |
| 026 | Retention / Billing / Fee Applications: MTO | 75.6 | $39,216.50 |
| 033 | TUB - Tubbs Fire state court litigation (Judge Jackson) | 3548.5 | $2,220,555.00 |
| 035 | Kincade | 366.0 | $258,102.00 |
| TOTAL | | 6473.6 | $4,441,179.50 |

---

[2] Non-working travel time reflects the Court's ruling on the Fee Examiner motion heard on October 7, 2019 and further discussion with the Fee Examiner regarding non-working car travel time.