# EXHIBIT C

# EXHIBIT C

## EXPENSE SUMMARY
## NOVEMBER 1 THROUGH NOVEMBER 30, 2019

| EXPENSES | AMOUNTS |
|---|---:|
| Meals | $2,196.59 |
| Travel – Airfare | $17,714.19 |
| Travel – Hotel | $19,820.95 |
| Travel – Ground (Local) | $70.90 |
| Travel – Ground (Out of Town) | $6,888.81 |
| Expert Fees[3] | $228,336.25 |
| Filing/Recording/Registration Fees | $254.00 |
| Transcripts | $2,625.00 |
| Copying Charges | $3,742.42 |
| Messenger | $220.15 |
| Air Express | $630.93 |
| Other Expense | $1,041.39 |
| **Total Expenses Requested:** | **$283,541.58** |

---

[3] Per agreement with the United States Trustee.