# EXHIBIT A
# [Proposed] Order

JONATHAN A. SHAPIRO (SBN 257199)
Jonathan.shapiro@bakerbotts.com
DANIEL MARTIN (SBN 306794)
Daniel.martin@bakerbotts.com
TINA NGO (SBN 324102)
Tina.ngo@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: +1.415.291.6200
Fax: +1.415.291.6300

Attorneys for
BLACK & VEATCH CONSTRUCTION, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In Re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | Case No.: 19-30088-DM (Lead Case)<br>Chapter 11 |
| - and - | (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | **ORDER GRANTING BLACK & VEATCH CONSTRUCTION, INC.'S MOTION TO QUASH THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' SUBPOENA PURSUANT TO FED. R. CIV. P. 45(d)(3)** |

This matter having come before the Court on non-party Black & Veatch Construction, Inc.'s ("**BVCI**") Motion to Quash the Official Committee of Tort Claimants' (the "**TCC**") Subpoena Pursuant to Federal Rule of Civil Procedure 45(d)(3) (the "**Motion to Quash**"), and this Court having reviewed the submissions from counsel, and for good cause shown, the Court hereby **GRANTS** BVCI's Motion to Quash.

**IT IS HEREBY ORDERED THAT:**

- The TCC's Subpoena to BVCI to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding), dated January 15, 2020 (the "**Subpoena**") is quashed pursuant to Federal Rule of Civil Procedure 45(d)(3);
- BVCI is entitled to recover the attorneys' fees and costs that, as a non-party, BVCI reasonably incurred in objecting to the TCC's Subpoena and in bringing the Motion to Quash; and
- BVCI and the TCC are directed to meet and confer regarding an appropriate amount of attorneys' fees and costs to be awarded to BVCI pursuant to this Order; if agreement is not reached BVCI may bring a regularly noticed motion for such attorneys' fees and costs.

** END OF ORDER **

2