1  JONATHAN A. SHAPIRO (SBN 257199)
   Jonathan.shapiro@bakerbotts.com
2  DANIEL MARTIN (SBN 306794)
   Daniel.martin@bakerbotts.com
3  TINA NGO (SBN 324102)
   Tina.ngo@bakerbotts.com
4  BAKER BOTTS LLP
   101 California Street, Suite 3600
5  San Francisco, CA 94111
   Telephone: +1.415.291.6200
6  Fax: +1.415.291.6300

7  Attorneys for
   BLACK & VEATCH CONSTRUCTION, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION,<br><br>   - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>         Debtors. | Bankruptcy Case<br>Case No.: 19-30088-DM (Lead Case)<br>Chapter 11<br><br>(Jointly Administered)<br><br>**DECLARATION OF JONATHAN A. SHAPIRO IN SUPPORT OF BLACK & VEATCH CONSTRUCTION, INC.'S MOTION TO QUASH THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' SUBPOENA PURSUANT TO FED. R. CIV. P. 45(d)(3)**<br><br>Hearing<br>Date:   March 10, 2020<br>Time:   10:00 a.m. (Pacific Time)<br>Place:  Courtroom 17<br>         450 Golden Gate Ave., 16th Fl.<br>         San Francisco, CA 94102 |

I, Jonathan Shapiro, declare as follows:

1. I am an attorney duly licensed to practice in the State of California and before the United States District Court for the Northern District of California. I am a Partner in the law firm of Baker Botts L.L.P., counsel for non-party Black & Veatch Construction, Inc. ("**BVCI**"). I submit this Declaration in Support of BVCI's Motion to Quash the Official Committee of Tort Claimants' (the "**TCC**") Subpoena Pursuant to Federal Rule of Civil Procedure 45(d)(3). I have personal knowledge of the matters set forth below.

2. Attached hereto as **Exhibit A** is a true and correct copy of the TCC's Subpoena to BVCI to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding), dated January 15, 2020 (the "**Subpoena**").

3. Attached hereto as **Exhibit B** is a true and correct copy of BVCI's Objections to the Subpoena Pursuant to Federal Rule of Civil Procedure 45(d)(2)(B), dated February 14, 2020.

4. By agreement of counsel, BVCI's deadline within which to respond and object to the Subpoena was extended to February 14, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of February 2020, at San Francisco, California.

By: /s/ Jonathan A. Shapiro
      Jonathan A. Shapiro