JONATHAN A. SHAPIRO (SBN 257199)
Jonathan.shapiro@bakerbotts.com
DANIEL MARTIN (SBN 306794)
Daniel.martin@bakerbotts.com
TINA NGO (SBN 324102)
Tina.ngo@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: +1.415.291.6200
Fax: +1.415.291.6300

Attorneys for
BLACK & VEATCH CONSTRUCTION, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case<br>Case No.: 19-30088-DM (Lead Case)<br>Chapter 11<br><br>(Jointly Administered)<br><br>**NOTICE OF HEARING ON BLACK & VEATCH CONSTRUCTION, INC.'S MOTION TO QUASH THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' SUBPOENA PURSUANT TO FED. R. CIV. P. 45(d)(3)**<br><br>Hearing<br>Date: March 10, 2020[1]<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Courtroom 17<br>450 Golden Gate Ave., 16th Fl.<br>San Francisco, CA 94102 |

---

[1] This motion seeks relief under Federal Rule of Civil Procedure 45(d)(3). The TCC, however, has asked the Court to replace the Rule 45 procedures (and movant's protections thereunder) with a new, very different process. *See* ECF Dkt. No. 5840, Motion to Establish Procedures for Discovery Preceding Plan Confirmation. As the TCC has noticed that motion for hearing on March 10, 2020, movant would like to be heard at the same time.

PLEASE TAKE NOTICE that on January 16, 2020, the Official Committee of Tort Claimants (the "**TCC**") served a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) pursuant to Federal Rule of Civil Procedure 45 (the "**Subpoena**") on Black & Veatch Construction, Inc. ("**BVCI**")

PLEASE TAKE FURTHER NOTICE that BVCI, as a non-party in these Chapter 11 Cases, has filed a Motion to Quash the Subpoena Pursuant to Federal Rule of Civil Procedure 45(d)(3) (the "**Motion to Quash**").

PLEASE TAKE FURTHER NOTICE that BVCI is filing the Motion to Quash which requests that the Bankruptcy Court hold a hearing on the Motion to Quash on March 10, 2020 at 10:00 a.m. (Pacific Time) in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. The Court may set the matter for hearing on a different date.

Dated: February 25, 2020          Baker Botts L.L.P.


                                  By: /s/ Tina Ngo
                                      Jonathan A. Shapiro
                                      Daniel Martin
                                      Tina Ngo
                                      Attorney for Black & Veatch Construction, Inc.

2