**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**SUPPLEMENTAL STIPULATION BETWEEN DEBTOR PACIFIC GAS AND ELECTRIC COMPANY AND CRISTINA MENDOZA FOR LIMITED RELIEF FROM THE AUTOMATIC STAY**<br><br>[Relates to Dkt. Nos. 5535, 5811, 5830] |

This supplemental stipulation (the "**Supplemental Stipulation**") is entered into by and between Pacific Gas and Electric Company (the "**Utility**"), as debtor and debtor in possession, and movant Cristina Mendoza ("**Mendoza**"). The Utility and Mendoza are referred to in this Supplemental Stipulation collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## RECITALS

A. On January 28, 2020, Mendoza filed the *Motion for Relief from Stay* [Dkt. 5535] (the "**Motion**"). Mendoza set the Motion for hearing on February 26, 2020, at 10:00 a.m. [Dkt. 5538] (the "**Hearing**").

B. On February 18, 2020, the Parties entered into the *Stipulation Between Debtor Pacific Gas and Electric Company and Cristina Mendoza for Limited Relief from the Automatic Stay* [Dkt. 5811] (the "**Stipulation**"), which resolved the Motion and took the Hearing off calendar.

C. On February 19, 2020, the Court entered the *Order Approving Stipulation Between Debtor Pacific Gas and Electric Company and Cristina Mendoza for Limited Relief from the Automatic Stay* [Dkt. 5830] (the "**Order**").

**NOW, THEREFORE, IT HEREBY IS STIPULATED AND AGREED BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. This Supplemental Stipulation shall be effective upon entry of an order by this Court approving it (the "**Supplemental Order**").

2. The Utility waives the fourteen-day stay laid out in Federal Rule of Bankruptcy Procedure 4001(a)(3), such that the Order shall be effective immediately upon the entry of the Supplemental Order.

3. This Court shall retain jurisdiction to resolve any dispute regarding, and to enforce, the terms of this Supplemental Stipulation and/or the Supplemental Order.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| Dated: February 25, 2020 | Dated: February 25, 2020 |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>KELLER & BENVENUTTI LLP | FRENCH LYON TANG |
| */s/ Peter J. Benvenutti*<br>Peter J. Benvenutti | */s/ Mary Ellmann Tang*<br>Mary Ellmann Tang |
| *Attorneys for Debtors*<br>*and Debtors in Possession* | *Attorneys for Cristina Mendoza* |