**LABATON SUCHAROW LLP**
Thomas A. Dubbs
Carol C. Villegas
Jeffrey A. Dubbin (SBN 287199)
Aram Boghosian
140 Broadway
New York, New York 10005

*Lead Counsel to Lead Plaintiff and the Class*

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin (*pro hac vice*)
Andrew Behlmann (*pro hac vice*)
Scott Cargill
Nicole Fulfree
Colleen Maker
One Lowenstein Drive
Roseland, New Jersey 07068

*Bankruptcy Counsel to Lead Plaintiff and the Class*

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, California 94104

*Bankruptcy Counsel to Lead Plaintiff and the Class*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>**SECURITIES LEAD PLAINTIFF'S PROPOSED EDITS TO THE SECURITIES CLAIM BAR DATE NOTICE, SECURITIES CLAIM PROOF OF CLAIM, AND PROPOSED ORDER** |

Lead Plaintiff,[1] on behalf of itself and the Class, together with the Securities Act Plaintiffs (collectively, the "Securities Plaintiffs"), pursuant to the Court's Intentions Re

---

[1] Capitalized terms used but not defined herein have the meanings given in *Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim* (the "**Motion**") [ECF No. 5042] or *Securities Lead Plaintiff's Reply in Further Support of Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim* (the "**Reply**") [ECF No. 5452]. The reservation of rights annexed to the Motion as **Exhibit B** is incorporated herein by reference.

Proposed Order with respect to the Motion (the "Court's Intentions") [ECF No. 5888] entered on February 24, 2020, hereby submits (i) the attached clean and redline revision of the proposed Securities Claim Bar Date Notice (the "Notice"), as Exhibit A, (ii) the attached clean and redline revision of the proposed Securities Claim Proof of Claim Form (the "POC"), as Exhibit B, and (iii) the attached clean and redline revision of the proposed order submitted by the Debtors, as Exhibit C. The attached reflect revisions that the Securities Plaintiffs believe are necessary assuming the Court extends the bar date, as opposed to granting the Motion, as envisioned by the Court's Memorandum Decision Regarding Motion to Apply Rule 7023 (ECF No. 5887)].[2] While the Securities Plaintiffs remain steadfast in their position that the application of Rule 7023 to the timely filed class proofs of claim in these Chapter 11 Cases is the only reasonable alternative to insure that the rights of class members, including their due process rights, are protected, the revisions set forth in the attached Notice, POC, and proposed order are necessary and provided pursuant to the Court's invitation in the Court's Intentions. Lead Plaintiff's counsel will be available at the hearing on February 26, 2020 to respond to any questions from the Court with respect to these edits and comments, which are intended to supplement those already provided by the Court.

Dated: February 26, 2020                    Respectfully submitted,

**LOWENSTEIN SANDLER LLP**
**MICHELSON LAW GROUP**

By:  /s/ Randy Michelson
Randy Michelson (SBN 114095)

*Bankruptcy Counsel to Lead Plaintiff and the Class*

- and -

**LABATON SUCHAROW LLP**

*Lead Counsel to Lead Plaintiff and the Class*

- and -

---

[2] Securities Plaintiffs reserve all rights with respect to any order entered by the Court with respect to the Motion, including but not limited to, all appellate rights as to any issue in connection with the Motion, the right to seek reconsideration and/or rights under the Federal Rules of Civil Procedure made applicable by the Federal Rules of Bankruptcy Procedure.

**WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP**

*Liaison Counsel for the Class*

- and -

**ROBBINS GELLER RUDMAN & DOWD LLP**

*Counsel for the Securities Act Plaintiffs*

- and -

**VANOVERBEKE, MICHAUD & TIMMONY, P.C.**

*Additional Counsel for the Securities Act Plaintiffs*