# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11 (Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF EXTENDED DEADLINE FOR FILING CERTAIN SECURITIES CLAIMS FOR RESCISSION AND DAMAGES** |

| NAME OF DEBTOR AND LAST FOUR DIGITS OF FEDERAL TAX IDENTIFICATION NUMBER | CASE NUMBER |
|---|---|
| PG&E Corporation (4914) | 19-30088 (DM) |
| Pacific Gas and Electric Company (2640) | 19-30089 (DM) |

**TO ALL THOSE WHO PURCHASED OR ACQUIRED PG&E PUBLICLY TRADED DEBT OR EQUITY SECURITIES DURING THE PERIOD APRIL 29, 2015 THROUGH NOVEMBER 15, 2018**

**IMPORTANT COURT-ORDERED NOTICE**

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU MAY HAVE PURCHASED SECURITIES OF PG&E CORPORATION, PACIFIC GAS AND ELECTRIC COMPANY, OR BOTH, FROM APRIL 29, 2015 THROUGH NOVEMBER 15, 2018 (INCLUSIVE) AND MAY BE ENTITLED TO A RECOVERY IN THE PG&E CHAPTER 11 CASES.**

**YOU HAVE BEEN GIVEN ADDITIONAL TIME BY THE BANKRUPTCY COURT TO FILE A SECURITIES CLAIM PROOF OF CLAIM IN THE PG&E CHAPTER 11 CASES PURSUANT TO THE INSTRUCTIONS BELOW.**

**ADDITIONAL INFORMATION IS AVAILABLE ONLINE AT:**

**https://restructuring.primeclerk.com/PGE/EPOC-Index**

On January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company ("**Debtors**") each filed for relief under Chapter 11 of the Bankruptcy Code. Later on, the court set a deadline of October 21, 2019, for general creditors to file claims ("**Original Bar Date**"). A later deadline, December 31, 2019, was set for claims to be filed based upon the widely-publicized deadly and damaging wildfires that occurred in 2015, 2017 and 2018 in Northern California.

On January 31, 2020, Debtors filed their latest proposed Chapter 11 Plan of Reorganization (Dkt. No. 5590) and then on February 7, 2020, their Disclosure Statement to accompany that Plan (Dkt. No. 5700). The Disclosure Statement, when approved by the court, will set forth relevant information to assist creditors whose claims will be affected by the Plan to vote for or against it. The Debtors have begun the process of notifying creditors of the schedule for approval of the Disclosure Statement, the deadline for submission of ballots for or against the Plan (May 15, 2020), the deadline for filing Objections to Confirmation of the Plan (May 15, 2020), and other relevant information. (*See* Dkt. Nos. 5733 and 5835).

The procedures for sending and publishing notice of the Original Bar Date were extensive but the court has concluded that they did not adequately notify prospective creditors, like investors, who may have claims that are based on their belief that they have suffered losses as a result of alleged inadequate or fraudulent disclosure or non-disclosure of information about the Debtors that may have led them to purchase publicly traded debt and/or equity securities during the period from April 29, 2015 through November 15, 2018, inclusive ("**Rescission and Damage Claims**"). For this reason, **April 15, 2020**, has been fixed by the court as the **Extended Securities Claims Bar Date**. **IF YOU HAVE A RESCISSION AND DAMAGE CLAIM AGAINST ONE OR BOTH OF THE DEBTORS, YOU MUST FILE A CUSTOMIZED PROOF OF CLAIM FORM (THE "SECURITIES CLAIM PROOF OF CLAIM FORM") THAT IS POSTMARKED OR RECEIVED ON OR BEFORE APRIL 15, 2020 OR YOUR CLAIM AGAINST THE DEBTORS WILL BE DISCHARGED AND FOREVER BARRED.**

The Plan presently describes purchasers of debt securities separately from purchasers of equity securities. Regardless of which type was purchased, Section 510(b) of the Bankruptcy Code subordinates (places lower) claims based upon purchases of debt securities to all other creditors; it also subordinates claims based upon purchases of equity securities even lower, to the same level of treatment of other equity securities.

