# EXHIBIT B

# United States Bankruptcy Court, Northern District of California

Fill in this information to identify the case
(Select only one Debtor per claim form):

❏ PG&E Corporation (19-30088)

❏ Pacific Gas and Electric Company (19-30089)

Official Form 410

# Securities Claim Proof of Claim          04/19

This form is for purchasers of the Debtors' publicly traded debt and/or equity securities during the period from April 29, 2015 through November 15, 2018, inclusive, who are asserting claims against the Debtors for rescission and damages under the securities laws and Section 510(b) of the Bankruptcy Code. Read the instructions before filing this Securities Proof of Claim.

**THIS FORM IS TO BE USED ONLY FOR CLAIMANTS THAT PURCHASED OR ACQUIRED THE DEBTORS' PUBLICLY TRADED DEBT AND/OR EQUITY SECURITIES FROM APRIL 29, 2015 THROUGH NOVEMBER 15, 2018 TO ASSERT CLAIMS FOR RESCISSION AND DAMAGES UNDER THE SECURITIES LAWS AND SECTION 510(b) OF THE BANKRUPTCY CODE AND NOT ANY OTHER CLAIMS.**

**Filers must leave out or partially redact SSNs/TINs/birthdates/names of minors/full account numbers**. Attach redacted copies of any documents that support the claim. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of Jan. 29, 2019, the date this bankruptcy case was filed. For purposes of this form, "creditor" means the beneficial owner of the securities that form the basis of the claim**

## Part 1: Identify the Claim

1. **Who is the current creditor?**
   _____
   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the Debtor _____

2. **Has this claim been acquired from someone else?**
   ❏ No
   ❏ Yes. From whom? _____

Case: 19-30088    Doc# 5900-2    Filed: 02/26/20    Entered: 02/26/20 07:14:26    Page 2 of 19
Modified Official Form 410                              Proof of Claim                                          page 2
WEIL:\97379691\4\67615.0014

| | | |
|---|---|---|
| 3. **Are you asserting a Claim for rescission and damages under the securities laws and Section 510(b) of the Bankruptcy Code?** | **Check the box below to indicate whether you are asserting a claim for rescission and damages under the securities laws and section 510(b) of the Bankruptcy Code, arising from the purchase and/or acquisition of the Debtors' publicly traded debt and/or equity securities during the period from April 29, 2015 through November 15, 2018. You are directed to check only one box below:** <br><br> ❏ Debt Securities; <br><br> ❏ Equity Securities; or <br><br> ❏ Debt Securities and Equity Securities <br><br> **Please also check all applicable CUSIP(s) on Annex A, Part I (attached hereto) for the equity or debt securities to which this Proof of Claim applies (hereinafter "the Securities"). If you purchased/acquired multiple CUSIPs, you must make additional copies of Annex A, Part II, so that you submit a <u>separate</u> corresponding Annex A, Part II for each CUSIP, with the requested documentation.** <br><br> **In addition to completing this Securities Proof of Claim, including checking the appropriate boxes on Annex A, Part I and providing the detail in Annex A, Part II, you are also required to attach to this Securities Proof of Claim any applicable detail regarding your purchases/acquisition of the securities from April 29, 2015 through November 15, 2018.** <br><br> **Once you have completed Annex A, Part I and Part II, please affix them to this Securities Proof of Claim. If you are submitting your Proof of Claim electronically, you will be asked to scan all Annex A, Part I and Part II and supporting documentation. If you have numerous transactions to report in Annex A, Part II, you may also contact ___ for instructions concerning how to submit large files electronically, including by email.** | |
| 4. **Where should notices and payments to the creditor be sent?** <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> _____ <br> Name <br><br> _____ <br> Number      Street <br><br> _____ <br> City     State     ZIP Code <br><br> Contact phone _____ <br><br> Contact email _____ | **Where should payments to the creditor be sent?** (if different) <br><br> _____ <br> Name <br><br> _____ <br> Number      Street <br><br> _____ <br> City     State     ZIP Code <br><br> Contact phone _____ <br><br> Contact email _____ |
| 5. **Does this claim amend one already filed?** | ❏ No <br> ❏ Yes. Claim number on court claims registry (if known)_____      Filed on ___/___/_____ <br>                                                                                       MM / DD / YYYY | |
| 6. **Do you know if anyone else has filed a proof of claim for this claim?** | ❏ No <br> ❏ Yes. Who made the earlier filing? _____ | |

| Part 2: | Give Information About the Claim as of January 29, 2019 |
|---|---|

| 7. Do you have any number you use to identify the debtor? | ❏ No<br>❏ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____ |
|---|---|
| 8. How much is the claim? | $_____. Does this amount include interest or other charges?<br>❏ No<br>❏ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 9. Is all or part of the claim secured? | ❏ No<br>❏ Yes. The claim is secured by a lien on property.<br><br>**Nature of property:**<br>❏ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>❏ Motor vehicle<br>❏ Other. Describe: _____<br><br>**Basis for perfection:** _____<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property**: $_____<br><br>**Amount of the claim that is secured:** $_____<br><br>**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:** $_____<br><br>**Annual Interest Rate** (when case was filed) _____%<br>❏ Fixed<br>❏ Variable |
| 10. Is this claim subject to a right of setoff? | ❏ No<br>❏ Yes. Identify the property: _____ |

