**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF FILING OF PROPOSED ORDER IN RESPONSE TO THE COURT'S INTENTIONS REGARDING PROPOSED ORDER**<br><br>[Relates to Dkt. No. 5042] |

**PLEASE TAKE NOTICE** that on February 14, 2020, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, filed the *Supplemental Brief in Response to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline* [Docket No. 5787] (the "**Supplemental Brief**").[1]

**PLEASE TAKE FURTHER NOTICE** that a form of proposed order extending the Bar Date and implementing the procedures for providing notice to the putative class members of the Extended Bar Date was attached to the Supplemental Brief as Exhibit A (the "**Debtors' Original Proposed Order**"). A proposed form of notice of the Extended Bar Date (the "**Debtors' Original Extended Bar Date Notice**") and customized proof of claim form that the Debtors propose to serve on putative class members were attached as Exhibits A and B, respectively, to the Debtors' Original Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that, further to the *Court's Intentions Re Proposed Order* entered by the Court on February 24, 2020 [Docket No. 5888], the Debtors have revised the Debtors' proposed order and proposed form of notice of the Extended Bar Date.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit 1-1** and **Exhibit 1-2**, respectively, are copies of the Debtors' revised proposed order (the "**Debtors' Revised Proposed Order**") and a redline comparison of the Debtors' Revised Proposed Order against the Debtors' Original Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit 2-1** and **Exhibit 2-2**, respectively, are copies of the Debtors' revised form of notice of the Extended Bar Date (the "**Debtors' Revised Extended Bar Date Notice**") and a redline comparison of the Debtors' Revised Extended Bar Date Notice against the Debtors' Original Extended Bar Date Notice.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to further amend, modify, or supplement the proposed order or form of notice of the Extended Bar Date at any time up to and during the Omnibus Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings and other documents identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: February 26, 2020

        **WEIL, GOTSHAL & MANGES LLP**
        **KELLER & BENVENUTTI LLP**

        /s/ *Thomas B. Rupp*
        Thomas B. Rupp

        *Attorneys for Debtors and Debtors in Possession*

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Supplemental Brief.