BERMAN AND TODDERUD LLP
Stan Berman
(stan@btlawllp.com)
Eric Todderud
(eric@btlawllp.com)
3502 Fremont Avenue N., Suite 2
Seattle, WA 98103
Tel: (206) 279-3272

*Special Counsel for Debtors and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| **- and –** | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **FIRST SUPPLEMENTAL DECLARATION OF ERIC TODDERUD PURSUANT TO 11 U.S.C. § 327(a) AND FED. R. BANKR. P. 2014(a) AND 2016 ON BEHALF OF BERMAN AND TODDERUD LLP** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | |

I, Eric Todderud, hereby declare pursuant to 28 U.S.C. § 1746:

1.  I am a partner of the firm of Berman and Todderud LLP (the "Firm"), a law firm with offices at 3502 Fremont Ave. N., Seattle, WA 98103.

2.  I submit this Declaration as a supplement to my declaration dated June 18, 2019 [Docket No. 2592] in support of the *Application Pursuant to 11 U.S.C. §327(a) and Fed. R. Bankr. Proc. 2014(a) and 2016 for Authority to Retain and Employ Berman and Todderud as Special*

1  *Counsel for the Debtors Effective as of February 1, 2019* [Docket No. 2591]. On July 3, 2019, the

2  Court entered the *Order Pursuant to 11 U.S.C. §327(a) and Fed. R. Bankr. Proc. 2014(a) and 2016*

3  *for Authorizing the Retention and Employment Berman and Todderud LLP as Special Counsel for*

4  *the Debtors Effective as of February 1, 2019* [Docket No. 2860].

5      3.      On February 25, 2020, the Firm entered into an agreement with Debtor Pacific Gas

6  and Electric Company (the "Utility") to continue to perform legal services during the calendar year

7  2020. Pursuant to that agreement, the Firm will maintain billing rates at the 2019 level--$920/hour

8  for Mr. Berman and $692/hour for Mr. Todderud.

9      4.      The Firm has budgeted $1.2 million for legal services in calendar year 2020, and the

10 Utility has agreed to that amount. The 2020 budget is lower than the Firm's budget for 2019, which

11 was $1.375 million for the final 11 months of the year. Other terms of the engagement remain the

12 same as they were in 2019 and the engagement remains subject to the requirements of the

13 Bankruptcy Court.

14     5.      A copy of the agreement for legal services in 2020 is attached as Exhibit A.

15     I declare under penalty of perjury under the laws of the United States that the foregoing is

16 true and correct.

17     Executed this 26th day of February 2020, in Seattle, Washington.

18

19

20                                      BERMAN AND TODDERUD LLP

21                                      */s/ Eric Todderud*

22                                      Eric Todderud

23

24

25

26

27

28                                      2