# EXHIBIT A

## To

# First Supplemental Declaration of Eric Todderud Pursuant to 11 U.S.C. §327(a) and Fed. R. Bankr. Proc. 2014(a) and 2016 on Behalf of Berman and Todderud LLP



Pacific Gas and
Electric Company

Charles R. Middlekauff
Attorney at Law

Mailing Address:
P.O. Box 7442
San Francisco, CA 94120

Street/Courier Address:
Law Department
77 Beale Street, B30A
San Francisco, CA 94105

415.973.6971
Fax: 415.973.5520
Internet: CRMd@pge.com

February 18, 2020

Stan Berman
Berman and Todderud LLP
3502 Fremont Avenue North, Suite 1
Seattle, WA 98103

Re: California Electric Market Failure (FERC Refund)
Matter Number: 000311

Dear Mr. Berman:

I am pleased that you will continue your engagement with PG&E on California Electric Market Failure (FERC Refund). This letter will confirm your continued retention on California Electric Market Failure (FERC Refund) for the 2020 calendar year on Post-Petition work starting January 29, 2019. The terms governing your retention remain the same as originally agreed, with the exception of a new budget for the year.

Your work under this Agreement is subject to the applicable procedures and/or processes approved by the Bankruptcy Court in PG&E's bankruptcy proceeding (Bankruptcy Case No. 19-30088 (DM)) in the United States Bankruptcy Court, Northern District of California, San Francisco Division for the retention of counsel [outside professionals] and those procedures and processes are expressly incorporated herein, as they may be changed from time to time by the Bankruptcy Court.

Based on discussions with Mark D. Patrizio, we have agreed to a budget for 2020 of $1,200,000.

If you have any other questions, please call Mark D. Patrizio at (415) 973-6344.

If you have a billing issue, please call the Legal Finance Support Group at (415) 972-5673 or email GenlCnslLawPaymentProcessingGroup@pge.com.

Stan Berman
February 18, 2020
Page 2

If the terms of this extension are satisfactory, please indicate your acceptance by signing this letter and returning it to our Legal Finance Support Group at the address below:

>Pacific Gas and Electric Company
>Attn: Legal Finance Support Group
>P. O. Box 7133
>San Francisco, CA 94120-7133

We look forward to continuing working with you on California Electric Market Failure (FERC Refund).

Sincerely,

*[signature]*

Charles R. Middlekauff
Assistant General Counsel


I agree to and accept the terms of the extension to the engagement.

**Berman and Todderud LLP**

By _____*[signature]*_____
          Stan Berman

Date: _____2-25-2020_____