UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **THIRD COMBINED MONTHLY FEE STATEMENT OF AXIOM ADVISORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2019 THROUGH JANUARY 31, 2020** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | **Objection Deadline: March 26, 2020 at 4:00 p.m. (PT)**<br><br>[No hearing requested] |
| To: | The Notice Parties |
| Name of Applicant: | Axiom Advisors |
| Authorized to Provide Professional Services to: | Government Affairs Consultant for the Official Committee of Unsecured Creditors |
| Date of Retention: | May 10, 2019 *nunc pro tunc* to March 15, 2019 |
| Period for which compensation and reimbursement are sought: | November 1, 2019 through January 31, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $60,000 (80% of $75,000) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $145.91 |

Axiom Advisors ("Axiom" or the "Applicant"), the government affairs consultant for the Official Committee of Unsecured Creditors (the "Committee"), hereby submits its Third Combined Monthly Fee Statement (this "Monthly Fee Statement") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period

Case: 19-30088    Doc# 5914    Filed: 02/26/20    Entered: 02/26/20 13:07:03    Page 1 of 18

commencing November 1, 2019 through January 31, 2020 (the "Fee Period") pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professional* dated February 27, 2019 [Docket No. 701] (the "Interim Compensation Procedures Order").

By this Monthly Fee Statement, Axiom requests allowance and payment of $60,000 (80% of $75,000) as compensation for professional services rendered to the Committee during the Fee Period and allowance and payment of $145.91 (representing 100% of the expenses allowed) as reimbursement for actual and necessary expenses incurred by Axiom during the Fee Period.

Annexed as **Exhibit A** hereto is a schedule for the Fee Period setting forth the total amount of fees and expenses sought to be paid or reimbursed in this Monthly Fee Statement. As reflected in **Exhibit A**, Axiom incurred $75,000 in fees during the Fee Period. Pursuant to this Monthly Fee Statement, Axiom seeks payment of $60,000 (80% of the incurred fees). Additionally, Axiom seeks reimbursement for $145.91 of expenses. Attached hereto as **Exhibit B** is a schedule of the number of hours expended by each Axiom professional during the Fee Period. The professionals of Axiom expended a total of 117.5 hours in connection with these chapter 11 cases during the fee period. Attached hereto as **Exhibit C** is a detailed itemization of expenses Axiom is seeking reimbursement for in this Fee Statement. Attached hereto as **Exhibit D** are the detailed time entries for the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that after the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement. If an objection is properly filed, the Debtors shall be authorized and

directed to pay the Applicant 80% of the fees and 100% of the expenses not subject to an objection.

Dated: February 26, 2020

Respectfully submitted,

**AXIOM ADVISORS**

By: /s/ Cassie Gilson

*Government Affairs Consultant for the Official Committee of Unsecured Creditors*

# **EXHIBIT A**

Summary of Fees and Expenses for the Fee Period

| Period | Total Fees | Less 20% Holdback | Expenses | Total Fees & Expenses (Incl. of Holdback) | Total Fees & Expenses (Net of Holdback) |
|---|---|---|---|---|---|
| 11/1/19-1/31/20 | $75,000 | $60,000 | $145.91 | $75,145.91 | $60,145.91 |

**EXHIBIT B**

Axiom Advisors

Hourly Details for the Period of
November 1, 2019 through January 31, 2020

| Professional | Title | Hours |
|---|---|---|
| Cassie Gilson | Partner | 71.0 |
| Jason Kinney | Partner | 4.5 |
| Kevin Schmidt | Partner | 15.0 |
| Silvio Ferrari | Associate | 19.0 |
| Debbie Edgar | Legislative Aide | 2.0 |
| Vanessa Sonnier | Legislative Aide | 6.0 |
| | **Total:** | **117.5** |

# EXHIBIT C

Axiom Advisors

Expense Details for the Period of
November 1, 2019 through January 31, 2020

| Date | Explanation | Amount |
|---|---|---|
| 11/5/2019 | Costs associated with lunch for nine (7) members of the UCC, counsel and Axiom | $145.91 |
| | **Total:** | **$145.91** |

