Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:   415.659.2600
Facsimile:    415.659.2601
Email:  rjulian@bakerlaw.com
Email:  cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:   310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>      -and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>            **Debtors**<br><br>☐ Affects PG& E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I, Heidi Hammon-Turano, do declare and state as follows:

1. I am employed in San Francisco County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 600 Montgomery Street, Suite 3100, San Francisco, CA 94111.

2. I certify that on February 25, 2020, I caused a true and correct copy of the following document to be served via email on the Notice Parties Service List attached hereto as **Exhibit A**:

- *Certificate of No Objection Regarding Eighth Monthly Statement of the Official Committee of Tort Claimants for Reimbursement of Expenses for the Period December 1, 2019 Through January 31, 2020.*

3. I certify that on February 26, 2020, I caused a true and correct copy of the above document to be served by First Class Mail as set forth on the Notice Parties Service List attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 26th day of February, 2020, at San Francisco, California.

*/s/ Heidi Hammon-Turano*
Heidi Hammon-Turano

**EXHIBIT A**
Notice Parties Service List
(Served as set forth below)

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS | EMAIL | Method of Service |
|---|---|---|---|---|---|
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin<br>Attn: Rachael Foust | 767 Fifth Avenue<br>New York, NY 10153-0119 | stephen.karotkin@weil.com<br>rachael.foust@weil.com | Email |
| Counsel to Debtors | Keller & Benvenutti LLP | Attn: Tobias Keller<br>Attn: Jane Kim | 650 California Street, Suite 1900<br>San Francisco, CA 94108 | tkeller@kellerbenvenutti.com<br>jkim@kellerbenvenutti.com | Email |
| Debtors | PG&E Corporation and Pacific Gas and Electric Company | Attn: Janet Loduca | 77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94105 |  | First Class Mail |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq.<br>Attn: Timothy Lafreddi, Esq. | 450 Golden Gate Avenue,<br>5th Floor, Suite #05-0153<br>San Francisco, CA 94102 | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov | Email |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne<br>Attn: Samuel A. Khalil | 55 Hudson Yards<br>New York, NY 10001-2163 | ddunne@milbank.com<br>skhalil@milbank.com | Email |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Gregory A. Bray, Esq.<br>Attn: Thomas R. Kreller, Esq. | 2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 | Gbray@milbank.com<br>TKreller@milbank.com | Email |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | 2029 Century Park East<br>Los Angeles, CA 90067-3086 | fmerola@stroock.com | First Class Mail & Email |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen<br>Attn: Erez E. Gilad<br>Attn: Matthew G. Garofalo | 180 Maiden Lane<br>New Yok, NY 10038-4982 | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com | First Class Mail & Email |
| Counsel to Fee Examiner | Scott H. McNutt | Scott H. McNutt | 324 Warren Road<br>San Mateo, CA  94402 | smcnutt@ml-sf.com | Email |