**<u>Schedule 3</u>**

MIO Connections to Interested Parties

## MIO Connections to Interested Parties[1]

| | Interested Party Name | MIO Connection Name | Connection Type |
|---|---|---|---|
| 1. | 21st Century Casualty Company 21st Century Insurance Company | Zurich American Insurance Company | Vendor |
| 2. | Accenture | Kogentix, Inc. | Vendor |
| 3. | ACE American Insurance Company | Chubb Bermuda Insurance Ltd | Vendor |
| 4. | ADP Inc. | Banc of America Securities LLC | Counterparty |
| 5. | AECOM Technical Services Inc. | RSW Consulting Inc. | Vendor |
| 6. | Aegon Asset Management | Aegon-related Securities | Investment |
| 7. | AGCS Marine Insurance Company | Industrial and Commercial Bank of China | Counterparty |
| | | Industrial and Commercial Bank of China Financial Services LLC | Counterparty |
| | | Pacific Investment Management Company, LLC | Investment |
| | | PIMCO | Investment |
| | | PIMCO Commodity Alpha Fund LLC | Investment |
| | | PIMCO Dynamic Credit | Investment |
| | | PIMCO Global Inflation Linked Bond Fund Ltd. | Investment |
| 8. | AIG Property Casualty Company | AIG-related Securities | Investment |
| | | Flagstone Reinsurance Holdings Limited | Investment |
| | | Illinois National Insurance Company (AIG) | Vendor |
| | | United States Life Insurance Company in the City of NY | Vendor |
| 9. | AIG Specialty Insurance Company | AIG-related Securities | Investment |
| | | Flagstone Reinsurance Holdings Limited | Investment |
| | | Illinois National Insurance Company (AIG) | Vendor |
| | | United States Life Insurance Company in the City of NY | Vendor |
| 10. | Airgas Specialty Products Airgas USA LLC | Airgas USA, LLC | Vendor |

---

[1]    Where MIO was not able to confirm whether an entity on the Expanded Interested Party List was, in fact, the same entity to which MIO has a connection, MIO included such possible connections in its report to the Proposed Professionals.

Schedule 3 - 1

| | Interested Party Name | MIO Connection Name | Connection Type |
|---|---|---|---|
| 11. | Algonquin Power Sanger LLC<br>Algonquin SKIC Solar 20 Solar LLC | Franklin Power LLC | Investment |
| 12. | Allianz Global Corporate & Specialty<br>Allianz Global Risks US Insurance Company | Industrial and Commercial Bank of China | Counterparty |
| | | Industrial and Commercial Bank of China Financial Services LLC | Counterparty |
| | | Pacific Investment Management Company, LLC | Investment |
| | | PIMCO | Investment |
| | | PIMCO Commodity Alpha Fund LLC | Investment |
| | | PIMCO Dynamic Credit | Investment |
| | | PIMCO Global Inflation Linked Bond Fund Ltd. | Investment |
| 13. | Amec Foster Wheeler Environment & Infrastructure Inc. | QED Resources, Inc. | Vendor |
| 14. | Amerex Brokers LLC | BGC European Holdings LP | Vendor |
| | | BGC Partners, Inc. | Vendor |
| | | GFI Holdings | Counterparty |
| | | GFI Securities Limited | Counterparty |
| 15. | American Automobile Insurance Company | Industrial and Commercial Bank of China | Counterparty |
| | | Industrial and Commercial Bank of China Financial Services LLC | Counterparty |
| | | Pacific Investment Management Company, LLC | Investment |
| | | PIMCO | Investment |
| | | PIMCO Commodity Alpha Fund LLC | Investment |
| | | PIMCO Dynamic Credit | Investment |
| | | PIMCO Global Inflation Linked Bond Fund Ltd. | Investment |
| 16. | American General Insurance Company dba ANPAC General Insurance Company | AIG-related Securities | Investment |
| | | Flagstone Reinsurance Holdings Limited | Investment |
| | | Illinois National Insurance Company (AIG) | Vendor |
| | | United States Life Insurance Company in the City of NY | Vendor |

Case: 19-30088   Doc# 5924-5   Filed: 02/26/20   Entered: 02/26/20 21:37:07   Page 3 of 23

| | Interested Party Name | MIO Connection Name | Connection Type |
|---|---|---|---|
| 17. | American Guarantee & Liability Insurance Company | Zurich American Insurance Company | Vendor |
| 18. | American Home Assurance Company | AIG-related Securities | Investment |
| | | Flagstone Reinsurance Holdings Limited | Investment |
| | | Illinois National Insurance Company (AIG) | Vendor |
| | | United States Life Insurance Company in the City of NY | Vendor |
| 19. | American Insurance Company | Industrial and Commercial Bank of China | Counterparty |
| | | Industrial and Commercial Bank of China Financial Services LLC | Counterparty |
| | | Pacific Investment Management Company, LLC | Investment |
| | | PIMCO | Investment |
| | | PIMCO Commodity Alpha Fund LLC | Investment |
| | | PIMCO Dynamic Credit | Investment |
| | | PIMCO Global Inflation Linked Bond Fund Ltd. | Investment |
| 20. | American International Reinsurance Company Ltd | AIG-related Securities | Investment |
| | | Flagstone Reinsurance Holdings Limited | Investment |
| | | Illinois National Insurance Company (AIG) | Vendor |
| | | United States Life Insurance Company in the City of NY | Vendor |
| 21. | American Messaging Services LLC | SkyTel | Vendor |
| 22. | American Zurich Insurance Company | Zurich American Insurance Company | Vendor |
| 23. | Angelo Gordon & Co LP | Prudential Financial, Inc. | Counterparty |
| 24. | Apollo Global Management LLC | Apollo Global Management, LLC | Investment |
| 25. | Argo<br>Argo International Holdings Limited<br>Argo Re Ltd<br>Argonaut Insurance Company | Argonaut Insurance Co. | Vendor |
| 26. | Associated Indemnity Corporation | Industrial and Commercial Bank of China | Counterparty |
| | | Industrial and Commercial Bank of China Financial Services LLC | Counterparty |
| | | Pacific Investment Management Company, LLC | Investment |

