| | |
|---|---|
| 1 | Fabrice N. Vincent (State Bar No. 160780) |
| | fvincent@lchb.com |
| 2 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | 275 Battery Street, 29th Floor |
| 3 | San Francisco, CA 94111-3339 |
| | Telephone: 415.956.1000 |
| 4 | Facsimile: 415.956.1008 |
| 5 | Attorneys for Claimants |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION, | CHAPTER 11 |
| - and - | (LEAD CASE) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (JOINTLY ADMINISTERED) |
| Debtors. | SUBSTITUTION OF COUNSEL BY WILLIAM AND EKI ABRAMS ET. AL. |
| Will Abrams et. al. Proof of Claim, Claim Number 16425 | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT wildfire claimants William Abrams and his wife Eki Abrams hereby substitute out of the case/claim their former counsel Fabrice Vincent *et. al.* at Lieff Cabraser Heimann & Bernstein LLP in favor of proceeding in *pro per* for themselves and their minor children Azalea Abrams and Leo Abrams.

Notices and payments should be sent to:

1918139.1

William Abrams
1519 Branch Owl Place
Santa Rosa, CA 95409
(707) 397-5727
willabrams@gmail.com

Dated: January 29, 2020

Accepted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: _____
Fabrice N. Vincent

Dated: January ___, 2020

By: _____
William Abrams,
(on behalf of himself and for his minor children Azalea Abrams and Leo Abrams)

Dated: January ___, 2020

By: _____
Eki Abrams,
(on behalf of herself and for her minor children Azalea Abrams and Leo Abrams)

1918139.1

- 2 -