# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: dchambers | Date Created: 2/27/2020 |
| Case: 19−30088 | Form ID: TRANSC | Total: 11 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | David J. Richardson | drichardson@bakerlaw.com |
| aty | Matthew Heyn | matthew.heyn@doj.ca.gov |
| aty | Michael S. Etkin | metkin@lowenstein.com |
| aty | Nicole M. Zeiss | nzeiss@labaton.com |
| aty | Paul H. Zumbro | mao@cravath.com |
| aty | Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| aty | Randy Michelson | randy.michelson@michelsonlawgroup.com |

TOTAL: 7

**Recipients submitted to the Claims Agent (Prime Clerk):**

aty    Stephen Karotkin    Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153
MATTHEW JORDAN TROY, ESQ.    MICHAEL TYE, ESQ.    US Department of Justice, Civil Division    P.O. Box 875    Ben Franklin Station    Washington, DC 20044
ERIC R. GOODMAN, ESQ.    Baker & Hostetler LLP    Key Tower, 127 Public Square Suite 2000    Cleveland, OH 44114
ROBERT A. JULIAN, ESQ.    DAVID J. RICHARDSON, ESQ.    Baker & Hostetler LLP    11601 Wilshire Boulevard Suite 1400    Los Angeles, CA 90025

TOTAL: 4