DocuSign Envelope ID: E6A73A2D-77B5-4C8D-A600-DBC1A847CAA6

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>Pacific Gas & Electric Corp., *et al.*<br>　　　　　　　　Debtors. | Chapter 11<br>Case No. 19-30088 Chapter 11<br>(Jointly Administered) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Allison Sierra, Inc.**<br>Name of Transferor<br>Phone: (209) 966-4082<br>Last Four Digits of Acct #: N/A | **Whitebox Multi-Strategy Partners, LP**<br>Name of Transferee<br>Phone: (612) 253-6061<br>Last Four Digits of Acct #: N/A |
| Name and Address where notices and payments to transferee should be sent:<br><br>**Whitebox Multi-Strategy Partners, LP<br>c/o Whitebox Advisors<br>3033 Excelsior Blvd, Suite 300<br>Minneapolis, MN 55416-4675<br>Attn: Scott Specken** | Claim No: 57966<br>Debtor: PG&E Corporation (19-30088)<br>Date Filed: October 16, 2019<br><br>Total Amount of Claim: $606,392.00<br>**Transferred Amount of Claim:<br>$606,392.00** |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____　　　　　Date: 2/27/2020 | 06:30 PST
Transferee/Transferee's Agent  Mark Strefling
　　　　　　　　　　　　　　　Partner & CEO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Annex B

TO: United States Bankruptcy Court ("Court")
Northern District of California
San Francisco Division
Attn: Clerk

AND TO: PG&E CORPORATION ("Debtor")
Case No. 19-30088 ("Case")

Claim #: 57966

**ALLISON SIERRA, INC.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**WHITEBOX MULTI-STRATEGY PARTNERS, LP**
3033 Excelsior Blvd., Suite 500
Minneapolis, MN 55416-4675
Attn: Scott Specken

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount of $606,392.00 ("Claim"), which represents 100 % of the total claim amount of $606,392.00, against the Debtor in the Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives dated February 24, 2020.

| ALLISON SIERRA, INC. | WHITEBOX MULTI-STRATEGY PARTNERS, LP |
|---|---|
| By: *[signature]* | By: *[DocuSigned signature]* |
| Name: Steve Allison | Name: Mark Strefling |
| Title: President | Title: Partner & CEO |