The Honorable Judge Montali

FILED
FEB 21 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA
Case # 19-30088

February 15, 2020

Your Honor,

Thank you for giving Mr. Abrams the opportunity to speak at the hearing on Tues, Feb 11. Like Mr. Abrams, increasingly, more survivors are gaining information and reading the dockets. Therefore, for those that are interested in knowing and learning, I ask that all disclosures be made available for us to view. I AM ALSO REQUESTING THE LIQUIDATION ANALYSIS (EXHIBIT C OF THE DISCLOSURE STATEMENT) TO BE RELEASED FOR OUR REVIEW.

So, are we to root for this company now? Does everyone understand the psychological and financial affect the stock funded trust has on the survivors? And if the stock crashes are survivors going to continue to join the ranks of the homeless? If PG&E becomes bankrupt again before all payments out of the trust are made, what will happen to the victims still waiting? And while investors have profited from their cash settlement. Many survivors, once they learn of the risks involved and discover that it is not **100%** guaranteed brings strong emotional reaction. Some have already told their attorneys they will vote no on any settlement that includes investment of stock because the rest does not matter. **NOT ONE SURVIVOR SHOULD BE AT RISK, NOT A ONE.** PG&E will never be a safe company. No matter how many committees, politicians, rules and regulations there are, PG&E will not change. Their greed is their weakness.

The safeguards that may be put into place cannot 100% protect any stock. If PG&E exits bankruptcy and then instantly becomes liable for fires that may exceed their amount of insurance and the state-funded liability fund, that may force PG&E back into bankruptcy again. Most survivors do not realize there is no time consequence to a chapter 11 reorganization plan and therefore PG&E can file a chapter 7 at any time. The trust will be funded just as fire season starts, the potential is there because of the prolonged drought and PG&E's aging equipment. The insurance companies and hedge fund investors refuse to take this risk and so it is forced on the survivors who cannot afford the risk. **This is why I am soliciting the court to please ensure the materials victims receive are not biased and will accurately inform and educate the victims as to the potential risk and the possibility of PG&E filing bankruptcy again, potentially wiping out the stock. Otherwise the vote will be unfairly influenced.**

I want to mention here that I have nothing but respect for my attorney who has worked hard on the settlement and the other attorneys who are actually doing the work. They are not to blame, PG&E is refusing to treat survivors as a priority claimant, and the insurance companies and hedge fund investors refuse to take any of the risk/stock. The attorneys have worked very hard to get the best deal they can for us. That does not mean it is a good deal, but it's the best that PG&E is willing to do. And now it will rest on the claimants and what knowledge they will gain from the materials soliciting the settlement in order to make an informed opinion. That being said, there are also many attorneys who are sitting back waiting to collect their fees riding on the coattails of others. These attorneys are the ones I spoke of in previous letters while asking your Honor to please cap the attorney fees. They preyed among survivors who hired them in good faith.

Thank you, your Honor, for letting us all be heard through our letters. Being able to voice our opinions has helped many of us who are feeling the impacts of this settlement negotiation process. This is my last letter to the court, I will not continue to tie up any more of your time.

Sincerely,

Lisa Williams
I would like this letter to be placed on the docket please.

Case: 19-30088    Doc# 5932    Filed: 02/21/20    Entered: 02/27/20 10:16:01    Page 1 of 2

**RECEIVED**

FEB 21 2020

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA
BG