# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Andrew G. Vignali, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On February 24, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) by first class mail and email on the Office of the United States Trustee, Attn: James L. Snyder, Timothy Lafreddi and Marta E. Villacorta, 450 Golden Gate Ave., Suite 05-0153, San Francisco, CA 94102, James.Snyder@usdoj.gov; and (2) via first class mail on Kevin Sager (MMLID: 4936550) at an address that is being redacted in the interest of privacy:

- *Ex Parte* Motion to Redact Previously Filed Schedule E/F of PG&E Corporation [Docket No. 5877]

3. I have reviewed the Notice of Electronic Filing for the above-listed document, and I understand that parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing system.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 27th day of February 2020, in New York, NY.

_____
Andrew G. Vignali