JONATHAN A. SHAPIRO (SBN 257199)
Jonathan.shapiro@bakerbotts.com
DANIEL MARTIN (SBN 306794)
Daniel.martin@bakerbotts.com
TINA NGO (SBN 324102)
Tina.ngo@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: +1.415.291.6200
Fax: +1.415.291.6300

Attorneys for
BLACK & VEATCH CONSTRUCTION, INC.

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case<br>Case No.: 19-30088-DM (Lead Case)<br>Chapter 11<br><br>(Jointly Administered)<br><br>**PROOF OF SERVICE**<br><br>Hearing<br>Date: March 10, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Courtroom 17<br>450 Golden Gate Ave., 16th Fl.<br>San Francisco, CA 94102 |

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 101 California Street, Suite 3600, San Francisco, CA 94111.

I served true copies of the following document(s) described as

1. **BLACK & VEATCH CONSTRUCTION, INC.'S MOTION TO QUASH THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' SUBPOENA PURSUANT TO FED. R. CIV. PR. 45(D)(3);**
2. **DECLARATION OF JONATHAN SHAPIRO IN SUPPORT OF MOTION TO QUASH;**
3. **[PROPOSED] ORDER GRANTING MOTION TO QUASH; AND**
4. **NOTICE OF HEARING ON MOTION TO QUASH**

on the interested parties in this action as follows:

On February 25, 2020, **BY OVERNIGHT DELIVERY:** I caused a copy of the above documents to be sent to the addresses listed below via overnight delivery via Federal Express.

| | |
|---|---|
| Bridget McCabe<br>Baker & Hostetler<br>11601 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90025-0509<br><br>Robert A. Julian<br>Baker & Hostetler<br>600 Montgomery Street, Suite 3100<br>San Francisco, CA 94111-2806<br><br>Attorneys for The Official Committee of Tort Claimants | |

On February 27, 2020, **VIA U.S. MAIL** by placing a true copy of the document(s) listed above in a sealed envelope with postage fully prepaid and addressed to the persons at the addresses as shown below. I am readily familiar with the business practice of Baker Botts LLP for collection and processing of correspondence for mailing with the **United** States Postal Service, and the correspondence would be deposited with United States Postal Service that same day in the ordinary course of business.

| | |
|---|---|
| The Debtors<br>c/o PG&E Corporation and Pacific Gas and Electric Company<br>PO Box 770000<br>77 Beale Street<br>San Francisco, CA 94105<br><br>Attention Janet Loduca, Esq. | U.S. Nuclear Regulatory Commission<br>Washington, DC 20555-0001<br><br>Attention: General Counsel |

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on February 27, 2020, at San Francisco, California.

*/s/ Natalie Young*
Natalie Young