# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF PUBLICATION

I, Sonia Aktar, do declare and state as follows:

1. I am employed at Prime Clerk LLC, the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. This Certificate of Publication includes sworn statements verifying that the Amended Notice of Hearing on Approval of (A) Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization ; (B) Plan Solicitation and Voting Procedures; (C) Forms of Ballots Solicitation Packages, and Related Notices; (D) Other Related Relief approved by the Bankruptcy Court [Docket No. 5733], as conformed for publication, was published in the following publications and on the following dates:

| Publication Name | Date(s) of Publication | Exhibit Evidencing Publication |
|---|---|---|
| Del Norte Triplicate | February 18, 2020 | Exhibit A |
| Lassen County Times | February 18, 2020 | Exhibit B |
| Los Angeles Times | February 18, 2020 | Exhibit C |
| Napa Valley Register | February 18, 2020 | Exhibit D |
| Record SearchLight | February 18, 2020 | Exhibit E |
| SFChronicle.com | February 18, 2020 | Exhibit F |
| The Bakersfield Californian | February 18, 2020 | Exhibit G |
| The Press Democrat | February 18, 2020 | Exhibit H |
| The Wall Street Journal | February 18, 2020 | Exhibit I |
| Times-Standard.Com | February 18, 2020 | Exhibit J |

| Publication Name | Date(s) of Publication | Exhibit Evidencing Publication |
|---|---|---|
| USA Today | February 18, 2020 | Exhibit K |
| Chico Enterprise Record | February 19, 2020 | Exhibit L |
| East Bay Times | February 19, 2020 | Exhibit M |
| Mad River Union | February 19, 2020 | Exhibit N |
| Marin Independent Journal | February 19, 2020 | Exhibit O |
| Mount Shasta Area Newspapers | February 19, 2020 | Exhibit P |
| Paradise Post | February 19, 2020 | Exhibit Q |
| Red Bluff Daily News | February 19, 2020 | Exhibit R |
| San Francisco Examiner | February 19, 2020 | Exhibit S |
| Siskiyou Daily News | February 19, 2020 | Exhibit T |
| The Fresno Bee | February 19, 2020 | Exhibit U |
| The Mercury News | February 19, 2020 | Exhibit V |
| The Modesto Bee | February 19, 2020 | Exhibit W |
| The Record | February 19, 2020 | Exhibit X |
| The Sacramento Bee | February 19, 2020 | Exhibit Y |
| The Trinity Journal | February 19, 2020 | Exhibit Z |
| The Union | February 19, 2020 | Exhibit AA |
| Ukiahdaily Journal.Com | February 19, 2020 | Exhibit BB |
| Modoc County Record | February 20, 2020 | Exhibit CC |
| The Ferndale (California) Enterprise | February 20, 2020 | Exhibit DD |

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 27th day of February 2020, at New York, NY.

_____
SONIA AKTER

SRF 40057

2

Case: 19-30088   Doc# 5944   Filed: 02/27/20   Entered: 02/27/20 20:23:06   Page 2 of 2