**Exhibit R**

Case: 19-30088   Doc# 5944-2   Filed: 02/27/20   Entered: 02/27/20 20:23:06   Page 1 of 50

**Red Bluff Daily News**
728 Main St.
Red Bluff, CA 96080
530-527-2151
dispatch@redbluffdailynews.com

3809751

PG&E CORPORATION
77 BEALE STREET
SAN FRANCISCO, CA 94177

Legal No. **0006459910**

**Notice:**

STATE OF CALIFORNIA } ss.

County of Tehama

Daleen Baker, being first duly sworn, deposes and says: That at all times hereinafter mentioned, she was a citizen of the United States, over the age of eighteen years, and a resident of said county, and was at and during said times legal clerk of the *Red Bluff Daily News*, a newspaper of general circulation printed and published daily except Sundays and certain holidays in the city of Red Bluff, County of Tehama, State of California; that said *Red Bluff Daily News* is and was at all times herein mentioned a daily newspaper of general circulation as the terms “newspaper of general circulation” and “daily newspaper” are defined in Sections 6000, 6001, 6045 and 6040.5 of the Government code of the State of California; that, as provided in said section 6000, said newspaper is published for the dissemination of local and telegraphic news and intelligence of a general character, and has a bona fide subscription list of paying subscribers; that said newspaper has been established, printed and published as those terms are defined in Article 1, Chapter 1, Division 7, Title 1, of the said Government Code, in the said City of Red Bluff, State of California, at regular intervals for more that one year next preceding the date of the first publication of the notice herein mentioned; that said newspaper is not devoted to the interests, or published for the entertainment or instruction of a particular class, profession, trade, calling, race, or denomination, or for any number thereof; that said notice was set in type not smaller than nonpareil and was preceded with words printed in black face type, not smaller than nonpareil, describing or expressing in general terms the purport and character of the notice intended to be given; that the notice of which the annexed is a printed copy, was printed and published in said newspaper 4 times, beginning on **02/19/2020** and ending on **02/19/2020**, both days inclusive, to wit on **02/19/2020.**

I Certify (or Declare), under penalty of perjury, that the foregoing is true and correct, at Red Bluff, California.

Dated: **02/19/2020** at Red Bluff, California.

Daleen Baker

(Signature)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>**- and -**<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11 Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered) |

**AMENDED NOTICE OF HEARING ON APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (D) OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE THAT:**

1. **The Plan and Proposed Disclosure Statement.** On February 7, 2020, pursuant to section 1125 of the Bankruptcy Code, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the proposed disclosure statement [Docket No. 5700] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, dated January 31, 2020* [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**"). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Proposed Disclosure Statement.

2. **Solicitation Procedures Motion.** In accordance with the amended Disclosure Statement approval and Plan confirmation schedule established by the Court [Docket No. 5732] (the "**Scheduling Order**"), the Debtors will file, on or before February 18, 2020, a Motion requesting, *inter alia*, that the Court (i) approve Plan solicitation and voting procedures, and (ii) approve the forms of Ballots, Solicitation Packages, and related notices to be sent to the Debtors' creditors and equity interest holders in connection with confirmation of the Plan (the "**Solicitation Procedures Motion**").

3. **Disclosure Statement Hearing.** A hearing (the "**Disclosure Statement Hearing**") to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time), and, if needed, March 11, 2020 at 10:00 a.m. (Prevailing Pacific Time)**, in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "**Bankruptcy Court**"), 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, or as soon thereafter as counsel can be heard. The Disclosure Statement Hearing may be continued from time to time without further notice to creditors, equity interest holders, or other parties in interest other than by an announcement in the Bankruptcy Court of such continuance or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

4. **Objections or Responses to the Proposed Disclosure Statement and Solicitation Procedures Motion.**

a. **Core Parties.** Pursuant to the Court's Scheduling Order, the following parties (collectively, the "**Core Parties**") must serve any responses or objections to approval of the Proposed Disclosure Statement or any of the relief sought in the Solicitation Procedures Motion (each, a "**Disclosure Statement or Solicitation Objection**") by e-mail on the parties listed in Paragraph 4.c.(v) C-L below (**BUT NOT FILED OR SENT TO THE BANKRUPTCY COURT**) so as to be received no later than **4:00 p.m. on February 28, 2020 (Prevailing Pacific Time)**: (i) the Tort Claimants Committee; (ii) the Creditors Committee; (iii) the U.S. Trustee; (iv) the Ad Hoc Group of Subrogation Claimholders; (v) the Ad Hoc Committee of Senior Unsecured Noteholders; (vi) the U.S. Department of Justice; (vii) the Office of the California Attorney General; (viii) Governor Gavin Newsom; (ix) the California Public Utilities Commission; (x) the Ad Hoc Committee of Holders of Trade Claims; (xi) Valley Clean Energy Alliance; (xii) City and County of San Francisco; (xiii) South San Joaquin Irrigation District; (xiv) BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes; (xv) Adventist Health System/West and Feather River Hospital; and (xvi) the Consenting Fire Claimant Professional Group. Counsel for any of the Core Parties who have served objections or responses shall meet and confer with counsel for the Debtors and the Shareholder Proponents no later than March 5, 2020, to attempt to resolve any Disclosure Statement or Solicitation Objections. To the extent any Disclosure Statement or Solicitation Objection of a Core Party is not resolved during such meet and confer, the applicable Core Party shall file and serve its Disclosure Statement or Solicitation Objection in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

b. **All Other Parties.** Pursuant to the Court's Scheduling Order, Disclosure Statement or Solicitation Objections of any other parties (*e.g.*, parties other than the Core Parties) must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

c. **Response and Objection Procedures.** Disclosure Statement or Solicitation Objections must:

(i) Be in writing;

(ii) State the name and address of the objecting party and the amount and nature of the Claim or Interest of such party;

(iii) State with particularity **in short, concise bullet points** (without points and authorities in support), the basis and nature of any objection or response to the Proposed Disclosure Statement and include, where appropriate, proposed language to be incorporated into the Proposed Disclosure Statement to resolve any such objection or response;

(iv) Conform to the Bankruptcy Rules, the Bankruptcy Local Rules, the *Order Establishing Procedures for Disclosure Statement and Confirmation Hearing* (N.D. Cal. May 2017) (Montali, J.), and the Scheduling Order; and

(v) Be served on the following parties:

A. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102;

B. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

C. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, California

Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. (egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq. (fmerola@stroock.com));

F. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. (david.schiff@davispolk.com), and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

G. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W. Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq. (bhermann@paulweiss.com), Walter R. Rieman, Esq. (wrieman@paulweiss.com), Sean A. Mitchell, Esq. (smitchell@paulweiss.com), and Neal P. Donnelly, Esq. (ndonnelly@paulweiss.com));

H. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Kahlil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067 (Attn: Gregory A. Bray, Esq. (GBray@milbank.com) and Thomas R. Kreller, Esq. (TKreller@milbank.com));

I. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

J. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G Minias Esq. (jminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

K. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James O. Johnston, Esq. (jjohnston@jonesday.com)); and

L. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), Ira S. Dizengoff, Esq. (idizengoff@akingump.com), David H. Botter, Esq. (dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

**THE COURT NARROWLY CONSTRUES SECTION 1125(a)(1) OF THE BANKRUPTCY CODE. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT ARE TO MAKE SURE THAT ADEQUATE DISCLOSURE WILL ENABLE AN IMPAIRED CREDITOR OR SHAREHOLDER TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT SHOULD NOT INCLUDE OBJECTIONS TO CONFIRMATION, ALTERNATIVES TO THE PLAN, OR OTHER IRRELEVANT MATTERS. THE ONLY EXCEPTION IS THAT AN OBJECTION MAY BE BASED UPON A GOOD FAITH BELIEF THAT THE PROPOSED PLAN IS UNCONFIRMABLE AS A MATTER OF LAW. THE COURT WILL NOT TREAT THE ABSENCE OF AN OBJECTION TO CONFIRMATION AS A WAIVER OF SUCH AN OBJECTION FILED LATER WHEN THE PLAN IS READY TO BE CONSIDERED.**

**IF ANY OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT OR THE SOLICITATION PROCEDURES MOTION IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT OR ANY OF THE RELIEF SOUGHT IN CONNECTION WITH THE SOLICITATION PROCEDURES MOTION AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. **Other Relevant Dates.** The Scheduling Order also approved and established the following dates and deadlines:

a. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan.

b. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing summary of Fire Victim Claims Resolution Procedures.

c. February 28, 2020: Deadline to file substantially final form of Subrogation Wildfire Trust Agreement.

d. February 28, 2020: Deadline for Debtors to file proposed executive summary of Plan treatment of Fire Victim Claims (this document is referred to as the Fire Victim Claim Plan Treatment Summary in the Proposed Disclosure Statement).

e. March 3, 2020: Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures

f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan.

g. March 9, 2020: Debtors to file revised or amended Plan and Proposed Disclosure Statement.

h. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for submitting Ballots to accept or reject the Plan.

i. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing and serving objections to Plan confirmation.

j. May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time): Pre-confirmation scheduling conference. **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time) to discuss scheduling any evidentiary matters to be dealt with in connection with the Confirmation Hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.**

k. May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time): First day of Confirmation Hearing.

6. **Miscellaneous.** The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) are on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at no cost at https://restructuring.primeclerk.com/pge/. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be: (i) examined by interested parties during normal business hours at the office of the Clerk on a public computer terminal; (ii) accessed for a fee via PACER at http://www.canb.uscourts.gov

94108 (Attn: Tobias S. Keller, Esq. (tkeller@kellerbenvenutti.com) and Jane Kim, Esq. (jkim@kellerbenvenutti.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq. (onasab@cravath.com));

D. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

E. The attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180

request to the Debtors' solicitation agent, Prime Clerk LLC ("**Prime Clerk**" or the "**Solicitation Agent**"), at the address or e-mail address below: **If by standard, overnight, or hand delivery:** PG&E Information c/o Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165; **If by e-mail to:** pgeinfo@primeclerk.com.

**THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT PROVIDE, LEGAL ADVICE.**

Dated: February 11, 2020

Newspaper : Red Bluff Daily News    Advertiser : PG&E CORPORATION
Issue Date : 02/19/2020    Ad Number : 000645991001

WEDNESDAY, FEBRUARY 19, 2020    REDBLUFFDAILYNEWS.COM | CLASSIFIEDS B | 5

## Legal Notices

**LEGAL NOTICE**
**LIEN SALE**

Notice is hereby given pursuant to Section 21700 through 21716 of the Business & Professions Code, State of California, the undersigned will sell at public sale by competitive bidding on www.storagetreasures.com, closing **February 28, 2020 at 10:59AM**, at Baker Road Mini Storage, 20825 Stoll Road, Red Bluff, California 96080, County of Tehama, State of California. The following are:

**Hogun, Amy**-Wicker furniture, toys
**Gaylord, Bethany**-Clothes, mirrors

All purchased items sold as is, where is and must be removed Within 72 hours. Sale subject to cancellation in the event of settlement between owner and obligated party.

PUBLISH: February 19 & 26, 2020

**LEGAL NOTICE**
**FICTITIOUS BUSINESS NAME STATEMENT**
**File No. 2020000034**

The following person(s) is (are) doing business as:
Gurnsey Avenue Mutual Water Systems
530-840-6620
350 Antelope Blvd
Red Bluff, CA 96080
Albert Mehárg
350 antelope Blvd
Red Bluff, CA 96080
The registrant commenced to transact business under the fictitious business name or names listed above on N/A
This business is conducted by: an individual
S/By: Albert Meharg
Albert Meharg
This statement was filed with the County Clerk of Tehama County on 02/07/2020
JENNIFER A. VISE
Tehama County
Clerk & Recorder
Publish: 2-12-20, 2-19-20, 2-26-20, 3-4-20

**LEGAL NOTICE**
**FICTITIOUS BUSINESS NAME STATEMENT**
**File No. 2020000033**

The following person(s) is (are) doing business as:
SIMPLY BARN WOOD
19705 Deer Valley Rd.
Red Bluff, CA 96080
Verlin Miller
19705 Deer Valley Rd.
Red Bluff, CA 96080
Violet Miller
19705 Deer Valley Rd.
Red Bluff, CA 96080
The registrant commenced to transact business under the fictitious business name or names listed above on N/A
This business is conducted by: a married couple
S/By: Verlin Miller
Verlin Miller
This statement was filed with the County Clerk of Tehama County on 2/06/2020
JENNIFER A. VISE
Tehama County
Clerk & Recorder
Publish: February 12, 19, 26 & March 4, 2020

## Legal Notices

**LEGAL NOTICE**
**FICTITIOUS BUSINESS NAME STATEMENT**
**File No. 2020000019**

The following person(s) is (are) doing business as:
JM & SON TRUCKING
831-210-4452
1850 Colusa St
Corning, CA 96021
Orlando Montoya Ramirez
1850 Colusa St
Corning, CA 96021
The registrant commenced to transact business under the fictitious business name or names listed above on 1/15/2020
This business is conducted by: an individual
S/By: Orlando Montoya
Orlando Montoya
This statement was filed with the County Clerk of Tehama County on 1/15/2020
JENNIFER A. VISE
Tehama County
Clerk & Recorder
Publish: 2-5-20, 2-12-20, 2-19-20, 2-26-20

**LEGAL NOTICE**
**FICTITIOUS BUSINESS NAME STATEMENT**
**File No. 2020000022**

The following person(s) is (are) doing business as:
Liberty Belle Trucking
530-366-2632
14590 Eastridge Dr.
Red Bluff, CA 96080
Jeffrey Brunnemer
14590 Eastridge Dr.
Red Bluff, CA 96080
Christine Brunnemer
14590 Eastridge Dr.
Red Bluff, CA 96080
The registrant commenced to transact business under the fictitious business name or names listed above on N/A
This business is conducted by: a Married Couple
S/By: Jeffrey Brunnemer
Christine Brunnemer
This statement was filed with the County Clerk of Tehama County on 1/21/2020
JENNIFER A. VISE
Tehama County
Clerk & Recorder
Publish: 1-29-2020, 2-5-2020, 2-12-2020, 2-19-2020

**LEGAL NOTICE**
**NOTICE TO CREDITOR'S OF BULK SALE AND OF INTENTION TO TRANSFER ALCOHOLIC BEVERAGE LICENSE**
**(UCC SEC. 6101 ET SEQ. AND B & P 24073 ET SEQ.)**
**ESCROW # 0126014192**

Exempt from fee per GC 27388.1 (a) (1). Recording is not related to real property
NOTICE IS HEREBY GIVEN that a bulk sale of assets and a transfer of alcoholic beverage license is about to be made. The name(s) and business address(es) of the seller(s) is/are: Alle Ventures Inc. 723 Main Street, Red Bluff, CA 96080
Doing Business as: Palomino Room
All other business name(s) and address(es) used by the seller(s) within the past three years, as stated by the seller(s), is/are: (if none, so state) NONE
The location in California of the chief executive office of the seller is: SAME
The name(s) and business address of the buyer(s) is/are: Carlos Zapata Enterprises LLC 723 Main Street, Red Bluff, CA 96080
The assets being sold are generally described as: furniture, fixtures, equipment, inventory, and liquor license
And are located at: 723 Main Street, Red Bluff, CA 96080
The kind of license to be transferred is: #570776, 47 – On Sale General Eating Place
issued for the premises located at: 723 Main Street, Red Bluff, CA 96080
The anticipated date of the bulk sale/transfer is March 6, 2020 and upon approval by Department of Alcoholic Beverage Control at the office of OLD REPUBLIC TITLE COMPANY located at 1000 Burnett Avenue, Suite 400, Concord, CA 94520, Escrow Holder.
The amount of the purchase price or consideration in connection with the transfer of the license and business, excluding estimated inventory is $299,000.00
It has been agreed between the Seller/Licensee and the intended Buyer/Transferee, as required by Sec 24703 of the Business and Professions Code, that the consideration for the transfer of the business and license is to be paid only after the transfer has been approved by the Department of Alcoholic Beverage Control.
Dated: February 12, 2020
Carlos Zapata Enterprises LLC
/S/ By: Carlos Zapata, Managing Member
2/19/20
**CNS-3343191#**
DAILY NEWS (RED BLUFF)

## Legal Notices

**LEGAL NOTICE**
**NOTICE OF LIEN SALE**
**NOTICE OF SALE OF PERSONAL PROPERTY**

Pursuant to the California self –storage facility act:
(B&P code 21770 et.sec.)

The undersigned will sell contents of:
**ROBERT MORGAN:**
Tools, Campershell
**CHRISTINA FERRARIO:**
Home goods
**MICHAEL MARTINEZ:**
Metal fencing, barbells
**DAYNA ANDRICK:**
Furniture, Boxes
**DAYNA ANDRICK:**
Furniture, Boxes, Dolley

**TO THE HIGHEST BIDDER ON: March 4, 2020 ENDING AT 3:00 PM**

Purchases must be paid at the time with Cash only. All purchases are sold as is and must be removed within 72 hours of the time of sale. Sale subject to cancellation up to the time of sale. Company reserves the right to refuse any online bids.

**SALE TO BE HELD ONLINE AT: www.StorageTreasures.com**

PUBLISH: February 19 & 26, 2020

YOUR CLASSIFIED WILL APPEAR ON OUR WEBSITE www.redbluffdailynews.com

**HOW TO PLACE YOUR TOLL FREE CLASSIFIED AD**
(Calls handled by Enterprise-Record Classified)
**CALL: 1-800-827-1421**
**Press 4**
**MAILING ADDRESS**
728 Main Street
Red Bluff, CA
**COME AND SEE US**
728 Main Street.,
Red Bluff, CA
8:00 am - 5:00 pm.
**SEND A FAX**
**530-527-5774**
Don't forget your name, address & phone number
**WE ACCEPT**
**AD DEADLINES**
**Deadlines to place & cancel ads**

| To run on: | Submit ad by: |
|---|---|
| Tuesday | Friday 1 pm |
| Wed.-Friday | Day before at 1 pm |
| Saturday | Friday 1 pm |

# Classified
# (530) 737-5059

Announcements
Employment
Merchandise
Pets & Livestock
Rentals
Financial
Real Estate
Vehicles

DAILY NEWS
RED BLUFF TEHAMA COUNTY

**Office Hours:**
**MON.-FRI. 8:00-5:00**
**Closed Saturday, Sunday & major holidays**

**ALL ADS MUST BE PREPAID**
Check Your Ad Upon First Publication. Report any errors immediately, 8:30am to 2:00pm. The Daily News will not be responsible for typographical errors. The Daily News reserves the right to revise or reject & to properly Classify Ads. Under no circumstances will the Daily News be responsible for more than the cost of the advertisement.

## Legal Notices

**LEGAL NOTICE**
**CITY OF RED BLUFF**
**PUBLIC NOTICE of PUBLIC HEARING**
**Notice of Intent to Consider An Amendment to Municipal Code Chapter 5 Construction Regulations Regarding the Adoption of the 2019 Building Standards Code**

**NOTICE IS HEREBY GIVEN** that the City of Red Bluff City Council will conduct a public hearing on **Tuesday, March 3, 2020** at **6:00 pm in the City Council Chambers at 555 Washington Street**, regarding the following project:
2019 California Building Standards Code - includes the adoption of the following codes: 2019 California Administrative Code (Title 24, Part 1); 2019 California Building Code (Title 24, Part 2); 2019 California Residential Code (Title 24, Part 2.5); 2019 California Electrical Code (Title 24, Part 3); 2019 California Mechanical Code (Title 24, Part 4); 2019 California Plumbing Code (Title 24, Part 5); 2019 California Historical Building Code (Title 24, Part 8); 2019 California Fire Code (Title 24, Part 9); 2019 California Existing Building Code (Chapter 10) (Title 24, Part 10); 2019 California Green Building Standards Code (Cal Green) (Title 24, Part 11); and 2019 California Referenced Standards Code (Title 24, Part 12).
The proposed amendments regarding the 2019 California Building Standards Code to Municipal Code Chapter 5 Construction Regulations are categorically exempt pursuant to CEQA Guidelines Section 15061(b)(3), as it can be seen with certainty that the project will not directly or indirectly result in any physical changes to the environment as the action involves on the adoption of standards that may or may not be implemented and that on their-own and of themselves would not result in physical impacts to the environment.
Any person may appear and be heard at the public hearing and interested parties are encouraged to submit written comments on the above noted project. If you have any questions or wish to review the project information, please feel free to contact Community Development staff at City Hall. Also, if you wish to direct questions or comments to the City Council, please attend the Public Hearing or send your written comments to the City Council. You may leave your written comments at City Hall, present them at the Public Hearing or mail them to the Contact noted below. We are sorry, but City staff cannot forward verbal comments or questions to the City Council. Verbal comments or questions must come from you during the Public Hearing.
All written comments should be to the City of Red Bluff, Community Development Department, 555 Washington Street, Red Bluff, CA 96080.
As stated previously, final approval of the Zoning Ordinance amendments will require City Council adoption at a date to be determined. In accordance with Government Code Section 65009, if any person(s) challenges the City Council in court, said persons(s) may be limited to only those issues that were raised at the public hearing described in this notice, or in the written correspondence delivered to the City Council at or prior to the public hearing.
PUBLISH: February 19, 2020

## Legal Notices

**LEGAL NOTICE**
**FICTITIOUS BUSINESS NAME STATEMENT**
**File No. 2020000026**

The following person(s) is (are) doing business as:
FAVELA'S BEAUTY SALON
530-737-3628
410 Solano Street
Corning, CA 96021
Mayra A Favela
18650 Executive Dr.
PO Box 5013
Corning, CA 96021
Olivia Favela
24540 Regal Court
Corning, CA 96021
The registrant commenced to transact business under the fictitious business name or names listed above on 08/14/2017
This business is conducted by: co-partners
S/By: Mayra A. Favela
Mayra A. Favela
S/By: Olivia Favela
Olivia Favela
This statement was filed with the County Clerk of Tehama County on 1/29/2020
JENNIFER A. VISE
Tehama County
Clerk & Recorder
Publish: February 5, 12, 19 & 26, 2020

SWEEP UP
EXTRA CASH
WITH YOUR
SPRING CLEANING
Make that chore pay off with a garage sale! Bring in extra cash and get rid of your unused item at the same time!
Advertise in the Red Bluff Daily News Classified Ads
1-800-827-1421

## Motorcycles and Services

**2012 Harley Davidson** 103. 5,500 mi. $10,500. Richard 831-818-2462.

## Apartments for Rent

Now Accepting Applications
**Main Street Apartments**
**355 S. Main St., Red Bluff**
2BD 1BA
$750 month
$1,500 deposit
3BD 1BA
$925 month
$1,850 deposit
**INCLUDES:**
Water, Hot Water, Gas Cooking & Heating, Expanded Basic Cable TV, Trash, Sewer Laundry Facility On-Site
Section 8 Accepted
Call
**530-527-3711**
Mon - Fri
9am to 2pm

## Automobiles

## Automobiles

**1999 Fleetwood Pace Arrow 34N**

87,000 miles, Ford V10, Onan Marquis 550 generator, One awning, 2 air conditioners, 2 TVs, Sleeps 6, very clean
527-7995 or 200-3270 **$18,000**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| In re: PG&E CORPORATION, - and - PACIFIC GAS AND ELECTRIC COMPANY, Debtors. | Chapter 11 Case No. 19-30088 (DM) (Lead Case) (Jointly Administered) |
|---|---|
| ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Company ☒ Affects both Debtors **All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**AMENDED NOTICE OF HEARING ON APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (D) OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE THAT:**

1. **The Plan and Proposed Disclosure Statement.** On February 7, 2020, pursuant to section 1125 of the Bankruptcy Code, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the proposed disclosure statement [Docket No. 5700] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization*, *dated January 31, 2020* [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**"). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Proposed Disclosure Statement.

2. **Solicitation Procedures Motion.** In accordance with the amended Disclosure Statement approval and Plan confirmation schedule established by the Court [Docket No. 5732] (the "**Scheduling Order**"), the Debtors will file, on or before February 18, 2020, a Motion requesting, *inter alia*, that the Court (i) approve Plan solicitation and voting procedures, and (ii) approve the forms of Ballots, Solicitation Packages, and related notices to be sent to the Debtors' creditors and equity interest holders in connection with confirmation of the Plan (the "**Solicitation Procedures Motion**").

3. **Disclosure Statement Hearing.** A hearing (the "**Disclosure Statement Hearing**") to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time), and, if needed, March 11, 2020 at 10:00 a.m. (Prevailing Pacific Time),** in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "**Bankruptcy Court**"), 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, or as soon thereafter as counsel can be heard. The Disclosure Statement Hearing may be continued from time to time without further notice to creditors, equity interest holders, or other parties in interest other than by an announcement in the Bankruptcy Court of such continuance or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

4. **Objections or Responses to the Proposed Disclosure Statement and Solicitation Procedures Motion.**

a. **Core Parties**. Pursuant to the Court's Scheduling Order, the following parties (collectively, the "**Core Parties**") must serve any responses or objections to approval of the Proposed Disclosure Statement or any of the relief sought in the Solicitation Procedures Motion (each, a "**Disclosure Statement or Solicitation Objection**") by e-mail on the parties listed in Paragraph 4.c.(v) C-L below (**BUT NOT FILED OR SENT TO THE BANKRUPTCY COURT**) so as to be received no later than **4:00 p.m. on February 28, 2020 (Prevailing Pacific Time)**: (i) the Tort Claimants Committee; (ii) the Creditors Committee; (iii) the U.S. Trustee; (iv) the Ad Hoc Group of Subrogation Claimholders; (v) the Ad Hoc Committee of Senior Unsecured Noteholders; (vi) the U.S. Department of Justice; (vii) the Office of the California Attorney General; (viii) Governor Gavin Newsom; (ix) the California Public Utilities Commission; (x) the Ad Hoc Committee of Holders of Trade Claims; (xi) Valley Clean Energy Alliance; (xii) City and County of San Francisco; (xiii) South San Joaquin Irrigation District; (xiv) BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes; (xv) Adventist Health System/West and Feather River Hospital; and (xvi) the Consenting Fire Claimant Professional Group. Counsel for any of the Core Parties who have served objections or responses shall meet and confer with counsel for the Debtors and the Shareholder Proponents no later than March 5, 2020, to attempt to resolve any Disclosure Statement or Solicitation Objections. To the extent any Disclosure Statement or Solicitation Objection of a Core Party is not resolved during such meet and confer, the applicable Core Party shall file and serve its Disclosure Statement or Solicitation Objection in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

b. **All Other Parties.** Pursuant to the Court's Scheduling Order, Disclosure Statement or Solicitation Objections of any other parties (*e.g.*, parties other than the Core Parties) must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

c. **Response and Objection Procedures.** Disclosure Statement or Solicitation Objections must:

(i) Be in writing;

(ii) State the name and address of the objecting party and the amount and nature of the Claim or Interest of such party;

(iii) State with particularity **in short, concise bullet points** (without points and authorities in support), the basis and nature of any objection or response to the Proposed Disclosure Statement and include, where appropriate, proposed language to be incorporated into the Proposed Disclosure Statement to resolve any such objection or response;

(iv) Conform to the Bankruptcy Rules, the Bankruptcy Local Rules, the *Order Establishing Procedures for Disclosure Statement and Confirmation Hearing* (N.D. Cal. May 2017) (Montali, J.), and the Scheduling Order; and

(v) Be served on the following parties:

A. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102;

B. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

C. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kellerbenvenutti.com) and Jane Kim, Esq. (jkim@kellerbenvenutti.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq. (onasab@cravath.com));

D. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

E. The attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. (egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq. (fmerola@stroock.com));

F. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. (david.schiff@davispolk.com), and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

G. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W. Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq. (bhermann@paulweiss.com), Walter R. Rieman, Esq. (wrieman@paulweiss.com), Sean A. Mitchell, Esq. (smitchell@paulweiss.com), and Neal P. Donnelly, Esq. (ndonnelly@paulweiss.com));

H. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Kahlil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067 (Attn: Gregory A. Bray, Esq. (GBray@milbank.com) and Thomas R. Kreller, Esq. (TKreller@milbank.com));

I. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

J. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G Minias Esq. (jminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

K. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James O. Johnston, Esq. (jjohnston@jonesday.com)); and

L. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), Ira S. Dizengoff, Esq. (idizengoff@akingump.com), David H. Botter, Esq. (dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

**THE COURT NARROWLY CONSTRUES SECTION 1125(a)(1) OF THE BANKRUPTCY CODE. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT ARE TO MAKE SURE THAT ADEQUATE DISCLOSURE WILL ENABLE AN IMPAIRED CREDITOR OR SHAREHOLDER TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT SHOULD NOT INCLUDE OBJECTIONS TO CONFIRMATION, ALTERNATIVES TO THE PLAN, OR OTHER IRRELEVANT MATTERS. THE ONLY EXCEPTION IS THAT AN OBJECTION MAY BE BASED UPON A GOOD FAITH BELIEF THAT THE PROPOSED PLAN IS UNCONFIRMABLE AS A MATTER OF LAW. THE COURT WILL NOT TREAT THE ABSENCE OF AN OBJECTION TO CONFIRMATION AS A WAIVER OF SUCH AN OBJECTION FILED LATER WHEN THE PLAN IS READY TO BE CONSIDERED.**

**IF ANY OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT OR THE SOLICITATION PROCEDURES MOTION IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT OR ANY OF THE RELIEF SOUGHT IN CONNECTION WITH THE SOLICITATION PROCEDURES MOTION AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. **Other Relevant Dates.** The Scheduling Order also approved and established the following dates and deadlines:

a. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan.

b. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing summary of Fire Victim Claims Resolution Procedures.

c. February 28, 2020: Deadline to file substantially final form of Subrogation Wildfire Trust Agreement.

d February 28, 2020: Deadline for Debtors to file proposed executive summary of Plan treatment of Fire Victim Claims (this document is referred to as the Fire Victim Claim Plan Treatment Summary in the Proposed Disclosure Statement).

e. March 3, 2020: Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures

f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan.

g. March 9, 2020: Debtors to file revised or amended Plan and Proposed Disclosure Statement.

h. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for submitting Ballots to accept or reject the Plan.

i. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing and serving objections to Plan confirmation.

j. May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time): Pre-confirmation scheduling conference. **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time) to discuss scheduling any evidentiary matters to be dealt with in connection with the Confirmation Hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.**

k. May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time): First day of Confirmation Hearing.

6. **Miscellaneous.** The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) are on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at no cost at https://restructuring.primeclerk.com/pge/. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be: (i) examined by interested parties during normal business hours at the office of the Clerk on a public computer terminal; (ii) accessed for a fee via PACER at http://www.canb.uscourts.gov/; and (iii) obtained by written request to the Debtors' solicitation agent, Prime Clerk LLC ("**Prime Clerk**" or the "**Solicitation Agent**"), at the address or e-mail address below: **If by standard, overnight, or hand delivery:** PG&E Information c/o Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165; **If by e-mail to:** pgeinfo@primeclerk.com.

**THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT PROVIDE, LEGAL ADVICE.**

Dated: February 11, 2020

Reuse.
Repurpose.
Really Save!

Take a fresh look at the Classifieds, the original way to shop green!?

DAILY NEWS
CLASSIFIEDS
TOLL FREE
1-800-827-1421
Mon.-Fri.
8:30am-5:00pm
redbluffdailynews.com

SHOP Local
SHOP Tehama County
FIRST

The Voice Of Tehama County Since 1885
DAILY NEWS
RED BLUFF TEHAMA COUNTY
(530) 527-2151
728 Main Street
Red Bluff, CA
www.RedBluffDailyNews.com

leigh@rubescartoons.com
2-19

"I specifically told you to book a cruise with Carnival, but you just *had* to go with Viking."

**Exhibit S**

**California Newspaper Service Bureau®**
Daily Journal Corporation
Public Notice Advertising Since 1934
Tel 1-800-788-7840 ▫ Fax 1-800-474-9444
Local Offices and Representatives in:
Los Angeles, Santa Ana, San Diego, Riverside/San Bernardino,
San Francisco, Oakland, San Jose, Sacramento
Special Services Available in Phoenix

## DECLARATION

I am a resident of Los Angeles County, over the age of eighteen years and not a party to any or interested in the matter noticed.

The notice, of which the annexed is a printed copy appeared in the:

**SAN FRANCISCO EXAMINER**

Has been adjudged a newspaper of general circulation by the Superior Court of California, city of San Francisco, county of San Francisco, under date of 10/18/1951, case no. 410667 on the following dates:

**February 19, 2020**

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Los Angeles, California, this
20 day of **February** 20**20**

[signature]

Signature
Nina Vong

**3343620**

*"The only Public Notice which is justifiable from the standpoint of true economy and the public interest, is that which reaches those who are affected by it"*

* A 0 0 0 0 0 5 3 5 9 7 7 8 *


# PUBLIC NOTICES

SAN FRANCISCO EXAMINER • DALY CITY INDEPENDENT • SAN MATEO WEEKLY • REDWOOD CITY TRIBUNE • ENQUIRER-BULLETIN • FOSTER CITY PROGRESS •

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>**- and -**<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11 Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered) |

**AMENDED NOTICE OF HEARING ON APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (D) OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE THAT:**

1. **The Plan and Proposed Disclosure Statement.** On February 7, 2020, pursuant to section 1125 of the Bankruptcy Code, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the proposed disclosure statement [Docket No. 5700] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, dated January 31, 2020* [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**"). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Proposed Disclosure Statement.

2. **Solicitation Procedures Motion.** In accordance with the amended Disclosure Statement approval and Plan confirmation schedule established by the Court [Docket No. 5732] (the "**Scheduling Order**"), the Debtors will file, on or before February 18, 2020, a Motion requesting, *inter alia*, that the Court (i) approve Plan solicitation and voting procedures, and (ii) approve the forms of Ballots, Solicitation Packages, and related notices to be sent to the Debtors' creditors and equity interest holders in connection with confirmation of the Plan (the "**Solicitation Procedures Motion**").

3. **Disclosure Statement Hearing.** A hearing (the "**Disclosure Statement Hearing**") to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time), and, if needed, March 11, 2020 at 10:00 a.m. (Prevailing Pacific Time),** in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "**Bankruptcy Court**"), 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, or as soon thereafter as counsel can be heard. The Disclosure Statement Hearing may be continued from time to time without further notice to creditors, equity interest holders, or other parties in interest other than by an announcement in the Bankruptcy Court of such continuance or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

4. **Objections or Responses to the Proposed Disclosure Statement and Solicitation Procedures Motion.**

a. **Core Parties.** Pursuant to the Court's Scheduling Order, the following parties (collectively, the "**Core Parties**") must serve any responses or objections to approval of the Proposed Disclosure Statement or any of the relief sought in the Solicitation Procedures Motion (each, a "**Disclosure Statement or Solicitation Objection**") by e-mail on the parties listed in Paragraph 4.c.(v)C-L below (**BUT NOT FILED OR SENT TO THE BANKRUPTCY COURT**) so as to be received no later than **4:00 p.m. on February 28, 2020 (Prevailing Pacific Time)**: (i) the Tort Claimants Committee; (ii) the Creditors Committee; (iii) the U.S. Trustee; (iv) the Ad Hoc Group of Subrogation Claimholders; (v) the Ad Hoc Committee of Senior Unsecured Noteholders; (vi) the U.S. Department of Justice; (vii) the Office of the California Attorney General; (viii) Governor Gavin Newsom; (ix) the California Public Utilities Commission; (x) the Ad Hoc Committee of Holders of Trade Claims; (xi) Valley Clean Energy Alliance; (xii) City and County of San Francisco; (xiii) South San Joaquin Irrigation District; (xiv) BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes; (xv) Adventist Health System/West and Feather River Hospital; and (xvi) the Consenting Fire Claimant Professional Group. Counsel for any of the Core Parties who have served objections or responses shall meet and confer with counsel for the Debtors and the Shareholder Proponents no later than March 5, 2020, to attempt to resolve any Disclosure Statement or Solicitation Objections. To the extent any Disclosure Statement or Solicitation Objection of a Core Party is not resolved during such meet and confer, the applicable Core Party shall file and serve its Disclosure Statement or Solicitation Objection in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

b. **All Other Parties.** Pursuant to the Court's Scheduling Order, Disclosure Statement or Solicitation Objections of any other parties (*e.g.*, parties other than the Core Parties) must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

c. **Response and Objection Procedures.** Disclosure Statement or Solicitation Objections must:

(i) Be in writing;

(ii) State the name and address of the objecting party and the amount and nature of the Claim or Interest of such party;

(iii) State with particularity **in short, concise bullet points** (without points and authorities in support), the basis and nature of any objection or response to the Proposed Disclosure Statement and include, where appropriate, proposed language to be incorporated into the Proposed Disclosure Statement to resolve any such objection or response;

(iv) Conform to the Bankruptcy Rules, the Bankruptcy Local Rules, the *Order Establishing Procedures for Disclosure Statement and Confirmation Hearing* (N.D. Cal. May 2017) (Montali, J.), and the Scheduling Order; and

(v) Be served on the following parties:

A. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102;

B. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

C. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kellerbenvenutti.com) and Jane Kim, Esq. (jkim@kellerbenvenutti.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq. (onasab@cravath.com));

D. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

E. The attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. (egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq. (fmerola@stroock.com));

F. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. (david.schiff@davispolk.com), and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

G. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W. Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq. (bhermann@paulweiss.com), Walter R. Rieman, Esq. (wrieman@paulweiss.com), Sean A. Mitchell, Esq. (smitchell@paulweiss.com), and Neal P. Donnelly, Esq. (ndonnelly@paulweiss.com));

H. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Kahlil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067 (Attn: Gregory A. Bray, Esq. (GBray@milbank.com) and Thomas R. Kreller, Esq. (TKreller@milbank.com));

I. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

J. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G Minias Esq. (jminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

K. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James O. Johnston, Esq. (jjohnston@jonesday.com)); and

L. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), Ira S. Dizengoff, Esq. (idizengoff@akingump.com), David H. Botter, Esq. (dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

**THE COURT NARROWLY CONSTRUES SECTION 1125(a)(1) OF THE BANKRUPTCY CODE. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT ARE TO MAKE SURE THAT ADEQUATE DISCLOSURE WILL ENABLE AN IMPAIRED CREDITOR OR SHAREHOLDER TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT SHOULD NOT INCLUDE OBJECTIONS TO CONFIRMATION, ALTERNATIVES TO THE PLAN, OR OTHER IRRELEVANT MATTERS. THE ONLY EXCEPTION IS THAT AN OBJECTION MAY BE BASED UPON A GOOD FAITH BELIEF THAT THE PROPOSED PLAN IS UNCONFIRMABLE AS A MATTER OF LAW. THE COURT WILL NOT TREAT THE ABSENCE OF AN OBJECTION TO CONFIRMATION AS A WAIVER OF SUCH AN OBJECTION FILED LATER WHEN THE PLAN IS READY TO BE CONSIDERED.**

**IF ANY OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT OR THE SOLICITATION PROCEDURES MOTION IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT OR ANY OF THE RELIEF SOUGHT IN CONNECTION WITH THE SOLICITATION PROCEDURES MOTION AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. **Other Relevant Dates.** The Scheduling Order also approved and established the following dates and deadlines:

a. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan.

b. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing summary of Fire Victim Claims Resolution Procedures.

c. February 28, 2020: Deadline to file substantially final form of Subrogation Wildfire Trust Agreement.

d February 28, 2020: Deadline for Debtors to file proposed executive summary of Plan treatment of Fire Victim Claims (this document is referred to as the Fire Victim Claim Plan Treatment Summary in the Proposed Disclosure Statement).

e. March 3, 2020: Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures

f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan.

g. March 9, 2020: Debtors to file revised or amended Plan and Proposed Disclosure Statement.

h. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for submitting Ballots to accept or reject the Plan.

i. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing and serving objections to Plan confirmation.

j. May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time): Pre-confirmation scheduling conference. **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time) to discuss scheduling any evidentiary matters to be dealt with in connection with the Confirmation Hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.**

k. May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time): First day of Confirmation Hearing.

6. **Miscellaneous.** The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) are on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at no cost at https://restructuring.primeclerk.com/pge/. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be: (i) examined by interested parties during normal business hours at the office of the Clerk on a public computer terminal; (ii) accessed for a fee via PACER at http://www.canb.uscourts.gov/; and (iii) obtained by written request to the Debtors' solicitation agent, Prime Clerk LLC ("**Prime Clerk**" or the "**Solicitation Agent**"), at the address or e-mail address below: **If by standard, overnight, or hand delivery:** PG&E Information c/o Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165; **If by e-mail to:** pgeinfo@primeclerk.com.

**THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT PROVIDE, LEGAL ADVICE.**

Dated: February 11, 2020

**NOTICE OF VOTE CENTERS**

NOTICE IS HEREBY GIVEN that the Presidential Pri
day of March 2020 at which election the polls will be op
3rd of February 2020 until March 2nd, 2020, and 7:00
and that during said hours, said election will be held a

| LOCATION NAME | |
|---|---|
| February 3 thr | |
| Registration & Elections Division | 4 |
| Assessor-County Clerk-Recorder | 5 |
| Main Library | 8 |
| February 22 thr | |
| City Hall | 3 |
| Lewis and Joan Platt East Palo Alto Family YMCA, City Room | 5 |
| Emergency Operations Center | 5 |
| Fair Oaks Community Center | 2 |
| Senior Center | 1 |
| Mid-Peninsula Boys & Girls Club, Teen Center | 2 |
| February 29 thr | |
| Menlo College, Atherton Hall | 1 |
| City Hall, Emergency Operations Center | 1 |
| City Hall, Council Chambers | 5 |
| St. Paul's Episcopal Church, Foote Hall | 4 |
| Town Hall, Council Chambers | 1 |
| Albert Teglia Community Center | 2 |
| Doelger Senior Center, Room 5 | 1 |
| Bayshore Community Center | 4 |
| Jefferson Union High School District, Room 200 | 6 |
| Saint Francis of Assisi Church | 1 |
| William E. Walker Recreation Center, Lagoon Room | 6 |
| Bayside Community Church, Parish Hall | 1 |
| Town Hall | 1 |
| Arrillaga Recreation Center, Sequoia Room | 7 |
| Onetta Harris Community Center, Multipurpose Room | 1 |
| Community Center | 6 |
| Farallone View Elementary School | 1 |
| St. Peter Parish | 7 |
| Historic Schoolhouse | 7 |
| Community Activities Building, Room 1 | 1 |
| Woodside Fire Protection District Station 19, Training Room | 4 |
| San Mateo Office of Education, Arroyo Room | 1 |
| City Hall | 1 |
| City Hall, Conference Room 115 | 5 |
| Skyline College, Pacific Heights Building 19, Room PH-314 | 3 |
| Crestview Park Clubhouse | 3 |
| San Carlos Library, Conference Room | 6 |
| San Mateo County Health Department Administration, Room 100 | 2 |
| San Mateo Adult School, Saturn Room | 7 |
| San Mateo Senior Center, Library | 2 |
| Joseph A. Fernekes Recreation Building | 7 |
| Aegis Living, Library | 2 |
| Woodside Village Church | 3 |

In accordance with California Elections Code Sectior
and continuing daily up to and including the fourth da
least one vote center is provided for every 50,000 re
as determined on the 88th day before the day of the
smcacre.org or call (650) 312-5222.

By order of the Chief Elections Officer & Assessor-Coun

February 19, 2020

## GOVERNMENT

**Notice of Issuance of RFP**

The Department of Children, Youth and Their Families announces the issuance of a Request for Proposals (RFP) for the Commercial Food Service Vendor for San Francisco Summer Food Service and Child and Adult Care Food Program. Qualifying agencies will be required to comply with the federal, state and local regulations governing the program. Final awards are subject to availability of funds, contract terms, and rights.

The RFP will be released on February 24, 2020. The RFP and required forms may be downloaded from www.dcyf.org or picked up in person Monday-Friday from 9:00 a.m. to 4:00 p.m. at 1390 Market Street, Suite 900, in San Francisco. Proposals are due no later than Friday, March 20, 2020, at 4:00 p.m.

For more information, conta
Michelle Kim at (415) 93
4838 or michelle.kim@dc
org.

## CIVIL

**ORDER TO SHOW CAUSE FOR CHANGE OF NAME**

Case No. 20CIV00570

Superior Court of Californi
County of San Mateo

Petition of: Annie Pui Yi Ta
on behalf of Briana Grace Su
for Change of Name

TO ALL INTERESTE
PERSONS:

Petitioner Annie Pui Yi Tam
behalf of Briana Grace Su
filed a petition with this cou
for a decree changing nam
as follows:

Briana Grace Sue to Bria
Grace Tam-Sue

The Court orders that
persons interested in th

San Francisco Examiner · Since 1865

# PUBLIC NOTICES

San Mateo County: 650-556-1556 E-mail: smlegals@sfmediaco.com
San Francisco: 415-314-1835 E-mail: sflegals@sfmediaco.com

SAN FRANCISCO EXAMINER • DALY CITY INDEPENDENT • SAN MATEO WEEKLY • REDWOOD CITY TRIBUNE • ENQUIRER-BULLETIN • FOSTER CITY PROGRESS • MILLBRAE - SAN BRUNO SUN • BOUTIQUE & VILLAGER

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>**- and -**<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11 Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered) |

**AMENDED NOTICE OF HEARING ON APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (D) OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE THAT:**

1. **The Plan and Proposed Disclosure Statement.** On February 7, 2020, pursuant to section 1125 of the Bankruptcy Code, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the proposed disclosure statement [Docket No. 5700] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization*, *dated January 31, 2020* [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**"). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Proposed Disclosure Statement.

2. **Solicitation Procedures Motion.** In accordance with the amended Disclosure Statement approval and Plan confirmation schedule established by the Court [Docket No. 5732] (the "**Scheduling Order**"), the Debtors will file, on or before February 18, 2020, a Motion requesting, *inter alia*, that the Court (i) approve Plan solicitation and voting procedures, and (ii) approve the forms of Ballots, Solicitation Packages, and related notices to be sent to the Debtors' creditors and equity interest holders in connection with confirmation of the Plan (the "**Solicitation Procedures Motion**").

3. **Disclosure Statement Hearing.** A hearing (the "**Disclosure Statement Hearing**") to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time), and, if needed, March 11, 2020 at 10:00 a.m. (Prevailing Pacific Time),** in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "**Bankruptcy Court**"), 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, or as soon thereafter as counsel can be heard. The Disclosure Statement Hearing may be continued from time to time without further notice to creditors, equity interest holders, or other parties in interest other than by an announcement in the Bankruptcy Court of such continuance or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

4. **Objections or Responses to the Proposed Disclosure Statement and Solicitation Procedures Motion.**

a. **Core Parties**. Pursuant to the Court's Scheduling Order, the following parties (collectively, the "**Core Parties**") must serve any responses or objections to approval of the Proposed Disclosure Statement or any of the relief sought in the Solicitation Procedures Motion (each, a "**Disclosure Statement or Solicitation Objection**") by e-mail on the parties listed in Paragraph 4.c.(v)C-L below (**BUT NOT FILED OR SENT TO THE BANKRUPTCY COURT**) so as to be received no later than **4:00 p.m. on February 28, 2020 (Prevailing Pacific Time)**: (i) the Tort Claimants Committee; (ii) the Creditors Committee; (iii) the U.S. Trustee; (iv) the Ad Hoc Group of Subrogation Claimholders; (v) the Ad Hoc Committee of Senior Unsecured Noteholders; (vi) the U.S. Department of Justice; (vii) the Office of the California Attorney General; (viii) Governor Gavin Newsom; (ix) the California Public Utilities Commission; (x) the Ad Hoc Committee of Holders of Trade Claims; (xi) Valley Clean Energy Alliance; (xii) City and County of San Francisco; (xiii) South San Joaquin Irrigation District; (xiv) BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes; (xv) Adventist Health System/West and Feather River Hospital; and (xvi) the Consenting Fire Claimant Professional Group. Counsel for any of the Core Parties who have served objections or responses shall meet and confer with counsel for the Debtors and the Shareholder Proponents no later than March 5, 2020, to attempt to resolve any Disclosure Statement or Solicitation Objections. To the extent any Disclosure Statement or Solicitation Objection of a Core Party is not resolved during such meet and confer, the applicable Core Party shall file and serve its Disclosure Statement or Solicitation Objection in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

b. **All Other Parties.** Pursuant to the Court's Scheduling Order, Disclosure Statement or Solicitation Objections of any other parties (*e.g.*, parties other than the Core Parties) must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

c. **Response and Objection Procedures.** Disclosure Statement or Solicitation Objections must:

(i) Be in writing;

(ii) State the name and address of the objecting party and the amount and nature of the Claim or Interest of such party;

(iii) State with particularity **in short, concise bullet points** (without points and authorities in support), the basis and nature of any objection or response to the Proposed Disclosure Statement and include, where appropriate, proposed language to be incorporated into the Proposed Disclosure Statement to resolve any such objection or response;

(iv) Conform to the Bankruptcy Rules, the Bankruptcy Local Rules, the *Order Establishing Procedures for Disclosure Statement and Confirmation Hearing* (N.D. Cal. May 2017) (Montali, J.), and the Scheduling Order; and

(v) Be served on the following parties:

A. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102;

B. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

C. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kellerbenvenutti.com) and Jane Kim, Esq. (jkim@kellerbenvenutti.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq. (onasab@cravath.com));

D. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

E. The attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. (egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq. (fmerola@stroock.com));

F. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. (david.schiff@davispolk.com), and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

G. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W. Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq. (bhermann@paulweiss.com), Walter R. Rieman, Esq. (wrieman@paulweiss.com), Sean A. Mitchell, Esq. (smitchell@paulweiss.com), and Neal P. Donnelly, Esq. (ndonnelly@paulweiss.com));

H. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Kahlil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067 (Attn: Gregory A. Bray, Esq. (GBray@milbank.com) and Thomas R. Kreller, Esq. (TKreller@milbank.com));

I. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

J. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G Minias Esq. (jminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

K. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James O. Johnston, Esq. (jjohnston@jonesday.com)); and

L. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), Ira S. Dizengoff, Esq. (idizengoff@akingump.com), David H. Botter, Esq. (dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

**THE COURT NARROWLY CONSTRUES SECTION 1125(a)(1) OF THE BANKRUPTCY CODE. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT ARE TO MAKE SURE THAT ADEQUATE DISCLOSURE WILL ENABLE AN IMPAIRED CREDITOR OR SHAREHOLDER TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT SHOULD NOT INCLUDE OBJECTIONS TO CONFIRMATION, ALTERNATIVES TO THE PLAN, OR OTHER IRRELEVANT MATTERS. THE ONLY EXCEPTION IS THAT AN OBJECTION MAY BE BASED UPON A GOOD FAITH BELIEF THAT THE PROPOSED PLAN IS UNCONFIRMABLE AS A MATTER OF LAW. THE COURT WILL NOT TREAT THE ABSENCE OF AN OBJECTION TO CONFIRMATION AS A WAIVER OF SUCH AN OBJECTION FILED LATER WHEN THE PLAN IS READY TO BE CONSIDERED.**

**IF ANY OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT OR THE SOLICITATION PROCEDURES MOTION IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT OR ANY OF THE RELIEF SOUGHT IN CONNECTION WITH THE SOLICITATION PROCEDURES MOTION AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. **Other Relevant Dates.** The Scheduling Order also approved and established the following dates and deadlines:

a. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan.

b. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing summary of Fire Victim Claims Resolution Procedures.

c. February 28, 2020: Deadline to file substantially final form of Subrogation Wildfire Trust Agreement.

d February 28, 2020: Deadline for Debtors to file proposed executive summary of Plan treatment of Fire Victim Claims (this document is referred to as the Fire Victim Claim Plan Treatment Summary in the Proposed Disclosure Statement).

e. March 3, 2020: Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures

f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan.

g. March 9, 2020: Debtors to file revised or amended Plan and Proposed Disclosure Statement.

h. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for submitting Ballots to accept or reject the Plan.

i. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing and serving objections to Plan confirmation.

j. May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time): Pre-confirmation scheduling conference. **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time) to discuss scheduling any evidentiary matters to be dealt with in connection with the Confirmation Hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.**

k. May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time): First day of Confirmation Hearing.

6. **Miscellaneous.** The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) are on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at no cost at https://restructuring.primeclerk.com/pge/. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be: (i) examined by interested parties during normal business hours at the office of the Clerk on a public computer terminal; (ii) accessed for a fee via PACER at http://www.canb.uscourts.gov/; and (iii) obtained by written request to the Debtors' solicitation agent, Prime Clerk LLC ("**Prime Clerk**" or the "**Solicitation Agent**"), at the address or e-mail address below: **If by standard, overnight, or hand delivery:** PG&E Information c/o Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165; **If by e-mail to:** pgeinfo@primeclerk.com.

**THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT PROVIDE, LEGAL ADVICE.**

Dated: February 11, 2020

**NOTICE OF VOTE CENTERS IN SAN MATEO COUNTY, CALIFORNIA**

NOTICE IS HEREBY GIVEN that the Presidential Primary Election is to be held in the County of San Mateo on the 3rd day of March 2020 at which election the polls will be open from the hour of 9:00 AM to the hour of 5:00 PM beginning the 3rd of February 2020 until March 2nd, 2020, and 7:00 AM to the hour of 8:00 PM on Election Day, the 3rd of March 2020, and that during said hours, said election will be held at the legally designated Vote Centers in the County.

| LOCATION NAME | LOCATION | PRECINCTS |
|---|---|---|
| **February 3 through March 3** | | |
| Registration & Elections Division | 40 Tower Road, San Mateo, CA 94402 | All |
| Assessor-County Clerk-Recorder | 555 County Center, Redwood City, CA 94063 | All |
| Main Library | 840 West Orange Avenue, South San Francisco, CA 94080 | All |
| **February 22 through March 3** | | |
| City Hall | 333 90th Street, Daly City, CA 94015 | All |
| Lewis and Joan Platt East Palo Alto Family YMCA, City Room | 550 Bell Street, East Palo Alto, CA 94303 | All |
| Emergency Operations Center | 537 Kelly Avenue, Half Moon Bay, CA 94019 | All |
| Fair Oaks Community Center | 2600 Middlefield Road, Redwood City, CA 94063 | All |
| Senior Center | 1555 Crystal Springs Road, San Bruno, CA 94066 | All |
| Mid-Peninsula Boys & Girls Club, Teen Center | 200 North Quebec Street, San Mateo, CA 94401 | All |
| **February 29 through March 3** | | |
| Menlo College, Atherton Hall | 1000 El Camino Real, Atherton, CA 94027 | All |
| City Hall, Emergency Operations Center | 1 Twin Pines Lane, Belmont, CA 94002 | All |
| City Hall, Council Chambers | 50 Park Place, Brisbane, CA 94005 | All |
| St. Paul's Episcopal Church, Foote Hall | 415 El Camino Real, Burlingame, CA 94010 | All |
| Town Hall, Council Chambers | 1198 El Camino Real, Colma, CA 94014 | All |
| Albert Teglia Community Center | 285 Abbot Avenue, Daly City, CA 94014 | All |
| Doelger Senior Center, Room 5 | 101 Lake Merced Boulevard, Daly City, CA 94015 | All |
| Bayshore Community Center | 450 Martin Street, Daly City, CA 94014 | All |
| Jefferson Union High School District, Room 200 | 699 Serramonte Boulevard, Daly City, CA 94015 | All |
| Saint Francis of Assisi Church | 1425 Bay Road, East Palo Alto, CA 94303 | All |
| William E. Walker Recreation Center, Lagoon Room | 650 Shell Boulevard, Foster City, CA 94404 | All |
| Bayside Community Church, Parish Hall | 1401 Beach Park Boulevard, Foster City, CA 94404 | All |
| Town Hall | 1600 Floribunda Avenue, Hillsborough, CA 94010 | All |
| Arrillaga Recreation Center, Sequoia Room | 700 Alma Street, Menlo Park, CA 94025 | All |
| Onetta Harris Community Center, Multipurpose Room | 100 Terminal Avenue, Menlo Park, CA 94025 | All |
| Community Center | 623 Magnolia Avenue, Millbrae, CA 94030 | All |
| Farallone View Elementary School | 1100 Le Conte Avenue, Montara, CA 94037 | All |
| St. Peter Parish | 700 Oddstad Boulevard, Pacifica, CA 94044 | All |
| Historic Schoolhouse | 765 Portola Road, Portola Valley, CA 94028 | All |
| Community Activities Building, Room 1 | 1400 Roosevelt Avenue, Redwood City CA 94061 | All |
| Woodside Fire Protection District Station 19, Training Room | 4091 Jefferson Avenue, Redwood City CA 94062 | All |
| San Mateo Office of Education, Arroyo Room | 101 Twin Dolphin Drive, Redwood City CA 94065 | All |
| City Hall | 1017 Middlefield Road, Redwood City, CA 94063 | All |
| City Hall, Conference Room 115 | 567 El Camino Real, San Bruno, CA 94066 | All |
| Skyline College, Pacific Heights Building 19, Room PH-314 | 3300 College Drive, San Bruno, CA 94066 | All |
| Crestview Park Clubhouse | 350 Crestview Drive, San Carlos, CA 94070 | All |
| San Carlos Library, Conference Room | 610 Elm Street, San Carlos, CA 94070 | All |
| San Mateo County Health Department Administration, Room 100 | 225 West 37th Avenue, San Mateo, CA 94403 | All |
| San Mateo Adult School, Saturn Room | 789 East Poplar Avenue, San Mateo, CA 94401 | All |
| San Mateo Senior Center, Library | 2645 Alameda de las Pulgas, San Mateo, CA 94403 | All |
| Joseph A. Fernekes Recreation Building | 781 Tennis Drive, South San Francisco, CA 94080 | All |
| Aegis Living, Library | 2280 Gellert Boulevard, South San Francisco, CA 94080 | All |
| Woodside Village Church | 3154 Woodside Road, Woodside, CA 94062 | All |

In accordance with California Elections Code Section 4005(4)(A), beginning 10 days before the day of the election and continuing daily up to and including the fourth day before the election, for a minimum of eight hours per day, at least one vote center is provided for every 50,000 registered voters within the jurisdiction where the election is held, as determined on the 88th day before the day of the election. For more information please visit our website at www.smcacre.org or call (650) 312-5222.

By order of the Chief Elections Officer & Assessor-County Clerk-Recorder of the County of San Mateo, State of California.

February 19, 2020

Mark Church
Chief Elections Officer & Assessor-County Clerk-Recorder

**CNS-3332710#**

## GOVERNMENT

**Notice of Issuance of RFP**

The Department of Children, Youth and Their Families announces the issuance of a Request for Proposals (RFP) for the Commercial Food Service Vendor for San Francisco Summer Food Service and Child and Adult Care Food Program. Qualifying agencies will be required to comply with the federal, state and local regulations governing the program. Final awards are subject to availability of funds, contract terms, and rights.

The RFP will be released on February 24, 2020. The RFP and required forms may be downloaded from www.dcyf.org or picked up in person Monday-Friday from 9:00 a.m. to 4:00 p.m. at 1390 Market Street, Suite 900, in San Francisco. Proposals are due no later than Friday, March 20, 2020, at 4:00 p.m.

For more information, contact Michelle Kim at (415) 934-4838 or michelle.kim@dcyf.org.

## CIVIL

**ORDER TO SHOW CAUSE FOR CHANGE OF NAME**

Case No. 20CIV00570

Superior Court of California, County of San Mateo

Petition of: Annie Pui Yi Tam on behalf of Briana Grace Sue for Change of Name

TO ALL INTERESTED PERSONS:

Petitioner Annie Pui Yi Tam on behalf of Briana Grace Sue filed a petition with this court for a decree changing names as follows:

Briana Grace Sue to Briana Grace Tam-Sue

The Court orders that all persons interested in this matter appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.

Notice of Hearing:

Date: 03/13/2020, Time: 9 am, Dept.: PJ

The address of the court is 400 County Center, Redwood City, CA 94033

A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county: The Examiner

Date: JAN 29, 2020

Jonathan E. Karesh

Judge of the Superior Court

2/12, 2/19, 2/26, 3/4/20

**NPEN-3341915#**

**EXAMINER - BOUTIQUE & VILLAGER**

**AMENDED SUMMONS (Family Law) CITACIÓN (Derecho familiar)**

CASE NUMBER (NÚMERO DE CASO): FDI-18-790562

**NOTICE TO RESPONDENT (Name): AVISO AL DEMANDADO (Nombre):** Weiqu YE aka Wai Keoi YIP

You have been sued. Read the information below and on the next page.

Lo han demandado. Lea la información a continuación y en la página siguiente.

**Petitioner's name is: Nombre del demandante:** Yingzhu ZHENG

You have **30 calendar days** after this Summons and Petition are served on you to file a Response (form FL-120) at the court and have a copy

Case: 19-30088 Doc# 5944-2 Filed: 02/27/20 Entered: 02/27/20 20:23:06 Page 9 of 50

**Exhibit T**

# AFFIDAVIT OF PUBLICATION

**In The Matter Of:  PG&E BANKRUPTCY NOTICE**

**Advertisement for – PG&E CORPORATION**

This is to certify that a ¼ page ad appeared on PGA7

Newspaper name: SISKIYOU DAILY NEWS

On (Dates) 2/19/20

Signature

Send Classifieds Ads To
CLASSIFIEDS@SISKIYOUDAILY.COM

Yard Sale Special $19.99
25 WORDS • FRIDAY 3PM DEADLINE

## MISCELLANEOUS
STATE/NATIONAL

**SAVE BIG on HOME INSURANCE!**
Compare 20 A-rated Insurance companies. Let us do the shopping & save you time & money. Get a quote within minutes. Average savings of $444/year! Call 877-594-0878. (M-F 8am-8pm Central)

**SELECTQUOTE I DEDICATED TO FINDING A**
Medicare plan right for you and your wallet. Call 844-361-4727 today and receive a free quote from one of our multiple carriers.

**STAY IN YOUR HOME LONGER WITH AN AMERICAN STANDARD WALK-IN BATHTUB.**
Receive up to $1,500 off, including a free toilet, and a lifetime warranty on the tub and installation! Call us at 1-844-252-0740 (Cal-SCAN)

**STILL PAYING TOO MUCH FOR YOUR MEDICATION?**
Save up to 90% on RX refill! Order today and receive free shipping on 1st order - prescription required. Call 1-855-335-0738

**STRUGGLING WITH YOUR PRIVATE STUDENT LOAN PAYMENT?**
New relief programs can reduce your payments. Learn your options. Good credit not necessary. **Call the Helpline 866-305-5862** (Mon-Fri 9am-5pm Eastern) (Cal-SCAN)

**TOP CA$H PAID FOR OLD GUITARS!**
1920-1980 Gibson, Martin, Fender, Gretsch, Epiphone, Guild, Mosrite, Rickenbacker, Prairie State, D'Angelico, Stromberg. And Gibson Mandolins / Banjos. 1-800-401-0440

**VIAGRA**
100mg, CIALIS 20mg 90 tabs + 10 FREE, $99 includes FREE SHIPPING. 1-888-836-0780 (Cal-SCAN)

## MISCELLANEOUS
STATE/NATIONAL

**BATHROOM RENOVATIONS.**
EASY, ONE DAY updates! We specialize in safe bathing. Grab bars, no slip flooring & seated showers. Call for a free in-home consultation: 855-980-4002

**EVERY BUSINESS HAS A STORY TO TELL!**
Get your message out with California's PRMedia Release – the only Press Release Service operated by the press to get press! For more info contact Cecelia @ 916-288-6011 or http://prmediarelease.com/california (Cal-SCAN)

**WATER DAMAGE TO YOUR HOME?**
Call for a quote for professional cleanup and maintain the value of your home! Set an appt. today! Call 1-855-401-7069.

## FREE PETS

**FREE TO LOVING FAMILY!**
7 year old male German Shepherd. (German bred) Responds to bilingual commands, very social and safe with adults and children. Lives inside, excellent indoor manners. Almost always quiet, does not bark unless attending to matters of security. Perfect car manners. 530-938-4185

MADE OF PIXELS, NOT PAPER!
EXACTLY AS IT APPEARS IN PRINT • EASY TO NAVIGATE
$24.99 E-EDITION SUBSCRIPTION SPECIAL!

## AUTOS
STATE/NATIONAL

**CASH FOR CARS:**
We Buy Any Condition Vehicle, 2002 and Newer. Nation's Top Car Buyer! Free Towing from Anywhere! Call Now! 1-888-995-2702.

**DONATE YOUR CAR TO CHARITY.**
Receive maximum value of write off for your taxes. Running or not! All conditions accepted. Free pickup. Call for details. 855-986-8602

## FREEBIES

**FREE CABINETS!**
Great for garage, shop, or studio. 530-926-3389

The Deadline for CLASSIFIEDS! Fridays at 3pm! For the following week's paper.

## AUTO PARTS/ACCESSORIES

**FOR SALE! SET OF (4) GOODYEAR WRANGLER AT/S TIRES**
275/65R18. Still lots of good tread. Would rather sell the whole set together. **Call Robert** 530-643-3411

ASK ANNIE

# Crazy about boyfriend or just stir crazy?

**Dear Annie,**

I have been seeing this guy for about eight months now and don't know how to explain what the situation is. He always comes to my house, and we watch TV and do a lot of talking. I feel like I have known him my whole life and am so comfortable with him.

My problem is that we never go out or do anything together. I have asked him if he is embarrassed to be seen in public with me, and all he says, emphatically, is no, and then he changes the subject.

I truly think I'm going crazy. What do I do?

**Homebound**

Annie Lane

**Dear Homebound,**

Don't end it; just change it. If you want to go out on a date, then go out on a date. The next time he says he is going to come over to watch TV, tell him you will meet him at a local restaurant or movie theater to have a night out.

It is important to communicate to your partner what is important to you. If it's a nice night on the town, then insist on it. You are certainly entitled to one. If he refuses, then yes, it is time to look for a new partner.

**Dear Annie,**

Our 48-year-old daughter decided four years ago to legally change her name and deny us as family. I am her stepmother, but she has been my daughter since she was 10 years old. My husband and I are in our late 60s and 70s, respectively.

Our daughter has had a history of obtaining wonderful jobs but then having a problem with a co-worker, which always leads her to either quit or be fired. We have tried to discuss her issues with her but to no avail.

She asked four years ago if she could come live with us and we refused. She had been on government assistance from her previous job for almost a year and had not found anything of interest to her. She felt that taking a lower-paying job – as many of us have done to survive – was beneath her. We agreed to help with a few hundred dollars a month for about six months but then stopped. (Neither of us has a large income as we are both retired.)

She sent virulent, hateful letters to my husband and his ex-wife (her mother) and myself, saying her father and mother abused her, and that I had no right to think of her as my daughter.

I believe she needs counseling, but she does not accept that idea. I have offered to go with her. I have sent texts every birthday and holiday stating she is always welcome at our house should she decide to come.

I miss her, and I am feeling uncertain that I made the right decision. Were we very wrong? I pray for her every week of my life and always will.

**Heartbroken Parents**

**Dear Heartbroken Parents,**

You weren't wrong. You're squarely in the right. If only that made the situation any less painful.

Your daughter appears to have some sort of mental block and does not know how to live without interpersonal conflict, as evidenced by her work history. She may have a personality disorder – something a therapist would help diagnose and treat, should your daughter ever take your advice and see one.

I'm sorry that you and your husband are grieving this lost connection with a child, and I hope in time she seeks to mend it. In the meantime, continue to affirm to yourself that you are doing all you can. Pray for her, but also pray that you can find some acceptance of the situation.

Perhaps the most frustrating fact of life is that we cannot force our loved ones to seek help. All we can do is seek peace within ourselves and hope to lead by example.

**Dear Annie,**

When my brother-in-law is sick, he loves to cough: He says he wants to spread his germs around. Recently, we went out to eat with him, and he coughed into his hands and not into his elbow. He kept coughing throughout the meal. No one wants his sickness. I find it difficult to be around him.

My brother-in-law is also a bully, and I believe this is part of his love of bullying -- spreading illness to others.

Please tell people to stay home when they are sick, cough into their elbows and see a pulmonary specialist if their cough lasts more than a month.

**Sick of the Chronic Cougher**

**Dear Sick,**

Your brother-in-law is sick in more ways than one. Shame on him. I should hope this is common sense by now, but in case anyone needs to hear it: Covering one's mouth when coughing or sneezing isn't just polite; it's a simple and effective way to reduce the spread of germs. It is best to keep tissues handy so that you can cover your mouth and nose when coughing or sneezing and promptly dispose of the used tissue. Then thoroughly wash your hands with soap and clean running water. If clean running water is unavailable, the CDC recommends using an alcohol-based hand sanitizer that contains at least 60% alcohol.

**Dear Annie,**

The end of 1998 was horrible for me. I lost my father in November to cancer, and in December, I lost my 50 year-old husband to heart issues.

What has gotten me through all these years has been to think positively and to surround myself with everything positive: my favorite music, my favorite colors in clothing, my most positive friends and, especially, my family.

I have also gone back to church and am very involved in many different projects.

**Tips to Cope**

**Dear Tips to Cope,**

Thank you for sharing what has supported you through your grief.

**"Ask Me Anything: A Year of Advice From Dear Annie" is out now! Annie Lane's debut book – featuring favorite columns on love, friendship, family and etiquette – is available. Send your questions for Annie Lane to dearannie@creators.com.**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| In re: PG&E CORPORATION, - and - PACIFIC GAS AND ELECTRIC COMPANY, Debtors. ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Company ☒ Affects both Debtors *All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Chapter 11 Case No. 19-30088 (DM) (Lead Case) (Jointly Administered) |
|---|---|

**AMENDED NOTICE OF HEARING ON APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (D) OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE THAT:**

1. **The Plan and Proposed Disclosure Statement.** On February 7, 2020, pursuant to section 1125 of the Bankruptcy Code, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the proposed disclosure statement [Docket No. 5700] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization*, *dated January 31, 2020* [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**"). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Proposed Disclosure Statement.

2. **Solicitation Procedures Motion.** In accordance with the amended Disclosure Statement approval and Plan confirmation schedule established by the Court [Docket No. 5732] (the "**Scheduling Order**"), the Debtors will file, on or before February 18, 2020, a Motion requesting, *inter alia*, that the Court (i) approve Plan solicitation and voting procedures, and (ii) approve the forms of Ballots, Solicitation Packages, and related notices to be sent to the Debtors' creditors and equity interest holders in connection with confirmation of the Plan (the "**Solicitation Procedures Motion**").

3. **Disclosure Statement Hearing.** A hearing (the "**Disclosure Statement Hearing**") to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time), and, if needed, March 11, 2020 at 10:00 a.m. (Prevailing Pacific Time),** in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "**Bankruptcy Court**"), 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, or as soon thereafter as counsel can be heard. The Disclosure Statement Hearing may be continued from time to time without further notice to creditors, equity interest holders, or other parties in interest other than by an announcement in the Bankruptcy Court of such continuance or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

4. **Objections or Responses to the Proposed Disclosure Statement and Solicitation Procedures Motion.**

a. **Core Parties**. Pursuant to the Court's Scheduling Order, the following parties (collectively, the "**Core Parties**") must serve any responses or objections to approval of the Proposed Disclosure Statement or any of the relief sought in the Solicitation Procedures Motion (each, a "**Disclosure Statement or Solicitation Objection**") by e-mail on the parties listed in Paragraph 4.c.(v)C-L below (**BUT NOT FILED OR SENT TO THE BANKRUPTCY COURT**) so as to be received no later than **4:00 p.m. on February 28, 2020 (Prevailing Pacific Time)**: (i) the Tort Claimants Committee; (ii) the Creditors Committee; (iii) the U.S. Trustee; (iv) the Ad Hoc Group of Subrogation Claimholders; (v) the Ad Hoc Committee of Senior Unsecured Noteholders; (vi) the U.S. Department of Justice; (vii) the Office of the California Attorney General; (viii) Governor Gavin Newsom; (ix) the California Public Utilities Commission; (x) the Ad Hoc Committee of Holders of Trade Claims; (xi) Valley Clean Energy Alliance; (xii) City and County of San Francisco; (xiii) South San Joaquin Irrigation District; (xiv) BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes; (xv) Adventist Health System/West and Feather River Hospital; and (xvi) the Consenting Fire Claimant Professional Group. Counsel for any of the Core Parties who have served objections or responses shall meet and confer with counsel for the Debtors and the Shareholder Proponents no later than March 5, 2020, to attempt to resolve any Disclosure Statement or Solicitation Objections. To the extent any Disclosure Statement or Solicitation Objection of a Core Party is not resolved during such meet and confer, the applicable Core Party shall file and serve its Disclosure Statement or Solicitation Objection in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

b. **All Other Parties.** Pursuant to the Court's Scheduling Order, Disclosure Statement or Solicitation Objections of any other parties (*e.g.*, parties other than the Core Parties) must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

c. **Response and Objection Procedures.** Disclosure Statement or Solicitation Objections must:

(i) Be in writing;

(ii) State the name and address of the objecting party and the amount and nature of the Claim or Interest of such party;

(iii) State with particularity **in short, concise bullet points** (without points and authorities in support), the basis and nature of any objection or response to the Proposed Disclosure Statement and include, where appropriate, proposed language to be incorporated into the Proposed Disclosure Statement to resolve any such objection or response;

(iv) Conform to the Bankruptcy Rules, the Bankruptcy Local Rules, the *Order Establishing Procedures for Disclosure Statement and Confirmation Hearing* (N.D. Cal. May 2017) (Montali, J.), and the Scheduling Order; and

(v) Be served on the following parties:

A. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102;

B. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

C. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kellerbenvenutti.com) and Jane Kim, Esq. (jkim@kellerbenvenutti.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq. (onasab@cravath.com));

D. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

E. The attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. (egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq. (fmerola@stroock.com));

F. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. (david.schiff@davispolk.com), and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

G. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W. Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq. (bhermann@paulweiss.com), Walter R. Rieman, Esq. (wrieman@paulweiss.com), Sean A. Mitchell, Esq. (smitchell@paulweiss.com), and Neal P. Donnelly, Esq. (ndonnelly@paulweiss.com));

H. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Kahlil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067 (Attn: Gregory A. Bray, Esq. (GBray@milbank.com) and Thomas R. Kreller, Esq. (TKreller@milbank.com));

I. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

J. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G Minias Esq. (jminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

K. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James O. Johnston, Esq. (jjohnston@jonesday.com)); and

L. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), Ira S. Dizengoff, Esq. (idizengoff@akingump.com), David H. Botter, Esq. (dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

**THE COURT NARROWLY CONSTRUES SECTION 1125(a)(1) OF THE BANKRUPTCY CODE. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT ARE TO MAKE SURE THAT ADEQUATE DISCLOSURE WILL ENABLE AN IMPAIRED CREDITOR OR SHAREHOLDER TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT SHOULD NOT INCLUDE OBJECTIONS TO CONFIRMATION, ALTERNATIVES TO THE PLAN, OR OTHER IRRELEVANT MATTERS. THE ONLY EXCEPTION IS THAT AN OBJECTION MAY BE BASED UPON A GOOD FAITH BELIEF THAT THE PROPOSED PLAN IS UNCONFIRMABLE AS A MATTER OF LAW. THE COURT WILL NOT TREAT THE ABSENCE OF AN OBJECTION TO CONFIRMATION AS A WAIVER OF SUCH AN OBJECTION FILED LATER WHEN THE PLAN IS READY TO BE CONSIDERED.**

**IF ANY OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT OR THE SOLICITATION PROCEDURES MOTION IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT OR ANY OF THE RELIEF SOUGHT IN CONNECTION WITH THE SOLICITATION PROCEDURES MOTION AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. **Other Relevant Dates.** The Scheduling Order also approved and established the following dates and deadlines:

a. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan.

b. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing summary of Fire Victim Claims Resolution Procedures.

c. February 28, 2020: Deadline to file substantially final form of Subrogation Wildfire Trust Agreement.

d February 28, 2020: Deadline for Debtors to file proposed executive summary of Plan treatment of Fire Victim Claims (this document is referred to as the Fire Victim Claim Plan Treatment Summary in the Proposed Disclosure Statement).

e. March 3, 2020: Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures

f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan.

g. March 9, 2020: Debtors to file revised or amended Plan and Proposed Disclosure Statement.

h. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for submitting Ballots to accept or reject the Plan.

i. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing and serving objections to Plan confirmation.

j. May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time): Pre-confirmation scheduling conference. **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time) to discuss scheduling any evidentiary matters to be dealt with in connection with the Confirmation Hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.**

k. May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time): First day of Confirmation Hearing.

6. **Miscellaneous.** The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) are on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at no cost at https://restructuring.primeclerk.com/pge/. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be: (i) examined by interested parties during normal business hours at the office of the Clerk on a public computer terminal; (ii) accessed for a fee via PACER at http://www.canb.uscourts.gov/; and (iii) obtained by written request to the Debtors' solicitation agent, Prime Clerk LLC ("**Prime Clerk**" or the "**Solicitation Agent**"), at the address or e-mail address below: **If by standard, overnight, or hand delivery:** PG&E Information c/o Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165; **If by e-mail to:** pgeinfo@primeclerk.com.

**THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT PROVIDE, LEGAL ADVICE.**

Dated: February 11, 2020

Caltrans

# PUBLIC NOTICE

CALIFORNIA DEPARTMENT OF TRANSPORTATION

## Yreka Rehab Project | Caltrans District 2

NOTICE OF INTENT TO ADOPT A NEGATIVE DECLARATION PURSUANT TO CEQA

### What Is Planned

The California Department of Transportation (Caltrans), with the Federal Highway Administration (FHWA), is proposing a roadway rehabilitation project on State Route (SR) 3 in the City of Yreka in Siskiyou County. The project includes the segment of SR 3 from post mile R46.8 to R48.0 (this section of roadway has a post mile equation [L50.16 = R47.38]), Moonlit Oaks Avenue between SR 3 and Fairlane Road, and a section of SR 263 from post mile 49.1 to 49.4. The project is approximately 4.4 miles in length, and is primarily in an urban, main street setting. The purpose of the project is to rehabilitate the existing pavement to current design standards, increase the service life of the roadway, improve rideability for motorists, provide a multi-modal facility, establish system linkage, and improve safety for pedestrians, bicyclists, and motorists.

### Notice of Availability

Caltrans and the FHWA have prepared an Initial Study with Proposed Negative Declaration (IS/ND) for the Yreka Rehab. This notice is to inform you of the preparation of the IS/ND and of its availability for you to review. The IS/ND is being circulated for public and agency review in accordance with California Environmental Quality Act (CEQA) guidelines. It is available for public review from February 14 to March 14, 2020.

A copy of the IS/ND is available for review at Caltrans District 2, 1031 Butte Street, Redding, and the Siskiyou County Public Library, 719 Fourth Street, Yreka. Copies of supporting technical documents are available upon request. To request a copy of the IS/ND or supporting technical documents, please contact Wesley Stroud, Office Chief at wesley.stroud@dot.ca.gov or (530) 225-3510.

Please submit any comments you may have in writing by March 21, 2020 to: California Department of Transportation, Attn: Wesley Stroud, Caltrans District 2 Office of Environmental Management, MS-30, 1657 Riverside Drive, Redding, CA 96001

### Public Meeting

Caltrans has scheduled a public meeting for the project. The meeting will be held on Wednesday, February 19, 2020, from 4:00 p.m. to 7:00 p.m. at the Best Western Miner's Inn located at 122 E Miner Street in Yreka.

***SPECIAL ACCOMODATIONS:** For individuals with sensory disabilities, this document can be made available in Braille, in large print, on audiocassette, or computer disk. To obtain a copy in one of these alternate formats, please call or write to Caltrans, Attn: Wesley Stroud, North Region Environmental Management, 1657 Riverside Drive, Redding, CA 96001; (530) 225-3510 (Voice), or use the California Relay Service TTY number, 711 or 1-800-735-2929.*

**Caltrans is an Equal Opportunity Employer.**

Case: 19-30088 Doc# 5944-2 Filed: 02/27/20 Entered: 02/27/20 20:23:06 Page 12 of 50

**Exhibit U**

 

# The Fresno Bee
fresnobee.com

Central Valley
The Valley's Lifestyle Magazine
SIERRA STAR
Serving Eastern Madera Since 1957

Vida
en el valle

# AFFIDAVIT OF PUBLICATION

| Account # | Ad Number | Identification | PO | Amount | Cols | Depth |
|---|---|---|---|---|---|---|
| 331883 | 0004565369 | | R2120057 | | 3 | 9.00 In |

PG&E Corporation
77 Beale Street, P.O. Box 7700
San Francisco, California 94177

**COUNTY OF DALLAS**
**STATE OF TEXAS**

The undersigned states:

McClatchy Newspapers in and on all dates herein stated was a corporation, and the owner and publisher of The Fresno Bee.
The Fresno Bee is a daily newspaper of general circulation now published, and on all-the-dates herein stated was published in the City of Fresno, County of Fresno, and has been adjudged a newspaper of general circulation by the Superior Court of the County of Fresno, State of California, under the date of November 28, 1994, Action No. 520058-9.
The undersigned is and on all dates herein mentioned was a citizen of the United States, over the age of twenty-one years, and is the principal clerk of the printer and publisher of said newspaper; and that the notice, a copy of which is hereto annexed, marked Exhibit A, hereby made a part hereof, was published in The Fresno Bee in each issue thereof (in type not smaller than nonpareil), on the following dates.

February 19, 2020

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated February 20, 2020

NOTARY PUBLIC
STATE OF TEXAS
LIZBETH AILEEN CORDERO
My Notary ID # 131868068
Expires January 25, 2023

**Extra charge for lost or duplicate affidavits.**
**Legal document please do not destroy!**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| In re:<br>**PG&E CORPORATION,**<br>**- and -**<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11 Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered) |
|---|---|

**AMENDED NOTICE OF HEARING ON APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (D) OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE THAT:**

1. **The Plan and Proposed Disclosure Statement.** On February 7, 2020, pursuant to section 1125 of the Bankruptcy Code, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the proposed disclosure statement [Docket No. 5700] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, dated January 31, 2020* [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**"). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Proposed Disclosure Statement.

2. **Solicitation Procedures Motion.** In accordance with the amended Disclosure Statement approval and Plan confirmation schedule established by the Court [Docket No. 5732] (the "**Scheduling Order**"), the Debtors will file, on or before February 18, 2020, a Motion requesting, *inter alia*, that the Court (i) approve Plan solicitation and voting procedures, and (ii) approve the forms of Ballots, Solicitation Packages, and related notices to be sent to the Debtors' creditors and equity interest holders in connection with confirmation of the Plan (the "**Solicitation Procedures Motion**").

3. **Disclosure Statement Hearing.** A hearing (the "**Disclosure Statement Hearing**") to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time), and, if needed, March 11, 2020 at 10:00 a.m. (Prevailing Pacific Time),** in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "**Bankruptcy Court**"), 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, or as soon thereafter as counsel can be heard. The Disclosure Statement Hearing may be continued from time to time without further notice to creditors, equity interest holders, or other parties in interest other than by an announcement in the Bankruptcy Court of such continuance or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

4. **Objections or Responses to the Proposed Disclosure Statement and Solicitation Procedures Motion.**

a. **Core Parties**. Pursuant to the Court's Scheduling Order, the following parties (collectively, the "**Core Parties**") must serve any responses or objections to approval of the Proposed Disclosure Statement or any of the relief sought in the Solicitation Procedures Motion (each, a "**Disclosure Statement or Solicitation Objection**") by e-mail on the parties listed in Paragraph 4.c.(v)C-L below (**BUT NOT FILED OR SENT TO THE BANKRUPTCY COURT**) so as to be received no later than **4:00 p.m. on February 28, 2020 (Prevailing Pacific Time)**: (i) the Tort Claimants Committee; (ii) the Creditors Committee; (iii) the U.S. Trustee; (iv) the Ad Hoc Group of Subrogation Claimholders; (v) the Ad Hoc Committee of Senior Unsecured Noteholders; (vi) the U.S. Department of Justice; (vii) the Office of the California Attorney General; (viii) Governor Gavin Newsom; (ix) the California Public Utilities Commission; (x) the Ad Hoc Committee of Holders of Trade Claims; (xi) Valley Clean Energy Alliance; (xii) City and County of San Francisco; (xiii) South San Joaquin Irrigation District; (xiv) BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes; (xv) Adventist Health System/West and Feather River Hospital; and (xvi) the Consenting Fire Claimant Professional Group. Counsel for any of the Core Parties who have served objections or responses shall meet and confer with counsel for the Debtors and the Shareholder Proponents no later than March 5, 2020, to attempt to resolve any Disclosure Statement or Solicitation Objections. To the extent any Disclosure Statement or Solicitation Objection of a Core Party is not resolved during such meet and confer, the applicable Core Party shall file and serve its Disclosure Statement or Solicitation Objection in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

b. **All Other Parties.** Pursuant to the Court's Scheduling Order, Disclosure Statement or Solicitation Objections of any other parties (*e.g.*, parties other than the Core Parties) must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

c. **Response and Objection Procedures.** Disclosure Statement or Solicitation Objections must:

(i) Be in writing;

(ii) State the name and address of the objecting party and the amount and nature of the Claim or Interest of such party;

(iii) State with particularity **in short, concise bullet points** (without points and authorities in support), the basis and nature of any objection or response to the Proposed Disclosure Statement and include, where appropriate, proposed language to be incorporated into the Proposed Disclosure Statement to resolve any such objection or response;

(iv) Conform to the Bankruptcy Rules, the Bankruptcy Local Rules, the *Order Establishing Procedures for Disclosure Statement and Confirmation Hearing* (N.D. Cal. May 2017) (Montali, J.), and the Scheduling Order; and

(v) Be served on the following parties:

A. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102;

B. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

C. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kellerbenvenutti.com) and Jane Kim, Esq. (jkim@kellerbenvenutti.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq. (onasab@cravath.com));

D. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

E. The attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. (egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq. (fmerola@stroock.com));

F. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. (david.schiff@davispolk.com), and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

G. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W. Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq. (bhermann@paulweiss.com), Walter R. Rieman, Esq. (wrieman@paulweiss.com), Sean A. Mitchell, Esq. (smitchell@paulweiss.com), and Neal P. Donnelly, Esq. (ndonnelly@paulweiss.com));

H. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Kahlil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067 (Attn: Gregory A. Bray, Esq. (GBray@milbank.com) and Thomas R. Kreller, Esq. (TKreller@milbank.com));

I. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

J. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G Minias Esq. (jminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

K. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James O. Johnston, Esq. (jjohnston@jonesday.com)); and

L. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), Ira S. Dizengoff, Esq. (idizengoff@akingump.com), David H. Botter, Esq. (dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

**THE COURT NARROWLY CONSTRUES SECTION 1125(a)(1) OF THE BANKRUPTCY CODE. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT ARE TO MAKE SURE THAT ADEQUATE DISCLOSURE WILL ENABLE AN IMPAIRED CREDITOR OR SHAREHOLDER TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT SHOULD NOT INCLUDE OBJECTIONS TO CONFIRMATION, ALTERNATIVES TO THE PLAN, OR OTHER IRRELEVANT MATTERS. THE ONLY EXCEPTION IS THAT AN OBJECTION MAY BE BASED UPON A GOOD FAITH BELIEF THAT THE PROPOSED PLAN IS UNCONFIRMABLE AS A MATTER OF LAW. THE COURT WILL NOT TREAT THE ABSENCE OF AN OBJECTION TO CONFIRMATION AS A WAIVER OF SUCH AN OBJECTION FILED LATER WHEN THE PLAN IS READY TO BE CONSIDERED.**

**IF ANY OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT OR THE SOLICITATION PROCEDURES MOTION IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT OR ANY OF THE RELIEF SOUGHT IN CONNECTION WITH THE SOLICITATION PROCEDURES MOTION AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. **Other Relevant Dates.** The Scheduling Order also approved and established the following dates and deadlines:

a. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan.

b. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing summary of Fire Victim Claims Resolution Procedures.

c. February 28, 2020: Deadline to file substantially final form of Subrogation Wildfire Trust Agreement.

d February 28, 2020: Deadline for Debtors to file proposed executive summary of Plan treatment of Fire Victim Claims (this document is referred to as the Fire Victim Claim Plan Treatment Summary in the Proposed Disclosure Statement).

e. March 3, 2020: Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures

f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan.

g. March 9, 2020: Debtors to file revised or amended Plan and Proposed Disclosure Statement.

h. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for submitting Ballots to accept or reject the Plan.

i. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing and serving objections to Plan confirmation.

j. May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time): Pre-confirmation scheduling conference. **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time) to discuss scheduling any evidentiary matters to be dealt with in connection with the Confirmation Hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.**

k. May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time): First day of Confirmation Hearing.

6. **Miscellaneous.** The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) are on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at no cost at https://restructuring.primeclerk.com/pge/. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be: (i) examined by interested parties during normal business hours at the office of the Clerk on a public computer terminal; (ii) accessed for a fee via PACER at http://www.canb.uscourts.gov/; and (iii) obtained by written request to the Debtors' solicitation agent, Prime Clerk LLC ("**Prime Clerk**" or the "**Solicitation Agent**"), at the address or e-mail address below: **If by standard, overnight, or hand delivery:** PG&E Information c/o Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165; **If by e-mail to:** pgeinfo@primeclerk.com.

**THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT PROVIDE, LEGAL ADVICE.**

Dated: February 11, 2020

FROM PAGE 1B

# GIANTS

it is if he can only play one."

If Dubón can build upon a 106 at-bat stint in 2019 in which he hit .274 with a .740 OPS, he would become a valuable Swiss-Army knife who can impact games in multiple ways on a regular basis. Simply by appearing in the major leagues, Dubón has already transformed his own life.

"Going out places, everyone would be like, 'You're the guy that plays baseball.' " Dubón said of the month he spent at home this offseason.

In Honduras, he isn't simply that guy. He's the only guy born and raised in the country who has ever played a MLB game.

When Dubón and his fiancée, Nancy, returned home to Honduras after their engagement at Disneyland Paris this winter, it became immediately clear their lives would be different.

"When I got to the airport. I'm usually private about when I go, but when I got to the airport, there was media and everything," Dubón said. "That was new to me. My fiancée, we came back together and she was kind of freaking out, like, 'Who is this?' and I was like, 'I don't know.' "

Dubón said there were "no quiet days" during the month he spent preparing for the 2020 season in Honduras, but he wouldn't have it any other way.

"It's amazing to get the support and how people look up to you," Dubón said. "The little kids, it's crazy when you ask who's your favorite big league player and they say it's me. It's a very unreal feeling."

The Giants' hope is that within months, kids around the Bay Area will call Dubón their favorite player, too.

PUBLIC NOTICE

#4559295

FRESNO UNIFIED SCHOOL DISTRICT
RFP #20-31, Security Guard Services

NOTICE OF INVITATION

Notice is hereby given that Fresno Unified School District will receive sealed proposals for RFP No. 20-31, Security Guard Services to provide bonded and insured security patrol and standing guard services for District schools and facilities. The RFP will result in a two-year contract term with the option to extend for three additional one-year periods.

A MANDATORY Pre-proposal conference is scheduled on **Wednesday, February 26, 2020 at 10:00 A.M.** at the District Purchasing Office located at 4498 North Brawley Ave., Fresno, CA 93722. Vendors interested in responding to this RFP must attend in order to have their proposal accepted as responsive.

Proposals will be received prior to 2:01 PM on March 13, 2020, in the Purchasing Department of the Fresno Unified School District, 4498 N. Brawley Ave., Fresno, CA 93722. Respondents shall submit one unbound original signed RFP and a USB flash drive loaded with a copy of the proposal in a sealed envelope prominently marked with the RFP number, RFP title, RFP opening time, date and name of vendor. Proposals received later than the designated time and date will not be accepted. Facsimile (FAX) or e-mailed copies of submittals will not be accepted.

Each proposal shall be accompanied by bid security in an amount of five-thousand dollars ($5,000) in the form of a cashier's check made payable to the school district, a certified check made payable to the school district, or a bidder's bond executed by an admitted surety insurer made payable to the school district.

Award will be to the most responsible, responsive proposal based on the evaluation criteria outlined in the RFP document.

The successful proposer(s) will be required to provide a continuous performance bond in the amount of twenty-five percent (25%) of the total award executed by a surety satisfactory to the District.

Fresno Unified School District reserves the right to accept or reject any or all proposals or any combination thereof and to waive any informality or irregularity in the bidding process.

Copies of the bid documents may be downloaded from the Fresno Unified Purchasing website https://www.fresnounified.org/dept/purchasing/Pages/Bid-Information.aspx, click on the RFP title, or obtained from the Fresno Unified School District Purchasing Department 4498 N. Brawley, Fresno, CA, 93722. Refer any questions to Edward Van Patten at (559) 457-3583.

Published date: February 12, 2020
February 19, 2020

PUBLIC NOTICE

#4564733

NOTICE OF PETITION TO ADMINISTER ESTATE OF:
Anita Diane Tammy
CASE NUMBER: 20CEPR00125

To all heirs, beneficiaries, creditors, contingent creditors, and persons who may otherwise be interested in the will or estate, or both, of: Anita Diane Tammy

A Petition for Probate has been filed by: Julie Gayle Nonini
in the Superior Court of California, County of: Fresno

The Petition for Probate requests that Julie Gayle Nonini be appointed as personal representative to administer the estate of the decedent.

The petition requests the decedent's will and codicils, if any, be admitted to probate. The will and any codicils are available for examination in the file kept by the court.

**A hearing on the petition will be held in this court as follows:**
**Date March 25, 2020 Time: 9 AM Dept.: 303**
**SUPERIOR COURT OF CALIFORNIA, COUNTY OF Fresno**
**1130 "O" Street, Fresno, CA 93721**
**B F Sisk**

If you object to the granting of the petition, you should appear at the hearing and state your objections or file written objections with the court before the hearing. Your appearance may be in person or by your attorney.

If you are a creditor or a contingent creditor of the decedent, you must file your claim with the court and mail a copy to the personal representative appointed by the court within the later of either (1) four months from the date of first issuance of letters to a general personal representative, as defined in section 58(b) of California Probate Code, or (2) 60 days from the date of mailing or personal delivery to you of a notice under section 9052 of the California Probate Code.
Other California statutes and legal authority may affect your rights as a creditor. You may want to consult with an attorney knowledgeable in California law.

You may examine the file kept by the court. If you are a person interested in the estate, you may file with the court a Request for Special Notice (form DE-154) of the filing of an inventory and appraisal of estate assets or of any petition or account as provided in Probate Code section 1250. A Request for Special Notice form is available from the court clerk.

**Petitioner:**
**Julie Gayle Nonini**
**5132 N. Palm Ave 3206**
**Fresno, CA 93704**
**559-681-6848**
**Pro Per**

PUBLIC NOTICE

#4569481
FRESNO UNIFIED SCHOOL DISTRICT
NOTICE TO BIDDERS

NOTICE INVITING BIDS PURSUANT TO PUBLIC CONTRACT CODE 22000, ET SEQ.
(THE UNIFORM PUBLIC CONSTRUCTION COST ACCOUNTING ACT)

Notice is hereby given that the Fresno Unified School District ("DISTRICT") will receive sealed bids for Bid No. 20-43, Playground Equipment Installation for Various Elementary Schools: Birney, Figarden, Gibson, Heaton, Kratt, King, and Robinson, to install owner provided playground equipment.

Notice is hereby given pursuant to the provisions of Section 1770 et seq of the California Labor Code, each worker of the contractor and any of its subcontractors engaged in work on the Project shall be paid not less than the prevailing wage rate. The project is subject to compliance monitoring and enforcement by the Department of Industrial Relations (DIR).

Pursuant to Labor Code Section 1725.5, the DIR established a Contractor Registration Program, in which no contractor or subcontractor shall bid on, be listed in a bid, or engage in the performance of any public work contract without being registered.

Prime Contractor must have a valid **Class "A or B" Contractor's License.**

A MANDATORY pre-bid conference has been scheduled at 10:00 A.M. on February 27, 2020 in front of the **Administration Office at Figarden Elementary School, 6235 N. Brawley Ave., Fresno CA 93722.** Contractors bidding as a Prime Contractor for the project must attend in order for their bid to be "responsive". Immediately following the pre-bid conference will be a mandatory job-walk of the site(s).

This bid consists of 3 separate projects to be awarded by section. Sealed bids must be received on March 12, 2020 at the DISTRICT Purchasing Department, 4498 N. Brawley, Fresno CA 93722. Each bid section will be opened and read aloud immediately following its designated due time:

Section A Prior to 2:01 P.M. – Figarden, Gibson, Kratt
Section B Prior to 2:21 P.M. – Birney, Robinson
Section C Prior to 2:41 P.M. – Heaton, King

Bids shall be accompanied by a certified check, cashier's check, or a bidder's bond in an amount not less than ten percent (10%) of total bids made payable to Fresno Unified.

The substitution of appropriate securities in lieu of retention amounts from progress payments in accordance with Public Contract Code Section 22300 is permitted.

The Bid documents are on file at Fresno and Tulare Builders Exchanges; and Fresno Reprographics.

Pursuant to Public Contract Code 3400(c)(2), Fresno Unified School District finds that it is in the best interest of the DISTRICT to standardize the products, equipment, and materials listed in Exhibit A-1 and Exhibit A-2 in order to match other products/equipment in use on a particular work of improvement either completed or in the course of completion. Where a specific brand, trade name, material, or product identified in the bid documents is also listed in Exhibit A-1 or Exhibit A-2, it shall be deemed to be followed by the words "No Substitutions," and CONTRACTOR shall not make or request substitutions regarding any such product, equipment or material. Exhibit A-1 and Exhibit A-2 may be obtained from DISTRICT Purchasing Department web page under public works CUPCCAA menu:
https://www.fresnounified.org/dept/purchasing/Pages/CUPCCAA.aspx

Copies of the bid documents may be downloaded at no charge: https://www.fresnou.org/dept/purchasing (Bid Opportunities) or obtained from DISTRICT Purchasing Department. Refer questions to Sarah Garcia (559) 457-3581.

Published: February 19, 2020

PUBLIC NOTICE

#4567431

FRESNO UNIFIED SCHOOL DISTRICT
NOTICE TO BIDDERS

NOTICE INVITING BIDS PURSUANT TO PUBLIC CONTRACT CODE 22000, ET SEQ.
(THE UNIFORM PUBLIC CONSTRUCTION COST ACCOUNTING ACT)

Notice is hereby given that the Fresno Unified School District ("DISTRICT") will receive sealed bids for **Bid No. 20-34, Sections A & B, Multipurpose Building HVAC Upgrades for Ericson, Gibson, Holland, Manchester, Powers-Ginsburg Elementary Schools, and Baird Middle School,** to replace the existing evaporative cooling system in the multipurpose buildings with a high-efficiency rooftop package unit and related work.

DISTRICT hereby notifies all bidders that they will affirmatively ensure that in any Contract entered into pursuant to this advertisement, disabled veteran business enterprises (DVBE) will be afforded full opportunity to submit proposals in response to this invitation and will not be discriminated against on the grounds of race, color, creed, sex or national origin in consideration for award. The DVBE goal for the project is as follows: three percent (3%) of the dollar amount of the Contract.

Notice is hereby given pursuant to the provisions of Section 1770 et seq of the California Labor Code, each worker of the contractor and any of its subcontractors engaged in work on the Project shall be paid not less than the prevailing wage rate. The project is subject to compliance monitoring and enforcement by the Department of Industrial Relations (DIR).

Pursuant to Labor Code Section 1725.5, the DIR established a Contractor Registration Program, in which no contractor or subcontractor shall bid on, be listed in a bid, or engage in the performance of any public work contract without being registered.

Prime Contractor must have a valid **Class "B" Contractor's License.**

A MANDATORY pre-bid conference has been scheduled at 2:00 P.M., on February 27, 2020 in front of the **Administration Office at Baird Middle School, 5500 N. Maroa Ave., Fresno, CA 93704.** Immediately following contractors will meet at **Holland Elementary School, 4676 N. Fresno Street, Fresno, CA 93726.** Contractors will be inspecting Baird and Holland Schools as part of the pre-bid conference to see the types of work represented for the project. Contractors bidding as a Prime Contractor for the project must attend in order for their bid to be "responsive".

This Project is subject to prequalification, pursuant to Public Contract Code 20111.6. Contractors submitting bids to perform as both **Prime Contractor/General Contractor or Electrical, Mechanical, and Plumbing Subcontractor** must be prequalified prior to bidding on the project. Prime Contractors must list prequalified mechanical, electrical and plumbing subcontractors or in order for their bid to be "responsive". Electrical, Mechanical, and Plumbing subcontractors are contractors holding either: C-4, C-7, C-10, C-16, C-20, C-34, C-36, C-38, C-42, C-43, and C-46 contractor's license. Prequalified Prime Contractor may self-perform electrical, plumbing, mechanical work if prequalified under applicable licenses. Applications may be obtained from DISTRICT Purchasing Web Site: https://www.fresnounified.org/dept/purchasing or at DISTRICT Purchasing Department. Questionnaire and Financial Statement shall be submitted directly to DISTRICT Purchasing no later than 2:00 P.M., March 11, 2020. Prequalification status is valid for one (1) calendar year for any subsequent projects requiring prequalification.

This bid consists of 2 separate projects to be awarded by Section. Sealed bids and the DVBE Declaration must be received on March 19, 2020 at the DISTRICT Purchasing Department, 4498 N. Brawley, Fresno CA 93722. Each bid section will be opened and read aloud immediately following its designated due time:

Section A Prior to 2:01 P.M. (Gibson, Holland, Manchester)
Section B Prior to 2:31 P.M. (Baird, Ericson, Powers-Ginsburg)

Bids shall be accompanied by a certified check, cashier's check, or a bidder's bond in an amount not less than ten percent (10%) of total bids made payable to Fresno Unified.

The substitution of appropriate securities in lieu of retention amounts from progress payments in accordance with Public Contract Code Section 22300 is permitted.

The Bid documents are on file at Fresno and Tulare Builders Exchanges; and Fresno Reprographics.

Pursuant to Public Contract Code 3400(c)(2), Fresno Unified School District finds that it is in the best interest of the DISTRICT to standardize the products, equipment, and materials listed in Exhibit A-1 and Exhibit A-2 in order to match other products/equipment in use on a particular work of improvement either completed or in the course of completion. Where a specific brand, trade name, material, or product identified in the bid documents is also listed in Exhibit A-1 or Exhibit A-2, it shall be deemed to be followed by the words "No Substitutions," and CONTRACTOR shall not make or request substitutions regarding any such product, equipment or material. Exhibit A-1 and Exhibit A-2 may be obtained from DISTRICT Purchasing Department web page under public works CUPCCAA menu:
https://www.fresnounified.org/dept/purchasing/Pages/CUPCCAA.aspx.

Copies of the bid documents may be downloaded at no charge: https://www.fresnou.org/dept/purchasing (Bid Opportunities) or obtained from DISTRICT Purchasing Department. Refer questions to Amy Esquivel (559) 457-3468.

Published: February 19, 2020

PUBLIC NOTICE

#4567462
FRESNO UNIFIED SCHOOL DISTRICT
NOTICE TO BIDDERS

NOTICE INVITING BIDS PURSUANT TO PUBLIC CONTRACT CODE 22000, ET SEQ.
(THE UNIFORM PUBLIC CONSTRUCTION COST ACCOUNTING ACT)

Notice is hereby given that the Fresno Unified School District ("DISTRICT") will receive sealed bids for **Bid No. 20-41, Scandinavian Middle School Gymnasium Make-Up Air Units Replacement,** to furnish and replace three make-up air units including electrical, structural, plumbing and related mechanical work.

Notice is hereby given pursuant to the provisions of Section 1770 et seq of the California Labor Code, each worker of the contractor and any of its subcontractors engaged in work on the Project shall be paid not less than the prevailing wage rate. The project is subject to compliance monitoring and enforcement by the Department of Industrial Relations (DIR).

Pursuant to Labor Code Section 1725.5, the DIR established a Contractor Registration Program, in which no contractor or subcontractor shall bid on, be listed in a bid, or engage in the performance of any public work contract without being registered.

Prime Contractor must have a valid **Class "B" Contractor's License.**

A MANDATORY pre-bid conference has been scheduled at 10:00 A.M. on February 26, 2020 in front of the **Administration Office at Scandinavian Middle School, 3216 N. Sierra Vista Ave., Fresno, CA 93726.** Contractors bidding as a Prime Contractor for the project must attend in order for their bid to be "responsive". Immediately following the pre-bid conference will be a mandatory job-walk of the site.

Sealed Bids must be received prior to 3:01 P.M. on March 12, 2020 in the DISTRICT Purchasing Department, 4498 N. Brawley, Fresno CA 93722 after which time the bids will be opened and read aloud.

Bids shall be accompanied by a certified check, cashier's check, or a bidder's bond in an amount not less than ten percent (10%) of total bids made payable to Fresno Unified.

The substitution of appropriate securities in lieu of retention amounts from progress payments in accordance with Public Contract Code Section 22300 is permitted.

The Bid documents are on file at Fresno and Tulare Builders Exchanges; and Fresno Reprographics.

Pursuant to Public Contract Code 3400(c)(2), Fresno Unified School District finds that it is in the best interest of the DISTRICT to standardize the products, equipment, and materials listed in Exhibit A-1 and Exhibit A-2 in order to match other products/equipment in use on a particular work of improvement either completed or in the course of completion. Where a specific brand, trade name, material, or product identified in the bid documents is also listed in Exhibit A-1 or Exhibit A-2, it shall be deemed to be followed by the words "No Substitutions," and CONTRACTOR shall not make or request substitutions regarding any such product, equipment or material. Exhibit A-1 and Exhibit A-2 may be obtained from DISTRICT Purchasing Department web page under public works CUPCCAA menu:
https://www.fresnounified.org/dept/purchasing/Pages/CUPCCAA.aspx

Copies of the bid documents may be downloaded at no charge: https://www.fresnou.org/dept/purchasing (Bid Opportunities) or obtained from DISTRICT Purchasing Department. Refer questions to Amy Esquivel (559) 457-3468.

Published: February 19, 2020

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>**- and -**<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11 Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered) |

**AMENDED NOTICE OF HEARING ON APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (D) OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE THAT:**

1. **The Plan and Proposed Disclosure Statement.** On February 7, 2020, pursuant to section 1125 of the Bankruptcy Code, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the proposed disclosure statement [Docket No. 5700] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization*, *dated January 31, 2020* [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**"). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Proposed Disclosure Statement.

2. **Solicitation Procedures Motion.** In accordance with the amended Disclosure Statement approval and Plan confirmation schedule established by the Court [Docket No. 5732] (the "**Scheduling Order**"), the Debtors will file, on or before February 18, 2020, a Motion requesting, *inter alia*, that the Court (i) approve Plan solicitation and voting procedures, and (ii) approve the forms of Ballots, Solicitation Packages, and related notices to be sent to the Debtors' creditors and equity interest holders in connection with confirmation of the Plan (the "**Solicitation Procedures Motion**").

3. **Disclosure Statement Hearing.** A hearing (the "**Disclosure Statement Hearing**") to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time), and, if needed, March 11, 2020 at 10:00 a.m. (Prevailing Pacific Time),** in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "**Bankruptcy Court**"), 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, or as soon thereafter as counsel can be heard. The Disclosure Statement Hearing may be continued from time to time without further notice to creditors, equity interest holders, or other parties in interest other than by an announcement in the Bankruptcy Court of such continuance or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

4. **Objections or Responses to the Proposed Disclosure Statement and Solicitation Procedures Motion.**

a. **Core Parties**. Pursuant to the Court's Scheduling Order, the following parties (collectively, the "**Core Parties**") must serve any responses or objections to approval of the Proposed Disclosure Statement or any of the relief sought in the Solicitation Procedures Motion (each, a "**Disclosure Statement or Solicitation Objection**") by e-mail on the parties listed in Paragraph 4.c.(v)C-L below (**BUT NOT FILED OR SENT TO THE BANKRUPTCY COURT**) so as to be received no later than **4:00 p.m. on February 28, 2020 (Prevailing Pacific Time)**: (i) the Tort Claimants Committee; (ii) the Creditors Committee; (iii) the U.S. Trustee; (iv) the Ad Hoc Group of Subrogation Claimholders; (v) the Ad Hoc Committee of Senior Unsecured Noteholders; (vi) the U.S. Department of Justice; (vii) the Office of the California Attorney General; (viii) Governor Gavin Newsom; (ix) the California Public Utilities Commission; (x) the Ad Hoc Committee of Holders of Trade Claims; (xi) Valley Clean Energy Alliance; (xii) City and County of San Francisco; (xiii) South San Joaquin Irrigation District; (xiv) BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes; (xv) Adventist Health System/West and Feather River Hospital; and (xvi) the Consenting Fire Claimant Professional Group. Counsel for any of the Core Parties who have served objections or responses shall meet and confer with counsel for the Debtors and the Shareholder Proponents no later than March 5, 2020, to attempt to resolve any Disclosure Statement or Solicitation Objections. To the extent any Disclosure Statement or Solicitation Objection of a Core Party is not resolved during such meet and confer, the applicable Core Party shall file and serve its Disclosure Statement or Solicitation Objection in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

b. **All Other Parties.** Pursuant to the Court's Scheduling Order, Disclosure Statement or Solicitation Objections of any other parties (*e.g.*, parties other than the Core Parties) must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

c. **Response and Objection Procedures.** Disclosure Statement or Solicitation Objections must:

(i) Be in writing;

(ii) State the name and address of the objecting party and the amount and nature of the Claim or Interest of such party;

(iii) State with particularity **in short, concise bullet points** (without points and authorities in support), the basis and nature of any objection or response to the Proposed Disclosure Statement and include, where appropriate, proposed language to be incorporated into the Proposed Disclosure Statement to resolve any such objection or response;

(iv) Conform to the Bankruptcy Rules, the Bankruptcy Local Rules, the *Order Establishing Procedures for Disclosure Statement and Confirmation Hearing* (N.D. Cal. May 2017) (Montali, J.), and the Scheduling Order; and

(v) Be served on the following parties:

A. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102;

B. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

C. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kellerbenvenutti.com) and Jane Kim, Esq. (jkim@kellerbenvenutti.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq. (onasab@cravath.com));

D. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

E. The attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. (egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq. (fmerola@stroock.com));

F. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. (david.schiff@davispolk.com), and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

G. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W. Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq. (bhermann@paulweiss.com), Walter R. Rieman, Esq. (wrieman@paulweiss.com), Sean A. Mitchell, Esq. (smitchell@paulweiss.com), and Neal P. Donnelly, Esq. (ndonnelly@paulweiss.com));

H. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Kahlil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067 (Attn: Gregory A. Bray, Esq. (GBray@milbank.com) and Thomas R. Kreller, Esq. (TKreller@milbank.com));

I. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

J. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G Minias Esq. (jminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

K. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James O. Johnston, Esq. (jjohnston@jonesday.com)); and

L. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), Ira S. Dizengoff, Esq. (idizengoff@akingump.com), David H. Botter, Esq. (dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

**THE COURT NARROWLY CONSTRUES SECTION 1125(a)(1) OF THE BANKRUPTCY CODE. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT ARE TO MAKE SURE THAT ADEQUATE DISCLOSURE WILL ENABLE AN IMPAIRED CREDITOR OR SHAREHOLDER TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT SHOULD NOT INCLUDE OBJECTIONS TO CONFIRMATION, ALTERNATIVES TO THE PLAN, OR OTHER IRRELEVANT MATTERS. THE ONLY EXCEPTION IS THAT AN OBJECTION MAY BE BASED UPON A GOOD FAITH BELIEF THAT THE PROPOSED PLAN IS UNCONFIRMABLE AS A MATTER OF LAW. THE COURT WILL NOT TREAT THE ABSENCE OF AN OBJECTION TO CONFIRMATION AS A WAIVER OF SUCH AN OBJECTION FILED LATER WHEN THE PLAN IS READY TO BE CONSIDERED.**

**IF ANY OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT OR THE SOLICITATION PROCEDURES MOTION IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT OR ANY OF THE RELIEF SOUGHT IN CONNECTION WITH THE SOLICITATION PROCEDURES MOTION AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. **Other Relevant Dates.** The Scheduling Order also approved and established the following dates and deadlines:

a. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan.

b. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing summary of Fire Victim Claims Resolution Procedures.

c. February 28, 2020: Deadline to file substantially final form of Subrogation Wildfire Trust Agreement.

d February 28, 2020: Deadline for Debtors to file proposed executive summary of Plan treatment of Fire Victim Claims (this document is referred to as the Fire Victim Claim Plan Treatment Summary in the Proposed Disclosure Statement).

e. March 3, 2020: Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures

f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan.

g. March 9, 2020: Debtors to file revised or amended Plan and Proposed Disclosure Statement.

h. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for submitting Ballots to accept or reject the Plan.

i. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing and serving objections to Plan confirmation.

j. May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time): Pre-confirmation scheduling conference. **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time) to discuss scheduling any evidentiary matters to be dealt with in connection with the Confirmation Hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.**

k. May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time): First day of Confirmation Hearing.

6. **Miscellaneous.** The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) are on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at no cost at https://restructuring.primeclerk.com/pge/. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be: (i) examined by interested parties during normal business hours at the office of the Clerk on a public computer terminal; (ii) accessed for a fee via PACER at http://www.canb.uscourts.gov/; and (iii) obtained by written request to the Debtors' solicitation agent, Prime Clerk LLC ("**Prime Clerk**" or the "**Solicitation Agent**"), at the address or e-mail address below: **If by standard, overnight, or hand delivery:** PG&E Information c/o Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165; **If by e-mail to:** pgeinfo@primeclerk.com.

**THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT PROVIDE, LEGAL ADVICE.**

Dated: February 11, 2020

**Exhibit V**

**San Jose Mercury News**
4 N. 2nd Street, Suite 800
San Jose, CA 95113
408-920-5332

Legal No. **0006459560**

**PG&E Corporation**

**PROOF OF PUBLICATION
IN THE CITY OF SAN JOSE
IN THE STATE OF CALIFORNIA
COUNTY OF SANTA CLARA**

**FILE NO. R2120052**

In the matter of

**San Jose Mercury News**

The undersigned, being first duly sworn, deposes and says: That at all times hereinafter mentioned affiant was and still is a citizen of the United States, over the age of eighteen years, and not a party to or interested in the above entitled proceedings; and was at and during all said times and still is the principal clerk of the printer and publisher of the San Jose Mercury News, a newspaper of general circulation printed and published daily in the City of San Jose, County of Santa Clara, State of California as determined by the court's decree dated June 27, 1952, Case Numbers 84096 and 84097, and that said San Jose Mercury News is and was at all times herein mentioned a newspaper of general circulation as that term is defined by Sections 6000; that at all times said newspaper has been established, printed and published in the said County and State at regular intervals for more than one year preceding the first publication of the notice herein mentioned. Said decree has not been revoked, vacated or set aside.

I declare that the notice, of which the annexed is a true printed copy, has been published in each regular or entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**02/19/2020**

·SEE ATTACHED·

Dated at San Jose, California
February 19, 2020

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Principal clerk of the printer and publisher of the San Jose Mercury News

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>**- and -**<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11 Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered) |

**<u>AMENDED</u> NOTICE OF HEARING ON APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (D) OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE THAT:**

1. **<u>The Plan and Proposed Disclosure Statement</u>.** On February 7, 2020, pursuant to section 1125 of the Bankruptcy Code, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the proposed disclosure statement [Docket No. 5700] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, dated January 31, 2020* [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**"). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Proposed Disclosure Statement.

2. **<u>Solicitation Procedures Motion</u>.** In accordance with the amended Disclosure Statement approval and Plan confirmation schedule established by the Court [Docket No. 5732] (the "**Scheduling Order**"), the Debtors will file, on or before February 18, 2020, a Motion requesting, *inter alia*, that the Court (i) approve Plan solicitation and voting procedures, and (ii) approve the forms of Ballots, Solicitation Packages, and related notices to be sent to the Debtors' creditors and equity interest holders in connection with confirmation of the Plan (the "**Solicitation Procedures Motion**").

3. **<u>Disclosure Statement Hearing</u>.** A hearing (the "**Disclosure Statement Hearing**") to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time), and, if needed, March 11, 2020 at 10:00 a.m. (Prevailing Pacific Time)**, in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "**Bankruptcy Court**"), 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, or as soon thereafter as counsel can be heard. The Disclosure Statement Hearing may be continued from time to time without further notice to creditors, equity interest holders, or other parties in interest other than by an announcement in the Bankruptcy Court of such continuance or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

4. **<u>Objections or Responses to the Proposed Disclosure Statement and Solicitation Procedures Motion</u>.**

a. **Core Parties.** Pursuant to the Court's Scheduling Order, the following parties (collectively, the "**Core Parties**") must serve any responses or objections to approval of the Proposed Disclosure Statement or any of the relief sought in the Solicitation Procedures Motion (each, a "**Disclosure Statement or Solicitation Objection**") by e-mail on the parties listed in Paragraph 4.c.(v)C-L below (**BUT NOT FILED OR SENT TO THE BANKRUPTCY COURT**) so as to be received no later than **4:00 p.m. on February 28, 2020 (Prevailing Pacific Time)**: (i) the Tort Claimants Committee; (ii) the Creditors Committee; (iii) the U.S. Trustee; (iv) the Ad Hoc Group of Subrogation Claimholders; (v) the Ad Hoc Committee of Senior Unsecured Noteholders; (vi) the U.S. Department of Justice; (vii) the Office of the California Attorney General; (viii) Governor Gavin Newsom; (ix) the California Public Utilities Commission; (x) the Ad Hoc Committee of Holders of Trade Claims; (xi) Valley Clean Energy Alliance; (xii) City and County of San Francisco; (xiii) South San Joaquin Irrigation District; (xiv) BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes; (xv) Adventist Health System/West and Feather River Hospital; and (xvi) the Consenting Fire Claimant Professional Group. Counsel for any of the Core Parties who have served objections or responses shall meet and confer with counsel for the Debtors and the Shareholder Proponents no later than March 5, 2020, to attempt to resolve any Disclosure Statement or Solicitation Objections. To the extent any Disclosure Statement or Solicitation Objection of a Core Party is not resolved during such meet and confer, the applicable Core Party shall file and serve its Disclosure Statement or Solicitation Objection in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

b. **All Other Parties.** Pursuant to the Court's Scheduling Order, Disclosure Statement or Solicitation Objections of any other parties (*e.g.*, parties other than the Core Parties) must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

c. **Response and Objection Procedures.** Disclosure Statement or Solicitation Objections must:

(i) Be in writing;

(ii) State the name and address of the objecting party and the amount and nature of the Claim or Interest of such party;

(iii) State with particularity **in short, concise bullet points** (without points and authorities in support), the basis and nature of any objection or response to the Proposed Disclosure Statement and include, where appropriate, proposed language to be incorporated into the Proposed Disclosure Statement to resolve any such objection or response;

(iv) Conform to the Bankruptcy Rules, the Bankruptcy Local Rules, the *Order Establishing Procedures for Disclosure Statement and Confirmation Hearing* (N.D. Cal. May 2017) (Montali, J.), and the Scheduling Order; and

(v) Be served on the following parties:

A. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102;

B. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

C. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kellerbenvenutti.com) and Jane Kim, Esq. (jkim@kellerbenvenutti.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq. (onasab@cravath.com));

D. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

E. The attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. (egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq. (fmerola@stroock.com));

F. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. (david.schiff@davispolk.com), and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

G. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W. Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq. (bhermann@paulweiss.com), Walter R. Rieman, Esq. (wrieman@paulweiss.com), Sean A. Mitchell, Esq. (smitchell@paulweiss.com), and Neal P. Donnelly, Esq. (ndonnelly@paulweiss.com));

H. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Kahlil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067 (Attn: Gregory A. Bray, Esq. (GBray@milbank.com) and Thomas R. Kreller, Esq. (TKreller@milbank.com));

I. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

J. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G Minias Esq. (jminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

K. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James O. Johnston, Esq. (jjohnston@jonesday.com)); and

L. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), Ira S. Dizengoff, Esq. (idizengoff@akingump.com), David H. Botter, Esq. (dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

**THE COURT NARROWLY CONSTRUES SECTION 1125(a)(1) OF THE BANKRUPTCY CODE. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT ARE TO MAKE SURE THAT ADEQUATE DISCLOSURE WILL ENABLE AN IMPAIRED CREDITOR OR SHAREHOLDER TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT SHOULD NOT INCLUDE OBJECTIONS TO CONFIRMATION, ALTERNATIVES TO THE PLAN, OR OTHER IRRELEVANT MATTERS. THE ONLY EXCEPTION IS THAT AN OBJECTION MAY BE BASED UPON A GOOD FAITH BELIEF THAT THE PROPOSED PLAN IS UNCONFIRMABLE AS A MATTER OF LAW. THE COURT WILL NOT TREAT THE ABSENCE OF AN OBJECTION TO CONFIRMATION AS A WAIVER OF SUCH AN OBJECTION FILED LATER WHEN THE PLAN IS READY TO BE CONSIDERED.**

**IF ANY OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT OR THE SOLICITATION PROCEDURES MOTION IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT OR ANY OF THE RELIEF SOUGHT IN CONNECTION WITH THE SOLICITATION PROCEDURES MOTION AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. **<u>Other Relevant Dates</u>.** The Scheduling Order also approved and established the following dates and deadlines:

a. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan.

b. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing summary of Fire Victim Claims Resolution Procedures.

c. February 28, 2020: Deadline to file substantially final form of Subrogation Wildfire Trust Agreement.

d February 28, 2020: Deadline for Debtors to file proposed executive summary of Plan treatment of Fire Victim Claims (this document is referred to as the Fire Victim Claim Plan Treatment Summary in the Proposed Disclosure Statement).

e. March 3, 2020: Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures

f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan.

g. March 9, 2020: Debtors to file revised or amended Plan and Proposed Disclosure Statement.

h. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for submitting Ballots to accept or reject the Plan.

i. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing and serving objections to Plan confirmation.

j. May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time): Pre-confirmation scheduling conference. **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time) to discuss scheduling any evidentiary matters to be dealt with in connection with the Confirmation Hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.**

k. May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time): First day of Confirmation Hearing.

6. **<u>Miscellaneous</u>.** The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) are on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at no cost at <u>https://restructuring.primeclerk.com/pge/</u>. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be: (i) examined by interested parties during normal business hours at the office of the Clerk on a public computer terminal; (ii) accessed for a fee via PACER at <u>http://www.canb.uscourts.gov/</u>; and (iii) obtained by written request to the Debtors' solicitation agent, Prime Clerk LLC ("**Prime Clerk**" or the "**Solicitation Agent**"), at the address or e-mail address below: **If by standard, overnight, or hand delivery:** PG&E Information c/o Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165; **If by e-mail to:** pgeinfo@primeclerk.com.

**THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT PROVIDE, LEGAL ADVICE.**

Dated: February 11, 2020

Newspaper : The Mercury News    Advertiser :
Issue Date : 02/19/2020    Ad Number : 000645956001

B8 BAY AREA NEWS GROUP 111    WEDNESDAY, FEBRUARY 19, 2020

# Legal Advertising and Public Notices

Legal Notice | Legal Notice | Legal Notice | Legal Notice

**CITY OF BRISBANE**
**50 Park Place**
**Brisbane, CA94005**
**(415) 508-2130**

**NOTICE TO CONTRACTORS INVITING BIDS**

Notice is hereby given that sealed written proposals are invited by the CITY OF BRISBANE for the:

**SAFE ROUTES TO SCHOOLS/GREEN INFRASTRUCTURE PROJECT**

As shown in the Safe Routes to Schools/Green Infrastructure Project plans and required by these specifications and special provisions, this project includes, but is not limited to, furnishing all labor, materials and equipment necessary for constructing sidewalk bulbouts, and curb ramps; removing and/or installing traffic stripes, pavement markings, and signage; excavating roadway; removing curb & gutter, sidewalk, and landscaping; constructing stormwater treatment bioswales with retaining curbs, check dams, engineered soil mix, vegetation, and subsurface connection to storm drains; replacing asphalt concrete surfacing; installing manhole; and relocating water service lateral.

The project is to be performed in accordance with and as described and provided in the Plans and Specifications therefore and the proposed form of contract thereof, all of which are on file in the Office of the Director of Public Works and the City Clerk of the said City, and to which special reference is hereby made and which are made a part hereof.

**ENGINEER'S ESTIMATE OF QUANTITIES**

| NO. | BID ITEM | QUANTITY | UNIT |
|---|---|---|---|
| 1 | Concrete Removal (Sidewalk) | 3187 | SF |
| 2 | Concrete Removal (Curb and Gutter) | 587 | LF |
| 3 | Adjust Utility Box to Grade | 15 | EA |
| 4 | Raise Curb Inlet Grate to Grade | 1 | EA |
| 5 | Bioretention Basin Soil | 63 | CY |
| 6 | Soil Amendment and Preparation | 1560 | SF |
| 7 | 1 Gallon Shrubs | 391 | EA |
| 8 | 3 Gallon Shrubs | 9 | EA |
| 9 | Plant Establishment | 1 | LS |
| 10 | Aggregate Base - Class 2 | 68 | CY |
| 11 | Cold Planing | 69 | SF |
| 12 | Type A Hot Mix Asphalt | 4 | Ton |
| 13 | Precast Concrete Drainage Inlet | 5 | EA |
| 14 | Relocate Rapid Rectangular Flashing Beacon | 2 | EA |
| 15 | Plastic Pipe (6 inch PVC - C900) | 187 | LF |
| 16 | Plastic Pipe (4 inch PVC - Sch 40 Cleanout) | 5 | EA |
| 17 | Slotted Underdrain Pipe | 146 | LF |
| 18 | Class 1 Permeable Material | 42 | CY |
| 19 | Trench Drain | 74 | LF |
| 20 | Minor Concrete (Sidewalk and Bulbouts) | 440 | SY |
| 21 | Minor Concrete (Curb Ramp) | 19 | EA |
| 22 | Minor Concrete (Retaining Curb) | 536 | LF |
| 23 | Minor Concrete (Check Dam) | 11 | EA |
| 24 | Minor Concrete (Curb and Gutter) | 468 | LF |
| 25 | Minor Concrete (Modified Type E Curb & Gutter) | 18 | LF |
| 26 | Minor Concrete (6" Curb) | 119 | LF |
| 27 | Minor Concrete (4" Curb) | 5 | LF |
| 28 | Minor Concrete (Sidewalk Cross Drain) | 14 | LF |
| 29 | Minor Concrete (8.5' Valley Gutter) | 33 | SF |
| 30 | Minor Concrete (Splash Apron) | 16 | CY |
| 31 | Signs | 33 | EA |
| 32 | Remove Striping | 1 | LS |
| 33 | Traffic Stripe | 928 | LF |
| 34 | Pavement Markings | 3522 | SF |
| 35 | Brick (Crosswalk) | 654 | SF |
| 36 | Brick (Sidewalk Band) | 112 | LF |
| 37 | Wayfinding Markers | 235 | EA |
| 38 | Type II Manhole | 1 | EA |
| 39 | 6" PVC Wafer Check Valve with EPDM Seals | 2 | EA |
| 40 | Relocate Water Service Lateral | 1 | EA |

**PLANS AND SPECIFICATIONS**

Plans and Specifications may be purchased from the City of Brisbane's website at www.brisbaneca.org; click on "Bids and RFPs" link under "Official Business" on the bottom of the page. For further questions please contact the City of Brisbane's Public Works Department at (415) 508-2130.

Bidders will have fully inspected the project site(s) in all particulars and become thoroughly familiar with the terms and conditions of the Plans and Specifications and other contract documents and local conditions affecting the performance and/or costs of the work prior to submitting their bid proposal.

**MANDATORY PRE-BID MEETING**

A mandatory pre-bid meeting will be held on Thursday, February 13, 2020 at 11:00 a.m. Bids for this project will only be accepted from qualified contractors who have a representative in attendance at the pre-bid meeting. This meeting will convene at Brisbane City Hall at 50 Park Place, Brisbane, CA 94005.

**SUBMITTAL OF BIDS**

All bids must be addressed to the City Clerk, City of Brisbane and must be marked BID, followed by the title or name of the work to be constructed. All bid proposals must be received by the City Clerk of the City of Brisbane by **10:00 a.m. on Thursday, February 27, 2020**, by mail or delivered in person to City Hall at 50 Park Place, Brisbane, California 94005. All bids shall be publicly open and read on said date and at said time.

Bid questions will be due in writing to 50 Park Place Brisbane, CA 94005, emailed to Justin Yuen at jyuen@brisbaneca.org, or faxed to 415-467-5547 by Tuesday, February 18, 2020 at 12 p.m.

Each bid must be accompanied by a Proposal Guarantee amounting to no less than ten percent (10%) of the bid as described in the bid specifications. Said guarantee shall be forfeited to the City in case the bidder depositing the same does not enter into a contract within 10 days after written notice that the contract has been awarded to him. At the time of contract execution, the Contractor shall provide proof of insurance as required in the contract and a surety bond for faithful performance of the specified work in an amount equal to at least one hundred percent (100%) of the contract price. The contractor shall also provide at the time of contract a surety bond for labor and material in an amount equal to at least one hundred percent (100%) of the contract price. All bonds shall be submitted on the bond forms contained in the specifications.

The City of Brisbane reserves the right to reject any or all bids, or any part of any bid.

DATED: __________    By: Randy Breault
Director of Public Works/City Engineer

**SMCT#6457384; February 12,19,2020**

Legal Notice

**NOTICE OF PREPARATION OF A DRAFT ENVIRONMENTAL IMPACT REPORT FOR THE BLOCK 8 PROJECT**
FILE NO: H19-033
PROJECT APPLICANT: The Sobrato Organization
APN: 259-42-080

**Project Description:** Site Development Permit to allow the demolition of the existing surface parking lot and the construction of an approximately 20-story (up to 295 foot tall) mixed-use office building. The building would include approximately 16,500 square feet of commercial uses and 628,000 square feet of office uses on an approximately 1.49-gross acre site at the northeast corner of South Market Street and East San Carlos Street.

**Location**: 285 South Market Street

As the Lead Agency, the City of San José will prepare an Environmental Impact Report (EIR) for the project referenced above. The City welcomes your input regarding the scope and content of the environmental information that is relevant to your area of interest, or to your agency's statutory responsibilities in connection with the proposed project. If you are affiliated with a public agency, this EIR may be used by your agency when considering subsequent approvals related to the project.

**A joint community and environmental public scoping meeting** for this project will be held:

**When**: Thursday, March 5, 2020 from 6:30pm to 8:00pm

**Where**: Dr. Martin Luther King Jr. Library, Room 255 (Second Floor) at 150 East San Fernando Street, San Jose, CA 95112

The project description, location, and probable environmental effects that will be analyzed in the EIR for the project can be found on the City's Active EIRs website at www.sanjoseca.gov/activeeirs, including the EIR Scoping Meeting information. According to State law, the deadline for your response is 30 days after receipt of this notice. However, responses earlier than 30 days are always welcome. If you have comments on this Notice of Preparation, please identify a contact person from your organization, and send your response to:

City of San José
Department of Planning, Building and Code Enforcement
Attn: Kara Hawkins, Environmental Project Manager
200 East Santa Clara Street, 3rd Floor Tower
San José CA 95113-1905
Phone: (408) 535-7852, e-mail: Kara.Hawkins@sanjoseca.gov
2/19/20
**CNS-3342603#**
**MERCURY NEWS**
**SJMN 6459016**
**Feb. 19, 2020**

Legal Notice

**FICTITIOUS BUSINESS NAME STATEMENT**
**FILE NO. 283521**
The following person(s) is doing business as: **CERTIFIED TAGALOG INTERPRETER**, 3949 Chatham Ct. South San Francisco, CA 94080, San Mateo County. Karenina C. Castro, 3949 Chatham Court, South San Francisco, CA 94080. This business is conducted by an Individual. The registrant commenced to transact business under the fictitious business name or names on N/A.
/s/ Karenina C. Castro
THIS STATEMENT WAS FILED WITH MARK CHURCH, ASSESSOR-COUNTY CLERK-RECORDER, SAN MATEO COUNTY ON Dec. 31, 2019.
**SMCT#6452111**
**Jan.29,**
**Feb.5,12,19,2020**

**FICTITIOUS BUSINESS NAME STATEMENT**
**File No. FBN663456**
The following person(s) is (are) doing business as:
(1) **SCAPE NIGHT.COM**,
(2) **GABY SCAPE.COM**,
6146 Elllerbrook Wy, San Jose, CA 95123, Santa Clara County.
The business is owned by: an individual. The name and residence address of the owner(s)/registrant(s) is: Ruiz M. Gabriela, 6146 Ellerbrook Wy, San Jose, CA 95123.
The registrant/owner began transacting business under the fictitious business name(s) listed above on: 02/11/2020
This filing is first filing
I declare that all information in this statement is true and correct. (A registrant who declares as true information which he or she knows to be false is guilty of a crime.)
/s/ Gabriela M Ruiz
This statement was filed with the Co. Clerk-Recorder of Santa Clara Co. on 02/11/2020.
Regina Alcomendras, County Clerk Recorder
By: /s/ Sandy Chanthasy, Deputy
**File No.: FBN663456**
**SJMN#6459926**
**Feb.19,26,**
**Mar.4,11,2020**

**FICTITIOUS BUSINESS NAME STATEMENT**
**File No. FBN662306**
The following person(s) is (are) doing business as: **Life Craft,** 927 Michigan Ave., San Jose, CA 95125 Santa Clara County. The business is owned by: A Limited Liability Company. The name and residence address of the owner(s)/registrant(s) is: Iluminate L.L.C., 927 Michigan Ave., San Jose, CA 95125.
The registrant/owner began transacting business under the fictitious business name(s) listed above on: 09/01/2017
This filing is a Refile (Change(s) in facts from previous filing) Previous file #FBN637828
I declare that all information in this statement is true and correct. (A registrant who declares as true information which he or she knows to be false is guilty of a crime.)
/s/ Iluminate L.L.C., Elizabeth Black, Member
Article/Registration #202000110108. Above entity formed in the State of CA. This statement was filed with the Co. Clerk-Recorder of Santa Clara Co. on 01/07/2020
Regina Alcomendras, County Clerk Recorder
By: /s/ Vee Reed Deputy
**File No.: FBN662306**
**SJMN # 6451611**
**Jan. 29, 2020**
**Feb. 5, 12, 19, 2020**

Legal Notice

**FICTITIOUS BUSINESS NAME STATEMENT**
**File No. FBN663080**
The following person(s) is (are) doing business as: **Beauty Affair,** 1700 Newbury Park Drive, San Jose, CA 95133 Santa Clara County.
The business is owned by: an individual. The name and residence address of the owner(s)/registrant(s) is: Sandy Ho, 3463 Pine Creek Drive, San Jose, CA 95132.
The registrant/owner began transacting business under the fictitious business name(s) listed above on: N/A
This filing is a Refile (Change)s in facts from previous filing. Previous file#FBN634507
I declare that all information in this statement is true and correct. (A registrant who declares as true information which he or she knows to be false is guilty of a crime.)
/s/ Sandy Ho
This statement was filed with the Co. Clerk-Recorder of Santa Clara Co. on 01/30/2020
Regina Alcomendras, County Clerk Recorder
By: /s/ Mike Louie Deputy
**File No.: FBN663080**
**SJMN # 6454892**
**Feb. 5, 12, 19, 26, 2020**

**FICTITIOUS BUSINESS NAME STATEMENT**
**File No. FBN662908**
The following person(s) is (are) doing business as: **(1) E. Blair Glass Co (2) Blair Glass & Upholstery (3) Blair Glass (4) Blair Windows,**
630 Charles St., San Jose, CA 95112 Santa Clara County. The business is owned by: a corporation. The name and residence address of the owner(s)/registrant(s) is: E. Blair Co. Inc., 630 Charles St. San Jose, CA 95112.
The registrant/owner began transacting business under the fictitious business name(s) listed above on: 12/23/1985
This filing is a Refile (Change(s) in facts from previous filing) Previous file # FBN449320
I declare that all information in this statement is true and correct. (A registrant who declares as true information which he or she knows to be false is guilty of a crime.)
/s/ Edward P. Blair
Article/Registration #1294613. Above entity formed in the State of CA. This statement was filed with the Co. Clerk-Recorder of Santa Clara Co. on 01/27/2020
Regina Alcomendras, County Clerk Recorder
By: /s/ Mike Louie Deputy
File No.: FBN662908
**SJMN #6454768**
**Feb. 5, 12, 19, 26, 2020**

Eat
Drink
Play
Get the Latest Dish on the Bay Area Dining Scene.
Blogs.MercuryNews.com/eat-drink-play

Legal Notice

**STATEMENT OF ABANDONMENT OF USE OF FICTITIOUS BUSINESS NAME**
**File No. FBN662897**
The following person(s)/registrant(s) has/have abandoned the use of the fictitious business name(s). FICTITIOUS BUSINESS NAME: **MARIN TILE**, 5338 Estrade Dr. San Jose, CA 95118. FILED IN SANTA CLARA COUNTY ON 04/17/2015 UNDER FILE NO. FBN603870. FULL NAME of Registrant(s): Marin Puharic, 5338 Estrade Dr. San Jose, CA 95118. The business was conducted by an individual.
I declare that all information in this statement is true and correct.
/s/ Marin Puharic
This statement was filed with the Co. Clerk-Recorder of Santa Clara Co. on 01/24/2020.
Regina Alcomendras, County Clerk Recorder
By: /s/Nina Khamphilath, Deputy
**File No.: FBN662897**
**SJMN#6457649**
**Feb.12,19,26,Mar.4,2020**

**FICTITIOUS BUSINESS NAME STATEMENT**
**FILE NO. 283896**
The following person(s) is (are) doing business as: (1) **Confidence Auto Rentals and Sales**;
(2) **Auto Confianca**;
(3) **Auto Confianza**;
(4) **Confianza Autos**;
(5) **Confianca Autos**;
(6) **Confidence Autos**,
(7) **Confianca Motors**,
650 El Camino Real, San Bruno, CA 94066, San Mateo County
Registered Owner(s): Confidence Auto Rentals and Sales Inc. 231 8th Avenue, San Francisco, CA 94118.
State of Incorporation /Organization: Deleware.
This business is conducted by a Corporation. The registrant commenced to transact business under the fictitious business name or names on N/A.
/s/ Evan Krow, President
THIS STATEMENT WAS FILED WITH MARK CHURCH, ASSESSOR-COUNTY CLERK-RECORDER, SAN MATEO COUNTY ON 02/10/2020.
**SMCT#6459712**
**Feb.19,36,**
**Mar.4,11,2020**

**FICTITIOUS BUSINESS NAME STATEMENT**
**File No. FBN662704**
The following person(s) is (are) doing business as: **MJL_AUTHENTICS**, 180 San Pedro Circle, San Jose, CA 95110, Santa Clara County.
The business is owned by: an individual. The name and residence address of the owner(s)/registrant(s) is: Ryan J Lising, 1850 San Pedro Circle, San Jose, CA 95110.
The registrant/owner began transacting business under the fictitious business name(s) listed above on: 01/13/2019
This filing is first filing
I declare that all information in this statement is true and correct. (A registrant who declares as true information which he or she knows to be false is guilty of a crime.)
/s/ Ryan J Lising
This statement was filed with the Co. Clerk-Recorder of Santa Clara Co. on 01/17/2020.
Regina Alcomendras, County Clerk Recorder
By: /s/ Raymund Reyes, Deputy
**File No.: FBN662704**
**SJMN#6451903**
**Jan.29,**
**Feb.5,12,19,2020**

**FICTITIOUS BUSINESS NAME STATEMENT**
**File No. FBN662847**
The following person(s) is (are) doing business as: **ASIAN PARADISE RENTALS**, 724 North 17th Street, San Jose, CA 95112, Santa Clara County.
The business is owned by: a general partnership. The name and residence address of the owner(s)/registrant(s) is: Stephani Sook May Chui and Paul Cameron Major, 40 Teddy Ave. San Francisco, CA 94134.
The registrant/owner began transacting business under the fictitious business name(s) listed above on: 01/19/2020
This filing is first filing.
I declare that all information in this statement is true and correct. (A registrant who declares as true information which he or she knows to be false is guilty of a crime.)
/s/ Paul Cameron Major
This statement was filed with the Co. Clerk-Recorder of Santa Clara Co. on 01/23/2020.
Regina Alcomendras, County Clerk Recorder
By: /s/ Raymund Reyes, Deputy
**File No.: FBN662847**
**SJMN#6457557**
**Feb.12,19,26,Mar.4,2020**

TO PLACE YOUR AD, CALL TOLL FREE: 1-800-595-9595, MON-FRI 8AM-5PM.

# At Your Service

Your Guide to Home Repair and Other Service Professionals

NOTICE TO ALL READERS: California law requires that contractors taking jobs that total $500 or more (labor and/or materials) be licensed by the Contractors State License Board. State law also requires that contractors include their license numbers on all advertising. Check your contractor's status at www.cslb.ca.gov or 800-321-CSLB (2752). Unlicensed persons taking jobs that total less than $500 must state in their advertisements that they are not licensed by the Contractors State License Board.

**Additions and Remodeling**

**BUILD FOR EXCELLENCE**
◆Home Imp/Remodel ◆Sidewalks/Driveways ◆Water Proofing Decks ◆Interior Decorative Concrete - Pavers ◆Roofing ◆Foundations
#899100/Bonded/Ins.
**408-621-7407**

**Air Conditioning and Heating**

**ALL ABOUT AIR**
**HEATING & AIR CONDITIONING**
Install/Service All Brands
•Furnaces •Air Conditioners •Wall Heaters •Duct Repair/Replace
License # 902777
510-538-2247
866-568-2247
We will price match
SEE OUR DISPLAY AD

**Automotive Services**

**USA AUTO DETAIL MOBILE SERVICE**
Full in & out detail including Exterior Machine Buff Only $149!!!
**808-283-2170**
www.usaautodetailca.com

**Bath and Kitchen Remodeling**

**BEN THERE REMODELING**
ADU ADDITIONS,baths, kit/Flrs/Windows/Doors Plumbing & Drywall Sheetrock, Texture, Paint, Decks, Tile Install. Free Est. Lic.#769480
Serving South Bay
**408-687-2280**

**Beauty and Barber Services**

**CHIC BEAUTY SALON**
BY STEPHANIE
WOMEN, MEN CHILDREN, STUDENTS
1249 Broadway
Burlingame Ca.
Free Consultations
Call for prices and more info
**714-328-9372**

The smart people you want to hire read the Mercury News.

**Building Inspectors**

CENTRAL COAST LEAD INSPECTION
• Paint • Soil • Dust • Water • Dishware
• Pre-Renovation inspections • 408-529-1551 • 831-335-0407 • Inspector/Assessor I.D. # 23367
www.centralcoastlead inspectionservices.com

**Cement and Concrete**

DECORATIVE CONCRETE WORK, Driveways, Patios, Stamped Concrete, Pavers, and all Masonry Work Walls, Foundations! Lic. #787540
**408-230-5320**

**SOLORIO'S CONCRETE**
Color/Stamped Concrete, Patios, Driveway/Sidewalks Foundations/Additions
Lic. #1029615
Free Estimates
**408-217-4918**

**Construction**

**A.T. CONCRETE & CONSTRUCTION**
• House Remodel • Room Additions • Block Walls • Retaining Walls • Concrete/Pavers • Landscaping
FREE ESTIMATES
20 yrs in business.
Lic#913987
**650-716-9691**
**510-200-1222**

**Drywall and Sheetrock**

**WINTER RATES**
ONE DAY SERVICE! Quality workmanship!! Popcorn removal! Painting & general repairs. Drywall-repair, wall texturing, water damage specialist, plastering. EST. 1972! Lic#299573
**800-334-4920**

Turn clutter into cash.
Advertise it in Mercury News Classified.

Legal Notice

**FICTITIOUS BUSINESS NAME STATEMENT**
**File No. FBN663107**
The following person(s) is (are) doing business as: **TC BUILDS**, 2404 Adonis Way, San Jose, CA 95124, Santa Clara County.
The business is owned by: an individual. The name and residence address of the owner(s)/registrant(s) is: Carlos Tavares, 2404 Adonis Way, San Jose, CA 95124
The registrant/owner began transacting business under the fictitious business name(s) listed above on: 01/31/2020
This filing is first filing
I declare that all information in this statement is true and correct. (A registrant who declares as true information which he or she knows to be false is guilty of a crime.)
/s/ Carlos Tavares
This statement was filed with the Co. Clerk-Recorder of Santa Clara Co. on 01/31/2020.
Regina Alcomendras, County Clerk Recorder
By: /s/ Mike Louie, Deputy
**File No.: FBN663107**
**SJMN#6454879**
**Feb.5,12,19,26,2020**

**FICTITIOUS BUSINESS NAME STATEMENT**
**File No. FBN662894**
The following person(s) is (are) doing business as: **Phoenix Sports**, 1060 S. 3rd St. #384, San Jose, CA 95112 Santa Clara County.
The business is owned by: an individual. The name and residence address of the owner(s)/registrant(s) is: Douglas Goldfein, 1060 S. 3rd St. #384, San Jose, CA 95112.
The registrant/owner began transacting business under the fictitious business name(s) listed above on: N/A
This filing is a first filing
I declare that all information in this statement is true and correct. (A registrant who declares as true information which he or she knows to be false is guilty of a crime.)
/s/ Douglas Goldfein
This statement was filed with the Co. Clerk-Recorder of Santa Clara Co. on 01/24/2020
Regina Alcomendras, County Clerk Recorder
By: /s/ Nina Khamphilath Deputy
**File No.: FBN662894**
**SJMN # 6452235**
**Jan. 29, 2020**
**Feb. 5, 12, 19, 2020**

**FICTITIOUS BUSINESS NAME STATEMENT**
**File No. FBN663610**
The following person(s) is (are) doing business as: **GENWORX SERVICES**, 1743 Ringwood Ave. San Jose, CA 95131, Santa Clara County.
The business is owned by: a Married Couple. The name and residence address of the owner(s)/registrant(s) is: Rowmel Magtoto and Myralinda Magtoto, 1743 Ringwood Ave. San Jose, CA 95131.
The registrant/owner began transacting business under the fictitious business name(s) listed above on: 02/14/2020
This filing is first filing
I declare that all information in this statement is true and correct. (A registrant who declares as true information which he or she knows to be false is guilty of a crime.)
/s/ Rowmel Magtoto
This statement was filed with the Co. Clerk-Recorder of Santa Clara Co. on 02/14/2020.
Regina Alcomendras, County Clerk Recorder
By: /s/ Raymund Reyes, Deputy
**File No.: FBN663610**
**SJMN#6460055**
**Feb.19,26,**
**Mar.4,11,2020**

Legal Notice

**FICTITIOUS BUSINESS NAME STATEMENT**
**File No. FBN662819**
The following person(s) is (are) doing business as: **WATERSMITH PLUMBING**, 1868 Davis St #2, San Jose, CA 95126, Santa Clara County.
The business is owned by: a Married Couple. The name and residence address of the owner(s)/registrant(s) is: Paul Victor Lee and Dia Vang, 1868 Davis St #2, San Jose, CA 95126.
The registrant/owner began transacting business under the fictitious business name(s) listed above on: 01/23/2020.
This filing is first filing
I declare that all information in this statement is true and correct. (A registrant who declares as true information which he or she knows to be false is guilty of a crime.)
/s/ Paul Victor Lee
This statement was filed with the Co. Clerk-Recorder of Santa Clara Co. on 01/23/2020.
Regina Alcomendras, County Clerk Recorder
By: /s/ Nina Khamphilath, Deputy
**File No.: FBN662819**
**SJMN#6451809**
**Jan.29,**
**Feb.5,12,19,2020**

**FICTITIOUS BUSINESS NAME STATEMENT**
**File No. FBN662453**
The following person(s) is (are) doing business as: **BENS JANITORIAL**, 546 Skall Dr. San Jose, CA 95111, Santa Clara County.
The business is owned by: an individual. The name and residence address of the owner(s)/registrant(s) is: Benjamin Silva, 546 Skall Dr. San Jose, CA 95111.
The registrant/owner began transacting business under the fictitious business name(s) listed above on: 10/20/2018
This filing is first filing
I declare that all information in this statement is true and correct. (A registrant who declares as true information which he or she knows to be false is guilty of a crime.)
/s/ Benjamin Silva
This statement was filed with the Co. Clerk-Recorder of Santa Clara Co. on 01/13/2020.
Regina Alcomendras, County Clerk Recorder
By: /s/ Raymund Reyes, Deputy
**File No.: FBN662453**
**SJMN#6454821**
**Feb.5,12,19,26,2020**

**FICTITIOUS BUSINESS NAME STATEMENT**
**File No. FBN662944**
The following person(s) is (are) doing business as: **Triangle Trailer Park**, 1410 N. 10th St. San Jose, CA 95112 Santa Clara County.
The business is owned by: an individual. The name and residence address of the owner(s)/registrant(s) is: Carmelita A. Rogers, 2415 Karen Drive #3, Santa Clara, CA 95050.
The registrant/owner began transacting business under the fictitious business name(s) listed above on: 12/12/2002
This filing is a Refile (Change(s) in facts from previous filing. Previous file#FBN598984
I declare that all information in this statement is true and correct. (A registrant who declares as true information which he or she knows to be false is guilty of a crime.)
/s/ Carmelita A. Rogers
This statement was filed with the Co. Clerk-Recorder of Santa Clara Co. on 01/27/2020
Regina Alcomendras, County Clerk Recorder
By: /s/ Sandy Chanthasy Deputy
**File No.: FBN662944**
**SJMN # 6454881**
**Feb. 5, 12, 19, 26, 2020**

Legal Notice | Legal Notice | Legal Notice | Legal Notice | Legal Notice

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>**- and -**<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11 Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered) |

**<u>AMENDED</u> NOTICE OF HEARING ON APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (D) OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE THAT:**

1. **The Plan and Proposed Disclosure Statement.** On February 7, 2020, pursuant to section 1125 of the Bankruptcy Code, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the proposed disclosure statement [Docket No. 5700] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, dated January 31, 2020* [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**"). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Proposed Disclosure Statement.

2. **Solicitation Procedures Motion.** In accordance with the amended Disclosure Statement approval and Plan confirmation schedule established by the Court [Docket No. 5732] (the "**Scheduling Order**"), the Debtors will file, on or before February 18, 2020, a Motion requesting, *inter alia*, that the Court (i) approve Plan solicitation and voting procedures, and (ii) approve the forms of Ballots, Solicitation Packages, and related notices to be sent to the Debtors' creditors and equity interest holders in connection with confirmation of the Plan (the "**Solicitation Procedures Motion**").

3. **Disclosure Statement Hearing.** A hearing (the "**Disclosure Statement Hearing**") to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time), and, if needed, March 11, 2020 at 10:00 a.m. (Prevailing Pacific Time),** in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "**Bankruptcy Court**"), 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, or as soon thereafter as counsel can be heard. The Disclosure Statement Hearing may be continued from time to time without further notice to creditors, equity interest holders, or other parties in interest other than by an announcement in the Bankruptcy Court of such continuance or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

4. **Objections or Responses to the Proposed Disclosure Statement and Solicitation Procedures Motion.**

a. **Core Parties.** Pursuant to the Court's Scheduling Order, the following parties (collectively, the "**Core Parties**") must serve any responses or objections to approval of the Proposed Disclosure Statement or any of the relief sought in the Solicitation Procedures Motion (each, a "**Disclosure Statement or Solicitation Objection**") by e-mail on the parties listed in Paragraph 4.c.(v)C-L below (**BUT NOT FILED OR SENT TO THE BANKRUPTCY COURT**) so as to be received no later than **4:00 p.m. on February 28, 2020 (Prevailing Pacific Time)**: (i) the Tort Claimants Committee; (ii) the Creditors Committee; (iii) the U.S. Trustee; (iv) the Ad Hoc Group of Subrogation Claimholders; (v) the Ad Hoc Committee of Senior Unsecured Noteholders; (vi) the U.S. Department of Justice; (vii) the Office of the California Attorney General; (viii) Governor Gavin Newsom; (ix) the California Public Utilities Commission; (x) the Ad Hoc Committee of Holders of Trade Claims; (xi) Valley Clean Energy Alliance; (xii) City and County of San Francisco; (xiii) South San Joaquin Irrigation District; (xiv) BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes; (xv) Adventist Health System/West and Feather River Hospital; and (xvi) the Consenting Fire Claimant Professional Group. Counsel for any of the Core Parties who have served objections or responses shall meet and confer with counsel for the Debtors and the Shareholder Proponents no later than March 5, 2020, to attempt to resolve any Disclosure Statement or Solicitation Objections. To the extent any Disclosure Statement or Solicitation Objection of a Core Party is not resolved during such meet and confer, the applicable Core Party shall file and serve its Disclosure Statement or Solicitation Objection in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

b. **All Other Parties.** Pursuant to the Court's Scheduling Order, Disclosure Statement or Solicitation Objections of any other parties (*e.g.*, parties other than the Core Parties) must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

c. **Response and Objection Procedures.** Disclosure Statement or Solicitation Objections must:

(i) Be in writing;

(ii) State the name and address of the objecting party and the amount and nature of the Claim or Interest of such party;

(iii) State with particularity **in short, concise bullet points** (without points and authorities in support), the basis and nature of any objection or response to the Proposed Disclosure Statement and include, where appropriate, proposed language to be incorporated into the Proposed Disclosure Statement to resolve any such objection or response;

(iv) Conform to the Bankruptcy Rules, the Bankruptcy Local Rules, the *Order Establishing Procedures for Disclosure Statement and Confirmation Hearing* (N.D. Cal. May 2017) (Montali, J.), and the Scheduling Order; and

(v) Be served on the following parties:

A. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102;

B. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

C. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kellerbenvenutti.com) and Jane Kim, Esq. (jkim@kellerbenvenutti.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq. (onasab@cravath.com));

D. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

E. The attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. (egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq. (fmerola@stroock.com));

F. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. (david.schiff@davispolk.com), and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

G. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W. Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq. (bhermann@paulweiss.com), Walter R. Rieman, Esq. (wrieman@paulweiss.com), Sean A. Mitchell, Esq. (smitchell@paulweiss.com), and Neal P. Donnelly, Esq. (ndonnelly@paulweiss.com));

H. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Kahlil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067 (Attn: Gregory A. Bray, Esq. (GBray@milbank.com) and Thomas R. Kreller, Esq. (TKreller@milbank.com));

I. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

J. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G. Minias Esq. (jminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

K. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James O. Johnston, Esq. (jjohnston@jonesday.com)); and

L. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), Ira S. Dizengoff, Esq. (idizengoff@akingump.com), David H. Botter, Esq. (dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

**THE COURT NARROWLY CONSTRUES SECTION 1125(a)(1) OF THE BANKRUPTCY CODE. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT ARE TO MAKE SURE THAT ADEQUATE DISCLOSURE WILL ENABLE AN IMPAIRED CREDITOR OR SHAREHOLDER TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT SHOULD NOT INCLUDE OBJECTIONS TO CONFIRMATION, ALTERNATIVES TO THE PLAN, OR OTHER IRRELEVANT MATTERS. THE ONLY EXCEPTION IS THAT AN OBJECTION MAY BE BASED UPON A GOOD FAITH BELIEF THAT THE PROPOSED PLAN IS UNCONFIRMABLE AS A MATTER OF LAW. THE COURT WILL NOT TREAT THE ABSENCE OF AN OBJECTION TO CONFIRMATION AS A WAIVER OF SUCH AN OBJECTION FILED LATER WHEN THE PLAN IS READY TO BE CONSIDERED.**

**IF ANY OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT OR THE SOLICITATION PROCEDURES MOTION IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT OR ANY OF THE RELIEF SOUGHT IN CONNECTION WITH THE SOLICITATION PROCEDURES MOTION AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. **Other Relevant Dates.** The Scheduling Order also approved and established the following dates and deadlines:

a. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan.

b. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing summary of Fire Victim Claims Resolution Procedures.

c. February 28, 2020: Deadline to file substantially final form of Subrogation Wildfire Trust Agreement.

d February 28, 2020: Deadline for Debtors to file proposed executive summary of Plan treatment of Fire Victim Claims (this document is referred to as the Fire Victim Claim Plan Treatment Summary in the Proposed Disclosure Statement).

e. March 3, 2020: Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures

f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan.

g. March 9, 2020: Debtors to file revised or amended Plan and Proposed Disclosure Statement.

h. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for submitting Ballots to accept or reject the Plan.

i. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing and serving objections to Plan confirmation.

j. May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time): Pre-confirmation scheduling conference. **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time) to discuss scheduling any evidentiary matters to be dealt with in connection with the Confirmation Hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.**

k. May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time): First day of Confirmation Hearing.

6. **Miscellaneous.** The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) are on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at no cost at https://restructuring.primeclerk.com/pge/. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be: (i) examined by interested parties during normal business hours at the office of the Clerk on a public computer terminal; (ii) accessed for a fee via PACER at http://www.canb.uscourts.gov/; and (iii) obtained by written request to the Debtors' solicitation agent, Prime Clerk LLC ("**Prime Clerk**" or the "**Solicitation Agent**"), at the address or e-mail address below: **If by standard, overnight, or hand delivery:** PG&E Information c/o Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165; **If by e-mail to:** pgeinfo@primeclerk.com.

**THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT PROVIDE, LEGAL ADVICE.**

Dated: February 11, 2020

**SAN FRANCISCO STATE UNIVERSITY**
**FALL 2021-2022**
**PROGRAM IMPACTION ANNOUNCEMENT**

San Francisco State University will be holding three public hearings to inform the public regarding proposed changes to admissions guidelines for the 2021-2022 academic year. These changes will affect students applying for admission as first-time freshman and upper division transfer. The proposed changes include the removal of the program impaction designation of several currently impacted majors.

The public is invited to provide input at the following scheduled hearings:

**Monday, February 10, 2020 (4-6pm)**
**City College of San Francisco, MOU250**
**Friday, February 28, 2020 (4-6pm)**
**Skyline College, Bldg. 4, Room 4271**
**Thursday, March 5, 2020 (4-6 pm)**
**SFSU, Student Services Bldg., Room 404**

These meetings are wheelchair accessible. Individuals requiring other accommodations should contact SF State at (415) 338-7227 as soon as possible. Please refer to the following website for more information on the proposed removal of program impactions effective Fall 2021: https://future.sfsu.edu/impaction

**SMCT#6443910; Jan.31-Feb.1; Feb.3-8; Feb.10-15; Feb.17-22;Feb.24-29; Mar.2,2020**

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SAN MATEO**
**PETITION OF NATALIE KEIKO ASAI GRIBBEN**
**FOR CHANGE OF NAME**
**ORDER TO SHOW CAUSE FOR CHANGE OF NAME**
**CASE NUMBER 20CIV00648**

TO ALL INTERESTED PERSONS: Natalie Keiko Asai Gribben filed a petition with this court for a decree changing names as follows:
Present name: Natalie Keiko Asai Gribben
to Proposed name: Natalie Asai Gribben

THE COURT ORDERS that all persons interested in this matter appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.

**NOTICE OF HEARING**
**Date: 3/20/2020, 9:00 AM, Dept.: PJ**
**Superior Court of California, County of San Mateo**
**400 County Center, Redwood City, CA 94063-1655**

A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county, San Mateo County Times.
Date: Feb 5,2020    /s/ Jonathan E. Karesh,
JUDGE OF THE SUPERIOR COURT
**SMCT#6460455; Feb.19,26,Mar.4,11,2020**

**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SANTA CLARA**
**PETITION OF ADHIR GARG**
**FOR CHANGE OF NAME**
**ORDER TO SHOW CAUSE FOR CHANGE OF NAME**
**CASE NUMBER 20CV361730**

TO ALL INTERESTED PERSONS: Adhir Garg filed a petition with this court for a decree changing names as follows:
Present name: Adhir Garg
to Proposed name: Adhitya Prakash

THE COURT ORDERS that all persons interested in this matter appear before this court at the hearing indicated below to show cause, if any, why the petition for change of name should not be granted. Any person objecting to the name changes described above must file a written objection that includes the reasons for the objection at least two court days before the matter is scheduled to be heard and must appear at the hearing to show cause why the petition should not be granted. If no written objection is timely filed, the court may grant the petition without a hearing.

**NOTICE OF HEARING**
**Date: May 26, 2020, 8:45 AM, Room: Probate**
**Superior Court of California, County of Santa Clara**
**191 N. First Street, San Jose, CA 95113**
**Downtown Superior Court**

A copy of this Order to Show Cause shall be published at least once each week for four successive weeks prior to the date set for hearing on the petition in the following newspaper of general circulation, printed in this county, San Jose Mercury News.
Date: Jan 15, 2020    /s/
JUDGE OF THE SUPERIOR COURT
**SJMN#6457405; Feb. 12,19,26,Mar.4,2020**

ARE YOU A BUSINESS OWNER?
Looking for a new way to make an impact in your market?
Visit BayAreaNewsGroup.com today and find out how the digital and print products of Bay Area News Group can help you reach your business goals.

**Exhibit W**

 

# AFFIDAVIT OF PUBLICATION

| Account # | Ad Number | Identification | PO | Amount | Cols | Depth |
|---|---|---|---|---|---|---|
| 554847 | 0004565130 | | R2120046 | | 3 | 9.00 In |

**Attention:**

**PG&E Corporation**

220 WEST 42 STREET, 12TH FLOOR, NY, NY 10036
NEW YORK, NY 10036

**Declaration of Publication**
**C.C.P. S2015.5**

**STATE OF CALIFORNIA )**
**) ss.**
**County of Stanislaus )**

I am a citizen of the United States; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am a printer and principal clerk of the publisher of the The Modesto Bee, which has been adjudged a newspaper of general circulation by the Superior Court of the County of Stanislaus, State of California, under the date of February 25, 1951 Action No. 46453. The notice of which the annexed is a printed copy has been published in each issue thereof on the following dates, to wit:

February 19, 2020

V Rodela
Legal Clerk

I certify (or declare) under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Dallas, Texas on:

**Date: 19th, day of February, 2020**

Notary Signature

LIZBETH AILEEN CORDERO
My Notary ID # 131868068
Expires January 25, 2023
NOTARY PUBLIC STATE OF TEXAS

**Extra charge for lost or duplicate affidavits.**
**Legal document please do not destroy!**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| In re: **PG&E CORPORATION,** - and - **PACIFIC GAS AND ELECTRIC COMPANY, Debtors.** ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Company ☒ Affects both Debtors ** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11 Case No. 19-30088 (DM) (Lead Case) (Jointly Administered) |
|---|---|

**AMENDED NOTICE OF HEARING ON APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (D) OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE THAT:**

1. **The Plan and Proposed Disclosure Statement.** On February 7, 2020, pursuant to section 1125 of the Bankruptcy Code, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the proposed disclosure statement [Docket No. 5700] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, dated January 31, 2020* [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**"). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Proposed Disclosure Statement.

2. **Solicitation Procedures Motion.** In accordance with the amended Disclosure Statement approval and Plan confirmation schedule established by the Court [Docket No. 5732] (the "**Scheduling Order**"), the Debtors will file, on or before February 18, 2020, a Motion requesting, *inter alia*, that the Court (i) approve Plan solicitation and voting procedures, and (ii) approve the forms of Ballots, Solicitation Packages, and related notices to be sent to the Debtors' creditors and equity interest holders in connection with confirmation of the Plan (the "**Solicitation Procedures Motion**").

3. **Disclosure Statement Hearing.** A hearing (the "**Disclosure Statement Hearing**") to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time), and, if needed, March 11, 2020 at 10:00 a.m. (Prevailing Pacific Time),** in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "**Bankruptcy Court**"), 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, or as soon thereafter as counsel can be heard. The Disclosure Statement Hearing may be continued from time to time without further notice to creditors, equity interest holders, or other parties in interest other than by an announcement in the Bankruptcy Court of such continuance or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

4. **Objections or Responses to the Proposed Disclosure Statement and Solicitation Procedures Motion.**

a. **Core Parties**. Pursuant to the Court's Scheduling Order, the following parties (collectively, the "**Core Parties**") must serve any responses or objections to approval of the Proposed Disclosure Statement or any of the relief sought in the Solicitation Procedures Motion (each, a "**Disclosure Statement or Solicitation Objection**") by e-mail on the parties listed in Paragraph 4.c.(v)C-L below (**BUT NOT FILED OR SENT TO THE BANKRUPTCY COURT**) so as to be received no later than **4:00 p.m. on February 28, 2020 (Prevailing Pacific Time)**: (i) the Tort Claimants Committee; (ii) the Creditors Committee; (iii) the U.S. Trustee; (iv) the Ad Hoc Group of Subrogation Claimholders; (v) the Ad Hoc Committee of Senior Unsecured Noteholders; (vi) the U.S. Department of Justice; (vii) the Office of the California Attorney General; (viii) Governor Gavin Newsom; (ix) the California Public Utilities Commission; (x) the Ad Hoc Committee of Holders of Trade Claims; (xi) Valley Clean Energy Alliance; (xii) City and County of San Francisco; (xiii) South San Joaquin Irrigation District; (xiv) BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes; (xv) Adventist Health System/West and Feather River Hospital; and (xvi) the Consenting Fire Claimant Professional Group. Counsel for any of the Core Parties who have served objections or responses shall meet and confer with counsel for the Debtors and the Shareholder Proponents no later than March 5, 2020, to attempt to resolve any Disclosure Statement or Solicitation Objections. To the extent any Disclosure Statement or Solicitation Objection of a Core Party is not resolved during such meet and confer, the applicable Core Party shall file and serve its Disclosure Statement or Solicitation Objection in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

b. **All Other Parties.** Pursuant to the Court's Scheduling Order, Disclosure Statement or Solicitation Objections of any other parties (*e.g.*, parties other than the Core Parties) must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

c. **Response and Objection Procedures.** Disclosure Statement or Solicitation Objections must:

(i) Be in writing;

(ii) State the name and address of the objecting party and the amount and nature of the Claim or Interest of such party;

(iii) State with particularity **in short, concise bullet points** (without points and authorities in support), the basis and nature of any objection or response to the Proposed Disclosure Statement and include, where appropriate, proposed language to be incorporated into the Proposed Disclosure Statement to resolve any such objection or response;

(iv) Conform to the Bankruptcy Rules, the Bankruptcy Local Rules, the *Order Establishing Procedures for Disclosure Statement and Confirmation Hearing* (N.D. Cal. May 2017) (Montali, J.), and the Scheduling Order; and

(v) Be served on the following parties:

A. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102;

B. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

C. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kellerbenvenutti.com) and Jane Kim, Esq. (jkim@kellerbenvenutti.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq. (onasab@cravath.com));

D. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

E. The attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. (egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq. (fmerola@stroock.com));

F. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. (david.schiff@davispolk.com), and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

G. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W. Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq. (bhermann@paulweiss.com), Walter R. Rieman, Esq. (wrieman@paulweiss.com), Sean A. Mitchell, Esq. (smitchell@paulweiss.com), and Neal P. Donnelly, Esq. (ndonnelly@paulweiss.com));

H. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Kahlil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067 (Attn: Gregory A. Bray, Esq. (GBray@milbank.com) and Thomas R. Kreller, Esq. (TKreller@milbank.com));

I. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

J. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G. Minias Esq. (jminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

K. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James O. Johnston, Esq. (jjohnston@jonesday.com)); and

L. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), Ira S. Dizengoff, Esq. (idizengoff@akingump.com), David H. Botter, Esq. (dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

**THE COURT NARROWLY CONSTRUES SECTION 1125(a)(1) OF THE BANKRUPTCY CODE. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT ARE TO MAKE SURE THAT ADEQUATE DISCLOSURE WILL ENABLE AN IMPAIRED CREDITOR OR SHAREHOLDER TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT SHOULD NOT INCLUDE OBJECTIONS TO CONFIRMATION, ALTERNATIVES TO THE PLAN, OR OTHER IRRELEVANT MATTERS. THE ONLY EXCEPTION IS THAT AN OBJECTION MAY BE BASED UPON A GOOD FAITH BELIEF THAT THE PROPOSED PLAN IS UNCONFIRMABLE AS A MATTER OF LAW. THE COURT WILL NOT TREAT THE ABSENCE OF AN OBJECTION TO CONFIRMATION AS A WAIVER OF SUCH AN OBJECTION FILED LATER WHEN THE PLAN IS READY TO BE CONSIDERED.**

**IF ANY OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT OR THE SOLICITATION PROCEDURES MOTION IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT OR ANY OF THE RELIEF SOUGHT IN CONNECTION WITH THE SOLICITATION PROCEDURES MOTION AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. **Other Relevant Dates.** The Scheduling Order also approved and established the following dates and deadlines:

a. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan.

b. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing summary of Fire Victim Claims Resolution Procedures.

c. February 28, 2020: Deadline to file substantially final form of Subrogation Wildfire Trust Agreement.

d. February 28, 2020: Deadline for Debtors to file proposed executive summary of Plan treatment of Fire Victim Claims (this document is referred to as the Fire Victim Claim Plan Treatment Summary in the Proposed Disclosure Statement).

e. March 3, 2020: Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures

f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan.

g. March 9, 2020: Debtors to file revised or amended Plan and Proposed Disclosure Statement.

h. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for submitting Ballots to accept or reject the Plan.

i. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing and serving objections to Plan confirmation.

j. May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time): Pre-confirmation scheduling conference. **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time) to discuss scheduling any evidentiary matters to be dealt with in connection with the Confirmation Hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.**

k. May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time): First day of Confirmation Hearing.

6. **Miscellaneous.** The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) are on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at no cost at https://restructuring.primeclerk.com/pge/. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be: (i) examined by interested parties during normal business hours at the office of the Clerk on a public computer terminal; (ii) accessed for a fee via PACER at http://www.canb.uscourts.gov/; and (iii) obtained by written request to the Debtors' solicitation agent, Prime Clerk LLC ("**Prime Clerk**" or the "**Solicitation Agent**"), at the address or e-mail address below: **If by standard, overnight, or hand delivery:** PG&E Information c/o Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165; **If by e-mail to:** pgeinfo@primeclerk.com.

**THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT PROVIDE, LEGAL ADVICE.**

Dated: February 11, 2020



FRANK FRANKLIN II AP

Aaron Judge of the New York Yankees hit .272 with 27 homers with 55 RBIs in 102 games last season.

## MLB IN BRIEF

# Yankees' Judge has minor issue with shoulder

New York Yankees slugger Aaron Judge was not in any batting practice group for the team's first full squad workout on Tuesday because of a minor right shoulder issue.

The problem is not considered serious and Judge is expected to take part in other drills.

The outfielder hit .272 with 27 homers with 55 RBIs in 102 games last season. He was on the injured list from April 21-June 21 with a left oblique strain.

**NOTABLE**

**Cardinals:** St. Louis Cardinals right-hander Miles Mikolas will receive a platelet-rich plasma injection in his aling throwing arm, likely delaying his regular-season debut by about one month.

A 2018 All-Star, Mikolas received a similar injection after last season to treat a flexor tendon issue.

St. Louis manager Mike Shildt said Tuesday that the injection will keep Mikolas from throwing for three to four weeks. Once he is cleared to throw, Mikolas will have to restart his throwing program from the beginning.

**Rockies:** Wade Davis has again entered spring training as the Colorado Rockies' closer after a rough 2019 season.

Davis lost his ninth-inning role in the final two months last year, when he finished 1-6 with 15 saves and an 8.65 ERA in the least effective effort of an 11-year career.

"It sucks when you're not doing well at anything, anything in life," Davis said. "The biggest thing is to move past it. That's when you learn and grow. You work harder. You prepare and you are at ease with what happened and your struggles. That's why I feel good about where I'm at now, despite whatever."

Scott Oberg took over as closer and pitched well before a blood clot in his right shoulder forced him to miss the final six weeks of the season and required offseason surgery, though he is healthy this spring and will join Davis in the back end of the bullpen.

"I think in a perfect world, Wade is our closer and Scotty pitches in front of him in some capacity, whether it is an inning or one-plus or two innings," Colorado manager Bud Black said. "Our best scenario thing is if Wade returns to form and pitches as closer when he is available, and Scott and others pitch those other innings."

Black said his confidence in Davis' return is based on "Wade himself, the guy he is, and his stuff."

The 34-year-old Davis has a resume that includes a World Series ring with Kansas City in 2015, a 1.80 ERA in 30 postseason appearances and four All-Star Game appearances.

"You know, you see the best in the world struggle," Davis said. "You see them come back and do good. There are not too many guys that don't have a rough patch in their career."

Health appeared to play a major role in Davis' struggles.

Davis was 1-1 with seven saves and a 2.45 ERA in 17 appearances before landing on the injury list with a strained oblique muscle in late May. He ran into trouble upon returning three weeks later, giving up seven earned runs in 2⅓ innings with two blown saves in a four-game series against San Diego.

Davis said it took him until December to fully recover.

"I did focus a lot on maintaining that area and getting stronger," Davis said of his offseason regimen. "There's an injury I'd never had before. So definitely, I can feel the difference now."

The injury hindered his ability to rotate during his delivery and square up to the plate before release.

"You'll always be out of balance, basically, is what it feels like," Davis said. "But, you know, I felt good enough."

**Marlins:** Versatile newcomer Jonathan Villar is expected to be an ironman in the Miami Marlins' lineup, even if they don't know where.

Villar played in all 162 games last year for the Baltimore Orioles, mostly at second base and shortstop. But the Marlins will give him a spring training tryout in center field because they have little experience there.

"I'm coming here to help the team," Villar said. "They want me to play center field, so I'll try. If I can play another position I'll do it."

Villar's seven-year career has included eight games in center field, most recently in 2017 with the Milwaukee Brewers. He has been mostly a middle infielder but has also played third base and left field.

"We're going to mess around with center field and see if that's a position he can handle," manager Don Mattingly said. "You look at Jonathan and really feel he's the best athlete on the field. So we're going to give it a shot. We think he fits there with our club and our pieces, and it would be great if he is able to pick that up. We've got spring training to see."

Regardless of whether Villar plays center field, he's the centerpiece of offseason efforts to upgrade an offense that scored the fewest runs in the majors in 2018-19 as Miami lost 203 games. The speedy switch-hitter gives the Marlins the prototypical leadoff man they've lacked since trading Dee Gordon two years ago.

Last year Villar had 24 homers and 73 RBIs, both career highs, while batting .273 and stealing 40 bases. He was one of five players to play in all 162 games.

— WIRE SERVICES

## Automobiles

**NISSAN** Versa 2011

White/Cream Gas saver, Clean, GPS 56,000.00mi 4300 OBO polovinv@gmail.com, 209-204-5063

## Trucks & Vans

07' F150 Ford, Work Truck w/ Shell, A/C, Great Cond. Smog/Clean, Great Tires, Auto, 111kMI, $5600 OBO 209-338-8898

# LEGAL NOTICES

## Legals & Public Notices

**STEVE DOVALI CONST. INC.**
8461 E. Olive Ave. Fresno Ca. 93737
Phone (559)255-7603 Fax (559)456-2843
Contact: Tim Dovali
Email: dovaliconstruction@gmail.com

Sub-Bids Requested From **DBE, MBE, WBE** Subcontractors and Suppliers for:
OWNER: CITY OF MEWMAN
HEXAVALENT CHROMIUM (CR6)
COMPLIANCE WATER SYSTEM
BIDDING MARCH 24, 2020 AT 4 PM

**Work Available/ Items of Work:**
**Traffic Control, Demo, Clear & Grub, Earthwork, Trenching, Paving, Fence, Concrete, Metal Bldg., Painting, Storage Tank, Pump Treatment System, HVAC, Rebar, Masonry, Landscaping & Aggregate Supply**

Subcontractors must be licensed in the State of California. Plans and Specs are available for viewing at our office in Fresno Ca. upon request. Assistance with obtaining necessary equipment, supplies, materials, or related assistance or services including insurance, lines of credit and technical assistance for this project will also be offered.

**PSSSSSST.**
We're going to let you in on some classified information We can tell you where to get a bargain on the refrigerator you need, the motorcycle you've always wanted, or how to sell something you don't need.
Bee Classified
521-7777

## Summons

SUMMONS
CITACION JUDICIAL

CASE NUMBER (Numero del Caso)
CV-19-006863

NOTICE TO DEFENDANT
(name):
AVISO AL DEMANDADO
(nombre):
JMZ Development Company, LLC; French Bar Bluffs, LLC; French Bar Bluffs Road Maintenance Company, Inc.; All persons unknown claiming any legal or equitable right, title, estate, easement, lien, or interest in the property described in this verified complaint adverse to plaintiffs' title or any cloud on plaintiffs' title thereto; and Does 1-200, inclusive
YOU ARE BEING SUED BY COMPLAINANT.
(LO ESTA DEMANDANDO EL DEMANDANTE):
Angelique Varian
NOTICE: You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.
You have 30 CALENDAR DAYS after this Summons and legal papers are served on you to file a written response at this court and have a copy served on the petitioner. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the clerk for a fee waiver form. If you do not file your Response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you can not afford and attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these non profit groups at the California Legal Services Web site www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov.selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and cost on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
AVISO! lo han demandado. Si no responde dentro de 30 dias, la corte puede decidir en su contra sin eschcher su version. Lea la informacion a continuacion.
Tiene 30 DIAS DE CALENDARIO despues de que le entreguen esta citacion y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefonica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y mas informacion en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede mas cerca. Si no puede pagar la cuota de presentacion, pida al secretario de la corte que le de un formulario de extencion de pago de cuotas. Si no presenta su respuesta a tiempo, puedo perder el caso por incumplimiento y la corte le podra quitar su sueldo, dinero y bienes sin mas advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remision a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org) en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniendose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperacion de $10,000 o mas de valor recibida mediante un acuerdo o una conceslon de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.
The name and address of the court is (El nombre y direccion de la corte es):
Superior Court of California, County of Stanislaus
Superior Court of California, County of Stanislaus
801 - 10th Street, 4th Floor, Modesto, CA 95354
801 - 10th Street, 4th Floor, Modesto, CA 95354
801 - 10th Street, 4th Floor, Modesto, CA 95354
The name, address, and telephone number of plaintiff's attorney, or plainfiff without an attorney is: (El nombre, la direccion y el numero de telefono del abogado del demandante, o del demandante que no tiene abogado, es):
Lawrence C. Beaver
1309 I Street
Modestol, CA 95354

Date (Fecha): 11-14-2019
Clerk, by (Secretario)
Carly Bonzi
Deputy (Adjunto)e
Pub Dates February 12, 19, 26; March 4, 2020

## Legals & Public Notices

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

**In re:**
**PG&E CORPORATION,**
**- and -**
**PACIFIC GAS AND ELECTRIC COMPANY,**
**Debtors.**
☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors
** All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Chapter 11 Case
No. 19-30088 (DM)
(Lead Case)
(Jointly Administered)

**AMENDED NOTICE OF HEARING ON APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (D) OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE THAT:**

1. **The Plan and Proposed Disclosure Statement.** On February 7, 2020, pursuant to section 1125 of the Bankruptcy Code, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the proposed disclosure statement [Docket No. 5700] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, dated January 31, 2020* [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**"). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Proposed Disclosure Statement.

2. **Solicitation Procedures Motion.** In accordance with the amended Disclosure Statement approval and Plan confirmation schedule established by the Court [Docket No. 5732] (the "**Scheduling Order**"), the Debtors will file, on or before February 18, 2020, a Motion requesting, *inter alia*, that the Court (i) approve Plan solicitation and voting procedures, and (ii) approve the forms of Ballots, Solicitation Packages, and related notices to be sent to the Debtors' creditors and equity interest holders in connection with confirmation of the Plan (the "**Solicitation Procedures Motion**").

3. **Disclosure Statement Hearing.** A hearing (the "**Disclosure Statement Hearing**") to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time), and, if needed, March 11, 2020 at 10:00 a.m. (Prevailing Pacific Time),** in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "**Bankruptcy Court**"), 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, or as soon thereafter as counsel can be heard. The Disclosure Statement Hearing may be continued from time to time without further notice to creditors, equity interest holders, or other parties in interest other than by an announcement in the Bankruptcy Court of such continuance or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

4. **Objections or Responses to the Proposed Disclosure Statement and Solicitation Procedures Motion.**

a. **Core Parties**. Pursuant to the Court's Scheduling Order, the following parties (collectively, the "**Core Parties**") must serve any responses or objections to approval of the Proposed Disclosure Statement or any of the relief sought in the Solicitation Procedures Motion (each, a "**Disclosure Statement or Solicitation Objection**") by e-mail on the parties listed in Paragraph 4.c.(v)C-L below (**BUT NOT FILED OR SENT TO THE BANKRUPTCY COURT**) so as to be received no later than **4:00 p.m. on February 28, 2020 (Prevailing Pacific Time)**: (i) the Tort Claimants Committee; (ii) the Creditors Committee; (iii) the U.S. Trustee; (iv) the Ad Hoc Group of Subrogation Claimholders; (v) the Ad Hoc Committee of Senior Unsecured Noteholders; (vi) the U.S. Department of Justice; (vii) the Office of the California Attorney General; (viii) Governor Gavin Newsom; (ix) the California Public Utilities Commission; (x) the Ad Hoc Committee of Holders of Trade Claims; (xi) Valley Clean Energy Alliance; (xii) City and County of San Francisco; (xiii) South San Joaquin Irrigation District; (xiv) BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes; (xv) Adventist Health System/West and Feather River Hospital; and (xvi) the Consenting Fire Claimant Professional Group. Counsel for any of the Core Parties who have served objections or responses shall meet and confer with counsel for the Debtors and the Shareholder Proponents no later than March 5, 2020, to attempt to resolve any Disclosure Statement or Solicitation Objections. To the extent any Disclosure Statement or Solicitation Objection of a Core Party is not resolved during such meet and confer, the applicable Core Party shall file and serve its Disclosure Statement or Solicitation Objection in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

b. **All Other Parties.** Pursuant to the Court's Scheduling Order, Disclosure Statement or Solicitation Objections of any other parties (*e.g.*, parties other than the Core Parties) must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

c. **Response and Objection Procedures.** Disclosure Statement or Solicitation Objections must:

(i) Be in writing;

(ii) State the name and address of the objecting party and the amount and nature of the Claim or Interest of such party;

(iii) State with particularity **in short, concise bullet points** (without points and authorities in support), the basis and nature of any objection or response to the Proposed Disclosure Statement and include, where appropriate, proposed language to be incorporated into the Proposed Disclosure Statement to resolve any such objection or response;

(iv) Conform to the Bankruptcy Rules, the Bankruptcy Local Rules, the *Order Establishing Procedures for Disclosure Statement and Confirmation Hearing* (N.D. Cal. May 2017) (Montali, J.), and the Scheduling Order; and

(v) Be served on the following parties:

A. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102;

B. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

C. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kellerbenvenutti.com) and Jane Kim, Esq. (jkim@kellerbenvenutti.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq. (onasab@cravath.com));

D. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

E. The attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. (egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq. (fmerola@stroock.com));

F. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. (david.schiff@davispolk.com), and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

G. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W. Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq. (bhermann@paulweiss.com), Walter R. Rieman, Esq. (wrieman@paulweiss.com), Sean A. Mitchell, Esq. (smitchell@paulweiss.com), and Neal P. Donnelly, Esq. (ndonnelly@paulweiss.com));

H. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Kahlil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067 (Attn: Gregory A. Bray, Esq. (GBray@milbank.com) and Thomas R. Kreller, Esq. (TKreller@milbank.com));

I. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

J. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G Minias Esq. (jminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

K. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James O. Johnston, Esq. (jjohnston@jonesday.com)); and

L. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), Ira S. Dizengoff, Esq. (idizengoff@akingump.com), David H. Botter, Esq. (dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

**THE COURT NARROWLY CONSTRUES SECTION 1125(a)(1) OF THE BANKRUPTCY CODE. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT ARE TO MAKE SURE THAT ADEQUATE DISCLOSURE WILL ENABLE AN IMPAIRED CREDITOR OR SHAREHOLDER TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT SHOULD NOT INCLUDE OBJECTIONS TO CONFIRMATION, ALTERNATIVES TO THE PLAN, OR OTHER IRRELEVANT MATTERS. THE ONLY EXCEPTION IS THAT AN OBJECTION MAY BE BASED UPON A GOOD FAITH BELIEF THAT THE PROPOSED PLAN IS UNCONFIRMABLE AS A MATTER OF LAW. THE COURT WILL NOT TREAT THE ABSENCE OF AN OBJECTION TO CONFIRMATION AS A WAIVER OF SUCH AN OBJECTION FILED LATER WHEN THE PLAN IS READY TO BE CONSIDERED.**

**IF ANY OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT OR THE SOLICITATION PROCEDURES MOTION IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT OR ANY OF THE RELIEF SOUGHT IN CONNECTION WITH THE SOLICITATION PROCEDURES MOTION AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. **Other Relevant Dates.** The Scheduling Order also approved and established the following dates and deadlines:

a. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan.

b. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing summary of Fire Victim Claims Resolution Procedures.

c. February 28, 2020: Deadline to file substantially final form of Subrogation Wildfire Trust Agreement.

d February 28, 2020: Deadline for Debtors to file proposed executive summary of Plan treatment of Fire Victim Claims (this document is referred to as the Fire Victim Claim Plan Treatment Summary in the Proposed Disclosure Statement).

e. March 3, 2020: Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures

f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan.

g. March 9, 2020: Debtors to file revised or amended Plan and Proposed Disclosure Statement.

h. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for submitting Ballots to accept or reject the Plan.

i. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing and serving objections to Plan confirmation.

j. May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time): Pre-confirmation scheduling conference. **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time) to discuss scheduling any evidentiary matters to be dealt with in connection with the Confirmation Hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.**

k. May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time): First day of Confirmation Hearing.

6. **Miscellaneous.** The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) are on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at no cost at https://restructuring.primeclerk.com/pge/. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be: (i) examined by interested parties during normal business hours at the office of the Clerk on a public computer terminal; (ii) accessed for a fee via PACER at http://www.canb.uscourts.gov/; and (iii) obtained by written request to the Debtors' solicitation agent, Prime Clerk LLC ("**Prime Clerk**" or the "**Solicitation Agent**"), at the address or e-mail address below: **If by standard, overnight, or hand delivery:** PG&E Information c/o Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165; **If by e-mail to:** pgeinfo@primeclerk.com.

**THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT PROVIDE, LEGAL ADVICE.**

Dated: February 11, 2020

## Legals & Public Notices

MODESTO
CALIFORNIA

**Community and Economic Development Department**
**Community Development Division**
**HUD Programs**
**NOTICE OF FUNDING AVAILABILITY (NOFA)**
**Fiscal Year 2020-2021**

The City of Modesto will be receiving Community Development Block Grant (CDBG) funds and HOME Investment Partnership (HOME) from the US Department of Housing and Urban Development (HUD). The City will be seeking proposals from eligible organizations to fund eligible projects including but not limited to: affordable housing public facilities to directly benefit low-income families and/or neighborhoods within the City of Modesto.

**CALENDAR OF EVENTS***

| Date | Time | Event |
|---|---|---|
| February 15, 2020 | N/A | Notice of Funding Availability (NOFA) Release Date |
| February 27, 2020 | 10:30 a.m. | **Opening of Application period.** A Technical Assistance Workshop will be held at Tenth Street Place at Health Plans of San Joaquin 1025 J St, Modesto, CA 95354 **Attendance is Mandatory for organizations seeking funds – No Exceptions.** All Applications must be submitted online via ZoomGrants. |
| March 27, 2020 | 4:00 p.m. | Deadline to submit CDBG/HOME Applications via ZoomGrants. **Due no later than 4:00 p.m. No Exceptions.** |
| March 30th to April 3rd, 2020 | N/A | City Staff to conduct application Technical Review |
| April 3, 2020 | N/A | Technical Review Notifications |
| April 7, 2020 | 4:00 p.m. | Deadline to submit appeals of Technical Review |
| April 8, 2020 | Start Time: 8:30 a.m. | Grant Presentations to City of Modesto Grant Review Committee (10 Minute presentation limit). Grant Presentations Location: 1010 10th St Room 2008 |
| April 16, 2020 | 12:00 p.m. | Draft FY 2020-2025 Consolidated Plan, Annual Action Plan, and Analysis of Impediments Opening of Public Review Period – CH & CDC |
| May 5, 2020 | 5:30 p.m. | City Council: Present final FY 2020-20205 Consolidated Plan, Annual Action Plan, and Analysis of Impediments to City Council and Hold a Public Hearing to consider approval and submittal to HUD. |

In compliance with the Americans with Disabilities Act, if you need special assistance to participate in these meetings, please contact the City Clerk (209) 577-5396. Notification 48 hours prior to the meeting will enable the City to make reasonable arrangements to ensure accessibility to this meeting.

If you have any questions, please contact:
City of Modesto Community Development Division
1010 10th Street, Suite 3100, Modesto CA 95351
For any questions, please contact: 209 577-5211
housing@modestogov.com

***Calendar schedule may be subject to change**.

EQUAL HOUSING OPPORTUNITY

**521-7777**
The number to call for Bee Classified.

**YOU'LL** JUMP FOR JOY
With the extra money you've made selling unused items through Bee Classified
Call 521-7777

**USE** the Bee's Classified Superstore to sell it Fast!
521-7777



**Exhibit X**

## THE RECORD
## PROOF OF PUBLICATION

STATE OF CALIFORNIA
COUNTY OF SAN JOAQUIN

THE UNDERSIGNED SAYS:

I am a citizen of the United States and a resident of San Joaquin County; I am over the age of 18 years and not a part to or interested in the above-entitled matter. I am the principal clerk of the printer of THE RECORD, a newspaper of general publication, printed and published daily in the City of Stockton, County of San Joaquin by the Superior Court of the County of San Joaquin, State of California, under the date of February 26, 1952, File No. 52857, San Joaquin County Records; that the notice of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published each regular and entire issue of said newspaper and not in any supplement thereof on the following dates,
To wit,

February 19, 2020

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 19, 2020 In Stockton California

Delailah Little,
The Record

000180744

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| In re:<br>PG&E CORPORATION,<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Chapter 11 Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered) |
|---|---|

**AMENDED NOTICE OF HEARING ON APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (D) OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE THAT:**

1. **The Plan and Proposed Disclosure Statement.** On February 7, 2020, pursuant to section 1125 of the Bankruptcy Code, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the proposed disclosure statement [Docket No. 5700] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, dated January 31, 2020* [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**"). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Proposed Disclosure Statement.

2. **Solicitation Procedures Motion.** In accordance with the amended Disclosure Statement approval and Plan confirmation schedule established by the Court [Docket No. 5732] (the "**Scheduling Order**"), the Debtors will file, on or before February 18, 2020, a Motion requesting, *inter alia*, that the Court (i) approve Plan solicitation and voting procedures, and (ii) approve the forms of Ballots, Solicitation Packages, and related notices to be sent to the Debtors' creditors and equity interest holders in connection with confirmation of the Plan (the "**Solicitation Procedures Motion**").

3. **Disclosure Statement Hearing.** A hearing (the "**Disclosure Statement Hearing**") to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time), and, if needed, March 11, 2020 at 10:00 a.m. (Prevailing Pacific Time),** in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "**Bankruptcy Court**"), 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, or as soon thereafter as counsel can be heard. The Disclosure Statement Hearing may be continued from time to time without further notice to creditors, equity interest holders, or other parties in interest other than by an announcement in the Bankruptcy Court of such continuance or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

4. **Objections or Responses to the Proposed Disclosure Statement and Solicitation Procedures Motion.**

a. **Core Parties.** Pursuant to the Court's Scheduling Order, the following parties (collectively, the "**Core Parties**") must serve any responses or objections to approval of the Proposed Disclosure Statement or any of the relief sought in the Solicitation Procedures Motion (each, a "**Disclosure Statement or Solicitation Objection**") by e-mail on the parties listed in Paragraph 4.c.(v) C-L below **(BUT NOT FILED OR SENT TO THE BANKRUPTCY COURT)** so as to be received no later than **4:00 p.m. on February 28, 2020 (Prevailing Pacific Time):** (i) the Tort Claimants Committee; (ii) the Creditors Committee; (iii) the U.S. Trustee; (iv) the Ad Hoc Group of Subrogation Claimholders; (v) the Ad Hoc Committee of Senior Unsecured Noteholders; (vi) the U.S. Department of Justice; (vii) the Office of the California Attorney General; (viii) Governor Gavin Newsom; (ix) the California Public Utilities Commission; (x) the Ad Hoc Committee of Holders of Trade Claims; (xi) Valley Clean Energy Alliance; (xii) City and County of San Francisco; (xiii) South San Joaquin Irrigation District; (xiv) BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes; (xv) Adventist Health System/West and Feather River Hospital; and (xvi) the Consenting Fire Claimant Professional Group. Counsel for any of the Core Parties who have served objections or responses shall meet and confer with counsel for the Debtors and the Shareholder Proponents no later than March 5, 2020, to attempt to resolve any Disclosure Statement or Solicitation Objections. To the extent any Disclosure Statement or Solicitation Objection of a Core Party is not resolved during such meet and confer, the applicable Core Party shall file and serve its Disclosure Statement or Solicitation Objection in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time).**

b. **All Other Parties.** Pursuant to the Court's Scheduling Order, Disclosure Statement or Solicitation Objections of any other parties (*e.g.*, parties other than the Core Parties) must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time).**

c. **Response and Objection Procedures.** Disclosure Statement or Solicitation Objections must:

(i) Be in writing;

(ii) State the name and address of the objecting party and the amount and nature of the Claim or Interest of such party;

(iii) State with particularity **in short, concise bullet points** (without points and authorities in support), the basis and nature of any objection or response to the Proposed Disclosure Statement and include, where appropriate, proposed language to be incorporated into the Proposed Disclosure Statement to resolve any such objection or response;

(iv) Conform to the Bankruptcy Rules, the Bankruptcy Local Rules, the *Order Establishing Procedures for Disclosure Statement and Confirmation Hearing* (N.D. Cal. May 2017) (Montali, J.), and the Scheduling Order; and

(v) Be served on the following parties:

A. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102;

B. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

C. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kellerbenvenutti.com) and Jane Kim, Esq. (jkim@kellerbenvenutti.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq. (onasab@cravath.com));

D. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

E. The attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. (egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq. (fmerola@stroock.com));

F. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. (david.schiff@davispolk.com), and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

G. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W. Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq. (bhermann@paulweiss.com), Walter R. Rieman, Esq. (wrieman@paulweiss.com), Sean A. Mitchell, Esq. (smitchell@paulweiss.com), and Neal P. Donnelly, Esq. (ndonnelly@paulweiss.com));

H. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Kahlil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067 (Attn: Gregory A. Bray, Esq. (GBray@milbank.com) and Thomas R. Kreller, Esq. (TKreller@milbank.com));

I. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

J. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G Minias Esq. (jminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

K. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James O. Johnston, Esq. (jjohnston@jonesday.com)); and

L. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), Ira S. Dizengoff, Esq. (idizengoff@akingump.com), David H. Botter, Esq. (dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

**THE COURT NARROWLY CONSTRUES SECTION 1125(a)(1) OF THE BANKRUPTCY CODE. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT ARE TO MAKE SURE THAT ADEQUATE DISCLOSURE WILL ENABLE AN IMPAIRED CREDITOR OR SHAREHOLDER TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT SHOULD NOT INCLUDE OBJECTIONS TO CONFIRMATION, ALTERNATIVES TO THE PLAN, OR OTHER IRRELEVANT MATTERS. THE ONLY EXCEPTION IS THAT AN OBJECTION MAY BE BASED UPON A GOOD FAITH BELIEF THAT THE PROPOSED PLAN IS UNCONFIRMABLE AS A MATTER OF LAW. THE COURT WILL NOT TREAT THE ABSENCE OF AN OBJECTION TO CONFIRMATION AS A WAIVER OF SUCH AN OBJECTION FILED LATER WHEN THE PLAN IS READY TO BE CONSIDERED.**

**IF ANY OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT OR THE SOLICITATION PROCEDURES MOTION IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT OR ANY OF THE RELIEF SOUGHT IN CONNECTION WITH THE SOLICITATION PROCEDURES MOTION AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. **Other Relevant Dates.** The Scheduling Order also approved and established the following dates and deadlines:

a. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan.

b. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing summary of Fire Victim Claims Resolution Procedures.

c. February 28, 2020: Deadline to file substantially final form of Subrogation Wildfire Trust Agreement.

d February 28, 2020: Deadline for Debtors to file proposed executive summary of Plan treatment of Fire Victim Claims (this document is referred to as the Fire Victim Claim Plan Treatment Summary in the Proposed Disclosure Statement).

e. March 3, 2020: Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures

f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan.

g. March 9, 2020: Debtors to file revised or amended Plan and Proposed Disclosure Statement.

h. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for submitting Ballots to accept or reject the Plan.

i. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing and serving objections to Plan confirmation.

j. May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time): Pre-confirmation scheduling conference. **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time) to discuss scheduling any evidentiary matters to be dealt with in connection with the Confirmation Hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.**

k. May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time): First day of Confirmation Hearing.

6. **Miscellaneous.** The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) are on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at no cost at https://restructuring.primeclerk.com/pge/. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be: (i) examined by interested parties during normal business hours at the office of the Clerk on a public computer terminal; (ii) accessed for a fee via PACER at http://www.canb.uscourts.gov/; and (iii) obtained by written request to the Debtors' solicitation agent, Prime Clerk LLC ("**Prime Clerk**" or the "**Solicitation Agent**"), at the address or e-mail address below: **If by standard, overnight, or hand delivery:** PG&E Information c/o Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165; **If by e-mail to:** pgeinfo@primeclerk.com.

**THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT PROVIDE, LEGAL ADVICE.**

Dated: February 11, 2020

# STRATEGY

From Page A3

In some cases there was a waiting period of 10 months from a person being matched to housing to signing a lease.

"Nobody was holding the full picture of resources," LAHSA interim executive director Heidi Marston said. "Our systems weren't talking to each other."

The new initiative uses a "war room model" inspired by the U.S. Department of Housing and Urban Development's approach to finding homes for people suddenly displaced by hurricanes, Marston said.

Now officials will have access to real-time data showing housing availability as well as funding streams, according to LAHSA.

Since the launch in December, officials have identified some 3,000 potential housing units that were not part of the overall inventory, Marston said.

The central command is a major step toward restructuring a response system overseen by LAHSA that also includes authorities, the mayor's office and health departments.

"We have a high number of people who need to be rehoused rapidly," Marson said of the situation in greater Los Angeles, where officials have declared homelessness a state of emergency. Including crisis-response experts on a day-to-day basis shows that officials are treating the problem with the urgency it deserves, she said.

In its 2019 count, the authority reported that there were close to 60,000 homeless people living in LA County, with more than 36,000 of them in the city. All but about 25% live on the streets.

Freeway overpasses are lined with tents, and it's a common sight to see someone pushing a shopping cart filled with belongings through downtown.

According to LAHSA and Mayor Eric Garcetti's office, an average of 130 homeless people in Los Angeles move into housing daily. But an average of 150 people become homeless every day.

"The homelessness crisis demands an emergency response, and moving the needle means being nimble, flexible and creative with our resources," Garcetti said in a statement praising the new strategy.

Through the new process, officials also discovered $30 million of a $107 million grant from HUD to Los Angeles in 2017 had gone unspent within a calendar-year deadline, LAHSA said.

That happened because of low vacancy rates and higher market rates than public housing authorities could pay, LAHSA officials said, along with "landlord bias" against tenants with mental disorders or a history of homelessness.

Tuesday's announcement comes a week after Garcetti and HUD Secretary Ben Carson met in Los Angeles to announce the formation of a joint working group to address homelessness. Garcetti and Carson told the Los Angeles Times that they were close to a deal to use federal and state funds to open more homeless shelters in the city.

Earlier this month, the county Board of Supervisors called for a re-evaluation of the structure of LAHSA's operation following an audit last August that found the authority failed to meet goals for placing people into permanent housing.

***"The homelessness crisis demands an emergency response, and moving the needle means being nimble, flexible and creative with our resources."***

Eric Garcetti, Los Angeles Mayor

# VIRUS

From Page A3

"I have no words to describe it. It was a really hard time," Abdullah Alamoudi said of waiting to reunite with his wife and two young daughters.

Alamoudi told KTVU-TV he was separated from his family in China after he went to Shanghai on a business trip and his wife and children went to visit family in Wuhan, the city in China that is the epicenter of the outbreak.

"We just contacted the (U.S.) embassy and thank God, they picked them up," Alamoudi said.

One person who arrived with the group at Marine Corps Air Station Miramar tested positive for the virus and is doing well at a hospital, the CDC said.

"Today marks an end to a long, stressful journey for these 166 passengers," said Dr. Erin Staples, who was leading efforts for the CDC at Miramar.

# HEALTH

From Page A3

**More than 1.5 million people in California have purchased health insurance through the taxpayer funded marketplace, Covered California, state officials announced Tuesday. It is the first increase in enrollment after three years of decline.** [RICH PEDRONCELLI/THE ASSOCIATED PRESS FILE 2014]

Most states let the federal government run the marketplace for them. But California has its own marketplace, called Covered California. Nationwide, the number of people purchasing health insurance through these marketplaces has been dropping since Trump took office and the federal government reduced its marketing budget and Republicans in Congress eliminated a tax on people who refuse to buy health insurance.

But last year, under new Democratic Gov. Gavin Newsom, California doubled down on its efforts to boost enrollment. They spent millions of dollars to offer new subsidies to people — so much that families of four earning up to $154,500 could be eligible for assistance. They passed a law that taxes people for not having health insurance, a penalty that could cost a family of four up to $2,000.

California gave people more time to sign up for coverage, extending its deadline through Jan. 31, more than a month after the federal deadline. And they spent a whopping $121 million on marketing and outreach, including $47 million on TV and radio in multiple languages.

The result, announced Tuesday: a 1.6% increase in enrollment in Covered California, while enrollment on the federal marketplace dropped 0.5%.

State officials say a closer look at the numbers shows more reasons to celebrate. California has gotten its enrollment almost back to where it was in 2016. Total enrollment in Covered California is down 2% since 2016, while enrollment in the federal marketplace is down 14%.

But state officials are the most excited about the number of people who signed up for coverage this year who did not have coverage last year. That number — more than 418,000 — is a 41% increase over last year. Covered California Executive Director Peter Lee said new enrollments are important because they tend to be people who are healthier, which helps keep rates down for everyone.

This year, health insurance rates on Covered California increased 0.8%, the lowest increase in five years.

The federal government offers subsidies to people who earn up to 400% of the federal poverty level, or about $100,000 for a family of four. This year, California became the first state in the country to offer subsidies to people who earn up to 600% of the federal poverty level, or $154,500 for a family of four.

State officials said 32,000 people qualified for those first-in-the-nation subsidies, which average about $500 per month. But they estimate at least another 40,000 people are eligible for those subsidies. State officials hope those people will sign up during the special enrollment period.

Said Lee: "Our goal was always to leave no one behind."

STAR Certified
SMOG 1st
$31.70
SMOG TEST
474-9770
OPEN SUNDAY
FREE RETEST
Most Cars & Trucks + Certificate (8.25)
Coupon must be presented prior to service.
Expires: 3/1/20
6226 Pacific Ave.
(at Canepas Car Wash)
WE DO ALL SMOG CHECKS
*cannot be combined with other coupons
ST-0000176098-01

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>**All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11 Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered) |

**<u>AMENDED</u> NOTICE OF HEARING ON APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (D) <u>OTHER RELATED RELIEF</u>**

**PLEASE TAKE NOTICE THAT:**

1. **<u>The Plan and Proposed Disclosure Statement</u>.** On February 7, 2020, pursuant to section 1125 of the Bankruptcy Code, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the proposed disclosure statement [Docket No. 5700] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, dated January 31, 2020* [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**"). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Proposed Disclosure Statement.

2. **<u>Solicitation Procedures Motion</u>.** In accordance with the amended Disclosure Statement approval and Plan confirmation schedule established by the Court [Docket No. 5732] (the "**Scheduling Order**"), the Debtors will file, on or before February 18, 2020, a Motion requesting, *inter alia*, that the Court (i) approve Plan solicitation and voting procedures, and (ii) approve the forms of Ballots, Solicitation Packages, and related notices to be sent to the Debtors' creditors and equity interest holders in connection with confirmation of the Plan (the "**Solicitation Procedures Motion**").

3. **<u>Disclosure Statement Hearing</u>.** A hearing (the "**Disclosure Statement Hearing**") to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time), and, if needed, March 11, 2020 at 10:00 a.m. (Prevailing Pacific Time),** in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "**Bankruptcy Court**"), 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, or as soon thereafter as counsel can be heard. The Disclosure Statement Hearing may be continued from time to time without further notice to creditors, equity interest holders, or other parties in interest other than by an announcement in the Bankruptcy Court of such continuance or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

4. **<u>Objections or Responses to the Proposed Disclosure Statement and Solicitation Procedures Motion</u>.**

a. **Core Parties**. Pursuant to the Court's Scheduling Order, the following parties (collectively, the "**Core Parties**") must serve any responses or objections to approval of the Proposed Disclosure Statement or any of the relief sought in the Solicitation Procedures Motion (each, a "**Disclosure Statement or Solicitation Objection**") by e-mail on the parties listed in Paragraph 4.c.(v) C-L below (**BUT NOT FILED OR SENT TO THE BANKRUPTCY COURT**) so as to be received no later than **4:00 p.m. on February 28, 2020 (Prevailing Pacific Time)**: (i) the Tort Claimants Committee; (ii) the Creditors Committee; (iii) the U.S. Trustee; (iv) the Ad Hoc Group of Subrogation Claimholders; (v) the Ad Hoc Committee of Senior Unsecured Noteholders; (vi) the U.S. Department of Justice; (vii) the Office of the California Attorney General; (viii) Governor Gavin Newsom; (ix) the California Public Utilities Commission; (x) the Ad Hoc Committee of Holders of Trade Claims; (xi) Valley Clean Energy Alliance; (xii) City and County of San Francisco; (xiii) South San Joaquin Irrigation District; (xiv) BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes; (xv) Adventist Health System/West and Feather River Hospital; and (xvi) the Consenting Fire Claimant Professional Group. Counsel for any of the Core Parties who have served objections or responses shall meet and confer with counsel for the Debtors and the Shareholder Proponents no later than March 5, 2020, to attempt to resolve any Disclosure Statement or Solicitation Objections. To the extent any Disclosure Statement or Solicitation Objection of a Core Party is not resolved during such meet and confer, the applicable Core Party shall file and serve its Disclosure Statement or Solicitation Objection in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

b. **All Other Parties.** Pursuant to the Court's Scheduling Order, Disclosure Statement or Solicitation Objections of any other parties (*e.g.*, parties other than the Core Parties) must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

c. **Response and Objection Procedures.** Disclosure Statement or Solicitation Objections must:

(i) Be in writing;

(ii) State the name and address of the objecting party and the amount and nature of the Claim or Interest of such party;

(iii) State with particularity **in short, concise bullet points** (without points and authorities in support), the basis and nature of any objection or response to the Proposed Disclosure Statement and include, where appropriate, proposed language to be incorporated into the Proposed Disclosure Statement to resolve any such objection or response;

(iv) Conform to the Bankruptcy Rules, the Bankruptcy Local Rules, the *Order Establishing Procedures for Disclosure Statement and Confirmation Hearing* (N.D. Cal. May 2017) (Montali, J.), and the Scheduling Order; and

(v) Be served on the following parties:

A. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102;

B. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

C. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kellerbenvenutti.com) and Jane Kim, Esq. (jkim@kellerbenvenutti.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq. (onasab@cravath.com));

D. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

E. The attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. (egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq. (fmerola@stroock.com));

F. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. (david.schiff@davispolk.com), and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

G. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W. Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq. (bhermann@paulweiss.com), Walter R. Rieman, Esq. (wrieman@paulweiss.com), Sean A. Mitchell, Esq. (smitchell@paulweiss.com), and Neal P. Donnelly, Esq. (ndonnelly@paulweiss.com));

H. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Kahlil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067 (Attn: Gregory A. Bray, Esq. (GBray@milbank.com) and Thomas R. Kreller, Esq. (TKreller@milbank.com));

I. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

J. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G Minias Esq. (jminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

K. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James O. Johnston, Esq. (jjohnston@jonesday.com)); and

L. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), Ira S. Dizengoff, Esq. (idizengoff@akingump.com), David H. Botter, Esq. (dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

**THE COURT NARROWLY CONSTRUES SECTION 1125(a)(1) OF THE BANKRUPTCY CODE. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT ARE TO MAKE SURE THAT ADEQUATE DISCLOSURE WILL ENABLE AN IMPAIRED CREDITOR OR SHAREHOLDER TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT SHOULD NOT INCLUDE OBJECTIONS TO CONFIRMATION, ALTERNATIVES TO THE PLAN, OR OTHER IRRELEVANT MATTERS. THE ONLY EXCEPTION IS THAT AN OBJECTION MAY BE BASED UPON A GOOD FAITH BELIEF THAT THE PROPOSED PLAN IS UNCONFIRMABLE AS A MATTER OF LAW. THE COURT WILL NOT TREAT THE ABSENCE OF AN OBJECTION TO CONFIRMATION AS A WAIVER OF SUCH AN OBJECTION FILED LATER WHEN THE PLAN IS READY TO BE CONSIDERED.**

**IF ANY OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT OR THE SOLICITATION PROCEDURES MOTION IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT OR ANY OF THE RELIEF SOUGHT IN CONNECTION WITH THE SOLICITATION PROCEDURES MOTION AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. **<u>Other Relevant Dates</u>.** The Scheduling Order also approved and established the following dates and deadlines:

a. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan.

b. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing summary of Fire Victim Claims Resolution Procedures.

c. February 28, 2020: Deadline to file substantially final form of Subrogation Wildfire Trust Agreement.

d February 28, 2020: Deadline for Debtors to file proposed executive summary of Plan treatment of Fire Victim Claims (this document is referred to as the Fire Victim Claim Plan Treatment Summary in the Proposed Disclosure Statement).

e. March 3, 2020: Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures

f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan.

g. March 9, 2020: Debtors to file revised or amended Plan and Proposed Disclosure Statement.

h. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for submitting Ballots to accept or reject the Plan.

i. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing and serving objections to Plan confirmation.

j. May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time): Pre-confirmation scheduling conference. **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time) to discuss scheduling any evidentiary matters to be dealt with in connection with the Confirmation Hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.**

k. May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time): First day of Confirmation Hearing.

6. **<u>Miscellaneous</u>.** The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) are on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at no cost at https://restructuring.primeclerk.com/pge/. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be: (i) examined by interested parties during normal business hours at the office of the Clerk on a public computer terminal; (ii) accessed for a fee via PACER at http://www.canb.uscourts.gov/; and (iii) obtained by written request to the Debtors' solicitation agent, Prime Clerk LLC ("**Prime Clerk**" or the "**Solicitation Agent**"), at the address or e-mail address below: **If by standard, overnight, or hand delivery:** PG&E Information c/o Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165; **If by e-mail to:** pgeinfo@primeclerk.com.

**THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT PROVIDE, LEGAL ADVICE.**

Dated: February 11, 2020

Mazzera KITCHEN AND BATH REMODELING CENTER
TRUSTED SINCE 1936
#1 WINDOW REPLACEMENT

$500.00 TRADE-IN and More!
Get $100 per window! ADD IT UP!
5 Windows gets you $500,
10 Windows gets you $1,000,
15 Windows gets you $1,500!
Entire window removed without disturbing your siding or stucco!
Minimum order of 5 windows. Not valid on prior orders.
Ply Gem SIMONTON PREMIER REPLACEMENT SPECIALIST
CALL MAZZERA'S FOR FREE IN HOME ESTIMATES!
2019 BEST OF SAN JOAQUIN The Record FIRST PLACE
312 S. Sacramento St.
Lodi, CA 95240
(209) 466-9724
www.mazzeras.com
Contractors License No. 319414
BURN GAS - NOT YOUR MONEY!!!
RECEIVE $1,500 - $3,000
IN VALLEY AIR INCENTIVES
Slash Heating Bills This Winter
GAS FIREPLACE

IHP INNOVATIVE HEARTH PRODUCTS
BurnCleaner Fireplace and Woodstove Change-out A program of the Valley Air District
BBB ACCREDITED BUSINESS A+ RATING
Now Open Saturdays
Ben's APPLIANCE & HEATING PRODUCTS
209-369-4716 • www.bensappliances.com
1535 S Cherokee Ln, Lodi
Been in Business for Over 50 Years

**Exhibit Y**



THE SACRAMENTO BEE
Stay Connected » sacbee.com
ANYWHERE. ANYTIME. ANY DEVICE.

# AFFIDAVIT OF PUBLICATION

**PG&E Corporation**
**77 Beale Street, P.O Box 77000**
**San Francisco,CA 94177**

**DECLARATION OF PUBLICATION**
(C.C.P.2015.5)

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the printer and principal clerk of the publisher of The Sacramento Bee, printed and published in the City of Sacramento, County of Sacramento, State of California, daily, for which said newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Sacramento, State of California, under the date of September 26, 1994, Action No. 379071; that the notice of which the annexed is a printed copy, has been published in each issue thereof and not in any supplement thereof on the following dates, to wit:

__1__ Insertions

Published On:
February 19, 2020

Legals Clerk

COUNTY OF DALLAS
STATE OF TEXAS

I certify (or declare) under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Dallas, Texas, on **February 19, 2020.**

LIZBETH AILEEN CORDERO
My Notary ID # 131868068
Expires January 25, 2023

Notary Public

**Extra charge for lost or duplicate affidavits.**
**Legal document please do not destroy!**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| **In re:** **PG&E CORPORATION,** - and - **PACIFIC GAS AND ELECTRIC COMPANY, Debtors.** ☐ Affects PG&E Corporation ☐ Affects Pacific Gas and Electric Company ☒ Affects both Debtors ** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11 Case No. 19-30088 (DM) (Lead Case) (Jointly Administered) |
|---|---|

**AMENDED NOTICE OF HEARING ON APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (D) OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE THAT:**

1. **The Plan and Proposed Disclosure Statement.** On February 7, 2020, pursuant to section 1125 of the Bankruptcy Code, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the proposed disclosure statement [Docket No. 5700] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, dated January 31, 2020* [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**"). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Proposed Disclosure Statement.

2. **Solicitation Procedures Motion.** In accordance with the amended Disclosure Statement approval and Plan confirmation schedule established by the Court [Docket No. 5732] (the "**Scheduling Order**"), the Debtors will file, on or before February 18, 2020, a Motion requesting, *inter alia*, that the Court (i) approve Plan solicitation and voting procedures, and (ii) approve the forms of Ballots, Solicitation Packages, and related notices to be sent to the Debtors' creditors and equity interest holders in connection with confirmation of the Plan (the "**Solicitation Procedures Motion**").

3. **Disclosure Statement Hearing.** A hearing (the "**Disclosure Statement Hearing**") to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time), and, if needed, March 11, 2020 at 10:00 a.m. (Prevailing Pacific Time),** in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "**Bankruptcy Court**"), 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, or as soon thereafter as counsel can be heard. The Disclosure Statement Hearing may be continued from time to time without further notice to creditors, equity interest holders, or other parties in interest other than by an announcement in the Bankruptcy Court of such continuance or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

4. **Objections or Responses to the Proposed Disclosure Statement and Solicitation Procedures Motion.**

a. **Core Parties.** Pursuant to the Court's Scheduling Order, the following parties (collectively, the "**Core Parties**") must serve any responses or objections to approval of the Proposed Disclosure Statement or any of the relief sought in the Solicitation Procedures Motion (each, a "**Disclosure Statement or Solicitation Objection**") by e-mail on the parties listed in Paragraph 4.c.(v)C-L below (**BUT NOT FILED OR SENT TO THE BANKRUPTCY COURT**) so as to be received no later than **4:00 p.m. on February 28, 2020 (Prevailing Pacific Time)**: (i) the Tort Claimants Committee; (ii) the Creditors Committee; (iii) the U.S. Trustee; (iv) the Ad Hoc Group of Subrogation Claimholders; (v) the Ad Hoc Committee of Senior Unsecured Noteholders; (vi) the U.S. Department of Justice; (vii) the Office of the California Attorney General; (viii) Governor Gavin Newsom; (ix) the California Public Utilities Commission; (x) the Ad Hoc Committee of Holders of Trade Claims; (xi) Valley Clean Energy Alliance; (xii) City and County of San Francisco; (xiii) South San Joaquin Irrigation District; (xiv) BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes; (xv) Adventist Health System/West and Feather River Hospital; and (xvi) the Consenting Fire Claimant Professional Group. Counsel for any of the Core Parties who have served objections or responses shall meet and confer with counsel for the Debtors and the Shareholder Proponents no later than March 5, 2020, to attempt to resolve any Disclosure Statement or Solicitation Objections. To the extent any Disclosure Statement or Solicitation Objection of a Core Party is not resolved during such meet and confer, the applicable Core Party shall file and serve its Disclosure Statement or Solicitation Objection in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

b. **All Other Parties.** Pursuant to the Court's Scheduling Order, Disclosure Statement or Solicitation Objections of any other parties (*e.g.*, parties other than the Core Parties) must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

c. **Response and Objection Procedures.** Disclosure Statement or Solicitation Objections must:

(i) Be in writing;

(ii) State the name and address of the objecting party and the amount and nature of the Claim or Interest of such party;

(iii) State with particularity **in short, concise bullet points** (without points and authorities in support), the basis and nature of any objection or response to the Proposed Disclosure Statement and include, where appropriate, proposed language to be incorporated into the Proposed Disclosure Statement to resolve any such objection or response;

(iv) Conform to the Bankruptcy Rules, the Bankruptcy Local Rules, the *Order Establishing Procedures for Disclosure Statement and Confirmation Hearing* (N.D. Cal. May 2017) (Montali, J.), and the Scheduling Order; and

(v) Be served on the following parties:

A. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102;

B. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

C. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kellerbenvenutti.com) and Jane Kim, Esq. (jkim@kellerbenvenutti.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq. (onasab@cravath.com));

D. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

E. The attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. (egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq. (fmerola@stroock.com));

F. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. (david.schiff@davispolk.com), and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

G. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W. Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq. (bhermann@paulweiss.com), Walter R. Rieman, Esq. (wrieman@paulweiss.com), Sean A. Mitchell, Esq. (smitchell@paulweiss.com), and Neal P. Donnelly, Esq. (ndonnelly@paulweiss.com));

H. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Kahlil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067 (Attn: Gregory A. Bray, Esq. (GBray@milbank.com) and Thomas R. Kreller, Esq. (TKreller@milbank.com));

I. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

J. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G Minias Esq. (jminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

K. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James O. Johnston, Esq. (jjohnston@jonesday.com)); and

L. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), Ira S. Dizengoff, Esq. (idizengoff@akingump.com), David H. Botter, Esq. (dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

**THE COURT NARROWLY CONSTRUES SECTION 1125(a)(1) OF THE BANKRUPTCY CODE. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT ARE TO MAKE SURE THAT ADEQUATE DISCLOSURE WILL ENABLE AN IMPAIRED CREDITOR OR SHAREHOLDER TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT SHOULD NOT INCLUDE OBJECTIONS TO CONFIRMATION, ALTERNATIVES TO THE PLAN, OR OTHER IRRELEVANT MATTERS. THE ONLY EXCEPTION IS THAT AN OBJECTION MAY BE BASED UPON A GOOD FAITH BELIEF THAT THE PROPOSED PLAN IS UNCONFIRMABLE AS A MATTER OF LAW. THE COURT WILL NOT TREAT THE ABSENCE OF AN OBJECTION TO CONFIRMATION AS A WAIVER OF SUCH AN OBJECTION FILED LATER WHEN THE PLAN IS READY TO BE CONSIDERED.**

**IF ANY OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT OR THE SOLICITATION PROCEDURES MOTION IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT OR ANY OF THE RELIEF SOUGHT IN CONNECTION WITH THE SOLICITATION PROCEDURES MOTION AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. **Other Relevant Dates.** The Scheduling Order also approved and established the following dates and deadlines:

a. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan.

b. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing summary of Fire Victim Claims Resolution Procedures.

c. February 28, 2020: Deadline to file substantially final form of Subrogation Wildfire Trust Agreement.

d. February 28, 2020: Deadline for Debtors to file proposed executive summary of Plan treatment of Fire Victim Claims (this document is referred to as the Fire Victim Claim Plan Treatment Summary in the Proposed Disclosure Statement).

e. March 3, 2020: Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures

f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan.

g. March 9, 2020: Debtors to file revised or amended Plan and Proposed Disclosure Statement.

h. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for submitting Ballots to accept or reject the Plan.

i. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing and serving objections to Plan confirmation.

j. May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time): Pre-confirmation scheduling conference. **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time) to discuss scheduling any evidentiary matters to be dealt with in connection with the Confirmation Hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.**

k. May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time): First day of Confirmation Hearing.

6. **Miscellaneous.** The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) are on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at no cost at https://restructuring.primeclerk.com/pge/. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be: (i) examined by interested parties during normal business hours at the office of the Clerk on a public computer terminal; (ii) accessed for a fee via PACER at http://www.canb.uscourts.gov/; and (iii) obtained by written request to the Debtors' solicitation agent, Prime Clerk LLC ("**Prime Clerk**" or the "**Solicitation Agent**"), at the address or e-mail address below: **If by standard, overnight, or hand delivery:** PG&E Information c/o Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165; **If by e-mail to:** pgeinfo@primeclerk.com.

**THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT PROVIDE, LEGAL ADVICE.**

Dated: February 11, 2020

# Classified

FIND. BUY. SELL. sacbee.com/classifieds

SELL YOUR STUFF FAST! 800.876.8700 916.321.1234 sacbee.com/placeanad

## Stuff

**Antiques 3050**

Acquiring - Pilot, Diving, Wrist, Pocket, Lecoultre, Rolex, Omega & Longines. TOP $$$ PAID CALL ME FIRST! 916-708-7804

ABOUT VINTAGE WATCHES

**Furniture for Sale 3375**

**Daybed** sleeps 2, like new $375 Industrial Light fixture 3 pc set $150 916-760-7617

**Hobbies & Collectibles 3425**

**AIR** Brush Compressor never used, with new hose & gun, glass bottles incl $100 916-483-8746

**Wanted to Buy 3700**

**SEEKING Full/Sealed Bottles of Vintage Bourbon and Rye. (Pre-1990). Call Steve 650-222-1217**

**WANTED FREON** R12. We pay CA$H R12 R500 R11. Convenient. Certified professionals. 312-697-1976 Refrigerantfinders.com/ad

**WANTED: PROJECT CAR (1975 or older)** I'd like to buy an early pre-smog European auto to restore. Rusty, non running ok. Call if you can help me get busy! 510-409-3043

**Woodstoves & Firewood 3750**

**CASTILLO'S** BEST BUY accept C.C. Seasoned split almond. Free Delivery Between 16" - 18" . 209-394-8787

**Found 220**

**Found 2 Dogs** SMALL, tan, South Sac 2/13/20. no tags, not chipped.

**Personals 240**

**VALERIE PAGE - MISSING** VALERIE PAGE has been missing since Jan 30, 2020, from her home in Sacramento, CA. She is 22, suffering from mental illness and has impaired judgement. She left home without her family's knowledge.

Blk female; Ht: 5' 11"; Wt: 135

If you have any information as to her whereabouts please contact:

*Parents @916.281.7117
*Police@916.875.9638 (ref. report#20-39244)

God bless you!!!

## Notices

**Legal Notices 301**

Shane Harris is summoned to appear before the Sacramento County Superior Court, Gordon D. Schaber Courthouse, 720 9th St. Sacramento, CA 95814 on March 6, 2020 at 8:30 AM in Dept. 1. Please contact Johnson Schachter & Lewis P: (916)921-5800.

## Jobs

**Help Wanted 1601**

ACCOUNTING
**BUDGET ANALYST**
$3,453-$4,834 per month +exclnt ben incl CalPERS retirement . University Enterprises, Inc. at Sac State is seeking a Budget Analyst for the Office of Water Programs. View job details & apply online at www.ueijobs.com by 2/28/2020.

**APARTMENT PORTER**
**NO EXPERIENCE NECESSARY. BACKGROUND CHECK REQUIRED. SALARY PLUS BENEFITS. Qualified candidates fax resume: 916-723-3081 or email to: COLLEENJMK20@GMAIL.COM**

**CELLAR WORKER,** Wine company is looking for exp'd, cellar worker, PT or FT at the Olivehurst facility. Please send resume to: shahin@sa-napavalley.com

FOOD SERVICES
**DINING SERVICES MANAGER (CHEF)**
$4,507-$5,650/ mo +exclnt ben incl CalPERS retirement . University Enterprises, Inc. at Sac State is seeking to hire 2 Dining Services Managers (Chefs). View job details & apply online at www.ueijobs.com. Open until filled with priority review date of 2/28/2020.

**HOUSECLEANERS**
**MERRY MAIDS★ NOW HIRING**
Email: merrymaidssac@msn.com
OR call: 916-482-3333

**MOUN TAIN F ENTERPRISE S** is currently hiring in Northern California for the following positions:
**General Foreperson-** Pay DOE & Certs. **Tree Foreperson, Climbers & Trimmers** w/ 2 yrs exp $35.41-$39.66 hr. **Apprentice Tree Climbers** 6 – 24 months exp $24.79 - $31.87
$50.00 Per day Per diem for Apprentices Climbers & Forepersons. Prior Experience REQUIRED for current positions. Lodging may be provided for the first 6 weeks of employment while you find permanent housing. **Current Positions Open in**: Placerville, Auburn, Grass Valley, Oroville, Sacramento, Santa Rosa, Redding, Ca. Mountain F. Enterprises is a drug-free workplace. Must pass drug test & physical. Clean Background Check Mandatory. Must have valid US drivers license. If interested please contact Tony Ortiz 530-957-7342 or fill out an application on our website www.mtfent.com

NEED TO PLACE A HELP WANTED AD?

★Sharon Peterson★
(618) 239-2478 or
shpeterson@mcclatchy.com

DEADLINES:

LINE ADS :
**Sunday:** 12 Noon PST Friday
**Wednesday - Friday:** 11 am PST day prior
**Saturday:** 10 am PST Friday

DISPLAY ADS:
**Sunday:** 12 Noon PST Friday
**Wednesday - Friday:** 3 business days prior by 11 am PST
**Saturday:** 10 am PST Thursday

**Registered Dental Hygienist (RDH)** Perm position, Elk Grove, Monday-Tuesday, some Friday's, Pay commensurate with exp. Need anesth. & N2O skills. Em resume: danette.d7@gmail.com

**Sacramento Metropolitan Fire District** is currently accepting applications for the following positions:
**LOGISTICS TECHNICIAN:**
• Closing date 3/4/20 at 4 pm•
**FACILITIES TECHNICIAN:**
• Closing date 3/6/20 at 4 pm•

Interested applicants can apply online at: www.metrofire.ca.gov/careers

●LOOK●LOOK●

Did this ad catch your eye? You can easily add this, or hundreds of other eye catching graphics, to your classified ad. Studies show ads that stand out, get better results. Make your advertising investment pay off! Call BEE Classified (916)321-1234 Toll free (800)876-8700 sacbee.com/classads

**SEEKING DYNAMIC INDIVIDUALS**

Full & Part Time

Compensation: $500-$1000 weekly

Employment Type: EMPLOYEE'S CHOICE

Brand Promotions Rep for Northern California 's most trusted media company

WE ARE: A national company who has dominated our industry for over 20 years.

We are promoting one of the area's largest and most recognized brands with professionally trained and managed marketing teams.

WE NEED: Career minded go getters who are great with the public. An ideal candidate must be ready to meet our high standards, can contribute to a winning environment and will grow fast with our company.

THIS JOB IS AVAILABLE TO PEOPLE WHO ARE SELF MOTIVATED, RELIABLE, OUTGOING!

WE DO PROMOTIONS AT HIGH TRAFFIC LOCATIONS LIKE SPECIAL EVENTS, RETAIL & GROCERY STORES. PLEASE CALL OR TEXT Jonathan at +1 (510) 804-7055

## Jobs

**Positions Wanted 1825**

**CAREGIVER CNA/HHA/IHSS** 25+yrs exp FT/PT/24hr Bonded. Josie 916-868-3597

## Rentals Homes

**East Sacramento**

**1450 64th St** 2bd 1 ba, gar, lrg yrd, no pets, $1,700. 3yr no rent increase 916-900-4483 Open Sa&Su noon 12-2pm

## Rentals Apartments, Duplexes & Condominiums

**Carmichael**

**Studio, 1 Bdr, 2Bdr - Shelfield Apts.** www.shelfieldcarmichael.com or call leasing office 916-483-7651

**Studio, 1 Bdr - Carmichael Apts.** www.carmichaelapts.com Or call Leasing Office 916-483-7651

**Rooms for Rent 6450**

**ROOM for Rent** Home in Stone Creek Zinfandel. Furnished $550/mo 916-329-8641 or 916-835-1778

## Share Rentals

**Elder Creek & Fruitridge**

Private Furnished room clean & sober living little bit country, little bit rock & roll. WELCOME SENIORS, SSI, ALL. $750MO. including utilities, close to bus lines & stores, Call: 916-226-0449

**Florin & Vicinity**

**PRIVATE** ROOM FOR RENT. Close to shopping. $650/mo. 916-424-9210

**North Highlands & Vicinity**

**4/2,** Rooms to rent, shops, bus. $600+$200dep. Shared util, no credit weekends 139000 mi. $11,900.00 ✔. Couples ok! (916) 613-4734

**Manufactured Homes for Sale 6542**

**PIONEER 2+** bdrm on 1/4 ac lot $24,000. Call 209-296-7919

## Cars

**Automobiles 8025**

**TOYOTA** HIGHLANDER HYBRID 2010 Limited White/ Gray Loaded Garage kept Senior Non-smoker driver Tow Pkg See @ Sierra College Auto Fair Rocklin weekends 139000 mi. $11,900.00 edciny2@yahoo.com 916-771-5708

**Autos-Classic & Sports 8300**

**MUSTANGS & FORDS WANTED** 1960-1980. Any cond. 916-247-5287

**Motorcycles 8450**

05' Harley Davidson, Dyna Custom Super Glide. Call for Info 916-429-9925

**SUV's 8500**

**2006** H3 Hummer, 146K, great buy, red hot! $10K Firm. 530-644-1337.

Sacramento Bee Classified 321-1234

**Trucks & Vans 8600**

**TOYOTA** TACOMA 2004 Xtracab Silver/ Gray Excellent. Great condition. Runs like a top. Automatic trans. Living up to the Toyota reputation 235000 mi. $8100.00 Donn19561956@gmail.com 707-774-1776

AVAILABLE 24/7 !!

Place your ad at your convenience from sacbee.com/placeanad

**Tickets 525**

**Colusi County Historical Society 70th Annual Meeting** PROUDLY presents Miriam Powell, author of "The Browns of California"on Saturday, Feb. 22, 2020 at Granzella's Banquet Hall in Williams, CA. There will be a book-signing and raffle following the program. A delicious banquet-style lunch provided by Granzella is included with the $27 fee.
Please visit our website at colusi.com/ events then Annual Meeting, print out a flyer and send in your payment to get your ticket to this special program. We look forward to seeing you there.
carejohnson@comcast.net 916-764-4405

SACRAMENTO BEE CLASSIFIED
Gets Results!
(916) 321-1234 or (800) 876-8700
www.sacbee.com/classads

**NOTICE IS HEREBY GIVEN** that on **February 27, 2020** at **7:00 p.m** ., or as soon as the matter may be heard, the City Council of the City of Citrus Heights will hold a Public Hearing at the **Citrus Heights Council Chambers located at 6360 Fountain Square Drive, Citrus Heights, CA** to hear testimony regarding the proposed modification to the SMPPBID Management District Plan (MDP) to amend the budget allocations and services to combine certain service categories previously provided and include public safety services.

**RESOLUTION NO. 2020-010**

**A RESOLUTION OF THE CITY COUNCIL OF THE CITY OF CITRUS HEIGHTS, CALIFORNIA, DECLARING ITS INTENTION TO MODIFY THE SUNRISE MARKETPLACE PROPERTY AND BUSINESS IMPROVEMENT DISTRICT**

**WHEREAS**, the City Council of the City of Citrus Heights renewed the Sunrise MarketPlace Property and Business Improvement District (SMPPBID) for a seven (7) year term beginning January 1, 2015 through December 31, 2021;

**WHEREAS**, the Property and Business Improvement District Law of 1994, Streets and Highways Code §36600 et seq., allows cities to modify the Management District Plan (MDP) of a District at the request of the Owners' Association; and

**WHEREAS**, the SMPPBID Owners' Association has requested a modification of the SMPPBID Management District Plan.

**NOW THEREFORE BE IT RESOLVED AND ORDERED** The City Council declares its intention to modify the SMPPBID MDP and the proposed modification of the SMPPBID MDP will amend the budget allocations and services to combine certain service categories previously provided and include public safety services.

The City Clerk shall certify the passage and adoption of this Resolution and enter it into the book of original resolutions.

**PASSED AND ADOPTED** by the City Council of the City of Citrus Heights, California, this 23 day of January 2020 by the following vote, to wit:

**AYES: Council Members: Bruins, Daniels, Middleton, Miller, Slowey**
**NOES: Council Members: None**
**ABSTAIN: Council Members: None**
**ABSENT: Council Members: None**

/S/
**Jeff Slowey, Mayor**

**ATTEST:**
/s/
**Amy Van, City Clerk**

**NOTICE TO CONTRACTORS**
**Section 00 1116**
**19-1408**

Notice is hereby given that the **Language Academy of Sacramento** , of **Sacramento** County, California, herein referred to as Owner, will receive sealed proposals at **Language Academy of Sacramento 2850 49th Street, Sacramento, CA 95817** until **March 19, 2020 @ 2:00pm** , at which time they shall be opened and publicly read, for construction of **Core Facilities Modernization - Phase 2.** After the scheduled closing time set for receipt of bids, bids may not then be withdrawn for a period of ninety (90) calendar days from and after said closing time, except as otherwise provided in the California Public Contract Code.

In accordance with the provisions of Section 1770 and 1773 of the Labor Code, Owner has obtained from the Director of the Department of Industrial Relations, the general prevailing rate of wages applicable to the work to be done. These rates are set forth in a schedule located at the **County Office of Education**. Said schedule is available to any interested party on request. The Contractor shall obtain and post a copy at each job site.

Each bid must conform to the requirements of the Drawings and Project Manual, and other documents comprising the Bid Documents. Inquiries for obtaining the Bid Documents can be made by contacting Architect; Rainforth Grau Architects, 2101 Capitol Avenue, Suite 100, Sacramento, CA 95816, (916) 368-7990.

**There will be a pre-bid conference on March 05, 2020 at 10:00 am at 2850 49th Street Sacramento, CA 95817. Attendance at the pre-bid conference by bidders is mandatory. Meet at the flagpole.**

No bid will be considered unless it is made on a form provided by the Architect and **accompanied by Cashier's Check or Bidder's Bond for 10% of the total amount of the bid including Additive Alternates**, made payable to the Owner. The above-mentioned check or bid bond shall be given as a guarantee that the bidder shall execute the Contract, if awarded to him, in conformity with the Contract Documents. Each bid must be s**ubmitted with a fully completed Non-collusion Affidavit** as required by Public Contract Code Section 7106.

In accordance with Section 20103.8 of the Public Contract Code of the State of California, the determination of the low bidder shall be based on the Base Bid amount, without consideration of Alternates.

Within ten (10) days after notification of the Award of Contract, the successful bidder or bidders will be required to furnish, simultaneously with execution of the Contract, a **Labor and Material Payment Bond** in an amount equal to one hundred percent (100%) of the Contract amount and a **Faithful Performance Bond** in an amount equal to one hundred percent (100%) of the Contract amount. Said bonds shall be secured from a Surety Company satisfactory to the Owner and with a Best'srating of no less than A-XI. The Bid Bond, Faithful Performance Bond, and the Labor and Materials Bond must be issued by an Admitted Surety, and insurance organization authorized by the Insurance Commissioner to transact business of insurance in the State of California during this calendar year.

Pursuant to Section 22300 of the Public Contract Code of the State of California, the contract will contain provisions permitting the successful bidder to substitute securities for any moneys withheld by the District to ensure performance under the Contract.

In accordance with Education Code Section 17076.11, the District has established a participation goal for Disabled Veteran Business Enterprises (DVBE). The Bidder shall be familiar with this provision and provide the necessary information as indicated in the Instructions to Bidders.

Classification of Contractor's License for this work shall be **B, General Building.**

The Owner reserves the right to reject any and all bids and/or waive any irregularities or informalities in the bidding.

Advertising Date:
February 19, 2020
February 26, 2020

Clerk of the Governing Board of Language Academy of Sacramento School District, Sacramento County, California

Date: January 24, 2020

Address of the Clerk: Language Academy of Sacramento - 2850 49th Street, Sacramento, CA 95817

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| **In re:** <br> **PG&E CORPORATION,** <br> **- and -** <br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br> **Debtors.** <br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br> ** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11 Case <br> No. 19-30088 (DM) <br> (Lead Case) <br> (Jointly Administered) |
|---|---|

**AMENDED NOTICE OF HEARING ON APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (D) OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE THAT:**

1. **The Plan and Proposed Disclosure Statement.** On February 7, 2020, pursuant to section 1125 of the Bankruptcy Code, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the proposed disclosure statement [Docket No. 5700] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, dated January 31, 2020* [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**"). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Proposed Disclosure Statement.

2. **Solicitation Procedures Motion.** In accordance with the amended Disclosure Statement approval and Plan confirmation schedule established by the Court [Docket No. 5732] (the "**Scheduling Order**"), the Debtors will file, on or before February 18, 2020, a Motion requesting, *inter alia*, that the Court (i) approve Plan solicitation and voting procedures, and (ii) approve the forms of Ballots, Solicitation Packages, and related notices to be sent to the Debtors' creditors and equity interest holders in connection with confirmation of the Plan (the "**Solicitation Procedures Motion**").

3. **Disclosure Statement Hearing.** A hearing (the "**Disclosure Statement Hearing**") to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time), and, if needed, March 11, 2020 at 10:00 a.m. (Prevailing Pacific Time),** in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "**Bankruptcy Court**"), 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, or as soon thereafter as counsel can be heard. The Disclosure Statement Hearing may be continued from time to time without further notice to creditors, equity interest holders, or other parties in interest other than by an announcement in the Bankruptcy Court of such continuance or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

4. **Objections or Responses to the Proposed Disclosure Statement and Solicitation Procedures Motion.**

a. **Core Parties.** Pursuant to the Court's Scheduling Order, the following parties (collectively, the "**Core Parties**") must serve any responses or objections to approval of the Proposed Disclosure Statement or any of the relief sought in the Solicitation Procedures Motion (each, a "**Disclosure Statement or Solicitation Objection**") by e-mail on the parties listed in Paragraph 4.c.(v)C-L below (**BUT NOT FILED OR SENT TO THE BANKRUPTCY COURT**) so as to be received no later than **4:00 p.m. on February 28, 2020 (Prevailing Pacific Time)**: (i) the Tort Claimants Committee; (ii) the Creditors Committee; (iii) the U.S. Trustee; (iv) the Ad Hoc Group of Subrogation Claimholders; (v) the Ad Hoc Committee of Senior Unsecured Noteholders; (vi) the U.S. Department of Justice; (vii) the Office of the California Attorney General; (viii) Governor Gavin Newsom; (ix) the California Public Utilities Commission; (x) the Ad Hoc Committee of Holders of Trade Claims; (xi) Valley Clean Energy Alliance; (xii) City and County of San Francisco; (xiii) South San Joaquin Irrigation District; (xiv) BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes; (xv) Adventist Health System/West and Feather River Hospital; and (xvi) the Consenting Fire Claimant Professional Group. Counsel for any of the Core Parties who have served objections or responses shall meet and confer with counsel for the Debtors and the Shareholder Proponents no later than March 5, 2020, to attempt to resolve any Disclosure Statement or Solicitation Objections. To the extent any Disclosure Statement or Solicitation Objection of a Core Party is not resolved during such meet and confer, the applicable Core Party shall file and serve its Disclosure Statement or Solicitation Objection in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time).**

b. **All Other Parties.** Pursuant to the Court's Scheduling Order, Disclosure Statement or Solicitation Objections of any other parties (*e.g.*, parties other than the Core Parties) must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time).**

c. **Response and Objection Procedures.** Disclosure Statement or Solicitation Objections must:

(i) Be in writing;

(ii) State the name and address of the objecting party and the amount and nature of the Claim or Interest of such party;

(iii) State with particularity **in short, concise bullet points** (without points and authorities in support), the basis and nature of any objection or response to the Proposed Disclosure Statement and include, where appropriate, proposed language to be incorporated into the Proposed Disclosure Statement to resolve any such objection or response;

(iv) Conform to the Bankruptcy Rules, the Bankruptcy Local Rules, the *Order Establishing Procedures for Disclosure Statement and Confirmation Hearing* (N.D. Cal. May 2017) (Montali, J.), and the Scheduling Order; and

(v) Be served on the following parties:

A. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102;

B. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

C. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kellerbenvenutti.com) and Jane Kim, Esq. (jkim@kellerbenvenutti.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq. (onasab@cravath.com));

D. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

E. The attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. (egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq. (fmerola@stroock.com));

F. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. (david.schiff@davispolk.com), and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

G. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W. Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq. (bhermann@paulweiss.com), Walter R. Rieman, Esq. (wrieman@paulweiss.com), Sean A. Mitchell, Esq. (smitchell@paulweiss.com), and Neal P. Donnelly, Esq. (ndonnelly@paulweiss.com));

H. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Kahlil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067 (Attn: Gregory A. Bray, Esq. (GBray@milbank.com) and Thomas R. Kreller, Esq. (TKreller@milbank.com));

I. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

J. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G Minias Esq. (jminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

K. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James O. Johnston, Esq. (jjohnston@jonesday.com)); and

L. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), Ira S. Dizengoff, Esq. (idizengoff@akingump.com), David H. Botter, Esq. (dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

**THE COURT NARROWLY CONSTRUES SECTION 1125(a)(1) OF THE BANKRUPTCY CODE. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT ARE TO MAKE SURE THAT ADEQUATE DISCLOSURE WILL ENABLE AN IMPAIRED CREDITOR OR SHAREHOLDER TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT SHOULD NOT INCLUDE OBJECTIONS TO CONFIRMATION, ALTERNATIVES TO THE PLAN, OR OTHER IRRELEVANT MATTERS. THE ONLY EXCEPTION IS THAT AN OBJECTION MAY BE BASED UPON A GOOD FAITH BELIEF THAT THE PROPOSED PLAN IS UNCONFIRMABLE AS A MATTER OF LAW. THE COURT WILL NOT TREAT THE ABSENCE OF AN OBJECTION TO CONFIRMATION AS A WAIVER OF SUCH AN OBJECTION FILED LATER WHEN THE PLAN IS READY TO BE CONSIDERED.**

**IF ANY OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT OR THE SOLICITATION PROCEDURES MOTION IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT OR ANY OF THE RELIEF SOUGHT IN CONNECTION WITH THE SOLICITATION PROCEDURES MOTION AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. **Other Relevant Dates.** The Scheduling Order also approved and established the following dates and deadlines:

a. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan.

b. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing summary of Fire Victim Claims Resolution Procedures.

c. February 28, 2020: Deadline to file substantially final form of Subrogation Wildfire Trust Agreement.

d February 28, 2020: Deadline for Debtors to file proposed executive summary of Plan treatment of Fire Victim Claims (this document is referred to as the Fire Victim Claim Plan Treatment Summary in the Proposed Disclosure Statement).

e. March 3, 2020: Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures

f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan.

g. March 9, 2020: Debtors to file revised or amended Plan and Proposed Disclosure Statement.

h. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for submitting Ballots to accept or reject the Plan.

i. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing and serving objections to Plan confirmation.

j. May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time): Pre-confirmation scheduling conference. **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time) to discuss scheduling any evidentiary matters to be dealt with in connection with the Confirmation Hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.**

k. May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time): First day of Confirmation Hearing.

6. **Miscellaneous.** The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) are on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at no cost at https://restructuring.primeclerk.com/pge/. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be: (i) examined by interested parties during normal business hours at the office of the Clerk on a public computer terminal; (ii) accessed for a fee via PACER at http://www.canb.uscourts.gov/; and (iii) obtained by written request to the Debtors' solicitation agent, Prime Clerk LLC ("**Prime Clerk**" or the "**Solicitation Agent**"), at the address or e-mail address below: **If by standard, overnight, or hand delivery:** PG&E Information c/o Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165; **If by e-mail to:** pgeinfo@primeclerk.com.

**THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT PROVIDE, LEGAL ADVICE.**

Dated: February 11, 2020

# Best Friends PETS. SUPPLIES. SERVICES.

To advertise call: 916.321.1234 or visit: sacbee.com/placeanad

**Pets 5010**

**ABCA Border Collies** born 11/11, smooth coat, call to qualify. Chiloquin OR. 541-281-7253.

**AKC German Shorthaired Pointers** 7 wks, 1st shots rcvd. Excellent hunting dogs! $800.00 ea. Tel: 707-592-8361

**AKC LABRADORS PUPPIES,** CHOCOLATE. FULL REGISTRATION. FROM ROGUE RIVER LABRADORS 541-646-2495 SEE US ON FACEBOOK! DELIVERY AVAILABLE!

**AKC Pembroke Welsh Corgi** Registered AKC sable & Tri M/F Text/ email for more information and pictures Corgi4u@hotmail.com 530-701-7490

**AMERICAN Eskimo** UKC miniature pups ready now. $1,200.00 530-677-1035

**CAVALIER King Charles** AKC, born 1-11-2020, ready March 7th. Blenheims, males are $2,000, female is $2,500. Comes with unlimited registration. 1st shot, bordetella, dewormed, dew claws removed. Mom is 13lbs, dad is 18lbs. Both have OFA heart and eye certifications. Dad has AKC DNA profile. Located in Granite Bay. Taking deposits now. Come see mom, dad and puppies. jmt_2150@yahoo.com 916-532-8787

**ENGLISH/LITE Golden Retriver** Ready 1st week of April m/f. I have mom and Dad. nice look pups see pics of last adopted litter. This is 2nd and last litter. $900.00 whitesl@volcano.net 209-256-5020

**ENGLISH Mastiff Puppies 7 weeks old (Fawn) Facebook: Grosjean's English Mastiffs (530) 321-4962 dscrabtree@sbcglobal.net**

**FRENCH Bulldog Puppies** Lilac and tan AKC puppies Ready to go! $3500 916-532-5852

**GERMAN SHEPHERD** Rescue Adoptions 2/15 & 2/22; 11- 2, www.gcgsr.org or call 877-268-0255

AKC yellow Lab puppies looking for their forever homes, ready now. Male and females.$1200 209-969-7865

**LABRADOODLES**

Loving puppy ready for new home 5 weeks now excepting deposit now 4 left $1,000.00 Snydermichaeld53@gmail.co 530-828-4486

**MINI American Shepherd** puppies KissMeKennels.com $1,500

**LABRADOR** Dam from Marble Mountain and Sire from Hightest Kennels. Full AKC, Champion hunter bloodlines. 10 weeks old 2 black males remaining. Shots, Dew Claws, Deworm completed. $1,000.00 melaneesanchez@gmail.com 925-595-2378

**MALTIPOO** Valentina Micro female Maltipoo. Call for more info $1,400.00 702-275-5302

**WHITE German Shepherd Puppies** DOB 12/21/19 Available 2/15/20 Puppies with AKC limited registration. Microchipped, vaccinated and wormed. Health guarantee. Parents onsite. Oregon, will discuss travel delivery. No shipping. Male and female available. $800.00 laurarain@aol.com 541-580-8191

GREAT FAMILY PET

**MINIATURE Dachshunds**

Smooth and longhaired miniature dachshund puppies. Born and raised in home, with over 30 years of experience breeding miniature dachshunds. Our prices start at $1050. Please visit our website for available puppies. www.songcatcherdachshunds.com

**POMERANIAN -Shihtzu** Pups, 2 M, 1 F, 2 brwn & 1 white w/ black spots. $400 (530) 777-1347

**PUG** Pug pups, 8 wks, wormed, 1st, 2nd shots georgia2777@gmail.com 435-272-5063

**PUPPIES** for sale Miki, Chihuahua mixessmall breed $250 ea. 916-254-3830 Serious Caller only

**SCHNOODLES**

Due Valentine's $1800 hyper allergenic non-shed view us at www.silverbelldoodles.net silverbelldoodles@gmail.com 916-886-6192

**YORKIE PUPS** AKC Cute! Champ lines, parents, small, shots★ 916-208-2043

**YORKIE PUPS, M/F, AKC reg. tails docked. Black & Gold 916-398-0999**

**YORKIES. T-cup AKC, 8wks, dad 3 lbs. Have parents $1200 209-712-8447**

Sacramento Bee Classified 321-1234

**Exhibit Z**

# *Affidavit of Publication*

*No.*

{ Miller Advertising Agency, Inc.
220 West 42nd Street, 12th Floor
New York, NY 10036
{

STATE OF CALIFORNIA
SS.
COUNTY OF TRINITY

Wayne R. Agner of the said County, being duly sworn, deposes and says:

That he is and at all times herein mentioned was a citizen of the United States, over the age of twenty-one years and that he is not a party to, nor interested in the above entitled matter;

That he is the publisher of The Trinity Journal, a newspaper of general circulation published in the Town of Weaverville, County of Trinity, and which newspaper at all times herein mentioned had and still has a bona fide subscription list of paying subscribers, and which newspaper has been established, printed and published at regular intervals in the said Town of Weaverville, County of Trinity, for a period exceeding one year next preceding the date of publication of the notice hereinafter referred to; and which newspaper is not devoted to nor published for the interests, entertainment or instruction of a particular class, profession, trade, calling, race, or denomination, or any number of same; that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

February 19, 2020

I hereby certify under penalty of perjury that the foregoing is true and correct. Executed at Weaverville, California, on the 19th day of February 2020.

Wayne R. Agner

**WAYNE R. AGNER**
Publisher

CS

**AFFIDAVIT OF PUBLICATION OF**

**ROP PUBLIC NOTICE**
"PG&E Corporation"

**BY TRINITY JOURNAL**

See Attachment.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| In re:<br>PG&E CORPORATION,<br>- and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11 Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered) |
|---|---|

**<u>AMENDED</u> NOTICE OF HEARING ON APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND <u>(D) OTHER RELATED RELIEF</u>**

**PLEASE TAKE NOTICE THAT:**

1. **<u>The Plan and Proposed Disclosure Statement</u>.** On February 7, 2020, pursuant to section 1125 of the Bankruptcy Code, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the proposed disclosure statement [Docket No. 5700] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, dated January 31, 2020* [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**"). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Proposed Disclosure Statement.

2. **<u>Solicitation Procedures Motion</u>.** In accordance with the amended Disclosure Statement approval and Plan confirmation schedule established by the Court [Docket No. 5732] (the "**Scheduling Order**"), the Debtors will file, on or before February 18, 2020, a Motion requesting, *inter alia*, that the Court (i) approve Plan solicitation and voting procedures, and (ii) approve the forms of Ballots, Solicitation Packages, and related notices to be sent to the Debtors' creditors and equity interest holders in connection with confirmation of the Plan (the "**Solicitation Procedures Motion**").

3. **<u>Disclosure Statement Hearing</u>.** A hearing (the "**Disclosure Statement Hearing**") to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time), and, if needed, March 11, 2020 at 10:00 a.m. (Prevailing Pacific Time),** in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "**Bankruptcy Court**"), 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, or as soon thereafter as counsel can be heard. The Disclosure Statement Hearing may be continued from time to time without further notice to creditors, equity interest holders, or other parties in interest other than by an announcement in the Bankruptcy Court of such continuance or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

4. **<u>Objections or Responses to the Proposed Disclosure Statement and Solicitation Procedures Motion</u>.**

a. **Core Parties**. Pursuant to the Court's Scheduling Order, the following parties (collectively, the "**Core Parties**") must serve any responses or objections to approval of the Proposed Disclosure Statement or any of the relief sought in the Solicitation Procedures Motion (each, a "**Disclosure Statement or Solicitation Objection**") by e-mail on the parties listed in Paragraph 4.c.(v)C-L below (**BUT NOT FILED OR SENT TO THE BANKRUPTCY COURT**) so as to be received no later than **4:00 p.m. on February 28, 2020 (Prevailing Pacific Time)**: (i) the Tort Claimants Committee; (ii) the Creditors Committee; (iii) the U.S. Trustee; (iv) the Ad Hoc Group of Subrogation Claimholders; (v) the Ad Hoc Committee of Senior Unsecured Noteholders; (vi) the U.S. Department of Justice; (vii) the Office of the California Attorney General; (viii) Governor Gavin Newsom; (ix) the California Public Utilities Commission; (x) the Ad Hoc Committee of Holders of Trade Claims; (xi) Valley Clean Energy Alliance; (xii) City and County of San Francisco; (xiii) South San Joaquin Irrigation District; (xiv) BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes; (xv) Adventist Health System/West and Feather River Hospital; and (xvi) the Consenting Fire Claimant Professional Group. Counsel for any of the Core Parties who have served objections or responses shall meet and confer with counsel for the Debtors and the Shareholder Proponents no later than March 5, 2020, to attempt to resolve any Disclosure Statement or Solicitation Objections. To the extent any Disclosure Statement or Solicitation Objection of a Core Party is not resolved during such meet and confer, the applicable Core Party shall file and serve its Disclosure Statement or Solicitation Objection in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

b. **All Other Parties.** Pursuant to the Court's Scheduling Order, Disclosure Statement or Solicitation Objections of any other parties (*e.g.*, parties other than the Core Parties) must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

c. **Response and Objection Procedures.** Disclosure Statement or Solicitation Objections must:

(i) Be in writing;

(ii) State the name and address of the objecting party and the amount and nature of the Claim or Interest of such party;

(iii) State with particularity **in short, concise bullet points** (without points and authorities in support), the basis and nature of any objection or response to the Proposed Disclosure Statement and include, where appropriate, proposed language to be incorporated into the Proposed Disclosure Statement to resolve any such objection or response;

(iv) Conform to the Bankruptcy Rules, the Bankruptcy Local Rules, the *Order Establishing Procedures for Disclosure Statement and Confirmation Hearing* (N.D. Cal. May 2017) (Montali, J.), and the Scheduling Order; and

(v) Be served on the following parties:

A. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102;

B. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

C. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kellerbenvenutti.com) and Jane Kim, Esq. (jkim@kellerbenvenutti.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq. (onasab@cravath.com));

D. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

E. The attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. (egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq. (fmerola@stroock.com));

F. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. (david.schiff@davispolk.com), and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

G. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W. Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq. (bhermann@paulweiss.com), Walter R. Rieman, Esq. (wrieman@paulweiss.com), Sean A. Mitchell, Esq. (smitchell@paulweiss.com), and Neal P. Donnelly, Esq. (ndonnelly@paulweiss.com));

H. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Kahlil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067 (Attn: Gregory A. Bray, Esq. (GBray@milbank.com) and Thomas R. Kreller, Esq. (TKreller@milbank.com));

I. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

J. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G Minias Esq. (jminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

K. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James O. Johnston, Esq. (jjohnston@jonesday.com)); and

L. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), Ira S. Dizengoff, Esq. (idizengoff@akingump.com), David H. Botter, Esq. (dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

**THE COURT NARROWLY CONSTRUES SECTION 1125(a)(1) OF THE BANKRUPTCY CODE. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT ARE TO MAKE SURE THAT ADEQUATE DISCLOSURE WILL ENABLE AN IMPAIRED CREDITOR OR SHAREHOLDER TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT SHOULD NOT INCLUDE OBJECTIONS TO CONFIRMATION, ALTERNATIVES TO THE PLAN, OR OTHER IRRELEVANT MATTERS. THE ONLY EXCEPTION IS THAT AN OBJECTION MAY BE BASED UPON A GOOD FAITH BELIEF THAT THE PROPOSED PLAN IS UNCONFIRMABLE AS A MATTER OF LAW. THE COURT WILL NOT TREAT THE ABSENCE OF AN OBJECTION TO CONFIRMATION AS A WAIVER OF SUCH AN OBJECTION FILED LATER WHEN THE PLAN IS READY TO BE CONSIDERED.**

**IF ANY OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT OR THE SOLICITATION PROCEDURES MOTION IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT OR ANY OF THE RELIEF SOUGHT IN CONNECTION WITH THE SOLICITATION PROCEDURES MOTION AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. **<u>Other Relevant Dates</u>.** The Scheduling Order also approved and established the following dates and deadlines:

a. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan.

b. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing summary of Fire Victim Claims Resolution Procedures.

c. February 28, 2020: Deadline to file substantially final form of Subrogation Wildfire Trust Agreement.

d February 28, 2020: Deadline for Debtors to file proposed executive summary of Plan treatment of Fire Victim Claims (this document is referred to as the Fire Victim Claim Plan Treatment Summary in the Proposed Disclosure Statement).

e. March 3, 2020: Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures

f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan.

g. March 9, 2020: Debtors to file revised or amended Plan and Proposed Disclosure Statement.

h. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for submitting Ballots to accept or reject the Plan.

i. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing and serving objections to Plan confirmation.

j. May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time): Pre-confirmation scheduling conference. **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time) to discuss scheduling any evidentiary matters to be dealt with in connection with the Confirmation Hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.**

k. May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time): First day of Confirmation Hearing.

6. **<u>Miscellaneous</u>.** The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) are on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at no cost at <u>https://restructuring.primeclerk.com/pge/</u>. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be: (i) examined by interested parties during normal business hours at the office of the Clerk on a public computer terminal; (ii) accessed for a fee via PACER at <u>http://www.canb.uscourts.gov/</u>; and (iii) obtained by written request to the Debtors' solicitation agent, Prime Clerk LLC ("**Prime Clerk**" or the "**Solicitation Agent**"), at the address or e-mail address below: **If by standard, overnight, or hand delivery:** PG&E Information c/o Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165; **If by e-mail to:** pgeinfo@primeclerk.com.

**THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT PROVIDE, LEGAL ADVICE.**

Dated: February 11, 2020

# CALENDAR OF EVENTS

See an extended Calendar of Events at www.trinityjournal.com/calendar/

## Weekly

► Open Mic from 7 to 11 p.m. every Friday at Northern Delights Coffeehouse, 7091 Highway 3, Hayfork. Taylor house guitar and a drum kit available; they try to accommodate everyone. Kid-friendly.

► Trinity Alps Golf Association, weekly 18-hole tournament every Friday morning at 9 a.m., weather permitting, Trinity Alps Golf Course in Weaverville. All golfers with an established handicap are welcome.

## Monthly

► Monthly Art Cruise, downtown Weaverville, 5 to 8 p.m. the first Saturday of each month. Receptions for featured artists, refreshments.

► Open Mic at Tangle Blue Saloon, 160 Nugget Lane, Weaverville, hosted by Taylor Asiong Aglipay. First Friday of every month, starts at 7 p.m., goes late. All ages until 8:30 p.m. Guitar and microphone provided. No cover charge.

► VFW Post 7705 serves up a monthly breakfast from 8 to 11 a.m. on the third Saturday (except December) at the Veterans Memorial Hall, Weaverville. Cost is $6 a plate. The public is invited.

► VFW Community Breakfast, 8 to 11 a.m. on the third Saturday at the VFW Hall, Hayfork. $10.

► Lewiston Lions' "Third Saturday of the Month Breakfast," starting at 8 a.m. at the Lewiston Community Center. All breakfasts include coffee and orange juice for just $7.

## Calendar

**Feb. 21:** Roller Skating, 5 to 9 p.m. at the Trinity County Fairgrounds, Hayfork. $5. Sponsored by the Hayfork Lions Club. Snacks available for purchase.

**Feb. 22:** Lion Dance at the Weaverville Joss House State Historic Park to celebrate Chinese New Year, 11 a.m. to 2 p.m.

**Feb. 22:** Benefit Dinner for Reno Patton, 4 to 6 p.m. at the Trinity County Fairgrounds, Hayfork. Take-out dinner $10 -- Kailua Pig, rice, potato salad, cucumbers.

**Feb. 22:** Screening of the film "Food for Thought," 5 p.m. at Studio 299-Center for the Arts, 75 The Terrace Road, Willow Creek. $10 admission includes appetizers. Tickets at Studio299FoodforThought.Brownpapertickets.com.

**Feb. 22:** THS class of 2021 Spaghetti Dinner and Bingo Fundraiser, 6 to 9 p.m. in the THS Cafeteria, sponsored by THS Boosters. $10 spaghetti dinner and Bingo cards ranging from $1 to $10 for bigger prizes. Prizes available include a Win River Casino package, lunch and a round of golf, 32" flat screen TV, shark vacuum and many more community prizes.

**Feb. 28:** Spaghetti Feed for the whole family, 5 to 7 p.m. at the Golden Age Center, 201 Browns Ranch Road, Weaverville; admission at the door $10 adult and $5 children under 12.

**Feb. 29:** Prime Rib Dinner fundraiser at the Trinity Center IOOF Hall. 5 p.m. social hour and bar opens. Dinner served at 6 p.m. $45. Hosted by the Trinity Center Volunteer Fire Department Auxiliary. Seating is limited and pre-sales of tickets only. Contact Sue Chatterton at 266-3333 or Pam Augspurger at 510-219-6286 for tickets.

**March 3:** ELECTION DAY

**March 6:** Douglas City Fire Belles Spaghetti Feed, 4 to 7 p.m. at the Douglas City Firehouse. $10 adults, $5 children, includes salad, pasta, beverage and choice of scrumptious dessert.

**March 7:** Ukrainian Egg Design Workshop, 9 a.m. to 4 p.m. at the Junction City Community Center. $25 for beginners and $20 for returning students. Bonnie at 623-5811 for information and reservations.

**March 7:** The Humboldt Live Sessions - Absynth Quintet at the North Fork Grange, 131 Dutch Creek Road, Junction City.

**March 8:** Daylight-saving time begins at 2 a.m.

**March 12:** Trinity County Chamber of Commerce annual Members Meeting and Business Mixer, 5 to 8:30 p.m. at the Trinity Alps Golf and Country Club Restaurant, 130 Golf Course Drive, Weaverville.

**March 13-14:** Trinity High Drama presents "Jane Eyre," 7 p.m. at the Trinity Alps Performing Arts Center, 101 Arbuckle Court in Weaverville. Admission $5 students, $10 adults.

**March 14:** Traditional St. Patrick Day dinner, 5 to 7 p.m. at the Golden Age Center, 201 Browns Ranch Road, Weaverville.

**March 15:** Trinity High Drama presents "Jane Eyre," 3 p.m. at the Trinity Alps Performing Arts Center, 101 Arbuckle Court in Weaverville. Admission $5 students, $10 adults.

**March 20-21:** Hammer-in at the Jake Jackson Museum, 780 Main St., Weaverville; 623-5211.

**March 20-21:** Trinity High Drama presents "Jane Eyre," 7 p.m. at the Trinity Alps Performing Arts Center, 101 Arbuckle Court in Weaverville. Admission $5 students, $10 adults.

**March 21:** TC Fair & Hayfork Booster Calcutta fundraiser, Trinity County Fairgrounds dining hall, 6000 Highway 3, Hayfork.

**March 28:** Ascend Wilderness Experience Mountain Prom -- an all-ages community shindig to fund summer backpack trips and day hikes for local youth, 7 p.m. at the Veterans Memorial Hall in Weaverville. Live music by Trinity County's rockin' all-female band Something Beautiful and much, much more.

**March 31:** Weaverville Business & Professional Women, 6 to 8 p.m. at the Red Dragon, 625 Main St., Weaverville. Celebrate 100 years of women voting with "Hear Our Voice." Information or reservations, Jean Lam at 623-4454.

**April 4:** Petty Thievery, benefit for the Junction City Elementary School's eighth-grade class, at the North Fork Grange, 131 Dutch Creek Road, Junction City. Details TK.

**April 10:** Douglas City Fire Belles Easter Bake Sale, 9:30 a.m. to 1 p.m. at the Douglas City Post Office.

**April 18:** Trinity Celtic Games, noon, Lee Fong Park, Weaverville.

**April 18:** Dream Makers Gala and Auction, 6 p.m. at the Veterans Memorial Hall, Memorial Drive, Weaverville. $75. http://trinitydreammakers.com/

**April 24-26:** Countywide Yard Sale organized by The Trinity Journal.

**April 25:** Young Family Ranch annual plant and seed exchange, 11 a.m. to 3 p.m. at 260 Oregon St. in Weaverville.

**May 1:** Career Fair, noon to 2 p.m. at the Trinity County Fairgrounds, 6000 Highway 3, Hayfork.

**May 2:** Trinity County Wildfire Preparedness Fair, 10 a.m. to 3 p.m. at the Highland Art Center meadow, 691 Main St., Weaverville.

**May 5:** Cinco de Mayo Taco Feed Celebration, 5 to 7 p.m. at the Golden Age Center, 201 Browns Ranch Road, Weaverville.

**May 9:** Frontier Day in downtown Weaverville.

**May 9:** Lewiston Garden Party & Tour. Plant sale, vendors, luncheon, raffle at River Rock Gardens, 330 River Rock Road. Fundraiser for the Lewiston Garden Club.

**May 9:** The Gala -- The Watershed's annual Benefit for Hayfork Youth featuring regional/local wine and craft beer selections, cheeses and other treats selected and served by your favorite artisans. Live music. Trinity County Fairgrounds, 6000 Highway 3, Hayfork.

**May 15-16:** Bigfoot BBQ - Trinity County Pro-Am Competition, Trinity County Fairgrounds, 4 to 11 p.m. Friday, 10 a.m. to 11 p.m. Saturday.

**May 15-16:** TCFA Vintage Fest - Vintage trailer event, Trinity County Fairgrounds, 6000 Highway 3, Hayfork.

**May 16:** Human Resource Network's 29th annual Children's Festival, 11 a.m. to 3 p.m. at Weaverville Elementary School, Highway 3, Weaverville.

**May 30:** AERC South Fork Trinity River 50, Ruth Rodeo Grounds, 6 a.m.

**June 6:** LaGrange Classic Mountain Bike Race, Weaver Basin Trail System. Start and finish at Lowden Park, Weaverville. More info at www.trinitytrailalliance.com or call 739-2150.

**June 6:** The 30th annual Old Lewiston Peddlers' Faire, 9 a.m. to 4 p.m. in downtown Lewiston.

**June 13:** Trinity County Historical Society annual picnic, 2 p.m., location TBD.

**June 20:** Trinity Art in the Alps: Ceramics & Glass Festival, 10 a.m to 4 p.m., Highland Art Center meadow, Weaverville. Hands-on play with clay, Raku Magic, insightful demonstrations, glass and ceramic vendors.

**June 26-27**: 33rd annual Historic Weaverville Car Show, Show 'n' Shine at the Trinity Alps Golf Course. Friday evening: Show 'n' Shine. Saturday: Car Show with cars, vendors and food. Bob Morris at 623-5410.

**July 4:** INDEPENDENCE DAY. Trinity celebrates July 3-5.

**July 4:** AERC La Grange Ditch 50 & Weaver Basin Express 25, Weaverville.

**July 11:** Trinity Trailer Trash Show & Shine at River Rock Gardens, 330 River Rock Road, Lewiston. $10 admission. Benefits the Lewiston Fire Department.

FILE

Celebrate Chinese New Year, 11 a.m. to 2 p.m. this Saturday in Weaverville.

**July 30 to Aug. 2:** Trinity County Fair at the Fairgrounds in Hayfork, down-home country fair with junior livestock auction, exhibits, car racing, destruction derby, quilt show, games.

**Aug. 7-8:** Douglas City Fire Belles Jumbo Garage Sale, 8 a.m. to 2 p.m. on Friday and 8 a.m. to 1 p.m. on Saturday, at the Douglas City Firehouse. Always a wide variety of quality items.

**Sept. 6:** Trinity Lake Lions Fly-in Barbecue, 11 a.m. to 5 p.m. at the Airporter in Trinity Center. Festivities begin at 11 a.m. with the opening of the Art and Craft Faire, followed by the BBQ at noon. The band begins at 1 p.m. BBQ meals are $20 for adults, $8 for kids 6-12, and free for kids under 6.

**Sept. 11-13:** Countywide Yard Sale organized by The Trinity Journal.

Oct. 9: Douglas City Fire Belles Spaghetti Feed, 4 to 7 p.m. at the Douglas City Firehouse. $10 adults, $5 children, includes salad, pasta, beverage and choice of scrumptious dessert.

**Oct. 10:** Trinity River Salmon Festival, 10 a.m. to 4 p.m., Highland Art Center meadow, 691 Main St., Weaverville.

**Oct. 10:** Artists in Action Festival, 11 a.m. to 3 p.m., artists demonstrating their art on the sidewalks of Main Street, downtown Weaverville.

**Oct. 10:** Dutch Oven Cook-off, 1 p.m. at the grounds of the Hal Goodyear History Park at the Jake Jackson Museum, 780 Main St., Weaverville; 623-5211.

**Oct. 17:** Weaverville Witches Brigade, 3 p.m., wicked ride through town. Witches assemble with bikes at 2:30 p.m. at the Trinity County Library, Weaverville. With passport, participating businesses offering tricks and treats.

**Oct. 30:** Douglas City Fire Belles Halloween Bake Sale, 9:30 a.m. to 1 p.m. at the Douglas City Post Office.

**Oct. 31:** Halloween candy give-away, 5:30 to 7 p.m., downtown Weaverville.

**Nov. 1:** Daylight-saving time ends at 2 a.m.

**Nov. 14:** Douglas City Fire Belles Christmas Treasures Sale. Amazing selection of ornaments, collectables and decorations.

**Nov. 14:** Festival of Light Arts & Crafts Event, 10 a.m. to 4 p.m., Veterans Memorial Hall, Weaverville.

**Nov. 26:** THANKSGIVING DAY

**Nov. 27:** Mountain Magic Christmas, 1 to 8 p.m. in decorated Weaverville. Shop owners stay open late, with refreshments and special prizes. Santa at the Bandstand.

**Nov. 28:** Lewiston Fireworks & Bridge Lighting, 3 to 7 p.m., fireworks usually about 5:30. Santa, food and craft vendors, music. www.lewistonsparkies.com or Katie at 778-3307.

**Dec. 5:** Douglas City Fire Belles 41st annual Christmas Bazaar, 9 a.m. to 4 p.m. at the Veterans Memorial Hall, Weaverville. Crafts, baked goods, breakfast and lunch refreshments and giant raffle.

**Dec. 12:** Art for Arts' Sake Crafts Fair (third annual), 5:30 to 8:30 p.m., Trinity County Fairgrounds dining hall, Hayfork. $10 admission will be happily refunded upon proof of purchase.

**Dec. 25:** CHRISTMAS DAY

***Get your event noticed***

*Placing your event in The Trinity Journal's Calendar of Events does much more than get you into the weekly newspaper. The calendar is uploaded to two locations (listing and calendar versions) on our website, www.trinityjournal.com, and also shared with the Trinity County and Weaverville chambers of commerce and their respective websites, www.VisitTrinity.com and www.weavervilleca.org, as well as the Trinity County Visitor Center, 509 Main St., Weaverville. The calendar is also uploaded onto the Visitors Kiosk monitor at Holiday Market in Weaverville.*

*Submit calendar items to the Journal at our office, 500 Main St., Weaverville; or via e-mail to calendar@trinityjournal.com.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: **PG&E CORPORATION, - and - PACIFIC GAS AND ELECTRIC COMPANY, Debtors.** | Chapter 11 Case No. 19-30088 (DM) (Lead Case) (Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**AMENDED NOTICE OF HEARING ON APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (D) OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE THAT:**

1. **The Plan and Proposed Disclosure Statement.** On February 7, 2020, pursuant to section 1125 of the Bankruptcy Code, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the proposed disclosure statement [Docket No. 5700] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, dated January 31, 2020* [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**"). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Proposed Disclosure Statement.

2. **Solicitation Procedures Motion.** In accordance with the amended Disclosure Statement approval and Plan confirmation schedule established by the Court [Docket No. 5732] (the "**Scheduling Order**"), the Debtors will file, on or before February 18, 2020, a Motion requesting, *inter alia*, that the Court (i) approve Plan solicitation and voting procedures, and (ii) approve the forms of Ballots, Solicitation Packages, and related notices to be sent to the Debtors' creditors and equity interest holders in connection with confirmation of the Plan (the "**Solicitation Procedures Motion**").

3. **Disclosure Statement Hearing.** A hearing (the "**Disclosure Statement Hearing**") to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time), and, if needed, March 11, 2020 at 10:00 a.m. (Prevailing Pacific Time)**, in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "**Bankruptcy Court**"), 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, or as soon thereafter as counsel can be heard. The Disclosure Statement Hearing may be continued from time to time without further notice to creditors, equity interest holders, or other parties in interest other than by an announcement in the Bankruptcy Court of such continuance or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

4. **Objections or Responses to the Proposed Disclosure Statement and Solicitation Procedures Motion.**

a. **Core Parties.** Pursuant to the Court's Scheduling Order, the following parties (collectively, the "**Core Parties**") must serve any responses or objections to approval of the Proposed Disclosure Statement or any of the relief sought in the Solicitation Procedures Motion (each, a "**Disclosure Statement or Solicitation Objection**") by e-mail on the parties listed in Paragraph 4.c.(v)C-L below (**BUT NOT FILED OR SENT TO THE BANKRUPTCY COURT**) so as to be received no later than **4:00 p.m. on February 28, 2020 (Prevailing Pacific Time)**: (i) the Tort Claimants Committee; (ii) the Creditors Committee; (iii) the U.S. Trustee; (iv) the Ad Hoc Group of Subrogation Claimholders; (v) the Ad Hoc Committee of Senior Unsecured Noteholders; (vi) the U.S. Department of Justice; (vii) the Office of the California Attorney General; (viii) Governor Gavin Newsom; (ix) the California Public Utilities Commission; (x) the Ad Hoc Committee of Holders of Trade Claims; (xi) Valley Clean Energy Alliance; (xii) City and County of San Francisco; (xiii) South San Joaquin Irrigation District; (xiv) BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes; (xv) Adventist Health System/West and Feather River Hospital; and (xvi) the Consenting Fire Claimant Professional Group. Counsel for any of the Core Parties who have served objections or responses shall meet and confer with counsel for the Debtors and the Shareholder Proponents no later than March 5, 2020, to attempt to resolve any Disclosure Statement or Solicitation Objections. To the extent any Disclosure Statement or Solicitation Objection of a Core Party is not resolved during such meet and confer, the applicable Core Party shall file and serve its Disclosure Statement or Solicitation Objection in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

b. **All Other Parties.** Pursuant to the Court's Scheduling Order, Disclosure Statement or Solicitation Objections of any other parties (*e.g.*, parties other than the Core Parties) must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

c. **Response and Objection Procedures.** Disclosure Statement or Solicitation Objections must:

(i) Be in writing;

(ii) State the name and address of the objecting party and the amount and nature of the Claim or Interest of such party;

(iii) State with particularity **in short, concise bullet points** (without points and authorities in support), the basis and nature of any objection or response to the Proposed Disclosure Statement and include, where appropriate, proposed language to be incorporated into the Proposed Disclosure Statement to resolve any such objection or response;

(iv) Conform to the Bankruptcy Rules, the Bankruptcy Local Rules, the *Order Establishing Procedures for Disclosure Statement and Confirmation Hearing* (N.D. Cal. May 2017) (Montali, J.), and the Scheduling Order; and

(v) Be served on the following parties:

A. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102;

B. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

C. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kellerbenvenutti.com) and Jane Kim, Esq. (jkim@kellerbenvenutti.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq. (onasab@cravath.com));

D. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

E. The attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. (egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq. (fmerola@stroock.com));

F. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. (david.schiff@davispolk.com), and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

G. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W. Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq. (bhermann@paulweiss.com), Walter R. Rieman, Esq. (wrieman@paulweiss.com), Sean A. Mitchell, Esq. (smitchell@paulweiss.com), and Neal P. Donnelly, Esq. (ndonnelly@paulweiss.com));

H. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Kahlil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067 (Attn: Gregory A. Bray, Esq. (GBray@milbank.com) and Thomas R. Kreller, Esq. (TKreller@milbank.com));

I. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

J. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G Minias Esq. (jminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

K. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James O. Johnston, Esq. (jjohnston@jonesday.com)); and

L. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), Ira S. Dizengoff, Esq. (idizengoff@akingump.com), David H. Botter, Esq. (dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

**THE COURT NARROWLY CONSTRUES SECTION 1125(a)(1) OF THE BANKRUPTCY CODE. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT ARE TO MAKE SURE THAT ADEQUATE DISCLOSURE WILL ENABLE AN IMPAIRED CREDITOR OR SHAREHOLDER TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT SHOULD NOT INCLUDE OBJECTIONS TO CONFIRMATION, ALTERNATIVES TO THE PLAN, OR OTHER IRRELEVANT MATTERS. THE ONLY EXCEPTION IS THAT AN OBJECTION MAY BE BASED UPON A GOOD FAITH BELIEF THAT THE PROPOSED PLAN IS UNCONFIRMABLE AS A MATTER OF LAW. THE COURT WILL NOT TREAT THE ABSENCE OF AN OBJECTION TO CONFIRMATION AS A WAIVER OF SUCH AN OBJECTION FILED LATER WHEN THE PLAN IS READY TO BE CONSIDERED.**

**IF ANY OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT OR THE SOLICITATION PROCEDURES MOTION IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT OR ANY OF THE RELIEF SOUGHT IN CONNECTION WITH THE SOLICITATION PROCEDURES MOTION AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. **Other Relevant Dates.** The Scheduling Order also approved and established the following dates and deadlines:

a. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan.

b. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing summary of Fire Victim Claims Resolution Procedures.

c. February 28, 2020: Deadline to file substantially final form of Subrogation Wildfire Trust Agreement.

d February 28, 2020: Deadline for Debtors to file proposed executive summary of Plan treatment of Fire Victim Claims (this document is referred to as the Fire Victim Claim Plan Treatment Summary in the Proposed Disclosure Statement).

e. March 3, 2020: Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures

f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan.

g. March 9, 2020: Debtors to file revised or amended Plan and Proposed Disclosure Statement.

h. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for submitting Ballots to accept or reject the Plan.

i. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing and serving objections to Plan confirmation.

j. May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time): Pre-confirmation scheduling conference. **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time) to discuss scheduling any evidentiary matters to be dealt with in connection with the Confirmation Hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.**

k. May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time): First day of Confirmation Hearing.

6. **Miscellaneous.** The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) are on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at no cost at https://restructuring.primeclerk.com/pge/. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be: (i) examined by interested parties during normal business hours at the office of the Clerk on a public computer terminal; (ii) accessed for a fee via PACER at http://www.canb.uscourts.gov/; and (iii) obtained by written request to the Debtors' solicitation agent, Prime Clerk LLC ("**Prime Clerk**" or the "**Solicitation Agent**"), at the address or e-mail address below: **If by standard, overnight, or hand delivery:** PG&E Information c/o Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165; **If by e-mail to:** pgeinfo@primeclerk.com.

**THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT PROVIDE, LEGAL ADVICE.**

Dated: February 11, 2020

**Exhibit AA**

**NEVADA COUNTY**
**PUBLISHING COMPANY**
**Grass Valley, CA**

**AFFIDAVIT OF PUBLICATION**

# THE UNION

**Customer Account #:** 7501573
**Reference:** PG&E_v48889

**Legal Account**
MILLER ADVERTISING AGENCY/KCC, LLC,
71 FIFTH AVE
NEW YORK, NY 10003
**Attn:** Accounts Payable

**County of Nevada, State of Calif.** The undersigned, **Cindy Noori**, being the principal clerk of the **Nevada County Publishing Co.** declares that the **Nevada County Publishing Co.** now is, and during all times herein named, was a corporation duly organized and existing under the laws of the State of California, and now is, and during all times herein named was the printer of **THE UNION**, a newspaper of general circulation, as defined by section 6000 of the Government Code of the State of California, printed and published daily (Sundays excepted) in the City of Grass Valley, County of Nevada, State of California, and that affiant is the principal clerk of said Nevada County Publishing Co.

That the printed advertisement hereto annexed was published in the said UNION, for the full required period of **1** time(s) commencing on **02/19/20**, and ending on **02/19/20**, all days inclusive.

I certify, under penalty of perjury, the foregoing is true and correct.

Signed: Cindy Noori

Legals Advertising Clerk

**Proof and Statement of Publication**

**Ad #:** 0000552115-01

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| In re:<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>**All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11 Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered) |
|---|---|

**<u>AMENDED</u> NOTICE OF HEARING ON APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND <u>(D) OTHER RELATED RELIEF</u>**

**PLEASE TAKE NOTICE THAT:**

1. **<u>The Plan and Proposed Disclosure Statement</u>.** On February 7, 2020, pursuant to section 1125 of the Bankruptcy Code, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the proposed disclosure statement [Docket No. 5700] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, dated January 31, 2020* [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**"). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Proposed Disclosure Statement.

2. **<u>Solicitation Procedures Motion</u>.** In accordance with the amended Disclosure Statement approval and Plan confirmation schedule established by the Court [Docket No. 5732] (the "**Scheduling Order**"), the Debtors will file, on or before February 18, 2020, a Motion requesting, *inter alia*, that the Court (i) approve Plan solicitation and voting procedures, and (ii) approve the forms of Ballots, Solicitation Packages, and related notices to be sent to the Debtors' creditors and equity interest holders in connection with confirmation of the Plan (the "**Solicitation Procedures Motion**").

3. **<u>Disclosure Statement Hearing</u>.** A hearing (the "**Disclosure Statement Hearing**") to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time), and, if needed, March 11, 2020 at 10:00 a.m. (Prevailing Pacific Time),** in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "**Bankruptcy Court**"), 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, or as soon thereafter as counsel can be heard. The Disclosure Statement Hearing may be continued from time to time without further notice to creditors, equity interest holders, or other parties in interest other than by an announcement in the Bankruptcy Court of such continuance or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

4. **<u>Objections or Responses to the Proposed Disclosure Statement and Solicitation Procedures Motion</u>.**

a. **Core Parties**. Pursuant to the Court's Scheduling Order, the following parties (collectively, the "**Core Parties**") must serve any responses or objections to approval of the Proposed Disclosure Statement or any of the relief sought in the Solicitation Procedures Motion (each, a "**Disclosure Statement or Solicitation Objection**") by e-mail on the parties listed in Paragraph 4.c.(v) C-L below (**BUT NOT FILED OR SENT TO THE BANKRUPTCY COURT**) so as to be received no later than **4:00 p.m. on February 28, 2020 (Prevailing Pacific Time)**: (i) the Tort Claimants Committee; (ii) the Creditors Committee; (iii) the U.S. Trustee; (iv) the Ad Hoc Group of Subrogation Claimholders; (v) the Ad Hoc Committee of Senior Unsecured Noteholders; (vi) the U.S. Department of Justice; (vii) the Office of the California Attorney General; (viii) Governor Gavin Newsom; (ix) the California Public Utilities Commission; (x) the Ad Hoc Committee of Holders of Trade Claims; (xi) Valley Clean Energy Alliance; (xii) City and County of San Francisco; (xiii) South San Joaquin Irrigation District; (xiv) BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes; (xv) Adventist Health System/West and Feather River Hospital; and (xvi) the Consenting Fire Claimant Professional Group. Counsel for any of the Core Parties who have served objections or responses shall meet and confer with counsel for the Debtors and the Shareholder Proponents no later than March 5, 2020, to attempt to resolve any Disclosure Statement or Solicitation Objections. To the extent any Disclosure Statement or Solicitation Objection of a Core Party is not resolved during such meet and confer, the applicable Core Party shall file and serve its Disclosure Statement or Solicitation Objection in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

b. **All Other Parties.** Pursuant to the Court's Scheduling Order, Disclosure Statement or Solicitation Objections of any other parties (*e.g.*, parties other than the Core Parties) must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

c. **Response and Objection Procedures.** Disclosure Statement or Solicitation Objections must:

(i) Be in writing;

(ii) State the name and address of the objecting party and the amount and nature of the Claim or Interest of such party;

(iii) State with particularity **in short, concise bullet points** (without points and authorities in support), the basis and nature of any objection or response to the Proposed Disclosure Statement and include, where appropriate, proposed language to be incorporated into the Proposed Disclosure Statement to resolve any such objection or response;

(iv) Conform to the Bankruptcy Rules, the Bankruptcy Local Rules, the *Order Establishing Procedures for Disclosure Statement and Confirmation Hearing* (N.D. Cal. May 2017) (Montali, J.), and the Scheduling Order; and

(v) Be served on the following parties:

A. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102;

B. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

C. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kellerbenvenutti.com) and Jane Kim, Esq. (jkim@kellerbenvenutti.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq. (onasab@cravath.com));

D. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

E. The attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. (egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq. (fmerola@stroock.com));

F. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. (david.schiff@davispolk.com), and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

G. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W. Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq. (bhermann@paulweiss.com), Walter R. Rieman, Esq. (wrieman@paulweiss.com), Sean A. Mitchell, Esq. (smitchell@paulweiss.com), and Neal P. Donnelly, Esq. (ndonnelly@paulweiss.com));

H. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Kahlil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067 (Attn: Gregory A. Bray, Esq. (GBray@milbank.com) and Thomas R. Kreller, Esq. (TKreller@milbank.com));

I. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

J. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G Minias Esq. (jminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

K. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James O. Johnston, Esq. (jjohnston@jonesday.com)); and

L. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), Ira S. Dizengoff, Esq. (idizengoff@akingump.com), David H. Botter, Esq. (dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

**THE COURT NARROWLY CONSTRUES SECTION 1125(a)(1) OF THE BANKRUPTCY CODE. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT ARE TO MAKE SURE THAT ADEQUATE DISCLOSURE WILL ENABLE AN IMPAIRED CREDITOR OR SHAREHOLDER TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT SHOULD NOT INCLUDE OBJECTIONS TO CONFIRMATION, ALTERNATIVES TO THE PLAN, OR OTHER IRRELEVANT MATTERS. THE ONLY EXCEPTION IS THAT AN OBJECTION MAY BE BASED UPON A GOOD FAITH BELIEF THAT THE PROPOSED PLAN IS UNCONFIRMABLE AS A MATTER OF LAW. THE COURT WILL NOT TREAT THE ABSENCE OF AN OBJECTION TO CONFIRMATION AS A WAIVER OF SUCH AN OBJECTION FILED LATER WHEN THE PLAN IS READY TO BE CONSIDERED.**

**IF ANY OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT OR THE SOLICITATION PROCEDURES MOTION IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT OR ANY OF THE RELIEF SOUGHT IN CONNECTION WITH THE SOLICITATION PROCEDURES MOTION AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. **<u>Other Relevant Dates</u>.** The Scheduling Order also approved and established the following dates and deadlines:

a. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan.

b. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing summary of Fire Victim Claims Resolution Procedures.

c. February 28, 2020: Deadline to file substantially final form of Subrogation Wildfire Trust Agreement.

d February 28, 2020: Deadline for Debtors to file proposed executive summary of Plan treatment of Fire Victim Claims (this document is referred to as the Fire Victim Claim Plan Treatment Summary in the Proposed Disclosure Statement).

e. March 3, 2020: Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures

f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan.

g. March 9, 2020: Debtors to file revised or amended Plan and Proposed Disclosure Statement.

h. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for submitting Ballots to accept or reject the Plan.

i. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing and serving objections to Plan confirmation.

j. May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time): Pre-confirmation scheduling conference. **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time) to discuss scheduling any evidentiary matters to be dealt with in connection with the Confirmation Hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.**

k. May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time): First day of Confirmation Hearing.

6. **<u>Miscellaneous</u>.** The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) are on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at no cost at <u>https://restructuring.primeclerk.com/pge/</u>. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be: (i) examined by interested parties during normal business hours at the office of the Clerk on a public computer terminal; (ii) accessed for a fee via PACER at <u>http://www.canb.uscourts.gov/</u>; and (iii) obtained by written request to the Debtors' solicitation agent, Prime Clerk LLC ("**Prime Clerk**" or the "**Solicitation Agent**"), at the address or e-mail address below: **If by standard, overnight, or hand delivery:** PG&E Information c/o Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165; **If by e-mail to:** pgeinfo@primeclerk.com.

**THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT PROVIDE, LEGAL ADVICE.**

Dated: February 11, 2020

Published: February 19, 2020
Ad# 552115

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>**- and -**<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11 Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered) |

**AMENDED NOTICE OF HEARING ON APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (D) OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE THAT:**

1. **The Plan and Proposed Disclosure Statement.** On February 7, 2020, pursuant to section 1125 of the Bankruptcy Code, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the proposed disclosure statement [Docket No. 5700] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, dated January 31, 2020* [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**"). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Proposed Disclosure Statement.

2. **Solicitation Procedures Motion.** In accordance with the amended Disclosure Statement approval and Plan confirmation schedule established by the Court [Docket No. 5732] (the "**Scheduling Order**"), the Debtors will file, on or before February 18, 2020, a Motion requesting, *inter alia*, that the Court (i) approve Plan solicitation and voting procedures, and (ii) approve the forms of Ballots, Solicitation Packages, and related notices to be sent to the Debtors' creditors and equity interest holders in connection with confirmation of the Plan (the "**Solicitation Procedures Motion**").

3. **Disclosure Statement Hearing.** A hearing (the "**Disclosure Statement Hearing**") to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time), and, if needed, March 11, 2020 at 10:00 a.m. (Prevailing Pacific Time),** in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "**Bankruptcy Court**"), 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, or as soon thereafter as counsel can be heard. The Disclosure Statement Hearing may be continued from time to time without further notice to creditors, equity interest holders, or other parties in interest other than by an announcement in the Bankruptcy Court of such continuance or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

4. **Objections or Responses to the Proposed Disclosure Statement and Solicitation Procedures Motion.**

a. **Core Parties.** Pursuant to the Court's Scheduling Order, the following parties (collectively, the "**Core Parties**") must serve any responses or objections to approval of the Proposed Disclosure Statement or any of the relief sought in the Solicitation Procedures Motion (each, a "**Disclosure Statement or Solicitation Objection**") by e-mail on the parties listed in Paragraph 4.c.(v) C-L below (**BUT NOT FILED OR SENT TO THE BANKRUPTCY COURT**) so as to be received no later than **4:00 p.m. on February 28, 2020 (Prevailing Pacific Time)**: (i) the Tort Claimants Committee; (ii) the Creditors Committee; (iii) the U.S. Trustee; (iv) the Ad Hoc Group of Subrogation Claimholders; (v) the Ad Hoc Committee of Senior Unsecured Noteholders; (vi) the U.S. Department of Justice; (vii) the Office of the California Attorney General; (viii) Governor Gavin Newsom; (ix) the California Public Utilities Commission; (x) the Ad Hoc Committee of Holders of Trade Claims; (xi) Valley Clean Energy Alliance; (xii) City and County of San Francisco; (xiii) South San Joaquin Irrigation District; (xiv) BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes; (xv) Adventist Health System/West and Feather River Hospital; and (xvi) the Consenting Fire Claimant Professional Group. Counsel for any of the Core Parties who have served objections or responses shall meet and confer with counsel for the Debtors and the Shareholder Proponents no later than March 5, 2020, to attempt to resolve any Disclosure Statement or Solicitation Objections. To the extent any Disclosure Statement or Solicitation Objection of a Core Party is not resolved during such meet and confer, the applicable Core Party shall file and serve its Disclosure Statement or Solicitation Objection in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

b. **All Other Parties.** Pursuant to the Court's Scheduling Order, Disclosure Statement or Solicitation Objections of any other parties (*e.g.*, parties other than the Core Parties) must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

c. **Response and Objection Procedures.** Disclosure Statement or Solicitation Objections must:

(i) Be in writing;

(ii) State the name and address of the objecting party and the amount and nature of the Claim or Interest of such party;

(iii) State with particularity **in short, concise bullet points** (without points and authorities in support), the basis and nature of any objection or response to the Proposed Disclosure Statement and include, where appropriate, proposed language to be incorporated into the Proposed Disclosure Statement to resolve any such objection or response;

(iv) Conform to the Bankruptcy Rules, the Bankruptcy Local Rules, the *Order Establishing Procedures for Disclosure Statement and Confirmation Hearing* (N.D. Cal. May 2017) (Montali, J.), and the Scheduling Order; and

(v) Be served on the following parties:

A. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102;

B. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

C. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kellerbenvenutti.com) and Jane Kim, Esq. (jkim@kellerbenvenutti.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq. (onasab@cravath.com));

D. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

E. The attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. (egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq. (fmerola@stroock.com));

F. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. (david.schiff@davispolk.com), and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

G. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W. Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq. (bhermann@paulweiss.com), Walter R. Rieman, Esq. (wrieman@paulweiss.com), Sean A. Mitchell, Esq. (smitchell@paulweiss.com), and Neal P. Donnelly, Esq. (ndonnelly@paulweiss.com));

H. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Kahlil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067 (Attn: Gregory A. Bray, Esq. (GBray@milbank.com) and Thomas R. Kreller, Esq. (TKreller@milbank.com));

I. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

J. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G Minias Esq. (jminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

K. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James O. Johnston, Esq. (jjohnston@jonesday.com)); and

L. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), Ira S. Dizengoff, Esq. (idizengoff@akingump.com), David H. Botter, Esq. (dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

**THE COURT NARROWLY CONSTRUES SECTION 1125(a)(1) OF THE BANKRUPTCY CODE. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT ARE TO MAKE SURE THAT ADEQUATE DISCLOSURE WILL ENABLE AN IMPAIRED CREDITOR OR SHAREHOLDER TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT SHOULD NOT INCLUDE OBJECTIONS TO CONFIRMATION, ALTERNATIVES TO THE PLAN, OR OTHER IRRELEVANT MATTERS. THE ONLY EXCEPTION IS THAT AN OBJECTION MAY BE BASED UPON A GOOD FAITH BELIEF THAT THE PROPOSED PLAN IS UNCONFIRMABLE AS A MATTER OF LAW. THE COURT WILL NOT TREAT THE ABSENCE OF AN OBJECTION TO CONFIRMATION AS A WAIVER OF SUCH AN OBJECTION FILED LATER WHEN THE PLAN IS READY TO BE CONSIDERED.**

**IF ANY OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT OR THE SOLICITATION PROCEDURES MOTION IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT OR ANY OF THE RELIEF SOUGHT IN CONNECTION WITH THE SOLICITATION PROCEDURES MOTION AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. **Other Relevant Dates.** The Scheduling Order also approved and established the following dates and deadlines:

a. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan.

b. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing summary of Fire Victim Claims Resolution Procedures.

c. February 28, 2020: Deadline to file substantially final form of Subrogation Wildfire Trust Agreement.

d February 28, 2020: Deadline for Debtors to file proposed executive summary of Plan treatment of Fire Victim Claims (this document is referred to as the Fire Victim Claim Plan Treatment Summary in the Proposed Disclosure Statement).

e. March 3, 2020: Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures.

f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan.

g. March 9, 2020: Debtors to file revised or amended Plan and Proposed Disclosure Statement.

h. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for submitting Ballots to accept or reject the Plan.

i. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing and serving objections to Plan confirmation.

j. May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time): Pre-confirmation scheduling conference. **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time) to discuss scheduling any evidentiary matters to be dealt with in connection with the Confirmation Hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.**

k. May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time): First day of Confirmation Hearing.

6. **Miscellaneous.** The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) are on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at no cost at https://restructuring.primeclerk.com/pge/. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be: (i) examined by interested parties during normal business hours at the office of the Clerk on a public computer terminal; (ii) accessed for a fee via PACER at http://www.canb.uscourts.gov/; and (iii) obtained by written request to the Debtors' solicitation agent, Prime Clerk LLC ("**Prime Clerk**" or the "**Solicitation Agent**"), at the address or e-mail address below: **If by standard, overnight, or hand delivery:** PG&E Information c/o Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165; **If by e-mail to:** pgeinfo@primeclerk.com.

**THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT, PROVIDE LEGAL ADVICE.**

Dated: February 11, 2020

Published: February 19, 2020
Ad# 552115

**Exhibit BB**

**Ukiah Daily Journal**
617 S. State St
Ukiah, California 95482
(707) 468-3500
advertising@record-bee.com

PG&E Corporation and Pacific Gas and Electric Company,
77 Beale Street, P.O. Box 770000,
San Francisco, California 94177

Legal No. **0006459677**

## PROOF OF PUBLICATION (2015.5 C.C.P.)

## STATE OF CALIFORNIA COUNTY OF MENDOCINO

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer of the Ukiah Daily Journal, a newspaper of general circulation, printed and published daily in the City of Ukiah, County of Mendocino and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Mendocino, State of California, under the date of September 22, 1952, Case Number 9267; that the notice, of which the annexed is a printed copy (set in type not smaller than non-pareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**02/19/2020**

I certify (or declare) under the penalty of perjury that the foregoing is true and correct.

Dated at Ukiah, California,
February 25th, 2020

Molly E. Lane, LEGAL CLERK

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>**- and -**<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11 Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered) |

**<u>AMENDED</u> NOTICE OF HEARING ON APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (D) <u>OTHER RELATED RELIEF</u>**

**PLEASE TAKE NOTICE THAT:**

1. **<u>The Plan and Proposed Disclosure Statement</u>.** On February 7, 2020, pursuant to section 1125 of the Bankruptcy Code, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the proposed disclosure statement [Docket No. 5700] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, dated January 31, 2020* [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**"). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Proposed Disclosure Statement.

2. **<u>Solicitation Procedures Motion</u>.** In accordance with the amended Disclosure Statement approval and Plan confirmation schedule established by the Court [Docket No. 5732] (the "**Scheduling Order**"), the Debtors will file, on or before February 18, 2020, a Motion requesting, *inter alia*, that the Court (i) approve Plan solicitation and voting procedures, and (ii) approve the forms of Ballots, Solicitation Packages, and related notices to be sent to the Debtors' creditors and equity interest holders in connection with confirmation of the Plan (the "**Solicitation Procedures Motion**").

3. **<u>Disclosure Statement Hearing</u>.** A hearing (the "**Disclosure Statement Hearing**") to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time), and, if needed, March 11, 2020 at 10:00 a.m. (Prevailing Pacific Time),** in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "**Bankruptcy Court**"), 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, or as soon thereafter as counsel can be heard. The Disclosure Statement Hearing may be continued from time to time without further notice to creditors, equity interest holders, or other parties in interest other than by an announcement in the Bankruptcy Court of such continuance or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

4. **<u>Objections or Responses to the Proposed Disclosure Statement and Solicitation Procedures Motion</u>.**

a. **Core Parties**. Pursuant to the Court's Scheduling Order, the following parties (collectively, the "**Core Parties**") must serve any responses or objections to approval of the Proposed Disclosure Statement or any of the relief sought in the Solicitation Procedures Motion (each, a "**Disclosure Statement or Solicitation Objection**") by e-mail on the parties listed in Paragraph 4.c.(v) C-L below (**BUT NOT FILED OR SENT TO THE BANKRUPTCY COURT**) so as to be received no later than **4:00 p.m. on February 28, 2020 (Prevailing Pacific Time)**: (i) the Tort Claimants Committee; (ii) the Creditors Committee; (iii) the U.S. Trustee; (iv) the Ad Hoc Group of Subrogation Claimholders; (v) the Ad Hoc Committee of Senior Unsecured Noteholders; (vi) the U.S. Department of Justice; (vii) the Office of the California Attorney General; (viii) Governor Gavin Newsom; (ix) the California Public Utilities Commission; (x) the Ad Hoc Committee of Holders of Trade Claims; (xi) Valley Clean Energy Alliance; (xii) City and County of San Francisco; (xiii) South San Joaquin Irrigation District; (xiv) BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes; (xv) Adventist Health System/West and Feather River Hospital; and (xvi) the Consenting Fire Claimant Professional Group. Counsel for any of the Core Parties who have served objections or responses shall meet and confer with counsel for the Debtors and the Shareholder Proponents no later than March 5, 2020, to attempt to resolve any Disclosure Statement or Solicitation Objections. To the extent any Disclosure Statement or Solicitation Objection of a Core Party is not resolved during such meet and confer, the applicable Core Party shall file and serve its Disclosure Statement or Solicitation Objection in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

b. **All Other Parties.** Pursuant to the Court's Scheduling Order, Disclosure Statement or Solicitation Objections of any other parties (*e.g.*, parties other than the Core Parties) must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

c. **Response and Objection Procedures.** Disclosure Statement or Solicitation Objections must:

(i) Be in writing;

(ii) State the name and address of the objecting party and the amount and nature of the Claim or Interest of such party;

(iii) State with particularity **in short, concise bullet points** (without points and authorities in support), the basis and nature of any objection or response to the Proposed Disclosure Statement and include, where appropriate, proposed language to be incorporated into the Proposed Disclosure Statement to resolve any such objection or response;

(iv) Conform to the Bankruptcy Rules, the Bankruptcy Local Rules, the *Order Establishing Procedures for Disclosure Statement and Confirmation Hearing* (N.D. Cal. May 2017) (Montali, J.), and the Scheduling Order; and

(v) Be served on the following parties:

A. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102;

B. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

C. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kellerbenvenutti.com) and Jane Kim, Esq. (jkim@kellerbenvenutti.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq. (onasab@cravath.com));

D. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

E. The attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. (egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq. (fmerola@stroock.com));

F. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. (david.schiff@davispolk.com), and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

G. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W. Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq. (bhermann@paulweiss.com), Walter R. Rieman, Esq. (wrieman@paulweiss.com), Sean A. Mitchell, Esq. (smitchell@paulweiss.com), and Neal P. Donnelly, Esq. (ndonnelly@paulweiss.com));

H. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Kahlil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067 (Attn: Gregory A. Bray, Esq. (GBray@milbank.com) and Thomas R. Kreller, Esq. (TKreller@milbank.com));

I. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

J. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G Minias Esq. (jminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

K. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James O. Johnston, Esq. (jjohnston@jonesday.com)); and

L. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), Ira S. Dizengoff, Esq. (idizengoff@akingump.com), David H. Botter, Esq. (dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

**THE COURT NARROWLY CONSTRUES SECTION 1125(a)(1) OF THE BANKRUPTCY CODE. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT ARE TO MAKE SURE THAT ADEQUATE DISCLOSURE WILL ENABLE AN IMPAIRED CREDITOR OR SHAREHOLDER TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT SHOULD NOT INCLUDE OBJECTIONS TO CONFIRMATION, ALTERNATIVES TO THE PLAN, OR OTHER IRRELEVANT MATTERS. THE ONLY EXCEPTION IS THAT AN OBJECTION MAY BE BASED UPON A GOOD FAITH BELIEF THAT THE PROPOSED PLAN IS UNCONFIRMABLE AS A MATTER OF LAW. THE COURT WILL NOT TREAT THE ABSENCE OF AN OBJECTION TO CONFIRMATION AS A WAIVER OF SUCH AN OBJECTION FILED LATER WHEN THE PLAN IS READY TO BE CONSIDERED.**

**IF ANY OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT OR THE SOLICITATION PROCEDURES MOTION IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT OR ANY OF THE RELIEF SOUGHT IN CONNECTION WITH THE SOLICITATION PROCEDURES MOTION AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. **<u>Other Relevant Dates</u>.** The Scheduling Order also approved and established the following dates and deadlines:

a. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan.

b. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing summary of Fire Victim Claims Resolution Procedures.

c. February 28, 2020: Deadline to file substantially final form of Subrogation Wildfire Trust Agreement.

d February 28, 2020: Deadline for Debtors to file proposed executive summary of Plan treatment of Fire Victim Claims (this document is referred to as the Fire Victim Claim Plan Treatment Summary in the Proposed Disclosure Statement).

e. March 3, 2020: Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures

f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan.

g. March 9, 2020: Debtors to file revised or amended Plan and Proposed Disclosure Statement.

h. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for submitting Ballots to accept or reject the Plan.

i. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing and serving objections to Plan confirmation.

j. May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time): Pre-confirmation scheduling conference. **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time) to discuss scheduling any evidentiary matters to be dealt with in connection with the Confirmation Hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.**

k. May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time): First day of Confirmation Hearing.

6. **<u>Miscellaneous</u>.** The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) are on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at no cost at https://restructuring.primeclerk.com/pge/. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be: (i) examined by interested parties during normal business hours at the office of the Clerk on a public computer terminal; (ii) accessed for a fee via PACER at http://www.canb.uscourts.gov/; and (iii) obtained by written request to the Debtors' solicitation agent, Prime Clerk LLC ("**Prime Clerk**" or the "**Solicitation Agent**"), at the address or e-mail address below: **If by standard, overnight, or hand delivery:** PG&E Information c/o Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165; **If by e-mail to:** pgeinfo@primeclerk.com.

**THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT PROVIDE, LEGAL ADVICE.**

Dated: February 11, 2020

## View obituaries online at ukiahdailyjournal.com or legacy.com

• **To view an obituary published** – Near the top of the main obituaries page is a list of the obituaries that appear in the newspaper today. Click on a name to access the full notice. If there are more obituaries than can be displayed in the list, you can click the "view all" link to view more names. You can view obituaries from yesterday or two days ago by selecting these options in the drop-down menu near the top of the list.

• **To search for an obituary by name** – Use the search box at the top right of the main obituaries page to search for an obituary by name. Type the last name of the deceased into the search box and select a date range. When you click "search," all listings for that last name and date range will be returned. Click on the name you are looking for to view the full notice.

• **To view all obituaries published on a particular day** – To view all obituaries from a particular day, click the calendar icon in the search box at the top right of the main obituaries page. When the calendar appears, you can click the arrows to scroll back through previous months. Click the date you want, and then click "search." All obituaries published on that day will appear. Click on a name to view the full notice.

• **To view a Guest Book** – To view Guest Book entries, first locate the obituary or death notice. If the obituary includes a Guest Book, a link that reads "View all messages" will appear below the obituary. Clicking this link will bring you to the page where you can view all current entries. Please note that our staff screens all Guest Book entries for appropriate content before placing them online. Typically, entries appear online within a few hours. In rare cases, however, there may be a delay. If the Guest Book includes the sentence, "We encourage you to be the first to share your memories or express your condolences", this means that we have not yet approved any entries for online posting.



## THE NEWS INDUSTRY IS EVOLVING.
### SO ARE WE.



**NEWS MEDIA ALLIANCE**
Advancing the Business of News

This publication is proud to be a member of the News Media Alliance: fighting for journalism through advocacy, research, communication and innovation.

See how the news media industry is embracing change at NewsMediaAlliance.org



# AMERICA'S FIRST PORTABLE INFORMATION DEVICE

The newspaper, yes the newspaper, is still America's best portable information device. In these complex times, newspaper newsrooms continue to produce the most trusted journalism available anywhere, thanks to teams of dedicated professional reporters and editors. That's why more than 100 million Americans pick up a newspaper every day. So impress your family, friends and co-workers by enjoying the most portable, easy-to-use information device available anywhere. No charger required.

People Depend on **Newspapers**
www.newspaperproject.org

**np** NEWSPAPER PROJECT

---

### Legal Notices

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

In re:
**PG&E CORPORATION,**
– and –
**PACIFIC GAS AND ELECTRIC COMPANY,**
Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☒ Affects both Debtors
*All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Chapter 11 Case
No. 19-30088 (DM)
(Lead Case)
(Jointly Administered)

**AMENDED NOTICE OF HEARING ON APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (D) OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE THAT:**

1. **The Plan and Proposed Disclosure Statement.** On February 7, 2020, pursuant to section 1125 of the Bankruptcy Code, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the proposed disclosure statement [Docket No. 5700] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, dated January 31, 2020* [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**"). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Proposed Disclosure Statement.

2. **Solicitation Procedures Motion.** In accordance with the amended Disclosure Statement approval and Plan confirmation schedule established by the Court [Docket No. 5732] (the "**Scheduling Order**"), the Debtors will file, on or before February 18, 2020, a Motion requesting, *inter alia*, that the Court (i) approve Plan solicitation and voting procedures, and (ii) approve the forms of Ballots, Solicitation Packages, and related notices to be sent to the Debtors' creditors and equity interest holders in connection with confirmation of the Plan (the "**Solicitation Procedures Motion**").

3. **Disclosure Statement Hearing.** A hearing (the "**Disclosure Statement Hearing**") to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time), and, if needed, March 11, 2020 at 10:00 a.m. (Prevailing Pacific Time),** in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "**Bankruptcy Court**"), 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, or as soon thereafter as counsel can be heard. The Disclosure Statement Hearing may be continued from time to time without further notice to creditors, equity interest holders, or other parties in interest other than by an announcement in the Bankruptcy Court of such continuance or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

4. **Objections or Responses to the Proposed Disclosure Statement and Solicitation Procedures Motion.**

a. **Core Parties.** Pursuant to the Court's Scheduling Order, the following parties (collectively, the "**Core Parties**") must serve any responses or objections to approval of the Proposed Disclosure Statement or any of the relief sought in the Solicitation Procedures Motion (each, a "**Disclosure Statement or Solicitation Objection**") by e-mail on the parties listed in Paragraph 4.c.(vi) below, (the "**Core Party Notice Parties**"), so that any such objection is received no later than **4:00 p.m. on February 28, 2020 (Prevailing Pacific Time):** (i) the Trust Claimants Committee; (ii) the Creditors Committee; (iii) the U.S. Trustee; (iv) the Ad Hoc Group of Subrogation Claimholders; (v) the Ad Hoc Committee of Senior Unsecured Noteholders; (vi) the U.S. Department of Justice; (vii) the Office of the California Attorney General; (viii) Governor Gavin Newsom; (ix) the California Public Utilities Commission; (x) the Ad Hoc Committee of Holders of Trade Claims; (xi) Valley Clean Energy Alliance; (xii) City and County of San Francisco; (xiii) South San Joaquin Irrigation District; (xiv) BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes; (xv) Adventist Health System/West and Feather River Hospital; and (xvi) the Consenting Fire Claimant Professional Group. Counsel for any of the Core Parties who have served objections or responses shall meet and confer with counsel for the Debtors and the Shareholder Proponents no later than March 5, 2020, to attempt to resolve any Disclosure Statement or Solicitation Objections. To the extent any Disclosure Statement or Solicitation Objection of a Core Party is not resolved during such meet and confer, the applicable Core Party shall file and serve its Disclosure Statement or Solicitation Objection in accordance with Local Bankruptcy Rule 3017-1(a), on or before the Local Rules Deadline (as defined below). To the extent a Disclosure Statement or Solicitation Objection of a Core Party is resolved, and procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time).**

b. **All Other Parties.** Pursuant to the Court's Scheduling Order, Disclosure Statement or Solicitation Objections of any other parties (e.g., parties other than the Core Parties) must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time).**

c. **Responses and Objection Procedures.** Disclosure Statement or Solicitation Objections must:
(i) Be in writing;
(ii) State the name and address of the objecting party and the amount and nature of the Claim or Interest of such party;
(iii) State with particularity in **short, concise bullet points** (without points and authorities in support), the basis and nature of any objection or response to the Proposed Disclosure Statement and include, where appropriate, proposed language to be incorporated into the Proposed Disclosure Statement to resolve any such objection or response;
(iv) Conform to the Bankruptcy Rules, the Bankruptcy Local Rules, the *Order Establishing Procedures for Disclosure Statement and Confirmation Hearing* (N.D. Cal. May 2017) (Montali, J.), and the Scheduling Order; and
(v) Be served on the following parties:
A. Clerk of U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102;
B. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);
C. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller & Benvenuti LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kellerbenvenuti.com) and Jane Kim, Esq. (jkim@kellerbenvenuti.com)), and Counsel for the Official Committee of Unsecured Creditors (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163, (Attn: Dennis F. Dunne, Esq. (ddunne@milbank.com) and Samuel A. Khalil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067 (Attn: Gregory A. Bray, Esq. (GBray@milbank.com) and Thomas R. Kreller, Esq. (TKreller@milbank.com));
D. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));
E. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G. Minias Esq. (jminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));
K. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James O. Johnston, Esq. (jjohnston@jonesday.com)); and
L. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), Ira S. Dizengoff, Esq. (idizengoff@akingump.com), David H. Botter, Esq. (dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

**THE COURT NARROWLY CONSTRUES SECTION 1125(a)(1) OF THE BANKRUPTCY CODE. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT ARE TO MAKE SURE THAT ADEQUATE DISCLOSURE WILL ENABLE AN IMPAIRED CREDITOR OR SHAREHOLDER TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT SHOULD NOT INCLUDE OBJECTIONS TO CONFIRMATION, ALTERNATIVES TO THE PLAN, OR OTHER IRRELEVANT MATTERS. THE ONLY EXCEPTION IS THAT AN OBJECTION MAY BE BASED UPON A GOOD FAITH BELIEF THAT THE PROPOSED PLAN IS UNCONFIRMABLE AS A MATTER OF LAW. THE COURT WILL NOT TREAT THE ABSENCE OF AN OBJECTION TO CONFIRMATION AS A WAIVER OF SUCH AN OBJECTION FILED LATER WHEN THE PLAN IS READY TO BE CONSIDERED.**

**IF ANY OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT OR THE SOLICITATION PROCEDURES MOTION IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT OR ANY OF THE RELIEF SOUGHT IN CONNECTION WITH THE SOLICITATION PROCEDURES MOTION AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. **Other Relevant Dates.** The Scheduling Order also approved and established the following dates and deadlines:
a. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan.
b. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing summary of Fire Victim Claims Resolution Procedures.
c. February 28, 2020: Deadline to file substantially final form of subrogation Wildfire Trust Agreement.
d. February 28, 2020: Deadline for Debtors to file proposed executive summary of Plan treatment of Fire Victim Claims (this document is referred to as the Fire Victim Claim Plan Treatment Summary in the Proposed Disclosure Statement).
e. March 3, 2020: Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures.
f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan.
g. March 9, 2020: Deadline to file revised or amended Plan and Proposed Disclosure Statement.
h. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for submitting Ballots to accept or reject the Plan.
i. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing and serving objections to Plan confirmation.
j. May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time): Pre-confirmation scheduling conference. **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time) to discuss scheduling any evidentiary matters to be dealt with in connection with the Confirmation Hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.**
k. May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time): First day of confirmation hearing.

6. **Miscellaneous.** The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) are on file with the Clerk of the Bankruptcy Court and may be obtained free of charge at the Debtors' restructuring website, https://restructuring.primeclerk.com/pge. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be: (i) examined by interested parties during normal business hours at the office of the Clerk on a public computer terminal located in the office of the Clerk at https://restructuring.primeclerk.com/pge. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be requested by calling the Debtors' claims and noticing agent, Prime Clerk LLC, toll free at (844) 339-4217 or, for calls originating outside of the U.S., at (929) 333-8977, or by e-mailing pgeinfo@primeclerk.com. **If by standard, overnight, or hand delivery:** PG&E Information c/o Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165. **If by e-mail to:** pgeinfo@primeclerk.com.

**THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT PROVIDE, LEGAL ADVICE.**

Dated: February 11, 2020

**Exhibit CC**

# PROOF OF PUBLICATION

**Modoc County Record**
P.O. Box 531
Alturas, CA 96101
(530) 233-2632

State of California
County of Modoc

I am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years; I am not a party to or interested in the notice published.
I am the publisher of the ***Modoc County Record***, a newspaper of general circulation, printed and published weekly in the City of Alturas, County of Modoc.
The ***Modoc County Record*** has been adjudged a newspaper of general circulation by the Superior Court of the County of Modoc, State of California, under the date of July 30, 1958, Case Number 6356.
The notice of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit:

**February 20th,**

All in the year 2020.
I certify (or declare) under the penalty of perjury that the following is true and correct:

Dated in Alturas, California this

**20th** day of **February,** 2020.

[signature]

**Page 1 of 2**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| In re: | |
|---|---|
| **PG&E CORPORATION,** | |
| - and - | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** **Debtors.** | Chapter 11 Case |
| | No. 19-30088 (DM) |
| ☐ Affects PG&E Corporation | (Lead Case) |
| ☐ Affects Pacific Gas and Electric Company | (Jointly Administered) |
| ☒ Affects both Debtors | |
| **All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**AMENDED NOTICE OF HEARING ON APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (D) OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE THAT:**

1. **The Plan and Proposed Disclosure Statement.** On February 7, 2020, pursuant to section 1125 of the Bankruptcy Code, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the proposed disclosure statement [Docket No. 5700] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, dated January 31, 2020* [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**"). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Proposed Disclosure Statement.

2. **Solicitation Procedures Motion.** In accordance with the amended Disclosure Statement approval and Plan confirmation schedule established by the Court [Docket No. 5732] (the "**Scheduling Order**"), the Debtors will file, on or before February 18, 2020, a Motion requesting, *inter alia*, that the Court (i) approve Plan solicitation and voting procedures, and (ii) approve the forms of Ballots, Solicitation Packages, and related notices to be sent to the Debtors' creditors and equity interest holders in connection with confirmation of the Plan (the "**Solicitation Procedures Motion**").

3. **Disclosure Statement Hearing.** A hearing (the "**Disclosure Statement Hearing**") to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time), and, if needed, March 11, 2020 at 10:00 a.m. (Prevailing Pacific Time),** in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "**Bankruptcy Court**"), 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, or as soon thereafter as counsel can be heard. The Disclosure Statement Hearing may be continued from time to time without further notice to creditors, equity interest holders, or other parties in interest other than by an announcement in the Bankruptcy Court of such continuance or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

4. **Objections or Responses to the Proposed Disclosure Statement and Solicitation Procedures Motion.**

a. **Core Parties.** Pursuant to the Court's Scheduling Order, the following parties (collectively, the "**Core Parties**") must serve any responses or objections to approval of the Proposed Disclosure Statement or any of the relief sought in the Solicitation Procedures Motion (each, a "**Disclosure Statement or Solicitation Objection**") by e-mail on the parties listed in Paragraph 4.c.(v)C-L below (**BUT NOT FILED OR SENT TO THE BANKRUPTCY COURT**) so as to be received no later than **4:00 p.m. on February 28, 2020 (Prevailing Pacific Time)**: (i) the Tort Claimants Committee; (ii) the Creditors Committee; (iii) the U.S. Trustee; (iv) the Ad Hoc Group of Subrogation Claimholders; (v) the Ad Hoc Committee of Senior Unsecured Noteholders; (vi) the U.S. Department of Justice; (vii) the Office of the California Attorney General; (viii) Governor Gavin Newsom; (ix) the California Public Utilities Commission; (x) the Ad Hoc Committee of Holders of Trade Claims; (xi) Valley Clean Energy Alliance; (xii) City and County of San Francisco; (xiii) South San Joaquin Irrigation District; (xiv) BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes; (xv) Adventist Health System/West and Feather River Hospital; and (xvi) the Consenting Fire Claimant Professional Group. Counsel for any of the Core Parties who have served objections or responses shall meet and confer with counsel for the Debtors and the Shareholder Proponents no later than March 5, 2020, to attempt to resolve any Disclosure Statement or Solicitation Objections. To the extent any Disclosure Statement or Solicitation Objection of a Core Party is not resolved during such meet and confer, the applicable Core Party shall file and serve its Disclosure Statement or Solicitation Objection in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

b. **All Other Parties.** Pursuant to the Court's Scheduling Order, Disclosure Statement or Solicitation Objections of any other parties (*e.g.*, parties other than the Core Parties) must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

c. **Response and Objection Procedures.** Disclosure Statement or Solicitation Objections must:

(i) Be in writing;

(ii) State the name and address of the objecting party and the amount and nature of the Claim or Interest of such party;

(iii) State with particularity in **short, concise bullet points** (without points and authorities in support), the basis and nature of any objection or response to the Proposed Disclosure Statement and include, where appropriate, proposed language to be incorporated into the Proposed Disclosure Statement to resolve any such objection or response;

(iv) Conform to the Bankruptcy Rules, the Bankruptcy Local Rules, the *Order Establishing Procedures for Disclosure Statement and Confirmation Hearing* (N.D. Cal. May 2017) (Montali, J.), and the Scheduling Order; and

(v) Be served on the following parties:

A. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102;

B. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

C. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kellerbenvenutti.com) and Jane Kim, Esq. (jkim@kellerbenvenutti.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq. (onasab@cravath.com));

D. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

E. The attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. (egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq. (fmerola@stroock.com));

F. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. (david.schiff@davispolk.com), and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

G. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W. Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq. (bhermann@paulweiss.com), Walter R. Rieman, Esq. (wrieman@paulweiss.com), Sean A. Mitchell, Esq. (smitchell@paulweiss.com), and Neal P. Donnelly, Esq. (ndonnelly@paulweiss.com));

H. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Kahlil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067 (Attn: Gregory A. Bray, Esq. (GBray@milbank.com) and Thomas R. Kreller, Esq. (TKreller@milbank.com));

I. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

J. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G Minias Esq. (jminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

K. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James O. Johnston, Esq. (jjohnston@jonesday.com)); and

L. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), Ira S. Dizengoff, Esq. (idizengoff@akingump.com), David H. Botter, Esq. (dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

**THE COURT NARROWLY CONSTRUES SECTION 1125(a)(1) OF THE BANKRUPTCY CODE. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT ARE TO MAKE SURE THAT ADEQUATE DISCLOSURE WILL ENABLE AN IMPAIRED CREDITOR OR SHAREHOLDER TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT SHOULD NOT INCLUDE OBJECTIONS TO CONFIRMATION, ALTERNATIVES TO THE PLAN, OR OTHER IRRELEVANT MATTERS. THE ONLY EXCEPTION IS THAT AN OBJECTION MAY BE BASED UPON A GOOD FAITH BELIEF THAT THE PROPOSED PLAN IS UNCONFIRMABLE AS A MATTER OF LAW. THE COURT WILL NOT TREAT THE ABSENCE OF AN OBJECTION TO CONFIRMATION AS A WAIVER OF SUCH AN OBJECTION FILED LATER WHEN THE PLAN IS READY TO BE CONSIDERED.**

**IF ANY OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT OR THE SOLICITATION PROCEDURES MOTION IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT OR ANY OF THE RELIEF SOUGHT IN CONNECTION WITH THE SOLICITATION PROCEDURES MOTION AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. **Other Relevant Dates.** The Scheduling Order also approved and established the following dates and deadlines:

a. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan.

b. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing summary of Fire Victim Claims Resolution Procedures.

c. February 28, 2020: Deadline to file substantially final form of Subrogation Wildfire Trust Agreement.

d February 28, 2020: Deadline for Debtors to file proposed executive summary of Plan treatment of Fire Victim Claims (this document is referred to as the Fire Victim Claim Plan Treatment Summary in the Proposed Disclosure Statement).

e. March 3, 2020: Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures

f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan.

g. March 9, 2020: Debtors to file revised or amended Plan and Proposed Disclosure Statement.

h. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for submitting Ballots to accept or reject the Plan.

i. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing and serving objections to Plan confirmation.

j. May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time): Pre-confirmation scheduling conference. **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time) to discuss scheduling any evidentiary matters to be dealt with in connection with the Confirmation Hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.**

k. May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time): First day of Confirmation Hearing.

6. **Miscellaneous.** The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) are on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at no cost at https://restructuring.primeclerk.com/pge/. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be: (i) examined by interested parties during normal business hours at the office of the Clerk on a public computer terminal; (ii) accessed for a fee via PACER at http://www.canb.uscourts.gov/; and (iii) obtained by written request to the Debtors' solicitation agent, Prime Clerk LLC ("**Prime Clerk**" or the "**Solicitation Agent**"), at the address or e-mail address below: **If by standard, overnight, or hand delivery:** PG&E Information c/o Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165; **If by e-mail to:** pgeinfo@primeclerk.com.

**THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT PROVIDE, LEGAL ADVICE.**

Dated: February 11, 2020

Published in the *Modoc County Record* on February 20, 2020.

**Page 2 of 2**

MODOC COUNTY RECORD

# LEGAL NOTICES

## FICTITIOUS BUSINESS NAME STATEMENT

File No. **20-03**
Exp: January 6, 2025
**Original Filing**

The following person (persons) is (are) doing business as: **Alturas Ranches LLC**, 1750 Lyneta Road, Alturas, CA 96101. Mailing address: PO Box 1685, Alturas, CA 96101. Phone 530-233-4661.

Registered Owner(s):
**(1) Green Valley Enterprises**, 777 N. 1st Street, 5th Floor, San Jose, CA 95112. Phone 530-233-4661.
**(2) Green Valley Corporation**, 777 N. 1st Street, 5th Floor, San Jose, CA 95112. Phone 530-233-4661.
**(3) Sloan Swenson 2012 Child Trust**, 777 N. 1st Street, 5th Floor, San Jose, CA 95112. Phone 530-233-4661.
**(4) Roark Swenson 2012 Child Trust**, 777 N. 1st Street, 5th Floor, San Jose, CA 95112. Phone 530-233-4661.

**B.** FULL NAME OF REGISTERED OWNER (IF COPORATION, ENTER CORPORATION NAME).
**Salinas Valley Corporation**, 96 North 3rd Street, #10, San Jose, CA 95112. Phone number: 530-233-4661

**C.** FULL NAME OF REGISTERED OWNER (IF COPORATION, ENTER CORPORATION NAME).
**MCM Diversified**, 777 N 1st Street, 6th Floor, San Jose, CA 95112. Phone Number: 530-233-4661.

This business is conducted by: **A Limited Liability Company**.

The registrant commenced to transact business under the fictitious business name or names listed above on **January 7, 2020**.

I declare that all information in this statement is true and correct (a registrant who declares as true information which he or she knows to be false is guilty of a crime).

**/s/ Leslie Boyle**, CEO

This statement was filed with the **County Clerk of Modoc County** on **January 7, 2020**.

Published in the *Modoc County Record* on February 6, 13, 20 and 27, 2020.

## FICTITIOUS BUSINESS NAME STATEMENT

File No. **2020-09**
Exp: January 28, 2025
**Original Filing**

The following person (persons) is (are) doing business as: **Yampa Sculpture Path & Studio**, 16399 County Rd. 2, Fort Bidwell, CA 96112. Mailing address: PO Box 73, Fort Bidwell, CA 96112.Phone (415) 720-1435.

Registered Owner(s): **(1) Brenda Sherburn Labelle**, 16399 County Rd. 2, Fort Bidwell, CA 96112. Phone (415) 720-1435.

This business is conducted by: **A Corporation. California**.

The registrant commenced to transact business under the fictitious business name or names listed above on **January 29, 2020**.

I declare that all information in this statement is true and correct (a registrant who declares as true information which he or she knows to be false is guilty of a crime).

**/s/ Brenda Sherburn Labelle**, Owner.

This statement was filed with the **County Clerk of Modoc County on January 29, 2020**.

Published in the *Modoc County Record* on February 6, 13, 20 and 27, 2020.

www.
modocrecord.com

## NOTICE OF TRUSTEE'S SALE

Trustee Sale No. :00000008595373 Title Order No.: DS7300-19005256 FHA/VA/PMI No.: 11589887 ATTENTION RECORDER: THE FOLLOWING REFERENCE TO AN ATTACHED SUMMARY APPLIES ONLY TO COPIES PROVIDED TO THE TRUSTOR, NOT TO THIS RECORDED ORIGINAL NOTICE. NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED. YOU ARE IN DEFAULT UNDER A DEED OF TRUST, DATED 09/18/2007. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER. BARRETT DAFFIN FRAPPIER TREDER and WEISS, LLP, as duly appointed Trustee under and pursuant to Deed of Trust Recorded on 10/10/2007 as Instrument No. 2007-0004168-00 of official records in the office of the County Recorder of MODOC County, State of CALIFORNIA. EXECUTED BY: **WILLIAM FRANKLIN COMPTON II AND CHRISTINE J. S. COMPTON**, WILL SELL AT PUBLIC AUCTION TO HIGHEST BIDDER FOR CASH, CASHIER'S CHECK/CASH EQUIVALENT or other form of payment authorized by California Civil Code 2924h(b), (payable at time of sale in lawful money of the United States). DATE OF SALE: **03/19/2020** TIME OF SALE: **10:30 AM** PLACE OF SALE: **Modoc County Courthouse, 204 South Court Street, Alturas, CA 96101, Front Steps**. STREET ADDRESS and other common designation, if any, of the real property described above is purported to be: 111 WEST 16TH STREET, ALTURAS, CALIFORNIA 96101 APN#: 002-072-001-000 The undersigned Trustee disclaims any liability for any incorrectness of the street address and other common designation, if any, shown herein. Said sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to pay the remaining principal sum of the note(s) secured by said Deed of Trust, with interest thereon, as provided in said note(s), advances, under the terms of said Deed of Trust, fees, charges and expenses of the Trustee and of the trusts created by said Deed of Trust. The total amount of the unpaid balance of the obligation secured by the property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is **$117,816.80**. The beneficiary under said Deed of Trust heretofore executed and delivered to the undersigned a written Declaration of Default and Demand for Sale, and a written Notice of Default and Election to Sell. The undersigned caused said Notice of Default and Election to Sell to be recorded in the county where the real property is located. NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property. NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call 800-280-2832 for information regarding the trustee's sale or visit this Internet Web site www.auction.com for information regarding the sale of this property, using the file number assigned to this case 00000008595373. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale. FOR TRUSTEE SALE INFORMATION PLEASE CALL: AUCTION.COM 800-280-2832 www.auction.com BARRETT DAFFIN FRAPPIER TREDER and WEISS, LLP as Trustee 3990 E. Concours Street, Suite 350 Ontario, CA 91764 (866) 795-1852 Dated: 02/10/2020 BARRETT DAFFIN FRAPPIER TREDER and WEISS, LLP IS ACTING AS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. A-FN4718145 02/20/2020, 02/27/2020, 03/05/2020

Published in the *Modoc County Record* on February 20, 27 and March 5, 2020.

## LEGAL NOTICE

The Modoc County Department of Agriculture invites **bids for Noxious Weed Management** purchase of approximately 357.5 gals and 144 lbs of herbicides, specification sheet can be obtained from the Ag Dept. Sealed bids should be mailed to the Modoc County Department of Agriculture, 202 West 4th Street, Alturas, California 96101, faxed to 530-233-5542, or emailed to agcommissioner@co.modoc.ca.us . Bids must be received by 5:00 p.m. March 2, 2020. Details may be obtained at the Modoc County Department of Agriculture, or by calling 530-233-6401. The Department reserves the right to accept the lowest or best bid and the right to reject any or all bids.

Published in the *Modoc County Record* on February 20 and 27, 2020.

## 30 Day Public Notice
## Pacific Gas & Electric
## Tionesta Compressor Station
## Title V Renewal Permit

Modoc County Air Pollution Control District (MCAPCD) intends to renew PG&E's Title V permit for the operation of their natural gas compressor station located at Highway 193, Tulelake, CA.

The name "Title V" comes from Title V of the 1990 federal Clean Air Act Amendments which requires the Environmental Protection Agency (EPA) to establish a national, operating permit program. Accordingly, EPA adopted regulations [Title 40 of the Code of Federal Regulations, Chapter 1, Part 70 (Part 70)], which require states and local permitting authorities to develop and submit a federally enforceable operating permit programs for EPA approval.

MCAPCD invites public comment on the Title V permit. Copies of the permit may be reviewed at the District offices located at 202 West 4th Street, Alturas, CA 96101 or by contacting District staff at (530) 233-6401.

The deadline for public comments is March 15, 2020.

Published in the *Modoc County Record* on February 13, 20, 27 and March 5, 2020.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| In re:<br>**PG&E CORPORATION,**<br>**- and -**<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11 Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered) |
|---|---|

**AMENDED NOTICE OF HEARING ON APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (D) OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE THAT:**

1. **The Plan and Proposed Disclosure Statement.** On February 7, 2020, pursuant to section 1125 of the Bankruptcy Code, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the proposed disclosure statement [Docket No. 5700] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, dated January 31, 2020* [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**"). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Proposed Disclosure Statement.

2. **Solicitation Procedures Motion.** In accordance with the amended Disclosure Statement approval and Plan confirmation schedule established by the Court [Docket No. 5732] (the "**Scheduling Order**"), the Debtors will file, on or before February 18, 2020, a Motion requesting, *inter alia*, that the Court (i) approve Plan solicitation and voting procedures, and (ii) approve the forms of Ballots, Solicitation Packages, and related notices to be sent to the Debtors' creditors and equity interest holders in connection with confirmation of the Plan (the "**Solicitation Procedures Motion**").

3. **Disclosure Statement Hearing.** A hearing (the "**Disclosure Statement Hearing**") to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time), and, if needed, March 11, 2020 at 10:00 a.m. (Prevailing Pacific Time),** in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "**Bankruptcy Court**"), 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, or as soon thereafter as counsel can be heard. The Disclosure Statement Hearing may be continued from time to time without further notice to creditors, equity interest holders, or other parties in interest other than by an announcement in the Bankruptcy Court of such continuance or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

4. **Objections or Responses to the Proposed Disclosure Statement and Solicitation Procedures Motion.**

a. **Core Parties**. Pursuant to the Court's Scheduling Order, the following parties (collectively, the "**Core Parties**") must serve any responses or objections to approval of the Proposed Disclosure Statement or any of the relief sought in the Solicitation Procedures Motion (each, a "**Disclosure Statement or Solicitation Objection**") by e-mail on the parties listed in Paragraph 4.c.(v)C-L below (**BUT NOT FILED OR SENT TO THE BANKRUPTCY COURT**) so as to be received no later than **4:00 p.m. on February 28, 2020 (Prevailing Pacific Time)**: (i) the Tort Claimants Committee; (ii) the Creditors Committee; (iii) the U.S. Trustee; (iv) the Ad Hoc Group of Subrogation Claimholders; (v) the Ad Hoc Committee of Senior Unsecured Noteholders; (vi) the U.S. Department of Justice; (vii) the Office of the California Attorney General; (viii) Governor Gavin Newsom; (ix) the California Public Utilities Commission; (x) the Ad Hoc Committee of Holders of Trade Claims; (xi) Valley Clean Energy Alliance; (xii) City and County of San Francisco; (xiii) South San Joaquin Irrigation District; (xiv) BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes; (xv) Adventist Health System/West and Feather River Hospital; and (xvi) the Consenting Fire Claimant Professional Group. Counsel for any of the Core Parties who have served objections or responses shall meet and confer with counsel for the Debtors and the Shareholder Proponents no later than March 5, 2020, to attempt to resolve any Disclosure Statement or Solicitation Objections. To the extent any Disclosure Statement or Solicitation Objection of a Core Party is not resolved during such meet and confer, the applicable Core Party shall file and serve its Disclosure Statement or Solicitation Objection in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

b. **All Other Parties.** Pursuant to the Court's Scheduling Order, Disclosure Statement or Solicitation Objections of any other parties (*e.g.*, parties other than the Core Parties) must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

c. **Response and Objection Procedures.** Disclosure Statement or Solicitation Objections must:

(i) Be in writing;

(ii) State the name and address of the objecting party and the amount and nature of the Claim or Interest of such party;

(iii) State with particularity **in short, concise bullet points** (without points and authorities in support), the basis and nature of any objection or response to the Proposed Disclosure Statement and include, where appropriate, proposed language to be incorporated into the Proposed Disclosure Statement to resolve any such objection or response;

(iv) Conform to the Bankruptcy Rules, the Bankruptcy Local Rules, the *Order Establishing Procedures for Disclosure Statement and Confirmation Hearing* (N.D. Cal. May 2017) (Montali, J.), and the Scheduling Order; and

(v) Be served on the following parties:

A. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102;

B. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

C. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kellerbenvenutti.com) and Jane Kim, Esq. (jkim@kellerbenvenutti.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq. (onasab@cravath.com));

D. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

E. The attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. (egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq. (fmerola@stroock.com));

F. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. (david.schiff@davispolk.com), and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

G. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W. Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq. (bhermann@paulweiss.com), Walter R. Rieman, Esq. (wrieman@paulweiss.com), Sean A. Mitchell, Esq. (smitchell@paulweiss.com), and Neal P. Donnelly, Esq. (ndonnelly@paulweiss.com));

H. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Kahlil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067 (Attn: Gregory A. Bray, Esq. (GBray@milbank.com) and Thomas R. Kreller, Esq. (TKreller@milbank.com));

I. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

J. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G Minias Esq. (jminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

K. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James O. Johnston, Esq. (jjohnston@jonesday.com)); and

L. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), Ira S. Dizengoff, Esq. (idizengoff@akingump.com), David H. Botter, Esq. (dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

**THE COURT NARROWLY CONSTRUES SECTION 1125(a)(1) OF THE BANKRUPTCY CODE. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT ARE TO MAKE SURE THAT ADEQUATE DISCLOSURE WILL ENABLE AN IMPAIRED CREDITOR OR SHAREHOLDER TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT SHOULD NOT INCLUDE OBJECTIONS TO CONFIRMATION, ALTERNATIVES TO THE PLAN, OR OTHER IRRELEVANT MATTERS. THE ONLY EXCEPTION IS THAT AN OBJECTION MAY BE BASED UPON A GOOD FAITH BELIEF THAT THE PROPOSED PLAN IS UNCONFIRMABLE AS A MATTER OF LAW. THE COURT WILL NOT TREAT THE ABSENCE OF AN OBJECTION TO CONFIRMATION AS A WAIVER OF SUCH AN OBJECTION FILED LATER WHEN THE PLAN IS READY TO BE CONSIDERED.**

**IF ANY OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT OR THE SOLICITATION PROCEDURES MOTION IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT OR ANY OF THE RELIEF SOUGHT IN CONNECTION WITH THE SOLICITATION PROCEDURES MOTION AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. **Other Relevant Dates.** The Scheduling Order also approved and established the following dates and deadlines:

a. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan.

b. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing summary of Fire Victim Claims Resolution Procedures.

c. February 28, 2020: Deadline to file substantially final form of Subrogation Wildfire Trust Agreement.

d February 28, 2020: Deadline for Debtors to file proposed executive summary of Plan treatment of Fire Victim Claims (this document is referred to as the Fire Victim Claim Plan Treatment Summary in the Proposed Disclosure Statement).

e. March 3, 2020: Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures

f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan.

g. March 9, 2020: Debtors to file revised or amended Plan and Proposed Disclosure Statement.

h. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for submitting Ballots to accept or reject the Plan.

i. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing and serving objections to Plan confirmation.

j. May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time): Pre-confirmation scheduling conference. **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time) to discuss scheduling any evidentiary matters to be dealt with in connection with the Confirmation Hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.**

k. May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time): First day of Confirmation Hearing.

6. **Miscellaneous.** The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) are on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at no cost at https://restructuring.primeclerk.com/pge/. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be: (i) examined by interested parties during normal business hours at the office of the Clerk on a public computer terminal; (ii) accessed for a fee via PACER at http://www.canb.uscourts.gov/; and (iii) obtained by written request to the Debtors' solicitation agent, Prime Clerk LLC ("**Prime Clerk**" or the "**Solicitation Agent**"), at the address or e-mail address below: **If by standard, overnight, or hand delivery:** PG&E Information c/o Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165. **If by e-mail to:** pgeinfo@primeclerk.com.

**THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT PROVIDE, LEGAL ADVICE.**

Dated: February 11, 2020

Published in the *Modoc County Record* on February 20, 2020.

## BLM
from front page

for both recreational opportunities and their livelihoods, and that wildlife rely on for habitat," said BLM Deputy Director for Policy and Programs William Perry Pendley. "Fuel breaks are one of the most important tools we have to give wildland firefighters a chance to safely and effectively contain rapidly moving wildfires and potentially reduce wildfire size."

Wildfires in sagebrush communities in the Great Basin states are becoming more frequent and larger, fueled by large, unbroken swaths of grasses, brush and other vegetation. Over 13.5 million acres of historically sagebrush communities on BLM land burned within the project area between 2009 and 2018. Wildfires that consume sagebrush provide the opportunity for invasive annual grasses to increase, making future large and severe wildfires more likely.

The concept behind fuel breaks is to break up or fragment continuous fuels by reducing vegetation in key locations. When a wildfire burns into a fuel break, the flame lengths decrease and its progress slows, making it safer and easier for firefighters to control.

"All of wildland firefighting is centered around constructing fuel breaks," said BLM Idaho State Director John Ruhs. "Every time we construct a fireline around a wildfire using hand tools on the ground, every time we drop fire retardant, and every time we herd a wildfire into a previously burned area, we are using fuel breaks. Through this PEIS we'll be able to proactively construct fuel breaks where we know we will need them, instead of creating them reactively in responding to wildfires."

The BLM has extensively documented that fuel breaks, and other types of fuel treatments, are effective. Since 2002, the agency has assessed more than 1,200 fuel breaks and other types of fuel treatments that intersected with wildfires and has found that 78 percent of them were effective in helping to control wildfires and that 84 percent of them were effective in helping change fire behavior.

An electronic copy of the Final PEIS and associated documents are available for public review for 30 days on the BLM Land Use Planning and NEPA register at https://go.usa.gov/xnQcG The BLM will issue a Record of Decision after the end of the public review period.

MAKE SOMEONE feel special or just say thanks with a 'Card of Thanks' Call 233-2632 or drop by the Record at 201 W. Carlos St., Alturas for details!

**Exhibit DD**

Page 1 of 2

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

STATE OF CALIFORNIA

County of Humboldt

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter, I am the editor and publisher of THE FERNDALE ENTERPRISE, a newspaper of general circulation, printed and published weekly in the City of Ferndale, County of Humboldt, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Humboldt, State of California, under the date of June 27, 1952, Consolidated Case Number 26961, that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit;

2/20/20

all in the year 19 2020

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Ferndale, California,

this 20 day of 20 19 20

[signature]
Signature

Proof o

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| In re: PG&E CORPORATION, - and - PACIFIC GAS AND ELECTRIC COMPANY, Debtors. | Chapter 11 Case No. 19-30088 (DM) (Lead Case) (Jointly Administered) |
| --- | --- |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

**AMENDED NOTICE OF HEARING ON APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (D) OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE THAT:**

1. **The Plan and Proposed Disclosure Statement.** On February 7, 2020, pursuant to section 1125 of the Bankruptcy Code, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the proposed disclosure statement [Docket No. 5700] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, dated January 31, 2020* [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**"). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Proposed Disclosure Statement.

2. **Solicitation Procedures Motion.** In accordance with the amended Disclosure Statement approval and Plan confirmation schedule established by the Court [Docket No. 5732] (the "**Scheduling Order**"), the Debtors will file, on or before February 18, 2020, a Motion requesting, *inter alia*, that the Court (i) approve Plan solicitation and voting procedures, and (ii) approve the forms of Ballots, Solicitation Packages, and related notices to be sent to the Debtors' creditors and equity interest holders in connection with confirmation of the Plan (the "**Solicitation Procedures Motion**").

3. **Disclosure Statement Hearing.** A hearing (the "**Disclosure Statement Hearing**") to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time), and, if needed, March 11, 2020 at 10:00 a.m. (Prevailing Pacific Time),** in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "**Bankruptcy Court**"), 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, or as soon thereafter as counsel can be heard. The Disclosure Statement Hearing may be continued from time to time without further notice to creditors, equity interest holders, or other parties in interest other than by an announcement in the Bankruptcy Court of such continuance or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

4. **Objections or Responses to the Proposed Disclosure Statement and Solicitation Procedures Motion.**

a. **Core Parties**. Pursuant to the Court's Scheduling Order, the following parties (collectively, the "**Core Parties**") must serve any responses or objections to approval of the Proposed Disclosure Statement or any of the relief sought in the Solicitation Procedures Motion (each, a "**Disclosure Statement or Solicitation Objection**") by e-mail on the parties listed in Paragraph 4.c.(v)C-L below-(**BUT NOT FILED OR SENT TO THE BANKRUPTCY COURT**) so as to be received no later than **4:00 p.m. on February 28, 2020 (Prevailing Pacific Time)**: (i) the Tort Claimants Committee; (ii) the Creditors Committee; (iii) the U.S. Trustee; (iv) the Ad Hoc Group of Subrogation Claimholders; (v) the Ad Hoc Committee of Senior Unsecured Noteholders; (vi) the U.S. Department of Justice; (vii) the Office of the California Attorney General; (viii) Governor Gavin Newsom; (ix) the California Public Utilities Commission; (x) the Ad Hoc Committee of Holders of Trade Claims; (xi) Valley Clean Energy Alliance; (xii) City and County of San Francisco; (xiii) South San Joaquin Irrigation District; (xiv) BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes; (xv) Adventist Health System/West and Feather River Hospital; and (xvi) the Consenting Fire Claimant Professional Group. Counsel for any of the Core Parties who have served objections or responses shall meet and confer with counsel for the Debtors and the Shareholder Proponents no later than March 5, 2020, to attempt to resolve any Disclosure Statement or Solicitation Objections. To the extent any Disclosure Statement or Solicitation Objection of a Core Party is not resolved during such meet and confer, the applicable Core Party shall file and serve its Disclosure Statement or Solicitation Objection in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

b. **All Other Parties.** Pursuant to the Court's Scheduling Order, Disclosure Statement or Solicitation Objections of any other parties (*e.g.*, parties other than the Core Parties) must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

c. **Response and Objection Procedures.** Disclosure Statement or Solicitation Objections must:

(i) Be in writing;

(ii) State the name and address of the objecting party and the amount and nature of the Claim or Interest of such party;

(iii) State with particularity **in short, concise bullet points** (without points and authorities in support), the basis and nature of any objection or response to the Proposed Disclosure Statement and include, where appropriate, proposed language to be incorporated into the Proposed Disclosure Statement to resolve any such objection or response;

(iv) Conform to the Bankruptcy Rules, the Bankruptcy Local Rules, the *Order Establishing Procedures for Disclosure Statement and Confirmation Hearing* (N.D. Cal. May 2017) (Montali, J.), and the Scheduling Order; and

(v) Be served on the following parties:

A. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102;

B. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

C. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kellerbenvenutti.com) and Jane Kim, Esq. (jkim@kellerbenvenutti.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq. (onasab@cravath.com));

D. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

E. The attorneys for the administrative agent under the Debtors' debtor-

Page 2 of 2

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

STATE OF CALIFORNIA

County of Humboldt

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above-entitled matter. I am the editor and publisher of THE FERNDALE ENTERPRISE, a newspaper of general circulation, printed and published weekly in the City of Ferndale, County of Humboldt, and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Humboldt, State of California, under the date of June 27, 1952, Consolidated Case Number 26961, that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit;

2/20

all in the year 19 2020

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Ferndale, California,

this 2 day of 20, 19 2020

[signature]

Signature

Notices

in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. (egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq. (fmerola@stroock.com));

F. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. (david.schiff@davispolk.com), and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

G. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W. Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq. (bhermann@paulweiss.com), Walter R. Rieman, Esq. (wrieman@paulweiss.com), Sean A. Mitchell, Esq. (smitchell@paulweiss.com), and Neal P. Donnelly, Esq. (ndonnelly@paulweiss.com));

H. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Kahlil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067 (Attn: Gregory A. Bray, Esq. (GBray@milbank.com) and Thomas R. Kreller, Esq. (TKreller@milbank.com));

I. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

J. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G Minias Esq. (jminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

K. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James O. Johnston, Esq. (jjohnston@jonesday.com)); and

L. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), Ira S. Dizengoff, Esq. (idizengoff@akingump.com), David H. Botter, Esq. (dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

**THE COURT NARROWLY CONSTRUES SECTION 1125(a)(1) OF THE BANKRUPTCY CODE. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT ARE TO MAKE SURE THAT ADEQUATE DISCLOSURE WILL ENABLE AN IMPAIRED CREDITOR OR SHAREHOLDER TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT SHOULD NOT INCLUDE OBJECTIONS TO CONFIRMATION, ALTERNATIVES TO THE PLAN, OR OTHER IRRELEVANT MATTERS. THE ONLY EXCEPTION IS THAT AN OBJECTION MAY BE BASED UPON A GOOD FAITH BELIEF THAT THE PROPOSED PLAN IS UNCONFIRMABLE AS A MATTER OF LAW. THE COURT WILL NOT TREAT THE ABSENCE OF AN OBJECTION TO CONFIRMATION AS A WAIVER OF SUCH AN OBJECTION FILED LATER WHEN THE PLAN IS READY TO BE CONSIDERED.**

**IF ANY OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT OR THE SOLICITATION PROCEDURES MOTION IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT OR ANY OF THE RELIEF SOUGHT IN CONNECTION WITH THE SOLICITATION PROCEDURES MOTION AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. **Other Relevant Dates.** The Scheduling Order also approved and established the following dates and deadlines:

a. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan.

b. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing summary of Fire Victim Claims Resolution Procedures.

c. February 28, 2020: Deadline to file substantially final form of Subrogation Wildfire Trust Agreement.

d February 28, 2020: Deadline for Debtors to file proposed executive summary of Plan treatment of Fire Victim Claims (this document is referred to as the Fire Victim Claim Plan Treatment Summary in the Proposed Disclosure Statement).

e. March 3, 2020: Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures

f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan.

g. March 9, 2020: Debtors to file revised or amended Plan and Proposed Disclosure Statement.

h. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for submitting Ballots to accept or reject the Plan.

i. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing and serving objections to Plan confirmation.

j. May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time): Pre-confirmation scheduling conference. **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time) to discuss scheduling any evidentiary matters to be dealt with in connection with the Confirmation Hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.**

k. May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time): First day of Confirmation Hearing.

6. **Miscellaneous.** The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) are on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at no cost at https://restructuring.primeclerk.com/pge/. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be: (i) examined by interested parties during normal business hours at the office of the Clerk on a public computer terminal; (ii) accessed for a fee via PACER at http://www.canb.uscourts.gov/; and (iii) obtained by written request to the Debtors' solicitation agent, Prime Clerk LLC ("**Prime Clerk**" or the "**Solicitation Agent**"), at the address or e-mail address below: **If by standard, overnight, or hand delivery:** PG&E Information c/o Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165; **If by e-mail to:** pgeinfo@primeclerk.com.

**THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT PROVIDE, LEGAL ADVICE.**

Dated: February 11, 2020

## Legal Notices

NOTICE OF TRUSTEE'S SALE UNDER DEED OF TRUST TITLE ORDER NUMBER: 91215802 LOAN: BOURBON-H FILE: PFI-191366 A.P.N.: 309-134-014-000 YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED 07/14/2006. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER. NOTICE is hereby given that PLACER FORECLOSURE, INC., as trustee, or successor trustee, or substituted trustee pursuant to the Deed of Trust executed by: NATHAN R. PELOSA AN UNMARRIED MAN, AS HIS SOLE AND SEPARATE PROPERTY Recorded 07/19/2006 as Instrument No. 2006-20975-8 in book , page of Official Records in the office of the Recorder of HUMBOLDT County, California, and pursuant to the Notice of Default and Election to Sell thereunder recorded 10/7/2019 in Book, Page, as Instrument No. 2019-017438 of said Official Records, WILL SELL on 03/11/2020 At the front entrance to the County Courthouse at 825 5th Street, Eureka, CA 95501 at 11:00AM AT PUBLIC AUCTION TO THE HIGHEST BIDDER FOR CASH (payable at the time of sale in lawful money of the United States), all right, title and interest conveyed to and now held by it under said Deed of Trust in the property situated in said County and State hereinafter described: As more fully described on said Deed of Trust. The property address and other common designation, if any, of the real property described above is purported to be: 275 CHURCH ST, LOLETA, CA 95551 The undersigned Trustee disclaims any liability for any incorrectness of the street address or other common designation, if any, shown herein. Total amount of the unpaid balance of the obligation secured by the property to be sold and reasonable estimated costs, expenses and advances at the time of the initial publication of the Notice of Sale is: $76,382.39 In addition to cash, the trustee will accept a cashier's check drawn on a state or national bank, a check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state. In the event tender other than cash is accepted the Trustee may withhold the issuance of the Trustee's Deed until funds become available to the payee or endorsee as a matter of right. Said sale will be made, but without covenant or warranty, express or implied, regarding title, possession, or encumbrances, to satisfy the indebtedness secured by said Deed, advances thereunder, with interest as provided therein, and the unpaid principal balance of the Note secured by said Deed with interest thereon as provided in said Note, fees, charges and expenses of the trustee and the trusts created by said Deed of Trust. NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to free and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority, and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property. NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call 916-939-0772 or visit this Internet Web site www.nationwideposting.com, using the file number assigned to this case PFI-191366. Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale. Dated: 02/11/2020 PLACER FORECLOSURE, INC., as said Trustee 12190 Herdal Drive, Suite 9 Auburn, California 95603 (530) 888-8411 By: SHANNON WINFORD, TRUSTEE SALE OFFICER DIRECTIONS MAY BE OBTAINED PURSUANT TO A WRITTEN REQUEST SUBMITTED TO THE BENEFICIARY C/O PLACER FORECLOSURE, INC., 12190 HERDAL DR., SUITE 9, AUBURN, CA 95603, WITHIN 10 DAYS OF THE FIRST PUBLICATION OF THIS NOTICE. PLACER FORECLOSURE, INC. IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. NPP0367635 To: FERNDALE ENTERPRISE 02/20/2020, 02/27/2020, 03/05/2020

## Legal Notices

TS # 19-2681 COMPLIANCE WITH CALIFORNIA CIVIL CODE 2923.3 WAS NOT REQUIRED BECAUSE THE LOAN WAS SECURED BY VACANT LAND. NOTICE OF TRUSTEE'S SALE YOU ARE IN DEFAULT UNDER A DEED OF TRUST DATED: 3/25/15. UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT PUBLIC SALE. IF YOU NEED AN EXPLANATION OF THE NATURE OF THE PROCEEDING AGAINST YOU, YOU SHOULD CONTACT A LAWYER. A public auction sale to the highest bidder for cash, cashier's check drawn on a state or national bank, check drawn by a state or federal credit union, or a check drawn by a state or federal savings and loan association, or savings association, or savings bank specified in Section 5102 of the Financial Code and authorized to do business in this state, will be held by the duly appointed trustee, as shown below, all right, title and interest conveyed to and now held by the trustee in the hereinafter described property under and pursuant to a Deed of Trust described below. The sale will be made, but without covenant or warranty, expressed or implied, regarding title, possession, or encumbrances, to satisfy the obligation secured by said Deed of Trust. The undersigned Trustee disclaims any liability for any incorrectness of the property address or other common designation, if any, shown herein. TRUSTOR: Neilson Fisher and Naomi Langridge, husband and wife DULY APPOINTED TRUSTEE: Foreclosure Specialists, a General Partnership RECORDED: 4/29/15 AS INSTRUMENT NO. 2015-008088-5 of Official Records in the office of the Recorder of Humboldt County, California. DATE OF SALE: Thursday, March 12, 2020 at 11:00 AM PLACE OF SALE: At the front entrance to the County Courthouse at 825 5th Street, Eureka, CA 95501 THE COMMON DESIGNATION OF THE PROPERTY IS PURPORTED TO BE: Vacant Land - Directions to the property may be obtained pursuant to a written request submitted to the Beneficiary, Eric Samuel Neuwirth, within 10 days from the first publication of this notice at P.O. Box 994465, Redding, CA 96099-4465. LEGAL DESCRIPTION: PARCEL ONE: The North half of the Northwest Quarter of the Northeast Quarter, and the Northeast Quarter of the Northwest Quarter of Section 28, Township 1 North, Range 4 East, Humboldt Meridian, according to the official United States Government Surveys. PARCEL TWO: A non-exclusive right of way over the North Half of the Northeast Quarter of Section 28, Township 1 North, Range 4 East, Humboldt Meridian, 60 feet in width, the center line of which is the center line of the existing road running Easterly from Parcel One across said North Half of Northeast Quarter leading to a Bureau of Land Management road. APN: 210-061-006 Amount of unpaid balance and other charges: $ 246,858.64 Beneficiary may elect to open bidding at a lesser amount. The total amount secured by said instrument as of the time of initial publication of this notice is stated above, which includes the total amount of the unpaid balance (including accrued and unpaid interest) and reasonable estimated costs, expenses and advances at the time of initial publication of this notice. NOTICE TO POTENTIAL BIDDERS: If you are considering bidding on this property lien, you should understand that there are risks involved in bidding at a trustee auction. You will be bidding on a lien, not on the property itself. Placing the highest bid at a trustee auction does not automatically entitle you to fee and clear ownership of the property. You should also be aware that the lien being auctioned off may be a junior lien. If you are the highest bidder at the auction, you are or may be responsible for paying off all liens senior to the lien being auctioned off, before you can receive clear title to the property. You are encouraged to investigate the existence, priority and size of outstanding liens that may exist on this property by contacting the county recorder's office or a title insurance company, either of which may charge you a fee for this information. If you consult either of these resources, you should be aware that the same lender may hold more than one mortgage or deed of trust on the property. NOTICE TO PROPERTY OWNER: The sale date shown on this notice of sale may be postponed one or more times by the mortgagee, beneficiary, trustee, or a court, pursuant to Section 2924g of the California Civil Code. The law requires that information about trustee sale postponements be made available to you and to the public, as a courtesy to those not present at the sale. If you wish to learn whether your sale date has been postponed, and, if applicable, the rescheduled time and date for the sale of this property, you may call the trustee's information line at 530-246-2727; Toll Free: 844-333-6766, or visit this Internet Web site: calforeclosures.biz, using the file number assigned to this case: TS # 19-2681.Information about postponements that are very short in duration or that occur close in time to the scheduled sale may not immediately be reflected in the telephone information or on the Internet Web site. The best way to verify postponement information is to attend the scheduled sale. NPP website and sales line number: www.nationwideposting.com Trustee Sales Automated Number: 916-939-0772 DATE: 2/4/2020 FORECLOSURE SPECIALISTS P.O. Box 994465 REDDING, CA 96099-4465 530-246-2727; Toll Free: 844-333-6766 Sheena Hunter Foreclosure Specialists is assisting the Beneficiary in collecting a debt. Any and all information obtained may be used for that purpose. NPP0367660 To: FERNDALE ENTERPRISE 02/20/2020, 02/27/2020, 03/05/2020

## Legal Notices

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>**- and -**<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>** All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11 Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered) |

**AMENDED NOTICE OF HEARING ON APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (D) OTHER RELATED RELIEF**

**PLEASE TAKE NOTICE THAT:**

1. **The Plan and Proposed Disclosure Statement.** On February 7, 2020, pursuant to section 1125 of the Bankruptcy Code, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), filed the proposed disclosure statement [Docket No. 5700] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, dated January 31, 2020* [Docket No. 5590] (together with all schedules and exhibits thereto, and as may be modified, amended, or supplemented from time to time, the "**Plan**"). Capitalized terms used but not defined herein have the meanings ascribed to such terms in the Proposed Disclosure Statement.

2. **Solicitation Procedures Motion.** In accordance with the amended Disclosure Statement approval and Plan confirmation schedule established by the Court [Docket No. 5732] (the "**Scheduling Order**"), the Debtors will file, on or before February 18, 2020, a Motion requesting, *inter alia*, that the Court (i) approve Plan solicitation and voting procedures, and (ii) approve the forms of Ballots, Solicitation Packages, and related notices to be sent to the Debtors' creditors and equity interest holders in connection with confirmation of the Plan (the "**Solicitation Procedures Motion**").

3. **Disclosure Statement Hearing.** A hearing (the "**Disclosure Statement Hearing**") to consider approval of the Proposed Disclosure Statement and the relief requested in the Solicitation Procedures Motion will be held before the Honorable Dennis Montali, United States Bankruptcy Judge, on **March 10, 2020 at 10:00 a.m. (Prevailing Pacific Time), and, if needed, March 11, 2020 at 10:00 a.m. (Prevailing Pacific Time),** in Courtroom 17 of the United States Bankruptcy Court for the Northern District of California, San Francisco Division (the "**Bankruptcy Court**"), 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, or as soon thereafter as counsel can be heard. The Disclosure Statement Hearing may be continued from time to time without further notice to creditors, equity interest holders, or other parties in interest other than by an announcement in the Bankruptcy Court of such continuance or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Bankruptcy Court.

4. **Objections or Responses to the Proposed Disclosure Statement and Solicitation Procedures Motion.**

a. **Core Parties.** Pursuant to the Court's Scheduling Order, the following parties (collectively, the "**Core Parties**") must serve any responses or objections to approval of the Proposed Disclosure Statement or any of the relief sought in the Solicitation Procedures Motion (each, a "**Disclosure Statement or Solicitation Objection**") by e-mail on the parties listed in Paragraph 4.c.(v)C-L below (**BUT NOT FILED OR SENT TO THE BANKRUPTCY COURT**) so as to be received no later than **4:00 p.m. on February 28, 2020 (Prevailing Pacific Time)**: (i) the Tort Claimants Committee; (ii) the Creditors Committee; (iii) the U.S. Trustee; (iv) the Ad Hoc Group of Subrogation Claimholders; (v) the Ad Hoc Committee of Senior Unsecured Noteholders; (vi) the U.S. Department of Justice; (vii) the Office of the California Attorney General; (viii) Governor Gavin Newsom; (ix) the California Public Utilities Commission; (x) the Ad Hoc Committee of Holders of Trade Claims; (xi) Valley Clean Energy Alliance; (xii) City and County of San Francisco; (xiii) South San Joaquin Irrigation District; (xiv) BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes; (xv) Adventist Health System/West and Feather River Hospital; and (xvi) the Consenting Fire Claimant Professional Group. Counsel for any of the Core Parties who have served objections or responses shall meet and confer with counsel for the Debtors and the Shareholder Proponents no later than March 5, 2020, to attempt to resolve any Disclosure Statement or Solicitation Objections. To the extent any Disclosure Statement or Solicitation Objection of a Core Party is not resolved during such meet and confer, the applicable Core Party shall file and serve its Disclosure Statement or Solicitation Objection in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

b. **All Other Parties.** Pursuant to the Court's Scheduling Order, Disclosure Statement or Solicitation Objections of any other parties (*e.g.*, parties other than the Core Parties) must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), Local Bankruptcy Rule 3017-1(a), and the procedures set forth below so as to be received no later than **4:00 p.m. on March 6, 2020 (Prevailing Pacific Time)**.

c. **Response and Objection Procedures.** Disclosure Statement or Solicitation Objections must:

(i) Be in writing;

(ii) State the name and address of the objecting party and the amount and nature of the Claim or Interest of such party;

(iii) State with particularity **in short, concise bullet points** (without points and authorities in support), the basis and nature of any objection or response to the Proposed Disclosure Statement and include, where appropriate, proposed language to be incorporated into the Proposed Disclosure Statement to resolve any such objection or response;

(iv) Conform to the Bankruptcy Rules, the Bankruptcy Local Rules, the *Order Establishing Procedures for Disclosure Statement and Confirmation Hearing* (N.D. Cal. May 2017) (Montali, J.), and the Scheduling Order; and

(v) Be served on the following parties:

A. Clerk, U.S. Bankruptcy Court for the Northern District of California, 450 Golden Gate Avenue, Mail Box 36099, San Francisco, California 94102;

B. The Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, 77 Beale Street, P.O. Box 770000, San Francisco, California 94177 (Attn: Janet Loduca, Esq.);

C. The attorneys for the Debtors, (A) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq. (stephen.karotkin@weil.com), Jessica Liou, Esq. (jessica.liou@weil.com), and Matthew Goren, Esq. (matthew.goren@weil.com)), (B) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, California 94108 (Attn: Tobias S. Keller, Esq. (tkeller@kellerbenvenutti.com) and Jane Kim, Esq. (jkim@kellerbenvenutti.com)), and (C) Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019 (Attn: Paul H. Zumbro, Esq. (pzumbro@cravath.com), Kevin J. Orsini, Esq. (korsini@cravath.com), and Omid H. Nasab, Esq. (onasab@cravath.com));

D. The U.S. Trustee, 450 Golden Gate Avenue, 5th Floor, Suite 05-0153, San Francisco, California 94102 (Attn: James L. Snyder, Esq. (James.L.Snyder@usdoj.gov) and Timothy Laffredi, Esq. (Timothy.S.Laffredi@usdoj.gov));

E. The attorneys for the administrative agent under the Debtors' debtor-in-possession financing facility, (A) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (Attn: Kristopher M. Hansen, Esq. (khansen@stroock.com), Erez E. Gilad, Esq. (egilad@stroock.com), and Matthew G. Garofalo, Esq. (mgarofalo@stroock.com)) and (B) Stroock & Stroock & Lavan LLP, 2029 Century Park East, Los Angeles, California 90067-3086 (Attn: Frank A. Merola, Esq. (fmerola@stroock.com));

F. The attorneys for the collateral agent under the Debtors' debtor-in-possession financing facility, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 (Attn: Eli J. Vonnegut, Esq. (eli.vonnegut@davispolk.com), David Schiff, Esq. (david.schiff@davispolk.com) and Timothy Graulich, Esq. (timothy.graulich@davispolk.com));

G. The attorneys for the CPUC, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064 (Attn: Alan W. Kornberg, Esq. (akornberg@paulweiss.com), Brian S. Hermann, Esq. (bhermann@paulweiss.com), Walter R. Rieman, Esq. (wrieman@paulweiss.com), Sean A. Mitchell, Esq. (smitchell@paulweiss.com), and Neal P. Donnelly, Esq. (ndonnelly@paulweiss.com));

H. The attorneys for the Creditors Committee, (A) Milbank LLP, 55 Hudson Yards, New York, New York 10001-2163 (Attn: Dennis F. Dunne, Esq. (DDunne@milbank.com) and Samuel A. Khalil, Esq. (skhalil@milbank.com)) and (B) Milbank LLP, 2029 Century Park East, 33rd Floor, Los Angeles, California 90067 (Attn: Gregory A. Bray, Esq. (GBray@milbank.com) and Thomas R. Kreller, Esq. (TKreller@milbank.com));

I. The attorneys for the Tort Claimants Committee, (A) Baker & Hostetler LLP, 1160 Battery Street, Suite 100, San Francisco, California 94111 (Attn: Robert A. Julian, Esq. (rjulian@bakerlaw.com) and Cecily A. Dumas, Esq. (cdumas@bakerlaw.com)) and (B) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California, 90025-0509 (Attn: Eric E. Sagerman, Esq. (esagerman@bakerlaw.com) and Lauren T. Attard, Esq. (lattard@bakerlaw.com));

J. The attorneys for the Ad Hoc Group of Subrogation Claim Holders, (A) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019-6099 (Attn: Matthew A. Feldman, Esq. (mfeldman@willkie.com), Joseph G Minias Esq. (jminias@willkie.com), Benjamin P. McCallen Esq. (bmccallen@willkie.com), and Daniel I. Forman Esq. (dforman@willkie.com) and (B) Diemer & Wei, LLP, 100 West San Fernando Street, Suite 555, San Jose, California 95113 (Attn: Kathryn S. Diemer (kdiemer@diemerwei.com));

K. The attorneys for the Shareholder Proponents, Jones Day, 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300 (Attn: Bruce S. Bennett, Esq. (bbennett@jonesday.com), Joshua M. Mester, Esq. (jmester@jonesday.com), and James O. Johnston, Esq. (jjohnston@jonesday.com)); and

L. The attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York, 10036 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com), Ira S. Dizengoff, Esq. (idizengoff@akingump.com), David H. Botter, Esq. (dbotter@akingump.com), Abid Qureshi, Esq. (aqureshi@akingump.com) and (B) Akin Gump Strauss Hauer & Feld LLP, 580 California Street, Suite 1500, San Francisco, California 94104 (Attn: Ashley Vinson Crawford, Esq. (avcrawford@akingump.com)).

**THE COURT NARROWLY CONSTRUES SECTION 1125(a)(1) OF THE BANKRUPTCY CODE. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT ARE TO MAKE SURE THAT ADEQUATE DISCLOSURE WILL ENABLE AN IMPAIRED CREDITOR OR SHAREHOLDER TO MAKE AN INFORMED JUDGMENT ABOUT THE PLAN. OBJECTIONS TO THE PROPOSED DISCLOSURE STATEMENT SHOULD NOT INCLUDE OBJECTIONS TO CONFIRMATION, ALTERNATIVES TO THE PLAN, OR OTHER IRRELEVANT MATTERS. THE ONLY EXCEPTION IS THAT AN OBJECTION MAY BE BASED UPON A GOOD FAITH BELIEF THAT THE PROPOSED PLAN IS UNCONFIRMABLE AS A MATTER OF LAW. THE COURT WILL NOT TREAT THE ABSENCE OF AN OBJECTION TO CONFIRMATION AS A WAIVER OF SUCH AN OBJECTION FILED LATER WHEN THE PLAN IS READY TO BE CONSIDERED.**

**IF ANY OBJECTION TO THE PROPOSED DISCLOSURE STATEMENT OR THE SOLICITATION PROCEDURES MOTION IS NOT TIMELY FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO THE ADEQUACY OF THE PROPOSED DISCLOSURE STATEMENT OR ANY OF THE RELIEF SOUGHT IN CONNECTION WITH THE SOLICITATION PROCEDURES MOTION AND MAY NOT BE HEARD AT THE DISCLOSURE STATEMENT HEARING.**

5. **Other Relevant Dates.** The Scheduling Order also approved and established the following dates and deadlines:

a. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing any objection to, or request for estimation of, a Claim for purposes of voting on the Plan.

b. February 21, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing summary of Fire Victim Claims Resolution Procedures.

c. February 28, 2020: Deadline to file substantially final form of Subrogation Wildfire Trust Agreement.

d. February 28, 2020: Deadline for Debtors to file proposed executive summary of Plan treatment of Fire Victim Claims (this document is referred to as the Fire Victim Claim Plan Treatment Summary in the Proposed Disclosure Statement).

e. March 3, 2020: Deadline to file substantially final forms of each of the Fire Victim Trust Agreement and the Fire Victim Claims Resolution Procedures.

f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different class or amount for purposes of voting to accept or reject the Plan.

g. March 9, 2020: Debtors to file revised or amended Plan and Proposed Disclosure Statement.

h. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for submitting Ballots to accept or reject the Plan.

i. May 15, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for filing and serving objections to Plan confirmation.

j. May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time): Pre-confirmation scheduling conference. **Principal counsel representing a party, or any pro se party, objecting to confirmation of the Plan must appear in person at a pre-confirmation scheduling conference on May 19, 2020 at 10:00 a.m. (Prevailing Pacific Time) to discuss scheduling any evidentiary matters to be dealt with in connection with the Confirmation Hearing and scheduling for briefing of contested legal issues. Failure to appear may result in the objection being stricken.**

k. May 27, 2020 at 10:00 a.m. (Prevailing Pacific Time): First day of Confirmation Hearing.

6. **Miscellaneous.** The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) are on file with the Clerk of the Bankruptcy Court and may be examined by interested parties at no cost at https://restructuring.primeclerk.com/pge/. The Proposed Disclosure Statement and the Plan (and, once filed, the Solicitation Procedures Motion) may also be: (i) examined by interested parties during normal business hours at the office of the Clerk on a public computer terminal; (ii) accessed for a fee via PACER at http://www.canb.uscourts.gov/; and (iii) obtained by written request to the Debtors' solicitation agent, Prime Clerk LLC ("**Prime Clerk**" or the "**Solicitation Agent**"), at the address or e-mail address below: **If by standard, overnight, or hand delivery:** PG&E Information c/o Prime Clerk, LLC, One Grand Central Place, 60 East 42nd Street, Suite 1440, New York, NY 10165; **If by e-mail to:** pgeinfo@primeclerk.com.

**THE SOLICITATION AGENT IS NOT AUTHORIZED TO, AND WILL NOT PROVIDE, LEGAL ADVICE.**

Dated: February 11, 2020

opendoor Community Health Centers

Ferndale Community Health Center

*Your care team working with you!*

**Donald Baird, MD**

**Tamara Dennis, MD**

**Margaret Lee, PA**

638 Main Street
Ferndale, CA 95536
(707) 786-4028

**opendoorhealth.com**

## Public Notice

**CITY OF FERNDALE PUBLIC NOTICE Planning Commission Vacancy**

Notice is hereby given that the Ferndale Planning Commission has a vacancy. The Commission's regular meeting is on the 1st Wednesday of each month at 7:00pm. If interested, please submit a letter indicating why you are interested and your relevant experience or qualifications by 4:00pm Tuesday, February 25, 2020. Please deliver to City Hall (Mon-Thurs 9-4pm), mail to City of Ferndale, POB 1095, Ferndale 95536 or email to cityclerk@ci.ferndale.ca.us. Applicants should plan to attend the 03/04/20 Planning Commission meeting as well as the 03/18/20 City Council Meeting for an interview. Call 786-4224 for further information. Kristene Hall, City Clerk