

**FILED**

**FEB 27 2020**
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Tony Lynn, Thomas / Creditor
c/o P.O. Box 9099
Stockton, California
(95208-1099)

United States Bankruptcy Court
Northern District of California
San Francisco Division
450 Golden Gate Ave.
San Francisco, California (94102)

PG&E Corporation
Debtor (2640) 19-30088 (DM)
77 Beale St.
San Francisco, California (94105)

Pacific Gas and Electric Company
Debtor (19-30089)
77 Beale St.
San Francisco, California (95105)

PG&E Corporation Claims
Processing Center
c/o Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>Debtors.<br><br>Affects both Debtors | Chapter 11 Case<br>No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br>MOTION PURSUANT TO BANKRUPTCY RULE 3018(a) SEEK TO TEMPORARILY ALLOW MY CLAIM OR INTEREST IN A DIFFERENT CLASS OR AMOUNT FOR PURPOSED OF VOTING TO TO ACCEPT OR REJECT THE ALLEGED PROPOSED DISCLOSURE STATEMENT AND THE PLAN |

NOTICE IS HEREBY GIVEN:

I, Tony Lynn, Thomas, filed a claim for damages noticed in a mailing because PG&E Corporation and Pacific Gas and Electric Company (collectively, PG&E) had reached the next step in their Chapter 11 Cases: the setting of the "Bar Date". The Bar Date, October 21, 2019, was noticed as being the deadline by which any person or entity must file a Proof of Claim, my claim date: Oct. 2, 2010, if they believe money was owed to them by PG&E for the period prior to the January 29, 2019, Chapter 11 filing. Note: The noticed statement: "To the extent you believe that you have a claim that arose before January 29, 2019,...."; was given as item #4 on a letter that stated "Important Legal Notice."

1

Enclosed with this "Important Legal Notice" was a court document: SRF 34081 – United States Bankruptcy Court – "NOTICE OF DEADLINE FOR FILING PROOF OF CLAIM IN CHAPTER 11 CASES." Item # 1 – WHO MUST FILE A PROOF OF CLAIM; "You MUST file a proof of Claim to vote on a chapter 11 plan filed by the Debtors or to share in distribution from the Debtors bankruptcy estate if you have a claim that arose before the Petition Date,....".

Now, a recent Bankruptcy Court document; states that I am noticed as being in a group, page 3 of 7, "b. All Other Parties. Pursuant to the Court's Scheduling Order, Disclosure Statement...must be filed with the Bankruptcy Court and served in accordance with Bankruptcy Rule 3017(a), local....no later than 4:00 p.m. on March 6, 2020 (Prevailing Pacific Time").

But on page 6 of 7 its noticed in item "f. March 6, 2020 at 4:00 p.m. (Prevailing Pacific Time): Deadline for any creditor or shareholder to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim....for purposes of voting to accept or reject the Plan."

As noticed, we have two different provision of the Bankruptcy Court Rules being cited, rule 3017(a) and 3018(a), for the purpose of filing a motion to be eligible to vote on a Chapter 11 Plan. But I filed a proof of claim to vote on a chapter 11 plan filed by the Debtors. ***Therefore, I, supra, am filing this Motion pursuant of Bankruptcy Rule 3018(a) to secure my right to vote in these proceeding concerning the approval of the Proposed Disclosure Statement. In that my reading of said proposed statement does not contain provisions addressing my claim for damages.***

Please take notice that I, supra, attached an "Affidavit of Truth", copy first page and proof of mailing evidence hereto, to my Proof of Claim for damages. This "Affidavit" has not be responded to, 100 days plus, pursuant of any kind of a **counterclaim** to the noticed facts. This failure to respond, that is to rebut, refute or challenge the facts noticed, is to accept via a stipulation to the noticed fact as being true and correct. Notice: As accepted and agreed upon, via stipulation, a failure to respond, I am requesting payment of the Noticed amount of my claim for damages.

