# Notice Recipients

| District/Off: 0971–3 | User: dchambers | Date Created: 2/28/2020 |
|---|---|---|
| Case: 19–30088 | Form ID: TRANSC | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty    David J. Richardson    drichardson@bakerlaw.com
aty    Michael S. Etkin    metkin@lowenstein.com
aty    Nicole M. Zeiss    nzeiss@labaton.com

TOTAL: 3

**Recipients submitted to the Claims Angent (Prime Clerk):**
aty    Stephen Karotkin    Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153

TOTAL: 1