# Exhibit A - Index of Recorded Liens and Partial Releases

| Ref. no. | Ex. B. pp. | Job no(s). | County | Lien information | | | Release information | | | Against | Remaining |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Recorded | No. | Amount | Recorded | No. | Amount | | |
| 1 | 2–5 | 21-17-430 | Kern | 12/30/2019 | 219175068 | $4,994.09 | | | | Pac. Gas & Elec. Co. | $4,994.09 |
| 2 | 6–9 | 21-17-430-001 | Kern | 12/30/2019 | 219175067 | $344,972.82 | | | | Pac. Gas & Elec. Co. | $344,972.82 |
| 3 | 10–13 | 21-17-430-002 | Tulare | 12/30/2019 | 2019-0076729 | $499,121.69 | | | | Pac. Gas & Elec. Co. | $499,121.69 |
| 4 | 14–16 | 21-17-430-004 | San Luis Obispo | 12/31/2019 | 2019058834 | $12,028.76 | | | | Pac. Gas & Elec. Co. | $12,028.76 |
| 5 | 17–20 | 21-17-430-007 | San Luis Obispo | 12/31/2019 | 2019058836 | $147,975.68 | | | | Pac. Gas & Elec. Co. | $147,975.68 |
| 6 | 21–24 | 21-17-430-008 | Kern | 12/30/2019 | 219175066 | $40,643.85 | | | | Pac. Gas & Elec. Co. | $40,643.85 |
| 7 | 25–27 | 21-17-432-001 | Santa Clara | 12/31/2019 | 24370971 | $136,930.50 | | | | Pac. Gas & Elec. Co. | $136,930.50 |
| 8 | 28–31 | 21-17-432-003 | Santa Cruz | 12/30/2019 | 2019-0041239 | $40,093.53 | | | | Pac. Gas & Elec. Co. | $40,093.53 |
| 9 | 32–35 | 21-17-441-003 | Nevada | 12/3/2019 | 20190025665 | $88,031.95 | | | | Pac. Gas & Elec. Co. | $88,031.95 |
| 10 | 36–39 | 21-17-444-001 | Kern | 12/30/2019 | 219175069 | $57,884.19 | | | | Pac. Gas & Elec. Co. | $57,884.19 |
| 11 | 40–44 | 21-17-444-002 | Fresno | 12/27/2019 | 2019-0156755 | $84,288.94 | | | | Pac. Gas & Elec. Co. | $84,288.94 |
| 12 | 45–48 | 21-17-444-003 | San Luis Obispo | 12/31/2019 | 2019058835 | $3,220.00 | | | | Pac. Gas & Elec. Co. | $3,220.00 |
| | | | | | | | | | | Total: | $1,460,186.00 |