# Exhibit B

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Roebbelen Contracting, Inc.
Attn: Bruce Stimson
1241 Hawks Flight Court
El Dorado Hills, CA 95762

RECEIVED BY:

JAN 03 2019

ROEBBELEN

**Jon Lifquist, Assessor — Recorder**
Kern County Official Records

RODRIGUS
12/30/2019
10:31 AM

Recorded at the request of
Public

DOC#: 219175068

| Stat Types: 1 | Pages: 4 |
|---|---|
| Fees | 22.00 |
| Taxes | 0.00 |
| Others | 78.00 |
| PAID | $100.00 |

For recorder's use

### MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in **Kern County**, California, including improvements located thereon, described as: **PG&E Area 4 SC Refresh - Bakersfield (Job Number 21-17-430 PO#2700167626) located at 4101 Wible Road, Bakersfield CA 93313, APN: 404-010-27-00-6**.

After deducting all credits and offsets, the sum of **$4,994.09** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for remodel, renovation, and upgrades for service center..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

### NOTICE OF MECHANIC'S LIEN
### ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action**

Exhibit B page 2 of 48
Case: 19-30088    Doc# 5952-2    Filed: 02/28/20    Entered: 02/28/20 09:49:56    Page 2
of 25

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **12/26/2019**

**ROEBBELEN CONTRACTING, INC.**

By _____
Bruce Stimson
Its Chief Financial Officer

# VERIFICATION

I, Bruce Stimson, state:

I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/26/2019, at El Dorado Hills, California.

_____

Bruce Stimson

## AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 12/26/2019, I served a true and accurate copy of the document(s) entitled:

### MECHANIC'S LIEN

### NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 12/26/2019, at El Dorado Hills, CA.

Mai Nguyen-Phillips

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Recorded at the request of
Public

RECEIVED BY

Roebbelen Contracting, Inc.
Attn: Bruce Stimson
1241 Hawks Flight Court
El Dorado Hills, CA 95762

JAN 0 3 2019

ROEBBELEN

DOC#: 219175067

| Stat Types: 1 | Pages: 4 |
|---|---|
| Fees | 22.00 |
| Taxes | 0.00 |
| Others | 78.00 |
| PAID | $100.00 |

For recorder's use

## MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in **Kern County**, California, including improvements located thereon, described as: **PG&E Area 4 SC Refresh - Bakersfield (Job Number 21-17-430-001 PO#2700031515) located at 4101 Wible Road, Bakersfield CA 93313, APN: 404-010-27-00-6**.

After deducting all credits and offsets, the sum of **$344,972.82** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for remodel, renovation, and upgrades for service center..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action**

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **12/26/2019**

ROEBBELEN CONTRACTING, INC.

By_____

Brude Stimson
Its Chief Financial Officer

# VERIFICATION

I, Bruce Stimson, state:

I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/26/2019, at El Dorado Hills, California.

Bruce Stimson

## AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 12/26/2019, I served a true and accurate copy of the document(s) entitled:

### MECHANIC'S LIEN

### NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 12/26/2019, at El Dorado Hills, CA.

Mai Nguyen-Phillips

|||||||||||||||||||||||||||||||||||||||

2019-0076729

| Recorded | REC FEE | 30.00 |
| Official Records | | |
| County of | AFF SB2 HOUSE | 75.00 |
| Tulare | | |
| ROLAND P. HILL | | |
| Clerk Recorder | | |
| | NB | |
| 08:21AM 30-Dec-2019 | Page 1 of 4 | |

**RECORDING REQUESTED BY**
**AND WHEN RECORDED MAIL TO:**

Roebbelen Contracting, Inc.
Attn: Bruce Stimson
1241 Hawks Flight Court
El Dorado Hills, CA 95762

AFF

RECEIVED BY:

JAN 1 3 2020

ROEBBELEN

For recorder's use

### MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in **Tulare County**, California, including improvements located thereon, described as: **PG&E Area 4 SC Refresh - Dinuba (Job Number 21-17-430-002 PO#2700031515) located at 8058 Union Drive Dinuba, CA 93618, APN: 013-030-018**.

After deducting all credits and offsets, the sum of **$499,121.69** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for remodel, renovation, and upgrades for service center..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

### NOTICE OF MECHANIC'S LIEN
### ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action**

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **12/26/2019**

ROEBBELEN CONTRACTING, INC.

By_____
Bruce Stimson
Its Chief Financial Officer

## VERIFICATION

I, Bruce Stimson, state:

I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/26/2019, at El Dorado Hills, California.

_____
Bruce Stimson

**AFFIDAVIT OF SERVICE**

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 12/26/2019, I served a true and accurate copy of the document(s) entitled:

**MECHANIC'S LIEN**

**NOTICE OF MECHANIC'S LIEN**

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 12/26/2019, at El Dorado Hills, CA.

_____
Mai Nguyen-Phillips

**2019058834**

Tommy Gong
San Luis Obispo - County Clerk-Recorder
12/31/2019 08:27 AM

**CONFORMED COPY**

Copy of document recorded.
Has not been compared with original.

**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:**

Roebbelen Contracting, Inc.
Attn: Bruce Stimson
1241 Hawks Flight Court
El Dorado Hills, CA 95762

RECEIVED BY:

JAN 0 3 2019

ROEBBELEN

_For recorder's use_

## MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in **San Luis Obispo County**, California, including improvements located thereon, described as: **PG&E Area 4 SC Refresh - San Luis Obispo (Job Number 21-17-430-004 PO#2700031515) located at 406 Higuera Street, San Luis Obispo 93401, APN: 002-511-023**.

