# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,

Debtors

Chapter 11

No. 19-30088 (DM)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Professional Concrete Sawing Inc.**
Name of Transferor

Name and Current Address of Transferor:

**Professional Concrete Sawing Inc.
P.O. Box 3348
Merced, CA 95344
Attn: David Scott**

**Cherokee Debt Acquisition, LLC**
Name of Transferee

Name and Address where notices and payments to transferee should be sent:

**Cherokee Debt Acquisition, LLC
1325 Avenue of the Americas, 28th Floor
New York, NY 10019
Attn: Vladimir Jelisavcic**

| Schedule/Claim No. | Creditor Name | Amount | Debtor | Case No. |
|---|---|---|---|---|
| Claim No. 1720 | Professional Concrete Sawing Inc. | $21,815.70 | Pacific Gas and Electric Company | 19-30089 |
| Schedule F (#1032404 & 3.2935) | Professional Concrete Sawing Inc | $18,698.00 | Pacific Gas and Electric Company | 19-30089 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _*Vladimir Jelisavcic*_
Transferee/Transferee's Agent

Date: February 28, 2020

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

## Annex B

TO: United States Bankruptcy Court ("Court")
Northern District of California
San Francisco Division
Attn:   Clerk

AND TO: PACIFIC GAS AND ELECTRIC COMPANY ("Debtor")
Case No. 19-30089 ("Case")

Claim #: 1720

**PROFESSIONAL CONCRETE SAWING INC.** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CHEROKEE DEBT ACQUISITION, LLC**
1325 Avenue of the Americas, 28th Floor
New York, NY 10019
Attn:   Vladimir Jelisavcic

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount of $ 21,815.70
("Claim"), which represents  100 % of the total claim amount of $21,815.70, against the Debtor in the Court, or any other court with jurisdiction over the Debtor's Case.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated February  19 , 2020.

| PROFESSIONAL CONCRETE SAWING INC. | CHEROKEE DEBT ACQUISITION, LLC |
|---|---|
| By: *David Scott* | By: *Vladimir Jelisavcic* |
| Name: DAVID SCOTT | Name: Vladimir Jelisavcic |
| Title: PRESIDENT | Title: Manager |

# EVIDENCE OF TRANSFER OF CLAIM

## Annex B

TO: United States Bankruptcy Court ("Court")
Northern District of California
San Francisco Division
Attn: Clerk

AND TO: PACIFIC GAS AND ELECTRIC COMPANY ("Debtor")
Case No. 19-30089 ("Case")

Claim #: N/A (SCHEDULE #: 1032404 & 3.2935)

**PROFESSIONAL CONCRETE SAWING INC** ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CHEROKEE DEBT ACQUISITION, LLC**
1325 Avenue of the Americas, 28th Floor
New York, NY 10019
Attn: Vladimir Jelisavcic

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights: (a) of reclamation and all administrative priority claims, and any cure payments made on account of Seller in the Case; (b) to any proof(s) of claim filed; (c) in and to any secured claim, collateral or any liens held by Seller; (d) to vote on any question relating to the claim in the Case; (e) to cash, interest, principal, securities or other property in connection with the Case: and (f) to any amounts listed on the Debtor's schedules, in the principal amount of $ 18,698.00
("Claim"), which represents 100 % of the total claim amount of $18,698.00, against the Debtor in the Court, or any other court with jurisdiction over the Debtor's Case.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands, agrees, and hereby stipulates that an order of the Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing the Buyer as the sole owner and holder of the Claim.

Buyer does not assume and shall not be responsible for any obligations of liabilities of Seller related to or in connection with the Claim or the Case. You are hereby directed to make all future payments and distributions free and clear of all setoffs and deductions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, each of the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representative dated February 19, 2020.

PROFESSIONAL CONCRETE SAWING INC

By: *David Scott*
Name: DAVID SCOTT
Title: President

CHEROKEE DEBT ACQUISITION, LLC

By: *Vladimir Jelisavcic*
Name: Vladimir Jelisavcic
Title: Manager