# EXHIBIT A

## PG&E Corporation and PG&E Company, et.al.
### Case No. 19-30088
Summary Of Hours and Discounted Fees Incurred By Professional
October 1, 2019 through October 31, 2019

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---:|---:|---|---:|
| Aayush Bhatia | Associate - KGS | 55.0 | $ 135 | | $ 7,425.00 |
| Adrian Irwin | Senior Associate - Advisory | 113.9 | $ 325 | | $ 37,017.50 |
| Arthur Franke | Director - Advisory | 1.0 | $ 435 | | $ 435.00 |
| Arun Mani | Principal- Advisory | 36.5 | $ 500 | | $ 18,250.00 |
| Bellamy Yoo | Associate - Advisory | 45.0 | $ 325 | | $ 14,625.00 |
| Bhaskara Rama Bhaskara | Senior Specialist - Advisory | 183.6 | $ 225 | | $ 41,310.00 |
| Bob Zhang | Associate - Advisory | 174.0 | $ 135 | | $ 23,490.00 |
| Brian Wei | Associate - Advisory | 139.2 | $ 275 | | $ 38,280.00 |
| Celeste Campbell | Manager - Bankruptcy | 56.4 | $ 163 | | $ 9,165.00 |
| Christopher Wong | Associate - Advisory | 54.6 | $ 325 | | $ 17,745.00 |
| Clay Gilge | Principal - Advisory | 1.0 | $ 500 | (1) | $ 500.00 |
| Clay Gilge | Principal - Advisory | 5.0 | $ 625 | (1) | $ 3,125.00 |
| Daniel Elmblad | Manager - Advisory | 19.5 | $ 400 | (2) | $ 7,800.00 |
| David Ross | Manager - Advisory | 146.8 | $ 400 | | $ 58,720.00 |
| Dennis Cha | Associate - Advisory | 155.3 | $ 275 | | $ 42,707.50 |
| Drew Esler | Senior Associate - Advisory | 105.5 | $ 325 | | $ 34,287.50 |
| Eric Janes | Manager - Advisory | 106.4 | $ 400 | | $ 42,560.00 |
| Erik Lange | Partner - Advisory | 1.0 | $ 850 | | $ 850.00 |
| farbod Farzan | Senior Associate - Advisory | 188.0 | $ 325 | | $ 61,100.00 |
| Fran Shammo | Associate - Advisory | 160.9 | $ 275 | | $ 44,233.75 |
| Gaurav Mathur | Director - Advisory | 3.5 | $ 400 | | $ 1,400.00 |
| Gaurav Thapan-Raina | Manager - Advisory | 72.0 | $ 400 | | $ 28,800.00 |
| Jack Liacos | Associate - Advisory | 16.0 | $ 275 | | $ 4,400.00 |
| Jeff Mahoney | Specialist Director - Analytics | 14.3 | $ 435 | | $ 6,220.50 |
| Jeffrey Kwan | Senior Associate - Advisory | 36.9 | $ 275 | | $ 10,147.50 |
| Jeffrey Strong | Manager - Advisory | 5.6 | $ 475 | | $ 2,660.00 |
| Jon Guth | Manager - Advisory | 91.4 | $ 400 | | $ 36,560.00 |
| Jonathan Boldt | Associate - Advisory | 59.5 | $ 325 | | $ 19,337.50 |
| Jonathan White | Managing Director- Advisory | 60.2 | $ 475 | | $ 28,595.00 |
| Josh Conkel | Manager - Advisory | 75.5 | $ 224 | | $ 16,912.00 |
| Juan Gonzalez III | Partner - Advisory | 11.5 | $ 500 | (1) | $ 5,750.00 |
| Juan Gonzalez III | Partner - Advisory | 16.8 | $ 625 | (1) | $ 10,500.00 |
| Juanita Garza | Associate - Bankruptcy | 89.1 | $ 138 | | $ 12,251.25 |
| Kimberly Johnson | Manager - Advisory | 89.3 | $ 475 | (2) | $ 42,417.50 |
| Lucy Cai | Senior Associate - Advisory | 79.0 | $ 325 | (2) | $ 25,675.00 |
| Marcus Xu | Senior Associate - Advisory | 144.6 | $ 325 | | $ 46,995.00 |
| Matt Broida | Director - Advisory | 73.0 | $ 435 | | $ 31,755.00 |
| Matthew Bowser | Manager - Advisory | 197.0 | $ 400 | (2) | $ 78,800.00 |
| Matthew Rice | Lead Specialist (Manager) - Advisor | 188.5 | $ 225 | | $ 42,412.50 |
| Michelle Yeung | Associate - Advisory | 101.0 | $ 325 | | $ 32,825.00 |
| Miki Suga | Manager - Advisory | 91.5 | $ 400 | | $ 36,600.00 |
| Monica Plangman | Associate Director - Bankruptcy | 0.7 | $ 213 | | $ 148.75 |
| Rachael Graening | Senior Associate - Advisory | 30.7 | $ 425 | | $ 13,047.50 |
| Reid Tucker | Principal - Advisory | 5.1 | $ 500 | | $ 2,550.00 |
| Rob Villegas | Manager - Advisory | 37.5 | $ 225 | | $ 8,437.50 |
| Rohit Nagdeo | Lead Specialist (Manager) - Advisor | 176.2 | $ 225 | | $ 39,645.00 |
| Scott Stoddard | Director - Advisory | 22.1 | $ 435 | (1) | $ 9,613.50 |
| Scott Stoddard | Director - Advisory | 34.8 | $ 550 | (1) | $ 19,140.00 |
| Sitki Gulten | Manager - Advisory | 4.0 | $ 400 | | $ 1,600.00 |
| Stephen Greer | Manager - Advisory | 20.5 | $ 475 | (2) | $ 9,737.50 |
| Tabitha Gaustad | Director - Advisory | 31.2 | $ 550 | | $ 17,160.00 |
| Tanveer Abbas | Senior Associate - Advisory | 78.9 | $ 325 | | $ 25,626.25 |

