**EXHIBIT B**

**PG&E Corporation and PG&E Company, et.al.**
Case No. 19-30088
Summary of Hours and Discounted Fees Incurred by Category
October 1, 2019 through October 31, 2019

| Project Category | Exhibit | Total Billed Hours | Total Fees Requested | |
|---|---|---:|---:|---|
| Asset Management Services | C1 | 2,668.8 | $ 922,324.00 | |
| Data Security Services | C2 |  | $ 249,191.10 | [1] |
| Legal Support Services | C3 | 0.0 | $ 50,017.44 | |
| IT Software Services (Phase 1) | C4 | 0.0 | $ - | |
| Enterprise Project Management Tools Implementation Services | C5 | 0.0 | $ - | |
| Risk Assessment Services | C6 | 0.0 | $ - | |
| Retention Services | C7 | 1.0 | $ 162.50 | |
| Fee Application Preparation Services | C8 | 146.5 | $ 21,613.75 | |
| IT Software Services (Phase II) | C9 | 585.8 | $ 131,805.00 | |
| Quanta Invoice Review Services | C10 | 96.4 | $ 19,472.50 | |
| Data Security Loan Staff Services | C11 | 0.0 | $ - | |
| Endpoint Protection Strategy Assessment Services | C12 |  | $ - | [2] |
| Data Security CCPA Support Staff Services | C13 | 249.5 | $ 40,402.00 | |
| Tax and Accounting On-Call Services | C14 | 1.0 | $ 850.00 | |
| Permitting Spend Analysis Services | C15 | 494.0 | $ 202,320.00 | |
| **Total Fees Requested** |  | **4,243.0** | **$ 1,638,158.29** | |

[1] KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. As of October 31, 2019 KPMG is requesting the fixed-fee amount above for these services, as approved by the client.

[2] KPMG and the Debtors agreed to fixed-fee compensation for the Endpoint Protection Strategy Assessment Services. KPMG is not requesting any of the fixed-fee amount in the current month.