# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

The attorneys who rendered professional services in these chapter 11 cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | DEPARTMENT[1] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Karotkin, Stephen | BFR | 1977 | $1,695.00 | 182.30 | $308,998.50 |
| Bond, Michael W. | Corporate | 1980 | $1,695.00 | 2.40 | $4,068.00 |
| Goldring, Stuart J. | Tax | 1984 | $1,695.00 | 35.90 | $60,850.50 |
| Slack, Richard W. | Litigation | 1987 | $1,325.00 | 53.00 | $70,225.00 |
| Pari, Joseph M. | Tax | 1988 | $1,695.00 | 10.20 | $17,289.00 |
| Wessel, Paul J. | Tax | 1988 | $1,695.00 | 8.50 | $14,407.50 |
| Connolly, Annemargaret | Corporate | 1988 (MA) | $1,400.00 | 1.10 | $1,540.00 |
| Pappas, Nicholas J. | Litigation | 1989 | $1,275.00 | 1.20 | $1,530.00 |
| Adams, Frank R. | Corporate | 1993 | $1,525.00 | 0.90 | $1,372.50 |
| Tsekerides, Theodore E. | Litigation | 1994 | $1,225.00 | 104.90 | $128,502.50 |
| Singh, David R. | Litigation | 2004 | $1,175.00 | 3.20 | $3,760.00 |
| Liou, Jessica | BFR | 2009 | $1,175.00 | 184.80 | $217,140.00 |
| Goslin, Thomas D. (Counsel) | Corporate | 2003 | $1,100.00 | 13.30 | $14,630.00 |
| Goren, Matthew (Counsel) | BFR | 2007 | $1,125.00 | 142.70 | $160,537.50 |
| **Total Partners and Counsel:** | | | | **744.40** | **$1,004,851.00** |

---

[1] BFR – Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT[2] | YEAR ADMITTED[3] | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Friedman, Julie T. | BFR | 2003 | $625.00 | 15.60 | $9,750.00 |
| Kramer, Kevin | Litigation | 2010 | $1,050.00 | 133.30 | $139,965.00 |
| Bitter, Blake | Tax | 2011 (VA) | $1,050.00 | 10.90 | $11,445.00 |
| Silber, Gary | Tax | 2011 | $1,050.00 | 55.20 | $57,960.00 |
| Bostel, Kevin | BFR | 2012 | $1,050.00 | 6.30 | $6,615.00 |
| Minga, Jay | Litigation | 2013 | $1,050.00 | 104.90 | $110,145.00 |
| Swenson, Robert M. | Litigation | 2013 | $1,050.00 | 106.00 | $111,300.00 |
| Fink, Moshe A. | BFR | 2014 | $1,050.00 | 3.10 | $3,255.00 |
| Rosenblum, Amanda | Tax | 2014 | $1,050.00 | 12.20 | $12,810.00 |
| Schinckel, Thomas Robert | BFR | 2014 (Australia) | $845.00 | 128.80 | $108,836.00 |
| Nolan, John J. | Litigation | 2015 | $1,010.00 | 18.00 | $18,180.00 |
| Smith, Gabriela | BFR | 2015 | $1,010.00 | 4.60 | $4,646.00 |
| Brookstone, Benjamin | Tax | 2015 | $980.00 | 28.00 | $27,440.00 |
| Lane, Erik | Litigation | 2016 | $930.00 | 48.00 | $44,640.00 |
| Pitcher, Justin R. | BFR | 2016 (UT) | $930.00 | 0.50 | $465.00 |
| Anderson, Joseph Caleb | Corporate | 2016 | $845.00 | 8.50 | $7,182.50 |
| Kleinjan, John M. | Tax | 2017 | $930.00 | 3.90 | $3,627.00 |
| Niles-Weed, Robert B. | Litigation | 2017 | $930.00 | 122.80 | $114,204.00 |
| McGrath, Colin | Litigation | 2017 | $845.00 | 149.80 | $126,581.00 |
| McNulty, Shawn C. | Litigation | 2017 | $845.00 | 79.10 | $66,839.50 |
| Foust, Rachel L. | BFR | 2018 | $845.00 | 69.40 | $58,643.00 |
| Carens, Elizabeth Anne | BFR | 2018 | $730.00 | 117.00 | $85,410.00 |
| Irani, Neeckaum | Litigation | 2018 (CA) | $730.00 | 2.50 | $1,825.00 |
| Roarty, Charles | Tax | 2018 | $730.00 | 5.20 | $3,796.00 |
| Evans, Steven | Litigation | 2019 | $730.00 | 0.30 | $219.00 |
| Green, Austin Joseph | Litigation | 2019 | $730.00 | 98.30 | $71,759.00 |
| Sonkin, Cliff | BFR | 2019 | $730.00 | 8.40 | $6,132.00 |
| Hayes, Emily A | Litigation | 2019 (CA) | $595.00 | 76.10 | $45,279.50 |
| Morganelli, Brian | BFR | * | $595.00 | 157.50 | $93,712.50 |
| **Total Associates:** | | | | **1,574.20** | **$1,352,662.00** |

---

[2] BFR – Business Finance & Restructuring

[3] * - Not Yet Admitted

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| NAME OF PARAPROFESSIONALS: | DEPARTMENT[4] | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Lee, Kathleen | BFR | $435.00 | 14.90 | $6,481.50 |
| Stauble, Christopher A. | BFR | $420.00 | 0.40 | $168.00 |
| Hoilett, Leason | Litigation | $400.00 | 6.60 | $2,640.00 |
| Fabsik, Paul | BFR | $390.00 | 13.30 | $5,187.00 |
| Biratu, Sirak D. | Litigation | $345.00 | 2.20 | $759.00 |
| Altman-DeSole, Jacob | BFR | $250.00 | 2.00 | $500.00 |
| Kleissler, Matthew | BFR | $250.00 | 0.50 | $125.00 |
| Peene, Travis J. | BFR | $250.00 | 19.10 | $4,775.00 |
| **Total Paraprofessionals:** | | | **59.00** | **$20,635.50** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,349.88 | 744.40 | $1,004,851.00 |
| Associates | $859.27 | 1,574.20 | $1,352,662.00 |
| Paraprofessionals | $349.75 | 59.00 | $20,635.50 |
| **Blended Attorney Rate** | **$1,016.78** | | |
| **Total Fees Incurred:** | | **2,377.60** | **$2,378,148.50** |

---

[4] BFR – Business Finance & Restructuring