**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY WEIL, GOTSHAL & MANGES LLP
FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 003 | Automatic Stay | 218.70 | $222,133.00 |
| 004 | Bankruptcy Litigation | 123.00 | $110,210.50 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 159.20 | $144,182.50 |
| 006 | Case Administration (docket updates, WIP and calendar) | 19.50 | $11,180.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 882.90 | $897,169.50 |
| 009 | Communications with Client | 8.30 | $7,303.50 |
| 010 | Corporate Governance and Board Issues | 31.40 | $44,331.50 |
| 011 | Customer, Supplier and Vendor Issues | 13.00 | $12,402.00 |
| 012 | DIP Financing/ Cash Mgmt/ Hedging Transactions | 0.80 | $702.50 |
| 013 | Disclosure Statement | 182.10 | $155,348.50 |
| 014 | Employee Issues | 56.50 | $56,849.50 |
| 016 | Exclusivity | 10.20 | $8,670.50 |
| 017 | Executory Contracts/Lease Issues | 14.90 | $13,792.00 |
| 018 | General Case Strategy (includes calls with client and team calls) | 67.80 | $68,056.00 |
| 019 | Hearings and Court Matters | 79.60 | $98,722.00 |
| 021 | Non-Bankruptcy Litigation | 4.40 | $5,170.00 |
| 022 | Non-Working Travel | 44.30 | $57,127.50 |
| 023 | FERC Adversary Proceeding | 3.90 | $4,777.50 |
| 024 | Reclamation/503(b)(9) | 12.30 | $10,143.50 |
| 025 | Regulatory Issues including CPUC and FERC | 170.60 | $177,689.50 |
| 026 | Retention/Billing/Fee Applications: WGM | 30.20 | $23,169.00 |
| 027 | Retention/Fee Application: Ordinary Course Professionals | 0.40 | $292.00 |
| 028 | Retention/Fee Application: Other Professionals | 7.70 | $5,810.00 |
| 030 | Tax Issues | 127.80 | $160,808.50 |
| 031 | U.S. Trustee issues/ meetings/ communications/monthly operating | 0.20 | $225.00 |
| 032 | Unsecured Creditor Issues/ Communications/Meetings | 23.90 | $19,901.00 |
| 035 | Real Estate and Real Property Issues | 52.20 | $29,476.00 |
| 036 | Tort Claimants Committee, Including Wildfire Claimants | 23.30 | $24,139.00 |
| 037 | Insurance Issues | 8.50 | $8,366.50 |
| **Total:** | | **2,377.60** | **$2,378,148.50** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119