**EXHIBIT C**

**EXPENSE SUMMARY**
**FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $22,751.74 |
| CourtCall | $95.00 |
| Duplicating | $3,320.18 |
| Firm Messenger Service | $167.70 |
| Meals | $1,145.00 |
| Transportation | $4,577.90 |
| Travel | $29,840.46 |
| **Total Expenses Requested:** | **$61,897.98** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119