**Exhibit A**

**COMPENSATION BY PROFESSIONAL**
**DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

The attorneys who rendered professional services in these Chapter 11 Cases during the Consolidated Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Blake, Stephen | Litigation | 2008 | $1,325 | 14.40 | $19,080.00 |
| Curnin, Paul C. | Litigation | 1988 | $1,640 | 24.20 | $39,688.00 |
| Frankel, Andrew T. | Litigation | 1990 | $1,535 | 6.30 | $9,670.50 |
| Goldin, Nicholas | Litigation | 2000 | $1,480 | 19.30 | $28,564.00 |
| Grogan, Gregory T. | ECEB | 2001 | $1,535 | 9.50 | $14,582.50 |
| Kelley, Karen H. | Corporate | 2003 | $1,425 | 1.10 | $1,567.50 |
| Ponce, Mario A. | Corporate | 1989 | $1,640 | 80.00 | $131,200.00 |
| Purushotham, Ravi | Corporate | 2010 | $1,325 | 13.40 | $17,755.00 |
| Qusba, Sandy | Corporate | 1994 | $1,535 | 91.50 | $140,452.50 |
| Alcabes, Elisa | Litigation | 1989 | $1,220 | 2.90 | $3,538.00 |
| McLendon, Kathrine | Corporate | 1985 | $1,220 | 11.10 | $13,542.00 |
| Ricciardi, Sara A. | Litigation | 2003 | $1,190 | 54.20 | $64,498.00 |
| **Total Partners and Counsel:** | | | | **327.90** | **$484,138.00** |

| NAME OF PROFESSIONAL ASSOCIATES | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Calderon, Justin | Litigation | 2018 | $700 | 2.70 | $1,890.00 |
| Campbell, Eamonn W. | Litigation | 2016 | $915 | 16.70 | $15,280.50 |
| Duran, Raul G. | Litigation | 2018 | $590 | 4.30 | $2,537.00 |
| Egenes, Erica M. | Corporate | 2018 | $840 | 11.60 | $9,744.00 |
| Fell, Jamie | Corporate | 2015 | $995 | 6.00 | $5,970.00 |
| Isaacman, Jennifer | Litigation | 2019 | $590 | 13.50 | $7,965.00 |
| Kinsel, Kourtney J. | Litigation | 2018 | $590 | 23.00 | $13,570.00 |
| Lundqvist, Jacob | Litigation | 2019 | $590 | 13.70 | $8,083.00 |
| Phillips, Jacob M. | ECEB | 2017 | $840 | 5.80 | $4,872.00 |
| Sparks Bradley, Rachel | Litigation | 2013 | $1,095 | 9.20 | $10,074.00 |
| Sussman, Rebecca A. | Litigation | 2017 | $840 | 36.20 | $30,408.00 |
| **Total Associates:** | | | | **142.70** | **$110,393.50** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| NAME OF PARAPROFESSIONALS | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Franklin, Janie Marie | Paralegal – Litigation | | $455 | 1.60 | $728.00 |
| Kortright, Magallie | Paralegal – Litigation | | $400 | 2.60 | $1,040.00 |
| Kovoor, Thomas G. | Knowledge Management | | $420 | 3.30 | $1,386.00 |
| **Total Paraprofessionals:** | | | | **7.50** | **$3,154.00** |

| PROFESSIONALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,476.48 | 327.90 | $484,138.00 |
| Associates | $773.61 | 142.70 | $110,393.50 |
| Paraprofessionals | $420.53 | 7.50 | $3,154.00 |
| Blended Attorney Rate | $1,263.35 | | |
| **Total Fees Incurred** | | **478.10** | **$597,685.50** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017