Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

## Exhibit C

**EXPENSE SUMMARY FOR THE PERIOD
DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Expenses | Amounts |
|---|---|
| **Court Fees** | **$0** |
| **Research** | **$3,075.54** |
|     Online Research | $2,922.67 |
|     Document Retrieval | $152.87 |
| **Meals** | **$439.71** |
| **Travel** | **$9,007.36** |
|     Airfare | $4,011.16 |
|     Hotel | $3,600.00 |
|     Out-of-Town Travel | $1,265.77 |
|     Local Travel | $130.43 |
| **Duplicating** | **$104.78** |
| **Courier and Postage** | **$474.02** |
| **Conferencing/Communication** | **$358.54** |
| **Total Expenses Requested:** | **$13,459.95** |