**Exhibit D**

**FEE SUMMARY DETAIL**

**Task: Corporate Governance and Board Matters (CG)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/2/2019 | Curnin, Paul C. | T/c w/ J. Loduca re: legal strategy (0.5); edit pre-trial brief (0.8). | 1.30 | 2,132.00 |
| 12/2/2019 | Ricciardi, Sara A. | Review press re: CA probe/investigations report (0.2); emails to team re: same (0.2). | 0.40 | 476.00 |
| 12/2/2019 | Goldin, Nicholas | Call company counsel re: derivative claims, insurance (0.5); call client re: wildfire report (0.2); review same (0.2); review media (0.2); review communications re: TCC developments (0.2); review Tubbs pretrial brief (0.2). | 1.50 | 2,220.00 |
| 12/2/2019 | Sussman, Rebecca A. | Review and revise STB team workflows chart (0.3); review media re: CPUC report (0.3). | 0.60 | 504.00 |
| 12/2/2019 | Kinsel, Kourtney J. | Emails to team re: media article and SED report referenced therein (0.4). | 0.40 | 236.00 |
| 12/2/2019 | Ponce, Mario A. | Teleconfs, emails w/ Comp. Committee Chair and Board Chair re various Governance issues (0.8); review Board Code of Conduct, Governance Guidelines and Bylaws re: same (0.4). | 1.20 | 1,968.00 |
| 12/2/2019 | Ponce, Mario A. | Review materials for Board Meeting (0.8); emails, various issues re meeting (0.4). | 1.20 | 1,968.00 |
| 12/3/2019 | Frankel, Andrew T. | Review/revise Tubbs trial brief (0.9); communications w/ team re: same (0.4). | 1.30 | 1,995.50 |
| 12/3/2019 | Curnin, Paul C. | T/c w/ M. Moore re: privilege (0.2); t/c w/ J. Loduca re: trial brief (0.2). | 0.40 | 656.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/3/2019 | Goldin, Nicholas | Revise CPUC OSC briefing (1.0); revise Tubbs pre-trial briefing (2.0). | 3.00 | 4,440.00 |
| 12/3/2019 | Sussman, Rebecca A. | Review and revise PSPS OSC PHC Statement (0.3). | 0.30 | 252.00 |
| 12/3/2019 | Duran, Raul G. | Review local rules re: PHV filing (0.1). | 0.10 | 59.00 |
| 12/3/2019 | Kinsel, Kourtney J. | Review CPUC Camp Fire Investigation Report (0.2). | 0.20 | 118.00 |
| 12/3/2019 | Ponce, Mario A. | Telephonic Board Meeting (1.2). | 1.20 | 1,968.00 |
| 12/3/2019 | Ponce, Mario A. | Review/comments on Board Minutes (1.3). | 1.30 | 2,132.00 |
| 12/4/2019 | Frankel, Andrew T. | Review Tubbs filings for mock trial (3.0). | 3.00 | 4,605.00 |
| 12/4/2019 | Curnin, Paul C. | Review complaint (1.1); scheduling stipulation discussions (0.3); t/c's w/ management re: possible resolution (0.5). | 1.90 | 3,116.00 |
| 12/4/2019 | Ricciardi, Sara A. | Emails to team re: EVM findings call (0.3); review summary re: same (0.2). | 0.50 | 595.00 |
| 12/4/2019 | Goldin, Nicholas | Board meeting (1.0); call w/ team re: Tubbs (0.2); review Tubbs pre-trial brief (0.3). | 1.50 | 2,220.00 |
| 12/4/2019 | Duran, Raul G. | Attend status conference (0.8). | 0.80 | 472.00 |
| 12/4/2019 | Duran, Raul G. | Draft hearing summary (1.1). | 1.10 | 649.00 |
| 12/4/2019 | Kinsel, Kourtney J. | Attend Monitor EVM t/c (2.0); prepare summary to internal team re: same (1.1). | 3.10 | 1,829.00 |
| 12/4/2019 | Kinsel, Kourtney J. | Review draft responses for POR OII (1.2). | 1.20 | 708.00 |
| 12/4/2019 | Lundqvist, Jacob | Emails to team re: case calendar (Tubbs) (0.3). | 0.30 | 177.00 |
| 12/4/2019 | Ponce, Mario A. | Telephonic Board Meeting (1.0); emails, issues re same (0.3). | 1.30 | 2,132.00 |
| 12/5/2019 | Grogan, Gregory T. | Prepare for Compensation Committee pre-meeting (0.5). | 0.50 | 767.50 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/5/2019 | Ricciardi, Sara A. | Review agendas for Committee and Board meetings (0.2); emails to P. Curnin re: same (0.2); emails to R. Sussman re: Safety OII (0.3); email to L. Cheng re: Board and Committee meetings (0.2). | 0.90 | 1,071.00 |
| 12/5/2019 | Sussman, Rebecca A. | Email w/ STB team re: OII draft data responses (0.3); review and revise same (0.3); review Board correspondence re: court filings (0.3). | 0.90 | 756.00 |
| 12/5/2019 | Kinsel, Kourtney J. | Confirm requirements for electronic filing (0.2). | 0.20 | 118.00 |
| 12/5/2019 | Ponce, Mario A. | Review/comments to Board and Committee Minutes (1.4). | 1.40 | 2,296.00 |
| 12/5/2019 | Ponce, Mario A. | Review 8-K and Press Release re TCC settlement (0.5); emails re same (0.2). | 0.70 | 1,148.00 |
| 12/5/2019 | Ponce, Mario A. | Telephonic Board Meeting (1.3). | 1.30 | 2,132.00 |
| 12/5/2019 | Ponce, Mario A. | Review/comments to Board materials (0.7). | 0.70 | 1,148.00 |
| 12/5/2019 | Ponce, Mario A. | Emails, teleconfs w/ Directors re Board Meeting (0.6). | 0.60 | 984.00 |
| 12/5/2019 | Kelley, Karen H. | Prep. e-mails to G. Grogan re: compensation committee independence/adviser letter (0.2); review draft independence/adviser letter (0.3). | 0.50 | 712.50 |
| 12/6/2019 | Grogan, Gregory T. | Participate in Compensation Committee pre-meeting (1.5); t/c w/ M. Moore re: same (0.2); related follow-up tasks from meeting (0.4). | 2.10 | 3,223.50 |
| 12/6/2019 | Ricciardi, Sara A. | Prepare for Board meetings (0.6); emails w/ P. Curnin, N. Goldin re: same (0.3); review CPP report (0.3); review/analyze TCC papers (0.8); emails to N. Goldin re: same (0.2). | 2.20 | 2,618.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/6/2019 | Franklin, Janie Marie | Communications w/ team re: case updates (0.1). | 0.10 | 45.50 |
| 12/6/2019 | Phillips, Jacob M. | Telephonic participation in Compensation Committee meeting (1.5). | 1.50 | 1,260.00 |
| 12/6/2019 | Ponce, Mario A. | Call w/ L. Cheng re Board Minutes, review emails re same (0.5). | 0.50 | 820.00 |
| 12/8/2019 | Grogan, Gregory T. | T/c w/ J. Lowe re: Compensation Committee meeting (0.5). | 0.50 | 767.50 |
| 12/8/2019 | Kinsel, Kourtney J. | Review media article re: PG&E (0.2); email to internal team re: same (0.1). | 0.30 | 177.00 |
| 12/9/2019 | Curnin, Paul C. | Prepare for Board meeting (3.3); t/c w/ J. Loduca re: litigation investigation status (0.3). | 3.60 | 5,904.00 |
| 12/9/2019 | Ricciardi, Sara A. | Emails to team re: talking points/slides for presentation (0.4); email/calls w/ K. Kinsel re: Safety OII (0.4); prepare for Board meetings (0.9); call w/ MTO, R. Kenney, Board members re: Safety OII (0.9); call w/ P. Curnin re: same (0.1). | 2.70 | 3,213.00 |
| 12/9/2019 | Sparks Bradley, Rachel | Communications w/ R. Sussman re: documents, status (0.5). | 0.50 | 547.50 |
| 12/9/2019 | Ponce, Mario A. | Review Finance Committee materials (0.8), emails, issues, teleconfs w/ certain directors re same (0.4). | 1.20 | 1,968.00 |
