# Exhibit E

## ITEMIZED DISBURSEMENTS

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| **Research** | | | |
| Online research - West Law | 12/12/2019 | MULTI-SEARCH DOCUMENT DISPLAYS-SUSSMAN, REBECCA | 854.44 |
| Online research - West Law | 12/12/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-SUSSMAN, REBECCA | 795.47 |
| Online research - West Law | 12/12/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-LUNDQVIST, JACOB | 79.54 |
| Online research - West Law | 12/13/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-ISAACMAN, JENNIFER | 477.29 |
| Online research - West Law | 12/18/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-ISAACMAN, JENNIFER | 477.29 |
| Online research - West Law | 12/22/2019 | MULTI-SEARCH TRANSACTIONAL SEARCHES-CAMPBELL, EAMONN | 238.64 |
| Pacer | 11/18/2019 | Charges Fell, Jamie | 0.10 |
| Pacer | 11/18/2019 | Charges Fell, Jamie | 0.10 |
| Pacer | 11/18/2019 | Charges Fell, Jamie | 3.00 |
| Pacer | 11/18/2019 | Charges Fell, Jamie | 3.00 |
| Pacer | 12/6/2019 | Charges Campbell, Eamonn W. | 0.10 |
| Pacer | 12/6/2019 | Charges Campbell, Eamonn W. | 3.00 |
| Pacer | 12/9/2019 | Charges LIBRARY, ID | 1.20 |
| Pacer | 12/9/2019 | Charges LIBRARY, ID | 3.00 |

---

[2] The amounts listed in this Exhibit are billed in accordance with the Guidelines and Local Rules.

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Pacer | 12/9/2019 | Charges LIBRARY, ID | 1.00 |
| Pacer | 12/9/2019 | Charges LIBRARY, ID | 3.00 |
| Pacer | 12/9/2019 | Charges LIBRARY, ID | 0.40 |
| Pacer | 12/9/2019 | Charges LIBRARY, ID | 2.30 |
| Pacer | 12/9/2019 | Charges LIBRARY, ID | 0.20 |
| Pacer | 12/9/2019 | Charges LIBRARY, ID | 0.10 |
| Pacer | 12/9/2019 | Charges LIBRARY, ID | 0.20 |
| Pacer | 12/9/2019 | Charges LIBRARY, ID | 3.00 |
| Pacer | 12/9/2019 | Charges LIBRARY, ID | 0.10 |
| Pacer | 12/9/2019 | Charges LIBRARY, ID | 0.20 |
| Pacer | 12/9/2019 | Charges LIBRARY, ID | 3.00 |
| Pacer | 12/9/2019 | Charges LIBRARY, ID | 1.00 |
| Pacer | 12/9/2019 | Charges LIBRARY, ID | 0.10 |
| Pacer | 12/9/2019 | Charges LIBRARY, ID | 2.70 |
| Pacer | 12/9/2019 | Charges LIBRARY, ID | 2.70 |
| Pacer | 12/9/2019 | Charges LIBRARY, ID | 0.30 |
| Pacer | 12/11/2019 | Charges LIBRARY, ID | 3.00 |
| Pacer | 12/11/2019 | Charges LIBRARY, ID | 3.00 |
| Pacer | 12/12/2019 | Charges LIBRARY, ID | 0.50 |
| Pacer | 12/12/2019 | Charges LIBRARY, ID | 2.50 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Pacer | 12/16/2019 | Charges LIBRARY, ID | 0.10 |
| Pacer | 12/16/2019 | Charges LIBRARY, ID | 0.10 |
| Pacer | 12/16/2019 | Charges LIBRARY, ID | 0.10 |
| Pacer | 12/16/2019 | Charges LIBRARY, ID | 0.10 |
| Pacer | 12/16/2019 | Charges LIBRARY, ID | 0.10 |
| Pacer | 12/16/2019 | Charges LIBRARY, ID | 0.50 |
| Pacer | 12/16/2019 | Charges LIBRARY, ID | 0.20 |
| Pacer | 12/16/2019 | Charges LIBRARY, ID | 1.20 |
| Pacer | 12/16/2019 | Charges LIBRARY, ID | 0.70 |
| Pacer | 12/16/2019 | Charges LIBRARY, ID | 0.70 |
| Pacer | 12/16/2019 | Charges LIBRARY, ID | 0.50 |
| Pacer | 12/16/2019 | Charges LIBRARY, ID | 0.60 |
| Pacer | 12/22/2019 | Charges LIBRARY, ID | 3.00 |
| Pacer | 12/22/2019 | Charges LIBRARY, ID | 0.40 |
| Pacer | 12/22/2019 | Charges LIBRARY, ID | 0.30 |
| Pacer | 12/22/2019 | Charges LIBRARY, ID | 0.30 |
| Pacer | 12/22/2019 | Charges LIBRARY, ID | 3.00 |
