# EXHIBIT A

16213.101 4833-2812-2292.3
Case: 19-30088   Doc# 5959-1   Filed: 02/28/20   Entered: 02/28/20 13:34:06   Page 1 of 3

**COMPENSATION BY COBLENTZ PATCH DUFFY & BASS LLP PROFESSIONALS
JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

The Coblentz attorneys and paraprofessionals who rendered legal services for the Debtors during these Chapter 11 Cases from January 1, 2020 through January 31, 2020 (the "**Fee Period**") are:

| Name of Professional | Position | Primary Practice Group[1] | Year Admitted | Reduced Hourly Rate for Debtors | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara Milanovich | Partner | RE | 1980 | $700 | 79.30 | $55,510.00 |
| Doug Sands | Partner | RE | 1987 | $700 | 84.30 | $59,010.00 |
| Ficks, Gregg | Partner | BCR/LIT | 1990 | $704 | 11.70 | $8,236.80 |
| Sean Coyle | Partner | LIT | 2004 | $600 | 15.30 | $9,180.00 |
| Mark Hejinian | Partner | LIT | 2011 | $500 | 13.70 | $6,850.00 |
| Robert Hodil | Partner | RE | 2002 | $610 | 3.20 | $1,952.00 |
| James F. McKee | Associate | LIT | 2014 (TX); 2019 (CA) | $422 | 46.20 | $19,496.40 |
| Daniel P. Barsky | Associate | RE | 2017 | $405 | 58.40 | $23,652.00 |
| Caitlyn Chacon | Associate | LIT | 2013 | $440 | 15.40 | $6,776.00 |
| Jessica Wilson | Associate | TAX | 2018 | $396 | 0.90 | $356.40 |
| Michael R. Wilson | Paralegal | RE | N/A | $352 | 17.40 | $6,124.80 |
| Dianne M. Sweeny | Paralegal | RE | N/A | $210 | 8.60 | $1,806.00 |
| Gino Altamirano | Paralegal | RE | N/A | $299 | 0.60 | $179.40 |
| Viet Doan | Paralegal | LIT | N/A | $175 | 15.50 | $2,712.50 |
| **Total Professionals:** | | | | | | **$201,842.30** |

---

[1] RE = Real Estate; LIT = Litigation; BCR = Bankruptcy and Creditors' Rights; CORP = Corporate

16213.101 4833-2812-2292.3                    Exhibit A
Case: 19-30088    Doc# 5959-1    Filed: 02/28/20    Entered: 02/28/20 13:34:06    Page 2 of 3

| PROFESSIONALS TOTALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $678.26 | 207.50 | $140,738.80 |
| Associates | $415.89 | 120.90 | $50,280.80 |
| **Blended Attorney Rate** | **$581.67** | **328.40** | **$191,019.60** |
| Paraprofessionals and other non-legal staff | $257.07 | 42.10 | $10,822.70 |
| **Total Fees Incurred** | **$544.78** | **370.50** | **$201,842.30** |