# EXHIBIT B

16213.101 4833-2812-2292.3

Case: 19-30088    Doc# 5959-2    Filed: 02/28/20    Entered: 02/28/20 13:34:06    Page 1 of 3

**COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY COBLENTZ PATCH DUFFY & BASS LLP FOR THE PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---|---|
| C100 | Fact Gathering | 26.00 | $7,930.80 |
| C200 | Researching Law | 2.10 | $1,281.00 |
| L110 | Fact Investigation/Development | 18.00 | $7,596.00 |
| L120 | Analysis/Strategy | 22.80 | $10,819.00 |
| L130 | Experts/Consultants | 9.20 | $4,912.00 |
| L200 | Pre-Trial Pleadings and Motions | 5.00 | $2,500.00 |
| L310 | Written Discovery | 3.40 | $1,844.20 |
| L330 | Depositions | 7.30 | $3,632.40 |
| L400 | Trial Preparation and Trial | 0.70 | $420.00 |
| L650 | Review | 13.90 | $5,717.60 |
| L654 | Second Pass Document Review | 3.10 | $1,550.00 |
| L655 | Privilege Review | 1.90 | $801.80 |
| L670 | Production | 15.30 | $2,973.90 |
| L800 | Experts/Consultants | 4.00 | $1,688.00 |
| P100[2] | Project Administration | 101.70 | $71,166.80 |

---

[1] These Task Codes and Descriptions were used by Coblentz in conjunction with pre-petition time entries and invoices as required by Debtors prior to the filing of these Bankruptcy Cases, and Coblentz continues to use them in conjunction with post-petition time entries and invoices in these Special Counsel matters. In connection with additional services Coblentz now is required to perform in connection with these bankruptcy cases (*e.g.*, in connection with Coblentz's retention application, monthly fee statements, fee applications, or the like), Coblentz further specifies the time and fees for any such additional services in footnote 2 below.

[2] This Task Code includes approximately: (a) 3.9 hours ($2,745.60 in fees) related to Coblentz's Monthly Fee Statements; (b) 5.2 hours ($3,660.80 in fees) related to Special Counsel and scope of work requirements, potential further supplemental party disclosures in these Bankruptcy Cases, and preparing further supplemental disclosures Declaration re same; (c) 2.1 hours ($1,478.40 in fees) related to Coblentz's First Interim Fee Application and discussions and (footnote continued)

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---|---|
| P220 | Tax | 0.90 | $356.40 |
| P240 | Real and Personal Property | 68.40 | $30,411.40 |
| P280 | Other | 0.80 | $140.00 |
| P300 | Structure/Strategy/Analysis | 12.90 | $8,931.00 |
| P400 | Initial Document Preparation/Filing | 41.60 | $29,120.00 |
| P500 | Negotiation/Revision/Responses | 9.50 | $6,650.00 |
| P600 | Completion/Closing | 1.60 | $1,120.00 |
| P800 | Maintenance and Renewal | 0.40 | $280.00 |
| **Total:** | | **370.50** | **$201,842.30** |

resolution with Fee Examiner re same; and (d) 0.5 hours ($352.00 in fees) related to case filings affecting Special Counsel.