# EXHIBIT C

16213.101 4833-2812-2292.3

Case: 19-30088    Doc# 5959-3    Filed: 02/28/20    Entered: 02/28/20 13:34:06    Page 1 of 2

**EXPENSE SUMMARY (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | N/A |
| Meals | N/A |
| Travel | N/A |
| Transportation | N/A |
| Duplicating | N/A |
| Transcription (Deposition) Services | N/A |
| Third Party Consulting Fees | N/A |
| Telephone Conferencing | N/A |
| Messenger | $59.00 |
| Filing Fees | N/A |
| Process Service | $180.00 |
| Court Reporter | $3,022.70 |
| Court Website Subscription Fee for Case No. JCCP4974 | N/A |
| **Total Expenses Requested:** | **$3,261.70** |