# EXHIBIT E

16213.101 4833-2812-2292.3
Case: 19-30088    Doc# 5959-5    Filed: 02/28/20    Entered: 02/28/20 13:34:06    Page 1 of 2

**DETAILED EXPENSE ENTRIES (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Costs Advanced | Amount |
|---|---|
| Court Reporter – U.S. Legal Support | $3,022.70 |
| Process Service – Specialized Legal Services | $180.00 |
| Messenger Service – Specialized Legal Services | $59.00 |
| **Total Costs Requested:** | **$3,261.70** |