UNITED STATES BANKRUPTCY COURT
Northern District of California

In re: PG&E CORPORATION,
and
PACIFIC GAS AND ELECTRIC COMPANY,
Debtor(s)

Bankruptcy No.: 19-30088 (DM)
R.S. No.:
Hearing Date: 03/25/2020
Time: 10:00 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/2019     Chapter: 11
    Prior hearings on this obligation: None     Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

    Secured Creditor [ ] or lessor [ ]
    Fair market value:      $_____        Source of value: _____
    Contract Balance:       $_____        Pre-Petition Default:   $_____
    Monthly Payment:        $_____            No. of months: _____
    Insurance Advance:      $_____        Post-Petition Default:  $_____
                                                   No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): _____

    Fair market value: $_____   Source of value: _____   If appraisal, date: _____

    Moving Party's position (first trust deed, second, abstract, etc.):

    Approx. Bal.            $_____        Pre-Petition Default:   $_____
    As of (date): _____                       No. of months: _____
    Mo. payment:            $_____        Post-Petition Default:  $_____
    Notice of Default (date): _____           No. of months: _____
    Notice of Trustee's Sale: _____        Advances Senior Liens:  $_____

    Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____: | | | |
| _____: | | | |
| _____: | | | |
| (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: Administrative creditors Kayla Ruhnke, and E.R., her minor son, seek an order determining that the automatic stay is inapplicable, or alternatively, an order terminating the automatic stay for cause pursuant to 11 U.S.C. § 362(d)(1), to file a complaint in California State Court, based on postpetition tort claims against the Debtors and other defendants.

Dated: 02/28/2020

Merle C. Meyers by KRS
Signature
Merle C. Meyers, Esq.
Print or Type Name

Attorney for Kayla Ruhnke and E.R., a minor