MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
KATHY QUON BRYANT, ESQ., CA Bar #213156
44 Montgomery St., Ste. 1010
San Francisco, CA 94104
Tel: (415) 362-7500
Fax: (415) 362-7515
Email: mmeyers@meyerslawgroup.com
kquonbryant@meyerslawgroup.com

Attorneys for Kayla Ruhnke, and E.R., a Minor,
Administrative Creditors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>· Affects PG&E Corporation<br>· Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>*\* All papers shall be filed in the Lead Case,<br>No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case – Jointly Administered)<br><br>Date: March 25, 2020<br>Time: 10:00 a.m.<br>Place: U.S. Bankruptcy Court<br>450 Golden Gate Ave., 16th Fl.<br>Ctrm. 17<br>San Francisco, CA<br>Judge: Hon. Dennis Montali |

**DECLARATION OF KAYLA RUHNKE IN SUPPORT OF:
(1) REQUEST FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM
OF KAYLA RUHNKE AND E.R., A MINOR, PURSUANT TO 11 U.S.C. § 503(b)(1)(A);
AND (2) MOTION OF KAYLA RUHNKE AND E.R., A MINOR, FOR
DETERMINATION THAT THE AUTOMATIC STAY IS INAPPLICABLE,
OR ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY**

I, KAYLA RUHNKE, declare:

1. I am an individual who resides in Perry, Kansas, and am an administrative creditor in the chapter 11 case of PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY

-1-

31971 20152

1. (collectively, the "Debtors"), and in such capacity, I am personally familiar with each of the facts stated herein, to which I could competently testify if called upon to do so in a court of law.

2. I make this declaration in support of the: *Request For Allowance Of Administrative Claim Of Kayla Ruhnke And E.R., A Minor, Pursuant to 11 U.S.C. § 503(b)(1)(A)*; and *Motion Of Kayla Ruhnke And E.R., A Minor, For Determination That The Automatic Stay Is Inapplicable, Or Alternatively, For Relief From The Automatic Stay* (the "Motion").[1]

3. I am the widow of Logan Ruhnke, and E.R. is our minor son, who is only one year old. At all relevant times, I was the lawfully married wife of decedent Logan Ruhnke, and E.R. was the natural and custodial son of decedent Logan Ruhnke.

4. My husband was our family's primary wage earner, and young E.R., who is only a year old, will grow up with no independent memory of his father. As a young widow, I am now left to care for E.R. on my own.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on February 22, 2020, at Perry, Kansas.

                                                    /s/ Kayla Ruhnke
                                                  Kayla Ruhnke

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

LAW OFFICES
MEYERS LAW GROUP, P.C.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104

31971 20152

-2-