MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
KATHY QUON BRYANT, ESQ., CA Bar #213156
44 Montgomery St., Ste. 1010
San Francisco, CA 94104
Tel: (415) 362-7500
Fax: (415) 362-7515
Email: mmeyers@meyerslawgroup.com
       kquonbryant@meyerslawgroup.com

Attorneys for Kayla Ruhnke, and E.R., a Minor,
Administrative Creditors

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　　　　　　　　Debtors.<br><br>· Affects PG&E Corporation<br>· Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case – Jointly Administered)<br><br>Date:　March 25, 2020<br>Time:　10:00 a.m.<br>Place:　U.S. Bankruptcy Court<br>　　　　450 Golden Gate Ave., 16th Fl.<br>　　　　Ctrm. 17<br>　　　　San Francisco, CA<br>Judge:　Hon. Dennis Montali |

**NOTICE OF HEARING ON MOTION OF KAYLA RUHNKE AND E.R., A MINOR, FOR DETERMINATION THAT THE AUTOMATIC STAY IS INAPPLICABLE, OR ALTERNATIVELY, RELIEF FROM THE AUTOMATIC STAY**

**TO: THE DEBTORS; THE UNITED STATES TRUSTEE; AND OTHER PARTIES-IN-INTEREST, OR THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on **March 25, 2020** at **10:00 a.m.** (Pacific Standard Time), in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, 450 Golden Gate Ave., 16th Floor, Courtroom 17, San Francisco, California 94102, a hearing of the

-1-

31941 20152

LAW OFFICES
**MEYERS LAW GROUP, P.C.**
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104

*Motion of Kayla Ruhnke And E.R., A Minor, For Determination That The Automatic Stay Is Inapplicable, Or Alternatively, For Relief From The Automatic Stay* (the "Motion"), will be held.

**FURTHER NOTICE IS HEREBY GIVEN** that by way of the Motion, creditors KAYLA RUHNKE ("Mrs. Ruhnke") and E.R., her minor son ("E.R.," together with Mrs. Ruhnke, the "Ruhnkes"), seek entry of an order of the above-captioned Court: (1) determining that the automatic stay is inapplicable to their filing of a complaint to prosecute and liquidate postpetition tort claims in the San Francisco Superior Court (the "State Court"); or, alternatively, (2) terminating the automatic stay of 11 U.S.C. § 362(a) (this "Motion"), applicable herein to the chapter 11 case of PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY (collectively, the "Debtors"), in order to allow the Ruhnkes to take such actions; and (3) waiving the 14-day stay of enforcement, as provided in Rule 4001(a)(3 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**FURTHER NOTICE IS HEREBY GIVEN** that pursuant to the *Second Amended Order Implementing Certain Notice And Case Management Procedures* (docket no. 1996) entered in the Debtors' case, any objection, opposition, or response to the Motion must be filed with the above-captioned Court, and served on the Ruhnkes' counsel of record, Merle C. Meyers, Esq., Meyers Law Group, P.C. 44 Montgomery St., Ste. 1010, San Francisco, CA 94104; Email: mmeyers@meyerslawgroup.com; Tel: (415) 362-7500; Fax: (415) 362-7515, at least five (5) days prior to the hearing, or by **March 20, 2020** at **4:00 p.m.** P.S.T.

DATED: February 28, 2020

MEYERS LAW GROUP, P.C.

By /s/ Merle C. Meyers
Merle C. Meyers, Esq.
Attorneys for Kayla Ruhnke and E.R.,
a Minor, Administrative Creditors

-2-

31941 20152