

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:  (212) 310-8007

Signed and Filed: February 28, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**KELLER & BENVENUTTI LLP**
Tobias S. Keller (#151445)
(tkeller@kellerbenvenutti.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kellerbenvenutti.com)
Jane Kim (#298192)
(jkim@kellerbenvenutti.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:  (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION**, <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors**. <br><br> ☐ Affects PG&E Corporation <br> ☒ Affects Pacific Gas and Electric Company <br> ☐ Affects both Debtors <br><br> * *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) (Jointly Administered) <br><br> **ORDER APPROVING SUPPLEMENTAL STIPULATION BETWEEN DEBTOR PACIFIC GAS AND ELECTRIC COMPANY AND CRISTINA MENDOZA FOR LIMITED RELIEF FROM THE AUTOMATIC STAY** <br><br> [Relates to Dkt. Nos. 5535, 5811, 5830] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Supplemental Stipulation Between Debtor Pacific Gas and Electric Company and Cristina Mendoza for Limited Relief from the Automatic Stay*, filed on February 25, 2020 as Docket No. 5899 (the "**Supplemental Stipulation**"),[1] between Cristina Mendoza ("**Mendoza**") and Pacific Gas and Electric Company (the "**Utility**"), as debtor and debtor in possession; and pursuant to such stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Supplemental Stipulation is approved.

2. The provisions of Federal Rule of Bankruptcy Procedure 4001(a)(3) are waived and the Order is effective immediately.

3. This Court shall retain jurisdiction to resolve any dispute regarding, and to enforce, the terms of this Supplemental Stipulation and the order approving it.

* * * END OF ORDER * * *

Approved:

Dated: February 25, 2020

FRENCH LYON TANG

*/s/ Mary Ellmann Tang*
Mary Ellmann Tang

*Attorneys for Cristina Mendoza*

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Supplemental Stipulation.