**EXHIBIT A**

Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>   -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                              **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**[PROPOSED] ORDER GRANTING OFFICIAL COMMITTEE OF TORT CLAIMANTS' MOTION FOR STANDING TO PROSECUTE CLAIMS OF THE DEBTORS' ESTATES**<br><br>**Hearing**<br>**Date:** April 7, 2020<br>**Time:** 10:00 a.m. (Pacific Time)<br>**Place:** Courtroom 17<br>450 Golden Gate Ave., 16th Fl.<br>San Francisco, CA 94102 |

Upon the Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates (the "**Motion**"), dated February 28, 2019 [ECF No. __], filed by the Official Committee of Tort Claimants (the "**TCC**"), appointed in the Chapter 11 cases (the "**Cases**") of PG&E Corporation and Pacific Gas and Electric Company (collectively, the "**Debtors**"), for entry of an order granting the TCC standing to file and prosecute an action for declaratory and injunctive relief to determine whether claims asserted in the litigation styled *In re PG&E Corporation Securities Litigation*, Civil Action No. 3:18-cv-03509-EJD, pending in the United States District Court for the Central District of California (the "**Pending Action**") are direct shareholder claims or derivative of corporate claims owned by the Debtors' estates pursuant to 11 U.S.C. § 541, and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found and determined that notice of the Motion was reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and held a hearing to consider the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is appropriate under the circumstances; and upon the record of all of the proceedings had on the Motion before this Court, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is granted;
2. The TCC is granted standing to file and pursue the adversary proceeding described in the Motion to determine the direct or derivative nature of the claims asserted in the Pending Action, and to seek injunctive relief as appropriate.

\*\* END OF ORDER \*\*