# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Herb Baer, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**Prime Clerk**"), the claims and noticing agent for the debtors (collectively, the "**Debtors**") in the above-captioned chapter 11 cases.

2. At my direction and under my supervision, Prime Clerk performed supplemental mailings of items returned as undeliverable from the service of the Standard Bar Date Notice[1], Fire Claim Bar Date Notice, Customer Bar Date Notice and related documents ("**Supplemental Service**"). Beginning on October 16, 2019, and on various dates through and including January 24, 2020, Supplemental Service was completed by causing:

   a. the Standard Bar Date Notice and a Standard Proof of Claim Form, customized to include the name and address of the party, to be served via First Class Mail on the dates set forth on the Supplemental Standard Bar Date Notice Service List attached hereto as **Exhibit A**,

   b. the Standard Bar Date Notice and the Standard Proof of Claim Form, customized to include the name and address of the party, and the applicable Debtor, amount, nature

---

[1] Unless otherwise defined herein, defined terms carry the meaning defined in the Certificate of Service of Herb Baer, dated July 23, 2019 [Docket No. 3159]

and classification of the scheduled claim, to be served via First Class Mail on the dates set forth on the parties listed on the Supplemental Schedule DEF Parties Service List attached hereto as **Exhibit B**,

    c. the Standard Bar Date Notice and the Standard Proof of Claim Form, customized to include the name and address of the party and an indication that the party appears on Schedule G, to be served via First Class Mail on the dates set forth on the parties listed on the Supplemental Schedule G Parties Service List attached hereto as **Exhibit C**,

    d. the Customer Bar Date Notice and a Standard Proof of Claim Form, customized to include the name and address of the party, to be served via First Class Mail on 3024 current or former customers of the Debtors, and

    e. the Fire Claim Bar Date Notice and the Fire Claimant Proof of Claim Form, customized to include the name of the party, to be served via First Class Mail on 1 unique party previously identified by GIS satellite experts retained by the Debtors as owners of property destroyed within the areas affected by the 2017 Northern California Wildfires.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 28th day of February 2020, at New York, NY.

                                                                                                                                                                 /s/ Herb Baer
                                                                                                                                                                  Herb Baer

2

SRF 36739, 36752, 36779, 36799, 36848, 37119, 37179, 37236, 37237, 37428, 37716, 37976, 38048, 38319, 38447, 38560, 38781, 39191

Case: 19-30088   Doc# 5974   Filed: 02/28/20   Entered: 02/28/20 16:26:53   Page 2 of 20

# **Exhibit A**

# Exhibit A

Supplemental Standard Bar Date Notice Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | DATE OF SERVICE |
|---|---|---|---|---|---|---|---|
| 4915379 | ABM JANITORIAL NORTHERN CALIF | 1111 FANNIN ST STE 1500 | | HOUSTON | TX | 77002 | 10/18/2020 |
| 4942973 | ANDREA WARERBAR-PESCOSOLIDO | 1016 BAYVIEW AVE | APT A | OAKLAND | CA | 94610 | 11/7/2020 |
| 4988451 | ARMSTRONG, KATHRYN | ADDRESS ON FILE | | | | | 11/15/2020 |
| 4984272 | BATTO, MARIA | ADDRESS ON FILE | | | | | 10/18/2020 |
| 4916812 | BELTONE CENTRAL CALIFORNIA | 40047 HIGHWAY 41 STE B | | OAKHURST | CA | 93644 | 10/18/2020 |
| 4988718 | BURKE, KATHERINE | ADDRESS ON FILE | | | | | 1/24/2020 |
| 4911510 | CORDOVA, ERICKA RENEE | ADDRESS ON FILE | | | | | 12/26/2020 |
| 4912961 | COREY, JANA | ADDRESS ON FILE | | | | | 10/18/2020 |
| 4919199 | CQ ROLL CALL INC | 2600 VIRGINIA AVE NW STE 600 | | WASHINGTON | DC | 20037 | 10/18/2020 |
| 4920717 | ETHICS AND COMPLIANCE OFFICER ASSOC | DBA: ETHICS COMPLIANCE ASSOCIATION | 2650 PARK TOWER DR STE 802 | VIENNA | VA | 22180-7306 | 10/31/2020 |
| 4921008 | FISERV CHECKFREE SERVICES CORP | 825 YANKTON DR | | LAWRENCEVILLE | GA | 30044 | 11/15/2020 |
| 4321312 | FRIENDS OF FAITH INC | 3232 ELM ST STE C | | OAKLAND | CA | 94609 | 12/26/2020 |
| 4922113 | HARABARA INC | 465 CALIFORNIA ST STE 660 | | SAN FRANCISCO | CA | 94104 | 10/18/2020 |
| 4922637 | IMEDD INC | 366 LAKESIDE DR | | FOSTER CITY | CA | 94404 | 10/18/2020 |
| 4993107 | ISRAELI, PHINEAS | ADDRESS ON FILE | | | | | 10/18/2020 |
| 4975707 | KUCKOWSKI | 1111 LAW ST | | SAN DIEGO | CA | 92109 | 10/18/2020 |
| 4924119 | LATINO ROTARY CLUB OF FRESNO INC | 1444 FULTON ST | | FRESNO | CA | 93721 | 11/15/2020 |
| 4986772 | LUIS, KIM | ADDRESS ON FILE | | | | | 12/26/2020 |
| 4990478 | MATSON, VIVIAN | ADDRESS ON FILE | | | | | 10/18/2020 |
| 4926420 | OPOWER INC | 1515 N COURTHOUSE RD FL 8 | | ARLINGTON | VA | 22201 | 10/18/2020 |

# Exhibit A

Supplemental Standard Bar Date Notice Service List

Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | DATE OF SERVICE |
|---|---|---|---|---|---|---|---|
| 4932793 | ORTIGALITA POWER COMPANY LLC | 1800 SCOTT ST | | SAN FRANCISCO | CA | 94115 | 11/7/2020 |
| 4986722 | PARKER, MILDRED | ADDRESS ON FILE | | | | | 10/31/2020 |
| 4928431 | RUSSO MILLER & ASSOCIATES | 631 T ST NW | | WASHINGTON | DC | 20001 | 10/18/2020 |
| 4931224 | UCSF RADIATION ONCOLOGY | PO BOX 505 | | SAN FRANCISCO | CA | 94104 | 11/7/2020 |

