# Exhibit A

Fire Victim Claim Plan Treatment Summary

# FIRE VICTIM CLAIM PLAN TREATMENT SUMMARY

**TO ALL HOLDERS OF FIRE VICTIM CLAIMS:**

This summary describes how your Fire Victim Claim will be treated under the chapter 11 plan proposed by PG&E and certain of its shareholders (the "**Plan**"). This summary supplements the *Disclosure Statement for Debtors' and Shareholder Proponents Joint Chapter 11 Plan of Reorganization* (the "**Disclosure Statement**") you are also receiving. Prior to voting to accept or reject the Plan, you are encouraged to read the Disclosure Statement, Plan, and informed consent materials provided by your attorney if you have retained an attorney. You are also encouraged to consult with your attorney if you have retained an attorney.

All Fire Victim Claims against the Debtors relating to the Butte Fire (2015), the North Bay Wildfires (2017)[1] and the Camp Fire (2018) are to be paid and resolved by a resolution trust to be established for the benefit of Fire Victims (the "**Fire Victim Trust**"). Your Fire Victim Claim will be processed by the Fire Victim Trust's Claims Administrator in conjunction with the Trustee of the Fire Victim Trust and, if your claim is approved, it will be paid from the Fire Victim Trust assets. Holders of Fire Victim Claims will not be able to pursue their claims against PG&E Corporation or Pacific Gas and Electric Corporation.

Pursuant to the Plan, the Debtors will transfer to the Fire Victim Trust cash, stock and other assets having a value of approximately $13.5 billion, which will be used to satisfy Fire Victim Claims. The $13.5 billion will consist of $6.75 billion in cash ($1.35 billion of which will be paid from tax attributes over a two-year period) and $6.75 billion of common stock of reorganized PG&E Corporation.

> **NOTHING IN THE PLAN OR TRUST AGREEMENT REQUIRES YOU TO RECEIVE PAYMENT IN STOCK.**

**All Fire Victim Claims will be satisfied in cash in accordance with the Fire Victim Claims Resolution Procedures. A copy of those procedures can be found at [●].[2]**

The following is a brief summary of the Fire Victim Claims Resolution Procedures:[3]

(a) **How to get your claims processed**: The Trustee and Claims Administrator are developing objective criteria for approval of claims, as well as valuation of both "economic damages" such as destruction or damage to real estate and personal property, additional living expenses, lost wages, and business losses, personal injury or death and related medical expenses, and "non-economic damages" such as emotional distress related to bodily injury or death or the trauma of a dangerous evacuation from the fire and/or the loss of use and enjoyment of your property and community. The Trustee and Claims Administrator will develop detailed claims procedures that

---

[1] The North Bay Wildfires (2017) consist of the following fires: LaPorte, McCourtney, Lobo, Honey, Redwood / Potter Valley, Sulphur, Cherokee, 37, Blue, Pocket, Atlas, Cascade, Nuns, Adobe, Norrbom, Pressley, Patrick, Pythian / Oakmont, Maacama, Tubbs, Point, and Sullivan.

[2] The Fire Victim Claims Resolution Procedures are forthcoming, a substantially final version of which will be filed with the Bankruptcy Court on or before March 3, 2020. This summary will be further updated to reflect the terms of the substantially final Fire Victim Claims Resolution Procedures once they become available.

[3] This summary is qualified entirely by reference to the Fire Victim Claims Resolution Procedures.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

will guide your attorney or you, if you do not have an attorney, in how your claim will be evaluated, including what, if any, information and documents you will need to provide to support your claim. For example, you may be asked to submit information and documents needed to verify your claim, which may include proof of ownership or residence at the time of the fire, information regarding damage to your home and its contents, land, rental agreements and receipts for additional living costs, documents related to business income loss or lost wages, and information regarding the emotional impact of your evacuation from the fire and the loss of use and enjoyment of your home, in addition to other relevant information and documents the Fire Victim Trust may need to evaluate your claim. If the Fire Victim Trust determines that it needs more information to evaluate your claim, you or your attorney may be requested to submit it. If you have an attorney, all communications with the Fire Victim Trust will go through your attorney. Any information and documents that you provide will be considered confidential and used only for evaluating your claim.

The Fire Victim Trust will also have access to publicly available and other information related to your claim, such as information from your insurance company, and it will use all of the appropriate available information including the information you provide to evaluate and process your claim. If you already settled your fire claim with PG&E before PG&E filed for chapter 11 or during the Chapter 11 Cases, your attorney should provide a copy of the settlement agreement to the Fire Victim Trust.

(b) **Explanation of how your claim is allowed for payment**: The Fire Victim Trust will review your claim and the information and documents that relate to your claim and make a determination whether your claim is eligible or ineligible for payment and, if eligible, in what amount. If you accept the Fire Victim Trust's determination and your claim has been determined to be eligible, your claim will be paid. The Trustee will have full discretion in managing the funds in the Trust, and may decide to pay claims in installments.

The Plan does not absolve the insurance carriers of their obligations to fulfill their coverage obligations under their policies of insurance with you. The Fire Victim Trust will not take on any responsibility for your insurance carrier's obligations to you.

Additionally, please note that (i) any cash you received or will receive from an insurance company on account of your Fire Victim Claim and (ii) any cash you received or will receive from the Wildfire Assistance Program that was implemented by PG&E several months ago to provide assistance to those most in need of immediate assistance, will be credited against any distribution to be made to you from the Fire Victim Trust on account of your Fire Victim Claim.

(c) **What to do if you contest the Fire Victim Trust's treatment of your claim**: If you do not wish to accept either: (i) the Fire Victim Trust's determination that your claim is ineligible for payment; or (ii) the amount awarded by the Fire Victim Trust for your claim, you will have options to seek the review of the determination. Each of these options will be explained in detail in the Fire Victim Claims Resolution Procedures. In all circumstances, after the exhaustion of the review processes contained in the Fire Victim Claims Resolution Procedures, the Fire Victim Trust's resulting determination will be final. If you contest the Fire Victim Trust's award and are not represented by legal counsel, you may wish to consult with legal counsel of your choice.

You have also been provided with information on how to vote to accept or reject the Plan. Please read that information carefully which also includes information regarding the ability for those voting on the Plan to grant certain voluntary releases.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE NOTE THAT, IN ORDER FOR YOUR VOTE ON THE PLAN TO BE COUNTED, YOU MUST COMPLY WITH THE INSTRUCTIONS YOU HAVE RECEIVED WITHIN THE TIME PERIODS NOTED.**

If you have any questions, please contact Prime Clerk, LLC, the Debtors' Solicitation Agent, at (844) 339-4217 (domestic toll-free) or +1 (929) 333-8977 (international) or via email at pgeinfo@primeclerk.com.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119