| | |
|---|---|
| 1 | Jonathan C. Sanders (No. #228785)<br>SIMPSON THACHER & BARTLETT LLP |
| 2 | 2475 Hanover Street<br>Palo Alto, CA 94304 |
| 3 | Telephone: (650) 251-5000<br>Facsimile: (650) 251-5002 |
| 4 | |
| 5 | Michael H. Torkin<br>Nicholas Goldin |
| 6 | Kathrine A. McLendon<br>Jamie J. Fell |
| 7 | SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue |
| 8 | New York, NY 10017<br>Telephone: (212) 455-2000 |
| | Facsimile: (212) 455-2502 |

*Counsel for the Board of Each of PG&E Corporation and Pacific Gas and Electric Company and for Certain Current and Former Independent Directors*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>   - and –<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF FILING OF AMENDED FIRST INTERIM FEE APPLICATION OF SIMPSON THACHER & BARTLETT LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 29, 2019 THROUGH APRIL 30, 2019**<br><br>**Hearing Date:** March 25, 2020 at 10:00 a.m. (Pacific Time)<br><br>**Objection Deadline:** March 18, 2020 at 4:00 p.m. (Pacific Time) |

**PLEASE TAKE NOTICE** that on July 23, 2019, Simpson Thacher & Bartlett LLP ("**Simpson Thacher**"), counsel for (i) the Board of Directors (the "**Board**") of each of PG&E Corporation and Pacific Gas and Electric Company, as the Board may be constituted from time to time, and for the members of the Board from time to time in their capacities as members of the Board, and (ii) certain current and former independent directors in their individual capacities who serve or served as independent directors prior to and/or as of the Filing Date (each an "**Independent Director**" and collectively, the "**Independent Directors**"), filed the *First Interim Fee Application of Simpson Thacher & Bartlett LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period January 29, 2019 Through April 30, 2019* [Docket No. 3157] (the "**First Interim Fee Application**"). As contemplated by the *Fee Examiner Protocol for Chapter 11 Cases of PG&E Corporation and Pacific Gas and Electric Company* [Docket No. 4473-1] filed on October 24, 2019, which was approved by this Court pursuant to the *Amended Order Granting Fee Examiner's Motion to Approve Fee Procedures* entered on December 18, 2019 [Docket No. 5168] (as amended by the order entered on January 30, 2020 [Docket No. 5572]) (the "**Revised Protocol**"), Simpson Thacher met and conferred with Bruce A. Markell, the fee examiner for the Chapter 11 Cases (the "**Fee Examiner**") regarding the First Interim Fee Application. Based on those discussions, Simpson Thacher and the Fee Examiner reached an agreement whereby the aggregate compensation and reimbursement sought in the First Interim Fee Application will be voluntarily reduced by $82,000.

**PLEASE TAKE FURTHER NOTICE** that the First Interim Fee Application is hereby amended to the extent of such reduction. Pursuant to section 2.4 of the Revised Protocol, the signature below of Scott H. McNutt, counsel to the Fee Examiner, shall serve to indicate the Fee Examiner has no remaining objections to the First Interim Fee Application.

Dated: February 28, 2020

/s/ Jonathan C. Sanders
Jonathan C. Sanders

SIMPSON THACHER & BARTLETT LLP

*Counsel for the Board of Each of PG&E Corporation and Pacific Gas and Electric Company and for Certain Current and Former Independent Directors*

/s/ Scott H. McNutt
Scott H. McNutt

*Counsel to the Fee Examiner*