BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JANUARY 1, 2020 THROUGH JANUARY 31, 2020

The timekeepers who rendered services in these Chapter 11 Cases from January 1, 2020 through January 31, 2020 for which Baker is seeking compensation are

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Bartram, Darin R. | Litigation | 1993 | $970.00 | 8.60 | $8,342.00 |
| Bator, Chris | Litigation | 1987 | $510.00 | 32.20 | $16,422.00 |
| Benson, Glenn S. | Environmental | 1994 | $640.00 | 44.40 | $28,416.00 |
| Bernert, Edward J | Tax | 1977 | $665.00 | 14.10 | $9,376.50 |
| Bloom, Jerry R. | Bankruptcy | 1980 | $1,145.00 | 80.00 | $91,600.00 |
| Brennan, Terry M. | Litigation | 1995 | $600.00 | 21.00 | $12,600.00 |
| Carolan, Christopher J. | Corporate | 2000 | $875.00 | 2.70 | $2,362.50 |
| Casey, Lee A | Litigation | 1982 | $1,255.00 | 26.10 | $32,755.50 |
| Chairez, Joseph L. | Litigation | 1981 | $800.00 | 12.90 | $10,320.00 |
| Commins, Gregory J. | Litigation | 1991 | $890.00 | 177.20 | $157,708.00 |
| Dettelbach, Steven | Litigation | 1991 | $1,015.00 | 1.10 | $1,116.50 |
| Dumas, Cecily A. | Bankruptcy | 1983 | $950.00 | 182.90 | $173,755.00 |
| Esmont, Joseph M. | Bankruptcy | 2008 | $600.00 | 191.40 | $114,840.00 |
| Foix, Danyll W. | Litigation | 1998 | $760.00 | 105.80 | $80,408.00 |
| Goodman, Eric R. | Bankruptcy | 2003 | $800.00 | 161.10 | $128,880.00 |
| Grabowski-Shaikh, Asim R. | Corporate | 2002 | $800.00 | 23.00 | $18,400.00 |
| Green, Elizabeth A | Bankruptcy | 1986 | $690.00 | 149.20 | $102,948.00 |
| Grossman, Andrew | Litigation | 2008 | $850.00 | 5.90 | $5,015.00 |
| Hogan, Thomas E. | Litigation | 2004 | $785.00 | 11.10 | $8,713.50 |
| Julian, Robert | Litigation | 1979 | $1,175.00 | 165.30 | $194,227.50 |
| Kleber, Kody | Litigation | 2007 | $550.00 | 92.70 | $50,985.00 |
| Layden, Andrew V. | Bankruptcy | 2010 | $410.00 | 67.80 | $27,798.00 |
| Lehrer, II, John R. | Tax | 1999 | $725.00 | 8.80 | $6,380.00 |
| McCabe, Bridget S. | Litigation | 2010 | $630.00 | 134.90 | $84,987.00 |
| Mooradian, George T. | Tax | 1979 | $850.00 | 6.50 | $5,525.00 |
| Morris, Kimberly S. | Litigation | 2004 | $895.00 | 167.60 | $150,002.00 |
| Murphy, Keith R. | Bankruptcy | 1997 | $1,110.00 | 10.50 | $11,655.00 |

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Parrish, Jimmy D. | Bankruptcy | 2000 | $590.00 | 10.30 | $6,077.00 |
| Payne Geyer, Tiffany | Bankruptcy | 2000 | $455.00 | 51.60 | $23,478.00 |
| Richardson, David J. | Bankruptcy | 1993 | $685.00 | 200.70 | $137,479.50 |
| Rivkin, Jr., David B. | Litigation | 1985 | $1,625.00 | 59.20 | $96,200.00 |
| Rose, Jorian E. | Bankruptcy | 1998 | $1,010.00 | 201.50 | $203,515.00 |
| Sagerman, Eric T. | Bankruptcy | 1991 | $1,145.00 | 20.10 | $23,014.50 |
| Semes, Michael J. | Tax | 1990 | $990.00 | 2.40 | $2,376.00 |
| Thomas, Emily B. | Litigation | 2006 | $450.00 | 79.70 | $35,865.00 |
| Weible, Robert A. | Corporate | 1978 | $830.00 | 28.20 | $23,406.00 |
| **Total Partners and Counsel:** | | | | **2,558.50** | **$2,086,949.00** |

| NAME OF PROFESSIONAL ASSOCIATES AND STAFF ATTORNEYS: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Alfano, Anthony G. | Unassigned | 2018 | $265.00 | 46.80 | $12,402.00 |
| Attard, Lauren T. | Bankruptcy | 2008 | $600.00 | 137.70 | $82,620.00 |
| Bent, Camille | Bankruptcy | 2009 | $610.00 | 30.90 | $18,849.00 |
| Berle, Joelle A. | Litigation | 2007 | $485.00 | 23.20 | $11,252.00 |
| Blanchard, Jason I. | Bankruptcy | 2011 | $650.00 | 131.60 | $85,540.00 |
| Calanni, Anthony S. | Unassigned | 2019 | $265.00 | 10.40 | $2,756.00 |
| Cho, Dyanne | Litigation | 2015 | $510.00 | 21.60 | $11,016.00 |
| Cordiak, Robert W. | Unassigned | 2018 | $265.00 | 10.30 | $2,729.50 |
| Daniels, Alyssa M. | Unassigned | 2019 | $265.00 | 9.80 | $2,597.00 |
| Davis, Austin N. | Unassigned | 2019 | $265.00 | 94.60 | $25,069.00 |
| Donaho, Thomas A. | Associate | 2011 | $530.00 | 65.00 | $34,450.00 |
| Dow, Dustin M. | Employment | 2012 | $365.00 | 107.10 | $39,091.50 |
| Ebersole, David D. | Tax | 2011 | $400.00 | 12.70 | $5,080.00 |
| Hayes, Sarah M. | Litigation | 2019 | $250.00 | 35.50 | $8,875.00 |
| Hooper, Rachel P. | Litigation | 2002 | $520.00 | 12.90 | $6,708.00 |
| Jiwani, Sabrina N. | Litigation | 2012 | $470.00 | 12.60 | $5,922.00 |
| Jones, Bradley K. | Litigation | 2007 | $470.00 | 45.00 | $21,250.00 |

