# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY BAKER & HOSTETLER LLP FOR THE PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 003 | Automatic Stay | 0.30 | $352.50 |
| 004 | Bankruptcy Litigation | 200.20 | $98,241.50 |
| 005 | Bar Date Motion/Claims Noticing | 1.70 | $1,360.00 |
| 006 | Case Administration (docket updates, WIP and calendar) | 78.90 | $30,598.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 1,021.10 | $696,661.50 |
| 009 | Committee Meetings and Preparation | 338.70 | $270,108.50 |
| 012 | DIP Financing/Cash Mgmt./Hedging Transactions | 23.70 | $15,623.50 |
| 013 | Disclosure Statement | 5.80 | $4,670.00 |
| 017 | Executory Contracts/Lease Issues | 0.70 | $538.00 |
| 018 | General Case Strategy (includes communications with Committee) | 89.80 | $72,956.50 |
| 019 | Hearings and Court Matters | 38.90 | $33,197.00 |
| 020 | Legislative Issues | 78.60 | $63,871.50 |
| 021 | Non-Bankruptcy Litigation | 2.30 | $2,205.00 |
| 022 | Non-Working Travel | 140.60 | $89,420.00 |
| 024 | District Court Litigation | 73.50 | $44,072.50 |
| 025 | Regulatory Issues including CPUC and FERC | 177.80 | $119,864.00 |
| 026 | Retention Applications | 41.90 | $33,808.00 |
| 027 | Fee Application: Baker | 35.00 | $15,092.00 |
| 028 | Fee Application: Other Professionals | 16.40 | $10,490.50 |
| 030 | Tax Issues | 69.40 | $45,970.00 |
| 031 | U.S. Trustee/Fee Examiner Issues | 2.20 | $716.50 |
| 032 | Unsecured Creditor Issues/Communications/Meetings | 42.50 | $39,877.00 |
| 035 | Real Estate and Real Property Issues | 2.90 | $1,769.00 |
| 037 | Investigations | 0.80 | $160.00 |
| 039 | Other Contested Matters | 15.20 | $14,421.00 |
| 040 | Operations | 145.30 | $97,610.00 |
| 042 | Subrogation | 6.40 | $3,890.00 |
| 043 | Securities | 20.90 | $20,788.00 |
| 045 | Asset Analysis and Recovery | 1,608.90 | $728,437.00 |
| 046 | Tort Claims Estimation | 40.50 | $14,968.50 |
| 047 | Class Claims Issues | 62.20 | $47,478.00 |
| 049 | Mediation | 38.90 | $38,414.00 |

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---:|---:|
| 050 | Government Claims | 340.10 | $276,419.00 |
| 051 | CPUC BK OII 19-09-016 | 11.90 | $13,513.00 |
| 052 | Tort Claims | 319.30 | $212,639.50 |
| **TOTAL** | | **5,093.30** | **$3,160,201.00** |

Case: 19-30088    Doc# 5980-2    Filed: 03/02/20    Entered: 03/02/20 06:38:28    Page 2 of 2