**EXHIBIT C**

**EXPENSE SUMMARY
FOR THE PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| EXPENSES | AMOUNT |
| --- | --- |
| Airfare | $25,755.40 |
| Automated Research | $14,427.52 |
| Business Meals | $7,815.16 |
| Car Rental | $634.04 |
| Copier/Duplication | $57.30 |
| Delivery Services | $87.75 |
| Depositions | $8,650.27 |
| Ground Transportation (Local) | $648.08 |
| Ground Transportation (Out of Town) | $5,648.54 |
| Lodging | $42,487.78 |
| Meals While Traveling | $3,632.89 |
| Messenger Service | $259.83 |
| Mileage Reimbursement | $195.88 |
| Miscellaneous (Meeting Room Rental/Set-up, etc.) | $6,205.81 |
| On-line Research | $118.51 |
| Other Professional Services (includes Experts) | $188,407.80 |
| Outside Duplicating & Binding | $6,377.12 |
| Overtime Business Meals | $104.66 |
| Overtime Ground Transportation Local | $358.11 |
| Postage | $277.05 |
| Teleconference Charges (Court Call) | $157.50 |
| Transcripts | $265.20 |
| Videographic Services | $2,627.89 |
| **TOTAL** | **$315,200.09** |

Baker & Hostetler LLP
Attorneys at Law
Los Angeles