# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In Re: PG& E Corporation                        Bankruptcy Case No. 19-30088-DM
and Pacific Gas and Electric Company            Chapter 11

### COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by WilliaM B. Abrams- Dkt. #5948**

**Order Denying Motion of William B. Abrams for Reconsideration of the Order- Dkt. #5766**

**Order Pursuant to U.S.C. 363(b) and 105(a) and FED.R.BANKR.P. 6004 and 9019 (I) Authorizing the Debtors and TCC to Enter into Restructuring Support Agreement with the TCC, Consenting Fire Claimant Professionals and Shareholder Proponents, and (II) Granting Related Relief- Dkt. #5174**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) on the date shown below:


**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102


William B. Abrams
1519 Branch Owl Place
Santa Rosa, CA 95409

Keller & Benvenutti LLP         for PG& E Corporation and
Tobias S. Keller                   Pacific Gas & Electric Company
Jane Kim
650 California St., #1900
San Francisco, CA 94108
**-and-**
Weil, Gotshal & Manges LLP
Stephen Karotkin
Jessica Liou
Ray C. Schrock
Matthew Goren
767 Fifth Ave.
New York, NY 10153
**-and-**
Cravath, Swaine & Moore LLP
Paul H. Zumbro
Kevin J. Orsini
Omid H. Nasab
825 Eighth Ave.
New York, NY 10019


BAKER & HOSTETLER LLP       for Official Committee of Tort Claimant
Robert A. Julian
Cecily A. Dumas
1160 Battery St., #100
San Francisco, CA 94111
**-and-**
BAKER & HOSTETLER LLP
Eric E. Sagerman
Lauren T. Attard
11601 Wilshire Blvd., #1400
Los Angeles, CA 90025
**-and-**
BAKER & HOSTETLER LLP
Robert A. Julian
Cecily A. Dumas
600 Montgomery St., #3100
San Francisco, CA 94111
**-and-**
BAKER & HOSTETLER LLP
David B. Rivkin, Jr.
1050 Connecticut Ave., NW, #1100
Washington, DC 20036

Jones Day                              for Certain PG&E Shareholders
Bruce S. Bennett
Joshua M. Mester
James O. Johnston
555 South Flower St. 15th Fl.
Los Angelesm CA 90071-2300


Milbank LLP                            for Official Committee of Unsecured Creditors
Dennis F. Dunne
Samuel A. Khalil
55 Hudson Yards
New York, NY 10001-2163
**-and-**
Milbank LLP
Gregory A. Bray
Thomas R. Kreller
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067


Dreyer Babich Bucola Wood Campora LLP        for Becky Christensen et al.
Steven M. Campora
20 Bicentennial Cir.
Sacramento, CA 95826


EDELSON P.C.                           for Member of Official Committee of Tort Claimants
Rafey S. Balabanian                        and Other Individual Fire Victims
123 Townsend St., #100
San Francisco, CA 94107


NORTON ROSE FULBRIGHT US LLP           for Adventist Health System/ West and Feather
Rebecca J. Winthrop                        River Hospital D/B/A Adventist Health
555 S. Flower St., 41st Fl.                River
Los Angeles, CA 90071


RICHARDS LAW FIRM                      for Eight-one individual, business, commercial, family
John T. Richards                           trust and personal injury victims of the Camp Fire
Evan Willis
101 West Broadway, #1950
San Diego, CA 92101
Burlingame, CA 94010

WILLKIE FARR & GALLAGHER LLP          for Ad Hoc Group of Subrogation Claim
Matthew A. Feldman                            Holders
Joseph G. Minias
Benjamin P. McCallen
787 Seventh Ave.
New York, NY 10019-6099
**-and-**
DIEMER & WEI LLP
Kathryn S. Diemer
100 West San Fernando St., #555
San Jose, CA 95113


GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP     for City and County of
Edward J. Tredinnick                                    San Francisco
4 Embarcadero Center, #4000
San Francisco, CA 94111-4106
**-and-**
GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP
Edward J. Tredinnick
One Front St., #3200
San Francisco, CA 94111


COREY, LUZAICH, DE GHETALDI & RIDDLE LLP     for Individual Wildfire Victims
Dario de Ghetaldi                                  Barbara Thompson,
Amanda L. Riddle                                    John Thompson,
Steven M. Berki                                     Matthew Thompson,
700 El Camino Real                                  Peter Thompson,
P.O. Box 669                                       Raymond Breitenstein and
Millbrae, CA 94030-0669                             Stephen Breitenstein
**-and-**
DANKO MEREDITH
Michael S. Danko
Kristine K. Meredith
Shawn R. Miller
333 Twin Dolphin Dr., #145
Redwood Shores, CA 94065
**-and-**
GIBBS LAW GROUP
Eric Gibbs
Dylan Hughes
505 14th St., #1110
Oakland, CA 94612

Date: March 2, 2020

Da'Wana L. Chambers
Deputy Clerk