# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

The professionals who rendered professional services in these chapter 11 cases during the Fee Period are:

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| *2018 NDT Audit Services* | | | | |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $380.00 | 17.0 | $6,460.00 |
| Azebu, Matt | Senior Consultant | $230.00 | 7.0 | $1,610.00 |
| Martin, Blake | Senior Consultant | $230.00 | 33.0 | $7,590.00 |
| Ranganathan, Akshaya | Senior Consultant | $230.00 | 3.0 | $690.00 |
| Brown, Erin | Consultant | $180.00 | 1.5 | $270.00 |
| Maroju, Bhaskar I-pa | Consultant | $120.00 | 6.2 | $744.00 |
| Raj, Reshma | Consultant | $180.00 | 5.0 | $900.00 |
| Ravindran, Sarradha | Consultant | $120.00 | 10.0 | $1,200.00 |
| Soni, Soni | Consultant | $120.00 | 8.5 | $1,020.00 |
| **Professional Subtotal:** | | | **91.2** | **$20,484.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| *2019 Audit Services* | | | | |
| Basilico, Ellen | Partner/Principal | $380.00 | 3.0 | $1,140.00 |
| Cochran, James | Partner/Principal | $380.00 | 15.5 | $5,890.00 |
| Gillam, Tim | Partner/Principal | $380.00 | 31.5 | $11,970.00 |
| Kilkenny, Tom | Partner/Principal | $380.00 | 1.0 | $380.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $380.00 | 25.5 | $9,690.00 |
| Pemberton, Tricia | Partner/Principal | $380.00 | 7.5 | $2,850.00 |
| Bihm, Christy | Managing Director | $380.00 | 1.0 | $380.00 |
| Donahue, Nona | Managing Director | $380.00 | 16.0 | $6,080.00 |
| Hensel, Julia | Managing Director | $380.00 | 1.0 | $380.00 |
| Meredith, Wendy | Managing Director | $380.00 | 14.3 | $5,434.00 |
| Giamanco, Patrick | Senior Manager | $330.00 | 28.0 | $9,240.00 |
| Lanigan, Kerry | Senior Manager | $330.00 | 1.0 | $330.00 |
| Murdock, Elizabeth | Senior Manager | $330.00 | 22.0 | $7,260.00 |
| Varkey, Jamie | Senior Manager | $330.00 | 1.2 | $396.00 |

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Brown, Aaron | Manager | $290.00 | 10.0 | $2,900.00 |
| Jasinski, Samantha | Manager | $290.00 | 58.5 | $16,965.00 |
| Kamra, Akanksha | Manager | $290.00 | 33.5 | $9,715.00 |
| Long, Brittany | Manager | $290.00 | 75.0 | $21,750.00 |
| Misra, Saurabh | Manager | $290.00 | 43.0 | $12,470.00 |
| Adams, Haley | Senior Consultant | $230.00 | 12.0 | $2,760.00 |
| Azebu, Matt | Senior Consultant | $230.00 | 59.3 | $13,639.00 |
| Choudhury, Viki | Senior Consultant | $230.00 | 46.5 | $10,695.00 |
| Fazil, Mohamed | Senior Consultant | $230.00 | 40.0 | $9,200.00 |
| Hamner, Jack | Senior Consultant | $230.00 | 118.5 | $27,255.00 |
| Kipkirui, Winnie | Senior Consultant | $230.00 | 53.7 | $12,351.00 |
| Mantri, Arvind | Senior Consultant | $230.00 | 1.0 | $230.00 |
| Martin, Blake | Senior Consultant | $230.00 | 71.0 | $16,330.00 |
| Morley, Carlye | Senior Consultant | $230.00 | 2.0 | $460.00 |
| Rice, Blake | Senior Consultant | $230.00 | 101.0 | $23,230.00 |
| Varshney, Swati | Senior Consultant | $230.00 | 109.0 | $25,070.00 |
| Yuen, Jennifer | Senior Consultant | $230.00 | 26.9 | $6,187.00 |
| Alfahhad, Abdulrahman | Consultant | $200.00 | 35.0 | $7,000.00 |
| Bedi, Arpit | Consultant | $200.00 | 85.0 | $17,000.00 |
| Boyce, Kyle | Consultant | $180.00 | 122.0 | $21,960.00 |
| Brown, Erin | Consultant | $180.00 | 161.0 | $28,980.00 |
| Chopra, Harshita | Consultant | $180.00 | 94.8 | $17,064.00 |
| Fatima, Sana | Consultant | $120.00 | 7.0 | $840.00 |
| Holker, Sangeeta | Consultant | $120.00 | 0.2 | $24.00 |
| Jain, Jessica | Consultant | $180.00 | 1.5 | $270.00 |
| K, Kavya | Consultant | $200.00 | 30.0 | $6,000.00 |
| Madhuha, Myakala | Consultant | $120.00 | 1.0 | $120.00 |
| Maheshwari, Radhika | Consultant | $200.00 | 4.0 | $800.00 |
| Nambiar, Sachin | Consultant | $200.00 | 4.5 | $900.00 |
| Schloetter, Lexie | Consultant | $200.00 | 104.0 | $20,800.00 |
| Uy, Rycel | Consultant | $200.00 | 161.5 | $32,300.00 |
| **Professional Subtotal:** | | | **1,840.9** | **$426,685.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|

