# EXHIBIT B

**COMPENSATION BY CATEGORY FOR SERVICES RENDERED
BY DELOITTE & TOUCHE LLP FOR THE PERIOD
OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

| Categories | Hours | Fees |
|---|---:|---:|
| 2018 NDT Audit Services | 91.2 | $20,484.00 |
| 2019 Audit Services | 1,840.9 | $426,685.00 |
| AB 1054 Wildfire Fund | 32.5 | $21,100.00 |
| Accounting Consultations | 10.6 | $6,256.00 |
| California Wildfires | 25.3 | $16,828.00 |
| Lease Accounting Services | 10.0 | $2,660.00 |
| Post Bankruptcy Matters | 76.2 | $40,800.00 |
| Preparation of Fee Applications | 112.7 | $25,010.00 |
| Regulatory Accounting | 108.5 | $47,045.00 |
| **Fees Category Subtotal :** | **2,307.9** | **$606,868.00** |

| Adjustment | | |
|---|---:|---:|
| Voluntary Reduction - 2018 NDT Audit Services | | ($20,484.00) |
| **Total** | **2,307.9** | **$586,384.00** |