# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019

| Expense Categories | Total Expenses for the Period |
|---|---:|
| Airfare | $1,129.02 |
| Hotel | $3,006.84 |
|  | $136.31 |
| **Expense Category Subtotal :** | **$4,272.17** |
| **Adjustment** | |
| Voluntary Reduction - October Expenses | ($3,489.76) |
| **Total** | **$782.41** |