**EXHIBIT E**

**EXPENSE DETAIL FOR THE PERIOD
OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019**

# PG&E Corporation and Pacific Gas and Electric Company
# Deloitte & Touche LLP
# Expenses Sorted by Category for the Fee Period
October 01, 2019 - October 31, 2019

| Category | Date | Description | Amount |
|---|---|---|---|
| Donahue, Nona | 10/16/2019 | Roundtrip coach airfare from Salt Lake City, UT to San Francisco, CA | $136.31 |
| Subtotal for : | | | $136.31 |

## Airfare

| | | | |
|---|---|---|---|
| Long, Brittany | 10/06/2019 | Roundtrip coach airfare from Atlanta, GA to San Francisco, CA. | $581.56 |
| Chan, Kristine | 10/27/2019 | Roundtrip coach airfare from Newark, NJ to San Francisco, CA. | $547.46 |
| Subtotal for Airfare: | | | $1,129.02 |

## Hotel

| | | | |
|---|---|---|---|
| Donahue, Nona | 10/15/2019 | 1 night hotel accommodation at Park Central in San Francisco, CA. | $378.44 |
| Donahue, Nona | 10/16/2019 | 1 night hotel accommodation at Park Central in San Francisco, CA. | $378.44 |
| Cochran, James | 10/22/2019 | 1 night hotel accommdoation at Marriot in San Francisco, CA. | $397.16 |
| Donahue, Nona | 10/22/2019 | 1 night hotel accommodation at Park Central in San Francisco, CA. | $378.44 |
| Long, Brittany | 10/22/2019 | 1 night hotel accommdoation at Marriot in San Francisco, CA. | $397.16 |
| Donahue, Nona | 10/23/2019 | 1 night hotel accommodation at Park Central in San Francisco, CA. | $378.44 |
| Long, Brittany | 10/23/2019 | 1 night hotel accommdoation at Marriot in San Francisco, CA. | $397.16 |
| Donahue, Nona | 10/24/2019 | 1 night hotel accommodation at Park Central in San Francisco, CA. | $301.60 |
| Subtotal for Hotel: | | | $3,006.84 |
| Total | | | $4,272.17 |

# PG&E Corporation and Pacific Gas and Electric Company
# Deloitte & Touche LLP
# Expenses Sorted by Category for the Fee Period
October 01, 2019 - October 31, 2019

| Adjustment | |
|---|---:|
| Voluntary Reduction - October Expenses | ($3,489.76) |
| Adjustment Subtotal : | ($3,489.76) |
| Total | $782.41 |

## Recapitulation

| Category | Amount |
|---|---:|
| Hotel | $3,006.84 |
| Airfare | $1,129.02 |
|  | $136.31 |
| Voluntary Reduction - October Expenses | ($3,489.76) |
| Total | $782.41 |