UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>   - and -<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>                    Debtors. | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |

## **CERTIFICATE OF SERVICE**

I, Andrew Q. Chan, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On February 18, 2020, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

3. On February 25, 2020, at my direction and under my supervision, employees of Prime Clerk caused Notices of Transfer of Claim based on Official Form 2100A, to be served via First Class Mail on the date and upon the Transferor and Transferee, as set forth on the Claim Transfer Service List attached hereto as **Exhibit A**.

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

1

Executed this 25th day of February 25, at New York, NY.

_____
Andrew Q. Chan

# **Exhibit A**

Exhibit A
Claim Transfer Service List
Served via First Class Mail on the Date Set Forth Below

| Docket # | Transferor | Transferee | Date of Service |
|---|---|---|---|
| 5802<br>5803 | Frase Enterprise, dba Kortick Manufacturing Company<br>Brunetti Rougeau LLP<br>c/o Gregory A. Rougeau<br>235 MontgomerySt., Suite 410<br>San Francisco, CA 94104<br><br>Frase Enterprise, dba Kortick Manufacturing Company<br>Attn: Gavin Frase, President<br>2261 Carrion Court<br>Pittsburg, CA 94565 | SPCP Group, LLC<br>Attn: Operations and Brian Jarmain<br>2 Greenwich Plaza<br>1st Floor<br>Greenwich, CT 06830<br><br>SPCP Group, LLP<br>Pryor Cashman LLP<br>Attn: Ronald S. Beacher<br>7 Times Square<br>New York, NY 10036<br><br>SPCP Group, LLC<br>Mail Code: 11084<br>PO Box 70280<br>Philadelphia, PA 19176-0280 | February 18, 2020 |
| 5807 | CSI Services, Inc<br>Attn: Patrick Sweeney<br>PO Box 801357<br>Santa Clarita, CA 91380 | Cherokee Debt Acquisition, LLC<br>Attn: Vladimir Jelisavcic<br>1325 Avenue of the Americas, 28th Floor<br>New York, NY 10019 | February 18, 2020 |
| 5857<br>5858 | Corre Opportunities II Master Fund, LP<br>Attn: Claims Processing (Bankruptcy)<br>12 East 49th Street, Suite 4003<br>New York, NY 10017 | Corre Opportunities Qualified Master Fund, LP<br>Attn: Claims Processing (Bankruptcy)<br>12 East 49th Street, Suite 4003<br>New York, NY 10017 | February 25, 2020 |