Edward J. Emmons
Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**March 2, 2020**

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building
& United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re:     Transmittal of Notice of Appeal to District Court: **PG& E Corporation and Pacific Gas & Electric Company; Bankruptcy Case No. 19-30088-DM, Judge Dennis Montali**

Dear Clerk:

We are electronically transmitting the following documents to your court for the above referenced matter:

X    Notice of Appeal and Statement of Election
X    Court Certificate of Mailing
X    Docket Report
X    Order Pursuant to 11 U.S.C. Section 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors and TCC to Enter Into Restructuring Support Agreement With the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, and (II) Granting Related Relief
X    Order Denying Motion of William B. Abrams for Reconsideration
X    Motion for Leave to File Appeal
X    Notice of Motion regarding Motion for Leave to File Appeal
X    Memorandum in Support of Motion for Leave to File Appeal
X    Filing Fee Paid

If you have any questions, please contact me *at* **(415) 268-2373**.

Sincerely,

Edward J. Emmons
Clerk of Court

By: Da'Wana L. Chambers
**Deputy Clerk**