UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: PG& E Corporation  	Bankruptcy Case No. 19-30088-DM
and Pacific Gas and Electric Company  	Chapter 11

COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by WilliaM B. Abrams- Dkt. #5948**

**Order Denying Motion of William B. Abrams for Reconsideration of the Order- Dkt. #5766**

**Order Pursuant to U.S.C. 363(b) and 105(a) and FED.R.BANKR.P. 6004 and 9019 (I) Authorizing the Debtors and TCC to Enter into Restructuring Support Agreement with the TCC, Consenting Fire Claimant Professionals and Shareholder Proponents, and (II) Granting Related Relief- Dkt. #5174**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) on the date shown below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102


William B. Abrams
1519 Branch Owl Place
Santa Rosa, CA 95409

| | |
|---|---|
| Keller & Benvenutti LLP<br>Tobias S. Keller<br>Jane Kim<br>650 California St., #1900<br>San Francisco, CA 94108<br>**-and-**<br>Weil, Gotshal & Manges LLP<br>Stephen Karotkin<br>Jessica Liou<br>Ray C. Schrock<br>Matthew Goren<br>767 Fifth Ave.<br>New York, NY 10153<br>**-and-**<br>Cravath, Swaine & Moore LLP<br>Paul H. Zumbro<br>Kevin J. Orsini<br>Omid H. Nasab<br>825 Eighth Ave.<br>New York, NY 10019 | for PG&E Corporation and<br>Pacific Gas & Electric Company |
| BAKER & HOSTETLER LLP<br>Robert A. Julian<br>Cecily A. Dumas<br>1160 Battery St., #100<br>San Francisco, CA 94111<br>**-and-**<br>BAKER & HOSTETLER LLP<br>Eric E. Sagerman<br>Lauren T. Attard<br>11601 Wilshire Blvd., #1400<br>Los Angeles, CA 90025<br>**-and-**<br>BAKER & HOSTETLER LLP<br>Robert A. Julian<br>Cecily A. Dumas<br>600 Montgomery St., #3100<br>San Francisco, CA 94111<br>**-and-**<br>BAKER & HOSTETLER LLP<br>David B. Rivkin, Jr.<br>1050 Connecticut Ave., NW, #1100<br>Washington, DC 20036 | for Official Committee of Tort Claimant |

| | |
|---|---|
| Jones Day<br>Bruce S. Bennett<br>Joshua M. Mester<br>James O. Johnston<br>555 South Flower St. 15th Fl.<br>Los Angelesm CA 90071-2300 | for Certain PG&E Shareholders |
| Milbank LLP<br>Dennis F. Dunne<br>Samuel A. Khalil<br>55 Hudson Yards<br>New York, NY 10001-2163<br>**-and-**<br>Milbank LLP<br>Gregory A. Bray<br>Thomas R. Kreller<br>2029 Century Park East, 33rd Fl.<br>Los Angeles, CA 90067 | for Official Committee of Unsecured Creditors |
| Dreyer Babich Bucola Wood Campora LLP<br>Steven M. Campora<br>20 Bicentennial Cir.<br>Sacramento, CA 95826 | for Becky Christensen et al. |
| EDELSON P.C.<br>Rafey S. Balabanian<br>123 Townsend St., #100<br>San Francisco, CA 94107 | for Member of Official Committee of Tort Claimants and Other Individual Fire Victims |
| NORTON ROSE FULBRIGHT US LLP<br>Rebecca J. Winthrop<br>555 S. Flower St., 41st Fl.<br>Los Angeles, CA 90071 | for Adventist Health System/ West and Feather River Hospital D/B/A Adventist Health River |
| RICHARDS LAW FIRM<br>John T. Richards<br>Evan Willis<br>101 West Broadway, #1950<br>San Diego, CA 92101<br>Burlingame, CA 94010 | for Eight-one individual, business, commercial, family trust and personal injury victims of the Camp Fire |

| | |
|---|---|
| WILLKIE FARR & GALLAGHER LLP<br>Matthew A. Feldman<br>Joseph G. Minias<br>Benjamin P. McCallen<br>787 Seventh Ave.<br>New York, NY 10019-6099<br>**-and-**<br>DIEMER & WEI LLP<br>Kathryn S. Diemer<br>100 West San Fernando St., #555<br>San Jose, CA 95113 | for Ad Hoc Group of Subrogation Claim Holders |
| GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP<br>Edward J. Tredinnick<br>4 Embarcadero Center, #4000<br>San Francisco, CA 94111-4106<br>**-and-**<br>GREENE RADOVSKY MALONEY SHARE & HENNIGH LLP<br>Edward J. Tredinnick<br>One Front St., #3200<br>San Francisco, CA 94111 | for City and County of San Francisco |
| COREY, LUZAICH, DE GHETALDI & RIDDLE LLP<br>Dario de Ghetaldi<br>Amanda L. Riddle<br>Steven M. Berki<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669<br>**-and-**<br>DANKO MEREDITH<br>Michael S. Danko<br>Kristine K. Meredith<br>Shawn R. Miller<br>333 Twin Dolphin Dr., #145<br>Redwood Shores, CA 94065<br>**-and-**<br>GIBBS LAW GROUP<br>Eric Gibbs<br>Dylan Hughes<br>505 14th St., #1110<br>Oakland, CA 94612 | for Individual Wildfire Victims Barbara Thompson, John Thompson, Matthew Thompson, Peter Thompson, Raymond Breitenstein and Stephen Breitenstein |

Date: March 2, 2020

Da'Wana L. Chambers
Deputy Clerk