# EVIDENCE OF TRANSFER

TO: United States Bankruptcy Court
Northern District of California
Attn: Clerk of the Court

IN RE: PG&E Corp and PG&E Company, Jointly Administered
Case No. 19-30088

Claim # 2344 and/or Schedule _____

**Law Offices of Jennifer L. Dodge Inc.**, its successors and assigns ("Assignor"), for good and valuation consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**CREDITOR LIQUIDITY LLC**
3536 Los Pinos Drive
Santa Barbara, CA 93105
Phone: 805-567-8000

its successors and assigns ("Assignee"), all rights title and interest in and to the claim or cure claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of not less than **$3,727.50** against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee or the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer by its duly authorized representative.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Robert J. Tannor          Dated: February 28, 2020
Creditor Liquidity LLC