BERMAN AND TODDERUD LLP
Stan Berman
Eric Todderud
3502 Fremont Ave. N., Suite 2
Seattle, WA 98103
(206) 279-3272
*Special Counsel for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **MONTHLY FEE STATEMENT OF BERMAN AND TODDERUD FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2020 THROUGH JANUARY 31, 2020** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Objection Deadline: March 23, 2020 4:00 p.m. (Pacific Time)<br><br>[No hearing requested] |
| To: | The Notice Parties |
| Name of Applicant: | Berman and Todderud LLP |
| Authorized to Provide Professional Services to: | Debtors in Possession PG&E Corporation and Pacific Gas and Electric Company |
| Date of Retention | February 1, 2019 |
| Period for Which Compensation and Reimbursement are Sought: | January 1, 2020 through January 31, 2020 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $76,842.88 (80% of $96,053.60) |

| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0 |
|---|---|

Berman and Todderud LLP ("**Berman and Todderud**"), attorneys for debtors PG&E Corporation and Pacific Gas and Electric Company, hereby submits this Monthly Fee Statement ("**Fee Statement**") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing January 1, 2020 through January 31, 2020 (the "**Fee Period**"). This Fee Statement is submitted pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on February 27, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**"), and the *Order Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authorizing the Retention of and Employment Berman and Todderud LLP as Special Counsel for the Debtors Effective as of February 1, 2019*, entered on July 3, 2019 [Docket No. 2860] ("**Retention Order**").

Exhibit A to this Fee Statement is the name of each professional who performed services for the Debtors pursuant to authorization of the Retention Order during the Fee Period and the hourly rate and total fees for each professional. **Exhibit B** is a summary of hours during the Fee Period by project. **Exhibit C** contains a summary of expenses incurred during the Fee Period. Attached hereto as **Exhibit D** are the detailed time entries for the Fee Period.

**PLEASE TAKE NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this Fee Statement, if any, must be filed and served on or before 4:00 p.m. (Pacific Time) on the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement. If an objection is properly filed, the Applicant may (i) request the Court approve the amounts subject to objection or (ii) forego payment of such amounts until the next hearing to consider interim or final fee applications, at which time the Court will adjudicate any unresolved objections.

Dated: March 2, 2020.  Respectfully submitted,

BERMAN AND TODDERUD LLP

By: /s/ Eric Todderud
Eric Todderud

*Special Counsel for Debtors and Debtors in Possession*

**Notice Parties**

PG&E Corporation
c/o Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105
Attn: Janet Loduca, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900 San Francisco, CA 94108
 Attn: Tobias S. Keller, Esq., Jane Kim, Esq.

Weil, Gotshal & Manges LLP
767 Fifth Avenue New York, NY 10153
Attn: Stephen Karotkin, Esq. Jessica Liou, Esq. Matthew Goren, Esq.

The Office of the United States Trustee for Region 17
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102
Attn: James L. Snyder, Esq., Timothy Laffredi, Esq.

Milbank LLP
55 Hudson Yards New York, NY 10001-2163
Attn: Dennis F. Dunne, Esq., Sam A. Khalil, Esq.

Milbank LLP 2029
Century Park East, 33rd Floor Los Angeles, CA 90067
Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Attn: Eric Sagerman, Esq., Cecily Dumas, Esq.

Bruce A. Markell
Fee Examiner
541 N. Fairbanks Ct., Ste 2200
Chicago, IL 60611-3710

Scott H. McNutt
324 Warren Road
San Mateo, California 94402

4