# EXHIBIT A

**SUMMARY OF COMPENSATION BY PROFESSIONAL**

**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

**BERMAN AND TODDERUD LLP**

| Name of Professional | Position | Year Admitted | Hourly Rate | Total Hours Billed | Total Fees |
|---|---|---|---|---|---|
| Stan Berman | Partner | 1988 (Illinois)<br>1994 (Washington, D.C.)<br>2000 (Washington) | $920 | 50.4 | $46,368.00 |
| Eric Todderud | Partner | 1987 (Oregon-*inactive*)<br>2004 (Washington) | $692 | 71.8 | $49,685.60 |

| Professionals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners | $786.04 | 122.2 | $96,053.60 |

6