# EXHIBIT D

11

## January 2020
## Itemized Time Description

| DATE | ATTY | HOURS | DESCRIPTION |
|---|---|---|---|
| TH 1/2/2020 | Todderud | 3.20 | Revise settlement overlay filing |
| TH 1/2/2020 | Todderud | 0.30 | Respond to inquiries re interim fee petition |
| MO 1/6/2020 | Todderud | 0.50 | Attend call re status and strategy |
| MO 1/6/2020 | Todderud | 0.30 | Review amendment to allocation agreements |
| MO 1/6/2020 | Todderud | 0.40 | Review J. Ryan edits to settlement overlay filing |
| MO 1/6/2020 | Berman | 0.50 | Prepare for and attend weekly FERC strategy call. |
| MO 1/6/2020 | Berman | 0.70 | Edit agreement re overlay issues and emails re same. |
| TU 1/7/2020 | Todderud | 1.70 | Attend settlement overlay group call |
| TU 1/7/2020 | Berman | 1.70 | Prepare for and attend California Parties overlay call. |
| TU 1/7/2020 | Berman | 0.40 | Emails re overlay issues with various other parties. |
| WE 1/8/2020 | Todderud | 1.30 | Edit allocation implementation agreement |
| TH 1/9/2020 | Todderud | 1.90 | Review background of fixed dollar allocations and attend call re same |
| TH 1/9/2020 | Todderud | 0.30 | Review settlement risk analysis |
| TH 1/9/2020 | Todderud | 3.90 | Revise settlement overlay filing and conferences with C. Berry (Consultant) re same |
| FR 1/10/2020 | Todderud | 0.30 | Attend settlement group call |
| FR 1/10/2020 | Todderud | 1.10 | Prepare for and attend call with California AG and CPUC re fixed dollar allocations in allocation agreements |
| FR 1/10/2020 | Berman | 0.50 | Prepare for and attend California Parties settlement group call. |
| FR 1/10/2020 | Berman | 2.40 | Draft market notice re materials that will be used in overlay filing and emails re same. |

12

| Date | Name | Hours | Description |
|---|---|---|---|
| FR 1/10/2020 | Berman | 2.80 | Emails and research re overlay issues of a specific market participant. |
| MO 1/13/2020 | Todderud | 0.20 | Attend internal call re status and strategy |
| MO 1/13/2020 | Todderud | 0.60 | Review and revise allocation implementation agreement |
| MO 1/13/2020 | Todderud | 1.40 | Edit settlement overlay filing |
| MO 1/13/2020 | Todderud | 1.20 | Draft monthly fee petition |
| MO 1/13/2020 | Berman | 0.30 | Prepare for and attend weekly FERC strategy call. |
| MO 1/13/2020 | Berman | 1.70 | Emails and research re overlay issues concerning a specific market participant. |
| TU 1/14/2020 | Todderud | 2.90 | Revise settlement overlay filing |
| TU 1/14/2020 | Berman | 0.60 | Discussion and emails concerning materials needed for overlay filing. |
| TU 1/14/2020 | Berman | 0.80 | Discussion with Cal Parties concerning overlay filing. |
| WE 1/15/2020 | Todderud | 2.10 | Revise allocation implementation agreement and emails re same |
| WE 1/15/2020 | Todderud | 3.90 | Draft settlement overlay filing |
| WE 1/15/2020 | Berman | 1.40 | Review edits to overlay filing and develop strategy re same. |
| TH 1/16/2020 | Todderud | 1.60 | Prepare for and attend settlement overlay call |
| TH 1/16/2020 | Todderud | 1.50 | Revise allocation implementation agreement |
| TH 1/16/2020 | Todderud | 0.30 | Inquiries re status of escrow accounts |
| TH 1/16/2020 | Berman | 1.60 | Prepare for and attend weekly Cal Parties overlay call. |
| FR 1/17/2020 | Todderud | 3.40 | Revise allocation implementation agreement |
| FR 1/17/2020 | Todderud | 0.60 | Emails with counsel for SDG&E re allocation agreement issues |
| FR 1/17/2020 | Todderud | 0.50 | Draft email and research closing of Conectiv escrow |
| FR 1/17/2020 | Todderud | 0.40 | Review notice for lifting confidentiality of documents |
| FR 1/17/2020 | Berman | 2.20 | Emails and discussion re materials needed for overlay filing and draft notice re same. |

