**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and
Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| **PG&E CORPORATION**, | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | **NOTICE OF CHANGE OF FIRM NAME** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that, effective March 1, 2020, the law firm of Keller & Benvenutti LLP changed its name to Keller Benvenutti Kim LLP (the "**Firm**").

    **PLEASE TAKE FURTHER NOTICE** that the email addresses of the Firm's attorneys who have appeared in these cases have been changed as follows:

    Tobias S. Keller, tkeller@kbkllp.com

    Peter J. Benvenutti, pbenvenutti@kbkllp.com

    Jane Kim, jkim@kbkllp.com

    Dara L. Silveira, dsilveira@kbkllp.com

    Thomas B. Rupp, trupp@kbkllp.com

    **PLEASE TAKE FURTHER NOTICE** that the Firm's address and telephone and facsimile numbers remain unchanged.

Dated: March 2, 2020                          **WEIL, GOTSHAL & MANGES LLP**
                                                           **KELLER BENVENUTTI KIM LLP**

                                                           By:  */s/ Jane Kim*
                                                                       Jane Kim

                                                           *Attorneys for Debtors and Debtors in Possession*