# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JANUARY 1, 2020 THROUGH JANUARY 31, 2020

| PRIME CLERK EMPLOYEE | TITLE | HOURS BILLED THIS PERIOD | RATE[1] | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| Daloia, James F | Director of Solicitation | 3.10 | $220.00 | $682.00 |
| Johnson, Craig | Director of Solicitation | 44.90 | $220.00 | $9,878.00 |
| Orchowski, Alex T | Director of Solicitation | 16.60 | $220.00 | $3,652.00 |
| Pullo, Christina | Director of Solicitation | 7.50 | $220.00 | $1,650.00 |
| Sharp, David | Director of Solicitation | 6.00 | $220.00 | $1,320.00 |
| Baer, Herb C | Director | 0.50 | $220.00 | $110.00 |
| Dubin, Mariah | Director | 0.50 | $220.00 | $110.00 |
| Faust, Georgia L | Director | 0.30 | $220.00 | $66.00 |
| Schepper, Chris R | Director | 0.90 | $220.00 | $198.00 |
| Steele, Benjamin J | Director | 0.50 | $220.00 | $110.00 |
| Weiner, Shira D | Director | 2.20 | $220.00 | $484.00 |
| Brown, Mark M | Solicitation Consultant | 8.50 | $198.00 | $1,683.00 |
| Carpenter, Mary J | Solicitation Consultant | 9.90 | $198.00 | $1,960.20 |
| Gray, Ackheem J | Solicitation Consultant | 1.10 | $198.00 | $217.80 |
| Kesler, Stanislav | Solicitation Consultant | 16.40 | $198.00 | $3,247.20 |
| Liu, Calvin L | Solicitation Consultant | 1.50 | $198.00 | $297.00 |
| Vyskocil, Ryan J | Solicitation Consultant | 0.20 | $198.00 | $39.60 |
| Senecal, Brian A | Technology Consultant | 0.60 | $104.50 | $62.70 |
| **Total** | | 121.20 | | **$25,767.50[2]** |
| | | **Blended Rate** | **$212.60** | |

---

[1] Prime Clerk raised its rates effective January 1, 2020 in accordance with the terms of that certain Prime Clerk LLC Engagement Agreement, dated as of January 9, 2019, between Prime Clerk and the Debtors.

[2] This amount has been discounted to $20,614.00 in accordance with the terms of Prime Clerk's retention. Taking into account this discount, the blended hourly rate is $170.08.