**EXHIBIT B**

**COMPENSATOIN BY WORK TASK CODE FOR
SERVICES RENDERED BY PRIME CLERK LLC FOR THE
PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---|---|
| Ballots | 0.60 | $62.70 |
| Call Center / Credit Inquiry | 0.50 | $105.60 |
| Retention / Fee Application | 2.20 | $484.00 |
| Solicitation | 117.90 | $25,115.20 |
| **Total** | **121.20** | **$25,767.50[3]** |

---

[3] This amount has been discounted to $20,614.00 in accordance with the terms of Prime Clerk's retention.