# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD
## JANUARY 1, 2020 THROUGH JANUARY 31, 2020

| EXPENSE | RATE | TOTAL |
|---|---|---|
| Overtime Meals | $20.00 | $20.00 |
| **Total** | | **$20.00** |