# EXHIBIT D

# ITEMIZED SERVICES



One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165

primeclerk.com

## Hourly Fees by Employee through January 2020

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| BAS | Senecal, Brian A | TC - Technology Consultant | 0.60 | $104.50 | $62.70 |
| MMB | Brown, Mark M | SA - Solicitation Consultant | 8.50 | $198.00 | $1,683.00 |
| MJCA | Carpenter, Mary J | SA - Solicitation Consultant | 9.90 | $198.00 | $1,960.20 |
| AJG | Gray, Ackheem J | SA - Solicitation Consultant | 1.10 | $198.00 | $217.80 |
| STK | Kesler, Stanislav | SA - Solicitation Consultant | 16.40 | $198.00 | $3,247.20 |
| CLL | Liu, Calvin L | SA - Solicitation Consultant | 1.50 | $198.00 | $297.00 |
| RJV | Vyskocil, Ryan J | SA - Solicitation Consultant | 0.20 | $198.00 | $39.60 |
| HCB | Baer, Herb C | DI - Director | 0.50 | $220.00 | $110.00 |
| MDU | Dubin, Mariah | DI - Director | 0.50 | $220.00 | $110.00 |
| GLF | Faust, Georgia L | DI - Director | 0.30 | $220.00 | $66.00 |
| CRS | Schepper, Chris R | DI - Director | 0.90 | $220.00 | $198.00 |
| BJS | Steele, Benjamin J | DI - Director | 0.50 | $220.00 | $110.00 |
| SW | Weiner, Shira D | DI - Director | 2.20 | $220.00 | $484.00 |
| JFD | Daloia, James F | DS - Director of Solicitation | 3.10 | $220.00 | $682.00 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 44.90 | $220.00 | $9,878.00 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 16.60 | $220.00 | $3,652.00 |
| CP | Pullo, Christina | DS - Director of Solicitation | 7.50 | $220.00 | $1,650.00 |
| DS | Sharp, David | DS - Director of Solicitation | 6.00 | $220.00 | $1,320.00 |
| | | **TOTAL:** | **121.20** | | **$25,767.50** |

## Hourly Fees by Task Code through January 2020

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| BALL | Ballots | 0.60 | $62.70 |
| INQR | Call Center / Credit Inquiry | 0.50 | $105.60 |
| RETN | Retention / Fee Application | 2.20 | $484.00 |

| SOLI | Solicitation | | 117.90 | $25,115.20 |
|---|---|---|---|---|
| | | **TOTAL:** | **121.20** | **$25,767.50** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---|
| 01/02/20 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 3.00 |
| 01/02/20 | BAS | TC | Technical support for processing ballots | Ballots | 0.20 |
| 01/02/20 | CJ | DS | Review and provide suggested edits to the motion to approve the disclosure statement and ballots to T. Schinckel (WGM) | Solicitation | 2.70 |
| 01/02/20 | DS | DS | Review proposed solicitation documents and procedures | Solicitation | 1.20 |
| 01/03/20 | ATO | DS | Prepare for and participate in telephone conference with Liza Carens at Weil Gotshal re solicitation | Solicitation | 0.70 |
| 01/03/20 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 2.40 |
| 01/03/20 | ATO | DS | Confer and coordinate with S. Kesler (Prime Clerk) re upcoming solicitation | Solicitation | 0.50 |
| 01/03/20 | CJ | DS | Participate in call with L. Carens (WGM) and A. Orchowski and S. Kesler (Prime Clerk) on logistics and mechanics of solicitation and tabulation | Solicitation | 0.40 |
| 01/03/20 | CJ | DS | Review draft solicitation procedures, notices, and fire victims directive and prepare further comment | Solicitation | 2.60 |
| 01/03/20 | CLL | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.90 |
| 01/03/20 | CP | DS | Coordinate with Prime Clerk case team regarding Weil follow up on comments to solicitation motion | Solicitation | 0.20 |
| 01/03/20 | STK | SA | Review solicitation documents in preparation for solicitation | Solicitation | 2.00 |
| 01/06/20 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 2.40 |
| 01/06/20 | CJ | DS | Confer and correspond with L. Carens (WGM) on use of the claims service centers for receipt of ballots | Solicitation | 0.20 |
| 01/06/20 | CJ | DS | Telephone conference with M. Goren (WGM) on logistics of soliciting fire victims | Solicitation | 0.10 |
| 01/06/20 | CJ | DS | Review fire victims service directive for purposes of trouble-shooting solicitation procedures | Solicitation | 0.80 |
| 01/06/20 | CP | DS | Review and comment on revised solicitation draft documents and fire victim directives in coordination with Prime Clerk case team | Solicitation | 2.10 |
| 01/07/20 | ATO | DS | Confer and coordinate with C. Pullo, C. Johnson, and James Daloia at Prime Clerk re upcoming solicitation | Solicitation | 0.80 |
| 01/07/20 | BJS | DI | Coordinate with Prime Clerk case team (C. Pullo, C. Schepper, H. Baer, J. Daloia, C. Johnson, A. Orchowski, S. Kesler) regarding comments to solicitation drafts, solicitation mechanics, tabulation and processing issues | Solicitation | 0.50 |

