# EXHIBIT E

## ITEMIZED DISBURSEMENTS

| Employee Name | Date | Expense Type | Amount |
|---|---|---|---|
| Kesler, Stanislav | 1/9/2020 | Overtime Meal | $20.00 |
| **TOTAL** | | | **$20.00** |