WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11 (Lead Case) (Jointly Administered)<br><br>**DEBTORS' STATEMENT WITH RESPECT TO THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' APPLICATIONS TO RETAIN AND EMPLOY CATHY YANNI AS CLAIMS ADMINISTRATOR AND THE HON. JOHN K. TROTTER (RET.) AS TRUSTEE FOR THE FIRE VICTIM TRUST**<br><br>Related Docket Nos. 5723 and 5726<br><br>Date: March 10, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: U.S. Bankr. Court, Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby submit this Statement with respect to (a) the *Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Cathy Yanni as Claims Administrator Nunc Pro Tunc to January 13, 2020 through the Effective Date of the Resolution Trust Agreement* [Docket No. 5723] and (b) the *Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee Nunc Pro Tunc to January 13, 2020 through the Effective Date of the Resolution Trust Agreement* [Docket No. 5726] (collectively, the "**Retention Applications**").[1]

The Debtors have reviewed the Retention Applications and generally do not object to the relief sought by the Tort Claimants Committee therein. The Debtors note, however, that the costs and expenses of administering a trust such as the Fire Victim Trust, including the payment of the fees, costs, and expenses of the Fire Victim Trustee and the other professionals that will be employed by the Fire Victim Trust and will be responsible for administering, settling, and resolving the Fire Victim Claims and overseeing the assets of the Fire Victim Trust, are typically borne by the trust once it is established on and after the effective date of the chapter 11 plan. Nevertheless, in an effort to facilitate the administration of the Fire Victim Trust and to expedite distributions and recoveries to Fire Victim Claimants, the Debtors do not object to the payment by the estates of the fees, costs, and expenses sought in the Retention Applications during the Chapter 11 Cases until the Fire Victim Trust is established in accordance with the Plan, provided that such fees, costs, and expenses are subject to a reasonable cap and budget to be agreed upon by the Debtors.

---

[1] Capitalized terms used but not herein defined have the meanings ascribed to such terms in the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated January 31, 2020* [Docket No. 5530] (together with all schedules and exhibits thereto and as may be modified, supplemented, or amended from time to time, the "**Plan**").

WHEREFORE, the Debtors do not object to approval by the Court of the Retention Applications provided the Orders approving the same expressly provide that such fees, costs, and expenses are subject to a reasonable cap and budget to be agreed upon by the Debtors.

Dated: March 2, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

/s/ *Stephen Karotkin*
Stephen Karotkin

*Attorneys for Debtors and Debtors in Possession*