# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JANUARY 1, 2020 THROUGH JANUARY 31, 2020

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from January 1, 2020 through January 31, 2020 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Tobias S. Keller | Partner | 1990 | 800 | 5.9 | $4,720 |
| Peter J. Benvenutti | Partner | 1974 | 800 | 88.2 | $70,560 |
| Jane Kim | Partner | 2003[1] | 650 | 46.1 | $29,965 |
| Keith A. McDaniels | Of Counsel | 1997 | 600 | 3.2 | $1,920 |
| Dara L. Silveira | Associate | 2010 | 400 | 75.7 | $30,280 |
| Thomas B. Rupp | Associate | 2011 | 400 | 83.7 | $33,480 |
| Hadley Roberts-Donnelly | Paralegal Trainee | N/A | 150 | 46.4 | $6,960 |
| **Total Professionals:** | | | | **349.2** | **$177,885** |

[1] Member of the California Bar since 2014

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 747 | 143.4 | $107,165 |
| Associates | 400 | 159.4 | $63,760 |
| **Blended Attorney Rate** | **564** | **302.8** | **$170,925** |
| Paraprofessionals and other non-legal staff | 150 | 46.4 | $6,960 |
| **Total Fees Incurred** | **509** | **349.2** | **$177,885** |