# EXHIBIT B

# COMPENSATION BY WORK TASK CODE FOR
# SERVICES RENDERED BY KELLER BENVENUTTI KIM LLP
# JANUARY 1, 2020 THROUGH JANUARY 31, 2020

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Omnibus & Miscellaneous Court Appearances | 50.6 | $14,465 |
| 004 | General Case Administration | 34.9 | $14,480 |
| 005 | Automatic Stay Proceedings | 55.9 | $36,835 |
| 006 | IDI, Meeting of Creditors and Creditor Inquiries | .2 | $160 |
| 007 | Professional Retention and Compensation – Keller Benvenutti Kim | 7.7 | $2,835 |
| 008 | Professional Retention and Compensation – Other Professionals | 23.3 | $9,800 |
| 009 | Financing and Cash Collateral | .3 | $195 |
| 014 | Employee Matters | .2 | $160 |
| 015 | Supplier Issues | 4 | $1,850 |
| 018 | Executory Contract Issues | 36 | $20,665 |
| 021 | Plan – Advice, Strategy and Negotiation | 4.1 | $2,890 |
| 022 | Plan and Disclosure Statement – Preparation of Documents | 15.9 | $6,760 |
| 024 | Plan Implementation and Transition | 3.4 | $2,615 |
| 026 | Wildfire Litigation | 7 | $2,825 |
| 027 | Claims Review | 12.4 | $6,215 |
| 028 | Claim Disputes and Resolution | 72.7 | $42,685 |
| 032 | USDC Probation Compliance | 3.2 | $1,920 |
| 036 | Miscellaneous Litigation Issues and Advice | 17.4 | $10,530 |
| **TOTAL** | | **349.2** | **$177,885** |