**EXHIBIT C**

**EXPENSE SUMMARY**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $0 |
| Meals | $0 |
| Travel | $0 |
| Transportation | $136.44 |
| Printing and Duplication | $2,927.84 |
| Transcription Services | $1,467.50 |
| Telephone Conferencing | $0 |
| Messenger | $1,282.10 |
| Filing Fees | $0 |
| **Total Expenses Requested:** | **$5,813.88** |