**EXHIBIT E**



Billing Statement No. 012020
Date: 03/02/2020
Due Upon Receipt

650 California Street, Suite 1900
San Francisco, CA 94108
Email: admin@kbkllp.com

PG&E Corporation
Attn: Janet Loduca
77 Beale Street
San Francisco, CA 94105

## 00138-31 PG&E

## Chapter 11 representation - Expenses

| Type | Date | Description | Quantity | Rate | Fees and Expenses Total |
|---|---|---|---|---|---|
| Expense | 12/02/2019 | E116 Trial transcripts: Belle Ball Invoice No. 20190233 | 1.00 | $166.75 | $166.75 |
| Expense | 12/15/2019 | E107 Delivery services/messengers: Nationwide Invoice No. 363111 | 1.00 | $851.50 | $851.50 |
| Expense | 01/01/2020 | E107 Delivery services/messengers: Nationwide Invoice No. 363398 | 1.00 | $137.60 | $137.60 |
| Expense | 01/15/2020 | E107 Delivery services/messengers: Nationwide Invoice No. 363698 | 1.00 | $293.00 | $293.00 |
| Expense | 01/16/2020 | E116 Trial transcripts: eScribers Invoice No. 302183 | 1.00 | $36.30 | $36.30 |
| Expense | 01/16/2020 | E102 Outside printing: Clear Discovery Invoice No. 0001279 | 1.00 | $2,927.84 | $2,927.84 |
| Expense | 01/16/2020 | E109 Local travel: Car from office to home after late night filing | 1.00 | $73.16 | $73.16 |
| Expense | 01/21/2020 | E109 Local travel: Car from office to home after late night filing | 1.00 | $63.28 | $63.28 |
| Expense | 01/30/2020 | E116 Trial transcripts: eScribers Invoice No. 306052 | 1.00 | $1,264.45 | $1,264.45 |

| Time Keeper | Position | Time | Rate | Fees and Expenses Total |
|---|---|---|---|---|
| | | | Fees and Expenses Subtotal | $5,813.88 |
| | | | Fees and Expenses Total | $5,813.88 |