Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, California 90067
Telephone:  (424) 386-4000
Facsimile:  (213) 629-5063

*Counsel for the Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>            **Debtors.**<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>■  Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case. No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**SECOND SUPPLEMENTAL DECLARATION OF THOMAS R. KRELLER IN CONNECTION WITH THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' RETENTION OF MILBANK LLP**<br><br>Re: Docket Nos. 1210, 1766 & 3376 |

I, **THOMAS R. KRELLER**, being duly sworn, state the following under the penalty of perjury:

1. I am an attorney admitted to practice in the State of California and a partner in the Financial Restructuring Group of Milbank LLP ("Milbank"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of PG&E Corporation and Pacific Gas and Electric Company (the "Debtors"). Milbank maintains an office at, among other places, 2029 Century Park East, 33rd Floor, Los Angeles, California, 90067-3019. There are no disciplinary proceedings pending against me.

2. Unless otherwise stated in this declaration (the "Second Supplemental Declaration"), I have personal knowledge of the matters set forth herein and, if called as a witness, I would testify thereto. Certain of the disclosures set forth herein relate to matters not within my personal knowledge, but rather within the personal knowledge of other attorneys and employees of Milbank who have acted at my direction and under my supervision, and are based on information provided by them to me.

3. On April 3, 2019, I executed and filed my initial declaration (the "Initial Declaration") [Docket No. 1210] in support of the *Application of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 328(a) and 1103(a) and Fed. R. Bank. R. 2014 and 2016 for Authority to Retain and Employ Milbank LLP as Counsel, Effective as of February 12, 2019*, dated April 3, 2019 (the "Application")[1] [Docket No. 1208] to, among other things, provide certain disclosures required by the Bankruptcy Code, the Bankruptcy Rules and the Local Rules. Milbank prepared the Initial Declaration utilizing a list of potential parties in interest ("Parties in Interest") obtained from the Debtors (the "Initial Conflict List"). The Initial Declaration provides that Milbank will supplement the disclosures in the Initial Declaration to the extent required as a

---

[1] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Application.

result of any new material relevant facts or relationships becoming available during these Chapter 11 Cases.

4. On August 5, 2019, after having received an expanded list of Parties in Interest from the Debtors (the "Second Conflict List"), I filed the *First Supplemental Declaration of Thomas R. Kreller in Connection with the Official Committee of Unsecured Creditors' Retention of Milbank LLP* (the "First Supplemental Declaration") [Docket No. 3376]. In the First Supplemental Declaration, Milbank disclosed certain additional Parties in Interest that have connections with Milbank in accordance with the Initial Declaration. I now submit this Second Supplemental Declaration to the same end.

## SECOND SUPPLEMENTAL DECLARATION

5. Milbank recently received from the Debtors a further expanded list of Parties in Interest (the "Third Conflict List"). As with the Initial Declaration and the First Supplemental Declaration, Milbank compared those entities and individuals on the Third Conflict List with the names contained in the database of current and former clients and other relationships maintained by Milbank in the ordinary course of its business (the "Client List"). Milbank did not search again those names already included on the Initial Conflict List or the Second Conflict List. In addition to the parties listed on the Third Conflict List, Milbank also compared its Client List with the various parties listed on the Debtors': (i) *Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry into and Performance Under, Debt Financing Commitment Letters and (III) Authorizing Incurrence, Payment and Allowance of Related Fees and/ Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims* (the "Amended Exit Financing Motion") [Docket No. 5267]; and (ii) *Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Exit Financing*

*Commitment Letters and (II) Authorizing Incurrence, Payment, and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims* [Docket No. 4446] ("Exit Financing Motion"). It is important to note that because the Debtors have not yet entered into the financings contemplated by the exit financing motions, a number of parties that were party to the Exit Financing Motion are no longer parties to the Amended Exit Financing Motion. Notwithstanding this fact, Milbank has searched all parties included in both motions. To the extent that the Debtors file additional exit financing documents, Milbank will endeavor to search any additional parties as well.

6. In addition, Milbank has continued to monitor its new client database to enable prompt disclosure of any information that is contrary or otherwise pertinent to any statements made in the Initial Declaration and First Supplemental Declaration.

7. Based on these searches and ongoing monitoring, Milbank has identified certain additional Parties in Interest that have connections with Milbank. A list of all such connections is attached hereto as **Schedule A**.

