# UNITED STATES BANKRUPTCY COURT

# Northern District of California

In re: PG&E Corporation                               Case No. 19-30088

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO Box 633
Woodmere, NY 11598

Phone: 516-255-1801
Last four digits of Acct#: N/A

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#: N/A

CPP INCORPORATED
Name of Transferor

Court Claim # (if known): N/A
Amount of Claim: USD$31,774.00
Date Claim Filed: N/A

Phone: (970) 221-3371
Last four digits of Acct.#: N/A

Name and Current Address of Transferor:

CPP Incorporated
2400 Midpoint Dr Ste 190
Fort Collins, CO 80525

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross                                Date: March 2, 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Northern District of California
Attention: Clerk


AND TO: Pacific Gas and Electric Company (Debtor)
Case No. 19-30089
(Jointly Administered Under PG&E Corporation, et al., Case No. 19-30088)

Claim # N/A

**CPP INCORPORATED**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$31,774.00** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 02 DAY OF March, 2020.

ASSIGNOR: CPP INC.

_____
(Signature)

Laura L. Knight
(Print Name)

Director, Finance, Accounting
(Title) IT & PM

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member

## Schedule E/F: Creditors Who Have Unsecured Claims

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Trade Payables** | | | | | | | |
| 3.1081 COX CASTLE & NICHOLSON LLP<br>2029 CENTURY PARK EAST STE 2100<br>LOS ANGELES, CA 90067 | VARIOUS<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $365 |
| 3.1082 CPP INCORPORATED<br>2400 MIDPOINT DR STE 190<br>FORT COLLINS, CO 80525 | VARIOUS<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $31,774 |
| 3.1083 CR GRANTOM PE AND ASSOCIATES LLC<br>22503 W SHOREWOOD LOOP<br>HUFFMAN, TX 77336 | VARIOUS<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $50,000 |
| 3.1084 CRAIG BALL TRUCKING LLC<br>P.O. BOX 7941<br>SANTA MARIA, CA 93456 | VARIOUS<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $2,145 |
| 3.1085 CRAIG COMMUNICATIONS INC<br>647 TENNENT AVE STE 102<br>PINOLE, CA 94564 | VARIOUS<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $51,090 |
| 3.1086 CRAIG DAVIS<br>403 EL GRANADA BLVD<br>EL GRANADA, CA 94018 | VARIOUS<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $71 |
| 3.1087 CRAIG KEEVER<br>6010 HIGH RIDGE ROAD<br>PASO ROBLES, CA 93446 | VARIOUS<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Third Party Claim | ☐ | $200 |
| 3.1088 CRAIG MCARTHUR<br>P.O. BOX 445<br>MCARTHUR, CA 96056 | VARIOUS<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $34,431 |
| 3.1089 CRAIG THURBER<br>13717 RACCOON MOUNTAIN RD<br>GRASS VALLEY, CA 95945 | VARIOUS<br><br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $30,974 |
| 3.1090 CRAIG TYLER<br>4723 ANNADEL HEIGHTS DR<br>SANTA ROSA, CA 95405-8207 | VARIOUS<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $10,641 |
| 3.1091 CRANBROOK REALTY INVESTMENT FUND LP<br>NOT AVAILABLE | VARIOUS<br><br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $19 |

Page 100 of 9581 to Schedule E/F Part 2

Case: 19-30088    Doc# 906-4    Filed: 03/14/19    Entered: 03/14/19 23:02:08    Page 100
Case: 19-30088    Doc# 6001    Filed: 03/02/20    Entered: 03/02/20 13:58:43    Page 3 of 3