UNITED STATES BANKRUPTCY COURT

Northern District of California

In re: PG&E Corporation        Case No. 19-30088

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO Box 633
Woodmere, NY 11598

Phone: 516-255-1801
Last four digits of Acct#: N/A

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#: N/A

CPP INC
Name of Transferor

Court Claim # (if known): 2272
Amount of Claim: USD$31,998.75
Date Claim Filed: 04/12/2019

Phone: (970) 221-3371
Last four digits of Acct.#: N/A

Name and Current Address of Transferor:

CPP Inc
2400 Midpoint Dr Ste. 190
Fort Collins, CO 80525

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross         Date: March 2, 2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO: United States Bankruptcy Court ("Bankruptcy Court")
Northern District of California
Attention: Clerk

AND TO: Pacific Gas and Electric Company (Debtor)
Case No. 19-30089
(Jointly Administered Under PG&E Corporation, et al., Case No. 19-30088)

Claim #2272

CPP INC., its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$31,998.75** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 02 DAY OF March, 2020.

ASSIGNOR: CPP INC.

_____
(Signature)

Laura L. Knight
(Print Name)

Director, Finance, Accounting
(Title) IT & PM

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member

# Exhibit A

| Claim Number | Creditor Name | Asserted Debtor | Allowed Debtor | Asserted 503(b)(9) Amount | Proposed Allowed 503(b)(9) Amount | Proposed Amount Disallowed and Expunged | Proposed Amount Reclassified as General Unsecured | Reason for Proposed Disallowance and/or Reclassification |
|---|---|---|---|---|---|---|---|---|
| 2751 | Cowen Special Investments LLC as Transferee of LAV Consulting & Engineering, Inc. | PG&E Corporation | Pacific Gas and Electric Company | $ 2,310.00 | $ - | $ - | $ 2,310.00 | • Claim reclassified as general unsecured claim because claim amount asserted includes amounts for services and other non-goods. • Claim was incorrectly asserted against PG&E Corporation. The claim has been reassigned to Pacific Gas and Electric Company. • Claim asserted after the 503(b)(9) Filing Deadline. |
| 2752 | Cowen Special Investments LLC as Transferee of LAV Consulting & Engineering, Inc. | PG&E Corporation | Pacific Gas and Electric Company | $ 562.50 | $ - | $ - | $ 562.50 | • Claim reclassified as general unsecured claim because claim amount asserted includes amounts for services and other non-goods. • Claim was incorrectly asserted against PG&E Corporation. The claim has been reassigned to Pacific Gas and Electric Company. • Claim asserted after the 503(b)(9) Filing Deadline. |
| 2758 | Cowen Special Investments LLC as Transferee of LAV Consulting & Engineering, Inc. | PG&E Corporation | Pacific Gas and Electric Company | $ 1,605.00 | $ - | $ - | $ 1,605.00 | • Claim reclassified as general unsecured claim because claim amount asserted includes amounts for services and other non-goods. • Claim was incorrectly asserted against PG&E Corporation. The claim has been reassigned to Pacific Gas and Electric Company. • Claim asserted after the 503(b)(9) Filing Deadline. |
| 2760 | Cowen Special Investments LLC as Transferee of LAV Consulting & Engineering, Inc. | PG&E Corporation | Pacific Gas and Electric Company | $ 672.50 | $ - | $ - | $ 672.50 | • Claim reclassified as general unsecured claim because claim amount asserted includes amounts for services and other non-goods. • Claim was incorrectly asserted against PG&E Corporation. The claim has been reassigned to Pacific Gas and Electric Company. • Claim asserted after the 503(b)(9) Filing Deadline. |
| 2300 | Cowen Special Investments LLC as Transferee of Wheelabrator Shasta Energy Company Inc. | N/A | | $ 1,931,385.70 | $ - | $ 1,931,385.70 | $ - | • Claim asserted against wrong debtor and is duplicative of claim #2350. |
| 2272 | CPP INC | Pacific Gas and Electric Company | Pacific Gas and Electric Company | $ 31,998.75 | $ - | $ - | $ 31,998.75 | • Claim reclassified as general unsecured claim because claim amount asserted includes amounts for services and other non-goods. |
| 2725 | Craig Ball Trucking, LLC | PG&E Corporation | Pacific Gas and Electric Company | $ 281.25 | $ - | $ - | $ 281.25 | • Claim reclassified as general unsecured claim because claim amount asserted includes amounts for services and other non-goods. • Claim was incorrectly asserted against PG&E Corporation. The claim has been reassigned to Pacific Gas and Electric Company. |
| 2659 | CRANE, JOHN | Pacific Gas and Electric Company | Pacific Gas and Electric Company | $ 176,114.70 | $ 163,447.52 | $ - | $ 12,667.18 | • Claim partially reclassified as general unsecured claim because claim asserted includes amounts for freight and/or taxes. |
| 2710 | CRG Financial LLC (As Assignee of GA-MA & Associates Inc.) | Pacific Gas and Electric Company | Pacific Gas and Electric Company | $ 4,096.00 | $ 4,096.00 | $ - | $ - | • Claim allowed as asserted. |
| 1980 | CRG Financial LLC as Transferee of Shamrock Utilities LLC | Pacific Gas and Electric Company | Pacific Gas and Electric Company | $ 5,736.23 | $ 4,504.84 | $ - | $ 1,231.39 | • Claim partially reclassified as general unsecured claim because claim amount asserted includes amounts that do not represent goods delivered in the 20 days prior to the Petition Date. |
| 2040 | CRG Financial LLC as Transferee of Shamrock Utilities LLC | Pacific Gas and Electric Company | Pacific Gas and Electric Company | $ 8,044.95 | $ 5,424.09 | $ - | $ 2,620.86 | • Claim partially reclassified as general unsecured claim because claim amount asserted includes amounts that do not represent goods delivered in the 20 days prior to the Petition Date. |
| 2054 | CRG Financial LLC as Transferee of Shamrock Utilities LLC | Pacific Gas and Electric Company | Pacific Gas and Electric Company | $ 6,240.78 | $ 4,602.46 | $ - | $ 1,638.32 | • Claim partially reclassified as general unsecured claim because claim amount asserted includes amounts that do not represent goods delivered in the 20 days prior to the Petition Date. |
| 2453 | CSAA | Pacific Gas and Electric Company | Pacific Gas and Electric Company | $ 6,582.07 | $ - | $ - | $ 6,582.07 | • Claim reclassified as general unsecured claim because claim amount asserted includes amounts for services and other non-goods. |