| | |
|---|---|
| **From:** | Aaron Ross <ajross218@gmail.com> |
| **Sent:** | Sunday, March 1, 2020 2:06 PM |
| **To:** | Dennis Montali |
| **Subject:** | Tubbs Fire |



FILED

MAR 0 2 2020

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Case # 19-30088

The Honorable Judge Montali.

I'm am reaching out to you because of the ongoing negotiations regarding the settlement for the fire victims. Our family barely escaped the flames of the Tubbs Fire. That night is still, very much, etched in our hearts and minds. Moving forward has been very difficult. We lost everything that we owned. Due to the fact that we were renting, we didn't have any insurance. Everything we've had to replace has come out of our pockets, and most of it still can't be replaced due to financial reasons. I feel so defeated when I read that insurance companies are being compensated in cash, in full, yet the actual victims are having to be paid out in payments and with stock in a company who's future is questionable at best. I realize there is only so much to go around and there is no price tag you can put on what myself and my family, as well as our community went through that night, but I feel like paying us out in stocks seems like the short end of the stick. I have to say, it doesn't make me feel to confident. I also wouldn't be fair to myself if I did not mention the fees for our attorney. The firm that I hired is working on contingency, which is a blessing, but they will collect 35% of whatever we are awarded. That seems a bit steep. I appreciate them and the job they are doing, but getting rich off of folks who already lost so much just doesn't seem right. I hope there is a fair and just solution to these issues. These settlements are meant to get the victims back on their feet, not to make the rich richer. I have included some before and after pictures for you to look at as well as the events that unfolded that horrific night. I appreciate you taking the time to read my email and letting my voice be heard. I know everyone involved is working tirelessly. Thank you so much

Respectfully,
Mrs. Aaron Ross

Attachments not included by the court.

☒ **IMG_20170528_204128917.jpg**

☒ **IMG_20170506_133305701_HDR.jpg**

☒ **IMG_20171016_113433451.jpg**

☒ **IMG_20171016_113415229.jpg**

☒ **Story.docx**