WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C.
(ray.schrock@weil.com) (*pro hac vice*)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:     (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>        - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                                  **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**STIPULATION FOR ORDER ESTABLISHING BRIEFING AND HEARING SCHEDULE REGARDING CLASSIFICATION OF FIRE CLAIMS OF FEDERAL AGENCIES AND OF CALIFORNIA STATE AGENCIES**<br><br>Related Docket No.: 5590<br><br>[No Hearing Date Requested] |

PG&E Corporation and Pacific Gas and Electric Company, as debtor and debtor in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), certain funds and accounts managed or advised by Abrams Capital Management, LP, and certain funds and accounts managed or advised by Knighthead Capital Management, LLC (together, the "**Shareholder Proponents**" and with the Debtors, the "**Plan Proponents**"), the Federal Agencies (as defined below) and the California State Agencies (as defined below) by and through their respective counsel, hereby submit this stipulation (the "**Stipulation**") for an Order approving the Parties' (as defined below) agreement to establish a briefing and oral argument schedule for the Federal Agencies' and California State Agencies' objections to the Plan's (as defined below) classification of their asserted Fire Claims as Fire Victim Claims.[1] The Debtors, the Shareholder Proponents, the Federal Agencies, and the California State Agencies are referred to in this Stipulation collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## RECITALS

A. On January 29, 2019, the Debtors commenced the Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B. The United States of America, on behalf of the Department of Homeland Security, Federal Emergency Management Agency; United States Department of Agriculture, United States Forest Service; United States Department of the Interior, Bureau of Land Management, Bureau of Indian Affairs, Fish and Wildlife Service, and the National Park Service; United States General Services Administration; United States Department of Housing and Urban Development; and United States Small Business Association (collectively, the "**Federal Agencies**") filed multiple proofs of claim asserting Fire Claims in these Chapter 11 Cases (collectively, the "**Federal Fire Claims**").

C. The California Department of Forestry and Fire Protection, California Governor's Office of Emergency Services, California Department of Veterans Affairs, California

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

Department of Parks and Recreation, California Department of Toxic Substances Control, California Department of Developmental Services, California State University, and California Department of Transportation (collectively, the "**California State Agencies**") filed multiple proofs of claim asserting Fire Claims (collectively, the "**California State Fire Claims**," and together with the Federal Fire Claims, the "**Governmental Fire Claims**").

    D.  On January 31, 2020, the Plan Proponents filed the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated January 31, 2020* [Docket No. 5590] (the "**Plan**").

    E.  Under the Plan, all Fire Victim Claims, including the Fire Claims asserted by the Federal Agencies, the California State Agencies, and individuals, will be permanently channeled to a trust to be established to satisfy such claims (the "**Fire Victim Trust**"). Under the Plan, such claims will be asserted exclusively against the Fire Victim Trust in accordance with its terms, with no recourse to the Debtors, the Reorganized Debtors, or their respective assets or properties.

    F.  In discussion between the Parties regarding plan confirmation scheduling issues, the Federal Agencies and California State Agencies indicated an intent to file motions pursuant to Rule 3013 of the Bankruptcy Rules challenging the classification of the Governmental Fire Claims in the Plan and seeking to separately classify the Governmental Fire Claims as General Unsecured Claims or otherwise under the Plan, and the Plan Proponents indicated an intent to oppose such motions.

    G.  Accordingly, in lieu of formal motion practice pursuant to Bankruptcy Rule 3013, the Parties have agreed on a briefing and oral argument schedule on the appropriate classification of the Governmental Fire Claims under the Bankruptcy Code and applicable case law and rules related thereto, including Bankruptcy Rule 3013 (the "**Classification Issue**"), as set forth herein.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The Federal Agencies, California State Agencies, and Plan Proponents shall each file opening briefs on the Classification Issue, not to exceed 25 pages each, by **March 13, 2020**. The Plan Proponents shall file one brief not to exceed 25 pages.

2. The Federal Agencies, California State Agencies, and Plan Proponents shall each file responsive briefs on the Classification Issue by **March 25, 2020**. The Federal Agencies' and California State Agencies' responsive briefs shall not exceed 15 pages each, and the Plan Proponents shall be permitted to file either (i) one consolidated responsive brief not to exceed 30 pages or (ii) two responsive briefs, not to exceed 15 pages each, to the opening briefs of the Federal Agencies and the California State Agencies.

3. The hearing before the Bankruptcy Court on the Classification Issue shall be held on **April 1, 2020 at 10:00 a.m. (Prevailing Pacific Time)**, subject to the availability of the Bankruptcy Court.

4. This Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and shall supersede all prior agreements and understandings relating to the subject matter hereof.

5. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same agreement.

6. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

| | |
|---|---|
| Dated: March 2, 2020 | Dated: March 2, 2020 |
| WEIL, GOTSHAL & MANGES LLP<br>KELLER BENVENUTTI KIM LLP | JONES DAY |
| /s/ *Jessica Liou*<br>Jessica Liou | /s/ *Joshua M. Mester*<br>Joshua M. Mester |
| *Attorneys for the Debtors* | *Attorneys for the Shareholder Proponents* |
| Dated: March 2, 2020 | Dated: March 2, 2020 |
| FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP | UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION |
| /s/ *Paul Pascuzzi*<br>Paul Pascuzzi | /s/ *Matthew Troy*<br>Matthew Troy |
| *Attorneys for the California State Agencies* | *Attorneys for the Federal Agencies* |