KEVIN J. LAMB, SBN 125710
klamb@lkfirm.com
MICHAEL K. SLATTERY, SBN 107303
mslattery@lkfirm.com
THOMAS G. KELCH, SBN 100709
tkelch@lkfirm.com
LAMB AND KAWAKAMI LLP
333 South Grand Avenue, Suite 4200
Los Angeles, California 90071
Telephone: (213) 630-5500
Facsimile: (213) 630-5555

Attorneys for AD HOC CALIFORNIA
PUBLIC ENTITIES COMMITTEE

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation<br><br>  -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>  Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects Both<br><br>*All papers shall be filed in the Lead Case, 19-30088 (DM)* | Bankruptcy Case<br>Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**SECOND AMENDED VERIFIED STATEMENT OF THE AD HOC CALIFORNIA PUBLIC ENTITIES COMMITTEE PURSUANT TO BANKRUPTCY RULE 2019** |

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") the Ad Hoc California Public Entities Committee (the "Ad Hoc Committee"), composed of the California counties listed in Exhibit 1, and having claims as public entities against PG&E Corporation and Pacific Gas and Electric Company (the "Debtors") more fully described in Exhibit 1, by and through its undersigned counsel, hereby submits this second amended verified

281015.1

statement ("Second Amended Verified Statement"), and in support thereof, states as follows:

1. In January, 2019, the California County Counsel Association, which monitors developments in the law and new cases which affect the interests of California counties, formed the Ad Hoc Committee. On March 22, 2019, the Ad Hoc Committee engaged Lamb & Kawakami LLP ("L&K") to represent it in connection with these chapter 11 cases. Individual members of the Ad Hoc Committee joined the committee and engaged L&K on various dates due, in part, to the fact that public entities require approval of boards or other governmental bodies to retain counsel. This Second Amended Verified Statement is filed because one member, Madera County, is no longer a member of the Ad Hoc Committee.

2. As of the date of this Second Amended Verified Statement, L&K represents only the Ad Hoc Committee and certain individual municipal entities. L&K does not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases and does not undertake to represent the interest of, and are not fiduciaries to any other entities other than those identified above. Each member of the Ad Hoc Committee is aware of and has consented to the L&K group representation. Members of the AD Hoc Committee do not represent or purport to represent any other entities in connection with the Debtors' chapter 11 cases, but are public entities that provide services to the public within their jurisdictions.

3. The members of the Ad Hoc Committee have claims of various types arising from their relationship with the Debtors as public entities. Pursuant to Bankruptcy Rule 2019, a list of names, addresses and the disclosable economic interests of members in relation to the Debtors as of October 30, 2019, is attached as Exhibit 1. The Ad Hoc Committee members hold numerous and varied types of economic interests in relation to the Debtors including claims of the kinds more fully described in Exhibit 1.

4. The information set forth in Exhibit 1, which has been reviewed and approved by the Ad Hoc Committee, is intended only to comply with Bankruptcy Rule 2019 and is not intended for any other purpose. L&K does not make any representation regarding the validity, amount, allowance, or priority of such economic interests and reserves all rights with respect thereto.

5.   There is no written instrument which authorizes the Ad Hoc Committee to act. The Ad Hoc Committee has acted and will continue to act with the consent of its members.

6.   Nothing contained in the Second Amended Verified Statement or Exhibit 1 should be construed as a limitation on, or waiver of, any rights of any member of the Ad Hoc Committee to assert, file and/or amend their claims in accordance with applicable law and any orders entered in these chapter 11 cases.

7.   The Ad Hoc Committee does not, by filing this Second Amended Verified Statement nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this Second Amended Verified Statement constitute a waiver of any of its rights: (i) to have final orders in core and non-core matters entered only after de novo review by a District Judge; (ii) to have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (iii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iv) to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; (v) to any objection to the jurisdiction of the Bankruptcy Court; or (vi) to assert any other rights, claims, actions, defenses, setoffs or recoupments to which the Ad Hoc Committee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments the Ad Hoc Committee expressly reserves.

8.   L&K reserves the right to amend and/or supplement this Second Amended Verified Statement in accordance with the requirements of Bankruptcy Rule 2019.

