

Signed and Filed: March 2, 2020

_____

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

*UNITED STATES BANKRUPTCY COURT*
*for the Northern District of California*

| | |
|---|---|
| In re: | ) Bankruptcy Case |
| | ) No. 19-30088-DM |
| PG&E CORPORATION, | ) |
| | ) Chapter 11 |
| - and - | ) |
| | ) Jointly Administered |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) |
| | ) |
| Debtors. | ) |
| | ) |
| ☐ Affects PG&E Corporation | ) |
| ☐ Affects Pacific Gas and Electric Company | ) |
| ☒ Affects both Debtors | ) |
| | ) |
| *\* All papers shall be filed in the Lead Case, No.* | ) |
| *19-30088 (DM).* | ) |
| | ) |
| | ) |
| | ) |

## ORDER DENYING MOTION FOR TEMPORARY ALLOWANCE

Creditor Manuel Salvador Franco filed a motion to temporarily allow his claims (the "Motion") (dkt. #5983) on February 28, 2020. The matter was not set for hearing or properly noticed, but the court has reviewed the Motion and applicable law and will dispose of the matter without notice or hearing.

Pursuant to 11 U.S.C. § 502(a), a filed proof of claim is deemed allowed until and unless it is objected to. If filed in accordance with Federal Rule of Bankruptcy Procedure ("FRBP")

Case: 19-30088   Doc# 6008   Filed: 03/02/20   Entered: 03/02/20 17:17:17   Page 1 of 3

UNITED STATES BANKRUPTCY COURT
for the Northern District of California

1  3001, the proof of claim will constitute prima facie evidence of the validity and amount of the

2  claim.  In short, a filed proof of claim is allowed and valid unless objected to.  Here, Creditor's

3  claims have not been objected to and are thus deemed allowed unless an objection is filed.

4      The Motion also expresses some confusion regarding FRBP 3017(a) and FRBP 3018(a).

5  Rule 3017(a) deals with approval of a disclosure statement, and 3018(a) deals with temporary

6  allowance for the purposes of confirmation.  These rules do not affect Creditor's filed proofs of

7  claim or their validity because no objection to the claims has been filed.

8      Because relief is unnecessary, the Motion is hereby DENIED.

9  **\*\*\* END OF ORDER \*\*\***

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COURT SERVICE LIST

**Manuel Salvador Franco**
3147 Michigan Ave.
Stockton, CA
95204

Case: 19-30088    Doc# 6008    Filed: 03/02/20    Entered: 03/02/20 17:17:17    Page 3 of 3

UNITED STATES BANKRUPTCY COURT
for the Northern District of California