# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−3 | User: lparada | Date Created: 3/2/2020 |
| Case: 19−30088 | Form ID: pdfeoc | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

cr      Manuel Salvador Franco      c/o 3147 Michigan Ave.      Stockton, CA 95204

TOTAL: 1