# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971–3 | User: lparada | Date Created: 3/2/2020 | |
| Case: 19–30088 | Form ID: pdfeoc | Total: 1 | |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

cr      Richard–Reyes Gallegos      c/o 4719 Quail Lakes Dr., Suite G      PMB 166      Stockton, CA 95207

TOTAL: 1