

| | |
|---|---|
| 1  WEIL, GOTSHAL & MANGES LLP | |
|    Stephen Karotkin (*pro hac vice*) | **Signed and Filed: March 2, 2020** |
| 2  (stephen.karotkin@weil.com) | |
|    Ray C. Schrock, P.C. (*pro hac vice*) | |
| 3  (ray.schrock@weil.com) | |

```
1   WEIL, GOTSHAL & MANGES LLP
    Stephen Karotkin (pro hac vice)
2   (stephen.karotkin@weil.com)                 Signed and Filed: March 2, 2020
    Ray C. Schrock, P.C. (pro hac vice)
3   (ray.schrock@weil.com)
    Jessica Liou (pro hac vice)
4   (jessica.liou@weil.com)                     _____
    Matthew Goren (pro hac vice)                DENNIS MONTALI
5   (matthew.goren@weil.com)                    U.S. Bankruptcy Judge
    767 Fifth Avenue
6   New York, NY 10153-0119
    Tel: 212 310 8000
7   Fax: 212 310 8007

8
    KELLER BENVENUTTI KIM LLP
9   Tobias S. Keller (#151445)
    (tkeller@kbkllp.com)
10  Jane Kim (#298192)
    (jkim@kbkllp.com)
11  650 California Street, Suite 1900
    San Francisco, CA 94108
12  Tel:    (415) 496-6723
    Fax:    (415) 636-9251
13
    Attorneys for Debtors
14  and Debtors in Possession
```

15                **UNITED STATES BANKRUPTCY COURT**
16                **NORTHERN DISTRICT OF CALIFORNIA**
                      **SAN FRANCISCO DIVISION**

17  **In re:**                                  Case No. 19-30088 (DM)
18  **PG&E CORPORATION**                        Chapter 11
                                                (Lead Case)
19       - and -                                (Jointly Administered)

20  **PACIFIC GAS AND ELECTRIC                  ORDER APPROVING STIPULATION
    COMPANY,**                                  FOR ORDER ESTABLISHING BRIEFING
21                                              AND HEARING SCHEDULE
                                                REGARDING CLASSIFICATION OF
22       **Debtors.**                           FIRE CLAIMS OF FEDERAL AGENCIES
                                                AND OF CALIFORNIA STATE
23                                              AGENCIES

24                                              Related Docket Nos. 5590, 6005

25  ☐   Affects PG&E Corporation                [No Hearing Date Requested]
    ☐   Affects Pacific Gas and Electric
26      Company
    ☒   Affects both Debtors
27
    *All papers shall be filed in the Lead Case, No.
28  19-30088 (DM).

The Court having considered the *Stipulation for Order Establishing Briefing and Hearing Schedule Regarding Classification of Fire Claims of Federal Agencies and of California State Agencies* (the "**Stipulation**"),[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, the Shareholder Proponents, the Federal Agencies, and the California State Agencies, filed on March 2, 2020; and, pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is hereby approved.

2. The Federal Agencies, California State Agencies, and Plan Proponents shall each file opening briefs on the Classification Issue, not to exceed 25 pages each, by **March 13, 2020**. The Plan Proponents shall file one brief not to exceed 25 pages.

3. The Federal Agencies, California State Agencies, and Plan Proponents shall each file responsive briefs on the Classification Issue by **March 25, 2020**. The Federal Agencies' and California State Agencies' responsive briefs shall not exceed 15 pages each, and the Plan Proponents shall be permitted to file either (i) one consolidated responsive brief not to exceed 30 pages or (ii) two responsive briefs, not to exceed 15 pages each, to the opening briefs of the Federal Agencies and the California State Agencies.

4. The hearing before the Bankruptcy Court on the Classification Issue shall be held on **April 1, 2020 at 10:00 a.m. (Prevailing Pacific Time)**, subject to the availability of the Bankruptcy Court.

---

[1] Capitalized terms used but not herein defined shall have the meanings ascribed to them in the Stipulation.

5.  The Bankruptcy Court retains jurisdiction to resolve any disputes or controversies arising from the Stipulation.

APPROVED AS TO FORM AND CONTENT:

Dated: March 2, 2020
JONES DAY

/s/ *Joshua M. Mester*
Joshua M. Mester

*Attorneys for the Shareholder Proponents*

Dated: March 2, 2020
UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION

/s/ *Matthew Troy*
Matthew Troy

*Attorneys for the Federal Agencies*

Dated: March 2, 2020
FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

/s/ *Paul Pascuzzi*
Paul Pascuzzi

*Attorneys for the California State Agencies*

*** END OF ORDER ***