Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case. No. 19-30088 (DM)* | **STIPULATION BETWEEN OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND OFFICIAL COMMITTEE OF TORT CLAIMANTS EXTENDING TIME TO RESPOND TO MOTION TO ESTABLISH PROCEDURES FOR DISCOVERY PRECEDING PLAN CONFIRMATION [DOCKET NO. 5840]** |

This stipulation and agreement for order (the "Stipulation") is entered into by (i) the Official Committee of Unsecured Creditors (the "UCC") appointed in the jointly administered

chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors in possession and (ii) the Official Committee of Tort Claimants (the "TCC," and together with the UCC, the "Parties"). The Parties hereby stipulate and agree as follows:

**RECITALS**

A. On February 19, 2020, the TCC filed its *Motion to Establish Procedures for Discovery Preceding Plan Confirmation* (the "Motion") [Docket No. 5840], which is set for hearing before the Court at 10:00 a.m. (Pacific Time) on March 10, 2020.

B. Counsel to the UCC has requested, and counsel to the TCC has agreed, that the time for the UCC to respond to the Motion be extended.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for the UCC to file and serve any response or opposition to the Motion is extended through 4:00 p.m. (Pacific Time) on Friday, March 6, 2020.

[*Signatures on next page*]

| | |
|---|---|
| Dated: March 2, 2020 | Dated: March 2, 2020 |
| MILBANK LLP | BAKER & HOSTETLER LLP |
| /s/ *Thomas R. Kreller*<br>Thomas R. Kreller | /s/ *Kimberly S. Morris*<br>Kimberly S. Morris |
| *Attorneys for Official Committee of Unsecured Creditors* | *Attorneys for Official Committee of Tort Claimants* |