# UNITED STATES BANKRUPTCY COURT

## Northern District of California

In re: <u>PG&E Corporation</u>                    Case No. <u>19-30088</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>TRC MASTER FUND LLC</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

TRC MASTER FUND LLC
Attn: Terrel Ross
PO Box 633
Woodmere, NY 11598

Phone:  516-255-1801
Last four digits of Acct#:  <u>N/A</u>

Name and address where transferee payments should be sent (if different from above):

Phone:  <u>N/A</u>
Last four digits of Acct#:  <u>N/A</u>

<u>GSI ENVIRONMENTAL INC</u>
Name of Transferor

Court Claim # (if known): <u>N/A</u>
Amount of Claim: <u>USD$14,548.00</u>
Date Claim Filed: <u>N/A</u>

Phone: <u>(713) 522-6300</u>
Last four digits of Acct.#:  <u>N/A</u>

Name and Current Address of Transferor:

GSI ENVIRONMENTAL INC
2211 NORFOLK ST STE 1000
HOUSTON, TX 77098

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  <u>/s/Terrel Ross</u>                    Date: <u>March 3, 2020</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO:    United States Bankruptcy Court ("Bankruptcy Court")
         Northern District of California
         Attention: Clerk


AND TO:  Pacific Gas and Electric Company (Debtor)
         Case No. 19-30089
         (Jointly Administered Under PG&E Corporation, et al., Case No. 19-30088)


Claim # N/A

**GSI ENVIRONMENTAL INC,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$14,548.00** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _2ᵗ_ DAY OF _March_, 2020.


**ASSIGNOR: GSI ENVIRONMENTAL INC**

_____
(Signature)

_M. Grossman_
(Print Name)

_CFO_
(Title)

**ASSIGNEE: TRC MASTER FUND LLC**

_____
(Signature)

Terrel Ross
(Print Name)

Managing Member
(Title)

## Schedule E/F: Creditors Who Have Unsecured Claims

**Part 2:**　　List All Creditors with NONPRIORITY Unsecured Claims

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|

### Trade Payables

| Creditor's Name, Mailing Address Including Zip Code | Date Claim Was Incurred And Account Number | C | U | D | Basis For Claim | Offset | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **3.1743** GRIDUNITY INC<br>55 UNION PL STE 149<br>SUMMIT, NJ 7901 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $417,937 |
| **3.1744** GRIGOR TERMENDJIAN<br>11583 MORRISON ST<br>NORTH HOLLYWOOD, CA 91601 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $600 |
| **3.1745** GRINSTEAD & ASSOCIATES<br>14 CAMBRIDGE COURT<br>DANVILLE, CA 94526 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $21,367 |
| **3.1746** GROOM LAW GROUP CHARTERED<br>1701 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20006-5811 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $23,189 |
| **3.1747** GROPPETTI TECHNICAL SVCS INC<br>3785 VIA DEL LISA CT<br>CONCORD, CA 94518 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $125 |
| **3.1748** GROUNDED RESEARCH & CONSULTING LLC<br>6806 WILTON DR<br>OAKLAND, CA 94611 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $15,529 |
| **3.1749** GROUP DELPHI<br>950 W TOWER AVE<br>ALAMEDA, CA 94501 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $8,491 |
| **3.1750** GSI ENVIRONMENTAL INC<br>2211 NORFOLK ST STE 1000<br>HOUSTON, TX 77098 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $14,548 |
| **3.1751** GTP INVESTMENTS LLC<br>DEPT 3328<br>CAROL STREAM, IL 60132-3328 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $660 |
| **3.1752** GUIDA SURVEYING INC<br>9241 IRVINE BLVD STE 100<br>IRVINE, CA 92618 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☐ | ☐ | ☐ | Trade | ☐ | $203,797 |
| **3.1753** GUIDEPOST SOLUTIONS LLC<br>415 MADISON AVE 11TH FLR<br>NEW YORK, NY 10017 | VARIOUS<br>ACCOUNT NO.: NOT AVAILABLE | ☑ | ☐ | ☐ | Trade | ☐ | $5,325 |