1 **LABATON SUCHAROW LLP**      **LOWENSTEIN SANDLER LLP**
2 Thomas A. Dubbs      Michael S. Etkin *(pro hac vice)*
  Louis Gottlieb      Andrew Behlmann *(pro hac vice)*
  Carol C. Villegas      One Lowenstein Drive
3 Jeffrey A. Dubbin (SBN 287199)      Roseland, New Jersey 07068
  140 Broadway
4 New York, New York 10005

5 *Lead Counsel to Lead Plaintiff and the*      *Bankruptcy Counsel to Lead Plaintiff*
  *Proposed Class*      *and the Proposed Class*
6

7 **MICHELSON LAW GROUP**
  Randy Michelson (SBN 114095)
  220 Montgomery Street, Suite 2100
8 San Francisco, California 94104

9 *Bankruptcy Counsel to Lead Plaintiff*
  *and the Proposed Class*

10

**UNITED STATES BANKRUPTCY COURT**
11 **NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**
12

| | |
|---|---|
| 13 In re: | Case No. 19-30088 (DM) (Lead Case) |
| 14 PG&E CORPORATION | Chapter 11 |
| 15      - and – | (Jointly Administered) |
| 16 PACIFIC GAS AND ELECTRIC COMPANY, | |
| 17           Debtors. | |
| 18 ☒ Affects Both Debtors | **CERTIFICATION OF SERVICE** |
| 19 ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | |

20

21

22

23

24

25

26

27

28

I, Elizabeth Lawler, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler LLP, bankruptcy counsel in the above-captioned chapter 11 cases and adversary proceeding to Public Employees Retirement Association of New Mexico, the court-appointed lead plaintiff in the securities class action captioned as In re PG&E Corporation Securities Litigation, Case No. 3:18-cv-03509-RS, pending in the United States District Court for the Northern District of California, ("Lead Plaintiff").

2. On February 18, 2020, on behalf of Lead Plaintiff, I caused the following documents to be electronically filed with the Court, using the Court's electronic filing system and served via the Court's CM/ECF system on the parties that have consented to electronic service of all filings, as listed on **Exhibit A** hereto:

    - *Securities Lead Plaintiff's Motion To Strike Declaration Of Christina Pullo In Support Of The Debtors' Supplemental Brief In Response To The Court's Tentative Ruling Regarding Motion To Apply Rule 7023 And Order Setting Deadline  [Docket No. 5814];*

    - *Ex Parte Motion of  Securities Lead Plaintiff Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time For Hearing On Securities Lead Plaintiff's Motion To Strike Declaration Of Christina Pullo In Support Of The Debtors' Supplemental Brief In Response To The Court's Tentative Ruling Regarding Motion To Apply Rule 7023 And Order Setting Deadline  [Docket No. 5818]; and*

    - *Declaration of Andrew Behlmann, Esq. in Support of Ex Parte Motion Of Securities Lead Plaintiff Pursuant To B.L.R. 9006-1 Requesting Order Shortening Time For Hearing On Securities Lead Plaintiff's Motion To Strike Declaration Of Christina Pullo In Support Of The Debtors' Supplemental Brief In Response To The Court's Tentative Ruling Regarding Motion To Apply Rule 7023 And Order Setting Deadline [Doc No. 5819].*

3. Also on February 18, 2020, I caused the foregoing documents to be served on the parties listed on **Exhibit B** via electronic mail.

I hereby certify under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: March 3, 2020                    /s/ Elizabeth Lawler

# EXHIBIT A

## File a Motion:

19-30088 PG&E Corporation

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 3 (San Francisco) |
| Assets: y | Judge: DM | Case Flag: CLMAGT, JNTADMN, WDREF, APPEAL |

### U.S. Bankruptcy Court

### California Northern Bankruptcy Court

Notice of Electronic Filing

The following transaction was received from Randy Michelson entered on 2/18/2020 at 2:15 PM PST and filed on 2/18/2020

**Case Name:**     PG&E Corporation
**Case Number:**   19-30088
**Document Number:** 5814

**Docket Text:**
Motion *Securities Lead Plaintiff's Motion To Strike Declaration of Christina Pullo in Support of Debtors' Supplemental Brief in Resonse to the Court's Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline* Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Michelson, Randy)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** \\v1.windom1.pri\users\lawl2934\Desktop\Efiling\PG&E\2-18-20\PGE Motion to Strike.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=2/18/2020] [FileNumber=36193396-0] [3f116bb61f95dc0c03429314316fae026e330997041a27c3ef994f7bcd07a8a4b1 622fc08c618963addde4261d0fb17daac1f9337a2d8eb3f511972527e5d44b]]

**19-30088 Notice will be electronically mailed to:**

Elliot Adler on behalf of Creditor Mirna Trettevik
eadler@theadlerfirm.com, bzummer@theadlerfirm.com

Annadel A. Almendras on behalf of Interested Party California Department of Toxic Substances Control
annadel.almendras@doj.ca.gov

Annadel A. Almendras on behalf of Interested Party California Department of Water Resources
annadel.almendras@doj.ca.gov

Monique D. Almy on behalf of Creditor Nexant Inc.
malmy@crowell.com

Dana M. Andreoli on behalf of Creditor Tanforan Industrial Park, LLC
dandreoli@steyerlaw.com, mterry@steyerlaw.com

Anne Andrews on behalf of Creditor Agajanian, Inc.
aa@andrewsthornton.com, aandrews@andrewsthornton.com

Anne Andrews on behalf of Creditor Bennett Lane Winery LLC
aa@andrewsthornton.com, aandrews@andrewsthornton.com

Richard L. Antognini on behalf of Requestor Richard Lawrence Antognini
rlalawyer@yahoo.com, hallonaegis@gmail.com

Tyson Arbuthnot on behalf of Interested Party ACCO Engineered Systems, Inc.
tarbuthnot@rjo.com, jyeung@rjo.com

Lauren T. Attard on behalf of Creditor Committee Official Committee of Tort Claimants
lattard@bakerlaw.com, agrosso@bakerlaw.com

Herb Baer
hbaer@primeclerk.com, ecf@primeclerk.com

Kathryn E. Barrett on behalf of Creditor TURN-The Utility Reform Network
keb@svlg.com, amt@svlg.com

Chris Bator on behalf of Creditor Committee Official Committee of Tort Claimants
cbator@bakerlaw.com, jmcguigan@bakerlaw.com

Ronald S. Beacher on behalf of Creditor SPCP Group, LLC
rbeacher@pryorcashman.com

Ronald S. Beacher on behalf of Interested Party Pryor Cashman LLP
rbeacher@pryorcashman.com

Hagop T. Bedoyan on behalf of Creditor KINGS RIVER WATER ASSOCIATION
hbedoyan@kleinlaw.com, ecf@kleinlaw.com

Andrew David Behlmann on behalf of Interested Party Public Employees Retirement Association of
New Mexico
abehlmann@lowenstein.com, elawler@lowenstein.com

Tanya Behnam on behalf of Creditor MRC Opportunities Fund I LP - Series C
tbehnam@polsinelli.com, tanyabehnam@gmail.com

Tanya Behnam on behalf of Creditor Marble Ridge Master Fund LP
tbehnam@polsinelli.com, tanyabehnam@gmail.com

James C. Behrens on behalf of Creditor Committee Official Committee Of Unsecured Creditors
jbehrens@milbank.com, mkoch@milbank.com

James C. Behrens on behalf of Interested Party Official Committee Of Unsecured Creditors
jbehrens@milbank.com, mkoch@milbank.com

Jacob Taylor Beiswenger on behalf of Interested Party Department of Finance for the State of California
jbeiswenger@omm.com, llattin@omm.com

Jacob Taylor Beiswenger on behalf of Interested Party Governor Gavin Newsom
jbeiswenger@omm.com, llattin@omm.com

James T. Bentley on behalf of Creditor Centerbridge Partners, L.P.
james.bentley@srz.com, Kelly.Knight@srz.com

James T. Bentley on behalf of Creditor Fidelity Management & Research Company
james.bentley@srz.com, Kelly.Knight@srz.com

James T. Bentley on behalf of Interested Party Anchorage Capital Group, L.L.C.
james.bentley@srz.com, Kelly.Knight@srz.com

James T. Bentley on behalf of Interested Party Silver Point Capital, L.P.
james.bentley@srz.com, Kelly.Knight@srz.com

James T. Bentley on behalf of Interested Party SteelMill Master Fund LP
james.bentley@srz.com, Kelly.Knight@srz.com

Peter J. Benvenutti on behalf of 3rd Pty Defendant Pacific Gas and Electric Company
pbenvenutti@kellerbenvenutti.com

Peter J. Benvenutti on behalf of Debtor PG&E Corporation
pbenvenutti@kellerbenvenutti.com

Peter J. Benvenutti on behalf of Defendant PG&E Corporation
pbenvenutti@kellerbenvenutti.com

Peter J. Benvenutti on behalf of Defendant Pacific Gas & Electric Company
pbenvenutti@kellerbenvenutti.com

Peter J. Benvenutti on behalf of Defendant Pacific Gas and Electric Company
pbenvenutti@kellerbenvenutti.com

Peter J. Benvenutti on behalf of Plaintiff PG&E Corporation
pbenvenutti@kellerbenvenutti.com

Peter J. Benvenutti on behalf of Plaintiff Pacific Gas and Electric Company
pbenvenutti@kellerbenvenutti.com

Robert Berens on behalf of Creditor XL Specialty Insurance Company
rberens@smtdlaw.com, sr@smtdlaw.com

Ronald F. Berestka, Jr. on behalf of Creditor George Vlazakis

rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com

Heinz Binder on behalf of Creditor Almendariz Consulting, Inc.
heinz@bindermalter.com

Heinz Binder on behalf of Interested Party The Utility Reform Network (TURN)
heinz@bindermalter.com

Neil Jon Bloomfield on behalf of Creditor American Construction and Supply Inc.
njbloomfield@njblaw.com, gklump@njblaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Ameneh Maria Bordi on behalf of Interested Party Calpine Corporation
ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com

Jason Borg on behalf of Creditor Grant Smelser
jborg@jasonborglaw.com

Jason Borg on behalf of Creditor John Randall Dighton
jborg@jasonborglaw.com

Jason Borg on behalf of Creditor Linda Dighton
jborg@jasonborglaw.com

Jason Borg on behalf of Creditor Nancy Oliver
jborg@jasonborglaw.com

Jason Borg on behalf of Creditor Richard Kelly
jborg@jasonborglaw.com

Jason Borg on behalf of Creditor Teddy Oliver
jborg@jasonborglaw.com

Mark Bostick on behalf of Other Prof. Michael G. Kasolas
mbostick@wendel.com, bankruptcy@wendel.com

James L. Bothwell on behalf of Creditor K. Hovnanian California Region, Inc., et al
jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com

James L. Bothwell on behalf of Creditor Meritage Homes of California, Inc.
jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com

Peter R. Boutin on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility Revolving
Credit Facility
peter.boutin@kyl.com, lara.joel@kyl.com

Erin N. Brady on behalf of Interested Party Hummingbird Energy Storage, LLC

enbrady@jonesday.com

Erin N. Brady on behalf of Interested Party esVolta, LP
enbrady@jonesday.com

Gregory A. Bray on behalf of Creditor Committee Official Committee Of Unsecured Creditors
gbray@milbank.com

Gregory A. Bray on behalf of Interested Party Official Committee Of Unsecured Creditors
gbray@milbank.com

Michael D. Breslauer on behalf of Creditor Righetti Ranch LP and Righetti NC, LLC
mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com

W. Steven Bryant on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245
molly.batiste-debose@lockelord.com

W. Steven Bryant on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245
molly.batiste-debose@lockelord.com

Chane Buck on behalf of stockholders PG&E Shareholders
cbuck@jonesday.com

Elizabeth J. Cabraser on behalf of Creditor Wildfire Class Claimants
ecabraser@lchb.com, awolf@lchb.com

Elizabeth J. Cabraser on behalf of Creditor Kevin Burnett
ecabraser@lchb.com, awolf@lchb.com

Anthony P. Cali on behalf of Creditor Public Advocates Office at the California Public Utilities Commission
anthony.cali@stinson.com, lindsay.petrowski@stinson.com

Peter C. Califano on behalf of Creditor CALAVERAS TELEPHONE COMPANY
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor CRG Financial LLC
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor Gowan Construction Company Inc.
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor KERMAN TELEPHONE CO.
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor PINNACLES TELEPHONE CO.
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor SIERRA TELEPHONE COMPANY, INC.
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor TDS TELECOM
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor THE PONDEROSA TELEPHONE CO.
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor VOLCANO TELEPHONE COMPANY
pcalifano@cwclaw.com

Steven M. Campora on behalf of Creditor Chippewa Pest Control, Inc.
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Adam Balogh
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Brian Bolton
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Heather Blowers
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Lara Balas
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Lisa Delaine Allain
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Pedro Arroyo
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Sharon Britt
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Thomas Atkinson
scampora@dbbwc.com, nlechuga@dbbwc.com

Leah E. Capritta on behalf of Defendant Tiger Natural Gas, Inc.
leah.capritta@hklaw.com, lori.labash@hklaw.com

Leah E. Capritta on behalf of Interested Party Tiger Natural Gas, Inc.
leah.capritta@hklaw.com, lori.labash@hklaw.com

Leah E. Capritta on behalf of Interested Party United Energy Trading, LLC
leah.capritta@hklaw.com, lori.labash@hklaw.com

Nicholas A. Carlin on behalf of Plaintiff Anthony Gantner
nac@phillaw.com, rac@phillaw.com

Katherine Rose Catanese on behalf of Interested Party CoreLogic Solutions, LLC
kcatanese@foley.com

Katherine Rose Catanese on behalf of Interested Party Corelogic Spatial Solutions, LLC
kcatanese@foley.com

Jennifer Machlin Cecil on behalf of Interested Party City of San Jose, California
JCecil@winston.com, ECF_SF@winston.com

Jennifer Machlin Cecil on behalf of Interested Party First Solar, Inc.
JCecil@winston.com, ECF_SF@winston.com

Jennifer Machlin Cecil on behalf of Interested Party Global Ampersand LLC
JCecil@winston.com, ECF_SF@winston.com

Jennifer Machlin Cecil on behalf of Interested Party Willow Springs Solar 3, LLC
JCecil@winston.com, ECF_SF@winston.com

Karen J. Chedister on behalf of Creditor Anita Freeman
kchedister@h-jlaw.com

Karen J. Chedister on behalf of Creditor Fuguan O'Brien
kchedister@h-jlaw.com

Karen J. Chedister on behalf of Creditor Karen Roberds
kchedister@h-jlaw.com

Karen J. Chedister on behalf of Creditor Ming O'Brien
kchedister@h-jlaw.com

Karen J. Chedister on behalf of Creditor William K O'Brien
kchedister@h-jlaw.com

Karen J. Chedister on behalf of Creditor William N Steel
kchedister@h-jlaw.com

Christina Lin Chen on behalf of Creditor MRO Integrated Solutions, LLC
christina.chen@morganlewis.com, christina.lin.chen@gmail.com

Christina Lin Chen on behalf of Creditor OneSource Supply Solutions, LLC
christina.chen@morganlewis.com, christina.lin.chen@gmail.com

Richard A. Chesley on behalf of Other Prof. FTI Consulting, Inc.
richard.chesley@dlapiper.com, bill.countryman@dlapiper.com

Jacquelyn H. Choi on behalf of Creditor County of Santa Clara Department of Tax and Collections

jchoi@raineslaw.com, bclark@raineslaw.com

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com

Robert N.H. Christmas on behalf of Interested Party California Self-Insurers' Security Fund
rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Jae Angela Chun on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North
Bay Fire Litigation of October 2017 and the Camp Fire Litigation
ajc@chun.law, teresa@tosdallaw.com

Alicia Clough on behalf of Interested Party California Power Exchange Corporation
aclough@loeb.com

Alicia Clough on behalf of Interested Party Capital Power Corporation
aclough@loeb.com

Tiffany Strelow Cobb on behalf of Creditor Nuance Communications, Inc.
tscobb@vorys.com

Tiffany Strelow Cobb on behalf of Creditor Vertiv Corporation and Vertiv Services, Inc. and Vertiv
North America, Inc.
tscobb@vorys.com

John B. Coffman on behalf of Interested Party AARP
john@johncoffman.net

Kevin G. Collins on behalf of Interested Party Miller Pipeline, LLC
kevin.collins@btlaw.com

Brian S. Conlon on behalf of Plaintiff Anthony Gantner
bsc@phillaw.com, rac@phillaw.com

Charles Cording on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
ccording@willkie.com, mao@willkie.com

Manuel Corrales, Jr. on behalf of Creditor Barbara Zelmer
mannycorrales@yahoo.com, hcskanchy@hotmail.com

Manuel Corrales, Jr. on behalf of Creditor Robert Zelmer
mannycorrales@yahoo.com, hcskanchy@hotmail.com

Anne Costin on behalf of Creditor Todd Hearn
anne@costinlawfirm.com

Donald H. Cram, III on behalf of Interested Party HDI Global Specialty SE
dhc@severson.com

Donald H. Cram, III on behalf of Interested Party Liberty Specialty Markets
dhc@severson.com

Donald H. Cram, III on behalf of Interested Party Munich Re
dhc@severson.com

Ashley Vinson Crawford on behalf of Creditor Ad Hoc Committee of Senior Unsecured Creditors of
Pacific Gas and Electric Company
avcrawford@akingump.com, dkrasa-berstell@akingump.com

Ashley Vinson Crawford on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of
Pacific Gas and Electric Company
avcrawford@akingump.com, dkrasa-berstell@akingump.com

Ashley Vinson Crawford on behalf of Interested Party Ad Hoc Committee of Senior Unsecured
Noteholders of Pacific Gas and Electric Company
avcrawford@akingump.com, dkrasa-berstell@akingump.com

John Cumming on behalf of Interested Party California Department of Industrial Relations
jcumming@dir.ca.gov

J. Russell Cunningham on behalf of Creditor Baseline 80 Investors, LLC
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor Baseline P&R, LLC
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor DF Properties
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor Joiner Limited Partnership
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor KV Sierra Vista, LLC
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor Brian T. Howe
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor John J. Guerra, Jr.
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor Stephen J Norman
rcunningham@dnlc.net, emehr@dnlc.net

Keith J. Cunningham on behalf of Interested Party California Department of Water Resources
kcunningham@pierceatwood.com, rkelley@pierceatwood.com

Keith J. Cunningham on behalf of Interested Party California Independent System Operator

rkelley@pierceatwood.com

Keith J. Cunningham on behalf of Interested Party California Independent System Operator
rkelley@pierceatwood.com

James D. Curran on behalf of Creditor Liberty Mutual Insurance Company
jcurran@wolkincurran.com, dstorms@wolkincurran.com

James D. Curran on behalf of Creditor Liberty Mutual Insurance Company
jcurran@wolkincurran.com, dstorms@wolkincurran.com

Tambra Curtis on behalf of Creditor Sonoma County
tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org

Nicolas De Lancie on behalf of Interested Party SummerHill Homes, LLC
ndelancie@jmbm.com

Judith A. Descalso on behalf of Creditor CM Distributors, Inc.
jad_9193@ecf.courtdrive.com

Erin Elizabeth Dexter on behalf of Creditor Committee Official Committee Of Unsecured Creditors
edexter@milbank.com

Shounak S. Dharap on behalf of Creditor Enrique Guzman
ssd@arnslaw.com, mec@arnslaw.com

Kathryn S. Diemer on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com

Kathryn S. Diemer on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders
kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com

John P. Dillman on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

Jonathan R. Doolittle on behalf of Creditor BP Energy Company
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor BP Products North America Inc.
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor Bender Rosenthal, Incorporated
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor Lodi Gas Storage, L.L.P.
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor Nevada Irrigation District
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor Southern Disaster Recovery, LLC
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor Wild Goose, LLC
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Interested Party J.H. Lane Partners Master Fund, L.P.
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Interested Party Midtown Acquisitions L.P.
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jennifer V. Doran on behalf of Creditor Telvent USA, LLC
jdoran@hinckleyallen.com

Dustin M. Dow on behalf of Creditor Committee Official Committee of Tort Claimants
ddow@bakerlaw.com, jmcguigan@bakerlaw.com

Jamie P. Dreher on behalf of Creditor Teichert Pipelines, Inc. and A. Teichert & Sons, Inc. d/b/a
Teichert Aggregates
jdreher@downeybrand.com

Geoffrey B. Dryvynsyde on behalf of Creditor California Public Utilities Commision
gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov

Cecily Ann Dumas on behalf of Creditor Committee Official Committee of Tort Claimants
cdumas@bakerlaw.com, hhammonturano@bakerlaw.com

Dennis F. Dunne on behalf of Creditor Committee Official Committee Of Unsecured Creditors
ddunne@milbank.com, jbrewster@milbank.com

Dennis F. Dunne on behalf of Interested Party Official Committee Of Unsecured Creditors
cprice@milbank.com, jbrewster@milbank.com

Huonganh Annie Duong on behalf of Creditor A.J. Excavation Inc.
annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com

Huonganh Annie Duong on behalf of Creditor Philip Verwey
annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com

Kevin M. Eckhardt on behalf of Interested Party DTE Stockton, LLC
keckhardt@hunton.com, candonian@huntonak.com

Kevin M. Eckhardt on behalf of Interested Party Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso
Cogeneration Company, L.P.
keckhardt@hunton.com, candonian@huntonak.com

Kevin M. Eckhardt on behalf of Interested Party Potrero Hills Energy Producers, LLC

keckhardt@hunton.com, candonian@huntonak.com

Kevin M. Eckhardt on behalf of Interested Party Sunshine Gas Producers, LLC
keckhardt@hunton.com, candonian@huntonak.com

Kevin M. Eckhardt on behalf of Interested Party Woodland Biomass Power, LLC f/k/a Woodland
Biomass Power, Ltd.
keckhardt@hunton.com, candonian@huntonak.com

Michael Eggenberger on behalf of Creditor Chico Rent-A-Fence
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Creditor Gabriella's Eatery
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Creditor Ponderosa Pest & Weed Control
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Creditor David Herndon
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Creditor Gabriella Herndon
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Creditor Jedidiah Herndon
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Creditor Julia Herndon
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Creditor Steven Jones
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff Chico Rent-A-Fence
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff Gabriella's Eatery
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff Ponderosa Pest & Weed Control
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff David Herndon
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff Estefania Miranda
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff Gabriell Herndon

meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff Jedidiah Herndon
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff Julia Herndon
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff Steven Jones
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Joseph A. Eisenberg on behalf of Creditor The Act 1 Group, Inc.
JAE1900@yahoo.com

Michele Ellison on behalf of Creditor Camblin Steel Service, Inc.
mellison@gibbsgiden.com, lrochelle@gibbsgiden.com

David Emerzian on behalf of Creditor A.J. Excavation Inc.
Melany.Hertel@mccormickbarstow.com

G. Larry Engel on behalf of Creditor Sonoma Clean Power Authority
larry@engeladvice.com

G. Larry Engel on behalf of Creditor Sonoma Clean Power Authority
larry@engeladvice.com

Krista M. Enns on behalf of Creditor ACRT, Inc.
kenns@beneschlaw.com

Krista M. Enns on behalf of Creditor Infosys Limited
kenns@beneschlaw.com

Scott Esbin on behalf of Creditor SPCP Group, LLC
sesbin@esbinalter.com

Joseph M. Esmont on behalf of Creditor Committee Official Committee of Tort Claimants
jesmont@bakerlaw.com

Michael P. Esser on behalf of Interested Party Calpine Corporation
michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.

Michael P. Esser on behalf of Intervenor Calpine Corporation
michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.

Richard W. Esterkin on behalf of Creditor Banc of America Credit Products, Inc.
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Creditor Deutsche Bank AG Cayman Islands Branch
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Creditor Henrietta D Energy Storage LLC
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Interested Party AV Solar Ranch 1, LLC
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Interested Party Deutsche Bank
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Interested Party Exelon Corporation
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Intervenor AV Solar Ranch 1, LLC
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Intervenor Exelon Corporation
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Michael S. Etkin on behalf of Interested Party Public Employees Retirement Association of New Mexico
metkin@lowenstein.com

Jacob M. Faircloth on behalf of Creditor Aztrack Construction Corporation
jacob.faircloth@smolsonlaw.com

Brett D. Fallon on behalf of Creditor Quest Diagnostics Health & Wellness LLC
bfallon@morrisjames.com, wweller@morrisjames.com

Michael C. Fallon on behalf of Creditor Ahlborn Fence & Steel, Inc
manders@fallonlaw.net

Joseph Kyle Feist on behalf of Creditor Fire Victim Creditors
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Paradise Moose Lodge
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Andries Bijstra
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Angela Coker
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Annaleisa Batts
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Barbara Cruise
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Benjamin Hernandez
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Brenda Howell
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Bryan Sullivan
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Candice Seals
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Catherine McClure
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Cecil Morris
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Celil Morris
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Chris Franklin
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Christopher Franklin
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Claudia Bijstra
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Constantina Howard
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Deirdre Coderre
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Denise Stooksberry
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Eddie Delongfield
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Edward Delongfield
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Gretchen Franklin
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Irma Enriquez
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Isaiah Vera
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Jennifer Makin
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Joel Batts
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor John Stooksberry
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Kelly Jones
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Leroy Howard
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Linda Schooling
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Lynda Howell
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Marie Dierssen
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Michael Vairo
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Michael Williams
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Nancy Seals
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Paul Bowen
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Roger Martinez
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Sally Thorp
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Sara Hill

jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Tami Coleman
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Tonia Hanson
jfeistesq@gmail.com, info@norcallawgroup.net

David M. Feldman on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims
DFeldman@gibsondunn.com

Matthew A. Feldman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
mfeldman@willkie.com

Matthew A. Feldman on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders
mfeldman@willkie.com

Mark E. Felger on behalf of Creditor Liberty Mutual Insurance Company
mfelger@cozen.com

James J. Ficenec on behalf of Creditor Exponent, Inc.
James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com

John D. Fiero on behalf of Creditor TRC Companies, Inc.
jfiero@pszjlaw.com, ocarpio@pszjlaw.com

Kimberly S. Fineman on behalf of Creditor Association of California Water Agencies Joint Powers
Insurance Authority
kfineman@nutihart.com, nwhite@nutihart.com

Kimberly S. Fineman on behalf of Interested Party Public Entities Impacted by the Wildfires
kfineman@nutihart.com, nwhite@nutihart.com

Stephen D. Finestone on behalf of Creditor Aggreko
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Creditor Far Western Anthropological Research Group, Inc.
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Creditor MCE Corporation
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Creditor Nor-Cal Pipeline Services
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Creditor Roebbelen Contracting, Inc.
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Interested Party The Okonite Company

sfinestone@fhlawllp.com

Timothy M. Flaherty on behalf of Creditor Petro-Canada America Lubricants, Inc.
tflaherty@mpplaw.com

Daniel I. Forman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
dforman@willkie.com

Jonathan Forstot on behalf of Creditor Consolidated Edison Development, Inc.
john.murphy@troutman.com

Jonathan Forstot on behalf of Intervenor Consolidated Edison Development, Inc.
jonathan.forstot@troutman.com, john.murphy@troutman.com

Matthew Hampton Foushee on behalf of Interested Party Hummingbird Energy Storage, LLC
hampton.foushee@hoganlovells.com, hfoushee@gmail.com

Matthew Hampton Foushee on behalf of Interested Party esVolta, LP
hampton.foushee@hoganlovells.com, hfoushee@gmail.com

Carolyn Frederick on behalf of Interested Party The Mosaic Company
cfrederick@prklaw.com

Peter Friedman on behalf of Interested Party Department of Finance for the State of California
pfriedman@omm.com

Peter Friedman on behalf of Interested Party Governor Gavin Newsom
pfriedman@omm.com

Roger F. Friedman on behalf of Creditor ARB, Inc.
rfriedman@rutan.com, csolorzano@rutan.com

Roger F. Friedman on behalf of Creditor Plant Construction Company, L.P.
rfriedman@rutan.com, csolorzano@rutan.com

Xiyi Fu on behalf of Creditor Quanta Energy Services LLC
jackie.fu@lockelord.com, taylor.warren@lockelord.com

Lars H. Fuller on behalf of Creditor Committee Official Committee of Tort Claimants
lfuller@bakerlaw.com

Larry W. Gabriel on behalf of Interested Party Itron, Inc.
lgabriel@bg.law, nfields@bg.law

Gregg M. Galardi on behalf of Interested Party Elliott Management Corporation
gregg.galardi@ropesgray.com

Richard L. Gallagher on behalf of Interested Party Elliott Management Corporation
richard.gallagher@ropesgray.com

Craig Solomon Ganz on behalf of Creditor Discovery Hydrovac
ganzc@ballardspahr.com, hartt@ballardspahr.com

Craig Solomon Ganz on behalf of Creditor Realty Income Corporation
ganzc@ballardspahr.com, hartt@ballardspahr.com

Jeffrey K. Garfinkle on behalf of Interested Party Jay Alix
jgarfinkle@buchalter.com

Oscar Garza on behalf of Other Prof. Centerview Partners LLC
ogarza@gibsondunn.com

Paul R. Gaus on behalf of Creditor Tim Messer Construction Inc.
paul.gaus@mccormickbarstow.com

Duane M. Geck on behalf of Interested Party HDI Global Specialty SE
dmg@severson.com

Duane M. Geck on behalf of Interested Party Liberty Specialty Markets
dmg@severson.com

Duane M. Geck on behalf of Interested Party Munich Re
dmg@severson.com

Evelina Gentry on behalf of Creditor Transwestern Pipeline Company, LLC
evelina.gentry@akerman.com, rob.diwa@akerman.com

Janet D. Gertz on behalf of Creditor PaR Systems, LLC
jgertz@btlaw.com, amattingly@btlaw.com

Christopher Gessner on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of
Pacific Gas and Electric Company
cgessner@akingump.com, NYMCO@akingump.com

Barry S. Glaser on behalf of Creditor Sonoma County Treasurer & Tax Collector
bglaser@lkfirm.com

Barry S. Glaser on behalf of Interested Party Placer County Office of the Treasurer-Tax Collector
bglaser@lkfirm.com

Barry S. Glaser on behalf of Interested Party The County of Placer
bglaser@lkfirm.com

Paul R. Glassman on behalf of Creditor Johnson Controls, Inc.
glassmanp@gtlaw.com

Paul R. Glassman on behalf of Creditor South San Joaquin Irrigation District
glassmanp@gtlaw.com

Gabriel I. Glazer on behalf of Interested Party The Baupost Group, L.L.C.
gglazer@pszjlaw.com

Gabriel I. Glazer on behalf of Interested Party The Baupost Group, L.L.C.
gglazer@pszjlaw.com

Gabrielle Glemann on behalf of Intervenor Capital Dynamics, Inc.
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Intervenor Enel Green Power North America, Inc.
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Intervenor FTP Power LLC
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Jaime Godin on behalf of Plaintiff Allco Renewable Energy Limited
Jtouchstone@fddcm.com

Jaime Godin on behalf of Plaintiff Bear Creek Solar LLC
Jtouchstone@fddcm.com

Jaime Godin on behalf of Plaintiff Foothill Solar LLC
Jtouchstone@fddcm.com

Jaime Godin on behalf of Plaintiff Hollister Solar LLC
Jtouchstone@fddcm.com

Jaime Godin on behalf of Plaintiff Kettleman Solar LLC
Jtouchstone@fddcm.com

Jaime Godin on behalf of Plaintiff Vintner Solar LLC
Jtouchstone@fddcm.com

Jaime Godin on behalf of Plaintiff Winding Creek Solar LLC
Jtouchstone@fddcm.com

Matthew A. Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Eric D. Goldberg on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Amy L. Goldman on behalf of Creditor RE Astoria LLC
goldman@lbbslaw.com

Amy L. Goldman on behalf of Interested Party Kepco California LLC
goldman@lbbslaw.com

Amy L. Goldman on behalf of Interested Party RE Astoria LLC
goldman@lbbslaw.com

Eric S. Goldstein on behalf of Interested Party Gartner, Inc.
egoldstein@goodwin.com

Rhonda Stewart Goldstein on behalf of Creditor The Regents of the University of California
Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu

Richard H. Golubow on behalf of Creditor Hoffman Southwest Corp.
rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com

Michael J. Gomez on behalf of Creditor Lyles Utility Construction, LLC
mgomez@frandzel.com, dmoore@frandzel.com

Michael W. Goodin on behalf of Creditor XL Insurance America, Inc., etc.
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party Catlin Specialty Insurance Company
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party Chubb Custom Insurance Comapny
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party General Security Indemnity Company of Arizona
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party Markel Bermuda Limited
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party Starr Surplus Lines Insurance Company
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party XL Insurance America, Inc.
mgoodin@clausen.com, mgenova@clausen.com

Eric R. Goodman on behalf of Creditor Committee Official Committee of Tort Claimants
egoodman@bakerlaw.com

Mark A. Gorton on behalf of Attorney Mark Gorton
mgorton@boutininc.com, cdomingo@boutininc.com

Mark A. Gorton on behalf of Creditor Northern California Power Agency
mgorton@boutininc.com, cdomingo@boutininc.com

Mark A. Gorton on behalf of Creditor Sonoma Clean Power Authority
mgorton@boutinjones.com, cdomingo@boutininc.com

Mark A. Gorton on behalf of Creditor Sonoma Clean Power Authority

mgorton@boutininc.com, cdomingo@boutininc.com

Mark A. Gorton on behalf of Creditor Valley Clean Energy Alliance
mgorton@boutininc.com, cdomingo@boutininc.com

Michael I. Gottfried on behalf of Creditor Chico Rent-A-Fence
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Creditor Gabriella's Eatery
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Creditor Ponderosa Pest & Weed Control
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Creditor David Herndon
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Creditor Estefania Miranda
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Creditor Gabriella Herndon
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Creditor Jedidiah Herndon
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Creditor Julia Herndon
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Creditor Steven Jones
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Plaintiff Chico Rent-A-Fence
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Plaintiff Gabriella's Eatery
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Plaintiff Ponderosa Pest & Weed Control
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Plaintiff David Herndon
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Plaintiff Estefania Miranda
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Plaintiff Gabriell Herndon
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Plaintiff Jedidiah Herndon
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Plaintiff Julia Herndon
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Plaintiff Steven Jones
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Louis Gottlieb on behalf of Interested Party Public Employees Retirement Association of New Mexico
Lgottlieb@labaton.com, mpenrhyn@labaton.com

Eric A. Grasberger on behalf of Plaintiff JH Kelly, LLC
eric.grasberger@stoel.com, docketclerk@stoel.com

Debra I. Grassgreen on behalf of Creditor Debra Grassgreen
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Debra I. Grassgreen on behalf of Interested Party The Baupost Group, L.L.C.
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Eric A. Gravink on behalf of Creditor Csaba Wendel Mester
eric@rhrc.net

Eric A. Gravink on behalf of Creditor Marta M. Mester
eric@rhrc.net

Eric A. Gravink on behalf of Creditor Wei Luo
eric@rhrc.net

Eric A. Gravink on behalf of Creditor Xiaotian Sun
eric@rhrc.net

Elizabeth A. Green on behalf of Creditor Committee Official Committee of Tort Claimants
egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com

Mitchell B. Greenberg on behalf of Creditor Fire Victim Creditors
mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com

Stuart G. Gross on behalf of Creditor San Francisco Herring Association
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Adelina Mcneive
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Aida Rodriguez
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Cathy Dorrance
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Dan Clarke
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Dennis Caselli
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Gurdon Merchant
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Laura Hart
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Minh Merchant
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Ramiro Rodriguez
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Sam Dorrance
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Todd McNeive
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

David Matthew Guess on behalf of Creditor Centerbridge Partners, L.P.
guessd@gtlaw.com

David Matthew Guess on behalf of Creditor Fidelity Management & Research Company
guessd@gtlaw.com

David Matthew Guess on behalf of Interested Party Anchorage Capital Group, L.L.C.
guessd@gtlaw.com

David Matthew Guess on behalf of Interested Party Silver Point Capital, L.P.
guessd@gtlaw.com

David Matthew Guess on behalf of Interested Party SteelMill Master Fund LP
guessd@gtlaw.com

