

| | |
|---|---|
| 1  Anne Costin (SBN 260126) | Signed and Filed: March 3, 2020 |
|    **COSTIN LAW INC.** | |
| 2  315 Montgomery Street, 10th Floor | |
|    San Francisco, CA 94104 | _____ |
| 3  Tel: (415) 977-0400 | **DENNIS MONTALI** |
|    Email: anne@costinlawfirm.com | **U.S. Bankruptcy Judge** |
| 4  Attorney for Creditor TODD HEARN | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 (Lead Case) (Jointly Administered) |
| & | |
| PACIFIC GAS & ELECTRIC COMPANY, | **ORDER GRANTING TODD HEARN'S MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| Debtors | |
| | Re: Docket Nos. 4820, 5095, 5239, 5380, 5893 |
| TODD HEARN | |
| Creditor and Moving Party | |
| v. | |
| PACIFIC GAS & ELECTRIC COMPANY | |
| Debtor & Responding Party | |
| | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| * *All papers shall be filed in Lead Case, No. 19-30088 (DM).* | |

| | |
|---|---|
| 1 | The Court, having considered moving party and creditor TODD HEARN's Motion for Relief |
| 2 | from Stay, dated November 20, 2019 [Docket No. 4820] and all declarations, replies, and pleadings |
| 3 | filed in support thereof [Docket Nos. 4821, 5095, 5097, and 5098], and the Court having held a |
| 4 | hearing on December 17, 2019, at which time the Court requested supplemental briefing, which was |
| 5 | subsequently submitted by Moving Party Hearn on December 31, 2019 [Docket No. 5239] and by |
| 6 | Debtor PG&E on January 14, 2020 [Docket Nos. 5380 and 5381], and having issued its |
| 7 | Memorandum Decision on February 25, 2020 [Docket No. 5893]; and upon all of the |
| 8 | proceedings had before this Court and after due deliberation and sufficient cause appearing |
| 9 | therefor, |
| 10 | **IT IS HEREBY ORDERED THAT** moving party and creditor TODD HEARN's Motion |
| 11 | for Relief from Stay is GRANTED for the reasons stated in the Memorandum Decision. HEARN |
| 12 | may pursue his employment claims to judgment in the Napa County Superior Court. |
| 13 | ***END OF ORDER*** |