Marion T. Hack, Esq. (State Bar No. 179216)
hackm@pepperlaw.com
John H. Conrad (State Bar No. 265162)
conradj@pepperlaw.com
Luke N. Eaton (State Bar No. 280387)
eatonl@pepperlaw.com
**PEPPER HAMILTON LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: 213.928.9800
Facsimile: 213.928.9850

Attorneys for Non-Party
BURNS & MCDONNELL ENGINEERING
COMPANY, INC.

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>          Debtors. | Case No.  19-30088 (DM)<br>Related Docket #5840<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I, Crystal Monugian, do declare and state as follows:

1.      I am employed in Los Angeles County in the State of California. I am more than eighteen years old and not a party to this action.  My business address is Pepper Hamilton LLP, 350 S. Grand Avenue, Suite 3400, Los Angeles, CA 90071.

2.      I certify that on March 3, 2020, I caused a true and correct copy of Burns & McDonnell Engineering Company, Inc.'s Opposition to Motion to Establish Procedure for Discovery Preceding Plan Confirmation to be served via e-

1

mail and via First Class Mail on the Standard Party Email Service List and First Class Mail Service List attached hereto as **Exhibit A**.

3.     I certify that on March 3, 2020, I caused a true and correct copy of the above document to be served via First Class Mail on the Selected Notice Parties First Class Mail Service List attached hereto as **Exhibit B**.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 3rd day of March, 2020, at Los Angeles, California.

Crystal Monugian

Case: 19-30088    Doc# 6023-1    Filed: 03/03/20    Entered: 03/03/20 12:28:09    Page 2 of 23

# EXHIBIT A

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|------|-------------|-----------|-----------|------|-------|-----|-------|
| | | | | **STANDARD PARTIES SERVED BY EMAIL** | | | |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Ashley Vinson Crawford | 580 California Street | Suite 1500 | San Francisco | CA | 94104 | avcrawford@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Attn: David P. Simonds | 1999 Avenue of the Stars | Suite 600 | Los Angeles | CA | 90067 | dsimonds@akingump.com |
| Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | One Bryant Park | | New York | NY | 10036 | mstamer@akingump.com idizengoff@akingump.com dbotter@akingump.com |
| BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, David J. Richardson & Lauren T. Attard | 11601 Wilshire Blvd. | Suite 1400 | Los Angeles | CA | 90025-0509 | esagerman@bakerlaw.com drichardson@bakerlaw.com lattard@bakerlaw.com |
| BAKER & HOSTETLER, LLP | Attn: Robert A. Julian, Cecily A. Dumas | 600 Montgomery Street | Suite 3100 | San Francisco | CA | 94111 | rjulian@bakerlaw.com cdumas@bakerlaw.com |
| Braunhagey & Borden LLP | Attn: J. Noah Hagey, Jeffrey M. Theodore, David H. Kwasniewski, Andrew Levine | 351 California Street | Tenth Floor | San Francisco | CA | 94104 | hagey@braunhagey.com theodore@braunhagey.com kwasniewski@braunhagey.com levine@braunhagey.com |
| Davis Polk & Wardwell LLP | Attn: Andrew D. Yaphe | 1600 El Comino Real | | Menlo Park | CA | 94025 | andrew.yaphe@davispolk.com |
| Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | 450 Lexington Avenue | | New York | NY | 10017 | eli.vonnegut@davispolk.com david.schiff@davispolk.com timothy.graulich@davispolk.com |
| Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | 650 California Street | Suite 1900 | San Francisco | CA | 94108 | tkeller@kellerbenvenutti.com jkim@kellerbenvenutti.com |
| Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | 55 Hudson Yards | | New York | NY | 10001-2163 | ddunne@milbank.com skhalil@milbank.com |
| Milbank LLP | Attn: Samir Vora | 1850 K Street, NW | Suite 1100 | Washington | DC | 20006 | svora@milbank.com |
| Milbank LLP | Attn: Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | 2029 Century Park East, 33rd Floor | | Los Angeles | CA | 90067 | Paronzon@milbank.com Gbray@milbank.com TKreller@milbank.com |
| Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | 450 Golden Gate Ave | Suite 05-0153 | San Francisco | CA | 94102 | James.L.Snyder@usdoj.gov timothy.s.laffredi@usdoj.gov Marta.Villacorta@usdoj.gov |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | 1285 Avenue of the Americas | | New York | NY | 10019-6064 | akornberg@paulweiss.com bhermann@paulweiss.com wrieman@paulweiss.com smitchell@paulweiss.com ndonnelly@paulweiss.com |
| Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola | 2029 Century Park East | | Los Angeles | CA | 90067-3086 | fmerola@stroock.com |

