TROUTMAN SANDERS LLP
Marcus T. Hall, Bar No. 206495
Katharine L. Malone, Bar No. 290884
Three Embarcadero Center,
Suite 800
San Francisco, CA 94111
Telephone:     415.477.5700
Facsimile:     415.477.5710

-and-

TROUTMAN SANDERS LLP
Harris B. Winsberg (*admitted pro hac vice*)
Matthew G. Roberts (*admitted pro hac vice*)
Bank of America Plaza
600 Peachtree Street NE
Suite 3000
Atlanta, GA 30308-2216
Telephone:     404.885.3000
Facsimile:     404.885.3900

*Attorneys for Osmose Utilities Services, Inc.*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PG&E Corporation<br><br>-and-<br><br>Pacific Gas and Electric Company,<br><br>          Debtors. | Case No. 19-30088<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ❏ Affects PG&E Corporation<br><br>❏ Affects Pacific Gas and Electric Company<br><br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 | **OSMOSE UTILITIES SERVICES, INC.'S JOINDER IN BLACK & VEATCH CONSTRUCTION, INC.'S OPPOSITION TO THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' MOTION TO ESTABLISH PROCEDURES FOR DISCOVERY PRECEDING PLAN CONFIRMATION**<br>RE: [Dkt. Nos. 5840; 6011]<br><br>Date:     March 10, 2020<br>Time:    10:00 AM (Pacific Time)<br>Place:    Courtroom 17<br>             450 Golden Gate Ave., 16th Fl.<br>             San Francisco, CA 94102 |

Osmose Utilities Services, Inc. ("Osmose"), by and through undersigned counsel, hereby files this joinder (the "Joinder") to *Black & Veatch Construction, Inc.'s Opposition to the Official Committee of Tort Claimants' Motion to Establish Procedures for Discovery Preceding Plan Confirmation* [Dkt. No. 6011] (the "Opposition") and states the following:

## JOINDER

Osmose hereby joins in the Opposition filed by Black & Veatch Construction, Inc. ("BVCI"). Osmose agrees with BVCI's views regarding the impropriety of the *Motion to Establish Procedures for Discovery Preceding Plan Confirmation* [Dkt. No. 5840] (the "Motion") filed by the Official Committee of Tort Claimants on February 19, 2020. As set forth in the Opposition, the procedures requested in the Motion contravene both FED. R. CIV. P. 45 (as made applicable through FED. R. BANKR. P. 9016) and FED. R. BANKR. P. 9031.

## CONCLUSION

WHEREFORE, Osmose respectfully requests that the Court enter an order (i) granting the relief requested in the Opposition and this Joinder; (ii) denying the Motion; and (iii) granting Osmose such other and further relief as is just and proper.

[*Signature on following page*]

Dated: March 3, 2020              **TROUTMAN SANDERS LLP**

By: /s/ *Katharine L. Malone*
    Marcus T. Hall (SBN 206495)
    Katharine L. Malone (SBN 290884)
    TROUTMAN SANDERS LLP
    580 California Street
    Suite 1100
    San Francisco, CA 94104
    Telephone:    415.477.5700
    Facsimile:    415.477.5710
    marcus.hall@troutman.com
    katharine.malone@troutman.com

    Harris B. Winsberg (admitted *pro hac vice*)
    Matthew G. Roberts (admitted *pro hac vice*)
    TROUTMAN SANDERS LLP
    600 Peachtree St. NE
    Suite 3000
    Atlanta, GA 30308
    Telephone:    404.885.3000
    Facsimile:    404.885.3900
    harris.winsberg@troutman.com
    matthew.roberts2@troutman.com

    *Attorneys for Osmose Utilities Services, Inc.*