TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET NE
SUITE 3000
ATLANTA, GA 30308-2216

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PG&E Corporation<br>-and-<br>Pacific Gas and Electric Company,<br>　　　　Debtors. | Case No. 19-30088<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered) |
| ❏ Affects PG&E Corporation<br>❏ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 | **PROOF OF SERVICE** |

I, Matthew G. Roberts, declare:

I am a citizen of the United States and employed in Fulton County, Georgia. I am over the age of 18 and not a party to the within action; my business address is Bank of America Plaza, 600 Peachtree Street NE, Suite 3000, Atlanta, Georgia 30308-2216.

On March 3, 2020, I served the within **OSMOSE UTILITIES SERVICES, INC.'S JOINDER IN BLACK & VEATCH CONSTRUCTION, INC.'S OPPOSITION TO THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' MOTION TO ESTABLISH PROCEDURES FOR DISCOVERY PRECEDING PLAN CONFIRMATION** as follows:

☒　　**BY MAIL**: I placed a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Atlanta, GA, to the parties and at the addresses set forth below.

41637108

TROUTMAN SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET NE
SUITE 3000
ATLANTA, GA 30308-2216

| | |
|---|---|
| Federal Energy Regulatory Commission<br>Attn: General Counsel<br>888 First St NE<br>Washington, DC 20426 | Internal Revenue Service<br>Centralized Insolvency Operation<br>2970 Market St<br>Philadelphia, PA 19104-5016 |
| John A. Vos<br>1430 Lincoln Avenue<br>San Rafael, CA 94901 | Office of the United States Attorney<br>for the Northern District of California<br>Attn: Bankruptcy Unit<br>Federal Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| PG&E Corporation<br>Attn: President or General Counsel<br>77 Beale Street<br>P.O. Box 77000<br>San Francisco, CA 94177 | Placer County Office of the Treasurer-Tax Collector<br>Attn: Robert Kanngiesser<br>2976 Richardson Drive<br>Auburn, CA 95603 |
| Rodriguez & Associates<br>Attn: Joseph Whittington, Esq. and Daniel Turek, Esq.<br>2020 Eye Street<br>Bakersfield, CA 93301 | U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>U.S. NRC Region IV<br>1600 E. Lamar Blvd.<br>Arlington, TX 76011 |
| U.S. Nuclear Regulatory Commission<br>Attn: General Counsel<br>Washington, DC 20555-0001 | |

-and-

☒ **BY ELECTRONIC MAIL**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses, as last given or submitted on any document which he or she has filed in the case, listed on the service list attached hereto as **Exhibit A**.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on March 3, 2020, at Atlanta, Georgia.

                                                   */s/ Matthew G. Roberts*
                                                   Matthew G. Roberts