MEYERS LAW GROUP, P.C.
MERLE C. MEYERS, ESQ., CA Bar #66849
KATHY QUON BRYANT, ESQ., CA Bar #213156
44 Montgomery St., Ste. 1010
San Francisco, CA 94104
Tel: (415) 362-7500
Fax: (415) 362-7515
Email: mmeyers@meyerslawgroup.com
kquonbryant@meyerslawgroup.com

Attorneys for Kayla Ruhnke, and E.R., a Minor,
Administrative Creditors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>PG&E CORPORATION,<br>and<br>PACIFIC GAS AND ELECTRIC COMPANY,<br>　　　　　　　　　　　Debtors.<br>· Affects PG&E Corporation<br>· Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case – Jointly Administered)<br>Date:　March 25, 2020<br>Time:　10:00 a.m.<br>Place:　U.S. Bankruptcy Court<br>　　　　450 Golden Gate Ave., 16th Fl.<br>　　　　Ctrm. 17<br>　　　　San Francisco, CA<br>Judge:　Hon. Dennis Montali |

## CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 44 Montgomery Street, Suite 1010, San Francisco, California 94104-4789; that on the date set out below, I served a copy of the following:

**MOTION OF KAYLA RUHNKE AND E.R., A MINOR, FOR
DETERMINATION THAT THE AUTOMATIC STAY IS INAPPLICABLE,
OR ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY;**

**NOTICE OF HEARING ON MOTION OF KAYLA RUHNKE AND E.R., A MINOR, FOR DETERMINATION THAT THE AUTOMATIC STAY IS INAPPLICABLE, OR ALTERNATIVELY, RELIEF FROM THE AUTOMATIC STAY;**

**RELIEF FROM STAY COVER SHEET;**

**DECLARATION OF KAYLA RUHNKE IN SUPPORT OF:
(1) REQUEST FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM OF KAYLA RUHNKE AND E.R., A MINOR, PURSUANT TO 11 U.S.C. § 503(b)(1)(A); AND (2) MOTION OF KAYLA RUHNKE AND E.R., A MINOR, FOR DETERMINATION THAT THE AUTOMATIC STAY IS INAPPLICABLE, OR ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY;**

**DECLARATION OF JONATHAN GERTLER IN SUPPORT OF:
(1) REQUEST FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM OF KAYLA RUHNKE AND E.R., A MINOR, PURSUANT TO 11 U.S.C. § 503(b)(1)(A); AND (2) MOTION OF KAYLA RUHNKE AND E.R., A MINOR, FOR DETERMINATION THAT THE AUTOMATIC STAY IS INAPPLICABLE, OR ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY**

on each party listed below in the following manner:

☒ BY FIRST CLASS MAIL: by placing said document(s) listed above in a sealed envelope with postage fully prepaid, in a United States mail box at San Francisco California, addressed as set forth below.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on March 2, 2020.

