DANIEL F. MCLENNON, ESQ. (SBN 124810)
CRAIG WALLACE, ESQ. (SBN 174043)
SMITH CURRIE & HANCOCK LLP
275 Battery Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 394-6688
Facsimile: (415) 394-6687
E-mail: cwallace@smithcurrie.com

Attorneys for Non-Party Objector (re Subpoena)
MLU Services, Inc.

FILED
MAR 03 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>      **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | BANKRUPTCY CASE NO. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**PROOF OF SERVICE**<br><br>Date: 03.10.20<br>Time: 10:00 am<br>Dept: Courtroom 17<br>450 Golden Gate Ave., 16th Fl<br>San Francisco, CA 94102 |

1

# PROOF OF SERVICE
## In Re: PG&E Corporation and Pacific Gas and Electric Company
## No. 19-30088 (DM)

I, the undersigned, declare that I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am associated with the law firm of Smith Currie & Hancock, LLP and my business address is 275 Battery Street, Suite 1300, San Francisco, California 94111. On this date, I served the following document(s):

1) MLU SERVICES, INC., OBJECTION TO THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' MOTION TO ESTABLISH PROCEDURES FOR DISCOVERY PRECEDING PLAN CONFIRMATION (RE THIRD PARTY SUBPOENA)

2) DECLARATION OF CRAIG WALLACE, ESQ., IN SUPPORT OF MLU SERVICES, INC., OBJECTION TO THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' MOTION TO ESTABLISH PROCEDURES FOR DISCOVERY PRECEDING PLAN CONFIRMATION (RE THIRD PARTY SUBPOENA)

3) [PROPOSED] ORDER RE MOTION TO ESTABLISH PROCEDURES FOR DISCOVERY PRECEDING PLAN CONFIRMATION (RE THIRD PARTY SUBPOENA)

☐ (BY E-MAIL) by transmitting via electronic mail the document(s) listed above to the e-mail address set forth below, or as stated on the service list, on this date before 5:00 p.m.

☒ (BY MAIL) by placing a true copy thereof, enclosed in a sealed envelope with first class postage thereon fully prepaid, at my place of business at 275 Battery Street, San Francisco, California 94111, addressed as set forth below.

1) Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, PO Box 770000, 77 Beale Street, San Francisco, CA 94105 (Attn: Janet Loduca, Esq.);

2) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.), proposed attorneys for the Debtors;

3) Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 (Attn: Tobias Keller, Esq. and Jane Kim, Esq.), proposed attorneys for the Debtors;

4) Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 (Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., and Matthew G. Garofalo, Esq.) and 2029 Century Park East, Los Angeles, CA 90067-3086 (Attn: Frank A. Merola, Esq.), as counsel for the administrative agent under the Debtors' debtor-inpossession financing facility;

5) Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017 (Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.), as counsel for the collateral agent under the Debtors' debtor-in-possession financing facility;

SMITH CURRIE & HANCOCK LLP
275 Battery Street, Suite 1300
San Francisco, California 94111
Ph. (415) 394-6688
Fx. (415) 394-6687

6) Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064 (Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq.), as counsel to the California Public Utilities Commission;

7) The Office of the United States Trustee for Region 17, 450 Golden Gate Avenue, 5th Floor, Suite #05-0153, San Francisco, CA 94102 (Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq.);

8) U.S. Nuclear Regulatory Commission, Washington, DC 20555-0001 (Attn: General Counsel)

9) U.S. Department of Justice, 1100 L Street, NW, Room 7106, Washington DC 20005 (Attn: Danielle A. Pham, Esq.,) as counsel for United States on behalf of the Federal Energy Regulatory Commission;

10) Milbank LLP, 55 Hudson Yards, New York, NY 10001-2163 (Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq.) and 2029 Century Park East, 33rd Floor, Los Angeles, CA 90067 (Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq.), as counsel for the Official Committee of Unsecured Creditors (the "Creditors Committee");

11) Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509 (Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq.), as counsel for the Official Committee of Tort Claimants (the "Tort Claimants Committee");

12) Counsel for any other official committee(s) that may be appointed in these Chapter 11 Cases (together with the Creditors Committee and the Tort Claimants Committee, each an "Official Committee")

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 3, 2020 in San Francisco, California.

*[signature]*

Kateryna Keisler

3

**PROOF OF SERVICE**

BANKRUPTCY CASE NO. 19-30088 (DM)