Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:	415.659.2600
Facsimile:	415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:	310.820.8800
Facsimile:	310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>          Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**RESPONSE OF NO OBJECTION TO THE ACWA/JPIA MOTION TO FILE SUBROGATION PROOF OF CLAIM, AND OBJECTING TO FILING VICTIM CLAIM**<br><br>Related Dkt. Nos. 5215-5217<br><br>[No Hearing Requested] |

The Official Committee of Tort Claimants (the "**TCC**") in the above-captioned cases (the "**Chapter 11 Cases**") of PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**") hereby files this response of no objection to the motion of the Association of California Water Agencies Joint Powers Insurance Authority ("**ACWA/JPIA**"), which requests an order permitting it to file a late-filed "subrogation claim" in the Chapter 11 Cases [Dkt. Nos. 5215-5217], on the official "Proof of Claim (Wildfire Related – Subrogation Insurers)" form. The TCC objects to an order allowing ACWA/JPIA to file a victim's "Proof of Claim (Fire Claim Related)" on the basis that the ACWA/JPIA did not file a motion requesting such relief.

Dated: March 3, 2020

**BAKER & HOSTETLER LLP**

By: */s/ Robert A. Julian*
Robert A. Julian

*Counsel for The Official Committee of Tort Claimants*