Adam Cronin, Pro Se
101 Hannaford Ct Folsom CA 95630
916-467-6040
Ajcu88@gmail.com


FILED
MAR - 2 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHER DISTRICT OF CALIFORNIA

In Re

Pacific Gas and Electric Company ("PG&E"),

And

PG&E Corporation

Debtor-in-Possession

) Bankruptcy Case
) No.: 19-30088-DM
)
) Chapter 11
)
) **CERTIFICATE OF SERVICE**
)

I, Ivonne Sias declare,

1. I am an adult over the age of 18 and not a party to the within action. My address is 1701 Creekside Drive, Folsom California, 95630.

2. I certify that on February 26, 2020, I caused a true and correct copy of the following document to be served via e-mail (where applicable) and via First Class Priority Mail (where applicable) on Exhibit A:

- NOTICE of Motion for Reconsideration of Order Denying Relief From Automatic Stay

I declare under penalty of perjury that the foregoing is true and correct

Date: February 27, 2020    By: _____
                                Ivonne Sias