# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br> **PG&E CORPORATION,** <br>     - and - <br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br>                              Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ■ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **SEVENTH MONTHLY FEE STATEMENT OF TRIDENT DMG LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 18, 2020 THROUGH FEBRUARY 17, 2020** <br><br> [No hearing requested] <br><br> **OBJECTION DEADLINE**: March 24, 2020 at 4:00 p.m. (PDT) |

| | |
|---|---|
| To: | The Notice Parties |
| Name of Applicant: | Trident DMG LLC |
| Authorized to Provide Professional Services to: | Communications Consultant for the Official Committee of Tort Claimants |
| Period for which compensation and reimbursement are sought: | January 18, 2020 through February 17, 2020 |
| Amount of compensation and reimbursement are sought: | $28,000.00 (80% of $35,000.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $3,572.96 |

Trident DMG LLC ("**Applicant**"), the communications consultant for the Official Committee of Tort Claimants (the "**Tort Committee**"), representing the largest group of stakeholders in the jointly administered bankruptcy cases (the "**Chapter 11 Cases**") of PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), hereby submits its seventh

-1-

monthly fee statement (the "**Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered, and for reimbursement of actual and necessary expenses incurred for the period commencing January 18, 2020 through and including February 17, 2020 (the "**Fee Period**") pursuant to the Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated February 27, 2019 [Dkt. No. 701] (the "**Interim Compensation Procedures Order**").

By this Monthly Fee Statement, Trident requests allowance and payment of $28,000.00 (representing 80% of $35,000.00) as compensation for professional services rendered to the Tort Committee during the Fee Period and allowance and payment of $3,572.96 (representing 100% of the expenses allowed) as reimbursement for actual and necessary expenses incurred by Trident during the Fee Period.

Annexed hereto as **Exhibit A** is the name of each professional who performed services for the Tort Committee in connection with these Chapter 11 Cases and for which Trident is seeking compensation during the Fee Period covered by this Monthly Fee Statement and the total hours for each professional. Attached hereto as **Exhibit B** is a summary of hours spent during the Fee Period by task. Attached hereto as **Exhibit C** is a summary of expenses incurred during the Fee Period. Attached hereto as **Exhibit D** are the detailed time entries for the Fee Period. Attached hereto as **Exhibit E** are the detailed expense entries for the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "**Objection Deadline**") with this Court.

**PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection Deadline, Trident shall file or cause to be filed a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay Trident an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement. If an objection is properly filed, the

Debtors shall be authorized and directed to pay Trident 80% of the fees and 100% of the expenses not subject to an objection.

Dated: March 3, 2020

Respectfully submitted,

TRIDENT DMG LLC

By: /s/ Adam Goldberg
Adam Goldberg

Communications Consultant for the Official Committee of Tort Claimants

# EXHIBIT A

# EXHIBIT A

## HOURS BY PROFESSIONAL
## FOR THE PERIOD JANUARY 18, 2020 THROUGH FEBRUARY 17, 2020

| PROFESSIONAL | POSITION | TOTAL HOURS |
|---|---|---|
| Adam Goldberg | Partner | 4.50 |
| Alexander Lange | Senior Director | 28.50 |
| Emily Seeley | Account Manager | 19.00 |
| **TOTAL** | | **52.00** |

**EXHIBIT B**

# EXHIBIT B

## HOURS BY TASK FOR
## FOR THE PERIOD JANUARY 18, 2020 THROUGH FEBRUARY 17, 2020

| TASK DESCRIPTION | HOURS |
|---|---:|
| Emails and/or Calls with Client and/or Client Attorney | 24.50 |
| Internal Client Meetings | 4.50 |
| Research and Writing | 6.00 |
| Working with the Media | 17.00 |
| **TOTAL** | **52.00** |

**EXHIBIT C**

# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD JANUARY 18, 2020 THROUGH FEBRUARY 17, 2020

| EXPENSES | AMOUNTS |
|---|---:|
| Digital Advertisements | $426.06 |
| Media Release | $3,146.90 |
| **TOTAL EXPENSES REQUESTED:** | **$3,572.96** |

# EXHIBIT D

## Detailed Time Entries

## ADAM GOLDBERG

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 1/21/20 | .5 | Internal client meetings |
| 1/22/20 | .5 | Call w/ client and client attorneys |
| 1/24/20 | .5 | Internal client meetings |
| 1/29/20 | .5 | Call w/ client and client attorneys |
|  | .5 | Internal client meetings |
| 2/03/20 | .5 | Internal client meetings |
| 2/05/20 | .5 | Call w/ client and client attorneys |
| 2/10/20 | .5 | Internal client meetings |
| 2/12/20 | .5 | Call w/ client and client attorneys |
|  |  |  |
| **TOTAL** | **4.5** |  |

