REBECCA J. WINTHROP (CA Bar No. 116386)
ROBIN D. BALL (CA Bar No. 159698)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
rebecca.winthrop@nortonrosefulbright.com
robin.ball@nortonrosefulbright.com

Attorneys for Creditors ADVENTIST HEALTH SYSTEM/WEST, and FEATHER RIVER HOSPITAL d/b/a ADVENTIST HEALTH FEATHER RIVER

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19 - 30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ADVENTIST CLAIMANTS' LIMITED OBJECTION TO THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' MOTION TO ESTABLISH PROCEDURES FOR DISCOVERY PRECEDING PLAN CONFIRMATION [DOCKET NO. 5840] AND RESERVATION OF RIGHTS**<br><br>**Hearing Date and Time:**<br>Date: March 10, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Courtroom 17<br>       450 Golden Gate Ave., 16th Floor<br>       San Francisco, CA 94102 |

Creditors Adventist Health System/West, a California religious non-profit corporation ("Adventist Health"), and Feather River Hospital, a California religious non-profit corporation, d/b/a Adventist Health Feather River ("AHFR" and, collectively with Adventist Health, "Adventist"), hereby respectfully submit this limited objection to *The Official Committee of Tort Claimants' Motion to Establish Procedures for Discovery Preceding Plan Confirmation* (the "Motion") [Docket No. 5840] based on the following:

1. Adventist holds substantial prepetition claims against the estates related to the wildfires caused by the Debtors.

2. It is unclear from the Motion whether the proposed discovery procedure is limited to just those entities identified as "Vendors" in the Motion (as that term is defined in the Motion). To the extent that the relief sought by the Motion is limited to discovery done of those "Vendors," then Adventist does not object to the Motion.

3. To the extent that the relief requested in the Motion is meant to govern any other discovery proposed by the Official Committee of Tort Claimants (the "TCC") related to confirmation issues, then Adventist objects. Discovery related to confirmation issues not specifically related to the Vendors should be governed by Federal Rule of Bankruptcy Procedure 9014, with the parties meeting and conferring over expedited response deadlines where needed. Any order approving of the Motion should expressly state that it covers only discovery done of the "Vendors" identified in the Motion and nothing else.

4. Adventist reserves the right to join in objections to the Motion filed by other parties, and to raise and be heard on those objections at the hearing on the Motion.

Dated: March 3, 2020

Respectfully submitted:

REBECCA J. WINTHROP
NORTON ROSE FULBRIGHT US LLP

By: */s/ Rebecca J. Winthrop*
REBECCA J. WINTHROP
Attorney for Creditors ADVENTIST HEALTH SYSTEM/WEST, and FEATHER RIVER HOSPITAL D/B/A ADVENTIST HEALTH FEATHER RIVER