| | |
|---|---|
| 1 | Robert A. Julian (SBN 88469) |
| | Cecily A. Dumas (SBN 111449) |
| 2 | BAKER & HOSTETLER LLP |
| | 600 Montgomery Street, Suite 3100 |
| 3 | San Francisco, CA 94111-2806 |
| | Telephone: 415.659.2600 |
| 4 | Facsimile: 415.659.2601 |
| | Email: rjulian@bakerlaw.com |
| 5 | Email: cdumas@bakerlaw.com |
| 6 | Eric E. Sagerman (SBN 155496) |
| | David J. Richardson (SBN 168592) |
| 7 | Lauren T. Attard (SBN 320898) |
| | BAKER & HOSTETLER LLP |
| 8 | 11601 Wilshire Blvd., Suite 1400 |
| | Los Angeles, CA 90025-0509 |
| 9 | Telephone: 310.820.8800 |
| | Facsimile: 310.820.8859 |
| 10 | Email: esagerman@bakerlaw.com |
| | Email: drichardson@bakerlaw.com |
| 11 | Email: lattard@bakerlaw.com |

*Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | |
| -and- | Chapter 11 (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| Debtors. | **NOTICE OF FILING OF PROPOSED FIRE VICTIM TRUST AGREEMENT AND PROPOSED FIRE VICTIM CLAIMS RESOLUTION PROCEDURES** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | Relates to Dkt. Nos. 5700, 5732 |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

**PLEASE TAKE NOTICE** that on February 7, 2020, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**") filed a proposed disclosure statement in the above-captioned chapter 11 cases [Dkt. No. 5700]; and

**PLEASE TAKE FURTHER NOTICE** that on February 11, 2020, this Court entered an order [Dkt. No. 5732] directing the filing of a proposed Fire Victim Trust Agreement and the proposed Fire Victim Claims Resolution Procedures; and

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a proposed Fire Victim Trust Agreement, which has been approved by the proposed Trustee and proposed Claims Administrator of the Fire Victim Trust, the Official Committee of Tort Claimants, and the Consenting Fire Victim Attorneys, but not by the Debtors or the Shareholder Proponents (as defined in the Plan) (collectively, the "**Plan Proponents**"); and

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** are proposed Fire Victim Claims Resolution Procedures, which have been approved by the proposed Trustee and proposed Claims Administrator of the Fire Victim Trust, the Official Committee of Tort Claimants, and the Consenting Fire Victim Attorneys, but not by the Plan Proponents; and

**PLEASE TAKE FURTHER NOTICE** that Plan Proponents have informed the TCC that they reserve all rights with respect to the proposed Fire Victim Trust Agreement and proposed Fire Victim Claims Resolution Procedures, and nothing in the proposed Fire Victim Trust Agreement and proposed Fire Victim Claims Resolution Procedures shall constitute or be deemed to constitute an admission by or waiver of the rights of any Plan Proponent in any respect.

Dated: March 3, 2020

        BAKER & HOSTETLER LLP

        By:   */s/ Lauren T. Attard*
              Lauren T. Attard

        *Counsel to the Official Committee of Tort Claimants*