# CERTIFICATE OF SERVICE

I am employed in the county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is K&L GATES LLP, 10100 Santa Monica Boulevard, 8th Floor, Los Angeles, California 90067.

On March 3, 2020, I served the documents described as:

**OBJECTION OF CN UTILITY CONSULTING, INC., CUPERTINO ELECTRIC, INC., WRIGHT TREE SERVICE, INC., AND WRIGHT TREE SERVICE OF THE WEST, INC. TO THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' MOTION TO ESTABLISH PROCEDURES FOR DISCOVERY PRECEDING PLAN CONFIRMATION**

on the interested parties in this action by delivering a true copy thereof enclosed in sealed envelope(s) addressed as follows:

☒  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** The foregoing document will be served by the court via NEF and hyperlink to the document. On March 3, 2020, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated on the next page.

**See attached Electronic Mail Notice List**

☒  **BY MAIL:**  I placed for collection and processing such envelope(s) to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid to the office of the addressee(s) as indicated in the attached Manual Notice List.  I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day, with postage fully prepaid, in the ordinary course of business herein attested to.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**See attached Manual Notice List**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 3, 2020, at Los Angeles, California.

/s/ Jonathan Randolph
Jonathan Randolph

1
CERTIFICATE OF SERVICE

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad    alagenbroad@jonesday.com, saltamirano@jonesday.com
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, mterry@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- James T. Bentley    james.bentley@srz.com, Kelly.Knight@srz.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka    rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Heinz Binder    heinz@bindermalter.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Ameneh Maria Bordi    ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- Jason Borg    jborg@jasonborglaw.com
- Mark Bostick    mbostick@wendel.com, bankruptcy@wendel.com
- James L. Bothwell    jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady    enbrady@jonesday.com
- Gregory A. Bray    gbray@milbank.com
- Michael D. Breslauer    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Chane Buck    cbuck@jonesday.com
- Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
- Nicholas A. Carlin    nac@phillaw.com, rac@phillaw.com
- Katherine Rose Catanese    kcatanese@foley.com
- Jennifer Machlin Cecil    JCecil@winston.com, ECF_SF@winston.com
- Karen J. Chedister    kchedister@h-jlaw.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Jacquelyn H. Choi    jchoi@raineslaw.com, bclark@raineslaw.com

CERTIFICATE OF SERVICE

Case: 19-30088    Doc# 6050-1    Filed: 03/03/20    Entered: 03/03/20 18:48:14    Page 2
of 30

- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Jae Angela Chun    ajc@chun.law, teresa@tosdallaw.com
- Alicia Clough    aclough@loeb.com
- Tiffany Strelow Cobb    tscobb@vorys.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Brian S. Conlon    bsc@phillaw.com, rac@phillaw.com
- Charles Cording    ccording@willkie.com, mao@willkie.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Anne Costin    anne@costinlawfirm.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, dkrasa-berstell@akingump.com
- John Cumming    jcumming@dir.ca.gov
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    , jad_9193@ecf.courtdrive.com
- Erin Elizabeth Dexter    edexter@milbank.com
- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- Dustin M. Dow    ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- Jamie P. Dreher    jdreher@downeybrand.com
- Geoffrey B. Dryvynsyde    gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- Cecily Ann Dumas    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Luke N. Eaton    eatonl@pepperlaw.com, monugiac@pepperlaw.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Michael Eggenberger    meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Michele Ellison    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian    , Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Scott Esbin    sesbin@esbinalter.com
- Joseph M. Esmont    jesmont@bakerlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

3

**CERTIFICATE OF SERVICE**

- Michael S. Etkin   metkin@lowenstein.com
- Jacob M. Faircloth   jacob.faircloth@smolsonlaw.com
- Brett D. Fallon   bfallon@morrisjames.com, wweller@morrisjames.com
- Michael C. Fallon   , manders@fallonlaw.net
- Joseph Kyle Feist   jfeistesq@gmail.com, info@norcallawgroup.net
- David M. Feldman   DFeldman@gibsondunn.com
- Matthew A. Feldman   mfeldman@willkie.com
- Mark E. Felger   mfelger@cozen.com
- James J. Ficenec   James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero   jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman   kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone   sfinestone@fhlawllp.com
- Timothy M. Flaherty   tflaherty@mpplaw.com
- Daniel I. Forman   dforman@willkie.com
- Jonathan Forstot   jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot   , john.murphy@troutman.com
- Matthew Hampton Foushee   hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick   cfrederick@prklaw.com
- Peter Friedman   pfriedman@omm.com
- Roger F. Friedman   rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu   jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller   lfuller@bakerlaw.com
- Larry W. Gabriel   lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi   gregg.galardi@ropesgray.com
- Richard L. Gallagher   richard.gallagher@ropesgray.com
- Craig Solomon Ganz   ganzc@ballardspahr.com, hartt@ballardspahr.com
- Jeffrey K. Garfinkle   jgarfinkle@buchalter.com
- Oscar Garza   ogarza@gibsondunn.com
- Paul R. Gaus   paul.gaus@mccormickbarstow.com
- Duane M. Geck   dmg@severson.com
- Evelina Gentry   evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz   jgertz@btlaw.com, amattingly@btlaw.com
- Christopher Gessner   cgessner@akingump.com, NYMCO@akingump.com
- Barry S. Glaser   bglaser@lkfirm.com
- Paul R. Glassman   glassmanp@gtlaw.com
- Gabriel I. Glazer   gglazer@pszjlaw.com
- Gabrielle Glemann   gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Jaime Godin   Jtouchstone@fddcm.com
- Matthew A. Gold   courts@argopartners.net
- Eric D. Goldberg   eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Amy L. Goldman   goldman@lbbslaw.com
- Eric S. Goldstein   egoldstein@goodwin.com
- Rhonda Stewart Goldstein   Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- Richard H. Golubow   rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez   mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin   mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman   egoodman@bakerlaw.com
- Mark A. Gorton   mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton   mgorton@boutininc.com, cdomingo@boutininc.com

4

**CERTIFICATE OF SERVICE**

- Michael I. Gottfried    MGottfried@elkinskalt.com, AAburto@elkinskalt.com
- Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink    eric@rhrc.net
- Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Mitchell B. Greenberg    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- David Matthew Guess    guessd@gtlaw.com
- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden    cameron.m.gulden@usdoj.gov
- Mirco J. Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com
- Laurie Hager    lhager@sussmanshank.com
- J. Noah Hagey    hagey@braunhagey.com, tong@braunhagey.com
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Adam C. Harris    adam.harris@srz.com, james.bentley@srz.com
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
- Cristina A. Henriquez    chenriquez@mayerbrown.com
- Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com
- Matthew Heyn    matthew.heyn@doj.ca.gov
- Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- Morgan R. Hirst    mhirst@jonesday.com, mmelvin@jonesday.com
- Michael R. Hogue    hoguem@gtlaw.com, navarrom@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com
- Alexandra S. Horwitz    allie.horwitz@dinsmore.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang    shane.huang@usdoj.gov
- Brian D. Huben    hubenb@ballardspahr.com
- Jonathan Hughes    , jane.rustice@aporter.com
- Edward R. Huguenin    ehuguenin@huguenkahn.com, jguzman@huguenkahn.com
- Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola    mvi@sbj-law.com
- J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester    , Andrea.Bates@skadden.com
- Ivan C. Jen    ivan@icjenlaw.com
- Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston    jjohnston@jonesday.com
- Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones    andrew@ajoneslaw.com
- Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian    rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- George H. Kalikman    gkalikman@schnader.com, sdavenport@schnader.com
- Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com

5

- Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com
- Robert B. Kaplan    rbk@jmbm.com
- Eve H. Karasik    ehk@lnbyb.com
- Michael G. Kasolas    trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
- Elyssa S. Kates    ekates@bakerlaw.com
- Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman    wkaufman@smwb.com
- Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly    ustpregion17.oa.ecf@usdoj.gov
- Matthew K. Kelsey    mkelsey@gibsondunn.com
- Gerald P. Kennedy    gerald.kennedy@procopio.com, angela.stevens@procopio.com
- Erica L. Kerman    ekerman@willkie.com
- Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kellerbenvenutti.com
- Kody D. L. Kleber    kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Matthew Ryan Klinger    mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- Bradley C. Knapp    bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Kelly V. Knight    kelly.knight@srz.com
- Lydia Vanessa Ko    Lvko@stonelawoffice.com
- Thomas F. Koegel    tkoegel@crowell.com
- Katherine Kohn    kkohn@groom.com, ashahinllari@groom.com
- Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Anna Kordas    akordas@jonesday.com, mmelvin@jonesday.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- Bernard Kornberg    bjk@severson.com
- David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com
- Lauren Kramer    lkramer@rjo.com
- Jeffrey C. Krause    jkrause@gibsondunn.com
- Thomas R. Kreller    tkreller@milbank.com
- Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Robert T. Kugler    robert.kugler@stinson.com
- Boris Kukso    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Alisa C. Lacey    alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping    rich@trodellalapping.com
- Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- John E. Lattin    jlattin@ostergar.com, cslovenec@ostergar.com
- Michael Lauter    mlauter@sheppardmullin.com
- Kenneth T. Law    klaw@bbslaw.com
- Francis J. Lawall    lawallf@pepperlaw.com, henrys@pepperlaw.com
- Andrew Michael Leblanc    ALeblanc@milbank.com
- Erica Lee    Erica.Lee@doj.ca.gov
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com

