# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## SEPTEMBER 1, 2019 THROUGH JANUARY 31, 2020

| Professional | Practice | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Catherine Bermudez Adlawan | Rewards | Business Support Specialist | $208.65 | 4.00 | $834.60 |
| Marlene R. Crawford | Global Service Delivery | Analyst | $294.25 | 0.75 | $220.69 |
| Douglas J. Friske | T&R HQ Operations | Managing Director | $1,150.25 | 12.50 | $14,378.13 |
| | | | $1,177.00 | 27.50 | $32,367.50 |
| Mark J. Kazmierowski | Executive Compensation Practice | Senior Director | $930.90 | 16.50 | $15,359.85 |
| | | | $952.30 | 32.00 | $30,473.60 |
| Georgia Lashon Morris | H&B Large Market | Business Support Specialist | $181.90 | 1.00 | $181.90 |
| Darren Moskovitz | Executive Compensation Practice | Senior Director | $1,043.25 | 4.00 | $4,173.00 |

36611905.1 03/03/2020