# EXHIBIT B

## COMPENSATION BY PROJECT TASK CODE
## SEPTEMBER 1, 2019 THROUGH JANUARY 31, 2020

| Description | Hours | Amount |
|---|---:|---:|
| Analytics and Design | 4.00 | $4,173.00 |
| Billing & Financial Management | 4.75 | $1,055.29 |
| Meetings/Communications | 29.50 | $34,440.63 |
| Project Plan & Project Management | 1.00 | $181.90 |
| Report/Deliverables | 59.00 | $58,138.45 |

36611905.1 03/03/2020