# EXHIBIT C

## DETAILED TIME ENTRIES
## SEPTEMBER 1, 2019 THROUGH JANUARY 31, 2020

| Task Name | Date | Associate | Associate Comments | Hours | Rate | Billed |
|---|---|---|---|---|---|---|
| Analytics and Design | 11/06/19 | Darren E Moskovitz | Assist Doug F. - Incentive Plan Design | 3.50 | $1,043.25 | $3,651.38 |
| Analytics and Design | 11/04/19 | Darren E Moskovitz | Assist Doug F. - Incentive Plan Design | 0.50 | $1,043.25 | $521.63 |
| **Analytics and Design Subtotal:** | | | | **4.00** | | **$4,173.00** |
| Billing & Fin Mgt | 09/18/19 | Catherine Bermudez Adlawan | Prepare details for PG&E - March through August includes breakdown of T&M; expenses for legal | 2.00 | $208.65 | $417.30 |
| Billing & Fin Mgt | 09/19/19 | Catherine Bermudez Adlawan | Prepare details for PG&E - March through August includes breakdown of T&M; expenses for legal | 2.00 | $208.65 | $417.30 |
| Billing & Fin Mgt | 11/27/19 | Marlene R Crawford - 44077 | Invoice submission | 0.75 | $294.25 | $220.69 |
| **Billing & Financial Management Subtotal:** | | | | **4.75** | | **$1,055.29** |
| Mtgs/Communications | 09/06/19 | Douglas J (Doug) Friske | Call w/ John L to discuss KEIP, review of follow up slides. | 1.00 | $1,150.25 | $1,150.25 |
| Mtgs/Communications | 09/10/19 | Douglas J (Doug) Friske | KEIP call w/ HR and Weil | 3.00 | $1,150.25 | $3,450.75 |
| Mtgs/Communications | 09/11/19 | Douglas J (Doug) Friske | KEIP calls w/ Weil and HR | 1.00 | $1,150.25 | $1,150.25 |
| Mtgs/Communications | 09/19/19 | Douglas J (Doug) Friske | Review declaration | 1.50 | $1,150.25 | $1,725.38 |
| Mtgs/Communications | 09/17/19 | Douglas J (Doug) Friske | Review KEIP motion, KEIP call | 1.50 | $1,150.25 | $1,725.38 |
| Mtgs/Communications | 09/16/19 | Douglas J (Doug) Friske | KEIP call | 0.50 | $1,150.25 | $575.13 |
| Mtgs/Communications | 09/13/19 | Douglas J (Doug) Friske | Call w/ John L., CC call | 2.00 | $1,150.25 | $2,300.50 |
| Mtgs/Communications | 10/25/19 | Douglas J (Doug) Friske | Prep and participation in CC call | 1.50 | $1,177.00 | $1,765.50 |
| Mtgs/Communications | 10/01/19 | Douglas J (Doug) Friske | KESIP call with PG, Susan and Mary | 1.00 | $1,177.00 | $1,177.00 |
| Mtgs/Communications | 11/09/19 | Douglas J (Doug) Friske | Review KESIP and CEO motions | 2.00 | $1,177.00 | $2,354.00 |
| Mtgs/Communications | 11/14/19 | Douglas J (Doug) Friske | Call w/ HR to review 2020 straw model | 1.00 | $1,177.00 | $1,177.00 |
| Mtgs/Communications | 11/10/19 | Douglas J (Doug) Friske | Call w/ Weil to discuss motions, review motions | 1.00 | $1,177.00 | $1,177.00 |
| Mtgs/Communications | 11/07/19 | Douglas J (Doug) Friske | CC call, prepare 2020 post-confirmation materials | 3.00 | $1,177.00 | $3,531.00 |
| Mtgs/Communications | 11/04/19 | Douglas J (Doug) Friske | Call w/ HR to discuss 2020 post-confirmation incentives | 1.00 | $1,177.00 | $1,177.00 |
| Mtgs/Communications | 11/03/19 | Douglas J (Doug) Friske | Review 2020 pre-confirmation incentive materials | 0.50 | $1,177.00 | $588.50 |
| Mtgs/Communications | 12/16/19 | Douglas J (Doug) Friske | Incentive brainstorming call w/ John Lowe | 0.50 | $1,177.00 | $588.50 |
| Mtgs/Communications | 12/18/19 | Douglas J (Doug) Friske | CC call | 1.00 | $1,177.00 | $1,177.00 |
| Mtgs/Communications | 12/19/19 | Douglas J (Doug) Friske | CC call | 1.00 | $1,177.00 | $1,177.00 |
| Mtgs/Communications | 01/10/20 | Douglas J (Doug) Friske | Informal CC call | 2.00 | $1,177.00 | $2,354.00 |
| Mtgs/Communications | 01/14/20 | Douglas J (Doug) Friske | CC call | 2.00 | $1,177.00 | $2,354.00 |
| Mtgs/Communications | 01/15/20 | Douglas J (Doug) Friske | CD&A call with John and Susan | 0.50 | $1,177.00 | $588.50 |
| Mtgs/Communications | 01/17/20 | Douglas J (Doug) Friske | Review CD&A | 1.00 | $1,177.00 | $1,177.00 |
| **Meetings/Communications Subtotal:** | | | | **29.50** | | **$34,440.63** |

