WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☑ Affects both Debtors

* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**AMENDED STIPULATION ENLARGING TIME FOR ACWA/JPIA TO FILE PROOF OF CLAIM [SUPERSEDES DKT NO. 6025]**

Related Dkt. Nos. 5215-5217, 5831

[No Hearing Requested]

PG&E Corporation ("**PG&E Corp**.") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned cases (the "**Chapter 11 Cases**"), and the Association of California Water Agencies Joint Powers Insurance Authority (the "**ACWA/JPIA**"), by and through their respective counsel, hereby submit this amended stipulation (the "**Stipulation**") for an order enlarging the time for the ACWA/JPIA to file a claim in the Chapter 11 Cases as set forth herein. The Debtors and the ACWA/JPIA are referred to in this Stipulation collectively as the "Parties," and each as a "Party." The Parties hereby stipulate and agree as follows:

## RECITALS

A. On January 29, 2019 (the "**Petition Date**"), the Debtors commenced these Chapter 11 Cases in the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

B. By Order dated July 1, 2019 [Docket No. 2806] (the "**Bar Date Order**"), the Bankruptcy Court set October 21, 2019 at 5:00 p.m. (Prevailing pacific Time) (the "**Bar Date**") as the deadline in these Chapter 11 Cases for filing proofs of claim in respect of any of prepetition claim (as defined in section 101(5) of the Bankruptcy Code) against either of the Debtors, including all claims of Fire Claimants,[1] Wildfire Subrogation Claimants, Governmental Units (as defined in section 101(27) of the Bankruptcy Code), and Customers, and for the avoidance of doubt, including all secured claims and priority claims.

C. On December 27, 2019, the ACWA/JPIA filed the *Motion Pursuant to Fed. R. Bankr. P. 9006(1) to Enlarge the Time for ACWA/JPIA to File a Proof of Claim* [Dkt. No. 5215] (the "**Motion**"), in which the ACWA/JPIA asserts it should be permitted to file a claim in the amount of $350,000 for damages allegedly sustained by its member, the Paradise Irrigation District, as a result of the Camp Fire in November 2018 (the "**Asserted Claim**"). The Motion is set for hearing on March 10, 2020 (the "**Hearing**"). *See* Dkt. No. 5831.

---

[1] Capitalized terms used but not otherwise herein defined have the meanings ascribed to such terms in the Bar Date Order.

D. On December 31, 2019, the ACWA/JPIA filed Proof of Claim No. 92613 on account of the Asserted Claim that is the subject of the Motion (the "**Proof of Claim**").

E. The Debtors have raised with the ACWA/JPIA certain informal objections to the relief requested in the Motion.

F. The Parties hereto desire to resolve their issues regarding the Motion.

G. The Official Committee of Unsecured Creditors and the Ad Hoc Group of Subrogation Claim Holders have each reviewed the Stipulation and have no objection to the agreements set forth herein or to entry of an Order approving the terms of the Stipulation.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE BANKRUPTCY COURT TO ORDER, THAT:**

1. The Proof of Claim shall be deemed timely filed.

2. Nothing herein is intended to, nor shall it be construed to be, a waiver by the Debtors or any other party in interest of any right to (i) object to the Asserted Claim or the Proof of Claim on any grounds other than the untimely filing thereof, or (ii) seek to reclassify the Proof of Claim.

3. Nothing herein is intended to, nor shall it be construed to be, a waiver by ACWA/JPIA of its right to seek to reclassify the Proof of Claim or to assert any other right in contravention or in opposition of any asserted challenge to the Proof of Claim.

4. The Proof of Claim may not be amended or modified to claim, assert, or otherwise seek recovery for any amounts in excess of $350,000.

5. Nothing herein shall affect the rights of the Parties or of any other party in interest with respect to any other proofs of claim by filed the ACWA/JPIA.

6. Upon entry of an Order approving the Stipulation, the Motion shall be deemed withdrawn and the Hearing vacated.

7. In the event that the terms of this Stipulation are not approved by the Bankruptcy Court, it shall be null and void and have no force or effect and the Parties agree that, in such circumstances, this Stipulation shall be of no evidentiary value whatsoever in any proceedings.

8. This Stipulation shall be binding on the Parties and each of their successors in interest.

9. This Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and supersede all prior agreements and understandings relating to the subject matter hereof.

10. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same agreement.

11. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation or any Order approving the terms of this Stipulation.

[*Remainder of Page Intentionally Left Blank*]

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Dated: March 4, 2020

WEIL GOTSHAL & MANGES LLP

/s/ *Matthew Goren*
Matthew Goren, Esq.

*Attorneys for Debtors
and Debtors in Possession*

Dated: March 4, 2020

STUTZMAN, BROMBERG, ESSERMAN & PLIFKA, P.C.

/s/ *Sander L. Esserman*
Sander L. Esserman

*Attorneys for Association of California Water Agencies Joint Powers Insurance Authority*