# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

PG&E Corporation and

Pacific Gas and Electric Company,

Debtors.

Chapter 11 Case No. 19-30088-DSM

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **APOLLO CREDIT STRATEGIES MASTER FUND LTD.** | **FULCRUM CREDIT PARTNERS LLC** |
| Name and Address where notices to transferee should be sent: | Fulcrum Credit Partners LLC<br>111 Congress Avenue, Suite 2550<br>Austin, Texas 78701-4044<br>Email: tbennett@fulcruminv.com |
| Apollo Credit Strategies Master Fund Ltd.<br>c/o Apollo Management, L.P.<br>9 West 57th Street, 41st Floor<br>New York, NY 10019<br>Attention: Joseph Glatt<br>Email: jglatt@apollo.com | Court Claim No. <u>55594</u><br>Amount of Claim: $9,440,240.80<br>Portion of Claim Transferred: <u>$2,667,895.00</u><br>(see attached Evidence of Transfer)<br>Date Claim Filed: October 16, 2019<br>Debtors: PG&E Corporation; Pacific Gas & Electric Company |

Pursuant to the attached Evidence of Transfer, Transferor has waived any notice or right to hearing under Federal Rule of Bankruptcy Procedure 3001 or other applicable law or rules.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: March 4, 2020
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DB1/ 112209570.2

# EVIDENCE OF TRANSFER OF CLAIMS

TO:           United States Bankruptcy Court ("Bankruptcy Court")
                Northern District of California, San Francisco Division
                Attn: Clerk

RE:           *In re PG&E Corporation; Pacific Gas & Electric Company*, ("Debtors")
                Chapter 11 Case No. 19-30088-DM (Jointly Administered)

**Proof of Claim #: 55594**
**Proof of Claim Amount: $9,440,240.80**
**Amount of Claim Assigned: Not less than $2,667,895.00**

**FULCRUM CREDIT PARTNERS LLC,** and any and all of its affiliates, subsidiaries, related parties, successors, assigns or designees (collectively, the "Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sells, transfers and assigns unto:

**APOLLO CREDIT STRATEGIES MASTER FUND LTD.**
9 West 57th Street, 43rd Floor
New York, NY 10019

its successors and assigns ("Buyer"), all rights, title and interest in and to the claims set forth on Schedule I hereto (the "Assigned Claims") and, to the extent related thereto, the above referenced Proof of Claim of Seller, including all legal, statutory and equitable claims arising in connection therewith, against the Debtors in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtors.

Seller hereby waives any objection to the transfer of the Assigned Claims to Buyer on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claims and recognizing the Buyer as the sole owner and holder of the Assigned Claims. You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claims to Buyer.

This transfer of the Assigned Claims includes all claims and rights under applicable law or principles of equity, whether such claims and rights are contingent, liquidated, unliquidated, matured, unmatured, known, unknown or otherwise, that Seller has or may hereafter have against the Debtors and their affiliates, successors and assigns related to the Assigned Claims, which arise out of, among other things, subrogation claims arising from Seller's payment of losses to insureds under certain insurance policies, as further detailed in the Attachment 1 to Proof of Claim no. 55594. For purposes of clarity, such losses to which the Assigned Claims relate arose in connection with the wildfire which impacted Northern California designated by the State of California Department of Forestry and Fire Protection as the "*Tubbs Fire*" and, for the avoidance of doubt, shall not include any claims and rights arising in relation to the wildfires designated by the State of California Department of Forestry and Fire Protection as the "*Atlas Fire*," "*Camp Fire*," or "*Carr Fire*."

DB1/ 112209570.2

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative.

**SELLER**

**FULCRUM CREDIT PARTNERS LLC**

By: _____

Name: Matthew W. Hamilton

Title: Authorized Signatory

**BUYER**

**APOLLO CREDIT STRATEGIES MASTER FUND LTD.**
By: Apollo ST Fund Management LLC, its investment manager

By: _____

Name: Joseph D. Glatt

Title: Vice President

DB1/ 112209570.2