**EXHIBIT A**

**EXHIBIT A**
**COMPENSATION BY PROFESSIONAL**
**FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Brent Williams | Managing Director | $ 1,195 | 204.5 | $ 244,377.50 |
| Alex Stevenson | Managing Director | 1,195 | 74.8 | 89,386.00 |
| Brendan Murphy | Managing Director | 1,095 | 186.4 | 204,108.00 |
| Sherman Guillema | Director | 895 | 57.4 | 51,373.00 |
| Peter Gnatowski | Vice President | 795 | 249.9 | 198,670.50 |
| Matt Merkel | Associate | 695 | 224.9 | 156,305.50 |
| Erik Ellingson | Associate | 695 | 92.8 | 64,496.00 |
| Naeem Muscatwalla | Senior Analyst | 495 | 57.8 | 28,611.00 |
| Riley Jacobs | Analyst | 395 | 194.1 | 76,669.50 |
| Alex Gebert | Analyst | 395 | 162.3 | 64,108.50 |
| Zack Stone | Analyst | 395 | 145.2 | 57,354.00 |
| **Total** | | | | **$ 1,235,459.50** |