**EXHIBIT B**

# EXHIBIT B
# COMPENSATION BY WORK TASK CODE
# FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 3 | Financial Analysis (Requested by Counsel, or Otherwise) | 238.3 | $ 175,858.50 |
| 4 | 13-Week Cash Flow / MOR / Liquidity Analysis | 11.1 | 6,874.50 |
| 5 | Due Diligence of Debtor's Assets and Liabilities | 1.6 | 1,272.00 |
| 7 | Debtor Professionals - Diligence / Meetings / Calls | 2.1 | 2,299.50 |
| 8 | UCC Professionals - Diligence / Meetings / Calls | 0.4 | 438.00 |
| 9 | Other Professionals / Interested Parties - Diligence / Meetings / Calls | 18.8 | 20,896.00 |
| 10 | Tort Claimants (Counsel/FA) - Diligence / Meetings / Calls | 57.9 | 61,580.50 |
| 11 | Assist Counsel in Responses / Objections to Bankruptcy Court Motions | 4.7 | 3,536.50 |
| 12 | Committee Related Matters - Diligence / Meetings / Calls | 62.0 | 54,850.00 |
| 13 | Bankruptcy Filings, Motions and Other Document Review | 66.0 | 40,180.00 |
| 16 | Review of Claims and Related Analysis | 212.3 | 149,828.50 |
| 17 | Asset Sale(s), Strategic Alternatives, and Related Analysis | 2.4 | 1,728.00 |
| 18 | Analysis of New Debt or Equity Capital | 197.6 | 139,152.00 |
| 19 | Analysis of Pro-Forma Capital Structure, and Related Analysis | 27.8 | 20,841.00 |
| 20 | Benchmarking and Related Analysis | 97.6 | 63,932.00 |
| 21 | Term Sheets, Plan, and Disclosure Statement Analysis | 300.8 | 249,686.00 |
| 22 | Review of Discovery Documents and Deposition Preparation (Witnesses) | 27.4 | 18,593.00 |
| 23 | Deposition(s), Testimony, Court Hearing(s), and Related Preparation / Attendance | 51.4 | 38,383.00 |
| 24 | Business Plan | 34.6 | 31,007.00 |
| 25 | Regulatory and Legislative Matters, and Related Financial Analysis | 101.3 | 76,563.50 |
| 26 | Travel Time - Non Working Travel (Capped) | 4.0 | 4,380.00 |
| 27 | Project Administration | 39.6 | 29,722.00 |
| 29 | Time and Expenses Tracking | - | - |
| 31 | Fee Application Preparation | 90.4 | 43,858.00 |
| **Grand Total** | | **1,650.1** | **$ 1,235,459.50** |