**EXHIBIT C**

**EXHIBIT C**
**EXPENSE SUMMARY**
**FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Expense Type | Amount |
|---|---:|
| Airfare | $87.00 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | $1,033.73 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | $387.88 |
| Hotel Stay (Traveling) | $1,042.84 |
| Internet/Online Fees | $46.97 |
| Meals - In Town Only | $1,063.93 |
| Meals - Out-of-Town Travel Only | $160.60 |
| Other / Miscellaneous | $24.94 |
| Parking | $20.00 |
| Printing/Photocopying (In-House) | $186.20 |
| Teleconferencing | $376.12 |
| **Total** | **$4,430.21** |