**EXHIBIT E**

# EXHIBIT E
# EXPENSE DETAIL
# FOR THE PERIOD DECEMBER 1, 2019 TO DECEMBER 31, 2019[1]

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Airfare | 12/3/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 42.00 |
| Airfare | 12/4/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 27.00 |
| Airfare | 12/10/2019 | 001463 Murphy, Brendan J | Ticketing Fees | 18.00 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/2/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 25.81 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/3/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 25.81 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/5/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 9.61 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/5/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 17.43 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/6/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 10.96 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/7/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 23.00 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/8/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 18.01 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/10/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 20.27 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/11/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 18.37 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/12/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 9.53 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/12/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 10.98 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/13/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 15.09 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/13/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 12.63 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/15/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 10.52 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/17/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 17.62 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/19/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 21.67 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/20/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 15.96 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/21/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 12.98 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/22/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 23.76 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/22/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 21.59 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/25/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 12.30 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/27/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 11.80 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/27/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 28.91 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 11/29/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 20.92 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/1/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 23.07 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/3/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 23.39 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/3/2019 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 50.82 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/4/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 17.12 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/4/2019 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 48.77 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/5/2019 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 53.77 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/6/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 27.00 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/8/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 26.59 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/9/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 16.50 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/10/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 18.74 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/11/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 17.68 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/11/2019 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 48.65 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/15/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 54.80 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/16/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 28.92 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/17/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 12.00 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/18/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 24.31 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/19/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 20.40 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/20/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 23.51 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/20/2019 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 66.70 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/21/2019 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 15.46 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 11/22/2019 | 001206 Stevenson, Alexander W | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 36.08 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 12/4/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 84.34 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 12/4/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 29.98 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 12/4/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 76.95 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 12/5/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 59.60 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 12/5/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 22.41 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 12/5/2019 | 001463 Murphy, Brendan J | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 78.52 |
| Hotel Stay (Traveling) | 12/5/2019 | 001463 Murphy, Brendan J | Hotel Stay | 1,042.84 |
| Internet/Online Fees | 12/4/2019 | 001463 Murphy, Brendan J | Internet/Online Fees | 14.99 |
| Internet/Online Fees | 12/5/2019 | 001463 Murphy, Brendan J | Internet/Online Fees | 16.99 |
| Internet/Online Fees | 12/7/2019 | 001463 Murphy, Brendan J | Internet/Online Fees | 14.99 |
| Meals - In Town Only | 11/4/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 26.98 |
| Meals - In Town Only | 11/4/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 11/6/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 10.00 |

(1) Includes expenses related to prior fee periods that were not previously filed due to timing.

**EXHIBIT E**
**EXPENSE DETAIL**
**FOR THE PERIOD DECEMBER 1, 2019 TO DECEMBER 31, 2019[1]**

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount ($) |
|---|---|---|---|---|
| Meals - In Town Only | 11/6/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 11/8/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 11/10/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) | 14.43 |
| Meals - In Town Only | 11/11/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 16.76 |
| Meals - In Town Only | 11/11/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 11/12/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 15.61 |
| Meals - In Town Only | 11/13/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 17.71 |
| Meals - In Town Only | 11/13/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 11/15/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 11/17/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 11/18/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 11/18/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 10.00 |
| Meals - In Town Only | 11/19/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 17.66 |
| Meals - In Town Only | 11/20/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) | 30.00 |
| Meals - In Town Only | 11/21/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 11/22/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 11/23/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 11/25/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 11/29/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 9.48 |
| Meals - In Town Only | 11/30/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 22.42 |
| Meals - In Town Only | 11/30/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) | 18.78 |
| Meals - In Town Only | 12/1/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 12/2/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 12/2/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 30.00 |
| Meals - In Town Only | 12/3/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) | 28.81 |
| Meals - In Town Only | 12/4/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) | 30.00 |
| Meals - In Town Only | 12/4/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 28.36 |
| Meals - In Town Only | 12/5/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 21.81 |
| Meals - In Town Only | 12/6/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 11.97 |
| Meals - In Town Only | 12/6/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 12/9/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 18.51 |
| Meals - In Town Only | 12/9/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 12/10/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 17.53 |
| Meals - In Town Only | 12/10/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) | 25.34 |
| Meals - In Town Only | 12/11/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 29.89 |
| Meals - In Town Only | 12/12/2019 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 25.80 |
| Meals - In Town Only | 12/16/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) | 30.00 |
| Meals - In Town Only | 12/17/2019 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) | 16.33 |
| Meals - In Town Only | 12/19/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 12/20/2019 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 29.75 |
| Meals - Out-of-Town Travel Only | 12/4/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (One Professional) | 10.60 |
| Meals - Out-of-Town Travel Only | 12/4/2019 | 001463 Murphy, Brendan J | Travel Meal - Dinner (Two Professionals) | 150.00 |
| Other / Miscellaneous | 11/22/2019 | 001206 Stevenson, Alexander W | Mileage | 24.94 |
| Parking | 11/22/2019 | 001206 Stevenson, Alexander W | Parking | 20.00 |
| Printing/Photocopying (In-House) | 12/31/2019 | | Color printing | 186.20 |
| Teleconferencing | 11/4/2019 | 001473 Gebert, Alexander M | Court Call | 30.00 |
| Teleconferencing | 11/19/2019 | 001473 Gebert, Alexander M | Court Call | 51.00 |
| Teleconferencing | 11/21/2019 | 001473 Gebert, Alexander M | Court Call | 102.50 |
| Teleconferencing | 12/31/2019 | | Conference Calls 201910 | 192.62 |

(1) Includes expenses related to prior fee periods that were not previously filed due to timing.

Case: 19-30088    Doc# 6062-5    Filed: 03/04/20    Entered: 03/04/20 13:08:57    Page 3 of 3