| | |
|---|---|
| 1 | JONATHAN SHAPIRO (SBN 257199) |
| | Jonathan.shapiro@bakerbotts.com |
| 2 | DANIEL MARTIN (SBN 306794) |
| | Daniel.martin@bakerbotts.com |
| 3 | BAKER BOTTS LLP |
| | 101 California Street, Suite 3600 |
| 4 | San Francisco, CA 94111 |
| | Telephone: +1.415.291.6200 |
| 5 | Fax: +1.415.291.6300 |
| 6 | NATALIE SANDERS (SBN 329916) |
| | Natalie.sanders@bakerbotts.com |
| 7 | BAKER BOTTS L.L.P. |
| | 1001 Page Mill Road Building One, Suite 200 |
| 8 | Palo Alto, CA 94304 |
| | Telephone: (650) 739-7536 |
| 9 | Facsimile: (650) 739-7636 |

Attorneys for
BLACK & VEATCH CONSTRUCTION, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Bankruptcy Case |
| | Case No.: 19-30088-DM (Lead Case) |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | **NOTICE OF SUBSTITUTION OF COUNSEL [Civ. L.R. 5-1(c)(2)(B)]** |
| Debtors. | |

NOTICE OF SUBSTITUTION OF COUNSEL [Civ. L.R. 5-1(c)(2)(B)]

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE pursuant to Civil Local Rule 5-1(c)(2)(B) that Natalie Sanders of the law firm Baker Botts L.L.P. is hereby appearing as counsel of record for Black & Veatch Construction, Inc. in the above-entitled action, replacing Tina V. Ngo, also of Baker Botts L.L.P. Ms. Ngo should be removed from the Court's service list with respect to this action. All other attorneys of record for Black & Veatch Construction, Inc. remain unchanged.

Black & Veatch Construction, Inc. hereby requests that all notices given or required to be given, and all papers filed or served or required to be served, in this action be provided to and served on:

Natalie Sanders (SBN 329916)
natalie.sanders@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road Building One, Suite 200
Palo Alto, CA 94304
Telephone: (650) 739-7536
Facsimile: (650) 739-7636

Jonathan Shapiro (SBN 257199)
jonathan.shapiro@bakerbotts.com
BAKER BOTTS L.L.P.
101 California Street, Suite 3600
San Francisco, California 94111
Telephone: (415) 291-6204
Facsimile: (415) 291-6304

Daniel Martin (SBN 306794)
daniel.martin@bakerbotts.com
BAKER BOTTS LLP
101 California Street, Suite 3600
San Francisco, CA 94111
Telephone: (415) 291-6200
Fax: (415) 291-6300

DATED: March 4, 2020

Respectfully submitted,

**BAKER BOTTS L.L.P.**

_/s/ Natalie Sanders_

Natalie Sanders

Attorney for Black & Veatch Construction, Inc.