Entered on Docket
March 04, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: March 4, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

---

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

- and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

Debtors.

☐ Affects PG&E Corporation
☐ Affects Pacific Gas and Electric Company
☑ Affects both Debtors

* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case)
(Jointly Administered)

**ORDER APPROVING AMENDED STIPULATION ENLARGING TIME FOR ACWA/JPIA TO FILE PROOF OF CLAIM**

Related Dkt. Nos. 5215-5217, 5831

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Amended Stipulation Enlarging Time for ACWA/JPIA to File Proof of Claim* (the "**Stipulation**"),[1] entered into by PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned cases, and the Association of California Water Agencies Joint Powers Insurance Authority (the "**ACWA/JPIA**"), filed on March 4, 2020; and pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Proof of Claim shall be deemed timely filed.

3. Nothing herein shall be construed to be a waiver by the Debtors or any other party in interest of any right to (i) object to the Asserted Claim or the Proof of Claim on any grounds other than the untimely filing thereof, or (ii) seek to reclassify the Proof of Claim.

4. Nothing herein shall it be construed to be a waiver by ACWA/JPIA of its right to seek to reclassify the Proof of Claim or to assert any other right in contravention or in opposition of any asserted challenge to the Proof of Claim.

5. The Proof of Claim may not be amended or modified to claim, assert, or otherwise seek recovery for any amounts in excess of $350,000.

6. Nothing herein shall affect the rights of the Parties or of any other party in interest with respect to any other proofs of claim by filed the ACWA/JPIA.

7. By entry of this Order, the Motion is withdrawn the Hearing is vacated.

8. The Stipulation shall be binding on the Parties and each of their successors in interest.

9. The Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and supersede all prior agreements and understandings relating to the subject matter hereof.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

10. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

*** END OF ORDER ***

Dated: March 4, 2020

STUTZMAN, BROMBERG, ESSERMAN &
PLIFKA, P.C.

/s/ *Sander L. Esserman*
Sander L. Esserman

*Attorneys for Association of California Water Agencies Joint Powers Insurance Authority*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119