Gerardo Mijares-Shafai, Esq.
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001
Telephone: (202) 942-6114
Facsimile: (202) 942-5999
Email: gerardo.mijares-shafai@arnoldporter.com

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

PG&E Corporation,

Debtor(s).

Case No. 19-30088
Chapter 11

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, __Gerardo Mijares-Shafai__, an active member in good standing of the bar of __Illinois*__, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing __AT&T__ in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    Thomas F. Koegel

    Crowell & Moring LLP, 3 Embarcadero Center, 26th Floor, San Francisco, CA 94111

    Tel: (415) 365-7858; Email: tkoegel@crowell.com.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 03/04/2020                                       s/ Gerardo Mijares-Shafai

*Admitted only in Illinois; practicing law in the District of Columbia during the pendency of his application for admission to the D.C. Bar and under the supervision of lawyers of the firm who are members in good standing of the D.C. Bar.

# **ATTACHMENT**

## **(CERTIFICATE OF GOOD STANDING)**



# Attorney Registration and Disciplinary Commission of the Supreme Court of Illinois
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
3/2/2020

Re: Gerardo Mijares-Shafai
Attorney No. 6324353

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Gerardo Mijares-Shafai was admitted to practice law in Illinois on 11/10/2016; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: *(signature)*

Andrew Oliva
Registrar