UNITED STATES BANKRUPTCY COURT
Northern District of California

| | |
|---|---|
| PG&E Corp and PG&E Company ) | Chapter 11 |
| ) | |
| Debtors. ) | CASE NO. 19-30088 |
| ) | |
| ) | (Jointly Administered) |

## NOTICE OF ADDRESS CHANGE FOR
## TANNOR PARTNERS CREDIT FUND, LP

Please take notice that TANNOR PARTNERS CREDIT FUND, LP, a creditor in the cases of the above-captioned debtors ("Debtors"), directs the Debtor and their representatives (including the claims and distribution agent appointed in these cases) to change its address for the purposes of administering its claims, and hereby request that services of any pleadings, notices, correspondence and distributions relating to such claim be sent to the new address set forth below, effective as of the date hereof.

Any and all distributions should be sent to the following address:

Tannor Partners Credit Fund, LP
3536 Los Pinos Drive
Santa Barbara, CA 93105
805-567-8000
914-509-5000


Tannor Partners Credit Fund, LP

By: _____/s/ Robert J. Tannor___

Title: _____General Partner_____

Date: _____3/4/2020_____