UNITED STATES BANKRUPTCY COURT
Northern District of California

In re:
PG&E CORPORATION and
PACIFIC GAS AND ELECTRIC COMPANY
Debtor(s)

Bankruptcy No.: 19-30088 (DM)
R.S. No.:
Hearing Date: 03/25/2020
Time: 10:00 am

Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/2019     Chapter: 11
    Prior hearings on this obligation: n/a     Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value:    $ _____     Source of value: _____
   Contract Balance:     $ _____     Pre-Petition Default:   $ _____
   Monthly Payment:      $ _____         No. of months: _____
   Insurance Advance:    $ _____     Post-Petition Default:  $ _____
                                           No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   air market value: $ _____     Source of value: _____     If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.          $ _____     Pre-Petition Default:   $ _____
   As of (date): _____                    No. of months: _____
   Mo. payment:          $ _____     Post-Petition Default:  $ _____
   Notice of Default (date): _____        No. of months: _____
   Notice of Trustee's Sale: _____    Advances Senior Liens:  $ _____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

   Position                    Amount           Mo. Payment        Defaults

   1st Trust Deed: _____     $ _____        $ _____          $ _____
   2nd Trust Deed: _____     $ _____        $ _____          $ _____
   _____ :
   _____ :
   _____ :
                  (Total)      $ _____        $ _____          $ _____

(D) Other pertinent information: South San Joaquin Irrigation District ("District") seeks an order that (a) determines the automatic stay does not apply to the a state court action by debtor Pacific Gas And Electric Company ("PG&E") against the District ("LAFCo Action) or, in the alternative, lifts the stay of the LAFCo Action, (b) lifts the stay of the District's Eminent Domain Action against PG&E, and (c) grants such other and further relief as is just and proper.

Dated: March 4, 2020

*/s/ Paul R. Glassman*
Signature

Paul R. Glassman
Print or Type Name
Attorney for Party-in-Interest, South San Joaquin Irrigation District

Case: 19-30088    Doc# 6079    Filed: 03/04/20    Entered: 03/04/20 18:32:54    Page 1 of 1