Paul R. Glassman (SBN 76536)
STRADLING YOCCA CARLSON & RAUTH, P.C.
100 Wilshire Boulevard, 4th Floor
Santa Monica, CA 90401
Telephone: (424) 214-7000
Facsimile: (424) 214-7010
Email:     pglassman@sycr.com

Mia S. Brown (SBN 242268)
General Counsel
SOUTH SAN JOAQUIN IRRIGATION DISTRICT
11011 E. Highway 120
Manteca, CA 95336
Telephone: (209) 249-4600
Facsimile: (209) 249-4692
Email:     mbrown@ssjid.com

Attorneys for Party-In-Interest, South San Joaquin Irrigation District

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>**PG&E CORPORATION**<br><br>     - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    Debtors.<br><br>☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☒   Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>Lead Case<br><br>Jointly Administered<br><br>**NOTICE OF MOTION OF SOUTH SAN JOAQUIN IRRIGATION DISTRICT FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT PROCEEDINGS IN NON-BANKRUPTCY FORUM TO CONTINUE**<br><br>Judge:   Hon. Dennis Montali<br><br>Date:    March 25, 2020<br>Time:    10:00 a.m.<br>Place:   United States Bankruptcy Court<br>         450 Golden Gate Ave., 16th Flr, Crt. 17<br>         San Francisco, CA 94102<br><br>**Objection Deadline**:<br>         March 20, 2020 at 4:00 p.m. (PT) |

PLEASE TAKE NOTICE that on January 29, 2019 (the "Petition Date"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court will hold a hearing on March 25, 2020, at 10:00 a.m. (Pacific Time) (the "Omnibus Hearing") in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

PLEASE TAKE FURTHER NOTICE that, in addition to any other matters to be heard at the Omnibus Hearing, the Bankruptcy Court is scheduled to hear the *Motion of South San Joaquin Irrigation District for Relief from the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue* (the "Motion").

PLEASE TAKE FURTHER NOTICE that any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for South San Joaquin Irrigation District at the above-referenced address so as to be received by no later than 4:00 p.m. (Pacific Time) on March 20, 2020. Any oppositions or responses must be filed and served on all "Standard Parties" as defined in, and in accordance with, the Second Amended Order Implementing Certain Notice and Case Management Procedures entered on May 14, 2019 [Dkt No. 1996] (the "Case Management Order"). Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order. In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases and related Adversary Proceedings.

PLEASE TAKE FURTHER NOTICE that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450

Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC , at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

DATED: March 4, 2020

STRADLING YOCCA CARLSON & RAUTH A PROFESSIONAL CORPORATION

By: /s/ *Paul R. Glassman*
Paul R. Glassman
Attorneys for Party-in-Interest,
South San Joaquin Irrigation District

-2-

Case: 19-30088    Doc# 6080    Filed: 03/04/20    Entered: 03/04/20 18:40:27    Page 3 of 3