Paul R. Glassman (SBN 76536)
STRADLING YOCCA CARLSON & RAUTH, P.C.
100 Wilshire Boulevard, 4th Floor
Santa Monica, CA 90401
Telephone: (424) 214-7000
Facsimile: (424) 214-7010
Email: pglassman@sycr.com

Mia S. Brown (SBN 242268)
General Counsel
SOUTH SAN JOAQUIN IRRIGATION DISTRICT
11011 E. Highway 120
Manteca, CA 95336
Telephone: (209) 249-4600
Facsimile: (209) 249-4692
Email: mbrown@ssjid.com

Attorneys for Party-In-Interest, South San Joaquin Irrigation District

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In Re:**<br>**PG&E CORPORATION**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19 - 30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**DECLARATION OF PEGGY O'LAUGHLIN IN SUPPORT OF SOUTH SAN JOAQUIN IRRIGATION DISTRICT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT PROCEEDINGS IN NON-BANKRUPTCY FORUM TO CONTINUE**<br><br>Judge: Hon. Dennis Montali<br><br>Date: March 25, 2020<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>450 Golden Gate Ave., 16th Flr, Crt. 17<br>San Francisco, CA 94102<br><br>**Objection Deadline**:<br>March 20, 2020 at 4:00 p.m. (PT) |

I, Peggy O'Laughlin, declare as follows:

1. I am a partner with the law firm of Matteoni, O'Laughlin & Hechtman, counsel for Party-in-Interest South San Joaquin Irrigation District ("the District"). I make this declaration in support of the *Motion of South San Joaquin Irrigation District for Relief from the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue* ("Motion"). Capitalized terms that are not defined herein are defined in the Motion.

2. In the LAFCo Action, *Pacific Gas & Electric v. San Joaquin Local Agency Formation Commission; South San Joaquin Irrigation District et al.*, Case No. STK-CV-UJR-2015-000-1266, the District filed its notice of appeal of the LAFCo Judgment invalidating the SJ LAFCo Approval in the trial court on November 21, 2107, and it was lodged with the Court of Appeal of the State of California, Third Appellate District on November 29, 2017 (Case No. C086008). On November 29, 2017 PG&E filed its cross appeal challenging the Superior Court's rulings in the District's favor.

3. The Third Appellate District's Docket for the LAFCo Appeal shows that the District's Appellant's opening brief was filed on August 2, 2018 and PG&E's Respondent's brief and cross-appellant's opening brief was filed on January 28, 2019. *See* Exhibit 5 to the District's Request for Judicial Notice ("RJN"), which is a true and correct copy of the court's docket for such case.

4. At the time the Court of Appeals stayed this appeal as a result of PG&E's bankruptcy filing, the briefing in the LAFCo Appeal was close to completion. The only briefs remaining to be filed were the District's combined reply and cross-respondent's brief and PG&E's cross-appellant reply brief.

5. In the Eminent Domain Action, *South San Joaquin Irrigation District v. Pacific Gas And Electric Company et al.,* Case No. STK-CV-UED-2016-0006638, the District filed its notice of appeal of the trial court's Judgment dismissing the action with the trial court on January 18, 2018 and it was lodged with the Court of Appeal of the State of California, Third Appellate District on January 22, 2018 (Case No. C086319).

6. The Third Appellate District's Docket for the Eminent Domain Appeal shows that the District's Appellant's opening brief was filed on July 19, 2018 and PG&E's Respondent's brief was filed on January 28, 2019. *See* Exhibit 8 to the District's RJN, which is a true and correct copy of the court's docket for such case.

7. At the time the Court of Appeals stayed this appeal as a result of PG&E's bankruptcy filing, there was only one brief remaining to be filed in the Eminent Domain Appeal, the District's reply brief, originally due to be filed on April 22, 2019.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in San Jose, California on March 4, 2020.

_____
Peggy O'Laughlin