# Exhibit A
## 2020 STIP Company Wide Metrics

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | Performance Targets | | | Descriptions |
|---|---|---|---|---|
| **Customer Welfare** | **Threshold** | **Target** | **Maximum** | **Electric Operations** |
| | 105 | 101 (count) | 96 | • **Reportable Fire Ignitions** (10%): This public safety-related metric is designed to measure the results of PG&E's mitigation of wildfire risk, one of PG&E's key enterprise risks as identified through its Enterprise and Operational Risk Management ("**EORM**") program. The metric measures powerline-involved incidents that are annually reportable to the CPUC pursuant to Decision 14-02-015 and that are within the Utility's high fire threat districts. Specifically, the metric measures reportable fire incidents where: (i) ignition is associated with the Utility's transmission and/or distribution powerlines; (ii) something other than PG&E facilities burned; and (iii) the fire traveled more than one meter from the ignition point. The metric measures outcomes, not efforts. The metric's achievement milestones can be reviewed against data from several prior years and benchmarked against data reported to the CPUC by the other California utilities. |
| | 2,328 | 2,166 (count) | 2,058 | • **Electric Asset Failure** (10%): This public safety- and reliability-related metric is designed to measure the results of PG&E's mitigation of the risks of wildfires and system failures. It measures the number of failure incidents (regardless of cause) of electric distribution, transmission, and substation underground and overhead assets. Specifically, the metric measures distribution asset or distribution substation asset failures in High Fire Threat Districts, and transmission asset or transmission substation asset failures system-wide, that result in sustained unplanned outages. The metric measures outcomes, not efforts. The metric's achievement milestones can be reviewed against historical company performance and benchmarked against external industry data. |
| | October 1, 2020 | September 1, 2020 (date completed) | June 1, 2020 | • **Distribution Circuit Sectionalization** (5%): This public safety- and reliability related metric will measure PG&E's mitigation of the scope and impacts of, and risks associated with, PSPS events. The metric pertains to the time it will take to complete planned installation/automation and operationalization of sectionalization devices, which reduce the scope and impacts of PSPS events by allowing power to remain on in areas where weather conditions do not warrant a PSPS but that nevertheless could experience an outage on account of system configurations. The metric's milestones for completing the planned work will be time-based, with a "target" completion date of September 1, 2020—before the traditional height of the California wildfire season. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

