# Exhibit B

# 2020 LTIP Performance Metrics

| | Performance Targets | | | Description |
|---|---|---|---|---|
| **Customer Experience** | **Threshold** | **Target** | **Maximum** | **Customer Experience Index** |
| | 71.7 | 72.3 (score) | 74.4 | • **Customer Satisfaction Score (25%):** Measures improvement in customer satisfaction in 2022 over current satisfaction levels based on a quarterly survey conducted by a third party that asks customers a single overall question: "How would you rate the products and/or services offered by PG&E?" |
| | 98.0% | 99.0% (accuracy percentage) | 99.9% | • **PSPS Notification Accuracy (25%):** Measures the percentage of PSPS-affected customers who receive notifications at least 12 hours prior to a PSPS outage. The "PSPS notification accuracy" component derives from the CPUC's proposed utility wildfire mitigation maturity model in R.18-10-007, and at "threshold," "target," and "maximum" metric achievement milestones will correspond to maturity levels 1, 2, and 3, respectively, in such model. Both components of the "customer experience" metric measure outcomes, not efforts. Both components can be compared against historical data. |
| **Public Safety** | **Threshold** | **Target** | **Maximum** | |
| | 919 | 1,021 (miles) | 1,225 | • **System Hardening (25%):** This public safety- and reliability-related metric aligns with mitigation of the risk of catastrophic wildfires. The metric measures rebuilding of overhead circuitry to current hardening design standards, targeted undergrounding, or elimination of overhead circuitry, in high fire threat districts. The metric's achievement milestones, which will be measured in completed circuit miles, can be benchmarked against data from other California utilities. PG&E's risk analysis indicates that, while the risk of wildfires is inherent in delivery of electricity in California and can never be entirely eliminated, completing just 20 percent of PG&E's planned system hardening can reduce the risk of a catastrophic wildfire by up to 90 percent. PG&E therefore believes it is important to align compensation with progress toward completion of this critical work. |
| | 30 | 40 (count) | 50 | • **Substation Enablement (25%):** This public safety- and reliability-related metric promotes efforts to reduce the scope and customer impacts of PSPS. It relates to a list of 64 substations that were identified following the October 2019 PSPS events as able to reduce the number of customers impacted by a transmission-level PSPS event. The |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | | | | metric measures the number of such substations that are successfully rendered energizable during such events, whether through microgrid temporary or permanent solutions, or other to-be identified solutions. |
|---|---|---|---|---|