# EXHIBIT C

# [PROPOSED] Order

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case)(Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** <br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **[PROPOSED] ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 363(b), AND 503(c) APPROVING DEBTORS' 2020 (I) SHORT TERM INCENTIVE PROGRAM; (II) LONG TERM INCENTIVE PROGRAM; (III) PERFORMANCE METRICS FOR THE CHIEF EXECUTIVE OFFICER AND PRESIDENT OF PG&E CORPORATION; AND (IV) GRANTING RELATED RELIEF** |

Upon the Motion dated [●] [Docket No. [●]] (the "**Motion**")[1] of PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), pursuant to sections 105(a), 363(b), and 503(c) of title 11 of the United States Code (the "**Bankruptcy Code**"), for entry of an order (I) approving a 2020 short term incentive plan (the "**2020 STIP**") covering the period of January 1, 2020 through December 31, 2020; (II) approving a 2020 long term incentive plan for certain more senior employees (the "**2020 LTIP**") covering the period of January 1, 2020 through December 31, 2022; (III) approving the 2020 performance metrics covering January 1, 2020 through December 31, 2020 (the "**2020 PG&E Corp. Performance Metrics**") for the performance-based equity awards for the Chief Executive Officer and President of PG&E Corp; and (IV) granting related relief, as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion, the Lowe Declaration, the Ringlee Declaration, and related pleadings filed with this Court; and this Court having held a hearing on the Motion and having determined that the legal and factual bases set forth in the Motion and related pleadings establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estate, creditors, shareholders, and all parties in interest and represents a sound exercise of the Debtors' business judgment;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to them in the Motion.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2. Pursuant to sections 105(a), 363(b) and 503(c) of the Bankruptcy Code, the 2020 STIP and 2020 LTIP, each as described in the Motion, are approved; *provided*, *however*, that to the extent required to comply with the executive compensation provisions of AB 1054, as it may be amended or supplemented, the Debtors shall modify the terms of the 2020 STIP and 2020 LTIP.

3. Pursuant to sections 105(a) and 363(b) of the Bankruptcy Code, the 2020 PG&E Corp. Performance Metrics for William D. Johnson's 2020 CEO Performance-Based Awards, as described in the Motion, are approved.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

5. Notice of the Motion satisfies the requirements of Bankruptcy Rule 6004(a).

6. Notwithstanding Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

7. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

\*\* END OF ORDER\*\*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119