1  Samuel A. Newman (SBN 217042)
   sam.newman@sidley.com
2  Genevieve G. Weiner (SBN 254272)
   gweiner@sidley.com
3  SIDLEY AUSTIN LLP
   555 West Fifth Street
4  Los Angeles, CA 90013
   Telephone No.  (213) 896-6020
5  Facsimile No. (213) 896-6600

6  Attorneys for MCKINSEY & COMPANY, INC.
   UNITED STATES

7

8  **UNITED STATES BANKRUPTCY COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN FRANCISCO DIVISION**

11

12  In re:

13  PG&E CORPORATION

14  - and -

15  PACIFIC GAS AND ELECTRIC COMPANY,

16         Debtors.

Bankruptcy Case
   No.  19-30088-DM (Lead Case)

Chapter 11

(Jointly Administered)

**PROOF OF SERVICE**

Date:   March 10, 2020
Time:   10:00 a.m. (Pacific Time)
Place:  Courtroom 17
        450 Golden Gate Ave., 16th Fl.
        San Francisco, CA 94102

17

18

19

20

21

22

23

24

25

26

27

28

ACTIVE 255030074v.1

PROOF OF SERVICE

**PROOF OF SERVICE**
*In Re: PG&E Corporation and Pacific Gas and Electric Company*
*No. 19-30088 (DM)*

I, the undersigned, declare that I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am associated with the law firm of Sidley Austin LLP and my business address is 555 West Fifth Street, Suite 4000, Los Angeles, California 90013. On this date, I served the following document(s):

1) **MCKINSEY & COMPANY, INC. UNITED STATES' OPPOSITION TO TCC'S MOTION TO ESTABLISH PROCEDURES FOR DISCOVERY PRECEDING PLAN CONFIRMATION**

☐ (BY E-MAIL) by transmitting via electronic mail the document(s) listed above to the e-mail address set forth below, or as stated on the service list, on this date before 5:00 p.m.

☒ (BY MAIL) by placing a true copy thereof, enclosed in a sealed envelope with first class postage thereon fully prepaid, at my place of business at 555 West Fifth Street, Suite 4000, Los Angeles, California 90013, addressed as set forth below.

i. Debtors, c/o PG&E Corporation and Pacific Gas and Electric Company, PO Box 770000, 77 Beale Street, San Francisco, CA 94105 (Attn: Janet Loduca, Esq.);

ii. Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.), proposed attorneys for the Debtors;

iii. Keller & Benvenutti LLP, 650 California Street, Suite 1900, San Francisco, CA 94108 (Attn: Tobias Keller, Esq. and Jane Kim, Esq.), proposed attorneys for the Debtors;

iv. Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038-4982 (Attn: Kristopher M. Hansen, Esq., Erez E. Gilad, Esq., and Matthew G. Garofalo, Esq.) and 2029 Century Park East, Los Angeles, CA 90067-3086 (Attn: Frank A. Merola, Esq.), as counsel for the administrative agent under the Debtors' debtor-in-possession financing facility;

v. Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017 (Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.), as counsel for the collateral agent under the Debtors' debtor-in-possession financing facility;

vi. Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064 (Attn: Alan W. Kornberg, Esq., Brian S. Hermann, Esq., Walter R. Rieman, Esq., Sean A. Mitchell, Esq., and Neal P. Donnelly, Esq.), as counsel to the California Public Utilities Commission;

vii. the Office of the United States Trustee for Region 17, 450 Golden Gate Avenue, 5th Floor, Suite #05-0153, San Francisco, CA 94102 (Attn: James L. Snyder, Esq. and Timothy Laffredi, Esq.);

viii. U.S. Nuclear Regulatory Commission, Washington, DC 20555-0001 (Attn: General Counsel);

ACTIVE 255030074v.1

|   |   |
|---|---|
| 1 | ix. U.S. Department of Justice, 1100 L Street, NW, Room 7106, Washington, DC 20005 (Attn: Danielle A. Pham, Esq.,) as counsel for United States on behalf of the Federal Energy Regulatory Commission; |

ix.     U.S. Department of Justice, 1100 L Street, NW, Room 7106, Washington, DC 20005 (Attn: Danielle A. Pham, Esq.,) as counsel for United States on behalf of the Federal Energy Regulatory Commission;

x.     Milbank LLP, 55 Hudson Yards, New York, NY 10001-2163 (Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq.) and 2029 Century Park East, 33rd Floor, Los Angeles, CA 90067 (Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq.), as counsel for the Official Committee of Unsecured Creditors (the "Creditors Committee");

xi.     Baker & Hostetler LLP, 11601 Wilshire Boulevard, Suite 1400, Los Angeles, CA 90025-0509 (Attn: Eric Sagerman, Esq., David Richardson, Esq. and Lauren T. Attard, Esq.), and 600 Montgomery Street, Suite 3100, San Francisco, CA 94111-2806 (Attn: Robert A. Julian, Esq. and Cecily Dumas, Esq.) as counsel for the Official Committee of Tort Claimants (the "Tort Claimants Committee"); and

xii.     Counsel for any other official committee(s) that may be appointed in these Chapter 11 Cases (together with the Creditors Committee and the Tort Claimants Committee, each an "Official Committee");

[X]     (VIA FEDEX) I served the foregoing document(s) by FedEx for overnight delivery. I placed true copies of the document(s) in a sealed envelope addressed to each interested party as shown above. I placed each such envelope, with FedEx fees thereon fully prepaid, for collection and delivery at Sidley Austin LLP, Los Angeles, California. I am readily familiar with Sidley Austin LLP's practice for collection and delivery of express carrier package for delivery with FedEx. Under that practice, the FedEx package(s) would be delivered to an authorized courier or dealer authorized by FedEx to receive document(s) on that same day in the ordinary course of business.

i.     Hon. Dennis Montali – "Chambers Copies"
U.S. Bankruptcy Judge
Mail Box 36099
450 Golden Gate Avenue
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 4, 2020 in Los Angeles, California.

_Leandra Dixon_
Leandra Dixon

3