```
 1  JONATHAN SHAPIRO (SBN 257199)
    Jonathan.shapiro@bakerbotts.com
 2  DANIEL MARTIN (SBN 306794)
    Daniel.martin@bakerbotts.com
 3  BAKER BOTTS LLP
    101 California Street, Suite 3600
 4  San Francisco, CA 94111
    Telephone: +1.415.291.6200
 5  Fax: +1.415.291.6300

 6  NATALIE SANDERS (SBN 329916)
    Natalie.sanders@bakerbotts.com
 7  BAKER BOTTS L.L.P.
    1001 Page Mill Road Building One, Suite 200
 8  Palo Alto, CA 94304
    Telephone:  (650) 739-7536
 9  Facsimile:  (650) 739-7636

10  Attorneys for
    BLACK & VEATCH CONSTRUCTION, INC.
11
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION,<br><br>- and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors. | Bankruptcy Case<br>Case No.: 19-30088-DM (Lead Case)<br>Chapter 11<br><br>(Jointly Administered)<br><br>**AMENDED CERTIFICATE OF SERVICE** |

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 101 California Street, Suite 3600, San Francisco, CA 94111.

I served true copies of the following document(s) described as:

1. NOTICE OF SUBSTITUTION OF COUNSEL [CIV. L.R. 5-1(c)(2)(B)]

On March 5, 2020, **VIA U.S. MAIL** by placing a true copy of the document(s) listed above in a sealed envelope with postage fully prepaid and addressed to the persons at the addresses as shown below. I am readily familiar with the business practice of Baker Botts LLP for collection and processing of correspondence for mailing with the United States Postal Service, and the correspondence would be deposited with United States Postal Service that same day in the ordinary course of business.

| The Debtors<br>c/o PG&E Corporation and Pacific Gas and Electric Company<br>PO Box 770000<br>77 Beal Street<br>San Francisco, CA 94105<br><br>Attention: Janet Loduca, Esq. | U.S. Nuclear Regulatory Commission<br>Washington, DC 20555-0001<br><br>Attention: General Counsel |
|---|---|

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on March 5, 2020, at San Francisco, California.

_Natalie Young_
Natalie Young