STROOCK & STROOCK & LAVAN LLP
Mark A. Speiser (*admitted pro hac vice*)
(mspeiser@stroock.com)
Kenneth Pasquale (*admitted pro hac vice*)
kpasquale@stroock.com
Sherry J. Millman (*admitted pro hac vice*)
(smillman@stroock.com)
Harold A. Olsen (*admitted pro hac vice*)
(holsen@stroock.com)
180 Maiden Lane
New York, NY 10038-4982
Tel: 212 806 5400
Fax: 212 806 6006

STROOCK & STROOCK & LAVAN LLP
David W. Moon (#197711)
(dmoon@stroock.com)
2029 Century Park East
Los Angeles, CA 90067-3086
Tel: 310 556-5800
Fax: 310 556 5959

*Counsel for Mizuho Bank, Ltd., in its capacity as HoldCo Term Loan Administrative Agent*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>    -and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                    **Debtors.**<br>☐    Affects PG&E Corporation<br>☐    Affects Pacific Gas and Electric Company<br>☒    Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF CROSS-MOTION OF MIZUHO BANK, LTD., IN ITS CAPACITY AS HOLDCO TERM LOAN ADMINISTRATIVE AGENT FOR LEAVE TO APPEAL ORDER REGARDING POSTPETITION INTEREST**<br>Date:        TBD<br>Time:       TBD<br>Judge:      TBD<br><br>**Objection Deadline:** March 11, 2020 |

**PLEASE TAKE NOTICE** that on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "Debtors"), in the above-captioned chapter 11 cases, each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. § 158(a)(3) and Federal Rule of Bankruptcy Procedure 8004(b)(2), Mizuho Bank, Ltd., solely in its capacity as HoldCo Term Loan Administrative Agent ("Mizuho") filed the *Cross-Motion of Mizuho Bank, Ltd., in its capacity as HoldCo Term Loan Administrative Agent for Leave to Appeal Order Regarding Postpetition Interest* (the "Cross-Motion"). The Cross-Motion accompanies Mizuho's *Notice of Appeal and Statement of Election to Have Appeal Heard by District Court* (the "Notice of Appeal"), this notice of the Cross-Motion, and all the papers and record on file in this action.

**PLEASE TAKE FURTHER NOTICE** that the Cross-Motion may be heard by the United States District Court of the Northern District of California (the "District Court") at a date and time to be set by the District Court. Pursuant to Federal Rule of Bankruptcy Procedure 8004(c)(3), however, any relief requested in the Cross-Motion may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Bankruptcy Rule of Procedure 8004(b)(2) and 8013, any oppositions or responses to the Cross-Motion must be in writing, filed with the District Court, and served on counsel for Mizuho so as to be received by no later than **March 11, 2020**. Any oppositions or responses must also be filed and served on all the parties reflected in the Notice of Appeal.

**PLEASE TAKE FURTHER NOTICE** that copies of the Cross-Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime

Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for international parties or by email at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: March 4, 2020                    **STROOCK & STROOCK & LAVAN LLP**

                                              By:    */s/ David W. Moon*
                                                          David W. Moon
                                                          Kenneth Pasquale (*admitted pro hac vice*)

                                                          *Counsel for Mizuho Bank, Ltd., in its capacity as HoldCo Term Loan Administrative Agent*