| | | |
|---|---|---|
| | | David S. Torborg) (Agenbroad, Aaron) (Entered: 03/03/2020) |
| 03/03/2020 | ●6047 (12 pgs) | Notice Regarding /Notice of Subpoena Issued to Accenture LLP Filed by Creditor Committee Official Committee of Tort Claimants (Richardson, David) (Entered: 03/03/2020) |
| 03/03/2020 | ●6048 (5 pgs) | Certificate of Service (RE: related document(s)6047 Notice). Filed by Creditor Committee Official Committee of Tort Claimants (Richardson, David) (Entered: 03/03/2020) |
| 03/03/2020 | ●6049 (59 pgs; 3 docs) | Notice Regarding / Notice of Filing of Proposed Fire Victim Trust Agreement and Proposed Fire Victim Claims Resolution Procedures (RE: related document(s)5700 Disclosure Statement [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Filed by Debtor PG&E Corporation (RE: related document(s)2226 Order on Motion to Extend/Limit Exclusivity Period, 4167 Order on Motion to Extend/Limit Exclusivity Period). (Rupp, Thomas). Related document(s) 5590 Amended Chapter 11 Plan filed by Debtor PG&E Corporation. Modified on 2/10/2020 (dc).). Filed by Creditor Committee Official Committee of Tort Claimants (Attachments: # 1 Exhibit A # 2 Exhibit B) (Attard, Lauren). Related document(s) 5732 Amended Order. Modified on 3/4/2020 (dc). (Entered: 03/03/2020) |
| 03/03/2020 | ●6050 (36 pgs; 2 docs) | Objection (RE: related document(s)5840 Motion Miscellaneous Relief). Filed by Creditors Wright Tree Service of the West, Inc., Wright Tree Service, Inc., Cupertino Electric, Inc., CN Utility Consulting, Inc. (Attachments: # 1 Certificate of Service) (Lubic, Michael) (Entered: 03/03/2020) |
| 03/03/2020 | ●6051 (6 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Allied P&C Insurance Company (Claim No. 55412, Amount $1,172,829,886.28) To BG Subrogation Partners I-A, L.L.C.. Fee Amount $25 Filed by Interested Party The Baupost Group, L.L.C.. (Grassgreen, Debra) (Entered: 03/03/2020) |
| 03/03/2020 | ●6052 (6 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: BG Subrogation Partners I-A, L.L.C. (Claim No. 55412, Amount $586,446,905.13) To TLFI Investments B, LLC. Fee Amount $25 Filed by Creditor TLFI Investments B, LLC (Litvak, Maxim) Modified on 3/5/2020 (dc). (Entered: 03/03/2020) |
| 03/03/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30341984, amount $ 25.00 (re: Doc# 6052 Transfer of Claim) (U.S. Treasury) (Entered: 03/03/2020) |
| 03/03/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30341988, amount $ 25.00 (re: Doc# 6051 Transfer of Claim) (U.S. Treasury) (Entered: 03/03/2020) |
| 03/03/2020 | ●6053 (3 pgs) | Objection McKinsey & Company Inc. United States's Opposition to TCC's Motion to Establish Procedures for Discovery Preceding Plan Confirmation (RE: related document(s)5840 Motion Miscellaneous Relief). Filed by Creditor McKinsey & Company, Inc. U.S. (Weiner, Genevieve) (Entered: 03/03/2020) |
| 03/03/2020 | ●6054 (7 pgs) | Objection (RE: related document(s)5840 The Official Committee of Tort Claimants Motion to Establish Procedures for Discovery Preceding Plan Confirmation ). Filed by Creditor Quanta Energy Services, Inc (dc) (Entered: 03/04/2020) |
| 03/04/2020 | ●6055 (10 pgs; 4 docs) | Statement of Willis Towers Watson US LLC for Allowance and Payment of Compensation for the Period September 1, 2019 Through January 31, 2020 (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A Compensation by Professional # 2 Exhibit B Compensation by Task Code # 3 Exhibit C Detailed Time Entries) (Levinson Silveira, Dara) (Entered: 03/04/2020) |
| 03/04/2020 | ●6056 (5 pgs) | Amended Stipulation to Extend Time for ACWA/JPIA to File Proof of Claim Filed by Debtor PG&E Corporation (RE: related document(s)6025 Stipulation to Extend Time filed by Debtor PG&E Corporation). (Levinson Silveira, Dara) (Entered: 03/04/2020) |
| 03/04/2020 | ● | Request to Remove Primary E-Mail Address from Case . Filed by Interested Party TLFI Investments B, LLC (Litvak, Maxim) Modified on 3/5/2020 (dc). (Entered: 03/04/2020) |
| 03/04/2020 | ●6057 (3 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Fulcrum Credit Partners, LLC (Claim No. 55594, Amount $9,440,240.80) To Apollo Credit Strategies Master Fund, Ltd.. Fee Amount $25 Filed by Creditor Apollo Credit Strategies Master Fund, Ltd.. (Esterkin, Richard) (Entered: 03/04/2020) |
