Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | **NOTICE OF CROSS-MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR LEAVE TO APPEAL ORDER REGARDING POSTPETITION INTEREST** |
| ☐ Affects PG&E Corporation | |
| ☐ Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Date: TBD<br>Time: TBD<br>Judge: TBD |

**PLEASE TAKE NOTICE** that on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, the "Debtors"), in the above-captioned chapter 11 cases, each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on February 20, 2020, the Ad Hoc Committee of Holders of Trade Claims filed its *Notice of Appeal and Statement of Election to Have Appeal Heard by District Court* [Docket No. 5844], its *Motion of the Ad Hoc Committee of Holders of Trade Claims for Leave to Appeal Order Regarding Postpetition Interest* (the "Trade Committee Motion") [Docket No. 5845], and its *Memorandum in Support of Motion of the Ad Hoc Committee of Holders of Trade Claims for Leave to Appeal Order Regarding Postpetition Interest* [Docket No. 5846].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. § 158(a)(3) and Federal Rule of Bankruptcy Procedure 8004, the Official Committee of Unsecured Creditors (the "Creditors' Committee") has filed a *Cross-Motion of the Official Committee of Unsecured Creditors for Leave to Appeal Order Regarding Postpetition Interest* (the "Cross-Motion"). The Cross-Motion was filed concurrently with the Creditors' Committee's *Notice of Appeal and Statement of Election to Have Appeal Heard by District Court*.

**PLEASE TAKE FURTHER NOTICE** that the Cross-Motion may be heard by the United States District Court of the Northern District of California (the "District Court") at a date and time to be set by the District Court. Pursuant to Federal Rule of Bankruptcy Procedure 8004(c)(3), however, any relief requested in the Cross-Motion may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Cross-Motion and related papers can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for international parties or by email at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

DATED: March 5, 2020

**MILBANK LLP**

*/s/ Gregory A. Bray*
DENNIS F. DUNNE
SAMUEL A. KHALIL
GREGORY A. BRAY
THOMAS R. KRELLER

*Counsel for the Official Committee of Unsecured Creditors*