LAURIE A. DEUSCHEL
5120 Second Street
Rocklin, CA 95677
(916) 289-3532

Unsecured Creditor In Pro Se

FILED
MAR 05 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>Debtor. | Case No.:3:19-bk-30088 (Lead Case)<br>Chapter 11 |
| In re:<br><br>PACIFIC GAS AND ELECTRIC CO.,<br><br>Debtor.<br><br>___ Affects PG&E Corporation<br><br>_X_ Affects Pacific Gas and Electric Co.<br><br>___ Affects Both Debtors<br><br>All papers shall be filed in the Lead Case No. 19-30088(DM) | Case No.:3:19-bk-30089<br>Chapter 11<br><br>(Jointly Administered)<br><br>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYES OF RECORD:

　　　　PLEASE TAKE NOTICE that the undersigned hereby appears as In Pro Se for Laurie A. Deuschel (hereinafter "Ms. Deuschel") in connection with the Chapter 11 case of the above-captioned debtor (hereinafter "Debtor"), and pursuant to Federal Rules of Bankruptcy Procedure

Sections 2002, 9007, and 9010 and Bankruptcy Code Section 1109(b), request that the following name be added to any service list in the Chapter 11 case and that all notices given or required to be given in the Chapter 11 case and all papers served or required to be served in the Chapter 11 case, be given and served upon:

> Laurie A. Deuschel
> *ldeuschel@hotmail.com*
> 5120 Second Street
> Rocklin, CA 95677
> (916) 289-3532

//

PLEASE TAKE FURTHER NOTICE that this request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, e-mail, or otherwise (1) that affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in the Chapter 11 case, including Ms. Deuschel, with respect to: (a) the Debtors; (b) property of the estate, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) that requires or seeks to require any act, delivery, or any property, payment or other conduct by Ms. Deuschel.

PLEASE TAKE FURTHER NOTICE that Ms. Deuschel intends that neither this Notice of Appearance and Request for Notice nor any later appearance, claim, or suit shall waive (1) her rights to have final orders in non-core matters entered only after de nova review by Appellate Court; (2) her rights to trial by jury in any proceeding so triable in the Chapter 11 case or any case, controversy, or proceeding relating to the Chapter 11 case; or (3) any other rights, claims, actions, setoffs, or recoupments to which she is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: February 29, 2020

*Laurie A Deuschel*
Laurie A. Deuschel
Unsecured Creditor In Pro Se