UNITED STATES BANKRUPTCY COURT
Northern District of California

**FILED**
MAR 05 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

In re: PG&E Corporations
- and -
Pacific Gas and Electric Co.
Debtor(s)

Bankruptcy No.: 19-30088 DM
R.S. No.:
Hearing Date: 04/29/2020
Time: 10:00 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/2019          Chapter: 11
    Prior hearings on this obligation: None   Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

   Secured Creditor [ ] or lessor [ ]
   Fair market value:     $_____        Source of value: _____
   Contract Balance:      $_____        Pre-Petition Default:   $_____
   Monthly Payment:       $_____            No. of months: _____
   Insurance Advance:     $_____        Post-Petition Default:  $_____
                                               No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $_____    Source of value: _____    If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal.           $_____        Pre-Petition Default:   $_____
   As of (date): _____                      No. of months: _____
   Mo. payment:           $_____        Post-Petition Default:  $_____
   Notice of Default (date): _____          No. of months: _____
   Notice of Trustee's Sale: _____      Advances Senior Liens:  $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____: | | | |
| _____: | | | |
| _____: | | | |
| (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: Litigation in another court

Dated: 02/29/2020

*Laurie A. Deuschel*
Signature
Laurie A. Deuschel
Print or Type Name

Attorney for Unsecured Creditor In Pro Se

CANB Documents Northern District of California