LAURIE A. DEUSCHEL
5120 Second Street
Rocklin, CA 95677
(916) 289-3532

Unsecured Creditor In Pro Se

**FILED**
MAR 05 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>Debtor. | Case No.:3:19-bk-30088 (Lead Case)<br>Chapter 11 |
| In re:<br><br>PACIFIC GAS AND ELECTRIC CO.,<br><br>Debtor.<br><br>___ Affects PG&E Corporation<br><br>_X_ Affects Pacific Gas and Electric Co<br><br>___ Affects Both Debtors<br><br>All papers shall be filed in the Lead Case No. 19-30088(DM) | Case No.:3:19-bk-30089<br>Chapter 11<br><br>CERTIFICATE OF SERVICE<br><br>Date: April 29, 2020<br>Time: 10:00am<br>Place: Courtroom 17<br>  450 Golden Gate Avenue, 16th Floor<br>  San Francisco, California<br>Judge: Hon. Dennis Montali |

I, the undersigned, declare that I reside in the County of Placer, over the age of eighteen years old, and not a party to the above-entitled action. My personal address is 5120 Second Street, Rocklin, California, 95677.

On March 2, 2020, I caused true and correct copies of each of the following document(s): RELIEF FROM STAY COVER SHEET; NOTICE OF MOTION; MOTION FOR RELIEF FROM

1

AUTOMATIC STAY; SUPPORTING DECLARATION; and NOTICE OF APPEARANCE, to be served on the Debtor, US Trustee, and, in accordance with U.S. Bankruptcy Rule 4001(a)(a), the two Official Creditors' Committees by the method set forth in the Master Service List by Electronic Filing through CM/ECF Participants who has consented to service based on the Second Amended Order Implementing Notice and Case Management Procedures issued on May 14, 2019. I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Master Service List/Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Debtors:

PG&E Corporation and Pacific Gas and Electric Company

Attn: General Counsel

PO Box 770000, 77 Beale Street, San Francisco, CA 94177 (hard copy)

Debtors PG&E Corp and Pacific Gas and Electric Co. Counsels:
- Peter J. Benvenutti, Esq.* pbenvenutti@kellerbenvenutti.com
- Tobias S. Keller, Esq.* tkeller@kellerbenvenutti.com
- Jane Kim, Esq.* jkim@kellerbenvenutti.com
- Stephen Karotkin, Esq.* Stephen.karotkin@weil.com
- Matthew Goren, Esq.* Matthew.goren@weil.com
- Jessica Liou, Esq.* Jessica.liou@weil.com

Debtors' Debtor-in-Possession Financing Facility:
- Kristopher M. Hansen, Esq.* khansen@stroock.com
- Erez E. Gilad, Esq.* egilad@stroock.com
- Matthew G. Garofalo, Esq.* mgarofalo@stroock.com
- Frank A. Merola, Esq.* fmerola@stroock.com
- Eli J. Vonnegut, Esq.* eli.vonnegut@davispolk.com
- David Schiff, Esq.* david.schiff@davispolk.com
- Timothy Graulich, Esq.* timothy.graulich@davispolk.com

//

Counsel to the California Public Utilities Commission:
- Alan W. Kornberg, Esq.* akornberg@paulweiss.com
- Brian S. Hermann, Esq.* bhermann@paulweiss.com
- Walter R. Rieman, Esq.* wrieman@paulweiss.com
- Sean A. Mitchell, Esq.* smitchel@paulweiss.com
- Neal P. Donnelly, Esq.* ndonnelly@paulweiss.com

Office of the United States Trustee:
- Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov
- James L. Snyder, Esq.* james.l.snyder@usdoj.gov
- Timothy S. Laffredi, Esq.* timothy.s.laffredi@usdoj.gov
- Marta Villacorta, Esq.* marta.villacorta@usdoj.gov

Counsel to the U.S. Nuclear Regulatory Commisson:
U.S. Nuclear Regulatory Commission (Attn: General Counsel)
1600 E. Lamar Blvd., Arlington, TX 76011 (hard copy)

Counsel for U.S. Depart of Justice on behalf of Federal Energy Regulatory Commission:
- Shane Huang, Esq.* shane.huang@usdoj.gov
- Michael S. Tye, Esq.*michael.tye@usdoj.gov

Official Committee of Unsecured Creditors:
- Dennis F. Dunne, Esq.* ddunne@milbank.com
- Samuel A. Khall, Esq.* skhall@milbank.com
- Paul S. Aronzon, Esq.* paronzon@milbank.com
- Gregory A. Bray, Esq.* gbray@milbank.com
- Thomas R. Kreller, Esq.* tkreller@milbank.com

Official Committee of the Tort Claimants:
- Eric E. Sagerman, Esq.* esagerman@bakerlaw.com
- Cecily A. Dumas, Esq.* cdumas@bakerlaw.com

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon witness, I could and would competently testify thereto. Executed on March 2, 2020, at Roseville, California.

James W. Long

4