**Entered on Docket**
**March 05, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: March 5, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1  **WEIL, GOTSHAL & MANGES LLP**
   Stephen Karotkin (*pro hac vice*)
2  (stephen.karotkin@weil.com)
   Ray C. Schrock, P.C. (*pro hac vice*)
3  (ray.schrock@weil.com)
   Jessica Liou (*pro hac vice*)
4  (jessica.liou@weil.com)
   Matthew Goren (*pro hac vice*)
5  (matthew.goren@weil.com)
   New York, NY 10153-0119
6  Tel:   (212) 310-8000
   Fax:   (212) 310-8007
7
   **KELLER BENVENUTTI KIM LLP**
8  Tobias S. Keller (#151445)
   (tkeller@kbkllp.com)
9  Jane Kim (#298192)
   (jkim@kbkllp.com)
10 650 California Street, Suite 1900
   San Francisco, CA 94108
11 Tel:   (415) 496-6723
   Fax:   (415) 636-9251
12
13 *Attorneys for Debtors and Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> **PG&E CORPORATION**, <br><br>         - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br>                    Debtors. <br><br> ☐  Affects PG&E Corporation <br> ☐  Affects Pacific Gas and Electric Company <br> ☑  Affects both Debtors <br><br> * *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br> Chapter 11 <br> (Lead Case) (Jointly Administered) <br><br> **ORDER GRANTING STIPULATION BETWEEN THE DEBTORS AND THE FEDERAL AGENCIES EXTENDING TIME TO FILE MOTION PURSUANT TO FED. R. BANKR. P. 3018(a) AND AMENDING AMENDED ORDER ESTABLISHING SCHEDULE FOR DISCLOSURE STATEMENT APPROVAL AND PLAN CONFIRMATION** <br><br> Re: Dkt. Nos. 5732, 6026 <br><br> [No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation Between the Debtors and the Federal Agencies Extending the Time to File Motion Pursuant to Fed. R. Bankr. P. 3018(a) and Amending Amended Order Establishing Schedule for Disclosure Statement Approval and Plan Confirmation* (the "**Stipulation**") [Dkt. No. 6026], filed on March 3, 2020; and, pursuant to such stipulation and agreement of the Parties[1], and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the Federal Agencies to file and serve a motion pursuant to Bankruptcy Rule 3018(a) is extended through 4:00 p.m. (Prevailing Pacific Time) on March 20, 2020.

APPROVED AS TO FORM AND CONTENT:

Dated: March 3, 2020

UNITED STATES DEPARTMENT OF
JUSTICE, CIVIL DIVISION

/s/ *Matthew J. Troy*
Matthew J. Troy
Mary Schmergel

*Attorneys for the Federal Agencies*

**END OF ORDER**

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.