UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
|  - and -  |  |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Andrew G. Vignali, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("**_Prime Clerk_**"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On March 2, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on the Notice Party Service List attached hereto as **Exhibit A**:

- Order (I) Authorizing the Debtors and TCC to Enter into Restructuring Support Agreement with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, and (II) Granting Related Relief [Docket No. 5174]

- Order Denying Motion of William B. Abrams for reconsideration of the Order (I) Authorizing the Debtors and TCC to Enter into Restructuring Support Agreement with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, and (II) Granting Related Relief [Docket No. 5766]

- Notice of Appeal and Statement of Election to Have Appeal Heard by District Court [Docket No. 5947]

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 5th day of March 2020, at New York, NY.

*Andrew G. Vignali*
Andrew G. Vignali

SRF 40281

# **Exhibit A**

## Exhibit A

Notice Parties Service List

Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Baker & Hostetler LLP | Attn: Robert A. Julian, Cecily A. Dumas | 1160 Battery St., #100 | | San Francisco | CA | 94111 |
| Baker & Hostetler LLP | Attn: Eric E. Sagerman, Lauren T. Attard | 11601 Wilshire Blvd., #1400 | | Los Angeles | CA | 90025 |
| Baker & Hostetler LLP | Attn: Robert A. Julian, Cecily A. Dumas | 600 Montgomery St., #3100 | | San Francisco | CA | 94111 |
| Baker & Hostetler LLP | Attn: David B. Rivkin, Jr. | 1050 Connecticut Ave., NW, #1100 | | Washington | DC | 20036 |
| Corey, Luzaich, De Ghetaldi & Riddle LLP | Attn: Dario de Ghetaldi, Amanda L. Riddle, Steven M. Berki | 700 El Camino Real | P.O. Box 669 | Millbrae | CA | 94030-0669 |
| Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, Kevin J. Orsini, Omid H. Nasab | 825 Eighth Ave. | | New York | NY | 10019 |
| Danko Meredith | Attn: Michael S. Danko, Kristine K. Meredith, Shawn R. Miller | 333 Twin Dolphin Dr., #145 | | Redwood Shores | CA | 94065 |
| Diemer & Wei LLP | Attn: Kathryn S. Diemer | 100 West San Fernando St., #555 | | San Jose | CA | 95113 |
| Dreyer Babich Bucola Wood Campora LLP | Attn: Steven M. Campora | 20 Bicentennial Cir. | | Sacramento | CA | 95826 |
| Edelson P.C. | Attn: Rafey S. Balabanian | 123 Townsend St., #100 | | San Francisco | CA | 94107 |
| Gibbs Law Group | Attn: Eric Gibbs, Dylan Hughes | 505 14th St., #1110 | | Oakland | CA | 94612 |
| Greene Radovsky Maloney Share & Hennigh LLP | Attn: Edward J. Tredinnick | 4 Embarcadero Center, #4000 | | San Francisco | CA | 94111-4106 |
| Greene Radovsky Maloney Share & Hennigh LLP | Attn: Edward J. Tredinnick | One Front St., #3200 | | San Francisco | CA | 94111 |
| Jones Day | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston | 555 South Flower St. 15th Fl. | | Los Angeles | CA | 90071-2300 |
| Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | 650 California St., #1900 | | San Francisco | CA | 94108 |
| Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | 55 Hudson Yards | | New York | NY | 10001-2163 |
| Milbank LLP | Attn: Gregory A. Bray, Thomas R. Kreller | 2029 Century Park East, 33rd Fl. | | Los Angeles | CA | 90067 |
| Norton Rose Fulbright US LLP | Attn: Rebecca J. Winthrop | 555 S. Flower St., 41st Fl. | | Los Angeles | CA | 90071 |
| Office of the U.S. Trustee / SF | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05-0153 | | San Francisco | CA | 94102 |
| Richards Law Firm | Attn: John T. Richards, Evan Willis | 101 West Broadway, #1950 | | San Diego | CA | 92101 |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Ray C. Shrock, Matthew Goren | 767 Fifth Ave. | | New York | NY | 10153 |
| William B. Abrams | 1519 Branch Owl Place | | | Santa Rosa | CA | 95409 |
| Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Benjamin P. McCallen | 787 Seventh Ave | | New York | NY | 10019-6099 |