**Entered on Docket**
**March 05, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



```
WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (pro hac vice)
(stephen.karotkin@weil.com)
Theodore Tsekerides (pro hac vice)
(theodore.tsekerides@weil.com)
Jessica Liou (pro hac vice)
(jessica.liou@weil.com)
Matthew Goren (pro hac vice)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007
```

**Signed and Filed: March 5, 2020**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Plaintiffs (Debtors and Debtors in Possession)*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER APPROVING STIPULATION AND AGREEMENT FOR ORDER BETWEEN DEBTORS AND DAN CLARKE FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Related to Dkt Nos. 2823, 3113, 3136, 5768-69, 5771-72 |

The Court having considered the *Stipulation and Agreement for Order Between Debtors and Dan Clarke for Relief from the Automatic Stay* (the "**Stipulation**"),[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**"), on the one hand, and Dan Clarke ("**Clarke**"), on the other, filed on March 4, 2020 [Dkt. No. 6070], and pursuant to such stipulation of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. Effective as of the later of the date of entry of this Order or March 10, 2020, the automatic stay shall be modified as follows with respect to the Marina Case:

   a. To permit Clarke to prosecute the Marina Case through final judgment and any appeals thereof, with the exception that Clarke shall not be permitted to seek any discovery regarding claims arising from the former "Cannery" Manufactured Gas Plant ("**Cannery Claims**") unless and until the District Court grants any motion by Clarke to amend his complaint to add Cannery Claims, provided that if such motion is granted prior to June 1, 2020, Clarke shall not be permitted to seek discovery regarding Cannery Claims prior to June 1, 2020 other than through requests for production of documents;

   b. To permit any actions by the Debtors necessary to comply with any injunctive relief ordered by the District Court, including any payment by the Debtors of any monies necessary to comply with such injunctive relief, and to further permit any enforcement by Clarke of any such relief.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

3. Effective as of the later of the date of entry of this Order or March 10, 2020, the automatic stay shall be modified as follows with respect to the Cannery Case:

    a. To permit Clarke to commence and prosecute the Cannery Case through final judgment and any appeals thereof, with the exception that Clarke shall not be permitted to seek any discovery in the Cannery Case until the earlier of: (i) the filing of an answer by the Debtors, or (ii) a decision by the District Court on any motion by the Debtors under Rule 12 of the Federal Rules of Civil Procedure;

    b. To permit any actions by the Debtors necessary to comply with any injunctive relief ordered by the District Court, including any payment by the Debtors of any monies necessary to comply with such injunctive relief, and to further permit any enforcement by Clarke of any such relief.

4. With respect to the Marina Case and the Cannery Case, the automatic stay shall remain in place as to any monetary awards issued by the District Court to Clarke or any other person or entity, including but not limited to any awards for reimbursement of attorneys' fees and costs, expert witness fees, and/or civil penalties or exemplary damages. Clarke shall seek to recover any such monetary awards only through the claims process in these Chapter 11 Cases, and shall be prohibited from seeking relief from the automatic stay to recover or enforce any such awards in any other manner. Nothing herein shall be construed to be a waiver by the Debtors of any right to object on any grounds to any claim submitted by Clarke in these Chapter 11 Cases.

5. The Stipulation is without prejudice to any aspect of the underlying Marina Case or Cannery Case, and nothing herein shall be construed to be a waiver by the Debtors or Clarke of any claims, defenses, or arguments with respect to the same (including without limitation any such arguments in support of or in opposition to any motion or discovery request permitted or contemplated by the Stipulation).

6. The Motions are withdrawn and the Hearings are vacated.

7. The Stipulation, as well as the limited relief from the automatic stay as provided herein, are effective as of the date of entry of this Order, notwithstanding any contrary effect of Federal Rule of Bankruptcy Procedure 4001(a)(3).

8. The Stipulation shall be binding on the Parties and each of their successors in interest.

9. The Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and supersede all prior agreements and understandings relating to the subject matter hereof.

10. The Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation or this Order.

*** END OF ORDER ***

Approved:

GROSS KLEIN LLP
BELVEDERE LEGAL, PC


/s/ *Stuart G. Gross*
Stuart G. Gross

*Attorneys for Dan Clarke*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119