Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons
Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**March 6, 2020**

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building
& United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re:   Transmittal of Notice of Appeal to District Court: **PG& E Corporation and Pacific Gas & Electric Company; Bankruptcy Case No. 19-30088-DM, Judge Dennis Montali**

Dear Clerk:

We are electronically transmitting the following documents to your court for the above referenced matter:

X   Notice of Appeal and Statement of Election- by Official Committee of Unsecured Creditors
X   Court Certificate of Mailing
X   Docket Report
X   Interlocutory Order Regarding Post Petition Interest
X   Memorandum Decision Regarding Post Petition Interest
X   Cross-Motion for Leave to File Appeal
X   Notice of Cross-Motion for Leave to File Appeal
X   Filing Fee Paid

If you have any questions, please contact me *at* **(415) 268-2373**.

Sincerely,

Edward J. Emmons
Clerk of Court

By: Da'Wana L. Chambers
   **Deputy Clerk**