# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In Re: PG& E Corporation        Bankruptcy Case No. 19-30088-DM
           and                         Chapter 11
Pacific Gas and Electric Company

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by Official Committee of Unsecured Creditors - Dkt #6097**

**Interlocutory Order Regarding Post Petition Interest**

**Memorandum Decision Regarding Post Petition Interest**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) by depositing in the regular United States mail on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

MILBANK LLP                         for **Official Committee of Unsecured Creditors**
Gregory A. Bray
Thomas R. Kreller
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
**-and-**

MILBANK LLP
Dennis F. Dunne
Samuel A. Khalil
55 Hudson Yards
New York, NY 10001-2163

KELLER BENVENUTTI KIM, LLP                    for **PG& E Corporation and**
Tobias S. Keller                                                  **Pacific Gas & Electric Company**
Jane Kim
Peter J. Benvenutti
650 California St., #1900
San Francisco, CA 94108
**-and-**
WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin
Ray C. Schrock, P.C.
Jessica Liou
Theodore E. Tsekerides
767 Fifth Ave.
New York, NY 10153-0119


JONES DAY                                           for **Certain PG& E Shareholders**
Bruce S. Bennett
Joshua M. Mester
James O. Johnston
555 South Flower St., 15th Fl.
Los Angeles, CA 90071-2300


AKIN GUMP STRAUSS HAUER & FELD LLP for **Ad Hoc Committee of Senior Unsecured**
Michael S. Stamer                                          **Noteholders of Pacific Gas and Electric Co.**
Ira S. Dizengoff
David H. Botter
Abid Qureshi
One Bryant Park
New York, NY 10036
**-and-**
AKIN GUMP STRAUSS HAUER & FELD LLP
Ashley Vinson Crawford
580 California St., #1500
San Francisco, CA 94104

STROOCK & STROOCK & LAVAN LLP      for **Mizuho Bank, Ltd.** in its capacity as
Mark A. Speiser                                   Holdco Term Loan Administrative Agent
Kenneth Pasquale
Sherry J. Millman
Harold A. Olsen
180 Maiden Lane
New York, NY 10038-4982
**-and-**
STROOCK & STROOCK & LAVAN LLP
David W. Moon
2029 Century Park East
Los Angeles, CA 90067-3086

ARENT FOX LLP                   for **BOKF, NA,** in its capacity as Indenture Trustee for
Andrew I. Silfen                                the Utility Senior Notes
Beth M. Brownstein
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019
**-and-**
ARENT FOX LLP
Aram Ordubegian
55 Second St., 21st Fl.
San Francisco, CA 94105

PILLSBURY WINTHROP SHAW PITTMAN LLP    for **Wilmington Trust, National**
M. David Minnick                               **Association,** in its capacity as
Four Embarcadero Center, 22nd Fl.             Administrative Agent for Holdco Revolver
San Francisco, CA 94126-5998
**-and-**
Leo T. Crowley
31 West 52nd St.
New York, NY 10019-6131

DAVIS POLK & WARDWELL LLP       for **Citibank N.A.,** as Administrative Agent for the
Timothy Graulich                              Utility Revolving Credit Facility
David Schiff
Daniel E. Meyer
450 Lexington Ave.
New York, NY 10017
**-and-**
DAVIS POLK & WARDWELL LLP
Andrew D. Yaphe
1600 El Camino Real
Menlo Park, CA 94025

QUINN EMANUEL URQUHART & SULLVAN, LLP    for **Canyon Capital Advisors LLC**
Bennett Murphy
865 South Figueroa St., 10th Fl.
Los Angeles, CA 90017-2543


TROUTMAN SANDERS LLP                    for **Consolidated Edison Development, Inc.**
Hugh M. McDonald
Jonathan D. Forstot
875 Third Ave.
New York, NY 10022
**-and-**
TROUTMAN SANDERS LLP
Marcus T. Hall
Katherine L. Malone
3 Embarcadero Center, #800
San Francisco, CA 94111


WILLKIE FARR & GALLAGHER LLP   for **Ad Hoc Group of Subrogation Claim Holders**
Matthew A. Feldman
Joseph G. Minias
Benjamin P. McCallen
787 Seventh Ave.
New York, NY 10019-6099
**-and-**
DIEMER & WEI LLP
Kathryn S. Diemer
100 West San Fernando St., #555
San Jose, CA 95113



                                    DaWana L. Chambers
Date: March 6, 2020                  Deputy Clerk