| Date | Doc # | Description |
|---|---|---|
| | | David S. Torborg) (Agenbroad, Aaron) (Entered: 03/03/2020) |
| 03/03/2020 | 6047 (12 pgs) | Notice Regarding /Notice of Subpoena Issued to Accenture LLP Filed by Creditor Committee Official Committee of Tort Claimants (Richardson, David) (Entered: 03/03/2020) |
| 03/03/2020 | 6048 (5 pgs) | Certificate of Service (RE: related document(s)6047 Notice). Filed by Creditor Committee Official Committee of Tort Claimants (Richardson, David) (Entered: 03/03/2020) |
| 03/03/2020 | 6049 (59 pgs; 3 docs) | Notice Regarding / Notice of Filing of Proposed Fire Victim Trust Agreement and Proposed Fire Victim Claims Resolution Procedures (RE: related document(s)5700 Disclosure Statement [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Filed by Debtor PG&E Corporation (RE: related document(s)2226 Order on Motion to Extend/Limit Exclusivity Period, 4167 Order on Motion to Extend/Limit Exclusivity Period). (Rupp, Thomas). Related document(s) 5590 Amended Chapter 11 Plan filed by Debtor PG&E Corporation. Modified on 2/10/2020 (dc).). Filed by Creditor Committee Official Committee of Tort Claimants (Attachments: # 1 Exhibit A # 2 Exhibit B) (Attard, Lauren). Related document(s) 5732 Amended Order. Modified on 3/4/2020 (dc). (Entered: 03/03/2020) |
| 03/03/2020 | 6050 (36 pgs; 2 docs) | Objection (RE: related document(s)5840 Motion Miscellaneous Relief). Filed by Creditors Wright Tree Service of the West, Inc., Wright Tree Service, Inc., Cupertino Electric, Inc., CN Utility Consulting, Inc. (Attachments: # 1 Certificate of Service) (Lubic, Michael) (Entered: 03/03/2020) |
| 03/03/2020 | 6051 (6 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Allied P&C Insurance Company (Claim No. 55412, Amount $1,172,829,886.28) To BG Subrogation Partners I-A, L.L.C.. Fee Amount $25 Filed by Interested Party The Baupost Group, L.L.C.. (Grassgreen, Debra) (Entered: 03/03/2020) |
| 03/03/2020 | 6052 (6 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: BG Subrogation Partners I-A, L.L.C. (Claim No. 55412, Amount $586,446,905.13) To TLFI Investments B, LLC. Fee Amount $25 Filed by Creditor TLFI Investments B, LLC (Litvak, Maxim) Modified on 3/5/2020 (dc). (Entered: 03/03/2020) |
| 03/03/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30341984, amount $ 25.00 (re: Doc# 6052 Transfer of Claim) (U.S. Treasury) (Entered: 03/03/2020) |
| 03/03/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30341988, amount $ 25.00 (re: Doc# 6051 Transfer of Claim) (U.S. Treasury) (Entered: 03/03/2020) |
| 03/03/2020 | 6053 (3 pgs) | Objection McKinsey & Company Inc. United States's Opposition to TCC's Motion to Establish Procedures for Discovery Preceding Plan Confirmation (RE: related document(s)5840 Motion Miscellaneous Relief). Filed by Creditor McKinsey & Company, Inc. U.S. (Weiner, Genevieve) (Entered: 03/03/2020) |
| 03/03/2020 | 6054 (7 pgs) | Objection (RE: related document(s)5840 The Official Committee of Tort Claimants Motion to Establish Procedures for Discovery Preceding Plan Confirmation ). Filed by Creditor Quanta Energy Services, Inc (dc) (Entered: 03/04/2020) |
| 03/04/2020 | 6055 (10 pgs; 4 docs) | Statement of Willis Towers Watson US LLC for Allowance and Payment of Compensation for the Period September 1, 2019 Through January 31, 2020 (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A Compensation by Professional # 2 Exhibit B Compensation by Task Code # 3 Exhibit C Detailed Time Entries) (Levinson Silveira, Dara) (Entered: 03/04/2020) |
| 03/04/2020 | 6056 (5 pgs) | Amended Stipulation to Extend Time for ACWA/JPIA to File Proof of Claim Filed by Debtor PG&E Corporation (RE: related document(s)6025 Stipulation to Extend Time filed by Debtor PG&E Corporation). (Levinson Silveira, Dara) (Entered: 03/04/2020) |
| 03/04/2020 | | Request to Remove Primary E-Mail Address from Case . Filed by Interested Party TLFI Investments B, LLC (Litvak, Maxim) Modified on 3/5/2020 (dc). (Entered: 03/04/2020) |
| 03/04/2020 | 6057 (3 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Fulcrum Credit Partners, LLC (Claim No. 55594, Amount $9,440,240.80) To Apollo Credit Strategies Master Fund, Ltd.. Fee Amount $25 Filed by Creditor Apollo Credit Strategies Master Fund, Ltd.. (Esterkin, Richard) (Entered: 03/04/2020) |
| 03/04/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30343473, amount $ 25.00 (re: Doc# 6057 Transfer of Claim) (U.S. Treasury) (Entered: 03/04/2020) |
| 03/04/2020 | 6058 (34 pgs) | Certificate of Service (RE: related document(s)6046 Objection). Filed by Interested Partys GE Grid Solutions, LLC, General Electric Company (Agenbroad, Aaron) (Entered: 03/04/2020) |
