# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>   -and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>               Debtors. | Bankruptcy Case No. 19-30088-DM (Lead Case)<br><br>Chapter 11<br>Assigned to the Hon. Dennis Montali<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                 ) ss.:
COUNTY OF NEW YORK )

Duke Amponsah, being duly sworn, deposes and says:

1. I am employed as a legal assistant with the law firm of Gibson, Dunn & Crutcher LLP, counsel to the Ad Hoc Committee of Holders of Trade Claims.

2. On March 5, 2020 I caused a true and correct copy of the following document to be served on the parties listed in Exhibit A via Email:

- *Trade Committee's Statement of Issues, Designation of Items to Be Included in the Record, and Certification Regarding Transcripts [Dkt. No. 6126]*

I certify under penalty of perjury that the foregoing is true and correct.

_____
Duke Amponsah

Sworn to before me this
6th day of March, 2020

_____

NICHOLAS C. WATTS
Notary Public, State of New York
No. 01WA6396805
Qualified in New York County
Commission Expires August 26, 2023

# EXHIBIT A

| | |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP |
| 2 | Stephen Karotkin (*pro hac vice*) |
| | Ray C. Schrock, P.C. (*pro hac vice*) |
| 3 | Jessica Liou (*pro hac vice*) |
| | Theodore E. Tsekerides (*pro hac vice*) |
| 4 | 767 Fifth Avenue |
| | New York, NY 10153-0119 |
| 5 | Telephone: (212) 310-8000 |
| | Facsimile: (212) 310-8007 |
| 6 | E-mail: stephen.karotkin@weil.com, ray.schrock@weil.com, jessica.liou@weil.com, |
| 7 | theodore.tsekerides@weil.com |

KELLER & BENVENUTTI LLP
Tobias S. Keller (SBN 151445)
Peter J. Benvenutti (SBN 60566)
Jane Kim (SBN 298192)
650 California Street, Suite 1900
San Francisco, CA 94108
Telephone: (415) 496-6723
Facsimile: (650) 636-9251
E-mail: tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com, jkim@kellerbenvenutti.com

JONES DAY
Bruce S. Bennett (SBN 105430)
Joshua M. Mester (SBN 194783)
James O. Johnston (SBN 167330)
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071.2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
E-mail: bbennett@jonesday.com, jmester@jonesday.com, jjohnston@jonesday.com

MILBANK LLP
Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063
E-mail: gbray@milbank.com, tkreller@milbank.com

| | |
|---|---|
| 1 | MILBANK LLP |
| 2 | Dennis F. Dunne (*pro hac vice*) |
|   | Samuel A. Khalil (*pro hac vice*) |
| 3 | 55 Hudson Yards |
|   | New York, NY 10001-2163 |
| 4 | Telephone: (212) 530-5000 |
|   | Facsimile: (212) 530-5219 |
| 5 | E-mail: ddunne@milbank.com, skhalil@milbank.com |
| 6 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 7 | Michael S. Stamer (*pro hac vice*) |
|   | Ira S. Dizengoff (*pro hac vice*) |
| 8 | David H. Botter (*pro hac vice*) |
|   | Abid Qureshi (*pro hac vice*) |
| 9 | One Bryant Park |
|   | New York, New York 10036 |
| 10 | Telephone: (212) 872-1000 |
|    | Facsimile: (212) 872-1002 |
| 11 | E-mail: mstamer@akingump.com, idizengoff@akingump.com, dbotter@akingump.com, |
| 12 | aqureshi@akingump.com |
| 13 | AKIN GUMP STRAUSS HAUER & FELD LLP |
|    | Ashley Vinson Crawford (SBN 257246) |
| 14 | 580 California Street, Suite 1500 |
|    | San Francisco, CA 94104 |
| 15 | Telephone: (415) 765-9500 |
| 16 | Facsimile: (415) 765-9501 |
|    | E-mail: avcrawford@akingump.com |
| 17 | |
|    | STROOCK & STROOCK & LAVAN LLP |
| 18 | Mark A. Speiser (*pro hac vice*) |
|    | Kenneth Pasquale (*pro hac vice*) |
| 19 | Sherry J. Millman (*pro hac vice*) |
|    | Harold A. Olsen (*pro hac vice*) |
| 20 | 180 Maiden Lane New York, NY 10038-4982 |
| 21 | Telephone: (212) 806-5400 |
|    | Facsimile: (212) 806-6006 |
| 22 | E-mail: mspeiser@stroock.com, kpasquale@stroock.com, smillman@stroock.com, |
|    | holsen@stroock.com |
| 23 | |
| 24 | STROOCK & STROOCK & LAVAN LLP |
|    | David W. Moon (SBN 197711) |
| 25 | 2029 Century Park East |
|    | Los Angeles, CA 90067-3086 |
| 26 | Telephone: (310) 556-5800 |
| 27 | Facsimile: (310) 556-5959 |
|    | E-mail: dmoon@stroock.com |
| 28 | |

