UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: PG& E Corporation  Bankruptcy Case No. 19-30088-DM
       and  Chapter 11
Pacific Gas and Electric Company

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Compnay - Dkt #6103**

**Interlocutory Order Regarding Post Petition Interest**

**Memorandum Decision Regarding Post Petition Interest**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) by depositing in the regular United States mail on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

AKIN GUMP STRAUSS HAUER & FELD LLP for **Ad Hoc Committee of Senior Unsecured**
Michael S. Stamer                                          **Noteholders of Pacific Gas and Electric Co.**
Ira S. Dizengoff
David H. Botter
Abid Qureshi
One Bryant Park
New York, NY 10036

**-and-**
AKIN GUMP STRAUSS HAUER & FELD LLP
Ashley Vinson Crawford
580 California St., #1500
San Francisco, CA 94104


KELLER BENVENUTTI KIM, LLP        for **PG& E Corporation and**
Tobias S. Keller        **Pacific Gas & Electric Company**
Jane Kim
Peter J. Benvenutti
650 California St., #1900
San Francisco, CA 94108
**-and-**
WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin
Ray C. Schrock, P.C.
Jessica Liou
Theodore E. Tsekerides
767 Fifth Ave.
New York, NY 10153-0119


JONES DAY        for **Certain PG& E Shareholders**
Bruce S. Bennett
Joshua M. Mester
James O. Johnston
555 South Flower St., 15th Fl.
Los Angeles, CA 90071-2300

MILBANK LLP        for **Official Committee of Unsecured Creditors**
Gregory A. Bray
Thomas R. Kreller
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
**-and-**

MILBANK LLP
Dennis F. Dunne
Samuel A. Khalil
55 Hudson Yards
New York, NY 10001-2163

| | |
|---|---|
| STROOCK & STROOCK & LAVAN LLP<br>Mark A. Speiser<br>Kenneth Pasquale<br>Sherry J. Millman<br>Harold A. Olsen<br>180 Maiden Lane<br>New York, NY 10038-4982<br>**-and-**<br>STROOCK & STROOCK & LAVAN LLP<br>David W. Moon<br>2029 Century Park East<br>Los Angeles, CA 90067-3086 | for **Mizuho Bank, Ltd.** in its capacity as Holdco Term Loan Administrative Agent |
| GIBSON, DUNN & CRUTCHER LLP<br>David M. Feldman<br>Matthew K. Kelsey<br>200 Park Ave.<br>New York, NY 10166<br>**-and-**<br>GIBSON, DUNN & CRUTCHER LLP<br>Matthew D. McGill<br>1050 Connecticut Ave., NW<br>Washington, DC 20036<br>**-and-**<br>GIBSON, DUNN & CRUTCHER LLP<br>Michael S. Neumeister<br>Michelle Choi<br>333 South Grand Ave.<br>Los Angeles, CA 90071 | for **Ad Hoc Committee of Holders of Trade Claims** |
| ARENT FOX LLP<br>Andrew I. Silfen<br>Beth M. Brownstein<br>1301 Avenue of the Americas, 42nd Fl.<br>New York, NY 10019<br>**-and-**<br>ARENT FOX LLP<br>Aram Ordubegian<br>55 Second St., 21st Fl.<br>San Francisco, CA 94105 | for **BOKF, NA,** in its capacity as Indenture Trustee for the Utility Senior Notes |
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>M. David Minnick<br>Four Embarcadero Center, 22nd Fl.<br>San Francisco, CA 94126-5998<br>**-and-** | for **Wilmington Trust, National Association,** in its capacity as Administrative Agent for Holdco Revolver |

Leo T. Crowley
31 West 52nd St.
New York, NY 10019-6131


DAVIS POLK & WARDWELL LLP     for **Citibank N.A.,** as Administrative Agent for the
Timothy Graulich     Utility Revolving Credit Facility
David Schiff
Daniel E. Meyer
450 Lexington Ave.
New York, NY 10017
**-and-**
DAVIS POLK & WARDWELL LLP
Andrew D. Yaphe
1600 El Camino Real
Menlo Park, CA 94025


QUINN EMANUEL URQUHART & SULLVAN, LLP     for **Canyon Capital Advisors LLC**
Bennett Murphy
865 South Figueroa St., 10th Fl.
Los Angeles, CA 90017-2543


TROUTMAN SANDERS LLP     for **Consolidated Edison Development, Inc.**
Hugh M. McDonald
Jonathan D. Forstot
875 Third Ave.
New York, NY 10022
**-and-**
TROUTMAN SANDERS LLP
Marcus T. Hall
Katherine L. Malone
3 Embarcadero Center, #800
San Francisco, CA 94111

WILLKIE FARR & GALLAGHER LLP     for **Ad Hoc Group of Subrogation Claim Holders**
Matthew A. Feldman
Joseph G. Minias
Benjamin P. McCallen
787 Seventh Ave.
New York, NY 10019-6099
**-and-**
DIEMER & WEI LLP
Kathryn S. Diemer
100 West San Fernando St., #555
San Jose, CA 95113

Date: March 6, 2020

DaWana L. Chambers
Deputy Clerk