**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**STIPULATION BETWEEN THE DEBTORS AND THE CALIFORNIA PUBLIC UTILITIES COMMISSION EXTENDING TIME TO FILE MOTION PURSUANT TO FED. R. BANKR. P. 3018(a) AND AMENDING AMENDED ORDER ESTABLISHING SCHEDULE FOR DISCLOSURE STATEMENT APPROVAL AND PLAN CONFIRMATION**<br><br>Re: Dkt. No. 5732<br><br>[No Hearing Requested] |

| | |
|---|---|
| 1 | This stipulation and agreement for order ("**Stipulation and Agreement for Order**") is |
| 2 | entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and |
| 3 | debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the |
| 4 | "**Chapter 11 Cases**"), and the California Public Utilities Commission (the "**Commission**"). The |
| 5 | Debtors and the Commission are referred to in this Stipulation and Agreement for Order |
| 6 | collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as |
| 7 | follows: |
| 8 | **RECITALS** |
| 9 | A. On February 11, 2020, the United States Bankruptcy Court for the Northern |
| 10 | District of California (the "**Bankruptcy Court**") entered the *Amended Order Establishing* |
| 11 | *Schedule for Disclosure Statement Approval and Plan Confirmation* [Docket No. 5732] (the |
| 12 | "**Scheduling Order**")[1], which, among other things, scheduled the deadline for any creditor to |
| 13 | file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or |
| 14 | Interest in a different amount for purposes of voting to accept or reject the Plan as March 6, |
| 15 | 2020, at 4:00 p.m. (Prevailing Pacific Time). |
| 16 | B. Counsel for the Commission has requested, and counsel for the Debtors has |
| 17 | agreed, that the time for the Commission to file a motion pursuant to Bankruptcy Rule 3018(a) |
| 18 | be extended. |
| 19 | **NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:** |
| 22 | 1. The time for the Commission to file and serve a motion pursuant to Bankruptcy |
| 23 | Rule 3018(a) is extended through 4:00 p.m. (Prevailing Pacific Time) on March 20, 2020. |

---

[1] Capitalized terms used but not otherwise herein defined have the meanings ascribed to such terms in the Scheduling Order.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

2. Except as expressly set forth herein, all other provisions of the Scheduling Order shall remain in full force and effect and shall not be impacted by this Stipulation.

3. This Stipulation shall constitute the entire agreement and understanding of the parties relating to the subject matter hereof and shall supersede all prior agreements and understandings relating to the subject matter hereof.

4. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same agreement.

5. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

[*Signature on Next Page*]

Dated: March 6, 2020

WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP

By:    */s/ Dara L. Silveira*
      Dara L. Silveira

*Attorneys for Debtors
and Debtors in Possession*

Dated: March 6, 2020

CALIFORNIA PUBLIC
UTILITIES COMMISSION

Arocles Aguilar, SBN 94753
Geoffrey Dryvynsyde, SBN 139884
Candace Morey, SBN 233081
505 Van Ness Avenue
San Francisco, California 94102
Telephone: (415) 703-2015
Facsimile: (415) 703-2262
Email: arocles.aguilar@cpuc.ca.gov
       geoffrey.dryvynsyde@cpuc.ca.gov
       candace.morey@cpuc.ca.gov

-and-

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

By:    */s/ Alan W. Kornberg*
      Alan W. Kornberg
      Brian S. Hermann (*pro hac vice*)
      Walter Rieman, SBN 139365
      Sean A. Mitchell (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: akornberg@paulweiss.com
       bhermann@paulweiss.com
       wrieman@paulweiss.com
       smitchell@paulweiss.com

*Attorneys for the California Public
Utilities Commission*