**DAVIS POLK & WARDWELL LLP**
Timothy Graulich (admitted *pro hac vice*)
timothy.graulich@davispolk.com
Marc J. Tobak (*pro hac vice* application forthcoming)
marc.tobak@davispolk.com
David Schiff (admitted *pro hac vice*)
david.schiff@davispolk.com
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

Andrew D. Yaphe (SBN 274172)
andrew.yaphe@davispolk.com
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**NOTICE OF CROSS-MOTION OF ADMINISTRATIVE AGENT FOR LEAVE TO APPEAL ORDER REGARDING POSTPETITION INTEREST**<br>Date: TBD<br>Time: TBD<br>Judge: TBD<br><br>**Objection Deadline:** March 12, 2020 |

**PLEASE TAKE NOTICE** that on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collective, the "**Debtors**"), in the above-captioned chapter 11 cases, each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. § 158(a)(3) and Federal Rule of Bankruptcy Procedure 8004, Citibank, N.A., as administrative agent (in such capacity, the "**Administrative Agent**") under that certain Second Amended and Restated Credit Agreement dated as of April 27, 2015 (as amended, supplemented or otherwise modified) (the credit facility governed thereby, the "**Utility Revolving Credit Facility**") among Pacific Gas and Electric Company and several lenders from time to time party thereto, filed the *Cross-Motion of Administrative Agent for Leave to Appeal Order Regarding Postpetition Interest* (the "**Cross-Motion**"). The Cross-Motion accompanies the Administrative Agent's *Notice of Appeal and Statement of Election to Have Appeal Heard by District Court* (the "**Notice of Appeal**"), this notice of the Cross-Motion, and all the papers and record on file in this action.

**PLEASE TAKE FURTHER NOTICE** that the Cross-Motion may be heard by the United States District Court of the Northern District of California (the "**District Court**") at a date and time to be set by the District Court. Pursuant to Federal Rule of Bankruptcy Procedure 8004(c)(3), however, any relief requested in the Cross-Motion may be granted without a hearing.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Federal Bankruptcy Rule of Procedure 8004(b)(2) and 8013, any oppositions or responses to the Cross-Motion must be in writing, filed with the District Court, and served on counsel for the Administrative Agent so as to be received by no later than **March 12, 2020**. Any oppositions or responses must also be filed and served on all the parties reflected in the Notice of Appeal.

| | |
|---|---|
| 1 | **PLEASE TAKE FURTHER NOTICE** that copies of the Cross-Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for international parties or by email at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website. |

DATED: March 5, 2020

**DAVIS POLK & WARDWELL LLP**

/s/ *Timothy Graulich*
TIMOTHY GRAULICH
MARC J. TOBAK (*pro hac vice* application forthcoming)
DAVID SCHIFF
ANDREW D. YAPHE (SBN 274172)

*Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility*