| | | |
|---|---|---|
| | | *January 31, 2020, Notice of Filing of Amended First Interim Fee Application of Simpson Thacher & Bartlett LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the period of January 29, 2019 through April 30, 2019, Monthly Operating Report (Filing Period Ending January 31, 2020)* Filed by Other Prof. Prime Clerk LLC (related document(s)5956 Statement, 5957 Statement, 5958 Statement, 5959 Statement, 5966 Operating Report, 5971 Notice, 5978 Notice, 5979 Notice). (Baer, Herb) (Entered: 03/05/2020) |
| 03/05/2020 | 6093 <br> (3 pgs) | Certificate of Service *Proof of Service* (RE: related document(s)6053 Objection). Filed by Creditor McKinsey & Company, Inc. U.S. (Weiner, Genevieve) (Entered: 03/05/2020) |
| 03/05/2020 | 6094 <br> (40 pgs) | Certificate of Service (RE: related document(s)5998 Opposition Brief/Memorandum). Filed by Creditor Outback Contractors, Inc. (Parkinson, Donna) (Entered: 03/05/2020) |
| 03/05/2020 | 6095 <br> (2 pgs) | Certificate of Service (RE: related document(s)6063 Substitution of Attorney). Filed by Interested Party Black & Veatch Construction, Inc. (Sanders, Natalie) (Entered: 03/05/2020) |
| 03/05/2020 | 6096 <br> (4 pgs) | Courts Certificate of Mailing. Number of notices mailed: 24 (RE: related document(s)5226 Memorandum Decision, 5669 Interlocutory Order Regarding Postpetition Interest, 6059 Notice of Appeal and Statement of Election). (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6097 <br> (25 pgs; 3 docs) | Notice of Appeal to District Court *and Statement of Election*, Fee Amount $ 298. (RE: related document(s)5226 Memorandum Decision, 5669 Order). Appellant Designation due by 03/19/2020. Transmission to District Court due by 04/6/2020. (Attachments: # 1 Exhibit A # 2 Exhibit B) Filed by Creditor Committee Official Committee Of Unsecured Creditors (Bray, Gregory) (Entered: 03/05/2020) |
| 03/05/2020 | 6098 <br> (2 pgs) | First Amended Certificate of Service (RE: related document(s)6063 Substitution of Attorney, 6095 Certificate of Service). Filed by Interested Party Black & Veatch Construction, Inc. (Sanders, Natalie) (Entered: 03/05/2020) |
| 03/05/2020 | | Receipt of filing fee for Notice of Appeal(19-30088) [appeal,ntcapl] ( 298.00). Receipt number 30346749, amount $ 298.00 (re: Doc# 6097 Notice of Appeal) (U.S. Treasury) (Entered: 03/05/2020) |
| 03/05/2020 | 6099 <br> (624 pgs; 26 docs) | Transmission of Notice of Appeal to District Court (RE: related document(s)5226 Memorandum Decision, 5669 Interlocutory Order Regarding Postpetition Interest , 6096 Court Certificate of Mailing, 6097 Notice of Appeal). (Attachments: # 1 Notice of Appeal and Statement of Election # 2 Court Certificate of Mailing # 3 Interlocutory Order Regarding Post Petition Interest # 4 Memorandum Decision # 5 Cross-Motion for Leave to Appeal # 6 Notice Re Motion for Leave to Appeal # 7 Court Docket Report - Part 1 # 8 Court Docket Report - Part 2 # 9 Court Docket Report - Part 3 # 10 Court Docket Report - Part 4 # 11 Court Docket Report - Part 5 # 12 Court Docket Report - Part 6 # 13 Court Docket Report - Part 7 # 14 Court Docket Report - Part 8 # 15 Court Docket Report - Part 9 # 16 Court Docket Report - Part 10 # 17 Court Docket Report - Part 11 # 18 Court Docket Report - Part 12 # 19 Court Docket Report - Part 13 # 20 Court Docket Report - Part 14 # 21 Court Docket Report - Part 15 # 22 Court Docket Report - Part 16 # 23 Court Docket Report - Part 17 # 24 Court Docket Report - Part 18 # 25 Court Docket Report - Part 19) (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6100 <br> (2 pgs) | Notice Regarding *Cross-Motion of the Official Committee of Unsecured Creditors for Leave to Appeal Order Regarding Postpetition Interest* Filed by Creditor Committee Official Committee Of Unsecured Creditors (Bray, Gregory). Related document(s) 6101 Motion for Leave to Appeal *Cross-Motion of the Official Committee of Unsecured Creditors for Leave to Appeal Order Regarding Postpetition Interest* filed by Creditor Committee Official Committee Of Unsecured Creditors. Modified on 3/6/2020 (dc). (Entered: 03/05/2020) |
