UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re: PG& E Corporation          Bankruptcy Case No. 19-30088-DM
       and                        Chapter 11
Pacific Gas and Electric Company

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by BOKF, NA, solely in its capacity as Indenture Trustee for the Utility Senior Notes - Dkt #6122**

**Interlocutory Order Regarding Post Petition Interest**

**Memorandum Decision Regarding Post Petition Interest**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) by depositing in the regular United States mail on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102


ARENT FOX LLP                         for **BOKF, NA,** in its capacity as Indenture Trustee for
Andrew I. Silfen                           the Utility Senior Notes
Beth M. Brownstein
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019
**-and-**

ARENT FOX LLP
Aram Ordubegian
55 Second St., 21st Fl.
San Francisco, CA 94105

KELLER BENVENUTTI KIM, LLP  for **PG& E Corporation and**
Tobias S. Keller  **Pacific Gas & Electric Company**
Jane Kim
Peter J. Benvenutti
650 California St., #1900
San Francisco, CA 94108
**-and-**
WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin
Ray C. Schrock, P.C.
Jessica Liou
Theodore E. Tsekerides
767 Fifth Ave.
New York, NY 10153-0119

JONES DAY  for **Certain PG& E Shareholders**
Bruce S. Bennett
Joshua M. Mester
James O. Johnston
555 South Flower St., 15th Fl.
Los Angeles, CA 90071-2300

MILBANK LLP  for **Official Committee of Unsecured Creditors**
Gregory A. Bray
Thomas R. Kreller
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
**-and-**
MILBANK LLP
Dennis F. Dunne
Samuel A. Khalil
55 Hudson Yards
New York, NY 10001-2163

AKIN GUMP STRAUSS HAUER & FELD LLP for **Ad Hoc Committee of Senior Unsecured**
Michael S. Stamer  **Noteholders of Pacific Gas and Electric Co.**
Ira S. Dizengoff
David H. Botter
Abid Qureshi
One Bryant Park
New York, NY 10036

**-and-**
AKIN GUMP STRAUSS HAUER & FELD LLP
Ashley Vinson Crawford
580 California St., #1500
San Francisco, CA 94104

STROOCK & STROOCK & LAVAN LLP  for **Mizuho Bank, Ltd.** in its capacity as
Mark A. Speiser                 Holdco Term Loan Administrative Agent
Kenneth Pasquale
Sherry J. Millman
Harold A. Olsen
180 Maiden Lane
New York, NY 10038-4982
**-and-**
STROOCK & STROOCK & LAVAN LLP
David W. Moon
2029 Century Park East
Los Angeles, CA 90067-3086


GIBSON, DUNN & CRUTCHER LLP   for **Ad Hoc Committee of Holders of Trade Claims**
David M. Feldman
Matthew K. Kelsey
200 Park Ave.
New York, NY 10166
**-and-**
GIBSON, DUNN & CRUTCHER LLP
Matthew D. McGill
1050 Connecticut Ave., NW
Washington, DC 20036
**-and-**
GIBSON, DUNN & CRUTCHER LLP
Michael S. Neumeister
Michelle Choi
333 South Grand Ave.
Los Angeles, CA 90071

PILLSBURY WINTHROP SHAW PITTMAN LLP   for **Wilmington Trust, National**
M. David Minnick                        **Association,** in its capacity as
Four Embarcadero Center, 22nd Fl.       Administrative Agent for Holdco Revolver
San Francisco, CA 94126-5998
**-and-**
Leo T. Crowley
31 West 52nd St.
New York, NY 10019-6131

| | |
|---|---|
| DAVIS POLK & WARDWELL LLP<br>Timothy Graulich<br>David Schiff<br>Daniel E. Meyer<br>450 Lexington Ave.<br>New York, NY 10017<br>**-and-**<br>DAVIS POLK & WARDWELL LLP<br>Andrew D. Yaphe<br>1600 El Camino Real<br>Menlo Park, CA 94025 | for **Citibank N.A.,** as Administrative Agent for the Utility Revolving Credit Facility |
| QUINN EMANUEL URQUHART & SULLVAN, LLP<br>Bennett Murphy<br>865 South Figueroa St., 10th Fl.<br>Los Angeles, CA 90017-2543 | for **Canyon Capital Advisors LLC** |
| TROUTMAN SANDERS LLP<br>Hugh M. McDonald<br>Jonathan D. Forstot<br>875 Third Ave.<br>New York, NY 10022<br>**-and-**<br>TROUTMAN SANDERS LLP<br>Marcus T. Hall<br>Katherine L. Malone<br>3 Embarcadero Center, #800<br>San Francisco, CA 94111 | for **Consolidated Edison Development, Inc.** |
| WILLKIE FARR & GALLAGHER LLP<br>Matthew A. Feldman<br>Joseph G. Minias<br>Benjamin P. McCallen<br>787 Seventh Ave.<br>New York, NY 10019-6099<br>**-and-**<br>DIEMER & WEI LLP<br>Kathryn S. Diemer<br>100 West San Fernando St., #555<br>San Jose, CA 95113 | for **Ad Hoc Group of Subrogation Claim Holders** |

Date: March 6, 2020

DaWana L. Chambers
Deputy Clerk