UNITED STATES DEPARTMENT OF JUSTICE
CIVIL DIVISION
JOSEPH H. HUNT
Assistant Attorney General
RUTH A. HARVEY
Director
KIRK MANHARDT
Deputy Director
MATTHEW J. TROY (GABN 717258)
Senior Trial Counsel
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875
Telephone: (202) 514-9038
E-mail: matthew.troy@usdoj.gov

DAVID L. ANDERSON (CABN 149604)
United States Attorney

Attorneys for the United States of America

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br>**PG&E CORPORATION**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>Date: March 10, 2020<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>450 Golden Gate Avenue<br>Courtroom 17<br>San Francisco, CA 94102<br>Judge: Hon. Dennis Montali<br>RE: Docket No. 5835 |

**OBJECTION OF THE UNITED STATES OF AMERICA
TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING
FORM AND MANNER OF NOTICE OF HEARING ON PROPOSED DISCLOSURE
STATEMENT; (II) ESTABLISHING AND APPROVING PLAN SOLICITATION AND
VOTING PROCEDURES; (III) APPROVING FORMS OF BALLOTS, SOLICITATION
PACKAGES, AND RELATED NOTICES AND (IV) GRANTING RELATED RELIEF**

The United States of America, on behalf of various federal agencies, hereby objects to the

*Debtors' Motion for Entry of an Order (I) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (II) Establishing and Approving Plan Solicitation and Voting Procedures; (III) Approving Forms of Ballots, Solicitation Packages and Related Notices and (IV) Granting Related Relief* (the "Motion") (Docket No. 5835).

Counsel for the United States met and conferred with the Plan Proponents on Thursday, March 5, 2020.[1] Later that day, the Plan Proponents circulated a revised order on the Motion to address the United States' issues with the Motion stated in the bullet point objections served on February 28, 2020. The United States continues to review the revised order and will confer further with the Plan Proponents prior to the hearing to resolve its issues. The United States asserts the following objections to the extent the revised order submitted to the Court does not adequately address them.

● The Motion is unclear whether its proposal that each agency of the United States is only entitled to a temporarily allowed claim in the amount of $1.00 for voting purposes precludes those agencies from seeking temporary allowance of their claims in an amount exceeding $1.00 per agency.

● The United States intends to file timely motions to temporarily allow all or some of its claims under Federal Rule of Bankruptcy Procedure 3018 ("Rule 3018") which, if granted, would supersede the proposed $1.00 temporary allowance for voting purposes proposed in the Motion.[2]

● Any order approving the Motion should clarify that the $1.00 temporary allowance is subject to the Court's ruling on any timely filed Rule 3018(a) motion.

● Any order approving the Motion should clearly state that it is without prejudice to the Court's ruling on a motion of the United States under Federal Rule of Bankruptcy Procedure 3013 regarding classification of its fire-related claims.

---

[1] Capitalized terms shall have the meaning ascribed to them in the Motion unless otherwise noted herein.

[2] The Court has extended the United States' deadline for filing a Rule 3018 motion to March 20, 2020 (Docket No. 6112).

| | | |
|---|---|---|
| 1 | Date: March 6, 2020 | Respectfully submitted, |
| 2 | | JOSEPH H. HUNT<br>Assistant Attorney General |
| 3 | | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 4 | | |
| 5 | | /s/ Matthew J. Troy<br>RUTH A. HARVEY |
| 6 | | Director<br>KIRK MANHARDT |
| 7 | | Deputy Director<br>MATTHEW J. TROY |
| 8 | | Senior Trial Counsel<br>Attorneys for the United States |

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2020, I electronically filed the foregoing Objection with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ Matthew J. Troy
Matthew J. Troy
Senior Trial Counsel
Attorney for the United States