XAVIER BECERRA, SBN 118517
Attorney General of California
MARGARITA PADILLA, SBN 99966
Supervising Deputy Attorney General
JAMES POTTER, SBN 166992
Deputy Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-0815
Fax: (510) 622-2270
Margarita.Padilla@doj.ca.gov
James.Potter@doj.ca.gov

XAVIER BECERRA, SBN 118517
Attorney General of California
DANETTE VALDEZ, SBN 141780
ANNADEL ALMENDRAS, SBN 192064
Supervising Deputy Attorneys General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3367
Fax: (415) 703-5480
Danette.Valdez@doj.ca.gov
Annadel.Almendras@doj.ca.gov

STEVEN H. FELDERSTEIN, SBN 059678
PAUL J. PASCUZZI, SBN 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Fax: (916) 329-7435
sfelderstein@ffwplaw.com
ppascuzzi@ffwplaw.com

Attorneys for California Department of Forestry
and Fire Protection, et al.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>Date: March 10, 2020<br>Time: 10:00 a.m.<br>Ctrm: 17<br>Judge: Dennis Montali |

**BULLET POINT OPPOSITION OF THE CALIFORNIA STATE AGENCIES TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING FORM AND MANNER OF NOTICE OF HEARING ON PROPOSED DISCLOSURE STATEMENT; (II) ESTABLISHING AND APPROVING PLAN SOLICITATION AND VOTING PROCEDURES; (III) APPROVING FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (IV) GRANTING RELATED RELIEF [DOCKET NO. 5835]**

The California Department of Forestry and Fire Protection, California Department of Toxic Substances Control, California Governor's Office of Emergency Services, California Department of Veterans Affairs, California State University, Chico, California Department of Parks and Recreation, California Department of Transportation, and California Department of Developmental Services (collectively, the "California State Agencies") hereby submit their "bullet point" opposition to the *Debtors' Motion for Entry of an Order (I) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (II) Establishing and Approving Plan Solicitation and Voting Procedures; (III) Approving Forms of Ballots, Solicitation Packages, and Related Notices; and (IV) Granting Related Relief* (the "Motion") [Docket No. 5835].

The California State Agencies met and conferred with the Debtors on Thursday, March 5, 2020. The Debtors circulated a revised order on the Motion which the Debtors contend addresses the California State Agencies' issues stated in the bullet point objections served on February 28, 2020. The California State Agencies are reviewing the revised order at this time and will report at the hearing any outstanding objections. The California State Agencies assert the following objections to the extent they are not adequately addressed by the revised order on the Motion.[1]

1. It is unclear from the Motion whether the Debtors' proposal that each California State Agency is only entitled to a temporarily allowed claim in the amount of $1.00 for voting purposes precludes the California State Agencies from seeking temporary allowance of their claims in an amount exceeding $1.00 per agency.

2. The Court's Amended Order Establishing Schedule for Disclosure Statement Approval and Plan Confirmation [Docket No. 5732] ("Amended Schedule Order") provides a deadline of March 6, 2020, "for any creditor to file a motion pursuant to Bankruptcy Rule 3018(a) seeking to temporarily allow its Claim or Interest in a different amount for purposes of voting to accept or reject the Plan."

3. The California State Agencies intend to file timely motions to temporarily allow their claims under Federal Rule of Bankruptcy Procedure 3018 ("Rule 3018") which, if granted,

---

[1] The California State Agencies reserve the right to join in other objections to the Motion.

-1-

Case: 19-30088    Doc# 6159    Filed: 03/06/20    Entered: 03/06/20 15:09:24    Page 2 of 5

would supersede the proposed $1.00 temporary allowance for voting purposes proposed by the Debtors.

4. So long as the Motion does not preclude the California State Agencies from seeking temporary allowance of their claims in an amount exceeding $1.00 per agency, the California State Agencies do not object to the Motion.

5. Any order approving the Motion should clarify that the $1.00 temporary allowance is subject to the Court's ruling on any Rule 3018(a) motion filed in accordance with the Amended Schedule Order.

6. Any order approving the Motion should clearly state that it is without prejudice to the Court's ruling on the California State Agencies' motion under Federal Rule of Bankruptcy Procedure 3013 regarding classification of their fire-related claims.

7. The California State Agencies object to the provision in the Debtors' voting procedures valuing each vote for a claim in the Fire Victim class at $1. See Motion, pg. 16 at (c).

8. The California State Agencies object to the provision in the Debtors' voting procedures that treats each party that holds or has filed more than one Claim in a particular Class as if such entity has only one Claim in that particular Class. See Motion, pp. 16-17 at (i).

## RESERVATION OF RIGHTS

Neither this objection nor any subsequent appearance, pleading, proof of claim, claim or suit is intended or shall be deemed or construed as:

a. consent by the California State Agencies to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving the California State Agencies;

b. waiver of any right of the California State Agencies to (i) have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a Bankruptcy Judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (ii) have final orders in non-core matters entered only after de novo review by a District Court Judge, (iii) trial by jury in any proceeding so triable in the Chapter 11 Cases or in any case, controversy, or proceeding related to the Chapter 11 Cases,

(iv) have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (v) any and all rights, claims, actions, defenses, setoffs, recoupments or remedies to which the California State Agencies are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved hereby; or

      c.    waiver of any objections or defenses that the State of California, the California State Agencies or any other agency, unit or entity of the State of California may have to this Court's jurisdiction over the State of California, the California State Agencies or such other agency, unit or entity based upon the Eleventh Amendment to the United States Constitution or related principles of sovereign immunity or otherwise, all of which objections and defenses are hereby reserved.

## CONCLUSION

For the reasons set forth above, the California State Agencies request the Court to enter an order rejecting the classification of the State Fire Claims with the Fire Victim Claims as set forth in the proposed Plan.

Dated: March 6, 2020                      Respectfully submitted,

                                          XAVIER BECERRA
                                          Attorney General of California
                                          MARGARITA PADILLA
                                          Supervising Deputy Attorney General

                                By: */s/ Paul J. Pascuzzi*
                                          STEVEN H. FELDERSTEIN
                                          PAUL J. PASCUZZI
                                          FELDERSTEIN FITZGERALD
                                          WILLOUGHBY PASCUZZI & RIOS LLP
                                          Attorneys for California Department of Forestry and Fire Protection, California Department of Toxic Substances Control, California Governor's Office of Emergency Services, California Department of Veterans Affairs, California State University, California Department of Parks and Recreation, California Department of Transportation and California Department of Developmental Services

# PROOF OF SERVICE

I, Karen L. Widder, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 500 Capitol Mall, Suite 2250, Sacramento, CA 95814. On March 6, 2020, I served the within documents:

**BULLET POINT OPPOSITION OF THE CALIFORNIA STATE AGENCIES TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING FORM AND MANNER OF NOTICE OF HEARING ON PROPOSED DISCLOSURE STATEMENT; (II) ESTABLISHING AND APPROVING PLAN SOLICITATION AND VOTING PROCEDURES; (III) APPROVING FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (IV) GRANTING RELATED RELIEF [DOCKET NO. 5835]**

By Electronic Service only via CM/ECF.

*/s/ Karen L. Widder*
Karen L. Widder