Scott H. Olson (SBN 249956)
VEDDER PRICE (CA), LLP
275 Battery Street, Suite 2464
San Francisco, CA 94111
Telephone: (415) 749-9513
E-mail: solson@vedderprice.com

Leonard P. Goldberger, Esquire
STEVENS & LEE, P.C.
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406
Telephone: (610) 205-6046
Email: lpg@stevenslee.com

Constantine D. Pourakis, Esquire
STEVENS & LEE, P.C.
485 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 537-0409
Email: cp@stevenslee.com

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>                 Debtors.<br><br>☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☒   Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | CASE NO. 19-30088 DM<br>CASE NO. 19-30089 DM<br><br>CHAPTER 11<br><br>**PROOF OF SERVICE**<br><br>Date of Hearing: March 10, 2020<br>Time: 10:00 a.m.<br>Location: Courtroom 17, 16th Floor<br>Judge: Hon. Dennis Montali |

PROOF OF SERVICE
CASE NO. 19-03008 DM; CASE NO. 19-30089 DM

# PROOF OF SERVICE

I, Bridget Kilkenny, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 275 Battery Street, Suite 2464, San Francisco, California 94111. On March 6, 2020 I served a copy of the within document(s):

**OBJECTION OF INTERSTATE FIRE & CASUALTY COMPANY TO DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at San Francisco, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting electronically through the Court's CM/ECF system.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 6, 2020, at San Francisco, California.

/s/ Bridget Kilkenny
Bridget Kilkenny

| | | |
|---|---|---|
| 1 | Weil, Gotshal & Manges LLP | Attorneys for the Debtors |
| 2 | 767 Fifth Avenue, New York, NY 0153 | |
| | Attn: Stephen Karotkin, Esq. | |
| 3 | E-mail: stephen.karotkin@weil.com | |
| | Jessica Liou, Esq. | |
| 4 | E-mail: jessica.liou@weil.com | |
| | Matthew Goren, Esq. | |
| 5 | E-mail: matthew.goren@weil.com | |
| 6 | | |
| | Keller & Benvenutti LLP | |
| 7 | 650 California Street, Suite 1900 | |
| | San Francisco, CA 94108 | |
| 8 | Attn: Tobias S. Keller, Esq. | |
| | E-mail tkeller@kellerbenvenutti.com | |
| 9 | Jane Kim, Esq. | |
| | E-mail: jkim@kellerbenvenutti.com | |
| 10 | | |
| 11 | Cravath, Swaine & Moore LLP | |
| | Worldwide Plaza | |
| 12 | 825 Eighth Avenue, New York, NY 10019 | |
| | Attn: Paul H. Zumbro, Esq. | |
| 13 | E-mail: pzumbro@cravath.com | |
| | Kevin J. Orsini, Esq. | |
| 14 | E-mail: korsini@cravath.com | |
| | Omid H. Nasab, Esq. | |
| 15 | E-mail: onasab@cravath.com | |
| 16 | | |
| | The U.S. Trustee | The U.S. Trustee |
| 17 | 450 Golden Gate Avenue, 5th Floor | |
| | Suite 05-0153 | |
| 18 | San Francisco, CA 94102 | |
| | Attn: James L. Snyder, Esq. | |
| 19 | E-mail: James.L.Snyder@usdoj.gov) | |
| 20 | Timothy Laffredi, Esq. | |
| | E-mail: Timothy.S.Laffredi@usdoj.gov | |

PROOF OF SERVICE
CASE NO. 19-03008 DM; CASE NO. 19-30089 DM         3

Case: 19-30088    Doc# 6166    Filed: 03/06/20    Entered: 03/06/20 15:31:25    Page 3 of 6

