| | |
|---|---|
| 1 | REBECCA J. WINTHROP (CA BAR NO. 116386) |
| | ROBIN D. BALL (CA BAR NO. 159698) |
| 2 | NORTON ROSE FULBRIGHT US LLP |
| | 555 South Flower Street, Forty-First Floor |
| 3 | Los Angeles, California 90071 |
| | Telephone: (213) 892-9200 |
| 4 | Facsimile: (213) 892-9494 |
| | rebecca.winthrop@nortonrosefulbright.com |

Attorneys for Creditors ADVENTIST HEALTH SYSTEM/WEST and FEATHER RIVER HOSPITAL D/B/A ADVENTIST HEALTH FEATHER RIVER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19 - 30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Lead Case) |
| | (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY | **NOTICE OF HEARING ON THE MOTION OF ADVENTIST FOR ESTIMATION AND TEMPORARY ALLOWANCE OF THE ADVENTIST FIRE DAMAGE CLAIMS SOLELY FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018** |
| Debtors. | |
| ☐ Affects PG&E Corporation | **Hearing Date and Time:** |
| ☐ Affects Pacific Gas and Electric Company | Date: April 7, 2020 |
| ☒ Affects both Debtors | Time: 10:00 a.m. (Pacific Time) |
| | Place: Courtroom 17 |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | 450 Golden Gate Ave., 16th Floor |
| | San Francisco, CA 94102 |
| | **Objection Deadline: March 24, 2020** |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "Petition Date"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that Adventist Health System/West, a California religious non-profit corporation, and Feather River Hospital, a California religious non-profit corporation, d/b/a Adventist Health Feather River (collectively, the "Adventist Claimants"), have filed the *Motion of the Adventist Claimants for Estimation and Temporary Allowance of the Adventist Fire Damage Claims Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that the Motion requests that the Bankruptcy Court hold a hearing on the Motion on **April 7, 2020 at 10:00 a.m. (Pacific Time)** (the "Omnibus Hearing") in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. The Court may set the matter for hearing on a different date.

**PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Adventist Claimants at the above-referenced address so as to be received by no later than **4:00 p.m. (Pacific Time) on March 24, 2020**. Any oppositions or responses must also be filed and served on all "Standard Parties" as defined in, and in accordance with, the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [ECF No. 1996] (the "Case Management Order"). **Any relief requested in the Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order.** In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases and related Adversary Proceedings.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: March 6, 2020

REBECCA J. WINTHROP
ROBIN D. BALL
NORTON ROSE FULBRIGHT US LLP

By: */s/ Rebecca J. Winthrop*
REBECCA J. WINTHROP
Attorneys for Creditors ADVENTIST HEALTH SYSTEM/WEST and FEATHER RIVER HOSPITAL D/B/A ADVENTIST HEALTH FEATHER RIVER