# EXHIBIT A

4849-0071-0838.2

**SUPPLEMENTAL COMPENSATION REQUESTED BY COBLENTZ PATCH DUFFY & BASS LLP PROFESSIONALS DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019 UNDER THIS SUPPLEMENTAL MONTHLY FEE STATEMENT**

The Coblentz attorneys and paraprofessionals who rendered the supplemental (previously un-billed) legal services for the Debtors during these Chapter 11 Cases from December 1, 2019 through December 31, 2019 (the "**Fee Period**")[1] are:

| Name of Professional | Position | Primary Practice Group[2] | Year Admitted | Reduced Hourly Rate for Debtors | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Doug Sands | Partner | RE | 1987 | $648 | 68.00 | $44,064.00 |
| **Additional Discount Per Engagement Agreement** | | | | | | ($1,208.52) |
| **Total Professionals:** | | | | | **68.00** | **$42,855.48** |

| PROFESSIONALS TOTALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $648 | 68.00 | $44,064.00 |
| **Additional Discount Per Engagement Agreement** | | | ($1,208.52) |
| **Total Fees Incurred** | **$630.28** | **68.00** | **$42,855.48** |

---

[1] See footnote 1 in the main part of the Monthly Fee Statement.

[2] RE = Real Estate; LIT = Litigation; BCR = Bankruptcy and Creditors' Rights; CORP = Corporate