# EXHIBIT B

4849-0071-0838.2

**SUPPLEMENTAL COMPENSATION BY WORK TASK CODE FOR SUPPLEMENTAL SERVICES RENDERED BY COBLENTZ PATCH DUFFY & BASS LLP FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---|---|
| P100 | Project Administration | 68.00 | $42,855.48 |
| **Total:** | | **68.00** | **$42.855.48** |

---

[1] These Task Codes and Descriptions were used by Coblentz in conjunction with pre-petition time entries and invoices as required by Debtors prior to the filing of these Bankruptcy Cases, and Coblentz continues to use them in conjunction with post-petition time entries and invoices in these Special Counsel matters.

4849-0071-0838.2                              Exhibit B