# EXHIBIT D

4849-0071-0838.2

Coblentz
Patch Duffy
& Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

| Re: | Case Name: | Antioch Dunes Purchase Option |
|-----|------------|-------------------------------|
|     | Our File No.: | 16213-111 |
|     | Corporate ID: | 1907686 |

Invoice No.  334614          Statement Date:  02/29/2020

**SUMMARY of CHARGES**

**Summary of Time**

| C. Sands, Douglas | DCS | $648.00 | 1.40 | 907.20 |
|-------------------|-----|---------|------|--------|

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| P100 | Project Administration | 1.40 | 907.20 |
|      | SERVICES TOTAL: | 1.40 | 907.20 |
|      | Total Costs Advanced and Incurred | | 0.00 |
|      | Invoice Total | | $907.20 |

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA 94120-7133
Attention: Wendy Coleman

Re:         Case Name:          Antioch Dunes Purchase Option
            Our File No.:        16213-111
            Corporate ID:        1907686

                    Invoice No.  334614      Statement Date:  02/29/2020

*  *  *  *  *  *  *  *  *  *  BILLING SUMMARY  *  *  *  *  *  *  *  *  *  *  *

        Summary of Current Activity:

            Fees for Professional Services Rendered
                through December 31, 2019              $           907.20

            Costs Advanced through December 31, 2019   $             0.00

                Current Invoice Subtotal               $           907.20

Pacific Gas and Electric Company

02/29/2020

Page 3

Client 16213

Matter 111

Invoice 334614

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/19/19 | Douglas C. Sands | | | |
| P100 | Review option documents (.7), conference call with J. McKay, M. Brown and the Department of Fish & Wildlife representatives (.7) | 1.40 | 648.00 | 907.20 |
| | SERVICES TOTAL | 1.40 | | $907.20 |

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

| Re: | Case Name: | Moller Conservation Easement Option |
|---|---|---|
| | Our File No.: | 16213-112 |
| | Corporate ID: | 1907685 |

### Invoice No.  334615        Statement Date:  02/29/2020

### SUMMARY of CHARGES

### Summary of Time

| C. Sands, Douglas | DCS | $648.00 | 3.20 | 2,073.60 |
|---|---|---|---|---|

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| P100 | Project Administration | 3.20 | 2,073.60 |
| | SERVICES TOTAL: | 3.20 | 2,073.60 |
| | Total Costs Advanced and Incurred | | 0.00 |
| | Invoice Total | | $2,073.60 |

Coblentz
Patch Duffy
& Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

Re:        Case Name:        Moller Conservation Easement Option
           Our File No.:        16213-112
           Corporate ID:        1907685

                    Invoice No.  334615        Statement Date:  02/29/2020

        *  *  *  *  *  *  *  *  *  *  BILLING SUMMARY  *  *  *  *  *  *  *  *  *  *  *

           Summary of Current Activity:

           Fees for Professional Services Rendered
                through December 31, 2019                 $          2,073.60

           Costs Advanced through December 31, 2019       $              0.00

           Current Invoice Subtotal                       $          2,073.60

Pacific Gas and Electric Company
02/29/2020
Page 3

Client    16213
Matter   112
Invoice  334615

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/02/19 | Douglas C. Sands | | | |
| P100 | Telephone call with D. Barskey re document comments (.3), telephone call with D. Barskey (.1), e-mail M. Brown (.3), e-mail M. Brown (.1) | 0.80 | 648.00 | 518.40 |
| 12/17/19 | Douglas C. Sands | | | |
| P100 | Call with W. Coleman (.4), email M. Brown (.4) | 0.80 | 648.00 | 518.40 |
| 12/18/19 | Douglas C. Sands | | | |
| P100 | Call with M. Brown (.5), draft email to seller (.3) | 0.80 | 648.00 | 518.40 |
| 12/31/19 | Douglas C. Sands | | | |
| P100 | Review option agreement (.4), call with M. Brown (.4) | 0.80 | 648.00 | 518.40 |
| | SERVICES TOTAL | 3.20 | | $2,073.60 |

## Coblentz
## Patch Duffy
## & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

| Re: | Case Name: | Bankruptcy Exit Financing |
|-----|------------|---------------------------|
|     | Our File No.: | 16213-113 |
|     | Corporate ID: | 1907689 |

Invoice No.  334616     Statement Date:  02/29/2020

**SUMMARY of CHARGES**

**Summary of Time**

| C. Sands, Douglas | DCS | $648.00 | 8.00 | 5,184.00 |
|---|---|---|---|---|

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| P100 | Project Administration | 8.00 | 5,184.00 |
|      | SERVICES TOTAL: | 8.00 | 5,184.00 |
|      | Total Costs Advanced and Incurred | | 0.00 |
|      | Invoice Total | | $5,184.00 |

