# EXHIBIT E

4849-0071-0838.2

**DETAILED SUPPLEMENTAL EXPENSE ENTRIES (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE SUPPLEMENTAL PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Costs Advanced | Amount |
|---|---:|
| **Total Costs Requested:** | **$0.00** |

4849-0071-0838.2

Exhibit E