JACOB T. BEISWENGER (S.B. #321012)
jbeiswenger@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

PETER FRIEDMAN (*pro hac vice*)
pfriedman@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

NANCY A. MITCHELL (*pro hac vice*)
nmitchell@omm.com
MATTHEW L. HINKER (*pro hac vice*)
mhinker@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (213) 326-2061

*Attorneys for Governor Gavin Newsom*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas & Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11 Lead Case<br>(Jointly Administered)<br><br>**GOVERNOR GAVIN NEWSOM'S RESERVATION OF RIGHTS IN CONNECTION WITH HEARING TO CONSIDER APPROVAL OF [PROPOSED] DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION**<br><br>[Related to Docket No. 5700]<br><br>Date: March 10, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

Governor Gavin Newsom, by and through his counsel, O'Melveny & Myers LLP, respectfully submits this reservation of rights (the "**Reservation of Rights**") in connection with the hearing to consider approval of the *[Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [Docket No. 5700] (the "**Disclosure**

**Statement**").[1] Governor Newsom files this Reservation of Rights in his official capacity as Governor of the state of California, but not on behalf of any agency, department, unit or entity of the state of California.[2] In support of the Reservation of Rights, Governor Newsom respectfully states as follows:

1. The state of California's objectives are resolute: (i) Californians must have access to safe, reliable and affordable service; (ii) wildfire victims must be treated fairly; and (iii) California must continue to make progress on its climate change goals.

2. The Governor previously expressed his belief that the Plan and the restructuring transactions contemplated therein do not, in his judgment, result in a reorganized utility that satisfies the requirements of AB 1054. The Debtors have made modifications to the Plan to address certain, but not all, of the Governor's concerns.

3. The Governor's staff and advisors continue to engage in productive discussions with the Debtors' advisors and professionals in an effort to address the Governor's remaining concerns regarding compliance with AB 1054. The CPUC is also conducting the Plan OII and will render its decision at the end of the process. The result of these efforts may lead to a plan that in the Governor's view satisfies AB 1054.

4. Under normal circumstances, it may be prudent for the Debtors to delay solicitation until the Plan can be further refined to meet AB 1054. The Governor's Office, however, is cognizant that the June 30, 2020 deadline codified in AB 1054 creates unusual tension in these Chapter 11 Cases that results in any delay endangering the Debtors' ability to ultimately obtain the benefit of the provisions of AB 1054. Additionally, modifications to the Plan to resolve the concerns of the Governor's Office should not jeopardize the confirmation process as the Governor believes those changes would create a stronger and better managed utility and inure to the benefit of all of the Debtors' constituents.

5. Therefore, the Governor does not object to the Disclosure Statement or the solicitation of votes to accept or reject the Plan; however, the Governor reserves all rights with

---

[1] Capitalized terms used but not defined herein have the meaning given to such terms in the Disclosure Statement.
[2] The Attorney General has appeared in these proceedings on behalf of certain agencies and departments of the state of California. The Governor does not take a position on the issues raised in those filings in this pleading.

respect to confirmation of the Plan and other plan related issues.

Dated: March 6, 2020　　　　　　　　　**O'MELVENY & MYERS LLP**

By:　*/s/ Jacob T. Beiswenger*

　　　JACOB T. BEISWENGER

By:　*/s/ Matthew L. Hinker*

　　　NANCY A. MITCHELL (*pro hac vice*)
　　　PETER FRIEDMAN (*pro hac vice*)
　　　MATTHEW HINKER (*pro hac vice*)

*Attorneys for Governor Gavin Newsom*