1
HOLLAND & KNIGHT LLP
Robert J. Labate (SBN 313847)
2
50 California Street, Suite 2800
San Francisco, CA 94111
3
Telephone: 415.743.6900
Facsimile: 415.743.6910
4
Email: robert.labate@hklaw.com

5
David W. Wirt (*pro hac vice*)
150 N. Riverside Plaza Suite 2700
6
Chicago, IL 60606
Telephone: 312.578.6610
7
Facsimile: 312.578.6666
Email: david.wirt@hklaw.com
8
Attorneys for
9
Deutsche Bank National Trust Company and
Deutsche Bank Trust Company Americas
10

11
Attorneys for
TIGER NATURAL GAS, INC.
12

13
**UNITED STATES BANKRUPTCY COURT**

14
**NORTHERN DISTRICT OF CALIFORNIA**

15
**SAN FRANCISCO DIVISION**

16

| | |
|---|---|
| In re | ) CASE NO. 19-30089 (DM) |
| 17 | ) |
| PG&E CORPORATION | ) Chapter 11 |
| 18 | ) |
|    -and- | ) **CERTIFICATE OF SERVICE** |
| 19 | ) |
| PACIFIC GAS AND ELECTRIC | ) Date: March 10, 2020 |
| 20   COMPANY, | ) Time: 10:00 AM (Pacific Time) |
| | ) Place: United States Bankruptcy Court |
| 21               Debtors. | ) Courtroom 17, 16th Floor |
| | ) San Francisco, CA 94102 |
| 22 □ Affects PG&E Corporation | ) |
|   Affects Pacific Gas and Electric | ) **Objection** |
| 23 Company | ) **Deadline:** March 6, 2020 |
| □ Affects both Debtors | )           4:00 p.m. (Pacific Time) |
| 24 | |
| *All papers shall be filed in the Lead Case,* | |
| 25 *No. 19-30088 (DM)* | |

26

27

28

1    I, Philip Dobbs, declare and state as follows:

2        1.  I am employed in San Francisco County in the State of California. I am more than eighteen

3            years old and not a party to this action. My business address is Holland & Knight LLP, 50

4            California Street, Suite 2800, San Francisco, CA 94111.

5        2.  I certify that on March 6, 2020, I caused a true and correct copy of the following document

6            to be  served by the method set forth on the Notice Parties Service List attached hereto as

7            Exhibit A:

8        •   **OBJECTION TO ADEQUACY OF DISCLOSURE STATEMENT FOR DEBTORS'**
            **AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF**
9            **REORGANIZATION**

10   I declare under penalty of perjury under the laws off the United States of America, that the
     foregoing is true and correct and that if called upon as a witness, I could and would testify
11   thereto.

12   Executed at San Francisco, California.

13   DATED:  March 6, 2020

14

15                                          Respectfully submitted,

16                                          HOLLAND & KNIGHT LLP

17

18                                          By:     /s/ *Philip Dobbs*
                                                     Philip Dobbs

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Counsel to Debtor | Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | tkeller@kellerbenvenutti.com<br>jkim@kellerbenvenutti.com |
| Special Counsel to Debtors | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, Kevin J. Orsinit, George E. Zobitz, Stephen M. Kessing, Nicholas A. Dorsey, Omid H. Nasab | pzumbro@cravath.com<br>korsini@cravath.com<br>jzobitz@cravath.com<br>skessing@cravath.com<br>ndorsey@cravath.com<br>onasab@cravath.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo, Frank A. Merola | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Office of the United States Trustee for Region 17 | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |

Case: 19-30088   Doc# 6173-1   Filed: 03/06/20   Entered: 03/06/20 15:54:38   Page 4 of 6

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil, Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | ddunne@milbank.com<br>skhalil@milbank.com<br>Paronzon@milbank.com<br>Gbray@milbank.com<br>TKreller@milbank.com |
| Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard, Robert A. Julian, Cecily A. Dumas | esagerman@bakerlaw.com<br>lattard@bakerlaw.com<br>rjulian@bakerlaw.com<br>cdumas@bakerlaw.com |
| Counsel for Shareholder Proponents | JONES DAY | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston | bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com |

**EXHIBIT B**
Standard Parties Hardcopy First Class Mail Service LIst
Served via First Class Mail

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Debtors | PG&E Corporation | Attn: President or General Counsel | 77 Beale Street | P.O. Box 77000 | San Francisco | CA | 94177 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | U.S. NRC Region IV | 1600 E. Lamar Blvd. | Arlington | TX | 76011 |
| Counsel for Shareholder Proponents | JONES DAY | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston | 555 South Flower Street | Fiftieth Floor | Los Angeles | CA | 90071-2300 |

Case: 19-30088    Doc# 6173-1    Filed: 03/06/20    Entered: 03/06/20 15:54:38    Page 6 of 6