1   REBECCA J. WINTHROP (CA BAR NO. 116386)
    ROBIN D. BALL (CA BAR NO. 159698)
2   NORTON ROSE FULBRIGHT US LLP
    555 South Flower Street, Forty-First Floor
3   Los Angeles, California 90071
    Telephone:      (213) 892-9200
4   Facsimile:      (213) 892-9494
    rebecca.winthrop@nortonrosefulbright.com
5
    Attorneys for Creditors ADVENTIST HEALTH
6   SYSTEM/WEST and FEATHER RIVER
    HOSPITAL D/B/A ADVENTIST
7   HEALTH FEATHER RIVER

8                   UNITED STATES BANKRUPTCY COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  In re:                                  Case No. 19 - 30088 (DM)

13  PG&E CORPORATION,                        Chapter 11
                                             (Lead Case)
14          - and -                          (Jointly Administered)

15  PACIFIC GAS AND ELECTRIC COMPANY         **NOTICE OF HEARING ON THE
                                             MOTION OF ADVENTIST FOR
16          Debtors.                         ESTIMATION AND TEMPORARY
                                             ALLOWANCE OF THE ADVENTIST
17                                           FIRE DAMAGE CLAIMS SOLELY FOR
                                             VOTING PURPOSES PURSUANT TO
18                                           BANKRUPTCY RULE 3018**

19

20

21

22
    ☐       Affects PG&E Corporation        **Hearing Date and Time:**
23  ☐       Affects Pacific Gas and Electric Date:  April 7, 2020
            Company                          Time: 10:00 a.m. (Pacific Time)
24  ☒       Affects both Debtors             Place: Courtroom 17
                                                    450 Golden Gate Ave., 16th Floor
25  *All papers shall be filed in the Lead Case,   San Francisco, CA 94102
    No. 19-30088 (DM).*
26                                           **Objection Deadline: March 24, 2020**

27

28

DOCUMENT PREPARED     99518160.3
ON RECYCLED PAPER

1   **PLEASE TAKE NOTICE** that on January 29, 2019 (the "Petition Date"), PG&E
2   Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the
    "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), each filed a
3   voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy
    Code") with the United States Bankruptcy Court for the Northern District of California
4   (San Francisco Division) (the "Bankruptcy Court").

5       **PLEASE TAKE FURTHER NOTICE** that Adventist Health System/West, a California
    religious non-profit corporation, and Feather River Hospital, a California religious non-profit
6   corporation, d/b/a Adventist Health Feather River (collectively, the "Adventist Claimants"), have
    filed the *Motion of the Adventist Claimants for Estimation and Temporary Allowance of the*
7   *Adventist Fire Damage Claims Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018*
    (the "Motion").

8       **PLEASE TAKE FURTHER NOTICE** that the Motion requests that the Bankruptcy
    Court hold a hearing on the Motion on **April 7, 2020 at 10:00 a.m. (Pacific Time)** (the
9   "Omnibus Hearing") in the courtroom of the Honorable Dennis Montali, United States
    Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco,
10  California 94102. The Court may set the matter for hearing on a different date.

11      **PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Motion
    must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Adventist
12  Claimants at the above-referenced address so as to be received by no later than **4:00 p.m. (Pacific
    Time) on March 24, 2020**. Any oppositions or responses must also be filed and served on all
13  "Standard Parties" as defined in, and in accordance with, the *Second Amended Order
    Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [ECF
14  No. 1996] (the "Case Management Order"). **Any relief requested in the Motion may be
    granted without a hearing if no opposition is timely filed and served in accordance with the
15  Case Management Order.** In deciding the Motion, the Court may consider any other document
    filed in these Chapter 11 Cases and related Adversary Proceedings.
16
17      **PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting
    papers can be viewed and/or obtained: (i) by accessing the Court's website at
18  http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450
    Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims
19  agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-
    4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-
20  mail at: pginfo@primeclerk.com. Note that a PACER password is needed to access
    documents on the Bankruptcy Court's website.

21  Dated: March 6, 2020                        REBECCA J. WINTHROP
                                                ROBIN D. BALL
22                                              NORTON ROSE FULBRIGHT US LLP
23
                                                By: */s/ Rebecca J. Winthrop*
24                                                 REBECCA J. WINTHROP
                                                   Attorneys for Creditors ADVENTIST
25                                                 HEALTH SYSTEM/WEST and FEATHER
                                                   RIVER HOSPITAL D/B/A ADVENTIST
26                                                 HEALTH FEATHER RIVER
27
28

DOCUMENT PREPARED
ON RECYCLED PAPER

99518160.3                                      - 2 -