**EXHIBIT A**

EXHIBIT XXX

# GOVERNMENT CLAIMS ASSERTED AGAINST FIRE VICTIM TRUST[1]

| Government Agency | Claim Number(s) | Asserted Amount |
|---|---|---|
| United States Department of Homeland Security – FEMA | 59692, 59734, 59783 | $3,940,470,770.65 |
| California Governor's Office of Emergency Services | 87755, 87754, 87748 | $2,694,064,970.00 |
| California Department of Forestry and Fire Protection (Cal Fire) | 77897, 78467, 79729, 77727, 79752, 77667, 75665, 65505 | $347,065,873.08 |
| Paradise Irrigation District | 88866 | $273,015,000.00 |
| California Department of Transportation | 68782, 72321 | $224,631,226.97 |
| United States Department of Agriculture – Forest Service | 59572, 57937 | $170,080,978.76 |
| Paradise Unified School District | 96955 | $86,733,533.00 |
| United States Small Business Administration | 86440, 62342 | $39,415,856.00 |
| United States Department of the Interior – Bureau of Land Management | 63797, 56756 | $39,191,115.36 |
| California Insurance Commissioner | 70407 | $26,416,244.00 |
| City of Santa Clara d/b/a Silicon Valley Power | 60676 | $24,542,772.06 |
| California Department of Developmental Services | 97058 | $15,851,648.65 |
| Department of Veterans Affairs of the State of California | 79878 | $10,878,747.41 |
| California Department of Parks and Recreation | 87627, 87626, 87620, 77696, 77861, 79533, 60117, 61514 | $9,010,097.55 |

---

[1] Current as of 03/06/2020. Exclusions: Government Claims related to fires not included on Exhibit A to the Plan of Reorganization; Government Claims that are not fire related; Settling Public Entities' Claims.

EXHIBIT XXX

| Government Agency | Claim Number(s) | Asserted Amount |
|---|---|---|
| California Department of Toxic Substances Control | 96454 | $7,278,655.07 |
| California Public Utilities Commission (CPUC) | 70367 | $3,735,755.92 |
| Housing Authority – Butte County | 65715, 57962 | $3,172,551.02 |
| Butte County Mosquito and Vector Control District | 96999 | $2,597,689.00 |
| Imperial Irrigation District | 2722 | $1,453,570.55 |
| Tillamook People's Utility District | 4208 | $469,148.88 |
| Chico Unified School District | 3461, 3464 | $437,000.00 |
| United States Department of the Interior – Fish and Wildlife Service | 59675 | $400,620.19 |
| California State University, Chico | 79746 | $273,460.26 |
| Marin Sonoma Mosquito and Vector Control District | 85743 | $226,259.00 |
| United States Department of the Interior – National Park Service | 65522, 63744, 59682 | $145,421.20 |
| Redwood Empire Schools In | 8608 | $100,000.00 |
| Butte County Department of Public Works | 2363 | $97,437.81 |
| Butte Schools Self-Funded Program | 54430 | $87,000.00 |
| Bangor UESD | 3460, 3466 | $67,665.00 |
| United States General Services Administration | 62051 | $31,836.60 |
| Lakeport Unified School District | 3462, 3459 | $23,471.00 |
| Mountain Ranch Subdivision Community Services District | 8454, 8453 | $11,865.00 |

EXHIBIT XXX

| Government Agency | Claim Number(s) | Asserted Amount |
|---|---|---|
| United States Department of Housing and Urban Development | 57078 | Unknown |
| County of Calaveras | 75879, 80275 | Unknown |
| City of Chico | 63852, 58052 | Unknown |
| Butte-Glenn Community College District | 58191, 58223 | Unknown |
| Mokelumne Hill Sanitary District | 31920 | Unknown |
| Thermalito Water and Sewer District | 63149, 63968 | Unknown |
| University of California | 84601 | Unknown |
| People of the State of California | 87014, 59642, 65945, 87021, 57948 | Unknown |