K&L GATES LLP
MICHAEL B. LUBIC (SBN 122591)
ARMANDO V. ARBALLO (SBN 324554)
10100 Santa Monica Boulevard, 8th Floor
Los Angeles, CA 90067
Telephone: 310.552.0000
Facsimile: 310.552.5001
Email: michael.lubic@klgates.com
armando.arballo@klgates.com

K&L GATES LLP
MATTHEW G. BALL (SBN 208881)
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
Telephone: 415.882.8200
Facsimile: 415.882.8220
Email: matthew.ball@klgates.com

Attorneys for CN Utility Consulting, Inc.,
Cupertino Electric, Inc., Wright Tree Service,
Inc., and Wright Tree Service of the West, Inc.

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br><br>　　Debtors,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>**OBJECTION OF CN UTILITY CONSULTING, INC., CUPERTINO ELECTRIC, INC., WRIGHT TREE SERVICE, INC., AND WRIGHT TREE SERVICE OF THE WEST, INC. TO THE [PROPOSED] DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION**<br><br>Date: March 10, 2020<br>Time: 10:00 a.m. (PST)<br>Place: Courtroom 17<br>　　　　450 Golden Gate Avenue, 16th Floor<br>　　　　San Francisco, CA 94102 |

1

**OBJECTION OF CN UTILITY CONSULTING, INC., CUPERTINO ELECTRIC, INC., WRIGHT TREE SERVICE, INC., AND WRIGHT TREE SERVICE OF THE WEST, INC. TO THE [PROPOSED] DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION**

CN Utility Consulting, Inc., Cupertino Electric, Inc., Wright Tree Service, Inc., and Wright Tree Service of the West, Inc. hereby submit their Objection to the *[Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [Dkt. No. 5700] (the "**Disclosure Statement**"):

The Disclosure Statement fails to disclose adequate information related to:

- The value of the Assigned Claims.[1]

- The effect of the (i) apparently improper issuance of subpoenas by the TCC and (ii) proposed assignment of the Assigned Claims to the TCC on the ability of the Debtors to provide safe and reliable services, including the ability of Safety and Reliability Service Providers to obtain adequate insurance coverage.

Respectfully submitted,

MICHAEL B. LUBIC
MATTHEW G. BALL
ARMANDO V. ARBALLO
K&L GATES LLP

Dated: March 6, 2020          By: /s/ Michael B. Lubic
                                  Michael B. Lubic

Attorneys for CN Utility Consulting, Inc., Cupertino Electric, Inc., Wright Tree Service, Inc., and Wright Tree Service of the West, Inc.

---

[1] While the TCC has stated that these claims form a "substantial portion of the consideration received by the TCC" [Dkt. No. 5840, 2:14-15], the Debtor has stated that the value of the claims is not material [Dkt. No. 5995, 2:20-23].

2

**OBJECTION OF CN UTILITY CONSULTING, INC., CUPERTINO ELECTRIC, INC., WRIGHT TREE SERVICE, INC., AND WRIGHT TREE SERVICE OF THE WEST, INC. TO THE [PROPOSED] DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION**