# CERTIFICATE OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is K&L GATES LLP, 10100 Santa Monica Boulevard, 8th Floor, Los Angeles, California 90067.

On March 6, 2020, I served the document described as:

**OBJECTION OF CN UTILITY CONSULTING, INC., CUPERTINO ELECTRIC, INC., WRIGHT TREE SERVICE, INC., AND WRIGHT TREE SERVICE OF THE WEST, INC. TO THE [PROPOSED] DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION**

on the interested parties in this action by delivering a true copy thereof enclosed in sealed envelope(s) addressed as follows:

☒ **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**
The foregoing document will be served by the court via NEF and hyperlink to the document. On March 6, 2020, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated on the next pages.

**See attached Electronic Mail Notice List**

☒ **BY MAIL:** I placed for collection and processing such envelope(s) to be deposited in the mail at Los Angeles, California with postage thereon fully prepaid to the office of the addressee(s) as indicated in the attached Manual Notice List. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day, with postage fully prepaid, in the ordinary course of business herein attested to. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

**See attached Manual Notice List**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 6, 2020, at Los Angeles, California.

/s/ Jonathan Randolph
Jonathan Randolph

1
CERTIFICATE OF SERVICE

- Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Aaron L. Agenbroad    alagenbroad@jonesday.com, saltamirano@jonesday.com
- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, mterry@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- James T. Bentley    james.bentley@srz.com, Kelly.Knight@srz.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Ronald F. Berestka    rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
- Heinz Binder    heinz@bindermalter.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Ameneh Maria Bordi    ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- Jason Borg    jborg@jasonborglaw.com
- Mark Bostick    mbostick@wendel.com, bankruptcy@wendel.com
- James L. Bothwell    jbothwell@hueueninkahn.com, jguzman@hueueninkahn.com
- Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady    enbrady@jonesday.com
- Gregory A. Bray    gbray@milbank.com
- Michael D. Breslauer    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Chane Buck    cbuck@jonesday.com
- Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
- Nicholas A. Carlin    nac@phillaw.com, rac@phillaw.com
- Katherine Rose Catanese    kcatanese@foley.com
- Jennifer Machlin Cecil    JCecil@winston.com, ECF_SF@winston.com
- Karen J. Chedister    kchedister@h-jlaw.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Jacquelyn H. Choi    jchoi@raineslaw.com, bclark@raineslaw.com

CERTIFICATE OF SERVICE

1
- Shawn M. Christianson    schristianson@buchalter.com
2
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
3
- Jae Angela Chun    ajc@chun.law, teresa@tosdallaw.com
- Alicia Clough    aclough@loeb.com
4
- Tiffany Strelow Cobb    tscobb@vorys.com
- John B. Coffman    john@johncoffman.net
5
- Kevin G. Collins    kevin.collins@btlaw.com
- Brian S. Conlon    bsc@phillaw.com, rac@phillaw.com
6
- Charles Cording    ccording@willkie.com, mao@willkie.com
7
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Anne Costin    anne@costinlawfirm.com
8
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, dkrasa-berstell@akingump.com
9
- John Cumming    jcumming@dir.ca.gov
10
- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
11
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
12
- Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
13
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    , jad_9193@ecf.courtdrive.com
14
- Erin Elizabeth Dexter    edexter@milbank.com
- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
15
- Kathryn S. Diemer    kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- John P. Dillman    houston_bankruptcy@publicans.com
16
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
17
- Dustin M. Dow    ddow@bakerlaw.com, jmcguigan@bakerlaw.com
18
- Jamie P. Dreher    jdreher@downeybrand.com
- Geoffrey B. Dryvynsyde    gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
19
- Cecily Ann Dumas    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
20
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
21
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
22
- Luke N. Eaton    eatonl@pepperlaw.com, monugiac@pepperlaw.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
23
- Michael Eggenberger    meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com
24
- Joseph A. Eisenberg    JAE1900@yahoo.com
25
- Michele Ellison    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian    , Melany.Hertel@mccormickbarstow.com
26
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
27
- Scott Esbin    sesbin@esbinalter.com
- Joseph M. Esmont    jesmont@bakerlaw.com
28
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

3

Case: 19-30088    Doc# 6183-1    Filed: 03/06/20    Entered: 03/06/20 17:05:20    Page 3 of 30

- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
- Brett D. Fallon    bfallon@morrisjames.com, wweller@morrisjames.com
- Michael C. Fallon    , manders@fallonlaw.net
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- David M. Feldman    DFeldman@gibsondunn.com
- Matthew A. Feldman    mfeldman@willkie.com
- Mark E. Felger    mfelger@cozen.com
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Timothy M. Flaherty    tflaherty@mpplaw.com
- Daniel I. Forman    dforman@willkie.com
- Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot    , john.murphy@troutman.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick    cfrederick@prklaw.com
- Peter Friedman    pfriedman@omm.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller    lfuller@bakerlaw.com
- Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com
- Craig Solomon Ganz    ganzc@ballardspahr.com, hartt@ballardspahr.com
- Jeffrey K. Garfinkle    jgarfinkle@buchalter.com
- Oscar Garza    ogarza@gibsondunn.com
- Paul R. Gaus    paul.gaus@mccormickbarstow.com
- Duane M. Geck    dmg@severson.com
- Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com
- Christopher Gessner    cgessner@akingump.com, NYMCO@akingump.com
- Barry S. Glaser    bglaser@lkfirm.com
- Paul R. Glassman    glassmanp@gtlaw.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Jaime Godin    Jtouchstone@fddcm.com
- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com
- Rhonda Stewart Goldstein    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman    egoodman@bakerlaw.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com

Case: 19-30088    Doc# 6183-1    Filed: 03/06/20    Entered: 03/06/20 17:05:20    Page 4
of 30

**CERTIFICATE OF SERVICE**

- Michael I. Gottfried   MGottfried@elkinskalt.com, AAburto@elkinskalt.com
- Louis Gottlieb   Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grassberger   eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen   dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink   eric@rhrc.net
- Elizabeth A. Green   egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Mitchell B. Greenberg   mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com
- Stuart G. Gross   sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- David Matthew Guess   guessd@gtlaw.com
- Elizabeth M. Guffy   eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden   cameron.m.gulden@usdoj.gov
- Mirco J. Haag   mhaag@buchalter.com, dcyrankowski@buchalter.com
- Laurie Hager   lhager@sussmanshank.com
- J. Noah Hagey   hagey@braunhagey.com, tong@braunhagey.com
- Oren Buchanan Haker   oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen   dmohamed@stroock.com, mmagzamen@stroock.com
- Adam C. Harris   adam.harris@srz.com, james.bentley@srz.com
- Robert G. Harris   rob@bindermalter.com
- Christopher H. Hart   chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins   bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jan M Hayden   jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes   jhayes@fhlawllp.com
- Alaina R. Heine   alaina.heine@dechert.com, brett.stone@dechert.com
- Cristina A. Henriquez   chenriquez@mayerbrown.com
- Stephen E. Hessler, P.C.   , jozette.chong@kirkland.com
- Matthew Heyn   matthew.heyn@doj.ca.gov
- Sean T. Higgins   aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- Morgan R. Hirst   mhirst@jonesday.com, mmelvin@jonesday.com
- Michael R. Hogue   hoguem@gtlaw.com, navarrom@gtlaw.com
- David Holtzman   david.holtzman@hklaw.com
- Alexandra S. Horwitz   allie.horwitz@dinsmore.com
- Marsha Houston   mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang   shane.huang@usdoj.gov
- Brian D. Huben   hubenb@ballardspahr.com
- Jonathan Hughes   , jane.rustice@aporter.com
- Edward R. Huguenin   ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- Michael A. Isaacs   Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola   mvi@sbj-law.com
- J. Eric Ivester   Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester   , Andrea.Bates@skadden.com
- Ivan C. Jen   ivan@icjenlaw.com
- Monique Jewett-Brewster   mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston   jjohnston@jonesday.com
- Chris Johnstone   chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones   andrew@ajoneslaw.com
- Gregory K. Jones   GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian   rjulian@bakerlaw.com, hhammonturano@bakerlaw.com
- George H. Kalikman   gkalikman@schnader.com, sdavenport@schnader.com
- Roberto J. Kampfner   rkampfner@whitecase.com, mco@whitecase.com

Case: 19-30088   Doc# 6183-1   Filed: 03/06/20   Entered: 03/06/20 17:05:20   Page 5 of 30

- Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com
- Robert B. Kaplan    rbk@jmbm.com
- Eve H. Karasik    ehk@lnbyb.com
- Michael G. Kasolas    trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com
- Elyssa S. Kates    ekates@bakerlaw.com
- Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman    wkaufman@smwb.com
- Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller    tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly    ustpregion17.oa.ecf@usdoj.gov
- Matthew K. Kelsey    mkelsey@gibsondunn.com
- Gerald P. Kennedy    gerald.kennedy@procopio.com, angela.stevens@procopio.com
- Erica L. Kerman    ekerman@willkie.com
- Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder    skidder@ktbslaw.com
- Marc Kieselstein    , carrie.oppenheim@kirkland.com
- Jane Kim    jkim@kellerbenvenutti.com
- Kody D. L. Kleber    kkleber@bakerlaw.com, dmartinez@bakerlaw.com
- Matthew Ryan Klinger    mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- Bradley C. Knapp    bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Kelly V. Knight    kelly.knight@srz.com
- Lydia Vanessa Ko    Lvko@stonelawoffice.com
- Thomas F. Koegel    tkoegel@crowell.com
- Katherine Kohn    kkohn@groom.com, ashahinllari@groom.com
- Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Anna Kordas    akordas@jonesday.com, mmelvin@jonesday.com
- Alan W. Kornberg    , akornberg@paulweiss.com
- Bernard Kornberg    bjk@severson.com
- David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com
- Lauren Kramer    lkramer@rjo.com
- Jeffrey C. Krause    jkrause@gibsondunn.com
- Thomas R. Kreller    tkreller@milbank.com
- Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Robert T. Kugler    robert.kugler@stinson.com
- Boris Kukso    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Alisa C. Lacey    alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping    rich@trodellalapping.com
- Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- John E. Lattin    jlattin@ostergar.com, cslovenec@ostergar.com
- Michael Lauter    mlauter@sheppardmullin.com
- Kenneth T. Law    klaw@bbslaw.com
- Francis J. Lawall    lawallf@pepperlaw.com, henrys@pepperlaw.com
- Andrew Michael Leblanc    ALeblanc@milbank.com
- Erica Lee    Erica.Lee@doj.ca.gov
- Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com

6

Case: 19-30088    Doc# 6183-1    Filed: 03/06/20    Entered: 03/06/20 17:05:20    Page 6 of 30

- Edward J. Leen    eleen@mkbllp.com
- Lisa Lenherr    llenherr@wendel.com, bankruptcy@wendel.com
- Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch    bletsch@braytonlaw.com
- David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin    alevin@wcghlaw.com
- David Levine    dnl@groom.com
- Marc A. Levinson    Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira    dsilveira@kellerbenvenutti.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com, alewicki@diemerwei.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com
- Carissa A. Lynch    Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Katharine Malone    malonek@gtlaw.com
- Liam K. Malone    malone@oles.com, shahin@oles.com
- Michael W. Malter    michael@bindermalter.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- Richard A. Marshack    rmarshack@marshackhays.com, lbuchanan@marshackhays.com
- Catherine Martin    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud    lmasud@marshackhays.com, 8649808420@filings.docketbird.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Benjamin P. McCallen    bmccallen@willkie.com
- Thomas E. McCurnin    tmccurnin@bkolaw.com, kescano@bkolaw.com
- Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    Luckey.McDowell@Shearman.com
- Matthew D. McGill    MMcGill@gibsondunn.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Jennifer L. Mersing    jennifer.mersing@stoel.com, lisa.petras@stoel.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- Merle C. Meyers    mmeyers@mlg-pc.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com

7

Case: 19-30088    Doc# 6183-1    Filed: 03/06/20    Entered: 03/06/20 17:05:20    Page 7 of 30

1
- Joseph G. Minias    jminias@willkie.com
2
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
3
- Nancy Mitchell    nmitchell@omm.com
- Thomas C. Mitchell    tcmitchell@orrick.com,
   Dcmanagingattorneysoffice@ecf.courtdrive.com
4
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
5
- Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com
- Kevin Montee    kmontee@monteeassociates.com
6
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Diane Marger Moore    dmargermoore@baumhedlundlaw.com
7
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Candace J. Morey    cjm@cpuc.ca.gov
8
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Rodney Allen Morris    Rodney.Morris2@usdoj.gov
9
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
10
- Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
11
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Bennett J. Murphy    bmurphy@bennettmurphylaw.com
12
- Michael S. Myers    myersms@ballardspahr.com
- Alan I. Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
13
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com
14
- David Neier    dneier@winston.com
15
- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Michael S. Neumeister    MNeumeister@gibsondunn.com
16
- Howard S. Nevins    hnevins@hsmlaw.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
17
- Tina Bao-Ngan Vy Ngo    tina.ngo@bakerbotts.com, courtney.arionus@bakerbotts.com
18
- Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com
- Sean Nolan    snolan@akingump.com, NYMCO@akingump.com
19
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
20
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
21
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson    matt@macfern.com, stell.laura@dorsey.com
22
- Steven M. Olson    smo@smolsonlaw.com
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
23
- Gabriel Ozel    gabeozel@gmail.com
- Margarita Padilla    Margarita.Padilla@doj.ca.gov
24
- Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com
25
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Peter S. Partee    , candonian@huntonak.com
26
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, kwidder@ffwplaw.com
- Kenneth Pasquale    , mlaskowski@stroock.com
27
- Charles Scott Penner    penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
28
- Yosef Peretz    yperetz@peretzlaw.com, skim@peretzlaw.com
- Thomas R. Phinney    tom@parkinsonphinney.com

Case: 19-30088    Doc# 6183-1    Filed: 03/06/20    Entered: 03/06/20 17:05:20    Page 8
of 30

**CERTIFICATE OF SERVICE**

- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino    epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin    mplevin@crowell.com
- Steven G. Polard    spolard@eisnerlaw.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com
- Stacey C. Quan    squan@steyerlaw.com, pspencer@steyerlaw.com
- Amy C. Quartarolo    amy.quartarolo@lw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready    smeyer@farmerandready.com
- Caroline A. Reckler    caroline.reckler@lw.com
- David M. Reeder    david@reederlaw.com, david.m.reeder@gmail.com;Jessica@reederlaw.com
- Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner    jreisner@irell.com
- Jack A. Reitman    , srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson    drichardson@bakerlaw.com, aagonzalez@bakerlaw.com
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin    drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- John R. Rizzardi    kcoselman@cairncross.com, tnguyen@cairncross.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
- Julie H. Rome-Banks    julie@bindermalter.com
- Jorian L. Rose    jrose@bakerlaw.com
- Paul M. Rosenblatt    prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- Allan Robert Rosin    arrosin@alr-law.com
- Jay M. Ross    jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau    grougeau@brlawsf.com
- Stacy H. Rubin    rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com
- Jason C. Rubinstein    jrubinstein@fklaw.com, mclerk@fklaw.com
- Nathan Q. Rugg    nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp    trupp@kellerbenvenutti.com
- Eric E. Sagerman    esagerman@bakerlaw.com
- Robert Sahyan    rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- Jonathan C. Sanders    jsanders@stblaw.com
- Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com

Case: 19-30088   Doc# 6183-1   Filed: 03/06/20   Entered: 03/06/20 17:05:20   Page 9 of 30

**CERTIFICATE OF SERVICE**

- Sblend A. Sblendorio    sas@hogefenton.com
- Francis O. Scarpulla    fos@scarpullalaw.com, cpc@scarpullalaw.com
- Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider    bradley.schneider@mto.com
- Harvey S. Schochet    Harveyschochet@dwt.com
- Lisa Schweitzer    lschweitzer@cgsh.com
- Eric J. Seiler    eseiler@fklaw.com, mclerk@fklaw.com
- David B. Shemano    dshemano@pwkllp.com
- James A. Shepherd    jim@jsheplaw.com, shepIGN@gmail.com
- Leonard M. Shulman    lshulman@shbllp.com
- Andrew I. Silfen    andrew.silfen@arentfox.com
- Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref    rsoref@polsinelli.com
- Joseph Sorkin    jsorkin@akingump.com, NYMCO@akingump.com
- Bennett L. Spiegel    blspiegel@jonesday.com
- Michael St. James    ecf@stjames-law.com
- Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern    dstern@ktbslaw.com
- Geoffrey S. Stewart    gstewart@jonesday.com, mmelvin@jonesday.com
- Alan J. Stone    AStone@milbank.com, DMcCracken@Milbank.com
- Jason D. Strabo    jstrabo@mwe.com, shill@mwe.com
- Michael H. Strub    mstrub@irell.com, mhstrub1@gmail.com
- Rebecca Suarez    rsuarez@crowell.com
- Brad T. Summers    summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com
- Derrick Talerico    dtalerico@ztlegal.com, sfritz@ztlegal.com
- Kesha Tanabe    kesha@tanabelaw.com
- Mary Ellmann Tang    mtang@frenchlyontang.com, nblackwell@frenchlyontang.com
- Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com
- John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Elisa Tolentino    cao.main@sanjoseca.gov
- Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward J. Tredinnick    etredinnick@greeneradovsky.com
- Matthew Jordan Troy    matthew.troy@usdoj.gov
- Michael Tye    Michael.Tye@usdoj.gov
- Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com

CERTIFICATE OF SERVICE

- Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta    marta.villacorta@usdoj.gov
- Carol C. Villegas    cvillegas@labaton.com, NDonlon@labaton.com
- John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Bao M. Vu    bao.vu@stoel.com, sharon.witkin@stoel.com
- Jonathan D. Waisnor    jwaisnor@willkie.com, mao@willkie.com
- Riley C. Walter    ecf@W2LG.com
- Phillip K. Wang    phillip.wang@rimonlaw.com
- Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
- Rebecca Weissman    rebecca.weissman@dechert.com
- Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Joseph West    westjoseph@earthlink.net, josephw998@gmail.com
- Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans    rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Catherine E. Woltering    cwoltering@bakerlaw.com
- Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong    christopher.wong@arentfox.com
- David A. Wood    dwood@marshackhays.com, lbuchanan@marshackhays.com
- Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
- Kinga Wright    kinga.wright@lockelord.com, autodocket@lockelord.com
- Antonio Yanez    ayanez@willkie.com
- Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com
- Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- Tacie H. Yoon    tyoon@crowell.com
- Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
- Christopher L. Young    cyoung@cairncross.com, nspringstroh@cairncross.com
- Nicole M. Zeiss    nzeiss@labaton.com
- Paul H. Zumbro    mao@cravath.com
- Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com

