

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:  (212) 310-8000
Fax:  (212) 310-8007

Signed and Filed: March 6, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:  (415) 496-6723
Fax:  (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                         **Debtors**.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☑  Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**ORDER GRANTING STIPULATION BETWEEN THE DEBTORS AND THE CALIFORNIA PUBLIC UTILITIES COMMISSION EXTENDING TIME TO FILE MOTION PURSUANT TO FED. R. BANKR. P. 3018(a) AND AMENDING AMENDED ORDER ESTABLISHING SCHEDULE FOR DISCLOSURE STATEMENT APPROVAL AND PLAN CONFIRMATION**<br><br>Re: Dkt. Nos. 5732, 6142<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation Between the Debtors and the California Public Utilities Commission Extending the Time to File Motion Pursuant to Fed. R. Bankr. P. 3018(a) and Amending Amended Order Establishing Schedule for Disclosure Statement Approval and Plan Confirmation* (the "**Stipulation**") [Dkt. No. 6142], filed on March 6, 2020; and, pursuant to such stipulation and agreement of the Parties[1], and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the Commission to file and serve a motion pursuant to Bankruptcy Rule 3018(a) is extended through 4:00 p.m. (Prevailing Pacific Time) on March 20, 2020.

APPROVED AS TO FORM AND CONTENT:

[*Signatures on Next Page*]

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Dated: March 6, 2020

CALIFORNIA PUBLIC
UTILITIES COMMISSION

Arocles Aguilar, SBN 94753
Geoffrey Dryvynsyde, SBN 139884
Candace Morey, SBN 233081
505 Van Ness Avenue
San Francisco, California 94102
Telephone: (415) 703-2015
Facsimile: (415) 703-2262
Email: arocles.aguilar@cpuc.ca.gov
 geoffrey.dryvynsyde@cpuc.ca.gov
 candace.morey@cpuc.ca.gov

-and-

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

By: /s/ *Alan W. Kornberg*
Alan W. Kornberg
Brian S. Hermann (*pro hac vice*)
Walter Rieman, SBN 139365
Sean A. Mitchell (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: akornberg@paulweiss.com
 bhermann@paulweiss.com
 wrieman@paulweiss.com
 smitchell@paulweiss.com

*Attorneys for the California Public Utilities Commission*

**END OF ORDER**