RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
DAVID A. WOOD, #272406
dwood@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Gerald Singleton, SBN 208783
Gary LoCurto, SBN 270372
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel: (619) 771-3473
Fax: (619) 255-1515
Email: gerald@slffirm.com
glocurto@slffirm.com

Attorneys for Claimants,
SLF Fire Victims

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br>      Debtors. | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case-Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |
| Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>*All papers shall be filed in the Lead Case,<br>No. 19-3008 (DM) | |

      I, LAYLA BUCHANAN, do declare and state as follows:

      1.    I am employed in Orange County in the State of California. I am over the age of 18 and not a party to this action. My business address is 870 Roosevelt, Irvine, California 92620.

2. I certify that on March 6, 2020, I caused a true and correct copy of each of the following documents to be served via e-mail on the Standard Party Email Service List attached hereto as **Exhibit A**:

**SLF FIRE VICTIM CLAIMANT'S OBJECTION TO [PROPOSED] DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION**

3. I certify that on March 6, 2020, I caused a true and correct copy of each of the above documents to be served via First Class Mail on the Standard Party First Class Mail Service List attached hereto as **Exhibit B**.

4. I have reviewed the Notice of Electronic Filing for the above-listed document, and I understand that the parties listed in each NEF as having received notice through electronic mail were electronically served with that document through the Court's Electronic Case Filing System.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that if called upon to witness, I could and would testify competently thereto.

Executed on March 6, 2020, at Irvine, California.

*/s/ Layla Buchanan*
LAYLA BUCHANAN

# EXHIBIT A
Standard Parties Email Service List
Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Debtor | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com matthew.goren@weil.com jessica.liou@weil.com |
| Counsel to Debtor | Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | tkeller@kellerbenvenutti.com jkim@kellerbenvenutti.com |
| Special Counsel to Debtors | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, Kevin J. Orsinit, George E. Zobitz, Stephen M. Kessing, Nicholas A. Dorsey, Omid H. Nasab | pzumbro@cravath.com korsini@cravath.com jzobitz@cravath.com skessing@cravath.com ndorsey@cravath.com onasab@cravath.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo, Frank A. Merola | khansen@stroock.com egilad@stroock.com mgarofalo@stroock.com fmerola@stroock.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com david.schiff@davispolk.com timothy.graulich@davispolk.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com bhermann@paulweiss.com wrieman@paulweiss.com smitchell@paulweiss.com ndonnelly@paulweiss.com |
| Office of the United States Trustee for Region 17 | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov timothy.s.laffredi@usdoj.gov Marta.Villacorta@usdoj.gov |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |

Case: 19-30088    Doc# 6186    Filed: 03/06/20    Entered: 03/06/20 18:24:09    Page 3 of 5

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil, Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | ddunne@milbank.com skhalil@milbank.com Paronzon@milbank.com Gbray@milbank.com TKreller@milbank.com |
| Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard, Robert A. Julian, Cecily A. Dumas | esagerman@bakerlaw.com lattard@bakerlaw.com rjulian@bakerlaw.com cdumas@bakerlaw.com |
| Counsel for Shareholder Proponents | JONES DAY | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston | bbennett@jonesday.com jmester@jonesday.com jjohnston@jonesday.com |

# EXHIBIT A

Standard Parties Hardcopy First Class Mail Service List
Served via First Class Mail

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Debtors | PG&E Corporation | Attn: President or General Counsel | 77 Beale Street | P.O. Box 77000 | San Francisco | CA | 94177 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | U.S. NRC Region IV | 1600 E. Lamar Blvd. | Arlington | TX | 76011 |
| Counsel for Shareholder Proponents | JONES DAY | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston | 555 South Flower Street | Fiftieth Floor | Los Angeles | CA | 90071-2300 |