1 | Andrew I. Silfen (*pro hac vice*)
Beth M. Brownstein (*pro hac vice*)
2 | **ARENT FOX LLP**
1301 Avenue of the Americas, 42nd Floor
3 | New York, New York 10019
Telephone:    (212) 484-3900
4 | Facsimile:    (212) 484-3990
Email:        andrew.silfen@arentfox.com
5 |              beth.brownstein@arentfox.com

6 | Aram Ordubegian (SBN 185142)
**ARENT FOX LLP**
7 | 55 Second Street, 21st Floor
San Francisco, CA  94105
8 | Telephone:    (415) 757-5500
Facsimile:    (415) 757-5501
9 | Email:        aram.ordubegian@arentfox.com

10 | *Counsel for BOKF, NA, solely in its capacity as*
*Indenture Trustee*

11 |

12 | **UNITED STATES BANKRUPTCY COURT**

13 | **NORTHERN DISTRICT OF CALIFORNIA**

14 | **SAN FRANCISCO DIVISION**

15 | In re: | Case No. 19-30088 (DM)

16 | **PG&E CORPORATION,** | Chapter 11

17 | **- and –** | (Lead Case)

18 | **PACIFIC GAS AND ELECTRIC** | (Jointly Administered)
19 | **COMPANY,**
      **Debtors.**
20 |

21 | ☐ Affects PG&E Corporation | **CERTIFICATE OF SERVICE**
    ☐ Affects Pacific Gas and Electric
22 | Company
    ☑ Affects both Debtors
23 | * *All papers shall be filed in the Lead*
    *Case, No. 19-30088 (DM).*
24 |

25 |

26 |

27 |

28 |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

## CERTIFICATE OF SERVICE

I, Yvonne Li, declare as follows:

I am a citizen of the United States and over the age of eighteen (18) years and not a party to the within action. My business address is 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

I served document(s) described as:

**OBJECTION OF BOKF, NA AS INDENTURE TRUSTEE TO PROPOSED DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION**

on the interested parties in this action as follows:

[x]     BY NEF on March 6, 2020: Service was accomplished through the Notice of Electronic Filing ("NEF") for all parties and counsel who are registered ECF Users.

[x]     BY EMAIL on March 6, 2020: I personally transmitted the foregoing document(s) via electronic mail to the e-mail address(es) of the person(s) on the attached service list.

[x]     BY U.S. MAIL on March 6, 2020: I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.  On this date, I placed the document(s) in envelope(s) addressed to the person(s) on the below and sealed and placed the envelopes for collection and mailing following ordinary business practices.

> Judge
> Hon. Dennis Montali - "Chambers Copies"
> U.S. Bankruptcy Judge
> Mail Box 36099
> 450 Golden Gate Avenue
> San Francisco, CA 94102

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  This declaration was executed on March 6, 2020 at Los Angeles, California.

/s/ Yvonne Li

YVONNE LI
Declarant

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Individual Plaintiffs Executive Committee appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding Number 4955, Pursuant to the terms of the Court's Case Management Order No. 1 | Cotchett, Pitre & Mccarthy, LLP | Attn: Frank M. Pitre, Alison E. Cordova, Abigail D. Blodgett | fpitre@cpmlegal.com acordova@cpmlegal.com ablodgett@cpmlegal.com |
| | Walkup Melodia Kelly & Schoenberger | Attn: Michael A. Kelly, Khaldoun A. Baghdadi, Max Schuver | mkelly@walkuplawoffice.com kbaghdadi@walkuplawoffice.com mschuver@walkuplawoffice.com |
| | Robins Cloud LLP | Attn: Bill Robins, III, Robert Bryson | robins@robinscloud.com rbryson@robinscloud.com |
| Counsel for Ghost Ship Warehouse Plaintiffs' Executive Committee | MARY ALEXANDER & ASSOCIATES, P.C. | Attn: Mary E. Alexander | malexander@maryalexanderlaw.com |
| | PINO & ASSOCIATES | Attn: Estela O. Pino | epino@epinolaw.com |
| Counsel for the Ad Hoc Committee of Unsecured Tort Claimant Creditors | DLA PIPER LLP (US) | Attn: Joshua D. Morse, Eric Goldberg, David Riley | joshua.morse@dlapiper.com david.riley@dlapiper.com eric.goldberg@dlapiper.com |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil, Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | ddunne@milbank.com skhalil@milbank.com Paronzon@milbank.com Gbray@milbank.com TKreller@milbank.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter, David P. Simonds, Ashley Vinson Crawford | mstamer@akingump.com idizengoff@akingump.com dbotter@akingump.com dsimonds@akingump.com avcrawford@akingump.com |
| Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | Attn: Robert A. Julian, Cecily A. Dumas, Eric E. Sagerman, Lauren T. Attard | rjulian@bakerlaw.com cdumas@bakerlaw.com esagerman@bakerlaw.com lattard@bakerlaw.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Diemer & Wei, LLP | Attn: Kathryn S. Diemer | kdiemer@diemerwei.com |
| | Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Daniel I. Forman | mfeldman@willkie.com jminias@willkie.com dforman@willkie.com |
| Counsel to the Ad Hoc Committee of Unsecured Tort Claimant Creditors and the | SINGLETON LAW FIRM, APC | Attn: Gerald Singleton & John C. | gerald@slffirm.com |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 3 -

| | | | |
|---|---|---|---|
| Singleton Law Firm Fire Victim Claimants | | Lemon | john@slffirm.com |
| Counsel to Ad Hoc Committee of Holders of Trade Claims | GIBSON, DUNN & CRUTCHER LLP | Attn: David M. Feldman and Matthew K. Kelsey, Michael S. Neumeister and Michelle Choi, Matthew D. McGill | dfeldman@gibsondunn.com<br>mkelsey@gibsondunn.com<br>mneumeister@gibsondunn.com<br>mchoi@gibsondunn.com<br>mmcgill@gibsondunn.com |
| Co-Counsel to Ad Hoc Committee of Senior Unsecured Notehodlers of Pacific Gas and Electric | BraunHagey & Borden LLP | Attn: J. Noah Hagey, Jeffrey M. Theodore, David H. Kwasniewski, Andrew Levine | hagey@braunhagey.com<br>theodore@braunhagey.com<br>kwasniewski@braunhagey.com<br>levine@braunhagey.com |
| Counsel to Debtor | Keller & Benvenutti LLP | Attn: Tobias S. Keller, Jane Kim | tkeller@kellerbenvenutti.com<br>jkim@kellerbenvenutti.com |
| | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | Stroock & Stroock & Lavan LLP | Attn: Frank A. Merola, Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo | fmerola@stroock.com<br>khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Counsel to Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov<br>shane.huang@usdoj.gov |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Counsel to Shareholder Proponents | JONES DAY | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston | bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 4 -

Case: 19-30088    Doc# 6188    Filed: 03/06/20    Entered: 03/06/20 18:50:48    Page 4 of 4