RICHARD A. MARSHACK, #107291
rmarshack@marshackhays.com
LAILA MASUD, #311731
lmasud@marshackhays.com
MARSHACK HAYS LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Gerald Singleton, SBN 208783
Gary LoCurto, SBN 270372
SINGLETON LAW FIRM, APC
450 A Street, 5th Floor
San Diego, CA 92101
Tel: (619) 771-3473
Email: gerald@slffirm.com
         glocurto@slffirm.com

Attorneys for SLF Fire Victim Claimants

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>   and<br><br>PACIFIC GAS AND ELECTRIC COMPANY<br><br>   Debtors<br><br>Affects:<br>☐ PG&E Corporation<br>☐ Pacific Gas & Electric Company<br>☒ Both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | Case No. 19-30088 (DM)<br><br>Chapter 11 (Lead Case–Jointly Administered)<br><br>**Withdrawal of SLF Fire Victim Claimant's Objection to [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization (Doc # 6158)**<br><br>Date:    March 11, 2020<br>Time:   10:00 a.m. (Pacific)<br>Place:   United States Bankruptcy<br>Court:   Courtroom 17, 16th Floor<br>            San Francisco, CA 94102 |

TO: THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY COURT JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

The Singleton Law Firm ("SLF") and Marshack Hays LLP, together with several other firms, represent approximately 7,000 victims ("SLF Claimants") of the fires started by PG&E in 2015 (the "Butte Fire"), 2017 (the twenty fires generally referred to as the "North Bay" and "Wind Complex Fires"), 2018 (the "Camp Fire") and the 2019 Kincade Fire.

On March 6, 2020, the SLF Claimants submitted an objection ("Objection") to the Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization ("Disclosure Statement") filed on February 7, 2020, as Dk. No. 5700. (Dk. No. 6158.)

Leaders of the Consenting Fire Claimant Professionals have spent the weekend conferring with lawyers representing the Plan Proponents. After constructive discussions since Friday, the parties have resolved the SLF Claimants' objection filed in Document No. 6158 and have agreed to mediate the remaining issues between them identified in Doc. No. 6180 on Monday, March 9, 2020, before the mediator appointed by this Court, the Hon. Randall Newsome.

Respectfully submitted,

Dated: March 8, 2020

SINGLETON LAW FIRM, APC

By: */s/ Gerald Singleton*
GERALD SINGLETON
Attorneys for the SINGLETON LAW FIRM FIRE VICTIM CLAIMANTS