Singleton Law Firm
450 A Street, 5th Floor
San Diego, CA 92101

1  RICHARD A. MARSHACK, SBN 107291
   rmarshack@marshackhays.com
2  DAVID A. WOOD, SBN 272406
   dwood@marshackhays.com
3  LAILA MASUD, SBN 311731
   lmasud@marshackhays.com
4  MARSHACK HAYS LLP
   870 Roosevelt, Irvine, CA 92620
5  Tel: 949-333-7777

6  Gerald Singleton, SBN 208783
   Terry Singleton, SBN 58316
7  SINGLETON LAW FIRM, APC
   450 A Street, 5th Floor
8  San Diego, CA 92101
   Tel:    (619) 771-3473
9  Fax:    (619) 255-1515
   Email: gerald@slffirm.com
10         terry@terrysingleton.com

11 Attorneys for SLF Fire Victim Claimants

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| and | (Lead Case–Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY | **CERTIFICATE OF SERVICE** |
| Debtors | Date: March 11, 2020 |
| | Time: 10:00 a.m. (Pacific Time) |
| Affects: | Place: United States Bankruptcy Court |
| ☐ PG&E Corporation | Courtroom 17, 16th Floor |
| ☐ Pacific Gas & Electric Company | San Francisco, CA 94102 |
| ☒ Both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-3008 (DM) | |

    I am employed in San Diego County. I am over the age of 18 and not a party to this action. My business address is 450 A Street, 5th Floor, San Diego, CA 92101.

    On March 8, 2020, I served the foregoing document(s), described as:

1

**Withdrawal of SLF Fire Victim Claimant's Objection to [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization**
**(Doc # 6158)**

☒ by placing ☐ the original ☒ a true copy thereof, by the following means to the persons as listed below:

☒ **ECF SYSTEM** On March 8, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive ECF transmission at the email address(es) indicated below:

- Annadel A. Almendras    annadel.almendras@doj.ca.gov
- Monique D. Almy    malmy@crowell.com
- Dana M. Andreoli    dandreoli@steyerlaw.com, pspencer@steyerlaw.com
- Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
- Lauren T. Attard    lattard@bakerlaw.com, abalian@bakerlaw.com
- Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
- Todd M. Bailey    Todd.Bailey@ftb.ca.gov
- Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
- Ronald S. Beacher    rbeacher@pryorcashman.com
- Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
- Peter J. Benvenutti    pbenvenutti@kellerbenvenutti.com
- Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder    heinz@bindermalter.com
- Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg    jason.blumberg@usdoj.gov, Tina.L.Spyksma@UST.DOJ.GOV
- Erin N. Brady    enbrady@jonesday.com
- W. Steven Bryant    , molly.batiste-debose@lockelord.com
- Peter C. Califano    pcalifano@cwclaw.com
- Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
- Katherine Rose Catanese    kcatanese@foley.com
- Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Shawn M. Christianson    schristianson@buchalter.com
- Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- Alicia Clough    aclough@loeb.com
- John B. Coffman    john@johncoffman.net
- Kevin G. Collins    kevin.collins@btlaw.com
- Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Donald H. Cram    dhc@severson.com
- Ashley Vinson Crawford    avcrawford@akingump.com, tsouthwell@akingump.com
- John Cumming    jcumming@dir.ca.gov

