# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: PG& E Corporation<br>         and<br>Pacific Gas and Electric Company | Bankruptcy Case No. 19-30088-DM<br>Chapter 11 |

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served a copy of the foregoing document(s):

**Notice of Appeal and Statement of Election- by Interested Party Securities Lead Plaintiff and the Proposed Class - Dkt #6135**

**Order (I) Denying Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim and (II) Extending Bar Date for Certain Holders of Securities Claims for Rescission or Damages**

**Memorandum Decision Regarding Motion to Apply Rule 7023**

That I, in the performance of my duties as such Clerk, served a copy of the foregoing document(s) by depositing in the regular United States mail on the date shown below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court addressed as listed below:

**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

LABATON SUCHAROW LLP          for **Lead Plaintiff and the Proposed Class**
Thomas A. Dubbs
Louis Gottlieb
Carol C. Villegas

Jeffrey A. Dubbin
140 Broadway
New York, NY 10005
**-and-**
LOWENSTEIN SANDLER LLP
Michael S. Etkin
Andrew Behlmann
One Lowenstein Dr.
Roseland, NJ 07068
**-and-**
MICHELSON LAW GROUP
Randy Michelson
220 Montgomery St., #2100
San Francisco, CA 94104


| KELLER BENVENUTTI KIM, LLP | for **PG& E Corporation and** |
|---|---|
| Tobias S. Keller | **Pacific Gas & Electric Company** |

Jane Kim
650 California St., #1900
San Francisco, CA 94108
**-and-**
WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin
Ray C. Schrock, P.C.
Jessica Liou
Matthew Goren
767 Fifth Ave.
New York, NY 10153-0119


| BAKER & HOSTETLER LLP | for **Official Committee of Tort Claimants** |
|---|---|

Robert A. Julian
Cecily A. Dumas
1160 Battery St., #100
San Francisco, CA 94111
**-and-**
BAKER & HOSTETLER LLP
Eric E. Sagerman
David J. Richardson
Lauren T. Attard
11601 Wilshire Blvd., #1400
Los Angeles, CA 90025-0509


            DaWana L. Chambers
Date: March 9, 2020           Deputy Clerk