Debtors have advised the court and represented in their Plan and Disclosure Statement that allowed claims based upon the debt securities they issued will be UNIMPAIRED (meaning they

will be paid in full). Thus holders of claims based upon them will not vote for or against the Plan and they will not be provided a Disclosure Statement. Thus the fact that the current deadline for filing objections to the Disclosure Statement will have passed before the Extended Securities Claims Bar Date should not affect those persons. Still, **they must file a Securities Claim Proof of Claim on or before April 15, 2020**.

The Debtors have also conceded, and the Plan states, that it does IMPAIR (meaning allowed claims or interests based upon equity securities will not be paid in full) holders of equity securities or claims based on the purchase of equity securities of PG&E Corporation. Thus the fact that the deadline to object to the adequacy of the Disclosure Statement will pass before April 15, 2020 is a problem of concern to the court that must be dealt with in the coming weeks. Parties affected will be given notice in the future, possibly with notice of the hearing on Confirmation of the Plan and the deadline to file objections. Still, **they must file a Securities Claim Proof of Claim on or before April 15, 2020**.

The following deadlines are also provided for all parties' information:

| | |
|---|---|
| May 15, 2020 | Deadline for (i) submitting Ballots to accept or reject the Plan and (ii) filing and serving objections to Plan confirmation. |
| May 19, 2020 at 10:00 a.m. | Pre-confirmation scheduling conference. |
| May 22, 2020 | Deadline for Debtors, Shareholder Proponents, and other parties in interest to file replies to Plan confirmation objections. |
| May 27, 2020 at 10:00 a.m. | First day of Confirmation Hearing. |

### WHO MUST SUBMIT A SECURITIES CLAIM PROOF OF CLAIM FORM

You may have a Rescission and Damage Claim against either of the Debtors if you purchased or acquired PG&E's publicly traded debt and/or equity securities from April 29, 2015

through November 15, 2018, inclusive. If you believe you have suffered losses as a result of allegedly false statements and omissions and other conduct by the Debtors you or your authorized agent or attorney **MUST** file a Securities Proof of Claim Form **postmarked or received on or before April 15, 2020** utilizing the enclosed, customized claim form. IF YOU DO NOT, YOUR CLAIM AGAINST THE DEBTORS MAY BE DISCHARGED AND FOREVER BARRED.

Under section 101(5) of the Bankruptcy Code and as used in this notice, the word "claim" means a right to (a) payment, whether such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured. **The fact that you have received this notice does not mean that you have a claim or that the Debtors or the Bankruptcy Court believe that you have a claim against the Debtors.**

You **DO NOT** need to file another Proof of Claim if you already filed a Proof of Claim on account of your Rescission or Damage Claim in the Chapter 11 Cases.

**YOU OR YOUR AUTHORIZED AGENT OR ATTORNEY MUST FILE A SECURITIES CLAIM PROOF OF CLAIM FORM ON ACCOUNT OF YOUR RESCISSION AND DAMAGE CLAIM EVEN IF YOU MAY BE INCLUDED IN, OR REPRESENTED BY, A PURPORTED CLASS ACTION, CLASS SUIT, CLASS PROOF OF CLAIM, OR SIMILAR REPRESENTATIVE ACTION FILED AGAINST THE DEBTORS WITH RESPECT TO YOUR CLAIM.**

# PROCEDURES FOR FILING A SECURITIES CLAIM PROOF OF CLAIM FORM

ALL SECURITIES CLAIM PROOF OF CLAIM FORMS MUST BE FILED SO AS TO BE <u>POSTMARKED OR RECEIVED</u> ON OR BEFORE APRIL 15, 2020 AS FOLLOWS:

| If electronically: | If by first class mail: |
|---|---|
| Through the website established by the Debtors' Court-approved claims and noticing agent, Prime Clerk LLC ("**Prime Clerk**"), located at https://restructuring.primeclerk.com/pge (the "**Case Website**"), using the interface available under the linked entitled "Submit a Claim" (the "**Electronic Filing System**").<br><br>Claimants or agents of claimants with numerous transactions in the Debtors' securities may contact ___ for instructions concerning how to file large files electronically, including by email. | PG&E Corporation Claims Processing Center<br>c/o Prime Clerk LLC<br>Grand Central Station, PO Box 4850<br>New York, NY 10163-4850 |
| | **If by overnight courier or hand delivery:**<br><br>PG&E Corporation Claims Processing Center<br>c/o Prime Clerk LLC<br>850 Third Avenue, Suite 412<br>Brooklyn, NY 11232 |