DRAFT

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❑ I am the creditor.
❑ I am the creditor's attorney or authorized agent.
❑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
❑ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date _____ (mm/dd/yyyy)

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name _____
     First name          Middle name          Last name

Title _____

Company _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____
       Number     Street
       _____
       City                          State    ZIP Code

Contact phone _____  Email _____

# Annex A
## Part I

**Check all relevant boxes below. If you purchased multiple CUSIPs, you must make additional copies of Part II.**

| Check One Box Below | Issuer of Securities | Securities Description | CUSIP Number | ISIN Number |
|---|---|---|---|---|
| ☐ | Pacific Gas & Electric Co | 3.95% due 12/1/2047 | 694308HY6 | US694308HY69 |
| ☐ | Pacific Gas & Electric Co | 4% due 12/1/2046 | 694308HR1 | US694308HR19 |
| ☐ | Pacific Gas & Electric Co | 3.3% due 12/1/2027 | 694308HW0 | US694308HW04 |
| ☐ | Pacific Gas & Electric Co | 3.3% due 3/15/2027 | 694308HS9 | US694308HS91 |
| ☐ | Pacific Gas & Electric Co | 2.95% due 3/1/2026 | 694308HP5 | US694308HP52 |
| ☐ | Pacific Gas & Electric Co | 2.54138% due 11/28/2018 | 694308HU4 | US694308HU48 |
| ☐ | Pacific Gas & Electric Co | 1.51778% due 11/30/2017 | 694308HQ3 | US694308HQ36 |
| ☐ | PG&E Corp | Common Stock | 69331C108 | US69331C1080 |

# Annex A

# Part II

Please note that you must submit a **_SEPARATE_** Part II for **_EACH_** CUSIP you check in Part I. If you purchased/acquired more than one CUSIP, you must make additional copies of Part II and affix them to your Part I.

**CUSIP:** _____

**Beginning Holdings:**

On the line below, state the total number of publicly traded equity securities (in shares) or debt securities (in dollars) held as of the opening of trading on April 29, 2015. If none, write "0 shares" or "$0". Please provide documentation.

_____ (shares / dollars)

**Purchase / Acquisitions**

Separately list each and every purchase or acquisition of the Debtors' publicly traded equity securities or debt securities from April 29, 2015 through November 15, 2018, both dates inclusive, and provide the following information (must be documented)

| Purchase/Acquisition Date (List Chronologically) (Month/Day/ Year) | Number of Shares or Amount of Notes (*in dollars*) Purchased | Price per Share / Note | Total Cost (excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Sales**

Separately list each and every sale of the Debtors' publicly traded equity securities or debt securities from April 29, 2015 through November 15, 2018, both dates inclusive, and provide the following information (must be documented)

| Sale Date (List Chronologically) (Month/Day/ Year) | Number of Shares or Amount of Notes (*in dollars*) Sold | Price per Share / Note | Total Cost (excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Ending Holdings:**

On the line below, state the total number of the Debtors' publicly traded equity securities (in shares) or debt securities (in dollars) held as of the close of trading on November 15, 2018. If none, write "0 shares" or "$0".

Please provide documentation.

_____ (shares / dollars)

United States Bankruptcy Court, Northern District of California

Fill in this information to identify the case

(Select only one Debtor per claim form):

❏ PG&E Corporation (19-30088)

❏ Pacific Gas and Electric Company (19-30089)

Official Form 410

# Securities Claim Proof of Claim                                                      04/19

This form is for ~~holders~~ purchasers of the Debtors' publicly traded debt and/or equity securities ~~who purchased or acquired their securities between~~ during the period from April 29, 2015 ~~and~~ through November 15, ~~2018 and~~ 2018, inclusive, who are asserting claims against the Debtors for rescission and damages under the securities laws and Section 510(b) of the Bankruptcy Code. Read the instructions before filing this Securities Proof of Claim.