# EXHIBIT D

**Time Entries for the Fee Period**

Axiom Advisors Inc.
Hourly Details for the Period of
November 1, 2019 through January 31, 2020

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **November 2019** | | | |
| Cassie Gilson | 11/1/2019 | 0.5 | Attend UCC call re: Governor's press conference |
| Cassie Gilson | 11/3/2019 | 0.5 | Attend UCC call re: UCC meeting with Governor Newsom's office |
| Cassie Gilson | 11/4/2019 | 1.5 | Attend weekly PG&E: Standing Advisors call |
| Cassie Gilson | 11/4/2019 | 3.0 | Review UCC materials and prepare for UCC meeting with Governor Newsom's office |
| Cassie Gilson | 11/5/2020 | 4.0 | Prepare and debrief with UCC re: meeting with Govenor Newsom 's office |
| Cassie Gilson | 11/5/2019 | 0.5 | Attend weekly UCC Public Affairs advisors call |
| Cassie Gilson | 11/6/2019 | 0.5 | Review UCC materials |
| Cassie Gilson | 11/7/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 11/8/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 11/12/2019 | 0.5 | Prepare for and attend weekly PG&E: Public Affairs Meeting/Call |
| Cassie Gilson | 11/12/2019 | 1.0 | Meetings with Legislative staff to discuss wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 11/14/2019 | 0.5 | Review UCC materials |
| Cassie Gilson | 11/15/2019 | 0.5 | Call re: UCC with D. Dunne |
| Cassie Gilson | 11/15/2019 | 1.5 | Prepare for and attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 11/15/2019 | 0.5 | Review Axiom court filings with D. Edgar |
| Cassie Gilson | 11/18/2019 | 1.0 | Prepare for and attend UCC standing advisors call |
| Cassie Gilson | 11/18/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 11/19/2019 | 0.5 | Attend weekly UCC Public Affairs advisors call |
| Cassie Gilson | 11/19/2019 | 0.5 | Prepare for and meet with Governor's office re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 11/21/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 11/22/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 11/22/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 11/25/2019 | 0.5 | Review UCC materials |
| Cassie Gilson | 11/26/2019 | 1.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 11/26/2019 | 0.5 | Meetings with Legislative staff to discuss wildfire policy issues and PG&E bankruptcy |