Schedule 3 - 3

| | Interested Party Name | MIO Connection Name | Connection Type |
|---|---|---|---|
| | | PIMCO | Investment |
| | | PIMCO Commodity Alpha Fund LLC | Investment |
| | | PIMCO Dynamic Credit | Investment |
| | | PIMCO Global Inflation Linked Bond Fund Ltd. | Investment |
| 27. | AT&T Corp<br>AT&T Mobility II LLC<br>AT&T Network | AT&T Mobility | Vendor |
| 28. | Bank of America | ABN AMRO Clearing Chicago LLC | Counterparty |
| | | Bank of America Merrill Lynch | Counterparty |
| | | Bank of America, N.A. | Counterparty |
| | | BofA Securities Inc. | Counterparty |
| | | BofA Securities LLC | Counterparty |
| | | BofA-related Securities | Investment |
| | | Merrill Lynch | Counterparty |
| | | Merrill Lynch & Co., Inc. | Counterparty |
| | | Merrill Lynch Capital Services, Inc. | Counterparty |
| | | Merrill Lynch Financial Markets, Inc. | Counterparty |
| | | Merrill Lynch Government Securities Inc. and/or Merrill Lynch Pierce, Fenner & Smith Inc. | Counterparty |
| | | Merrill Lynch International | Counterparty |
| | | Merrill Lynch Professional Clearing Corp. | Counterparty |
| | | Merrill Lynch, Pierce, Fenner & Smith Incorporated | Counterparty |
| | | | Vendor |
| 29. | Bank of New York Mellon | Bank of New York | Counterparty |
| | | Bank of New York Mellon | Counterparty |
| | | BNY Mellon | Counterparty |
| | | BNY Mellon Asset Servicing | Counterparty |
| | | Mellon Bank, N.A. | Counterparty |
| | | Mellon Capital Management Corporation | Investment |
| | | Pershing LLC | Counterparty |
| | | The Bank of New York Mellon | Counterparty |

Schedule 3 - 4

| | Interested Party Name | MIO Connection Name | Connection Type |
|---|---|---|---|
| | | The Bank of New York Mellon, New York | Counterparty |
| 30. | Bankers Standard Insurance Company | Chubb Bermuda Insurance Ltd | Vendor |
| 31. | Barclays Bank PLC | Barclays Bank PLC | Counterparty |
| | | Barclays Bank Plc Wholesale London | Counterparty |
| | | Barclays Capital Inc. | Counterparty |
| | | Barclays Capital Securities Limited | Counterparty |
| | | Barclays Capital Securities Limited | Counterparty |
| | | Deutsche Bank AG | Counterparty |
| | | Ernst & Young | Vendor |
| 32. | Barclays Capital Inc. | Barclays Bank PLC | Counterparty |
| | | Barclays Bank Plc Wholesale London | Counterparty |
| | | Barclays Capital Inc. | Counterparty |
| | | Barclays Capital Securities Limited | Counterparty |
| | | Deutsche Bank AG | Counterparty |
| | | Ernst & Young | Vendor |
| 33. | Barclays Global | Barclays Bank PLC | Counterparty |
| | | Barclays Capital Inc. | Counterparty |
| | | Barclays Capital Securities Limited | Counterparty |
| | | Barclays Global Investors | Investment |
| 34. | BGC Environmental Brokerage Services LP | BGC European Holdings LP | Vendor |
| | | BGC Partners, Inc. | Vendor |
| | | GFI HOLDINGS | Counterparty |
| | | GFI Securities Limited | Counterparty |
| 35. | BlackRock Fund Advisors | Barclays Global Investors | Investment |
| | | Blackrock Corporate High Yield Fund | Investment |
| | | BlackRock Russell 3000 Index Fund | Investment |
| | | Blackrock TIPS | Investment |
| | | Blackrock, Inc. | Vendor |
| | | Blackrock, Inc. | Counterparty |
| | | Blackrock Debt Strategies Fund | Investment |
| | | Deutsche Bank AG | Counterparty |
| 36. | BNP Paribas | BNP Paribas | Counterparty |
| | | BNP Paribas Asset Management USA Inc. | Investment |

Schedule 3 - 5

| | Interested Party Name | MIO Connection Name | Connection Type |
|---|---|---|---|
| | | BNP Paribas Collateral Management | Counterparty |
| | | BNP Paribas London | Counterparty |
| | | BNP Paribas Securities Services | Counterparty |
| 37. | BNP Paribas Securities Corp<br>BNP Paribas US | BNP Paribas | Counterparty |
| | | BNP Paribas Asset Management USA Inc. | Investment |
| | | BNP Paribas Equities France SA | Counterparty |
| | | BNP Paribas London | Counterparty |
| | | BNP Paribas Prime Brokerage, Inc. | Counterparty |
| | | BNP Paribas Securities Services | Counterparty |
| | | Cardiff | Vendor |
| | | Fischer Francis Trees & Watts | Investment |
| 38. | Bright House Networks LLC | Spectrum (Time Warner Cable) | Vendor |
| 39. | Canon Solutions America Inc. | Canon | Vendor |
| | | SED, Inc. | Vendor |
| 40. | Canopius Managing Agents Limited | Endurance American Insurance Company (Old Republic / Sompo) | Vendor |
| 41. | Cargill Inc.<br>Cargill Ltd<br>Cargill Power Markets LLC<br>CarVal Investors | Cargill, Incorporated | Counterparty |
| 42. | Catlin Specialty Insurance Company | AXA-related Securities | Investment |
| 43. | Certain affiliates of American International Group Inc. | AIG-related Securities | Investment |
| | | Flagstone Reinsurance Holdings Limited | Investment |
| | | Illinois National Insurance Company (AIG) | Vendor |
| | | United States Life Insurance Company in the City of NY | Vendor |
| 44. | Charter Communications | Spectrum (Time Warner Cable) | Vendor |
| 45. | Chubb Bermuda Insurance Ltd<br>Chubb Custom Insurance Company | Chubb Bermuda Insurance Ltd | Vendor |
| 46. | Chubb Group | Chubb Atlantic | Vendor |
| | | Chubb Bermuda Insurance Ltd | Vendor |
| 47. | Chubb Insurance Company of New Jersey<br>Chubb National Insurance Company | Chubb Bermuda Insurance Ltd | Vendor |