A point of interest, concerning the alleged claims being made: "Attorney for Debtors and Debtors in Possession", Bar Card # 151445 / # 298192, and the word Esq. / Esquire as being an Attorney. These allegation fail to give Notice, license number, that comports with the requirements of the law, Constitution and Business and Professions Code, relating to claims of being a "License Attorney". Notice: State of California Constitution – Article VI, sec. 9 and Business and Professions (2001), sec. 6067 – "A certificate of the oath shall be indorsed upon his license."

Based upon the letter of the law. I OBJECT, on the record and for the record, that for anyone to act as an attorney in these proceedings; that they produce their "license" indorsed with his/her "certificate of the oath" as proof of their claim thereto.

Dated: 2/25/20                                Tony Lynn, Thomas

cc:

Tony Lynn, Thomas
c/o P.O. Box 9099
Stockton, California
(95208-1099)

| | | |
|---|---|---|
| United States Bankruptcy Court<br>Northern District of California<br>San Francisco Division<br>450 Golden Gate Ave.<br>San Francisco, California (94102) | Bankruptcy Case No. 19 – 30088 (DM) | Date: Oct. 2, 2019 |
| Pacific Gas and Electric Company | Debtor (2640) 19-30089 (DM) | |
| PG&E Corporation Claims<br>Processing Center<br>c/o Prime Clerk LLC<br>Grand Central Station<br>PO Box 4850<br>New York, NY 10163-4850 | Cert. No. 7018 2290 0001 5882 7873 | |

Re: Pacific Gas and Electric Company (2640) (the Utility) Bankruptcy Case No. 19-30089 (DM).

Sub: "Affidavit of Truth" as to Proof of Claim for damages noticed in "Important Legal Notice" item #4.

To Whom It May Concern:

Affiant, Tony Lynn, Thomas, solemnly swear, declare and depose that I am over the age of 18 years and competent to state to the matters set forth herein. That affiant has personal knowledge of the facts stated herein, and that all facts stated herein are true, correct and complete to the best of my knowledge and belief, admissible as evidence and, if called upon as a witness, I will testify to their veracity.

## COPYRIGHT NOTICE

The above-mentioned "real Party of interest" is quoting and has quoted citations "as purported in" context to copyrighted case law, statutes, rules of court and court decisions material as found in books published with federal or State funding, supplied by America Citizens, and intended for use by attorneys, and does so under the provisions of the "Fair Use Clause" of the copyright laws of the United States. Notice: Title 17 USC section 107 hereto.

### "Affidavit of Truth" "Proof of Claim"
### "Statement of Facts as to Damages"

As noticed by many courts, ignorance of the law is no excuse for the violation of the law. Further, as noticed by the Congress of the United States, see: Title 44 USC sec. 1505, all interpretation of the law, lack general applicability, legal effect, and force of law. Notice: The Federal Administrative Procedure Act, the Federal Registration Act, the Federal Paperwork Reduction Act, and the Federal Office of Administrative Law.

1

## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information visit our website at www.usps.com®

NEW YORK, NY 10163

| | |
|---|---|
| Certified Mail Fee $3.50 | 0208 |
| Extra Services & Fees (check box, add fee as appropriate) $2.80 | 22 |
| ☐ Return Receipt (hardcopy) $0.00 | |
| ☐ Return Receipt (electronic) $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery $0.00 | |
| ☐ Adult Signature Required $0.00 | |
| ☐ Adult Signature Restricted Delivery $0.00 | OCT -2 2019 |
| Postage $1.30 | 10/02/2019 |
| Total Postage and Fees $7.60 | |

Sent To: PG&E Corporation Claims Processing Center
c/o Prime Clerk LLC
Grand Central Station
PO Box 4850
New York, NY 10163-4850

7018 2290 0001 5882 7873

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   PG&E Corporation Clams
   Processing Center
   c/o Prime Clerk LLC
   Grand Central Station
   PO Box 4850
   New York, NY 10163-4850

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail®     ☐ Priority Mail Express™
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7018 2290 0001 5882 7873

PS Form 3811, July 2013    Domestic Return Receipt

---

UNITED STATES POSTAL SERVICE
NY 100
05 OCT '19

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

● Sender: Please print your name, address, and ZIP+4® in this box ●

Tony Thomas
PO Box 9099
Stockton, CA 95208