After deducting all credits and offsets, the sum of **$12,028.76** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for remodel, renovation, and upgrades for service center..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action**

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **12/26/2019**

ROEBBELEN CONTRACTING, INC.

By_____
Bruce Stimson
Its Chief Financial Officer

## AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 12/26/2019, I served a true and accurate copy of the document(s) entitled:

**MECHANIC'S LIEN**

**NOTICE OF MECHANIC'S LIEN**

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 12/26/2019, at El Dorado Hills, CA.

Mai Nguyen-Phillips

**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:**

Tommy Gong
San Luis Obispo – County Clerk–Recorder
12/31/2019 08:27 AM

# CONFORMED COPY

Copy of document recorded.
Has not been compared with original.

Roebbelen Contracting, Inc.
Attn: Bruce Stimson
1241 Hawks Flight Court
El Dorado Hills, CA 95762

RECEIVED BY:

JAN 0 3 2019

ROEBBELEN

For recorder's use

## MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in **San Luis Obispo County**, California, including improvements located thereon, described as: **PG&E Area 4 SC Refresh - Templeton (Job Number 21-17-430-007 PO#2700031515) located at 160 Cow Meadow PL, Templeton CA 93446, APN: 040-153-011**.

After deducting all credits and offsets, the sum of **$147,975.68** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for remodel, renovation, and upgrades for service center..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action**

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **12/26/2019**

ROEBBELEN CONTRACTING, INC.

By _____

Bruce Stimson

Its Chief Financial Officer

# VERIFICATION

I, Bruce Stimson, state:

I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/26/2019, at El Dorado Hills, California.

Bruce Stimson

Exhibit B page 19 of 48
Case: 19-30088    Doc# 5952-2    Filed: 02/28/20    Entered: 02/28/20 09:49:56    Page 19 of 25

## AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 12/26/2019, I served a true and accurate copy of the document(s) entitled:

### MECHANIC'S LIEN

### NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 12/26/2019, at El Dorado Hills, CA.

Mai Nguyen-Phillips

**Jon Lifquist, Assessor — Recorder**
Kern County Official Records

Recorded at the request of
Public

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Roebbelen Contracting, Inc.
Attn: Bruce Stimson
1241 Hawks Flight Court
El Dorado Hills, CA 95762

DOC#: **219175066**

RECEIVED BY:

JAN 03 2019

ROEBBELEN

| | Stat Types: 1 | Pages: 4 |
|---|---|---|
| Fees | | 22.00 |
| Taxes | | 0.00 |
| Others | | 78.00 |
| PAID | | $100.00 |

For recorder's use

### MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in **Kern County**, California, including improvements located thereon, described as: **PG&E Area 4 SC Refresh - Wasco (Job Number 21-17-430-008 PO#2700031515) located at 1136 7th St., Wasco CA 93280, APN: Unknown**.

After deducting all credits and offsets, the sum of **$40,643.85** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for remodel, renovation, and upgrades for service center..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

### NOTICE OF MECHANIC'S LIEN
### ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **12/26/2019**

ROEBBELEN CONTRACTING, INC.

By_____
Bruce Stimson
Its Chief Financial Officer

## VERIFICATION

I, Bruce Stimson, state:

I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/26/2019, at El Dorado Hills, California.

_____
Bruce Stimson

Exhibit B page 23 of 48
Case: 19-30088    Doc# 5952-2    Filed: 02/28/20    Entered: 02/28/20 09:49:56    Page 23
of 25

# AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 12/26/2019, I served a true and accurate copy of the document(s) entitled:

## MECHANIC'S LIEN

## NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 12/26/2019, at El Dorado Hills, CA.

Mai Nguyen-Phillips

Exhibit B page 24 of 48
Case: 19-30088    Doc# 5952-2    Filed: 02/28/20    Entered: 02/28/20 09:49:56    Page 24
of 25

24370971

Regina Alcomendras
Santa Clara County - Clerk-Recorder
12/31/2019 03:52 PM

**CONFORMED COPY**

Copy of document recorded.
Has not been compared with original.

**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:**

Roebbelen Contracting, Inc.
Attn: Bruce Stimson
1241 Hawks Flight Court
El Dorado Hills, CA 95762

RECEIVED BY:

JAN 08 2020

ROEBBELEN

For recorder's use

### MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado

Hills, CA 95762 hereby claims a lien upon the real property located in **Santa Clara County**,

California, including improvements located thereon, described as: **PG&E Area 3 FAU - Cupertino**

**(Job Number 21-17-432-001 PO#2700033814) located at 10900 North Blaney Ave., Cupertino,**

**CA, APN: 316-03-045**.

After deducting all credits and offsets, the sum of **$136,930.50** is due Claimant for the following

work, labor, equipment and/or materials furnished by Claimant: labor, material and service for remodel,

renovation, and upgrades for service center..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific

Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

### NOTICE OF MECHANIC'S LIEN
### ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of**

**the county where the property is located, your property is subject to the filing of a legal action**

**seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the**

**real property on which the lien has been recorded. The legal action must be filed with the court**

**no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the mechanic's lien may have provided labor or materials for**

**improvements to the referenced property and may not have been paid for those items. You are**

**receiving this notice because it is a required step in filing a mechanic's lien foreclosure action**