# EXHIBIT A

## PG&E Corporation and PG&E Company, et.al.
### Case No. 19-30088
Summary Of Hours and Discounted Fees Incurred By Professional
October 1, 2019 through October 31, 2019

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation | |
|---|---|---|---|---|---|---|
| Taylor DeGrande | Senior Associate - Advisory | 136.7 | $ 325 | | $ 44,427.50 | |
| Tim Littman | Manager - Advisory | 1.8 | $ 400 | (2) | $ 720.00 | |
| Trent Anderson | Associate - Advisory | 134.3 | $ 275 | | $ 36,932.50 | |
| Wendy Shaffer | Manager - Bankruptcy | 1.3 | $ 163 | (2) | $ 211.25 | |
| Will Brennan | Senior Associate - Advisory | 183.5 | $ 325 | | $ 59,637.50 | |
| Yaz Yuan | Senior Associate - Advisory | 79.0 | $ 325 | | $ 25,675.00 | |
| **Subtotal Hours and Fees at Discounted Rates** | | **4,243.0** | | | **$ 1,338,949.75** | |
| Data Security Services - Exhibit C2 (Fixed Fee) | | | | | $ 249,191.10 | (3) |
| Legal Support Services - Exhibit C3 (non-hourly fees) | | | | | $ 50,017.44 | (4) |
| Endpoint Security Strategy Assessment - Exhibit C12 (Fixed Fee) | | | | | $ - | (5) |
| **Total Fees Requested** | | | | | **$ 1,638,158.29** | |
| Out of Pocket Expenses | | | | | $ 110,903.10 | |
| **Total Fees and Out of Pocket Expenses** | | | | | **$ 1,749,061.39** | |
| less Holdback Adjustment (20%) | | | | | $ (327,631.66) | |
| **Net Requested Fees & Out of Pocket Expenses** | | | | | **$ 1,421,429.73** | |
| **Blended Hourly Rate** (excludes Fixed Fee Hours) | | | **$ 315.57** | | | |

[1] Rates differ due to services provided relating to different CWA's.

[2] Rate changed due to promotion effective October 1, 2019.

[3] KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. As of October 31, 2019, KPMG is requesting the fixed-fee amount above for these services, as approved by the client.

[4] These fees represent the recurring monthly charges as detailed in Appendix C of the Legal Support Services Agreement and further detailed on Exhibit C3.

[5] KPMG and the Debtors agreed to fixed-fee compensation for the Endpoint Protection Strategy Assessment Services. KPMG is not requesting any of the fixed-fee amount in the current month.