| 12/9/2019 | Ponce, Mario A. | Weekly call w/ J. Loduca/J. Kane (0.5). | 0.50 | 820.00 |
| 12/10/2019 | Curnin, Paul C. | Review Safety OII materials (0.9); t/c w/ B. Brian re: Butte (0.4); review Board materials (1.0); CPP meeting (1.8); Board meeting (1.0). | 5.10 | 8,364.00 |
| 12/10/2019 | Grogan, Gregory T. | Participate in Compensation Committee meeting (1.1); prepare for same (0.4). | 1.50 | 2,302.50 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/10/2019 | Ricciardi, Sara A. | Review/analyze safety, culture and governance materials (2.6); review litigation tracker (0.2); prepare for Committee and Board meetings (2.3); meetings at PG&E (1.6); emails/confer w/ team re: Board meeting agenda items/ developments (0.9); emails to L. Cheng re: Committee/Board meetings (0.4); emails to K. Kinsel, R. Sussman re: monitors (0.4); email to P. Curnin re: same (0.1). | 8.50 | 10,115.00 |
| 12/10/2019 | Goldin, Nicholas | Review board distribution (0.3); review monitor issues (0.3). | 0.60 | 888.00 |
| 12/10/2019 | Phillips, Jacob M. | Telephonic participation in Compensation Committee meeting (1.5). | 1.50 | 1,260.00 |
| 12/10/2019 | Kinsel, Kourtney J. | Attend via t/c session re: Safety OII (0.9); draft summary re: same (0.4). | 1.30 | 767.00 |
| 12/10/2019 | Ponce, Mario A. | Review Board and Committee materials (1.5). | 1.50 | 2,460.00 |
| 12/10/2019 | Ponce, Mario A. | Review/comments to Board Minutes (1.5). | 1.50 | 2,460.00 |
| 12/10/2019 | Ponce, Mario A. | Participate in Board and Committee Meetings (2.0). | 2.00 | 3,280.00 |
| 12/10/2019 | Kelley, Karen H. | Prep. e-mail to R. Purushotham, M. Ponce re: audit committee/auditor independence question (0.4); t/c w/R. Purushotham re: same (0.2). | 0.60 | 855.00 |
| 12/10/2019 | Purushotham, Ravi | Call w/ B. Wong and F. Chang re audit committee questions and follow-up re same. | 0.50 | 662.50 |
| 12/11/2019 | Curnin, Paul C. | Meeting w/ J. Loduca re: Butte D.A. (0.3); attend board meeting (5.0). | 5.30 | 8,692.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/11/2019 | Kovoor, Thomas G. | Manage access to case resource for new user (0.3). | 0.30 | 126.00 |
| 12/11/2019 | Kortright, Magallie | Collect and distribute ECF filing for team review (0.2). | 0.20 | 80.00 |
| 12/11/2019 | Ricciardi, Sara A. | Confer/communications w/ team re: Governor proposal, other developments (0.7); Committee/Board meetings at PG&E (6.8); emails to team re: same (0.5); prepare summary of Executive Session (0.3); emails to P. Curnin re: same (0.2); emails to R. Sussman re: PSPS OSC pre-hearing submission (0.3); email to N. Goldin re: wildfire settlement papers (0.1); confer/emails to team re: proof of claim (0.4); emails to R. Sussman re: Board meeting action items (0.4). | 9.70 | 11,543.00 |
| 12/11/2019 | Goldin, Nicholas | Communications w/ team re: monitor (0.2). | 0.20 | 296.00 |
| 12/11/2019 | Sussman, Rebecca A. | Emails w/ PG&E and STB team re: review of PSPS OSC filing (0.5). | 0.50 | 420.00 |
| 12/11/2019 | Kinsel, Kourtney J. | Comment on response to PSPS OII (1.8). | 1.80 | 1,062.00 |
| 12/11/2019 | Ponce, Mario A. | Board and Committee Meetings (6.5); various issues related thereto (1.0). | 7.50 | 12,300.00 |
| 12/12/2019 | Alcabes, Elisa | Re D&O Insurance, tc/email w/ P. Curnin re: plan provisions re: assignment of Side B insurance coverage (0.4); review plan provisions and policies re: same (0.8); t/c w/ team (P. Curnin, N. Goldin, S. Qusba) re: same (0.3); follow-up email w/ P. Curnin re: same (0.2). | 1.70 | 2,074.00 |
| 12/12/2019 | Curnin, Paul C. | Review draft POR (1.1); multiple t/c w/ J. Loduca re: same (0.3). | 1.40 | 2,296.00 |

**Simpson Thacher & Bartlett LLP**
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/12/2019 | Grogan, Gregory T. | Emails w/ Board members re: compensation matters (0.3) and review related testimony (0.3). | 0.60 | 921.00 |
| 12/12/2019 | Ricciardi, Sara A. | Review/analyze wildfire settlement papers (2.3); emails to team re: same (0.7); review/analyze PG&E brief/response to order instituting investigation (0.9); emails to team re: same (0.3); review/analyze Baker comments to Ch 11 plan (0.8); communications w/ P. Curnin re: same (0.9); communications w/ S. Qusba, M. Ponce, P. Curnin, E. Alcabes re: same (0.8); email to PG&E re: comments to wildfire settlement (0.4); emails to L. Cheng re: Board meetings (0.2). | 7.30 | 8,687.00 |
| 12/12/2019 | Sussman, Rebecca A. | Review PSPS Response (0.4); legal research per questions from S. Ricciardi re: wildfire settlement (2.8); draft summary for team re: same (0.6). | 3.80 | 3,192.00 |
| 12/12/2019 | Ponce, Mario A. | Review of revised POR and Board Materials (1.5). | 1.50 | 2,460.00 |
| 12/13/2019 | Ricciardi, Sara A. | Review responses to comments on wildfire settlement (0.2); review update re: court Q&As (0.2); emails to R. Sussman re: same (0.2); emails to P. Curnin and emails to S. Qusba, M. Ponce re: Ch 11 plan (0.5). | 1.10 | 1,309.00 |
| 12/13/2019 | Goldin, Nicholas | T/c w/ team re: workstreams (0.5). | 0.50 | 740.00 |
| 12/13/2019 | Sussman, Rebecca A. | Call w/ Cravath, Jenner, MTO, PGE re: court Order (0.8); emails to team re: same | 1.70 | 1,428.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | (0.6); call w/ S. Ricciardi re: Board meeting (0.3). | | |
| 12/13/2019 | Ponce, Mario A. | Telephonic Board Meeting (1.1); review materials, issues related thereto (1.2). | 2.30 | 3,772.00 |
| 12/13/2019 | Purushotham, Ravi | Board call (1.1); review of backstop commitment letters (0.5). | 1.60 | 2,120.00 |
| 12/14/2019 | Ricciardi, Sara A. | Review letter from Governor and email to team re: same (0.3). | 0.30 | 357.00 |
| 12/14/2019 | Sussman, Rebecca A. | Review Governor Newsom letter and email w/ team re: same (0.3). | 0.30 | 252.00 |
| 12/14/2019 | Ponce, Mario A. | Conference call w/ Cravath, Weil, S. Qusba re Governor's letter (0.4). | 0.40 | 656.00 |
| 12/14/2019 | Ponce, Mario A. | Review Governor's letter and supplement (0.7); various issues, emails re same (0.5). | 1.20 | 1,968.00 |
| 12/14/2019 | Ponce, Mario A. | Conference call w/ Board Chairman, other Director, Qusba re Governor's letter, issues/strategy re same (1.4). | 1.40 | 2,296.00 |
| 12/14/2019 | Ponce, Mario A. | Research, emails, issues re AB 1054 and governance requests of Governor (1.2). | 1.20 | 1,968.00 |
| 12/15/2019 | Ricciardi, Sara A. | Review proposed response to Governor and email to team re: same (0.3). | 0.30 | 357.00 |