| Pacer | 12/26/2019 | Charges LIBRARY, ID | 1.30 |
| Pacer | 12/26/2019 | Charges LIBRARY, ID | 0.60 |
| Pacer | 12/26/2019 | Charges LIBRARY, ID | 1.10 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Pacer | 12/26/2019 | Charges Campbell, Eamonn W. | 0.10 |
| Pacer | 12/26/2019 | Charges Campbell, Eamonn W. | 0.10 |
| Pacer | 12/26/2019 | Charges Campbell, Eamonn W. | 0.10 |
| Pacer | 12/26/2019 | Charges Campbell, Eamonn W. | 0.10 |
| Pacer | 12/26/2019 | Charges Campbell, Eamonn W. | 0.10 |
| Pacer | 12/26/2019 | Charges Campbell, Eamonn W. | 0.10 |
| Pacer | 12/26/2019 | Charges Campbell, Eamonn W. | 0.10 |
| Pacer | 12/26/2019 | Charges Campbell, Eamonn W. | 0.10 |
| Pacer | 12/26/2019 | Charges Campbell, Eamonn W. | 0.10 |
| Pacer | 12/26/2019 | Charges Campbell, Eamonn W. | 0.40 |
| Pacer | 12/26/2019 | Charges Campbell, Eamonn W. | 0.10 |
| Pacer | 12/26/2019 | Charges Campbell, Eamonn W. | 0.10 |
| Pacer | 12/26/2019 | Charges Campbell, Eamonn W. | 0.10 |
| Pacer | 12/26/2019 | Charges Campbell, Eamonn W. | 0.40 |
| Pacer | 12/26/2019 | Charges Campbell, Eamonn W. | 3.00 |
| Pacer | 12/26/2019 | Charges Campbell, Eamonn W. | 0.80 |
| Pacer | 12/26/2019 | Charges Campbell, Eamonn W. | 3.00 |
| Pacer | 12/26/2019 | Charges Campbell, Eamonn W. | 3.00 |
| Pacer | 12/26/2019 | Charges Campbell, Eamonn W. | 3.00 |
| Pacer | 12/26/2019 | Charges Campbell, Eamonn W. | 0.20 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Pacer | 12/26/2019 | Charges Campbell, Eamonn W. | 1.10 |
| Pacer | 12/30/2019 | Charges Franklin, Janie Marie | 0.20 |
| Pacer | 12/30/2019 | Charges Calderon, Justin | 3.00 |
| Pacer | 12/30/2019 | Charges Calderon, Justin | 0.20 |
| Pacer | 12/30/2019 | Charges Calderon, Justin | 0.30 |
| Pacer | 12/30/2019 | Charges Calderon, Justin | 0.10 |
| Pacer | 12/30/2019 | Charges Calderon, Justin | 0.50 |
| Pacer | 12/30/2019 | Charges Calderon, Justin | 2.40 |
| Pacer | 12/30/2019 | Charges Calderon, Justin | 3.00 |
| Pacer | 12/30/2019 | Charges Calderon, Justin | 0.50 |
| Pacer | 12/30/2019 | Charges Calderon, Justin | 0.40 |
| Pacer | 12/30/2019 | Charges Calderon, Justin | 3.00 |
| Pacer | 12/30/2019 | Charges Calderon, Justin | 1.80 |
| Pacer | 12/30/2019 | Charges Calderon, Justin | 2.40 |
| Pacer | 12/30/2019 | Charges LIBRARY, ID | 0.10 |
| Pacer | 12/30/2019 | Charges LIBRARY, ID | 0.60 |
| Pacer | 12/30/2019 | Charges LIBRARY, ID | 0.20 |
| Pacer | 12/30/2019 | Charges LIBRARY, ID | 2.60 |
| Document Retrieval | 11/1/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 11/1/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/1/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/4/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/4/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/4/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/5/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/5/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/5/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/6/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/6/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/6/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 