# **Exhibit B**

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | DATE OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 5865862 | 12 South First Street Owner LLC | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 5865901 | 19 Bway Tower Development, LLC | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 5865821 | 363 6th, LLC | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 6009110 | 385 OAKDALE HARRIS LLC | 13194 Cometa Rd | | Oakdale | CA | 95361 | | 10/17/2020 |
| 5865965 | 626 51ST STREET LLC | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 5865977 | 77 FEDERAL ST LLC | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 5999334 | ABM Electircal Power Services-Allen, Katie | One Liberty Plaza | 7th Floor | New York | NY | 10006 | | 10/17/2020 |
| 6004280 | ADL 5, LLC-Aron, Navneet | 655 Castro Suite | Suite 4 | Mountain View | CA | 94041 | | 10/17/2020 |
| 5866083 | ADL 7 LLC | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 5995306 | Adobe Inn, LLC, Engdahl Ken | Dolores and Eighth | P.O. Box 4115 | Carmel-By-The-Sea | CA | 93921 | | 10/17/2020 |
| 5877786 | Aegis Retail One, LLC. | 3755 Painted Pony Rd | | El Sobrante | CA | 94803 | | 10/17/2020 |
| 6011922 | AGUA CALIENTE SOLAR LLC | U.S. Dept of Energy LP 10 | 1000 Indepence Ave SW | Washington | DC | 20585 | | 10/17/2020 |
| 5866207 | ALEXANDER ROZENTSVAYG DBA AR ELECTR BUILDERS | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 5993672 | Amador Athletic Club, David Gebauer | 460 State Highway 49 | | Sutter Creek | CA | 95685 | | 10/17/2020 |
| 5866292 | American Way Properties, LLC and Kay Leonard Propeties, LLC | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 5866369 | Anvil Development | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 5865487 | Armstrong Development Properties Inc. | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 5865602 | Armstrong Development Properties, Inc. | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 5880474 | ARSHAD HASAN | ADDRESS ON FILE | | | | | | 11/5/2020 |
| 6012751 | AS SUBROGEE OF AAA NCNU IE | 3055 Oak Rd | | Walnut Creek | CA | 94597-2098 | | 10/17/2020 |

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | DATE OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 5996905 | AT&T | 208 S. Akard St. | | Dallas | TX | 75202 | | 10/17/2020 |
| 5980966 | at&t PABC-CN-201609-0W-0087-WFB, Continental Asjustment Bureau Inc | 700 Parc Avenue | Suite 308 | Montreal | | H3N 1X1 | CANADA | 10/17/2020 |
| 5996895 | AT&T, PABC-CN-201712-0W-0173-TZH | 208 S. Akard St. | | Dallas | TX | 75202 | | 10/17/2020 |
| 5994189 | AT&T, PACB-CN-201605-0W-0089-SCJ | 208 S. Akard St. | | Dallas | TX | 75202 | | 10/17/2020 |
| 5980323 | AT&T, PACB-CN-201606-0J-0025-KLE | 208 S. Akard St. | | Dallas | TX | 75202 | | 10/17/2020 |
| 5980791 | AT&T, PACB-CN-201608-0J-0178-WFB | 208 S. Akard St. | | Dallas | TX | 75202 | | 10/17/2020 |
| 5993349 | AT&T, PACB-CN-201610-0J-0020-WFB | 208 S. Akard St. | | Dallas | TX | 75202 | | 10/17/2020 |
| 5979893 | AT&T, PACB-CS-201509-0M-0002-CMK | 208 S. Akard St. | | Dallas | TX | 75202 | | 10/17/2020 |
| 5980779 | AT&T, Risk Management | 208 S. Akard St. | | Dallas | TX | 75202 | | 10/17/2020 |
| 5993351 | AT&T, Risk Management | 208 S. Akard St. | | Dallas | TX | 75202 | | 10/17/2020 |
| 6009411 | ATLAS CONSTRUCTION COMPANY, INC., A | 5921 56th St. | | Maspeth | NY | 11378 | | 10/17/2020 |
| 6011935 | AV SOLAR RANCH 1 LLC | 49881 West 170 St. | | Lancester | CA | 93536 | | 10/17/2020 |
| 5996902 | Avenal Landfill, George Anderson | 201 Hydril Rd | | Avenal | CA | 93204 | | 10/17/2020 |
| 5999235 | B & D FARMS-MCKINSEY, GARY | 5912 Oakhill Dr | | Santa Maria | CA | 93455 | | 10/17/2020 |
| 5866556 | B & I Investment LLC | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 6010592 | BANK OF AMERICA | 100 North Tryon Street | | Charlotte | NC | 28255 | | 10/17/2020 |
| 6012991 | BEAR CREEK SOLAR LLC | 17016 North Jack Tone Road | | Lodi | CA | 95240 | | 10/17/2020 |
| 5864679 | BEAZER HOMES HOLDING CORP A DELAWARE CORPORATION | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 5999147 | Best Bay Apartments, Inc, %Patricia Gaines | 2744 E 11th Street | | Oakland | CA | 94601 | | 10/17/2020 |
| 6010622 | BIG CREEK WATER WORKS LTD | 4811 Lower S Fork Rd | | Hyampom | CA | 96046 | | 10/17/2020 |

In re: PG&E Corporation, et al.
Case No. 19-30088
Page 2 of 6

Case: 19-30088    Doc# 5974    Filed: 02/28/20    Entered: 02/28/20 16:26:53    Page 8 of 20