| # | Name | Department | Year | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| 1 | Jowdy, Joshua J | Litigation | 2017 | $440.00 | 157.30 | $69,212.00 |
| 2 | Kates, Elyssa S. | Bankruptcy | 2000 | $760.00 | 157.90 | $120,004.00 |
| 3 | Kavouras, Daniel M. | Litigation | 2012 | $365.00 | 57.70 | $21,060.50 |
| 4 | Lemon, Daniel R. | Litigation | 2017 | $285.00 | 73.20 | $20,862.00 |
| 5 | Lockyer, Brittany N. | Litigation | 2018 | $265.00 | 16.70 | $4,425.50 |
| 6 | Lorence, Jenna M. | Litigation | 2017 | $440.00 | 22.50 | $9,990.00 |
| 7 | Martinez, Daniella E. | Litigation | 2016 | $400.00 | 109.70 | $43,880.00 |
| 8 | McCutcheon, Marcus | Litigation | 2011 | $520.00 | 11.80 | $6,136.00 |
| 9 | Merola, Danielle L. | Bankruptcy | 2015 | $325.00 | 128.30 | $41,697.50 |
| 10 | Mowbray, Nicholas C. | Tax | 2010 | $630.00 | 7.20 | $4,536.00 |
| 11 | Pena, Clair C. | Litigation | 2016 | $310.00 | 78.60 | $24,366.00 |
| 12 | Perkins Austin, Francesca | Litigation | 2008 | $600.00 | 8.10 | $4,860.00 |
| 13 | Rice, David W. | Litigation | 2012 | $610.00 | 60.60 | $36,966.00 |
| 14 | Sabella, Michael A. | Bankruptcy | 2008 | $610.00 | 68.50 | $41,785.00 |
| 15 | Scott, Jenna N. | Litigation | 2017 | $355.00 | 3.90 | $1,384.50 |
| 16 | Steinberg, Zoe M. | Unassigned | 2018 | $340.00 | 98.40 | $33,456.00 |
| 17 | Stuy, Lauren T. | Litigation | 2019 | $265.00 | 37.90 | $10,043.50 |
| 18 | Thompson, Ashley L. | Tax | 2011 | $515.00 | 13.40 | $6,901.00 |
| 19 | Thompson, Taylor M. | Litigation | 2018 | $265.00 | 71.60 | $18,974.00 |
| | **Total Associates:** | | | | 1,991.00 | **$896,556.50** |

| NAME OF PARAPROFESSIONALS: | PRIMARY DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Bekier, James | | $495.00 | 9.80 | $4,851.00 |
| Bookout, Kimberly M. | Litigation Support | $250.00 | 24.40 | $6,100.00 |
| Gage, Carly R | Litigation Support | $395.00 | 4.00 | $1,580.00 |
| Greenfield, Juanita | Litigation | $200.00 | 69.60 | $13,920.00 |
| LaFalce, Stephen | Practice Services | $200.00 | 9.80 | $1,960.00 |
| Landrio, Nikki | Litigation Support | $420.00 | 83.90 | $35,238.00 |
| Lane, Deanna L. | Bankruptcy | $280.00 | 30.90 | $8,652.00 |
| Marshall, Amanda | Practice Services | $200.00 | 8.70 | $1,740.00 |
| McIntosh, Casey | Information Services | $220.00 | 10.10 | $2,222.00 |
| McDonald, Michael H. | Litigation Support | $230.00 | 33.00 | $7,590.00 |
| Nunes, Silas T. | Litigation Technology | $345.00 | 22.70 | $7,831.50 |
| Petre, Timothy P. | Litigation | $370.00 | 183.70 | $67,969.00 |

| NAME OF PARAPROFESSIONALS: | PRIMARY DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Rawles, Michael | Litigation | $270.00 | 7.80 | $2,106.00 |
| Thompson, Tyler M | Gov't Policy | $505.00 | 19.20 | $9,696.00 |
| Williamson, Forrest G. | Int'l Disputes | $200.00 | 26.20 | $5,240.00 |
| **Total Paraprofessionals and other non-legal staff:** | | | **543.80** | **$176,695.50** |

| PROFESSIONALS TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $815.69 | 2,558.50 | $2,086,949.00 |
| Associates | $450.30 | 1,991.00 | $896,556.50 |
| **Blended Attorney Rate** | **$655.79** | **4,549.50** | **$2,983,505.50** |
| Paraprofessionals and other non-legal staff | $324.93 | 543.80 | $176,695.50 |
| **Total Fees Incurred** | **$620.46** | **5,093.30** | **$3,160,201.00** |