## AB 1054 Wildfire Fund

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Barton, Doug | Partner/Principal | $760.00 | 1.0 | $760.00 |
| Gillam, Tim | Partner/Principal | $760.00 | 4.5 | $3,420.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $760.00 | 10.5 | $7,980.00 |
| Weller, Curt | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Meredith, Wendy | Managing Director | $760.00 | 2.0 | $1,520.00 |
| Barclay, Kelsey | Senior Manager | $660.00 | 3.0 | $1,980.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 11.0 | $5,060.00 |
| **Professional Subtotal:** | | | **32.5** | **$21,100.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|

## Accounting Consultations

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Clark, Brian | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Gillam, Tim | Partner/Principal | $760.00 | 3.0 | $2,280.00 |
| Kilkenny, Tom | Partner/Principal | $760.00 | 1.1 | $836.00 |
| Martin, Blake | Senior Consultant | $460.00 | 1.0 | $460.00 |
| Rice, Blake | Senior Consultant | $460.00 | 5.0 | $2,300.00 |
| **Professional Subtotal:** | | | **10.6** | **$6,256.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|

## California Wildfires

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Clark, Brian | Partner/Principal | $760.00 | 4.0 | $3,040.00 |
| Gillam, Tim | Partner/Principal | $760.00 | 9.0 | $6,840.00 |
| Meredith, Wendy | Managing Director | $760.00 | 3.7 | $2,812.00 |
| Sasso, Anthony | Managing Director | $760.00 | 0.6 | $456.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 8.0 | $3,680.00 |
| **Professional Subtotal:** | | | **25.3** | **$16,828.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|

## Lease Accounting Services

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Murdock, Elizabeth | Senior Manager | $325.00 | 3.5 | $1,137.50 |
| Azebu, Matt | Senior Consultant | $265.00 | 1.5 | $397.50 |
| Uy, Rycel | Consultant | $225.00 | 5.0 | $1,125.00 |
| **Professional Subtotal:** | | | **10.0** | **$2,660.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Post Bankruptcy Matters** | | | | |
| Gillam, Tim | Partner/Principal | $760.00 | 8.0 | $6,080.00 |
| Pidgeon, Andrew | Partner/Principal | $760.00 | 2.9 | $2,204.00 |
| Meredith, Wendy | Managing Director | $760.00 | 6.0 | $4,560.00 |
| Murdock, Elizabeth | Senior Manager | $660.00 | 8.2 | $5,412.00 |
| Allen, Jana | Manager | $580.00 | 3.9 | $2,262.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 2.0 | $920.00 |
| Hennessy, Vincent | Senior Consultant | $460.00 | 0.5 | $230.00 |
| Martin, Blake | Senior Consultant | $460.00 | 29.7 | $13,662.00 |
| Rice, Blake | Senior Consultant | $460.00 | 2.0 | $920.00 |
| Boyce, Kyle | Consultant | $350.00 | 13.0 | $4,550.00 |
| **Professional Subtotal:** | | | **76.2** | **$40,800.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Preparation of Fee Applications** | | | | |
| Meredith, Wendy | Managing Director | $380.00 | 0.5 | $190.00 |
| Jin, Yezi | Senior Manager | $330.00 | 14.5 | $4,785.00 |
| Azebu, Matt | Senior Consultant | $230.00 | 16.5 | $3,795.00 |
| Gutierrez, Dalia | Project Controller | $200.00 | 81.2 | $16,240.00 |
| **Professional Subtotal:** | | | **112.7** | **$25,010.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Regulatory Accounting** | | | | |
| Gillam, Tim | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Graf, Bill | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Kilkenny, Tom | Partner/Principal | $760.00 | 1.5 | $1,140.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $760.00 | 2.0 | $1,520.00 |
| Gyoerkoe, Michael | Manager | $580.00 | 0.5 | $290.00 |
| Jasinski, Samantha | Manager | $580.00 | 9.0 | $5,220.00 |
| Rice, Blake | Senior Consultant | $460.00 | 18.0 | $8,280.00 |
| Schloetter, Lexie | Consultant | $390.00 | 76.5 | $29,835.00 |
| **Professional Subtotal:** | | | **108.5** | **$47,045.00** |
| **Total** | | | **2,307.9** | **$606,868.00** |

| **Adjustment** | | | | |
|---|---|---|---|---|
| Voluntary Reduction - 2018 NDT Audit Services | | | | ($20,484.00) |
| **Total** | | | | **$586,384.00** |