| Date | Name | Hours | Description |
|---|---|---|---|
| FR 1/17/2020 | Berman | 1.80 | Emails and discussion re overlay questions and proposals of market participants. |
| SU 1/19/2020 | Todderud | 1.90 | Revise settlement overlay filing |
| MO 1/20/2020 | Todderud | 6.40 | Revise settlement overlay filing |
| MO 1/20/2020 | Todderud | 0.40 | Revise allocation implementation agreement |
| TU 1/21/2020 | Todderud | 4.10 | Revise settlement overlay filing |
| TU 1/21/2020 | Todderud | 0.50 | Revise allocation implementation agreement |
| TU 1/21/2020 | Berman | 0.80 | Emails re overlay issues of market participants. |
| TU 1/21/2020 | Berman | 7.80 | Edit overlay filing. |
| WE 1/22/2020 | Todderud | 2.70 | Telephone with K. Cunningham (CERS counsel) re developments in market clearing strategy and conferences re same |
| WE 1/22/2020 | Berman | 9.20 | Edit overlay filing. |
| WE 1/22/2020 | Berman | 1.60 | Calls and emails re market clearing strategy. |
| TH 1/23/2020 | Todderud | 1.20 | Attend settlement overlay call |
| TH 1/23/2020 | Berman | 1.20 | Prepare for and attend Cal Parties overlay call. |
| FR 1/24/2020 | Berman | 0.30 | Emails re final clearing approach. |
| SU 1/26/2020 | Todderud | 0.90 | Draft Joint Report on overlay status |
| SU 1/26/2020 | Todderud | 0.70 | Analyze status of escrow monitoring |
| SU 1/26/2020 | Berman | 0.30 | Edit joint report on overlays and emails re same. |
| MO 1/27/2020 | Todderud | 0.90 | Review and edit settlement overlay filing |
| MO 1/27/2020 | Todderud | 0.60 | Emails with counsel for SDG&E re market clearing issues |
| MO 1/27/2020 | Todderud | 0.60 | Attend internal call re status and strategy |
| MO 1/27/2020 | Todderud | 0.70 | Finalize joint report on status of settlement overlay process |
| MO 1/27/2020 | Berman | 0.60 | Prepare for and attend weekly FERC strategy call. |

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| MO 1/27/2020 | Berman | 0.30 | Edit joint report on overlays and discussion re same. |
| MO 1/27/2020 | Berman | 0.70 | Discussion with C. Berry re overlay exhibits. |
| TU 1/28/2020 | Todderud | 0.80 | Telephone with C. Berry re overlay filing |
| TU 1/28/2020 | Todderud | 2.50 | Revise settlement overlay filing |
| TU 1/28/2020 | Todderud | 0.60 | Draft monthly fee statement and related materials |
| TU 1/28/2020 | Berman | 0.80 | Discussion with C. Berry re overlay filing. |
| WE 1/29/2020 | Todderud | 1.20 | Draft letter and research background re Duke settlement issues |
| WE 1/29/2020 | Todderud | 1.30 | Prepare escrow disbursement materials |
| TH 1/30/2020 | Todderud | 1.60 | Attend settlement overlay call |
| TH 1/30/2020 | Todderud | 0.40 | Draft escrow disbursement instructions |
| TH 1/30/2020 | Todderud | 0.50 | Review edits to settlement overlay filing |
| TH 1/30/2020 | Todderud | 0.40 | Draft fee application materials |
| TH 1/30/2020 | Berman | 1.60 | Prepare for and attend California Parties overlay call. |
| TH 1/30/2020 | Berman | 1.90 | Emails and discussion re overlay calculations and clearing issues. |
| TH 1/30/2020 | Berman | 2.70 | Prepare for and attend discussion with market participant re overlay issues. |
| FR 1/31/2020 | Todderud | 3.80 | Revise settlement overlay filing |
| FR 1/31/2020 | Todderud | 0.60 | Research escrow payments |
| FR 1/31/2020 | Todderud | 0.40 | Review allocation implementation agreement |
| FR 1/31/2020 | Todderud | 0.30 | Finalize report re status of overlay filing |
| FR 1/31/2020 | Berman | 1.20 | Revise notice re materials for overlay filing and emails re same. |