| Date | Tkpr | Task | Description | Category | Hours |
|---|---|---|---|---|---|
| 01/07/20 | CJ | DS | Coordinate with Prime Clerk case team (C. Schepper, H. Baer, J. Daloia, C. Pullo, A. Orchowski, S. Kesler) regarding comments to solicitation drafts, solicitation mechanics, tabulation and processing issues | Solicitation | 0.50 |
| 01/07/20 | CJ | DS | Correspond with L. Carens (WGM) on mechanics and logistics for solicitation of fire victims | Solicitation | 0.30 |
| 01/07/20 | CJ | DS | Draft outline of step-by-step process and related questing re: matching fire victims with corresponding law firms for purposes of soliciting votes from fire victims | Solicitation | 0.70 |
| 01/07/20 | CJ | DS | Prepare for Prime Clerk Team meeting to discuss mechanics and logistics for solicitation of fire victims | Solicitation | 0.80 |
| 01/07/20 | CJ | DS | Review draft fire victims plan solicitation directive and analyze logistics and mechanics for collecting responses | Solicitation | 1.30 |
| 01/07/20 | CP | DS | Review draft fire victims directives in preparation for internal meetings with Prime Clerk team on same (.9); coordinate with Prime Clerk case team (C. Schepper, H. Baer, J. Daloia, C. Johnson, A. Orchowski, S. Kesler, B. Steele) regarding comments to solicitation drafts, solicitation mechanics, tabulation and processing issues (.5); review and comment on email from Prime Clerk case team regarding fire victim directives proposed mechanics (.2) | Solicitation | 1.40 |
| 01/07/20 | CRS | DI | Coordinate with Prime Clerk case team (C. Pullo, H. Baer, J. Daloia, C. Johnson, A. Orchowski, S. Kesler) regarding comments to solicitation drafts, solicitation mechanics, tabulation and processing issues | Solicitation | 0.60 |
| 01/07/20 | DS | DS | Coordinate with Prime Clerk case team (C. Pullo, C. Schepper, J. Daloia, and C. Johnson) regarding proposed solicitation procedures for fire victim claimants | Solicitation | 0.60 |
| 01/07/20 | HCB | DI | Coordinate with Prime Clerk case team (C. Pullo, C. Schepper, B. Steele, J. Daloia, C. Johnson, A. Orchowski, S. Kesler) regarding comments to solicitation drafts, solicitation mechanics, tabulation and processing issues | Solicitation | 0.50 |
| 01/07/20 | STK | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 2.70 |
| 01/08/20 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.50 |
| 01/08/20 | ATO | DS | Participate in various meetings with Craig Johnson (Prime Clerk) to discuss suggested edits to ballots, notices, and other solicitation materials | Solicitation | 0.70 |
| 01/08/20 | CJ | DS | Participate in discussions with C. Pullo (Prime Clerk) on proposed revisions to solicitation procedures | Solicitation | 0.90 |
| 01/08/20 | CJ | DS | Participate in various meetings with A. Orchowski (Prime Clerk) to discuss suggested edits to ballots, notices, and other solicitation materials | Solicitation | 0.60 |
| 01/08/20 | CJ | DS | Review revised fire victim solicitation procedures | Solicitation | 0.60 |
| 01/08/20 | CJ | DS | Review, revise, and circulate to L. Carens and T. Schinckel (WGM) updated drafts of notice of disclosure statement hearing, notice of confirmation hearing, notice of non-voting status, and various ballots | Solicitation | 2.20 |