8. To the best of my knowledge, information, and belief, none of the relationships listed in the Initial or First Supplemental Declarations have changed since their filing.

9. Based on all of the foregoing, to the best of my knowledge and except as otherwise noted herein and in the Initial and First Supplemental Declaration, Milbank does not represent any entity having an adverse interest in connection with these cases, and therefore continues to be eligible to represent the Committee. Milbank will continue to monitor its connections to the Debtors, their creditors and other parties in interest in these cases. If any additional relationships are discovered or arise which are not disclosed herein, in the Initial Declaration or the First Supplemental Declaration, Milbank will promptly supplement its disclosure to the Court.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

                Executed on March 2, 2020, Los Angeles, CA

                */s/ Thomas R. Kreller*
                Thomas R. Kreller

# SCHEDULE A

**Supplemental Connections to Potential Parties-in-Interest**

| Party Name | Relationship to the Debtors[2] | Relationship to Milbank[3] |
|---|---|---|
| Advent Underwriting Ltd.[4] | Parties in 2019 Statements | Potential current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Aegon Asset Management | Unsecured Notes | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Certain affiliates of American International Group ("AIG")[5] | Parties in 2019 Statements; Litigation Counterparties/Litigation Pending Lawsuits; Subrogation Claimants | Current client and affiliates of current clients on matter unrelated to the Debtors or these Chapter 11 cases |
| Anchorage Capital Group, L.L.C. | Parties in 2019 Statements | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Appaloosa L.P. | Parties to Debtors' Exit Financing Motion | Former client on matter unrelated to the Debtors or these Chapter 11 cases |
| Attestor Capital LLP | Parties in 2019 Statements; Subrogation Claimants | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| AXA EQ/Fidelity Institutional Large Cap Portfolio | Parties to Debtors' Exit Financing Motion | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |

---

[2] The Relationship to the Debtors is correlated with the categories of relationships from the Debtors' disclosure lists. Where a Party was listed in multiple categories, each category is indicated.

[3] A "current client" is an entity for which there are, as of the date hereof, active matters on which Milbank is engaged; a "former client" is an entity for which there were no active matters as of the date hereof, but there may in the future be active matters. Use of the word "potential" before such designations signifies entities for which Milbank was unable to determine whether the similarities of names was a coincidence or whether the party in interest is related to a client in Milbank's databases. Milbank does not represent any "potential" clients in matters related to the Chapter 11 cases. Please note that the identification of a party in interest on Schedule A is not an admission of a conflict, disabling or otherwise.

[4] Advent International Corp. and Advent International GmbH are current clients on matters unrelated to the Debtors or these chapter 11 cases. Out of an abundance of caution, Milbank has included Advent Underwriting Ltd. on this list as a possible affiliate.

[5] American International Group, Inc. and AIG Investments are current clients on matters unrelated to the Debtors or these Chapter 11 cases. Milbank has previously disclosed that AIG Europe Limited and AIG Property Casualty Company are potential affiliates of a current client of the firm on matters unrelated to the Debtors or the Chapter 11 cases. The Second Conflict List includes the following entities as affiliates of AIG: (i) AIG Specialty Insurance Company; (ii) American Home Assurance Company; (iii) Granite State Insurance Company; (iv) The Insurance Company of the State of Pennsylvania; (v) Lexington Insurance Company; (vi) National Union Fire Insurance Company of Pittsburgh, Pa.; and (vii) New Hampshire Insurance Company. As such, such entities are also affiliates of a current client on matters unrelated to the Debtors or these Chapter 11 cases.

| Party Name | Relationship to the Debtors[2] | Relationship to Milbank[3] |
|---|---|---|
| Bain Capital Distressed and Special Situations 2016 (A), L.P. | Parties to Debtors' Exit Financing Motion | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Bain Capital Distressed and Special Situations 2016 (B Master), L.P. | Parties to Debtors' Exit Financing Motion | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Bain Capital Distressed and Special Situations 2016 (F), L.P. | Parties to Debtors' Exit Financing Motion | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Bain Capital Distressed and Special Situations 2016 (EU Master), L.P. | Parties to Debtors' Exit Financing Motion | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Bain Capital Distressed and Special Situations 2019 (B Master), L.P. | Parties to Debtors' Exit Financing Motion | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| BofA Securities | Parties to Debtors' Exit Financing Motion | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Blackstone Alternative Investment Funds plc in respect of its fund Blackstone Diversified Multi Strategy Fund | Parties to Debtors' Exit Financing Motion | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Blackstone Alternative Multi Strategy Sub Fund IV, LLC | Parties to Debtors' Exit Financing Motion | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Brigade Capital Management, LP, solely on behalf of certain funds and accounts it manages and/or advises | Parties to Debtors' Exit Financing Motion | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Canyon Capital Advisors LLC | Parties in 2019 Statements | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Credit Suisse[6] | Parties to Debtors' Exit Financing Motion | Current client on matter unrelated to the Debtors or these Chapter 11 cases |