Dated:  March 2, 2020                         Respectfully submitted,

                                              LAMB AND KAWAKAMI LLP


                                              By:    */s/ Michael K. Slattery*
                                                     MICHAEL K. SLATTERY
                                                     Attorneys for AD HOC CALIFORNIA
                                                     PUBLIC ENTITIES COMMITTEE

281015.1                                      3

# EXHIBIT 1

Case: 19-30088    Doc# 6006    Filed: 03/02/20    Entered: 03/02/20 16:34:05    Page 4 of 6

Names and Addresses of Committee Members

| Member Name | Address | Disclosable Economic Interest |
|---|---|---|
| County of San Luis Obispo | 1055 Monterey Street Ste. D320 San Luis Obispo, CA 93408 | General Claims[i] |
| County of Sonoma | 575 Administration Drive Room 105-A Santa Rosa, CA 95403 | General Claims Wildfire Claims[ii] |
| County of Marin | 3501 Civic Center Drive Ste. 275 San Rafael, CA 94903 | General Claims |
| County of Calaveras | 891 Mountain Ranch Road San Andreas, CA 95249 | General Claims |
| County of Monterey | 168 West Alisal Street, 3rd fl. Salinas, CA 93901 | General Claims |
| County of San Benito | Office of the County Counsel, 481 4th St. Fl. 2 Hollister, CA 95023-3840 | General Claims |
| County of San Joaquin | 44 North San Joaquin Street Sixth Floor, Suite 679 Stockton, CA 95202 | General Claims |
| County of Tulare | 2900 W. Burrel Avenue Visalia, CA 93291 | General Claims |
| County of Fresno | 2220 Tulare St, Fifth Floor Fresno, CA 93721 | General Claims |
| County of Mariposa | 5100 Bullion Street, 2nd fl. Mariposa, CA 95338 | General Claims |
| County of Tuolumne | 2 S. Green Street Sonora, CA 95370 | General Claims |

| Member Name | Address | Disclosable Economic Interest |
|---|---|---|
| County of Yolo | 625 Court St., Ste. 201<br>Woodland, CA 95695 | General Claims |
| County of Alameda | 1221 Oak Street, Suite 450<br>Oakland, CA 94612 | General Claims |
| County of El Dorado | 330 Fair Lane<br>Placerville, CA 95667 | General Claims |
| County of Stanislaus | 1010 10th St., #6400<br>Modesto, CA 95354 | General Claims |
| County of El Dorado | 330 Fair Lane<br>Placerville, CA 95667 | General Claims |
| County of Santa Cruz | 701 Ocean Street, Room 505<br>Santa Cruz, CA 95060 | General Claims |

---

[i] The economic interests of members of the Committee include several types of existing and potential claims against PG&E described below. These claims vary from member to member of the Committee. The types of claims the members generally hold or may hold include (these claims are referred to as "General Claims"):
  a. Claims for real property taxes, franchise fees, and utility users' taxes collected by PG&E;
  b. Claims for damage to public property from PG&E's operations;
  c. Claims for failure to restore public property after excavation of public property to service PG&E's underground facilities;
  d. Claims for performance of obligations to move utility lines underground pursuant to Public Utilities Commission Rule 20 A;
  e. Claims arising from breach of contract between PG&E and a particular member;
  f. Claims for failure to perform obligations under state or federal law, including obligations to make monetary payments;
  g. Breach of obligations to provide electric power and natural gas to public facilities operated by the members;
  h. Claims resulting from power outages, including outages resulting from de-energization decisions made by the Debtors;
  i. Claims for reductions in the tax base of members resulting from wildfires caused by the Debtors;
  j. Claims for indemnity for any obligations paid by members as a result of any failure of performance, default or other harm caused by PG&E.

In addition to General Claims, members hold or may hold claims of the following kinds (these claims are referred to as "Wildfire Claims"):
  a. Damage to public services and infrastructure including public buildings, revenue generating public assets and services, roads, bridges, sidewalks, culverts, drains, storm and water systems (both damage to and contamination of such systems), traffic lights, stop signs, public landscaping, art, lost capacities in reservoirs, water storage and landfills;
  b. Increased costs from workers' compensation claims and overtime, and from increased use of and need for law enforcement, emergency response personnel, and other public safety services;
  c. Other damages that have or may in the future result from wildfires caused by the debtors;
  d. Claims for indemnity for any payments made by members as a result of any damage caused by wild fires.

[ii] See definition in Endnote i above.

281015.1