Elizabeth M. Guffy on behalf of Creditor Quanta Energy Services LLC
eguffy@lockelord.com, autodocket@lockelord.com

Cameron Gulden on behalf of U.S. Trustee Office of the U.S. Trustee / SF
cameron.m.gulden@usdoj.gov

Mirco J. Haag on behalf of Creditor Bradley Tanks, Inc.

mhaag@buchalter.com, dcyrankowski@buchalter.com

Laurie Hager on behalf of Interested Party Wilson Construction Company
lhager@sussmanshank.com

J. Noah Hagey on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific
Gas and Electric Company
hagey@braunhagey.com, tong@braunhagey.com

Oren Buchanan Haker on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power
III LLC, and Shiloh I Wind Project LLC
oren.haker@stoel.com, rene.alvin@stoel.com

Oren Buchanan Haker on behalf of Interested Party Capital Dynamics, Inc., et al.
oren.haker@stoel.com, rene.alvin@stoel.com

Oren Buchanan Haker on behalf of Interested Party Enel Green Power North America, Inc., et al. and
Enel X
oren.haker@stoel.com, rene.alvin@stoel.com

Oren Buchanan Haker on behalf of Interested Party FTP Power LLC, et al.
oren.haker@stoel.com, rene.alvin@stoel.com

Oren Buchanan Haker on behalf of Interested Party Gill Ranch Storage, LLC
oren.haker@stoel.com, rene.alvin@stoel.com

Oren Buchanan Haker on behalf of Intervenor Capital Dynamics, Inc.
oren.haker@stoel.com, rene.alvin@stoel.com

Kristopher M. Hansen on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative Agent
dmohamed@stroock.com, mmagzamen@stroock.com

Adam C. Harris on behalf of Creditor Centerbridge Partners, L.P.
adam.harris@srz.com, james.bentley@srz.com

Adam C. Harris on behalf of Creditor Fidelity Management & Research Company
adam.harris@srz.com, james.bentley@srz.com

Adam C. Harris on behalf of Interested Party Anchorage Capital Group, L.L.C.
adam.harris@srz.com, james.bentley@srz.com

Adam C. Harris on behalf of Interested Party Silver Point Capital, L.P.
adam.harris@srz.com, james.bentley@srz.com

Adam C. Harris on behalf of Interested Party SteelMill Master Fund LP
adam.harris@srz.com, james.bentley@srz.com

Robert G. Harris on behalf of Creditor Almendariz Consulting, Inc.
rob@bindermalter.com

Robert G. Harris on behalf of Creditor C.H. Reynolds Electric, Inc.
rob@bindermalter.com

Robert G. Harris on behalf of Creditor ChargePoint, Inc.
rob@bindermalter.com

Robert G. Harris on behalf of Creditor TURN-The Utility Reform Network
rob@bindermalter.com

Robert G. Harris on behalf of Interested Party The Utility Reform Network (TURN)
rob@bindermalter.com

Robert G. Harris on behalf of Plaintiff Anthony Gantner
rob@bindermalter.com

Christopher H. Hart on behalf of Interested Party Public Entities Impacted by the Wildfires
chart@nutihart.com, nwhite@nutihart.com

Bryan L. Hawkins on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III
LLC, and Shiloh I Wind Project LLC
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Interested Party Capital Dynamics, Inc., et al.
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel
X
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Interested Party FTP Power LLC, et al.
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Interested Party Gill Ranch Storage, LLC
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Intervenor Capital Dynamics, Inc.
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Intervenor Enel Green Power North America, Inc.
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Intervenor FTP Power LLC
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Jan M Hayden on behalf of Creditor APTIM
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Jan M Hayden on behalf of Creditor Phillips & Jordan, Inc.

jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Jan M Hayden on behalf of Creditor Snelson Companies, Inc.
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Jan M Hayden on behalf of Creditor TTR Substations, Inc.
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Jennifer C. Hayes on behalf of Creditor Aggreko
jhayes@fhlawllp.com

Jennifer C. Hayes on behalf of Creditor MCE Corporation
jhayes@fhlawllp.com

Jennifer C. Hayes on behalf of Creditor Nor-Cal Pipeline Services
jhayes@fhlawllp.com

Jennifer C. Hayes on behalf of Creditor Roebbelen Contracting, Inc.
jhayes@fhlawllp.com

Alaina R. Heine on behalf of Interested Party State Farm Mutual Automobile Insurance Company
alaina.heine@dechert.com, brett.stone@dechert.com

Cristina A. Henriquez on behalf of Creditor BNP Paribas
chenriquez@mayerbrown.com

Stephen E. Hessler, P.C. on behalf of Interested Party Federal Monitor
jozette.chong@kirkland.com

Sean T. Higgins on behalf of Creditor Agajanian, Inc.
aandrews@andrewsthornton.com, shiggins@andrewsthornton.com

Sean T. Higgins on behalf of Creditor Bennett Lane Winery LLC
aandrews@andrewsthornton.com, shiggins@andrewsthornton.com

Morgan R. Hirst on behalf of stockholders PG&E Shareholders
mhirst@jonesday.com, mmelvin@jonesday.com

Michael R. Hogue on behalf of Creditor Cardno, Inc.
hoguem@gtlaw.com, navarrom@gtlaw.com

Michael R. Hogue on behalf of Creditor Ruby Pipeline, L. L. C
hoguem@gtlaw.com, navarrom@gtlaw.com

David Holtzman on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY
david.holtzman@hklaw.com

David Holtzman on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS,
david.holtzman@hklaw.com

David Holtzman on behalf of Defendant Tiger Natural Gas, Inc.
david.holtzman@hklaw.com

David Holtzman on behalf of Interested Party DEUTSCHE BANK NATIONAL TRUST COMPANY
david.holtzman@hklaw.com

David Holtzman on behalf of Interested Party Deutsche Bank Trust Company Americas
david.holtzman@hklaw.com

David Holtzman on behalf of Interested Party Tiger Natural Gas, Inc.
david.holtzman@hklaw.com

David Holtzman on behalf of Interested Party United Energy Trading, LLC
david.holtzman@hklaw.com

Alexandra S. Horwitz on behalf of Interested Party G4S Secure Integration LLC
allie.horwitz@dinsmore.com

Alexandra S. Horwitz on behalf of Interested Party G4S Secure Solutions (USA) Inc.
allie.horwitz@dinsmore.com

Marsha Houston on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Counter-Claimant AECOM Technical Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Creditor AECOM Technical Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Creditor Kiefner and Associates, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Creditor Parsons Environment & Infrastructure, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Defendant AECOM Technical Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Interested Party JAN X-Ray Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Shane Huang on behalf of Defendant Federal Energy Regulatory Commission
shane.huang@usdoj.gov

Shane Huang on behalf of Interested Party United States on behalf of the Federal Energy Regulatory Commission
shane.huang@usdoj.gov

Brian D. Huben on behalf of Creditor Campos EPC, LLC
hubenb@ballardspahr.com

Brian D. Huben on behalf of Interested Party Louisiana Energy Services, LLC
hubenb@ballardspahr.com

Brian D. Huben on behalf of Interested Party URENCO Limited
hubenb@ballardspahr.com

Jonathan Hughes on behalf of Interested Party AT&T Corp.
jane.rustice@aporter.com

Edward R. Huguenin on behalf of Creditor K. Hovnanian California Region, Inc., et al
ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com

Edward R. Huguenin on behalf of Creditor Meritage Homes of California, Inc.
ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com

Michael A. Isaacs on behalf of Creditor Southwire Company, LLC
Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com

Michael A. Isaacs on behalf of Interested Party Travelers Insurance Co.
Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com

Mark V. Isola on behalf of Creditor MDR INC. dba ACCU-BORE DIRECTIONAL DRILLING
mvi@sbj-law.com

Mark V. Isola on behalf of Creditor VETERAN POWER, INC.
mvi@sbj-law.com

J. Eric Ivester on behalf of Intervenor First Solar, Inc.
Eric.Ivester@skadden.com, Andrea.Bates@skadden.com

J. Eric Ivester on behalf of Intervenor Mojave Solar LLC
Eric.Ivester@skadden.com, Andrea.Bates@skadden.com

J. Eric Ivester on behalf of Intervenor Willow Springs Solar 3, LLC
Eric.Ivester@skadden.com, Andrea.Bates@skadden.com

J. Eric Ivester on behalf of Interested Party Atlantica Yield plc
Andrea.Bates@skadden.com

J. Eric Ivester on behalf of Interested Party Mojave Solar LLC
Andrea.Bates@skadden.com

Ivan C. Jen on behalf of Interested Party Synergy Project Management, Inc.
ivan@icjenlaw.com

Monique Jewett-Brewster on behalf of Interested Party The City of Oakland
mjb@hopkinscarley.com, eamaro@hopkinscarley.com

James O. Johnston on behalf of stockholders PG&E Shareholders
jjohnston@jonesday.com

Chris Johnstone on behalf of Interested Party ICE NGX Canada Inc.
chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com

Andrew Jones on behalf of Creditor Sencha Funding, LLC
andrew@ajoneslaw.com

Gregory K. Jones on behalf of Creditor Elster American Meter Company, LLC
GJones@dykema.com, cacossano@dykema.com

Gregory K. Jones on behalf of Creditor Honeywell International Inc.
GJones@dykema.com, cacossano@dykema.com

Robert A. Julian on behalf of Creditor Committee Official Committee of Tort Claimants
rjulian@bakerlaw.com, hhammonturano@bakerlaw.com

Robert A. Julian on behalf of Plaintiff Official Committee of Tort Claimants
rjulian@bakerlaw.com, hhammonturano@bakerlaw.com

George H. Kalikman on behalf of Interested Party Compass Lexecon, LLC
gkalikman@schnader.com, sdavenport@schnader.com

Roberto J. Kampfner on behalf of Interested Party San Diego Gas & Electric Company
rkampfner@whitecase.com, mco@whitecase.com

Roberto J. Kampfner on behalf of Interested Party Sempra Energy
rkampfner@whitecase.com, mco@whitecase.com

Roberto J. Kampfner on behalf of Interested Party Southern California Gas Company
rkampfner@whitecase.com, mco@whitecase.com

Gary M. Kaplan on behalf of Creditor TTR Substations, Inc.
gkaplan@fbm.com, calendar@fbm.com

Robert B. Kaplan on behalf of Creditor Peter Ouborg
rbk@jmbm.com

Eve H. Karasik on behalf of Creditor Traffic Management, Inc.
ehk@lnbyb.com

Eve H. Karasik on behalf of Interested Party Global Diving & Salvage, Inc.
ehk@lnbyb.com

Michael G. Kasolas

trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com

Elyssa S. Kates on behalf of Creditor Committee Official Committee of Tort Claimants
ekates@bakerlaw.com

Ori Katz on behalf of Interested Party PG&E Holdco Group
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

William M. Kaufman on behalf of Creditor Daleo Inc.
wkaufman@smwb.com

William M. Kaufman on behalf of Creditor Golden Bay Fence Plus Iron Works, Inc.
wkaufman@smwb.com

William M. Kaufman on behalf of Creditor Red Top Electric Co. Emeryville, Inc.
wkaufman@smwb.com

Jane G. Kearl on behalf of Creditor Barnard Pipeline, Inc.
jkearl@watttieder.com, jbenton@watttieder.com

Tobias S. Keller on behalf of Debtor PG&E Corporation
tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com

Tobias S. Keller on behalf of Debtor Pacific Gas and Electric Company
tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com

Lynette C. Kelly on behalf of U.S. Trustee Office of the U.S. Trustee / SF
ustpregion17.oa.ecf@usdoj.gov

Matthew K. Kelsey on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims
mkelsey@gibsondunn.com

Gerald P. Kennedy on behalf of Creditor Agile Sourcing Partners, Inc.
gerald.kennedy@procopio.com, angela.stevens@procopio.com

Erica L. Kerman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
ekerman@willkie.com

Samuel A. Khalil on behalf of Creditor Committee Official Committee Of Unsecured Creditors
skhalil@milbank.com, jbrewster@milbank.com

Samuel A. Khalil on behalf of Interested Party Official Committee Of Unsecured Creditors
skhalil@milbank.com, jbrewster@milbank.com

Samuel M. Kidder on behalf of Interested Party NextEra Energy Inc., et al.
skidder@ktbslaw.com

Samuel M. Kidder on behalf of Intervenor NextEra Energy Partners, L.P.
skidder@ktbslaw.com

Samuel M. Kidder on behalf of Intervenor NextEra Energy, Inc.
skidder@ktbslaw.com

Marc Kieselstein on behalf of Interested Party Federal Monitor
carrie.oppenheim@kirkland.com

Jane Kim on behalf of Debtor PG&E Corporation
jkim@kellerbenvenutti.com

Jane Kim on behalf of Debtor Pacific Gas and Electric Company
jkim@kellerbenvenutti.com

Jane Kim on behalf of Other Prof. KPMG LLP
jkim@kellerbenvenutti.com

Jane Kim on behalf of Plaintiff PG&E Corporation
jkim@kellerbenvenutti.com

Jane Kim on behalf of Spec. Counsel Jenner & Block LLP
jkim@kellerbenvenutti.com

Kody D. L. Kleber on behalf of Creditor Committee Official Committee of Tort Claimants
kkleber@bakerlaw.com, dmartinez@bakerlaw.com

Matthew Ryan Klinger on behalf of Creditor CitiGroup Financial Products Inc.
mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com

Bradley C. Knapp on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245
bknapp@lockelord.com, Yamille.Harrison@lockelord.com

Kelly V. Knight on behalf of Creditor Centerbridge Partners, L.P.
kelly.knight@srz.com

Kelly V. Knight on behalf of Creditor Fidelity Management & Research Company
kelly.knight@srz.com

Kelly V. Knight on behalf of Interested Party Anchorage Capital Group, L.L.C.
kelly.knight@srz.com

Kelly V. Knight on behalf of Interested Party Silver Point Capital, L.P.
kelly.knight@srz.com

Kelly V. Knight on behalf of Interested Party SteelMill Master Fund LP
kelly.knight@srz.com

Lydia Vanessa Ko on behalf of Creditor Athanasia Vlazkis
Lvko@stonelawoffice.com

Lydia Vanessa Ko on behalf of Creditor George Vlazakis
Lvko@stonelawoffice.com

Lydia Vanessa Ko on behalf of Creditor John Barbis
Lvko@stonelawoffice.com

Lydia Vanessa Ko on behalf of Creditor Maria Barbis
Lvko@stonelawoffice.com

Thomas F. Koegel on behalf of Creditor KES Kingsburg, L.P.
tkoegel@crowell.com

Thomas F. Koegel on behalf of Creditor Nexant Inc.
tkoegel@crowell.com

Thomas F. Koegel on behalf of Creditor Vantage Wind Energy LLC
tkoegel@crowell.com

Thomas F. Koegel on behalf of Intervenor KES Kingsburg, L.P.
tkoegel@crowell.com

Thomas F. Koegel on behalf of Intervenor Vantage Wind Energy LLC
tkoegel@crowell.com

Katherine Kohn on behalf of Debtor PG&E Corporation
kkohn@groom.com, ashahinllari@groom.com

Katherine Kohn on behalf of Spec. Counsel Groom Law Group, Chartered
kkohn@groom.com, ashahinllari@groom.com

Andy S. Kong on behalf of Creditor Genesys Telecommunications Laboratories, Inc.
kong.andy@arentfox.com, Yvonne.Li@arentfox.com

Anna Kordas on behalf of stockholders PG&E Shareholders
akordas@jonesday.com, mmelvin@jonesday.com

Alan W. Kornberg on behalf of Creditor California Public Utilities Commision
akornberg@paulweiss.com

Alan W. Kornberg on behalf of Creditor California Public Utilities Commission
akornberg@paulweiss.com

Bernard Kornberg on behalf of Interested Party Certain Interested Underwriters at Lloyds, London
subscribing to Apollo Liability Consortium 9984
bjk@severson.com

Bernard Kornberg on behalf of Interested Party Great Lakes Insurance SE
bjk@severson.com

Bernard Kornberg on behalf of Interested Party Munich Re
bjk@severson.com

David I. Kornbluh on behalf of Creditor De Anza Tile Co., Inc.
dik@millermorton.com, mhr@millermorton.com

Lauren Kramer on behalf of Creditor North American Fence & Railing, Inc.
lkramer@rjo.com

Jeffrey C. Krause on behalf of Creditor Topaz Solar Farms LLC
jkrause@gibsondunn.com

Jeffrey C. Krause on behalf of Intervenor Topaz Solar Farms LLC
jkrause@gibsondunn.com

Thomas R. Kreller on behalf of Attorney Milbank LLP
tkreller@milbank.com

Thomas R. Kreller on behalf of Creditor Committee Official Committee Of Unsecured Creditors
tkreller@milbank.com

Thomas R. Kreller on behalf of Interested Party Official Committee Of Unsecured Creditors
tkreller@milbank.com

Thomas R. Kreller on behalf of Other Prof. Centerview Partners LLC
tkreller@milbank.com

Thomas R. Kreller on behalf of Other Prof. FTI Consulting Inc.
tkreller@milbank.com

Lindsey E. Kress on behalf of Creditor California Insurance Guarantee Association
lkress@lockelord.com, autodocket@lockelord.com

Hannah C. Kreuser on behalf of Creditor Burnett & Sons Planing Mill and Lumber Co.
hkreuser@porterlaw.com, ooberg@porterlaw.com

Hannah C. Kreuser on behalf of Creditor Hamanaka Painting Co., Inc.
hkreuser@porterlaw.com, ooberg@porterlaw.com

Hannah C. Kreuser on behalf of Creditor Hangtown Electric, Inc. dba Mr. Electric of Rancho Cordova
hkreuser@porterlaw.com, ooberg@porterlaw.com

Hannah C. Kreuser on behalf of Creditor Precision Crane Service, Inc.
hkreuser@porterlaw.com, ooberg@porterlaw.com

Hannah C. Kreuser on behalf of Creditor Townsend & Schmidt Masonry
hkreuser@porterlaw.com, ooberg@porterlaw.com

Michael Thomas Krueger on behalf of Creditor ERM-West, Inc.
michael.krueger@ndlf.com, Havilyn.lee@ndlf.com

Robert T. Kugler on behalf of Creditor Public Advocates Office at the California Public Utilities
Commission
robert.kugler@stinson.com

Boris Kukso on behalf of Interested Party Internal Revenue Service
boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov

Alisa C. Lacey on behalf of Creditor Public Advocates Office at the California Public Utilities
Commission
alisa.lacey@stinson.com, karen.graves@stinson.com

Timothy S. Laffredi on behalf of U.S. Trustee Office of the U.S. Trustee / SF
timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov

Richard A. Lapping on behalf of Creditor Valero Refining Company-California
rich@trodellalapping.com

Omeed Latifi on behalf of Creditor Mirna Trettevik
olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com

John E. Lattin on behalf of Creditor David Alonzo
jlattin@ostergar.com, cslovenec@ostergar.com

Michael Lauter on behalf of Creditor CitiGroup Financial Products Inc.
mlauter@sheppardmullin.com

Michael Lauter on behalf of Creditor Ormat Technologies Inc.
mlauter@sheppardmullin.com

Michael Lauter on behalf of Interested Party PG&E Holdco Group
mlauter@sheppardmullin.com

Kenneth T. Law on behalf of Creditor Recology Inc.
klaw@bbslaw.com

Francis J. Lawall on behalf of Interested Party HydroChemPSC
lawallf@pepperlaw.com, henrys@pepperlaw.com

Andrew Michael Leblanc on behalf of Creditor Committee Official Committee Of Unsecured Creditors
ALeblanc@milbank.com

Erica Lee on behalf of Creditor California Department of Parks and Recreation
Erica.Lee@doj.ca.gov

Scott Lee on behalf of Creditor RE Astoria LLC
scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com

Scott Lee on behalf of Interested Party Kepco California LLC
scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com

Scott Lee on behalf of Interested Party RE Astoria LLC
scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com

Edward J. Leen on behalf of Creditor Jefferies Leveraged Credit Products, LLC
eleen@mkbllp.com

Lisa Lenherr on behalf of Other Prof. Michael G. Kasolas
llenherr@wendel.com, bankruptcy@wendel.com

Matthew A. Lesnick on behalf of Interested Party CH2M HILL Engineers, Inc.
matt@lesnickprince.com, jmack@lesnickprince.com

Bryn G. Letsch on behalf of Interested Party Everett Waining, Jr.
bletsch@braytonlaw.com

David B. Levant on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III
LLC, and Shiloh I Wind Project LLC
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party Calpine Corporation
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party Capital Dynamics, Inc., et al.
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party FTP Power LLC, et al.
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party Gill Ranch Storage, LLC
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Intervenor Capital Dynamics, Inc.
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Intervenor Enel Green Power North America, Inc.
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Intervenor FTP Power LLC
david.levant@stoel.com, rene.alvin@stoel.com

Andrew H. Levin on behalf of Creditor Marin Clean Energy
alevin@wcghlaw.com

David Levine on behalf of Debtor PG&E Corporation
dnl@groom.com

Marc A. Levinson on behalf of Creditor CCP Credit Acquisition Holdings, L.L.C.
Malevinson@orrick.com, casestream@ecf.courtdrive.com

Marc A. Levinson on behalf of Creditor Centerbridge Partners, L.P.
Malevinson@orrick.com, casestream@ecf.courtdrive.com

Marc A. Levinson on behalf of Creditor Centerbridge Special Credit Partners III, L.P.
Malevinson@orrick.com, casestream@ecf.courtdrive.com

Marc A. Levinson on behalf of Creditor MCHA Holdings, LLC
Malevinson@orrick.com, casestream@ecf.courtdrive.com

Dara Levinson Silveira on behalf of Debtor PG&E Corporation
dsilveira@kellerbenvenutti.com

Alexander James Demitro Lewicki on behalf of Defendant The Ad Hoc Group of Subrogation Claim
Holders
kdiemer@diemerwei.com, alewicki@diemerwei.com

Alexander James Demitro Lewicki on behalf of Interested Party Ad Hoc Group of Subrogation Claim
Holders
kdiemer@diemerwei.com, alewicki@diemerwei.com

Alexander James Demitro Lewicki on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders
kdiemer@diemerwei.com, alewicki@diemerwei.com

William S. Lisa on behalf of Interested Party California Self-Insurers' Security Fund
jcaruso@nixonpeabody.com

William S. Lisa on behalf of Interested Party California Self-Insurers' Security Fund
wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com

Jonathan A. Loeb on behalf of Creditor Sabre Industries, Inc.
jon.loeb@bingham.com

John William Lucas on behalf of Interested Party The Baupost Group, L.L.C.
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Jane Luciano on behalf of Creditor Jane Luciano
jane-luciano@comcast.net

Kerri Lyman on behalf of Creditor Davey Tree Expert Co., Davey Tree Surgery Co. and Davey
Resource Group, Inc.
klyman@irell.com

Kerri Lyman on behalf of Interested Party BlueMountain Capital Management, LLC
klyman@irell.com

Carissa A. Lynch on behalf of Interested Party California Franchise Tax Board
Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov

John H. MacConaghy on behalf of Interested Party Individual Plaintiffs Executive Committee
Appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination
Proceeding Number 4955, Pursuant to the terms of the
macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com

Iain A. Macdonald on behalf of Creditor Surf to Snow Environmental Resource Management, Inc.
iain@macfern.com, ecf@macfern.com

Iain A. Macdonald on behalf of Creditor U.S. TelePacific Corp. dba TPx Communications
iain@macfern.com, ecf@macfern.com

Iain A. Macdonald on behalf of Interested Party Iain A. Macdonald
iain@macfern.com, ecf@macfern.com

Tracy L. Mainguy on behalf of Creditor Engineers and Scientists of California, Local 20, IFPTE
tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Samuel R. Maizel on behalf of Creditor Southwire Company, LLC
samuel.maizel@dentons.com, alicia.aguilar@dentons.com

Adam Malatesta on behalf of Interested Party Dynegy Marketing and Trade, LLC
adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com

Katharine Malone on behalf of Creditor Osmose Utilities Services, Inc.
malonek@gtlaw.com

Katharine Malone on behalf of Creditor Southern Power Company
malonek@gtlaw.com

Katharine Malone on behalf of Intervenor Southern Power Company
malonek@gtlaw.com

Liam K. Malone on behalf of Creditor Level-It Installations, Ltd.
malone@oles.com, shahin@oles.com

Michael W. Malter on behalf of Creditor ChargePoint, Inc.
michael@bindermalter.com

Michael W. Malter on behalf of Plaintiff Anthony Gantner
michael@bindermalter.com

Craig Margulies on behalf of Creditor Aegion Corporation and its subsidiary entities: Corrpro
Companies, Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc.

cmargulies@margulies-law.com, lsalazar@margulies-law.com

Geoffrey E. Marr on behalf of Creditor Mirna Trettevik
gemarr59@hotmail.com

Richard A. Marshack on behalf of Creditor SLF Fire Victim Claimants
rmarshack@marshackhays.com, lbuchanan@marshackhays.com

Catherine Martin on behalf of Creditor Simon Property Group
cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com

Laila Masud on behalf of Creditor SLF Fire Victim Claimants
lmasud@marshackhays.com, 8649808420@filings.docketbird.com

David P. Matthews on behalf of Creditor Fire Victim Creditors
jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com

David P. Matthews on behalf of Interested Party Terry Hodges
jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com

Patrick C. Maxcy on behalf of Interested Party Horace Mann Property & Casualty Insurance Company
patrick.maxcy@snrdenton.com

Patrick C. Maxcy on behalf of Interested Party Travelers Insurance Co.
patrick.maxcy@snrdenton.com

Benjamin P. McCallen on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
bmccallen@willkie.com

Thomas E. McCurnin on behalf of Interested Party City of Morgan Hill
tmccurnin@bkolaw.com, kescano@bkolaw.com

Hugh M. McDonald on behalf of Creditor Consolidated Edison Development, Inc.
john.murphy@troutman.com

Hugh M. McDonald on behalf of Intervenor Consolidated Edison Development, Inc.
hugh.mcdonald@troutman.com, john.murphy@troutman.com

C. Luckey McDowell on behalf of Interested Party Agua Caliente Solar, LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Interested Party MC Shiloh IV Holdings LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Interested Party Marsh Landing, LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Interested Party Marubeni Corporation
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Interested Party NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Interested Party Shiloh IV Lessee, LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Interested Party Solar Partners II LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Interested Party Solar Partners VIII LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Interested Party TerraForm Power, Inc.
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Intervenor Clearway Energy Group LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Intervenor Clearway Energy, Inc.
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Intervenor MC Shiloh IV Holdings LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Intervenor NRG Energy, Inc.
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Intervenor TerraForm Power, Inc.
Luckey.McDowell@Shearman.com

Matthew D. McGill on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims
MMcGill@gibsondunn.com

Scott H. McNutt on behalf of Examiner Bruce A Markell
SMcNutt@ml-sf.com, csnell@ml-sf.com

Thomas Melone on behalf of Interested Party Allco Finance Limited & Subsidiaries
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Thomas Melone on behalf of Plaintiff Allco Renewable Energy Limited
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Thomas Melone on behalf of Plaintiff Bear Creek Solar LLC
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Thomas Melone on behalf of Plaintiff Foothill Solar LLC
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Thomas Melone on behalf of Plaintiff Hollister Solar LLC
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Thomas Melone on behalf of Plaintiff Kettleman Solar LLC
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Thomas Melone on behalf of Plaintiff Vintner Solar LLC
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Thomas Melone on behalf of Plaintiff Winding Creek Solar LLC
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Peter Meringolo on behalf of Creditor Mount Veeder Springs LLC
peter@pmrklaw.com

Peter Meringolo on behalf of Creditor Donna Walker
peter@pmrklaw.com

Peter Meringolo on behalf of Creditor Mark Pulido
peter@pmrklaw.com

Frank A. Merola on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative Agent
lacalendar@stroock.com, mmagzamen@stroock.com

Jennifer L. Mersing on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC
jennifer.mersing@stoel.com, lisa.petras@stoel.com

Jennifer L. Mersing on behalf of Interested Party Capital Dynamics, Inc., et al.
jennifer.mersing@stoel.com, lisa.petras@stoel.com

Jennifer L. Mersing on behalf of Interested Party Enel Green Power North America, Inc.
jennifer.mersing@stoel.com, lisa.petras@stoel.com

Jennifer L. Mersing on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X
jennifer.mersing@stoel.com, lisa.petras@stoel.com

Jennifer L. Mersing on behalf of Interested Party FTP Power LLC, et al.
jennifer.mersing@stoel.com, lisa.petras@stoel.com

Jennifer L. Mersing on behalf of Interested Party Gill Ranch Storage, LLC
jennifer.mersing@stoel.com, lisa.petras@stoel.com

Jennifer L. Mersing on behalf of Interested Party Project Mustang
jennifer.mersing@stoel.com, lisa.petras@stoel.com

Jennifer L. Mersing on behalf of Interested Party sPower

jennifer.mersing@stoel.com, lisa.petras@stoel.com

Joshua M. Mester on behalf of stockholders PG&E Shareholders
jmester@jonesday.com

Matthew D. Metzger on behalf of Creditor Dan Clarke
belvederelegalecf@gmail.com

Randy Michelson on behalf of Defendant Public Employees Retirement Association of New Mexico
randy.michelson@michelsonlawgroup.com

Randy Michelson on behalf of Interested Party Public Employees Retirement Association of New Mexico
randy.michelson@michelsonlawgroup.com

Randy Michelson on behalf of Interested Party Securities Lead Plaintiff and the Proposed Class
randy.michelson@michelsonlawgroup.com

Joseph G. Minias on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
jminias@willkie.com

Joseph G. Minias on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders
jminias@willkie.com

M. David Minnick on behalf of Creditor BANK OF AMERICA N.A
dminnick@pillsburylaw.com, docket@pillsburylaw.com

Nancy Mitchell on behalf of Interested Party Department of Finance for the State of California
nmitchell@omm.com

Nancy Mitchell on behalf of Interested Party Governor Gavin Newsom
nmitchell@omm.com

Thomas C. Mitchell on behalf of Creditor EDF Renewables, Inc.
tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas C. Mitchell on behalf of Creditor MNOC AERS LLC
tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas C. Mitchell on behalf of Interested Party Arlington Wind Power Project LLC
tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas C. Mitchell on behalf of Interested Party EDP Renewables North America LLC
tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas C. Mitchell on behalf of Interested Party Rising Tree Wind Farm II LLC
tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas C. Mitchell on behalf of Intervenor EDF Renewables, Inc.

tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

John A. Moe, II on behalf of Interested Party Capital Power Corporation
john.moe@dentons.com, glenda.spratt@dentons.com

John A. Moe, II on behalf of Interested Party Dentons US LLP
john.moe@dentons.com, glenda.spratt@dentons.com

John A. Moe, II on behalf of Interested Party Halkirk I Wind Project LP
john.moe@dentons.com, glenda.spratt@dentons.com

Aaron J. Mohamed on behalf of Plaintiff Mark Elward
ajm@brereton.law, aaronmohamedlaw@gmail.com

Aaron J. Mohamed on behalf of Plaintiff Mike Elward
ajm@brereton.law, aaronmohamedlaw@gmail.com

Kevin Montee on behalf of Creditor Nearon Sunset, LLC
kmontee@monteeassociates.com

David W. Moon on behalf of Creditor Mizuho Bank, Ltd.
lacalendar@stroock.com, mmagzamen@stroock.com

Diane Marger Moore on behalf of Creditor Majesti Mai Bagorio, etc.
dmargermoore@baumhedlundlaw.com

Erika L. Morabito on behalf of Creditor Michels Corporation
emorabito@foley.com, hsiagiandraughn@foley.com

Candace J. Morey on behalf of Creditor California Public Utilities Commision
cjm@cpuc.ca.gov

Courtney L. Morgan on behalf of Creditor Pension Benefit Guaranty Corporation
morgan.courtney@pbgc.gov

Rodney Allen Morris on behalf of Creditor United States of America
Rodney.Morris2@usdoj.gov

Joshua D. Morse on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors
Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com

Joshua D. Morse on behalf of Other Prof. FTI Consulting, Inc.
Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com

Andrew H. Morton on behalf of Creditor Mustang Project Companies
andrew.morton@stoel.com, lisa.petras@stoel.com

Andrew H. Morton on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC

andrew.morton@stoel.com, lisa.petras@stoel.com

Andrew H. Morton on behalf of Interested Party Capital Dynamics, Inc., et al.
andrew.morton@stoel.com, lisa.petras@stoel.com

Andrew H. Morton on behalf of Interested Party Enel Green Power North America, Inc.
andrew.morton@stoel.com, lisa.petras@stoel.com

Andrew H. Morton on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X
andrew.morton@stoel.com, lisa.petras@stoel.com

Andrew H. Morton on behalf of Interested Party FTP Power LLC, et al.
andrew.morton@stoel.com, lisa.petras@stoel.com

Andrew H. Morton on behalf of Interested Party Gill Ranch Storage, LLC
andrew.morton@stoel.com, lisa.petras@stoel.com

Andrew H. Morton on behalf of Interested Party Project Mustang
andrew.morton@stoel.com, lisa.petras@stoel.com

Andrew H. Morton on behalf of Interested Party sPower
andrew.morton@stoel.com, lisa.petras@stoel.com

Thomas G. Mouzes on behalf of Creditor Sonoma Clean Power Authority
tmouzes@boutinjones.com, cdomingo@boutininc.com

Peter S. Munoz on behalf of Creditor Lodi Gas Storage, L.L.P.
pmunoz@reedsmith.com, gsandoval@reedsmith.com

Peter S. Munoz on behalf of Creditor Nevada Irrigation District
pmunoz@reedsmith.com, gsandoval@reedsmith.com

Peter S. Munoz on behalf of Creditor Wild Goose, LLC
pmunoz@reedsmith.com, gsandoval@reedsmith.com

Bennett J. Murphy on behalf of Creditor Canyon Capital Advisors LLC
bmurphy@bennettmurphylaw.com

Michael S. Myers on behalf of Creditor Discovery Hydrovac
myersms@ballardspahr.com

Michael S. Myers on behalf of Creditor Realty Income Corporation
myersms@ballardspahr.com

Alan I. Nahmias on behalf of Creditor EN Engineering, LLC
anahmias@mbnlawyers.com, jdale@mbnlawyers.com

David L. Neale on behalf of Interested Party California Independent System Operator

dln@lnbrb.com

David L. Neale on behalf of Interested Party California Independent System Operator
dln@lnbrb.com

David L. Neale on behalf of Interested Party California Independent System Operator
dln@lnbyb.com

David Neier on behalf of Creditor CF Inspection Management, LLC
dneier@winston.com

David Neier on behalf of Creditor California Efficiency + Demand Management Council
dneier@winston.com

David Neier on behalf of Creditor Cypress Energy Management - TIR, LLC
dneier@winston.com

David Neier on behalf of Creditor Cypress Energy Partners, L.P.
dneier@winston.com

David Neier on behalf of Creditor Peninsula Clean Energy Authority
dneier@winston.com

David Neier on behalf of Creditor Tulsa Inspection Resources PUC, LLC
dneier@winston.com

David Neier on behalf of Creditor Tulsa Inspection Resources, LLC
dneier@winston.com

David Neier on behalf of Interested Party City of San Jose, California
dneier@winston.com

David Neier on behalf of Interested Party Macquarie Energy LLC
dneier@winston.com

David Neier on behalf of Interested Party Macquarie Energy LLC
dneier@winston.com

Brittany J. Nelson on behalf of Creditor Michels Corporation
bnelson@foley.com, hsiagiandraughn@foley.com

Michael S. Neumeister on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims
MNeumeister@gibsondunn.com

Howard S. Nevins on behalf of Creditor Performance Contracting, Inc.
hnevins@hsmlaw.com

Melissa T. Ngo on behalf of Creditor Pension Benefit Guaranty Corporation
ngo.melissa@pbgc.gov, efile@pbgc.gov

Mario R. Nicholas on behalf of Plaintiff JH Kelly, LLC
mario.nicholas@stoel.com, cherie.clark@stoel.com

Sean Nolan on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas
and Electric Company
snolan@akingump.com, NYMCO@akingump.com

Gregory C. Nuti on behalf of Creditor Butte County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Calaveras County Water District
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor City of Clearlake
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor City of Napa
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor City of Santa Rosa
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Lake County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Mendocino County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Napa County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Nevada County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Sonoma County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Sonoma County Agricultural Preservation and Open Space
District
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Sonoma County Community Development Commission
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Sonoma County Water Agency
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Sonoma Valley County Sanitation District

gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Town of Paradise
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Yuba County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Interested Party Public Entities Impacted by the Wildfires
gnuti@nutihart.com, nwhite@nutihart.com

Abigail O'Brient on behalf of Creditor Marin Clean Energy
aobrient@mintz.com, docketing@mintz.com

Julie E. Oelsner on behalf of Attorney c/o Julie E. Oelsner Intech Mechanical, Inc.
joelsner@weintraub.com, bjennings@weintraub.com

Julie E. Oelsner on behalf of Creditor Intech Mechanical, Inc.
joelsner@weintraub.com, bjennings@weintraub.com

Julie E. Oelsner on behalf of Creditor Southwire Company, LLC
joelsner@weintraub.com, bjennings@weintraub.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Matthew Jon Olson on behalf of Interested Party Wendy A. Nathan
matt@macfern.com, stell.laura@dorsey.com

Steven M. Olson on behalf of Attorney Steven M. Olson
smo@smolsonlaw.com

Steven M. Olson on behalf of Creditor Aztrack Construction Corporation
smo@smolsonlaw.com

Aram Ordubegian on behalf of Interested Party BOKF, NA
Ordubegian.Aram@ArentFox.com

Gabriel Ozel on behalf of Attorney Gabriel Ozel
gabeozel@gmail.com

Gabriel Ozel on behalf of Creditor Consolidated Edison Development, Inc.
gabeozel@gmail.com

Gabriel Ozel on behalf of Intervenor Consolidated Edison Development, Inc.
gabeozel@gmail.com

Margarita Padilla on behalf of Interested Party California Department of Toxic Substances Control
Margarita.Padilla@doj.ca.gov

Margarita Padilla on behalf of Interested Party California Department of Water Resources
Margarita.Padilla@doj.ca.gov

Amy S. Park on behalf of Interested Party Atlantica Yield plc
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Interested Party First Solar, Inc.
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Interested Party Mojave Solar LLC
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Interested Party Willow Springs Solar 3, LLC
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Intervenor First Solar, Inc.
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Intervenor Mojave Solar LLC
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Intervenor Willow Springs Solar 3, LLC
amy.park@skadden.com, alissa.turnipseed@skadden.com

Donna Taylor Parkinson on behalf of Creditor Yuba County Water Agency
donna@parkinsonphinney.com

Peter S. Partee, Sr. on behalf of Interested Party DTE Stockton, LLC
candonian@huntonak.com

Peter S. Partee, Sr. on behalf of Interested Party Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso
Cogeneration Company, L.P.
candonian@huntonak.com

Peter S. Partee, Sr. on behalf of Interested Party Potrero Hills Energy Producers, LLC
candonian@huntonak.com

Peter S. Partee, Sr. on behalf of Interested Party Sunshine Gas Producers, LLC
candonian@huntonak.com

Peter S. Partee, Sr. on behalf of Interested Party Woodland Biomass Power, LLC f/k/a Woodland
Biomass Power, Ltd.
candonian@huntonak.com

Paul J. Pascuzzi on behalf of Creditor 35th District Agricultural Association
ppascuzzi@ffwplaw.com, kwidder@ffwplaw.com

Paul J. Pascuzzi on behalf of Creditor California State Agencies

ppascuzzi@ffwplaw.com, kwidder@ffwplaw.com

Paul J. Pascuzzi on behalf of Interested Party California Department of Toxic Substances Control
ppascuzzi@ffwplaw.com, kwidder@ffwplaw.com

Paul J. Pascuzzi on behalf of Interested Party California Department of Water Resources
ppascuzzi@ffwplaw.com, kwidder@ffwplaw.com

Kenneth Pasquale on behalf of Creditor Mizuho Bank, Ltd.
mlaskowski@stroock.com

Charles Scott Penner on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc.
penner@carneylaw.com, caragol@carneylaw.com

Charles Scott Penner on behalf of Defendant AECOM Technical Services, Inc.
penner@carneylaw.com, caragol@carneylaw.com

Valerie Bantner Peo on behalf of Creditor Oracle America, Inc.
vbantnerpeo@buchalter.com

Yosef Peretz on behalf of Creditor Cara Feneis
yperetz@peretzlaw.com, skim@peretzlaw.com

Thomas R. Phinney on behalf of Creditor Yuba County Water Agency
tom@parkinsonphinney.com

R. Alexander Pilmer on behalf of Interested Party Federal Monitor
alexander.pilmer@kirkland.com, keith.catuara@kirkland.com

M. Ryan Pinkston on behalf of Creditor Turner Construction Company
rpinkston@seyfarth.com, jmcdermott@seyfarth.com

M. Ryan Pinkston on behalf of Creditor Turner Construction Company
rpinkston@seyfarth.com, jmcdermott@seyfarth.com

Estela O. Pino on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the
epino@epinolaw.com, rmahal@epinolaw.com

Estela O. Pino on behalf of Interested Party Plaintiffs Executive Committee
epino@epinolaw.com, rmahal@epinolaw.com

Estela O. Pino on behalf of Interested Party Plaintiffs Executive Committee appointed by the Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related cases
epino@epinolaw.com, rmahal@epinolaw.com

Gregory Plaskett on behalf of Creditor Murga, Strange & Chalmers, Inc.

GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM

Mark D. Plevin on behalf of Interested Party Renaissance Reinsurance Ltd.
mplevin@crowell.com

Steven G. Polard on behalf of Creditor Creative Ceilings, Inc.
spolard@eisnerlaw.com

Mark D. Poniatowski on behalf of Creditor Holt of California
ponlaw@ponlaw.com

William L. Porter on behalf of Creditor New West Partitions
bporter@porterlaw.com, Ooberg@porterlaw.com

Christopher E. Prince on behalf of Interested Party CH2M HILL Engineers, Inc.
cprince@lesnickprince.com

Douglas B. Provencher on behalf of Interested Party Provencher & Flatt
dbp@provlaw.com

Douglas B. Provencher on behalf of Interested Party Douglas B. Provencher
dbp@provlaw.com

Stacey C. Quan on behalf of Creditor Tanforan Industrial Park, LLC
squan@steyerlaw.com, pspencer@steyerlaw.com

Amy C. Quartarolo on behalf of Intervenor Crockett Cogeneration
amy.quartarolo@lw.com

Amy C. Quartarolo on behalf of Intervenor MRP San Joaquin Energy, LLC
amy.quartarolo@lw.com

Amy C. Quartarolo on behalf of Intervenor Middle River Power, LLC
amy.quartarolo@lw.com

Lary Alan Rappaport on behalf of Interested Party Ad Hoc Group of Institutional Bondholders of Pacific
Gas and Electric Co.
lrappaport@proskauer.com, PHays@proskauer.com

Lary Alan Rappaport on behalf of Interested Party Ad Hoc Group of Institutional Par Bondholders of
Pacific Gas and Electric Co.
lrappaport@proskauer.com, PHays@proskauer.com

Justin E. Rawlins on behalf of Creditor CF Inspection Management, LLC
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor California Efficiency + Demand Management Council
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor Cypress Energy Management - TIR, LLC
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor Cypress Energy Partners, L.P.
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor Peninsula Clean Energy Authority
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor Tulsa Inspection Resources PUC, LLC
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor Tulsa Inspection Resources, LLC
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Interested Party Macquarie Energy LLC
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Hugh M. Ray, III on behalf of Creditor Chevron Products Company a division of Chevron U.S.A. Inc.
hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com

Paul F. Ready on behalf of Defendant Cheryl Montellano
smeyer@farmerandready.com

Paul F. Ready on behalf of Defendant Max M. Montellano
smeyer@farmerandready.com

Caroline A. Reckler on behalf of Interested Party Dynegy Marketing and Trade, LLC
caroline.reckler@lw.com

David M. Reeder on behalf of Creditor City of American Canyon
david@reederlaw.com, david.m.reeder@gmail.com;Jessica@reederlaw.com

Steven J. Reisman on behalf of Interested Party Lazard Freres & Co. LLC
sreisman@katten.com, nyc.bknotices@kattenlaw.com

Jeffrey M. Reisner on behalf of Creditor Davey Tree Expert Co., Davey Tree Surgery Co. and Davey Resource Group, Inc.
jreisner@irell.com

Jack A. Reitman on behalf of Plaintiff Chico Rent-A-Fence
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Gabriella's Eatery
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Ponderosa Pest & Weed Control
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff David Herndon
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Estefania Miranda
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Gabriell Herndon
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Jedidiah Herndon
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Julia Herndon
srichmond@lgbfirm.com

Emily P. Rich on behalf of Creditor Engineers and Scientists of California, Local 20, IFPTE
erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Emily P. Rich on behalf of Creditor SEIU United Service Workers - West
erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

David J. Richardson on behalf of Creditor Committee Official Committee of Tort Claimants
drichardson@bakerlaw.com, aagonzalez@bakerlaw.com

Christopher O. Rivas on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Counter-Claimant AECOM Technical Services, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Creditor AECOM Technical Services, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Creditor Kiefner and Associates, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Creditor Parsons Environment & Infrastructure, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Defendant AECOM Technical Services, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Interested Party JAN X-Ray Services, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

David B. Rivkin, Jr. on behalf of Creditor Committee Official Committee of Tort Claimants
drivkin@bakerlaw.com, jmeeks@bakerlaw.com

John R. Rizzardi on behalf of Interested Party Winding Creek Solar LLC

kcoselman@cairncross.com, tnguyen@cairncross.com

John R. Rizzardi on behalf of Plaintiff Allco Renewable Energy Limited
kcoselman@cairncross.com, tnguyen@cairncross.com

John R. Rizzardi on behalf of Plaintiff Bear Creek Solar LLC
kcoselman@cairncross.com, tnguyen@cairncross.com

John R. Rizzardi on behalf of Plaintiff Foothill Solar LLC
kcoselman@cairncross.com, tnguyen@cairncross.com

John R. Rizzardi on behalf of Plaintiff Hollister Solar LLC
kcoselman@cairncross.com, tnguyen@cairncross.com

John R. Rizzardi on behalf of Plaintiff Kettleman Solar LLC
kcoselman@cairncross.com, tnguyen@cairncross.com

John R. Rizzardi on behalf of Plaintiff Vintner Solar LLC
kcoselman@cairncross.com, tnguyen@cairncross.com

John R. Rizzardi on behalf of Plaintiff Winding Creek Solar LLC
kcoselman@cairncross.com, tnguyen@cairncross.com

Daniel Robertson on behalf of Creditor Pension Benefit Guaranty Corporation
robertson.daniel@pbgc.gov, efile@pbgc.gov

Lacey E. Rochester on behalf of Creditor APTIM
lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com

Lacey E. Rochester on behalf of Creditor Phillips & Jordan, Inc.
lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com

Lacey E. Rochester on behalf of Creditor Snelson Companies, Inc.
lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com

Lacey E. Rochester on behalf of Creditor TTR Substations, Inc.
lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com

Michael Rogers on behalf of Creditor William Kreysler & Associates, Inc.
mrogers@lambertrogers.com, jan@lambertrogers.com

Julie H. Rome-Banks on behalf of Creditor Thunderbird Mobile Home Park
julie@bindermalter.com

Jorian L. Rose on behalf of Creditor Committee Official Committee of Tort Claimants
jrose@bakerlaw.com

Paul M. Rosenblatt on behalf of Creditor Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast, Inc. and affiliates

prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com

Allan Robert Rosin on behalf of Creditor Contra Costa Electric, Inc.
arrosin@alr-law.com

Allan Robert Rosin on behalf of Creditor Goodfellow Bros. California, LLC
arrosin@alr-law.com

Allan Robert Rosin on behalf of Creditor McGuire and Hester
arrosin@alr-law.com

Allan Robert Rosin on behalf of Creditor Sanco Pipelines, Inc.
arrosin@alr-law.com

Allan Robert Rosin on behalf of Creditor Stadtner Co., Inc. dba Sierra Electric Co.
arrosin@alr-law.com

Jay M. Ross on behalf of Interested Party The City of Oakland
jross@hopkinscarley.com, eamaro@hopkinscarley.com

Gregory A. Rougeau on behalf of Creditor Gregory Frase Enterprises, Inc. dba Kortick Manufacturing
Company
grougeau@brlawsf.com

Stacy H. Rubin on behalf of Creditor Realty Income Corporation
rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com

Jason C. Rubinstein on behalf of Interested Party The Baupost Group, L.L.C.
jrubinstein@fklaw.com, mclerk@fklaw.com

Nathan Q. Rugg on behalf of Interested Party Adler Tank Rental and Mobile Modular
nathan.rugg@bfkn.com, jean.montgomery@bfkn.com

Thomas B. Rupp on behalf of 3rd Pty Defendant Pacific Gas and Electric Company
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Debtor PG&E Corporation
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Defendant PG&E Corporation
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Defendant Pacific Gas & Electric Company
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Defendant Pacific Gas & Electric Company
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Defendant Pacific Gas and Electric Company

trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Other Prof. Deloitte & Touche LLP
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Other Prof. KPMG LLP
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Plaintiff PG&E Corporation
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Plaintiff Pacific Gas and Electric Company
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Spec. Counsel Coblentz Patch Duffy & Bass LLP
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Spec. Counsel Jenner & Block LLP
trupp@kellerbenvenutti.com

Eric E. Sagerman on behalf of Creditor Committee Official Committee of Tort Claimants
esagerman@bakerlaw.com

Robert Sahyan on behalf of Interested Party Columbus Hill Capital Management, L.P.
rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com

Jonathan C. Sanders on behalf of Interested Party Board of PG&E Corporation
jsanders@stblaw.com

Jonathan C. Sanders on behalf of Interested Party Board of Pacific Gas and Electric Company
jsanders@stblaw.com

Jonathan C. Sanders on behalf of Interested Party Certain Current and Former Independent Directors
jsanders@stblaw.com

Nanette D. Sanders on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the
North Bay Fire Litigation of October 2017 and the Camp Fire Litigation
nanette@ringstadlaw.com, becky@ringstadlaw.com

Lovee Sarenas on behalf of Creditor RE Astoria LLC
Lovee.sarenas@lewisbrisbois.com

Lovee Sarenas on behalf of Interested Party Kepco California LLC
Lovee.sarenas@lewisbrisbois.com

Lovee Sarenas on behalf of Interested Party Kepco California LLC
Lovee.sarenas@lewisbrisbois.com

Lovee Sarenas on behalf of Interested Party RE Astoria LLC

Lovee.sarenas@lewisbrisbois.com

Sunny S. Sarkis on behalf of Counter-Defendant JH Kelly, LLC
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Creditor Ad Hoc Group of Interconnection Customers
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Creditor Little Bear Holding Company, LLC
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Creditor Mustang Project Companies
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III
LLC, and Shiloh I Wind Project LLC
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Capital Dynamics, Inc., et al.
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Enel Green Power North America, Inc.
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party FTP Power LLC, et al.
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Gill Ranch Storage, LLC
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party JH Kelly LLC
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Intervenor Capital Dynamics, Inc.
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Intervenor Enel Green Power North America, Inc.
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Intervenor FTP Power LLC
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Plaintiff JH Kelly, LLC

sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Patricia Savage on behalf of Creditor Ashley Duitsman
psavesq@gmail.com, jodi.savage@gmail.com

Patricia Savage on behalf of Creditor Barbara Morris
psavesq@gmail.com, jodi.savage@gmail.com

Patricia Savage on behalf of Creditor Brandee Goodrich
psavesq@gmail.com, jodi.savage@gmail.com

Patricia Savage on behalf of Creditor Kristal Davis-Bolin
psavesq@gmail.com, jodi.savage@gmail.com

Patricia Savage on behalf of Creditor Marie Valenza
psavesq@gmail.com, jodi.savage@gmail.com

Patricia Savage on behalf of Creditor Mary Haines
psavesq@gmail.com, jodi.savage@gmail.com

Sblend A. Sblendorio on behalf of Interested Party Wilson Construction Company
sas@hogefenton.com

Francis O. Scarpulla on behalf of Creditor GER Hospitality, LLC
fos@scarpullalaw.com, cpc@scarpullalaw.com

Francis O. Scarpulla on behalf of Creditor Objecting Camp Fire Claimants
fos@scarpullalaw.com, cpc@scarpullalaw.com

Francis O. Scarpulla on behalf of Creditor Richard W. Carpeneti
fos@scarpullalaw.com, cpc@scarpullalaw.com

Daren M Schlecter on behalf of Creditor Jesus Mendoza
daren@schlecterlaw.com, info@schlecterlaw.com

Bradley R. Schneider on behalf of Debtor PG&E Corporation
bradley.schneider@mto.com

Harvey S. Schochet on behalf of Creditor City of San Jose
Harveyschochet@dwt.com

Harvey S. Schochet on behalf of Creditor Cupertino Electric, Inc.
Harveyschochet@dwt.com

Lisa Schweitzer on behalf of Interested Party BlueMountain Capital Management, LLC
lschweitzer@cgsh.com

Eric J. Seiler on behalf of Interested Party The Baupost Group, L.L.C.
eseiler@fklaw.com, mclerk@fklaw.com

David B. Shemano on behalf of Interested Party East Bay Community Energy Authority
dshemano@pwkllp.com

James A. Shepherd on behalf of Creditor W. Bradley Electric, Inc.
jim@jsheplaw.com, shepIGN@gmail.com

Leonard M. Shulman on behalf of Interested Party Cushman & Wakefield, Inc.
lshulman@shbllp.com

Andrew I. Silfen on behalf of Interested Party BOKF, NA
andrew.silfen@arentfox.com

Andrew I. Silfen on behalf of Interested Party Bank of Oklahoma Financial
andrew.silfen@arentfox.com

Wayne A. Silver on behalf of Creditor Lewis & Tibbitts, Inc.
w_silver@sbcglobal.net, ws@waynesilverlaw.com

Wayne A. Silver on behalf of Creditor Lilia Leeson
w_silver@sbcglobal.net, ws@waynesilverlaw.com

Craig S. Simon on behalf of Interested Party American Alternative Insurance Corporation
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party American Reliable Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Amica Mutual Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Assurant Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party California Casualty Indemnity Exchange
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party California FAIR Plan Association
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Church Mutual Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Crusader Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Farmers Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Gencon Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party National General Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Nationwide Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Nautilus Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Privilege Underwriters Reciprocal Exchange
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Sutter Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Topa Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Wawanesa General Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Zenith Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Gerald Singleton on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors
gerald@slffirm.com, BKECFCANB@SLFfirm.com

Gerald Singleton on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North
Bay Fire Litigation of October 2017 and the Camp Fire Litigation
gerald@slffirm.com, BKECFCANB@SLFfirm.com

Gerald Singleton on behalf of Creditor SLF Fire Victim Claimants
gerald@slffirm.com, BKECFCANB@SLFfirm.com

Gerald Singleton on behalf of Creditor Tubbs Preference Plaintiffs
gerald@slffirm.com, BKECFCANB@SLFfirm.com

Jeremy C. Sink on behalf of Creditor The Church of Jesus Christ of Latter-Day Saints, a Utah
corporation sole, f/k/a/ Corporation of the Presiding Bishop of the Church of Jesus Christ of Latter-day
Saints
jsink@kmclaw.com

Michael K. Slattery on behalf of Creditor Ad Hoc California Public Entites Committee
mslattery@lkfirm.com, rramirez@lkfirm.com

Michael K. Slattery on behalf of Creditor County of San Luis Obispo

mslattery@lkfirm.com, rramirez@lkfirm.com

Dania Slim on behalf of Creditor BANK OF AMERICA N.A
dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com

Jennifer N. Slocum on behalf of Creditor Mustang Project Companies
jennifer.slocum@stoel.com, docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC
jennifer.slocum@stoel.com, docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party Capital Dynamics, Inc., et al.
jennifer.slocum@stoel.com, docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X
jennifer.slocum@stoel.com, docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party FTP Power LLC, et al.
jennifer.slocum@stoel.com, docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party Gill Ranch Storage, LLC
jennifer.slocum@stoel.com, docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party Global Diving & Salvage, Inc.
jennifer.slocum@stoel.com, docketclerk@stoel.com

Aaron C. Smith on behalf of Creditor California Insurance Guarantee Association
asmith@lockelord.com, autodocket@lockelord.com

Alan D. Smith on behalf of Creditor Puget Sound Energy, Inc.
adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com

Jan D. Sokol on behalf of Creditor Liberty Mutual Insurance Company
jdsokol@lawssl.com, dwright@lawssl.com

Randye B. Soref on behalf of Creditor Dignity Health and its Affiliates
rsoref@polsinelli.com

Randye B. Soref on behalf of Creditor MRC Opportunities Fund I LP - Series C
rsoref@polsinelli.com

Randye B. Soref on behalf of Creditor Marble Ridge Master Fund LP
rsoref@polsinelli.com

Randye B. Soref on behalf of Creditor Whitebox Asymmetric Partners, LP
rsoref@polsinelli.com

Randye B. Soref on behalf of Creditor Whitebox Multi-Strategy Partners, LP
rsoref@polsinelli.com

Randye B. Soref on behalf of Creditor Whitebox Relative Value Partners, LP
rsoref@polsinelli.com

Joseph Sorkin on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas
and Electric Company
jsorkin@akingump.com, NYMCO@akingump.com

Bennett L. Spiegel on behalf of Creditor McKinsey & Company, Inc. U.S.
blspiegel@jonesday.com

Michael St. James on behalf of Interested Party Garcia and Associates
ecf@stjames-law.com

Howard J. Steinberg on behalf of Interested Party HercRentals
steinbergh@gtlaw.com, pearsallt@gtlaw.com

Harriet A. Steiner on behalf of Creditor Valley Clean Energy Alliance
harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com

Lillian G. Stenfeldt on behalf of Creditor Pivot Interiors, Inc.
lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com

Lillian G. Stenfeldt on behalf of Interested Party certain Retiree Claimants
lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com

Cheryl L. Stengel on behalf of Creditor US Air Conditioning Distributors
clstengel@outlook.com, stengelcheryl40@gmail.com

David M. Stern on behalf of Interested Party NextEra Energy Inc., et al.
dstern@ktbslaw.com

David M. Stern on behalf of Intervenor NextEra Energy Partners, L.P.
dstern@ktbslaw.com

David M. Stern on behalf of Intervenor NextEra Energy, Inc.
dstern@ktbslaw.com

Geoffrey S. Stewart on behalf of stockholders PG&E Shareholders
gstewart@jonesday.com, mmelvin@jonesday.com

Alan J. Stone on behalf of Creditor Committee Official Committee Of Unsecured Creditors
AStone@milbank.com, DMcCracken@Milbank.com

Jason D. Strabo on behalf of Interested Party Individual Officers Anthony F. Earley, Jr., Geisha J.
Williams, Nickolas Stavropoulos, Julie M. Kane, Christopher P. Johns, Patrick M. Hogan, David
Thomason, and Dinyar Mistry

jstrabo@mwe.com, shill@mwe.com

Michael H. Strub on behalf of Interested Party BlueMountain Capital Management, LLC
mstrub@irell.com, mhstrub1@gmail.com

Rebecca Suarez on behalf of Intervenor KES Kingsburg, L.P.
rsuarez@crowell.com

Rebecca Suarez on behalf of Intervenor Vantage Wind Energy LLC
rsuarez@crowell.com

Brad T. Summers on behalf of Creditor Pacific Mobile Structures, Inc.
summerst@lanepowell.com, docketing-pdx@lanepowell.com

Kristine Theodesia Takvoryan on behalf of Creditor SOLON
ktakvoryan@ckrlaw.com

Derrick Talerico on behalf of Creditor Western Electricity Coordinating Council
dtalerico@ztlegal.com, sfritz@ztlegal.com

Kesha Tanabe on behalf of Creditor Cedar Glade LP
kesha@tanabelaw.com

Mary Ellmann Tang on behalf of Creditor Cristina Mendoza
mtang@frenchlyontang.com, nblackwell@frenchlyontang.com

Elizabeth Lee Thompson on behalf of Interested Party The Okonite Company
ethompson@stites.com, docketclerk@stites.com

John C. Thornton on behalf of Creditor Agajanian, Inc.
jct@andrewsthornton.com, aandrews@andrewsthornton.com

John C. Thornton on behalf of Creditor Bennett Lane Winery LLC
jct@andrewsthornton.com, aandrews@andrewsthornton.com

Elisa Tolentino on behalf of Creditor City of San Jose
cao.main@sanjoseca.gov

Meagan S. Tom on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245
Meagan.tom@lockelord.com, autodocket@lockelord.com

Edward J. Tredinnick on behalf of Creditor City and County of San Francisco
etredinnick@greeneradovsky.com

Matthew Jordan Troy on behalf of Creditor United States of America
matthew.troy@usdoj.gov

Michael Tye on behalf of Creditor United States of America

Michael.Tye@usdoj.gov

Michael Tye on behalf of Interested Party United States on behalf of the Federal Energy Regulatory Commission
Michael.Tye@usdoj.gov

Andrew Van Ornum on behalf of Creditor Bradley Concrete
avanornum@vlmglaw.com, hchea@vlmglaw.com

Andrew Van Ornum on behalf of Creditor Geosyntec Consultants, Inc.
avanornum@vlmglaw.com, hchea@vlmglaw.com

Shmuel Vasser on behalf of Interested Party State Farm Mutual Automobile Insurance Company
shmuel.vasser@dechert.com, brett.stone@dechert.com

Victor A. Vilaplana on behalf of Creditor Michels Corporation
vavilaplana@foley.com, rhurst@foley.com

Victor A. Vilaplana on behalf of Creditor Michels Corporation
vavilaplana@foley.com, rhurst@foley.com

Marta Villacorta on behalf of U.S. Trustee Office of the U.S. Trustee / SF
marta.villacorta@usdoj.gov

Carol C. Villegas on behalf of Attorney Public Employees Retirement Association of New Mexico
cvillegas@labaton.com, NDonlon@labaton.com

Carol C. Villegas on behalf of Interested Party Public Employees Retirement Association of New Mexico
cvillegas@labaton.com, NDonlon@labaton.com

John A. Vos on behalf of Interested Party John A. Vos
InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com

Bao M. Vu on behalf of Intervenor Capital Dynamics, Inc.
bao.vu@stoel.com, sharon.witkin@stoel.com

Bao M. Vu on behalf of Intervenor Enel Green Power North America, Inc.
bao.vu@stoel.com, sharon.witkin@stoel.com

Bao M. Vu on behalf of Intervenor FTP Power LLC
bao.vu@stoel.com, sharon.witkin@stoel.com

Jonathan D. Waisnor on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
jwaisnor@willkie.com, mao@willkie.com

Riley C. Walter on behalf of Attorney Aera Energy LLC
ecf@W2LG.com

Riley C. Walter on behalf of Attorney Midway Sunset Cogeneration Company
ecf@W2LG.com

Riley C. Walter on behalf of Interested Party Aera Energy LLC
ecf@W2LG.com

Riley C. Walter on behalf of Interested Party Midway Sunset Cogeneration Company
ecf@W2LG.com

Phillip K. Wang on behalf of Creditor Pivot Interiors, Inc.
phillip.wang@rimonlaw.com

Phillip K. Wang on behalf of Interested Party certain Retiree Claimants
phillip.wang@rimonlaw.com

Philip S. Warden on behalf of Creditor Chevron Products Company a division of Chevron U.S.A. Inc.
philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com

Philip S. Warden on behalf of Creditor Chevron U.S.A. Inc.
philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com

Lindsi M. Weber on behalf of Creditor Dignity Health and its Affiliates
lweber@polsinelli.com, yderac@polsinelli.com

Rebecca Weissman on behalf of Interested Party State Farm Mutual Automobile Insurance Company
rebecca.weissman@dechert.com

Joseph M. Welch on behalf of Creditor Bradley Tanks, Inc.
jwelch@buchalter.com, dcyrankowski@buchalter.com

David Walter Wessel on behalf of Creditor Marina Gelman
DWessel@efronlawfirm.com, hporter@chdlawyers.com

David Walter Wessel on behalf of Creditor Mikhail Gelman
DWessel@efronlawfirm.com, hporter@chdlawyers.com

Joseph West on behalf of Creditor International Church of the Foursquare Gospel
westjoseph@earthlink.net, josephw998@gmail.com

Drew M. Widders on behalf of Creditor Molin-Wilcoxen Camp Fire Victims Group
dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com

Eric R. Wilson on behalf of Creditor Kompogas SLO LLC
kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com

Eric R. Wilson on behalf of Creditor Tata Consultancy Services
kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com

Kimberly S. Winick on behalf of Interested Party California Community Choice Association

kwinick@clarktrev.com, knielsen@clarktrev.com

Kimberly S. Winick on behalf of Interested Party Kimberly Winick
kwinick@clarktrev.com, knielsen@clarktrev.com

Rebecca J. Winthrop on behalf of Creditor Adventist Health System/West and Feather River Hospital
rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com

Rebecca J. Winthrop on behalf of Creditor Berry Petroleum Company, LLC
rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com

Rebecca J. Winthrop on behalf of Creditor MRC Global (US) Inc.
rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com

Rebecca J. Winthrop on behalf of Creditor Paradise Retirement Residence Limited Partnership
rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com

David Wirt on behalf of Interested Party Deutsche Bank
david.wirt@hklaw.com, denise.harmon@hklaw.com

Ryan A. Witthans on behalf of Creditor Roebbelen Contracting, Inc.
rwitthans@fhlawllp.com

Risa Lynn Wolf-Smith on behalf of Creditor Diablo Winds, LLC
rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com

Risa Lynn Wolf-Smith on behalf of Intervenor Diablo Winds, LLC
rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com

Douglas Wolfe on behalf of Creditor ASM Capital X LLC
dwolfe@asmcapital.com

Douglas Wolfe on behalf of Creditor ASM SPV, L.P.
dwolfe@asmcapital.com

Catherine E. Woltering on behalf of Creditor Committee Official Committee of Tort Claimants
cwoltering@bakerlaw.com

Andrea Wong on behalf of Creditor Pension Benefit Guaranty Corporation
wong.andrea@pbgc.gov, efile@pbgc.gov

Christopher Kwan Shek Wong on behalf of Creditor Genesys Telecommunications Laboratories, Inc.
christopher.wong@arentfox.com

David A. Wood on behalf of Creditor SLF Fire Victim Claimants
dwood@marshackhays.com, lbuchanan@marshackhays.com

Kirsten A. Worley on behalf of Creditor Ballard Marine Construction, Inc.
kw@wlawcorp.com, admin@wlawcorp.com

Kirsten A. Worley on behalf of Creditor Ballard Marine Construction, Inc.
kw@wlawcorp.com, admin@wlawcorp.com

Kirsten A. Worley on behalf of Creditor GEI Consultants, Inc.
kw@wlawcorp.com, admin@wlawcorp.com

Kinga Wright on behalf of Creditor Quanta Energy Services LLC
kinga.wright@lockelord.com, autodocket@lockelord.com

Antonio Yanez, Jr. on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
ayanez@willkie.com

Cathy Yanni on behalf of Other Prof. Cathy Yanni
cathy@cathyyanni.com, pstrunk@browngreer.com

Andrew Yaphe on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility
andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com

Tacie H. Yoon on behalf of Interested Party Renaissance Reinsurance Ltd.
tyoon@crowell.com

Bennett G. Young on behalf of Creditor Mizuho Bank, Ltd.
byoung@jmbm.com, jb8@jmbm.com

Christopher L. Young on behalf of Interested Party Winding Creek Solar LLC
cyoung@cairncross.com, nspringstroh@cairncross.com

Christopher L. Young on behalf of Plaintiff Allco Renewable Energy Limited
cyoung@cairncross.com, nspringstroh@cairncross.com

Christopher L. Young on behalf of Plaintiff Bear Creek Solar LLC
cyoung@cairncross.com, nspringstroh@cairncross.com

Christopher L. Young on behalf of Plaintiff Foothill Solar LLC
cyoung@cairncross.com, nspringstroh@cairncross.com

Christopher L. Young on behalf of Plaintiff Hollister Solar LLC
cyoung@cairncross.com, nspringstroh@cairncross.com

Christopher L. Young on behalf of Plaintiff Kettleman Solar LLC
cyoung@cairncross.com, nspringstroh@cairncross.com

Christopher L. Young on behalf of Plaintiff Vintner Solar LLC
cyoung@cairncross.com, nspringstroh@cairncross.com

Christopher L. Young on behalf of Plaintiff Winding Creek Solar LLC
cyoung@cairncross.com, nspringstroh@cairncross.com

Nicole M. Zeiss on behalf of Interested Party Public Employees Retirement Association of New Mexico
nzeiss@labaton.com

Paul H. Zumbro on behalf of Debtor PG&E Corporation
mao@cravath.com

Brittany Zummer on behalf of Creditor Mirna Trettevik
bzummer@theadlerfirm.com, nfournier@theadlerfirm.com

Dario de Ghetaldi on behalf of Creditor Fire Victim Creditors
deg@coreylaw.com, lf@coreylaw.com

**19-30088 Notice will not be electronically mailed to:**

William B. Abrams
1519 Branch Owl Pl.
Santa Rosa, CA 95409

Carolyn Acosta
11163 W. Carriage Hill Ct.
Nampa, ID 83686

William L. Adams on behalf of Interested Party Cazadero Community Services District
Merrill, Arnone & Jones, LLP
3554 Round Barn Blvd., #303
Santa Rosa, CA 95403

E. Elliot Adler on behalf of Creditor Mirna Trettevik
Adler Law Group, APLC
402 W. Broadway, #860
San Diego, CA 92101

Max Africk on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Arocles Aguilar on behalf of Creditor California Public Utilities Commision
California Public Utilities Commission
505 Van Ness Ave.
San Francisco, CA 94102

Arocles Aguilar on behalf of Creditor California Public Utilities Commission
California Public Utilities Commission
505 Van Ness Ave.
San Francisco, CA 94102

Robert Albery

Associate General Counsel
Jacobs Engineering
9191 South Jamaica St.
Englewood, CO 80112

Mary E. Alexander on behalf of Interested Party Plaintiffs Executive Committee
Mary Alexander & Associates, P.C.
44 Montgomery St., #1303
San Francisco, CA 94104

Mary E. Alexander on behalf of Interested Party Plaintiffs Executive Committee appointed by the
Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631
and related cases
Mary Alexander & Associates, P.C.
44 Montgomery St., #1303
San Francisco, CA 94104

Mark A. Angelov on behalf of Interested Party BOKF, NA
Arent Fox LLP
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019

Yelena Archiyan on behalf of Creditor Transwestern Pipeline Company, LLC
Akerman LLP
2001 Ross Ave., #3600
Dallas, TX 75201

Paul S. Aronzon on behalf of Creditor Committee Official Committee Of Unsecured Creditors
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067

Paul S. Aronzon on behalf of Interested Party Official Committee Of Unsecured Creditors
Milbank LLP
2029 Century Park East, 33rd Fl
Los Angeles, CA 90067

Avenue Strategic Opportunities Fund, LP
Attn: David Leinwand
11 West 42nd Street 9th Floor
New York, NY 10036

Axiom Advisors
,

Khaldoun A. Baghdadi on behalf of Interested Party Individual Plaintiffs Executive Committee
Appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination
Proceeding Number 4955, Pursuant to the terms of the
Walkup, Melodia, Kelly and Schoenberger

650 California St. 26th Fl.
San Francisco, CA 94108

Todd M. Bailey on behalf of Interested Party California Franchise Tax Board
California Franchise Tax Board
P.O.Box 1720, M.S. A-260
Rancho Cordova, CA 95741-1720

Mark I. Bane on behalf of Interested Party The Baupost Group, L.L.C.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Michael J. Barrie on behalf of Creditor ACRT, Inc.
Benesch, Friedlander, Coplan et LLP
222 Delaware Ave., #801
Wilmington, DE 19801

Bryan E. Bates on behalf of Creditor Southwire Company, LLC
Parker, Hudson, Rainer & Dobbs, LLP
303 Peachtree Street, Suite 3600
Atlanta, GA 30308