**In re: PG&E Corporation, *et al.* Case No. 19-30088**
**Standard Parties Service List**
**EXHIBIT A**

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | EMAIL |
|------|-------------|-----------|-----------|------|-------|-----|-------|
| Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | 180 Maiden Lane | | New York | NY | 10038-4982 | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com |
| U.S. Department of Justice, Civil Division | Attn: Danielle A. Pham | 1100 L Street, NW | Room 10030 | Washington | DC | 20530 | danielle.pham@usdoj.gov |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | 767 Fifth Avenue | | New York | NY | 10153-0119 | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Daniel I. Forman | 787 Seventh Avenue | | New York | NY | 10019-6099 | mfeldman@willkie.com<br>jminias@willkie.com<br>dforman@willkie.com |
| Diemer & Wei, LLP | Attn: Kathryn S. Diemer | 55 S. Market Street | Suite 1420 | San Jose | CA | 95113 | kdiemer@diemerwei.com |
| Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, Kevin J. Orsini, George E. Zobitz, Stephen M. Kessing, Nicholas A. Dorsey & Omid H. Nasab | 825 Eighth Avenue | | New York | NY | 10019 | pzumbro@cravath.com<br>korsini@cravath.com<br>jzobitz@cravath.com<br>skessing@cravath.com<br>ndorsey@cravath.com<br>onasab@cravath.com |
| Jones Day | Attn: Bruce S. Bennett, Joshua M. Mester, and James O. Johnston | 555 South Flower Street | Fiftieth Floor | Los Angeles | CA | 90071-2300 | bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com |
| | | **STANDARD PARTIES SERVED BY FIRST CLASS MAIL** | | | | | |
| PG&E Corporation and Pacific Gas and Electric Company | Attn: Janet Loduca | 77 Beale Street | P.O. Box 770000 | San Francisco | CA | 94105 | |
| U.S. Nuclear Regulatory Commission | Attn: General Counsel | | | Washington | DC | 20555-0001 | |

# EXHIBIT B

| THIRD PARTY NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| ACRT, Inc. | ACRT, Inc.<br>c/o CT Corporation<br>818 West Seventh Street, Suite 930<br>Los Angeles, CA 90017 | First Class Mail |
| Loggers Unlimited, Inc. | Loggers Unlimited, Inc.<br>c/o James F. Curry<br>10048 Daniels Way<br>Grass Valley, CA 95949 | First Class Mail |
| Newcomb Tree Experts, Inc. | Newcomb Tree Experts, Inc.<br>c/o Ruth M. Vasquez<br>5112 Everglades Park Drive<br>Fremont, CA 94538 | First Class Mail |
| The Original Mowbrays Tree Services, Inc. | The Original Mowbrays Tree Services, Inc.<br>c/o Robin E. Mowbray<br>1845 Business Center Drive, Suite 215<br>San Bernardino, CA 92408 | First Class Mail |
| A Plus Tree Inc. | Eric R. McDonough and Harrison M. Thorne<br>Vedder Price, LLP<br>1925 Century Park East<br>Suite 1900<br>Los Angeles, CA 90067 | First Class Mail |
| Mario's Tree Service | Mario's Tree Service<br>c/o Mario Vazquez<br>937 Via Lata, Ste 500<br>Colton, CA 92324 | First Class Mail |
| Windy Tree, Inc. | Windy Tree, Inc.<br>c/o Wendy Quinn<br>2182 Alhambra Street<br>Norco, CA 92860 | First Class Mail |