                                         /s/ Erika Aguilar
                                         ERIKA AGUILAR

See Attached Service List

LAW OFFICES
MEYERS LAW GROUP, P.C.
44 MONTGOMERY STREET, SUITE 1010
SAN FRANCISCO, CALIFORNIA 94104

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Counsel to Mirna Trettevik, including Other Fire Victim Tort Claimants | ADLER LAW GROUP, APLC | Geoffrey E. Marr, Esq. | 402 West Broadway, Ste. 860 | | San Diego | CA | 92101 |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Ira S. Dizengoff | One Bryant Park | | New York | NY | 10036 |
| Special Bankruptcy Counsel for Certain Fire Damage Plaintiffs Claimants | BAILEY AND ROMERO LAW FIRM | Attn: MARTHA E. ROMERO | 12518 Beverly Boulevard | | Whittier | CA | 90601 |
| Counsel for Phillips and Jordan, Inc., Counsel for APTIM, Counsel for TTR Substations, Inc., Counsel for Snelson Companies, Inc. | Baker, Donelson, Bearman, Caldwell & Berkowitz, PC | Attn: Lacey E. Rochester | 201 St. Charles Avenue, Suite 3600 | | New Orleans | LA | 70170 |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Boutin Jones Inc. | Attn: Mark Gorton | 555 Capital Mall | Suite 1500 | Sacramento | CA | 95814 |
| Counsel for State Farm Mutual Automobile Insurance Company and its affiliates | Dechert LLP | Attn: Shumel Vasser | 1095 Avenue of the Americas | | New York | NY | 10036 |
| Counsel for Capital Power Corporation and Halkirk I Wind Project LP | Dentons US LLP | Attn: John A. Moe, II | 601 S. Figueroa Street | Suite 2500 | Los Angeles | CA | 90017-5704 |
| Counsel for East Bay Community Energy Authority | East Bay Community Energy Authority | Attn: Leah S. Goldberg | 1111 Broadway | 3rd Floor | Oakland | CA | 94607 |
| Counsel for EDP Renewables North America LLC, Rising Tree Wind Farm II LLC, and Arlington Wind Power Project LLC | EDP Renewables North America LLC | Attn: Leslie A. Freiman | 808 Travis | Suite 700 | Houston | TX | 77002 |
| Attorneys for HercRentals | GREENBERG TRAURIG, LLP | Attn: Howard J. Steinberg | 1840 Century Park East | Suite 1900 | Los Angeles | CA | 90067-2121 |
| Counsel for DTE Stockton, LLC, Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P., Potrero Hills Energy Producers, LLC, Sunshine Gas Producers, LLC, Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd. | HUNTON ANDREWS KURTH LLP | Attn: Kevin M. Eckhardt | 50 California Street | Suite 1700 | San Francisco | CA | 94111 |
| Counsel to International Business Machines Corp | IBM Corporation | Attn: Marie-Jose Dube | 275 Viger East | | Montreal | QC | H2X 3R7 |
| Counsel for Itron, Inc. | JENKINS MULLIGAN & GABRIEL LLP | Attn: Larry W. Gabriel | 2160 Oxnard Street | Suite 500 | Woodland Hills | CA | 91367 |
| Counsel to Public Employees Retirement Association of New Mexico | LABATON SUCHAROW LLP | Attn: Louis Gottlieb | 140 Broadway | | New York | NY | 10005 |
| Counsel to Dynegy Marketing and Trade, LLC | Latham & Watkins LLP | Attn: Adam E. Malatesta | 355 S. Grand Avenue, Suite 100 | | Los Angeles | CA | 90071-1560 |
| Counsel to ADVENTIST HEALTHSYSTEM/WEST, a California non-profit religious corporation | NORTON ROSE FULBRIGHT US LLP | ATTN: DAVID A. ROSENZWEIG | 1301 Avenue of the Americas, Floor 2945 | | New York | NY | 10019-6022 |

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. | 450 Golden Gate Ave | Suite 05-0153 | San Francisco | CA | 94102 |
| Counsel for TRC Companies, Inc. | Pachulski Stang Ziehl & Jones LLP | Attn: John D. Fiero | 150 California Street | 15th Floor | San Francisco | CA | 94111 |
| Counsel to Chevron Products Company, a division of Chevron U.S.A. Inc. | PILLSBURY WINTHROP SHAW PITTMAN LLP | Attn: Philip S. Warden | Four Embarcadero Center | 22nd Floor | San Francisco | CA | 94111-5998 |
| Counsel for Turner Construction Company Case | Seyfarth Shaw LLP | Attn: Christopher J. Harney | 560 Mission Street | Suite 3100 | San Francisco | CA | 94105 |
| Attorneys for Cushman & Wakefield, Inc. | Shulman Hodges & Bastian LLP | Attn: Leonard M. Shulman, Melissa Davis Lowe | 100 Spectrum Center Drive | Suite 600 | Irvine | CA | 92618 |
| Counsel for Creditor and Party-in-Interest Sonoma Clean Power Authority | Sonoma Clean Power Authority | Attn: Jessica Mullan, General Counsel | 50 Santa Rosa Avenue | Fifth Floor | Santa Rosa | CA | 95494 |
| Counsel for Southern California Edison Company | Southern California Edison Company | Attn: Patricia A. Cirucci | 2244 Walnut Grove Avenue | 3rd Floor | Rosemead | CA | 91770 |
| Counsel for Ballard Marine Construction, Inc. | Williams Kastner | Attn: Todd W. Blischke | 601 Union Street | Suite 4100 | Seattle | WA | 98101-2380 |
| Counsel for BlueMountain Capital Management, LLC | Cleary Gottlieb Sheen & Hamilton LLP | Attn: Lisa Schweitzer | One Liberty Plaza | | New York | NY | 10006 |

Case: 19-30088    Doc# 6034    Filed: 03/03/20    Entered: 03/03/20 15:09:53    Page 4 of 4