## ALEXANDER LANGE

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 1/19/20 | .5 | Working with the media |
| 1/22/20 | .5 | Emails and calls with client and/or client attorneys |
| 1/24/20 | .5 | Working with the media |
|  | .5 | Emails and calls with client and/or client attorneys |
|  | .5 | Internal client meetings |
| 1/27/20 | .5 | Emails with client and/or client attorneys |
| 1/28/20 | .5 | Emails with client and/or client attorneys |
| 1/29/20 | 1 | Emails and calls with client and/or client attorneys |
|  | .5 | Research and writing |
| 1/30/20 | .5 | Internal client meetings |
|  | .5 | Working with the media |
| 1/31/20 | 1.5 | Working with the media |
|  | 2 | Research and writing |
| 2/1/20 | 1 | Emails with client and/or client attorneys |
| 2/3/20 | 1 | Emails with client and/or client attorneys |
| 2/4/20 | 1 | Emails with client and/or client attorneys |
| 2/5/20 | 1 | Emails and calls with client and/or client attorneys |
|  | 1.5 | Working with the media |
| 2/6/20 | 3 | Working with the media |
|  | 2 | Emails and calls with client and/or client attorneys |
| 2/10/20 | .5 | Emails with client and/or client attorneys |
| 2/11/20 | 1 | Emails and calls with client and/or client attorneys |
|  | 1 | Research and writing |
|  | 1 | Working with media |
| 2/12/20 | 1 | Emails and calls with client and/or client attorneys |
|  | 2 | Working with media |
| 2/13/20 | 1 | Emails with client and/or client attorneys |
|  | .5 | Working with media |
| 2/14/20 | .5 | Working with media |
|  |  |  |
| **TOTAL:** | **28.5** |  |

## EMILY SEELEY

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 1/22/20 | 0.5 | Calls with client and/or client attorneys |
| 1/23/20 | 0.5 | Emails with client and/or client attorneys |
| 1/24/20 | 0.5 | Internal client meeting |
|  | 0.5 | Emails with client and/or client attorneys |
| 1/28/20 | 0.5 | Emails with client and/or client attorneys |
| 1/28/20 | 0.5 | Emails & calls with client and/or client attorneys |
| 1/29/20 | 0.5 | Emails & calls with client and/or client attorneys |
| 1/30/20 | 0.5 | Emails with client and/or client attorneys |
| 2/3/20 | 0.5 | Research and writing |
| 2/4/20 | 1 | Working with the media |
|  | 1 | Emails & calls with client and/or client attorneys |
| 2/5/20 | 2 | Research and writing |
|  | 0.5 | Emails with client and/or client attorneys |
|  | 1 | Calls with client and/or client attorneys |
|  | 0.5 | Internal meeting |
|  | 1 | Working with the media |
| 2/5/20 | 0.5 | Emails & calls with client and/or client attorneys |
| 2/6/20 | 2.5 | Emails & calls with client and/or client attorneys |
|  | 3.5 | Working with the media |
| 2/7/20 | 0.5 | Emails with client and/or client attorneys |
| 2/12/20 | 0.5 | Emails & calls with client and/or client attorneys |
|  |  |  |
| **TOTAL** | **19** |  |

**EXHIBIT E**

# EXHIBIT E

## EXPENSE DETAIL
## FOR THE PERIOD JANUARY 18, 2020 THROUGH FEBRUARY 17, 2020

| DATE | PROFESSIONAL | EXPENSE DETAIL | AMOUNT |
|---|---|---|---|
| 1/27/2020 | Emily Seeley | Digital Advertisement | $426.06 |
| 2/06/2020 | Emily Seeley | Media Release | $3,146.90 |
| | | **TOTAL** | **$3,572.96** |

# **NOTICE PARTIES**

| | |
|---|---|
| PG&E Corporation<br>c/o Pacific Gas & Electric Company<br>Attn: Janet Loduca, Esq.<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94105 | Keller & Benvenutti LLP<br>Attn: Tobias S. Keller, Esq.<br>Jane Kim, Esq.<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 |
| The Office of the United States Trustee for Region 17<br>Attn: James L. Snyder, Esq.<br>Timothy Laffredi, Esq.<br>450 Golden Gate Avenue, 5th Floor, Suite #05-0153<br>San Francisco, CA 94102 | Milbank LLP<br>Attn: Dennis F. Dunne, Esq.<br>Sam A. Khalil, Esq.<br>55 Hudson Yards<br>New York, NY 10001-2163 |
| Milbank LLP<br>Attn: Paul S. Aronzon, Esq.<br>Gregory A. Bray, Esq.<br>Thomas R. Kreller, Esq.<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 | Weil, Gotshal & Manges LLP<br>Attn: Stephen Karotkin, Esq.<br>Jessica Liou, Esq.<br>Matthew Goren, Esq.<br>767 Fifth Avenue<br>New York, NY 10153-0119 |
| Bruce A. Markell<br>Fee Examiner<br>541 N. Fairbanks Court<br>Suite 2200<br>Chicago, IL 60611-3710 | Scott H. McNutt<br>Attorney for the Fee Examiner<br>324 Warren Road<br>San Mateo, CA 94402 |