CERTIFICATE OF SERVICE

- Edward J. Leen   eleen@mkbllp.com
- Lisa Lenherr   llenherr@wendel.com, bankruptcy@wendel.com
- Matthew A. Lesnick   matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch   bletsch@braytonlaw.com
- David B. Levant   david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin   alevin@wcghlaw.com
- David Levine   dnl@groom.com
- Marc A. Levinson   Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira   dsilveira@kellerbenvenutti.com
- Alexander James Demitro Lewicki   kdiemer@diemerwei.com, alewicki@diemerwei.com
- William S. Lisa   , jcaruso@nixonpeabody.com
- William S. Lisa   wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb   jon.loeb@bingham.com
- John William Lucas   jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano   jane-luciano@comcast.net
- Kerri Lyman   klyman@irell.com
- Carissa A. Lynch   Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- John H. MacConaghy   macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald   iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy   tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel   samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta   adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Katharine Malone   malonek@gtlaw.com
- Liam K. Malone   malone@oles.com, shahin@oles.com
- Michael W. Malter   michael@bindermalter.com
- Craig Margulies   cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr   gemarr59@hotmail.com
- Richard A. Marshack   rmarshack@marshackhays.com, lbuchanan@marshackhays.com
- Catherine Martin   cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud   lmasud@marshackhays.com, 8649808420@filings.docketbird.com
- David P. Matthews   jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy   patrick.maxcy@snrdenton.com
- Benjamin P. McCallen   bmccallen@willkie.com
- Thomas E. McCurnin   tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald   hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald   , john.murphy@troutman.com
- C. Luckey McDowell   Luckey.McDowell@Shearman.com
- Matthew D. McGill   MMcGill@gibsondunn.com
- Scott H. McNutt   SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone   Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo   peter@pmrklaw.com
- Frank A. Merola   lacalendar@stroock.com, mmagzamen@stroock.com
- Jennifer L. Mersing   jennifer.mersing@stoel.com, lisa.petras@stoel.com
- Joshua M. Mester   jmester@jonesday.com
- Matthew D. Metzger   belvederelegalecf@gmail.com
- Merle C. Meyers   mmeyers@mlg-pc.com
- Randy Michelson   randy.michelson@michelsonlawgroup.com

7

CERTIFICATE OF SERVICE

- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Nancy Mitchell    nmitchell@omm.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com
- Kevin Montee    kmontee@monteeassociates.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Diane Marger Moore    dmargermoore@baumhedlundlaw.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Candace J. Morey    cjm@cpuc.ca.gov
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Rodney Allen Morris    Rodney.Morris2@usdoj.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Bennett J. Murphy    bmurphy@bennettmurphylaw.com
- Michael S. Myers    myersms@ballardspahr.com
- Alan I. Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com
- David Neier    dneier@winston.com
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Michael S. Neumeister    MNeumeister@gibsondunn.com
- Howard S. Nevins    hnevins@hsmlaw.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Tina Bao-Ngan Vy Ngo    tina.ngo@bakerbotts.com, courtney.arionus@bakerbotts.com
- Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com
- Sean Nolan    snolan@akingump.com, NYMCO@akingump.com
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson    matt@macfern.com, stell.laura@dorsey.com
- Steven M. Olson    smo@smolsonlaw.com
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Gabriel Ozel    gabeozel@gmail.com
- Margarita Padilla    Margarita.Padilla@doj.ca.gov
- Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Peter S. Partee    , candonian@huntonak.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, kwidder@ffwplaw.com
- Kenneth Pasquale    , mlaskowski@stroock.com
- Charles Scott Penner    penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Yosef Peretz    yperetz@peretzlaw.com, skim@peretzlaw.com
- Thomas R. Phinney    tom@parkinsonphinney.com

Case: 19-30088    Doc# 6050-1    Filed: 03/03/20    Entered: 03/03/20 18:48:14    Page 8 of 30

CERTIFICATE OF SERVICE

- R. Alexander Pilmer     alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston     rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino     epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett     GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin     mplevin@crowell.com
- Steven G. Polard     spolard@eisnerlaw.com
- Mark D. Poniatowski     ponlaw@ponlaw.com
- William L. Porter     bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince     cprince@lesnickprince.com
- Douglas B. Provencher     dbp@provlaw.com
- Stacey C. Quan     squan@steyerlaw.com, pspencer@steyerlaw.com
- Amy C. Quartarolo     amy.quartarolo@lw.com
- Lary Alan Rappaport     lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins     jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray     hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready     smeyer@farmerandready.com
- Caroline A. Reckler     caroline.reckler@lw.com
- David M. Reeder     david@reederlaw.com, david.m.reeder@gmail.com;Jessica@reederlaw.com
- Steven J. Reisman     sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner     jreisner@irell.com
- Jack A. Reitman     , srichmond@lgbfirm.com
- Emily P. Rich     erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson     drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- Christopher O. Rivas     crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin     drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- John R. Rizzardi     kcoselman@cairncross.com, tnguyen@cairncross.com
- Daniel Robertson     robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester     lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers     mrogers@lambertrogers.com, jan@lambertrogers.com
- Julie H. Rome-Banks     julie@bindermalter.com
- Jorian L. Rose     jrose@bakerlaw.com
- Paul M. Rosenblatt     prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- Allan Robert Rosin     arrosin@alr-law.com
- Jay M. Ross     jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau     grougeau@brlawsf.com
- Stacy H. Rubin     rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com
- Jason C. Rubinstein     jrubinstein@fklaw.com, mclerk@fklaw.com
- Nathan Q. Rugg     nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp     trupp@kellerbenvenutti.com
- Eric E. Sagerman     esagerman@bakerlaw.com
- Robert Sahyan     rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- Jonathan C. Sanders     jsanders@stblaw.com
- Nanette D. Sanders     nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas     Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis     sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage     psavesq@gmail.com, jodi.savage@gmail.com

Case: 19-30088   Doc# 6050-1   Filed: 03/03/20   Entered: 03/03/20 18:48:14   Page 9 of 30
CERTIFICATE OF SERVICE

- Sblend A. Sblendorio     sas@hogefenton.com
- Francis O. Scarpulla     fos@scarpullalaw.com, cpc@scarpullalaw.com
- Daren M Schlecter     daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider     bradley.schneider@mto.com
- Harvey S. Schochet     Harveyschochet@dwt.com
- Lisa Schweitzer     lschweitzer@cgsh.com
- Eric J. Seiler     eseiler@fklaw.com, mclerk@fklaw.com
- David B. Shemano     dshemano@pwkllp.com
- James A. Shepherd     jim@jsheplaw.com, shepIGN@gmail.com
- Leonard M. Shulman     lshulman@shbllp.com
- Andrew I. Silfen     andrew.silfen@arentfox.com
- Wayne A. Silver     w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon     csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton     gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Michael K. Slattery     mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim     dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum     jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith     asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith     adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol     jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref     rsoref@polsinelli.com
- Joseph Sorkin     jsorkin@akingump.com, NYMCO@akingump.com
- Bennett L. Spiegel     blspiegel@jonesday.com
- Michael St. James     ecf@stjames-law.com
- Howard J. Steinberg     steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner     harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt     lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- Lillian G. Stenfeldt     lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel     clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern     dstern@ktbslaw.com
- Geoffrey S. Stewart     gstewart@jonesday.com, mmelvin@jonesday.com
- Alan J. Stone     AStone@milbank.com, DMcCracken@Milbank.com
- Jason D. Strabo     jstrabo@mwe.com, shill@mwe.com
- Michael H. Strub     mstrub@irell.com, mhstrub1@gmail.com
- Rebecca Suarez     rsuarez@crowell.com
- Brad T. Summers     summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan     ktakvoryan@ckrlaw.com
- Derrick Talerico     dtalerico@ztlegal.com, sfritz@ztlegal.com
- Kesha Tanabe     kesha@tanabelaw.com
- Mary Ellmann Tang     mtang@frenchlyontang.com, nblackwell@frenchlyontang.com
- Elizabeth Lee Thompson     ethompson@stites.com, docketclerk@stites.com
- John C. Thornton     jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Elisa Tolentino     cao.main@sanjoseca.gov
- Meagan S. Tom     Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward J. Tredinnick     etredinnick@greeneradovsky.com
- Matthew Jordan Troy     matthew.troy@usdoj.gov
- Michael Tye     Michael.Tye@usdoj.gov
- Andrew Van Ornum     avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser     shmuel.vasser@dechert.com, brett.stone@dechert.com