36611905.1 03/03/2020

| Task Name | Date | Associate | Associate Comments | Hours | Rate | Billed |
|---|---|---|---|---|---|---|
| Proj Plan & Proj Mgt | 12/24/19 | Georgia Lashon Morris | Invoice submission | 1.00 | $181.90 | $181.90 |
| **Project Plan & Project Management Subtotal:** | | | | **1.00** | | **$181.90** |
| Report/Deliverables | 09/27/19 | Douglas J (Doug) Friske | Review Utility CEO motion, Board pay motion and KESIP principals | 2.00 | $1,150.25 | $2,300.50 |
| Report/Deliverables | 10/11/19 | Douglas J (Doug) Friske | Call w/ John L., review KESIP materials | 1.00 | $1,177.00 | $1,177.00 |
| Report/Deliverables | 10/13/19 | Douglas J (Doug) Friske | Review KESIP doc | 0.50 | $1,177.00 | $588.50 |
| Report/Deliverables | 10/14/19 | Douglas J (Doug) Friske | call with Weil and HR to discuss anti-dilution provisions | 0.50 | $1,177.00 | $588.50 |
| Report/Deliverables | 10/18/19 | Douglas J (Doug) Friske | CC informal call to discuss 2020 incentives | 1.50 | $1,177.00 | $1,765.50 |
| Report/Deliverables | 11/01/19 | Douglas J (Doug) Friske | Comp Comm call | 1.50 | $1,177.00 | $1,765.50 |
| Report/Deliverables | 11/20/19 | Douglas J (Doug) Friske | Revise 2020 post-emergence straw model materials | 1.00 | $1,177.00 | $1,177.00 |
| Report/Deliverables | 12/04/19 | Douglas J (Doug) Friske | Review updated KESIP motion/declaration | 1.00 | $1,177.00 | $1,177.00 |
| Report/Deliverables | 12/30/19 | Douglas J (Doug) Friske | Prepare STIP response to Meridee | 0.50 | $1,177.00 | $588.50 |
| Report/Deliverables | 01/03/20 | Douglas J (Doug) Friske | CC call | 1.00 | $1,177.00 | $1,177.00 |
| Report/Deliverables | 09/06/19 | Mark J Kazmierowski | Teleconferences with management; preparation of a report outlining objections and potential resolutions | 2.50 | $930.90 | $2,327.25 |
| Report/Deliverables | 09/10/19 | Mark J Kazmierowski | Restructuring related; revisions to report | 0.25 | $930.90 | $232.73 |
| Report/Deliverables | 09/11/19 | Mark J Kazmierowski | Restructuring: KEIP related; teleconference | 1.50 | $930.90 | $1,396.35 |
| Report/Deliverables | 09/12/19 | Mark J Kazmierowski | Restructuring: PM | 0.50 | $930.90 | $465.45 |
| Report/Deliverables | 09/17/19 | Mark J Kazmierowski | Review motion, comments, updates to KEIP participant data; teleconference with management; teleconference with Weil and management re motion | 4.50 | $930.90 | $4,189.05 |
| Report/Deliverables | 09/18/19 | Mark J Kazmierowski | Restructuring: motion and PM | 2.25 | $930.90 | $2,094.53 |
| Report/Deliverables | 09/19/19 | Mark J Kazmierowski | Restructuring: Friske Declaration | 1.75 | $930.90 | $1,629.08 |
| Report/Deliverables | 09/05/19 | Mark J Kazmierowski | Restructuring: PM | 0.25 | $930.90 | $232.73 |
| Report/Deliverables | 09/03/19 | Mark J Kazmierowski | Restructuring: review court ruling | 0.25 | $930.90 | $232.73 |
| Report/Deliverables | 09/20/19 | Mark J Kazmierowski | Restructuring: PM | 0.25 | $930.90 | $232.73 |
| Report/Deliverables | 09/27/19 | Mark J Kazmierowski | Restructuring: review documents | 1.50 | $930.90 | $1,396.35 |
| Report/Deliverables | 09/26/19 | Mark J Kazmierowski | Restructuring: info/outline for BOD back-up; timing of prior analyses | 0.75 | $930.90 | $698.18 |
| Report/Deliverables | 09/25/19 | Mark J Kazmierowski | Restructuring: PM | 0.25 | $930.90 | $232.73 |
| Report/Deliverables | 10/08/19 | Mark J Kazmierowski | Restructuring: KESIP related | 0.50 | $952.30 | $476.15 |
| Report/Deliverables | 10/10/19 | Mark J Kazmierowski | Restructuring: KESIP related; incentive plan design; PM | 2.50 | $952.30 | $2,380.75 |
| Report/Deliverables | 10/11/19 | Mark J Kazmierowski | Restructuring: Data to Weil; incentive plan | 0.50 | $952.30 | $476.15 |
| Report/Deliverables | 10/14/19 | Mark J Kazmierowski | Go forward incentive program review and comments. CEO, CEO Utility, KESIP, STIP | 1.50 | $952.30 | $1,428.45 |