32

| Threshold | Target | Maximum | Gas Operations |
|---|---|---|---|
| 8 | 6 (count) | 4 | • **Large Overpressure Events** (7.5%): This public safety-related metric is designed to measure the results of PG&E's mitigation of the risk of a loss of gas containment, various types of which are among PG&E's key enterprise risks as identified through its EORM program. The metric tracks the number of large overpressure events (which occur when gas pressure exceeds the maximum allowable operating pressure) leading to loss of containment, damages to facilities, and/or reduced pipeline capacity or availability. The metric measures outcomes, not efforts. The metric's achievement milestones can be reviewed against PG&E's historical operating data. |
| 1.53 | 1.44 (rate) | 1.28 | • **Gas Dig-In Reduction (7.5%):** This public safety-related metric is designed to measure the results of PG&E's mitigation of the risk of a loss of containment from the Utility's underground gas transmission and distribution facilities. The Utility participates in a one-call "811" public service program administered by Underground Service Alert (USA). The Utility receives "tickets" from USA notifying the Utility of activities that could damage the Utility's underground pipelines. The metric tracks the number of gas dig-ins per 1000 USA tickets received for gas operations (subject to certain exclusions). The metric measures outcomes, not efforts. The metric's achievement milestones can be reviewed against PG&E's historical data and benchmarked against American Gas Association data. |
| **Threshold** | **Target** | **Maximum** | **Generation** |
| 96.92% | 97.70% (available capacity) | 98.92% | • **Safe Dam Operating Capacity** (5%): This public safety-related metric is designed to measure the results of PG&E's mitigation of the risk of a large uncontrolled water release, which is one of PG&E's key enterprise risks as identified through its EORM program. The metric measures the operating capacity of the mechanical equipment that is used as the main control to reduce the risk of such a release. The metric measures outcomes, not efforts. The metric is, to PG&E's knowledge, a first-of-its-kind metric for the hydro industry. The metric's achievement milestones can be reviewed against historical operating data. |
| 92.50 | 95.00 (score) | 97.50 | • **DCPP Reliability and Safety Indicator** (5%): This public safety-related metric is designed to measure the results of PG&E's reduction of the risk of a nuclear core damaging event with the potential for a radiological release at the Diablo Canyon Power Plant, which is one of PG&E's key enterprise risks as identified through its EORM program. The metric represents a composite of 11 performance indicators for nuclear power generation developed by the nuclear industry and applied to all U.S. nuclear power plants. The metric measures outcomes, not efforts. Its achievement milestones can be benchmarked |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | Threshold | Target | Maximum | Workforce Safety |
|---|---|---|---|---|
| | 1.19 | .90 (rate) | .81 | • **Days Away, Restricted and Transferred Rate**: This employee safety related metric is designed to measure the results of PG&E's reduction of the risk of workforce injuries, and to promote improved performance in this key area. It measures the number of Occupational Safety and Health Administration (OSHA) recordable cases in the current year for employees that meet OSHA's recordkeeping requirements (excluding fatalities) and that have resulted in at least one lost workday or one day of job restriction or transfer. The metric measures outcomes, not efforts. Its achievement milestones can be benchmarked against data from other utilities. |
| | **Threshold** | **Target** | **Maximum** | **Additional Public Safety and Reliability** |
| | 22.0 | 20.8 (minutes) | 20 | • **Gas Operations Customer Response (3.33%)**: This metric is designed to measure the results of PG&E's mitigation of public safety risks and its efforts to increase reliability of service, by promoting prompt responses to customer calls or notifications reporting a gas odor or gas emergency. It measures the number of minutes from the time the Utility is notified to the time Utility personnel or another qualified first responder arrives onsite to the location (subject to certain exclusions, such as multiple calls for the same event, or calls relating to a planned gas release). The metric is an industry standard, and achievement milestones can be benchmarked against other utilities. |
| | 95.5% | 96.5% (timely response percentage) | 97.5% | • **911 Emergency Response** (3.33%): This public safety-related metric measures the percentage of time that PG&E personnel arrive onsite within 60 minutes after receiving a 911 call (with onsite defined as arriving at the premises where the 911 agency personnel are waiting). The metric is designed to promote prompt response times so as to accomplish two things: reducing public safety risks associated with a confirmed hazard, and freeing public agency resources to respond to other emergency situations. The metric is an industry standard, and achievement milestones can be benchmarked against other utilities. |
| | 3.28% | 3.12% (accuracy percentage) | 3.05% | • **Customers Experiencing Multiple Interruptions** (3.33%): This reliability-related metric is designed to measure the results of PG&E's efforts to promote system reliability. It measures the number of customers who experience five or more sustained service interruptions, whether planned or unplanned. The metric measures outcomes, not activities. The metric is an industry standard, and external benchmarks are available in connection with setting its achievement milestones. |
| **Financial Stability**[1] | **Threshold** | **Target** | **Maximum** | |
| | -- | -- | -- | • **Core Earnings per Share (25%)**: This metric promotes financial stability, consistent with AB 1054's imperative that executive compensation be structured not only "to promote safety as a priority and to ensure public safety," but also to |

---

[1] Consistent with materials presented in support of the 2019 STIP, the Financial Stability benchmarks are not disclosed on the basis that they constitute material non-public information.

| | | | "promote … utility financial stability." This metric also promotes safety, moreover, in that strong public safety performance is essential to financial stability (as evidenced by the current Chapter 11 proceedings and the substantial decline in the price of PG&E Corp. common stock since the 2017 and 2018 wildfires). The metric also promotes customer affordability, in that it aligns with cost efficiency. A metric tied to financial performance and stability is customary in the industry, and expected by institutional shareholders. The metric's milestones will be set after equity issuances in connection with Chapter 11 emergence are determined. |
|---|---|---|---|