| 03/04/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30343473, amount $ 25.00 (re: Doc# 6057 Transfer of Claim) (U.S. Treasury) (Entered: 03/04/2020) |
| 03/04/2020 | ●6058 (34 pgs) | Certificate of Service (RE: related document(s)6046 Objection). Filed by Interested Partys GE Grid Solutions, LLC, General Electric Company (Agenbroad, Aaron) (Entered: 03/04/2020) |
| 03/04/2020 | ●6059 (28 pgs) | Notice of Appeal and Statement of Election to Have Appeal Heard By District Court, Fee Amount $ 298. (RE: related document(s)5226 Memorandum Decision, 5669 Order). Appellant Designation due by |

| | | |
|---|---|---|
| | | 03/18/2020. Transmission to District Court due by 04/3/2020. Filed by Creditor Mizuho Bank, Ltd. (Moon, David) (Entered: 03/04/2020) |
| 03/04/2020 | [6060](#) (24 pgs) | Motion for Leave to Appeal *Cross-Motion Of Mizuho Bank, Ltd., In Its Capacity As Holdco Term Loan Administrative Agent* Filed by Creditor Mizuho Bank, Ltd. (Moon, David) (Entered: 03/04/2020) |
| 03/04/2020 | [6061](#) (3 pgs) | Notice Regarding *Notice of Cross-Motion of Mizuho Bank, Ltd., in its Capacity as Holdco Term Loan Administrative Agent for Leave to Appeal Order Regarding Postpetition Interest* (RE: related document(s)[6060](#) Motion for Leave to Appeal *Cross-Motion Of Mizuho Bank, Ltd., In Its Capacity As Holdco Term Loan Administrative Agent* Filed by Creditor Mizuho Bank, Ltd.). Filed by Creditor Mizuho Bank, Ltd. (Moon, David) (Entered: 03/04/2020) |
| 03/04/2020 | [6062](#) (58 pgs; 6 docs) | Statement of / *Tenth Monthly Fee Statement of Lincoln Partners Advisors LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 1, 2019 through December 31, 2019* (RE: related document(s)[701](#) Order on Motion for Miscellaneous Relief). Filed by Creditor Committee Official Committee of Tort Claimants (Attachments: # [1](#) Exhibit A # [2](#) Exhibit B # [3](#) Exhibit C # [4](#) Exhibit D # [5](#) Exhibit E) (Dumas, Cecily) (Entered: 03/04/2020) |
| 03/04/2020 | | Hearing Set On Classification Issue of Fire Claims of Federal Agencies and of California State Agencies (RE: related document(s)[6010](#) Order on Stipulation). **Hearing scheduled for 4/1/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** (lp) (Entered: 03/04/2020) |
| 03/04/2020 | [6063](#) (3 pgs) | Substitution of Attorney . Attorney Tina Bao-Ngan Vy Ngo terminated. Natalie Kathleen Sanders added to the case. Filed by Interested Party Black & Veatch Construction, Inc. (Sanders, Natalie) (Entered: 03/04/2020) |
| 03/04/2020 | [6064](#) (5 pgs) | Certificate of Service (RE: related document(s)[5967](#) Declaration, [5976](#) Declaration). Filed by Creditor Committee Official Committee of Tort Claimants (Dumas, Cecily) (Entered: 03/04/2020) |
| 03/04/2020 | [6065](#) (4 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Language Services Associates, Inc (Claim No. 1871, Amount $8,680.43) To Cherokee Debt Acquisition, LLC. Fee Amount $25 Filed by Interested Party Cherokee Debt Acquisition, LLC. (Faucher, Lisa) (Entered: 03/04/2020) |
| 03/04/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30344177, amount $ 25.00 (re: Doc# [6065](#) Transfer of Claim) (U.S. Treasury) (Entered: 03/04/2020) |
| 03/04/2020 | [6066](#) (26 pgs) | Certificate of Service (RE: related document(s)[5972](#) Motion Miscellaneous Relief, [5973](#) Declaration, [5975](#) Notice of Hearing). Filed by Creditor Committee Official Committee of Tort Claimants (Richardson, David) (Entered: 03/04/2020) |
| 03/04/2020 | [6067](#) (3 pgs) | Order Approving Amended Stipulation Enlarging Time for ACWA/JPIA to File Proof of Claim (RE: related document(s)[5215](#) Motion Miscellaneous Relief filed by Creditor Association of California Water Agencies Joint Powers Insurance Authority). (lp) (Entered: 03/04/2020) |
| 03/04/2020 | | Hearing Dropped. The hearing on 3/10/20 regarding Motion Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Enlarge the Time for ACWA/JPIA to File Proof of Claim Filed by Association of California Water Agencies Joint Powers Insurance Authority is taken off calendar per the Order, dkt #6067, filed on 3/4/20. (related document(s): [5215](#) Motion Miscellaneous Relief filed by Association of California Water Agencies Joint Powers Insurance Authority) (lp) (Entered: 03/04/2020) |