| 03/04/2020 | 6059 (28 pgs) | Notice of Appeal and Statement of Election to Have Appeal Heard By District Court, Fee Amount $ 298. (RE: related document(s)5226 Memorandum Decision, 5669 Order). Appellant Designation due by |

| Date | Doc # | Description |
|---|---|---|
| 03/04/2020 | | 03/18/2020. Transmission to District Court due by 04/3/2020. Filed by Creditor Mizuho Bank, Ltd. (Moon, David) (Entered: 03/04/2020) |
| 03/04/2020 | 6060 (24 pgs) | Motion for Leave to Appeal *Cross-Motion Of Mizuho Bank, Ltd., In Its Capacity As Holdco Term Loan Administrative Agent* Filed by Creditor Mizuho Bank, Ltd. (Moon, David) (Entered: 03/04/2020) |
| 03/04/2020 | 6061 (3 pgs) | Notice Regarding *Notice of Cross-Motion of Mizuho Bank, Ltd., in its Capacity as Holdco Term Loan Administrative Agent for Leave to Appeal Order Regarding Postpetition Interest* (RE: related document(s)6060 Motion for Leave to Appeal *Cross-Motion Of Mizuho Bank, Ltd., In Its Capacity As Holdco Term Loan Administrative Agent* Filed by Creditor Mizuho Bank, Ltd.). Filed by Creditor Mizuho Bank, Ltd. (Moon, David) (Entered: 03/04/2020) |
| 03/04/2020 | 6062 (58 pgs; 6 docs) | Statement of / *Tenth Monthly Fee Statement of Lincoln Partners Advisors LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 1, 2019 through December 31, 2019* (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Creditor Committee Official Committee of Tort Claimants (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) (Dumas, Cecily) (Entered: 03/04/2020) |
| 03/04/2020 | | Hearing Set On Classification Issue of Fire Claims of Federal Agencies and of California State Agencies (RE: related document(s)6010 Order on Stipulation). **Hearing scheduled for 4/1/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** (lp) (Entered: 03/04/2020) |
| 03/04/2020 | 6063 (3 pgs) | Substitution of Attorney . Attorney Tina Bao-Ngan Vy Ngo terminated. Natalie Kathleen Sanders added to the case. Filed by Interested Party Black & Veatch Construction, Inc. (Sanders, Natalie) (Entered: 03/04/2020) |
| 03/04/2020 | 6064 (5 pgs) | Certificate of Service (RE: related document(s)5967 Declaration, 5976 Declaration). Filed by Creditor Committee Official Committee of Tort Claimants (Dumas, Cecily) (Entered: 03/04/2020) |
| 03/04/2020 | 6065 (4 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Language Services Associates, Inc (Claim No. 1871, Amount $8,680.43) To Cherokee Debt Acquisition, LLC. Fee Amount $25 Filed by Interested Party Cherokee Debt Acquisition, LLC. (Faucher, Lisa) (Entered: 03/04/2020) |
| 03/04/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30344177, amount $ 25.00 (re: Doc# 6065 Transfer of Claim) (U.S. Treasury) (Entered: 03/04/2020) |
| 03/04/2020 | 6066 (26 pgs) | Certificate of Service (RE: related document(s)5972 Motion Miscellaneous Relief, 5973 Declaration, 5975 Notice of Hearing). Filed by Creditor Committee Official Committee of Tort Claimants (Richardson, David) (Entered: 03/04/2020) |
| 03/04/2020 | 6067 (3 pgs) | Order Approving Amended Stipulation Enlarging Time for ACWA/JPIA to File Proof of Claim (RE: related document(s)5215 Motion Miscellaneous Relief filed by Creditor Association of California Water Agencies Joint Powers Insurance Authority). (lp) (Entered: 03/04/2020) |
| 03/04/2020 | | Hearing Dropped. The hearing on 3/10/20 regarding Motion Pursuant to Fed. R. Bankr. P. 9006(b)(1) to Enlarge the Time for ACWA/JPIA to File Proof of Claim Filed by Association of California Water Agencies Joint Powers Insurance Authority is taken off calendar per the Order, dkt #6067, filed on 3/4/20. (related document(s): 5215 Motion Miscellaneous Relief filed by Association of California Water Agencies Joint Powers Insurance Authority) (lp) (Entered: 03/04/2020) |
| 03/04/2020 | 6068 (3 pgs) | Application for Admission of Attorney Pro Hac Vice . Fee Amount $310 (Mintz, Benjamin) (Entered: 03/04/2020) |
| 03/04/2020 | | Receipt of filing fee for Application for Admission of Attorney Pro Hac Vice(19-30088) [motion,mprohac] ( 310.00). Receipt number 30344513, amount $ 310.00 (re: Doc# 6068 Application for Admission of Attorney Pro Hac Vice . Fee Amount $310) (U.S. Treasury) (Entered: 03/04/2020) |
| 03/04/2020 | 6069 (3 pgs) | Application for Admission of Attorney Pro Hac Vice . Fee Amount $310 (Mijares-Shafai, Gerardo) (Entered: 03/04/2020) |