| | |
|---|---|
| 1 | ARENT FOX LLP |
| | Andrew I. Silfen (*pro hac vice*) |
| 2 | Beth M. Brownstein (*pro hac vice*) |
| 3 | 1301 Avenue of the Americas, 42nd Floor |
| | New York, New York 10019 |
| 4 | Telephone: (212) 484-3900 |
| | Facsimile: (212) 484-3990 |
| 5 | E-mail: andrew.silfen@arentfox.com, beth.brownstein@arentfox.com |
| 6 | |
| | Aram Ordubegian (SBN 185142) |
| 7 | ARENT FOX LLP |
| | 55 Second Street, 21st Floor |
| 8 | San Francisco, CA 94105 |
| | Telephone: (415) 757-5500 |
| 9 | Facsimile: (415) 757-5501 |
| | E-mail: aram.ordubegian@arentfox.com |
| 10 | |
| | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 11 | M. David Minnick (SBN 54148) |
| 12 | Four Embarcadero Center, 22nd Floor |
| | San Francisco, CA 94126-5998 |
| 13 | Telephone: (415) 983-1000 |
| | E-mail: dminnick@pillsburylaw.com |
| 14 | |
| 15 | Leo T. Crowley (*pro hac vice*) |
| | 31 West 52nd Street |
| 16 | New York, NY 10019-6131 |
| | Telephone: (212) 858-1000 |
| 17 | E-mail: leo.crowley@pillsburylaw.com |
| 18 | DAVIS POLK & WARDWELL LLP |
| | Timothy Graulich (*pro hac vice*) |
| 19 | David Schiff (*pro hac vice*) |
| 20 | Daniel E. Meyer (*pro hac vice*) |
| | 450 Lexington Avenue |
| 21 | New York, New York 10017 |
| | Telephone: (212) 450-4000 |
| 22 | Facsimile: (212) 701-5800 |
| | E-mail: timothy.graulich@davispolk.com, david.schiff@davispolk.com, |
| 23 | daniel.meyer@davispolk.com |
| 24 | |
| | DAVIS POLK & WARDWELL LLP |
| 25 | Andrew D. Yaphe (SBN 274172) |
| | 1600 El Camino Real |
| 26 | Menlo Park, California 94025 |
| | Telephone: (650) 752-2000 |
| 27 | Facsimile: (650) 752-2111 |
| | E-mail: andrew.yaphe@davispolk.com |
| 28 | |

| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | Bennett Murphy (SBN 174536) |
| | 865 South Figueroa Street, 10th Floor |
| 3 | Los Angeles, CA 90017-2543 |
| | Telephone: (213) 443-3000 |
| 4 | Facsimile: (213) 443-3100 |
| | E-mail: bennettmurphy@quinnemanuel.com |
| 5 | |
| 6 | TROUTMAN SANDERS LLP |
| | Hugh M. McDonald (*pro hac vice*) |
| 7 | Jonathan D. Forstot (*pro hac vice*) |
| | 875 Third Avenue |
| 8 | New York, NY 10022 |
| | Telephone: (212) 704-6000 |
| 9 | Facsimile: (212) 704-6288 |
| | E-mail: hugh.mcdonald@troutman.com, jonathan.forstot@troutman.com |
| 10 | |
| 11 | TROUTMAN SANDERS LLP |
| | Marcus T. Hall, Bar No. 206495 |
| 12 | Katharine L. Malone, Bar No. 290884 |
| | 3 Embarcadero Center, Suite 800 |
| 13 | San Francisco, CA 94111 |
| | Telephone: (415) 477-5700 |
| 14 | Facsimile: (415) 477-5710 |
| | E-mail: marcus.hall@troutman.com, katharine.malone@troutman.com |
| 15 | |
| 16 | WILLKIE FARR & GALLAGHER LLP |
| | Matthew A. Feldman (*pro hac vice*) |
| 17 | Joseph G. Minias (*pro hac vice*) |
| | Benjamin P. McCallen (*pro hac vice*) |
| 18 | 787 Seventh Avenue |
| | New York, NY 10019-6099 |
| 19 | Telephone: (212) 728-8000 |
| 20 | Facsimile: (212) 728-8111 |
| | E-mail: mfeldman@willkie.com, jminias@willkie.com, |
| 21 | bmccallen@willkie.com |
| 22 | DIEMER & WEI LLP |
| | Kathryn S. Diemer (#133977) |
| 23 | 100 West San Fernando Street, Suite 555 |
| 24 | San Jose, CA 95113 |
| | Telephone: (408) 971-6270 |
| 25 | Facsimile: (408) 971-6271 |
| | E-mail: kdiemer@diemerwei.com |
| 26 | |
| 27 | |
| 28 | |