| 03/05/2020 | 6101 <br> (24 pgs; 3 docs) | Motion for Leave to Appeal *Cross-Motion of the Official Committee of Unsecured Creditors for Leave to Appeal Order Regarding Postpetition Interest* Filed by Creditor Committee Official Committee Of Unsecured Creditors. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Bray, Gregory) (Entered: 03/05/2020) |
| 03/05/2020 | 6102 <br> (62 pgs) | Statement of */ Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 1, 2019 Through December 31, 2019* (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Creditor Committee Official Committee Of Unsecured Creditors (Kreller, Thomas) (Entered: 03/05/2020) |
| 03/05/2020 | 6103 <br> (27 pgs) | Notice of Appeal and Statement of Election */Protective Notice of Appeal and Statement of Election by the Ad Hoc Committee of Senior Unsecured Noteholders Concerning Interlocutory Order Regarding Postpetition Interest*, Fee Amount $ 298. (RE: related document(s)5226 Memorandum Decision, 5669 Order). Appellant Designation due by 03/19/2020. Transmission to District Court due by 04/6/2020. Filed by Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (Crawford, Ashley) (Entered: 03/05/2020) |
| 03/05/2020 | 6104 | Statement of */ Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of* |

<span style="color:red">Case: 19-30088     Doc# 6145-25     Filed: 03/06/20     Entered: 03/06/20 11:59:32     Page 1 of 5</span>

CANB Live Database
https://ecf.canb.circ9.dcn/cgi-bin/DktRpt.pl?801520225613791-L_1_0-1

| | | |
|---|---|---|
| | (57 pgs) | *Compensation and Reimbursement of Expenses for the Period January 1, 2020 Through January 31, 2020* (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Creditor Committee Official Committee Of Unsecured Creditors (Kreller, Thomas) (Entered: 03/05/2020) |
| 03/05/2020 | | Receipt of filing fee for Notice of Appeal and Statement of Election(19-30088) [appeal,ntcaplel] ( 298.00). Receipt number 30347687, amount $ 298.00 (re: Doc# 6103 Notice of Appeal and Statement of Election) (U.S. Treasury) (Entered: 03/05/2020) |
| 03/05/2020 | 6105 (2 pgs) | Notice of Appearance and Request for Notice. Filed by Creditor Laurie A. Deuschel (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6106 (6 pgs) | Motion for Relief from Stay, Fee Amount $181.00, has not been paid. Filed by Creditor Laurie A. Deuschel (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6107 (2 pgs) | Notice of Hearing (RE: related document(s)6106 Motion for Relief from Stay, Fee Amount $181.00,has not been paid. Filed by Creditor Laurie A. Deuschel (dc)). **Hearing scheduled for 4/29/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** Filed by Creditor Laurie A. Deuschel (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6108 (3 pgs) | Stipulation to Extend Time *for the California State Agencies to File Motion Pursuant to Fed. R. Bankr. P. 3018(a) and Amending Amended Order Establishing Schedule for Disclosure Statement Approval and Plan Confirmation* Filed by Debtor PG&E Corporation (RE: related document(s)5732 Amended Order). (Levinson Silveira, Dara) (Entered: 03/05/2020) |