| | | |
|---|---|---|
| Stroock & Stroock & Lavan LLP<br>180 Maiden Lane, New York, NY 10038-4982<br>Attn: Kristopher M. Hansen, Esq.<br>E-mail: khansen@stroock.com)<br>Erez E. Gilad, Esq.<br>E-mai: egilad@stroock.com<br>Matthew G. Garofalo, Esq.<br>E-mail: mgarofalo@stroock.com | | The Attorneys for the Administrative Agent Under the Debtors' Debtor-In-Possession Financing Facility |
| Stroock & Stroock & Lavan LLP<br>2029 Century Park East<br>Los Angeles, CA 90067-3086<br>Attn: Frank A. Merola, Esq.<br>E-mail: fmerola@stroock.com | | |
| Davis Polk & Wardwell LLP<br>450 Lexington Avenue, New York, NY 10017<br>Attn: Eli J. Vonnegut, Esq.<br>E-mail: eli.vonnegut@davispolk.com<br>David Schiff, Esq.<br>E-mail: david.schiff@davispolk.com<br>Timothy Graulich, Esq.<br>E-mail: timothy.graulich@davispolk.com | | The Attorneys for the Collateral Agent Under Debtors' Debtor-In-Possession Financing Facility |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Attn: Alan W. Kornberg, Esq.<br>E-mail: akornberg@paulweiss.com<br>Brian S. Hermann, Esq.<br>E-mail: bhermann@paulweiss.com<br>Walter R. Rieman, Esq.<br>E-mail: wrieman@paulweiss.com<br>Sean A. Mitchell, Esq.<br>E-mail: smitchell@paulweiss.com<br>Neal P. Donnelly, Esq.<br>E-mail: ndonnelly@paulweiss.com | | The Attorneys for the CPUC |

PROOF OF SERVICE
CASE NO. 19-03008 DM; CASE NO. 19-30089 DM

| | | |
|---|---|---|
| 1 | Milbank LLP | The Attorneys for the Creditors |
| 2 | 55 Hudson Yards<br>New York, NY 10001-2163 | Committee |
| 3 | Attn: Dennis F. Dunne, Esq.<br>E-mail: DDunne@milbank.com | |
| 4 | Samuel A. Kahlil, Esq.<br>E-mail: skhalil@milbank.com | |
| 5 | | |
| 6 | Milbank LLP<br>2029 Century Park East, 33rd Floor | |
| 7 | Los Angeles, CA 90067<br>Attn: Gregory A. Bray, Esq. | |
| 8 | E-mail: GBray@milbank.com<br>Thomas R. Kreller, Esq. | |
| 9 | E-mail: TKreller@milbank.com | |
| 10 | Baker & Hostetler LLP | The Attorneys for the Tort |
| 11 | 1160 Battery Street, Suite 100<br>San Francisco, CA 94111 | Claimants Committee |
| 12 | Attn: Robert A. Julian, Esq.<br>E-mail: rjulian@bakerlaw.com | |
| 13 | Cecily A. Dumas, Esq.<br>E-mail: cdumas@bakerlaw.com | |
| 14 | | |
| 15 | Baker & Hostetler LLP<br>11601 Wilshire Boulevard, Suite 1400 | |
| 16 | Los Angeles, CA 90025-0509<br>Attn: Eric E. Sagerman, Esq. | |
| 17 | E-mail: esagerman@bakerlaw.com<br>Lauren T. Attard, Esq. | |
| 18 | E-mail: lattard@bakerlaw.com | |

| | | |
|---|---|---|
| Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019-6099<br>Attn: Matthew A. Feldman, Esq.<br>E-mail: mfeldman@willkie.com<br>Joseph G Minias, Esq.<br>E-mail: jminias@willkie.com<br>Benjamin P. McCallen Esq.<br>E-mail: bmccallen@willkie.com<br>Daniel I. Forman Esq.<br>E-mail: dforman@willkie.com | The Attorneys for the Ad Hoc Group of Subrogation Claim Holders |
| Diemer & Wei, LLP<br>100 West San Fernando Street, Suite 555<br>San Jose, CA 95113<br>Attn: Kathryn S. Diemer<br>E-mail: kdiemer@diemerwei.com | |
| Jones Day<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071-2300<br>Attn: Bruce S. Bennett, Esq.<br>E-mail: bbennett@jonesday.com<br>Joshua M. Mester, Esq.<br>E-mail: jmester@jonesday.com<br>James O. Johnston, Esq.<br>E-mail: jjohnston@jonesday.com | Attorneys for the Shareholder Proponents |
| Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>Attn: Michael S. Stamer, Esq.<br>E-mail: mstamer@akingump.com<br>Ira S. Dizengoff, Esq.<br>E-mail: idizengoff@akingump.com<br>David H. Botter, Esq.<br>E-mail: dbotter@akingump.com<br>Abid Qureshi, Esq.<br>E-mail: aqureshi@akingump.com | The Attorneys for the Ad Hoc Committee of Senior Unsecured Noteholders |
| Akin Gump Strauss Hauer & Feld LLP<br>580 California Street, Suite 1500<br>San Francisco, CA 94104<br>Attn: Ashley Vinson Crawford, Esq.<br>E-mail: avcrawford@akingump.com | |