# Coblentz Patch Duffy & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

Re:         Case Name:        Bankruptcy Exit Financing
            Our File No.:     16213-113
            Corporate ID:     1907689

              Invoice No.  334616     Statement Date:  02/29/2020

*  *  *  *  *  *  *  *  *  *  BILLING SUMMARY  *  *  *  *  *  *  *  *  *  *  *


       Summary of Current Activity:

          Fees for Professional Services Rendered
             through December 31, 2019          $          5,184.00

          Costs Advanced through December 31, 2019     $              0.00

          Current Invoice Subtotal               $          5,184.00

Pacific Gas and Electric Company
02/29/2020
Page 3

Client   16213
Matter   113
Invoice  334616

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/11/19 | Douglas C. Sands | | | |
| P100 | Review certificates and memo and opinions provided by P. Jamison (.5), conference call with P. Jamison, B. Milanovich, C. DeSange, J. Yee, M. Fitzpatrick re indenture review and CA real property (.7), call re same (.3) | 1.50 | 648.00 | 972.00 |
| 12/16/19 | Douglas C. Sands | | | |
| P100 | Review mortgage indenture for CA real estate issues (3.6), review officer's certificates and opinions (.5), review opinion chart (.7) | 4.80 | 648.00 | 3,110.40 |
| 12/18/19 | Douglas C. Sands | | | |
| P100 | Edit Indenture for CA real estate issues (1.4), revise opinion chart (.3) | 1.70 | 648.00 | 1,101.60 |
| | SERVICES TOTAL | 8.00 | | $5,184.00 |

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

| Re: | Case Name: | PG&E Hydro Facilities Transfers |
| | Our File No.: | 16213-114 |
| | Corporate ID: | 1907673 |

Invoice No.  334617        Statement Date:  02/29/2020

## SUMMARY of CHARGES

### Summary of Time

| C. Sands, Douglas | DCS | $648.00 | 18.10 | 11,728.80 |

| Item | Activity | Total Hours | Total Fees |
|---|---|---|---|
| P100 | Project Administration | 18.10 | 11,728.80 |
| | SERVICES TOTAL: | 18.10 | 11,728.80 |
| | Total Costs Advanced and Incurred | | 0.00 |
| | Invoice Total | | $11,728.80 |

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
Law Department - Budget Group
P.O. Box 7133
San Francisco, CA  94120-7133
Attention:  Wendy Coleman

Re:         Case Name:        PG&E Hydro Facilities Transfers
            Our File No.:        16213-114
            Corporate ID:      1907673

            Invoice No.  334617        Statement Date:  02/29/2020

            *  *  *  *  *  *  *  *  *  *   BILLING SUMMARY   *  *  *  *  *  *  *  *  *  *  *

        Summary of Current Activity:

            Fees for Professional Services Rendered
                through December 31, 2019            $        11,728.80

            Costs Advanced through December 31, 2019     $             0.00

            Current Invoice Subtotal                 $        11,728.80

Pacific Gas and Electric Company
02/29/2020
Page 3

Client 16213
Matter 114
Invoice 334617

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/04/19 | Douglas C. Sands | | | |
| P100 | Narrows: Telephone call with P. Coviello (.5), conference with D. Barsky (.4) | 0.90 | 648.00 | 583.20 |
| 12/05/19 | Douglas C. Sands | | | |
| P100 | Narrows:  Review closing documents (1.1), conference with D. Barsky (.4), conference call with P. Coviello, J. Swenson, J. Webber, S. Maggard and J. Hannigan (.7), follow-up call with P. Coviello, D. Barsky and J. Hannigan (.5) | 2.70 | 648.00 | 1,749.60 |
| 12/09/19 | Douglas C. Sands | | | |
| P100 | Narrows:  Call with J. Peck (.3), telephone call with P. Coviello (.4), telephone call with D. Barsky (.4), telephone call with D. Barsky (.2) | 1.30 | 648.00 | 842.40 |
| 12/10/19 | Douglas C. Sands | | | |
| P100 | Narrows:  Call with D. Barsky (.3), review documents (.2), conference calls with M. Kline, J. Peck, D. Barsky, J. Hannigan and W. Williams (1.2) | 1.70 | 648.00 | 1,101.60 |
| 12/11/19 | Douglas C. Sands | | | |
| P100 | Narrows:  Review issues list from J. Peck and reply (.5), email J. Peck re 593-C (.2) call with J. Peck re CE assignment (.3), telephone call with D. Barsky re open items review (.7), prepare post closing agreement (.8), call re signature issues (.4) | 2.90 | 648.00 | 1,879.20 |