### SERVED BY MANUAL NOTICE LIST

William B. Abrams
1519 Branch Owl Pl.
Santa Rosa, CA 95409

Merrill, Arnone & Jones, LLP
3554 Round Barn Blvd., #303
Santa Rosa, CA 95403

Carolyn Acosta
11163 W. Carriage Hill Ct.
Nampa, ID 83686
William L. Adams

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| 1 | E. Elliot Adler | Khaldoun A. Baghdadi |
| | Adler Law Group, APLC | Walkup, Melodia, Kelly and Schoenberger |
| 2 | 402 W. Broadway, #860 | 650 California St. 26th Fl. |
| | San Diego, CA 92101 | San Francisco, CA 94108 |
| 3 | | |
| | Max Africk | Todd M. Bailey |
| 4 | Weil, Gotshal & Manges LLP | California Franchise Tax Board |
| | 767 Fifth Avenue | P.O.Box 1720, M.S. A-260 |
| 5 | New York, NY 10153 | Rancho Cordova, CA 95741-1720 |
| 6 | Arocles Aguilar | Lynn A. Baker |
| | California Public Utilities Commission | 2210 Greenlee Dr. |
| 7 | 505 Van Ness Ave. | Austin, TX 78703 |
| | San Francisco, CA 94102 | |
| 8 | | Mark I. Bane |
| | Robert Albery | Ropes & Gray LLP |
| 9 | Associate General Counsel | 1211 Avenue of the Americas |
| | Jacobs Engineering | New York, NY 10036-8704 |
| 10 | 9191 South Jamaica St. | |
| | Englewood, CO 80112 | Michael J. Barrie |
| 11 | | Benesch, Friedlander, Coplan et LLP |
| | Mary E. Alexander | 222 Delaware Ave., #801 |
| 12 | Mary Alexander & Associates, P.C. | Wilmington, DE 19801 |
| | 44 Montgomery St., #1303 | |
| 13 | San Francisco, CA 94104 | Bryan E. Bates |
| | | Parker, Hudson, Rainer & Dobbs, LLP |
| 14 | Mark A. Angelov | 303 Peachtree Street, Suite 3600 |
| | Arent Fox LLP | Atlanta, GA 30308 |
| 15 | 1301 Avenue of the Americas, 42nd Fl. | |
| | New York, NY 10019 | Robert Bean BSN, PHN, RN |
| 16 | | 5049 Russell Drive |
| | Yelena Archiyan | Paradise, CA 95969 |
| 17 | Akerman LLP | |
| | 2001 Ross Ave., #3600 | Xavier Becerra |
| 18 | Dallas, TX 75201 | Office of the Attorney General |
| | | 1515 Clay St., 20th Fl. |
| 19 | Paul S. Aronzon | P.O. Box 70550 |
| | Milbank LLP | Oakland, CA 94612-0550 |
| 20 | 2029 Century Park East, 33rd Fl | |
| | Los Angeles, CA 90067 | Carolynn K. Beck |
| 21 | | Pierce Bainbridge Beck Price & Hecht LLP |
| | Paul S. Aronzon | 355 South Grand Ave., 4400 |
| 22 | Milbank LLP | Los Angeles, CA 90071 |
| | 2029 Century Park East, 33rd Fl. | |
| 23 | Los Angeles, CA 90067 | Christopher R. Belmonte |
| | | Satterlee Stephens LLP |
| 24 | Avenue Strategic Opportunities Fund, LP | 230 Park Ave. |
| | Attn: David Leinwand | New York, NY 10169 |
| 25 | 11 West 42nd Street 9th Floor | |
| | New York, NY 10036 | Steven M. Berki |
| 26 | | Corey, Luzaich, De Ghetaldi & Riddle LLP |
| | | 700 El Camino Real |
| 27 | | P.O. Box 669 |
| | | Millbrae, CA 94030-0669 |
| 28 | | |

Case: 19-30088   Doc# 6183-1   Filed: 03/06/20   Entered: 03/06/20 17:05:20   Page 12
of 30

**CERTIFICATE OF SERVICE**

| | | |
|---|---|---|
| 1 | Joshua B. Bevitz<br>Newmeyer & Dillion LLP | Francis A. Bottini<br>Bottini & Bottini, Inc. |
| 2 | 1333 N. California Blvd. #600<br>Walnut Creek, CA 94596 | 7817 Ivanhoe Ave. #102<br>La Jolla, CA 92037 |
| 3 | | |
| 4 | Martin J. Bienenstock<br>Proskauer Rose LLP | Bradford Capital Management, LLC<br>1051 Bloomfield Avenue, Suite 10 |
| 5 | Eleven Times Square<br>New York, NY 10036 | Clifton, NJ 07012 |
| 6 | Philip Blanchard<br>Rutan & Tucker, LLP | Thomas J. Brandi<br>Law Offices of Thomas J. Brandi<br>345 Pine St. 3rd Fl |
| 7 | 611 Anton Blvd., #1400<br>Costa Mesa, CA 92626-1931 | San Francisco, CA 94104 |
| 8 | | Alan R. Brayton |
| 9 | Todd Blischke<br>Williams Kastner | Law Offices of Brayton and Purcell<br>222 Rush Landing Rd. |
| 10 | 601 Union St., #4100<br>Seattle, WA 98101 | Novato, CA 94945 |
| 11 | Abigail D. Blodgett<br>Cochett, Pitre & McCarthy, LLP | Allan S. Brilliant<br>Dechert LLP<br>1095 Avenue of the Americas |
| 12 | San Francisco Airport Office Center<br>840 Malcolm Rd., Suite 200 | New York, NY 10036 |
| 13 | Burlingame, CA 94010 | Lynette Brown<br>P.O. Box 344 |
| 14 | Kimberly Blowney<br>36816 Hilview Road | Hinkley, CA 92347 |
| 15 | Hinkley, CA 92347 | Matthew C. Brown<br>White & Case LLP |
| 16 | Carolyn Bolin<br>36310 Lenwood Road | Southeast Financial Center<br>200 South Biscayne Boulevard, Suite 4900 |
| 17 | Hinkley, CA 92347 | Miami, FL 33131-2352 |
| 18 | William Bolin<br>36310 Lenwood Road | Ronald Brown<br>42750 Orchard Rd. |
| 19 | Hinkley, CA 92347 | Hinkley, CA 92347 |
| 20 | Pamela A. Bosswick<br>Abigail Snow | Sandra L. Brown<br>42750 Orchard Rd. |
| 21 | Satterlee Stephens LLP<br>230 Park Ave. | Hinkley, CA 92347 |
| 22 | New York, NY 10169 | Beth M. Brownstein<br>Arent Fox LLP |
| 23 | Kevin Bostel<br>Weil, Gotshal & Manges LLP | 1301 Avenue of the Americas, 42nd Fl.<br>New York, NY 10019 |
| 24 | 767 Fifth Avenue<br>New York, NY 10153 | Bob B. Bruner |
| 25 | David H. Botter | Norton Rose Fulbright US LLP<br>1301 McKinney #5100 |
| 26 | Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park | Houston, TX 77010 |
| 27 | New York, NY 10036 | Robert Bryson<br>Robins Cloud LLP |
| 28 | | 808 Wilshire Boulevard, #450<br>Santa Monica, CA 90401 |

3

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| 1 | Frank Busch |
| | Wagstaffe, Von Loewenfeldt, Busch & |
| 2 | Radwick , LLP |
| | 100 Pine St., #725 |
| 3 | San Francisco, CA 94111 |
| 4 | Michael G. Busenkell |
| | Morris, Nichols, Arsht and Tunnell |
| 5 | 1201 N Market St. |
| | P.O. Box 1347 |
| 6 | Wilmington, DE 19899-1347 |

1   Frank Busch
    Wagstaffe, Von Loewenfeldt, Busch &
2   Radwick , LLP
    100 Pine St., #725
3   San Francisco, CA 94111

4   Michael G. Busenkell
    Morris, Nichols, Arsht and Tunnell
5   1201 N Market St.
    P.O. Box 1347
6   Wilmington, DE 19899-1347

7   CHYF, Ltd
    427 Bedford Rd
8   #230
    Pleasantville, NY 10570

9
    Sam V Cabrera
10  P.O. Box HD
    Barstow, CA 92312

11
    William C. Callaham
12  Wilcoxen Callaham, LLP
    2114 K St.
13  Sacramento, CA 95816

14  Timothy G. Cameron
    Cravath, Swaine & Moore LLP
15  Worldwide Plaza
    825 8th Ave.
16  New York, NY 10019

17  Kevin M. Capuzzi
    Benesch, Friedlander, Coplan et LLP
18  222 Delaware Ave., #801
    Wilmington, DE 19801
19
    James Carr
20  Kelley Drye & Warren LLP
    101 Park Ave.
21  New York, NY 10078

22  Augustin Carrera
    866 Gina Ct.
23  Upland, CA 91784

24  Maritza Carrera
    866 Gina Ct.
25  Upland, CA 91784

26

27

28

Amy Caton
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Patricia I. Chen
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Cherokee Debt Acquisition, LLC
Attn: Vladimir Jelisavcic
1325 Avenue of Americas, 28th Fl.
New York, NY 10019