2

- J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham    , rkelley@pierceatwood.com
- Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Jonathan S. Dabbieri    dabbieri@sullivanhill.com, bkstaff@sullivanhill.com
- Nicolas De Lancie    ndelancie@jmbm.com
- Judith A. Descalso    jad@jdescalso.com, jad_9193@ecf.courtdrive.com
- Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer    kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran    jdoran@hinckleyallen.com
- Jamie P. Dreher    jdreher@downeybrand.com
- Cecily A. Dumas    cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com
- Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com
- Joseph A. Eisenberg    JAE1900@yahoo.com
- Sally J. Elkington    sally@elkshep.com, ecf@elkshep.com
- David Emerzian    david.emerzian@mccormickbarstow.com, Melany.Hertel@mccormickbarstow.com
- G. Larry Engel    larry@engeladvice.com
- Krista M. Enns    kenns@beneschlaw.com
- Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.
- Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin    metkin@lowenstein.com
- Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com
- Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net
- Matthew A. Feldman    mfeldman@willkie.com
- Mark E. Felger    mfelger@cozen.com
- James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com
- Stephen D. Finestone    sfinestone@fhlawllp.com
- Daniel I. Forman    dforman@willkie.com
- Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot    , john.murphy@troutman.com
- Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick    cfrederick@prklaw.com
- Peter Friedman    pfriedman@omm.com
- Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi    gregg.galardi@ropesgray.com
- Richard L. Gallagher    richard.gallagher@ropesgray.com

3

- Oscar Garza    ogarza@gibsondunn.com
- Duane M. Geck    dmg@severson.com
- Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com
- Barry S. Glaser    bglaser@swesq.com
- Paul R. Glassman    glassmanp@gtlaw.com
- Gabriel I. Glazer    gglazer@pszjlaw.com
- Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Matthew A. Gold    courts@argopartners.net
- Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Amy L. Goldman    goldman@lbbslaw.com
- Eric S. Goldstein    egoldstein@goodwin.com
- Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman    egoodman@bakerlaw.com
- Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried    mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden    cameron.m.gulden@usdoj.gov
- Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com
- Robert G. Harris    rob@bindermalter.com
- Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Christopher V. Hawkins    hawkins@sullivanhill.com, Hawkins@ecf.inforuptcy.com
- Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes    jhayes@fhlawllp.com
- Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com
- Stephen E. Hessler, P.C.   , jozette.chong@kirkland.com
- Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- Terry L. Higham    t.higham@bkolaw.com, achavez@bkolaw.com
- James P. Hill    hill@sullivanhill.com, bkstaff@sullivanhill.com
- Michael R. Hogue    hoguem@gtlaw.com, frazierl@gtlaw.com
- David Holtzman    david.holtzman@hklaw.com
- Alexandra S. Horwitz    allie.horwitz@dinsmore.com
- Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang    shane.huang@usdoj.gov
- Brian D. Huben    hubenb@ballardspahr.com
- Jonathan Hughes    , jane.rustice@aporter.com
- Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola    mvi@sbj-law.com
- J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com

4

- J. Eric Ivester , Andrea.Bates@skadden.com
- Ivan C. Jen ivan@icjenlaw.com
- Monique Jewett-Brewster mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston jjohnston@jonesday.com
- Chris Johnstone chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Gregory K. Jones GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian rjulian@bakerlaw.com
- George H. Kalikman gkalikman@schnader.com, sdavenport@schnader.com
- Roberto J. Kampfner rkampfner@whitecase.com, mco@whitecase.com
- Gary M. Kaplan gkaplan@fbm.com, calendar@fbm.com
- Robert B. Kaplan rbk@jmbm.com
- Eve H. Karasik ehk@lnbyb.com
- William M. Kaufman wkaufman@smwb.com
- Jane G. Kearl jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly lynette.c.kelly@usdoj.gov, ustpregion17.oa.ecf@usdoj.gov
- Gerald P. Kennedy gerald.kennedy@procopio.com, laj@procopio.com
- Samuel A. Khalil skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder skidder@ktbslaw.com
- Marc Kieselstein , carrie.oppenheim@kirkland.com
- Jane Kim jkim@kellerbenvenutti.com
- Bradley C. Knapp , Yamille.Harrison@lockelord.com
- Thomas F. Koegel tkoegel@crowell.com
- Andy S. Kong kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Alan W. Kornberg , akornberg@paulweiss.com
- Bernard Kornberg bjk@severson.com
- David I. Kornbluh dik@millermorton.com, mhr@millermorton.com
- Jeffrey C. Krause jkrause@gibsondunn.com, psantos@gibsondunn.com
- Thomas R. Kreller tkreller@milbank.com, dmuhrez@milbank.com
- Lindsey E. Kress lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Boris Kukso boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Timothy S. Laffredi timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping rich@trodellalapping.com
- Omeed Latifi olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- Michael Lauter mlauter@sheppardmullin.com
- Ori Katz okatz@sheppardmullin.com
- Amy Caton acaton@kramerlevin.com
- Megan Wassan mwasson@kramerlevin.com
- Shadi Farzan sfarzan@sheppardmullon.com
- Francis J. Lawall lawallf@pepperlaw.com, henrys@pepperlaw.com
- Scott Lee scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Edward J. Leen eleen@mkbllp.com
- Matthew A. Lesnick matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch bletsch@braytonlaw.com
- David B. Levant david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin alevin@wcghlaw.com, vcorbin@wcghlaw.com