Securities Claim Proof of Claim Forms will be deemed timely filed if they are postmarked by or actually received, at the addresses listed above or via the Electronic Filing System, on or before April 15, 2020. If you submit a Securities Claim Proof of Claim Form via the Electronic Filing System, you will receive an email confirmation generated by the Electronic Filing System with an image of your filed Securities Claim Proof of Claim Form. **Securities Claim Proof of Claim Forms may not be delivered by facsimile or telecopy.** Additional Securities Claim Proof of Claim Forms and instructions may be obtained from Prime Clerk at the Case Website.

All Securities Claim Proof of Claim Forms must be **signed** by the claimant or an authorized agent of the claimant. It must be written in English and the amount, if known, must be denominated in United States currency (using the exchange rate, if applicable, as of the Petition Date). You also should attach to your completed Proof of Claim any documents on which the claim is based (if voluminous, attach a summary) or explanation as to why the documents are not available.

Your Securities Claim Proof of Claim Form must **not** contain complete social security numbers or taxpayer identification numbers (include only the last four (4) digits), a complete birth date (only the year), the name of a minor (include only the minor's initials), or a financial account

number (only the last four (4) digits of such account number). This information must be redacted from your claim form.

**IF YOU ARE ASSERTING A RESCISSION AND DAMAGE CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR** AND YOU MUST IDENTIFY ON YOUR PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR RESCISSION AND DAMAGE CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S CHAPTER 11 CASE. A LIST OF THE NAMES OF THE DEBTORS AND THEIR CASE NUMBERS IS SET FORTH ABOVE.

YOU MUST CHECK ALL CUSIP NUMBERS ON ANNEX A, PART I OF THE SECURITIES CLAIM PROOF A CLAIM FORM THAT ARE THE BASIS OF YOUR CLAIM. FOR EACH CUSIP LISTED ON ANNEX A, PART I, YOU MUST ALSO SUBMIT A SEPARATE CORRESPONDING ANNEX A, PART II. (FOR EXAMPLE, IF YOU ARE ASSERTING A RESCISSION AND DAMAGE CLAIM ON ACCOUNT OF THREE (3) CUSIPS, YOU MUST SUBMIT THREE (3) CORRESPONDING VERSIONS OF ANNEX A, PART II. ANY SECURITIES CLAIM PROOF OF CLAIM FORM THAT LACKS A CHECKED BOX ON ANNEX A, PART I WILL BE DEEMED INVALID.

**CONSEQUENCES OF FAILING TO FILE A SECURITIES CLAIM PROOF OF CLAIM FORM BY THE EXTENDED SECURITIES CLAIMS BAR DATE**

**THE EXTENDED DEADLINE FOR FILING RESCISSION AND DAMAGE CLAIMS IS APRIL 15, 2020. ANY PERSON OR ENTITY WHO HAS A RESCISSION AND DAMAGE CLAIM AND DOES NOT FILE A SECURITIES CLAIM PROOF OF CLAIM FORM BY THAT DATE AND TIME MAY NOT VOTE OR RECEIVE A DISTRIBUTION UNDER ANY PLAN OF REORGANIZATION AND SUCH CLAIM WILL BE SUBJECT TO DISCHARGE.** FURTHER, IF SUCH RESCISSION AND DAMAGE CLAIM IS DISCHARGED, THE POTENTIAL CLAIMANT WILL BE FOREVER BARRED AND PREVENTED FROM ASSERTING THE RESCISSION AND DAMAGE CLAIM AGAINST THE DEBTORS OR THEIR PROPERTY.