> **THIS FORM IS TO BE USED ONLY FOR CLAIMANTS THAT PURCHASED OR ACQUIRED THE DEBTORS' PUBLICLY TRADED DEBT AND/OR EQUITY SECURITIES ~~BETWEEN~~ FROM APRIL 29, 2015 ~~AND~~ THROUGH NOVEMBER 15, 2018 TO ASSERT CLAIMS FOR RESCISSION AND DAMAGES UNDER THE SECURITIES LAWS AND SECTION 510(b) OF THE BANKRUPTCY CODE AND NOT ANY OTHER CLAIMS.**
>
> ~~DO NOT USE THIS FORM TO ASSERT A CLAIM BASED SOLELY ON ACCOUNT OF YOUR OWNERSHIP OF COMMON STOCK OR OTHER EQUITY SECURITIES OF THE DEBTORS.~~

**Filers must leave out or** ~~redact information that is entitled to privacy on this form or on any attached documents~~ **partially redact SSNs/TINs/birthdates/names of minors/full account numbers.** Attach redacted copies of any documents that support the claim. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of Jan. 29, 2019, the date ~~the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.~~ this bankruptcy case was filed. For purposes of this form, "creditor" means the beneficial owner of the securities that form the basis of the claim**

| Part 1: | Identify the Claim |

. **Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the Debtor

. **Has this claim been acquired from someone else?**

❏ No

❏ Yes. From whom? _____

Case: 19-30088   Doc# 5900-2   Filed: 02/26/20   Entered: 02/26/20 07:14:26   Page 9 of 19

Modified Official Form 410                                Proof of Claim                                page 2

| 3. | Are you asserting a Claim for rescission and damages under the securities laws and Section 510(b) of the Bankruptcy Code? | **Check the box below to indicate whether you are asserting a claim for rescission and damages under the securities laws and section 510(b) of the Bankruptcy Code, arising from the purchase and/or acquisition of the Debtors' publicly traded debt and/or equity securities ~~that you held between~~during the period from April 29, 2015 ~~and~~through November 15, 2018. You are directed to check only one box below:** |
|---|---|---|
| | | ❏ Debt Securities; |
| | | ❏ Equity Securities; or |
| | | ❏ Debt Securities and Equity Securities |
| | | ❏ Please also check ~~the~~all applicable CUSIP(s) on Annex A, Part I (attached hereto) for the equity or debt securities to which this Proof of Claim applies (hereinafter "the Securities"). ~~You may check one (and only one) box on Annex A, Part I.  If you held~~If you purchased/acquired multiple CUSIPs, you must make additional copies of Annex A, Part ~~I~~II, so that you submit a separate ~~Annex A, Part I for each CUSIP.  You must also submit a~~ corresponding Annex A, Part II for each CUSIP, with the requested documentation ~~to accompany each Annex A, Part I (i.e., for each applicable CUSIP held).  Similarly, if you held multiple CUSIPs, you must also make additional copies of Annex A, Part II, so that you submit a separate Annex A, Part II for each CUSIP~~. |
| | | ❏ In addition to completing this Securities Proof of Claim, including checking the appropriate ~~box~~boxes on Annex A, Part I and providing the detail in Annex A, Part II, you are also required to attach to this Securities Proof of Claim any applicable detail regarding your ~~holdings~~purchases/acquisition of the securities ~~between~~from April 29, 2015 ~~and~~through November 15, 2018. |
| | | ❏ Once you have completed ~~each separate~~ Annex A, Part I and Part II, please affix them to this Securities Proof of Claim.  If you are submitting your Proof of Claim electronically, you will be asked to scan all Annex A, Part I and Part II and supporting documentation.  If you have numerous transactions to report in Annex A, Part II, you may also contact ____ for instructions |

| 4. | Where should notices creditor be sent? Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if |
|---|---|---|---|
| | | Name _____<br>Number _____ Street _____<br>City _____ State _____ ZIP _____<br>Contact phone _____<br>Contact email _____ | Name _____<br>Number _____ Street _____<br>City _____ State _____ ZIP Code _____<br>Contact phone _____<br>Contact email _____ |

| 5. | Does this claim amend one already filed? | ❏ No |
|---|---|---|
| | | ❏ Yes.  Claim number on court claims registry (if known) _____     Filed on _____ |

| 6. | Do you know if anyone else has filed a proof of claim for this claim? | ❏ No |
|---|---|---|
| | | ❏ Yes. Who made the earlier filing?   _____ |

| Part 2: | Give Information About the Claim as of ~~the Date the Case Was Filed~~ **January 29, 2019** |
|---|---|