| Professional | Date | Hours | Explanation |
| --- | --- | --- | --- |
| **December 2019** | | | |
| Cassie Gilson | 12/2/2019 | 1.0 | Attend PG&E standing advisors call |
| Cassie Gilson | 12/2/2019 | 0.5 | Meet with Governor's office re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 12/3/2019 | 0.5 | Prepare for and attend weekly UCC public affairs call |
| Cassie Gilson | 12/5/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 12/5/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 12/6/2019 | 0.5 | Prepare and attend meetings with Legislative staff to discuss wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 12/7/2019 | 1.0 | Call with D. Dunne and G. Bray re: UCC analysis and positioning |
| Cassie Gilson | 12/9/2019 | 1.0 | Attend PG&E standing advisors call |
| Cassie Gilson | 12/9/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 12/9/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 12/10/2019 | 0.5 | Prepare for and attend weekly UCC public affairs call |
| Cassie Gilson | 12/10/2019 | 1.0 | Prepare for and attend UCC call re: RSA |
| Cassie Gilson | 12/11/2019 | 1.0 | Review UCC materials |
| Cassie Gilson | 12/11/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 12/12/2019 | 0.5 | Prepare and attend meetings with Legislative staff to discuss wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 12/12/2019 | 1.5 | Prepare for and attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 12/16/2019 | 1.0 | Prepare for and attend PG&E standing advisors call |
| Cassie Gilson | 12/18/2019 | 0.5 | Meet with Governor's office re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 12/18/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 12/19/2019 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 12/20/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 12/23/2019 | 0.5 | Review UCC materials |
| Cassie Gilson | 12/23/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 12/27/2019 | 0.5 | Review UCC materials |
| Cassie Gilson | 12/27/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 12/30/2019 | 1.0 | Attend PG&E standing advisors call |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **January 2020** | | | |
| Cassie Gilson | 1/6/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 1/6/2020 | 1.0 | Attend PG&E standing advisors call |
| Cassie Gilson | 1/7/2020 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 1/7/2020 | 0.5 | Attend weekly UCC public affairs advisors call |
| Cassie Gilson | 1/8/2020 | 0.5 | Review Legislative bills and amendments |
| Cassie Gilson | 1/9/2020 | 0.5 | Prepare for and meet with Governor's office re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 1/9/2020 | 1.5 | Prepare for and attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 1/10/2020 | 1.5 | Prepare for and attend meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 1/10/2020 | 0.5 | Review UCC materials |
| Cassie Gilson | 1/10/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 1/13/2020 | 1.0 | Attend PG&E standing advisors call |
| Cassie Gilson | 1/14/2020 | 0.5 | Attend weekly UCC public affairs advisors call |
| Cassie Gilson | 1/15/2020 | 1.0 | Prepare and attend meetings with Legislative staff to discuss wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 1/15/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 1/16/2020 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 1/21/2020 | 1.0 | Prepare for and attend PG&E standing advisors call |
| Cassie Gilson | 1/21/2020 | 0.5 | Review Legislative bills and amendments |
| Cassie Gilson | 1/21/2020 | 0.5 | Review UCC materials |
| Cassie Gilson | 1/22/2020 | 1.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 1/23/2020 | 1.5 | Attend weekly PG&E: Standing UCC Call |
| Cassie Gilson | 1/24/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 1/24/2020 | 0.5 | Meet with Governor's office re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 1/27/2020 | 1.0 | Attend PG&E standing advisors call |
| Cassie Gilson | 1/27/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Cassie Gilson | 1/28/2020 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Cassie Gilson | 1/29/2020 | 1.0 | Review UCC materials |
| Cassie Gilson | 1/30/2020 | 1.5 | Prepare for and attend PG&E UCC call |
| Cassie Gilson | 1/30/2020 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 1/30/2020 | 1.0 | Prepare and attend meetings with Legislative staff to discuss wildfire policy issues and PG&E bankruptcy |
| Cassie Gilson | 1/31/2020 | 0.5 | Review Legislative bills and amendments |
| Cassie Gilson | 1/31/2020 | 1.0 | Review UCC materials |
| | | **71.0** | |

Axiom Advisors Inc.
Hourly Details for the Period of
November 1, 2019 through January 31, 2020

| Professional | Date | Hours | Explanation |
| --- | --- | --- | --- |
| **November 2019** | | | |
| Jason Kinney | 11/8/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 1/18/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| | | | |
| **December 2019** | | | |
| Jason Kinney | 12/5/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 12/9/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 12/18/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| | | | |
| **January 2020** | | | |
| Jason Kinney | 1/6/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 1/10/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 1/15/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Jason Kinney | 1/24/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| | | 4.5 | |

Axiom Advisors Inc.
Hourly Details for the Period of
November 1, 2019 through January 31, 2020