Schedule 3 - 6

| | Interested Party Name | MIO Connection Name | Connection Type |
|---|---|---|---|
| 48. | Citadel Advisors LLC | Citadel Investment Group, LLC | Investment |
| | | Citadel Securities | Counterparty |
| 49. | Citibank NA | Citibank Europe PLC | Counterparty |
| | | Citibank NA Moscow | Counterparty |
| | | Citibank NA New York NY | Counterparty |
| | | Citibank, N.A. | Vendor |
| | | Citibank, N.A. | Counterparty |
| | | Citigroup Global Markets Inc. | Counterparty |
| | | Citigroup Global Markets Limited | Counterparty |
| | | State Street Bank and Trust Company | Counterparty |
| 50. | Citigroup Citigroup Energy Inc. Citigroup Global Markets | Citibank Europe PLC | Counterparty |
| | | Citibank NA New York NY | Counterparty |
| | | Citibank, N.A. | Counterparty |
| | | Citigroup Global Markets Inc. | Counterparty |
| | | Citigroup Global Markets Limited | Counterparty |
| | | State Street Bank and Trust Company | Counterparty |
| 51. | Civic Property & Casualty Company | Zurich American Insurance Company | Vendor |
| 52. | CNA Insurance Company | Continental Casualty Company | Vendor |
| 53. | Concur | SAP | Vendor |
| 54. | Continental Casualty Company Continental Insurance Company | Continental Casualty Company | Vendor |
| 55. | Credit Suisse Energy LLC | BEA Associates/BEA Institutional Funds | Investment |
| | | Credit Suisse | Vendor |
| | | Credit Suisse AG | Counterparty |
| | | Credit Suisse AG London | Counterparty |
| | | Credit Suisse AG, Cayman Islands Branch | Counterparty |
| | | Credit Suisse First Boston | Counterparty |
| | | Credit Suisse International | Counterparty |
| | | Credit Suisse London Nominees | Counterparty |
| | | Credit Suisse Luxembourg | Counterparty |
| | | Credit Suisse Securities (Europe) Limited | Counterparty |
| | | Credit Suisse Securities USA LLC | Counterparty |
| | | Ospraie Management, LLC | Investment |

| | Interested Party Name | MIO Connection Name | Connection Type |
|---|---|---|---|
| 56. | Crown Castle | Crown Castle Fiber LLC (Formerly Lightower Fiber Networks) | Vendor |
| 57. | DB Energy Trading | Deutsche Bank AG, London Branch | Counterparty |
| | | Deutsche Bank AG | Counterparty |
| | | Deutsche Bank AG London | Counterparty |
| | | Deutsche Bank AG, New York | Counterparty |
| | | Deutsche Bank AG, Seoul Branch | Counterparty |
| | | Deutsche Bank S.A. | Counterparty |
| | | Deutsche Bank S.A. - Banco Alemao | Counterparty |
| | | Deutsche Bank Securities, Inc. | Counterparty |
| | | Deutsche Bank Trust Company | Counterparty |
| | | Deutsche Bank Trust Company Americas | Counterparty |
| | | FTSE 100 Futures | Investment |
| | | FTSE CHINA A50 | Investment |
| | | FTSE/MIB Index Futures | Investment |
| | | Northern Trust International Fund Administration Services (Guernsey) Limited | Vendor |
| | | Société Générale | Vendor |
| | | Deutsche Bank Trust Company Americas | Vendor |
| | | Tableau Software | Vendor |
| | | The Bank of New York Mellon | Counterparty |
| | | Société Générale | Counterparty |
| | | Deutsche Bank Trust Company Americas | Counterparty |
| | | The World Markets Company Plc | Vendor |
| | | TradeWeb | Vendor |
| 58. | DDB Worldwide Communications Group | Washington Speakers Bureau Inc. | Vendor |
| 59. | Dell Financial Services LLC | Dell | Vendor |
| | | EMC | Vendor |
| | | EMC Corporation | Vendor |
| | | VMware | Vendor |
| 60. | Deloitte & Touche LLP | Deloitte & Touche | Vendor |
| | | Deloitte GmbH | Vendor |
| 61. | Deutsche Bank | Deutsche Bank AG, London Branch | Counterparty |