| 12/15/2019 | Ponce, Mario A. | Preparation of matrix re governance requests of Governor (0.9); emails, teleconfs, various issues re same (0.4). | 1.30 | 2,132.00 |
| 12/15/2019 | Ponce, Mario A. | Review/comments to Company response tetter to Governor (1.7); emails, teleconfs, various issues (0.5). | 2.20 | 3,608.00 |
| 12/15/2019 | Ponce, Mario A. | Telephonic Board Meeting (2.0). | 2.00 | 3,280.00 |
| 12/15/2019 | Ponce, Mario A. | Emails, teleconfs, various issues w/ Directors re | 1.20 | 1,968.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | company response letter to Governor (1.2). | | |
| 12/15/2019 | Purushotham, Ravi | Board call. | 1.10 | 1,457.50 |
| 12/15/2019 | Egenes, Erica M. | Prep chart re governor's governance requests (1.1); call with M. Ponce, R. Purushotham and S. Qusba re same (0.6). | 1.70 | 1,428.00 |
| 12/16/2019 | Ricciardi, Sara  A. | Call w/ R. Sussman, J. Isaacman, K. Kinsel re: Board meetings/status and slides for derivative plaintiff presentation (0.3); review court order (0.1); email to N. Goldin re: same (0.1); review Governor's submission (0.5); emails to team re: litigation status (0.4); review draft 8K filing (0.3); email to team re: same (0.1). | 1.80 | 2,142.00 |
| 12/16/2019 | Sussman, Rebecca A. | Call w/ S. Ricciardi, J. Isaacman, and K. Kinsel re: Board meeting (0.3); draft STB team workflow (0.8); review questions from S. Ricciardi re: upcoming litigation deadlines (0.3); email w/ STB team re: same (0.7). | 2.10 | 1,764.00 |
| 12/16/2019 | Kinsel, Kourtney J. | T/c w/ S. Ricciardi, R. Sussman, J. Isaacman re: review of Board meetings and overview of next steps (0.3). | 0.30 | 177.00 |
| 12/16/2019 | Kinsel, Kourtney J. | Review dockets in derivative litigations (0.3); emails to S. Ricciardi re: same (0.2). | 0.50 | 295.00 |
| 12/16/2019 | Isaacman, Jennifer | Team call re: Board meeting (0.4). | 0.40 | 236.00 |
| 12/16/2019 | Isaacman, Jennifer | Email team re: derivative complaint summaries (0.2). | 0.20 | 118.00 |
| 12/16/2019 | Ponce, Mario A. | Review Committee Minutes (0.4). | 0.40 | 656.00 |
| 12/16/2019 | Ponce, Mario A. | Review 8K (0.2). | 0.20 | 328.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/16/2019 | Purushotham, Ravi | Review of note sent to board (0.1). | 0.10 | 132.50 |
| 12/17/2019 | Curnin, Paul C. | Review presentation to Butte D.A. (1.0). | 1.00 | 1,640.00 |
| 12/17/2019 | Kortright, Magallie | Preparation of materials received from client for attorney review as per R. Sussman (0.3). | 0.30 | 120.00 |
| 12/17/2019 | Ricciardi, Sara A. | Review draft response to court order (0.5); email to N. Goldin, R. Sussman re: same (0.1); review legal/regulatory/legislative update (0.4); confer w/ E. Egenes and N. Goldin re: developments (0.6); emails to M. Ponce, S. Qusba, P. Curnin, N. Goldin, E. Egenes re: same (0.4); review reports re: settlement and bankruptcy court hearing (0.3). | 2.30 | 2,737.00 |
| 12/17/2019 | Sussman, Rebecca A. | Review draft of court filing (0.5); email w/ S. Ricciardi and N. Goldin re: same (0.3); emails/calls w/ STB team re: Board minutes (0.7). | 1.50 | 1,260.00 |
| 12/17/2019 | Ponce, Mario A. | Emails, teleconfs w/ Board Chair, Management and others re new Governance Protocol for Board minutes and materials (0.7). | 0.70 | 1,148.00 |
| 12/17/2019 | Egenes, Erica M. | Review of board minutes (0.2). | 0.20 | 168.00 |
| 12/18/2019 | Alcabes, Elisa | Re D&O Insurance, email/conference call w/ P. Curnin, N. Goldin and Latham (J. Brandt) re: Covington and D&O insurance recovery issues (0.5); follow-up call w/ P. Curnin and N. Goldin re: same (0.2). | 0.70 | 854.00 |
| 12/18/2019 | Curnin, Paul C. | T/c w/ Latham and J. Loduca re: assigned claims (0.5). | 0.50 | 820.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/18/2019 | Grogan, Gregory T. | Attend Compensation Committee call (1.0); prepare for same (0.5). | 1.50 | 2,302.50 |
| 12/18/2019 | Ricciardi, Sara A. | Review CPUC press release (0.2); emails to team re: Board minutes (0.4); review summary/memo re: bankruptcy OII testimony (0.6); emails to N. Goldin re: Ch 11 plan and releases (0.4); review revised response to court (0.3); email to N. Goldin, R. Sussman re: same (0.2); communications w/ team re: Board meetings/minutes (0.5). | 2.60 | 3,094.00 |
| 12/18/2019 | Goldin, Nicholas | Review court submission (0.5); call w/ company re: document production (0.3); review minute preparation protocol (0.2). | 1.00 | 1,480.00 |
| 12/18/2019 | Phillips, Jacob M. | Telephonic participation in Compensation Committee meeting (1.8). | 1.80 | 1,512.00 |
| 12/18/2019 | Sussman, Rebecca A. | Review court response draft (0.5); review prior work product in preparation for assignment per N. Goldin and S. Ricciardi (1.5). | 2.00 | 1,680.00 |
| 12/18/2019 | Kinsel, Kourtney J. | Email to E. Campbell re: order in Tubbs case (0.2). | 0.20 | 118.00 |
| 12/18/2019 | Ponce, Mario A. | Review POR OII testimony from other parties (0.8); respond to Director inquiries re same (0.4). | 1.20 | 1,968.00 |
| 12/18/2019 | Ponce, Mario A. | Conference calls, emails, various issues w/ management and Board Chair re Board materials and minutes (1.0). | 1.00 | 1,640.00 |
| 12/18/2019 | Purushotham, Ravi | Follow-up on board minute preparation process (0.8). | 0.80 | 1,060.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/18/2019 | Egenes, Erica M. | Prep for and meeting w/ J. Larocca and N. Fu re board minutes (0.5); call w/ N. Brownell, L. Cheng, B. Wong and M. Ponce re board matters (0.5); review of board minutes (1.0); prep for and call w/ L. Cheng, B. Wong, M. Ponce and R. Purushotham re board minutes (0.2). | 2.20 | 1,848.00 |
| 12/19/2019 | Curnin, Paul C. | Board call (1.1). | 1.10 | 1,804.00 |
| 12/19/2019 | Kovoor, Thomas G. | Modifications to case repository/files (0.5). | 0.50 | 210.00 |
| 12/19/2019 | Kortright, Magallie | Preparation of documents for attorney review (0.7) & electronic database update, as per J. Isaacman & R. Sussman (0.4). | 1.10 | 440.00 |
| 12/19/2019 | Grogan, Gregory T. | Compensation Committee call (1.0); prepare for same (0.5). | 1.50 | 2,302.50 |
| 12/19/2019 | Ricciardi, Sara A. | Emails to R. Sussman re: Board materials (0.4); review court submission edits (0.3); review presentation (0.5); emails to R. Sussman re: same (0.3); emails/call w/ N. Goldin re: same (0.6); review draft reply to Alliance protest (0.4); email to N. Goldin, R. Sussman re: same (0.2); call w/ R. Sussman re: same (0.2); emails to L. Cheng re: Board document (0.3); emails to F. Chang re: same (0.2); emails to N. Goldin re: same (0.2). | 3.60 | 4,284.00 |