11/7/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/7/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/7/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/8/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/8/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/8/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/12/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/12/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/12/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/13/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/13/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 11/13/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/14/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/14/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/14/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/15/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/15/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/15/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/18/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/18/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/19/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/19/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 11/19/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/20/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/20/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/20/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/21/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/21/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/21/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/22/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/22/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/22/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/25/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 11/25/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/25/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/26/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/26/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/26/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/27/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/27/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | 1.09 |
| Document Retrieval | 11/27/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | 1.09 |
| **Meals** | | | |
| Meals - Overtime | 11/18/2019 | Chk. No. 4176318 (Cafe. Meal) 11/18/2019 20:29 Badge ID: 7957 Name Sussman, Rebecca A. - 15851 | 28.35 |
| Meals - Overtime | 12/5/2019 | MARIO A. PONCE - Overtime Meal 09PM; Overtime meal American Express: SHUN LEE PALACE REST NEW YORK NY American Express: SHUN LEE PALACE REST NEW YORK NY Dec 05, 2019; Mario Ponce. Mario Ponce | 30.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Meals - Travel | 12/11/2019 | PAUL C. CURNIN - Hotel - Out of Town Travel Meal; Trip to visit client in San Francisco - room service Dec 10, 2019 and Dec 11, 2019; Paul Curnin. Paul Curnin | 99.10 |
| Meals - Travel | 12/11/2019 | SARA RICCIARDI - Hotel - Out of Town Travel Meal; In Room Dining. Room 0833: Check 2498 Dec 11, 2019; Sara Ricciardi. Sara Ricciardi | 57.26 |
| Meals - Travel | 12/11/2019 | MARIO A. PONCE - Out of Town Travel Meal; Dinner American Express: Mister Jiu's San Francisco CA American Express: Mister Jiu's San Francisco CA Dec 11, 2019; Mario Ponce. Mario Ponce, Sara Ricciardi | 150.00 |
| Meals - Travel | 12/11/2019 | MARIO A. PONCE - Hotel - Out of Town Travel Meal; Meal Dec 11, 2019; Mario Ponce. Mario Ponce | 75.00 |