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | DATE OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 6002253 | BIT Holdings Sixty Nine Inc-888 San Mateo AptsBIT HOldin, BIT Holdings Sixty Nine Inc | One East Pratt Street | Fifth Floor East | Baltimore | MD | 21202 | | 10/17/2020 |
| 5866906 | Bloemhof Valley Ranches, LLC | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 5993894 | BlueLine Rental, Justine Wilcox | 9492 Corporate Drive | | Selma | TX | 78154 | | 10/17/2020 |
| 5867144 | BSREP II Station on 12TH LLC | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 6008628 | BWMOB TT I LLC | 280 Park Ave | | New York | NY | 10017 | | 10/17/2020 |
| 5999795 | Campbell Soup Company-Ramachandran, Jagannathan | 1 Campbell Place | | Camden | NJ | 08103- | | 10/17/2020 |
| 5867424 | Carriger Farms LLC | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 5867619 | CHASE PARADISE SBX, LP | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 5995813 | Columbia Laundromat, David Scheller | 21770 Parrotts Ferry Rd | | Sonora | CA | 95370 | | 10/17/2020 |
| 5864714 | COMCAST OF SANTA MARIA, LLC | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 6002798 | Corcoran Unified School District-Smith, Debbie R. | 1520 Patterson Ave | | Corcoran | CA | 93212 | | 10/17/2020 |
| 5996650 | County of Alameda, c/o County Counsels Office | 1221 Oak Street | Suite 450 | Oakland | CA | 94612 | | 10/17/2020 |
| 5865797 | Crockett Cogen A CALIFORNI A LIMITED PARTNERSHIP | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 5989777 | David D Bohannon Organization-Kneifl, Pat | 60 31st Ave | | San Mateo | CA | 94403 | | 10/17/2020 |
| 6009475 | DCT VALLEY DRIVE CA LP, c/o DCT Industrial | Pier 1, Bay 1 | | San Francisco | CA | 94111 | | 10/17/2020 |
| 6011783 | DELL MARKETING LP | 1 Dell Way | | Road Rock | TX | 78682 | | 10/17/2020 |
| 5981730 | Diamondback Enterprise Inc, Ostrom | 4500 E Fremont St | | Stockton | CA | 95215 | | 10/17/2020 |
| 6011431 | DIVERSIFIED FIELD SERVICES LLC | 315 S Leech St | | Hobbs | NM | 88240 | | 10/17/2020 |
| 6003122 | DOUBLE M DAIRY LLC-MENDOZA, JARROD | 25680 Sir Francis Drive | | Point Reyes | CA | 94956 | | 10/17/2020 |
| 5868824 | EAST RIDGE HOLDINGS, LLC | ADDRESS ON FILE | | | | | | 10/17/2020 |

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | DATE OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 5868823 | EAST RIDGE HOLDINGS, LLC | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 6011891 | ECOBEE LTD | 207 Queens Quay West | Suite 600 | Toronto | ON | M5J 1A7 | Canada | 10/17/2020 |
| 5985546 | Edgewater Park Plaza LLC-Roach, Dayna | 300 Frank H Ogawa Plaza 3 | | Oakland | CA | 94612 | | 10/17/2020 |
| 6008558 | Elite Enterprises Vegas LLC | 5130 S Fort Apache Rd | | Las Vegas | NV | 89148 | | 10/17/2020 |
| 6007507 | Emma Kingsbury Design-Finn, David | 275 Seventh Ave | 26th Floor | New York | NY | 10001 | | 10/17/2020 |
| 5868965 | ENCLAVE PROPERTY HOLDINGS LLC | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 6014552 | HEALTHY SAN FRANCISCO PROGRAM | P.O. Box 194287 | | San Francisco | CA | 94119-4287 | | 10/17/2020 |
| 5981681 | Heather Lane Apartments, Karen & Gordon Schatz | 101 Tiffany Cir | | Terrell | TX | 75160 | | 10/17/2020 |
| 5870992 | Heights at Urban - Oak San Jose, L.P. | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 5883214 | HENERSON,BILLIE | ADDRESS ON FILE | | | | | | 11/5/2020 |
| 5871016 | Heritage Inn of Walnut Creek, LLC | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 6009472 | HERRERA AND SONS TWO INC DBA FAMILY | 624 West El Camino Real | | Mountain View, | CA | 94040 | | 10/17/2020 |
| 5871112 | HOLLAND PARTNER GROUP MANAGEMENT, INC | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 6000677 | Imerys Minerals California Inc.-Prue, Matthew | 1732 North 1st Street Suite 450 | | San Jose | CA | 95112 | | 10/17/2020 |
| 6000438 | Imfeld & Imfeld Property Management, Stephanie Jackson | 5100 N Sixth, Suite 164 | | Fresno | CA | 93710 | | 10/17/2020 |
| 5871275 | Inger Street Partners LLC | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 5995717 | Ivy Hill Properties, Lewis, James | 1907 Oakview Dr | | Oakland | CA | 94602 | | 10/17/2020 |
| 5868868 | JIL EDWARDS | ADDRESS ON FILE | | | | | | 11/5/2020 |
| 5871491 | JLC FOODS, LLC | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 6008644 | JOHN BLANCO CONSTRUCTION | 12136 E Cortland Ave | | Sanger | CA | 93657-8804 | | 10/17/2020 |
| 5864321 | K. HOVNANIAN HOMES OF NORTHERN CALIFORNIA | ADDRESS ON FILE | | | | | | 10/17/2020 |