| Date | | | Description | Category | Hours |
|---|---|---|---|---|---|
| 01/08/20 | CJ | DS | Quality assurance review of the draft solicitation materials | Solicitation | 0.50 |
| 01/08/20 | CP | DS | Review solicitation procedures in coordination with C. Johnson (Prime Clerk) | Solicitation | 0.20 |
| 01/08/20 | MMB | SA | Confer and coordinate with case team (C. Johnson, A. Orchowski) re solicitation (.2) and quality assurance review and edit of solicitation documents (.5) | Solicitation | 0.70 |
| 01/08/20 | STK | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.70 |
| 01/08/20 | STK | SA | Coordinate with Prime Clerk case team (C. Schepper, H. Baer, J. Daloia, C. Johnson, A. Orchowski, C. Pullo) regarding comments to solicitation drafts, solicitation mechanics, tabulation and processing issues | Solicitation | 1.00 |
| 01/09/20 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.90 |
| 01/09/20 | ATO | DS | Confer and coordinate with Georgia Faust from Prime Clerk re upcoming solicitation and related communications logistics | Call Center / Credit Inquiry | 0.30 |
| 01/09/20 | CJ | DS | Correspondence with M. Goren (WGM) regarding for the hand-delivery of ballots and the logistics attendant thereto | Solicitation | 0.50 |
| 01/09/20 | CJ | DS | Participate in meeting with H. Baer and S. Kesler (Prime Clerk) to discuss logistics and staffing for fire victim plan solicitation directive | Solicitation | 0.20 |
| 01/09/20 | CJ | DS | Participate in various calls with T. Schinckel (WGM) on Prime Clerk's suggested edits to the solicitation materials | Solicitation | 0.30 |
| 01/09/20 | CJ | DS | Participate in various discussions and planning sessions with S. Kesler (Prime Clerk) to discuss logistics for the fire victim plan solicitation directive | Solicitation | 0.40 |
| 01/09/20 | CJ | DS | Participate in various discussions with A. Orchowski (Prime Clerk) to discuss suggested edits to fire victim plan solicitation directive materials | Solicitation | 0.40 |
| 01/09/20 | CJ | DS | Review and provide suggested edits to the fire victim plan solicitation directive materials | Solicitation | 1.30 |
| 01/09/20 | CJ | DS | Review revised solicitation materials to memorialize tabulation procedures | Solicitation | 1.20 |
| 01/09/20 | CP | DS | Review emails between Weil (M. Goren, L. Carens, T. Schinckel) and Prime Clerk case team (C. Johnson, M. Dubin, H. Baer) regarding firm victim solicitation issues and mechanics | Solicitation | 0.20 |
| 01/09/20 | GLF | DI | Confer with A. Orchowski (Prime Clerk) re solicitation timeline in connection with communication logistics | Solicitation | 0.30 |
| 01/09/20 | MMB | SA | Review correspondence with case team (C. Pullo, C. Johnson, ), debtors' counsel (M. Goren, J. Nolan, T. Schinckel, L. Carens at Weil, Gotshal), and PG&E (T. Moffat) related to solicitation and plan classing | Solicitation | 0.20 |
| 01/09/20 | STK | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 3.20 |
| 01/09/20 | STK | SA | Participate in meeting with H. Baer and C. Johnson (Prime Clerk) to discuss logistics and staffing for the fire victim plan | Solicitation | 0.20 |