---

[6] While Credit Suisse was specifically referred to in the First Declaration (¶ 15), it was inadvertently left off the list at the end of that declaration. Milbank is adding its name to this disclosure in an abundance of caution.

(continued . . .)

| Party Name | Relationship to the Debtors[2] | Relationship to Milbank[3] |
|---|---|---|
| Cushman & Wakefield, Inc. | Interested Parties / Notice of Appearance Parties | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| D.E. Shaw Galvanic Portfolios, L.L.C.[7] | Parties in 2019 Statements | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| D.E. Shaw Kalon Portfolios, L.L.C. | Parties in 2019 Statements | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| D.E. Shaw Orienteer Portfolios, L.C.C. | Parties in 2019 Statements | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Federated Insurance | Parties in 2019 Statements; Subrogation Claimants | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Fidelity Management & Research Company[8] | Parties in 2019 Statements | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| First Pacific Advisors, LP, on behalf of certain funds and accounts it manages | Parties to Debtors' Exit Financing Motion | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Fir Tree Partners | Parties in 2019 Statements | Former client on matter unrelated to the Debtors or these Chapter 11 cases |
| FTI Consulting, Inc. | Non-Debtors Professionals; Official Committee of Unsecured Creditors Committee – Professionals and Members | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Glendon Capital Management L.P. | Parties in 2019 Statements | Current client on matter unrelated to the Debtors or these Chapter 11 cases |

---

[7] Milbank has previously disclosed that D.E. Shaw is a current client, and Milbank believes that each of the portfolio entities disclosed herein is an affiliate.

[8] Milbank has previously disclosed that Fidelity Management Trust Company is a current client, and Milbank believes that Fidelity Management & Research Company is an affiliate.

(continued . . .)

| Party Name | Relationship to the Debtors[2] | Relationship to Milbank[3] |
|---|---|---|
| Golden Tree Asset Management, LP | Parties in 2019 Statements; Parties to Debtors' Exit Financing Motion | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Goldman Sachs Lending Partners LLC[9] | Parties to Debtors' Exit Financing Motion | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| HSBC Bank plc | Parties in 2019 Statements | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Jefferies LLC | Parties to Debtors' Exit Financing Motion | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| KLS Diversified Asset Management LLC | Parties to Debtors' Exit Financing Motion | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Knighthead Capital Management, LLC | Parties in 2019 Statements | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Liberty Mutual[10] | Insurance/Insurance Provider/Surety Bonds; Parties in 2019 Statements; Subrogation Claimants; Interested Parties/Notice of Appearance Parties | Current client and affiliates of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Marble Ridge Capital | Parties in 2019 Statements | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Monarch Alternative Capital LP | Parties in 2019 Statements | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| MSD Partners, LP | Parties in 2019 Statements | Affiliate of current client on matter unrelated to the |

---

[9] Milbank has previously disclosed that Goldman Sachs Bank USA and Goldman, Sachs & Co. are current clients on matters unrelated to the Debtors or these Chapter 11 cases.

[10] Milbank previously disclosed that Liberty Insurance Corporation is a current client on matter unrelated to the Debtors or these Chapter 11 cases. The Second Conflict List makes clear that the following entities are affiliates of Liberty: (i) Liberty Insurance Underwriters Inc.; (ii) Liberty Mutual Fire Insurance Company; (iii) Liberty Mutual Insurance; (iv) Liberty Mutual Insurance Company; (v) Liberty Mutual Insurance Europe Limited; (vi) Liberty Mutual Management (Bermuda) Ltd (PDW); (vii) Liberty Specialty Markets; (viii) Liberty Surplus Insurance Company; (ix) Liberty Surplus Insurance Corporation; (x) Employers Insurance Company of Wausau; and (xi) Liberty Mutual Insurance / Ironshore. As such, pursuant to such affiliation, Milbank also discloses a connection to such entities as well.