Robert Bean BSN, PHN, RN
5049 Russell Drive
Paradise, CA 95969

Xavier Becerra on behalf of Interested Party California Department of Toxic Substances Control
Office of the Attorney General
1515 Clay St., 20th Fl.
P.O. Box 70550
Oakland, CA 94612-0550

Xavier Becerra on behalf of Interested Party California Department of Water Resources
Office of the Attorney General
1515 Clay St., 20th Fl.
P.O. Box 70550
Oakland, CA 94612-0550

Carolynn K. Beck on behalf of Plaintiff Chico Rent-A-Fence
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Carolynn K. Beck on behalf of Plaintiff Gabriella's Eatery
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Carolynn K. Beck on behalf of Plaintiff Ponderosa Pest & Weed Control
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Carolynn K. Beck on behalf of Plaintiff David Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Carolynn K. Beck on behalf of Plaintiff Estefania Miranda
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Carolynn K. Beck on behalf of Plaintiff Gabriell Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Carolynn K. Beck on behalf of Plaintiff Jedidiah Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Carolynn K. Beck on behalf of Plaintiff Julia Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Christopher R. Belmonte on behalf of Interested Party International Business Machines Corp.
Satterlee Stephens LLP
230 Park Ave.
New York, NY 10169

Steven M. Berki on behalf of Creditor Fire Victim Creditors
Corey, Luzaich, De Ghetaldi & Riddle LLP
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669

Berman and Todderud LLP
,

Joshua B. Bevitz on behalf of Creditor Exponent, Inc.
Newmeyer & Dillion LLP
1333 N. California Blvd. #600
Walnut Creek, CA 94596

Martin J. Bienenstock on behalf of Interested Party Ad Hoc Group of Institutional Bondholders of
Pacific Gas and Electric Co.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

Martin J. Bienenstock on behalf of Interested Party Ad Hoc Group of Institutional Par Bondholders of
Pacific Gas and Electric Co.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

Philip Blanchard, Jr. on behalf of Creditor ARB, Inc.
Rutan & Tucker, LLP
611 Anton Blvd., #1400
Costa Mesa, CA 92626-1931

Todd Blischke on behalf of Creditor Ballard Marine Construction, Inc.
Williams Kastner
601 Union St., #4100
Seattle, WA 98101

Abigail D. Blodgett on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed
by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding
Number 4955, Pursuant to the terms of the
Cochett, Pitre & McCarthy, LLP
San Francisco Airport Office Center
840 Malcolm Rd., Suite 200
Burlingame, CA 94010

Kimberly Blowney
36816 Hilview Road
Hinkley, CA 92347

Carolyn Bolin
36310 Lenwood Road
Hinkley, CA 92347

William Bolin
36310 Lenwood Road
Hinkley, CA 92347

Pamela A. Bosswick on behalf of Interested Party International Business Machines Corp.
Abigail Snow
Satterlee Stephens LLP
230 Park Ave.
New York, NY 10169

Kevin Bostel on behalf of Debtor PG&E Corporation

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Kevin Bostel on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

David H. Botter on behalf of Creditor Ad Hoc Committee of Senior Unsecured Creditors of Pacific Gas
and Electric Company
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Francis A. Bottini, Jr. on behalf of Interested Party Rick Bowlinger
Bottini & Bottini, Inc.
7817 Ivanhoe Ave. #102
La Jolla, CA 92037

Bradford Capital Management, LLC
1051 Bloomfield Avenue, Suite 10
Clifton, NJ 07012

Thomas J. Brandi on behalf of Creditor Debra Grassgreen
Law Offices of Thomas J. Brandi
345 Pine St. 3rd Fl
San Francisco, CA 94104

Alan R. Brayton on behalf of Interested Party Everett Waining, Jr.
Law Offices of Brayton and Purcell
222 Rush Landing Rd.
Novato, CA 94945

Allan S. Brilliant on behalf of Interested Party State Farm Mutual Automobile Insurance Company
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036

Lynette Brown
P.O. Box 344
Hinkley, CA 92347

Matthew C. Brown on behalf of Interested Party San Diego Gas & Electric Company
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352

Matthew C. Brown on behalf of Interested Party San Diego Gas and Electric Co.
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352

Matthew C. Brown on behalf of Interested Party Sempra Energy
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352

Matthew C. Brown on behalf of Interested Party Southern California Gas Company
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352

Ronald Brown
42750 Orchard Rd.
Hinkley, CA 92347

Sandra L. Brown
42750 Orchard Rd.
Hinkley, CA 92347

Beth M. Brownstein on behalf of Interested Party BOKF, NA
Arent Fox LLP
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019

Beth M. Brownstein on behalf of Interested Party Bank of Oklahoma Financial
Arent Fox LLP
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019

Bob B. Bruner on behalf of Creditor MRC Global (US) Inc.
Norton Rose Fulbright US LLP
1301 McKinney #5100
Houston, TX 77010-3095

Bob B. Bruner on behalf of Interested Party MRC Global (US) Inc.
Norton Rose Fulbright US LLP
1301 McKinney #5100
Houston, TX 77010

Robert Bryson on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the

Robins Cloud LLP
808 Wilshire Boulevard, #450
Santa Monica, CA 90401

Frank Busch on behalf of Interested Party Public Employees Retirement Association of New Mexico
Wagstaffe, Von Loewenfeldt, Busch &
Radwick , LLP
100 Pine St., #725
San Francisco, CA 94111

Michael G. Busenkell on behalf of Interested Party Itron, Inc.
Morris, Nichols, Arsht and Tunnell
1201 N Market St.
P.O. Box 1347
Wilmington, DE 19899-1347

CHYF, Ltd
427 Bedford Rd
#230
Pleasantville, NY 10570

Sam V Cabrera
P.O. Box HD
Barstow, CA 92312

California Power Exchange Corporation
,

William C. Callaham on behalf of Creditor Molin-Wilcoxen Camp Fire Victims Group
Wilcoxen Callaham, LLP
2114 K St.
Sacramento, CA 95816

Timothy G. Cameron on behalf of Debtor PG&E Corporation
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 8th Ave.
New York, NY 10019

Kevin M. Capuzzi on behalf of Creditor ACRT, Inc.
Benesch, Friedlander, Coplan et LLP
222 Delaware Ave., #801
Wilmington, DE 19801

Kevin M. Capuzzi on behalf of Creditor Infosys Limited
Benesch, Friedlander, Coplan et LLP
222 Delaware Ave., #801
Wilmington, DE 19801

James Carr on behalf of Creditor Tata Consultancy Services
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10078

Augustin Carrera
866 Gina Ct.
Upland, CA 91784

Maritza Carrera
866 Gina Ct.
Upland, CA 91784

Amy Caton on behalf of Interested Party PG&E Holdco Group
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Patricia I. Chen on behalf of Interested Party The Baupost Group, L.L.C.
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Cherokee Debt Acquisition, LLC
Attn: Vladimir Jelisavcic
1325 Avenue of Americas, 28th Fl.
New York, NY 10019

Donald Chewning
463 Wooster Ave Apt D12
San Jose, CA 95116

Kevin Chiu on behalf of Interested Party Marubeni Corporation
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Kevin Chiu on behalf of Interested Party NRG Energy Inc., Clearway Energy, Inc., and Clearway
Energy Group LLC
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Kevin Chiu on behalf of Interested Party TerraForm Power, Inc.
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Kevin Chiu on behalf of Intervenor Clearway Energy Group LLC
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Kevin Chiu on behalf of Intervenor Clearway Energy, Inc.
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Kevin Chiu on behalf of Intervenor MC Shiloh IV Holdings LLC
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Kevin Chiu on behalf of Intervenor NRG Energy, Inc.
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Kevin Chiu on behalf of Intervenor TerraForm Power, Inc.
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Michelle Choi on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims
Gibson, Dunn & Crutcher LLP
333 South Grand Ave.
Los Angeles, CA 90071

Joel A Christinson
P.O. Box 9048
Alta Loma, CA 91701

Steve Christopher
P.O. Box 281
Altaville, CA 95221

Patricia A. Cirucci on behalf of Interested Party Southern California Edison
Southern California Edison Company
2244 Walnut Grove Ave., 3rd Fl.
Rosemead, CA 91770

CitiGroup Financial Products Inc.
388 Greenwich Street
Trading Tower 6th Floo
New York, NY 10013

Brian M. Clarke on behalf of Interested Party Columbus Hill Capital Management, L.P.

Hunton Andrews Kurth LLP
200 Park Ave.
New York, NY 10166

Patrick B. Clayton on behalf of Creditor GER Hospitality, LLC
Law Offices of Francis O. Scarpulla
456 Montgomery St. 17th Fl.
San Francisco, CA 94104

Patrick B. Clayton on behalf of Creditor Richard W. Carpeneti
Law Offices of Francis O. Scarpulla
456 Montgomery St. 17th Fl.
San Francisco, CA 94104

Owen Clements on behalf of Creditor City and County of San Francisco
San Francisco City Attorneys Office
1390 Market Street, 7th Floor
San Francisco, CA 94102

Alicia Clough on behalf of Interested Party California Power Exchange Corporation
Loeb & Loeb LLP
10100 Santa Monica Blvd. #2200
Los Angeles, CA 90067

Cohanzick Management LLC
427 Bedford Rd
#230
Pleasantville, NY 10570

Janine Cohen on behalf of Plaintiff Chico Rent-A-Fence
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Janine Cohen on behalf of Plaintiff Gabriella's Eatery
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Janine Cohen on behalf of Plaintiff Ponderosa Pest & Weed Control
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Janine Cohen on behalf of Plaintiff David Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Janine Cohen on behalf of Plaintiff Estefania Miranda
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Janine Cohen on behalf of Plaintiff Gabriell Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Janine Cohen on behalf of Plaintiff Jedidiah Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Janine Cohen on behalf of Plaintiff Julia Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Marc Cohen on behalf of Interested Party California Power Exchange Corporation
Loeb & Loeb LLP
10100 Santa Monica Blvd. #2200
Los Angeles, CA 90067

Marc S. Cohen on behalf of Interested Party California Power Exchange Corporation
Loeb & Loeb LLP
10100 Santa Monica Blvd., #2200
Los Angeles, CA 90067

Kathryn A. Coleman on behalf of Creditor Hyundai Corporation USA
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Kevin M. Coles on behalf of Creditor Liberty Mutual Insurance Company
Stewart Sokol and Larkin LLC
2300 SW 1st Ave. #200
Portland, OR 97201

Contrarian Funds, LLC
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830

Alison E. Cordova on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed
by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding
Number 4955, Pursuant to the terms of the
Cochett, Pitre & McCarthy, LLP
San Francisco Airport Office Center

840 Malcolm Rd., Suite 200
Burlingame, CA 94010

Corre Horizon Fund, LP
12 East 49th Street, Suite 4003
New York, NY 10017

Corre Opportunities II Master Fund, LP
12 East 49th Street, Suite 4003
New York, NY 10017

Corre Opportunities Qualified Master Fund, LP
12 East 49th Street, Suite 4003
New York, NY 10017

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC
One Federal Street
Boston, MA 02110

Clell Courtney
25595 Ash Rd.
Barstow, CA 92311

Hennie Courtney
25595 Ash Rd.
Barstow, CA 92311

Cowen Special Investments LLC
599 Lexington Avenue, 21st Floor
New York, NY 10022

Adam Cronin
101 Hannaford Ct.
Folsom, CA 95630

Leo T. Crowley on behalf of Creditor BANK OF AMERICA N.A
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

Leo T. Crowley on behalf of Interested Party Wilmington Trust, National Association
31 West 52nd St.
New York, NY 10019

Ivo G. Daniele on behalf of Creditor ERM-West, Inc.
Newmeyer & Dillion LLP
1333 N. California Blvd., #600
Walnut Creek, CA 94596

Michael S. Danko on behalf of Creditor Fire Victim Creditors
O'Reilly, Collins and Danko
2500 Sand Hill Rd. #201
Menlo Park, CA 94025

Development Specialists, Inc.
333 South Grand Ave., Ste. 4100
Los Angeles, CA 90071

Navi Dhillon on behalf of Interested Party NRG Energy Inc., Clearway Energy, Inc., and Clearway
Energy Group LLC
Baker Botts L.L.P.
101 California St., #3600
San Francisco, CA 94111

Navi Dhillon on behalf of Intervenor Clearway Energy Group LLC
Baker Botts L.L.P.
101 California St., #3600
San Francisco, CA 94111

Navi Dhillon on behalf of Intervenor Clearway Energy, Inc.
Baker Botts L.L.P.
101 California St., #3600
San Francisco, CA 94111

Navi Dhillon on behalf of Intervenor MC Shiloh IV Holdings LLC
Baker Botts L.L.P.
101 California St., #3600
San Francisco, CA 94111

Navi Dhillon on behalf of Intervenor NRG Energy, Inc.
Baker Botts L.L.P.
101 California St., #3600
San Francisco, CA 94111

Navi Dhillon on behalf of Intervenor TerraForm Power, Inc.
Baker Botts L.L.P.
101 California St., #3600
San Francisco, CA 94111

Diameter Master Fund LP
,

Ira S. Dizengoff on behalf of Creditor Ad Hoc Committee of Senior Unsecured Creditors of Pacific Gas
and Electric Company
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Neal P. Donnelly on behalf of Creditor California Public Utilities Commision
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Neal P. Donnelly on behalf of Creditor California Public Utilities Commission
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

William J. Dorsey on behalf of Interested Party Lazard Freres & Co. LLC
Katten Muchin Rosenman LLP
525 West Monroe St.
Chicago, IL 60661-3693

Cloudell Douglas
,

Cindy Sue Downing
36670 Lakeview Rd.
Hinkley, CA 92347

Jeffrey A. Dubbin on behalf of Interested Party Public Employees Retirement Association of New
Mexico
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

Thomas A. Dubbs on behalf of Interested Party Public Employees Retirement Association of New
Mexico
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

Dundon Advisers LLC
440 Mamaroneck Ave.
Harrison, NY 10528

Andrew Dykens on behalf of Interested Party BOKF, NA
Arent Fox LLP
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019

James M. Eaneman, Sr.
11672 East Arabian Park Dr.
Scottsdale, AZ 85259

Daniel G. Egan on behalf of Interested Party Elliott Management Corporation
Ropes and Gray LLP

1211 Avenue of the Americas
New York, NY 10036-8704

Epiq Corporate Restructuring, LLC
Attn: PG&E UCC and PG&E TCC
777 Third Ave., 12th Floor
New York, NY 10017

Sander L. Esserman on behalf of Interested Party Public Entities Impacted by the Wildfires
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan St. #2200
Dallas, TX 75201-2689

Gary J. Estenson
,

Fair Harbor Capital, LLC
PO Box 237037
New York, NY 10023

Darwin E. Farrar on behalf of Interested Party The Public Advocates Office at the California Public
Utilities
The Public Advocates Office
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, CA 94102

Shadi Farzan on behalf of Interested Party PG&E Holdco Group
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Fl.
San Francisco, CA 94111-4109

Benjamin D. Feder on behalf of Creditor Kompogas SLO LLC
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10078

Benjamin D. Feder on behalf of Creditor Tata Consultancy Services
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10078

Debra Felder on behalf of Interested Party Arlington Wind Power Project LLC
Orrick, Herrington & Sutcliffe LLP
1152 15th St., NW
Washington, DC 20005

Debra Felder on behalf of Interested Party EDP Renewables North America LLC
Orrick, Herrington & Sutcliffe LLP

1152 15th St., NW
Washington, DC 20005

Debra Felder on behalf of Interested Party Rising Tree Wind Farm II LLC
Orrick, Herrington & Sutcliffe LLP
1152 15th St., NW
Washington, DC 20005

Steven H. Felderstein on behalf of Interested Party California Department of Toxic Substances Control
Felderstein Fitzgerald Willoughby et al
500 Capitol Mall #2250
Sacramento, CA 95814

Steven H. Felderstein on behalf of Interested Party California Department of Water Resources
Felderstein Fitzgerald Willoughby et al
500 Capitol Mall #2250
Sacramento, CA 95814

Jamie J. Fell on behalf of Interested Party Board of PG&E Corporation
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Jamie J. Fell on behalf of Interested Party Board of Pacific Gas and Electric Company
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Jamie J. Fell on behalf of Interested Party Certain Current and Former Independent Directors
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Maximilian A. Ferullo on behalf of Interested Party California Self-Insurers' Security Fund
Nixon Peabody LLP
55 West 46th St.
New York, NY 10036

Tom Findley
36816 Hilview Road
Hinkley, CA 92347

Michael A. Firestein on behalf of Interested Party Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co.
Proskauer Rose LLP
29 Century Park East, #2400
Los Angeles, CA 90067

John Fiske on behalf of Interested Party Public Entities Impacted by the Wildfires

Baron & Budd P.C.
3102 Oak Lawn Avenue #1100
Dallas, TX 75219

Kelly A. Fitch
,

Jeffrey S. Flashman on behalf of Creditor AA/ Acme Locksmiths, Inc.
McGuinness & Associates
3858 Carson St., #301
Torrance, CA 90503

Theresa A. Foudy on behalf of Interested Party Lazard Freres & Co. LLC
Katten Muchin Rosenman LLP
575 Madison Ave.
New York, NY 10022-2585

Aquilla Frederick
20455 Halstead Road
Hinkley, CA 92347

Loren Freeman
,

Leslie A. Freiman, Esq. on behalf of Interested Party EDP Renewables North America LLC
c/o EDP Renewables North America LLC
808 Travis, #700
Houston, TX 77002

Jared R. Friedmann on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153

Vinton Frost
391 Ellis St.
San Francisco, CA 94102

Steven Fruchter on behalf of Interested Party AT&T Corp.
Arnold & Porter Kaye Scholer LLP
250 W 55th St.
New York, NY 10019

Fulcrum Credit Partners LLC
111 Congress Avenue, Suite 2550
Austin, TX 78701-4044

Victorian Gann
,

Gwen Gardner
,

Matthew G. Garofalo on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative Agent
Stroock & Stroock & Lavan LLP
180 Maiden Ln.
New York, NY 10038-4982

Martin Garza
P.O. Box
Hinkley, CA 92347

Andriana Georgallas on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Andriana Georgallas on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Eric Gibbs on behalf of Creditor Fire Victim Creditors
Gibbs Law Group
505 14th St., #1110
Oakland, CA 94612

Erez E. Gilad on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative Agent
Stroock & Stroock & Lavan LLP
180 Maiden Ln.
New York, NY 10038-4982

Jerry Gladstone
364 Singing Brook Circle
Santa Rosa, CA 95409

Amanda C. Glaubach on behalf of Interested Party Compass Lexecon, LLC
Togut, Segal & Segal LLP
One Penn Plaza, #3335
New York, NY 10119

Leah S. Goldberg on behalf of Interested Party East Bay Community Energy Authority
General Counsel
1111 Broadway, 3rd Flr.
Oakland, CA 94607

Leonard P. Goldberger on behalf of Interested Party Allianz Global Corporate & Specialty
Stevens & Lee, P.C.

620 Freedom Business Center, #200
King of Prussia, PA 19406

Richard A. Golden
9437 Wooded Glen Ave.
Burke, VA 22015

Stephanie L. Golden
9437 Wooded Glen Ave.
Burke, VA 22015

Nicholas Goldin on behalf of Interested Party Board of PG&E Corporation
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Nicholas Goldin on behalf of Interested Party Board of Pacific Gas and Electric Company
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Nicholas Goldin on behalf of Interested Party Certain Current and Former Independent Directors
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Ronald L.M. Goldman on behalf of Creditor Majesti Mai Bagorio, etc.
Baum Hedlund Artistei & Goldman, PC
10940 Wilshire Blvd., 17th Fl.
Los Angeles, CA 90024

Stuart J. Goldring on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153

Douglas R. Gooding on behalf of Creditor Liberty Mutual Insurance Company
Choate, Hall and Stewart LLP
Two International Pl.
Boston, MA 02110

Matthew Goren on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Matthew Goren on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue

New York, NY 10153

Debra L. Grassgreen on behalf of Interested Party The Baupost Group, L.L.C.
Pachulski Stang Ziehl & Jones LLP
150 California St., 15th Fl.
San Francisco, CA 94111

Timothy Graulich on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility
Revolving Credit Facility
Davis Polk and Wardwell LLP
450 Lexington Ave.
New York, NY 10017

William R. Greendyke on behalf of Creditor Berry Petroleum Company, LLC
Norton Rose Fulbright US LLP
1301 McKinney #5100
Houston, TX 77010-3095

William R. Greendyke on behalf of Creditor MRC Global (US) Inc.
Norton Rose Fulbright US LLP
1301 McKinney #5100
Houston, TX 77010-3095

William R. Greendyke on behalf of Interested Party MRC Global (US) Inc.
Norton Rose Fulbright US LLP
1301 McKinney #5100
Houston, TX 77010-3095

Robert Grimm
4344 Combs Canyon Rd.
Carson City, NV 89703

Mark S. Grotefeld on behalf of Interested Party Nationwide Entities
Grotefeld Hoffmann
700 Larkspur Landing Circle, #280
Larkspur, CA 94939

James W. Grudus on behalf of Interested Party AT&T Corp.
One AT&T Way, Rm 3A115
Bedminster, NJ 07921

Gary and Jeanne Hagerman
,

Hain Capital Group, LLC
301 Route 17
6th Floor
Rutherford, NJ 07070

Marcus T. Hall on behalf of Creditor Southern Power Company
Troutman Sanders LLP
3 Embarcadero Center, #800
San Francisco, CA 94111

Marcus T. Hall on behalf of Intervenor Southern Power Company
Troutman Sanders LLP
3 Embarcadero Center, #800
San Francisco, CA 94111

Jeremiah F. Hallisey on behalf of Creditor Anita Freeman
Hallisey and Johnson
465 California St., #405
San Francisco, CA 94104

Jeremiah F. Hallisey on behalf of Creditor Fuguan O'Brien
Hallisey and Johnson
465 California St., #405
San Francisco, CA 94104

Jeremiah F. Hallisey on behalf of Creditor Karen Roberds
Hallisey and Johnson
465 California St., #405
San Francisco, CA 94104

Jeremiah F. Hallisey on behalf of Creditor Ming O'Brien
Hallisey and Johnson
465 California St., #405
San Francisco, CA 94104

Jeremiah F. Hallisey on behalf of Creditor William K O'Brien
Hallisey and Johnson
465 California St., #405
San Francisco, CA 94104

Jeremiah F. Hallisey on behalf of Creditor William N Steel
Hallisey and Johnson
465 California St., #405
San Francisco, CA 94104

Daniel E. Halloran
17582 Chaparral Drive
Penn Valley, CA 95946

Gary Halstead
20455 Halstead Road
Hinkley, CA 92347

Norman Halsted

20455 Halstead Road
Hinkley, CA 92347

Christopher J. Harney on behalf of Creditor Turner Construction Company
Seyfarth Shaw LLP
560 Mission St., #3100
San Francisco, CA 94105

Christopher Harris on behalf of Interested Party Crockett Cogeneration
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Christopher Harris on behalf of Interested Party MRP San Joaquin Energy, LLC
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Christopher Harris on behalf of Interested Party Middle River Power, LLC
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Christopher Harris on behalf of Intervenor Crockett Cogeneration
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Christopher Harris on behalf of Intervenor MRP San Joaquin Energy, LLC
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Christopher Harris on behalf of Intervenor Middle River Power, LLC
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Theodore J. Hartl on behalf of Creditor Campos EPC, LLC
Ballard Spahr LLP
1225 17th St., #2300
Denver, CO 80202

Keith Hawes
P.O. Box 376
Hinkley, CA 92347

David A. Herman on behalf of Debtor PG&E Corporation
Cravath, Swaine & Moore LLP

825 Eighth Avenue
New York, NY 10019

David A. Herman on behalf of Debtor Pacific Gas and Electric Company
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019

Brian S. Hermann on behalf of Creditor California Public Utilities Commision
Law Offices of Brian S. Hermann
1285 Avenue of the Americas
New York, NY 10019-6064

Brian S. Hermann on behalf of Creditor California Public Utilities Commission
Law Offices of Brian S. Hermann
1285 Avenue of the Americas
New York, NY 10019-6064

Rosalba Hernandez
18284 Pacific St.
Hesperia, CA 92345

High Five Capital LLC
15 E 67th Street, 6th Floor
New York, NY 10065

Matthew L. Hinker on behalf of Interested Party Governor Gavin Newsom
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

George Hofmann on behalf of Creditor Western Electricity Coordinating Council
Cohne Kinghorn, P.C.
111 East Broadway 11th Fl.
Salt Lake City, UT 84111

Shirley Holcroft
P.O. Box HD
Barstow, CA 92312

Wendy Hopkins
2733 16th st.
Sacramento, CA 95818

Monique B. Howery on behalf of Creditor Lodi Gas Storage, L.L.P.
Reed Smith LLP
10 S. Wacker Dr., 40th Flr.
Chicago, IL 60606

Monique B. Howery on behalf of Creditor Nevada Irrigation District
Reed Smith LLP
10 S. Wacker Dr., 40th Flr.
Chicago, IL 60606

Monique B. Howery on behalf of Creditor Wild Goose, LLC
Reed Smith LLP
10 S. Wacker Dr., 40th Flr.
Chicago, IL 60606

Dylan Hughes on behalf of Creditor Fire Victim Creditors
Gibbs Law Group
505 14th St., #1110
Oakland, CA 94612

Hypower, Inc.
2229 Harbor Bay Parkway
Alameda, CA 94502

International Business Machines Corp
Attn: Marie-Josee Dube
IBM Corporation
275 Viger East
Montreal, QC H2X 3R7
Canada,

Peter A. Ivanick on behalf of Creditor McKinsey & Company, Inc. U.S.
Hogan Lovells US LLP
875 Third
San Francisco, CA 94111

JPMorgan Chase Bank, N.A.
,

Alan J. Jang on behalf of Interested Party Nationwide Entities
Jang & Associates, LLP
1766 Lacassie Ave., #200
Walnut Creek, CA 94596

Darlene Herring Jenkins
P.O. Box 376
Hinkley, CA 92347

Scott E. Jenny on behalf of Interested Party Adam J. McNulty
Jenny & Jenny, LLP
736 Ferry St.
Martinez, CA 94553

Scott E. Jenny on behalf of Interested Party Andrew M. Kleiber

Jenny & Jenny, LLP
736 Ferry St.
Martinez, CA 94553

Scott E. Jenny on behalf of Interested Party John L. Hansen
Jenny & Jenny, LLP
736 Ferry St.
Martinez, CA 94553

Scott E. Jenny on behalf of Interested Party Lucille J. McNulty
Jenny & Jenny, LLP
736 Ferry St.
Martinez, CA 94553

Scott E. Jenny on behalf of Interested Party Mario Oliveros, Jr.
Jenny & Jenny, LLP
736 Ferry St.
Martinez, CA 94553

Scott E. Jenny on behalf of Interested Party Marisa T. Mulladi-Kleiber
Jenny & Jenny, LLP
736 Ferry St.
Martinez, CA 94553

Scott E. Jenny on behalf of Interested Party Phoebe Wong-Oliveros
Jenny & Jenny, LLP
736 Ferry St.
Martinez, CA 94553

Shelby A. Jordan on behalf of Creditor A&J Electric Cable Corporation
Jordan, Holzer & Ortiz, PC
500 N. Shoreline #900
Corpus Christi, TX 78401

Andrew Paul Kangas
15 Boardman Pl. 2nd Fl.
San Francisco, CA 94103

Stephen Karotkin on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Stephen Karotkin on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Thomas G. Kelch on behalf of Creditor County of San Luis Obispo

Lamb & Kawakami LLP
333 South Grand Ave., #4200
Los Angeles, CA 90071

Michael A. Kelly on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed by
the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding
Number 4955, Pursuant to the terms of the
Walkup, Melodia, Kelly and Schoenberger
650 California St. 26th Fl.
San Francisco, CA 94108

Mimi Kennedy
6535 Langdon Ave.
Van Nuys, CA 91406

Kern County Taxpayers Association
1401 19th St., #200
Bakersfield, CA 93301

Justin A. Kesselman on behalf of Interested Party BOKF, NA
Arent Fox LLP
800 Boylston St., 32nd Fl.
Boston, MA 02199

Aurang Zaib Khan
1969 East Cooley Ave
San Bernardino, CA 92408

Yvonne Kirkpatrick
23394 Alcudia Road
Hinkley, CA 92347

Kenneth N. Klee on behalf of Interested Party NextEra Energy Inc., et al.
Klee, Tuchin, Bogdanoff and Stern
1999 Avenue of the Stars, 39th Fl.
Los Angeles, CA 90067

Kenneth N. Klee on behalf of Interested Party NextEra Energy Inc., et al.
Klee, Tuchin, Bogdanoff and Stern
1999 Avenue of the Stars, 39th Flr.
Los Angeles, CA 90067

Kenneth N. Klee on behalf of Intervenor NextEra Energy, Inc.
Klee, Tuchin, Bogdanoff and Stern
1999 Avenue of the Stars, 39th Fl.
Los Angeles, CA 90067

Banjamin M. Kleinman on behalf of Creditor Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast, Inc.
and affiliates

Kilpatrick Townsend & Stockton LLP
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111

Marilyn S. Klinger on behalf of Creditor XL Specialty Insurance Company
SMTD Law LLP
355 S. Grand Ave., #2450
Los Angeles, CA 90071

Bernard J Kornberg on behalf of Interested Party HDI Global Specialty SE
Law Offices of Severson and Werson
1 Embarcadero Center #2600
San Francisco, CA 94111

Bernard J Kornberg on behalf of Interested Party Liberty Specialty Markets
Law Offices of Severson and Werson
1 Embarcadero Center #2600
San Francisco, CA 94111

Kevin Kramer on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Kevin Kramer on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Andreas Krebs
San Francisco, CA

Brendan M. Kunkle on behalf of Creditor Fire Victim Creditors
Abbey, Weitzenberg, Hoffman, Warren etal
100 Stony Point Rd., #200
Santa Rosa, CA 95401

David H. Kwasniewski on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of
Pacific Gas and Electric Company
BraunHagey & Borden LLP
351 California St., 10th Fl.
San Francisco, CA 94104

Robert J. Labate on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY
Holland & Knight LLP
50 California St., #2800
San Francisco, CA 94111

Robert J. Labate on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS,

Holland & Knight LLP
50 California St., #2800
San Francisco, CA 94111

Robert J. Labate on behalf of Interested Party DEUTSCHE BANK NATIONAL TRUST COMPANY
Holland & Knight LLP
50 California St., #2800
San Francisco, CA 94111

Kathy Labriola
1307 University Ave.
Berkeley, CA 94702

Daniel Laguardia on behalf of Interested Party Agua Caliente Solar, LLC
Shearman & Sterling LLP
535 Mission St., 25th Fl.
San Francisco, CA 94105

Daniel Laguardia on behalf of Interested Party MC Shiloh IV Holdings LLC
Shearman & Sterling LLP
535 Mission St., 25th Fl.
San Francisco, CA 94105

Daniel Laguardia on behalf of Interested Party NRG Energy Inc., Clearway Energy, Inc., and Clearway
Energy Group LLC
Shearman & Sterling LLP
535 Mission St., 25th Fl.
San Francisco, CA 94105

Daniel Laguardia on behalf of Interested Party Solar Partners II LLC
Shearman & Sterling LLP
535 Mission St., 25th Fl.
San Francisco, CA 94105

Daniel Laguardia on behalf of Interested Party Solar Partners VIII LLC
Shearman & Sterling LLP
535 Mission St., 25th Fl.
San Francisco, CA 94105

Daniel Laguardia on behalf of Interested Party TerraForm Power, Inc.
Shearman & Sterling LLP
535 Mission St., 25th Fl.
San Francisco, CA 94105

Kevin J. Lamb on behalf of Creditor County of San Luis Obispo
Lamb & Kawakami LLP
333 South Grand Ave., #4200
Los Angeles, CA 90071

Donald A. Larkin on behalf of Interested Party City of Morgan Hill
City of Morgan Hill
17575 Peak Ave.
Morgan Hill, CA 96037-4128

Thomas E. Lauria on behalf of Interested Party San Diego Gas & Electric Company
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352

Thomas E. Lauria on behalf of Interested Party San Diego Gas and Electric Co.
Law Offices of White and Case
Southeast Financial Center
200 South Biscayne Blvd. #4900
Miami, FL 33131-2352

Thomas E. Lauria on behalf of Interested Party Sempra Energy
Law Offices of White and Case
Southeast Financial Center
200 South Biscayne Blvd. #4900
Miami, FL 33131-2352

Thomas E. Lauria on behalf of Interested Party Sempra Energy
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352

Thomas E. Lauria on behalf of Interested Party Southern California Gas Company
Law Offices of White and Case
Southeast Financial Center
200 South Biscayne Blvd. #4900
Miami, FL 33131-2352

Thomas E. Lauria on behalf of Interested Party Southern California Gas Company
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352

Lazard Freres & Co.
Lazard Freres & Co. LLC
30 Rockefeller Plaza, 48th Fl.
New York, NY 10020

Donna Learmont
37241 Sycamore Street
Hiinkley, CA 92347

John Lemon on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors
Singleton Law Firm, APC
450 A St., 5th Fl.
San Diego, CA 92101

John Lemon on behalf of Creditor SLF Fire Victim Claimants
Singleton Law Firm, APC
450 A St., 5th Fl.
San Diego, CA 92101

Andrew Levine on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific
Gas and Electric Company
BraunHagey & Borden LLP
351 California St., 10th Fl.
San Francisco, CA 94104

Howard M. Levine on behalf of Interested Party Wilson Construction Company
Law Offices of Sussman and Shank
1000 SW Broadway #1400
Portland, OR 97205

Kim Martin Lewis on behalf of Interested Party G4S Secure Integration LLC
Law Offices of Dinsmore and Shohl
1900 Chemed Center
255 E 5th St.
Cincinnati, OH 45202

Kim Martin Lewis on behalf of Interested Party G4S Secure Solutions (USA) Inc.
Law Offices of Dinsmore and Shohl
1900 Chemed Center
255 E 5th St.
Cincinnati, OH 45202

Lincoln Partners Advisors LLC
500 West Madison St., Ste. 3900
Chicago, IL

Jessica Liou on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Jessica Liou on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Brian Lohan on behalf of Interested Party AT&T Corp.