## Exhibit B
## Selected Notice Parties First Class Mail Service List

| THIRD PARTY NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| 3 Phaze Electric | 3 Phaze Electric<br>c/o First Corporate Solutions, Inc<br>12631 Imperial Highway<br>Suite F-106<br>Sante Fe Springs, CA 90670 | First Class Mail |
| AAA Tree Service | Dawna J. Cilluffo, Esq.<br>DC LAW, A Professional Corporation<br>2005 De La Cruz Blvd., Suite 215<br>Santa Clara, CA 95050 | First Class Mail |
| Ampiracal Services, Inc. | Ampiracal Services, Inc.<br>c/o Jonas M. Grant<br>20700 Ventura Blvd.,<br>Suite 328<br>Woodland Hills, CA 91364 | First Class Mail |
| Arrow Drillers, Inc. | Arrow Drillers, Inc.<br>c/o Michael P. Wegener<br>7737 Greenridge Way<br>Fair Oaks, CA 95628 | First Class Mail |
| Aztrack Construction Corporation | Steven M. Olson<br>Law Office of Steven M. Olson<br>50 Old Courthouse Square, Suite 401<br>Santa Rosa, CA 95404-4924 | First Class Mail |
| Bamford Enterprises, Inc. | Bamford Enterprises, Inc.<br>c/o Lori Curtis<br>4288 State Highway 70<br>Oroville, CA 95965 | First Class Mail |
| BESTCO Electric., Inc., DBA Best Electric, Inc. | BESTCO Electric, Inc. DBA Best Electric, Inc.<br>c/o Dimitri A. Guzman<br>1013 Southhampton Lane<br>Modesto, CA 95350 | First Class Mail |

**Exhibit B**
**Selected Notice Parties First Class Mail Service List**

| THIRD PARTY NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| Celerity Consulting Group | Celerity Consulting Group<br>c/o CSC – Lawyers Incorporating Service<br>2710 Gateway Oaks Drive<br>Suite 150N<br>Sacramento, CA 95833 | First Class Mail |
| CTL Forest Management, Inc. | CTL Forest Management, Inc.<br>c/o Jeffrey Richard Holland<br>6366 Zamora Drive<br>Placerville, CA 95667 | First Class Mail |
| Dykstra Enterprises, DBA Foothill Tree Service | Dykstra Enterprises, DBA Foothill Tree Service<br>c/o Chad Douglas Dykstra<br>2045 Terra Serena Drive<br>Placerville, CA 95667 | First Class Mail |
| Enrestek | Enrestek<br>c/o Kate Elizabeth Von Horn<br>5785 Brandywine Court<br>Granite Bay, CA 95746 | First Class Mail |
| Gonsalves & Santucci Inc. | Gonsalves & Santucci<br>c/o Mariah Panza Garcia<br>5141 Commercial Circle<br>Concord, CA 94520 | First Class Mail |
| High Country Forestry | Michael J. Levangie<br>Levangie Law Group<br>2021 N. Street<br>Sacramento, CA 95811 | First Class Mail |
| Hot / Shot Infrared Inspections, Inc. | Hot / Shot Infrared Inspections, Inc.<br>c/o James R. Wilhelm<br>10630 Harris Rd.<br>Auburn, CA 95603 | First Class Mail |

| THIRD PARTY NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| Hughes Network System LLC | Hughes Network System, LLC<br>c/o CSC – Lawyers Incorporating Service<br>2710 Gateway Oaks Drive<br>Suite 150N<br>Sacramento, CA 95833 | First Class Mail |
| J.W. Bamford, Inc. | J.W. Bamford, Inc.<br>c/o Lori Curtis<br>4288 State Highway 70<br>Oroville, CA 95965 | First Class Mail |
| Kingsborough Atlas Tree Surgery, Inc. | Kingsborough Atlas Tree Surgery, Inc.<br>c/o Richard P. Kingsborough<br>1544 Ludwig Avenue<br>Santa Rosa, CA 95407 | First Class Mail |
| LAPP Insulators | LAPP Insulators<br>c/o The Prentice-Hall Corporation System, Inc.<br>2710 Gateway Oaks Drive<br>Suite 150N<br>Sacramento, CA 95833 | First Class Mail |
| LCS Restoration Services, LLC | LCS Restoration Services, LLC<br>c/o LegalZoom.com<br>101 N. Brand Blvd.<br>11th Floor<br>Glendale, CA 91203 | First Class Mail |
| Leslie Heavy Haul, LLC | Leslie Heavy Haul, LLC<br>c/o Colleen M. Leslie<br>17617 Butter Cup Circle<br>Sonora, CA 95370 | First Class Mail |
| Martinez Utility Services, Inc. | Martinez Utility Services, Inc.<br>c/o Kathryn F. Martinez<br>8209 Westport Circle<br>Sacramento, CA 95828 | First Class Mail |