**CERTIFICATE OF SERVICE**

Case: 19-30088    Doc# 6050-1    Filed: 03/02/20    Entered: 03/02/20 18:48:14    Page 10 of 30

- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- Carol C. Villegas    cvillegas@labaton.com, NDonlon@labaton.com
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Bao M. Vu    bao.vu@stoel.com, sharon.witkin@stoel.com
- Jonathan D. Waisnor    jwaisnor@willkie.com, mao@willkie.com
- Riley C. Walter    ecf@W2LG.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Rebecca Weissman    rebecca.weissman@dechert.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Joseph West    westjoseph@earthlink.net, josephw998@gmail.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Catherine E. Woltering    cwoltering@bakerlaw.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- David A. Wood    dwood@marshackhays.com, lbuchanan@marshackhays.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Kinga Wright    kinga.wright@lockelord.com, autodocket@lockelord.com
- Antonio Yanez    ayanez@willkie.com
- Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Christopher L. Young    cyoung@cairncross.com, nspringstroh@cairncross.com
- Nicole M. Zeiss    nzeiss@labaton.com
- Paul H. Zumbro    mao@cravath.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com

### SERVED BY MANUAL NOTICE LIST

William B. Abrams
1519 Branch Owl Pl.
Santa Rosa, CA 95409

Merrill, Arnone & Jones, LLP
3554 Round Barn Blvd., #303
Santa Rosa, CA 95403

Carolyn Acosta
11163 W. Carriage Hill Ct.
Nampa, ID 83686
William L. Adams

11

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| 1 | E. Elliot Adler |
| | Adler Law Group, APLC |
| 2 | 402 W. Broadway, #860 |
| | San Diego, CA 92101 |
| 3 | |
| 4 | Max Africk |
| | Weil, Gotshal & Manges LLP |
| | 767 Fifth Avenue |
| 5 | New York, NY 10153 |

1    E. Elliot Adler
     Adler Law Group, APLC
2    402 W. Broadway, #860
     San Diego, CA 92101

Khaldoun A. Baghdadi
Walkup, Melodia, Kelly and Schoenberger
650 California St. 26th Fl.
San Francisco, CA 94108

3

4    Max Africk
     Weil, Gotshal & Manges LLP
     767 Fifth Avenue
5    New York, NY 10153

Todd M. Bailey
California Franchise Tax Board
P.O.Box 1720, M.S. A-260
Rancho Cordova, CA 95741-1720

6    Arocles Aguilar
     California Public Utilities Commission
7    505 Van Ness Ave.
     San Francisco, CA 94102

Lynn A. Baker
2210 Greenlee Dr.
Austin, TX 78703

8

9    Robert Albery
     Associate General Counsel
     Jacobs Engineering
10    9191 South Jamaica St.
     Englewood, CO 80112

Mark I. Bane
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

11

12    Mary E. Alexander
     Mary Alexander & Associates, P.C.
     44 Montgomery St., #1303
13    San Francisco, CA 94104

Michael J. Barrie
Benesch, Friedlander, Coplan et LLP
222 Delaware Ave., #801
Wilmington, DE 19801

14    Mark A. Angelov
     Arent Fox LLP
15    1301 Avenue of the Americas, 42nd Fl.
     New York, NY 10019

Bryan E. Bates
Parker, Hudson, Rainer & Dobbs, LLP
303 Peachtree Street, Suite 3600
Atlanta, GA 30308

16

17    Yelena Archiyan
     Akerman LLP
     2001 Ross Ave., #3600
18    Dallas, TX 75201

Robert Bean BSN, PHN, RN
5049 Russell Drive
Paradise, CA 95969

Xavier Becerra
Office of the Attorney General
1515 Clay St., 20th Fl.
P.O. Box 70550
Oakland, CA 94612-0550

19    Paul S. Aronzon
     Milbank LLP
20    2029 Century Park East, 33rd Fl
     Los Angeles, CA 90067

21

22    Paul S. Aronzon
     Milbank LLP
     2029 Century Park East, 33rd Fl.
23    Los Angeles, CA 90067

Carolynn K. Beck
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Christopher R. Belmonte
Satterlee Stephens LLP
230 Park Ave.
New York, NY 10169

24    Avenue Strategic Opportunities Fund, LP
     Attn: David Leinwand
25    11 West 42nd Street 9th Floor
     New York, NY 10036

26

Steven M. Berki
Corey, Luzaich, De Ghetaldi & Riddle LLP
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669

27

28

Case: 19-30088    Doc# 6050-1    Filed: 03/03/20    Entered: 03/03/20 18:48:14    Page 12
of 30
CERTIFICATE OF SERVICE

| | |
|---|---|
| Joshua B. Bevitz | Francis A. Bottini |
| Newmeyer & Dillion LLP | Bottini & Bottini, Inc. |
| 1333 N. California Blvd. #600 | 7817 Ivanhoe Ave. #102 |
| Walnut Creek, CA 94596 | La Jolla, CA 92037 |
| | |
| Martin J. Bienenstock | Bradford Capital Management, LLC |
| Proskauer Rose LLP | 1051 Bloomfield Avenue, Suite 10 |
| Eleven Times Square | Clifton, NJ 07012 |
| New York, NY 10036 | |
| | Thomas J. Brandi |
| Philip Blanchard | Law Offices of Thomas J. Brandi |
| Rutan & Tucker, LLP | 345 Pine St. 3rd Fl |
| 611 Anton Blvd., #1400 | San Francisco, CA 94104 |
| Costa Mesa, CA 92626-1931 | |
| | Alan R. Brayton |
| Todd Blischke | Law Offices of Brayton and Purcell |
| Williams Kastner | 222 Rush Landing Rd. |
| 601 Union St., #4100 | Novato, CA 94945 |
| Seattle, WA 98101 | |
| | Allan S. Brilliant |
| Abigail D. Blodgett | Dechert LLP |
| Cochett, Pitre & McCarthy, LLP | 1095 Avenue of the Americas |
| San Francisco Airport Office Center | New York, NY 10036 |
| 840 Malcolm Rd., Suite 200 | |
| Burlingame, CA 94010 | Lynette Brown |
| | P.O. Box 344 |
| Kimberly Blowney | Hinkley, CA 92347 |
| 36816 Hilview Road | |
| Hinkley, CA 92347 | Matthew C. Brown |
| | White & Case LLP |
| Carolyn Bolin | Southeast Financial Center |
| 36310 Lenwood Road | 200 South Biscayne Boulevard, Suite 4900 |
| Hinkley, CA 92347 | Miami, FL 33131-2352 |
| | |
| William Bolin | Ronald Brown |
| 36310 Lenwood Road | 42750 Orchard Rd. |
| Hinkley, CA 92347 | Hinkley, CA 92347 |
| | |
| Pamela A. Bosswick | Sandra L. Brown |
| Abigail Snow | 42750 Orchard Rd. |
| Satterlee Stephens LLP | Hinkley, CA 92347 |
| 230 Park Ave. | |
| New York, NY 10169 | Beth M. Brownstein |
| | Arent Fox LLP |
| Kevin Bostel | 1301 Avenue of the Americas, 42nd Fl. |
| Weil, Gotshal & Manges LLP | New York, NY 10019 |
| 767 Fifth Avenue | |
| New York, NY 10153 | Bob B. Bruner |
| | Norton Rose Fulbright US LLP |
| David H. Botter | 1301 McKinney #5100 |
| Akin Gump Strauss Hauer & Feld LLP | Houston, TX 77010 |
| One Bryant Park | |
| New York, NY 10036 | Robert Bryson |
| | Robins Cloud LLP |
| | 808 Wilshire Boulevard, #450 |
| | Santa Monica, CA 90401 |

3

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| Frank Busch | Amy Caton |
| Wagstaffe, Von Loewenfeldt, Busch & | Kramer Levin Naftalis & Frankel LLP |
| Radwick , LLP | 1177 Avenue of the Americas |
| 100 Pine St., #725 | New York, NY 10036 |
| San Francisco, CA 94111 | |
| | Patricia I. Chen |
| Michael G. Busenkell | Ropes & Gray LLP |
| Morris, Nichols, Arsht and Tunnell | Prudential Tower |
| 1201 N Market St. | 800 Boylston Street |
| P.O. Box 1347 | Boston, MA 02199-3600 |
| Wilmington, DE 19899-1347 | |
| | Cherokee Debt Acquisition, LLC |
| CHYF, Ltd | Attn: Vladimir Jelisavcic |
| 427 Bedford Rd | 1325 Avenue of Americas, 28th Fl. |
| #230 | New York, NY 10019 |
| Pleasantville, NY 10570 | |
| | Donald Chewning |
| Sam V Cabrera | 463 Wooster Ave Apt D12 |
| P.O. Box HD | San Jose, CA 95116 |
| Barstow, CA 92312 | |
| | Kevin Chiu |
| William C. Callaham | Baker Botts L.L.P. |
| Wilcoxen Callaham, LLP | 2001 Ross Ave., #1000 |
| 2114 K St. | Dallas, TX 75201 |
| Sacramento, CA 95816 | |
| | Michelle Choi |
| Timothy G. Cameron | Gibson, Dunn & Crutcher LLP |
| Cravath, Swaine & Moore LLP | 333 South Grand Ave. |
| Worldwide Plaza | Los Angeles, CA 90071 |
| 825 8th Ave. | |
| New York, NY 10019 | Joel A Christinson |
| | P.O. Box 9048 |
| Kevin M. Capuzzi | Alta Loma, CA 91701 |
| Benesch, Friedlander, Coplan et LLP | |
| 222 Delaware Ave., #801 | Steve Christopher |
| Wilmington, DE 19801 | P.O. Box 281 |
| | Altaville, CA 95221 |
| James Carr | |
| Kelley Drye & Warren LLP | Patricia A. Cirucci |
| 101 Park Ave. | Southern California Edison Company |
| New York, NY 10078 | 2244 Walnut Grove Ave., 3rd Fl. |
| | Rosemead, CA 91770 |
| Augustin Carrera | |
| 866 Gina Ct. | CitiGroup Financial Products Inc. |
| Upland, CA 91784 | 388 Greenwich Street |
| | Trading Tower 6th Floo |
| Maritza Carrera | New York, NY 10013 |
| 866 Gina Ct. | |
| Upland, CA 91784 | Brian M. Clarke |
| | Hunton Andrews Kurth LLP |
| | 200 Park Ave. |
| | New York, NY 10166 |