36611905.1 03/03/2020

| Task Name | Date | Associate | Associate Comments | Hours | Rate | Billed |
|---|---|---|---|---|---|---|
| Report/Deliverables | 10/23/19 | Mark J Kazmierowski | Restructuring related; PM | 1.50 | $952.30 | $1,428.45 |
| Report/Deliverables | 10/15/19 | Mark J Kazmierowski | project management; discuss incentive programs with Doug | 0.50 | $952.30 | $476.15 |
| Report/Deliverables | 10/17/19 | Mark J Kazmierowski | Project management; review incentive design outline | 1.00 | $952.30 | $952.30 |
| Report/Deliverables | 11/04/19 | Mark J Kazmierowski | PM; SOW | 0.25 | $952.30 | $238.08 |
| Report/Deliverables | 11/05/19 | Mark J Kazmierowski | PM; SOW | 0.25 | $952.30 | $238.08 |
| Report/Deliverables | 11/07/19 | Mark J Kazmierowski | Review WTW deck on emergence alternatives; review KESIP and CEO motion | 1.00 | $952.30 | $952.30 |
| Report/Deliverables | 11/08/19 | Mark J Kazmierowski | PM | 0.50 | $952.30 | $476.15 |
| Report/Deliverables | 11/11/19 | Mark J Kazmierowski | correspondence re KESIP participant pay information; comments to Weil on KESIP motion; update data for recent Ch 11 filings | 1.50 | $952.30 | $1,428.45 |
| Report/Deliverables | 11/01/19 | Mark J Kazmierowski | Restructuring SOW related | 0.75 | $952.30 | $714.23 |
| Report/Deliverables | 10/30/19 | Mark J Kazmierowski | Restructuring; PM | 0.50 | $952.30 | $476.15 |
| Report/Deliverables | 10/28/19 | Mark J Kazmierowski | PM; billing and SOW follow up | 0.50 | $952.30 | $476.15 |
| Report/Deliverables | 11/12/19 | Mark J Kazmierowski | update to executive market data; KESIP comments and updates to Weil | 2.75 | $952.30 | $2,618.83 |
| Report/Deliverables | 11/27/19 | Mark J Kazmierowski | PM | 1.00 | $952.30 | $952.30 |
| Report/Deliverables | 11/26/19 | Mark J Kazmierowski | PM; Invoicing and letter for CNO; Independence letter | 2.50 | $952.30 | $2,380.75 |
| Report/Deliverables | 11/19/19 | Mark J Kazmierowski | 2020 incentive design report and concept modeling | 1.25 | $952.30 | $1,190.38 |
| Report/Deliverables | 11/18/19 | Mark J Kazmierowski | 2020 STIP Motion and comments to Weil | 1.25 | $952.30 | $1,190.38 |
| Report/Deliverables | 12/11/19 | Mark J Kazmierowski | Kaz Declaration for Billing; correspondence with Weil on Friske Declaration; PM | 1.00 | $952.30 | $952.30 |
| Report/Deliverables | 12/19/19 | Mark J Kazmierowski | Project management | 0.25 | $952.30 | $238.08 |
| Report/Deliverables | 12/04/19 | Mark J Kazmierowski | Prepare Independence Letter for Compensation Committee | 2.50 | $952.30 | $2,380.75 |
| Report/Deliverables | 12/20/19 | Mark J Kazmierowski | Restructuring related; declaration | 1.50 | $952.30 | $1,428.45 |
| Report/Deliverables | 01/06/20 | Mark J Kazmierowski | PM, Follow up on invoicing and declaration | 0.50 | $952.30 | $476.15 |
| Report/Deliverables | 01/09/20 | Mark J Kazmierowski | Discuss emergence program changes with Doug | 0.25 | $952.30 | $238.08 |
| Report/Deliverables | 01/10/20 | Mark J Kazmierowski | Debrief of past restructuring programs in training session with Lisa (PG&E comp) | 0.75 | $952.30 | $714.23 |
| Report/Deliverables | 01/16/20 | Mark J Kazmierowski | CD&A review and language; chapter 11 disclosure; NEO and Former CEO, Interim CEO, New CEO disclosure; Incentive design disclosure | 3.25 | $952.30 | $3,094.98 |
| **Report/Deliverables Subtotal:** | | | | 59.00 | | $58,138.45 |
| | | | | | | |
| **TOTAL FEES DUE:** | | | | 98.25 | | $97,989.27 |

36611905 1 03/03/2020