| 03/04/2020 | [6068](#) (3 pgs) | Application for Admission of Attorney Pro Hac Vice . Fee Amount $310 (Mintz, Benjamin) (Entered: 03/04/2020) |
| 03/04/2020 | | Receipt of filing fee for Application for Admission of Attorney Pro Hac Vice(19-30088) [motion,mprohac] ( 310.00). Receipt number 30344513, amount $ 310.00 (re: Doc# [6068](#) Application for Admission of Attorney Pro Hac Vice . Fee Amount $310) (U.S. Treasury) (Entered: 03/04/2020) |
| 03/04/2020 | [6069](#) (3 pgs) | Application for Admission of Attorney Pro Hac Vice . Fee Amount $310 (Mijares-Shafai, Gerardo) (Entered: 03/04/2020) |
| 03/04/2020 | | Receipt of filing fee for Application for Admission of Attorney Pro Hac Vice(19-30088) [motion,mprohac] ( 310.00). Receipt number 30344583, amount $ 310.00 (re: Doc# [6069](#) Application for Admission of Attorney Pro Hac Vice . Fee Amount $310) (U.S. Treasury) (Entered: 03/04/2020) |
| 03/04/2020 | [6070](#) (6 pgs) | Stipulation for Relief from Stay *STIPULATION AND AGREEMENT FOR ORDER BETWEEN DEBTORS AND DAN CLARKE FOR RELIEF FROM THE AUTOMATIC STAY*. Filed by Debtor PG&E Corporation (RE: related document(s)[2823](#) Motion for Relief From Stay filed by Creditor Dan Clarke, [3113](#) Stipulation for Relief From Stay filed by Debtor PG&E Corporation, [3136](#) Order on Stipulation, [5768](#) Motion for Relief From Stay filed by Creditor Dan Clarke, [5769](#) Notice of Hearing filed by Creditor Dan Clarke, [5771](#) |

| Date | Doc # | Description |
|---|---|---|
| | | Motion for Relief From Stay filed by Creditor Dan Clarke, 5772 Notice of Hearing filed by Creditor Dan Clarke). (Benvenutti, Peter) (Entered: 03/04/2020) |
| 03/04/2020 | 6071 (1 pg) | Notice of Change of Address *for Tannor Partners Credit Fund LP* Filed by Creditor Tannor Partners Credit Fund, LP. (Tannor, Robert) (Entered: 03/04/2020) |
| 03/04/2020 | 6072 (17 pgs; 2 docs) | Application to Employ *Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Hunton Andrews Kurth LLP as Special Counsel for the Debtors Effective as of the Petition Date* Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Proposed Order) (Rupp, Thomas) (Entered: 03/04/2020) |
| 03/04/2020 | 6073 (277 pgs; 4 docs) | Declaration of Michael F. Fitzpatrick, Jr. in Support of *Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Hunton Andrews Kurth LLP as Special Counsel for the Debtors Effective as of the Petition Date* (RE: related document(s)6072 Application to Employ). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit 1 - Master Services Agreement # 2 Schedule 1 # 3 Schedule 2) (Rupp, Thomas) (Entered: 03/04/2020) |
| 03/04/2020 | 6074 (4 pgs) | Declaration of Janet Loduca in Support of *Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Hunton Andrews Kurth LLP as Special Counsel for the Debtors Effective as of the Petition Date* (RE: related document(s)6072 Application to Employ). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 03/04/2020) |
| 03/04/2020 | 6075 (2 pgs) | Notice of Hearing *on Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Hunton Andrews Kurth LLP as Special Counsel for the Debtors Effective as of the Petition Date* (RE: related document(s)6072 Application to Employ *Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Hunton Andrews Kurth LLP as Special Counsel for the Debtors Effective as of the Petition Date* Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Proposed Order)). **Hearing scheduled for 3/25/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 03/04/2020) |
| 03/04/2020 | 6076 (26 pgs) | Certificate of Service *(Notice of Filing of Proposed Fire Victim Trust Agreement and Proposed Fire Victim Claims Resolution Procedures)* (RE: related document(s)6049 Notice). Filed by Creditor Committee Official Committee of Tort Claimants (Attard, Lauren) (Entered: 03/04/2020) |