| 03/04/2020 | | Receipt of filing fee for Application for Admission of Attorney Pro Hac Vice(19-30088) [motion,mprohac] ( 310.00). Receipt number 30344583, amount $ 310.00 (re: Doc# 6069 Application for Admission of Attorney Pro Hac Vice . Fee Amount $310) (U.S. Treasury) (Entered: 03/04/2020) |
| 03/04/2020 | 6070 (6 pgs) | Stipulation for Relief from Stay *STIPULATION AND AGREEMENT FOR ORDER BETWEEN DEBTORS AND DAN CLARKE FOR RELIEF FROM THE AUTOMATIC STAY*. Filed by Debtor PG&E Corporation (RE: related document(s)2823 Motion for Relief From Stay filed by Creditor Dan Clarke, 3113 Stipulation for Relief From Stay filed by Debtor PG&E Corporation, 3136 Order on Stipulation, 5768 Motion for Relief From Stay filed by Creditor Dan Clarke, 5769 Notice of Hearing filed by Creditor Dan Clarke, 5771 |

| | | |
|---|---|---|
| | | Motion for Relief From Stay filed by Creditor Dan Clarke, 5772 Notice of Hearing filed by Creditor Dan Clarke). (Benvenutti, Peter) (Entered: 03/04/2020) |
| 03/04/2020 | 6071 (1 pg) | Notice of Change of Address *for Tannor Partners Credit Fund LP* Filed by Creditor Tannor Partners Credit Fund, LP. (Tannor, Robert) (Entered: 03/04/2020) |
| 03/04/2020 | 6072 (17 pgs; 2 docs) | Application to Employ *Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Hunton Andrews Kurth LLP as Special Counsel for the Debtors Effective as of the Petition Date* Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Proposed Order) (Rupp, Thomas) (Entered: 03/04/2020) |
| 03/04/2020 | 6073 (277 pgs; 4 docs) | Declaration of Michael F. Fitzpatrick, Jr. in Support of *Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Hunton Andrews Kurth LLP as Special Counsel for the Debtors Effective as of the Petition Date* (RE: related document(s)6072 Application to Employ). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit 1 - Master Services Agreement # 2 Schedule 1 # 3 Schedule 2) (Rupp, Thomas) (Entered: 03/04/2020) |
| 03/04/2020 | 6074 (4 pgs) | Declaration of Janet Loduca in Support of *Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Hunton Andrews Kurth LLP as Special Counsel for the Debtors Effective as of the Petition Date* (RE: related document(s)6072 Application to Employ). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 03/04/2020) |
| 03/04/2020 | 6075 (2 pgs) | Notice of Hearing *on Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Hunton Andrews Kurth LLP as Special Counsel for the Debtors Effective as of the Petition Date* (RE: related document(s)6072 Application to Employ *Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Hunton Andrews Kurth LLP as Special Counsel for the Debtors Effective as of the Petition Date* Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Proposed Order)). **Hearing scheduled for 3/25/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 03/04/2020) |
| 03/04/2020 | 6076 (26 pgs) | Certificate of Service *(Notice of Filing of Proposed Fire Victim Trust Agreement and Proposed Fire Victim Claims Resolution Procedures)* (RE: related document(s)6049 Notice). Filed by Creditor Committee Official Committee of Tort Claimants (Attard, Lauren) (Entered: 03/04/2020) |
| 03/04/2020 | 6077 (6 pgs) | Certificate of Service *(Response of No Objection to the ACWA/JPIA Motion to File Subrogation Proof of Claim, and Objecting to Filing Victim Claim)* (RE: related document(s)6041 Response). Filed by Creditor Committee Official Committee of Tort Claimants (Julian, Robert) (Entered: 03/04/2020) |
| 03/04/2020 | 6078 (27 pgs) | Motion for Relief from Stay Fee Amount $181, Filed by Creditor South San Joaquin Irrigation District (Glassman, Paul) (Entered: 03/04/2020) |
| 03/04/2020 | 6079 (1 pg) | Relief From Stay Cover Sheet */ re Motion of South San Joaquin Irrigation District for Relief From the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue; Memorandum of Points and Authorities in Support Thereof* (RE: related document(s)6078 Motion for Relief From Stay). Filed by Creditor South San Joaquin Irrigation District (Glassman, Paul) (Entered: 03/04/2020) |
| 03/04/2020 | 6080 (3 pgs) | Notice of Hearing */ Notice of Motion of South San Joaquin Irrigation District for Relief From the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue* (RE: related document(s)6078 Motion for Relief from Stay Fee Amount $181, Filed by Creditor South San Joaquin Irrigation District). **Hearing scheduled for 3/25/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** Filed by Creditor South San Joaquin Irrigation District (Glassman, Paul) (Entered: 03/04/2020) |