| 03/05/2020 | 6109 (1 pg) | Relief From Stay Cover Sheet. (RE: related document(s)6106 Motion for Relief From Stay). Filed by Creditor Laurie A. Deuschel (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6110 (30 pgs) | Declaration of Laurie A. Deuschel and Request To Take Judicial Notice in Support (RE: related document(s)6106 Motion for Relief From Stay). Filed by Creditor Laurie A. Deuschel (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6111 (4 pgs) | Certificate of Service (RE: related document(s)6105 Notice of Appearance and Request for Notice, 6106 Motion for Relief From Stay, 6107 Notice of Hearing, 6109 Relief From Stay Cover Sheet, 6110 Declaration, Request To Take Judicial Notice). Filed by Creditor Laurie A. Deuschel (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6112 (2 pgs) | Order Granting Stipulation Between the Debtors and the Federal Agencies Extending Time to File Motion Pursuant to Fed. R. Bankr. P. 3018(a) and Amending Amended Order Establishing Schedule for Disclosure Statement Approval and Plan Confirmation (RE: related document(s)6026 Stipulation for Miscellaneous Relief filed by Debtor PG&E Corporation). (lp) (Entered: 03/05/2020) |
| 03/05/2020 | 6113 (6 pgs) | Response to Amended Notice of Hearing on Approval (A) Proposed Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of reorganization (B) Plan Solicitation and Voting Procedures (C) Forms of Ballots, Solicitation Packages and Related Notices and (D) Other Related Relief. (RE: related document(s)5590 Amended Chapter 11 Plan, 5732 Amended Order, 5733 Amended Notice of Hearing). Filed by Creditor Ginn M. Doose (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6114 (1 pg) | Order Granting Application for Admission of Attorney Pro Hac Vice [Benjamin Mintz] (Related Doc # 6068). (lp) (Entered: 03/05/2020) |
| 03/05/2020 | 6115 (1 pg) | Order Granting Application for Admission of Attorney Pro Hac Vice [Gerardo Mijares-Shafai] (Related Doc # 6069). (lp) (Entered: 03/05/2020) |
| 03/05/2020 | 6116 (4 pgs) | Certificate of Service *of Andrew G. Vignali Regarding Order (I) Authorizing the Debtors and TCC to Enter into Restructuring Support Agreement with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, and (II) Granting Related Relief, Order Denying Motion of William B. Abrams for reconsideration of the Order (I) Authorizing the Debtors and TCC to Enter into Restructuring Support Agreement with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, and (II) Granting Related Relief, and Notice of Appeal and Statement of Election to Have Appeal Heard by District Court* Filed by Other Prof. Prime Clerk LLC (related document(s)5174 Order on Motion to Approve Document, 5766 Order on Motion to Reconsider, 5947 Notice of Appeal and Statement of Election). (Baer, Herb) (Entered: 03/05/2020) |
| 03/05/2020 | 6117 (4 pgs) | Order Approving Stipulation and Agreement for Order Between Debtors and Dan Clarke for Relief from the Automatic Stay (RE: related document(s)5768 Motion for Relief From Stay filed by Creditor Dan Clarke, 5771 Motion for Relief From Stay filed by Creditor Dan Clarke, 6070 Stipulation for Relief From Stay filed by Debtor PG&E Corporation). (lp) (Entered: 03/05/2020) |

| | | |
|---|---|---|
| 03/05/2020 | ● | Hearing Dropped. The hearing on 3/10/20 regarding Supplemental Motion for Relief from Stay Filed by Dan Clarke is dropped from the calendar per the order, dkt #6117. (related document(s): 5768 Motion for Relief From Stay filed by Dan Clarke) (lp) (Entered: 03/05/2020) |