Pacific Gas and Electric Company
02/29/2020
Page 4

Client 16213
Matter 114
Invoice 334617

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/12/19 | Douglas C. Sands | | | |
| P100 | Narrows:  Email J. Peck re open items (.3), telephone call with P. Coviello re certificate (.3), revise certificate (.2), call with J. Hannigan re post closing agreement (.4), review open items list (.7) and email P. Coviello re same (.3), | 2.20 | 648.00 | 1,425.60 |
| 12/13/19 | Douglas C. Sands | | | |
| P100 | Narrows:  Telephone call with P. Coviello re document finalization and execution (.5), revise assignment agreement (.3), negotiate closing documents (.7), call with J. Hasinalgan re post closing agreement (.5), revise post-closing agreement (.4) | 2.40 | 648.00 | 1,555.20 |
| 12/16/19 | Douglas C. Sands | | | |
| P100 | Narrows:  Telephone call with P. Coviello re status of transaction (.6), telephone call with D. Barsky re open items to close (.5), conference with D. Barsky re comments on escrow letter and post-closing letter (.6) | 1.70 | 648.00 | 1,101.60 |
| 12/17/19 | Douglas C. Sands | | | |
| P100 | Narrows:  Correspondence re open items (.5), conference call with J. Hannigan, J. Peck, W. Wilkerson, D. Barsky and P. Coviello (1.2) | 1.70 | 648.00 | 1,101.60 |
| 12/30/19 | Douglas C. Sands | | | |
| P100 | Kern Canyon:  Review closing items list sent by R. Doidge (.4), call with R. Doidge (.2) | 0.60 | 648.00 | 388.80 |
| | SERVICES TOTAL | 18.10 | | $11,728.80 |

# Coblentz
# Patch Duffy
# & Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
P.O. Box 7133
San Francisco, CA  94120
Attention:  Wendy T. Coleman

| Re: | Case Name: | Land Stewardship |
|-----|-----------|-----------------|
|     | Our File No.: | 02898-357 |
|     | Corporate ID: | 803093 |

Invoice No.  334618     Statement Date:  02/29/2020

## SUMMARY of CHARGES

### Summary of Time

| C. Sands, Douglas | DCS | $648.00 | 37.30 | 24,170.40 |
|-------------------|-----|---------|-------|-----------|

| Item | Activity | Total Hours | Total Fees |
|------|----------|-------------|------------|
| P100 | Project Administration | 37.30 | 24,170.40 |
|      | SERVICES TOTAL: | 37.30 | 24,170.40 |
|      | Courtesy Discount |  | (1,208.52) |
|      | Total Costs Advanced and Incurred |  | 0.00 |
|      | Invoice Total |  | $22,961.88 |

Coblentz
Patch Duffy
& Bass LLP

One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

415 391 4800

coblentzlaw.com

Federal Tax ID: 94-1244910

Pacific Gas and Electric Company
P.O. Box 7133
San Francisco, CA  94120
Attention:  Wendy T. Coleman

| Re: | Case Name: | Land Stewardship |
|---|---|---|
| | Our File No.: | 02898-357 |
| | Corporate ID: | 803093 |

Invoice No.  334618     Statement Date:  02/29/2020

\* \* \* \* \* \* \* \* \*  BILLING SUMMARY  \* \* \* \* \* \* \* \* \* \*

Summary of Current Activity:

| | | |
|---|---|---|
| Fees for Professional Services Rendered through December 31, 2019 | $ | 24,170.40 |
| Less Courtesy Discount | $ | (1,208.52) |
| Costs Advanced through December 31, 2019 | $ | 0.00 |
| Current Invoice Subtotal | $ | 22,961.88 |

Pacific Gas and Electric Company
02/29/2020
Page 3

Client   02898
Matter   357
Invoice   334618

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/02/19 | Douglas C. Sands | | | |
| P100 | Lake Almanor Trail:  Prepare Transaction summary (.8), e-mail P. Coviello (.2), review closing documents (.3) | 1.30 | 648.00 | 842.40 |
| 12/03/19 | Douglas C. Sands | | | |
| P100 | Lake Almanor:  Call with P. Coviello re approval issues (.4), call with P. Coviello, MSC representatives, T. Kelly, E. Healy (.5) | 0.90 | 648.00 | 583.20 |
| 12/04/19 | Douglas C. Sands | | | |
| P100 | Hot Creek:  Revise documents (2.7), send documents to C. Davis (.4) | 3.10 | 648.00 | 2,008.80 |
| 12/04/19 | Douglas C. Sands | | | |
| P100 | Eel River Retained:  Review proposed CE change (.4), email M. Schonlere (.2) | 0.60 | 648.00 | 388.80 |
| 12/04/19 | Douglas C. Sands | | | |
| P100 | Kings River:  Review BDR (.5), email K. Panek (.3) | 0.80 | 648.00 | 518.40 |
| 12/04/19 | Douglas C. Sands | | | |
| P100 | Lake Almanor: Revise documents (1.3), prepare escrow instructions (.6), circulate same (.3) | 2.20 | 648.00 | 1,425.60 |
| 12/05/19 | Douglas C. Sands | | | |
| P100 | King River:  Call re BDR (.8), review BDR (2.4), call with P. Coviello, C. Davis, K. Panek, C. Barnes, J. Powers and E. Healy (.6), revise CE (1.2), draft escrow letter (1.1) | 6.10 | 648.00 | 3,952.80 |