Donald Chewning
463 Wooster Ave Apt D12
San Jose, CA 95116

Kevin Chiu
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Michelle Choi
Gibson, Dunn & Crutcher LLP
333 South Grand Ave.
Los Angeles, CA 90071

Joel A Christinson
P.O. Box 9048
Alta Loma, CA 91701

Steve Christopher
P.O. Box 281
Altaville, CA 95221

Patricia A. Cirucci
Southern California Edison Company
2244 Walnut Grove Ave., 3rd Fl.
Rosemead, CA 91770

CitiGroup Financial Products Inc.
388 Greenwich Street
Trading Tower 6th Floo
New York, NY 10013

Brian M. Clarke
Hunton Andrews Kurth LLP
200 Park Ave.
New York, NY 10166

Case: 19-30088   Doc# 6183-1   Filed: 03/06/20   Entered: 03/06/20 17:05:20   Page 14
of 30

**CERTIFICATE OF SERVICE**

| | | |
|---|---|---|
| 1 | Patrick B. Clayton | Corre Horizon Fund, LP |
| | Law Offices of Francis O. Scarpulla | 12 East 49th Street, Suite 4003 |
| 2 | 456 Montgomery St. 17th Fl. | New York, NY 10017 |
| | San Francisco, CA 94104 | |
| 3 | | Corre Opportunities II Master Fund, LP |
| | Owen Clements | 12 East 49th Street, Suite 4003 |
| 4 | San Francisco City Attorneys Office | New York, NY 10017 |
| | 1390 Market Street, 7th Floor | |
| 5 | San Francisco, CA 94102 | Corre Opportunities Qualified Master Fund, |
| | | LP |
| 6 | Alicia Clough | 12 East 49th Street, Suite 4003 |
| | Loeb & Loeb LLP | New York, NY 10017 |
| 7 | 10100 Santa Monica Blvd. #2200 | |
| | Los Angeles, CA 90067 | Joseph Corrigan |
| 8 | | One Federal Street |
| | Cohanzick Management LLC | Boston, MA 02110 |
| 9 | 427 Bedford Rd | |
| | #230 | Clell Courtney |
| 10 | Pleasantville, NY 10570 | 25595 Ash Rd. |
| | | Barstow, CA 92311 |
| 11 | Janine Cohen | |
| | Pierce Bainbridge Beck Price & Hecht LLP | Hennie Courtney |
| 12 | 355 South Grand Ave., #4400 | 25595 Ash Rd. |
| | Los Angeles, CA 90071 | Barstow, CA 92311 |
| 13 | | |
| | Marc Cohen | Cowen Special Investments LLC |
| 14 | Loeb & Loeb LLP | 599 Lexington Avenue, 21st Floor |
| | 10100 Santa Monica Blvd. #2200 | New York, NY 10022 |
| 15 | Los Angeles, CA 90067 | |
| | | Creditor Liquidity LLC |
| 16 | Marc S. Cohen | 3536 Los Pinos Drive |
| | Loeb & Loeb LLP | Santa Barbara, CA 93105 |
| 17 | 10100 Santa Monica Blvd., #2200 | |
| | Los Angeles, CA 90067 | Adam Cronin |
| 18 | | 101 Hannaford Ct. |
| | Kathryn A. Coleman | Folsom, CA 95630 |
| 19 | Hughes Hubbard & Reed LLP | |
| | One Battery Park Plaza | Leo T. Crowley |
| 20 | New York, NY 10004 | 31 West 52nd St. |
| | | New York, NY 10019 |
| 21 | Kevin M. Coles | |
| | Stewart Sokol and Larkin LLC | Ivo G. Daniele |
| 22 | 2300 SW 1st Ave. #200 | Newmeyer & Dillion LLP |
| | Portland, OR 97201 | 1333 N. California Blvd., #600 |
| 23 | | Walnut Creek, CA 94596 |
| | Contrarian Funds, LLC | |
| 24 | 411 West Putnam Ave., Ste. 425 | Michael S. Danko |
| | Greenwich, CT 06830 | O'Reilly, Collins and Danko |
| 25 | | 2500 Sand Hill Rd. #201 |
| | Alison E. Cordova | Menlo Park, CA 94025 |
| 26 | Cochett, Pitre & McCarthy, LLP | |
| | San Francisco Airport Office Center | Development Specialists, Inc. |
| 27 | 840 Malcolm Rd., Suite 200 | 333 South Grand Ave., Ste. 4100 |
| | Burlingame, CA 94010 | Los Angeles, CA 90071 |
| 28 | | |

5

Case: 19-30088   Doc# 6183-1   Filed: 03/06/20   Entered: 03/06/20 17:05:20   Page 15 of 30

| | |
|---|---|
| Navi Dhillon<br>Baker Botts L.L.P.<br>101 California St., #3600<br>San Francisco, CA 94111 | Epiq Corporate Restructuring, LLC<br>Attn: PG&E UCC and PG&E TCC<br>777 Third Ave., 12th Floor<br>New York, NY 10017 |
| Ira S. Dizengoff<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036 | Sander L. Esserman<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan St. #2200<br>Dallas, TX 75201-2689 |
| Neal P. Donnelly<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019 | Fair Harbor Capital, LLC<br>PO Box 237037<br>New York, NY 10023 |
| William J. Dorsey<br>Katten Muchin Rosenman LLP<br>525 West Monroe St.<br>Chicago, IL 60661-3693 | Darwin E. Farrar<br>The Public Advocates Office<br>California Public Utilities Commission<br>505 Van Ness Avenue<br>San Francisco, CA 94102 |
| Cindy Sue Downing<br>36670 Lakeview Rd.<br>Hinkley, CA 92347 | Shadi Farzan<br>Sheppard, Mullin, Richter & Hampton LLP<br>Four Embarcadero Center, 17th Fl.<br>San Francisco, CA 94111-4109 |
| Jeffrey A. Dubbin<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005 | Benjamin D. Feder<br>Kelley Drye & Warren LLP<br>101 Park Ave.<br>New York, NY 10078 |
| Thomas A. Dubbs<br>Labaton Sucharow LLP<br>140 Broadway<br>New York, NY 10005 | Debra Felder<br>Orrick, Herrington & Sutcliffe LLP<br>1152 15th St., NW<br>Washington, DC 20005 |
| Dundon Advisers LLC<br>440 Mamaroneck Ave.<br>Harrison, NY 10528 | Steven H. Felderstein<br>Felderstein Fitzgerald Willoughby et al<br>500 Capitol Mall #2250<br>Sacramento, CA 95814 |
| Andrew Dykens<br>Arent Fox LLP<br>1301 Avenue of the Americas, 42nd Fl.<br>New York, NY 10019 | Jamie J. Fell<br>Simpson, Thacher & Bartlett LLP<br>425 Lexington Ave.<br>New York, NY 10017 |
| James M. Eaneman<br>11672 East Arabian Park Dr.<br>Scottsdale, AZ 85259 | Maximilian A. Ferullo<br>Nixon Peabody LLP<br>55 West 46th St.<br>New York, NY 10036 |
| Daniel G. Egan<br>Ropes and Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | Tom Findley<br>36816 Hilview Road<br>Hinkley, CA 92347 |

**CERTIFICATE OF SERVICE**

Case: 19-30088   Doc# 6183-1   Filed: 03/06/20   Entered: 03/06/20 17:05:20   Page 16
of 30

| | |
|---|---|
| Michael A. Firestein | Richard-Reyes Gallegos |
| Proskauer Rose LLP | c/o 4719 Quail Lakes Dr., Suite G |
| 29 Century Park East, #2400 | PMB 166 |
| Los Angeles, CA 90067 | Stockton, CA 95207 |
| | |
| John Fiske | Matthew G. Garofalo |
| Baron & Budd P.C. | Stroock & Stroock & Lavan LLP |
| 3102 Oak Lawn Avenue #1100 | 180 Maiden Ln. |
| Dallas, TX 75219 | New York, NY 10038-4982 |
| | |
| Jeffrey S. Flashman | Martin Garza |
| McGuinness & Associates | P.O. Box |
| 3858 Carson St., #301 | Hinkley, CA 92347 |
| Torrance, CA 90503 | |
| | Andriana Georgallas |
| Theresa A. Foudy | Weil, Gotshal & Manges LLP |
| Katten Muchin Rosenman LLP | 767 Fifth Avenue |
| 575 Madison Ave. | New York, NY 10153 |
| New York, NY 10022-2585 | |
| | Eric Gibbs |
| Manuel Salvador Franco | Gibbs Law Group |
| c/o 3147 Michigan Ave. | 505 14th St., #1110 |
| Stockton, CA 95204 | Oakland, CA 94612 |
| | |
| Aquilla Frederick | Erez E. Gilad |
| 20455 Halstead Road | Stroock & Stroock & Lavan LLP |
| Hinkley, CA 92347 | 180 Maiden Ln. |
| | New York, NY 10038-4982 |
| Leslie A. Freiman, Esq. | |
| c/o EDP Renewables North America LLC | Jerry Gladstone |
| 808 Travis, #700 | 364 Singing Brook Circle |
| Houston, TX 77002 | Santa Rosa, CA 95409 |
| | |
| Jared R. Friedmann | Amanda C. Glaubach |
| Weil, Gotshal & Manges LLP | Togut, Segal & Segal LLP |
| 767 Fifth Ave. | One Penn Plaza, #3335 |
| New York, NY 10153 | New York, NY 10119 |
| | |
| Vinton Frost | Leah S. Goldberg |
| 391 Ellis St. | General Counsel |
| San Francisco, CA 94102 | 1111 Broadway, 3rd Flr. |
| | Oakland, CA 94607 |
| Steven Fruchter | |
| Arnold & Porter Kaye Scholer LLP | Leonard P. Goldberger |
| 250 W 55th St. | Stevens & Lee, P.C. |
| New York, NY 10019 | 620 Freedom Business Center, #200 |
| | King of Prussia, PA 19406 |
| Fulcrum Credit Partners LLC | |
| 111 Congress Avenue, Suite 2550 | Richard A. Golden |
| Austin, TX 78701-4044 | 9437 Wooded Glen Ave. |
| | Burke, VA 22015 |