5

- Marc A. Levinson    Malevinson@orrick.com, BOrozco@orrick.com
- Alexander James Demitro Lewicki    kdiemer@diemerwei.com, alewicki@diemerwei.com
- William S. Lisa    , jcaruso@nixonpeabody.com
- William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb    jon.loeb@bingham.com
- John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano    jane-luciano@comcast.net
- Kerri Lyman    klyman@irell.com, lgauthier@irell.com
- John H. MacConaghy    macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald    iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com
- Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Michael W. Malter    michael@bindermalter.com
- Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr    gemarr59@hotmail.com
- David P. Matthews    jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy    patrick.maxcy@snrdenton.com
- Benjamin P. McCallen    bmccallen@willkie.com
- Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald    , john.murphy@troutman.com
- C. Luckey McDowell    luckey.mcdowell@bakerbotts.com
- Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com
- Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo    peter@pmrklaw.com
- Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com
- Joshua M. Mester    jmester@jonesday.com
- Matthew D. Metzger    belvederelegalecf@gmail.com
- Randy Michelson    randy.michelson@michelsonlawgroup.com
- Joseph G. Minias    jminias@willkie.com
- M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Thomas C. Mitchell    tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
- John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com
- Kevin Montee    kmontee@monteeassociates.com
- David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com
- Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com
- Courtney L. Morgan    morgan.courtney@pbgc.gov
- Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
- Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com
- Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Michael S. Myers    myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias    anahmias@mbnlawyers.com
- David L. Neale    dln@lnbrb.com
- David L. Neale    dln@lnbyb.com
- David Neier    dneier@winston.com

6

- Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com
- Howard S. Nevins    hnevins@hsmlaw.com, lsamosa@hsmlaw.com
- Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov
- Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com
- Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson    matt@macfern.com, ecf@macfern.com
- Steven M. Olson    smo@smolsonlaw.com
- Aram Ordubegian    Ordubegian.Aram@ArentFox.com
- Gabriel Ozel    Gabriel.Ozel@troutman.com, tsinger@houser-law.com
- Margarita Padilla    Margarita.Padilla@doj.ca.gov
- Amy S. Park    amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson    donna@parkinsonphinney.com
- Peter S. Partee    , candonian@huntonak.com
- Paul J. Pascuzzi    ppascuzzi@ffwplaw.com, JNiemann@ffwplaw.com
- Kenneth Pasquale    , mlaskowski@stroock.com
- Charles Scott Penner    penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo    vbantnerpeo@buchalter.com
- Danielle A. Pham    danielle.pham@usdoj.gov
- Thomas R. Phinney    tom@parkinsonphinney.com
- R. Alexander Pilmer    alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston    rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino    epino@epinolaw.com, staff@epinolaw.com
- Gregory Plaskett    GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin    mplevin@crowell.com
- Mark D. Poniatowski    ponlaw@ponlaw.com
- William L. Porter    bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince    cprince@lesnickprince.com
- Douglas B. Provencher    dbp@provlaw.com
- Amy C. Quartarolo    amy.quartarolo@lw.com
- Lary Alan Rappaport    lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins    jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray    hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready    smeyer@farmerandready.com
- Caroline A. Reckler    caroline.reckler@lw.com
- Steven J. Reisman    sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner    jreisner@irell.com
- Jack A. Reitman    , srichmond@lgbfirm.com
- Emily P. Rich    erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Christopher O. Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Daniel Robertson    robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester    lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers    mrogers@lambertrogers.com, jan@lambertrogers.com
- Jorian L. Rose    jrose@bakerlaw.com
- Allan Robert Rosin    arrosin@alr-law.com