**ADDITIONAL INFORMATION ON THE CHAPTER 11 CASES**

Copies of all of the documents filed in the Chapter 11 Cases can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) by contacting

the Office of the Clerk of the Bankruptcy Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from Prime Clerk at the Case Website. Note that a PACER password is needed to access documents on the Bankruptcy Court's website. If you require additional information regarding this notice, you may contact Prime Clerk at (844) 627-5328 (toll free) for U.S.-based parties; at +1 (347) 226-7122 for International parties or by e-mail at: pgeinfo@primeclerk.com.

**Please note that Prime Clerk cannot provide legal advice. A holder of a potential Rescission and Damage Claim against the Debtors should consult an attorney with respect to any legal advice it believes it may need.**

### SPECIAL NOTICE TO SECURITIES BROKERS AND NOMINEES

If you purchased or acquired PG&E publicly traded debt and/or equity securities **during the period from April 29, 2015 through November 15, 2018, inclusive,** for the beneficial interest of a person or entity other than yourself, the court has directed that **WITHIN SEVEN (7) CALENDAR DAYS OF YOUR RECEIPT OF THIS NOTICE**, **YOU MUST EITHER**: (a) provide to Prime Clerk the name and last known address of each person or entity for whom or which you purchased or acquired the securities; or (b) request additional copies of this Notice and the Claim Form from Prime Clerk, which will be provided to you free of charge, and **WITHIN SEVEN (7) CALENDAR DAYS** of receipt, mail the Notice and Claim Form directly to all the beneficial owners of those securities. All communications concerning the foregoing should be addressed to Prime Clerk:

_____
_____
_____

Dated: February [•], 2020

                                              **WEIL, GOTSHAL & MANGES LLP**
                                              **KELLER & BENVENUTTI LLP**

~~Exhibit A Securities Claim Bar Date Notice~~ UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors. | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11 (Lead Case)<br>(Jointly Administered)<br><br>NOTICE OF EXTENDED DEADLINE FOR FILING CERTAIN SECURITIES CLAIMS FOR RESCISSION AND DAMAGES |

| NAME OF DEBTOR AND LAST FOUR DIGITS OF FEDERAL TAX IDENTIFICATION NUMBER | CASE NUMBER |
|---|---|
| PG&E Corporation (4914) | 19-30088 (DM) |
| Pacific Gas and Electric Company (2640) | 19-30089 (DM) |

**TO ALL ~~PARTIES~~ THOSE WHO PURCHASED OR ACQUIRED PG&E PUBLICLY TRADED DEBT OR EQUITY SECURITIES DURING THE PERIOD APRIL 29, 2015 THROUGH NOVEMBER 15, 2018**

**IMPORTANT COURT-ORDERED NOTICE**

**YOU ARE RECEIVING THIS NOTICE BECAUSE YOU MAY HAVE PURCHASED SECURITIES OF PG&E CORPORATION, PACIFIC GAS AND ELECTRIC COMPANY, OR BOTH, FROM APRIL 29, 2015 THROUGH NOVEMBER 15, 2018 (INCLUSIVE) AND MAY BE ENTITLED TO A RECOVERY IN THE PG&E CHAPTER 11 CASES.**

**YOU HAVE BEEN GIVEN ADDITIONAL TIME BY THE BANKRUPTCY COURT TO FILE A SECURITIES CLAIM PROOF OF CLAIM IN THE PG&E CHAPTER 11 CASES, PURSUANT TO THE INSTRUCTIONS BELOW.**

**ADDITIONAL INFORMATION IS AVAILABLE ONLINE AT:**

**https://restructuring.primeclerk.com/PGE/EPOC-Index**

On January 29, ~~2019 (the "**Petition Date**"），~~ PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**") each filed a petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**"). By Order dated July 1, 2020 [Docket No. 2806] (the "**Bar Date Order**"), the Bankruptcy Court previously established **October 21, 2019 at 5:00 p.m. (Prevailing Pacific Time)** (the "**Original Bar Date**") as the last date and time for each

767 Fifth Avenue
New York, NY 10153-0119

1  ~~person or entity to file a proof of claim (each a "**Proof of Claim**") with respect to a prepetition~~
2  ~~claim against the Debtors.~~ 2019, PG&E Corporation and Pacific Gas and Electric Company
3  ("**Debtors**") each filed for relief under Chapter 11 of the Bankruptcy Code. Later on, the court set a
4  deadline of October 21, 2019, for general creditors to file claims ("**Original Bar Date**"). A later
5  deadline, December 31, 2019, was set for claims to be filed based upon the widely-publicized
6  deadly and damaging wildfires that occurred in 2015, 2017 and 2018 in Northern California.