| 7. Do you have any number you use to identify the debtor? | ❏ No<br>❏ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _ _ _ _ - _ _ _ _ _ _ _ _ _ _ _ _ |
|---|---|
| 8. How much is the claim? | $_____. Does this amount include interest or other charges?<br>❏ No<br>❏ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 9. Is all or part of the claim secured? | ❏ No<br>❏ Yes. The claim is secured by a lien on property.<br><br>❏ **Nature of property:**<br>❏ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.<br>❏ Motor vehicle<br>❏ Other. Describe: _____<br><br>❏ **Basis for perfection:** _____<br>❏ Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>❏ **Value of property:** $_____<br>❏<br>❏ **Amount of the claim that is secured:** $___<br>❏<br>❏ **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured ❏ amounts should match the amount in line 7.) ❏<br>❏ |
| 10. Is this claim subject to a right of setoff? | ❏ No<br>❏ Yes. Identify the property: _____ |

| Part 2: | Give Information About the Claim as of ~~the Date the Case Was Filed~~ **January 29, 2019** |
|---|---|

| Part 3: | Sign Below |
|---|---|

**The person completing this proof of claim must sign and date it.**

**FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**

**18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❑ I am the creditor.
❑ I am the creditor's attorney or authorized agent.
❑ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
❑ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

❑ I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

❑ I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

❑ I declare under penalty of perjury that the foregoing is true and correct.

❑ Executed on date _____ (mm/dd/yyyy)

❑ _____
  Signature

**Print the name of the person who is completing and signing this claim:**

Name _____ _____ _____
     First name           Middle name           Last name

Title _____ Company _____

       Identify the corporate servicer as the company if the authorized agent is a servicer.

Address _____ _____
        Street                                Number

        _____ _____ _____
        City        State       ZIP Code

Contact phone _____ Email _____

# Annex A
## Part I

**Check ~~only one box~~ all relevant boxes below. If you ~~hold~~ purchased multiple CUSIPs, you must make additional copies of Part ~~I and Part~~ II.**

| Check One Box Below | Issuer of Securities | Securities Description | CUSIP Number | ISIN Number |
|---|---|---|---|---|
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~3.95% due 12/1/2047~~ | ~~694308HY6~~ | ~~US694308HY69~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~3.95% due 12/1/2047~~ | ~~694308HX8~~ | ~~US694308HX86~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~3.95% due 12/1/2047~~ | ~~U69430AF0~~ | ~~USU69430AF01~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~4% due 12/1/2046~~ | ~~694308HR1~~ | ~~US694308HR19~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~4.25% due 3/15/2046~~ | ~~694308HN0~~ | ~~US694308HN05~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~4.75% due 2/15/2044~~ | ~~694308HH3~~ | ~~US694308HH37~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~4.3% due 3/15/2045~~ | ~~694308HL4~~ | ~~US694308HL49~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~5.125% due 11/15/2043~~ | ~~694308HF7~~ | ~~US694308HF70~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~4.6% due 6/15/2043~~ | ~~694308HD2~~ | ~~US694308HD23~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~3.75% due 8/15/2042~~ | ~~694308HA8~~ | ~~US694308HA83~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~4.45% due 4/15/2042~~ | ~~694308GZ4~~ | ~~US694308GZ44~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~4.5% due 12/15/2041~~ | ~~694308GY7~~ | ~~US694308GY78~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~5.4% due 1/15/2040~~ | ~~694308GS0~~ | ~~US694308GS01~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~6.25% due 3/1/2039~~ | ~~694308GQ4~~ | ~~US694308GQ45~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~6.35% due 2/15/2038~~ | ~~694308GM3~~ | ~~US694308GM31~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~5.8% due 3/1/2037~~ | ~~694308GJ0~~ | ~~US694308GJ02~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~5.8% due 3/1/2037~~ | ~~694308GK7~~ | ~~US694308GK74~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~6.05% due 3/1/2034~~ | ~~694308GE1~~ | ~~US694308GE15~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~6.05% due 3/1/2034~~ | ~~694308GH4~~ | ~~US694308GH46~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~4.65% due 8/1/2028~~ | ~~694308JA6~~ | ~~US694308JA65~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~4.65% due 8/1/2028~~ | ~~U69430AH6~~ | ~~USU69430AH66~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~3.3% due 12/1/2027~~ | ~~694308HW0~~ | ~~US694308HW04~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~3.3% due 12/1/2027~~ | ~~U69430AE3~~ | ~~USU69430AE36~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~3.3% due 12/1/2027~~ | ~~694308HV2~~ | ~~US694308HV21~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~3.3% due 3/15/2027~~ | ~~694308HS9~~ | ~~US694308HS91~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~2.95% due 3/1/2026~~ | ~~694308HP5~~ | ~~US694308HP52~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~3.5% due 6/15/2025~~ | ~~694308HM2~~ | ~~US694308HM22~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~3.4% due 8/15/2024~~ | ~~694308HK6~~ | ~~US694308HK65~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~3.75% due 2/15/2024~~ | ~~694308HG5~~ | ~~US694308HG53~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~3.85% due 11/15/2023~~ | ~~694308HE0~~ | ~~US694308HE06~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~4.25% due 8/1/2023~~ | ~~694308HZ3~~ | ~~US694308HZ35~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~4.25% due 8/1/2023~~ | ~~U69430AG8~~ | ~~USU69430AG83~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~3.25% due 6/15/2023~~ | ~~694308HC4~~ | ~~US694308HC40~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~2.45% due 8/15/2022~~ | ~~694308HB6~~ | ~~US694308HB66~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~3.25% due 9/15/2021~~ | ~~694308GW1~~ | ~~US694308GW13~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~4.25% due 5/15/2021~~ | ~~694308GV3~~ | ~~US694308GV30~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~3.5% due 10/1/2020~~ | ~~694308GT8~~ | ~~US694308GT83~~ |
| ☐ | ~~CA INFRA ECON DEV-F~~ | ~~Municipal Bond 1.75% due 11/1/2026~~ | ~~13034ASX9~~ | ~~US13034ASX99~~ |
| ☐ | ~~CALIFORNIA ST INFRAST~~ | ~~Municipal Bond 1.75% due 11/1/2026~~ | ~~13034ASZ4~~ | ~~US13034ASZ48~~ |
| ☐ | ~~CA PCR DLY PAPER-PACI~~ | ~~Municipal Bond 4% due 11/1/2026~~ | ~~130534XA3~~ | ~~US130534XA35~~ |