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **November 2019** | | | |
| Kevin Schmidt | 11/4/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Kevin Schmidt | 11/5/2019 | 1.0 | Prepare for and attend meetings with Legislative staff to discuss wildfire policy issues and PG&E bankruptcy |
| Kevin Schmidt | 11/7/2019 | 1.0 | Meetings with Legislative staff to discuss wildfire policy issues and PG&E bankruptcy |
| Kevin Schmidt | 11/8/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 11/12/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Kevin Schmidt | 11/14/2019 | 0.5 | Prepare and attend meetings with Legislative staff to discuss wildfire policy issues and PG&E bankruptcy |
| Kevin Schmidt | 11/15/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Kevin Schmidt | 11/18/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| **December 2019** | | | |
| Kevin Schmidt | 12/3/2019 | 0.5 | Meetings with Legislative staff to discuss wildfire policy issues and PG&E bankruptcy |
| Kevin Schmidt | 12/5/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 12/6/2019 | 1.0 | Meetings with Legislative staff to discuss wildfire policy issues and PG&E bankruptcy |
| Kevin Schmidt | 12/11/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Kevin Schmidt | 12/13/2019 | 1.0 | Meetings with Legislative staff to discuss wildfire policy issues and PG&E bankruptcy |
| Kevin Schmidt | 12/16/2019 | 0.5 | Review UCC materials |
| Kevin Schmidt | 12/18/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 12/20/2019 | 0.5 | Meetings with Legislative staff to discuss wildfire policy issues and PG&E bankruptcy |
| Kevin Schmidt | 12/23/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **January 2020** | | | |
| Kevin Schmidt | 1/8/2020 | 0.5 | Prepare and and attend meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Kevin Schmidt | 1/15/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 1/17/2020 | 0.5 | Prepare and attend meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Kevin Schmidt | 1/21/2020 | 1.0 | Review UCC materials |
| Kevin Schmidt | 1/27/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Kevin Schmidt | 1/30/2020 | 1.0 | Review UCC materials |
| | | 15.0 | |

Axiom Advisors Inc.
Hourly Details for the Period of
November 1, 2019 through January 31, 2020

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **November 2019** | | | |
| Silvio Ferrari | 11/1/2019 | 0.5 | Prepare for and attend meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 11/5/2019 | 0.5 | Meetings with Legislative staff to discuss wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 11/7/2019 | 0.5 | Meetings with Legislative staff to discuss wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 11/8/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 11/12/2019 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Silvio Ferrari | 11/13/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 11/15/2019 | 0.5 | Prepare for and attend meetings with Legislative staff to discuss wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 11/18/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 11/21/2019 | 0.5 | Meetings with Legislative staff to discuss wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 11/22/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| **December 2019** | | | |
| Silvio Ferrari | 12/3/2019 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 12/4/2019 | 1.0 | Prepare for and attend meetings with Legislative staff to discuss wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 12/5/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 12/6/2019 | 1.0 | Meetings with Legislative staff to discuss wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 12/9/2019 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 12/9/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 12/23/2019 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 12/30/2019 | 0.5 | Prepare for and attend meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **January 2020** | | | |
| Silvio Ferrari | 1/6/2020 | 0.5 | Prepare for and attend meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 1/6/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 1/7/2020 | 0.5 | Review Legislative bills and amendments |
| Silvio Ferrari | 1/8/2020 | 1.0 | Prepare for and attend meetings with Legislative staff to discuss wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 1/10/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 1/13/2020 | 1.0 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 1/14/2020 | 0.5 | Review Legislative bills and amendments |
| Silvio Ferrari | 1/14/2020 | 0.5 | Attend weekly PG&E: Public Affairs Meeting/Call |
| Silvio Ferrari | 1/15/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 1/17/2020 | 0.5 | Review Legislative bills and amendments |
| Silvio Ferrari | 1/22/2020 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 1/24/2020 | 0.5 | Discuss Legislative and stakeholder dynamics with Axiom Team |
| Silvio Ferrari | 1/27/2020 | 0.5 | Meetings and discussions with stakeholders re: wildfire policy issues and PG&E bankruptcy |
| Silvio Ferrari | 1/30/2020 | 0.5 | Review Legislative bills and amendments |
| | | 19.0 | |

Axiom Advisors Inc.
Hourly Details for the Period of
November 1, 2019 through January 31, 2020