Case: 19-30088    Doc# 5924-5    Filed: 02/26/20    Entered: 02/26/20 21:37:07    Page 9 of 23

| | Interested Party Name | MIO Connection Name | Connection Type |
|---|---|---|---|
| | Deutsche Bank National Trust Company | Deutsche Bank AG | Counterparty |
| | Deutsche Bank Securities Inc. | Deutsche Bank AG London | Counterparty |
| | Deutsche Bank Trust Company Americas | Deutsche Bank AG, New York | Counterparty |
| | | Deutsche Bank AG, Seoul Branch | Counterparty |
| | | Deutsche Bank S.A. | Counterparty |
| | | Deutsche Bank S.A. - Banco Alemao | Counterparty |
| | | Deutsche Bank Securities, Inc. | Counterparty |
| | | Deutsche Bank Trust Company | Counterparty |
| | | Deutsche Bank Trust Company Americas | Counterparty |
| | | FTSE 100 Futures | Investment |
| | | FTSE CHINA A50 | Investment |
| | | FTSE/MIB Index Futures | Investment |
| | | Northern Trust International Fund Administration Services (Guernsey) Limited | Vendor |
| | | Société Générale | Vendor |
| | | Deutsche Bank Trust Company Americas | Vendor |
| | | Tableau Software | Vendor |
| | | The Bank of New York Mellon Société Générale Deutsche Bank Trust Company Americas | Counterparty |
| | | The World Markets Company Plc | Vendor |
| | | TradeWeb | Vendor |
| 62. | El Dorado Hydro LLC | Cogent Energy | Investment |
| 63. | Endurance American Specialty Insurance Company | Endurance American Insurance Company (Old Republic / Sompo) | Vendor |
| 64. | Endurance Risk Solutions Assurance Co Endurance Specialty Insurance Company | Endurance American Insurance Company (Old Republic / Sompo) | Vendor |
| 65. | Enel Green Power North America Inc. Enel X | Cogent Energy | Investment |
| 66. | Ernst | Ernst & Young | Vendor |
| | | Ernst & Young AG | Vendor |
| 67. | Extenet System | Hudson Fiber | Vendor |

Case: 19-30088    Doc# 5924-5    Filed: 02/26/20    Entered: 02/26/20 21:37:07    Page 10 of 23

| | Interested Party Name | MIO Connection Name | Connection Type |
|---|---|---|---|
| 68. | Farmers Entities<br><br>Farmers Insurance Company of Washington<br><br>Farmers Specialty Insurance Company | Zurich American Insurance Company | Vendor |
| 69. | Federal Insurance Company | Chubb Bermuda Insurance Ltd | Vendor |
| 70. | Fidelity & Deposit Company of Maryland | Zurich American Insurance Company | Vendor |
| 71. | Fidelity Management & Research Company<br><br>Fidelity Management Trust Company | Fidelity Investments | Investment |
| | | Fidelity Custody | Vendor |
| | | National Financial Services, LLC | Counterparty |
| 72. | Fire Insurance Exchange | Zurich American Insurance Company | Vendor |
| 73. | Fireman's Fund Insurance Company | Industrial and Commercial Bank of China | Counterparty |
| | | Industrial and Commercial Bank of China Financial Services LLC | Counterparty |
| | | Pacific Investment Management Company, LLC | Investment |
| | | PIMCO | Investment |
| | | PIMCO Commodity Alpha Fund LLC | Investment |
| | | PIMCO Dynamic Credit | Investment |
| | | PIMCO Global Inflation Linked Bond Fund Ltd. | Investment |
| 74. | Forefront Power LLC | IPM | Vendor |
| 75. | Foremost Insurance Company Grand Rapids Michigan<br><br>Foremost Property and Casualty Insurance Company<br><br>Foremost Signature Insurance Company | Zurich American Insurance Company | Vendor |
| 76. | Fortis Energy Marketing | BNP Paribas | Counterparty |
| | | BNP Paribas Asset Management USA Inc. | Investment |
| | | BNP Paribas Equities France SA | Counterparty |
| | | BNP Paribas London | Counterparty |
| | | BNP Paribas Prime Brokerage, Inc. | Counterparty |
| | | BNP Paribas Securities Services | Counterparty |
| | | Cardiff | Vendor |
| | | Fischer Francis Trees & Watts | Investment |

Case: 19-30088   Doc# 5924-5   Filed: 02/26/20   Entered: 02/26/20 21:37:07   Page 11 of 23

| | Interested Party Name | MIO Connection Name | Connection Type |
|---|---|---|---|
| 77. | Foster Wheeler Martinez Inc. | QED Resources, Inc. | Vendor |
| 78. | Frito-Lay Inc. | Walkers | Vendor |
| 79. | Garrison Property and Casualty Insurance Company | USAA Investment Management Company | Investment |
| 80. | Garrison Property and Casualty Insurance Company | USAA Tax-Exempt Short-Term Fund | Investment |
| 81. | GCube Insurance Services Inc. | Mercer (US) Inc. | Vendor |
| 82. | General Casualty Company of Wisconsin | QBE Insurance Corporation | Vendor |
| 83. | GFI Brokers LLC GFI Securities LLC | BGC European Holdings LP | Vendor |
| | | BGC Partners, Inc. | Vendor |
| | | GFI HOLDINGS | Counterparty |
| | | GFI Securities Limited | Counterparty |
| 84. | Golden State Towers | Crown Castle Fiber LLC (Formerly Lightower Fiber Networks) | Vendor |
| | | Sidera (now, Lightower Fiber Networks) | Vendor |
| 85. | Goldman Sachs & Co. LLC Goldman Sachs Bank USA | Centaurus Advisors LLC | Investment |
| | | FIS Investment Systems, LLC (formerly Sungard) | Vendor |
| | | Genesis Capital | Investment |
| | | Goldman Sachs  & Co. LLC | Counterparty |
| | | Goldman Sachs & Company | Investment |
| | | Goldman Sachs Bank USA | Counterparty |
| | | Goldman Sachs International | Counterparty |
| | | Goldman, Sachs & Co. | Counterparty |
| | | Industrial and Commercial Bank of China | Counterparty |
| | | Industrial and Commercial Bank of China Financial Services LLC | Counterparty |
| | | The Goldman Sachs Group, Inc. | Counterparty |
| 86. | Granite State Insurance Company | AIG-related Securities | Investment |
| | | Flagstone Reinsurance Holdings Limited | Investment |
| | | Illinois National Insurance Company (AIG) | Vendor |
| | | United States Life Insurance Company in the City of NY | Vendor |
| 87. | Great Northern Insurance Company | Chubb Bermuda Insurance Ltd | Vendor |