| 12/19/2019 | Goldin, Nicholas | Review draft court filing (0.4); correspondence w/ team re: same (0.2). | 0.60 | 888.00 |
| 12/19/2019 | Phillips, Jacob M. | Telephonic participation in Compensation Committee meeting (1.0). | 1.00 | 840.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/19/2019 | Sussman, Rebecca A. | Emails w/ STB team re: data request from ad hoc committee (0.5); review Board work product for privilege per request from client (2.1); email w/ S. Ricciardi and N. Goldin re: same (0.8); calls/emails w/ client re: court response (0.4); email w/ N. Goldin, S. Ricciardi, Company, and Cravath re: same (0.6); emails w/ J. Isaacman, K. Kinsel, and S. Ricciardi re: work product presentation (0.4); review questions re: same (0.3). | 5.10 | 4,284.00 |
| 12/19/2019 | Ponce, Mario A. | Telephonic Board Meeting (1.1), review materials (0.6), emails/teleconfs w/ Board Chair re Issues (0.3). | 2.00 | 3,280.00 |
| 12/19/2019 | Purushotham, Ravi | Call w Cravath, Lazard and company re NDA w/ Abrams and Knighthead (0.5); board call (1.1). | 1.60 | 2,120.00 |
| 12/19/2019 | Egenes, Erica M. | Prep for and board meeting (1.7); prep draft board minutes (0.3). | 2.00 | 1,680.00 |
| 12/20/2019 | Kortright, Magallie | Preparation of materials received from client (0.6) & tracking chart for counsel's review & electronic data update, as per R. Sussman (0.4). | 1.00 | 400.00 |
| 12/20/2019 | Ricciardi, Sara  A. | Emails/call w/ N. Goldin re: Board document (0.4); emails to F. Chang re: same (0.3); call w/ N. Goldin and F. Chang re: same (0.2); email to R. Purushotham re: same (0.1); emails to R. Sussman re: Tubbs documents (0.3). | 1.30 | 1,547.00 |
| 12/20/2019 | Franklin, Janie Marie | Communications w/ team re: case updates (0.5). | 0.50 | 227.50 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/20/2019 | Goldin, Nicholas | Review communications re: carriers (0.2); review court order (0.2). | 0.40 | 592.00 |
| 12/20/2019 | Sussman, Rebecca A. | Review emails (0.7) and draft summary of same re: director document collection (0.3); emails w/ STB team re: production of director documents (0.6); emails w/ team re: court order (0.1); review of same (0.1). | 1.80 | 1,512.00 |
| 12/20/2019 | Ponce, Mario A. | Review/comments to Board minutes (1.0). | 1.00 | 1,640.00 |
| 12/22/2019 | Franklin, Janie Marie | File management (1.0). | 1.00 | 455.00 |
| 12/23/2019 | Ricciardi, Sara A. | Review comments/strategy re: response to court (0.2). | 0.20 | 238.00 |
| 12/23/2019 | Goldin, Nicholas | Communications w/ team re: insurance issues (0.2). | 0.20 | 296.00 |
| 12/23/2019 | Sussman, Rebecca A. | Call w/ Company, and attorneys re: court response (0.8); draft summary of call for STB team re: same (0.5). | 1.30 | 1,092.00 |
| 12/24/2019 | Grogan, Gregory T. | Review Board materials (0.5). | 0.50 | 767.50 |
| 12/24/2019 | Goldin, Nicholas | Review court motion (0.2); correspondence w/ team re: same (0.1); call w/ company counsel re: insurance (0.2). | 0.50 | 740.00 |
| 12/25/2019 | Goldin, Nicholas | Review presentation to government (1.2). | 1.20 | 1,776.00 |
| 12/26/2019 | Sussman, Rebecca A. | Review and revise stipulations re: adjournment (0.2). | 0.20 | 168.00 |
| 12/26/2019 | Isaacman, Jennifer | Review derivative action dockets (0.2). | 0.20 | 118.00 |
| 12/27/2019 | Goldin, Nicholas | Communications w/ team re: extensions (0.2). | 0.20 | 296.00 |
| 12/27/2019 | Sparks Bradley, Rachel | Review draft stipulation (0.2); review correspondence w/ Latham and MWE re: same (0.2); emails w/ R. Sussman re: same (0.3). | 0.70 | 766.50 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/27/2019 | Sussman, Rebecca A. | Legal research re: notice of appearance (1.0); emails w/ team re: same (0.5); emails w/ MCO re: same (0.5). | 2.00 | 1,680.00 |
| 12/28/2019 | Ricciardi, Sara A. | Review media report re: PG&E (0.2); communications w/ team re: same (0.2). | 0.40 | 476.00 |
| 12/28/2019 | Sussman, Rebecca A. | Review and revise director derivative suit stipulations (0.8). | 0.80 | 672.00 |
| 12/28/2019 | Kinsel, Kourtney J. | Review media articles re: PG&E (0.3); email to internal team re: same (0.1). | 0.40 | 236.00 |
| 12/29/2019 | Grogan, Gregory T. | Review Board materials (0.5). | 0.50 | 767.50 |
| 12/29/2019 | Ricciardi, Sara A. | Review stipulation to continue CMC in derivative actions (0.1); email to R. Sussman re: same (0.1). | 0.20 | 238.00 |
| 12/29/2019 | Purushotham, Ravi | Review of motion re: equity and debt commitment letters (0.8). | 0.80 | 1,060.00 |
| 12/29/2019 | Sussman, Rebecca A. | Email w/ STB team re: Board meeting (0.1); emails w/ team re: stipulations in derivative cases (0.2). | 0.30 | 252.00 |
| 12/30/2019 | Curnin, Paul C. | Review correspondence re: fact development (1.0); review 12/30 Board materials (0.4). | 1.40 | 2,296.00 |
| 12/30/2019 | Kovoor, Thomas G. | Prepare data for transfer per communications w/ R. Sussman (2.5). | 2.50 | 1,050.00 |
| 12/30/2019 | Ricciardi, Sara A. | Emails w/ team re: Board call (0.2). | 0.20 | 238.00 |
| 12/30/2019 | Kinsel, Kourtney J. | Prepare slides for presentation (1.4). | 1.40 | 826.00 |
| 12/30/2019 | Ponce, Mario A. | Board call (1.5); review related materials (1.0); issues and emails re same (0.5). | 3.00 | 4,920.00 |
| 12/30/2019 | Ponce, Mario A. | Weekly call with J. Loduca (0.3). | 0.30 | 492.00 |
| 12/30/2019 | Egenes, Erica M. | Prep draft board minutes (2.4); special telephonic board | 5.00 | 4,200.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | meeting (2.0); prep for same (0.6). | | |
| 12/31/2019 | Grogan, Gregory T. | Review Board materials (0.3). | 0.30 | 460.50 |
| 12/31/2019 | Ricciardi, Sara A. | Email to R. Sussman re: derivative litigation stipulation (0.1). | 0.10 | 119.00 |
| 12/31/2019 | Sussman, Rebecca A. | Review revised stipulations re: proposed CMC date (0.2). | 0.20 | 168.00 |
| 12/31/2019 | Ponce, Mario A. | Emails, teleconference, various issues re enhanced regular protocol proposed by Governor (1.5). | 1.50 | 2,460.00 |
| TOTAL | | | 221.80 | $277,457.00 |

## Task Code: Fee/Employment Applications (FA)

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/1/2019 | Fell, Jamie | Review of monthly invoices. | 1.50 | 1,492.50 |
| 12/2/2019 | McLendon, Kathrine | T/C J. Fell re: status of completion of October monthly statement (0.1); review and comment on monthly statement for October (0.9); email accounting team re: follow-up matters on October monthly statement (0.2). | 1.20 | 1,464.00 |