| **Travel** | | | |
| Airfare | 12/3/2019 | PAUL C. CURNIN - Airfare; Flight to San Francisco American Express: JETBLUE NEW YORK NY American Express: JETBLUE NEW YORK NY Dec 03, 2019; Paul Curnin. | 473.89 |
| Airfare | 12/3/2019 | PAUL C. CURNIN - Airfare; Airfare to SFO American Express: JETBLUE NEW YORK NY American Express: JETBLUE NEW YORK NY Dec 03, 2019; Paul Curnin. | 473.90 |
| Airfare | 12/3/2019 | PAUL C. CURNIN - Airfare; Travel Dept service charge American Express: TRAVEL AGENCY SERVIC NEW YORK NY American Express: TRAVEL AGENCY SERVIC NEW YORK NY Dec 03, 2019; Paul Curnin. | 55.00 |
| Airfare | 12/3/2019 | SARA RICCIARDI - Airfare; Lawyers Travel service fee. American Express: TRAVEL AGENCY SERVIC NEW YORK NY American Express: TRAVEL AGENCY SERVIC NEW | 55.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| | | YORK NY Dec 03, 2019; Sara Ricciardi. | |
| Airfare | 12/3/2019 | SARA RICCIARDI - Airfare; Airfare Jet Blue. American Express: JETBLUE NEW YORK NY American Express: JETBLUE NEW YORK NY Dec 03, 2019; Sara Ricciardi. | 947.79 |
| Airfare | 12/3/2019 | MARIO A. PONCE - Airfare; Airfare American Express: JETBLUE NEW YORK NY American Express: JETBLUE NEW YORK NY Dec 03, 2019; Mario Ponce. | 85.13 |
| Airfare | 12/3/2019 | MARIO A. PONCE - Airfare; Airfare American Express: JETBLUE NEW YORK NY American Express: JETBLUE NEW YORK NY Dec 03, 2019; Mario Ponce. | 862.66 |
| Airfare | 12/3/2019 | MARIO A. PONCE - Airfare; Airfare American Express: TRAVEL AGENCY SERVIC NEW YORK NY American Express: TRAVEL AGENCY SERVIC NEW YORK NY Dec 03, 2019; Mario Ponce. | 55.00 |
| Airfare | 12/3/2019 | SANDY QUSBA - Airfare; Lawyers Travel service fee American Express: TRAVEL AGENCY SERVIC NEW YORK NY American Express: TRAVEL AGENCY SERVIC NEW YORK NY Dec 03, 2019; Sandy Qusba. | 55.00 |
| Airfare | 12/3/2019 | SANDY QUSBA - Airfare; Attend hearing and board committee meeting. American Express: JETBLUE NEW YORK NY American Express: JETBLUE NEW YORK NY Dec 03, 2019; Sandy Qusba. | 947.79 |
| Local travel | 12/4/2019 | Local travel XYZ TWO WAY RADIO SERVICE - Local travel XYZ Taxi/12/04/19/1945/PONCE MARIO A./GREESTOP:00000WAIT:00000TOLL:000925002658-0002 | 130.43 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Out-of-town travel | 12/10/2019 | EXECUTIVE CHARGE, INC. - Out-of-town travel EXEC Taxi/12/10/2019/CURNIN PAUL, PURCHASE;/07:20 | 160.21 |
| Out-of-town travel | 12/10/2019 | XYZ TWO WAY RADIO SERVICE - Out-of-town travel XYZ Taxi/12/10/19/0618/RICCIARDI SARA A./JFKSTOP:00000WAIT:00000TOLL:000625003192-0002 | 93.24 |
| Out-of-town travel | 12/10/2019 | EXECUTIVE CHARGE, INC. - Out-of-town travel EXEC Taxi/12/10/2019/PONCE MARIO, GREE/06:45 | 186.55 |
| Out-of-town travel | 12/10/2019 | Out-of-town travel SUNNY'S EXECUTIVE SEDAN SERVICE INC - Out-of-town travel Car service for M. Ponce on 12/10/19 SFO to San Francisco CA | 219.50 |
| Out-of-town travel | 12/10/2019 | Out-of-town travel SANDY QUSBA - Local Travel; Taxi American Express: SF TAXI San Francisco CA American Express: SF TAXI San Francisco CA Dec 10, 2019; Sandy Qusba. | 13.44 |
| Out-of-town travel | 12/11/2019 | Out-of-town travel SANDY QUSBA - Local Travel; Taxi in San Francisco American Express: GOSQ.COM ABDULLAH AL San Francisco CA American Express: GOSQ.COM ABDULLAH AL San Francisco CA Dec 11, 2019; Sandy Qusba. | 12.78 |