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | DATE OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 5864380 | K. Hovnanian Meadow View at Mountain House, LLC | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 5985721 | Keener Auto Body-Keener, James | 1215 Water Street | | Santa Cruz | CA | 95062 | | 10/17/2020 |
| 5871775 | Kern Land Partner's, LLC | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 5871968 | KSA Realty Investments LLC | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 5872085 | LAR CONSTRUCTION & REMODELING INC | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 5980459 | Latitude Subrogation, Mim Gould | 6785 Telegraph Road | Suite 400 | Bloomfield Hills | Mi | 48301 | | 10/17/2020 |
| 6008789 | LF2 ROCK CREEK LP | 2831 Bell Road | | Auburn | CA | 95603 | | 10/17/2020 |
| 6008764 | LS-SF Jordan Ranch, LLC | 660 Newport Center Dr | Suite 300 | Newport Beach | CA | 92660 | | 10/17/2020 |
| 5865165 | M & H REALTY PARTNERS AFFILIATED FUND III L.P. | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 6001453 | M.E.G.'s Helping Hand's-Garcia, Monica | 119 Broadway St | | Vallejo | CA | 94590 | | 10/17/2020 |
| 6008713 | MADERA COUNTY ROAD DEVELOPMENT | 200 West 4th Street | | Madera | CA | 93637 | | 10/17/2020 |
| 5872637 | MARIE STREET DEVELOPMENT, LLC | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 5993358 | Marin Municipal Water District, Robert Stoltenberg | 220 Nellen Ave | | Corte Madera | CA | 94925 | | 10/17/2020 |
| 6010068 | MidCentury Insurance Exchange | 6301 Owensouth Avenue | | Woodland Hills | CA | 91367 | | 10/17/2020 |
| 5873455 | NASH-Holland 24th & Harrison Investors,LLC | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 5999462 | Nastrades Cash&Carry Inc.-Nasseri, Nas | 4703 Parkwest Dr | | San Jose | CA | 95130 | | 10/17/2020 |
| 6011182 | NAVITAS PARTNERS INC | Level 8, Brookfield Place | 125 St Georges Terrace | Perth | WA | 6000 | | 10/17/2020 |
| 5979970 | Noah Wright, /Law Offices of Thomas J. Gundlach | 354 Lombard St | | San Francisco | CA | 94133 | | 10/17/2020 |
| 5874083 | Oakland 29 Apts. LLC | ADDRESS ON FILE | | | | | | 10/17/2020 |
| 6001153 | OLIVAS NICOLE | ADDRESS ON FILE | | | | | | 11/5/2020 |
| 5998727 | P&S Investment INC-Na, Kyung Gyun | 2100 Riverside Dr | | Green Bay | WI | 54301 | | 10/17/2020 |

In re: PG&E Corporation, et al.
Case No. 19-30088
Page 5 of 6

Case: 19-30088    Doc# 5974    Filed: 02/28/20    Entered: 02/28/20 16:26:53    Page 11 of 20

Exhibit B
Supplemental Schedule DEF Parties Service List
Served via First Class Mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | DATE OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 6009988 | ROLAND EDWARDS | ADDRESS ON FILE | | | | | | 11/5/2020 |