| Date | Initials | Task | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | solicitation directive | | |
| 01/09/20 | STK | SA | Participate in various discussions and planning sessions with C. Johnson (Prime Clerk) to discuss logistics for the fire victim plan solicitation directive | Solicitation | 0.40 |
| 01/10/20 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 2.10 |
| 01/10/20 | CJ | DS | Compare suggested edits to motion to approve disclosure statement and solicitation procedures with A. Orchowski | Solicitation | 0.60 |
| 01/10/20 | CJ | DS | Meetings with A. Orchowski (Prime Clerk) re: proposed mechanics and details for soliciting directives from firms and votes from fire victims | Solicitation | 0.40 |
| 01/10/20 | CJ | DS | Meetings with S. Kesler (Prime Clerk) on preparations for customizing fire victim lists for purposes of collecting and tabulating votes | Solicitation | 0.40 |
| 01/10/20 | CJ | DS | Quality assurance reviews of fire victim master ballot, fire victim plan solicitation directive and motion to approve disclosure statement and solicitation procedures | Solicitation | 0.50 |
| 01/10/20 | CJ | DS | Participate in telephone conference with A. Orchowski (Prime Clerk) and T. Schinckel (WGM) re: suggested edits to timeline for soliciting directives from firms and votes from fire victims | Solicitation | 0.20 |
| 01/10/20 | CJ | DS | Review and provide suggested edits to fire victim master ballot | Solicitation | 0.80 |
| 01/10/20 | CJ | DS | Review and provide suggested edits to fire victim plan solicitation directive | Solicitation | 0.80 |
| 01/10/20 | CJ | DS | Review and provide suggested edits to motion to approve disclosure statement and solicitation procedures | Solicitation | 0.90 |
| 01/10/20 | CLL | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.60 |
| 01/10/20 | CP | DS | Review emails between C. Johnson (Prime Clerk) and Weil (M. Goren, L. Carens, T. Schinckel) regarding solicitation issues | Solicitation | 0.20 |
| 01/10/20 | JFD | DS | Review and provide comments to C. Pullo declaration | Solicitation | 1.40 |
| 01/10/20 | MMB | SA | Confer and coordinate with case team (C. Johnson, A. Orchowski) re solicitation (.2) and quality assurance review and edit of solicitation documents and disclosure statement approval motion (2.3) | Solicitation | 2.50 |
| 01/10/20 | STK | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 2.00 |
| 01/10/20 | STK | SA | Meetings with C. Johnson (Prime Clerk) on preparations for customizing fire victim lists for purposes of collecting and tabulating votes | Solicitation | 0.40 |
| 01/13/20 | CJ | DS | Supervise production of unique, customized lists of fire victims | Solicitation | 0.40 |
| 01/14/20 | CJ | DS | Map and trouble-shoot process for collecting votes from fire victims | Solicitation | 0.60 |
| 01/15/20 | ATO | DS | Review and respond to inquiry from Tom Schinckel at Weil | Solicitation | 0.80 |