| Party Name | Relationship to the Debtors[2] | Relationship to Milbank[3] |
|---|---|---|
| MSD Capital, L.P. | Parties in 2019 Statements | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Oak Hill Advisors, L.P. | Parties in 2019 Statements | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| OneBeacon / Atlantic Specialty Ins. Co. | Parties in 2019 Statements; Subrogation Claimants | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Pacific Life Insurance Company | Parties in 2019 Statements | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Paulson & Co., Inc. | Parties in 2019 Statements | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Pentwater Capital Management LP | Parties in 2019 Statements | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Schultze Master Fund Ltd. | Parties to Debtors' Exit Financing Motion | Potential affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Sculptor Capital Management | Parties in 2019 Statements | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Sculptor Capital Investments, LLC | Parties in 2019 Statements | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Serengeti Asset Management LP | Parties in 2019 Statements | Former client on matter unrelated to the Debtors or these Chapter 11 cases |
| Silver Point Capital, L.P. | Parties in 2019 Statements | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Silver Point Capital Offshore Mater Fund Ltd. | Parties to Debtors' Exit Financing Motion | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Silver Rock Financial LP | Parties in 2019 Statements | Current client on matter unrelated to the Debtors or these Chapter 11 cases |

| Party Name | Relationship to the Debtors[2] | Relationship to Milbank[3] |
|---|---|---|
| SPCP Access Holdings, LLC | Parties to Debtors' Exit Financing Motion | Potential affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| SPCP Institutional Group, LLC | Parties to Debtors' Exit Financing Motion | Potential affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Strategic Value Partners, LLC | Subrogation Claimants | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| SteelMill Master Fund LP c/o PointState Capital LP | Parties in 2019 Statements | Former current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Stonehill Capital Management, LLC, | Parties to Debtors' Exit Financing Motion | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| TerraForm Power, Inc. | Interested Parties / Notice of Appearance Parties | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Travelers Indemnity Company of Connecticut[11] | Parties in 2019 Statements; Subrogation Claimants; Interested Parties / Notice of Appearance Parties | Current client and affiliates of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Variable Insurance Products Fund IV: Utilities Portfolio | Parties to Debtors' Exit Financing Motion | Possible affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Variable Insurance Products Fund V: VIP Strategic High Income Sub | Parties to Debtors' Exit Financing Motion | Possible affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |

---

[11] Milbank previously disclosed that Travelers Indemnity Company of Connecticut is an affiliate of a current client on matters unrelated to the Debtors or these Chapter 11 cases. Travelers is a current client of the firm on matters unrelated to the Debtors or these Chapter 11 Cases. The Second Conflict List makes clear that the following entities are affiliates of Travelers: (i) Travelers Casualty Insurance Company of America; (ii) Travelers Commercial Insurance Company; (iii) Travelers Indemnity Company of Connecticut; (iv) Travelers Property Casualty Company of America; (v) Travelers Property Casualty Insurance Company; (vi) The Travelers Home and Marine Insurance Company; (vii) The Travelers Indemnity Company; (viii) The Travelers Indemnity Company of America; (ix) The Travelers Indemnity Company; (x) St Paul Fire and Marine; (xi) The Standard Fire Insurance Company; (xii) Fidelity and Guaranty Insurance Underwriters Inc.; (xiii) Northland Insurance; (xiv) The Northfield Insurance Company; and (xv) Constitution State Services, LLC. As such, pursuant to such affiliation, Milbank also discloses a connection to such entities as well.

| Party Name | Relationship to the Debtors[2] | Relationship to Milbank[3] |
|---|---|---|
| Variable Insurance Products Fund III: Balanced Portfolio – Utilities Subportfolio | Parties to Debtors' Exit Financing Motion | Possible affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Whitebox Advisors LLC | Parties in 2019 Statements | Current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Whitebox Asymmetric Partners, LP | Interested Parties / Notice of Appearance Parties | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Whitebox Multi-Strategy Partners, LP | Interested Parties / Notice of Appearance Parties | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Zurich American Insurance Company | Parties in 2019 Statements; Litigation Counterparties/Litigation Pending Lawsuits; Insurance/Insurance Provider/Surety Bonds | Affiliate of current client on matter unrelated to the Debtors or these Chapter 11 cases |
| Zurich Insurance Company Ltd. | Insurance/Insurance Provider/Surety Bonds | Current client on matter unrelated to the Debtors or these Chapter 11 cases |