Arnold & Porter Kaye Scholer LLP
250 W 55th St.
New York, NY 10019

Melissa Davis Lowe on behalf of Interested Party Cushman & Wakefield, Inc.
Shulman Hodges & Bastian LLP
100 Spectrum Center Dr., #600
Irvine, CA 92618

Jeffrey H. Lowenthal on behalf of Creditor Tanforan Industrial Park, LLC
Steyer, Lowenthal, Boodrookas et al
235 Pine St., 15th Fl.
San Francisco, CA 94104

Lauren Macksoud on behalf of Interested Party Capital Power Corporation
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Lauren Macksoud on behalf of Interested Party Halkirk I Wind Project LP
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Mammoth One LLC
4 Embarcadero Center
17 Floor
Attn: Michael Lauter, Esq,
San Francisco, CA 94111

Mammoth Three, LLC
4 Embarcadero Center
17th Floor
San Francisco, CA 94111

Steven Micheal Manley
2254 Ordihance Rd.
Santa Rosa, CA 95403

Paul Mantor
,

Sumble Manzoor on behalf of Creditor Fire Victim Creditors
Corey, Luzaich, De Ghetaldi & Riddle LLP
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669

Jonathan D. Marshall on behalf of Creditor Liberty Mutual Insurance Company

Choate, Hall & Stewart LLP
Two International Pl.
Boston, MA 02110

Nicholas A. Marten on behalf of Interested Party BOKF, NA
Arent Fox LLP
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019

Juliana Martinez
36633 Hidden River Rd
Hinkley, CA 92347

Manuel Martinez
36633 Hidden River Rd
Hinkley, CA 92347

Colleen Mast
P.O. Box 12734
Oakland, CA 94604

Candace Matthiesen
36709 Hidden River Road
Hinkley, CA 92347

Charles Matthiesen
3771 Hidden River Road
Hinkley, CA 92347

David Matthiesen
36709 Hidden River Road
Hinkley, CA 92347

Matsue Matthiesen
3771 Hidden River Road
Hinkley, CA 92347

Eric May
Senior Deputy County Counsel
County of Yolo
625 Ct. St., #201
Woodland, CA 95695

David Mayo on behalf of Interested Party BOKF, NA
Arent Fox LLP
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019

John McCusker

Bank of America Tower
Mail code NY1-100-21-01
One Bryant Park
New York, NY 10036

John McCusker on behalf of Creditor BANK OF AMERICA N.A
Bank of America Tower
Mail code: NY1-100-21-01
One Bryant Park
New York, NY 10036

Matthew L. McGinnis on behalf of Interested Party Elliott Management Corporation
Ropes and Gray LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600

Lorraine McGowen on behalf of Interested Party Arlington Wind Power Project LLC
Orrick, Herrington & Sutcliffe LLP
51 West 52nd St.
New York, NY 10019

Lorraine McGowen on behalf of Interested Party EDP Renewables North America LLC
Orrick, Herrington & Sutcliffe LLP
51 West 52nd St.
New York, NY 10019

Lorraine McGowen on behalf of Interested Party Rising Tree Wind Farm II LLC
Orrick, Herrington & Sutcliffe LLP
51 West 52nd St.
New York, NY 10019

Joseph G. McGuinness on behalf of Creditor AA/ Acme Locksmiths, Inc.
McGuinness & Associates
3858 Carson St., #301
Torrance, CA 90503

Mark McKane on behalf of Interested Party Calpine Corporation
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104

Mark McKane on behalf of Intervenor Calpine Corporation
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104

Kathrine A. McLendon on behalf of Interested Party Board of PG&E Corporation
Simpson, Thacher and Bartlett

425 Lexington Ave.
New York, NY 10017

Kathrine A. McLendon on behalf of Interested Party Board of Pacific Gas and Electric Company
Simpson, Thacher and Bartlett
425 Lexington Ave.
New York, NY 10017

Kathrine A. McLendon on behalf of Interested Party Certain Current and Former Independent Directors
Simpson, Thacher and Bartlett
425 Lexington Ave.
New York, NY 10017

Jason C. Meek
,

Kristine K. Meredith on behalf of Creditor Fire Victim Creditors
Danko Meredith
333 Twin Dolphin Dr., #145
Redwood Shores, CA 94065

James Mesterharm
Alix Partners
909 3rd Ave., 30th Fl.
New York, NY 10022

Robert Miller
37241 Sycamore Street
Hinkley, CA 92347

Shawn R. Miller on behalf of Creditor Fire Victim Creditors
Danko Meredith
333 Twin Dolphin Dr., #145
Redwood Shores, CA 94065

Sherry J. Millman on behalf of Creditor Mizuho Bank, Ltd.
Stroock & Stroock & Lavan LLP
180 Maiden Ln.
New York, NY 10038-4982

John W. Mills, III on behalf of Creditor BrightView Enterprise Solutions, LLC
Taylor English Duma LLP
1600 Parkwood Circle, #200
Atlanta, GA 30339

John W. Mills, III on behalf of Creditor BrightView Landscape Services, Inc.
Taylor English Duma LLP
1600 Parkwood Circle, #200
Atlanta, GA 30339

John W. Mills, III on behalf of Creditor Granite Construction Company
Taylor English Duma LLP
1600 Parkwood Circle, #200
Atlanta, GA 30339

John W. Mills, III on behalf of Creditor Granite Construction Incorporated
Taylor English Duma LLP
1600 Parkwood Circle, #200
Atlanta, GA 30339

Karen Norene Mills on behalf of Interested Party California Farm Bureau Federation
California Farm Bureau Federation
2300 River Plaza Dr.
Sacramento, CA 95833

Mark A. Minich
Assistant General Counsel
Kinder Morgan, Inc.
Two North Nevada
Colorado Springs, CO 80903

Mark A. Minich on behalf of Creditor Ruby Pipeline, L. L. C
Assistant General Counsel
Kinder Morgan, Inc.
Two North Nevada
Colorado Springs, CO 80903

Douglas Mintz on behalf of Creditor Centerbridge Partners, L.P.
Orrick, Herrington & Sutcliffe LLP
1152 15th St., NW
Washington, DC 20005-1706

Mission Constructors
2235 Palou Ave.
San Francisco, CA 94124

John E. Mitchell on behalf of Creditor Transwestern Pipeline Company, LLC
Law Offices of Vinson and Elkins
3700 Trammell Crow Center
2001 Ross Ave.
Dallas, TX 75201-2975

Sean A. Mitchell on behalf of Creditor California Public Utilities Commision
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Sean A. Mitchell on behalf of Creditor California Public Utilities Commission

Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Stephen Moeller-Sally on behalf of Interested Party Elliott Management Corporation
Ropes and Gray LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600

Richard J. Molin on behalf of Creditor Molin-Wilcoxen Camp Fire Victims Group
Stewart, Humpherys, Burchett and Molin
P.O. Box 720
Chico, CA 95927

Joy Montgomery
,

Bill Moore
1617 Loma Verde Dr.
El Dorado Hills, CA 95762

Dean Morehous on behalf of Intervenor Consolidated Edison Development, Inc.
Troutman Sanders LLP
580 California St., #1100
San Francisco, CA 94104

Morrison and Foerster LLP
Joshua Hill, Jr.
Christine Y. Wong
425 Market St.
San Francisco, CA 94105

Julia A. Mosel on behalf of Interested Party Southern California Edison
Southern California Edison Company
2244 Walnut Grove Ave., 3rd Fl.
Rosemead, CA 91770

Alan Moskowitz on behalf of Intervenor Topaz Solar Farms LLC
Gibson, Dunn and Crutcher LLP
333 S Grand Ave.
Los Angeles, CA 90071-3197

Alan A. Moskowitz on behalf of Creditor Topaz Solar Farms LLC
Gibson, Dunn and Crutcher LLP
200 Park Ave.
New York, NY 10166-0193

Brendan V. Mullan on behalf of Interested Party Renaissance Reinsurance Ltd.

Crowell & Moring LLP
Three Embarcadero Center, 26th Fl.
San Francisco, CA 94111

Jessica R. Mullan on behalf of Creditor Sonoma Clean Power Authority
General Counsel
Sonoma Clean Power Authority
50 Santa Rosa Ave., 5th Fl.
San Rosa, CA 95494

Jessica R. Mullan on behalf of Creditor Sonoma Clean Power Authority
Sonoma Clean Power Authority
50 Santa Rosa Ave., #5th Fl.
Santa Rosa, CA 95494

Omid H. Nasab on behalf of Debtor PG&E Corporation
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Omid H. Nasab on behalf of Debtor Pacific Gas and Electric Company
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019

Mia Nash
10536 Banner Lava Cap Road
Nevada City, CA 95959

Herbert Nethery
23394 Alcudia Road
Hinkley, CA 92347

Ken Nitao
244 S. Curtis Ave
Alhambra, CA 91801

John Nolan on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

John Nolan on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Sally Noma on behalf of Interested Party Nationwide Entities
Jang & Associates, LLP

1766 Lacassie Ave., #200
Walnut Creek, CA 94596

Maura Walsh Ochoa on behalf of Interested Party Nationwide Entities
Grotefeld Hoffmann
700 Larkspur Landing Circle, #280
Larkspur, CA 94939

Amy M. Oden on behalf of Interested Party Compass Lexecon, LLC
Togut, Segal & Segal LLP
One Penn Plaza, #3335
New York, NY 10119

Office of Unemployment Compensation Tax Services
Department of Labor and Industry
Commonwealth of Pennsylvania
Collections Support Unit
651 Boas St., Room 702
Harrisburg, PA 17121

Gabriel L. Olivera on behalf of Interested Party Public Employees Retirement Association of New
Mexico
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Harold A. Olsen on behalf of Creditor Mizuho Bank, Ltd.
Stroock & Stroock & Lavan LLP
180 Maiden Ln.
New York, NY 10038-4982

Olympus Peak Master Fund LP
c/o Leah Silverman
745 5th Ave., #1604
New York, NY 10151

Saray Ordaz
1042 E Sandison St. Apt No. 1
Wilmington, CA 90744

Jose Ornelas
18284 Pacific St.
Hesperia, CA 92345

Kevin J. Orsini on behalf of Debtor PG&E Corporation
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Kevin J. Orsini on behalf of Debtor Pacific Gas and Electric Company
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019

Antonio Ortiz on behalf of Creditor A&J Electric Cable Corporation
Jordan, Holzer & Ortiz, PC
500 N. Shoreline #900
Corpus Christi, TX 78401

Kyle J. Ortiz on behalf of Interested Party Compass Lexecon, LLC
Togut, Segal & Segal LLP
One Penn Plaza, #3335
New York, NY 10119

Samuel S. Ory on behalf of Interested Party BOKF, NA
Frederic Dorwart, Lawyers PLLC
124 E 4th St.
Tulsa, OK 74103-5010

Owen Clements, Esq
San Francisco City Attorney's Office
1390 Market St., 7th Flr.
San Francisco, CA 94102

Owl Creek Investments I, LLC
640 5th Ave.
New York, NY 10019

Gabriel Ozel
,

Isaac M. Pachulski on behalf of Interested Party The Baupost Group, L.L.C.
Pachulski Stang Ziehl & Jones
150 California Street, 15th Floor
San Francisco, CA 94111

Isaac M. Pachulski on behalf of Interested Party The Baupost Group, L.L.C.
Stutman, Treister and Glatt
1901 Avenue of the Stars 12th Fl.
Los Angeles, CA 90067

Michael S. Palmieri on behalf of Interested Party The Baupost Group, L.L.C.
Friedman Kaplan Seiler Adelman LLP
7 Times Sq.
New York, NY 10036

Nick Panchev
25633 Anderson Ave.

Barstow, CA 91311

Pandora Select Partners, LP
,

Brian Panish on behalf of Creditor Fire Victim Creditors
Panish Shea & Boyle LLP
11111 Santa Monica Blvd., #700
Los Angeles, CA 90025

Teresa Paris
3132 M L King, Jr Way, #309
Berkeley, CA 94703

Andrew M. Parlen on behalf of Interested Party Crockett Cogeneration
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Andrew M. Parlen on behalf of Interested Party Dynegy Marketing and Trade, LLC
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Andrew M. Parlen on behalf of Interested Party MRP San Joaquin Energy, LLC
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Andrew M. Parlen on behalf of Interested Party Middle River Power, LLC
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Andrew M. Parlen on behalf of Intervenor Crockett Cogeneration
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Andrew M. Parlen on behalf of Intervenor MRP San Joaquin Energy, LLC
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Andrew M. Parlen on behalf of Intervenor Middle River Power, LLC
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Joshua Pearson on behalf of Intervenor EDF Renewables, Inc.
EDF Renewables, Inc.
15445 Innovation Dr.
San Diego, CA 92128

Richard C. Pedone on behalf of Interested Party California Self-Insurers' Security Fund
Nixon Peabody LLP
Exchange Place
53 State St.
Boston, MA 02109

Charles S. Penner on behalf of Counter-Claimant AECOM Technical Services, Inc.
Carney Badley Spellman PS
701 5th Ave., #3600
Seattle, WA 98104-5017

Charles S. Penner on behalf of Defendant AECOM Technical Services, Inc.
Carney Badley Spellman PS
701 5th Ave., #3600
Seattle, WA 98104-5017

Mosby Perrow
Vice President & Deputy General Counsel
Kinder Morgan, Inc.
1001 Louisiana. #1000
Houston, TX 77002

Mosby Perrow on behalf of Creditor Ruby Pipeline, L. L. C
Vice President & Deputy General Counsel
Kinder Morgan, Inc.
1001 Louisana #1000
Houston, TX 77002

Waylon J. Pickett on behalf of Interested Party Nationwide Entities
Grotefeld Hoffmann
700 Larkspur Landing Circle, #280
Larkspur, CA 94939

John M. Pierce on behalf of Plaintiff Chico Rent-A-Fence
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

John M. Pierce on behalf of Plaintiff Gabriella's Eatery
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

John M. Pierce on behalf of Plaintiff Ponderosa Pest & Weed Control

Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

John M. Pierce on behalf of Plaintiff David Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

John M. Pierce on behalf of Plaintiff Estefania Miranda
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

John M. Pierce on behalf of Plaintiff Gabriell Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

John M. Pierce on behalf of Plaintiff Jedidiah Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

John M. Pierce on behalf of Plaintiff Julia Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Oscar N. Pinkas
1221 Avenue of the Americas
New York, NY 10020-1089

Oscar N. Pinkas on behalf of Interested Party Capital Power Corporation
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Oscar N. Pinkas on behalf of Interested Party Halkirk I Wind Project LP
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Frank Pitre on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed by the
California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding
Number 4955, Pursuant to the terms of the
Cochett, Pitre & McCarthy, LLP
San Francisco Airport Office Center
840 Malcolm Rd., Suite 200

Burlingame, CA 94010

Frank M. Pitre on behalf of Creditor Fire Victim Creditors
Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center
840 Malcolm Rd., #200
Burlingame, CA 94010

Sasha Poe
,

Corey M. Pollak on behalf of Creditor Hoem and Associates, Inc.
Pollak Law, LLP
700 El Camino Real, #201
Millbrae, CA 94030

James Potter on behalf of Interested Party California Department of Toxic Substances Control
Office of the Attorney General
1515 Clay St., 20th Fl.
P.O. Box 70550
Oakland, CA 94612-0550

James Potter on behalf of Interested Party California Department of Water Resources
Office of the Attorney General
1515 Clay St., 20th Fl.
P.O. Box 70550
Oakland, CA 94612-0550

Constantine D. Pourakis on behalf of Interested Party Allianz Global Corporate & Specialty
Stevens & Lee, P.C.
485 Madison Ave., 20th Fl.
New York, NY 10022

David M. Powlen on behalf of Interested Party Energy Systems Group, LLC
Barnes and Thornburg LLP
1000 N. West St., #1500
Wilmington, DE 19801

David M. Powlen on behalf of Interested Party Miller Pipeline, LLC
Barnes and Thornburg LLP
1000 N. West St., #1500
Wilmington, DE 19801

Patricia Williams Prewitt on behalf of Creditor Ruby Pipeline, L. L. C
Law Offices of Patricia Williams Prewitt
10953 Vista Lake Ct.
Navasota, TX 77868

PricewaterhouseCoopers LLP

,

Prime Clerk LLC
830 Third Avenue
3rd Floor
New York, NY 10017

Primeshares
261 Fifth Ave. 22nd floor
New York, NY 10016

Amy C. Quartarolo on behalf of Interested Party Crockett Cogeneration
Law Offices of Latham and Watkins
355 S Grand Ave., #100
Los Angeles, CA 90071-1560

Amy C. Quartarolo on behalf of Interested Party MRP San Joaquin Energy, LLC
Law Offices of Latham and Watkins
355 S Grand Ave., #100
Los Angeles, CA 90071-1560

Amy C. Quartarolo on behalf of Interested Party Middle River Power, LLC
Law Offices of Latham and Watkins
355 S Grand Ave., #100
Los Angeles, CA 90071-1560

R.E.Y Engineers Inc.
,

RailPros Field Services, Inc.
c/o Stuart P. Hall
1705 West Northwest Hwy., #150
Grapeview, TX 76051

John Ramirez
38006 Pueblo Road
Hinkley, CA 92347

Marta Ramirez
38006 Pueblo Road
Hinkley, CA 92347

John J. Rapisardi on behalf of Interested Party Department of Finance for the State of California
O'Melveny & Myers LLP
7 Times Sq.
New York, NY 10036

John J. Rapisardi on behalf of Interested Party Governor Gavin Newsom
O'Melveny & Myers LLP

7 Times Sq.
New York, NY 10036

Jordana L. Renert on behalf of Interested Party BOKF, NA
Arent Fox LLP
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019

John T. Richards on behalf of Interested Party Jacob Bindernagel, et al
Richards Law Firm
101 W. Broadway, #1950
San Diego, CA 92101

Amanda L. Riddle on behalf of Creditor Fire Victim Creditors
Corey, Luzaich, De Ghetaldi & Riddle LLP
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669

Adolfo Riebeling
4600 Jerry Ave
Baldvin Park, CA 91706

Marina Riebeling
4600 Jerry Ave
Baldvin Park, CA 91706

Walter R. Rieman on behalf of Creditor California Public Utilities Commision
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Walter R. Rieman on behalf of Creditor California Public Utilities Commission
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

David Riley on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors
DLA Piper LLP
2000 Ave. of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704

RiverPark Strategic Income Fund
RiverPark Advisors LLC
156 W 56th Street
Suite 1704
New York, NY 10019

Christy Rivera on behalf of Interested Party NextEra Energy Inc., et al.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

Christy Rivera on behalf of Intervenor NextEra Energy, Inc.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

Road Safety, Inc.
4335 Pacific St., Ste. A
Rocklin, CA 95677

Ian E. Roberts on behalf of Interested Party NRG Energy Inc., Clearway Energy, Inc., and Clearway
Energy Group LLC
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Ian E. Roberts on behalf of Intervenor Clearway Energy Group LLC
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Ian E. Roberts on behalf of Intervenor Clearway Energy, Inc.
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Ian E. Roberts on behalf of Intervenor MC Shiloh IV Holdings LLC
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Ian E. Roberts on behalf of Intervenor NRG Energy, Inc.
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Ian E. Roberts on behalf of Intervenor TerraForm Power, Inc.
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Larry M. Roberts on behalf of Creditor Erik Robert Joscak
The Perry Law Firm, APLC
20523 Crescent Bay Dr., 2nd Fl.
Lake Forest, CA 92630

Larry M. Roberts on behalf of Creditor Lynsea Hannah Wells
The Perry Law Firm, APLC
20523 Crescent Bay Dr., 2nd Fl.
Lake Forest, CA 92630

Matthew G. Roberts on behalf of Creditor Southern Power Company
Troutman Sanders LLP
Bank of America Plaza
600 Peachtree St., NE, #3000
Atlanta, GA 30308

Matthew G. Roberts on behalf of Intervenor Southern Power Company
Troutman Sanders LLP
600 Peachtree St., NE, #3000
Atlanta, GA 30308

Bill Robins, III on behalf of Creditor Fire Victim Creditors
Robins Cloud LLP
808 Wilshire Blvd., #450
Santa Monica, CA 90401

Bill Robins, III on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed by
the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding
Number 4955, Pursuant to the terms of the
Robins Cloud LLP
808 Wilshire Blvd., #450
Santa Monica, CA 90401

Rocky Point Claims LLC
P.O. Box 165
Norwalk, CT 06853

Martha E. Romero on behalf of Creditor Jennifer Horst
Law Offices of Romero and Associates
12518 Beverly Blvd.
Whittier, CA 90601

Matthew M. Roose on behalf of Interested Party The Baupost Group, L.L.C.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Brian S. Rosen on behalf of Interested Party Ad Hoc Group of Institutional Bondholders of Pacific Gas
and Electric Co.
Proskauer Rose LLP
Eleven Times Square
P.O. Box 770000
New York, NY 10036

Brian S. Rosen on behalf of Interested Party Ad Hoc Group of Institutional Par Bondholders of Pacific
Gas and Electric Co.
Proskauer Rose LLP
Eleven Times Square
P.O. Box 770000
New York, NY 10036

Andrew Rosenblatt on behalf of Interested Party NextEra Energy Inc., et al.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

Andrew Rosenblatt on behalf of Intervenor NextEra Energy, Inc.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

Michael A. Rosenthal on behalf of Creditor Topaz Solar Farms LLC
Gibson, Dunn and Crutcher LLP
200 Park Ave.
New York, NY 10166-0193

Michael A. Rosenthal on behalf of Intervenor Topaz Solar Farms LLC
Gibson, Dunn and Crutcher LLP
333 S Grand Ave.
Los Angeles, CA 90071-3197

John H. Rowland on behalf of Creditor Phillips & Jordan, Inc.
Baker Donelson Bearman Caldwell & Berkow
211 Commerce St
Nashville, TN 37201

John H. Rowland on behalf of Creditor Snelson Companies, Inc.
Baker Donelson Bearman Caldwell & Berkow
211 Commerce St
Nashville, TN 37201

John H. Rowland on behalf of Creditor TTR Substations, Inc.
Baker Donelson Bearman Caldwell & Berkow
211 Commerce St
Nashville, TN 37201

John H. Rowland on behalf of Interested Party Aptim Environmental & Infrastructure, LLC
Baker Donelson Bearman Caldwell & Berkow
211 Commerce St
Nashville, TN 37201

Kenneth Roye

142 West 2nd St.
Suite B
Chico, CA 95928

SPCP Group, LLC
Two Greenwich Plaza
Greenwich, CT 06830

Marc S. Sacks on behalf of Defendant Federal Energy Regulatory Commission
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Marc S. Sacks on behalf of Interested Party United States on behalf of the Federal Energy Regulatory
Commission
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Thomas J. Salerno on behalf of Creditor Public Advocates Office at the California Public Utilities
Commission
Stinson LLP
1850 N. Central Ave., #2100
Phoenix, AZ 85004

San Diego Gas and Electric Co.
,

Randy A. Sawyer, Esq. on behalf of Interested Party EDP Renewables North America LLC
c/o EDP Renewables North America LLC
808 Travis, #700
Houston, TX 77002

Margaret Schierberl on behalf of Interested Party BlueMountain Capital Management, LLC
Cleary, Gottlieb, Sheen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

David Schiff on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility Revolving
Credit Facility
Davis Polk and Wardwell LLP
450 Lexington Ave.
New York, NY 10017

Ray C. Schrock on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue

New York, NY 10153

Ray C. Schrock on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Max A. Schuver on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed by
the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding
Number 4955, Pursuant to the terms of the
Walkup, Melodia, Kelly and Schoenberger
650 California St. 26th Fl.
San Francisco, CA 94108

Lawrence M. Schwab on behalf of Creditor Recology Inc.
Bialson, Bergen and Schwab
633 Menlo Ave., Suite 100
Menlo Park, CA 94025

Lisa Schweitzer on behalf of Interested Party BlueMountain Capital Management, LLC
Cleary, Gottlieb, Sheen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Howard Seife on behalf of Interested Party NextEra Energy Inc., et al.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

Howard Seife on behalf of Intervenor NextEra Energy, Inc.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

David R. Seligman on behalf of Interested Party Calpine Corporation
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

David R. Seligman on behalf of Intervenor Calpine Corporation
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Daniel S. Shamah on behalf of Interested Party Department of Finance for the State of California
O'Melveny & Myers LLP
7 Times Sq.
New York, NY 10036

Alex M. Sher on behalf of Creditor McKinsey & Company, Inc. U.S.
Hogan Lovells US LLP
875 Third Ave.
New York, NY 10022

Nora Sheriff on behalf of Interested Party California Large Energy Consumers Association
Buchalter
55 Second St., #1700
San Francisco, CA 94105-3493

Edmond R. Shinn
Philadelphia, PA

J. Christopher Shore on behalf of Interested Party San Diego Gas & Electric Company
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095

J. Christopher Shore on behalf of Interested Party San Diego Gas and Electric Co.
Law Offices of White and Case
1221 Avenue of the Americas
New York, NY 10020-1095

J. Christopher Shore on behalf of Interested Party Sempra Energy
Law Offices of White and Case
1221 Avenue of the Americas
New York, NY 10020-1095

J. Christopher Shore on behalf of Interested Party Sempra Energy
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095

J. Christopher Shore on behalf of Interested Party Southern California Gas Company
Law Offices of White and Case
1221 Avenue of the Americas
New York, NY 10020-1095

J. Christopher Shore on behalf of Interested Party Southern California Gas Company
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095

George W. Shuster, Jr. on behalf of Interested Party ICE NGX Canada Inc.
7 World Trade Center
New York, NY 10007

Sierra Business Council
c/o Kerri L. Timmer

P.O. Box 2428
Truckee, CA 96160

Paul N. Silverstein on behalf of Interested Party Columbus Hill Capital Management, L.P.
Hunton Andrews Kurth LLP
200 Park Ave.
New York, NY 10166

David P. Simonds on behalf of Creditor Ad Hoc Committee of Senior Unsecured Creditors of Pacific
Gas and Electric Company
Akin Gump Strauss Hauer & Feld LLP
1999 Avenue of the Stars, #600
Los Angeles, CA 90067

Robert P. Simons on behalf of Interested Party Bank of New York Mellon
Reed Smith LLP
225 5th Ave., #1200
Pittsburg, PA 15222

Richard W. Slack on behalf of Debtor PG&E Corporation
Weil Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153-0119

Edwin E. Smith on behalf of Interested Party AV Solar Ranch 1, LLC
Morgan, Lewis & Bockius LLP
101 Park Ave.
New York, NY 10178-0060

Edwin E. Smith on behalf of Interested Party Exelon Corporation
Morgan, Lewis & Bockius LLP
101 Park Ave.
New York, NY 10178-0060

Edwin E. Smith on behalf of Intervenor AV Solar Ranch 1, LLC
Morgan, Lewis and Bockius
One Federal Street
Boston, MA 02110-1726

Edwin E. Smith on behalf of Intervenor Exelon Corporation
Morgan, Lewis and Bockius
One Federal Street
Boston, MA 02110-1726

Fulton Smith, III on behalf of Creditor Liberty Mutual Insurance Company
Cozen O'Connor
101 Montgomery St., #1400
San Francisco, CA 94101

Abigail Snow on behalf of Interested Party International Business Machines Corp.
Satterlee Stephens LLP
230 Park Ave.
New York, NY 10169

Joseph Soldis
,

Southern California Gas Company
,

Mark A. Speiser on behalf of Creditor Mizuho Bank, Ltd.
Stroock, Stroock and Lavan
180 Maiden Ln.
New York, NY 10038

Tammy Spirlock
,

Mark Stahler
,

Michael S. Stamer on behalf of Creditor Ad Hoc Committee of Senior Unsecured Creditors of Pacific
Gas and Electric Company
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Andrew J. Strabone on behalf of Interested Party BlueMountain Capital Management, LLC
Irell and Manella LLP
1800 Avenue of the Stars, #900
Los Angeles, CA 90067-4276

Michael H Strub on behalf of Interested Party BlueMountain Capital Management, LLC
Irell and Manella LLP
840 Newport Center Dr., #400
Newport Beach, CA 92660-6324

Joshua Y. Sturm on behalf of Interested Party The Baupost Group, L.L.C.
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Victor Suarez
1042 E Sandison St. Apt No. 1
Wilmington, CA 90744

Sullivan Hill Rez & Engel, APLC

600 B Street, Suite 1700
San Diego, CA 92101

Matthew G. Summers on behalf of Interested Party Louisiana Energy Services, LLC
Ballard Spahr LLP
919 N Market St., 11th Fl.
Wilmington, DE 19801

Matthew G. Summers on behalf of Interested Party URENCO Limited
Ballard Spahr LLP
919 N Market St., 11th Fl.
Wilmington, DE 19801

Scott Summy on behalf of Interested Party Public Entities Impacted by the Wildfires
Baron & Budd P.C.
3102 Oak Lawn Avenue #1100
Dallas, TX 75219

Ron A. Symm on behalf of Interested Party Midway Sunset Cogeneration Company
Assistant General Counsel
Aera Energy LLC
10000 Ming Avenue
Bakersfield, CA 93311

TCB Industrial, Inc.
,

TR Capital Management LLC
,

TRC Companies, Inc.
,

Tannor Partners Credit Fund, LP
555 Theodore Fremd Ave.
Suite C-209
Rye, NY 10580

Cliff I. Taylor on behalf of Interested Party Public Entities Impacted by the Wildfires
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan St. #2200
Dallas, TX 75201-2689

Stanley J. Terry on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc.
Carney Badley Spellman
701 5th Ave., #3600
Seattle, WA 98104

Stanley J. Terry on behalf of Counter-Claimant AECOM Technical Services, Inc.

Carney Badley Spellman
701 5th Ave., #3600
Seattle, WA 98104

Stanley J. Terry on behalf of Defendant AECOM Technical Services, Inc.
Carney Badley Spellman
701 5th Ave., #3600
Seattle, WA 98104

Jeffrey M. Theodore on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of
Pacific Gas and Electric Company
BraunHagey & Borden LLP
351 California St., 10th Fl.
San Francisco, CA 94104

Judy D. Thompson on behalf of Creditor Sodexo, Inc.
JD Thompson Law
P.O. Box 33127
Charlotte, NC 28233

Kevin Thompson
10536 Banner Lava Cap Road
Nevada City, CA 95959

Albert Togut on behalf of Interested Party Compass Lexecon, LLC
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

Jackson D. Toof on behalf of Interested Party BOKF, NA
Arent Fox LLP
1717 K St., NW
Washington, DC 20006

Michael H. Torkin on behalf of Interested Party Board of PG&E Corporation
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Michael H. Torkin on behalf of Interested Party Board of Pacific Gas and Electric Company
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Michael H. Torkin on behalf of Interested Party Certain Current and Former Independent Directors
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Trident DMG LLC
,

Matthew Troy on behalf of Defendant Federal Energy Regulatory Commission
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Matthew Troy on behalf of Interested Party United States on behalf of the Federal Energy Regulatory
Commission
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Brian Trust on behalf of Creditor BNP Paribas
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020

Theodore Tsekerides on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Theodore Tsekerides on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Daniel Turek on behalf of Creditor Amelia Leal
Rodriguez & Associates
2020 Eye St.
Bakersfield, CA 93301

Daniel Turek on behalf of Creditor Gildardo Leal
Rodriguez & Associates
2020 Eye St.
Bakersfield, CA 93301

Daniel Turek on behalf of Creditor Gloria Ruckman
Rodriguez & Associates
2020 Eye St.
Bakersfield, CA 93301

Daniel Turek on behalf of Creditor Michael Marroquin
Rodriguez & Associates
2020 Eye St.

Bakersfield, CA 93301

Daniel Turek on behalf of Creditor Robert Ruckman
Rodriguez & Associates
2020 Eye St.
Bakersfield, CA 93301

Michael M. Turkel on behalf of Creditor California Public Utilities Commision
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Union Pacific Railroad Company
Attn: Tonya W. Conley
Attn: Lila L. Howe
1400 Douglas St. Stop 1580
Omaha, NE 68179

Oscar Urbina
3617 Slauson Ave
Maywood, CA 90270

Danette E. Valdez on behalf of Interested Party California Department of Toxic Substances Control
Office of the Attorney General
455 Golden Gate Ave. #11000
San Francisco, CA 94102-7005

Danette E. Valdez on behalf of Interested Party California Department of Water Resources
Office of the Attorney General
455 Golden Gate Ave. #11000
San Francisco, CA 94102-7005

Craig Varnen on behalf of Interested Party BlueMountain Capital Management, LLC
Irell and Manella LLP
1800 Avenue of the Stars, #900
Los Angeles, CA 90067-4276

Vendor Recovery Fund IV, LLC
PO Box 669
SMITHTOWN, NY 11787

Barbara A Vinson
P.O. Box 2552
Barstow, CA 92312

Lloyd K Vinson
P.O. Box 2552
Barstow, CA 92312

Eli J. Vonnegut on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility Revolving
Credit Facility
Davis Polk and Wardwell LLP
450 Lexington Ave.
New York, NY 10017

Diane Vuocolo on behalf of Creditor Cardno, Inc.
Greenberg Traurig, LLP
1717 Arch St., #400
Philadelphia, PA 19103

James M. Wagstaffe on behalf of Interested Party Public Employees Retirement Association of New
Mexico
Wagstaffe, Von Loewenfeldt, Busch &
Radwick , LLP
100 Pine St., #725
San Francisco, CA 94111

Thomas D. Warren on behalf of Plaintiff Chico Rent-A-Fence
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Thomas D. Warren on behalf of Plaintiff Gabriella's Eatery
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Thomas D. Warren on behalf of Plaintiff Ponderosa Pest & Weed Control
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Thomas D. Warren on behalf of Plaintiff David Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Thomas D. Warren on behalf of Plaintiff Estefania Miranda
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Thomas D. Warren on behalf of Plaintiff Gabriell Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Thomas D. Warren on behalf of Plaintiff Jedidiah Herndon

Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Thomas D. Warren on behalf of Plaintiff Julia Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Megan Wasson on behalf of Interested Party PG&E Holdco Group
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Genevieve G. Weiner on behalf of Intervenor Topaz Solar Farms LLC
Gibson Dunn & Crutcher LLP
333 S Grand Ave.
Los Angeles, CA 90071

Jason P. Wells
Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177

Leonard K. Welsh on behalf of Creditor Amelia Leal
Law Offices of Leonard K. Welsh
4550 California Ave. 2nd Fl.
Bakersfield, CA 93309

Leonard K. Welsh on behalf of Creditor Gildardo Leal
Law Offices of Leonard K. Welsh
4550 California Ave. 2nd Fl.
Bakersfield, CA 93309

Leonard K. Welsh on behalf of Creditor Gloria Ruckman
Law Offices of Leonard K. Welsh
4550 California Ave. 2nd Fl.
Bakersfield, CA 93309

Leonard K. Welsh on behalf of Creditor Michael Marroquin
Law Offices of Leonard K. Welsh
4550 California Ave. 2nd Fl.
Bakersfield, CA 93309

Leonard K. Welsh on behalf of Creditor Robert Ruckman
Law Offices of Leonard K. Welsh
4550 California Ave. 2nd Fl.
Bakersfield, CA 93309

Peter L. Welsh on behalf of Interested Party The Baupost Group, L.L.C.
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Whitebox Caja Blanca Fund, LP
,

Whitebox GT Fund, LP
,

Nigel A. Whitehead on behalf of Defendant Cheryl Montellano
Ernst Law Group
1020 Palm St.
San Luis Obispo, CA 93401

Nigel A. Whitehead on behalf of Defendant Max M. Montellano
Ernst Law Group
1020 Palm St.
San Luis Obispo, CA 93401

Joseph Whittington on behalf of Creditor Amelia Leal
Rodriguez & Associates
2020 Eye St.
Bakersfield, CA 93301

Joseph Whittington on behalf of Creditor Gildardo Leal
Rodriguez & Associates
2020 Eye St.
Bakersfield, CA 93301

Joseph Whittington on behalf of Creditor Gloria Ruckman
Rodriguez & Associates
2020 Eye St.
Bakersfield, CA 93301

Joseph Whittington on behalf of Creditor Michael Marroquin
Rodriguez & Associates
2020 Eye St.
Bakersfield, CA 93301

Joseph Whittington on behalf of Creditor Robert Ruckman
Rodriguez & Associates
2020 Eye St.
Bakersfield, CA 93301

Daniel E. Wilcoxen on behalf of Creditor Molin-Wilcoxen Camp Fire Victims Group

Law Offices of Wilcoxen and Montgomery
2114 K St.
Sacramento, CA 95816

Michael L. Wilhelm on behalf of Interested Party Aera Energy LLC
Walter and Wilhelm Law Group
205 E. River Park Circle #410
Fresno, CA 93720

Michael L. Wilhelm on behalf of Interested Party Midway Sunset Cogeneration Company
Walter and Wilhelm Law Group
205 E. River Park Circle #410
Fresno, CA 93720

William McCann, Esq.
,

Andrea Williams
36796 Hillview Road
Hinkley, CA 92347

Daniel S. Williams
36796 Hillview Road
Hinkley, CA 92347

Lisa Williams
,

Clifton and Deborah Williamson
4201 Burnham Ct.
Santa Rosa, CA 95404

Evan Willis on behalf of Interested Party Jacob Bindernagel, et al
Richards Law Firm
101 W. Broadway, #1950
San Diego, CA 92101

Willis Towers Watson US LLC
,

Harris B. Winsberg on behalf of Creditor Southern Power Company
Troutman Sanders LLP
Bank of America Plaza
600 Peachtree St., NE, #3000
Atlanta, GA 30308

Harris B. Winsberg on behalf of Intervenor Southern Power Company
Troutman Sanders LLP
600 Peachtree St., NE, #3000

Atlanta, GA 30308

Keith H. Wofford on behalf of Interested Party Elliott Management Corporation
Ropes and Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Peter Wolfson on behalf of Interested Party Travelers Insurance Co.
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

D. G. Woodward
,

Brenda S. Wright
,

Luqman Yacub
P.O. Box 1026
Hartville, OH 44632

Jasmin Yang on behalf of Creditor RE Astoria LLC
Lewis, Brisbois, Bisgaard & Smith
633 West 5th St. #4000
Los Angeles, CA 90071

Jasmin Yang on behalf of Interested Party Kepco California LLC
Lewis, Brisbois, Bisgaard & Smith
633 West 5th St., #4000
Los Angeles, CA 90071