| THIRD PARTY NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| MDR, Inc., DBA Accu-Bore Directional Drilling | MDR, Inc., DBA Accu-Bore Directional Drilling<br>c/o Michael D. Robirds<br>2426 Valley Forge Way<br>Roseville, CA 95661 | First Class Mail |
| P31 Enterprises, Inc. | David M. Fox<br>Downey Brand LLP<br>3425 Brookside Road<br>Suite A<br>Stockton, CA 95219 | First Class Mail |
| Pride Contracting, Inc. | Pride Contracting, Inc.<br>c/o LegalZoom.com<br>101 N. Brand Blvd.<br>11th Floor<br>Glendale, CA 91203 | First Class Mail |
| Semper Construction, Inc. | Leslie A. Tos<br>Farmer & Ready, A Law Corporation<br>1254 Marsh Street<br>P. O. Box 1443<br>San Luis Obispo, CA 93406 | First Class Mail |
| Synergy Tree Trimming | Synergy Tree Trimming<br>c/o Juan Vasquez<br>6085 Dennis Dr.<br>Mira Loma, CA 91752 | First Class Mail |
| Type One Tree Service | Type One Tree Service<br>c/o Thomas Silva<br>21532 Via Venado Road<br>Sonora, CA 95370 | First Class Mail |

## Exhibit B
### Selected Notice Parties First Class Mail Service List

| THIRD PARTY NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| UPE Resources, Inc. | UPE Resources, Inc.<br>c/o L. Keith Ogburn<br>3 Hutton Centre<br>Suite 680<br>Santa Ana, CA 92707 | First Class Mail |
| VM Tree Service Inc. | VM Tree Service Inc.<br>c/o Nicolasa Belmont<br>2665 E. Riverside Dr.<br>Suite D<br>Ontario, CA 91761 | First Class Mail |
| Voss Laboratories | Voss Laboratories<br>c/o Thomas Voss<br>4740 E. 2nd Street<br>Suite 33<br>Benicia, CA 94510 | First Class Mail |
| WTL Corporation | WTL Corporation<br>c/o Thomas W. Lee<br>10 Cibrian Dr.<br>Tiburon, CA 94920 | First Class Mail |
| YTS Utility Group, LLC | YTS Utiliy Group, LLC<br>c/o Paracorp Incorporated<br>2804 Gateway Oaks Dr., #100<br>Sacramento, CA 95833 | First Class Mail |
| West Valley Construction Company, Inc. | Bradley D. Bosomworth<br>Chief Legal Officer<br>West Valley Construction Co., Inc.<br>655 Campbell Technology Parkway<br>Suite 250<br>Campbell, CA 95008 | First Class Mail |

| THIRD PARTY NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| Black & Veatch Construction, Inc. | Jonathan Shapiro<br>Baker Botts LLP<br>101 California Street, Suite 3600<br>San Francisco, CA 94111 | First Class Mail |
| Reax Engineering, Inc. | Jaime B. Herren<br>Holland & Knight LLP<br>50 California Street, Suite 2800<br>San Francisco, California 94111 | First Class Mail |
| InfraTerra, Inc. | Bruce Methven<br>Methven & Associates<br>2232 Sixth Street<br>Berkeley, CA 94710 | First Class Mail |
| Kroeker, Inc. | Ian B. Wieland<br>Sagaser, Watkins & Wieland PC<br>5260 N. Palm Ave., Suite 400<br>Fresno, CA 93704 | First Class Mail |
| MGE Underground, Inc. | Chase W. Martin<br>Adamski Moroski Madden Cumberland & Green LLP<br>P.O. Box 3835<br>San Luis Obispo, CA 93403 | First Class Mail |
| Misita Tree & Land, Inc. | Misita Tree & Land, Inc.<br>c/o Alicia Marie Misita<br>91 E. Weimar Crossroad<br>Colfax, CA 95713 | First Class Mail |
| Misita Tree and Land, Inc. | Misita Tree & Land, Inc.<br>c/o Alicia Marie Misita<br>91 E. Weimar Crossroad<br>Colfax, CA 95713 | First Class Mail |