4

Case: 19-30088   Doc# 6050-1   Filed: 03/03/20   Entered: 03/03/20 18:48:14   Page 14
of 30

| | | |
|---|---|---|
| 1 | Patrick B. Clayton<br>Law Offices of Francis O. Scarpulla | Corre Horizon Fund, LP<br>12 East 49th Street, Suite 4003 |
| 2 | 456 Montgomery St. 17th Fl.<br>San Francisco, CA 94104 | New York, NY 10017 |
| 3 | | Corre Opportunities II Master Fund, LP |
| | Owen Clements | 12 East 49th Street, Suite 4003 |
| 4 | San Francisco City Attorneys Office<br>1390 Market Street, 7th Floor | New York, NY 10017 |
| 5 | San Francisco, CA 94102 | Corre Opportunities Qualified Master Fund, LP |
| 6 | Alicia Clough<br>Loeb & Loeb LLP | 12 East 49th Street, Suite 4003<br>New York, NY 10017 |
| 7 | 10100 Santa Monica Blvd. #2200<br>Los Angeles, CA 90067 | Joseph Corrigan |
| 8 | | One Federal Street |
| | Cohanzick Management LLC | Boston, MA 02110 |
| 9 | 427 Bedford Rd<br>#230 | Clell Courtney |
| 10 | Pleasantville, NY 10570 | 25595 Ash Rd.<br>Barstow, CA 92311 |
| 11 | Janine Cohen | |
| | Pierce Bainbridge Beck Price & Hecht LLP | Hennie Courtney |
| 12 | 355 South Grand Ave., #4400<br>Los Angeles, CA 90071 | 25595 Ash Rd.<br>Barstow, CA 92311 |
| 13 | | |
| | Marc Cohen | Cowen Special Investments LLC |
| 14 | Loeb & Loeb LLP<br>10100 Santa Monica Blvd. #2200 | 599 Lexington Avenue, 21st Floor<br>New York, NY 10022 |
| 15 | Los Angeles, CA 90067 | Creditor Liquidity LLC |
| 16 | Marc S. Cohen<br>Loeb & Loeb LLP | 3536 Los Pinos Drive<br>Santa Barbara, CA 93105 |
| 17 | 10100 Santa Monica Blvd., #2200<br>Los Angeles, CA 90067 | Adam Cronin |
| 18 | | 101 Hannaford Ct. |
| | Kathryn A. Coleman | Folsom, CA 95630 |
| 19 | Hughes Hubbard & Reed LLP<br>One Battery Park Plaza | Leo T. Crowley |
| 20 | New York, NY 10004 | 31 West 52nd St.<br>New York, NY 10019 |
| 21 | Kevin M. Coles | |
| | Stewart Sokol and Larkin LLC | Ivo G. Daniele |
| 22 | 2300 SW 1st Ave. #200<br>Portland, OR 97201 | Newmeyer & Dillion LLP<br>1333 N. California Blvd., #600 |
| 23 | | Walnut Creek, CA 94596 |
| | Contrarian Funds, LLC | |
| 24 | 411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830 | Michael S. Danko<br>O'Reilly, Collins and Danko |
| 25 | | 2500 Sand Hill Rd. #201<br>Menlo Park, CA 94025 |
| | Alison E. Cordova | |
| 26 | Cochett, Pitre & McCarthy, LLP<br>San Francisco Airport Office Center | Development Specialists, Inc. |
| 27 | 840 Malcolm Rd., Suite 200<br>Burlingame, CA 94010 | 333 South Grand Ave., Ste. 4100<br>Los Angeles, CA 90071 |
| 28 | | |

Case: 19-30088    Doc# 6050-1    Filed: 03/03/20    Entered: 03/03/20 18:48:14    Page 15
of 30

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| Navi Dhillon<br>Baker Botts L.L.P.<br>101 California St., #3600<br>San Francisco, CA 94111 | Epiq Corporate Restructuring, LLC<br>Attn: PG&E UCC and PG&E TCC<br>777 Third Ave., 12th Floor<br>New York, NY 10017 |
| Ira S. Dizengoff<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 | Sander L. Esserman<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan St. #2200<br>Dallas, TX 75201-2689 |
| Neal P. Donnelly<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 | Fair Harbor Capital, LLC<br>PO Box 237037<br>New York, NY 10023 |
| William J. Dorsey<br>Katten Muchin Rosenman LLP<br>525 West Monroe St.<br>Chicago, IL 60661-3693 | Darwin E. Farrar<br>The Public Advocates Office<br>California Public Utilities Commission<br>505 Van Ness Avenue<br>San Francisco, CA 94102 |
| Cindy Sue Downing<br>36670 Lakeview Rd.<br>Hinkley, CA 92347 | Shadi Farzan<br>Sheppard, Mullin, Richter & Hampton LLP<br>Four Embarcadero Center, 17th Fl.<br>San Francisco, CA 94111-4109 |
| Jeffrey A. Dubbin<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005 | Benjamin D. Feder<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10078 |
| Thomas A. Dubbs<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005 | Debra Felder<br>Orrick, Herrington & Sutcliffe LLP<br>1152 15th St., NW<br>Washington, DC 20005 |
| Dundon Advisers LLC<br>440 Mamaroneck Ave.<br>Harrison, NY 10528 | Steven H. Felderstein<br>Felderstein Fitzgerald Willoughby et al<br>500 Capitol Mall #2250<br>Sacramento, CA 95814 |
| Andrew Dykens<br>Arent Fox LLP<br>1301 Avenue of the Americas, 42nd Fl.<br>New York, NY 10019 | Jamie J. Fell<br>Simpson, Thacher & Bartlett LLP<br>425 Lexington Ave.<br>New York, NY 10017 |
| James M. Eaneman<br>11672 East Arabian Park Dr.<br>Scottsdale, AZ 85259 | Maximilian A. Ferullo<br>Nixon Peabody LLP<br>55 West 46th St.<br>New York, NY 10036 |
| Daniel G. Egan<br>Ropes and Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | Tom Findley<br>36816 Hilview Road<br>Hinkley, CA 92347 |

Case: 19-30088   Doc# 6050-1   Filed: 03/03/20   Entered: 03/03/20 18:48:14   Page 16
of 30

**CERTIFICATE OF SERVICE**

Michael A. Firestein
Proskauer Rose LLP
29 Century Park East, #2400
Los Angeles, CA 90067

John Fiske
Baron & Budd P.C.
3102 Oak Lawn Avenue #1100
Dallas, TX 75219

Jeffrey S. Flashman
McGuinness & Associates
3858 Carson St., #301
Torrance, CA 90503

Theresa A. Foudy
Katten Muchin Rosenman LLP
575 Madison Ave.
New York, NY 10022-2585

Manuel Salvador Franco
c/o 3147 Michigan Ave.
Stockton, CA 95204

Aquilla Frederick
20455 Halstead Road
Hinkley, CA 92347

Loren Freeman
,

Leslie A. Freiman, Esq.
c/o EDP Renewables North America LLC
808 Travis, #700
Houston, TX 77002

Jared R. Friedmann
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153

Vinton Frost
391 Ellis St.
San Francisco, CA 94102

Steven Fruchter
Arnold & Porter Kaye Scholer LLP
250 W 55th St.
New York, NY 10019

Fulcrum Credit Partners LLC
111 Congress Avenue, Suite 2550
Austin, TX 78701-4044

Richard-Reyes Gallegos
c/o 4719 Quail Lakes Dr., Suite G
PMB 166
Stockton, CA 95207

Matthew G. Garofalo
Stroock & Stroock & Lavan LLP
180 Maiden Ln.
New York, NY 10038-4982

Martin Garza
P.O. Box
Hinkley, CA 92347

Andriana Georgallas
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Eric Gibbs
Gibbs Law Group
505 14th St., #1110
Oakland, CA 94612