| 03/04/2020 | 6077 (6 pgs) | Certificate of Service *(Response of No Objection to the ACWA/JPIA Motion to File Subrogation Proof of Claim, and Objecting to Filing Victim Claim)* (RE: related document(s)6041 Response). Filed by Creditor Committee Official Committee of Tort Claimants (Julian, Robert) (Entered: 03/04/2020) |
| 03/04/2020 | 6078 (27 pgs) | Motion for Relief from Stay Fee Amount $181, Filed by Creditor South San Joaquin Irrigation District (Glassman, Paul) (Entered: 03/04/2020) |
| 03/04/2020 | 6079 (1 pg) | Relief From Stay Cover Sheet */ re Motion of South San Joaquin Irrigation District for Relief From the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue; Memorandum of Points and Authorities in Support Thereof* (RE: related document(s)6078 Motion for Relief From Stay). Filed by Creditor South San Joaquin Irrigation District (Glassman, Paul) (Entered: 03/04/2020) |
| 03/04/2020 | 6080 (3 pgs) | Notice of Hearing */ Notice of Motion of South San Joaquin Irrigation District for Relief From the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue* (RE: related document(s)6078 Motion for Relief from Stay Fee Amount $181, Filed by Creditor South San Joaquin Irrigation District). **Hearing scheduled for 3/25/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** Filed by Creditor South San Joaquin Irrigation District (Glassman, Paul) (Entered: 03/04/2020) |
| 03/04/2020 | 6081 (4 pgs) | Declaration */ Declaration of Peter Rietkerk in Support of South San Joaquin Irrigation Districts Motion for Relief From the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue* (RE: related document(s)6078 Motion for Relief From Stay). Filed by Creditor South San Joaquin Irrigation District (Glassman, Paul) (Entered: 03/04/2020) |
| 03/04/2020 | 6082 (3 pgs) | Declaration */ Declaration of Peggy OLaughlin in Support of South San Joaquin Irrigation Districts Motion for Relief From the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue* (RE: related document(s)6078 Motion for Relief From Stay). Filed by Creditor South San Joaquin Irrigation District (Glassman, Paul) (Entered: 03/04/2020) |
| 03/04/2020 | 6083 | Request To Take Judicial Notice */ Request For Judicial Notice in Support of Motion of South San Joaquin |

Case: 19-30088    Doc# 6099-25    Filed: 03/05/20    Entered: 03/05/20 10:52:53    Page 3 of 5

| | | |
|---|---|---|
| | (148 pgs) | *Irrigation District for Relief From the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue* (RE: related document(s)6078 Motion for Relief From Stay). Filed by Creditor South San Joaquin Irrigation District (Glassman, Paul) (Entered: 03/04/2020) |
| 03/04/2020 | 6084 (20 pgs) | Certificate of Service / *re Motion of South San Joaquin Irrigation District for Relief From the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue; Memorandum of Points and Authorities in Support Thereof, Notice of Motion of South San Joaquin Irrigation District for Relief From the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue, Declaration of Peter Rietkerk in Support of South San Joaquin Irrigation Districts Motion for Relief From the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue, Declaration of Peggy OLaughlin in Support of South San Joaquin Irrigation Districts Motion for Relief From the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue and Request For Judicial Notice in Support of Motion of South San Joaquin Irrigation District for Relief From the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue* Filed by Creditor South San Joaquin Irrigation District (Glassman, Paul) (Entered: 03/04/2020) |
| 03/04/2020 | | Receipt of filing fee for Motion for Relief From Stay(19-30088) [motion,mrlfsty] ( 181.00). Receipt number 30345500, amount $ 181.00 (re: Doc# 6078 Motion for Relief from Stay Fee Amount $181,) (U.S. Treasury) (Entered: 03/04/2020) |
| 03/04/2020 | 6085 (27 pgs) | BNC Certificate of Mailing (RE: related document(s) 6007 Order on Motion for Miscellaneous Relief). Notice Date 03/04/2020. (Admin.) (Entered: 03/04/2020) |
| 03/04/2020 | 6086 (27 pgs) | BNC Certificate of Mailing (RE: related document(s) 6008 Order on Motion for Miscellaneous Relief). Notice Date 03/04/2020. (Admin.) (Entered: 03/04/2020) |
| 03/04/2020 | 6087 (27 pgs) | BNC Certificate of Mailing (RE: related document(s) 6009 Order on Motion for Miscellaneous Relief). Notice Date 03/04/2020. (Admin.) (Entered: 03/04/2020) |