| 03/04/2020 | 6081 (4 pgs) | Declaration */ Declaration of Peter Rietkerk in Support of South San Joaquin Irrigation Districts Motion for Relief From the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue* (RE: related document(s)6078 Motion for Relief From Stay). Filed by Creditor South San Joaquin Irrigation District (Glassman, Paul) (Entered: 03/04/2020) |
| 03/04/2020 | 6082 (3 pgs) | Declaration */ Declaration of Peggy OLaughlin in Support of South San Joaquin Irrigation Districts Motion for Relief From the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue* (RE: related document(s)6078 Motion for Relief From Stay). Filed by Creditor South San Joaquin Irrigation District (Glassman, Paul) (Entered: 03/04/2020) |
| 03/04/2020 | 6083 | Request To Take Judicial Notice */ Request For Judicial Notice in Support of Motion of South San Joaquin |

| | | |
|---|---|---|
| | (148 pgs) | *Irrigation District for Relief From the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue* (RE: related document(s)6078 Motion for Relief From Stay). Filed by Creditor South San Joaquin Irrigation District (Glassman, Paul) (Entered: 03/04/2020) |
| 03/04/2020 | 6084 (20 pgs) | Certificate of Service */ re Motion of South San Joaquin Irrigation District for Relief From the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue; Memorandum of Points and Authorities in Support Thereof, Notice of Motion of South San Joaquin Irrigation District for Relief From the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue, Declaration of Peter Rietkerk in Support of South San Joaquin Irrigation Districts Motion for Relief From the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue, Declaration of Peggy OLaughlin in Support of South San Joaquin Irrigation Districts Motion for Relief From the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue and Request For Judicial Notice in Support of Motion of South San Joaquin Irrigation District for Relief From the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue* Filed by Creditor South San Joaquin Irrigation District (Glassman, Paul) (Entered: 03/04/2020) |
| 03/04/2020 | | Receipt of filing fee for Motion for Relief From Stay(19-30088) [motion,mrlfsty] ( 181.00). Receipt number 30345500, amount $ 181.00 (re: Doc# 6078 Motion for Relief from Stay Fee Amount $181,) (U.S. Treasury) (Entered: 03/04/2020) |
| 03/04/2020 | 6085 (27 pgs) | BNC Certificate of Mailing (RE: related document(s) 6007 Order on Motion for Miscellaneous Relief). Notice Date 03/04/2020. (Admin.) (Entered: 03/04/2020) |
| 03/04/2020 | 6086 (27 pgs) | BNC Certificate of Mailing (RE: related document(s) 6008 Order on Motion for Miscellaneous Relief). Notice Date 03/04/2020. (Admin.) (Entered: 03/04/2020) |
| 03/04/2020 | 6087 (27 pgs) | BNC Certificate of Mailing (RE: related document(s) 6009 Order on Motion for Miscellaneous Relief). Notice Date 03/04/2020. (Admin.) (Entered: 03/04/2020) |
| 03/04/2020 | 6088 (40 pgs; 4 docs) | Motion *of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 503(c) for Entry of an Order Approving Debtors 2020 (I) Short Term Incentive Program; (II) Long Term Incentive Program; (III) Performance Metrics for the Chief Executive Officer and President of PG&E Corporation; and (IV) Granting Related Relief* Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Kim, Jane) (Entered: 03/04/2020) |
| 03/04/2020 | 6089 (10 pgs) | Declaration of Lane Ringlee in support of *2020 Employee Compensation Motion* (RE: related document(s)6088 Motion Miscellaneous Relief). Filed by Debtor PG&E Corporation (Kim, Jane) (Entered: 03/04/2020) |
| 03/04/2020 | 6090 (19 pgs) | Declaration of John Lowe in support of *2020 Employee Compensation Motion* (RE: related document(s)6088 Motion Miscellaneous Relief). Filed by Debtor PG&E Corporation (Kim, Jane) (Entered: 03/04/2020) |
| 03/04/2020 | 6091 (2 pgs) | Notice of Hearing (RE: related document(s)6088 Motion *of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 503(c) for Entry of an Order Approving Debtors 2020 (I) Short Term Incentive Program; (II) Long Term Incentive Program; (III) Performance Metrics for the Chief Executive Officer and President of PG&E Corporation; and (IV) Granting Related Relief* Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C)). **Hearing scheduled for 3/25/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** Filed by Debtor PG&E Corporation (Kim, Jane) (Entered: 03/04/2020) |
| 03/04/2020 | 6127 (2 pgs) | Acknowledgment of Receipt by District Court of Notice of Appeal to District Court. Case Number: 20-cv-01612-HSG (RE: related document(s)5947 Notice of Appeal and Statement of Election). (dc) (Entered: 03/06/2020) |