| 03/05/2020 | ● | Hearing Dropped. The hearing on 3/10/20 regarding Motion for Relief from Stay Filed by Dan Clarke is dropped from the calendar per order, dkt #6117. (related document(s): 5771 Motion for Relief From Stay filed by Dan Clarke) (lp) (Entered: 03/05/2020) |
| 03/05/2020 | ●6118 (4 pgs) | Statement of the Official Committee of Unsecured Creditors regarding the Official Committee of Tort Claimants' Motion to Establish Procedures for Discovery Preceding Plan Confirmation (RE: related document(s)5840 Motion Miscellaneous Relief). Filed by Creditor Committee Official Committee Of Unsecured Creditors (Bray, Gregory) (Entered: 03/05/2020) |
| 03/05/2020 | ●6119 (3 pgs) | Notice Regarding *Cross-Motion of Administrative Agent for Leave to Appeal Order Regarding Postpetition Interest* Filed by Creditor Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility (Yaphe, Andrew). Related document(s) 6120 Motion for Leave to Appeal *Cross-Motion of Administrative Agent for Leave to Appeal Order Regarding Postpetition Interest* filed by Creditor Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility. Modified on 3/6/2020 (dc). (Entered: 03/05/2020) |
| 03/05/2020 | ●6120 (25 pgs; 3 docs) | Motion for Leave to Appeal *Cross-Motion of Administrative Agent for Leave to Appeal Order Regarding Postpetition Interest* Filed by Creditor Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility (Attachments: # 1 Exhibit A # 2 Exhibit B) (Yaphe, Andrew) (Entered: 03/05/2020) |
| 03/05/2020 | ●6121 (29 pgs) | Notice of Appeal and Statement of Election *to have Appeal Heard by District Court*, Fee Amount $ 298. (RE: related document(s)5226 Memorandum Decision, 5669 Order). Appellant Designation due by 03/19/2020. Transmission to District Court due by 04/6/2020. Filed by Creditor Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility (Yaphe, Andrew) (Entered: 03/05/2020) |
| 03/05/2020 | | Receipt of filing fee for Notice of Appeal and Statement of Election(19-30088) [appeal,ntcaplel] ( 298.00). Receipt number 30348984, amount $ 298.00 (re: Doc# 6121 Notice of Appeal and Statement of Election) (U.S. Treasury) (Entered: 03/05/2020) |
| 03/05/2020 | ●6122 (28 pgs) | Notice of Appeal and Statement of Election -- *BOKF's Notice of Appeal and Election to Have Appeal Heard by District Court Concerning Order Regarding Postpetition Interest*, Fee Amount $ 298. (RE: related document(s)5226 Memorandum Decision, 5669 Order). Appellant Designation due by 03/19/2020. Transmission to District Court due by 04/6/2020. Filed by Interested Party BOKF, NA (Ordubegian, Aram) (Entered: 03/05/2020) |
| 03/05/2020 | | Receipt of filing fee for Notice of Appeal and Statement of Election(19-30088) [appeal,ntcaplel] ( 298.00). Receipt number 30349330, amount $ 298.00 (re: Doc# 6122 Notice of Appeal and Statement of Election) (U.S. Treasury) (Entered: 03/05/2020) |
| 03/05/2020 | ●6123 (3 pgs) | Notice Regarding *Cross-Motion of BOKF for Leave to Appeal Order Regarding Postpetition Interest* Filed by Interested Party BOKF, NA (Ordubegian, Aram) (Entered: 03/05/2020) |
| 03/05/2020 | ●6124 (25 pgs) | Motion for Leave to Appeal -- *BOKF's Cross-Motion for Leave to Appeal Order Regarding Postpetition Interest* Filed by Interested Party BOKF, NA (Ordubegian, Aram) (Entered: 03/05/2020) |