Pacific Gas and Electric Company
02/29/2020
Page 4

Client 02898
Matter 357
Invoice 334618

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/06/19 | Douglas C. Sands | | | |
| P100 | Lake Almanor: Telephone call with S. Stanford (.6), telephone call with B. Snyder (.5) | 1.10 | 648.00 | 712.80 |
| 12/06/19 | Douglas C. Sands | | | |
| P100 | Lake Spaulding SJCOE: Call with J. Swenson (.2), revise grant deed, TA and EA | 2.80 | 648.00 | 1,814.40 |
| 12/09/19 | Douglas C. Sands | | | |
| P100 | Bear River Cal Fire PLT: Review documents (2.2), call with J. Swenson (.4) | 2.60 | 648.00 | 1,684.80 |
| 12/09/19 | Douglas C. Sands | | | |
| P100 | Call with S. Stanford re title policy (.3), telephone call with C. Davis (.4), email C. Davis (.2) | 0.90 | 648.00 | 583.20 |
| 12/10/19 | Douglas C. Sands | | | |
| P100 | Lake Almanor: Prepare execution documents (.8), weekly call with C. Berley, S. Doulthit, P. Coviello, A. Webb and E. Healy (.5), prepare approval (.6) | 1.90 | 648.00 | 1,231.20 |
| 12/10/19 | Douglas C. Sands | | | |
| P100 | Spaulding Retained: Review prep documents (1.5), prepare Transaction Agreement and Conservation Easement (1.2) | 2.70 | 648.00 | 1,749.60 |
| 12/10/19 | Douglas C. Sands | | | |
| P100 | Hat Creek: Telephone call with B. Snyder (.5), telephone call with C. Davis (.4) | 0.90 | 648.00 | 583.20 |

Pacific Gas and Electric Company
02/29/2020
Page 5

Client 02898
Matter 357
Invoice 334618

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/11/19 | Douglas C. Sands | | | |
| P100 | Lake Spaulding Retained:  Revise CE based on information provided by J. Swenson (.6), revise TA based on information provided by J. Swenson (.5), analyze documents against Lower Drum (.6) | 1.70 | 648.00 | 1,101.60 |
| 12/11/19 | Douglas C. Sands | | | |
| P100 | Lake Almanor Trail:  Telephone call with P. Coviello re EA (.2), revise EA per conversation (.2), email P. Coviello (.2) | 0.60 | 648.00 | 388.80 |
| 12/12/19 | Douglas C. Sands | | | |
| P100 | Cal Fire NFMR:  Review escrow letter of Cal Fire (.4), email M. Geeter re escrow issues (.3) | 0.70 | 648.00 | 453.60 |
| 12/12/19 | Douglas C. Sands | | | |
| P100 | Bear River BYLT:  Review new deal documents (1.3), email J. Swenson (.4) | 1.70 | 648.00 | 1,101.60 |
| 12/12/19 | Douglas C. Sands | | | |
| P100 | Kings River:  Telephone call with P. Coviello re closing mechanics issues (.4), conference call with P. Coviello, E. Healy and K. Panek re open items (.5) | 0.90 | 648.00 | 583.20 |
| 12/17/19 | Douglas C. Sands | | | |
| P100 | Cal Fire NFMR:  Revise and circulate escrow letter (.6), call with B. Snyder (.4), weekly call with P. Coviello, A. Holtz, M. Geuter and B. Hardy (.5) | 1.50 | 648.00 | 972.00 |

Pacific Gas and Electric Company
02/29/2020
Page 6

Client 02898
Matter 357
Invoice 334618

| Date/Task | Atty/Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12/18/19 | Douglas C. Sands | | | |
| P100 | Cal Fire NFMR:  Telephone call with P. Coviello re closing (.5), revise escrow letter (.4), call with E. Routt (.2) | 1.10 | 648.00 | 712.80 |
| 12/26/19 | Douglas C. Sands | | | |
| P100 | Call with S. Stanford re closing (.6), review closing documents (.2), call with C. Berkey and S. Douthit (.4) | 1.20 | 648.00 | 777.60 |
| | SERVICES TOTAL | 37.30 | | $24,170.40 |
| | Less Courtesy Discount | | | (1,208.52) |
| | Subtotal | | $ | 22,961.88 |