7

Case: 19-30088   Doc# 6183-1   Filed: 03/06/20   Entered: 03/06/20 17:05:20   Page 17 of 30

Stephanie L. Golden
9437 Wooded Glen Ave.
Burke, VA 22015

Hain Capital Group, LLC
301 Route 17
6th Floor
Rutherford, NJ 07070

Nicholas Goldin
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Marcus T. Hall
Troutman Sanders LLP
3 Embarcadero Center, #800
San Francisco, CA 94111

Ronald L.M. Goldman
Baum Hedlund Artistei & Goldman, PC
10940 Wilshire Blvd., 17th Fl.
Los Angeles, CA 90024

Jeremiah F. Hallisey
Hallisey and Johnson
465 California St., #405
San Francisco, CA 94104

Stuart J. Goldring
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153

Daniel E. Halloran
17582 Chaparral Drive
Penn Valley, CA 95946

Douglas R. Gooding
Choate, Hall and Stewart LLP
Two International Pl.
Boston, MA 02110

Gary Halstead
20455 Halstead Road
Hinkley, CA 92347

Matthew Goren
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Norman Halsted
20455 Halstead Road
Hinkley, CA 92347

Debra L. Grassgreen
Pachulski Stang Ziehl & Jones LLP
150 California St., 15th Fl.
San Francisco, CA 94111

Christopher J. Harney
Seyfarth Shaw LLP
560 Mission St., #3100
San Francisco, CA 94105

Timothy Graulich
Davis Polk and Wardwell LLP
450 Lexington Ave.
New York, NY 10017

Christopher Harris
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

William R. Greendyke
Norton Rose Fulbright US LLP
1301 McKinney #5100
Houston, TX 77010-3095

Theodore J. Hartl
Ballard Spahr LLP
1225 17th St., #2300
Denver, CO 80202

Robert Grimm
4344 Combs Canyon Rd.
Carson City, NV 89703

Keith Hawes
P.O. Box 376
Hinkley, CA 92347

Mark S. Grotefeld
Grotefeld Hoffmann
700 Larkspur Landing Circle, #280
Larkspur, CA 94939

David A. Herman
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

James W. Grudus
One AT&T Way, Rm 3A115
Bedminster, NJ 07921

Brian S. Hermann
Law Offices of Brian S. Hermann
1285 Avenue of the Americas
New York, NY 10019-6064

8

CERTIFICATE OF SERVICE

Rosalba Hernandez
18284 Pacific St.
Hesperia, CA 92345

High Five Capital LLC
15 E 67th Street, 6th Floor
New York, NY 10065

Matthew L. Hinker
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

George Hofmann
Cohne Kinghorn, P.C.
111 East Broadway 11th Fl.
Salt Lake City, UT 84111

Shirley Holcroft
P.O. Box HD
Barstow, CA 92312

Wendy Hopkins
2733 16th st.
Sacramento, CA 95818

Monique B. Howery
Reed Smith LLP
10 S. Wacker Dr., 40th Flr.
Chicago, IL 60606

Dylan Hughes
Gibbs Law Group
505 14th St., #1110
Oakland, CA 94612

Hypower, Inc.
2229 Harbor Bay Parkway
Alameda, CA 94502

International Business Machines Corp
Attn: Marie-Josee Dube
IBM Corporation
275 Viger East
Montreal, QC H2X 3R7
Canada,

Peter A. Ivanick
Hogan Lovells US LLP
875 Third
San Francisco, CA 94111

Alan J. Jang
Jang & Associates, LLP
1766 Lacassie Ave., #200
Walnut Creek, CA 94596

Darlene Herring Jenkins
P.O. Box 376
Hinkley, CA 92347

Scott E. Jenny
Jenny & Jenny, LLP
736 Ferry St.
Martinez, CA 94553

Shelby A. Jordan
Jordan, Holzer & Ortiz, PC
500 N. Shoreline #900
Corpus Christi, TX 78401

Andrew Paul Kangas
15 Boardman Pl. 2nd Fl.
San Francisco, CA 94103

Stephen Karotkin
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Thomas G. Kelch
Lamb & Kawakami LLP
333 South Grand Ave., #4200
Los Angeles, CA 90071

Michael A. Kelly
Walkup, Melodia, Kelly and Schoenberger
650 California St. 26th Fl.
San Francisco, CA 94108

Mimi Kennedy
6535 Langdon Ave.
Van Nuys, CA 91406

Kern County Taxpayers Association
1401 19th St., #200
Bakersfield, CA 93301

Justin A. Kesselman
Arent Fox LLP
800 Boylston St., 32nd Fl.
Boston, MA 02199

Aurang Zaib Khan
1969 East Cooley Ave
San Bernardino, CA 92408

Yvonne Kirkpatrick
23394 Alcudia Road
Hinkley, CA 92347

Case: 19-30088   Doc# 6183-1   Filed: 03/06/20   Entered: 03/06/20 17:05:20   Page 19 of 30

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| Kenneth N. Klee | Donald A. Larkin |
| Klee, Tuchin, Bogdanoff and Stern | City of Morgan Hill |
| 1999 Avenue of the Stars, 39th Fl. | 17575 Peak Ave. |
| Los Angeles, CA 90067 | Morgan Hill, CA 96037-4128 |
| | |
| Banjamin M. Kleinman | Latham & Watkins LLP |
| Kilpatrick Townsend & Stockton LLP | 355 South Grand Ave., Ste. 100 |
| Two Embarcadero Center, Suite 1900 | Los Angeles, CA 90071 |
| San Francisco, CA 94111 | |
| | Thomas E. Lauria |
| Marilyn S. Klinger | Law Offices of White and Case |
| SMTD Law LLP | Southeast Financial Center |
| 355 S. Grand Ave., #2450 | 200 South Biscayne Blvd. #4900 |
| Los Angeles, CA 90071 | Miami, FL 33131-2352 |
| | |
| Bernard J Kornberg | Lazard Freres & Co. |
| Law Offices of Severson and Werson | Lazard Freres & Co. LLC |
| 1 Embarcadero Center #2600 | 30 Rockefeller Plaza, 48th Fl. |
| San Francisco, CA 94111 | New York, NY 10020 |
| | |
| Kevin Kramer | Donna Learmont |
| Weil, Gotshal & Manges LLP | 37241 Sycamore Street |
| 767 Fifth Avenue | Hiinkley, CA 92347 |
| New York, NY 10153 | |
| | John Lemon |
| Andreas Krebs | Singleton Law Firm, APC |
| San Francisco, CA | 450 A St., 5th Fl. |
| | San Diego, CA 92101 |
| Brendan M. Kunkle | |
| Abbey, Weitzenberg, Hoffman, Warren etal | Andrew Levine |
| 100 Stony Point Rd., #200 | BraunHagey & Borden LLP |
| Santa Rosa, CA 95401 | 351 California St., 10th Fl. |
| | San Francisco, CA 94104 |
| David H. Kwasniewski | |
| BraunHagey & Borden LLP | Howard M. Levine |
| 351 California St., 10th Fl. | Law Offices of Sussman and Shank |
| San Francisco, CA 94104 | 1000 SW Broadway #1400 |
| | Portland, OR 97205 |
| Robert J. Labate | |
| Holland & Knight LLP | Kim Martin Lewis |
| 50 California St., #2800 | Law Offices of Dinsmore and Shohl |
| San Francisco, CA 94111 | 1900 Chemed Center |
| | 255 E 5th St. |
| Kathy Labriola | Cincinnati, OH 45202 |
| 1307 University Ave. | |
| Berkeley, CA 94702 | Lincoln Partners Advisors LLC |
| | 500 West Madison St., Ste. 3900 |
| Daniel Laguardia | Chicago, IL |
| Shearman & Sterling LLP | |
| 535 Mission St., 25th Fl. | Jessica Liou |
| San Francisco, CA 94105 | Weil, Gotshal & Manges LLP |
| | 767 Fifth Avenue |
| Kevin J. Lamb | New York, NY 10153 |
| Lamb & Kawakami LLP | |
| 333 South Grand Ave., #4200 | |
| Los Angeles, CA 90071 | |

Case: 19-30088   Doc# 6183-1   Filed: 03/06/20   Entered: 03/06/20 17:05:20   Page 20
of 30