7

- Jay M. Ross   jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau   grougeau@brlawsf.com
- Nathan Q. Rugg   nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp   trupp@kellerbenvenutti.com
- Eric E. Sagerman   esagerman@bakerlaw.com, pgedocket@bakerlaw.com
- Jonathan C. Sanders   jsanders@stblaw.com, lsoboleva@stblaw.com
- Nanette D. Sanders   nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas   Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis   sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage   psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio   sas@hogefenton.com
- Daren M Schlecter   daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider   bradley.schneider@mto.com
- Lisa Schweitzer   lschweitzer@cgsh.com
- David B. Shemano   dshemano@pwkllp.com
- James A. Shepherd   jim@elkshep.com, ecf@elkshep.com
- Leonard M. Shulman   lshulman@shbllp.com
- Andrew I. Silfen   andrew.silfen@arentfox.com
- Wayne A. Silver   w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon   csimon@bergerkahn.com, aketcher@bergerkahn.com
- Michael K. Slattery   mslattery@lkfirm.com, rramirez@lkfirm.com
- Dania Slim   dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com
- Jennifer N. Slocum   jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith   asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith   adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol   jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref   rsoref@polsinelli.com
- Bennett L. Spiegel   blspiegel@jonesday.com
- Michael St. James   ecf@stjames-law.com
- Howard J. Steinberg   steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner   harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt   lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel   clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern   dstern@ktbslaw.com
- Rebecca Suarez   rsuarez@crowell.com
- Brad T. Summers   summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan   ktakvoryan@ckrlaw.com
- Kesha Tanabe   kesha@tanabelaw.com
- Elizabeth Lee Thompson   ethompson@stites.com, docketclerk@stites.com
- John C. Thornton   jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Meagan S. Tom   Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward Tredinnick   etredinnick@grmslaw.com
- Matthew Jordan Troy   matthew.troy@usdoj.gov
- Andrew Van Ornum   avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser   shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana   vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta   marta.villacorta@usdoj.gov
- John A. Vos   InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com

| | |
|---|---|
| 1 | • Riley C. Walter    ecf@W2LG.com |
| 2 | • Phillip K. Wang    phillip.wang@rimonlaw.com |
|   | • Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com |
| 3 | • Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com |
|   | • Genevieve G. Weiner    gweiner@gibsondunn.com |
| 4 | • Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com |
|   | • David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com |
| 5 | • Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com |
|   | • Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com |
| 6 | • Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com |
| 7 | • Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com |
| 8 | • David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com |
|   | • Ryan A. Witthans    rwitthans@fhlawllp.com, rwitthans@fhlawllp.com |
| 9 | • Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com |
|   | • Douglas Wolfe    dwolfe@asmcapital.com |
| 10 | • Catherine E. Woltering    cwoltering@bakerlaw.com |
| 11 | • Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov |
|   | • Christopher Kwan Shek Wong    christopher.wong@arentfox.com |
| 12 | • Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com |
|   | • Andrew Yaphe    andrew.yaphe@davispolk.com, lit.paralegals.mp@davispolk.com |
| 13 | • Tacie H. Yoon    tyoon@crowell.com |
|   | • Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com |
| 14 | • Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com |
| 15 | • Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com |
|   | • Stacey C. Quan    squan@steyerlaw. Com |
| 16 | • Laurie R. Hager    lhager@sussmanshank.com |
|   | • Darwin E. Farrar    darwin.farrar@cpuc.ca.gov, EDF@cpuc.ca.gov |
| 17 | • Alisa C. Lacey    alisa.lacey@stinson.com |
| 18 | • Robert T. Kugler    robert.kugler@stinson.com |
|   | • Thomas J. Salerno    thomas.salerno@stinson.com |
| 19 | • Anthony P. Cali    anthony.cali@stinson.com |
|   | • Jonathan D. Marshall    jmarshall@choate.com |
| 20 | • Liam K. Malone    malone@oles.com |