7  ~~By Order, dated February [•], 2020 [Docket No. [•] (the "**Bar Date Extension Order**[1]"),~~
8  ~~the Bankruptcy Court extended the Original Bar Date to **March 31, 2020 at 5:00 p.m. (Prevailing**~~
9  ~~**Pacific Time)** (the "**Extended Securities Claims Bar Date**") solely with respect to persons or~~
10 ~~entities that purchased or acquired the Debtors' publicly traded debt or equity securities during the~~
11 ~~period April 29, 2015 through November 15, 2018 and who may have claims against the Debtors~~
12 ~~for rescission or damages (the "**Rescission and Damage Claims**").~~

14  On January 31, 2020, Debtors filed their latest proposed Chapter 11 Plan of Reorganization
15  (Dkt. No. 5590) and then on February 7, 2020, their Disclosure Statement to accompany that Plan
16  (Dkt. No. 5700). The Disclosure Statement, when approved by the court, will set forth relevant
17  information to assist creditors whose claims will be affected by the Plan to vote for or against it.
18  The Debtors have begun the process of notifying creditors of the schedule for approval of the
19  Disclosure Statement, the deadline for submission of ballots for or against the Plan (May 15, 2020),
20  the deadline for filing Objections to Confirmation of the Plan (May 15, 2020), and other relevant
21  information. (*See* Dkt. Nos. 5733 and 5835).

22  The procedures for sending and publishing notice of the Original Bar Date were extensive
23  but the court has concluded that they did not adequately notify prospective creditors, like investors,
24  who may have claims that are based on their belief that they have suffered losses as a result of
25  alleged inadequate or fraudulent disclosure or non-disclosure of information about the Debtors that
26  may have led them to purchase publicly traded debt and/or equity securities during the period from

27  ~~[1] Capitalized terms used but not herein defined shall have the meanings ascribed to such terms in~~
    ~~the Bar Date Extension Order.~~

April 29, 2015 through November 15, 2018, inclusive ("**Rescission and Damage Claims**"). For this reason, **April 15, 2020**, has been fixed by the court as the **Extended Securities Claims Bar Date**. **IF YOU HAVE A RESCISSION AND DAMAGE CLAIM AGAINST ONE OR BOTH OF THE DEBTORS, YOU MUST FILE A CUSTOMIZED PROOF OF CLAIM FORM (THE "SECURITIES CLAIM PROOF OF CLAIM FORM") THAT IS POSTMARKED OR RECEIVED ON OR BEFORE APRIL 15, 2020 OR YOUR CLAIM AGAINST THE DEBTORS WILL BE DISCHARGED AND FOREVER BARRED.**

The Plan presently describes purchasers of debt securities separately from purchasers of equity securities. Regardless of which type was purchased, Section 510(b) of the Bankruptcy Code subordinates (places lower) claims based upon purchases of debt securities to all other creditors; it also subordinates claims based upon purchases of equity securities even lower, to the same level of treatment of other equity securities.

Debtors have advised the court and represented in their Plan and Disclosure Statement that allowed claims based upon the debt securities they issued will be UNIMPAIRED (meaning they will be paid in full). Thus holders of claims based upon them will not vote for or against the Plan and they will not be provided a Disclosure Statement. Thus the fact that the current deadline for filing objections to the Disclosure Statement will have passed before the Extended Securities Claims Bar Date should not affect those persons. Still, **they must file a Securities Claim Proof of Claim on or before April 15, 2020**.