| | | | | |
|---|---|---|---|---|
| ☐ | ~~CA PCR VAR-REF-B-PACI~~ | ~~Municipal Bond 3.5% due 11/1/2026~~ | ~~130534XL9~~ | ~~US130534XL99~~ |
| ☐ | ~~CA PCR DLY-PAC E CONV~~ | ~~Municipal Bond 3.5% due 11/1/2026~~ | ~~130534XX3~~ | ~~US130534XX38~~ |
| ☐ | ~~CA INFRA-RF-VAR-A-PAC~~ | ~~Municipal Bond 3.75% due 11/1/2026~~ | ~~13033W3H4~~ | ~~US13033W3H41~~ |
| ☐ | ~~CA PCR DLY-REF-F-PACI~~ | ~~Municipal Bond 3.25% due 11/1/2026~~ | ~~130534XD7~~ | ~~US130534XD73~~ |
| ☐ | ~~CA INFR-VR-RF-B-PACIF~~ | ~~Municipal Bond 3.75% due 11/1/2026~~ | ~~13033W3J0~~ | ~~US13033W3J07~~ |
| ☐ | ~~CA PCR VAR CAPCO MADR~~ | ~~Municipal Bond ADJ% due 9/1/2019~~ | ~~130535BA4~~ | ~~US130535BA48~~ |
| ☐ | ~~CA POLLUTN-REF-C-PACI~~ | ~~Municipal Bond 3.5% due 12/1/2023~~ | ~~130534ZR4~~ | ~~US130534ZR42~~ |
| ☐ | ~~SOLANO IRR REF-MONTIC~~ | ~~Municipal Bond 5.47% due 1/1/2020~~ | ~~834125BC9~~ | ~~US834125BC98~~ |
| ☐ | ~~SOLANO IRR DIST DIV 1~~ | ~~Municipal Bond 9.15% due 1/1/2020~~ | ~~834125AN6~~ | ~~US834125AN62~~ |
| ☐ | ~~SOLANO IRR-UNREF-#2~~ | ~~Municipal Bond 9.25% due 1/1/2020~~ | ~~834125BG0~~ | ~~US834125BG03~~ |
| ☐ | ~~SOLANO IRR DIST DIV 2~~ | ~~Municipal Bond 9.25% due 1/1/2020~~ | ~~834125AM8~~ | ~~US834125AM89~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~7.25% due 8/1/2026~~ | ~~694308EV5~~ | ~~US694308EV57~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~7.25% due 8/1/2026~~ | ~~694308FF9~~ | ~~US694308FF98~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~7.25% due 8/1/2026~~ | ~~694308EX1~~ | ~~US694308EX14~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~7.25% due 8/1/2026~~ | ~~694308FR3~~ | ~~US694308FR37~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~7.25% due 8/1/2026~~ | ~~694308FZ5~~ | ~~US694308FZ52~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~7.25% due 3/1/2026~~ | ~~694308EM5~~ | ~~US694308EM58~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~7.25% due 3/1/2026~~ | ~~694308ET0~~ | ~~US694308ET02~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~7.25% due 3/1/2026~~ | ~~694308FQ5~~ | ~~US694308FQ53~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~7.25% due 3/1/2026~~ | ~~694308FY8~~ | ~~US694308FY87~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~8% due 10/1/2025~~ | ~~694308EP8~~ | ~~US694308EP89~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~8% due 10/1/2025~~ | ~~694308EL7~~ | ~~US694308EL75~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~8% due 10/1/2025~~ | ~~694308FM4~~ | ~~US694308FM40~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~8% due 10/1/2025~~ | ~~694308FG7~~ | ~~US694308FG71~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~8% due 10/1/2025~~ | ~~694308EK9~~ | ~~US694308EK92~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~8.375% due 5/1/2025~~ | ~~694308EF0~~ | ~~US694308EF08~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~8.375% due 5/1/2025~~ | ~~694308EJ2~~ | ~~US694308EJ20~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~8.375% due 5/1/2025~~ | ~~694308FX0~~ | ~~US694308FX05~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~8.8% due 5/1/2024~~ | ~~694308DV6~~ | ~~US694308DV66~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~7.05% due 3/1/2024~~ | ~~694308FB8~~ | ~~US694308FB84~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~7.05% due 3/1/2024~~ | ~~694308FP7~~ | ~~US694308FP70~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~6.75% due 10/1/2023~~ | ~~694308EY9~~ | ~~US694308EY96~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~6.75% due 10/1/2023~~ | ~~694308EZ6~~ | ~~US694308EZ61~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~8.25% due 11/1/2022~~ | ~~694308EQ6~~ | ~~US694308EQ62~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~8.25% due 11/1/2022~~ | ~~694308EG8~~ | ~~US694308EG80~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~8.25% due 11/1/2022~~ | ~~694308EN3~~ | ~~US694308EN32~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~8.25% due 11/1/2022~~ | ~~694308FJ1~~ | ~~US694308FJ11~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~8.25% due 11/1/2022~~ | ~~694308FW2~~ | ~~US694308FW22~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~2.54138% due 11/28/2018~~ | ~~694308HU4~~ | ~~US694308HU48~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~2.54138% due 11/28/2018~~ | ~~694308HT7~~ | ~~US694308HT74~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~2.54138% due 11/28/2018~~ | ~~U69430AD5~~ | ~~USU69430AD52~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~8.25% due 10/15/2018~~ | ~~694308GN1~~ | ~~US694308GN14~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~5.625% due 11/30/2017~~ | ~~694308GL5~~ | ~~US694308GL57~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~1.51778% due 11/30/2017~~ | ~~694308HQ3~~ | ~~US694308HQ36~~ |
| ☐ | ~~Pacific Gas & Electric Co~~ | ~~0.45835% due 5/11/2015~~ | ~~694308HJ9~~ | ~~US694308HJ92~~ |