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **November 2019** | | | |
| Debbie Edgar | 11/4/2019 | 2.5 | Assist with preparations for UCC meeting with Governor Newsom's office |
| Debbie Edgar | 11/15/2019 | 0.5 | Review Axiom court filings with C. Gilson |
| **January 2020** | | | |
| Debbie Edgar | 1/6/2020 | 0.5 | Discussion with Laura Stephen, FPPC Reporting Specialist, and C. Gilson re: UCC quarterly filing |
| Debbie Edgar | 1/10/2020 | 0.5 | Discussion with Laura Stephen, FPPC Reporting Specialist, and C. Gilson re: UCC quarterly filing |
| Debbie Edgar | 1/13/2020 | 0.5 | Discussion with Laura Stephen, FPPC Reporting Specialist, and C. Gilson re: UCC quarterly filing |
| Debbie Edgar | 1/24/2020 | 0.5 | Discussion with Laura Stephen, FPPC Reporting Specialist, and C. Gilson re: UCC quarterly filing |
| | | 2.0 | |

Axiom Advisors Inc.
Hourly Details for the Period of
November 1, 2019 through January 31, 2020

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| **November 2019** | | | |
| Vanessa Sonnier | 11/1/2019 | 2.5 | Prepare for UCC meeting with Governor Newsom's office |
| Vanessa Sonnier | 11/6/2019 | 0.5 | Prepare for C. Gilson meetings with wildfire stakeholders, and Legislative staff |
| Vanessa Sonnier | 11/12/2019 | 0.5 | Prepare for C. Gilson meetings with wildfire stakeholders, and Legislative staff |
| Vanessa Sonnier | 11/25/2019 | 0.5 | Prepare for C. Gilson meetings with wildfire stakeholders, and Legislative staff |
| **December 2019** | | | |
| Vanessa Sonnier | 12/5/2019 | 0.5 | Prepare for C. Gilson meetings with wildfire stakeholders, and Legislative staff |
| Vanessa Sonnier | 12/18/2019 | 0.5 | Prepare for C. Gilson meetings with wildfire stakeholders, and Legislative staff |
| **January 2020** | | | |
| Vanessa Sonnier | 1/6/2020 | 0.5 | Legislative bill and amendment tracking |
| Vanessa Sonnier | 1/6/2020 | 0.5 | Prepare for C. Gilson meetings with wildfire stakeholders, and Legislative staff |
| Vanessa Sonnier | 1/9/2020 | 0.5 | Prepare for C. Gilson meetings with wildfire stakeholders, and Legislative staff |
| Vanessa Sonnier | 1/9/2020 | 0.5 | Legislative bill and amendment tracking |
| Vanessa Sonnier | 1/13/2020 | 0.5 | Prepare for C. Gilson meetings with wildfire stakeholders, and Legislative staff |
| Vanessa Sonnier | 1/14/2020 | 0.5 | Legislative bill and amendment tracking |
| Vanessa Sonnier | 1/17/2020 | 0.5 | Prepare for C. Gilson meetings with wildfire stakeholders, and Legislative staff |
| Vanessa Sonnier | 1/17/2020 | 0.5 | Legislative bill and amendment tracking |
| Vanessa Sonnier | 1/21/2020 | 0.5 | Legislative bill and amendment tracking |
| Vanessa Sonnier | 1/23/2020 | 0.5 | Prepare for C. Gilson meetings with wildfire stakeholders, and Legislative staff |
| Vanessa Sonnier | 1/24/2020 | 0.5 | Legislative bill and amendment tracking |
| Vanessa Sonnier | 1/25/2020 | 0.5 | Legislative bill and amendment tracking |
| | | 6.0 | |

## Notice Parties

PG&E Corporation
c/o Pacific Gas & Electric Company
Attn:   Janet Loduca, Esq.
77 Beale Street
San Francisco, CA 94105

Weil, Gotshal & Manges LLP
Attn:   Stephen Karotkin, Esq.
        Jessica Liou, Esq.
        Matthew Goren, Esq.
767 Fifth Avenue
New York, NY 10153-0119

Keller & Benvenutti LLP
Attn:   Tobias S. Keller, Esq.
        Jane Kim, Esq
650 California Street, Suite 1900
San Francisco, CA 94108

The Office of the United States Trustee for Region 17
Attn:   James L. Snyder, Esq.
        Timothy Laffredi, Esq.
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

Baker & Hostetler LLP
Attn:   Eric Sagerman, Esq. and
        Cecily Dumas, Esq.
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509