Schedule 3 - 11

| | Interested Party Name | MIO Connection Name | Connection Type |
|---|---|---|---|
| 88. | Hartford Accident & Indemnity Company<br>Hartford Casualty Insurance Company<br>Hartford Underwriters Insurance Company | Hartford-related Securities | Investment |
| 89. | HSBC Bank plc | HSBC Bank PLC | Counterparty |
| 90. | Icap | ICAP Electronic Broking LLC | Counterparty |
| 91. | Icap Capital Markets Inc.<br>ICAP Energy LLC | Tullett Prebon Group Ltd. | Vendor |
| 92. | ICE | ICE Data Derivatives Inc. (former Super Derivatives) | Vendor |
| | | ICE eConfirm LLC | Vendor |
| 93. | ICE NGX Canada Inc. | ICE Data Derivatives Inc.(former Super Derivatives) | Vendor |
| | | NYSE | Vendor |
| 94. | Illinois Union Insurance Company<br>Indemnity Insurance Company of North America | Chubb Bermuda Insurance Ltd | Vendor |
| 95. | Intercontinental Exchange Inc. | IntercontinentalExchange, Inc. | Counterparty |
| 96. | International Business Machines Corp | ACI Management, Ltd. | Investment |
| | | Diligent | Vendor |
| | | Red Hat | Vendor |
| 97. | Interstate Fire & Casualty Company | Industrial and Commercial Bank of China | Counterparty |
| | | Industrial and Commercial Bank of China Financial Services LLC | Counterparty |
| | | Pacific Investment Management Company, LLC | Investment |
| | | PIMCO | Investment |
| | | PIMCO Commodity Alpha Fund LLC | Investment |
| | | PIMCO Dynamic Credit | Investment |
| | | PIMCO Global Inflation Linked Bond Fund Ltd. | Investment |
| 98. | Ireland | Colligo | Vendor |
| 99. | Iron Mountain<br>Iron Mountain Information Management LLC | Iron Mountain | Vendor |
| 100. | J Aron & Company LLC | Centaurus Advisors LLC | Investment |

Schedule 3 - 12

| | Interested Party Name | MIO Connection Name | Connection Type |
|---|---|---|---|
| | | FIS Investment Systems, LLC (formerly Sungard) | Vendor |
| | | Genesis Capital | Investment |
| | | Goldman Sachs & Co. LLC | Counterparty |
| | | Goldman Sachs & Company | Investment |
| | | Goldman Sachs Bank USA | Counterparty |
| | | Goldman Sachs International | Counterparty |
| | | Goldman, Sachs & Co. | Counterparty |
| | | Industrial and Commercial Bank of China | Counterparty |
| | | Industrial and Commercial Bank of China Financial Services LLC | Counterparty |
| | | The Goldman Sachs Group, Inc. | Counterparty |
| 101. | John Crane Inc. | EMC | Vendor |
| | | EMC Corporation | Vendor |
| 102. | JP Morgan Chase Bank NA<br>JP Morgan Securities LLC<br>JP Morgan Ventures Energy Corporation | Industrial and Commercial Bank of China | Counterparty |
| | | Industrial and Commercial Bank of China Financial Services LLC | Counterparty |
| | | J.P. Morgan AG | Counterparty |
| | | J.P. Morgan Asset Management | Investment |
| | | J.P. Morgan Clearing Corp. | Counterparty |
| | | J.P. Morgan Futures Inc. | Counterparty |
| | | J.P. Morgan Prime Inc. | Counterparty |
| | | J.P. Morgan Securities Inc. | Counterparty |
| | | J.P. Morgan Securities LLC | Counterparty |
| | | J.P. Morgan Securities PLC | Counterparty |
| | | J.P. Morgan Securities, Ltd. | Counterparty |
| | | JP Morgan Chase & Co. | Counterparty |
| | | JP Morgan Chase Bank | Counterparty |
| | | JP Morgan Chase Bank, N.A. | Counterparty |
| 103. | Key Government Finance Inc. | Alliance Capital Management, L.P. | Investment |
| 104. | Koch Energy Svc<br>Koch Supply & Trading LP | Deerfield Partners LP | Investment |
| 105. | KPMG LLP | KPMG LLP | Vendor |

Case: 19-30088    Doc# 5924-5    Filed: 02/26/20    Entered: 02/26/20 21:37:07    Page 14
of 23

| | Interested Party Name | MIO Connection Name | Connection Type |
|---|---|---|---|
| | | Blackstone/GSO Strategic Credit Fund | Investment |
| | | The Blackstone Group, L.P. | Investment |
| 106. | Level 3 Communications LLC | Level 3 | Vendor |
| 107. | Lexington Insurance Company | AIG-related Securities | Investment |
| | | Flagstone Reinsurance Holdings Limited | Investment |
| | | Illinois National Insurance Company (AIG) | Vendor |
| | | United States Life Insurance Company in the City of NY | Vendor |
| 108. | Littler Mendelson PC | Vanguard FTSE Emerging Markets | Investment |
| | | Vanguard Long-Term Bond ETF | Investment |
| | | Vanguard Real Estate ETF | Investment |
| 109. | Lloyds | Capital Economics | Vendor |
| | | Horizon Capital | Investment |
| 110. | MassMutual Asset Finance LLC | Murray Capital Management, Inc. | Investment |
| 111. | Mayer Brown LLP | Mayer Brown LLP | Vendor |
| 112. | McKinsey | McKinsey & Company, Inc. | MIO Affiliate |
| | | McKinsey & Company, Inc. Profit Sharing Retirement Plan | MIO Affiliate |
| | | McKinsey & Company, Inc. Supplemental Retirement Plan | MIO Affiliate |
| | | McKinsey & Co. | MIO Affiliate |
| | | McKinsey Master Retirement Trust | MIO Affiliate |
| | | MIO Group, Inc. | MIO Affiliate |
| | | MIO Partners (EU) Limited | MIO Affiliate |
| | | MIO Partners, Inc. | MIO Affiliate |
| | | MIO-Partners (EU) GmbH | MIO Affiliate |
| | | New Stream Capital LLC | Investment |
| | | New Stream Secured Capital Fund (Cayman), Ltd. | Investment |
| | | New Stream Secured Capital Fund (US) LLC | Investment |
| 113. | Merrill Lynch | Merrill Lynch | Counterparty |
| | | Merrill Lynch, Pierce, Fenner & Smith Incorporated | Vendor |
| 114. | Merrill Lynch Commodities Inc. | ABN AMRO Clearing Chicago LLC | Counterparty |