| 12/2/2019 | Fell, Jamie | Review of monthly invoices (1.0) and corr. w/ M. Sofroniou and K. McLendon re: application of billing guidelines (0.4). | 1.40 | 1,393.00 |
| 12/3/2019 | McLendon, Kathrine | Emails accounting, R. Sparks Bradley and J. Fell re: completion of October monthly statements (0.3); further emails accounting, R. Sparks Bradley and J. Fell re: amended protocol and terms of approval order (0.2); further emails J. Fell re: billing protocol issues (0.1). | 0.60 | 732.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/4/2019 | McLendon, Kathrine | Further emails w/ accounting, R. Sparks Bradley and J. Fell re: finalizing October monthly statement (0.2). | 0.20 | 244.00 |
| 12/4/2019 | Sparks Bradley, Rachel | Prepare fee application materials (1.8); emails w/ K. McLendon, J. Fell, internal accounting team re: same (0.5). | 2.30 | 2,518.50 |
| 12/4/2019 | Fell, Jamie | Review of monthly invoices (0.6) and corr. w/ N. Goldin, K. McLendon and billing coordinators re: same (0.5). | 1.10 | 1,094.50 |
| 12/5/2019 | McLendon, Kathrine | T/c w/ accounting department re: finalizing October statements (0.1). | 0.10 | 122.00 |
| 12/5/2019 | McLendon, Kathrine | Review and comment on revised draft of October monthly statement (0.5); emails accounting department re finalizing October monthly statement (0.1). | 0.60 | 732.00 |
| 12/17/2019 | McLendon, Kathrine | Email J. Calderon re: prep of October monthly statement (0.1); further emails J. Fell and J. Calderon re: prep of October monthly statement (0.1). | 0.20 | 244.00 |
| 12/19/2019 | McLendon, Kathrine | T/c J. Fell re preparation of monthly statement for October for filing and timetable (0.2). | 0.20 | 244.00 |
| 12/19/2019 | Fell, Jamie | Prepare monthly fee statement (2.0). | 2.00 | 1,990.00 |
| 12/22/2019 | McLendon, Kathrine | Emails conflicts team re updated conflicts list from Weil and review of same. | 0.20 | 244.00 |
| 12/23/2019 | Sparks Bradley, Rachel | Prepare fee application materials (0.5); emails w/ S. Ricciardi, internal accounting team re: same (0.4). | 0.90 | 985.50 |
| 12/30/2019 | McLendon, Kathrine | Email w/ S. Ricciardi re: November statement to be submitted to company (0.1); begin review and comment on November statements (1.2). | 1.30 | 1,586.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/30/2019 | Calderon, Justin | Review and revise seventh fee statement (1.0); draft certificate of no objection for sixth fee statement (1.7). | 2.70 | 1,890.00 |
| 12/30/2019 | McLendon, Kathrine | Review and comment on draft monthly fee statement for October (7th) (0.5); email J. Calderon re: finalizing 7th monthly fee statement and filing thereof (0.1); begin review and comment on November statement (0.3); continue review and comment on November statement (1.3); emails J. Fell and J. Calderon re: CNO for September statement (0.2); email Prime Clerk team re: service of STB 7th monthly fee statement (0.1); email accounting team re: November statement (0.1); review and comment on draft CNO September for (sixth) statement (0.2); email J. Fell and J. Calderon re: CNO and objected-to portion of fees (0.2); prep emails to fee examiner and U.S. Trustee re: STB 7th monthly fee statement (0.5); email accounting team re: emails to U.S. Trustee and fee examiner (0.1); further internal emails E. Alcabes and J. Calderon re: CNO on 6th monthly fee statement (0.1); review revised draft of CNO on 6th monthly statement (0.1). | 3.80 | 4,636.00 |
| 12/31/2019 | McLendon, Kathrine | Continue review and comment on November statements (0.9); email w/ R. Sparks Bradley re: November statements and follow-up matters (0.2); further email w/ R. Sparks Bradley re: November statements (0.1); review S. Ricciardi emails re: | 1.50 | 1,830.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | November statements (0.1); further emails w/ STB team re: finalizing November statements (0.2). | | |
| 12/31/2019 | Sparks Bradley, Rachel | Prepare fee application materials (2.9); emails w/ N. Goldin, K. McLendon, R. Sussman, internal accounting team re: same (0.6); email to S. Ricciardi re: same (0.7). | 4.20 | 4,599.00 |
| 12/31/2019 | Sussman, Rebecca A. | Review fee application; emails w/ team re: same (0.3). | 0.30 | 252.00 |
| 12/31/2019 | McLendon, Kathrine | Emails accounting team re additional comments on November statement (0.3); further emails STB team re November statement (0.1); coordinate finalizing and filing of CNO on 6th monthly with J. Calderon (0.1); prep draft email for N. Goldin to company re amounts of 6th monthly authorized to be paid under interim compensation procedures order (0.3); further emails accounting team re CNO on 6th monthly (0.1). | 0.90 | 1,098.00 |
| **TOTAL** | | | **27.20** | **$29,391.00** |

**Task Code: Fee Objections (FO)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/17/2019 | Alcabes, Elisa | Re D&O Insurance, tc/email w/ P. Curnin and Weil (J. Liou) re: PERA objection and assignment provisions in plan (0.3); review PERA objection re: same (0.2). | 0.50 | 610.00 |
| 12/30/2019 | McLendon, Kathrine | Email w/ N. Goldin and E. Alcabes re: PERA limited objection to 6th monthly fee statement (0.2). | 0.20 | 244.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/31/2019 | McLendon, Kathrine | Emails w/ N. Goldin and J. Fell re: CNO on sixth monthly and PERA limited objection (0.1). | 0.10 | 122.00 |
| **TOTAL** | | | 0.80 | **$976.00** |

**Task Code: Plan/Disclosure Statement (PL)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/1/2019 | Qusba, Sandy | T/c with J. Loduca, R. Barrera, K. Orsini and M. Moore regarding claims analysis (1.3); correspondence with J. Loduca regarding Subro RSA (.4); t/c with S. Karotkin regarding same (0.3); t/c with R. Barrera regarding claims analysis and mediation (0.4). | 2.40 | 3,684.00 |
| 12/2/2019 | Ponce, Mario A. | Review/comments on TCC RSA (0.7); emails, teleconfs, various issues re: same (0.3). | 1.00 | 1,640.00 |