| Out-of-town travel | 12/12/2019 | XYZ TWO WAY RADIO SERVICE - Out-of-town travel XYZ Taxi/12/12/19/1404/RICCIARDI SARA A./STOP:00000WAIT:00000TOLL:000625003192-0002 | 93.24 |
| Out-of-town travel | 12/12/2019 | Out-of-town travel MARIO A. PONCE - Out-of-town travel; Outside Limo Dec 12, 2019; Mario Ponce. | 190.00 |
| Out-of-town travel | 12/12/2019 | XYZ TWO WAY RADIO SERVICE - Out-of-town travel XYZ | 154.78 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| | | Taxi/12/12/19/1418/PONCE MARIO A./GREESTOP:00000WAIT:00000TOLL:000800003192-0002 | |
| Out-of-town travel | 12/12/2019 | XYZ TWO WAY RADIO SERVICE - Out-of-town travel XYZ Taxi/12/12/19/0025/QUSBA SANDY/ STOP:01000WAIT:00880TOLL:000625002658-0002 | 142.03 |
| Hotel | 12/10/2019 | SARA RICCIARDI - Lodging; PG&E Outside Directors -- The Ritz Carlton $699.00 + Room Rate Tax 14% $97.86 + Business District Assessments $15.73 + CA Tourism Assessment $1.25 = 813.84 Dec 10, 2019; Sara Ricciardi. | 600.00 |
| Hotel | 12/11/2019 | PAUL C. CURNIN - Lodging; Room charge Dec 11, 2019; Paul Curnin. | 600.00 |
| Hotel | 12/11/2019 | SARA RICCIARDI - Lodging; PG&E Outside Directors -- The Ritz Carlton $699.00 + Room Rate Tax 14% $97.86 + Business District Assessments $15.73 + CA Tourism Assessment $1.25 = 813.84 Dec 11, 2019; Sara Ricciardi. | 600.00 |
| Hotel | 12/12/2019 | MARIO A. PONCE - Lodging; Lodging Dec 12, 2019; Mario Ponce. | 1,200.00 |
| Hotel | 12/12/2019 | SANDY QUSBA - Lodging; Travel to San Francisco to attend court hearing and board meetings. Dec 12, 2019; Sandy Qusba. | 600.00 |
| **Duplicating** | | | |
| Printing | 12/2/2019 | Print from Email: New York Isaacman, Jennifer | 82.70 |
| Printing | 12/2/2019 | Print from email, color: New York Isaacman, Jennifer | 0.72 |
| Printing | 12/11/2019 | Print from Email: New York Campbell, Eamonn W. | 2.20 |
| Printing | 12/16/2019 | Print from email, color: New York Gottlieb, Yosef Dov | 12.96 |
| Printing | 12/24/2019 | Print from Email: New York Campbell, Eamonn W. | 6.20 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| **Postage & Courier** | | | |
| Delivery services/messengers | 11/27/2019 | WORLD COURIER INC. - Delivery services/messengers: - ( JOB# 5639 HWB# 7368874 ON 11/17/19 ). - DOCUMENTS SHIPPED TO: KRISTINE M SCHMIDT 4117 ETON CIRCLE WINDSOR, WI 53598 | 444.50 |
| Courier - Fedex | 12/9/2019 | FEDEX - To: Jamie Fell / From: / 002658-0002 Tracking Number: 795777660527 | 14.76 |
| Courier - Fedex | 12/9/2019 | FEDEX - To: Jamie Fell / From: / 002658-0002 Tracking Number: 795777661096 | 14.76 |
| **Conferencing** | | | |
| Telephone | 10/10/2019 | LOOP UP LLC - Loopup-2019-10-10-00345-SC1254-Kathrine McLendon's Meeting Room Moderated By: 00345 | 1.48 |
| Telephone | 10/16/2019 | LOOP UP LLC - Loopup-2019-10-16-00905-SC2007-Mario Ponce's Meeting Room Moderated By: 00905 | 4.56 |
| Court Call | 12/6/2019 | COURTCALL LLC - Court Call Telephonic court appearance re: PG&E Corporation/19-30088 | 95.00 |
| Court Call | 12/17/2019 | COURTCALL LLC - Court Call Telephonic court appearance re: PG&E Corporation/19-30088 (ALL) | 35.00 |
| Court Call | 12/19/2019 | COURTCALL LLC - Court Call Telephonic court appearance re: PG&E Corporation/19-30088 (ALL) | 222.50 |
| **TOTAL** | | | **$13,459.95** |