# **Exhibit C**

Exhibit C
Supplemental Schedule G Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | DATE OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 6070323 | 2012 Fiber Optic Project Contact Neil Hattenburg | 1 Quassett Road | | Pomfret | CT | 06258- | | 10/17/2020 |
| 6058897 | 4L TOPCO CORPORATION, CLOVER TELECOM ASSET MANAGEMENT LLC | 120 Dividend Drive | Suite 160 | Coppell | TX | 75019 | | 10/17/2020 |
| 6058937 | A AND C LIUS LLC - 1777 N CALIFORNIA BLVD | 1777 N California Blvd | | Walnut Creek | CA | 94596 | | 10/17/2020 |
| 6059432 | ACE HARDWARE - 3610 PACHECO BLVD | 3610 Pacheco Blvd | | Martinez | CA | 94553 | | 10/17/2020 |
| 6041259 | ADDENDUM NO 14,PRC 5438.1,STATE CALIFORNIA,STATE LANDS COMMISSION | 100 Howe Ave | Suite 100 | Sacramento | CA | 95825 | | 10/17/2020 |
| 6059692 | Aegis Retail One LLC (Customer #: 986186) | 3755 Painted Pony Rd | | El Sobrante | CA | 94803 | | 10/17/2020 |
| 6060150 | ALASKA TECHNICAL TRAINING INC | 34851 Spur Hwy | | Soldotna | AK | 99669 | | 10/17/2020 |
| 6060315 | Allianz Global Corporate & Specialty SE | 5372 HIDDEN GLEN DR | | ROCKLIN | CA | 95677 | | 11/5/2020 |
| 6111188 | Almanor Lakefront Village | 300 Peninsula Dr | | Westwood | CA | 96137 | | 10/17/2020 |
| 6060540 | ALPHA STAR RESTAURANTS LLC - 1300 BRIDGE ST | 1300 Bridge Street | | Yuba City | CA | 95993 | | 10/17/2020 |
| 6060541 | ALPHA STAR RESTAURANTS LLC - 429 9TH ST - MARYSVIL | 429 9th St | | Marysville | CA | 95901 | | 10/17/2020 |
| 6118586 | AltaGas San Joaquin Energy Inc. | 14590 W Schulte Rd | | Tracy | CA | 95377 | | 10/17/2020 |
| 6060838 | AMERICAN ACADEMY OF GYMNASTICS INC - BAKERFIELD | 3622 Allen Road | | Bakersfield | CA | 93314 | | 10/17/2020 |
| 6061394 | Aplicaciones En Informatica Avanzada, S.A. | Avda. de la Torre Blanca, 57- 2C | ESADECREAPOLIS 08172 Sant Cugat del Vallès | Barcelona | | | ES | 10/17/2020 |
| 6061465 | APPLIED INDUSTRIAL TECHNOLOGIES | 1010 W BETTERAVIA RD | | SANTA MARIA | CA | 93455-1114 | | 10/17/2020 |
| 6062719 | ASPECT SOFTWARE INC | 5 Technology Park Drive | Suite 9 | Westford MA | | 1886 | | 10/17/2020 |
| 6062799 | ASSOCIATED POWER SOLUTIONS, DBA ELECTROSWITCH CORP | 5051 Commercial Circle | Suite B | Concord | CA | 94520 | | 10/17/2020 |
| 6062880 | AT&T Wireless Services of California, Inc. | 6685 N Blackstone Ave | | Fresno | CA | 93710 | | 10/17/2020 |
| 6118975 | AT&T Wireless Services of California, Inc. | 6685 N Blackstone Ave | | Fresno | CA | 93710 | | 10/17/2020 |
| 6063859 | AUTOCOM IGNITE, LLC - 1152 MARINA BLVD | 10011 PIONEER BLVD | | Santa Fe Springs | CA | 90670 | | 10/17/2020 |
| 6063860 | AUTOCOM IGNITE, LLC - 2085 WAYNE AVE | 10011 PIONEER BLVD | | Santa Fe Springs | CA | 90670 | | 10/17/2020 |
| 6118686 | AV Solar Ranch One, LLC | 49881 West 170 St. | | Lancester | CA | 93536 | | 10/17/2020 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | DATE OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 6063882 | AVENAL PARK (AVENAL SOLAR PROJECT) SA 67 | 9255 Towne Centre Drive | Suite 840 | San Diego | CA | 92121 | | 10/17/2020 |
| 6063936 | AVILA BAY CLUB - 6699 BAY LAUREL DR | 6699 Bay Laurel Pl | | Avila Beach | CA | 93424 | | 10/17/2020 |
| 6064293 | BAKER HUGHES OILFIELD OPERATIONS IN, DBA BAKER OIL TOOLS | 17021 Aldine Westfield Road | | Houston | TX | 77073 | | 10/17/2020 |
| 6064319 | Bakersfield PV I, LLC | 83 E Shaw Ave | | Fresno | CA | 93710 | | 10/17/2020 |
| 6064539 | BASF CALIFORNIA INC. - 38403 CHERRY ST | 38409 Cherry St | | Newark | CA | 94560 | | 10/17/2020 |
| 6064837 | BAY AREA CIRCUITS INC. - 44358 OLD WARM SPRINGS | 44358 Old Warm Springs Blvd | | Fremont | CA | 94538 | | 10/17/2020 |
| 6064898 | BAY AREA HOLPENER PETROLEUM - 1565 INDUSTRIAL PKWY | 1340 Arnold Drive | Suite 231 | Martinez | CA | 94553 | | 10/17/2020 |
| 6065253 | BAY CITY SCALE INC - 25352 CYPRESS AVE | 25352-A Cypress Ave. | | Hayward | CA | 94544 | | 10/17/2020 |
| 6065364 | Bed Rock, Inc, dba Tri-State Motor Transport Co. | 8141 E 7th Street | PO Box 113 | Joplin | MO | 64801 | | 10/17/2020 |
| 6065393 | BENCHMARK THERMAL HCM - LLC - 13185 NEVADA CITY AV | 13185 Nevada City Avenue | | Grass Valley | CA | 95945 | | 10/17/2020 |
| 6065483 | BERKELEY TENNIS CLUB - 1 TUNNEL RD | 1 Tunnel Road | | Berkeley | CA | 94705 | | 10/17/2020 |
| 6066314 | BLACK MOUNTAIN HOLDINGS LLC - 5976 W LAS POSITAS B | 1111 Brickell Ave | Floor 11 | Miami | FL | 33131 | | 10/17/2020 |
| 6066321 | BLACKHAWK COUNTRY CLUB - 1098 EAGLE NEST PL | 599 Blackhawk Club Dr | | Danville | CA | 94506 | | 10/17/2020 |
| 6066963 | BLUE RIVER SEAFOOD INC - 25447 INDUSTRIAL BLVD | 25447 Industrial Blvd Hayward | | Hayward | CA | 94545 | | 10/17/2020 |
| 6067134 | Bonneville Power Administration - TM/OPP-2 | 905 NE 11th Ave. | | Portland | OR | 97232 | | 10/17/2020 |
| 6067138 | BORBA INC - 585 TULLY RD | 27100 Oxnard Street | Suite 1850 | Woodland Hills | CA | 91367 | | 10/17/2020 |
| 6067159 | BORELLI INVESTMENT CO - 2051 JUNCTION AVE | 2051 Junction Ave | Suite 100 | San Jose | CA | 95131 | | 10/17/2020 |
| 6068340 | California Power Holdings (Red Bluff) | 4488 Onondaga Blvd | | Syracuse | NY | 13219 | | 10/17/2020 |
| 6041488 | Californian Western Railroad | 100 W Laurel Street | | Fort Bragg | CA | 95437 | | 10/17/2020 |
| 6041494 | Californian Western Railroad | 100 W Laurel Street | | Fort Bragg | CA | 95437 | | 10/17/2020 |
| 6068714 | CALVARY CHAPEL SOLANO - 1180 WESTERN ST | 1180 Western Street | | Fairfield | CA | 94533 | | 10/17/2020 |
| 6068746 | CAMARENA HEALTH - 720 E ALMOND AVE STE 102 | 720 E Almond Ave | | Madera | CA | 93637 | | 10/17/2020 |