| Date | Tkpr | Task | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | Gotshal related to solicitation | | |
| 01/15/20 | CJ | DS | Review communications between J. Daloia (Prime Clerk) and M. Goren and T. Schinckel (WGM) on handling fire victim claim votes and summaries thereof | Solicitation | 0.30 |
| 01/16/20 | CJ | DS | Coordinate analysis of claims data for purposes of matching fire victims to firms for solicitation and tabulation purposes | Solicitation | 0.40 |
| 01/16/20 | CJ | DS | Participate in meeting with J. Daloia and S. Kesler (Prime Clerk) to discuss details and process for matching fire victims with firms for solicitation and tabulation purposes | Solicitation | 0.20 |
| 01/16/20 | CP | DS | Review updated drafts of solicitation motion and fire victim directives circulated by Weil team | Solicitation | 1.10 |
| 01/16/20 | MJCA | SA | Perform public securities research for purposes of upcoming solicitation | Solicitation | 2.30 |
| 01/16/20 | STK | SA | Participate in meeting with C. Johnson and S. Kesler (Prime Clerk) to discuss details and process for matching fire victims with firms for solicitation and tabulation purposes | Solicitation | 0.20 |
| 01/16/20 | SW | DI | Draft combined monthly fee application | Retention / Fee Application | 2.20 |
| 01/17/20 | AJG | SA | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.90 |
| 01/17/20 | BAS | TC | Technical support for updating ballot information | Ballots | 0.20 |
| 01/17/20 | CJ | DS | Coordinate with S. Kesler (Prime Clerk) for purposes of calculating estimate of Prime Clerk's solicitation work | Solicitation | 0.10 |
| 01/17/20 | CJ | DS | Coordinate with S. Kesler (Prime Clerk) on status of project of matching fire victims to firms | Solicitation | 0.40 |
| 01/17/20 | CJ | DS | Respond to voting inquiry from T. Schinckel (WGM) | Solicitation | 0.20 |
| 01/17/20 | CP | DS | Review email from L. Carens (Weil) regarding revised draft solicitation documents (.1); review same (.6); review emails between T. Schinckel (Weil) and C. Johnson (Prime Clerk) regarding lender ballot issues (.1) | Solicitation | 0.80 |
| 01/17/20 | MDU | DI | Meet and confer with C. Johnson re communication center and ballot intake logistics; internal follow-up re same | Solicitation | 0.50 |
| 01/17/20 | MJCA | SA | Perform public securities research for purposes of upcoming solicitation | Solicitation | 1.80 |
| 01/17/20 | MMB | SA | Review correspondence with case team (C. Johnson, H. Baer, S. Kesler) and debtors' counsel (T. Schinckel, L. Carens, M. Goren at Weil, Gotshal) related to Plan solicitation | Solicitation | 0.30 |
| 01/17/20 | STK | SA | Review solicitation documents in preparation for solicitation | Solicitation | 1.90 |
| 01/17/20 | STK | SA | Coordinate with C. Johnson (Prime Clerk) on status of project of matching fire victims to firms | Solicitation | 0.40 |
| 01/17/20 | STK | SA | Coordinate with C. Johnson (Prime Clerk) for purposes of calculating estimate of Prime Clerk's solicitation work | Solicitation | 0.10 |
| 01/19/20 | CJ | DS | Coordinate with L. Carens (WGM) on timetable for solicitation and Prime Clerk's comments to the draft solicitation materials | Solicitation | 0.20 |