Jasmin Yang on behalf of Interested Party Kepco California LLC
Morgan, Lewis & Bockius LLP
633 West 5th St. #4000
Los Angeles, CA 90071

Jasmin Yang on behalf of Interested Party RE Astoria LLC
Lewis Brisbois Bisgaard & Smith
633 West 5th St. #4000
Los Angeles, CA 90071

Aparna Yenamandra on behalf of Interested Party Calpine Corporation
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Aparna Yenamandra on behalf of Intervenor Calpine Corporation
Kirkland & Ellis LLP

601 Lexington Avenue
New York, NY 10022

Donald T. Yorke
2679 Sundance Ct.
Walnut Creek, CA 94598

Michael A. Yuffee on behalf of Interested Party Macquarie Energy LLC
Winston and Strawn LLP
1700 K St., N.W.
Washington, DC 20006-3817

Halima Zahib
1969 East Cooley Ave
San Bernardino, CA 92408

David M. Zensky on behalf of Creditor Ad Hoc Committee of Senior Unsecured Creditors of Pacific
Gas and Electric Company
One Bryant Park
New York, NY 10036

Maja Zerjal on behalf of Interested Party Ad Hoc Group of Institutional Bondholders of Pacific Gas and
Electric Co.
Proskauer Rose LLP
Eleven Times Square
P.O. Box 770000
New York, NY 10036

Maja Zerjal on behalf of Interested Party Ad Hoc Group of Institutional Par Bondholders of Pacific Gas
and Electric Co.
Proskauer Rose LLP
Eleven Times Square
P.O. Box 770000
New York, NY 10036

Sharon Zimmerman
c/o Eric Rainoff Law Corp
401 Watt Ave.
Sacramento, CA 95864

Zoe Partners, LP
c/o PKF O'Connor Davies
500 Mamaroneck Avenue
Suite 301
Harrison, NY 10528

Paul H. Zumbro on behalf of Debtor Pacific Gas and Electric Company
Cravath, Swaine & Moore LLP
85 Eighth Avenue

New York, NY 10019

Joaquin de Baca on behalf of Creditor BNP Paribas
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020