| THIRD PARTY NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| Pacific Coast Tree Experts | Pacific Coast Tree Experts<br>c/o Armando Valdez<br>22048 Sherman Way, Suite 106<br>Canoga Park, CA 91303 | First Class Mail |
| McKinsey & Company | Samuel A. Newman<br>SIDLEY AUSTIN LLP<br>555 West Fifth Street<br>Los Angeles, CA 90013 | First Class Mail |
| ArborMetrics Solutions, LLC | Ron Oliner<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105 | First Class Mail |
| Asplundh Tree Expert Company, Inc. | Ron Oliner<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105 | First Class Mail |
| Community Tree Service | Community Tree Service<br>c/o Adolfo Garcia<br>831 Walker Street<br>Watsonville, CA 95076 | First Class Mail |
| Mountain F. Enterprises, Inc. | Mountain F. Enterprises, Inc.<br>c/o Timothy Charshaf<br>1180 Iron Point Road, Suite 350<br>Folsom, CA 95630 | First Class Mail |

| THIRD PARTY NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| TCB Industrial Incorporated | Howard S. Nevins<br>Hefner Law<br>2150 River Plaza Drive, Suite 450<br>Sacramento, CA 95833 | First Class Mail |
| Trees, Inc. | Ron Oliner<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105 | First Class Mail |
| Utility Tree Service, Inc. | Ron Oliner<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105 | First Class Mail |
| Western Environmental Consultants, LLC | Ron Oliner<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105 | First Class Mail |
| ACRT Pacific, LLC | Brendan Bradley<br>Gordon & Rees Scully Mansukhani<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | First Class Mail |
| CN Utility Consulting, Inc. | Matthew G. Ball<br>K&L Gates<br>4 Embarcadero Center<br>Suite 1200<br>San Francisco, CA 94111 | First Class Mail |

**Exhibit B**
**Selected Notice Parties First Class Mail Service List**

| THIRD PARTY NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| Osmose Utilities Services, Inc. | Harris B. Winsberg<br>Troutman Sanders<br>600 Peachtree Street NE<br>Suite 3000<br>Atlanta, GA 30308 | First Class Mail |
| Wright Tree Service of the West, Inc. | Matthew G. Ball<br>K&L Gates<br>4 Embarcadero Center<br>Suite 1200<br>San Francisco, CA 94111 | First Class Mail |
| Wright Tree Service, Inc. | Matthew G. Ball<br>K&L Gates<br>4 Embarcadero Center<br>Suite 1200<br>San Francisco, CA 94111 | First Class Mail |
| Hot Line Construction, Inc. | John M. McKinley<br>Shore, McKinley, Conger & Jolly, LLP<br>3031 W. March Lane, Suite 230<br>Stockton, CA 95219 | First Class Mail |
| Titan Crane & Rigging, Inc. | Adam A. Ramirez<br>Hakeem, Ellis & Marengo<br>A Professional Law Corporation<br>3414 Brookside Road #100<br>Stockton, CA 95219 | First Class Mail |
| TRC Solutions | John Fiero<br>Pachulski Stang Ziehl & Jones<br>150 California Street<br>15th Floor<br>San Francisco, CA  94111 | First Class Mail |