Erez E. Gilad
Stroock & Stroock & Lavan LLP
180 Maiden Ln.
New York, NY 10038-4982

Jerry Gladstone
364 Singing Brook Circle
Santa Rosa, CA 95409

Amanda C. Glaubach
Togut, Segal & Segal LLP
One Penn Plaza, #3335
New York, NY 10119

Leah S. Goldberg
General Counsel
1111 Broadway, 3rd Flr.
Oakland, CA 94607

Leonard P. Goldberger
Stevens & Lee, P.C.
620 Freedom Business Center, #200
King of Prussia, PA 19406

Richard A. Golden
9437 Wooded Glen Ave.
Burke, VA 22015

Case: 19-30088   Doc# 6050-1   Filed: 03/03/20   Entered: 03/03/20 18:48:14   Page 17
of 30
CERTIFICATE OF SERVICE

| | |
|---|---|
| Stephanie L. Golden | Hain Capital Group, LLC |
| 9437 Wooded Glen Ave. | 301 Route 17 |
| Burke, VA 22015 | 6th Floor |
| | Rutherford, NJ 07070 |
| Nicholas Goldin | |
| Simpson, Thacher & Bartlett LLP | Marcus T. Hall |
| 425 Lexington Ave. | Troutman Sanders LLP |
| New York, NY 10017 | 3 Embarcadero Center, #800 |
| | San Francisco, CA 94111 |
| Ronald L.M. Goldman | |
| Baum Hedlund Artistei & Goldman, PC | Jeremiah F. Hallisey |
| 10940 Wilshire Blvd., 17th Fl. | Hallisey and Johnson |
| Los Angeles, CA 90024 | 465 California St., #405 |
| | San Francisco, CA 94104 |
| Stuart J. Goldring | |
| Weil, Gotshal & Manges LLP | Daniel E. Halloran |
| 767 Fifth Ave. | 17582 Chaparral Drive |
| New York, NY 10153 | Penn Valley, CA 95946 |
| Douglas R. Gooding | Gary Halstead |
| Choate, Hall and Stewart LLP | 20455 Halstead Road |
| Two International Pl. | Hinkley, CA 92347 |
| Boston, MA 02110 | |
| | Norman Halsted |
| Matthew Goren | 20455 Halstead Road |
| Weil, Gotshal & Manges LLP | Hinkley, CA 92347 |
| 767 Fifth Avenue | |
| New York, NY 10153 | Christopher J. Harney |
| | Seyfarth Shaw LLP |
| Debra L. Grassgreen | 560 Mission St., #3100 |
| Pachulski Stang Ziehl & Jones LLP | San Francisco, CA 94105 |
| 150 California St., 15th Fl. | |
| San Francisco, CA 94111 | Christopher Harris |
| | Latham & Watkins LLP |
| Timothy Graulich | 885 Third Ave. |
| Davis Polk and Wardwell LLP | New York, NY 10022 |
| 450 Lexington Ave. | |
| New York, NY 10017 | Theodore J. Hartl |
| | Ballard Spahr LLP |
| William R. Greendyke | 1225 17th St., #2300 |
| Norton Rose Fulbright US LLP | Denver, CO 80202 |
| 1301 McKinney #5100 | |
| Houston, TX 77010-3095 | Keith Hawes |
| | P.O. Box 376 |
| Robert Grimm | Hinkley, CA 92347 |
| 4344 Combs Canyon Rd. | |
| Carson City, NV 89703 | David A. Herman |
| | Cravath, Swaine & Moore LLP |
| Mark S. Grotefeld | 825 Eighth Avenue |
| Grotefeld Hoffmann | New York, NY 10019 |
| 700 Larkspur Landing Circle, #280 | |
| Larkspur, CA 94939 | Brian S. Hermann |
| | Law Offices of Brian S. Hermann |
| James W. Grudus | 1285 Avenue of the Americas |
| One AT&T Way, Rm 3A115 | New York, NY 10019-6064 |
| Bedminster, NJ 07921 | |

8

CERTIFICATE OF SERVICE

Rosalba Hernandez
18284 Pacific St.
Hesperia, CA 92345

High Five Capital LLC
15 E 67th Street, 6th Floor
New York, NY 10065

Matthew L. Hinker
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

George Hofmann
Cohne Kinghorn, P.C.
111 East Broadway 11th Fl.
Salt Lake City, UT 84111

Shirley Holcroft
P.O. Box HD
Barstow, CA 92312

Wendy Hopkins
2733 16th st.
Sacramento, CA 95818

Monique B. Howery
Reed Smith LLP
10 S. Wacker Dr., 40th Flr.
Chicago, IL 60606

Dylan Hughes
Gibbs Law Group
505 14th St., #1110
Oakland, CA 94612

Hypower, Inc.
2229 Harbor Bay Parkway
Alameda, CA 94502

International Business Machines Corp
Attn: Marie-Josee Dube
IBM Corporation
275 Viger East
Montreal, QC H2X 3R7
Canada,

Peter A. Ivanick
Hogan Lovells US LLP
875 Third
San Francisco, CA 94111

Alan J. Jang
Jang & Associates, LLP
1766 Lacassie Ave., #200
Walnut Creek, CA 94596

Darlene Herring Jenkins
P.O. Box 376
Hinkley, CA 92347

Scott E. Jenny
Jenny & Jenny, LLP
736 Ferry St.
Martinez, CA 94553

Shelby A. Jordan
Jordan, Holzer & Ortiz, PC
500 N. Shoreline #900
Corpus Christi, TX 78401

Andrew Paul Kangas
15 Boardman Pl. 2nd Fl.
San Francisco, CA 94103

Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Thomas G. Kelch
Lamb & Kawakami LLP
333 South Grand Ave., #4200
Los Angeles, CA 90071

Michael A. Kelly
Walkup, Melodia, Kelly and Schoenberger
650 California St. 26th Fl.
San Francisco, CA 94108

Mimi Kennedy
6535 Langdon Ave.
Van Nuys, CA 91406

Kern County Taxpayers Association
1401 19th St., #200
Bakersfield, CA 93301

Justin A. Kesselman
Arent Fox LLP
800 Boylston St., 32nd Fl.
Boston, MA 02199

Aurang Zaib Khan
1969 East Cooley Ave
San Bernardino, CA 92408

Yvonne Kirkpatrick
23394 Alcudia Road
Hinkley, CA 92347

9

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| Kenneth N. Klee | Donald A. Larkin |
| Klee, Tuchin, Bogdanoff and Stern | City of Morgan Hill |
| 1999 Avenue of the Stars, 39th Fl. | 17575 Peak Ave. |
| Los Angeles, CA 90067 | Morgan Hill, CA 96037-4128 |
| | |
| Banjamin M. Kleinman | Latham & Watkins LLP |
| Kilpatrick Townsend & Stockton LLP | 355 South Grand Ave., Ste. 100 |
| Two Embarcadero Center, Suite 1900 | Los Angeles, CA 90071 |
| San Francisco, CA 94111 | |
| | Thomas E. Lauria |
| Marilyn S. Klinger | Law Offices of White and Case |
| SMTD Law LLP | Southeast Financial Center |
| 355 S. Grand Ave., #2450 | 200 South Biscayne Blvd. #4900 |
| Los Angeles, CA 90071 | Miami, FL 33131-2352 |
| | |
| Bernard J Kornberg | Lazard Freres & Co. |
| Law Offices of Severson and Werson | Lazard Freres & Co. LLC |
| 1 Embarcadero Center #2600 | 30 Rockefeller Plaza, 48th Fl. |
| San Francisco, CA 94111 | New York, NY 10020 |
| | |
| Kevin Kramer | Donna Learmont |
| Weil, Gotshal & Manges LLP | 37241 Sycamore Street |
| 767 Fifth Avenue | Hiinkley, CA 92347 |
| New York, NY 10153 | |
| | John Lemon |
| Andreas Krebs | Singleton Law Firm, APC |
| San Francisco, CA | 450 A St., 5th Fl. |
| | San Diego, CA 92101 |
| Brendan M. Kunkle | |
| Abbey, Weitzenberg, Hoffman, Warren etal | Andrew Levine |
| 100 Stony Point Rd., #200 | BraunHagey & Borden LLP |
| Santa Rosa, CA 95401 | 351 California St., 10th Fl. |
| | San Francisco, CA 94104 |
| David H. Kwasniewski | |
| BraunHagey & Borden LLP | Howard M. Levine |
| 351 California St., 10th Fl. | Law Offices of Sussman and Shank |
| San Francisco, CA 94104 | 1000 SW Broadway #1400 |
| | Portland, OR 97205 |
| Robert J. Labate | |
| Holland & Knight LLP | Kim Martin Lewis |
| 50 California St., #2800 | Law Offices of Dinsmore and Shohl |
| San Francisco, CA 94111 | 1900 Chemed Center |
| | 255 E 5th St. |
| Kathy Labriola | Cincinnati, OH 45202 |
| 1307 University Ave. | |
| Berkeley, CA 94702 | Lincoln Partners Advisors LLC |
| | 500 West Madison St., Ste. 3900 |
| Daniel Laguardia | Chicago, IL |
| Shearman & Sterling LLP | |
| 535 Mission St., 25th Fl. | Jessica Liou |
| San Francisco, CA 94105 | Weil, Gotshal & Manges LLP |
| | 767 Fifth Avenue |
| Kevin J. Lamb | New York, NY 10153 |
| Lamb & Kawakami LLP | |
| 333 South Grand Ave., #4200 | |
| Los Angeles, CA 90071 | |