| 03/04/2020 | 6088 (40 pgs; 4 docs) | Motion *of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 503(c) for Entry of an Order Approving Debtors 2020 (I) Short Term Incentive Program; (II) Long Term Incentive Program; (III) Performance Metrics for the Chief Executive Officer and President of PG&E Corporation; and (IV) Granting Related Relief* Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Kim, Jane) (Entered: 03/04/2020) |
| 03/04/2020 | 6089 (10 pgs) | Declaration of Lane Ringlee in support of *2020 Employee Compensation Motion* (RE: related document(s)6088 Motion Miscellaneous Relief). Filed by Debtor PG&E Corporation (Kim, Jane) (Entered: 03/04/2020) |
| 03/04/2020 | 6090 (19 pgs) | Declaration of John Lowe in support of *2020 Employee Compensation Motion* (RE: related document(s)6088 Motion Miscellaneous Relief). Filed by Debtor PG&E Corporation (Kim, Jane) (Entered: 03/04/2020) |
| 03/04/2020 | 6091 (2 pgs) | Notice of Hearing (RE: related document(s)6088 Motion *of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 503(c) for Entry of an Order Approving Debtors 2020 (I) Short Term Incentive Program; (II) Long Term Incentive Program; (III) Performance Metrics for the Chief Executive Officer and President of PG&E Corporation; and (IV) Granting Related Relief* Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C)). **Hearing scheduled for 3/25/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** Filed by Debtor PG&E Corporation (Kim, Jane) (Entered: 03/04/2020) |
| 03/05/2020 | | Receipt of filing fee for Notice of Appeal and Statement of Election(19-30088) [appeal,ntcaplel] ( 298.00). Receipt number 30346094, amount $ 298.00 (re: Doc# 6059 Notice of Appeal and Statement of Election) (U.S. Treasury) (Entered: 03/05/2020) |
| 03/05/2020 | 6092 (24 pgs) | Certificate of Service *of Sonia Akter Regarding Notice of Filing of Subrogation Wildfire Trust Agreement, Notice of Filing of Fire Victim Claim Plan Treatment Summary, Monthly Fee Statement KPMG LLP for Compensation for Services Rendered and Reimbursement of Expenses as Information Technology, Risk, and Legal Support Consultants to the Debtors for the period from October 1, 2019 through October 31, 2019, Eleventh Monthly Fee Statement of Weil, Gotshal & Manges LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the period of December 1, 2019 through December 31, 2019, Ninth Monthly Fee Statement of Simpson Thacher & Bartlett LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the period of December 1, 2019 through December 31, 2019, Twelfth Monthly Fee Statement of Coblentz Patch Duffy & Bass LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the period of January 1, 2020 through January 31, 2020, Notice of Filing of Amended First Interim Fee Application of Simpson Thacher & Bartlett LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the period of January 29, 2019 through April 30, 2019, Monthly Operating Report (Filing Period Ending January 31, 2020)* Filed by Other Prof. Prime Clerk LLC (related document(s)5956 Statement, 5957 Statement, 5958 Statement, 5959 Statement, 5966 Operating Report, 5971 Notice, 5978 Notice, 5979 Notice). (Baer, Herb) (Entered: |

| | | |
|---|---|---|
| | | 03/05/2020) |
| 03/05/2020 | 6093 (3 pgs) | Certificate of Service *Proof of Service* (RE: related document(s)6053 Objection). Filed by Creditor McKinsey & Company, Inc. U.S. (Weiner, Genevieve) (Entered: 03/05/2020) |
| 03/05/2020 | 6094 (40 pgs) | Certificate of Service (RE: related document(s)5998 Opposition Brief/Memorandum). Filed by Creditor Outback Contractors, Inc. (Parkinson, Donna) (Entered: 03/05/2020) |
| 03/05/2020 | 6095 (2 pgs) | Certificate of Service (RE: related document(s)6063 Substitution of Attorney). Filed by Interested Party Black & Veatch Construction, Inc. (Sanders, Natalie) (Entered: 03/05/2020) |
| 03/05/2020 | 6096 (4 pgs) | Courts Certificate of Mailing. Number of notices mailed: 24 (RE: related document(s)5226 Memorandum Decision, 5669 Interlocutory Order Regarding Postpetition Interest, 6059 Notice of Appeal and Statement of Election). (dc) (Entered: 03/05/2020) |