| 03/05/2020 | | Receipt of filing fee for Notice of Appeal and Statement of Election(19-30088) [appeal,ntcaplel] ( 298.00). Receipt number 30346094, amount $ 298.00 (re: Doc# 6059 Notice of Appeal and Statement of Election) (U.S. Treasury) (Entered: 03/05/2020) |
| 03/05/2020 | 6092 (24 pgs) | Certificate of Service *of Sonia Akter Regarding Notice of Filing of Subrogation Wildfire Trust Agreement, Notice of Filing of Fire Victim Claim Plan Treatment Summary, Monthly Fee Statement KPMG LLP for Compensation for Services Rendered and Reimbursement of Expenses as Information Technology, Risk, and Legal Support Consultants to the Debtors for the period from October 1, 2019 through October 31, 2019, Eleventh Monthly Fee Statement of Weil, Gotshal & Manges LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the period of December 1, 2019 through December 31, 2019, Ninth Monthly Fee Statement of Simpson Thacher & Bartlett LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the period of December 1, 2019 through December 31, 2019, Twelfth Monthly Fee Statement of Coblentz Patch Duffy & Bass LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the period of January 1, 2020 through January 31, 2020, Notice of Filing of Amended First Interim Fee Application of Simpson Thacher & Bartlett LLP for* |

| | | |
|---|---|---|
| | | *Allowance and Payment of Compensation and Reimbursement of Expenses for the period of January 29, 2019 through April 30, 2019, Monthly Operating Report (Filing Period Ending January 31, 2020)* Filed by Other Prof. Prime Clerk LLC (related document(s)5956 Statement, 5957 Statement, 5958 Statement, 5959 Statement, 5966 Operating Report, 5971 Notice, 5978 Notice, 5979 Notice). (Baer, Herb) (Entered: 03/05/2020) |
| 03/05/2020 | 6093 (3 pgs) | Certificate of Service *Proof of Service* (RE: related document(s)6053 Objection). Filed by Creditor McKinsey & Company, Inc. U.S. (Weiner, Genevieve) (Entered: 03/05/2020) |
| 03/05/2020 | 6094 (40 pgs) | Certificate of Service (RE: related document(s)5998 Opposition Brief/Memorandum). Filed by Creditor Outback Contractors, Inc. (Parkinson, Donna) (Entered: 03/05/2020) |
| 03/05/2020 | 6095 (2 pgs) | Certificate of Service (RE: related document(s)6063 Substitution of Attorney). Filed by Interested Party Black & Veatch Construction, Inc. (Sanders, Natalie) (Entered: 03/05/2020) |
| 03/05/2020 | 6096 (4 pgs) | Courts Certificate of Mailing. Number of notices mailed: 24 (RE: related document(s)5226 Memorandum Decision, 5669 Interlocutory Order Regarding Postpetition Interest, 6059 Notice of Appeal and Statement of Election). (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6097 (25 pgs; 3 docs) | Notice of Appeal to District Court *and Statement of Election*, Fee Amount $ 298. (RE: related document(s)5226 Memorandum Decision, 5669 Order). Appellant Designation due by 03/19/2020. Transmission to District Court due by 04/6/2020. (Attachments: # 1 Exhibit A # 2 Exhibit B) Filed by Creditor Committee Official Committee Of Unsecured Creditors (Bray, Gregory) (Entered: 03/05/2020) |
| 03/05/2020 | 6098 (2 pgs) | First Amended Certificate of Service (RE: related document(s)6063 Substitution of Attorney, 6095 Certificate of Service). Filed by Interested Party Black & Veatch Construction, Inc. (Sanders, Natalie) (Entered: 03/05/2020) |
| 03/05/2020 | | Receipt of filing fee for Notice of Appeal(19-30088) [appeal,ntcapl] ( 298.00). Receipt number 30346749, amount $ 298.00 (re: Doc# 6097 Notice of Appeal) (U.S. Treasury) (Entered: 03/05/2020) |
| 03/05/2020 | 6099 (624 pgs; 26 docs) | Transmission of Notice of Appeal to District Court (RE: related document(s)5226 Memorandum Decision, 5669 Interlocutory Order Regarding Postpetition Interest , 6096 Court Certificate of Mailing, 6097 Notice of Appeal). (Attachments: # 1 Notice of Appeal and Statement of Election # 2 Court Certificate of Mailing # 3 Interlocutory Order Regarding Post Petition Interest # 4 Memorandum Decision # 5 Cross-Motion for Leave to Appeal # 6 Notice Re Motion for Leave to Appeal # 7 Court Docket Report - Part 1 # 8 Court Docket Report - Part 2 # 9 Court Docket Report - Part 3 # 10 Court Docket Report - Part 4 # 11 Court Docket Report - Part 5 # 12 Court Docket Report - Part 6 # 13 Court Docket Report - Part 7 # 14 Court Docket Report - Part 8 # 15 Court Docket Report - Part 9 # 16 Court Docket Report - Part 10 # 17 Court Docket Report - Part 11 # 18 Court Docket Report - Part 12 # 19 Court Docket Report - Part 13 # 20 Court Docket Report - Part 14 # 21 Court Docket Report - Part 15 # 22 Court Docket Report - Part 16 # 23 Court Docket Report - Part 17 # 24 Court Docket Report - Part 18 # 25 Court Docket Report - Part 19) (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6100 (2 pgs) | Notice Regarding *Cross-Motion of the Official Committee of Unsecured Creditors for Leave to Appeal Order Regarding Postpetition Interest* Filed by Creditor Committee Official Committee Of Unsecured Creditors (Bray, Gregory). Related document(s) 6101 Motion for Leave to Appeal *Cross-Motion of the Official Committee of Unsecured Creditors for Leave to Appeal Order Regarding Postpetition Interest* filed by Creditor Committee Official Committee Of Unsecured Creditors. Modified on 3/6/2020 (dc). (Entered: 03/05/2020) |