| 03/05/2020 | ●6125 (6 pgs) | Notice Regarding *Certificate of No Objection Regarding Tenth Monthly Fee Statement of Cravath, Swaine & Moore LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of November 1, 2019 Through November 30, 2019* (RE: related document(s)5742 Tenth Monthly Fee Statement of Cravath, Swaine & Moore LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of November 1, 2019 Through November 30, 2019 (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A Compensation by Professional # 2 Exhibit B Compensation by Task Code # 3 Exhibit C Expense Summary # 4 Exhibit D Detailed Time Entries # 5 Exhibit E Detailed Expense Entries) (Levinson Silveira, Dara) Modified on 2/13/2020 (dc).). Filed by Debtor PG&E Corporation (Levinson Silveira, Dara) (Entered: 03/05/2020) |
| 03/05/2020 | ● | **DOCKET TEXT ORDER** (no separate order issued:) The court has reviewed the Motion filed by the TCC To Establish Procedures For Discovery Preceding Plan Confirmation (5840) and the Objections filed by the Debtors (5995), the OCUC (6118) and several other respondents. The obvious conflict with the clear mandate of FRBP 9031, the prematurity of the process (before the Effective Date of a Plan), and the questionable cost-shifting from the Trust to the Debtors all appear fatal to the proposal, before even considering more specific objections by others. The court intends to issue an Order Denying the Motion and an order granting the related Motion to Quash filed by Black & Veatch (5896), dropping both from the March 10, 2020, 10:00 AM calendar unless, before Noon on March 9, 2020, counsel for the TCC files a brief statement setting forth good-faith reasons why its Motion should be granted and the Motion to Quash should be denied. (RE: related document(s)5840 Motion Miscellaneous Relief filed by Creditor |

| | | |
|---|---|---|
| | | Committee Official Committee of Tort Claimants, 5896 Motion to Quash filed by Interested Party Black & Veatch Construction, Inc.). (Montali, Dennis) (Entered: 03/05/2020) |
| 03/05/2020 | 6126 (8 pgs) | Statement of Trade Committee's Statement of Issues, Designation of Items to Be Included in the Record, and Certification Regarding Transcripts (RE: related document(s)5844 Notice of Appeal and Statement of Election). Filed by Creditor Ad Hoc Committee of Holders of Trade Claims (Neumeister, Michael) (Entered: 03/05/2020) |
| 03/05/2020 | 6137 (2 pgs) | Order Granting Stipulation Between the Debtors and the California State Agencies Extending Time to File Motion Pursuant to Fed. R. Bankr. P. 3018(a) and Amending Amended Order Establishing Schedule for Disclosure Statement Approval and Plan Confirmation (RE: related document(s)6108 Stipulation to Extend Time filed by Debtor PG&E Corporation). (lp) (Entered: 03/06/2020) |
| 03/06/2020 | 6128 (4 pgs) | Notice Regarding *Certificate of No Objection Regarding Third Monthly Fee Statement of Morrison & Foerster LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from September 1, 2019 Through September 30, 2019* (RE: related document(s)5605 Statement of Morrison & Foerster LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from September 1, 2019 Through September 30, 2019 (RE: related document(s)701 Order on Motion for Miscellaneous Relief. Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A Compensation by Professional # 2 Exhibit B Compensation by Task Code # 3 Exhibit C Expense Summary # 4 Exhibit D Detailed Time Entries # 5 Exhibit E Detailed Expense Entries) (Levinson Silveira, Dara)). Filed by Debtor PG&E Corporation (Levinson Silveira, Dara) (Entered: 03/06/2020) |
| 03/06/2020 | 6129 (6 pgs) | Certificate of Service *of Dagmara Krasa-Berstell* (RE: related document(s)6103 Notice of Appeal and Statement of Election). Filed by Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (Crawford, Ashley) (Entered: 03/06/2020) |