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| Brian Lohan<br>Arnold & Porter Kaye Scholer LLP<br>250 W 55th St.<br>New York, NY 10019 | Manuel Martinez<br>36633 Hidden River Rd<br>Hinkley, CA 92347 |
| Melissa Davis Lowe<br>Shulman Hodges & Bastian LLP<br>100 Spectrum Center Dr., #600<br>Irvine, CA 92618 | Colleen Mast<br>P.O. Box 12734<br>Oakland, CA 94604 |
| Jeffrey H. Lowenthal<br>Steyer, Lowenthal, Boodrookas et al<br>235 Pine St., 15th Fl.<br>San Francisco, CA 94104 | Candace Matthiesen<br>36709 Hidden River Road<br>Hinkley, CA 92347 |
| | Charles Matthiesen<br>3771 Hidden River Road<br>Hinkley, CA 92347 |
| Lauren Macksoud<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089 | David Matthiesen<br>36709 Hidden River Road<br>Hinkley, CA 92347 |
| Mammoth One LLC<br>4 Embarcadero Center<br>17 Floor<br>Attn: Michael Lauter, Esq,<br>San Francisco, CA 94111 | Matsue Matthiesen<br>3771 Hidden River Road<br>Hinkley, CA 92347 |
| | Eric May<br>Senior Deputy County Counsel<br>County of Yolo<br>625 Ct. St., #201<br>Woodland, CA 95695 |
| Mammoth Three, LLC<br>4 Embarcadero Center<br>17th Floor<br>San Francisco, CA 94111 | |
| Steven Micheal Manley<br>2254 Ordihance Rd.<br>Santa Rosa, CA 95403 | David Mayo<br>Arent Fox LLP<br>1301 Avenue of the Americas, 42nd Fl.<br>New York, NY 10019 |
| Sumble Manzoor<br>Corey, Luzaich, De Ghetaldi & Riddle LLP<br>700 El Camino Real<br>P.O. Box 669<br>Millbrae, CA 94030-0669 | John McCusker<br>Bank of America Tower<br>Mail code NY1-100-21-01<br>One Bryant Park<br>New York, NY 10036 |
| Jonathan D. Marshall<br>Choate, Hall & Stewart LLP<br>Two International Pl.<br>Boston, MA 02110 | John McCusker<br>Bank of America Tower<br>Mail code: NY1-100-21-01<br>One Bryant Park<br>New York, NY 10036 |
| Nicholas A. Marten<br>Arent Fox LLP<br>1301 Avenue of the Americas, 42nd Fl.<br>New York, NY 10019 | Matthew L. McGinnis<br>Ropes and Gray LLP<br>Prudential Tower<br>800 Boylston St.<br>Boston, MA 02199-3600 |
| Juliana Martinez<br>36633 Hidden River Rd<br>Hinkley, CA 92347 | |

**CERTIFICATE OF SERVICE**

Case: 19-30088   Doc# 6183-1   Filed: 03/06/20   Entered: 03/06/20 17:05:20   Page 21
of 30

| | |
|---|---|
| Lorraine McGowen | Mark A. Minich |
| Orrick, Herrington & Sutcliffe LLP | Assistant General Counsel |
| 51 West 52nd St. | Kinder Morgan, Inc. |
| New York, NY 10019 | Two North Nevada |
| | Colorado Springs, CO 80903 |
| Joseph G. McGuinness | |
| McGuinness & Associates | Mark A. Minich |
| 3858 Carson St., #301 | Assistant General Counsel |
| Torrance, CA 90503 | Kinder Morgan, Inc. |
| | Two North Nevada |
| Mark McKane | Colorado Springs, CO 80903 |
| Kirkland & Ellis LLP | |
| 555 California Street | Douglas Mintz |
| San Francisco, CA 94104 | Orrick, Herrington & Sutcliffe LLP |
| | 1152 15th St., NW |
| Kathrine A. McLendon | Washington, DC 20005-1706 |
| Simpson, Thacher and Bartlett | |
| 425 Lexington Ave. | Mission Constructors |
| New York, NY 10017 | 2235 Palou Ave. |
| | San Francisco, CA 94124 |
| Kristine K. Meredith | |
| Danko Meredith | John E. Mitchell |
| 333 Twin Dolphin Dr., #145 | Law Offices of Vinson and Elkins |
| Redwood Shores, CA 94065 | 3700 Trammell Crow Center |
| | 2001 Ross Ave. |
| James Mesterharm | Dallas, TX 75201-2975 |
| Alix Partners | |
| 909 3rd Ave., 30th Fl. | Sean A. Mitchell |
| New York, NY 10022 | Paul, Weiss, Rifkind, Wharton & Garrison |
| | 1285 Avenue of the Americas |
| Robert Miller | New York, NY 10019 |
| 37241 Sycamore Street | |
| Hinkley, CA 92347 | Stephen Moeller-Sally |
| | Ropes and Gray LLP |
| Shawn R. Miller | Prudential Tower |
| Danko Meredith | 800 Boylston St. |
| 333 Twin Dolphin Dr., #145 | Boston, MA 02199-3600 |
| Redwood Shores, CA 94065 | |
| | Richard J. Molin |
| Sherry J. Millman | Stewart, Humpherys, Burchett and Molin |
| Stroock & Stroock & Lavan LLP | P.O. Box 720 |
| 180 Maiden Ln. | Chico, CA 95927 |
| New York, NY 10038-4982 | |
| | Bill Moore |
| John W. Mills | 1617 Loma Verde Dr. |
| Taylor English Duma LLP | El Dorado Hills, CA 95762 |
| 1600 Parkwood Circle, #200 | |
| Atlanta, GA 30339 | Dean Morehous |
| | Troutman Sanders LLP |
| Karen Norene Mills | 580 California St., #1100 |
| California Farm Bureau Federation | San Francisco, CA 94104 |
| 2300 River Plaza Dr. | |
| Sacramento, CA 95833 | |

Case: 19-30088   Doc# 6183-1   Filed: 03/06/20   Entered: 03/06/20 17:05:20   Page 22
of 30

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| 1 | Morrison and Foerster LLP |
| | Joshua Hill, Jr. |
| 2 | Christine Y. Wong |
| | 425 Market St. |
| 3 | San Francisco, CA 94105 |
| 4 | |
| | Julia A. Mosel |
| 5 | Southern California Edison Company |
| | 2244 Walnut Grove Ave., 3rd Fl. |
| 6 | Rosemead, CA 91770 |
| 7 | Alan Moskowitz |
| | Gibson, Dunn and Crutcher LLP |
| 8 | 333 S Grand Ave. |
| | Los Angeles, CA 90071-3197 |
| 9 | Alan A. Moskowitz |
| | Gibson, Dunn and Crutcher LLP |
| 10 | 200 Park Ave. |
| | New York, NY 10166-0193 |
| 11 | |
| | Brendan V. Mullan |
| 12 | Crowell & Moring LLP |
| | Three Embarcadero Center, 26th Fl. |
| 13 | San Francisco, CA 94111 |
| 14 | Jessica R. Mullan |
| | General Counsel |
| 15 | Sonoma Clean Power Authority |
| | 50 Santa Rosa Ave., 5th Fl. |
| 16 | Santa Rosa, CA 95494 |
| 17 | Omid H. Nasab |
| | Cravath, Swaine & Moore LLP |
| 18 | 825 Eighth Avenue |
| | New York, NY 10019 |
| 19 | |
| | Mia Nash |
| 20 | 10536 Banner Lava Cap Road |
| | Nevada City, CA 95959 |
| 21 | |
| | Herbert Nethery |
| 22 | 23394 Alcudia Road |
| | Hinkley, CA 92347 |
| 23 | |
| | Ken Nitao |
| 24 | 244 S. Curtis Ave |
| | Alhambra, CA 91801 |
| 25 | |
| | John Nolan |
| 26 | Weil, Gotshal & Manges LLP |
| | 767 Fifth Avenue |
| 27 | New York, NY 10153 |
| 28 | |

Sally Noma
Jang & Associates, LLP
1766 Lacassie Ave., #200
Walnut Creek, CA 94596

Maura Walsh Ochoa
Grotefeld Hoffmann
700 Larkspur Landing Circle, #280
Larkspur, CA 94939

Amy M. Oden
Togut, Segal & Segal LLP
One Penn Plaza, #3335
New York, NY 10119

Office of Unemployment Compensation Tax
Services
Department of Labor and Industry
Commonwealth of Pennsylvania
Collections Support Unit
651 Boas St., Room 702
Harrisburg, PA 17121

Gabriel L. Olivera
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Harold A. Olsen
Stroock & Stroock & Lavan LLP
180 Maiden Ln.
New York, NY 10038-4982

Olympus Peak Master Fund LP
c/o Leah Silverman
745 5th Ave., #1604
New York, NY 10151

Saray Ordaz
1042 E Sandison St. Apt No. 1
Wilmington, CA 90744

Jose Ornelas
18284 Pacific St.
Hesperia, CA 92345

Kevin J. Orsini
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Antonio Ortiz
Jordan, Holzer & Ortiz, PC
500 N. Shoreline #900
Corpus Christi, TX 78401

Case: 19-30088   Doc# 6183-1   Filed: 03/06/20   Entered: 03/06/20 17:05:20   Page 23
of 30