☒ **UNITED STATES MAIL, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

/ / /

/ / /

/ / /

9

| | | |
|---|---|---|
| 1 | Debtors | Weil, Gotshal & Manges LLP |
| 2 | c/o PG&E Corporation and Pacific Gas and Electric Company | Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq. |
| 3 | Attn: Janet Loduca, Esq.<br>PO Box 770000 | 767 Fifth Avenue<br>New York, New York 10153 |
| 4 | 77 Beale Street,<br>San Francisco, CA 94105 | |
| 5 | | |
| 6 | Keller & Benvenutti LLP<br>Attn: Tobias Keller, Esq. and Jane Kim, Esq. | Stroock & Stroock & Lavan LLP<br>Attn: Kristopher M. Hansen, Esq., Erez E. |
| 7 | 650 California Street, Suite 1900<br>San Francisco, CA 94108 | Gilad, Esq., & Matthew G. Garofalo, Esq.<br>180 Maiden Lane |
| 8 | *Served via CM/ECF Only* | New York, NY 10038-4982 |
| 9 | Stroock & Stroock & Lavan LLP | Davis Polk & Wardwell LLP |
| 10 | Attn: Frank A. Merola, Esq<br>2029 Century Park East | Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq. |
| 11 | Los Angeles, CA 90067-3086<br>*Served via CM/ECF Only* | 450 Lexington Avenue<br>New York, NY 10017 |
| 12 | | |
| 13 | Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Alan W. Kornberg, Esq., Brian S. | Office of the United States Trustee for Region 17 |
| 14 | Hermann, Esq., Walter R. Rieman, Esq.,<br>Sean A. Mitchell, Esq., and Neal P. | Attn: James L. Snyder, Esq.<br>and Timothy Laffredi, Esq. |
| 15 | Donnelly, Esq.<br>1285 Avenue of the Americas | 450 Golden Gate Avenue, 5th Floor,<br>Suite #05-0153 |
| 16 | New York, NY 10019-6064 | San Francisco, CA 94102 |
| 17 | U.S. Nuclear Regulatory Commission<br>Attn: General Counsel | U.S. Department of Justice<br>Attn: Danielle A. Pham, Esq. |
| 18 | Washington, DC 20555-0001 | 1100 L Street, NW, Room 7106,<br>Washington DC 20005 |
| 19 | | *Served via CM/ECF Only* |
| 20 | Milbank LLP | Milbank LLP |
| 21 | Attn: Dennis F. Dunne, Esq. and Sam A. Khalil, Esq. | Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq. |
| 22 | 55 Hudson Yards<br>New York, NY 10001-2163 | 2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |
| 23 | *Served via CM/ECF Only* | |
| 24 | Baker & Hostetler LLP | STEPHEN MOELLER-SALLY |
| 25 | Attn: Eric Sagerman, Esq. and Cecily Dumas, Esq. | MATTHEW L. McGINNIS<br>ROPES & GRAY LLP |
| 26 | 11601 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90025-0509 | 800 Boylston Street<br>Boston, MA 02199-3600 |
| 27 | *Pro Hac Vice*<br>*Served via CM/ECF Only* | *Request for Special Notice* |
| 28 | | |