The Debtors have also conceded, and the Plan states, that it does IMPAIR (meaning allowed claims or interests based upon equity securities will not be paid in full) holders of equity securities or claims based on the purchase of equity securities of PG&E Corporation. Thus the fact that the deadline to object to the adequacy of the Disclosure Statement will pass before April 15, 2020 is a problem of concern to the court that must be dealt with in the coming weeks. Parties affected will be given notice in the future, possibly with notice of the hearing on Confirmation of the Plan and the deadline to file objections. Still, **they must file a Securities Claim Proof of Claim on or before April 15, 2020**.

The following deadlines are also provided for all parties' information:

| | |
|---|---|
| May 15, 2020 | Deadline for (i) submitting Ballots to accept or reject the Plan and (ii) filing and serving objections to Plan confirmation. |
| May 19, 2020 at 10:00 a.m. | Pre-confirmation scheduling conference. |
| May 22, 2020 | Deadline for Debtors, Shareholder Proponents, and other parties in interest to file replies to Plan confirmation objections. |
| May 27, 2020 at 10:00 a.m. | First day of Confirmation Hearing. |

**WHO MUST SUBMIT A SECURITIES CLAIM PROOF OF CLAIM FORM**

~~If you believe you~~You may have a Rescission and Damage Claim against either of the Debtors ~~(e.g.,~~if you purchased or acquired PG&E's publicly traded debt and/or equity securities from April 29, 2015 through November 15, ~~2018 and~~2018, inclusive. If you believe you have suffered losses as a result of allegedly false statements and omissions and other conduct by the Debtors~~)~~ you or your authorized agent or attorney **MUST** file a Securities Proof of Claim ~~for your Rescission and Damage Claim prior to March 31 2020 at 5:00 p.m. (Prevailing Pacific Time)~~**Form postmarked or received on or before April 15, 2020** utilizing the enclosed, customized ~~proof of~~ claim form ~~(the "Securities Claim Proof of Claim Form")~~. IF YOU DO NOT, YOUR CLAIM AGAINST THE DEBTORS MAY BE DISCHARGED AND FOREVER BARRED.

Under section 101(5) of the Bankruptcy Code and as used in this notice, the word "claim" means a right to (a) payment, whether such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) an equitable remedy for breach of performance if such breach gives rise to a right to payment,

whether such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured. **The fact that you have received this notice does not mean that you have a claim or that the Debtors or the Bankruptcy Court believe that you have a claim against the Debtors.**

You **DO NOT** need to file another Proof of Claim if you already filed a Proof of Claim on account of your Rescission or Damage Claim in the Chapter 11 Cases. ~~You also **DO NOT** need to file a Proof of Claim solely on account of any equity interest that you may hold or held in the Debtors, which interest is based exclusively upon the ownership of common or preferred stock, membership interests, partnership interests, or warrants, options, or rights to purchase, sell, or subscribe to such a security or interest.~~

**YOU OR YOUR AUTHORIZED AGENT OR ATTORNEY MUST FILE A SECURITIES CLAIM PROOF OF CLAIM FORM ON ACCOUNT OF YOUR RESCISSION AND DAMAGE CLAIM EVEN IF YOU MAY BE INCLUDED IN, OR REPRESENTED BY, A PURPORTED CLASS ACTION, CLASS SUIT, CLASS PROOF OF CLAIM, OR SIMILAR REPRESENTATIVE ACTION FILED AGAINST THE DEBTORS WITH RESPECT TO YOUR CLAIM.**

- 4 -

**PROCEDURES FOR FILING A SECURITIES CLAIM PROOF OF CLAIM FORM**

ALL SECURITIES CLAIM PROOF OF CLAIM FORMS MUST BE FILED SO AS TO BE ~~ACTUALLY~~ **POSTMARKED OR** RECEIVED ON OR BEFORE ~~MARCH 31, 2020 AT 5:00 P.M. (PREVAILING PACIFIC TIME)~~ **APRIL 15, 2020** AS FOLLOWS:

| If electronically: | If by first class mail: |
|---|---|
| Through the website established by the Debtors' Court-approved claims and noticing agent, Prime Clerk LLC ("**Prime Clerk**"), located at https://restructuring.primeclerk.com/pge (the "**Case Website**"), using the interface available under the linked entitled "Submit a Claim" (the "**Electronic Filing System**"). <br><br> **Claimants or agents of claimants with numerous transactions in the Debtors' securities may contact ___ for instructions concerning how to file large files electronically, including by email.** | PG&E Corporation Claims Processing Center <br> c/o Prime Clerk LLC <br> Grand Central Station, PO Box 4850 <br> New York, NY 10163-4850 <br><br> **If by overnight courier or hand delivery:** <br><br> PG&E Corporation Claims Processing Center <br> c/o Prime Clerk LLC <br> 850 Third Avenue, Suite 412 <br> Brooklyn, NY 11232 |

Securities Claim Proof of Claim Forms will be deemed timely filed ~~only when~~ **if they are postmarked by or** actually received~~,~~ at the addresses listed above or via the Electronic Filing System~~,~~ on or before ~~the Extended Securities Claims Bar Date.~~ **April 15, 2020.** If you submit a Securities Claim Proof of Claim Form via the Electronic Filing System, you will receive an email confirmation generated by the Electronic Filing System with an image of your filed Securities Claim Proof of Claim Form. **Securities Claim Proof of Claim Forms may not be delivered by facsimile**~~, telecopy, or electronic mail transmission (other than Proofs of Claim filed electronically through the Electronic Filing System)~~ **or telecopy**. Additional Securities Claim Proof of Claim Forms and instructions may be obtained from Prime Clerk at the Case Website.

All Securities Claim Proof of Claim Forms must be **signed** by the claimant or an authorized agent of the claimant. It must be written in English and the amount, if known, must be denominated in United States currency (using the exchange rate, if applicable, as of the Petition Date). You also should attach to your completed Proof of Claim any documents on which the claim is based (if voluminous, attach a summary) or explanation as to why the documents are not available.

Your Securities Claim Proof of Claim Form must **not** contain complete social security numbers or taxpayer identification numbers (include only the last four (4) digits), a complete birth date (only the year), the name of a minor (include only the minor's initials), or a financial account number (only the last four (4) digits of such account number).  This information must be redacted from your claim form.

**IF YOU ARE ASSERTING A RESCISSION AND DAMAGE CLAIM AGAINST MORE THAN ONE DEBTOR, SEPARATE PROOFS OF CLAIM MUST BE FILED AGAINST EACH SUCH DEBTOR** AND YOU MUST IDENTIFY ON YOUR PROOF OF CLAIM THE SPECIFIC DEBTOR AGAINST WHICH YOUR RESCISSION AND DAMAGE CLAIM IS ASSERTED AND THE CASE NUMBER OF THAT DEBTOR'S CHAPTER 11 CASE.  A LIST OF THE NAMES OF THE DEBTORS AND THEIR CASE NUMBERS IS SET FORTH ABOVE.

YOU MUST CHECK ~~ONE (AND ONLY ONE)~~ ALL CUSIP ~~NUMBER~~NUMBERS ON ANNEX A, PART I OF THE SECURITIES CLAIM PROOF A CLAIM FORM. ~~IF YOU ARE ASSERTING A RECISSION OR DAMAGE CLAIM BASED ON MORE THAN ONE CUSIP NUMBER, YOU MUST MAKE ADDITIONAL COPIES OF ANNEX A, PART I~~ THAT ARE THE BASIS OF YOUR CLAIM.  FOR EACH CUSIP LISTED ON ANNEX A, PART I, YOU MUST ALSO SUBMIT A SEPARATE CORRESPONDING ANNEX A, PART II.  (FOR EXAMPLE, IF YOU ARE ASSERTING ~~THREE RECISSION OR~~A RESCISSION AND DAMAGE ~~CLAIMS~~CLAIM ON ACCOUNT OF THREE (3) CUSIPS, YOU MUST SUBMIT ~~THREE (3) SEPARATE VERSIONS OF ANNEX A, PART I ALONG WITH~~ THREE (3) CORRESPONDING VERSIONS OF ANNEX A, PART II.  ANY SECURITIES CLAIM PROOF OF CLAIM FORM THAT LACKS A CHECKED BOX ON ANNEX A, PART I~~, OR HAS MULTIPLE BOXES CHECKED ON ONE ANNEX A, PART I~~ WILL BE DEEMED INVALID.