| | | | | |
|---|---|---|---|---|
| | ~~CA INFRA-RF-E-PACIFIC~~ | ~~Municipal Bond 2.25% due 11/1/2026~~ | ~~13033W3Z4~~ | |
| | ~~CA POLLUTN-REF-A-PACI~~ | ~~Municipal Bond 3.5% due 12/1/2023~~ | ~~130534ZP8~~ | |
| | ~~CA INFRA REF-GAS-F~~ | ~~Municipal Bond 3.75% due 11/1/2026~~ | ~~13033WU84~~ | |
| | ~~CA ECON-VAR-RF-E-3/11~~ | ~~Municipal Bond ADJ% due 11/1/2026~~ | ~~13033WF81~~ | |
| | ~~CA INFRA VAR-B-PACIFI~~ | ~~Municipal Bond ADJ% due 11/1/2026~~ | ~~13033WSA2~~ | |
| | ~~CA DEV VAR-A-PACIFIC~~ | ~~Municipal Bond ADJ% due 11/1/2026~~ | ~~13033WG31~~ | |
| | ~~CA INFRA VAR-A-PACIFI~~ | ~~Municipal Bond ADJ% due 11/1/2026~~ | ~~13033WRZ8~~ | |
| | ~~CA ECON VAR RF F 3/12~~ | ~~Municipal Bond ADJ% due 11/1/2026~~ | ~~13033WF99~~ | |
| | ~~CA INFRA VAR-F-PACIFI~~ | ~~Municipal Bond ADJ% due 11/1/2026~~ | ~~13033WSE4~~ | |
| | ~~CA POLLUTN-REF-D-PACI~~ | ~~Municipal Bond 3.5% due 12/1/2023~~ | ~~130534ZS2~~ | |
| | ~~CA DEV VAR-B-PACIFIC~~ | ~~Municipal Bond ADJ% due 11/1/2026~~ | ~~13033WG49~~ | |
| | ~~CA INFRA VAR REF-PACI~~ | ~~Municipal Bond ADJ% due 11/1/2026~~ | ~~13033WW25~~ | |
| | ~~CA INFRA VAR-PACIFIC~~ | ~~Municipal Bond ADJ% due 11/1/2026~~ | ~~13033WW33~~ | |
| | ~~CA POLLUTN-REF-B-PACI~~ | ~~Municipal Bond 3.5% due 12/1/2023~~ | ~~130534ZQ6~~ | |
| | ~~NEVADA IRR YUBA PAC~~ | ~~Municipal Bond 3.75% due 7/1/2013~~ | ~~641321BT0~~ | |
| | ~~CA POLLT-PAC GAS-REMK~~ | ~~Municipal Bond 4.75% due 12/1/2023~~ | ~~130534A83~~ | |
| | ~~CA POOLT-PAC GAS-REMK~~ | ~~Municipal Bond 4.75% due 12/1/2023~~ | ~~130534B25~~ | |
| | ~~CA POOLT-PCS GAS REMK~~ | ~~Municipal Bond 4.75% due 12/1/2023~~ | ~~130534B33~~ | |
| | ~~CA POLLT-PAC GAS-REMK~~ | ~~Municipal Bond 4.75% due 12/1/2023~~ | ~~130534B66~~ | |
| | ~~CA POLLT-PAC GAS-REMK~~ | ~~Municipal Bond 4.75% due 12/1/2023~~ | ~~130534A91~~ | |
| | ~~SOLANO IRR-UNREF-#2~~ | ~~Municipal Bond 9.15% due 1/1/2020~~ | ~~834125BF2~~ | |
| | ~~PG&E Corp~~ | ~~Common Stock~~ | ~~69331C108~~ | ~~US69331C1080~~ |
| | ~~Pacific Gas & Electric Co~~ | ~~Preferred 6% Dividend PERPETUAL~~ | ~~694308206~~ | ~~US6943082064~~ |
| | ~~Pacific Gas & Electric Co~~ | ~~Preferred 5 PERP/CALL~~ | ~~694308503~~ | ~~US6943085034~~ |
| | ~~Pacific Gas & Electric Co~~ | ~~Preferred 5.5 PERPETUAL~~ | ~~694308305~~ | ~~US6943083054~~ |
| | ~~Pacific Gas & Electric Co~~ | ~~Preferred 4.36 PERP/CALL~~ | ~~694308883~~ | ~~US6943088830~~ |
| | ~~Pacific Gas & Electric Co~~ | ~~Preferred 4.5 PERP/CALL~~ | ~~694308800~~ | ~~US6943088004~~ |
| | ~~Pacific Gas & Electric Co~~ | ~~Preferred 4.8 PERP/CALL~~ | ~~694308701~~ | ~~US6943087014~~ |
| | ~~Pacific Gas & Electric Co~~ | ~~Preferred 5 PERP/CALL~~ | ~~694308602~~ | ~~US6943086024~~ |
| | ~~Pacific Gas & Electric Co~~ | ~~Preferred 5 PERPETUAL~~ | ~~694308404~~ | ~~US6943084045~~ |
| | ~~PG&E Corp~~ | ~~Preferred 8 PERP/CALL~~ | ~~694308834~~ | |
| | ~~PG&E Corp~~ | ~~Preferred 7.04 PERP/CALL~~ | ~~694308685~~ | |
| | ~~PG&E Corp~~ | ~~Preferred 7.44 PERP/CALL~~ | ~~694308719~~ | |
| | ~~PG&E Corp~~ | ~~Preferred 9 PERP/CALL/SINK~~ | ~~6943082*7~~ | |
| | ~~PG&E Corp~~ | ~~Preferred 6.57 CALL/SINK~~ | ~~694308693~~ | |
| | ~~PG&E Corp~~ | ~~Preferred 10.28 PERP/CALL~~ | ~~694308768~~ | |
| | ~~PG&E Corp~~ | ~~Preferred 10.46 PERP/CALL~~ | ~~694308792~~ | |
| | ~~PG&E Corp~~ | ~~Preferred 8.2 PERP/CALL~~ | ~~694308826~~ | |
| | ~~PG&E Corp~~ | ~~Preferred 7.9 CALLABLE~~ | ~~694308644~~ | |
| | ~~PG&E Corp~~ | ~~Preferred 10.18 PERP/CALL~~ | ~~694308784~~ | |
| | ~~PG&E Corp~~ | ~~Preferred 6.875 PERP/CALL~~ | ~~694308677~~ | |
| | ~~PG&E Corp~~ | ~~Preferred 9.3 PERP/CALL~~ | ~~694308776~~ | |
| | ~~PG&E Corp~~ | ~~Preferred 9.48 PERP/CALL~~ | ~~694308818~~ | |