| | Interested Party Name | MIO Connection Name | Connection Type |
|---|---|---|---|
| | | Bank of America Merrill Lynch | Counterparty |
| | | Bank of America, N.A. | Counterparty |
| | | BofA Securities Inc. | Counterparty |
| | | BofA Securities LLC | Counterparty |
| | | BofA-related Securities | Investment |
| | | Merrill Lynch | Counterparty |
| | | Merrill Lynch & Co., Inc. | Counterparty |
| | | Merrill Lynch Capital Services, Inc. | Counterparty |
| | | Merrill Lynch Financial Markets, Inc. | Counterparty |
| | | Merrill Lynch Government Securities Inc. and/or Merrill Lynch Pierce, Fenner & Smith Inc. | Counterparty |
| | | Merrill Lynch International | Counterparty |
| | | Merrill Lynch Professional Clearing Corp. | Counterparty |
| | | Merrill Lynch, Pierce, Fenner & Smith Incorporated | Counterparty |
| | | | Vendor |
| 115. | Merrill Lynch Pierce Fenner & Smith Incorporated | ABN AMRO Clearing Chicago LLC | Counterparty |
| | | Bank of America Merrill Lynch | Counterparty |
| | | Bank of America, N.A. | Counterparty |
| | | BofA Securities Inc. | Counterparty |
| | | BofA Securities LLC | Counterparty |
| | | BofA-related Securities | Investment |
| | | Merrill Lynch | Counterparty |
| | | Merrill Lynch & Co., Inc. | Counterparty |
| | | Merrill Lynch Capital Services, Inc. | Counterparty |
| | | Merrill Lynch Financial Markets, Inc. | Counterparty |
| | | Merrill Lynch Government Securities Inc. and/or Merrill Lynch Pierce, Fenner & Smith Inc. | Counterparty |
| | | Merrill Lynch International | Counterparty |
| | | Merrill Lynch Professional Clearing Corp. | Counterparty |
| | | Merrill Lynch, Pierce, Fenner & Smith Incorporated | Counterparty |
| | | | Vendor |
| 116. | Midset Cogen Co | IPM | Vendor |

| | Interested Party Name | MIO Connection Name | Connection Type |
|---|---|---|---|
| 117. | Mitsubishi Electric Power Products Inc.-Substation Division | ADM Investor Services, Inc. | Counterparty |
| 118. | Mizuho Bank Ltd<br>Mizuho Corporate Bank Ltd | EurekaHedge | Vendor |
| 119. | Morgan Stanley Bank NA<br>Morgan Stanley Capital Group Inc.<br>Morgan Stanley ISG Operations<br>Morgan Stanley Senior Funding | Morgan Stanley | Counterparty |
| | | Morgan Stanley & Co LLC | Counterparty |
| | | Morgan Stanley & Co. International Limited | Counterparty |
| | | Morgan Stanley & Co. International PLC | Counterparty |
| | | Morgan Stanley & Co. LLC | Counterparty |
| | | Morgan Stanley Capital Services LLC | Counterparty |
| | | Morgan Stanley Securities Limited | Counterparty |
| | | Prime Dealer Services Corp. | Counterparty |
| 120. | MSD Capital LP<br>MSD Partners LP | Cloudera, Inc. | Vendor |
| 121. | NASDAQ OMX Commodities Clearing - Contract Merchant LLC | eVestment (Strategic Financial Solutions, LLC) | Vendor |
| | | FINRA | Vendor |
| | | Nasdaq 100 Index | Investment |
| | | PerTrac | Vendor |
| 122. | National Fire Insurance of Hartford | Continental Casualty Company | Vendor |
| 123. | National Surety Corporation | Industrial and Commercial Bank of China | Counterparty |
| | | Industrial and Commercial Bank of China Financial Services LLC | Counterparty |
| | | Pacific Investment Management Company, LLC | Investment |
| | | PIMCO | Investment |
| | | PIMCO Commodity Alpha Fund LLC | Investment |
| | | PIMCO Dynamic Credit | Investment |
| | | PIMCO Global Inflation Linked Bond Fund Ltd. | Investment |
| 124. | National Union Fire Insurance Company of Pittsburgh Pa | AIG-related Securities | Investment |
| | | Flagstone Reinsurance Holdings Limited | Investment |
| | | Illinois National Insurance Company (AIG) | Vendor |