| 12/2/2019 | Qusba, Sandy | Review Subro RSA changes and correspondence with S. Karotkin regarding same (0.4); review draft TCC RSA (1.5); t/c with M. Ponce, K. Orsini, J. Loduca and J. Wells regarding RSA (0.4); review S. Karotkin's comments to draft TCC RSA (0.4); t/c with M. Ponce regarding update on tax receivables agreement and mediation (0.3); t/c with Board, T. Wagner and Jones Day regarding mediation status and open issues with TCC and Governor (1.4); summary of same for STB team (0.4); t/c with R. Barrera regarding Board call and open issues (0.3); review and comment on draft RSA with J. Liou and S. Karotkin (1.0). | 6.10 | 9,363.50 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/3/2019 | Ponce, Mario A. | Review/comments on revised RSA and term sheets for TCC (2.8); emails, teleconfs, various issues re same (1.2). | 4.00 | 6,560.00 |
| 12/3/2019 | Qusba, Sandy | T/c with J. Loduca regarding next steps (0.2); review and comment on draft TCC RSA/Term Sheet (1.4); correspondence with STB team regarding same (0.3); review and comment on revised TCC RSA/Term Sheet (1.3); t/c with M. Ponce regarding same (0.4); correspondence with STB team regarding TCC Term Sheet (0.3); correspondence with finance/restructuring committee regarding TCC RSA/Term Sheet (0.5). | 4.40 | 6,754.00 |
| 12/4/2019 | Ponce, Mario A. | Review revised RSA and Term Sheet re TCC (0.5); emails, issues re same (0.2). | 0.70 | 1,148.00 |
| 12/4/2019 | Ponce, Mario A. | Conference calls, emails, various issues re non-economic terms of TCC settlement (1.2). | 1.20 | 1,968.00 |
| 12/4/2019 | Qusba, Sandy | Review TCC pleading regarding Subro RSA (0.3); correspondence with board members regarding Subro RSA hearing (0.5); participate in Subro RSA hearing (2.7); participate in board call regarding TCC RSA/Term Sheet and court hearing (1.0); t/c with S. Karotkin regarding follow-up from court hearing (0.3). | 4.80 | 7,368.00 |
| 12/5/2019 | Ponce, Mario A. | Review revised POR (0.6). | 0.60 | 984.00 |
| 12/5/2019 | Qusba, Sandy | Review and comment on ch. 11 plan (1.4); review and comment on Board material (0.7); t/c with M. Ponce regarding Board material (0.5); t/c with B. Bennett regarding update (0.4); | 5.60 | 8,596.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | t/c with Board regarding TCC RSA/Term Sheet (1.5); t/c with M. Ponce regarding same (0.3); review and comment on revised drafts of TCC RSA/Term sheet (0.8). | | |
| 12/6/2019 | Ponce, Mario A. | Conference calls, emails, documents, various issues re Final RSA and Term Sheet for TCC (3.0) and press release (0.4) and 8K (1.1). | 4.50 | 7,380.00 |
| 12/6/2019 | Qusba, Sandy | Review and comment on TCC RSA/Term Sheet, press release and 8K (2.8); t/c (numerous) with S. Karotkin, K. Orsini, J. Loduca and M. Ponce regarding TCC RSA/Term Sheet, press release and 8K (1.5); t/c with Finance and Restructuring Committee chairs regarding TCC RSA/Term Sheet (1.0); t/c with S. Karotkin, K. Orsini, B. Bennett and J. Mester regarding various TCC RSA issues (0.7). | 6.00 | 9,210.00 |
| 12/8/2019 | Qusba, Sandy | Review and comment on TCC RSA approval motion. | 2.00 | 3,070.00 |
| 12/9/2019 | Ponce, Mario A. | Review POR OII Testimony and TCC RSA motions (0.9); emails, teleconfs, various issues (0.2). | 1.10 | 1,804.00 |
| 12/9/2019 | Qusba, Sandy | Correspondence with M. Moore regarding TCC RSA approval motion (0.3); correspondence with Weil regarding same (0.4). | 0.70 | 1,074.50 |
| 12/10/2019 | Qusba, Sandy | Attend board committee meeting (2.5). | 2.50 | 3,837.50 |
| 12/11/2019 | Purushotham, Ravi | Review and calls re backstop commitment letters. | 2.40 | 3,180.00 |
| 12/11/2019 | Qusba, Sandy | Attend court hearing regarding post-petition interest (2.5); attend board meetings (2.5); review and comment on revised equity backstop agreement (1.5); correspondence with STB | 7.70 | 11,819.50 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | team regarding same (0.4); review and comment on Board material regarding equity backstop (0.8). | | |
| 12/12/2019 | Ponce, Mario A. | Review/comments/emails re revised Backstop Commitment letters (1.7). | 1.70 | 2,788.00 |
| 12/12/2019 | Purushotham, Ravi | Review and comment on backstop commitment letter (3.0); board call (0.6). | 3.60 | 4,770.00 |
| 12/12/2019 | Qusba, Sandy | Review and comment on revised ch. 11 plan and equity backstop agreement (3.1); t/c (numerous) with Board members and advisors regarding same (1.5); t/c with Board regarding equity backstop agreement (1.1); t/c (numerous) with Company and advisors and Jones Day regarding same (0.7). | 6.40 | 9,824.00 |
| 12/13/2019 | Ponce, Mario A. | Conference call w/ Advisors, PJT, Jones Day re Backstop Commitment Letter Launch, associated issues (0.7). | 0.70 | 1,148.00 |
| 12/13/2019 | Ponce, Mario A. | Emails, teleconfs, various issues re POR and Assigned Causes of Action re Directors (1.0). | 1.00 | 1,640.00 |
| 12/13/2019 | Qusba, Sandy | T/c with S. Karotkin regarding update (0.3); negotiate and finalize equity backstop commitment letters (2.7); prep for and participate in board call regarding Governor's position and equity backstop (0.8). | 3.80 | 5,833.00 |
| 12/13/2019 | Egenes, Erica M. | Call re backstop with company, Lazard, Cravath, Abrams and Knighthead, PJT, Jones Day. | 0.50 | 420.00 |
| 12/14/2019 | Qusba, Sandy | Review and comment on Governor and advisor letters (1.8); t/c with S. Karotkin, R. Hall and M. Ponce regarding same (0.5); t/c with N. Brownell regarding same (0.4); t/c with | 4.40 | 6,754.00 |

**Simpson Thacher & Bartlett LLP**
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | N. Brownell, A. Wolf and M. Ponce regarding same (1.0); t/c with R. Barrera and J. Wells regarding next steps (0.5); t/c with R. Barrera regarding same (0.2). | | |
| 12/15/2019 | Qusba, Sandy | T/c with R. Barrera regarding status and next steps (0.5); t/c with S. Karotkin regarding governance and other requests from Governor (0.5); t/c with N. Brownell regarding same (0.5); t/c with M. Ponce, R. Purushotham and E. Egenes regarding issues chart and next steps (0.6); review chart (0.3); revise board letter (1.0); t/c with B. Bennett regarding next steps (0.5); t/c with M. Ponce regarding same (0.5); t/c with R. Barrera regarding same and governor's requests (0.4); t/c with M. Ponce and J. Simon regarding Board call (0.3); prep for and participate in Board call regarding response to Governor (1.5); t/c Board in executive session regarding same (0.5); t/c with M. Ponce and N. Brownell regarding same (0.3); t/c with M. Ponce and J. Simon regarding same (0.3). | 7.70 | 11,819.50 |
| 12/16/2019 | Ponce, Mario A. | Review Motion from Governor's Office (0.3). | 0.30 | 492.00 |
| 12/16/2019 | Ponce, Mario A. | Teleconfs, emails, various issues re Court motions, Equity Backstop (0.6). | 0.60 | 984.00 |