Exhibit C
Supplemental Schedule G Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | DATE OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 6068756 | CAMERON INTERNATIONAL CORP, CAMERON VALVES AND MEASUREMENT, CAMSERV AFTERMARKET SERVICES | 1200 Enclave Parkway | Suite MD 322 | Houston | TX | 77077 | | 10/17/2020 |
| 6068905 | Canopius Underwriting Bermuda Ltd. | Atlantic House | 11 Par-la-Ville Rd | Hamilton | HM11 | | Bermuda | 10/17/2020 |
| 6068945 | CAPITOL DEL GRANDE INC - 980 CAPITOL EXPRESSWAY | 909 Capitol Expressway Auto Mall | | San Jose | CA | 95136 | | 10/17/2020 |
| 6069045 | CARGILL INC. | P. O. Box 9300 | | Minneapolis | MN | 55440 | | 10/17/2020 |
| 6069064 | Carmel Area Wastewater District | 3945 Rio Rd | | Carmel | CA | 93922 | | 10/17/2020 |
| 6069222 | CCATT LLC | 2000 Corporate Drive | | Canonsburg | PA | 15317 | | 10/17/2020 |
| 6070215 | CHARLES SCHWAB & CO INC STOCK PLAN SERVICES, MAIL STOP 03-410 | 211 Main Street | | San Francisco | CA | 94105 | | 10/17/2020 |
| 6070281 | CHIANG,PETER dba NOVATOS DAYS INN | 8141 REDWOOD BLVD | | NOVATO | CA | 94945 | | 10/17/2020 |
| 6070341 | CHUN & LEE INC dba R N MARKET | 6745 N Cedar Ave | | Fresno | CA | 93710 | | 10/17/2020 |
| 6070359 | CINTAS CORPORATION NO 3 | 6800 Cintas Blvd | | Mason | OH | 45040 | | 10/17/2020 |
| 6070989 | CITY OF SAN RAMON - 2401 CROW CANYON RD | 2401 Crow Canyon Road | | San Ramon | CA | 94583 | | 10/17/2020 |
| 6071353 | CLEAR WIRELESS LLC,ELECTRIC DISTRIBUTION POLE ATTACHMENTS,STREET LIGHT ATTACHMENTS | 1475 120th Avenue Northeast | | Bellevue | WA | 98005 | | 10/17/2020 |
| 6071457 | CLINICA SIERRA VISTA - 10727 ROSEDALE HWY | 10727 Rosedale Highway | | Bakersfield | CA | 93312 | | 10/17/2020 |
| 6071458 | CLINICA SIERRA VISTA - 1125 E CALIFORNIA ST | 1125 E. California Avenue | | Bakersfield | CA | 93312 | | 10/17/2020 |
| 6071459 | CLINICA SIERRA VISTA - 1305 BEAR MOUNTAIN BLVD | 1305 BEAR MOUNTAIN BLVD | | Arvin | CA | 93203 | | 10/17/2020 |
| 6071463 | CLINICA SIERRA VISTA - 2505 DIVISADERO ST # D | 2505 E. Divisadero Street | | Fresno | CA | 93721 | | 10/17/2020 |
| 6071465 | CLINICA SIERRA VISTA - 2740 S ELM AVE - FRESNO | 2740 S. Elm Avenue | | Fresno | CA | 93706 | | 10/17/2020 |
| 6071466 | CLINICA SIERRA VISTA - 2756 S ELM AVE - FRESNO | 2756 S. Elm Avenue | | Fresno | CA | | | 10/17/2020 |
| 6071467 | CLINICA SIERRA VISTA - 2760 S ELM AVE - FRESNO | 2760 S. Elm Avenue | | Fresno | CA | 93706 | | 10/17/2020 |
| 6071468 | CLINICA SIERRA VISTA - 301 BRUNDAGE LN | 301 Brundage Lane | | Bakersfield | CA | 93304 | | 10/17/2020 |
| 6071471 | CLINICA SIERRA VISTA - 4621 AMERICAN AVE STE B | 4621 American Ave, Ste A | Ste A | Bakersfield | CA | 93309 | | 10/17/2020 |
In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)

Page 3 of 7

Case: 19-30088    Doc# 5974    Filed: 02/28/20    Entered: 02/28/20 16:26:53    Page 16 of 20

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | DATE OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 6071472 | CLINICA SIERRA VISTA - 5784 S ELM AVE - FRESNO | 5784 S. Elm Ave. | | Fresno | CA | 93706 | | 10/17/2020 |
| 6071473 | CLINICA SIERRA VISTA - 815 DR MARTIN LUTHER KING J | 815 Dr. Martin Luther King Jr. Blvd | | Bakersfield | CA | 93307 | | 10/17/2020 |
| 6071474 | CLINICA SIERRA VISTA - 8787 HALL RD - LAMONT | 8787 Hall Road | | Lamont | CA | 93241 | | 10/17/2020 |
| 6071858 | ComSites West LLC | 2555 3RD ST STE 200 | | SACRAMENTO | CA | 95818 | | 11/5/2020 |
| 6071880 | CONCORD ENERGY | 1401 17th Street | Suite 1500 | Denver | CO | 80202 | | 10/17/2020 |
| 6071926 | CONOPCO INC. (DBA LIPTON) | 1484 Kifer Road | | Sunnyvale | CA | 94086 | | 10/17/2020 |
| 6072908 | CURTISS WRIGHT FLOW CONTROL SERVICE, ANATEC A BUSINESS UNIT OF CURTISS | 130 Harbour Place Drive | Suite 300 | Davidson | NC | 28036 | | 10/17/2020 |
| 6041942 | DA-TEL RESEARCH CO INC | 891 W Oak Grove Rd | | Montrose | CO | 814101 | | 10/17/2020 |
| 6074054 | DB ENERGY TRADING | 1209 N ORANGE ST | | WILMINGTON | DE | 19801 | | 10/17/2020 |
| 6074152 | DELL MARKETING LP, C/O DELL USA LP | 1 Dell Way | | Road Rock | TX | 78682 | | 10/17/2020 |
| 6041967 | DELOITTE & TOUCHE LLP | 30 Rockefeller Plaza | | New York | NY | 10112 | | 10/17/2020 |
| 6074299 | DEPT FOREST SERVICE, UNITED STATES | Sidney R. Yates Federal Building | 201 14th Street, SW | Washington | DC | 20024 | | 10/17/2020 |
| 6074353 | DG FAIRHAVEN POWER | 97 Bat Street | | Samoa | CA | 95564 | | 10/17/2020 |
| 6074354 | DG Fairhaven Power, LLC | 97 Bat Street | | Samoa | CA | 95564 | | 10/17/2020 |
| 6074479 | DISCOPY LABS INC - 48641 MILMONT DR | 48819 Kato Rd | | Fremont | CA | 94539 | | 10/17/2020 |
| 6074480 | DISCOPY LABS INC - 48819 KATO RD | 48819 Kato Rd | | Fremont | CA | 94539 | | 10/17/2020 |
| 6074797 | DRESSER-RAND GROUP INC DBA DRESSER-RAND ENGINUITY | 15375 Memorial Drive | 7th Floor | Houston | TX | 77079 | | 10/17/2020 |
| 6074992 | Dynegy (fka Duke)-Moss Landing, LLC Moss Landing PP | 1 Dolan Road | | Moss Landing | CA | 95039 | | 10/17/2020 |
| 6075119 | EAST BAY TIRE COMPANY - 2999 S ORANGE AVE | 2200 Huntington Drive | Unit C | Fairfield | CA | 94533 | | 10/17/2020 |
| 6075152 | Ecologic Analytics, LLC formerly known as Wireless Applications & Consulting Services, LLC | 8011 34th Ave South | Suite 205 | Bloomington | MN | 55425 | | 10/17/2020 |
| 6075178 | EDC-BIOSYSTEMS, INC - 49090 MILMONT DR | 49090 Milmont Drive | | Fremont | CA | 94538 | | 10/17/2020 |
| 6075202 | EDGEWATER HOLDINGS LLC - 8000 EDGEWATER DR | 8000 Edgewater Drive | | Oakland | CA | 94621 | | 10/17/2020 |
| 6075305 | Electric Lightwave, LLC (Integra) | 5160 Orbitor Drive | | Mississauga | ON | L4W 5H2 | Canada | 10/17/2020 |
| 6075451 | ELSTER AMERICAN METER CO, ELSTER METER SERVICES | 2221 Industrial Rd | | Nebraska City | NE | 68410 | | 10/17/2020 |