| Date | | | Description | Category | Hours |
|---|---|---|---|---|---|
| 01/19/20 | CJ | DS | Coordinate with T. Schinckel (WGM) on timetable and details for serving fire victim plan solicitation directive | Solicitation | 0.30 |
| 01/20/20 | CJ | DS | Review and provide suggested edits to latest drafts of solicitation materials | Solicitation | 3.20 |
| 01/21/20 | BAS | TC | Technical support for processing ballots | Ballots | 0.20 |
| 01/21/20 | CJ | DS | Coordinate Prime Clerk's quality assurance review and proofread of latest draft of motion to approve disclosure statement | Solicitation | 0.40 |
| 01/21/20 | CJ | DS | Participate in various communications with M. Goren and L. Carens (WGM) re: suggested edits to the Fire Victim Plan Solicitation Directive | Solicitation | 0.30 |
| 01/21/20 | CJ | DS | Review and edit latest draft of motion to approve disclosure statement | Solicitation | 1.10 |
| 01/21/20 | CP | DS | Review emails between C. Johnson (Prime Clerk) and Weil (L. Carens, M. Goren) regarding fire victim directive process and comments to draft solicitation documents (.2); review same (.1) | Solicitation | 0.30 |
| 01/21/20 | MMB | SA | Confer and coordinate with case team (C. Johnson) re solicitation (.1) and quality assurance review and edit of disclosure statement approval motion and solicitation documents (1.8) | Solicitation | 1.90 |
| 01/21/20 | MMB | SA | Review correspondence with case team (C. Johnson, M. Carpenter), counsel (L. Carens, M. Goren, T. Schinckel at Weil), and Broadridge related to solicitation | Solicitation | 0.20 |
| 01/22/20 | CJ | DS | Coordinate with D. Sharp and M. Brown (Prime Clerk) on the quality assurance review and proofreading of the revised draft impaired debt standard ballot, beneficial owner ballot and master ballot | Solicitation | 0.20 |
| 01/22/20 | CJ | DS | Participate in telephone conference with T. Schinckel (WGM) re: the logistics of having "additional family members" on fire victim claim form vote | Solicitation | 0.30 |
| 01/22/20 | CJ | DS | Research new plan classes for purposes of commenting on solicitation materials preparing for solicitation and tabulation | Solicitation | 0.70 |
| 01/22/20 | CJ | DS | Review, provide suggested edits, and circulate to WGM revised draft of impaired debt beneficial owner ballot | Solicitation | 1.10 |
| 01/22/20 | CJ | DS | Review, provide suggested edits, and circulate to WGM revised draft of impaired debt master ballot | Solicitation | 1.30 |
| 01/22/20 | CJ | DS | Review, provide suggested edits, and circulate to WGM revised draft of impaired debt standard ballot | Solicitation | 0.90 |
| 01/22/20 | CP | DS | Review emails between Weil (T. Schinckel, L. Carens) and C. Johnson (Prime Clerk) regarding ballot comments | Solicitation | 0.20 |
| 01/22/20 | CRS | DI | Review emails and documents relating to timeline and logistics for solicitation mailing and eventual ballot processing | Solicitation | 0.30 |
| 01/22/20 | DS | DS | Coordinate with C. Johnson and M. Brown (Prime Clerk) on the quality assurance review and proofreading of the revised draft impaired debt standard ballot, beneficial owner ballot, and master ballot | Solicitation | 0.30 |

| Date | Tkpr | Task | Description | Category | Hours |
|---|---|---|---|---|---|
| 01/22/20 | MJCA | SA | Perform public securities research for purposes of upcoming solicitation | Solicitation | 1.40 |
| 01/22/20 | MMB | SA | Confer and coordinate with case team (C. Johnson, D. Sharp) re solicitation (.2) and quality assurance review and edit of draft ballots (.7) | Solicitation | 0.90 |
| 01/23/20 | CJ | DS | Participate in telephone conference with T. Schinckel (WGM) on ballots for impaired debt lender | Solicitation | 0.20 |
| 01/23/20 | CJ | DS | Provide suggested edits to impaired debt claim ballot | Solicitation | 0.60 |
| 01/23/20 | JFD | DS | Review objection from securities class counsel related to service of bar date notice to securities holders | Solicitation | 1.20 |
| 01/23/20 | JFD | DS | Telephone conference with Weil regarding ballots for securities holders | Solicitation | 0.50 |
| 01/24/20 | CJ | DS | Participate in e-mail exchange with T. Schinckel (WGM) on revised language for solicitation and tabulation procedures | Solicitation | 0.30 |
| 01/24/20 | CJ | DS | Review revised language for solicitation and tabulation procedures | Solicitation | 0.70 |
| 01/24/20 | DS | DS | Review and provide comments on lead plaintiff's reply (docket #5452) | Solicitation | 2.80 |
| 01/27/20 | CJ | DS | Participate in meetings with S. Kesler (Prime Clerk) re: procedures for hand delivery of ballots to Prime Clerk's office | Solicitation | 0.20 |
| 01/27/20 | CJ | DS | Review and provide suggested edits to draft impaired debt claim ballot for use by lenders | Solicitation | 0.90 |
| 01/27/20 | CJ | DS | Review revised plan definitions for purposes of capturing and describing the appropriate note CUSIP numbers on draft beneficial and master impaired debt ballots | Solicitation | 0.80 |
| 01/27/20 | CJ | DS | Update solicitation task list | Solicitation | 0.40 |
| 01/27/20 | STK | SA | Participate in meetings with C. Johnson (Prime Clerk) re: procedures for hand delivery of ballots to Prime Clerk's office | Solicitation | 0.20 |
| 01/28/20 | CJ | DS | Review latest drafts of Class 3 standard, beneficial, and master ballots and make suggested edits | Solicitation | 1.10 |
| 01/28/20 | CJ | DS | Match utility impaired senior note claims to CUSIP numbers and make necessary revisions to class 3B beneficial owner and master ballots and conduct quality assurance review thereof | Solicitation | 1.30 |
| 01/28/20 | MJCA | SA | Perform public securities research for purposes of upcoming solicitation | Solicitation | 3.80 |
| 01/28/20 | RJV | SA | Respond to nominee inquiries related to upcoming solicitation | Call Center / Credit Inquiry | 0.20 |
| 01/29/20 | AJG | SA | Confer and coordinate with case team (S. Kesler) re PG&E plan | Solicitation | 0.20 |
| 01/29/20 | CJ | DS | Coordinate with T. Schinckel (WGM) on the status of holders of the 2008 F and 2010 e pollution bonds | Solicitation | 0.30 |
| 01/29/20 | CP | DS | Coordinate with Prime Clerk case team and Weil (M. Goren) regarding solicitation issues | Solicitation | 0.60 |