# EXHIBIT B

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for ChargePoint, Inc., Counsel to Almendariz Consulting, Inc. | BINDER & MALTER, LLP | Attn: Michael W. Malter, Robert G. Harris, Heinz Binder | 2775 Park Avenue | | Santa Clara | CA | 95050 | | 408-295-1700 | 408-295-1531 | Michael@bindermalter.com Rob@bindermalter.com Heinz@bindermalter.com |
| Counsel for Vertiv Corporation, Nuance Communications, Inc. | Vorys, Sater, Seymour and Pease LLP | Attn: Tiffany Strelow Cobb, Esq. | 52 East Gay Street | | Columbus | OH | 43215 | | 614-464-8322 | 614-719-4663 | tscobb@vorys.com |
| Counsel to the City of San Jose, CA | WINSTON & STRAWN LLP | Attn: Jennifer Machlin Cecil | 101 California Street | 35th Floor | San Francisco | CA | 94111-5840 | | 415-951-1000 | 415-591-1400 | jcecil@winston.com |
| Counsel for California Power Exchange Corporation | LOEB & LOEB LLP | Attn: Marc S. Cohen, Alicia Clough | 10100 Santa Monica Blvd | Suite 2200 | Los Angeles | CA | 90067 | | 310-282-2000 | | mscohen@loeb.com aclough@loeb.com |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | PILLSBURY WINTHROP SHAW PITTMAN LLP | Attn: Hugh M. Ray, III | 900 Fannin | Suite 2000 | Houston | TX | 77010 | | 713-276-7600 | 713-276-7673 | hugh.ray@pillsburylaw.com |
| Counsel for Righetti Ranch, LP and Righetti NC, LLC | Solomon Ward Seidenwurm & Smith, LLP | Attn: Michael D. Breslauer | 401 B Street, Suite 1200 | | San Diego | CA | 92101 | | 619-231-0303 | 619-231-4755 | mbreslauer@swsslaw.com wyones@swsslaw.com |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Martin J. Bienenstock, Brian S. Rosen, Maja Zerjal | Eleven Times Square | | New York | NY | 10036-8299 | | 212-969-3000 | 212-969-2900 | mbienenstock@proskauer.com brosen@proskauer.com mzerjal@proskauer.com |
| Counsel for AECOM Technical Services, Inc., Kiefner and Associates, Inc., JAN X-Ray Services, Inc., Counsel for Kiefner and Associates, Inc. and JAN X-Ray Services, Inc., AECOM Technical Services, Inc., Counsel for Parsons Environment & Infrastructure, Inc. | Reed Smith LLP | Attn: Christopher O. Rivas, Marsha A. Houston | 355 South Grand Avenue, Suite 2900 | | Los Angeles | CA | 90071-1514 | | 213-457-8000 | 213-457-8080 | crivas@reedsmith.com mhouston@reedsmith.com |
| Counsel for Ballard Marine Construction, Inc. | Williams Kastner | Attn: Todd W. Blischke | 601 Union Street | Suite 4100 | Seattle | WA | 98101-2380 | | 206-628-6623 | | TBlischke@williamskastner.com |
| Attorney for County of Sonoma | County of Sonoma | Attn: Tambra Curtis | County Administration Center | 575 Administration Drive, Room 105A | Santa Rosa | CA | 95403 | | 707-565-2421 | | Tambra.curtis@sonoma-county.org |
| Counsel to Atlantica Yield plc and Mojave Solar LLC | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Attn: J. Eric Ivester | Four Times Square | | New York | NY | 10036 | | 212-735-3882 | 917-777-3882 | Eric.Ivester@skadden.com |
| Counsel to Michael G. Kasolas, Claims Representative | Wendel Rosen LLP | Attn: Mark S. Bostick, Lisa Lenherr | 1111 Broadway | 24th Floor | Oakland | CA | 94607 | | 510-834-6600 | 510-834-1928 | mbostick@wendel.com llenherr@wendel.com |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Boutin Jones Inc. | Attn: Mark Gorton | 555 Capital Mall | Suite 1500 | Sacramento | CA | 95814 | | | | mgorton@boutinjones.com |
| Creditor and Counsel to Debra Grassgreen | Law Offices of Thomas J. Brandi | Attn: Thomas J. Brandi | 345 Pine Street | 3rd Floor | San Francisco | CA | 94104 | | 415-989-1800 | | tjb@brandilaw.com |
| Counsel to Public Employees Retirement Association of New Mexico | LABATON SUCHAROW LLP | Attn: Thomas A. Dubbs, Louis Gottlieb, Carol C. Villegas & Jeffrey A. Dubbin | 140 Broadway | | New York | NY | 10005 | | 212-907-0700 | 212-818-0477 | tdubbs@labaton.com lgottlieb@labaton.com cvillegas@labaton.com jdubbin@labaton.com |
| Counsel to Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Shane Huang, and Michael S. Tye, Rodney A. Morris | 1100 L Street, NW | Room 10030 | Washington | DC | 20530 | | 202-616-0341 | 202-514-9163 | shane.huang@usdoj.gov michael.tye@usdoj.gov |
| Counsel for San Francisco Herring Association, Counsel for Dan Clarke, Counsel for Aida and Ramiro Rodriguez, Counsel for Todd and Adelina McNeive, Counsel for Dennis Caselli, Counsel for Sam and Cathy Dorrance, Counsel for Laura Hart, Counsel for Minh and Gurdon Merchant | GROSS & KLEIN LLP | Attn: Stuart G. Gross | The Embarcadero | Pier 9 Suite 100 | San Francisco | CA | 94111 | | 415-671-4628 | 415-480-6688 | sgross@grosskleinlaw.com |
| Counsel for California Independent System Operator | Levene, Neale, Bender, Yoo & Brill L.L.P. | Attn: David L. Neale | 10250 Constellation Blvd. | Suite 1700 | Los Angeles | CA | 90067 | | 310-229-1234 | 310-229-1244 | DLN@LNBYB.COM |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Ashley Vinson Crawford | 580 California Street | Suite 1500 | San Francisco | CA | 94104 | | 415-765-9500 | 415-765-9501 | avcrawford@akingump.com |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | NIXON PEABODY LLP | Attn: WILLIAM S. LISA | One Embarcadero Center | 32nd Floor | San Francisco | CA | 94111 | | 415-984-8200 | 415-984-8300 | wlisa@nixonpeabody.com |
| Counsel to Public Employees Retirement Association of New Mexico | WAGSTAFFE, VON LOEWENFELDT, BUSCH & RADWICK, LLP | Attn: James M. Wagstaffe & Frank Busch | 100 Pine Street | Suite 725 | San Francisco | CA | 94111 | | 415-357-8900 | 415-371-0500 | wagstaffe@wvbrlaw.com busch@wvbrlaw.com |
| Counsel to Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Andrea Wong | Office of the General Counsel | 1200 K Street, N.W. | Washington | DC | 20005-4026 | | 202-326-4020-3448 | 202-326-4112 | wong.andrea@pbgc.gov efile@pbgc.gov |
| Counsel for Turner Construction Company Case | Seyfarth Shaw LLP | Attn: M. Ryan Pinkston, Christopher J. Harney | 560 Mission Street | Suite 3100 | San Francisco | CA | 94105 | | 415-397-2823 | 415-397-8549 | rpinkston@seyfarth.com charney@seyfarth.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Aegion Corporation and its subsidiary entities: Corrpro Companies, Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc. | MARGULIES FAITH, LLP | ATTN: CRAIG G. MARGULIES | 16030 VENTURA BOULEVARD | SUTIE 470 | ENCINO | CA | 91436 | | 818-705-2777 | 818-705-3777 | Craig@MarguliesFaithLaw.com |
| Counsel for Tanforan Industrial Park, LLC | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Jeffrey N. Lowenthal | 235 Pine Street | 15th Floor | San Francisco | CA | 94104 | | 415-421-3400 | 415-421-2234 | jlowenthal@steyerlaw.com |
| Counsel to Liberty Mutual Insurance Company | Cozen O'Connor | Attn: Mark E. Fleger | 1201 North Market Street | Suite 1001 | Wilmington | DE | 19801 | | 302-295-2087 | 302-295-2013 | mfelger@cozen.com |
| Counsel to HDI Global Specialty SE, Munich Re, and Party Liberty Specialty Markets | SEVERSON & WERSON | Attn: Duane M. Geck, Donald H. Cram, Bernard J. Kornberg | One Embarcadero Center, Suite 2600 | | San Francisco | CA | 94111 | | 415-398-3344 | 415-956-0439 | dmg@severson.com<br>dhc@severson.com<br>bjk@severson.com |
| Counsel for Southern California Edison Company | Southern California Edison Company | Attn: Julia A. Mosel, Patricia A. Cirucci | 2244 Walnut Grove Avenue | 3rd Floor | Rosemead | CA | 91770 | | 626-302-6789 | 626-302-6873 | Julia.Mosel@sce.com<br>patricia.cirucci@sce.com |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | Attn: Constantine D. Pourakis | 485 Madison Avenue | 20th Floor | New York | NY | 10022 | | 212-537-0409 | 610-371-1237 | cp@stevenslee.com |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | Attn: Michael H. Strub, Jr. | 840 Newport Center Drive | Suite 400 | Newport Beach | CA | 92660-6324 | | 949-760-0991 | 949-760-5200 | mstrub@irell.com |
| Counsel for Macquarie Energy LLC | Winston & Strawn LLP | Attn: Michael A. Yuffee | 1700 K Street, N.W. | | Washington | DC | 20006-3817 | | 202-282-5000 | 202-282-5100 | myuffee@winston.com |
| Counsel for Mizuho Bank, Ltd. | STROOCK & STROOCK & LAVAN LLP | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen | 180 Maiden Lane | | New York | NY | 10038-4982 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>holsen@stroock.com<br>mspeiser@stroock.com<br>kpasquale@stroock.com<br>smillman@stroock.com |
| Counsel for NextEra Energy Inc. et al. | Klee, Tuchin, Bogdanoff & Stern LLP | Attn: Kenneth N. Klee, David M. Stern, Samuel M. Kidder | 1999 Avenue of the Stars | Thirty-Ninth Floor | Los Angeles | CA | 90067 | | 310-407-4000 | 310-407-9090 | kklee@ktbslaw.com<br>dstern@ktbslaw.com<br>skidder@ktbslaw.com |
| Counsel for Infosys Limited, Counsel for ACRT, Inc. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Krista M. Enns | 555 California Street | Suite 4925 | San Francisco | CA | 94104 | | 415-659-7924 | 312-767-9192 | kenns@beneschlaw.com |
| Counsel for The Church of Jesus Christ of Latter-day Saints | Kirton McConkie | Attn: Jeremy C. Sink | 36 South State | Suite 1900 | Salt Lake City | UT | 84111 | | 801-239-3157 | 801-321-4893 | jsink@kmclaw.com |
| Counsel for California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | 1515 Clay Street, 20th Floor | P.O. Box 70550 | Oakland | CA | 94612-0550 | | 510-879-0815 | 510-622-2270 | James.Potter@doj.ca.gov<br>Margarita.Padilla@doj.ca.gov |
| Counsel for Pivot Interiors, Inc. | RIMON, P.C. | Attn: Phillip K. Wang | One Embarcadero Center | Suite 400 | San Francisco | CA | 94111 | | 415-968-2002 | | phillip.wang@rimonlaw.com |
| Counsel for Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Peter Munoz | 101 Second Street | Suite 1800 | San Francisco | CA | 94105-3659 | | 415-543-8700 | 415-391-8269 | pmunoz@reedsmith.com |
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation | Ringstad & Sanders LLP | Attn: Nanette D. Sanders | 4343 Von Karman Avenue | Suite 300 | Newport Beach | CA | 92660 | | 949-851-7450 | 949-851-6926 | nanette@ringstadlaw.com |
| Counsel to the Ad Hoc Committee of Unsecured Tort Claimant Creditors and the Singleton Law Firm Fire Victim Claimants | SINGLETON LAW FIRM, APC | Attn: Gerald Singleton & John C. Lemon | 450 A Street, 5th Floor | | San Diego | CA | 92101 | | 619-771-3473 | 619-255-1515 | gerald@slffirm.com<br>john@slffirm.com |
| Counsel for Ruby Pipeline, L.L.C. | LAW OFFICE OF PATRICIA WILLIAMS PREWITT | Attn: Patricia Williams Prewitt | 10953 Vista Lake Ct. | | Navasota | TX | 77868 | | 936-825-8705 | | pwp@pattiprewittlaw.com |
| Attorneys for HercRentals | GREENBERG TRAURIG, LLP | Attn: Howard J. Steinberg | 1840 Century Park East | Suite 1900 | Los Angeles | CA | 90067-2121 | | 310-586-7700 | 310-586-7800 | steinbergh@gtlaw.com |
| Counsel for AT&T | AT&T | Attn: James W. Grudus, Esq. | One AT&T Way, Room 3A115 | | Bedminster | NJ | 07921 | | 908-234-3318 | 832-213-0157 | Jg5786@att.com |
| Counsel for W. Bradley Electric, Inc. | Law Offices of James Shepherd | Attn: James A. Shepherd | 3000 Citrus Circle | Suite 204 | Walnut Creek | CA | 94598 | | 925-954-7554 | 925-281-2341 | jim@jsheplaw.com |
| Counsel to Creditors KAREN ROBERDS and ANITA FREEMAN | HALLISEY AND JOHNSON PC | Attn: Jeremiah F. Hallisay, Esq. | 465 California St., Ste. 405 | | San Francisco | CA | 94104 | | 415-433-5300 | 415-230-5792 | jfhallisey@gmail.com |
| Counsel for Infosys Limited, Counsel for ACRT, Inc. | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | Attn: Kevin M. Capuzzi, Michael J. Barrie | 222 Delaware Avenue | Suite 801 | Wilmington | DE | 19801 | | 302-442-7010 | 302-442-7012 | kcapuzzi@beneschlaw.com<br>mbarrie@beneschlaw.com |
| Counsel for MDR Inc. (dba Accu-Bore Directional Drilling), Veteran Power, Inc. | Brothers Smith LLP | Attn: Mark V. Isola | 2033 N. Main Street | Suite 720 | Walnut Creek | CA | 94596 | | 925-944-9700 | 925-944-9701 | misola@brotherssmithlaw.com |
| Counsel for Michels Corporation | FOLEY & LARDNER LLP | Attn: Erika L. Morabito, Brittany J. Nelson | 3000 K Street, NW, Suite 600 | | Washington | DC | 20007-5109 | | 202-672-5300 | 202-672-5399 | emorabito@foley.com<br>bnelson@foley.com |
| Counsel to BNP Paribas | MAYER BROWN LLP | Attn: Cristina A. Henriquez | Two Palo Alto Square, Suite 300 | 3000 El Camino Real | Palo Alto | CA | 94306-2112 | | 650-331-2000 | 650-331-2060 | chenriquez@mayerbrown.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson | 650 California Street | Site 450 | Santa Monica | CA | 90401 | | 310-929-4200 | 310-566-5900 | robins@robinscloud.com rbryson@robinscloud.com |
| Attorneys for HercRentals | HercRentals | Attn: Sharon Petrosino, Esq. | 27500 Riverview Center Blvd. | | Bonita Springs | FL | 34134 | | 239-301-1126 | 239-301-1109 | Sharon.petrosino@hercrentals.com |
| Counsel to Canyon Capital Advisors LLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP | Attn: Bennett Murphy | 865 South Figueroa Street | 10th Floor | Los Angeles | CA | 90017-2543 | | 213-443-3000 | 213-443-3100 | bennettmurphy@quinnemanuel.com |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Matthew M. Roose, Mark I. Bane | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | 212-596-9000 | 212-596-9090 | mark.bane@ropesgray.com matthew.roose@ropesgray.com |
| Counsel for Peter Ouborg, Mizuho Bank, Ltd. | Jeffer Mangles Butler & Mitchell LLP | Attn: Robert B. Kaplan, Bennett G. Young | Two Embarcadero Center | 5th Floor | San Francisco | CA | 94111 | | | | rbk@jmbm.com byoung@jmbm.com |
| Counsel for NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group LLC | Baker Botts L.L.P. | Attn: C. Luckey McDowell, Ian E. Roberts, Kevin Chiu | 2001 Ross Avenue | Suite 1000 | Dallas | TX | 75201 | | 214-953-6500 | | Ian.Roberts@BakerBotts.com Kevin.Chiu@BakerBotts.com |
| Counsel for Michael Vairo, Marie Dierssen, Catherine McClure, Tonia Hanson, Deirdre Coderre, Denise Stooksberry, John Stooksberry, Bryan Sullivan, Sara Hill, Isaiah Vera, Michael Williams, Joel Batts, Annaleisa Batts, Claudia Bijstra, Andries Bijstra, Roger Martinez, Candice Seals, Gretchen Franklin, Christopher Franklin, Paul Bowen, Kelly Jones, Tami Coleman, Cecil Morris, Linda Schooling, Jennifer Makin, Barbara Cruise, Benjamin Hernandez, Irma Enriquez, Constantina Howard, Leroy Howard, Edward Delongfield, Brenda Howell, Lynda Howell, Angela Coker, Sally Thorp, Paradise Moose Lodge, Nancy Seals | Northern California Law Group, PC | Attn: Joseph Feist | 2611 Esplanade | | Chico | CA | 95973 | | 530-433-0233 | 530-345-2103 | info@norcallawgroup.net joe@norcallawgroup.net |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, DANETTE VALDEZ, and ANNADEL ALMENDRAS | 455 Golden Gate Avenue | Suite 11000 | San Francisco | CA | 94102-7004 | | 415-510-3367 | 415-703-5480 | Danette.Valdez@doj.ca.gov Annadel.Almendras@doj.ca.gov |
| Counsel for the Ad Hoc Committee of Unsecured Tort Claimant Creditors | DLA PIPER LLP (US) | Attn: Eric Goldberg, David Riley | 2000 Avenue of the Stars | Suite 400 North Tower | Los Angeles | CA | 90067-4704 | | 310-595-3000 | 310-595-3300 | david.riley@dlapiper.com eric.goldberg@dlapiper.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Thomas E Lauria, Matthew C. Brown | Southeast Financial Center | 200 South Biscayne Boulevard, Suite 4900 | Miami | FL | 33131-2352 | | 305-371-2700 | 305-385-5744 | tlauria@whitecase.com mbrown@whitecase.com |
| Counsel to Department of Finance for the State of California and Governor Gavin Newsom | O'MELVENY & MYERS LLP | Attn: Peter Friedman | 1625 Eye Street, NW | | Washington | DC | 20006 | | 202-383-5300 | 202-383-5414 | pfriedman@omm.com |
| Counsel to XL Insurance America, Inc, Albertsons Companies, Inc, Safeway Inc., Catlin Specialty Insurance Company, David W. Maehl, Rhonda J. Maehl, Starr Surplus Lines Insurance Company, Chubb Custom Insurance Company, General Security Indemnity Company of Arizona (GSINDA), Markel Bermuda Limited, Ashford Inc., Ashford Hospitality Trust, Inc. | Clausen Miller P.C. | Attn: Michael W. Goodin | 17901 Von Karman Avenue | Suite 650 | Irvine | CA | 92614 | | 949-260-3100 | 949-260-3190 | mgoodin@clausen.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | 2029 Century Park East | | Los Angeles | CA | 90067-3086 | | 310-556-5800 | 310-556-5959 | fmerola@stroock.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Cotchett, Pitre & Mccarthy, LLP | Attn: Frank M. Pitre, Alison E. Cordova, Abigail D. Blodgett | San Francisco Airport Office Center | 840 Malcolm Road, Suite 200 | Burlingame | CA | 94010 | | 650-697-6000 | 650-697-0577 | fpitre@cpmlegal.com acordova@cpmlegal.com ablodgett@cpmlegal.com |
| Counsel for PG&E Holdco Group | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | Attn: ORI KATZ, MICHAEL M. LAUTER, and SHADI FARZAN | Four Embarcadero Center, 17th Floor | | San Francisco | CA | 94111-4109 | | 415-434-9100 | 415-434-3947 | okatz@sheppardmullin.com mlauter@sheppardmullin.com sfarzan@sheppardmullin.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: Oscar N. Pinkas | 1221 Avenue of the Americas | | New York | NY | 10020-1089 | | 212-768-6701 | | oscar.pinkas@dentons.com |
| Counsel for LEWIS & TIBBITTS, INC., Counsel for LILIA LEESON | LAW OFFICE OF WAYNE A. SILVER | Attn: Wayne A. Silver | 643 Bair Island Road | Suite 403 | Redwood City | CA | 94063 | | 650-282-5970 | 650-282-5980 | ws@waynesilverlaw.com |
| Counsel to the Ad Hoc Committee of Holders of Trade Claims | GIBSON, DUNN & CRUTCHER LLP | Attn: David M. Feldman and Matthew K. Kelsey | 200 Park Avenue | | New York | NY | 10166-0193 | | 212-351-4000 | 212-351-4035 | dfeldman@gibsondunn.com mkelsey@gibsondunn.com |
| Counsel for Fire Victim Creditors | COREY, LUZAICH, DE GHETALDI & RIDDLE LLP | Attn: Dario de Ghetaldi, Amanda L. Riddle, Steven M. Berki, Sumble Manzoor | 700 El Camino Real | PO Box 669 | Millbrae | CA | 94030-0669 | | 650-871-5666 | 850-871-4144 | deg@coreylaw.com alr@coreylaw.com smb@coreylaw.com sm@coreylaw.com |
| Counsel to Creditor EN Engineering, LLC | Mirman, Bubman & Nahmias, LLP | Attn: Alan I. Nahmias | 21860 Burbank Boulevard | Suite 360 | Woodland Hills | CA | 91367 | | 818-995-2555 | 818-451-4620 | anahmias@mbnlawyers.com |
| Counsel to K. Hovnanian California Region, Inc.; K. Hovnanian Enterprises, Inc.; K. Hovnanian Homes, LLC; K. Hovnanian at Village Center, LLC; K. Hovnanian at Westshore, LLC; K. Hovnanian Companies of California, Inc.; K. Hovnanian Homes Northern California, Inc.; K. Hovnanian Homes of Northern California, Inc.; K. Hovnanian Homes, Inc.; K. Hovnanian Meadow View at Mountain House, LLC; K. Hovnanian's Aspire at Union Village, LLC and Meritage Homes of California, Inc. | HUGUENIN KAHN LLP | Attn: Edward R. Huguenin, Esq. and James L. Bothwell, Esq. | 3001 Lava Ridge Court, Suite 300 | | Roseville | CA | 95661 | | 916-367-7098 | 916-367-7491 | ehuguenin@hugueninkahn.com jbothwell@hugueninkahn.com |
| Counsel for Creditor ARB, INC. | RUTAN & TUCKER, LLP | Attn: Roger F. Friedman, Philip J. Blanchard | 611 Anton Boulevard | Suite 1400 | Costa Mesa | CA | 92626-1931 | | 714-641-5100 | 714-546-9035 | rfriedman@rutan.com pblanchard@rutan.com |
| Counsel for Department of Finance for the State of California and Governor Gavin Newsom | O'MELVENY & MYERS LLP | Attn: Jacob T. Beiswenger | 400 South Hope Street | | Los Angeles | CA | 90071-2899 | | 213-430-6000 | 213-430-6407 | jbeiswenger@omm.com |
| Creditor and Counsel to Debra Grassgreen | Debra Grassgreen | Attn: Karl Knight | 1339 Pearl Street | Suite 201 | Napa | CA | 94558 | | | | dgrassgreen@gmail.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | 450 Lexington Avenue | | New York | NY | 10017 | | 212-450 4331 | 212-701-5331 | eli.vonnegut@davispolk.com david.schiff@davispolk.com timothy.graulich@davispolk.com |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | CHEVRON PRODUCTS COMPANY, A DIVISION OF CHEVRON U.S.A. INC. | Attn: Melanie Cruz, M. Armstrong | 6001 Bollinger Canyon Road | T2110 | San Ramon | CA | 94583 | | | | melaniecruz@chevron.com marmstrong@chevron.com |
| Counsel for Fire Victim Creditors | DANKO MEREDITH | Attn: Michael S. Danko, Kristine K. Meredith, Shawn R. Miller | 333 Twin Dolphin Drive | Suite 145 | Redwood Shores | CA | 94065 | | 650-453-3600 | 650-394-8672 | mdanko@dankolaw.com kmeredith@dankolaw.com smiller@dankolaw.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Daniel I. Forman | 787 Seventh Avenue | | New York | NY | 10019-6099 | | 212-728-8000 | 212-728-8111 | mfeldman@willkie.com jminias@willkie.com dforman@willkie.com |
| Counsel to Ruckman-Leal Creditors, Counsel to Michael Marroquin | Law Offices of Leonard K. Welsh | Attn: Leonard K. Welsh, Esq. | 4550 California Avenue, Second Floor | | Bakersfield | CA | 93309 | | 661-328-5328 | | lwelsh@lkwelshlaw.com |
| Counsel for TRC Companies, Inc. | Pachulski Stang Ziehl & Jones LLP | Attn: John D. Fiero | 150 California Street | 15th Floor | San Francisco | CA | 94111 | | 415-263-7000 | 415-263-7010 | jfiero@pszjlaw.com |
| Counsel for Liberty Mutual Life Insurance Company | Stewart Sokol & Larkin LLC | Attn: Jan D. Sokol, Esq., Kevin M. Coles, Esq. | 2300 SW First Avenue, Suite 200 | | Portland | OR | 97201 | | 503-221-0699 | 503-223-5706 | jdsokol@lawssl.com kcoles@lawssl.com |
| Counsel to Sodexo, Inc. | JD Thompson Law | Attn: Judy D. Thompson, Esq. | P.O. Box 33127 | | Charlotte | NC | 28233 | | 828-749-1865 | | jdt@jdthompsonlaw.com |
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | NIXON PEABODY LLP | Attn: MAXIMILIAN A. FERULLO | 55 West 46th Street | | New York | NY | 10036 | | 212-940-3000 | 212-940-3111 | mferullo@nixonpeabody.com |
| Counsel for BlueMountain Capital Management, LLC | Cleary Gottlieb Sheen & Hamilton LLP | Attn: Lisa Schweitzer | One Liberty Plaza | | New York | NY | 10006 | | 212-255-2000 | 212-225-3999 | lschweitzer@cgsh.com |
| Counsel for Parsons Environment & Infrastructure, Inc. | Reed Smith LLP | Attn: Marsha A. Houston | 355 South Grand Avenue, Suite 2900 | | Los Angeles | CA | 90071-1514 | | 213-457-8000 | 213-457-8080 | mhouston@reedsmith.com |
| COUNSEL FOR PARTIES-IN-INTEREST ESVOLTA, LP AND HUMMINGBIRD ENERGY STORAGE, LLC | HOGAN LOVELLS US LLP | Attn Erin N Brady | 1999 Avenue of the Stars | Suite 1400 | Los Angeles | CA | 90067 | | 310-785-4600 | 310-785-4601 | erin.brady@hoganlovells.com |
| Counsel for Ballard Marine Construction, Inc. | Worley Law, P.C. | Attn: Kirsten A. Worley | 1572 Second Avenue | | San Diego | CA | 92101 | | 619-550-1004 | | kw@wlawcorp.com |
| Counsel to Southwire Company, LLC | WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN | Attn: Julie E. Oelsner | 400 Capitol Mall, 11th Floor | | Sacramento | CA | 95814 | | 916-558-6000 | 916-446-1611 | joelsner@weintraub.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Renaissance Reinsurance LTD. | Crowell & Moring LLP | Attn: Tacie H. Yoon | 1001 Pennsylvania Ave., N.W. | | Washington | DC | 20004 | | 202-624-2500 | 202-628-5116 | tyoon@crowell.com |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | 450 Golden Gate Ave | Suite 05-0153 | San Francisco | CA | 94102 | | 415-705-3333 | 415-705-3367 | James.L.Snyder@usdoj.gov timothy.s.laffredi@usdoj.gov Marta.Villacorta@usdoj.gov |
| Counsel for Project Management, Inc. | Synergy Project Management, Inc. | c/o Law Office of Ivan C. Jen | 1017 Andy Circle | | Sacramento | CA | 95838 | | 415-504-2706 | | ivan@icjenlaw.com |
| Counsel for Hyundai Corporation USA | Hughes Hubbard & Reed LLP | Attn: Kathryn A. Coleman | One Battery Park Plaza | | New York | NY | 10004 | | 212-837-6000 | 212-422-4726 | katie.coleman@hugheshubbard.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: Marc Kieselstein, P.C. | 300 North LaSalle | | Chicago | IL | 60654 | | 312-862-2000 | 312-862-2200 | marc.kieselstein@kirkland.com |
| Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard | 11601 Wilshire Blvd. | Suite 1400 | Los Angeles | CA | 90025-0509 | | 310-442-8875 | 310-820-8859 | esagerman@bakerlaw.com lattard@bakerlaw.com |
| COUNSEL TO MARIE VALENZA, BRANDEE GOODRICH, KRISTAL DAVIS-BOLIN, ASHLEY DUITSMAN, BARBARA MORRIS, MARY HAINES | SAVAGE, LAMB & LUNDE, PC | ATTN: E. RYAN LAMB | 1550 Humboldt Road, Suite 4 | | CHICO | CA | 95928 | | 530-592-3861 | 530-592-3865 | erlamblaw@gmail.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: Stephen E. Hessler, P.C. | 601 Lexington Avenue | | New York | NY | 10022 | | 212-446-4800 | 212-446-4900 | stephen.hessler@kirkland.com |
| Counsel to Creditor American Construction and Supply, Inc. | BLOOMFIELD LAW GROUP, INC., P.C. | Attn: Neil J. Bloomfield | 901 E St., Suite 100 | | San Rafael | CA | 94901 | | | | njbloomfield@njblaw.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | One Bryant Park | | New York | NY | 10036 | | 212-872-1000 | 212-872-1002 | mstamer@akingump.com idizengoff@akingump.com dbotter@akingump.com |
| Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for FTP Power LLC, et al. | STOEL RIVES LLP | Attn: David B. Levant | 101 S. Capitol Boulevard | Suite 1900 | Boise | ID | 83702 | | 208-389-9000 | 208-389-9040 | david.levant@stoel.com |
| Counsel to Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | Attn: Douglas R. Gooding | Two International Place | | Boston | MA | 02110 | | 617-248-5277 | 617-502-5277 | dgooding@choate.com |
| Counsel for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | Greene Radovsky Maloney Share & Hennigh LLP | Attn: Edward J. Tredinnick | One Front Street | Suite 3200 | San Francisco | CA | 94111 | | 415-981-1400 | 415-777-4961 | etredinnick@greeneradovsky.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Leo T. Crowley | 1540 Broadway | | New York | NY | 10036 | | 212-858-1000 | | leo.crowley@pillsburylaw.com |
| Counsel to the Ad Hoc Committee of Holders of Trade Claims | GIBSON, DUNN & CRUTCHER LLP | Attn: Michael S. Neumeister and Michelle Choi | 333 South Grand Avenue | | Los Angeles | CA | 90071-3197 | | 213-229-7000 | 213-229-7520 | mneumeister@gibsondunn.com mchoi@gibsondunn.com |
| Counsel for Yuba County Water Agency | Parkinson Phinney | Attn: Thomas R. Phinney | 3600 American River Drive | Suite 145 | Sacramento | CA | 95864 | | | | tom@parkinsonphinney.com |
| Counsel for Nationwide Entities | Jang & Associates, LLP | Attn: Alan J. Jang, Sally Noma | 1766 Lacassie Ave., Suite 200 | | Walnut Creek | CA | 94596 | | 925-937-1400 | 925-937-1414 | ajang@janglit.com snoma@janglit.com |
| Counsel to CREATIVE CEILINGS, INC. | ROPERS, MAJESKI, KOHN & BENTLEY | Attn: STEVEN G. POLARD | 445 South Figueroa Street, Suite 3000 | | Los Angeles | CA | 90071 | | 213-312-2000 | 213-312-2001 | steven.polard@rmkb.com |
| Counsel for Kings River Water Association | Klein, Denatale, Goldner, Cooper, Rosenlieb & Kimball, LLP | Attn: Hagop T. Bedoyan | 5260 N. Palm Avenue, Suite 205 | | Fresno | CA | 93704 | | 559-438-4374 | 661-326-0418 | hbedoyan@kleinlaw.com ecf@kleinlaw.com |
| Counsel for Macquarie Energy LLC, Counsel for California Efficiency + Demand Management Council, Counsel for Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, LLC, CF Inspection Management, LLC, and Cypress Energy Management – TIR, LLC, Counsel for Peninsula Clean Energy Authority, Counsel to the City of San Jose, CA | Winston & Strawn LLP | Attn: David Neier | 200 Park Avenue | 40th Floor | New York | NY | 10166-4193 | | 212-294-6700 | 212-294-4700 | dneier@winston.com |
| Counsel for Mirna Trettevik, including other Fire Victim Tort Claimants | ADLER LAW GROUP, APLC | Attn: E. Elliot Adler, Geoffrey E. Marr, Brittany S. Zummer, Omeed Latifi | 402 West Broadway | Suite 860 | San Diego | CA | 92101 | | 619-531-8700 | 619-342-9600 | EAdler@TheAdlerFirm.com gemarr59@hotmail.com bzummer@TheAdlerFirm.com olatifi@theadlerfirm.com |
| Counsel for East Bay Community Energy Authority | Shemanolaw | Attn: David B. Shemano | 1801 Century Park East | Suite 1600 | Los Angeles | CA | 90067 | | 310-492-5033 | | dshemano@shemanolaw.com |
| Counsel for NRG Energy Inc., Clearway Energy, Inc., and Clearway Energy Group LLC | Baker Botts L.L.P. | Attn: Navi S. Dhillon | 101 California Street | Suite 3600 | San Francisco | CA | 94111 | | 415-291-6200 | | Navi.Dhillon@BakerBotts.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to California State Agencies | FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | Attn: STEVEN H. FELDERSTEIN and PAUL J. PASCUZZI | 500 Capitol Mall, Suite 2250 | | Sacramento | CA | 95814 | | 916-329-7400 | 916-329-7435 | sfelderstein@ffwplaw.com ppascuzzi@ffwplaw.com |
| Counsel for Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Valerie Bantner Peo, Shawn M. Christianson | 55 Second Street | 17th Floor | San Francisco | CA | 94105-3493 | | 415-227-0900 | 415-227-0770 | schristianson@buchalter.com vbantnerpeo@buchalter.com |
| California Public Utilities Commission | California Public Utilities Commission | Attn: Arocles Aguilar, Geoffrey Dryvynsyde, and Candace Morey | 505 Van Ness Avenue | | San Francisco | CA | 94102 | | 415-703-2015 | 415-703-2262 | arocles.aguilar@cpuc.ca.gov geoffrey.dryvynsyde@cpuc.ca.gov candace.morey@cpuc.ca.gov |
| Counsel to California Insurance Guarantee Association | Locke Lord LLP | Attn: Aaron Smith | 111 South Wacker Drive, Suite 4100 | | Chicago | IL | 60606 | | 312-443-0700 | 312-443-0336 | asmith@lockelord.com |
| Counsel to the Board of PG&E Corporation and Pacific Gas and Electric Company and Certain Current and Former Independent Directors | SIMPSON THACHER & BARTLETT LLP | Attn: Michael H. Torkin, Nicholas Goldin, Kathrine A. McLendon, Jamie J. Fell | 425 Lexington Avenue | | New York | NY | 10017 | | 212-455-2000 | 212-455-2502 | michael.torkin@stblaw.com ngoldin@stblaw.com kmclendon@stblaw.com jamie.fell@stblaw.com |
| Counsel to Southwire Company LLC | Dentons US LLP | Attn: Samuel R. Maizel, Esq. | 601 S. Figueroa Street | Suite 2500 | Los Angeles | CA | 90017-5704 | | 213-623-9300 | 213-623-9924 | samuel.maizel@dentons.com |
| Counsel to Global Diving & Salvage, Inc. and Traffic Management, Inc. | LEVENE, NEALE, BENDER, YOO & BRILL L.L.P. | Attn: Eve H. Karasik | 10250 Constellation Blvd., Suite 1700 | | Los Angeles | CA | 90067 | | 310-229-1234 | 310-229-1244 | EHK@LNBYB.COM |
| Counsel for The Baupost Group, L.L.C., as the general partner and investment manager for certain entities | Pachulski Stang Ziehl & Jones LLP | Attn: Isaac M. Pachulski, Debra I. Grassgreen, Gabriel I. Glazer, John W. Lucas | 150 California Street | 15th Floor | San Francisco | CA | 94111 | | 415-263-7000 | 415-263-7010 | jlucas@pszjlaw.com gglazer@pszjlaw.com dgrassgreen@pszjlaw.com ipachulski@pszjlaw.com |
| Counsel for Office of Unemployment Compensation Tax Services | Commonwealth of Pennsylvania | Department of Labor and Industry | Collections Support Unit | 651 Boas Street, Room 702 | Harrisburg | PA | 17121 | | 717-787-7627 | 717-787-7671 | ra-li-ucts-bankrupt@state.pa.us |
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | 767 Fifth Avenue | | New York | NY | 10153-0119 | | 212-310-8000 | 212-310-8007 | stephen.karotkin@weil.com matthew.goren@weil.com jessica.liou@weil.com |
| Counsel for Quanta Energy Services LLC | Locke Lord LLP | Attn: Elizabeth M. Guffy | JPMorgan Chase Tower | 600 Travis, Suite 2800 | Houston | TX | 77002 | | 713-226-1200 | 713-223-3717 | eguffy@lockelord.com |
| Counsel to Gartner, Inc. | SHIPMAN & GOODWIN LLP | Attn: ERIC GOLDSTEIN | One Constitution Plaza | | Hartford | CT | 06103- | | 860-251-5000 | 860-251-5218 | egoldstein@goodwin.com |
| Counsel to Ormat Techologies Inc. | Sheppard, Mullin, Richter & Hampton LLP | Attn: Michael M. Lauter, Esq. | Four Embarcadero Center | 17th Floor | San Francisco | CA | 94111 | | 415-434-9100 | 415-434-3947 | mlauter@sheppardmullin.com |
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver | 650 California Street | 26th Floor | San Francisco | CA | 94108 | | 415-981-7210 | 415-391-6956 | mkelly@walkuplawoffice.com kbaghdadi@walkuplawoffice.com mschuver@walkuplawoffice.com |
| Counsel for Interested Party The City of Oakland | Hopkins & Carley, a Law Corporation | Attn: Jay M. Ross, Monique D. Jewett-Brewster | 70 South First Street | | San Jose | CA | 95113 | | 408-286-9800 | 408-998-4790 | mjb@hopkinscarley.com jross@hopkinscarley.com |
| Counsel for McKinsey & Company, Inc. U.S. | HOGAN LOVELLS US LLP | Attn: Bennett L. Spiegel | 1999 Avenue of the Stars | Suite 1400 | Los Angeles | CA | 90067 | | 310-785-4600 | 310-785-4601 | bennett.spiegel@hoganlovells.com |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Office of General Counsel | 100 F St. NE MS 6041B | | Washington | DC | 20549 | | 202-551-5100 | | secbankruptcy@sec.gov |
| Counsel to The Okonite Company | Finestone Hayes LLP | Attn: Stephen D. Finestone | 456 Montgomery St. | 20th Fl. | San Francisco | CA | 94104 | | 415-421-2624 | 415-398-2820 | sfinestone@fhlawllp.com |
| Counsel to Agganian, Inc., Counsel to Bennett Lane Winery LLC | ANDREWS & THORNTON | Attn: Anne Andrews, Sean T. Higgins, and John C. Thornton | 4701 Von Karman Ave | Suite 300 | Newport Beach | CA | 92660 | | 949-748-1000 | 949-315-3540 | shiggins@andrewsthornton.com jct@andrewsthornton.com aa@andrewsthornton.com |
| Interested Party Jane Luciano | Jane Luciano | | 9000 Crow Canyon Road | Suite S #168 | Danville | CA | 94506 | | 925-216-6030 | | jane-luciano@comcast.net |
| Counsel for the County of Santa Clara Department of Tax and Collections | RAINES FELDMAN LLP | Attn: Jacquelyn H. Choi | 1800 Avenue of the Stars | 12th Floor | Los Angeles | CA | 90067 | | 310-440-4100 | 310-691-1367 | jchoi@raineslaw.com |
| Interested Party CH2M HILL Engineers, Inc. | Jacobs Engineering | Attn: Robert Albery | Associate General Counsel | 9191 South Jamaica Street | Englewood | CO | 80112 | | 720-286-2242 | | robert.albery@jacobs.com |
| Counsel to SLF Fire Victim Claimants | MARSHACK HAYS LLP | Attn: RICHARD A. MARSHACK, DAVID A. WOOD, LAILA MASUD | 870 Roosevelt | | Irvine | CA | 92620 | | 949-333-7777 | 949-333-7778 | rmarshack@marshackhays.com dwood@marshackhays.com lmasud@marshackhays.com |
| Counsel to Solon | CKR Law, LLP | Attn: Kristine Takvoryan | 1800 Century Park East, 14th Floor | | Los Angeles | CA | 90067 | | 310-400-1110 | 310-400-0202 | otakvoryan@ckrlaw.com |
| Counsel for Agile Sourcing Partners, Inc. | Procopio, Cory, Hargreaves & Savitch LLP | Attn: Gerald P. Kennedy, Esq. | 525 B Street, Suite 2200 | | San Diego | CA | 92101 | | 619-238-1900 | 619-235-0398 | gerald.kennedy@procopio.com |
| Counsel for Creditors Nevada Irrigation District, Counsel for Attorneys for Creditors Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Jonathan R. Doolittle | 101 Second Street | Suite 1800 | San Francisco | CA | 94105 | | 415-543-8400 | 415-391-8269 | jdoolittle@reedsmith.com |
| Counsel for Telvent USA, LLC. | Hinckley, Allen & Snyder LLP | Attn: Jennifer V. Doran | 28 State Street | | Boston | MA | 02109 | | 617-345-9000 | 617-345-9020 | jdoran@hinckleyallen.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for California Efficiency + Demand Management Council, Counsel for Cypress Energy Partners, L.P., Tulsa Inspection Resources – PUC, LLC, Tulsa Inspection Resources, LLC, CF Inspection Management, LLC, and Cypress Energy Management – TIR, LLC, Counsel for Peninsula Clean Energy Authority | WINSTON & STRAWN LLP | Attn: Justin E. Rawlins | 333 S. Grand Avenue | 38th Floor | Los Angeles | CA | 90071-1543 | | 213-615-1700 | 213-615-1750 | jrawlins@winston.com |
| Counsel for The Davey Tree Expert Company | Irell & Manella LLP | Attn: Jeffrey M. Reisner, Kerri A. Lyman | 840 Newport Center Drive | Suite 400 | Newport Beach | CA | 92660 | | 949-760-5242 | 949-760-5200 | jreisner@irell.com<br>klyman@irell.com |
| Counsel to Southview Company LLC, Travelers Insurance | Dentons US LLP | Attn: Michael A. Isaacs, Esq. | One Market Plaza, Spear Tower, 24th Floor | | San Francisco | CA | 94105 | | 415-356-4614 | 415-267-4198 | michael.isaacs@dentons.com |
| Counsel to Creditor Lien Holder Level-It Installations | OLES MORRISON RINKER & BAKER LLP | Attn: Liam K. Malone | 492 Ninth Street, Suite 220 | | Oakland | CA | 94607 | | 510-903-2001 | | malone@oles.com |
| Counsel to Creditor Recology Inc. | BIALSON, BERGEN & SCHWAB | Attn: Lawrence M. Schwab, Esq. and Kenneth T. Law, Esq. | 633 Menlo Ave., Suite 100 | | Menlo Park | CA | 94025 | | 650-857-9500 | 650-494-2738 | Klaw@bbslaw.com |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Thomas C. Mitchell | The Orrick Building | 405 Howard Street | San Francisco | CA | 94105 | | 415-773-5732 | 415-773-5759 | tcmitchell@orrick.com |
| URENCO Limited and Louisiana Energy Services, LLC | Ballard Spahr LLP | Attn: Brian D. Huben | 2029 Century Park East | Suite 800 | Los Angeles | CA | 90067-2909 | | 424-204-4353 | 424-204-4350 | hubenb@ballardspahr.com |
| Counsel to Campos EPC, LLC | BALLARD SPAHR LLP | Attn: Brian D. Huben, Esq. | 2029 Century Park East | Suite 800 | Los Angeles | CA | 90067-2909 | | 424-204-4400 | 424-204-4350 | hubenb@ballardspahr.com |
| Counsel for Marin Clean Energy | Mintz Levin Cohn Ferris Glovsky and Popeo, P.C. | Attn: Abigail V. O'Brient, Andrew B. Levin | 2029 Century Park East | Suite 3100 | Los Angeles | CA | 90067 | | 310-586-3200 | 310-586-3200 | avobrient@mintz.com<br>ablevin@mintz.com |
| Counsel for Phillips and Jordan | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: John H. Rowland | 211 Commerce Street | Suite 800 | Nashville | TN | 37201 | | 615-726-5544 | 615-744-5544 | jrowland@bakerdonelson.com |
| Counsel to Dynegy Marketing and Trade, LLC | Latham & Watkins LLP | Attn: Caroline A. Reckler, Andrew M. Parlen | 885 Third Avenue | | New York | NY | 10022-4834 | | 212-906-1200 | 212-751-4864 | caroline.reckler@lw.com<br>andrew.parlen@lw.com |
| Counsel to Simon Property Group, Inc. | Simon Property Group, Inc. | Attn: Catherine M. Martin, Esq. | 225 West Washington Street | | Indianapolis | IN | 46204 | | 317-685-7263 | 317-263-7901 | cmartin@simon.com |
| Counsel to Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC, Enel Green Power North America, Inc., et al. and Enel X, Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for Power LLC, et al. | Stoel Rives LLP | Attn: Oren Buchanan Haker | 760 SW Ninth, Suite 3000 | | Portland | OR | 97205 | | 503-294-9338 | 503-220-2480 | oren.haker@stoel.com |
| Counsel for Sonoma County Treasurer & Tax Collector, Counsel for the County of Placer | Lamb and Kawakami LLP | Attn: Barry S. Glaser | 333 South Grand Avenue | 42nd Floor | Los Angeles | CA | 90071 | | 213-630-5500 | 213-630-5555 | bglaser@lkfirm.com |
| Counsel to Frase Enterprises, Inc. dba Kortick Manufacturing Company | Brunetti Rougeau LLP | Attn: Gregory A. Rougeau | 235 Montgomery Street | Suite 410 | San Francisco | CA | 94104 | | 415-992-8940 | 415-992-8915 | grougeau@brlawsf.com |
| Counsel to Federal Energy Regulatory Commission | U.S. Department of Justice, Civil Division | Attn: Joseph H. Hunt, Ruth A. Harvey, Ruth A. Harvey, Kirk Manhardt, Matthew Troy, Marc S. Sacks, Shane Huang, Michael S. Tye, Rodney A. Morris | P.O. Box 875 | Ben Franklin Station | Washington | DC | 20044-0875 | | 202-616-0341; 202-305-2419 | 202-514-9163 | shane.huang@usdoj.gov<br>michael.tye@usdoj.gov |
| Information Agent for the Official Committee of Unsecured Creditors, and the Official Committee of Tort Claimants | Epiq Corporate Restructuring, LLC | Attn: PG&E UCC and PG&E TCC | 777 Third Avenue, 12th Floor | | New York | NY | 10017 | | 646-282-2500 | | sgarabato@epiqglobal.com |
| Counsel to the Ad Hoc Committee of Holders of Trade Claims | GIBSON, DUNN & CRUTCHER LLP | Attn: Matthew D. McGill | 1050 Connecticut Avenue, N.W. | | Washington | DC | 20036-5306 | | 202-955-8500 | 202-467-0539 | mmcgill@gibsondunn.com |
| Counsel to International Business Machines Corp | IBM Corporation | Attn: Marie-Jose Dube | 275 Viger East | | Montreal | QC | H2X 3R7 | Canada | 514-964-0694 | 845-491-5032 | mjdube@ca.ibm.com |
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: J.Christopher Shore | 1221 Avenue of the Americas | | New York | NY | 10020-1095 | | 212-819-8200 | 212-354-8113 | cshore@whitecase.com |
| Counsel for Engineers and Scientists of California, Local 20, IFPTE, Counsel for SEIU United Service Workers - West | Weinberg Roger & Rosenfeld | Attn: Emily P. Rich | 1001 Marina Village Parkway | Suite 200 | Alameda | CA | 94501-1091 | | 510-337-1001 | 510-337-1023 | bankruptcycourtnotices@unioncounsel.net<br>erich@unioncounsel.net<br>tmainguy@unioncounsel.net<br>cgray@unioncounsel.net |
| Counsel to Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast, Inc. and Affiliates | KILPATRICK TOWNSEND & STOCKTON LLP | Attn: Benjamin M. Kleinman, Esq. | Two Embarcadero Center, Suite 1900 | | San Francisco | CA | 94111 | | 415-576-0200 | 415-576-0300 | bkleinman@kilpatricktownsend.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: Bradley C. Knapp | 601 Poydras Street | Suite 2660 | New Orleans | LA | 70130 | | 504-558-5210 | 504-910-6847 | bknapp@lockelord.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for CALIFORNIA SELF-INSURERS' SECURITY FUND | NIXON PEABODY LLP | Attn: RICHARD C. PEDONE | Exchange Place | 53 State Street | Boston | MA | 02109 | | 617-345-1000 | 617-345-1300 | rpedone@nixonpeabody.com |
| Counsel to Quanta Energy Services LLC | Locke Lord LLP | Attn: Xiyi Fu and Kinga L. Wright | 101 Montgomery Street, Suite 1950 | | San Francisco | CA | 94104 | | 415-318-8810 | 415-676-5816 | jackie.fu@lockelord.com; kwright@lockelord.com |
| Counsel for Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC | Latham & Watkins LLP | Attn: Amy C. Quartarolo | 355 South Grand Avenue | Suite 100 | Los Angeles | CA | 90071-1560 | | 213-485-1234 | 231-891-8763 | amy.quartarolo@lw.com |
| Counsel to Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC, Enel Green Power North America, Inc., et al. and Enel X, Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for Power LLC, et al. | Stoel Rives LLP | Attn: Andrew H. Morton, Jennifer N. Slocum | 600 University Street, Suite 3600 | | Seattle | WA | 98101 | | 206-624-0900 | 206-386-7500 | andrew.morton@stoel.com, jennifer.slocum@stoel.com |
| Counsel for Creditors Public Entities Impacted by the Wildfires | Stutzman, Bromberg, Esserman & Plifka, P.C. | Attn: Sander L. Esserman, Cliff I. Taylor | 2323 Bryan Street | Suite 2200 | Dallas | TX | 5201-2689 | | 214-969-4910 | | esserman@sbep-law.com taylor@sbep-law.com |
| Counsel for Mark Pulido, Counsel for Donna Walker, Mount Veeder Springs LLC, Counsel for Mount Veeder Springs LLC | PMRK LAW | Attn: Peter P. Meringolo | 201 Spear Street | Suite 1100 | San Francisco | CA | 94105 | | 415-496-3045 | 415-496-3091 | peter@pmrklaw.com |
| Counsel for the Ad Hoc Committee of Unsecured Tort Claimant Creditors | DLA PIPER LLP (US) | Attn: Joshua D. Morse | 555 Mission Street | Suite 2400 | San Francisco | CA | 94105-2933 | | 415-836-2500 | 415-836-2501 | joshua.morse@dlapiper.com |
| Counsel to Richards Law Firm Claimants | Richards Law Firm | Attn: John T. Richards, Evan Willis | 101 W. Broadway | Suite 1950 | San Diego | CA | 92101 | | 619-237-9800 | 619-238-9914 | john@jtrlaw1.com evan@jtrlaw1.com |
| Counsel for Creditors Nevada Irrigation District, Counsel for Attorneys for Creditors Lodi Gas Storage, L.L.P. Wild Goose, LLC | Reed Smith LLP | Attn: Monique B. Howery | 10 S. Wacker Drive | 40th Floor | Chicago | IL | 60606 | | 312-207-2417 | 312-207-6400 | mhowery@reedsmith.com |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | 300 South Spring Street | Suite 1702 | Los Angeles | CA | 90013 | | 213-269-6326 | 213-897-2802 | James.Potter@doj.ca.gov |
| Counsel to The Okonite Company | STITES & HARBISON PLLC | Attn: Elizabeth Lee Thompson | 250 West Main Street | Suite 2300 | Lexington | KY | 40507-1758 | | 859-226-2300 | 859-253-9144 | ethompson@stites.com |