| THIRD PARTY NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| Canus Corporation | Jacqueline V. McCalla<br>Wood, Smith, Henning & Berman LLP<br>1401 Willow Pass Road<br>Suite 700<br>Concord, CA 94520 | First Class Mail |
| PEG Construction, Inc. | PEG Construction, Inc.<br>c/o Paul Marvin Morlas<br>3955 Kimo Way<br>Auburn,CA 95602 | First Class Mail |
| Quantum Spatial, Inc. | Ingrid Hackett<br>Quantum Spatial<br>10033 MLK Street N.<br>Suite 200<br>St. Petersburg, FL 33716 | First Class Mail |
| ARB, Inc. | Roger F. Friedman<br>Rutan & Tucker, LLP<br>611 Anton Boulevard, 14th Floor<br>Costa Mesa, CA 92626 | First Class Mail |
| Drewery Construction Co., Inc. | Megan R. Kateff<br>Allensworth & Porter<br>100 Congress Avenue, Suite 700<br>Austin, Texas 78701 | First Class Mail |
| Environmental Vision | Environmental Vision<br>c/o Marsha Gale<br>2550 Ninth Street, Suite 205<br>Berkeley, CA 94710 | First Class Mail |
| GE Grid Solutions, LLC | David Torborg<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C.  20001 | First Class Mail |

**Exhibit B**
**Selected Notice Parties First Class Mail Service List**

| THIRD PARTY NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| General Electric Company | David Torborg<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C.  20001 | First Class Mail |
| Henkels and McCoy, Inc. | Laurie Krepto<br>Robinson & Cole LLP<br>1650 Market Street<br>Suite 3600<br>Philadelphia, PA  19103 | First Class Mail |
| Hubbell Power Systems [Ohio Brass] | Eric Shapland<br>Arnold & Porter<br>777 South Figueroa Street<br>44th Floor<br>Los Angeles, CA 90017 | First Class Mail |
| International Line Builders, Inc. | Alan D. Smith<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101 | First Class Mail |
| Wilson Utility Construction Company | Howard M. Levine<br>Sussman Shank LLP<br>1000 SW Broadway, Ste. 1400<br>Portland, OR  97205 | First Class Mail |
| Marsh USA Inc. | Marsh USA Inc.<br>c/o CT Corporation System<br>28 Liberty Street<br>New York, NY 10005 | First Class Mail |
| Intren, Inc. | Timothy D. Lucas<br>THOMAS-LUCAS<br>9191 Towne Centre Drive, Suite 190<br>San Diego, CA  92122 | First Class Mail |

| THIRD PARTY NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| Cupertino Electric, Inc. | Matthew G. Ball<br>K&L Gates<br>4 Embarcadero Center<br>Suite 1200<br>San Francisco, CA 94111 | First Class Mail |
| California Forestry and Vegetation Management, Inc. | Nick Zinkin<br>Law Offices of Nick Zinkin<br>5 E. River Park Place West, Suite 204<br>Fresno, CA  93720 | First Class Mail |
| Pine Valley Power, Inc. | John T. Floyd<br>Moore & Van Allen PLLC<br>100 North Tryon Street<br>Suite 4700<br>Charlotte, NC 28202 | First Class Mail |
| Burns & McDonnell Engineering Company, Inc. | John Conrad<br>Pepper Hamilton LLP<br>350 South Grand Avenue<br>Suite 3400<br>Los Angeles, California 90071 | First Class Mail |
| Davey Resource Group | Robert M. Blum, Aldo E. Ibarra, Penney P Azizi<br>Nixon Peabody LLP<br>One Embarcadero Center<br>32nd Floor<br>San Francisco, CA 94111 | First Class Mail |
| Davey Tree Expert Company | Robert M. Blum, Aldo E. Ibarra, Penney P Azizi<br>Nixon Peabody LLP<br>One Embarcadero Center<br>32nd Floor<br>San Francisco, CA 94111 | First Class Mail |