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| 1 | Brian Lohan | Manuel Martinez |
| | Arnold & Porter Kaye Scholer LLP | 36633 Hidden River Rd |
| 2 | 250 W 55th St. | Hinkley, CA 92347 |
| | New York, NY 10019 | |
| 3 | | Colleen Mast |
| | Melissa Davis Lowe | P.O. Box 12734 |
| 4 | Shulman Hodges & Bastian LLP | Oakland, CA 94604 |
| | 100 Spectrum Center Dr., #600 | |
| 5 | Irvine, CA 92618 | Candace Matthiesen |
| | | 36709 Hidden River Road |
| 6 | Jeffrey H. Lowenthal | Hinkley, CA 92347 |
| | Steyer, Lowenthal, Boodrookas et al | |
| 7 | 235 Pine St., 15th Fl. | Charles Matthiesen |
| | San Francisco, CA 94104 | 3771 Hidden River Road |
| 8 | | Hinkley, CA 92347 |
| | Lauren Macksoud | |
| 9 | Dentons US LLP | David Matthiesen |
| | 1221 Avenue of the Americas | 36709 Hidden River Road |
| 10 | New York, NY 10020-1089 | Hinkley, CA 92347 |
| 11 | Mammoth One LLC | Matsue Matthiesen |
| | 4 Embarcadero Center | 3771 Hidden River Road |
| 12 | 17 Floor | Hinkley, CA 92347 |
| | Attn: Michael Lauter, Esq, | |
| 13 | San Francisco, CA 94111 | Eric May |
| | | Senior Deputy County Counsel |
| 14 | Mammoth Three, LLC | County of Yolo |
| | 4 Embarcadero Center | 625 Ct. St., #201 |
| 15 | 17th Floor | Woodland, CA 95695 |
| | San Francisco, CA 94111 | |
| 16 | | David Mayo |
| | Steven Micheal Manley | Arent Fox LLP |
| 17 | 2254 Ordihance Rd. | 1301 Avenue of the Americas, 42nd Fl. |
| | Santa Rosa, CA 95403 | New York, NY 10019 |
| 18 | | |
| | Sumble Manzoor | John McCusker |
| 19 | Corey, Luzaich, De Ghetaldi & Riddle LLP | Bank of America Tower |
| | 700 El Camino Real | Mail code NY1-100-21-01 |
| 20 | P.O. Box 669 | One Bryant Park |
| | Millbrae, CA 94030-0669 | New York, NY 10036 |
| 21 | | |
| | Jonathan D. Marshall | John McCusker |
| 22 | Choate, Hall & Stewart LLP | Bank of America Tower |
| | Two International Pl. | Mail code: NY1-100-21-01 |
| 23 | Boston, MA 02110 | One Bryant Park |
| | | New York, NY 10036 |
| 24 | Nicholas A. Marten | |
| | Arent Fox LLP | Matthew L. McGinnis |
| 25 | 1301 Avenue of the Americas, 42nd Fl. | Ropes and Gray LLP |
| | New York, NY 10019 | Prudential Tower |
| 26 | | 800 Boylston St. |
| | Juliana Martinez | Boston, MA 02199-3600 |
| 27 | 36633 Hidden River Rd | |
| | Hinkley, CA 92347 | |
| 28 | | |

**CERTIFICATE OF SERVICE**

| | | |
|---|---|---|
| 1 | Lorraine McGowen<br>Orrick, Herrington & Sutcliffe LLP | Two North Nevada<br>Colorado Springs, CO 80903 |
| 2 | 51 West 52nd St.<br>New York, NY 10019 | Mark A. Minich |
| 3 | Joseph G. McGuinness | Assistant General Counsel<br>Kinder Morgan, Inc. |
| 4 | McGuinness & Associates<br>3858 Carson St., #301 | Two North Nevada<br>Colorado Springs, CO 80903 |
| 5 | Torrance, CA 90503 | Douglas Mintz |
| 6 | Mark McKane<br>Kirkland & Ellis LLP | Orrick, Herrington & Sutcliffe LLP<br>1152 15th St., NW |
| 7 | 555 California Street<br>San Francisco, CA 94104 | Washington, DC 20005-1706 |
| 8 | Kathrine A. McLendon | Mission Constructors<br>2235 Palou Ave. |
| 9 | Simpson, Thacher and Bartlett<br>425 Lexington Ave. | San Francisco, CA 94124 |
| 10 | New York, NY 10017 | John E. Mitchell<br>Law Offices of Vinson and Elkins |
| 11 | Kristine K. Meredith<br>Danko Meredith | 3700 Trammell Crow Center<br>2001 Ross Ave. |
| 12 | 333 Twin Dolphin Dr., #145<br>Redwood Shores, CA 94065 | Dallas, TX 75201-2975 |
| 13 | | Sean A. Mitchell |
| 14 | James Mesterharm<br>Alix Partners | Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas |
| 15 | 909 3rd Ave., 30th Fl.<br>New York, NY 10022 | New York, NY 10019 |
| 16 | Robert Miller | Stephen Moeller-Sally<br>Ropes and Gray LLP |
| 17 | 37241 Sycamore Street<br>Hinkley, CA 92347 | Prudential Tower<br>800 Boylston St.<br>Boston, MA 02199-3600 |
| 18 | Shawn R. Miller<br>Danko Meredith | Richard J. Molin |
| 19 | 333 Twin Dolphin Dr., #145<br>Redwood Shores, CA 94065 | Stewart, Humpherys, Burchett and Molin<br>P.O. Box 720 |
| 20 | | Chico, CA 95927 |
| 21 | Sherry J. Millman<br>Stroock & Stroock & Lavan LLP | Bill Moore |
| 22 | 180 Maiden Ln.<br>New York, NY 10038-4982 | 1617 Loma Verde Dr.<br>El Dorado Hills, CA 95762 |
| 23 | John W. Mills | Dean Morehous |
| 24 | Taylor English Duma LLP<br>1600 Parkwood Circle, #200<br>Atlanta, GA 30339 | Troutman Sanders LLP<br>580 California St., #1100<br>San Francisco, CA 94104 |
| 25 | | |
| 26 | Karen Norene Mills<br>California Farm Bureau Federation | |
| 27 | 2300 River Plaza Dr.<br>Sacramento, CA 95833 | |
| 28 | Mark A. Minich<br>Assistant General Counsel<br>Kinder Morgan, Inc. | |

12

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Morrison and Foerster LLP | Sally Noma |
| | Joshua Hill, Jr. | Jang & Associates, LLP |
| 2 | Christine Y. Wong | 1766 Lacassie Ave., #200 |
| | 425 Market St. | Walnut Creek, CA 94596 |
| 3 | San Francisco, CA 94105 | |

Morrison and Foerster LLP
Joshua Hill, Jr.
Christine Y. Wong
425 Market St.
San Francisco, CA 94105

Julia A. Mosel
Southern California Edison Company
2244 Walnut Grove Ave., 3rd Fl.
Rosemead, CA 91770

Alan Moskowitz
Gibson, Dunn and Crutcher LLP
333 S Grand Ave.
Los Angeles, CA 90071-3197

Alan A. Moskowitz
Gibson, Dunn and Crutcher LLP
200 Park Ave.
New York, NY 10166-0193

Brendan V. Mullan
Crowell & Moring LLP
Three Embarcadero Center, 26th Fl.
San Francisco, CA 94111

Jessica R. Mullan
General Counsel
Sonoma Clean Power Authority
50 Santa Rosa Ave., 5th Fl.
San Rosa, CA 95494

Omid H. Nasab
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Mia Nash
10536 Banner Lava Cap Road
Nevada City, CA 95959

Herbert Nethery
23394 Alcudia Road
Hinkley, CA 92347

Ken Nitao
244 S. Curtis Ave
Alhambra, CA 91801

John Nolan
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Sally Noma
Jang & Associates, LLP
1766 Lacassie Ave., #200
Walnut Creek, CA 94596

Maura Walsh Ochoa
Grotefeld Hoffmann
700 Larkspur Landing Circle, #280
Larkspur, CA 94939

Amy M. Oden
Togut, Segal & Segal LLP
One Penn Plaza, #3335
New York, NY 10119

Office of Unemployment Compensation Tax
Services
Department of Labor and Industry
Commonwealth of Pennsylvania
Collections Support Unit
651 Boas St., Room 702
Harrisburg, PA 17121

Gabriel L. Olivera
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Harold A. Olsen
Stroock & Stroock & Lavan LLP
180 Maiden Ln.
New York, NY 10038-4982