| 03/05/2020 | 6101 (24 pgs; 3 docs) | Motion for Leave to Appeal *Cross-Motion of the Official Committee of Unsecured Creditors for Leave to Appeal Order Regarding Postpetition Interest* Filed by Creditor Committee Official Committee Of Unsecured Creditors. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Bray, Gregory) (Entered: 03/05/2020) |
| 03/05/2020 | 6102 (62 pgs) | Statement of */ Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 1, 2019 Through December 31, 2019* (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Creditor Committee Official Committee Of Unsecured Creditors (Kreller, Thomas) (Entered: 03/05/2020) |
| 03/05/2020 | 6103 (27 pgs) | Notice of Appeal and Statement of Election */Protective Notice of Appeal and Statement of Election by the Ad Hoc Committee of Senior Unsecured Noteholders Concerning Interlocutory Order Regarding Postpetition Interest*, Fee Amount $ 298. (RE: related document(s)5226 Memorandum Decision, 5669 Order). Appellant Designation due by 03/19/2020. Transmission to District Court due by 04/6/2020. Filed by Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (Crawford, Ashley) (Entered: 03/05/2020) |
| 03/05/2020 | 6104 (57 pgs) | Statement of */ Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period January 1, 2020 Through January 31,* |

Case: 19-30088    Doc# 6132-25    Filed: 03/06/20    Entered: 03/06/20 09:31:29    Page 5 of 8

| | | |
|---|---|---|
| | | *2020* (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Creditor Committee Official Committee Of Unsecured Creditors (Kreller, Thomas) (Entered: 03/05/2020) |
| 03/05/2020 | | Receipt of filing fee for Notice of Appeal and Statement of Election(19-30088) [appeal,ntcaplel] ( 298.00). Receipt number 30347687, amount $ 298.00 (re: Doc# 6103 Notice of Appeal and Statement of Election) (U.S. Treasury) (Entered: 03/05/2020) |
| 03/05/2020 | 6105 (2 pgs) | Notice of Appearance and Request for Notice. Filed by Creditor Laurie A. Deuschel (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6106 (6 pgs) | Motion for Relief from Stay, Fee Amount $181.00, has not been paid. Filed by Creditor Laurie A. Deuschel (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6107 (2 pgs) | Notice of Hearing (RE: related document(s)6106 Motion for Relief from Stay, Fee Amount $181.00,has not been paid. Filed by Creditor Laurie A. Deuschel (dc)). **Hearing scheduled for 4/29/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** Filed by Creditor Laurie A. Deuschel (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6108 (3 pgs) | Stipulation to Extend Time *for the California State Agencies to File Motion Pursuant to Fed. R. Bankr. P. 3018(a) and Amending Amended Order Establishing Schedule for Disclosure Statement Approval and Plan Confirmation* Filed by Debtor PG&E Corporation (RE: related document(s)5732 Amended Order). (Levinson Silveira, Dara) (Entered: 03/05/2020) |
| 03/05/2020 | 6109 (1 pg) | Relief From Stay Cover Sheet. (RE: related document(s)6106 Motion for Relief From Stay). Filed by Creditor Laurie A. Deuschel (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6110 (30 pgs) | Declaration of Laurie A. Deuschel and Request To Take Judicial Notice in Support (RE: related document(s)6106 Motion for Relief From Stay). Filed by Creditor Laurie A. Deuschel (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6111 (4 pgs) | Certificate of Service (RE: related document(s)6105 Notice of Appearance and Request for Notice, 6106 Motion for Relief From Stay, 6107 Notice of Hearing, 6109 Relief From Stay Cover Sheet, 6110 Declaration, Request To Take Judicial Notice). Filed by Creditor Laurie A. Deuschel (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6112 (2 pgs) | Order Granting Stipulation Between the Debtors and the Federal Agencies Extending Time to File Motion Pursuant to Fed. R. Bankr. P. 3018(a) and Amending Amended Order Establishing Schedule for Disclosure Statement Approval and Plan Confirmation (RE: related document(s)6026 Stipulation for Miscellaneous Relief filed by Debtor PG&E Corporation). (lp) (Entered: 03/05/2020) |