| 03/06/2020 | 6130 (4 pgs) | Courts Certificate of Mailing. Number of notices mailed: 21 (RE: related document(s)5226 Memorandum Decision, 5669Interlocutory Order Regarding Postpetition Interest, 6097 Notice of Appeal). (dc) (Entered: 03/06/2020) |
| 03/06/2020 | 6131 (3 pgs) | Certificate of Service *(Tenth Monthly Fee Statement of Lincoln Partners Advisors LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 1, 2019 through December 31, 2019)* (RE: related document(s)6062 Statement). Filed by Creditor Committee Official Committee of Tort Claimants (Dumas, Cecily) (Entered: 03/06/2020) |
| 03/06/2020 | 6132 (623 pgs; 26 docs) | Transmission of Notice of Appeal to District Court (RE: related document(s)5226 Memorandum Decision, 5669 Interlocutory Order Regarding Postpetition Interest, 6097 Notice of Appeal). (Attachments: # 1 Notice of Appeal and Statement of Election # 2 Court Certificate of Mailing # 3 Interlocutory Order Regarding Post Petition Interest # 4 Memorandum Decision # 5 Cross-Motion for Leave to Appeal # 6 Notice Re Motion for Leave to Appeal # 7 Court Docket Report - Part 1 # 8 Court Docket Report - Part 2 # 9 Court Docket Report - Part 3 # 10 Court Docket Report - Part 4 # 11 Court Docket Report - Part 5 # 12 Court Docket Report - Part 6 # 13 Court Docket Report - Part 7 # 14 Court Docket Report - Part 8 # 15 Court Docket Report - Part 9 # 16 Court Docket Report - Part 10 # 17 Court Docket Report - Part 11 # 18 Court Docket Report - Part 12 # 19 Court Docket Report - Part 13 # 20 Court Docket Report - Part 14 # 21 Court Docket Report - Part 15 # 22 Court Docket Report - Part 16 # 23 Court Docket Report - Part 17 # 24 Court Docket Report - Part 18 # 25 Court Docket Report - Part 19) (dc) (Entered: 03/06/2020) |
| 03/06/2020 | 6133 (6 pgs) | Certificate of Service (RE: related document(s)6126 Statement). Filed by Creditor Ad Hoc Committee of Holders of Trade Claims (Neumeister, Michael) (Entered: 03/06/2020) |
| 03/06/2020 | | **DOCKET TEXT ORDER** (no separate order issued:) Granted The court has reviewed the TCCs Applications to Employ Hon. John Trotter (Dkt. 5726) and Cathy Yanni (Dkt. 5723). The applications are in order, have not been objected to, and the debtors have consented to relief. Consequently, the applications are APPROVED. They are DROPPED from the March 10, 2020 10:00 AM calendar. TCC counsel should upload the appropriate orders. (RE: related document(s)5723 Application to Employ filed by Creditor Committee Official Committee of Tort Claimants, 5726 Application to Employ filed by Creditor Committee Official Committee of Tort Claimants). (Montali, Dennis) (Entered: 03/06/2020) |
| 03/06/2020 | | **DOCKET TEXT ORDER** (no separate order issued:) Granted The court has reviewed the Application re McKinsey & Company, Inc. United States (3919) and related submissions, along with the Conditional Consent of the TCC (5308). There are no pending objections and the court is satisfied with the disclosures and the desire of McKinsey for the requested order. The Application will be GRANTED and dropped from the March 10, 2020, 10:00 AM calendar. The proposed order (3919-1) should be modified to reflect specifically the reservations of the TCC in Para. 3 of its Conditional Consent. Counsel for McKinsey and for the TCC should both indicate their consent to the order counsel for Debtors will upload and present. (RE: related document(s)3919 Application to Employ filed by Debtor PG&E Corporation). (Montali, Dennis) (Entered: 03/06/2020) |