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Kyle J. Ortiz | Richard C. Pedone |
| | Togut, Segal & Segal LLP | Nixon Peabody LLP |
| 2 | One Penn Plaza, #3335 | Exchange Place |
| | New York, NY 10119 | 53 State St. |
| 3 | | Boston, MA 02109 |
| 4 | Samuel S. Ory | |
| | Frederic Dorwart, Lawyers PLLC | Charles S. Penner |
| | 124 E 4th St. | Carney Badley Spellman PS |
| 5 | Tulsa, OK 74103-5010 | 701 5th Ave., #3600 |
| | | Seattle, WA 98104-5017 |
| 6 | Owen Clements, Esq | |
| | San Francisco City Attorney's Office | Mosby Perrow |
| 7 | 1390 Market St., 7th Flr. | Vice President & Deputy General Counsel |
| | San Francisco, CA 94102 | Kinder Morgan, Inc. |
| 8 | | 1001 Louisana #1000 |
| | Owl Creek Investments I, LLC | Houston, TX 77002 |
| 9 | 640 5th Ave. | |
| | New York, NY 10019 | Mosby Perrow |
| 10 | | Vice President & Deputy General Counsel |
| | Isaac M. Pachulski | Kinder Morgan, Inc. |
| 11 | Pachulski Stang Ziehl & Jones | 1001 Louisiana. #1000 |
| | 150 California Street, 15th Floor | Houston, TX 77002 |
| 12 | San Francisco, CA 94111 | |
| | | Waylon J. Pickett |
| 13 | Michael S. Palmieri | Grotefeld Hoffmann |
| | Friedman Kaplan Seiler Adelman LLP | 700 Larkspur Landing Circle, #280 |
| 14 | 7 Times Sq. | Larkspur, CA 94939 |
| | New York, NY 10036 | |
| 15 | | John M. Pierce |
| | Nick Panchev | Pierce Bainbridge Beck Price & Hecht LLP |
| 16 | 25633 Anderson Ave. | 355 South Grand Ave., #4400 |
| | Barstow, CA 91311 | Los Angeles, CA 90071 |
| 17 | | |
| | Brian Panish | Oscar N. Pinkas |
| 18 | Panish Shea & Boyle LLP | 1221 Avenue of the Americas |
| | 11111 Santa Monica Blvd., #700 | New York, NY 10020-1089 |
| 19 | Los Angeles, CA 90025 | |
| | | Oscar N. Pinkas |
| 20 | Teresa Paris | Dentons US LLP |
| | 3132 M L King, Jr Way, #309 | 1221 Avenue of the Americas |
| 21 | Berkeley, CA 94703 | New York, NY 10020-1089 |
| 22 | Andrew M. Parlen | Frank Pitre |
| | Latham & Watkins LLP | Cochett, Pitre & McCarthy, LLP |
| 23 | 885 Third Ave. | San Francisco Airport Office Center |
| | New York, NY 10022 | 840 Malcolm Rd., Suite 200 |
| 24 | | Burlingame, CA 94010 |
| 25 | Joshua Pearson | |
| | EDF Renewables, Inc. | Frank M. Pitre |
| | 15445 Innovation Dr. | Cotchett, Pitre & McCarthy, LLP |
| 26 | San Diego, CA 92128 | San Francisco Airport Office Center |
| | | 840 Malcolm Rd., #200 |
| 27 | | Burlingame, CA 94010 |
| 28 | | |

Case: 19-30088   Doc# 6183-1   Filed: 03/06/20   Entered: 03/06/20 17:05:20   Page 24
of 30

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| Corey M. Pollak | Jordana L. Renert |
| Pollak Law, LLP | Arent Fox LLP |
| 700 El Camino Real, #201 | 1301 Avenue of the Americas, 42nd Fl. |
| Millbrae, CA 94030 | New York, NY 10019 |
| | |
| James Potter | John T. Richards |
| Office of the Attorney General | Richards Law Firm |
| 1515 Clay St., 20th Fl. | 101 W. Broadway, #1950 |
| P.O. Box 70550 | San Diego, CA 92101 |
| Oakland, CA 94612-0550 | |
| | Amanda L. Riddle |
| Constantine D. Pourakis | Corey, Luzaich, De Ghetaldi & Riddle LLP |
| Stevens & Lee, P.C. | 700 El Camino Real |
| 485 Madison Ave., 20th Fl. | P.O. Box 669 |
| New York, NY 10022 | Millbrae, CA 94030-0669 |
| | |
| David M. Powlen | Adolfo Riebeling |
| Barnes and Thornburg LLP | 4600 Jerry Ave |
| 1000 N. West St., #1500 | Baldvin Park, CA 91706 |
| Wilmington, DE 19801 | |
| | Marina Riebeling |
| Patricia Williams Prewitt | 4600 Jerry Ave |
| Law Offices of Patricia Williams Prewitt | Baldvin Park, CA 91706 |
| 10953 Vista Lake Ct. | |
| Navasota, TX 77868 | Walter R. Rieman |
| | Paul, Weiss, Rifkind, Wharton & Garrison |
| Prime Clerk LLC | 1285 Avenue of the Americas |
| 830 Third Avenue | New York, NY 10019 |
| 3rd Floor | |
| New York, NY 10017 | David Riley |
| | DLA Piper LLP |
| Primeshares | 2000 Ave. of the Stars |
| 261 Fifth Ave. 22nd floor | Suite 400 North Tower |
| New York, NY 10016 | Los Angeles, CA 90067-4704 |
| | |
| Amy C. Quartarolo | RiverPark Strategic Income Fund |
| Law Offices of Latham and Watkins | RiverPark Advisors LLC |
| 355 S Grand Ave., #100 | 156 W 56th Street |
| Los Angeles, CA 90071-1560 | Suite 1704 |
| | New York, NY 10019 |
| RailPros Field Services, Inc. | |
| c/o Stuart P. Hall | Christy Rivera |
| 1705 West Northwest Hwy., #150 | Norton Rose Fulbright US LLP |
| Grapeview, TX 76051 | 1301 Avenue of the Americas |
| John Ramirez | New York, NY 10019 |
| 38006 Pueblo Road | |
| Hinkley, CA 92347 | Road Safety, Inc. |
| | 4335 Pacific St., Ste. A |
| Marta Ramirez | Rocklin, CA 95677 |
| 38006 Pueblo Road | |
| Hinkley, CA 92347 | Ian E. Roberts |
| | Baker Botts L.L.P. |
| John J. Rapisardi | 2001 Ross Ave., #1000 |
| O'Melveny & Myers LLP | Dallas, TX 75201 |
| 7 Times Sq. | |
| New York, NY 10036 | |

Case: 19-30088    Doc# 6183-1    Filed: 03/06/20    Entered: 03/06/20 17:05:20    Page 25
of 30

**CERTIFICATE OF SERVICE**

Larry M. Roberts
The Perry Law Firm, APLC
20523 Crescent Bay Dr., 2nd Fl.
Lake Forest, CA 92630

Kenneth Roye
142 West 2nd St.
Suite B
Chico, CA 95928

Matthew G. Roberts
Troutman Sanders LLP
600 Peachtree St., NE, #3000
Atlanta, GA 30308

SPCP Group, LLC
Two Greenwich Plaza
Greenwich, CT 06830

Bill Robins
Robins Cloud LLP
808 Wilshire Blvd., #450
Santa Monica, CA 90401

Marc S. Sacks
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Rocky Point Claims LLC
P.O. Box 165
Norwalk, CT 06853

Thomas J. Salerno
Stinson LLP
1850 N. Central Ave., #2100
Phoenix, AZ 85004

Martha E. Romero
Law Offices of Romero and Associates
12518 Beverly Blvd.
Whittier, CA 90601

San Diego Gas and Electric Co.
,

Matthew M. Roose
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Randy A. Sawyer, Esq.
c/o EDP Renewables North America LLC
808 Travis, #700
Houston, TX 77002

Brian S. Rosen
Proskauer Rose LLP
Eleven Times Square
P.O. Box 770000
New York, NY 10036

Margaret Schierberl
Cleary, Gottlieb, Sheen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Andrew Rosenblatt
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

David Schiff
Davis Polk and Wardwell LLP
450 Lexington Ave.
New York, NY 10017

Michael A. Rosenthal
Gibson, Dunn and Crutcher LLP
200 Park Ave.
New York, NY 10166-0193

Ray C. Schrock
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Michael A. Rosenthal
Gibson, Dunn and Crutcher LLP
333 S Grand Ave.
Los Angeles, CA 90071-3197

Max A. Schuver
Walkup, Melodia, Kelly and Schoenberger
650 California St. 26th Fl.
San Francisco, CA 94108

John H. Rowland
Baker Donelson Bearman Caldwell & Berkow
211 Commerce St
Nashville, TN 37201

Lawrence M. Schwab
Bialson, Bergen and Schwab
633 Menlo Ave., Suite 100
Menlo Park, CA 94025