10

| | | |
|---|---|---|
| 1 | GREGG M. GALARDI | Leonard P. Goldberger, Esq. |
| 2 | KEITH H. WOFFORD/DANIEL G. EGAN<br>ROPES & GRAY LLP | STEVENS & LEE, P.C.<br>620 Freedom Business Center, Suite 200 |
| 3 | 1211 Avenue of the Americas<br>New York, NY 10036-8704 | King of Prussia, PA 19406<br>*Request for Special Notice* |
| 4 | *Request for Special Notice* | |
| 5 | Constantine D. Pourakis, Esq. | Central Valley Associate, L.P. |
| 6 | STEVENS & LEE, P.C.<br>485 Madison Avenue, 20th Floor | c/o Ronald K. Brown Jr.<br>Law Offices of Ronald K. Brown, Jr. |
| 7 | New York, NY 10022<br>*Request for Special Notice* | 901 Dove Street, Suite 120<br>Newport Beach, CA 92660 |
| 8 | | *Request for Special Notice* |
| 9 | Peter Friedman | Matthew L. Hinker |
| 10 | O'MELVENY & MYERS LLP<br>1625 Eye Street, NW | Nancy A. Mitchell<br>Matthew L. Hinker |
| 11 | Washington, DC 20006<br>*Pro Hac Vice* | O'MELVENY & MYERS LLP<br>7 Times Square |
| 12 | | New York, New York 10036 |
| 13 | TOGUT, SEGAL & SEGAL LLP<br>Albert Togut | SUSSMAN SHANK LLP<br>Laurie R. Hager |
| 14 | Kyle J. Ortiz<br>Amy M. Oden | Howard M. Levine<br>1000 SW Broadway, Suite 1400 |
| 15 | Amanda C. Glaubach<br>One Penn Plaza, Suite 3335 | *Request for Special Notice CM/ECF Only* |
| 16 | New York, NY 10119<br>*Pro Hac Vice* | |
| 17 | | |
| 18 | Public Advocates Office California<br>Public Utilities Commission | Stinson LLP<br>Alisa C. Lacey |
| 19 | Darwin E. Farrar (SBN 152735) | Robert T. Kugler<br>Thomas J. Salerno |
| 20 | 505 Van Ness Avenue San Francisco,<br>California 94102 | Anthony P. Cali |
| 21 | *Request for Special Notice* | 1850 N. Central Ave., #2100 Phoenix, AZ<br>85004 |
| 22 | | *Request for Special Notice* |
| 23 | CHOATE, HALL & STEWART LLP | BAKER & HOSTETLER LLP |
| 24 | Jonathan D. Marshall, Esq<br>Two International Place | Lars H. Fuller, Esq.<br>1801 California Street, Suite 4400 |
| 25 | Boston Massachusetts 02110<br>*Pro Hac Vice* | Denver, CO 80202-2662<br>*Pro Hac Vice* |
| 26 | | |
| 27 | | |
| 28 | | |

11

| | | |
|---|---|---|
| GROOM LAW GROUP<br>Katherine B. Cohn, Esq.<br>David N. Levine, Esq.<br>1701 Pennsylvania Ave. NW<br>Washington, D.C. 20006<br>***Pro Hac Vice*** | | MILBANK, LLP<br>Alan J. Stone, Esq.<br>55 Hudson Yards<br>New York, NY 10001-2163<br>***Pro Hac Vice*** |
| Eric Seiler<br>FRIEDMAN KAPLAN SEILER &<br>ADELMAN LLP<br>7 Times Square<br>New York, NY 10036-6516<br>***Pro Hac Vice*** | | Isaac M. Pachulski<br>Debra I. Grassgreen<br>Gabriel I. Glazer<br>PACHULSKI STANG ZIEHL & JONES LLP<br>150 California Street, 15th Floor San Francisco, CA 94111<br>***Pro Hac Vice*** |

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on March 8, 2020, at San Diego, California.

*/s/ Serena Webster*
Serena Webster