**CONSEQUENCES OF FAILING TO FILE A SECURITIES CLAIM PROOF OF CLAIM FORM BY THE EXTENDED SECURITIES CLAIMS BAR DATE**

**THE EXTENDED DEADLINE FOR FILING RESCISSION AND DAMAGE CLAIMS IS ~~MARCH 31, 2020 AT 5:00 P.M. (PREVAILING PACIFIC TIME).~~APRIL 15, 2020.  ANY PERSON OR ENTITY WHO HAS A RESCISSION AND DAMAGE CLAIM AND DOES NOT FILE A SECURITIES CLAIM PROOF OF CLAIM FORM BY THAT DATE AND TIME MAY NOT VOTE OR RECEIVE A DISTRIBUTION UNDER ANY**

**PLAN OF REORGANIZATION AND SUCH CLAIM WILL BE SUBJECT TO DISCHARGE. FURTHER, IF SUCH RESCISSION AND DAMAGE CLAIM IS DISCHARGED, THE POTENTIAL CLAIMANT WILL BE FOREVER BARRED AND PREVENTED FROM ASSERTING THE RESCISSION AND DAMAGE CLAIM AGAINST THE DEBTORS OR THEIR PROPERTY.**

### ADDITIONAL INFORMATION ON THE CHAPTER 11 CASES

Copies of all of the documents filed in the Chapter 11 Cases can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Bankruptcy Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from Prime Clerk at the Case Website. Note that a PACER password is needed to access documents on the Bankruptcy Court's website. If you require additional information regarding this notice, you may contact Prime Clerk at (844) 627-5328 (toll free) for U.S.-based parties; at +1 (347) 226-7122 for International parties or by e-mail at: pgeinfo@primeclerk.com.

**Please note that Prime Clerk cannot provide legal advice. A holder of a potential Rescission and Damage Claim against the Debtors should consult an attorney with respect to any legal advice it believes it may need.**

### SPECIAL NOTICE TO SECURITIES BROKERS AND NOMINEES

If you purchased or acquired PG&E publicly traded debt and/or equity securities **during the period from April 29, 2015 through November 15, 2018, inclusive,** for the beneficial interest of a person or entity other than yourself, the court has directed that **WITHIN SEVEN (7) CALENDAR DAYS OF YOUR RECEIPT OF THIS NOTICE, YOU MUST EITHER**: (a) provide to Prime Clerk the name and last known address of each person or entity for whom or which you purchased or acquired the securities; or (b) request additional copies of this Notice and the Claim Form from Prime Clerk, which will be provided to you free of charge, and **WITHIN SEVEN (7) CALENDAR DAYS** of receipt, mail the Notice and Claim Form directly to all the beneficial owners of those securities. All communications concerning the foregoing should be addressed to Prime Clerk:

Dated: February [•], 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER & BENVENUTTI LLP**

Document comparison by Workshare Professional on Tuesday, February 25, 2020 6:09:50 PM

| Input: | |
|---|---|
| Document 1 ID | interwovenSite://DMS/ACTIVE/2337970/1 |
| Description | #2337970v1<ACTIVE> - PG&E_ 510(b) Securities Claim Extended Bar Date Notice |
| Document 2 ID | C:\Users\zeissn\AppData\Local\Temp\Workshare\tmp348A\PG&E - Lead Plaintiff's Revised Securities Claim Extended Bar Date Notice.docx |
| Description | C:\Users\zeissn\AppData\Local\Temp\Workshare\tmp348A\PG&E - Lead Plaintiff's Revised Securities Claim Extended Bar Date Notice.docx |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 61 |
| Deletions | 32 |
| Moved from | 3 |
| Moved to | 3 |

| Style change | 0 |
|---|---:|
| Format changed | 0 |
| Total changes | 99 |