| | Issuer of Securities | Securities Description | CUSIP Number | ISIN Number |
|---|---|---|---|---|
| ☐ | ~~PG&E Corp~~ | ~~Preferred 7.84 PERP/CALL~~ | ~~694308842~~ | |
| ☐ | ~~PG&E Corp~~ | ~~Preferred 9 PERP/CALL~~ | ~~694308859~~ | |
| ☐ | ~~PG&E Corp~~ | ~~Preferred 8.16 PERP/CALL~~ | ~~694308867~~ | |
| ☐ | ~~PG&E Corp~~ | ~~Preferred 9.28 PERP/CALL~~ | ~~694308875~~ | |
| ☐ | ~~PG&E Corp~~ | ~~Preferred 10.17 CALL/SINK~~ | | |
| ☐ | ~~PG&E Corp~~ | ~~Preferred 6.3 CALL/SINK~~ | ~~694308651~~ | |
| **Check One Box Below** | **Issuer of Securities** | **Securities Description** | **CUSIP Number** | **ISIN Number** |
| ☐ | Pacific Gas & Electric Co | 3.95% due 12/1/2047 | 694308HY6 | US694308HY69 |
| ☐ | Pacific Gas & Electric Co | 4% due 12/1/2046 | 694308HR1 | US694308HR19 |
| ☐ | Pacific Gas & Electric Co | 3.3% due 12/1/2027 | 694308HW0 | US694308HW04 |
| ☐ | Pacific Gas & Electric Co | 3.3% due 3/15/2027 | 694308HS9 | US694308HS91 |
| ☐ | Pacific Gas & Electric Co | 2.95% due 3/1/2026 | 694308HP5 | US694308HP52 |
| ☐ | Pacific Gas & Electric Co | 2.54138% due 11/28/2018 | 694308HU4 | US694308HU48 |
| ☐ | Pacific Gas & Electric Co | 1.51778% due 11/30/2017 | 694308HQ3 | US694308HQ36 |
| ☐ | PG&E Corp | Common Stock | 69331C108 | US69331C1080 |