Schedule 3 - 16

| | Interested Party Name | MIO Connection Name | Connection Type |
|---|---|---|---|
| | | United States Life Insurance Company in the City of NY | Vendor |
| 125. | Navigators Management Company Inc. New York | Hartford-related Securities | Investment |
| 126. | New Cingular Wireless PCS LLC<br><br>New Cingular Wireless Services | AT&T Mobility | Vendor |
| 127. | New Hampshire Insurance Company | AIG-related Securities | Investment |
| | | Flagstone Reinsurance Holdings Limited | Investment |
| | | Illinois National Insurance Company (AIG) | Vendor |
| | | United States Life Insurance Company in the City of NY | Vendor |
| 128. | Nextel Communications<br><br>Nextel of California Inca Delaware Corp | Teem Technologies, Inc. | Vendor |
| 129. | Och-Ziff Capital Management Group LLC | Och-Ziff Capital Management Group | Investment |
| | | OZ Domestic Partners, L.P. | Investment |
| 130. | Pacific Bell Telephone Company | AT&T Mobility | Vendor |
| 131. | Pacific Indemnity Company | Chubb Bermuda Insurance Ltd | Vendor |
| 132. | Pacific Investment Management Company LLC | Industrial and Commercial Bank of China | Counterparty |
| | | Industrial and Commercial Bank of China Financial Services LLC | Counterparty |
| | | Pacific Investment Management Company, LLC | Investment |
| | | PIMCO | Investment |
| | | PIMCO Commodity Alpha Fund LLC | Investment |
| | | PIMCO Dynamic Credit | Investment |
| | | PIMCO Global Inflation Linked Bond Fund Ltd. | Investment |
| 133. | Pacific Life Insurance Company | ACG Management Pte Ltd | Investment |
| 134. | Paul Weiss Rifkind Wharton & Garrison LLP | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Vendor |
| 135. | PFL Futures Limited | CME Third Party Services | Counterparty |
| | | ENSO Financial Management LLP | Vendor |
| | | ICAP Electronic Broking LLC | Counterparty |
| | | Tri-Optima | Vendor |
| 136. | Praetorian Insurance Company | QBE Insurance Corporation | Vendor |

Case: 19-30088   Doc# 5924-5   Filed: 02/26/20   Entered: 02/26/20 21:37:07   Page 18 of 23

| | Interested Party Name | MIO Connection Name | Connection Type |
|---|---|---|---|
| 137. | Prebon Energy Inc. | Tullett Prebon Group Ltd | Vendor |
| 138. | Presidio Systems Inc. | Presidio | Vendor |
| 139. | PricewaterhouseCoopers LLP | Infotech Global, Inc. | Vendor |
| | | PricewaterhouseCoopers LLP | Vendor |
| | | PWC | Vendor |
| 140. | Property and Casualty Insurance Company of Hartford | Hartford-related Securities | Investment |
| 141. | Proskauer Rose LLP | Proskauer Rose LLP | Vendor |
| 142. | QBE Americas Inc. QBE Insurance Corporation QBE Specialty Insurance Company | QBE Insurance Corporation | Vendor |
| 143. | RBC Capital Markets | ABN AMRO Clearing Chicago LLC | Counterparty |
| | | RBC (Barbados) Trading Bank Corporation | Counterparty |
| | | RBC Capital Markets | Counterparty |
| | | RBC Capital Markets, LLC | Counterparty |
| | | RBC Europe Limited | Counterparty |
| | | Royal Bank of Canada | Counterparty |
| 144. | Regent Insurance Company | QBE Insurance Corporation | Vendor |
| 145. | Ropes & Gray LLP | Ropes & Gray LLP | Vendor |
| 146. | Rothschild | Rothschild Inc. | Counterparty |
| 147. | Royal Bank of Canada | ABN AMRO Clearing Chicago LLC | Counterparty |
| | | RBC (Barbados) Trading Bank Corporation | Counterparty |
| | | RBC Capital Markets | Counterparty |
| | | RBC Capital Markets, LLC | Counterparty |
| | | RBC Europe Limited | Counterparty |
| | | Royal Bank of Canada | Counterparty |
| 148. | Royal Bank of Scotland Royal Bank of Scotland PLC | The Royal Bank of Scotland PLC | Counterparty |
| 149. | Russelectric Inc. | Cerberus Capital Management LLC | Investment |
| | | Cerberus International, Ltd. | Investment |
| | | Cerberus Partners, L.P. | Investment |
| 150. | Salinas River Cogen Co Sargent Canyon Cogeneration Company | IPM | Vendor |

Schedule 3 - 18

| | Interested Party Name | MIO Connection Name | Connection Type |
|---|---|---|---|
| 151. | Sidley Austin | Sidley Austin LLP | Vendor |
| 152. | Siemens Energy Inc. Fossil Services Power Generation<br>Siemens Industry Inc. | Cerberus Capital Management LLC | Investment |
| | | Cerberus International, Ltd. | Investment |
| | | Cerberus Partners, L.P. | Investment |
| 153. | Sodexo Inc. | Sodexo Operations | Vendor |
| 154. | Southern California Edison Company | IPM | Vendor |
| 155. | Southwestern Bell Telephone LP | AT&T Mobility | Vendor |
| 156. | Sprint | Teem Technologies, Inc. | Vendor |
| 157. | Star Insurance Company | Hauck & Aufhäuser | Counterparty |
| 158. | Steadfast Insurance Company | Zurich American Insurance Company | Vendor |
| 159. | Strategic Value Partners, LLC | Strategic Value Partners, LLC | Investment |
| | | Strategic Value Global Opportunities Fund | Investment |
| | | Strategic Value Restructuring Fund LP | Investment |
| | | Strategic Value Restructuring Fund Ltd | Investment |
| 160. | Stroock & Stroock & Lavan LLP | Stroock & Stroock | Vendor |
| 161. | Sun City Project LLC | Diligent | Vendor |
| 162. | T Rowe Price Associates Inc. | Atlassian | Vendor |
| 163. | | Cloudera, Inc. | Vendor |
| 164. | TALX Corp | Johnson Associates, Inc. | Vendor |
| 165. | TD Bank NA<br>Td Energy Trading Inc.<br>TD Securities | TD Securities (USA) LLC | Counterparty |
| | | The Toronto-Dominion Bank | Counterparty |
| 166. | The Bank of New York Trust Company NA | Bank of New York | Counterparty |
| | | The Bank of New York Mellon | Counterparty |
| 167. | The Goldman Sachs Group, Inc. | Centaurus Advisors LLC | Investment |
| | | FIS Investment Systems, LLC (formerly Sungard) | Vendor |
| | | Genesis Capital | Investment |
| | | Goldman Sachs  & Co. LLC | Counterparty |
| | | Goldman Sachs & Company | Investment |
| | | Goldman Sachs Bank USA | Counterparty |
| | | Goldman Sachs International | Counterparty |