| 12/16/2019 | Qusba, Sandy | Review 8K, TCC RSA amendment and press release (0.8); t/c with N. Brownell regarding same (0.7); correspondence with Restructuring and Finance Committee chairs regarding | 6.40 | 9,824.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | next steps (0.7); correspondence with S. Karotkin regarding next steps and 12/17 hearing (0.4); review objections to approvals of RSAs and prepare chart of same for Board (3.8). | | |
| 12/17/2019 | Ponce, Mario A. | Emails, teleconfs, various issues re Court hearings and arguments (0.7). | 0.70 | 1,148.00 |
| 12/17/2019 | Ponce, Mario A. | Review backstop commitment letter (0.6). | 0.60 | 984.00 |
| 12/17/2019 | Qusba, Sandy | T/c with R. Barrera regarding hearing and next steps (0.3); participate in court hearing (6.0). | 6.30 | 9,670.50 |
| 12/18/2019 | Ponce, Mario A. | Equity backstop comments, issues, emails (0.8). | 0.80 | 1,312.00 |
| 12/18/2019 | Qusba, Sandy | Meeting with M. Ponce regarding next steps (0.2); review correspondence to N. Brownell and comment on same (0.2); correspondence with M. Moore regarding Restructuring committee issues (0.3). | 0.70 | 1,074.50 |
| 12/19/2019 | Ponce, Mario A. | Review equity backstop commitment revisions (1.7); teleconfs, emails, various issues regarding Equity Backstop Commitment revisions (0.5). | 2.20 | 3,608.00 |
| 12/19/2019 | Ponce, Mario A. | Review PSPs Complaint and evaluate impact on Equity Commitments (0.7). | 0.70 | 1,148.00 |
| 12/19/2019 | Qusba, Sandy | Review and comment on estimation stipulation (0.6); t/c with Weil/Cravath/Lazard regarding equity commitments and NDAs (0.5); t/c with Board regarding update and next steps in case (1.5); review and comment on makewhole brief (0.7); review and comment on Tubbs settlement agreement (1.2); review PSPs class action complaint (0.8); review and | 6.10 | 9,363.50 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | comment on equity backstop (0.8). | | |
| 12/20/2019 | Ponce, Mario A. | Conference calls, emails, teleconfs, documents, various issues re equity backstop commitment letters (2.0). | 2.00 | 3,280.00 |
| 12/20/2019 | Purushotham, Ravi | Review of backstop letter commitment comments. | 0.90 | 1,192.50 |
| 12/28/2019 | Qusba, Sandy | Review and comment on revised exit financing motion (1.7); correspondence with M. Ponce and R. Purushotham regarding same (0.5). | 2.20 | 3,377.00 |
| 12/30/2019 | Qusba, Sandy | Review Board material (1.3). | 1.30 | 1,995.50 |
| **TOTAL** | | | **119.30** | **$183,891.00** |

**Task Code: Non-Working Travel Time (TV)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/5/2019 | Frankel, Andrew T. | Travel from SF to NY (2.0). | 2.00 | 3,070.00 |
| 12/10/2019 | Ricciardi, Sara A. | Travel from NY to SF (2.0). | 2.00 | 2,380.00 |
| 12/10/2019 | Ponce, Mario A. | Travel from NY to SF for Board Meeting (2.0). | 2.00 | 3,280.00 |
| 12/10/2019 | Qusba, Sandy | Travel to San Francisco (2.0). | 2.00 | 3,070.00 |
| 12/12/2019 | Ricciardi, Sara A. | Travel from SF to NY (2.0). | 2.00 | 2,380.00 |
| 12/12/2019 | Ponce, Mario A. | Travel from SF to NY (2.0). | 2.00 | 3,280.00 |
| 12/12/2019 | Qusba, Sandy | Travel from San Francisco to NY (2.0). | 2.00 | 3,070.00 |
| **TOTAL** | | | **14.00** | **$20,530.00** |

**Task Code: Pre-Trial Pleadings and Motion (L200)**

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/2/2019 | Curnin, Paul C. | T/c w/ T. Dubbs (plaintiffs' counsel) re: settlement (0.5); t/c w/ J. Brandt re: settlement (0.5). | 1.00 | 1,640.00 |
| 12/3/2019 | Goldin, Nicholas | Review communications re: PERA briefing (0.2). | 0.20 | 296.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/4/2019 | Campbell, Eamonn W. | Review summary of court conference (0.2). | 0.20 | 183.00 |
| 12/5/2019 | Ricciardi, Sara A. | Emails to N. Goldin, K. Kinsel re: securities litigation stipulation (0.2). | 0.20 | 238.00 |
| 12/5/2019 | Goldin, Nicholas | Calls w/ counsel re: PERA briefing (0.3); review complaint (0.8); review stipulation re: scheduling (0.2); communications w/ team re: same (0.3). | 1.60 | 2,368.00 |
| 12/9/2019 | Ricciardi, Sara A. | Review Judge Davila order (0.1); email to DPW, MWE re: same (0.1); email to N. Goldin re: same (0.1). | 0.30 | 357.00 |
| 12/9/2019 | Blake, Stephen | Communications w/ co-counsel re: briefing and potential mediators (0.3). | 0.30 | 397.50 |
| 12/9/2019 | Sparks Bradley, Rachel | T/c w/ Latham re: Company documents (0.2); t/c w/ E. Campbell re: same (0.1); emails w/ P. Curnin, N. Goldin re: same (0.3). | 0.60 | 657.00 |
| 12/10/2019 | Blake, Stephen | Review opposition to Directors/UWs brief (1.2); review opposition to officers brief (0.5); communications w/ team re: reply brief (1.1). | 2.80 | 3,710.00 |
| 12/10/2019 | Campbell, Eamonn W. | T/c w/ S. Blake re: motion to dismiss reply brief (1.1). | 1.10 | 1,006.50 |
| 12/10/2019 | Lundqvist, Jacob | T/c w/ team re: MTD reply (0.9). | 0.90 | 531.00 |
| 12/11/2019 | Blake, Stephen | Review brief (0.4); communications w/ team re: same (1.1). | 1.50 | 1,987.50 |
| 12/11/2019 | Goldin, Nicholas | Call w/ team re: reply (0.2). | 0.20 | 296.00 |
| 12/11/2019 | Campbell, Eamonn W. | Review of opposition brief (0.9); draft outline of reply brief (0.6). | 1.50 | 1,372.50 |
| 12/11/2019 | Campbell, Eamonn W. | T/c w/ S. Blake re: drafting reply brief (1.1). | 1.10 | 1,006.50 |
| 12/11/2019 | Duran, Raul G. | Review opposition to MTD (1.3). | 1.30 | 767.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/11/2019 | Duran, Raul G. | Confer w/ team re: response to opposition to MTD (1.0). | 1.00 | 590.00 |
| 12/11/2019 | Kinsel, Kourtney J. | Review motion to dismiss (1.1); review plaintiffs' opposition to motion to dismiss (1.2); prepare list of potential arguments to make on reply (0.6). | 2.90 | 1,711.00 |
| 12/11/2019 | Kinsel, Kourtney J. | Meeting w/ internal team re: reply to opposition to MTD (1.1). | 1.10 | 649.00 |
| 12/11/2019 | Isaacman, Jennifer | Call w/ team re: motion to dismiss reply (1.1). | 1.10 | 649.00 |
| 12/11/2019 | Lundqvist, Jacob | T/c w/ team re: MTD reply drafting (1.0); outline drafting re: same (0.8). | 1.80 | 1,062.00 |
| 12/12/2019 | Blake, Stephen | Continue review of brief (0.8); call w/ DPW re: same (0.7). | 1.50 | 1,987.50 |
| 12/12/2019 | Campbell, Eamonn W. | T/c w/ S. Blake, DPW re: reply briefs (0.7). | 0.70 | 640.50 |
| 12/12/2019 | Campbell, Eamonn W. | Draft reply brief (2.0). | 2.00 | 1,830.00 |
| 12/12/2019 | Isaacman, Jennifer | Outline MTD reply (1.5). | 1.50 | 885.00 |