In re: PG&E Corporation, et al.
Case No. 19-30088 (DM)
Page 4 of 7

Case: 19-30088    Doc# 5974    Filed: 02/28/20    Entered: 02/28/20 16:26:53    Page 17 of 20

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | DATE OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 6075453 | ELSTER SOLUTIONS CORPORATION, ELSTER SOLUTIONS LLC | 208 S Rogers Lane | | Raleigh | NC | 27610 | | 10/17/2020 |
| 6075595 | ENERGATE INC | 2500 Solandt Road | | Kanata | ON | K2K 3G5 | Canada | 10/17/2020 |
| 6081725 | HACIENDA MD LLC - 5050 HOPYARD RD | 7901 Stoneridge Dr | Ste 505 | Pleasanton | CA | 94588-3655 | | 10/17/2020 |
| 6082056 | HAYWARD QUARTZ TECHNOLOGY INC - 1500 CORPORATE WA | 1700 Corporate Way | | Fremont | CA | 94539 | | 10/17/2020 |
| 6082057 | HAYWARD QUARTZ TECHNOLOGY INC - 1700 CORPORATE WAY | 1500 Corporate Way | | Fremont | CA | 94539 | | 10/17/2020 |
| 6082360 | HERCULES POWDER COMPANY | Hercules Plaza | | Wilmington | DE | 19894 | | 10/17/2020 |
| 6082382 | Hewlett-Packard Company's Statement of Work | 6280 America Center Dr. | | San Jose | CA | 95002 | | 10/17/2020 |
| 6082386 | HIC Energy | 5937 Belair Rd | | Baltimore | MD | 21206 | | 10/17/2020 |
| 6082539 | HISTORIC HIGHWAY 40 AUTO CARE - 130 BORLAND AVE # | 130 Borland Ave | | Auburn | CA | 95603 | | 10/17/2020 |
| 6082648 | HOPLAND POMO INDIANS - 13101 NOKOMIS RD | 3000 Shanel Rd. | | Hopland | CA | 95449 | | 10/17/2020 |
| 6082660 | HOSPICE OF THE FOOTHILLS - 762 FREEMAN LN STE G | 11270 Rough & Ready Hwy. | | Grass Valley | CA | 95945 | | 10/17/2020 |
| 6082700 | HP VALVES BV | P.O. Box 50040 | | LA HENGELO | Netherlands | NL-7550 | | 10/17/2020 |
| 6082713 | HR INTERNATIONAL FOODS INC - 2711 HILLCREST AVE | 2711 Hillcrest Ave | | Antioch | CA | 94531 | | 10/17/2020 |
| 6082766 | Hummingbird Energy Storage, LLC | 65 Enterprise, 3rd Floor | | Aliso Viejo | CA | 92656 | | 10/17/2020 |
| 6118920 | Hummingbird Energy Storage, LLC | 65 Enterprise, 3rd Floor | | Aliso Viejo | CA | 92656 | | 10/17/2020 |
| 6082777 | HUNTMONT MEDICAL BLDG PARTNERSHIP - 2999 REGENT ST | 2999 Regent St Ste 103 | | Berkeley | CA | 94705-2116 | | 10/17/2020 |
| 6083007 | ICLEI Local Governments | Kaiser-Friedrich-Str. 7 | | Bonn | Germany | 53113 | | 10/17/2020 |
| 6083526 | Intercall, Inc. - Now West see below | 11808 Miracle Hills Dr. | | Omaha, NE 68154 | NE | 68154 | | 10/17/2020 |
| 6083527 | Intercall, Inc. Now West | 11808 Miracle Hills Dr. | | Omaha, NE 68154 | NE | 68154 | | 10/17/2020 |
| 6083532 | Interhannover | 10 Fenchurch Street | | London | United Kingdom | EC3M 3BE | | 10/17/2020 |
| 6083825 | Itron, Inc. as successor to SmartSynch, Inc. | 2111 N Molter Road | | Liberty Lake | WA | 99019 | | 10/17/2020 |
| 6084013 | JC HAMBURGERS INC - 715 CAPITOL EXPRESSWAY AUTO MA | 715 W Capital Auto Mall Expy | | San Jose | CA | 95136 | | 10/17/2020 |
| 6084086 | Jessico DBA Russco Interiors | 2381 Saratoga Bay Dr | | West Palm Beach | FL | 33409 | | 10/17/2020 |
| 6084287 | Johl Petroleum Inc | 11911 Dry Creek Road | | Auburn | CA | 95602 | | 10/17/2020 |