| Date | | | Description | | Hours |
|---|---|---|---|---|---|
| 01/30/20 | CP | DS | Coordinate with Prime Clerk case team regarding ballot intake centers | Solicitation | 0.10 |
| 01/30/20 | DS | DS | Participate in team meetings with C Pullo & C Johnson regarding solicitation of fire victims | Solicitation | 0.60 |
| 01/30/20 | DS | DS | Participate in telephone conference with c Johnson (Prime Clerk), M Goren and S Karotkin (Weil), and T Schinckel (Cravath) regarding solicitation procedures | Solicitation | 0.50 |
| 01/31/20 | ATO | DS | Confer and coordinate with Craig Johnson and Christina Pullo at Prime Clerk re upcoming solicitation | Solicitation | 0.50 |
| 01/31/20 | CJ | DS | Perform research re: confirming universe of voting equity securities | Solicitation | 0.60 |
| 01/31/20 | CJ | DS | Correspond with T. Schinckel (WGM) re: confirming universe of voting equity securities | Solicitation | 0.20 |
| 01/31/20 | CJ | DS | Participate in discussion with C. Pullo (Prime Clerk) re: tort firm's proposals about collecting votes from fire victims | Solicitation | 0.10 |
| 01/31/20 | CJ | DS | Participate in phone call with M. Goren (WGM) re: tort firm's proposals about collecting votes from fire victims | Solicitation | 0.10 |
| 01/31/20 | CJ | DS | Research tort firm's proposals about collecting votes from fire victims | Solicitation | 0.40 |
| 01/31/20 | CP | DS | Coordinate with C. Johnson (Prime Clerk) regarding tort firm's proposals for collecting votes from fire victims | Solicitation | 0.10 |
| 01/31/20 | MJCA | SA | Update securities spreadsheet based on outreach to indenture trustees | Solicitation | 0.60 |
| 01/31/20 | MMB | SA | Confer and coordinate with case team (C. Johnson) re: quality assurance review/research of equity securities for both debtors (.3) and research related to stock issues and CUSIPs (1.5) | Solicitation | 1.80 |
| | | | | **Total Hours** | **121.20** |

## Expense Detail

| Description | Units | Rate | Amount |
|---|---|---|---|
| Overtime Meals | | | $20.00 |
| | | **Total Expenses** | **$20.00** |