| Office of the California Attorney General | Office of the California Attorney General | Attn: Bankruptcy Dept | P.O. Box 944255 | | Sacramento | CA | 94244-2550 | | 916-445-9555 | 916-323-5341 | bankruptcy@coag.gov |
| Interested Party | Union Pacific Railroad Company | Attn: Tonya W. Conley, Lila L. Howe | 1400 Douglas Street | STOP 1580 | Omaha | NE | 68179 | | 402-544-3015 | | bankruptcynotices@up.com |
| Counsel to Western Electricity Coordinating Council | COHNE KINGHORN, P.C. | Attn: George Hofmann | 111 East Broadway, 11th Floor | | Salt Lake City | UT | 84111 | | 801-363-4300 | 801-363-4378 | ghofmann@cohnekinghorn.com |
| Counsel to Dynegy Marketing and Trade, LLC | Latham & Watkins LLP | Attn: Adam E. Malatesta | 355 S. Grand Avenue, Suite 100 | | Los Angeles | CA | 90071-1560 | | 213-485-1234 | 213-891-8763 | adam.malatesta@lw.com |
| Counsel for California Independent System Operator | Pierce Atwood LLP | Attn: Keith J. Cunningham | Merrill's Wharf | 254 Commercial Street | Portland | ME | 04101 | | 207-791-1187 | 207-791-1350 | kcunningham@PierceAtwood.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | 180 Maiden Lane | | New York | NY | 10038-4982 | | 212-806-5400 | 212-806-6006 | khansen@stroock.com egilad@stroock.com mgarofalo@stroock.com |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. | HUNTON ANDREWS KURTH LLP | Attn: Kevin M. Eckhardt | 50 California Street | Suite 1700 | San Francisco | CA | 94111 | | 415-975-3700 | 415-975-3701 | keckhardt@huntonak.com |
| Counsel for Mizuho Bank, Ltd. | STROOCK & STROOCK & LAVAN LLP | Attn: David W. Moon | 2029 Century Park East | | Los Angeles | CA | 90067-3086 | | 310-556-5800 | 310-556-5959 | dmoon@stroock.com |
| Counsel for Garcia and Associates | St. James Law, P.C. | Attn: Michael St. James | 22 Battery Street | Suite 888 | San Francisco | CA | 94111 | | 415-391-7566 | 415-391-7568 | Ecf@stjames-law.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: David P. Simonds | 1999 Avenue of the Stars | Suite 600 | Los Angeles | CA | 90067 | | 310-229-1000 | 310-229-1001 | dsimonds@akingump.com |
| Counsel to International Church of the Foursquare Gospel | The Law Office of Joseph West | Attn: Joseph West Esq. | 575 E. Locust Ave., Suite 120 | | Fresno | CA | 93720 | | 310-478-0890 | 866-624-0763 | josephwest@westlawfirmofcalifornia.com |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: John A. Moe, II | 601 S. Figueroa Street | Suite 2500 | Los Angeles | CA | 90017-5704 | | 213-623-9300 | 213-623-9924 | john.moe@dentons.com |
| Counsel to County of San Luis Obispo | LAMB & KAWAKAMI LLP | Attn: Kevin J. Lamb, Michael K. Slattery, Thomas G. Kelch | 333 South Grand Avenue | Suite 4200 | Los Angeles | CA | 90071 | | 213-630-5500 | 213-630-5555 | klamb@lkfirm.com mslattery@lkfirm.com tkelch@lkfirm.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Creditors Public Entities Impacted by the Wildfires | Nuti Hart LLP | Attn: Gregory C. Nuti, Christopher H. Hart, Kimberly S. Fineman | 411 30th Street | Suite 408 | Oakland | CA | 94609-3311 | | 510-506-7152 | | kfineman@nutihart.com gnuti@nutihart.com chart@nutihart.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Andrew I. Silfen, Beth M. Brownstein, Jordana L. Renert | 1301 Avenue of the Americas | 42nd Floor | New York | NY | 10019 | | 212-484-3900 | 212-484-3990 | Andrew.Silfen@arentfox.com Beth.Brownstein@arentfox.com Jordana.Renert@arentfox.com |
| Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Andrew D. Yaphe | 1600 El Comino Real | | Menlo Park | CA | 94025 | | 650-752-2000 | 650-752-2111 | andrew.yaphe@davispolk.com |
| Counsel to Allianz Global Corporate & Specialty | Stevens & Lee, P.C. | Attn: Leonard P. Goldberger | 620 Freedom Business Center | Suite 200 | King of Prussia | PA | 19406 | | 610-205-6046 | 610-371-7376 | lpg@stevenslee.com |
| Counsel for Phillips and Jordan, Inc., Counsel for APTIM, Counsel for TTR Substations, Inc., Counsel for Snelson Companies, Inc. | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Lacey E. Rochester, Jan M. Hayden | 201 St. Charles Avenue, Suite 3600 | | New Orleans | LA | 70170 | | 504-566-5292; 504-566-5200 | 504-636-4000 | lrochester@bakerdonelson.com jhayden@bakerdonelson.com |
| Counsel to Plaintiffs Santiago Gatto and Anastasia Tkal | Young Ward & Lothert, A Professional Law Corporation | Attn: Scott Ward, Esq. | 995 Morning Star Dr., Suite C | | Sonora | CA | 95370-5192 | | 209-536-2750 | 209-536-2752 | info@youngwardlothert.com |
| Counsel for Nationwide Entities | Grotefeld Hoffmann | Attn: Mark S. Grotefeld, Maura Walsh Ochoa, Waylon J. Pickett | 700 Larkspur Landing Circle, Suite 280 | | Larkspur | CA | 94939 | | 415-344-9670 | 415-989-2802 | mgrotefeld@ghlaw-llp.com mochoa@ghlaw-llp.com wpickett@ghlaw-llp.com |
| Counsel for Exponent, Inc. | Newmeyer & Dillion LLP | Attn: James J. Ficenec, Joshua B. Bevitz | 1333 N. California Blvd | Suite 600 | Walnut Creek | CA | 94596 | | 925-988-3200 | 925-988-3290 | James.Ficenec@ndlf.com Joshua.Bevitz@ndlf.com |
| US Securities and Exchange Commission | US Securities and Exchange Commission | Attn: Jina Choi, Regional Director | San Francisco Regional Office | 44 Montgomery Street, Suite 2800 | San Francisco | CA | 94104 | | 415-705-2500 | | sanfrancisco@sec.gov |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: W. Steven Bryant | 600 Congress Street | Suite 2200 | Austin | TX | 78701 | | 512-305-4700 | 512-305-4800 | sbryant@lockelord.com |
| Counsel for Bank of America, N.A. | Bank of America | Attn: John McCusker | Mail Code: NY1-100-21-01 | One Bryant Park | New York | NY | 10036 | | 646-855-2464 | | John.mccusker@baml.com |
| Counsel to Compass Lexecon, LLC | TOGUT, SEGAL & SEGAL LLP | Attn: Albert Togut, Kyle J. Ortiz, Amy M. Oden, Amanda C. Glaubach | One Penn Plaza | Suite 3335 | New York | NY | 10119 | | 212-594-5000 | 212-967-4258 | altogut@teamtogut.com kortiz@teamtogut.com aoden@teamtogut.com aglaubach@teamtogut.com |
| Counsel for State Farm Mutual Automobile Insurance Company and its affiliates | Dechert LLP | Attn: Allan S. Brilliant, Shumel Vasser, Alaina R. Heine | 1095 Avenue of the Americas | | New York | NY | 10036 | | 212-698-3500 | 415-698-3599 | allan.brilliant@dechert.com shumel.vasser@dechert.com alaina.heine@dechert.com |
| Counsel for the Federal Monitor | Kirkland & Ellis LLP | Attn: R. Alexander Pilmer | 555 California Street | | San Francisco | CA | 94104 | | 415-439-1400 | 415-439-1500 | alexander.pilmer@kirkland.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | ARENT FOX LLP | Attn: Aram Ordubegian | 555 West Fifth Street | 48th Floor | Los Angeles | CA | 90013-1065 | | 213-629-7400 | 213-629-7401 | Aram.Ordubegian@arentfox.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: Aparna Yenamandra | 601 Lexington Avenue | | New York | NY | 10022 | | 212-446-4800 | 212-446-4900 | aparna.yenamandra@kirkland.com |
| Counsel to Artrack Construction Corporation | Law Office of Steven M. Olson | Attn: Steven M. Olson, Esq. & Jacob M. Faircloth, Esq. | 50 Old Courthouse Square, Suite 401 | | Santa Rosa | CA | 95404 | | 707-575-1800 | 707-575-1867 | smo@smolsonlaw.com |
| Counsel to Jesus Mendoza | Law Office of Daren M. Schlecter | Attn: Daren M. Schlecter, Esq. | 1925 Century Park East, Suite 830 | | Los Angeles | CA | 90067 | | 310-553-5747 | 310-553-5487 | daren@schlecterlaw.com |
| Counsel for Creditors and Parties-in-Interest NEXANT | Crowell & Moring LLP | Attn: Monique D. Almy | 1001 Pennsylvania Avenue, N.W. | | Washington | DC | 20004 | | 415-986-2827 | 202-628-5116 | malmy@crowell.com |
| Counsel to Centerbridge Partners, L.P. | ORRICK, HERRINGTON & SUTCLIFFE LLP | Attn: Marc A. Levinson | 400 Capitol Mall, Suite 3000 | | Sacramento | CA | 95814-4497 | | 916-329-4910 | 916-329-4900 | malevinson@orrick.com |
| Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee | MARY ALEXANDER & ASSOCIATES, P.C. | Attn: Mary E. Alexander | 44 Montgomery Street, Suite 1303 | | San Francisco | CA | 94104 | | 415-433-4440 | 415-433-5440 | malexander@maryalexanderlaw.com |
| Counsel to Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast, Inc. and Affiliates | KILPATRICK TOWNSEND & STOCKTON LLP | Attn: Paul M. Rosenblatt, Esq. | 1100 Peachtree Street, NE, Suite 2800 | | Atlanta | GA | 30309-4530 | | 404-815-6500 | 404-815-6555 | prosenblatt@kilpatricktownsend.com |
| Counsel for Valley Clean Energy Alliance | BEST BEST & KRIEGER LLP | Attn: Harriet Steiner | 500 Capitol Mall | Suite 1700 | Sacramento | CA | 95814 | | 916-325-4000 | 916-325-4010 | harriet.steiner@bbklaw.com |
| Counsel for Southern Power Company | TROUTMAN SANDERS LLP | Attn: Harris B. Winsberg, Esq., Matthew G. Roberts, Esq. | 600 Peachtree St. NE | Suite 3000 | Atlanta | GA | 30308 | | 404-885-3348 404-885-3000 | 404-885-3900 | harris.winsberg@troutman.com matthew.roberts2@troutman.com |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | PILLSBURY WINTHROP SHAW PITTMAN LLP | Attn: Philip S. Warden | Four Embarcadero Center | 22nd Floor | San Francisco | CA | 94111-5998 | | 415-983-1000 | 415-983-1200 | philip.warden@pillsburylaw.com |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. | HUNTON ANDREWS KURTH LLP | Attn: Peter S. Partee, Sr. | 200 Park Avenue | 53rd Floor | New York | NY | 10166 | | 212-309-1000 | 212-309-1100 | ppartee@huntonak.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Agua Caliente Solar, LLC, Clearway Energy Group LLC, Clearway Energy, Inc., MC Shiloh IV Holdings LLC, NRG Energy, Inc., Solar Partners II LLC, Solar Partners VIII LLC, and TerraForm Power, Inc. | Shearman & Sterling LLP | Attn: C. Luckey McDowell | 1100 Louisiana | Suite 3300 | Houston | TX | 77002 | | 713-354-4875 | | luckey.mcdowell@shearman.com |
| Counsel for Valley Clean Energy Alliance | COUNTY OF YOLO | Attn: Eric May | 625 Court Street | Room 201 | Woodland | CA | 95695 | | 530-666-8278 | 530-666-8279 | eric.may@yolocounty.org |
| Counsel for Philip Verwey d/b/a Philip Verwey Farms | McCormick Barstow LLP | Attn: H. Annie Duong | Counsel for Philip Verwey d/b/a Philip Verwey Farms | 7647 North Fresno Street | Fresno | CA | 93720 | | 559-433-1300 | 559-433-2300 | Annie.Duong@mccormickbarstow.com |
| Counsel for Genesys Telecommunications Laboratories Inc. | Arent Fox LLP | Attn: Andy S. Kong and Christopher K.S. Wong | 555 West Fifth Street | 48th Floor | Los Angeles | CA | 90013-1065 | | 213-629-7400 | 213-629-7401 | andy.kong@arentfox.com; christopher.wong@arentfox.com |
| Counsel for A.J. Excavation Inc. | McCormick Barstow LLP | Attn: David L. Emerzian, H. Annie Duong | Counsel for A.J. Excavation Inc. | 7647 North Fresno Street | Fresno | CA | 93720 | | 559-433-1300 | 559-433-2300 | Annie.Duong@mccormickbarstow.com; demerzian@mccormickbarstow.com |
| Counsel to Campos EPC, LLC | BALLARD SPAHR LLP | Attn: Theodore J. Hartl, Esq. | 1225 17th Street | Suite 2300 | Denver | CO | 80202 | | | 303-296-3956 | hartlt@ballardspahr.com |
| Counsel to Atlantica Yield plc and Mojave Solar LLC | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Attn: Amy S. Park | 525 University Avenue | | Palo Alto | CA | 94301 | | 650-470-4500 | 650-470-4570 | Amy.Park@skadden.com |
| Attorneys for Cushman & Wakefield, Inc. | Shulman Hodges & Bastian LLP | Attn: Leonard M. Shulman, Melissa Davis Lowe | 100 Spectrum Center Drive | Suite 600 | Irvine | CA | 92618 | | 949-340-3400 | | lshulman@shbllp.com; mlowe@shbllp.com |
| Counsel for Crockett Cogeneration, Middle River Power, LLC, and MRP San Joaquin Energy, LLC | Latham & Watkins LLP | Attn: Christopher Harris, Andrew M. Parlen | 885 Third Avenue | | New York | NY | 10022 | | 212-906-1200 | 212-751-4864 | christopher.harris@lw.com; andrew.parlen@lw.com |
| Counsel for Gill Ranch Storage, LLC, Counsel for Dynamics, Inc., et al., Counsel for FTP Power LLC, et al. | STOEL RIVES LLP | Attn: Sunny S. Sarkis | 500 Capitol Mall | Suite 1600 | Sacramento | CA | 98514 | | 916-447-0700 | 916-447-4781 | sunny.sarkis@stoel.com |
| Counsel for Pacific Mobile Structures, Inc. | LANE POWELL PC | Attn: Brad T. Summers | 601 SW Second Avenue | Suite 2100 | Portland | OR | 97204 | | 503-778-2100 | 503-778-2200 | summerst@lanepowell.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | 55 Hudson Yards | | New York | NY | 10001-2163 | | 212-530-5000 | 212-530-5219 | ddunne@milbank.com; skhalil@milbank.com |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Debra Felder | 1152 15th Street, NW | | Washington | DC | 20005 | | 202-339-8567 | 202-339-8500 | dfelder@orrick.com |
| Counsel to unsecured asbestos personal injury creditor Everett Freeman Waining, Jr. | BRAYTON-PURCELL LLP | Attn: Alan R. Brayton, Esq. and Bryn G. Letsch, Esq. | 222 Rush Landing Road | P.O. Box 6169 | Novato | CA | 94948-6169 | | 415-898-1555 | 415-898-1247 | bletsch@braytonlaw.com |
| Counsel for Honeywell International Inc. and Elster American Meter Company, LLC | Dykema Gossett LLP | Attn: Gregory K. Jones | 333 South Grand Avenue, Suite 2100 | | Los Angeles | CA | 90071 | | 213-457-1800 | 213-457-1850 | gjones@dykema.com |
| Counsel for The Act 1 Group, Inc. | Joseph A. Eisenberg P.C. | Attn: Joseph A. Eisenberg | 2976 E. State Street | Suite 120 – No. 111 | Eagle | ID | 83616 | | | | JAE1900@yahoo.com |
| Counsel for AT&T | Arnold & Porter Kaye Scholer LLP | Attn: Brian Lohan, Esq., Steven Fruchter, Esq. | 250 West 55th Street | | New York | NY | 10019 | | 212-836-8000 | 212-836-8689 | brian.lohan@arnoldporter.com; steven.fruchter@arnoldporter.com |
| Counsel to Mirna Trettevik, including Other Fire Victim Tort Claimants | ADLER LAW GROUP, APLC | Attn: E. Elliot Adler, Esq., Geoffrey E. Marr, Esq., & Omeed Latifi, Esq. | 402 West Broadway, Ste. 860 | | San Diego | CA | 92101 | | 619-531-8700 | 619-342-9600 | EAdler@TheAdlerFirm.com; gemarr59@hotmail.com; bzummer@TheAdlerFirm.com; olatifi@theadlerfirm.com |
| Counsel for Consolidated Edison Development Inc. | TROUTMAN SANDERS LLP | Attn: Gabriel Ozel | 11682 El Camino Real, Suite 400 | | San Diego | CA | 92130-2092 | | 858-509-6000 | 858-509-6040 | gabriel.ozel@troutman.com |
| Counsel to Lisa Delaine Allain, Thomas Atkinson, Chippewa Pest Control, Inc., Lara Balas, Adam Balogh, Brian Bolton, Sharon Britt and Heather Blowers | DREYER BABICH BUCCOLA WOOD CAMPORA, LLP | Attn: Steven M. Campora | 20 Bicentennial Circle | | Sacramento | CA | 95826 | | 916-379-3500 | 916-379-3599 | scampora@dbbwc.com |
| Counsel for The Davey Tree Expert Company | The Davey Tree Expert Company | Attn: Erika J. Schoenberger, General Counsel | 1500 N. Mantua Street | | Kent | OH | 44240 | | 330-673-9511 Ext 8549 | | Erika.Schoenberger@davey.com |
| Counsel for Bank of New York Mellon | Reed Smith LLP | Attn: Robert P. Simons | 225 Fifth Avenue | Suite 1200 | Pittsburgh | PA | 15222 | | 412-288-3131 | 412-288-3063 | rsimons@reedsmith.com |
| Interested Party | Macdonald | Fernandez LLP | Attn: Iain A. Macdonald | 221 Sansome Street | Third Floor | San Francisco | CA | 94104-2323 | | 415-362-0449 | 415-394-5544 | imac@macfern.com |
| Counsel for BOKF, NA, solely in its capacity as Indenture Trustee | FREDERIC DORWART, LAWYERS PLLC | Attn: Samuel S. Ory | 124 East Fourth Street | | Tulsa | OK | 74103-5010 | | 918-583-9922 | 918-583-8251 | sory@fdlaw.com |
| Counsel for A&J Electric Cable Corporation | JORDAN, HOLZER & ORTIZ, PC | Attn: Antonio Ortiz, Shelby A Jordan | 500 N. Shoreline | Suite 900 | Corpus Christi | TX | 78401 | | 361-884-5678 | 361-888-5555 | aortiz@jhwclaw.com; sjordan@jhwclaw.com; ecf@jhwclaw.com |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Attn: Mosby Perrow | 1001 Louisiana | Suite 1000 | Houston | TX | 77002 | | 713-420-6547 | | mosby_perrow@kindermorgan.com |
| Counsel to Agua Caliente Solar, LLC, Clearway Energy Group LLC, Clearway Energy, Inc., MC Shiloh IV Holdings LLC, NRG Energy, Inc., Solar Partners II LLC, Solar Partners VIII LLC, and TerraForm Power, Inc. | Shearman & Sterling LLP | Attn: Daniel Laguardia | 535 Mission Street 25th Floor | | San Francisco | CA | 94105 | | 415-616-1114 | | daniel.laguardia@shearman.com |
| Counsel for The Baupost Group L.L.C., as the managing general partner and/or investment manager for certain entities | Ropes & Gray LLP | Attn: Peter L. Welsh, Joshua Y. Sturm, & Patricia I. Chen | Prudential Tower | 800 Boylston Street | Boston | MA | 02199-3600 | | 617-951-7000 | 617-951-7777 | peter.welsh@ropesgray.com; joshua.sturm@ropesgray.com; patricia.chen@ropesgray.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Travelers Insurance | Dentons US LLP | Attn: Peter D. Wolfson | 1221 Avenue of the Americas | | New York | NY | 10020 | | 212-768-6800 | 212-768-6700 | peter.wolfson@dentons.com |
| Counsel to Southwire Company LLC | Dentons US LLP | Attn: Bryan E. Bates, Esq. | 303 Peachtree St., NE, Suite 5300 | | Atlanta | GA | 30308 | | 404-527-4073 | 404-527-4198 | bryan.bates@dentons.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: David R. Seligman, P.C. | 300 North LaSalle | | Chicago | IL | 60654 | | 312-862-2000 | 312-862-2200 | david.seligman@kirkland.com |
| Counsel for Ruby Pipeline, L.L.C., Cardno, Inc. | GREENBERG TRAURIG, LLP | Attn: Michael Hogue | 4 Embarcadero Center | Suite 3000 | San Francisco | CA | 94111 | | 415-655-1300 | 415-707-2010 | hoguem@gtlaw.com |
| Counsel for Pivot Interiors, Inc. | RIMON, P.C. | Attn: Lillian G. Stenfeldt | One Embarcadero Center | Suite 400 | San Francisco | CA | 94111 | | 415-915-5192 | 415-683-5472 | lillian.stenfeldt@rimonlaw.com |
| Counsel for East Bay Community Energy Authority | East Bay Community Energy Authority | Attn: Leah S. Goldberg | 1111 Broadway | 3rd Floor | Oakland | CA | 94607 | | 510-838-5266 | | lgoldberg@ebce.org |
| Counsel for Kompogas SLO LLC and Tata Consultancy Services | Kelley Drye & Warren LLP | Attn: Benjamin D. Feder | 101 Park Avenue | | New York | NY | 10178 | | 212-808-7800 | 212-808-7897 | KDWBankruptcyDepartment@kelleydrye.com bfeder@kelleydrye.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Diemer & Wei, LLP | Attn: Kathryn S. Diemer | 100 West San Fernando Street | Suite 555 | San Jose | CA | 95113 | | 408-971-6270 | 408-971-6271 | kdiemer@diemerwei.com |
| Counsel for Consolidated Edison Development Inc. | Troutman Sanders LLP | Attn: Hugh M. McDonald | 875 Third Avenue | | New York | NY | 10022 | | 212-704-6000 | 212-704-6288 | hugh.mcdonald@troutman.com |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Office of the General Counsel | 1200 K Street, N.W. | | Washington | DC | 20005-4026 | | 202-326-4020 ext. 3738 | 202-326-4112 | morgan.courtney@pbgc.gov efile@pbgc.gov |
| Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Office of the General Counsel Attn: Daniel Robertson | 1200 K Street, N.W. | | Washington | DC | 20005-4026 | | 202-326-4020 | 202-326-4112 | efile@pbgc.gov robertson.daniel@pbgc.gov |
| Counsel to TRANSWESTERN PIPELINE COMPANY, | AKERMAN LLP | Attn: JOHN E. MITCHELL and | 2001 Ross Avenue, Suite | | Dallas | TX | 75201 | | 214-720-4300 | 214-981-9339 | yelena.archiyan@akerman.com |
| Counsel for Valero Refining Company-California | Trodella & Lapping LLP | Attn: Richard A. Lapping | 540 Pacific Avenue | | San Francisco | CA | 94133 | | 415-399-1015 | 415-651-9004 | Rich@TrodellaLapping.com |
| Counsel for Calpine Corporation | Kirkland & Ellis LLP | Attn: Mark McKane, P.C., Michael P. Esser | 555 California Street | | San Francisco | CA | 94104 | | 415-439-1400 | 415-439-1500 | mark.mckane@kirkland.com michael.esser@kirkland.com |
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs Claimants | BAILEY AND ROMERO LAW FIRM | Attn: MARTHA E. ROMERO | 12518 Beverly Boulevard | | Whittier | CA | 90601 | | 562-889-0182 | | marthaeromerolaw@gmail.com |
| Counsel for Ruby Pipeline, L.L.C. | Kinder Morgan, Inc. | Attn: Mark A. Minich | Two North Nevada | | Colorado Springs | CO | 80903 | | 719-520-4416 | | Mark_Minich@kindermorgan.com |
| Counsel to Public Employees Retirement Association of New Mexico | LOWENSTEIN SANDLER LLP | Attn: Michael S. Etkin, Andrew Behlmann & Gabriel L. Olivera | One Lowenstein Drive | | Roseland | NJ | 070068 | | 973-597-2500 | 973-597-2333 | metkin@lowenstein.com abehlmann@lowenstein.com golivera@lowenstein.com |
| Counsel for International Brotherhood of Electrical Workers Local Union 1245 | Locke Lord LLP | Attn: Meagan S. Tom | 101 Montgomery Street | Suite 1950 | San Francisco | CA | 94104 | | 415-318-8810 | 415-676-5816 | meagan.tom@lockelord.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | | 212-373-3209 212-373-3000 | 212-492-0209 212-757-3990 | akornberg@paulweiss.com bhermann@paulweiss.com wrieman@paulweiss.com smitchell@paulweiss.com ndonnelly@paulweiss.com |
| Counsel for McKinsey & Company, Inc. U.S. | HOGAN LOVELLS US LLP | Attn: Peter A. Ivanick, Alex M. Sher | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | alex.sher@hoganlovells.com peter.ivanick@hoganlovells.com |
| Counsel to The Regents of the University of California | The Regents of the University of California | Office of the General Counsel Attn: Rhonda Stewart Goldstein | 1111 Franklin Street, 8th Floor | | Oakland | CA | 94607-5200 | | 510-987-9800 | 510-987-9757 | rhonda.goldstein@ucop.edu |
| Counsel for Realty Income Corp., Counsel for Discovery Hydrovac | BALLARD SPAHR LLP | Attn: Craig Solomon Ganz, Michael S. Myers | 1 East Washington Street | Suite 2300 | Phoenix | AZ | 85004-2555 | | | | ganzc@ballardspahr.com myersms@ballardspahr.com |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | ROPES & GRAY LLP | Attn: Gregg M. Galardi, Keith H. Wofford, Daniel G. Egan | 1211 Avenue of the Americas | | New York | NY | 10036-8704 | | 212-596-9000 | 212-596-9090 | gregg.galardi@ropesgray.com keith.wofford@ropesgray.com daniel.egan@ropesgray.com |
| Counsel to Majesti Mai Bagorio, et al., creditors and plaintiffs in Bagorio, et al. v. PG&E Corporation, et al., case number CNC-19-554581 | BAUM HEDLUND ARISTEI & GOLDMAN, PC | Attn: Ronald L.M. Goldman, Diane Marger Moore | 10940 Wilshire Boulevard, 17th Floor | | Los Angeles | CA | 90024 | | 310-207-3233 | 310-820-7444 | rgoldman@baumhedlundlaw.com dmargermoore@baumhedlundlaw.com |
| Co-Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | BraunHagey & Borden LLP | Attn: J. Noah Hagey, Jeffrey M. Theodore, David H. Kwasniewski, Andrew Levine | 351 California Street | Tenth Floor | San Francisco | CA | 94104 | | 415-599-0210 | 415-276-1808 | hagey@braunhagey.com theodore@braunhagey.com kwasniewski@braunhagey.com levine@braunhagey.com |
| COUNSEL FOR PARTIES-IN-INTEREST ESVOLTA, LLC AND HUMMINGBIRD ENERGY STORAGE, LLC | HOGAN LOVELLS US LLP | Attn M Hampton Foushee | 875 Third Avenue | | New York | NY | 10022 | | 212-918-3000 | 212-918-3100 | hampton.foushee@hoganlovells.com |
| Counsel to Diablo Winds, LLC | HOLLAND & HART LLP | Attn: Risa Lynn Wolf-Smith | 555 Seventeenth Street, Suite 3200 | P.O. Box 8749 | Denver | CO | 80201-8749 | | 303-295-8011 | 303-295-8261 | rwolf@hollandhart.com |
| Counsel to Realty Income Corporation | BALLARD SPAHR LLP | Attn: Stacy H. Rubin | One Summerlin | 1980 Festival Plaza Drive, Suite 900 | Las Vegas | NV | 89135-2958 | | 702-471-7000 | | rubins@ballardspahr.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Tanforan Industrial Park, LLC | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Dana M. Andreoli | 235 Pine Street | 15th Floor | San Francisco | CA | 94111 | | 415-421-3400 | 415-421-2234 | dandreoli@steyerlaw.com |
| Counsel to ADVENTIST HEALTHSYSTEM/WEST, a California non-profit religious corporation | NORTON ROSE FULBRIGHT US LLP | ATTN: DAVID A. ROSENZWEIG | 1301 Avenue of the Americas, Floor 2945 | | New York | NY | 10019-6022 | | 212-318-3035 | 212-318-3400 | david.rosenzweig@nortonrosefulbright.com |
| Counsel for City and County of San Francisco, including all of its agencies, departments, or instrumentalities | San Francisco City Attorney's Office | Attn: Owen Clements | 1390 Market Street | 7th Floor | San Francisco | CA | 94102 | | 415-554-3944 | 415-437-4644 | Owen.Clements@sfcityatty.org Catheryn.Daly@sfcityatty.org |
| Counsel for Davey Tree Expert Company, Davey Tree Surgery Company, and Davey Resource Group, Inc. | MCDERMOTT WILL & EMERY LLP | Attn: Jeffrey M. Reisner and Kerri A. Lyman | 2049 Century Park East, Suite 3200 | | Los Angeles | CA | 90067-3206 | | 310-277-4110 | 310-277-4730 | jreisner@mwe.com klyman@mwe.com |
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP | Attn: Michael A. Rosenthal, Alan Moskowitz | 200 Park Avenue | | New York | NY | 10166-0193 | | 212-351-4000 | 212-351-4035 | Mrosenthal@gibsondunn.com Amoskowitz@gibsondunn.com |
| Counsel to Renaissance Reinsurance LTD. | Crowell & Moring LLP | Attn: Mark D. Plevin, Brendan V. Mullan | Three Embarcadero Center, 26th Floor | | San Francisco | CA | 94111 | | 415-986-2800 | 415-986-2827 | mplevin@crowell.com bmullan@crowell.com |
| Counsel to NEARON SUNSET, LLC | MONTEE & ASSOCIATES | Attn: Kevin P. Montee | 1250-I Newell Ave. | Suite 149 | Walnut Creek | CA | 94596 | | 925-979-5579 | 925-955-1648 | kmontee@monteeassociates.com |
| Counsel to Kepco California LLC, RE Astoria LLC | Lewis Brisbois Bisgaard & Smith LLP | Attn: Lovee D. Sarenas, Scott Lee, Amy L. Goldman, Jasmin Yang | 633 West 5th Street, Suite 4000 | | Los Angeles | CA | 90071 | | 213-250-1800 | 213-250-7900 | Lovee.Sarenas@lewisbrisbois.com Amy.Goldman@lewisbrisbois.com Scott.Lee@lewisbrisbois.com Jasmin.Yang@lewisbrisbois.com |
| Counsel for BrightView Enterprise Solutions, LLC, Counsel for Granite Construction Incorporated, BrightView Landscape Services, Inc. | Taylor English Duma LLP | Attn: John W. Mills, III | 1600 Parkwood Circle | Suite 200 | Atlanta | GA | 30339 | | 770-434-6868 | 770-434-7376 | jmills@taylorenglish.com |
| Counsel for Creditors and Parties-in-Interest NEXANT | Crowell & Moring LLP | Attn: Thomas F. Koegel | 3 Embarcadero Center | 26th Floor | San Francisco | CA | 94111 | | 415-986-2800 | 202-624-2935 | tkoegel@crowell.com |
| Interested Party Pryor Cashman LLP | Pryor Cashman LLP | Attn: Ronald S. Beacher | 7 Times Square | | New York | NY | 10036 | | 212-421-4100 | 212-326-0806 | rbeacher@pryorcashman.com |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: Lauren Macksoud | 1221 Avenue of the Americas | | New York | NY | 10020-1089 | | 212-768-5347 | | Lauren.macksoud@dentons.com |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Sonoma Clean Power Authority | Attn: Jessica Mullan, General Counsel | 50 Santa Rosa Avenue | Fifth Floor | Santa Rosa | CA | 95494 | | | | jmullan@sonomacleanpower.org |
| Counsel for Fire Victim Creditors | GIBBS LAW GROUP | Attn: Eric Gibbs, Dylan Hughes | 505 14th Street, Suite 1110 | | Oakland | CA | 94612 | | 510-350-9700 | 510-350-9701 | ehg@classlawgroup.com dsh@classlawgroup.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: Dania Slim | 324 Royal Palm Way | Suite 2200 | Palm Beach | FL | 33480 | | 561-232-3300 | | dania.slim@pillsburylaw.com |
| Counsel to Department of Finance for the State of California and Governor Gavin Newsom | O'MELVENY & MYERS LLP | Attn: John J. Rapisardi, Nancy A. Mitchell and Daniel S. Shamah | 7 Times Square | | New York | NY | 10036 | | 212-326-2000 | 213-326-2061 | jrapisardi@omm.com nmitchell@omm.com dshamah@omm.com |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | Orrick, Herrington & Sutcliffe LLP | Attn: Lorraine McGowen | 51 West 52nd Street | | New York | NY | 10019 | | 212-506-5114 | 212-506-5151 | lmcgowen@orrick.com |
| Counsel to Iron Mountain Information Management, LLC | Iron Mountain Information Management, LLC | Attn: Joseph Corrigan | One Federal Street | | Boston | MA | 02110 | | 617-535-4744 | 617-451-0409 | Bankruptcy2@ironmountain.com |
| Counsel for Dan Clarke | BELVEDERE LEGAL, PC | Attn: Matthew D. Metzger | 1777 Borel Place | Suite 314 | San Mateo | CA | 94402 | | 415-513-5980 | 415-513-5985 | belvederelegalpc@gmail.com |
| Counsel for International Business Machines Corp. | Satterlee Stephens LLP | Attn: Christopher R. Belmonte, Esq., Pamela A. Bosswick, Esq. | 230 Park Avenue | | New York | NY | 10169 | | 212-818-9200 | 212-818-9606 | cbelmonte@ssbb.com pbosswick@ssbb.com |
| Counsel to Public Employees Retirement Association of New Mexico | MICHELSON LAW GROUP | Attn: Randy Michelson | 220 Montgomery Street | Suite 2100 | San Francisco | CA | 94104 | | 415-512-8600 | 415-512-8601 | randy.michelson@michelsonlawgroup.com |
| Counsel for Creditors Public Entities Impacted by the Wildfires | Baron & Budd, P.C. | Attn: Scott Summy, John Fiske | 3102 Oak Lawn Avenue #1100 | | Dallas | TX | 75219 | | 214-521-3605 | | ssummy@baronbudd.com jfiske@baronbudd.com |
| Counsel for Aera Energy LLC, Midway Sunset Cogeneration Company | Aera Energy LLC | Attn: Ron A. Symm | 10000 Ming Avenue | | Bakersfield | CA | 93311 | | 661-665-5791 | | RASymm@aeraenergy.com |
| Interested Party Provencher & Flatt | Provencher & Flatt, LLP | Attn: Douglas B. Provencher | 823 Sonoma Avenue | | Santa Rosa | CA | 95404 | | 707-284-2380 | 707-284-2387 | dbp@provlaw.com |
| Counsel to Creditor City of American Canyon | REEDER LAW CORPORATION | ATTN: DAVID M. REEDER | 1875 CENTURY PARK EAST, STE. 700 | | LOS ANGELES | CA | 90067 | | 310-774-4060 | 310-295-2290 | david@reederlaw.com |
| Counsel for Nationwide Entities | Berger Kahn, a Law Corporation | Attn: Craig S. Simon | 1 Park Plaza, Suite 340 | | Irvine | CA | 92614 | | 949-474-1880 | 949-313-5029 | csimon@bergerkahn.com |
| Counsel for Subrogation Insurers | Berger Kahn, a Law Corporation | Attn: Craig S. Simon | 1 Park Plaza, Suite 340 | | Irvine | CA | 92614 | | 949- 474-1880 | 949-313-5029 | csimon@bergerkahn.com |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Engel Law, P.C. | Attn: G. Larry Engel | 12116 Horseshoe Lane | | Nevada City | CA | 94123 | | | | larry@engeladvice.com |
| Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | Attn: Robert A. Julian, Cecily A. Dumas | 600 Montgomery Street | Suite 3100 | San Francisco | CA | 94111 | | 415-659-2600 | 415-659-2601 | rjulian@bakerlaw.com cdumas@bakerlaw.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel for Sempra Energy, San Diego Gas & Electric Company, and Southern California Gas Company | White & Case LLP | Attn: Roberto J. Kampfner | 555 South Flower Street | Suite 2700 | Los Angeles | CA | 90071 | | 213-620-7700 | 213-452-2329 | rkampfner@whitecase.com |
| Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee | PINO & ASSOCIATES | Attn: Estela O. Pino | 1520 Eureka Road, Suite 101 | | Roseville | CA | 95661 | | 916-641-2288 | 916-641-1888 | epino@epinolaw.com |
| Counsel for BlueMountain Capital Management, LLC | Irell & Manella LLP | Attn: Craig Varnen, Andrew J. Strabone | 1800 Avenue of the Stars | Suite 900 | Los Angeles | CA | 90067-4276 | | 310-277-1010 | 310-203-7199 | cvarnen@irell.com; astrabone@irell.com |
| COUNSEL TO DIGNITY HEALTH and ITS AFFILIATES | Polsinelli LLP | Attn: Randye B. Soref | 2049 Century Park East, Suite 2900 | | Los Angeles | CA | 90067 | | 310-556-1801 | 310-556-1802 | rsoref@polsinelli.com |
| Aggreko, MCE Corporation, Nor-Cal Pipeline Services, and Roebbelen Contracting, Inc. | Finestone Hayes LLP | Attn: Stephen D. Finestone, Jennifer C. Hayes | 456 Montgomery St. | 20th Floor | San Francisco | CA | 94104 | | 415-421-2624; 415-616-0466; 415-481-5481 | | sfinestone@fhlawllp.com jhayes@fhlawllp.com rwitthans@fhlawllp.com |
| Counsel for ELLIOTT MANAGEMENT CORPORATION, on behalf of itself and certain funds and accounts managed, advised, or sub-advised by it | ROPES & GRAY LLP | Attn: Stephen Moeller-Sally, Matthew L. McGinnis | Prudential Tower, 800 Boylston Street | | Boston | MA | 02199-3600 | | 617-951-7000 | 617-951-7777 | ssally@ropesgray.com matthew.mcginnis@ropesgray.com |
| Counsel for PG&E Holdings Group | KRAMER LEVIN NAFTALIS & FRANKEL LLP | Attn: Amy Caton and Megan Wasson | 1177 Avenue of the Americas | | New York | NY | 10036 | | 212-715-9100 | 650-715-8000 | acaton@kramerlevin.com mwasson@kramerlevin.com |
| Counsel to Linda Dighton, Nancy Oliver, Grant Smelser, John Randall Dighton, Teddy Oliver and Richard Kelly | O'Brien & Zehnder | Attn: Jason Borg | 9401 E. Stockton Blvd. | Suite 225 | Elk Grove | CA | 95624 | | 916-714-8200 | 916-714-8201 | jborg@jasonborglaw.com |
| Interested Party | Law Office of Richard L. Antognini | Attn: Richard L. Antognini | 2036 Nevada City Highway | Suite 636 | Grass Valley | CA | 95945-7700 | | 916-295-4896 | | rlalawyer@yahoo.com |
| Claims Agent | Prime Clerk LLC | Attn: Herb Baer | 830 3rd Ave FL 9 | | New York | NY | 10022 | | 212-257-5450 | 212-257-5452 | pgeteam@PrimeClerk.com; serviceqa@primeclerk.com |
| Counsel to Winners Industry Co., Ltd. | McKoool Smith, P.C. | Attn: James H. Smith | One Bryant Park, 47th Floor | | New York | NY | 10036 | | 212-402-9400 | 212-402-9444 | jsmith@mckoolsmith.com |
| Counsel for State Farm Mutual Automobile Insurance Company and its affiliates | Dechert LLP | Attn: Rebecca Weissman | One Bush Street | Suite 1600 | San Francisco | CA | 94104 | | 415-262-4500 | 415-262-4555 | rebecca.weissman@dechert.com |
| Counsel to ADVENTIST HEALTHSYSTEM/WEST, a California non-profit religious corporation | NORTON ROSE FULBRIGHT US LLP | ATTN: REBECCA J. WINTHROP | 555 South Flower Street, Forty-First Floor | | Los Angeles | CA | 90071 | | 213-892-9346 | 213-892-9494 | rebecca.winthrop@nortonrosefulbright.com |
| Individual 2015 Butte Fire Victim Creditor | Steve Christopher | | PO Box 281 | | Altaville | CA | 95221 | | 209-910-6982 | | sc2104271@gmail.com |
| Counsel to Liberty Mutual Insurance Company | Choate, Hall & Stewart LLP | Attn: Johnathan D. Marshall | Two International Place | | Boston | MA | 02110 | | 617-248-4799 | 617-502-4799 | jmarshall@choate.com |
| Counsel for Hoffman Southwest Corp. dba Professional Pipeline Services | WINTHROP COUCHOT GOLUBOW HOLLANDER, LLP | Attn: Richard H. Golubow | 1301 Dove Street | Suite 500 | Newport Beach | CA | 92660 | | 949-720-4100 | 949-720-4111 | rgolubow@wcghlaw.com |
| Counsel for Itron, Inc. | GELLERT SCALI BUSENKELL & BROWN, LLC | Attn: Michael Busenkell | 1201 N. Orange St. | Suite 300 | Wilmington | DE | 19801 | | 302-425-5800 | 302-425-5814 | mbusenkell@gsbblaw.com |
| Counsel for Liberty Mutual Life Insurance Company | Wolkin Curran, LLP | Attn: James D. Curran, Esq. | 111 Maiden Lane, 6th Floor | | San Francisco | CA | 94108 | | 415-982-9390 | 415-982-4328 | jcurran@wolkincurran.com |
| Interested Parties Director of Industrial Relations and Office of Self-Insurance Plans, California Department of Industrial Relations | State of California, Department of Industrial Relations | Attn: John Cumming | OFFICE OF THE DIRECTOR | 445 Golden Gate Avenue, Suite 9516 | San Francisco | CA | 94102 | | 415-486-2038 | 510-622-3265 | jcumming@dir.ca.gov |
| Counsel to Harris County | Linebarger Goggan Blair & Sampson, LLP | Attn: John D. Dillman | PO Box 3064 | | Houston | TX | 77253-3064 | | 713-844-3400 | 713-844-3503 | houston_bankruptcy@publicans.com |
| Counsel to BNP Paribas | MAYER BROWN LLP | Attn: Brian Trust, Joaquin C de Baca | 1221 Avenue of the Americas | | New York | NY | 10020 | | 212-506-2500 | 212-262-1910 | btrust@mayerbrown.com jcdebaca@mayerbrown.com |
| Counsel to Quest Diagnostics Health & Wellness LLC d/b/a Quest Diagnostics | Morris James LLP | Attn: Brett D. Fallon, Esq. | 500 Delaware Avenue, Suite 1500 | P.O. Box 2306 | Wilmington | DE | 19899-2306 | | 302-888-6888 | 302-571-1750 | bfallon@morrisjames.com |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | EDP Renewables North America LLC | Attn: Leslie A. Freiman, Randy Sawyer | 808 Travis | Suite 700 | Houston | TX | 77002 | | 713-265-0350 | 713-265-0365 | Leslie.Freiman@edpr.com Randy.Sawyer@edpr.com |
| Counsel for Itron, Inc. | JENKINS MULLIGAN & GABRIEL LLP | Attn: Larry W. Gabriel | 2160 Oxnard Street | Suite 500 | Woodland Hills | CA | 91367 | | 818-827-9147 | 818-827-9099 | lgabriel@bg.law |
| Counsel for Aera Energy LLC, Midway Sunset Congeneration Company | Walter Wilhelm Law Group a Professional corporation | Attn: Riiley C. Walter, Michael L. Wilhelm | 205 E. River Park Circle | Suite 410 | Fresno | CA | 93720 | | | 559-435-9868 | rileywalter@W2LG.com Mwilhelm@W2LG.com |
| Counsel to ADVENTIST HEALTHSYSTEM/WEST, a California non-profit religious corporation | ADVENTIST HEALTH SYSTEM/WEST | ATTN: ROBERT L. LAYTON | ONE Adventist Health Way | | Roseville | CA | 95661 | | 916-406-1577 | | laytonrl@ah.org |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | 2029 Century Park East, 33rd Floor | | Los Angeles | CA | 90067 | | 424-386-4000 | 213-629-5063 | Paronzon@milbank.com Gbray@milbank.com TKreller@milbank.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Compass Lexecon, LLC | SCHNADER HARRISON SEGAL & LEWIS LLP | Attn: George H. Kalikman | 650 California Street | 19th Floor | San Francisco | CA | 94108-2736 | | 415-364-6734 | | gkalikman@schnader.com |
| Counsel to Southern Power Company, Consolidated Edison Development, Inc. | TROUTMAN SANDERS LLP | Attn: Marcus T. Hall, Katherine L. Malone | 3 Embarcadero Center | Suite 800 | San Francisco | CA | 94111 | | 415-477-5700 | 415-477-5710 | marcus.hall@troutman.com katherine.malone@troutman.com |
| Counsel to BARBARA ZELMER and ROBERT ZELMER | Manuel Corrales, Jr., Esquire | | 17140 Bernardo Center Drive, Suite 358 | | San Diego | CA | 92128 | | 858-521-0634 | 858-521-0633 | mannycorrales@yahoo.com |
| Counsel for Puget Sound Energy, Inc. | Perkins Coie, LLP | Attn: Alan D. Smith | 1201 Third Avenue | Suite 4900 | Seattle | WA | 98101-3099 | | 206-359-8000 | 206-359-9000 | ADSmith@perkinscoie.com |
| Counsel to the Board of PG&E Corporation and Pacific Gas and Electric Company and Certain Current and Former Independent Directors | SIMPSON THACHER & BARTLETT LLP | Attn: Jonathan Sanders | 2475 Hanover Street | | Palo Alto | CA | 94304 | | 650-251-5000 | 650-252-5002 | jsanders@stblaw.com |
| Counsel for Deutsche Bank Trust Company Americas and Deutsche Bank National Trust Company as Indenture Trustees for certain bondholders | Holland & Knight LLP | Attn: Robert J. Labate, David I. Holtzman | 50 California Street | Suite 2800 | San Francisco | CA | 94111 | | 415-743-6900 | 415-743-6910 | robert.labate@hklaw.com david.holtzman@hklaw.com |
| Counsel to South San Joaquin Irrigation District | STRADLING YOCCA CARLSON & RAUTH, P.C. | ATTN: PAUL R GLASSMAN | 100 Wilshire Boulevard, 4th Floor | | Santa Monica | CA | 90401 | | 424-214-7000 | 424-288-5537 | pglassman@sycr.com |
| Counsel to Southwire Company, LLC | Parker, Hudson, Rainer & Dobbs, LLP | Attn: Bryan E. Bates, Esq. | 303 Peachtree Street, Suite 3600 | | Atlanta | GA | 30308 | | 404-420-4333 | 404-522-8409 | bbates@phrd.com |
| Counsel for Tanforan Industrial Park, LLC | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP | Attn: Stacey C. Quan | 235 Pine Street | | San Francisco | CA | 94104 | | 415-421-3400 | 415-421-2234 | squan@steyerlaw.com |
| Counsel for Michels Corporation | FOLEY & LARDNER LLP | Attn: Victor A. Vilaplana | 3579 Valley Centre Drive, Suite 300 | | San Diego | CA | 92130 | | 858-847-6759 | 858-792-6773 | vavilaplana@foley.com |
| Counsel for Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co. | Proskauer Rose LLP | Attn: Michael A. Firestein, Lary Alan Rappaport, Steve Y. Ma | 2029 Century Park East | Suite 2400 | Los Angeles | CA | 90067-3010 | | 310-557-2900 | 310-557-2193 | mfirestein@proskauer.com lrappaport@proskauer.com sma@proskauer.com |
| Counsel to TRANSWESTERN PIPELINE COMPANY, LLC | AKERMAN LLP | Attn: EVELINA GENTRY | 601 West Fifth Street, Suite 300 | | Los Angeles | CA | 90071 | | 213-688-9500 | 213-627-6342 | evelina.gentry@akerman.com |
| Counsel to Liberty Mutual Insurance Company | Cozen O'Connor | Attn: Fulton Smith, III | 101 Montgomery Street | Suite 1400 | San Francisco | CA | 94101 | | 415-644-0914 | 415-644-0978 | fsmith@cozen.com |
| Counsel to Creditors GER HOSPITALITY, LLC and RICHARD W. CARPENETI | LAW OFFICES OF FRANCIS O. SCARPULLA | Attn: Francis O. Scarpulla and Patrick B. Clayton | 456 Montgomery Street, 17th Floor | | San Francisco | CA | 94104 | | 415-788-7210 | 415-788-0706 | fos@scarpullalaw.com pbc@scarpullalaw.com |
| Counsel to Debtor | Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | 650 California Street | Suite 1900 | San Francisco | CA | 94108 | | 415-496-6723 | 650-636-9251 | tkeller@kellerbenvenutti.com jkim@kellerbenvenutti.com |
| Counsel for NextEra Energy Inc., NextEra Energy Partners, L.P. | NORTON ROSE FULBRIGHT US LLP | Attn: Howard Seife, Andrew Rosenblatt, Christy Rivera | 1301 Avenue of the Americas | | New York | NY | 10019-6022 | | 212-408-5100 | 212-541-5369 | howard.seife@nortonrosefulbright.com andrew.rosenblatt@nortonrosefulbright.com christy.rivera@nortonrosefulbright.com |
| Counsel to California Insurance Guarantee Association | Locke Lord LLP | Attn: Lindsey E. Kress | 101 Montgomery Street | Suite 1950 | San Francisco | CA | 94104 | | 415-318-8810 | 415-676-5816 | lkress@lockelord.com |
| COUNSEL TO DIGNITY HEALTH and ITS AFFILIATES | Polsinelli LLP | Attn: Lindsi M. Weber | One East Washington St., Suite 1200 | | Phoenix | AZ | 85004-2568 | | 602-650-2064 | | lweber@polsinelli.com |
| Interested Party ICE NGX Canada Inc. | WILMER CUTLER PICKERING HALE & DORR LLP | Attn: Chris Johnstone | 950 PAGE MILL ROAD | | PALO ALTO | CA | 94304 | | | | CHRIS.JOHNSTONE@WILMERHALE.COM |
| Counsel for Topaz Solar Farms LLC | Gibson, Dunn & Crutcher LLP | Attn: Jeffrey C. Krause | 333 South Grand Avenue | | Los Angeles | CA | 90071-3197 | | 213-229-7000 | 213-229-7520 | jkrause@gibsondunn.com |
| Counsel for Matthew E. Gerspacher and Abigail N. Gerspacher (Davis) | Reimer Law, PC | Attn: Nicole B. Reimer | 313 Walnut Street | Ste 120 | Chico | CA | 95973 | | 530-898-1111 | 530-898-1118 | nbreimer.esq@gmail.com |
| Counsel for Cardno, Inc. | Greenberg Traurig, LLP | Attn: Diane Vuocolo | 1717 Arch Street | Suite 400 | Philadelphia | PA | 19103 | | 215-988-7803 | 215-717-5230 | vuocolod@gtlaw.com |
| Counsel to Citibank, N.A. | KEESAL, YOUNG & LOGAN A Professional Corporation | Attn: PETER R. BOUTIN | 450 Pacific Avenue | | San Francisco | CA | 94133 | | 415-398-6000 | 415-981-0136 | peter.boutin@kyl.com |
| Interested Party CH2M HILL Engineers, Inc. | Lesnick Prince & Pappas LLP | Attn: Matthew A. Lesnick, Christopher E. Prince | 315 W. Ninth St., Suite 705 | | Los Angeles | CA | 90015 | | 213-493-6496 | 310-396-0963 | matt@lesnickprince.com cprince@lesnickprince.com |
| URENCO Limited and Louisiana Energy Services, LLC | Ballard Spahr LLP | Attn: Matthew G. Summers | 919 North Market Street | 11th Floor | Wilmington | DE | 19801 | | 302-252-4428 | 410-361-8930 | summersm@ballardspahr.com |
| Counsel for Gowan Construction Company Inc., Calaveras Telephone Company, Kerman Telephone Co., Pinnacles Telephone Co., The Ponderosa Telephone Co., Sierra Telephone Company, Inc., Volcano Telephone Company and TDS Telecom | Cooper, White & Cooper LLP | Attn: Peter C. Califano | 201 California Street, 17th Floor | | San Francisco | CA | 94111 | | 415-433-1900 | 415-433-5530 | pcalifano@cwclaw.com |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | PHONE | FAX | EMAIL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Counsel to Centerbridge Partners, L.P. | ORRICK, HERRINGTON & SUTCLIFFE LLP | Attn: Douglas S. Mintz | Columbia Center | 1152 15th Street, N.W. | Washington | DC | 20005-1706 | | 202-339-8518 | 202-339-8500 | dmintz@orrick.com |
| Counsel for Bank of America, N.A. | Pillsbury Winthrop Shaw Pittman LLP | Attn: M. David Minnick | Four Embarcadero Center | 22nd Floor | San Francisco | CA | 94126-5998 | | 415-983-1000 | | dminnick@pillsburylaw.com |
| Counsel for Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Attn: Melissa T. Ngo | Office of the General Counsel | 1200 K Street N.W. | Washington | DC | 20005-4026 | | 202-326-4020, ext. 3019 | 202-326-4112 | ngo.melissa@pbgc.gov efile@pbgc.gov |