| THIRD PARTY NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| Davey Tree Surgery Company | Robert M. Blum, Aldo E. Ibarra, Penney P Azizi<br>Nixon Peabody LLP<br>One Embarcadero Center<br>32nd Floor<br>San Francisco, CA 94111 | First Class Mail |
| MLU Services, Inc. | Craig Wallace<br>Smith, Currie & Hancock LLP<br>275 Battery Street<br>Suite 1300<br>San Francisco, CA 94111 | First Class Mail |
| Family Tree Service, Inc. | Douglas B. Provencher<br>Provencher & Flatt LLP<br>823 Sonoma Ave.<br>Santa Rosa, CA 95404 | First Class Mail |
| Phillips and Jordan, Inc. | William Bogdan, Michael McConathy<br>Hinshaw & Culbertson LLP<br>One California Street<br>18th Floor<br>San Francisco, CA 94111 | First Class Mail |
| Quanta Energy Services LLC | Eva M. Weiler<br>Shook, Hardy & Bacon LLP<br>Jamboree Center<br>5 Park Plaza, Suite 1600<br>Irvine, CA 92614 | First Class Mail |
| PricewaterhouseCoopers LLP | Brian C. Walsh and Doug Alvarez<br>Bryan Cave Leighton Paisner<br>Three Embarcadero Center<br>7th Floor<br>San Francisco, CA 94111 | First Class Mail |

| THIRD PARTY NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| Crux Subsurface, Inc. | Eva M. Weiler<br>Shook, Hardy & Bacon LLP<br>Jamboree Center<br>5 Park Plaza, Suite 1600<br>Irvine, CA 92614 | First Class Mail |
| PAR Electrical Contractors, Inc. | Eva M. Weiler<br>Shook, Hardy & Bacon LLP<br>Jamboree Center<br>5 Park Plaza, Suite 1600<br>Irvine, CA 92614 | First Class Mail |
| Bigge Crane and Rigging Co. | A. Robert Rosin<br>Leonidou & Rosin<br>777 Cuesta Drive, Suite 200<br>Mountain View, CA 94040 | First Class Mail |
| Schweitzer Engineering Laboratories, Inc. | Brian R. Pollock<br>Stites & Harbison PLLC<br>400 West Market Street<br>Suite 1800<br>Louisville, KY 40202 | First Class Mail |
| Pinnacle Power Services, Inc. | Mark V. Isola<br>BrothersSmith LLP<br>2033 N. Main Street<br>Suite 720<br>Walnut Creek, CA 94596 | First Class Mail |
| Veteran Pipeline | Mark V. Isola<br>BrothersSmith LLP<br>2033 N. Main Street<br>Suite 720<br>Walnut Creek, CA 94596 | First Class Mail |

| THIRD PARTY NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| Veteran Power, Inc. | Mark V. Isola<br>BrothersSmith LLP<br>2033 N. Main Street<br>Suite 720<br>Walnut Creek, CA 94596 | First Class Mail |
| Outback Contractors, Inc. | Thomas R. Phinney<br>Parkinson Phinney<br>3600 American River Drive<br>Suite 145<br>Sacramento, CA 95864 | First Class Mail |
| Oliver Wyman | Oliver Wyman<br>c/o Cindy M. Oliver<br>12307 Wildwood Park Place<br>Bakersfield, CA 93311 | First Class Mail |
| Reinhausen Manufacturing Inc. | Joseph P. Kincaid<br>Swanson, Martin & Bell, LLP<br>330 N. Wabash<br>Suite 3300<br>Chicago, Illinois 60611 | First Class Mail |
| Siboney Contracting Co. | Siboney Contracting Co.<br>c/o Solutions, Inc.<br>1220 S. Street, Suite 150<br>Sacramento, CA 95811 | First Class Mail |
| Alvah Contractors, Inc. | Kenneth I. Schumaker<br>Murphy Austin Adams Schoenfeld LLP<br>555 Capitol Mall<br>Suite 850<br>Sacramento, CA 95814 | First Class Mail |

| THIRD PARTY NAME | ADDRESS | METHOD OF SERVICE |
|---|---|---|
| Exigis | Exigis<br>c/o Robert Rodriguez<br>38975 Sky Cannon Drive, Suite 103<br>Murrieta, CA 92563 | First Class Mail |
| Quanta Technology, LLC | Eva M. Weiler<br>Shook, Hardy & Bacon LLP<br>Jamboree Center<br>5 Park Plaza, Suite 1600<br>Irvine, CA 92614 | First Class Mail |