Olympus Peak Master Fund LP
c/o Leah Silverman
745 5th Ave., #1604
New York, NY 10151

Saray Ordaz
1042 E Sandison St. Apt No. 1
Wilmington, CA 90744

Jose Ornelas
18284 Pacific St.
Hesperia, CA 92345

Kevin J. Orsini
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Antonio Ortiz
Jordan, Holzer & Ortiz, PC
500 N. Shoreline #900
Corpus Christi, TX 78401

13

| | | |
|---|---|---|
| 1 | Kyle J. Ortiz | Boston, MA 02109 |
| 2 | Togut, Segal & Segal LLP<br>One Penn Plaza, #3335 | Charles S. Penner |
| 3 | New York, NY 10119 | Carney Badley Spellman PS<br>701 5th Ave., #3600 |
| 4 | Samuel S. Ory<br>Frederic Dorwart, Lawyers PLLC | Seattle, WA 98104-5017 |
| 5 | 124 E 4th St.<br>Tulsa, OK 74103-5010 | Mosby Perrow<br>Vice President & Deputy General Counsel<br>Kinder Morgan, Inc. |
| 6 | Owen Clements, Esq | 1001 Louisana #1000 |
| 7 | San Francisco City Attorney's Office<br>1390 Market St., 7th Flr. | Houston, TX 77002 |
| 8 | San Francisco, CA 94102 | Mosby Perrow<br>Vice President & Deputy General Counsel<br>Kinder Morgan, Inc. |
| 9 | Owl Creek Investments I, LLC<br>640 5th Ave. | 1001 Louisiana. #1000 |
| 10 | New York, NY 10019 | Houston, TX 77002 |
| 11 | Isaac M. Pachulski<br>Pachulski Stang Ziehl & Jones | Waylon J. Pickett<br>Grotefeld Hoffmann |
| 12 | 150 California Street, 15th Floor<br>San Francisco, CA 94111 | 700 Larkspur Landing Circle, #280<br>Larkspur, CA 94939 |
| 13 | Michael S. Palmieri | John M. Pierce |
| 14 | Friedman Kaplan Seiler Adelman LLP<br>7 Times Sq. | Pierce Bainbridge Beck Price & Hecht LLP<br>355 South Grand Ave., #4400 |
| 15 | New York, NY 10036 | Los Angeles, CA 90071 |
| 16 | Nick Panchev<br>25633 Anderson Ave. | Oscar N. Pinkas<br>1221 Avenue of the Americas |
| 17 | Barstow, CA 91311 | New York, NY 10020-1089 |
| 18 | Brian Panish<br>Panish Shea & Boyle LLP | Oscar N. Pinkas<br>Dentons US LLP |
| 19 | 11111 Santa Monica Blvd., #700<br>Los Angeles, CA 90025 | 1221 Avenue of the Americas<br>New York, NY 10020-1089 |
| 20 | Teresa Paris<br>3132 M L King, Jr Way, #309 | Frank Pitre<br>Cochett, Pitre & McCarthy, LLP |
| 21 | Berkeley, CA 94703 | San Francisco Airport Office Center<br>840 Malcolm Rd., Suite 200 |
| 22 | Andrew M. Parlen<br>Latham & Watkins LLP | Burlingame, CA 94010 |
| 23 | 885 Third Ave.<br>New York, NY 10022 | Frank M. Pitre<br>Cotchett, Pitre & McCarthy, LLP |
| 24 | Joshua Pearson | San Francisco Airport Office Center<br>840 Malcolm Rd., #200 |
| 25 | EDF Renewables, Inc.<br>15445 Innovation Dr. | Burlingame, CA 94010 |
| 26 | San Diego, CA 92128 | Corey M. Pollak<br>Pollak Law, LLP |
| 27 | Richard C. Pedone<br>Nixon Peabody LLP | 700 El Camino Real, #201<br>Millbrae, CA 94030 |
| 28 | Exchange Place<br>53 State St. | |

Case: 19-30088   Doc# 6050-1   Filed: 03/02/20   Entered: 03/02/20 18:48:14   Page 24
of 30

**CERTIFICATE OF SERVICE**

James Potter
Office of the Attorney General
1515 Clay St., 20th Fl.
P.O. Box 70550
Oakland, CA 94612-0550

Constantine D. Pourakis
Stevens & Lee, P.C.
485 Madison Ave., 20th Fl.
New York, NY 10022

David M. Powlen
Barnes and Thornburg LLP
1000 N. West St., #1500
Wilmington, DE 19801

Patricia Williams Prewitt
Law Offices of Patricia Williams Prewitt
10953 Vista Lake Ct.
Navasota, TX 77868

Prime Clerk LLC
830 Third Avenue
3rd Floor
New York, NY 10017

Primeshares
261 Fifth Ave. 22nd floor
New York, NY 10016

Amy C. Quartarolo
Law Offices of Latham and Watkins
355 S Grand Ave., #100
Los Angeles, CA 90071-1560

RailPros Field Services, Inc.
c/o Stuart P. Hall
1705 West Northwest Hwy., #150
Grapeview, TX 76051
John Ramirez
38006 Pueblo Road
Hinkley, CA 92347

Marta Ramirez
38006 Pueblo Road
Hinkley, CA 92347

John J. Rapisardi
O'Melveny & Myers LLP
7 Times Sq.
New York, NY 10036

Jordana L. Renert
Arent Fox LLP
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019

John T. Richards
Richards Law Firm
101 W. Broadway, #1950
San Diego, CA 92101

Amanda L. Riddle
Corey, Luzaich, De Ghetaldi & Riddle LLP
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669

Adolfo Riebeling
4600 Jerry Ave
Baldvin Park, CA 91706

Marina Riebeling
4600 Jerry Ave
Baldvin Park, CA 91706

Walter R. Rieman
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

David Riley
DLA Piper LLP
2000 Ave. of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704

RiverPark Strategic Income Fund
RiverPark Advisors LLC
156 W 56th Street
Suite 1704
New York, NY 10019

Christy Rivera
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

Road Safety, Inc.
4335 Pacific St., Ste. A
Rocklin, CA 95677

Ian E. Roberts
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Larry M. Roberts
The Perry Law Firm, APLC
20523 Crescent Bay Dr., 2nd Fl.
Lake Forest, CA 92630

Matthew G. Roberts

15

CERTIFICATE OF SERVICE

| | |
|---|---|
| Troutman Sanders LLP<br>600 Peachtree St., NE, #3000<br>Atlanta, GA 30308 | Greenwich, CT 06830 |
| | Marc S. Sacks<br>U.S. Department of Justice<br>P.O. Box 875 |
| Bill Robins<br>Robins Cloud LLP<br>808 Wilshire Blvd., #450<br>Santa Monica, CA 90401 | Ben Franklin Station<br>Washington, DC 20044-0875 |
| | Thomas J. Salerno |
| Rocky Point Claims LLC<br>P.O. Box 165<br>Norwalk, CT 06853 | Stinson LLP<br>1850 N. Central Ave., #2100<br>Phoenix, AZ 85004 |
| Martha E. Romero<br>Law Offices of Romero and Associates<br>12518 Beverly Blvd. | San Diego Gas and Electric Co.<br>, |
| Whittier, CA 90601 | Randy A. Sawyer, Esq.<br>c/o EDP Renewables North America LLC |
| Matthew M. Roose<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | 808 Travis, #700<br>Houston, TX 77002<br><br>Margaret Schierberl<br>Cleary, Gottlieb, Sheen & Hamilton LLP<br>One Liberty Plaza |
| Brian S. Rosen<br>Proskauer Rose LLP<br>Eleven Times Square<br>P.O. Box 770000<br>New York, NY 10036 | New York, NY 10006<br><br>David Schiff<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave. |
| Andrew Rosenblatt<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 | New York, NY 10017<br><br>Ray C. Schrock<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue |
| Michael A. Rosenthal<br>Gibson, Dunn and Crutcher LLP<br>200 Park Ave.<br>New York, NY 10166-0193 | New York, NY 10153<br><br>Max A. Schuver<br>Walkup, Melodia, Kelly and Schoenberger<br>650 California St. 26th Fl.<br>San Francisco, CA 94108 |
| Michael A. Rosenthal<br>Gibson, Dunn and Crutcher LLP<br>333 S Grand Ave.<br>Los Angeles, CA 90071-3197 | Lawrence M. Schwab<br>Bialson, Bergen and Schwab<br>633 Menlo Ave., Suite 100<br>Menlo Park, CA 94025 |
| John H. Rowland<br>Baker Donelson Bearman Caldwell & Berkow<br>211 Commerce St<br>Nashville, TN 37201 | Lisa Schweitzer<br>Cleary, Gottlieb, Sheen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006 |
| Kenneth Roye<br>142 West 2nd St.<br>Suite B<br>Chico, CA 95928 | Howard Seife<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019 |
| SPCP Group, LLC<br>Two Greenwich Plaza | |