| 03/05/2020 | 6113 (6 pgs) | Response to Amended Notice of Hearing on Approval (A) Proposed Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of reorganization (B) Plan Solicitation and Voting Procedures (C) Forms of Ballots, Solicitation Packages and Related Notices and (D) Other Related Relief. (RE: related document(s)5590 Amended Chapter 11 Plan, 5732 Amended Order, 5733 Amended Notice of Hearing). Filed by Creditor Ginn M. Doose (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6114 (1 pg) | Order Granting Application for Admission of Attorney Pro Hac Vice [Benjamin Mintz] (Related Doc # 6068). (lp) (Entered: 03/05/2020) |
| 03/05/2020 | 6115 (1 pg) | Order Granting Application for Admission of Attorney Pro Hac Vice [Gerardo Mijares-Shafai] (Related Doc # 6069). (lp) (Entered: 03/05/2020) |
| 03/05/2020 | 6116 (4 pgs) | Certificate of Service *of Andrew G. Vignali Regarding Order (I) Authorizing the Debtors and TCC to Enter into Restructuring Support Agreement with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, and (II) Granting Related Relief, Order Denying Motion of William B. Abrams for reconsideration of the Order (I) Authorizing the Debtors and TCC to Enter into Restructuring Support Agreement with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, and (II) Granting Related Relief, and Notice of Appeal and Statement of Election to Have Appeal Heard by District Court* Filed by Other Prof. Prime Clerk LLC (related document(s)5174 Order on Motion to Approve Document, 5766 Order on Motion to Reconsider, 5947 Notice of Appeal and Statement of Election). (Baer, Herb) (Entered: 03/05/2020) |
| 03/05/2020 | 6117 (4 pgs) | Order Approving Stipulation and Agreement for Order Between Debtors and Dan Clarke for Relief from the Automatic Stay (RE: related document(s)5768 Motion for Relief From Stay filed by Creditor Dan Clarke, 5771 Motion for Relief From Stay filed by Creditor Dan Clarke, 6070 Stipulation for Relief From Stay filed by Debtor PG&E Corporation). (lp) (Entered: 03/05/2020) |
| 03/05/2020 | | Hearing Dropped. The hearing on 3/10/20 regarding Supplemental Motion for Relief from Stay Filed by Dan Clarke is dropped from the calendar per the order, dkt #6117. (related document(s): 5768 Motion for |

| | | |
|---|---|---|
| | | Relief From Stay filed by Dan Clarke) (lp) (Entered: 03/05/2020) |
| 03/05/2020 | ● | Hearing Dropped. The hearing on 3/10/20 regarding Motion for Relief from Stay Filed by Dan Clarke is dropped from the calendar per order, dkt #6117. (related document(s): 5771 Motion for Relief From Stay filed by Dan Clarke) (lp) (Entered: 03/05/2020) |
| 03/05/2020 | ●6118 (4 pgs) | Statement of the Official Committee of Unsecured Creditors regarding the Official Committee of Tort Claimants' Motion to Establish Procedures for Discovery Preceding Plan Confirmation (RE: related document(s)5840 Motion Miscellaneous Relief). Filed by Creditor Committee Official Committee Of Unsecured Creditors (Bray, Gregory) (Entered: 03/05/2020) |
| 03/05/2020 | ●6119 (3 pgs) | Notice Regarding *Cross-Motion of Administrative Agent for Leave to Appeal Order Regarding Postpetition Interest* Filed by Creditor Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility (Yaphe, Andrew) (Entered: 03/05/2020) |
| 03/05/2020 | ●6120 (25 pgs; 3 docs) | Motion for Leave to Appeal *Cross-Motion of Administrative Agent for Leave to Appeal Order Regarding Postpetition Interest* Filed by Creditor Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility (Attachments: # 1 Exhibit A # 2 Exhibit B) (Yaphe, Andrew) (Entered: 03/05/2020) |
| 03/05/2020 | ●6121 (29 pgs) | Notice of Appeal and Statement of Election *to have Appeal Heard by District Court*, Fee Amount $ 298. (RE: related document(s)5226 Memorandum Decision, 5669 Order). Appellant Designation due by 03/19/2020. Transmission to District Court due by 04/6/2020. Filed by Creditor Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility (Yaphe, Andrew) (Entered: 03/05/2020) |
| 03/05/2020 | | Receipt of filing fee for Notice of Appeal and Statement of Election(19-30088) [appeal,ntcaplel] ( 298.00). Receipt number 30348984, amount $ 298.00 (re: Doc# 6121 Notice of Appeal and Statement of Election) (U.S. Treasury) (Entered: 03/05/2020) |