| 03/06/2020 | ●6134 (5 pgs) | Courts Certificate of Mailing. Number of notices mailed: 24 (RE: related document(s)5226 Memorandum Decision, 5669 Interlocutory Order Regarding Postpetition Interest, 6103 Notice of Appeal and Statement of Election). (dc) (Entered: 03/06/2020) |
|---|---|---|
| 03/06/2020 | ●6135 (41 pgs; 3 docs) | Notice of Appeal and Statement of Election *To Have Appeal Heard By District Court*, Fee Amount $ 298. (RE: related document(s)5887 Memorandum Decision, 5943 Order on Motion for Miscellaneous Relief). Appellant Designation due by 03/20/2020. Transmission to District Court due by 04/6/2020. (Attachments: # 1 Exhibit A - Rule 7023 Order # 2 Exhibit B - Rule 7023 Memorandum) Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Michelson, Randy) (Entered: 03/06/2020) |
| 03/06/2020 | | Receipt of filing fee for Notice of Appeal and Statement of Election(19-30088) [appeal,ntcaplel] ( 298.00). Receipt number 30350835, amount $ 298.00 (re: Doc# 6135 Notice of Appeal and Statement of Election) (U.S. Treasury) (Entered: 03/06/2020) |
| 03/06/2020 | ●6136 (596 pgs; 24 docs) | Transmission of Notice of Appeal to District Court (RE: related document(s)5226 Memorandum Decision, 5669 Interlocutory Order Regarding Postpetition Interest, 6103 Notice of Appeal and Statement of Election, 6134 Court Certificate of Mailing). (Attachments: # 1 Court Certificate of Mailing # 2 Interlocutory Order # 3 Memorandum Decision # 4 Notice of Appeal and Statement of Election # 5 Court Docket Sheet- Part 1 # 6 Court Docket Sheet- Part 2 # 7 Court Docket Report - Part 3 # 8 Court Docket Report - Part 4 # 9 Court Docket Report - Part 5 # 10 Court Docket Sheet- Part 6 # 11 Court Docket Sheet- Part 7 # 12 Court Docket Report - Part 8 # 13 Court Docket Report - Part 9 # 14 Court Docket Sheet- Part 10 # 15 Court Docket Sheet- Part 11 # 16 Court Docket Sheet- Part 12 # 17 Court Docket Report - Part 13 # 18 Court Docket Sheet- Part 14 # 19 Court Docket Report - Part 15 # 20 Court Docket Report - Part 16 # 21 Court Docket Report - Part 17 # 22 Court Docket Report - Part 18 # 23 Court Docket Report - Part 19) (dc) (Entered: 03/06/2020) |
| 03/06/2020 | ●6138 (2 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Athens Administrators tpa New Hampshire Insurance (Claim No. 55871, Amount $4,677,179.02) To SSW Credit, LLC. Fee Amount $25 Filed by Creditor SSW Credit, LLC. (Esterkin, Richard) (Entered: 03/06/2020) |
| 03/06/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30350999, amount $ 25.00 (re: Doc# 6138 Transfer of Claim) (U.S. Treasury) (Entered: 03/06/2020) |
| 03/06/2020 | ●6139 (2 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Athens Administrators tpa New Hampshire Insurance (Claim No. 92165, Amount $4,362,744.51) To SSW Credit, LLC. Fee Amount $25 Filed by Creditor SSW Credit, LLC. (Esterkin, Richard) (Entered: 03/06/2020) |
| 03/06/2020 | ●6140 (20 pgs) | Certificate of Service *of Brian Li Regarding Second Amended Exit Financing Motion, Ziman Declaration, and Notice of Hearing* Filed by Other Prof. Prime Clerk LLC (related document(s)6013 Amended Application/Motion, 6014 Declaration, 6016 Notice of Hearing). (Baer, Herb) (Entered: 03/06/2020) |
| 03/06/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30351056, amount $ 25.00 (re: Doc# 6139 Transfer of Claim) (U.S. Treasury) (Entered: 03/06/2020) |
| 03/06/2020 | ●6141 (5 pgs) | Courts Certificate of Mailing. Number of notices mailed: 24 (RE: related document(s)5226 Memorandum Decision, 5669 Interlocutory Order Regarding Postpetition Interest, 6121 Notice of Appeal and Statement of Election). (dc) (Entered: 03/06/2020) |