**CERTIFICATE OF SERVICE**

Case: 19-30088   Doc# 6183-1   Filed: 03/06/20   Entered: 03/06/20 17:05:20   Page 26
of 30

| | |
|---|---|
| Lisa Schweitzer | Robert P. Simons |
| Cleary, Gottlieb, Sheen & Hamilton LLP | Reed Smith LLP |
| One Liberty Plaza | 225 5th Ave., #1200 |
| New York, NY 10006 | Pittsburg, PA 15222 |
| | |
| Howard Seife | Richard W. Slack |
| Norton Rose Fulbright US LLP | Weil Gotshal and Manges, LLP |
| 1301 Avenue of the Americas | 767 Fifth Ave. |
| New York, NY 10019 | New York, NY 10153-0119 |
| | |
| David R. Seligman | Edwin E. Smith |
| Kirkland & Ellis LLP | Morgan, Lewis & Bockius LLP |
| 300 North LaSalle Street | 101 Park Ave. |
| Chicago, IL 60654 | New York, NY 10178-0060 |
| | |
| Daniel S. Shamah | Fulton Smith |
| O'Melveny & Myers LLP | Cozen O'Connor |
| 7 Times Sq. | 101 Montgomery St., #1400 |
| New York, NY 10036 | San Francisco, CA 94101 |
| | |
| Alex M. Sher | Abigail Snow |
| Hogan Lovells US LLP | Satterlee Stephens LLP |
| 875 Third Ave. | 230 Park Ave. |
| New York, NY 10022 | New York, NY 10169 |
| | |
| Nora Sheriff | Mark A. Speiser |
| Buchalter | Stroock, Stroock and Lavan |
| 55 Second St., #1700 | 180 Maiden Ln. |
| San Francisco, CA 94105-3493 | New York, NY 10038 |
| | |
| Edmond R. Shinn | Michael S. Stamer |
| Philadelphia, PA | Akin Gump Strauss Hauer & Feld LLP |
| | One Bryant Park |
| J. Christopher Shore | New York, NY 10036 |
| Law Offices of White and Case | |
| 1221 Avenue of the Americas | Andrew J. Strabone |
| New York, NY 10020-1095 | Irell and Manella LLP |
| | 1800 Avenue of the Stars, #900 |
| George W. Shuster | Los Angeles, CA 90067-4276 |
| 7 World Trade Center | |
| New York, NY 10007 | Michael H Strub |
| | Irell and Manella LLP |
| Sierra Business Council | 840 Newport Center Dr., #400 |
| c/o Kerri L. Timmer | Newport Beach, CA 92660-6324 |
| P.O. Box 2428 | |
| Truckee, CA 96160 | Joshua Y. Sturm |
| Paul N. Silverstein | Ropes & Gray LLP |
| Hunton Andrews Kurth LLP | Prudential Tower |
| 200 Park Ave. | 800 Boylston Street |
| New York, NY 10166 | Boston, MA 02199-3600 |
| | |
| David P. Simonds | Victor Suarez |
| Akin Gump Strauss Hauer & Feld LLP | 1042 E Sandison St. Apt No. 1 |
| 1999 Avenue of the Stars, #600 | Wilmington, CA 90744 |
| Los Angeles, CA 90067 | |

CERTIFICATE OF SERVICE

Case: 19-30088   Doc# 6183-1   Filed: 03/06/20   Entered: 03/06/20 17:05:20   Page 27
of 30

| | |
|---|---|
| Sullivan Hill Rez & Engel, APLC<br>600 B Street, Suite 1700<br>San Diego, CA 92101 | Albert Togut<br>Togut, Segal & Segal LLP<br>One Penn Plaza, Suite 3335<br>New York, NY 10119 |
| Matthew G. Summers<br>Ballard Spahr LLP<br>919 N Market St., 11th Fl.<br>Wilmington, DE 19801 | Jackson D. Toof<br>Arent Fox LLP<br>1717 K St., NW<br>Washington, DC 20006 |
| Scott Summy<br>Baron & Budd P.C.<br>3102 Oak Lawn Avenue #1100<br>Dallas, TX 75219 | Michael H. Torkin<br>Simpson, Thacher & Bartlett LLP<br>425 Lexington Ave.<br>New York, NY 10017 |
| Ron A. Symm<br>Assistant General Counsel<br>Aera Energy LLC<br>10000 Ming Avenue<br>Bakersfield, CA 93311 | Matthew Troy<br>U.S. Department of Justice<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, DC 20044-0875 |
| Tannor Partners Credit Fund, LP<br>555 Theodore Fremd Ave.<br>Suite C-209<br>Rye, NY 10580 | Brian Trust<br>Mayer Brown LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| Cliff I. Taylor<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan St. #2200<br>Dallas, TX 75201-2689 | Theodore Tsekerides<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Stanley J. Terry<br>Carney Badley Spellman<br>701 5th Ave., #3600<br>Seattle, WA 98104 | Daniel Turek<br>Rodriguez & Associates<br>2020 Eye St.<br>Bakersfield, CA 93301 |
| Jeffrey M. Theodore<br>BraunHagey & Borden LLP<br>351 California St., 10th Fl.<br>San Francisco, CA 94104 | Michael M. Turkel<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| Tony Lynn Thomas<br>c/o P.O Box 9099<br>Stockton, CA 95208-1099 | Union Pacific Railroad Company<br>Attn: Tonya W. Conley<br>Attn: Lila L. Howe<br>1400 Douglas St. Stop 1580<br>Omaha, NE 68179 |
| Judy D. Thompson<br>JD Thompson Law<br>P.O. Box 33127<br>Charlotte, NC 28233 | Oscar Urbina<br>3617 Slauson Ave<br>Maywood, CA 90270 |
| Kevin Thompson<br>10536 Banner Lava Cap Road<br>Nevada City, CA 95959 | Danette E. Valdez<br>Office of the Attorney General<br>455 Golden Gate Ave. #11000<br>San Francisco, CA 94102-7005 |

CERTIFICATE OF SERVICE

Case: 19-30088    Doc# 6183-1    Filed: 03/06/20    Entered: 03/06/20 17:05:20    Page 28<br>of 30

| | |
|---|---|
| 1 | Craig Varnen |
| | Irell and Manella LLP |
| 2 | 1800 Avenue of the Stars, #900 |
| | Los Angeles, CA 90067-4276 |
| 3 | |
| | Vendor Recovery Fund IV, LLC |
| 4 | PO Box 669 |
| | SMITHTOWN, NY 11787 |
| 5 | |
| | Barbara A Vinson |
| 6 | P.O. Box 2552 |
| | Barstow, CA 92312 |
| 7 | |
| | Lloyd K Vinson |
| 8 | P.O. Box 2552 |
| | Barstow, CA 92312 |
| 9 | |
| | Eli J. Vonnegut |
| 10 | Davis Polk and Wardwell LLP |
| | 450 Lexington Ave. |
| 11 | New York, NY 10017 |
| 12 | |
| | Diane Vuocolo |
| 13 | Greenberg Traurig, LLP |
| | 1717 Arch St., #400 |
| 14 | Philadelphia, PA 19103 |
| 15 | James M. Wagstaffe |
| | Wagstaffe, Von Loewenfeldt, Busch & |
| 16 | Radwick , LLP |
| | 100 Pine St., #725 |
| 17 | San Francisco, CA 94111 |
| 18 | Craig Wallace |
| | Smith Currie and Hancock LLP |
| 19 | 275 Battery St., #1300 |
| | San Francisco, CA 94111 |
| 20 | |
| | Thomas D. Warren |
| 21 | Pierce Bainbridge Beck Price & Hecht LLP |
| | 355 South Grand Ave., #4400 |
| 22 | Los Angeles, CA 90071 |
| 23 | Megan Wasson |
| | Kramer Levin Naftalis & Frankel LLP |
| 24 | 1177 Avenue of the Americas |
| | New York, NY 10036 |
| 25 | Genevieve G. Weiner |
| | Gibson Dunn & Crutcher LLP |
| 26 | 333 S Grand Ave. |
| | Los Angeles, CA 90071 |
| 27 | |
| 28 | |

Jason P. Wells
Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177

Leonard K. Welsh
Law Offices of Leonard K. Welsh
4550 California Ave. 2nd Fl.
Bakersfield, CA 93309

Peter L. Welsh
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Nigel A. Whitehead
Ernst Law Group
1020 Palm St.
San Luis Obispo, CA 93401

Joseph Whittington
Rodriguez & Associates
2020 Eye St.
Bakersfield, CA 93301

Daniel E. Wilcoxen
Law Offices of Wilcoxen and Montgomery
2114 K St.
Sacramento, CA 95816

Michael L. Wilhelm
Walter and Wilhelm Law Group
205 E. River Park Circle #410
Fresno, CA 93720

Andrea Williams
36796 Hillview Road
Hinkley, CA 92347

Daniel S. Williams
36796 Hillview Road
Hinkley, CA 92347

Clifton and Deborah Williamson
4201 Burnham Ct.
Santa Rosa, CA 95404

Evan Willis
Richards Law Firm
101 W. Broadway, #1950
San Diego, CA 92101

**CERTIFICATE OF SERVICE**

Harris B. Winsberg
Troutman Sanders LLP
600 Peachtree St., NE, #3000
Atlanta, GA 30308

Keith H. Wofford
Ropes and Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Peter Wolfson
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Luqman Yacub
P.O. Box 1026
Hartville, OH 44632

Jasmin Yang
Lewis Brisbois Bisgaard & Smith
633 West 5th St. #4000
Los Angeles, CA 90071

Aparna Yenamandra
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Donald T. Yorke
2679 Sundance Ct.
Walnut Creek, CA 94598

Michael A. Yuffee
Winston and Strawn LLP
1700 K St., N.W.
Washington, DC 20006-3817

Halima Zahib
1969 East Cooley Ave
San Bernardino, CA 92408

David M. Zensky
One Bryant Park
New York, NY 10036

Maja Zerjal
Proskauer Rose LLP
Eleven Times Square
P.O. Box 770000
New York, NY 10036

Sharon Zimmerman
c/o Eric Rainoff Law Corp
401 Watt Ave.
Sacramento, CA 95864

Zoe Partners, LP
c/o PKF O'Connor Davies
500 Mamaroneck Avenue
Suite 301
Harrison, NY 10528

Paul H. Zumbro
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019

Joaquin de Baca
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020

Case: 19-30088   Doc# 6183-1   Filed: 03/06/20   Entered: 03/06/20 17:05:20   Page 30
of 30