# Annex A

## Part II

Please note that you must submit a **_SEPARATE_** Part II for **_EACH_** CUSIP you check in Part I. If you ~~hold~~purchased/acquired more than one CUSIP, you must make additional copies of ~~both Part I and~~ Part II and affix them~~, so that there is a separate~~ to your Part I ~~and Part II for each~~.

**CUSIP**~~.~~:_____

**Beginning Holdings:**

On the line below, state the total number of publicly traded equity securities (in shares) or debt securities (in dollars) held as of the opening of trading on April 29, 2015. If none, write "0 shares" or "$0". Please provide documentation.

_____ (shares / dollars)

**Purchase / Acquisitions**

Separately list each and every purchase or acquisition of the Debtors' publicly traded equity securities or debt securities from April 29, 2015 through November 15, 2018, both dates inclusive, and provide the following information (must be documented)

| ~~Trade~~Purchase/Acquisition Date (List Chronologically) (Month/Day/ Year) | Number of Shares or Amount of Notes (*in dollars*) Purchased | Price per Share / Note | Total Cost (excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Sales**

Separately list each and every sale of the Debtors' publicly traded equity securities or debt securities from April 29, 2015 through November 15, 2018, both dates inclusive, and provide the following information (must be documented)

| ~~Trade~~Sale Date (List Chronologically) (Month/Day/ Year) | Number of Shares or Amount of Notes (*in dollars*) Sold | Price per Share / Note | Total Cost (excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**Ending Holdings:**

On the line below, state the total number of the Debtors' publicly traded equity securities (in shares) or debt

securities (in dollars) held as of the close of trading on November 15, 2018. If none, write "0 shares" or "$0". Please provide documentation.

_____ (shares / dollars)

Document comparison by Workshare Professional on Tuesday, February 25, 2020 6:17:15 PM

| Input: | |
|---|---|
| Document 1 ID | interwovenSite://DMS/ACTIVE/2337971/1 |
| Description | #2337971v1<ACTIVE> - PG&E - Lead Plaintiff's Revised Securities Proof of Claim Form |
| Document 2 ID | H:\NRPortbl\ACTIVE\ZEISSN\2337971_3.docx |
| Description | H:\NRPortbl\ACTIVE\ZEISSN\2337971_3.docx |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 93 |
| Deletions | 669 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 762 |