Schedule 3 - 19

| | Interested Party Name | MIO Connection Name | Connection Type |
|---|---|---|---|
| | | Goldman, Sachs & Co. | Counterparty |
| | | Industrial and Commercial Bank of China | Counterparty |
| | | Industrial and Commercial Bank of China Financial Services LLC | Counterparty |
| | | The Goldman Sachs Group, Inc. | Counterparty |
| 168. | The Insurance Company of the State of Pennsylvania | AIG-related Securities | Investment |
| | | Flagstone Reinsurance Holdings Limited | Investment |
| | | Illinois National Insurance Company (AIG) | Vendor |
| | | United States Life Insurance Company in the City of NY | Vendor |
| 169. | The Vanguard Group Inc. | Vanguard FTSE Emerging Markets | Investment |
| | | Vanguard Long-Term Bond ETF | Investment |
| | | Vanguard Real Estate ETF | Investment |
| 170. | ThyssenKrupp Elevator Corporation | TMX | Vendor |
| 171. | TKO Power | Cogent Energy | Investment |
| 172. | Toronto Dominion Bank | TD Securities (USA) LLC | Counterparty |
| | | The Toronto-Dominion Bank | Counterparty |
| 173. | TPG Sixth Street Partners LLC | McAfee | Vendor |
| 174. | Transportation Insurance Company | Continental Casualty Company | Vendor |
| 175. | Trumbull Insurance Company | Hartford-related Securities | Investment |
| 176. | Tudor Insurance Company | AIG-related Securities | Investment |
| | | Flagstone Reinsurance Holdings Limited | Investment |
| | | Illinois National Insurance Company (AIG) | Vendor |
| | | United States Life Insurance Company in the City of NY | Vendor |
| 177. | Tullet Liberty | Tullett Prebon Group Ltd | Vendor |
| 178. | Twin City Fire Insurance Company | Hartford-related Securities | Investment |
| 179. | Ubiquitel LLC | Teem Technologies, Inc. | Vendor |
| 180. | UBS AG UBS Investment Bank UBS Securities | Julius Baer Asset Management | Investment |
| | | UBS AG | Counterparty |
| | | UBS AG London | Counterparty |
| | | UBS AG Zurich | Counterparty |
| | | UBS Europe SE | Counterparty |

| | Interested Party Name | MIO Connection Name | Connection Type |
|---|---|---|---|
| | | UBS Securities LLC | Counterparty |
| 181. | Unigard Insurance Company | QBE Insurance Corporation | Vendor |
| 182. | United Services Automobile Association | USAA Investment Management Company | Investment |
| | | USAA Tax-Exempt Short-Term Fund | Investment |
| 183. | United States of America | United States Government Securities | Investment |
| 184. | USAA Casualty Insurance Company USAA General Indemnity Company | USAA Investment Management Company | Investment |
| | | USAA Tax-Exempt Short-Term Fund | Investment |
| 185. | Validus Reinsurance Limited | AIG-related Securities | Investment |
| | | Flagstone Reinsurance Holdings Limited | Investment |
| | | Illinois National Insurance Company (AIG) | Vendor |
| | | United States Life Insurance Company in the City of NY | Vendor |
| 186. | Valley Forge Insurance Company | Continental Casualty Company | Vendor |
| 187. | Verizon Verizon Wireless | Verizon | Vendor |
| 188. | Vigilant Insurance Company | Chubb Bermuda Insurance Ltd | Vendor |
| 189. | Wachovia Corporate Services Inc. Wells Fargo & Company Wells Fargo Bank National Association Wells Fargo Bank, Ltd. Wells Fargo Securities LLC | Cantor Fitzgerald & Co. | Counterparty |
| | | Delaware Trust Company | Counterparty |
| | | The Toronto-Dominion Bank | Counterparty |
| | | Wachovia Bank, N.A. | Counterparty |
| | | Wells Fargo Securities International | Counterparty |
| | | Wells Fargo Securities, LLC | Counterparty |
| 190. | Westchester Fire Insurance Company Westchester Surplus Lines Insurance Company | Chubb Bermuda Insurance Ltd | Vendor |
| 191. | Western Asset Management Company | Entrust Securing Digital Identities & Information | Vendor |
| | | QS Investors | Investment |
| | | QS Investors, LLC | Investment |
| 192. | Western World Insurance Company | AIG-related Securities | Investment |
| | | Flagstone Reinsurance Holdings Limited | Investment |
| | | Illinois National Insurance Company | Vendor |
| | | Illinois National Insurance Company (AIG) | Vendor |

Case: 19-30088    Doc# 5924-5    Filed: 02/26/20    Entered: 02/26/20 21:37:07

| | Interested Party Name | MIO Connection Name | Connection Type |
|---|---|---|---|
| | | United States Life Insurance Company in the City of NY | Vendor |
| 193. | White & Case | White & Case LLP | Vendor |
| 194. | Whitebox Multi-Strategy Partners LP | Whitebox Advisors, LLC | Investment |
| | | Whitebox Multi-Strategy Fund | Investment |
| | | Whitebox Pandora Select Fund | Investment |
| 195. | Wood Group USA Inc.– Upstream and Midstream Engineering | QED Resources, Inc. | Vendor |
| 196. | XL Insurance America Inc.<br>XL Insurance Company<br>XL Specialty Insurance Company | AXA-related Securities | Investment |
| 197. | Zayo Group Holdings Inc.<br>Zayo Group LLC | Zayo | Vendor |
| 198. | Zurich American Insurance Company<br>Zurich Insurance Company Ltd | Zurich American Insurance Company | Vendor |