| 12/12/2019 | Lundqvist, Jacob | Research for MTD reply (2.5); draft MTD reply (1.5). | 4.00 | 2,360.00 |
| 12/13/2019 | Blake, Stephen | Communications w/ team re: reply brief arguments (0.5). | 0.50 | 662.50 |
| 12/13/2019 | Kinsel, Kourtney J. | Prepare summary of case cited in opposition brief (0.5); email w/ E. Campbell re: same (0.1). | 0.60 | 354.00 |
| 12/13/2019 | Isaacman, Jennifer | Draft MTD reply outline (1.4). | 1.40 | 826.00 |
| 12/13/2019 | Lundqvist, Jacob | Research for MTD reply (1.0); draft MTD reply (1.0); t/c w/ S. Blake re: same (0.2). | 2.20 | 1,298.00 |
| 12/14/2019 | Lundqvist, Jacob | Draft MTD reply (1.4). | 1.40 | 826.00 |
| 12/15/2019 | Campbell, Eamonn W. | Draft outline for reply brief in support of motion to dismiss (0.6). | 0.60 | 549.00 |
| 12/16/2019 | Ricciardi, Sara A. | Emails/calls w/ R. Sussman re: Latham request (0.4); call w/ Latham and R. Sussman re: same (0.2); emails to N. Goldin re: same (0.2). | 0.80 | 952.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/16/2019 | Blake, Stephen | Communications w/ team re: MTD reply brief drafting and research (0.5); emails w/ MWE and DPW re: reply briefs (0.2). | 0.70 | 927.50 |
| 12/16/2019 | Campbell, Eamonn W. | Draft outline for reply brief (1.9). | 1.90 | 1,738.50 |
| 12/16/2019 | Sussman, Rebecca A. | Emails w/ STB team re: request from Latham (0.6); call w/ S. Ricciardi and Latham re: documents (0.2); draft summary of document requests for S. Ricciardi per question Latham (0.7); communications w/ E. Campbell re: Latham requests (0.2). | 1.70 | 1,428.00 |
| 12/16/2019 | Isaacman, Jennifer | Outline for motion to dismiss reply (0.7). | 0.70 | 413.00 |
| 12/16/2019 | Lundqvist, Jacob | Continue drafting MTD reply (2.3). | 2.30 | 1,357.00 |
| 12/17/2019 | Curnin, Paul C. | T/c w/ Weil re: Pera (0.2). | 0.20 | 328.00 |
| 12/17/2019 | Ricciardi, Sara A. | Emails/call w/ N. Goldin and R. Sussman re: Latham request (0.2); emails to S. Blake re: PERA reply (0.3); call w/ S. Blake, E. Campbell and McDermott re: same (0.4); email to Latham re: documents (0.1). | 1.00 | 1,190.00 |
| 12/17/2019 | Blake, Stephen | T/c w/ MWE re: MTD reply briefs (0.5). | 0.50 | 662.50 |
| 12/17/2019 | Campbell, Eamonn W. | T/c w/ S. Blake, S. Ricciardi, Officers' counsel re: reply brief (0.6). | 0.60 | 549.00 |
| 12/17/2019 | Sussman, Rebecca A. | Call w/ S. Ricciardi and N. Goldin re: request from Latham/McDermott (0.3). | 0.30 | 252.00 |
| 12/17/2019 | Isaacman, Jennifer | Draft motion to dismiss reply section (0.5). | 0.50 | 295.00 |
| 12/18/2019 | Ricciardi, Sara A. | Call w/ N. Goldin, R. Sussman and Latham re: documents requested (0.4). | 0.40 | 476.00 |
| 12/18/2019 | Goldin, Nicholas | Call w/ Company counsel re: mediation (0.5); | 0.70 | 1,036.00 |

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| | | communications w/ team re: same (0.2). | | |
| 12/18/2019 | Campbell, Eamonn W. | Draft reply brief (3.4). | 3.40 | 3,111.00 |
| 12/18/2019 | Sussman, Rebecca A. | Call w/ Latham, N. Goldin and S. Ricciardi re: document request (0.4); prepare for same (0.3). | 0.70 | 588.00 |
| 12/18/2019 | Kinsel, Kourtney J. | Review talking points for mediation presentation (0.9); create outline of points in preparation for settlement discussion (0.4). | 1.30 | 767.00 |
| 12/18/2019 | Isaacman, Jennifer | Draft motion to dismiss reply section (2.0). | 2.00 | 1,180.00 |
| 12/19/2019 | Ricciardi, Sara A. | Emails to team re: slides for settlement presentation (0.3). | 0.30 | 357.00 |
| 12/19/2019 | Goldin, Nicholas | Review opposition papers (1.0); communications w/ team re: same (0.2); confer w/ team re: correspondence w/ plaintiff counsel (0.1). | 1.30 | 1,924.00 |
| 12/19/2019 | Campbell, Eamonn W. | Draft reply brief (1.4). | 1.40 | 1,281.00 |
| 12/19/2019 | Kinsel, Kourtney J. | Prepare outline of points in preparation for potential settlement discussion (2.6). | 2.60 | 1,534.00 |
| 12/20/2019 | Ricciardi, Sara A. | Review letter from Labaton (0.1); email to McDermott re: same (0.1); call w/ S. Blake re: status (0.2). | 0.40 | 476.00 |
| 12/20/2019 | Blake, Stephen | Revise draft directors MTD reply brief inserts (1.7); communications w/ team re: status (0.3). | 2.00 | 2,650.00 |
| 12/20/2019 | Kinsel, Kourtney J. | Work on outline of points for derivate suit settlement slides (1.3). | 1.30 | 767.00 |
| 12/20/2019 | Isaacman, Jennifer | Draft outline for potential settlement presentation (0.5). | 0.50 | 295.00 |
| 12/21/2019 | Blake, Stephen | Revise Directors MTD reply inserts (2.8); emails w/ team re: same (0.4). | 3.20 | 4,240.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| Work Date | Timekeeper Name | Narrative | Bill Hours | Bill Amount |
|---|---|---|---|---|
| 12/22/2019 | Campbell, Eamonn W. | Draft motion to dismiss reply brief (1.7). | 1.70 | 1,555.50 |
| 12/22/2019 | Lundqvist, Jacob | Research for MTD reply (0.6); prepare summary re: same (0.2) | 0.80 | 472.00 |
| 12/23/2019 | Blake, Stephen | Revise Directors MTD reply insert (1.2); emails w/ DPW re: same (0.2). | 1.40 | 1,855.00 |
| 12/23/2019 | Sussman, Rebecca A. | Review and revise presentation outline (0.9). | 0.90 | 756.00 |
| 12/23/2019 | Isaacman, Jennifer | Outline slides for potential settlement presentation (2.8). | 2.80 | 1,652.00 |
| 12/24/2019 | Isaacman, Jennifer | Outline slides for presentation (2.2). | 2.20 | 1,298.00 |
| 12/25/2019 | Goldin, Nicholas | Review MTD opposition papers (0.9). | 0.90 | 1,332.00 |
| 12/26/2019 | Goldin, Nicholas | Review opposition to MTD (0.6). | 0.60 | 888.00 |
| 12/26/2019 | Campbell, Eamonn W. | Review of case docket re: upcoming deadlines (0.5). | 0.50 | 457.50 |
| 12/26/2019 | Sussman, Rebecca A. | Revise outline for presentation (0.6). | 0.60 | 504.00 |
| 12/28/2019 | Goldin, Nicholas | Review MTD opposition (0.6); review draft reply (1.8). | 2.40 | 3,552.00 |
| 12/30/2019 | Ricciardi, Sara A. | Emails to R. Sussman re: Board materials for Latham (0.2). | 0.20 | 238.00 |
| 12/30/2019 | Sussman, Rebecca A. | Emails w/ STB team re: document request from Latham (0.4); prepare of same (1.0); draft talking points for presentation (3.5); emails w/ J. Isaacman and K. Kinsel re: same (0.7); review of S. Blake NOAs (0.3); communications w/ team re: same (0.4). | 6.30 | 5,292.00 |
| 12/30/2019 | Kinsel, Kourtney J. | Prepare notices of appearance for S. Blake for Blackburn, Williams, and Oklahoma Firefighters cases (1.9). | 1.90 | 1,121.00 |
| **TOTAL** | | | **95.00** | **$85,440.50** |