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | DATE OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 6084312 | Johns Manville International, Inc. | P. O. Box 5108 | | Denver | CO | 80217-5108 | | 10/17/2020 |
| 6042523 | KENNEDY MINING MILLING COMPANY,AMADOR ELECTRIC RAILWAY LIGHT COMPANY | 810 Court Street | | Jackson | CA | 95642 | | 10/17/2020 |
| 6084650 | Kern River Cogen Company | Sw China Grade Loop | | Bakersfield | CA | 93308 | | 10/17/2020 |
| 6084701 | KGS Dhoot Asso, Inc | Joes Travel Plaza 2 | 4415 Howard Rd | Westley | CA | 95387 | | 10/17/2020 |
| 6084777 | KILROY REALTY LP (4400 Bohannon) | 12200 West Olympic Boulevard | Suite 200 | Los Angles | CA | 90064 | | 10/17/2020 |
| 6084782 | KINDERWOOD CHILDRENS CENTER - 5560 ENTRADA CEDROS | 5560 Entrada Cedros | | San Jose | CA | 95123 | | 10/17/2020 |
| 6084799 | Kings Canyon USD (Citrus Middle School) | 1801 10th Street | | Reedley | CA | 93654 | | 10/17/2020 |
| 6084800 | Kings Canyon USD (Dunlap Elementary) | 39667 Dunlap Rd | | Dunlap | CA | 93621 | | 10/17/2020 |
| 6084802 | Kings Canyon USD (Orange Cove High School) | 1700 Anchor Ave | | Orange Cove | CA | 93646 | | 10/17/2020 |
| 6084804 | Kings Canyon USD (Silas Bartsch Elementary) | 2225 E. North Ave. | | Reedley | CA | 93654 | | 10/17/2020 |
| 6085231 | KUKJE INC - 2350 JUNIPERO SERRA BLVD - DALY CITY | 2350 Junipero Serra Blvd | | Daly City | CA | 94015 | | 10/17/2020 |
| 6085271 | LA PRECIOSA FAMILY SUPERMARKET L.P.-1220 BROADWAY | 1220 Broadway Ave | | Seaside | CA | 93955 | | 10/17/2020 |
| 6085744 | LIFE CHIROPRACTIC COLLEGE WEST - 25001 INDUSTRIAL | 25001 Industrial Blvd | | Hayward | CA | 94545 | | 10/17/2020 |
| 6086232 | LPA, Inc. | 5301 California Ave | Suite 100 | Irvine | CA | 92617 | | 10/17/2020 |
| 6086332 | LUNDY INVESTMENTS LLC - 1885 LUNDY AVE | 101 Rockridge Lane | | Santa Cruz | CA | 95060 | | 10/17/2020 |
| 6086335 | LUSO-AMERICAN LIFE INSURANCE SOCIETY - 7080 DONLON | 7080 Donlon Way | Suite 200 | Dublin | CA | 94568 | | 10/17/2020 |
| 6086583 | MADRUGA IRON WORKS INC - 265 GANDY DANCER DR | 305 Gandy Dancer Drive | | Tracy | CA | 95377-9038 | | 10/17/2020 |
| 6086584 | MADRUGA IRON WORKS INC - 305 GANDY DANCER DR | 305 Gandy Dancer Drive | | Tracy | CA | 95377-9038 | | 10/17/2020 |
| 6086594 | Magna Real Estate, LLC, and 851 Irwin Street, LLC | 753 Center Blvd | | Fairfax | CA | 94930 | | 10/17/2020 |
| 6086599 | MAGOOS PIZZA RESTAURANT INC | 2701 Calloway Drive #408 | | Bakersfield | CA | 93312 | | 10/17/2020 |
| 6086601 | MAGUS RESEARCH LIMITED | 2101 Rosecrans Avenue | | EL Segundo | CA | 90245 | | 10/17/2020 |
| 6086608 | Main project (JACKSON RANCHERIA - 16002 MI WUK DR - JACKSON) | 12222 New York Ranch Rd | | Jackson | CA | 95642 | | 10/17/2020 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Exhibit C
Supplemental Schedule G Service List
Served via first class mail

| MMLID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE | COUNTRY | DATE OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| 6086616 | MALAGA COMMUNITY CENTER - 3582 S WINERY AVE | 3592 S winery Ave | | Fresno | CA | 93725 | | 10/17/2020 |
| 6086650 | MANUEL E VIEIRA INC - 10869 BELL DR | 3900 Sultana | | Atwater | CA | 95301 | | 10/17/2020 |
| 6087139 | MATT MAZZEI MOTORS INC - 1175 PARALLEL DR | 1175 Parallel Drive | | Lakeport | CA | 95453 | | 10/17/2020 |
| 6087621 | MERCED RIVER SCHOOL DISTRICT - 4402 OAKDALE RD | 4402 West Oakdale Rd | | Winton | CA | 95388 | | 10/17/2020 |
| 6088193 | MISITA TREE AND LAND INC | 11532 Bennett Street | | Grass Valley | CA | 95945 | | 10/17/2020 |
| 6088716 | MOTHER LODE UNIFIED SCHOOL DISTRICT | 3783 Forni Rd | | Placerville | CA | 95667 | | 10/17/2020 |
| 6091688 | New Raja Enterprises dba 76 Unocal | P.O. Box 7200 | | Bartlesville | OK | 74005 | | 10/17/2020 |
| 6043750 | NEXT G NETWORKS CALIFORNIA INCORPORATED,NEXTG NETWORKS CALIFORNIA INCORPORATED | 500 S Rancho Ave Suite E | | Colton | CA | 92324 | | 10/17/2020 |
| 6092283 | NORTH FORD PROPERTIES LLC - SAN LEANDRO | 15267 Hesperian Blvd. #305 | | San Leandro | CA | 94578 | | 10/17/2020 |
| 6092763 | OCE NORTH AMERICA INC ATT: ORDER DEPT, PLEASE USE V# 1100560 | Permanently Closed | | | | | | 10/17/2020 |
| 6044760 | Old Base # 1-20,BRYSONS FLYING SERVICE,AMADOR COUNTY AIRPORT | 810 Court Street | | Jackson | CA | 95642 | | 10/17/2020 |
| 6093130 | Omega Consultants, Inc. DBA Omega Technical Services, Inc | 2010 Highway 58 | Suite 1106 | Oak Ridge | TN | 37830 | | 10/17/2020 |
| 6093135 | ONE EXCHANGE CORP | 441-5 AVENUE SW | Suite 300 | Calgary | AB | T2P 2V1 | Canada | 10/17/2020 |
| 6044765 | ONE MARKET STREET PROPERTIES INCORPORATED | PACIFIC GATEWAY BUILDING | 201 MISSION ST. | SAN FRANCISCO | CA | 94105 | | 10/17/2020 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 7 of 7

Case: 19-30088    Doc# 5974    Filed: 02/28/20    Entered: 02/28/20 16:26:53    Page 20 of 20