16

| | |
|---|---|
| David R. Seligman | Edwin E. Smith |
| Kirkland & Ellis LLP | Morgan, Lewis & Bockius LLP |
| 300 North LaSalle Street | 101 Park Ave. |
| Chicago, IL 60654 | New York, NY 10178-0060 |
| | |
| Daniel S. Shamah | Fulton Smith |
| O'Melveny & Myers LLP | Cozen O'Connor |
| 7 Times Sq. | 101 Montgomery St., #1400 |
| New York, NY 10036 | San Francisco, CA 94101 |
| | |
| Alex M. Sher | Abigail Snow |
| Hogan Lovells US LLP | Satterlee Stephens LLP |
| 875 Third Ave. | 230 Park Ave. |
| New York, NY 10022 | New York, NY 10169 |
| | |
| Nora Sheriff | Mark A. Speiser |
| Buchalter | Stroock, Stroock and Lavan |
| 55 Second St., #1700 | 180 Maiden Ln. |
| San Francisco, CA 94105-3493 | New York, NY 10038 |
| | |
| Edmond R. Shinn | Michael S. Stamer |
| Philadelphia, PA | Akin Gump Strauss Hauer & Feld LLP |
| | One Bryant Park |
| J. Christopher Shore | New York, NY 10036 |
| Law Offices of White and Case | |
| 1221 Avenue of the Americas | Andrew J. Strabone |
| New York, NY 10020-1095 | Irell and Manella LLP |
| | 1800 Avenue of the Stars, #900 |
| George W. Shuster | Los Angeles, CA 90067-4276 |
| 7 World Trade Center | |
| New York, NY 10007 | Michael H Strub |
| | Irell and Manella LLP |
| Sierra Business Council | 840 Newport Center Dr., #400 |
| c/o Kerri L. Timmer | Newport Beach, CA 92660-6324 |
| P.O. Box 2428 | |
| Truckee, CA 96160 | Joshua Y. Sturm |
| Paul N. Silverstein | Ropes & Gray LLP |
| Hunton Andrews Kurth LLP | Prudential Tower |
| 200 Park Ave. | 800 Boylston Street |
| New York, NY 10166 | Boston, MA 02199-3600 |
| | |
| David P. Simonds | Victor Suarez |
| Akin Gump Strauss Hauer & Feld LLP | 1042 E Sandison St. Apt No. 1 |
| 1999 Avenue of the Stars, #600 | Wilmington, CA 90744 |
| Los Angeles, CA 90067 | |
| | Sullivan Hill Rez & Engel, APLC |
| Robert P. Simons | 600 B Street, Suite 1700 |
| Reed Smith LLP | San Diego, CA 92101 |
| 225 5th Ave., #1200 | |
| Pittsburg, PA 15222 | Matthew G. Summers |
| | Ballard Spahr LLP |
| Richard W. Slack | 919 N Market St., 11th Fl. |
| Weil Gotshal and Manges, LLP | Wilmington, DE 19801 |
| 767 Fifth Ave. | |
| New York, NY 10153-0119 | Scott Summy |
| | Baron & Budd P.C. |

**CERTIFICATE OF SERVICE**

Case: 19-30088   Doc# 6050-1   Filed: 03/03/20   Entered: 03/03/20 18:48:14   Page 27
of 30

3102 Oak Lawn Avenue #1100
Dallas, TX 75219

Ron A. Symm
Assistant General Counsel
Aera Energy LLC
10000 Ming Avenue
Bakersfield, CA 93311

Tannor Partners Credit Fund, LP
555 Theodore Fremd Ave.
Suite C-209
Rye, NY 10580

Cliff I. Taylor
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan St. #2200
Dallas, TX 75201-2689

Stanley J. Terry
Carney Badley Spellman
701 5th Ave., #3600
Seattle, WA 98104

Jeffrey M. Theodore
BraunHagey & Borden LLP
351 California St., 10th Fl.
San Francisco, CA 94104

Tony Lynn Thomas
c/o P.O Box 9099
Stockton, CA 95208-1099

Judy D. Thompson
JD Thompson Law
P.O. Box 33127
Charlotte, NC 28233

Kevin Thompson
10536 Banner Lava Cap Road
Nevada City, CA 95959

Albert Togut
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

Jackson D. Toof
Arent Fox LLP
1717 K St., NW
Washington, DC 20006

Michael H. Torkin
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Matthew Troy
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Brian Trust
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020

Theodore Tsekerides
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Daniel Turek
Rodriguez & Associates
2020 Eye St.
Bakersfield, CA 93301

Michael M. Turkel
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Union Pacific Railroad Company
Attn: Tonya W. Conley
Attn: Lila L. Howe
1400 Douglas St. Stop 1580
Omaha, NE 68179

Oscar Urbina
3617 Slauson Ave
Maywood, CA 90270

Danette E. Valdez
Office of the Attorney General
455 Golden Gate Ave. #11000
San Francisco, CA 94102-7005

Craig Varnen
Irell and Manella LLP
1800 Avenue of the Stars, #900
Los Angeles, CA 90067-4276

Vendor Recovery Fund IV, LLC
PO Box 669
SMITHTOWN, NY 11787

Barbara A Vinson
P.O. Box 2552
Barstow, CA 92312

Lloyd K Vinson

18

| | |
|---|---|
| P.O. Box 2552<br>Barstow, CA 92312 | Ernst Law Group<br>1020 Palm St.<br>San Luis Obispo, CA 93401 |
| Eli J. Vonnegut<br>Davis Polk and Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017 | Joseph Whittington<br>Rodriguez & Associates<br>2020 Eye St.<br>Bakersfield, CA 93301 |
| Diane Vuocolo<br>Greenberg Traurig, LLP<br>1717 Arch St., #400<br>Philadelphia, PA 19103 | Daniel E. Wilcoxen<br>Law Offices of Wilcoxen and Montgomery<br>2114 K St.<br>Sacramento, CA 95816 |
| James M. Wagstaffe<br>Wagstaffe, Von Loewenfeldt, Busch &<br>Radwick , LLP<br>100 Pine St., #725<br>San Francisco, CA 94111 | Michael L. Wilhelm<br>Walter and Wilhelm Law Group<br>205 E. River Park Circle #410<br>Fresno, CA 93720 |
| Craig Wallace<br>Smith Currie and Hancock LLP<br>275 Battery St., #1300<br>San Francisco, CA 94111 | Andrea Williams<br>36796 Hillview Road<br>Hinkley, CA 92347 |
| Thomas D. Warren<br>Pierce Bainbridge Beck Price & Hecht LLP<br>355 South Grand Ave., #4400<br>Los Angeles, CA 90071 | Daniel S. Williams<br>36796 Hillview Road<br>Hinkley, CA 92347<br><br>Clifton and Deborah Williamson<br>4201 Burnham Ct.<br>Santa Rosa, CA 95404 |
| Megan Wasson<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, NY 10036 | Evan Willis<br>Richards Law Firm<br>101 W. Broadway, #1950<br>San Diego, CA 92101 |
| Genevieve G. Weiner<br>Gibson Dunn & Crutcher LLP<br>333 S Grand Ave.<br>Los Angeles, CA 90071 | Harris B. Winsberg<br>Troutman Sanders LLP<br>600 Peachtree St., NE, #3000<br>Atlanta, GA 30308 |
| Jason P. Wells<br>Senior Vice President<br>Chief Financial Officer PG&E Corporation<br>77 Beale St.<br>San Francisco, CA 94177 | Keith H. Wofford<br>Ropes and Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036 |
| Leonard K. Welsh<br>Law Offices of Leonard K. Welsh<br>4550 California Ave. 2nd Fl.<br>Bakersfield, CA 93309 | Peter Wolfson<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 |
| Peter L. Welsh<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600 | Luqman Yacub<br>P.O. Box 1026<br>Hartville, OH 44632 |
| Nigel A. Whitehead | Jasmin Yang |

**CERTIFICATE OF SERVICE**

Case: 19-30088    Doc# 6050-1    Filed: 03/02/20    Entered: 03/03/20 18:48:14    Page 29<br>of 30

Lewis Brisbois Bisgaard & Smith
633 West 5th St. #4000
Los Angeles, CA 90071

Aparna Yenamandra
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Donald T. Yorke
2679 Sundance Ct.
Walnut Creek, CA 94598

Michael A. Yuffee
Winston and Strawn LLP
1700 K St., N.W.
Washington, DC 20006-3817

Halima Zahib
1969 East Cooley Ave
San Bernardino, CA 92408

David M. Zensky
One Bryant Park
New York, NY 10036

Maja Zerjal
Proskauer Rose LLP
Eleven Times Square
P.O. Box 770000
New York, NY 10036
Sharon Zimmerman
c/o Eric Rainoff Law Corp
401 Watt Ave.
Sacramento, CA 95864

Zoe Partners, LP
c/o PKF O'Connor Davies
500 Mamaroneck Avenue
Suite 301
Harrison, NY 10528

Paul H. Zumbro
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019

Joaquin de Baca
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020

Case: 19-30088    Doc# 6050-1    Filed: 03/02/20    Entered: 03/02/20 18:48:14    Page 30
of 30

**CERTIFICATE OF SERVICE**