| 03/05/2020 | ●6122 (28 pgs) | Notice of Appeal and Statement of Election -- *BOKF's Notice of Appeal and Election to Have Appeal Heard by District Court Concerning Order Regarding Postpetition Interest*, Fee Amount $ 298. (RE: related document(s)5226 Memorandum Decision, 5669 Order). Appellant Designation due by 03/19/2020. Transmission to District Court due by 04/6/2020. Filed by Interested Party BOKF, NA (Ordubegian, Aram) (Entered: 03/05/2020) |
| 03/05/2020 | | Receipt of filing fee for Notice of Appeal and Statement of Election(19-30088) [appeal,ntcaplel] ( 298.00). Receipt number 30349330, amount $ 298.00 (re: Doc# 6122 Notice of Appeal and Statement of Election) (U.S. Treasury) (Entered: 03/05/2020) |
| 03/05/2020 | ●6123 (3 pgs) | Notice Regarding *Cross-Motion of BOKF for Leave to Appeal Order Regarding Postpetition Interest* Filed by Interested Party BOKF, NA (Ordubegian, Aram) (Entered: 03/05/2020) |
| 03/05/2020 | ●6124 (25 pgs) | Motion for Leave to Appeal -- *BOKF's Cross-Motion for Leave to Appeal Order Regarding Postpetition Interest* Filed by Interested Party BOKF, NA (Ordubegian, Aram) (Entered: 03/05/2020) |
| 03/05/2020 | ●6125 (6 pgs) | Notice Regarding *Certificate of No Objection Regarding Tenth Monthly Fee Statement of Cravath, Swaine & Moore LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of November 1, 2019 Through November 30, 2019* (RE: related document(s)5742 Tenth Monthly Fee Statement of Cravath, Swaine & Moore LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of November 1, 2019 Through November 30, 2019 (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A Compensation by Professional # 2 Exhibit B Compensation by Task Code # 3 Exhibit C Expense Summary # 4 Exhibit D Detailed Time Entries # 5 Exhibit E Detailed Expense Entries) (Levinson Silveira, Dara) Modified on 2/13/2020 (dc).). Filed by Debtor PG&E Corporation (Levinson Silveira, Dara) (Entered: 03/05/2020) |
| 03/05/2020 | ● | **DOCKET TEXT ORDER** (no separate order issued:) The court has reviewed the Motion filed by the TCC To Establish Procedures For Discovery Preceding Plan Confirmation (5840) and the Objections filed by the Debtors (5995), the OCUC (6118) and several other respondents. The obvious conflict with the clear mandate of FRBP 9031, the prematurity of the process (before the Effective Date of a Plan), and the questionable cost-shifting from the Trust to the Debtors all appear fatal to the proposal, before even considering more specific objections by others. The court intends to issue an Order Denying the Motion and an order granting the related Motion to Quash filed by Black & Veatch (5896), dropping both from the March 10, 2020, 10:00 AM calendar unless, before Noon on March 9, 2020, counsel for the TCC files a brief statement setting forth good-faith reasons why its Motion should be granted and the Motion to Quash should be denied. (RE: related document(s)5840 Motion Miscellaneous Relief filed by Creditor Committee Official Committee of Tort Claimants, 5896 Motion to Quash filed by Interested Party Black & Veatch Construction, Inc.). (Montali, Dennis) (Entered: 03/05/2020) |
| 03/05/2020 | ●6126 | Statement of Trade Committee's Statement of Issues, Designation of Items to Be Included in the Record, |

| | | |
|---|---|---|
| | (8 pgs) | and Certification Regarding Transcripts (RE: related document(s)5844 Notice of Appeal and Statement of Election). Filed by Creditor Ad Hoc Committee of Holders of Trade Claims (Neumeister, Michael) (Entered: 03/05/2020) |
| 03/06/2020 | 6128 (4 pgs) | Notice Regarding *Certificate of No Objection Regarding Third Monthly Fee Statement of Morrison & Foerster LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from September 1, 2019 Through September 30, 2019* (RE: related document(s)5605 Statement of Morrison & Foerster LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from September 1, 2019 Through September 30, 2019 (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A Compensation by Professional # 2 Exhibit B Compensation by Task Code # 3 Exhibit C Expense Summary # 4 Exhibit D Detailed Time Entries # 5 Exhibit E Detailed Expense Entries) (Levinson Silveira, Dara)). Filed by Debtor PG&E Corporation (Levinson Silveira, Dara) (Entered: 03/06/2020) |
| 03/06/2020 | 6129 (6 pgs) | Certificate of Service *of Dagmara Krasa-Berstell* (RE: related document(s)6103 Notice of Appeal and Statement of Election). Filed by Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (Crawford, Ashley) (Entered: 03/06/2020) |
| 03/06/2020 | 6130 (4 pgs) | Courts Certificate of Mailing. Number of notices mailed: 21 (RE: related document(s)5226 Memorandum Decision, 5669Interlocutory Order Regarding Postpetition Interest, 6097 Notice of Appeal). (dc) (Entered: 03/06/2020) |