| | | |
|---|---|---|
| | | *Payment of Compensation and Reimbursement of Expenses for the period of January 1, 2020 through January 31, 2020, Notice of Filing of Amended First Interim Fee Application of Simpson Thacher & Bartlett LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the period of January 29, 2019 through April 30, 2019, Monthly Operating Report (Filing Period Ending January 31, 2020)* Filed by Other Prof. Prime Clerk LLC (related document(s)5956 Statement, 5957 Statement, 5958 Statement, 5959 Statement, 5966 Operating Report, 5971 Notice, 5978 Notice, 5979 Notice). (Baer, Herb) (Entered: 03/05/2020) |
| 03/05/2020 | 6093 (3 pgs) | Certificate of Service *Proof of Service* (RE: related document(s)6053 Objection). Filed by Creditor McKinsey & Company, Inc. U.S. (Weiner, Genevieve) (Entered: 03/05/2020) |
| 03/05/2020 | 6094 (40 pgs) | Certificate of Service (RE: related document(s)5998 Opposition Brief/Memorandum). Filed by Creditor Outback Contractors, Inc. (Parkinson, Donna) (Entered: 03/05/2020) |
| 03/05/2020 | 6095 (2 pgs) | Certificate of Service (RE: related document(s)6063 Substitution of Attorney). Filed by Interested Party Black & Veatch Construction, Inc. (Sanders, Natalie) (Entered: 03/05/2020) |
| 03/05/2020 | 6096 (4 pgs) | Courts Certificate of Mailing. Number of notices mailed: 24 (RE: related document(s)5226 Memorandum Decision, 5669 Interlocutory Order Regarding Postpetition Interest, 6059 Notice of Appeal and Statement of Election). (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6097 (25 pgs; 3 docs) | Notice of Appeal to District Court *and Statement of Election*, Fee Amount $ 298. (RE: related document(s)5226 Memorandum Decision, 5669 Order). Appellant Designation due by 03/19/2020. Transmission to District Court due by 04/6/2020. (Attachments: # 1 Exhibit A # 2 Exhibit B) Filed by Creditor Committee Official Committee Of Unsecured Creditors (Bray, Gregory) (Entered: 03/05/2020) |
| 03/05/2020 | 6098 (2 pgs) | First Amended Certificate of Service (RE: related document(s)6063 Substitution of Attorney, 6095 Certificate of Service). Filed by Interested Party Black & Veatch Construction, Inc. (Sanders, Natalie) (Entered: 03/05/2020) |
| 03/05/2020 | | Receipt of filing fee for Notice of Appeal(19-30088) [appeal,ntcapl] ( 298.00). Receipt number 30346749, amount $ 298.00 (re: Doc# 6097 Notice of Appeal) (U.S. Treasury) (Entered: 03/05/2020) |
| 03/05/2020 | 6099 (624 pgs; 26 docs) | Transmission of Notice of Appeal to District Court (RE: related document(s)5226 Memorandum Decision, 5669 Interlocutory Order Regarding Postpetition Interest , 6096 Court Certificate of Mailing, (Attachments: # 1 Notice of Appeal and Statement of Election # 2 Court Certificate of Mailing # 3 Interlocutory Order Regarding Post Petition Interest # 4 Memorandum Decision # 5 Cross-Motion for Leave to Appeal # 6 Notice Re Motion for Leave to Appeal # 7 Court Docket Report - Part 1 # 8 Court Docket Report - Part 2 # 9 Court Docket Report - Part 3 # 10 Court Docket Report - Part 4 # 11 Court Docket Report - Part 5 # 12 Court Docket Report - Part 6 # 13 Court Docket Report - Part 7 # 14 Court Docket Report - Part 8 # 15 Court Docket Report - Part 9 # 16 Court Docket Report - Part 10 # 17 Court Docket Report - Part 11 # 18 Court Docket Report - Part 12 # 19 Court Docket Report - Part 13 # 20 Court Docket Report - Part 14 # 21 Court Docket Report - Part 15 # 22 Court Docket Report - Part 16 # 23 Court Docket Report - Part 17 # 24 Court Docket Report - Part 18 # 25 Court Docket Report - Part 19) (dc). Related document(s) 6059 Notice of Appeal and Statement of Election filed by Creditor Mizuho Bank, Ltd.. (Entered: 03/05/2020) |
| 03/05/2020 | 6100 (2 pgs) | Notice Regarding *Cross-Motion of the Official Committee of Unsecured Creditors for Leave to Appeal Order Regarding Postpetition Interest* Filed by Creditor Committee Official Committee Of Unsecured Creditors (Bray, Gregory). Related document(s) 6101 Motion for Leave to Appeal *Cross-Motion of the Official Committee of Unsecured Creditors for Leave to Appeal Order Regarding Postpetition Interest* filed by Creditor Committee Official Committee Of Unsecured Creditors. Modified on 3/6/2020 (dc). (Entered: 03/05/2020) |
| 03/05/2020 | 6101 (24 pgs; 3 docs) | Motion for Leave to Appeal *Cross-Motion of the Official Committee of Unsecured Creditors for Leave to Appeal Order Regarding Postpetition Interest* Filed by Creditor Committee Official Committee Of Unsecured Creditors. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Bray, Gregory) (Entered: 03/05/2020) |
| 03/05/2020 | 6102 (62 pgs) | Statement of */ Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 1, 2019 Through December 31, 2019* (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Creditor Committee Official Committee Of Unsecured Creditors (Kreller, Thomas) (Entered: 03/05/2020) |
| 03/05/2020 | 6103 (27 pgs) | Notice of Appeal and Statement of Election */Protective Notice of Appeal and Statement of Election by the Ad Hoc Committee of Senior Unsecured Noteholders Concerning Interlocutory Order Regarding Postpetition Interest*, Fee Amount $ 298. (RE: related document(s)5226 Memorandum Decision, 5669 Order). Appellant Designation due by 03/19/2020. Transmission to District Court due by 04/6/2020. Filed by Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (Crawford, Ashley) (Entered: 03/05/2020) |

| | | |
|---|---|---|
| 03/05/2020 | 6104 (57 pgs) | Statement of / *Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period January 1, 2020 Through January 31, 2020* (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Creditor Committee Official Committee Of Unsecured Creditors (Kreller, Thomas) (Entered: 03/05/2020) |
| 03/05/2020 | | Receipt of filing fee for Notice of Appeal and Statement of Election(19-30088) [appeal,ntcapel] ( 298.00). Receipt number 30347687, amount $ 298.00 (re: Doc# 6103 Notice of Appeal and Statement of Election) (U.S. Treasury) (Entered: 03/05/2020) |
| 03/05/2020 | 6105 (2 pgs) | Notice of Appearance and Request for Notice. Filed by Creditor Laurie A. Deuschel (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6106 (6 pgs) | Motion for Relief from Stay, Fee Amount $181.00, has not been paid. Filed by Creditor Laurie A. Deuschel (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6107 (2 pgs) | Notice of Hearing (RE: related document(s)6106 Motion for Relief from Stay, Fee Amount $181.00,has not been paid. Filed by Creditor Laurie A. Deuschel (dc)). **Hearing scheduled for 4/29/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** Filed by Creditor Laurie A. Deuschel (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6108 (3 pgs) | Stipulation to Extend Time *for the California State Agencies to File Motion Pursuant to Fed. R. Bankr. P. 3018(a) and Amending Amended Order Establishing Schedule for Disclosure Statement Approval and Plan Confirmation* Filed by Debtor PG&E Corporation (RE: related document(s)5732 Amended Order). (Levinson Silveira, Dara) (Entered: 03/05/2020) |
| 03/05/2020 | 6109 (1 pg) | Relief From Stay Cover Sheet. (RE: related document(s)6106 Motion for Relief From Stay). Filed by Creditor Laurie A. Deuschel (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6110 (30 pgs) | Declaration of Laurie A. Deuschel and Request To Take Judicial Notice in Support (RE: related document(s)6106 Motion for Relief From Stay). Filed by Creditor Laurie A. Deuschel (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6111 (4 pgs) | Certificate of Service (RE: related document(s)6105 Notice of Appearance and Request for Notice, 6106 Motion for Relief From Stay, 6107 Notice of Hearing, 6109 Relief From Stay Cover Sheet, 6110 Declaration, Request To Take Judicial Notice). Filed by Creditor Laurie A. Deuschel (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6112 (2 pgs) | Order Granting Stipulation Between the Debtors and the Federal Agencies Extending Time to File Motion Pursuant to Fed. R. Bankr. P. 3018(a) and Amending Amended Order Establishing Schedule for Disclosure Statement Approval and Plan Confirmation (RE: related document(s)6026 Stipulation for Miscellaneous Relief filed by Debtor PG&E Corporation). (lp) (Entered: 03/05/2020) |
| 03/05/2020 | 6113 (6 pgs) | Response to Amended Notice of Hearing on Approval (A) Proposed Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of reorganization (B) Plan Solicitation and Voting Procedures (C) Forms of Ballots, Solicitation Packages and Related Notices and (D) Other Related Relief. (RE: related document(s)5590 Amended Chapter 11 Plan, 5732 Amended Order, 5733 Amended Notice of Hearing). Filed by Creditor Ginn M. Doose (dc) (Entered: 03/05/2020) |
| 03/05/2020 | 6114 (1 pg) | Order Granting Application for Admission of Attorney Pro Hac Vice [Benjamin Mintz] (Related Doc # 6068). (lp) (Entered: 03/05/2020) |
| 03/05/2020 | 6115 (1 pg) | Order Granting Application for Admission of Attorney Pro Hac Vice [Gerardo Mijares-Shafai] (Related Doc # 6069). (lp) (Entered: 03/05/2020) |
| 03/05/2020 | 6116 (4 pgs) | Certificate of Service *of Andrew G. Vignali Regarding Order (I) Authorizing the Debtors and TCC to Enter into Restructuring Support Agreement with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, and (II) Granting Related Relief, Order Denying Motion of William B. Abrams for reconsideration of the Order (I) Authorizing the Debtors and TCC to Enter into Restructuring Support Agreement with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, and (II) Granting Related Relief, and Notice of Appeal and Statement of Election to Have Appeal Heard by District Court* Filed by Other Prof. Prime Clerk LLC (related document(s)5174 Order on Motion to Approve Document, 5766 Order on Motion to Reconsider, 5947 Notice of Appeal and Statement of Election). (Baer, Herb) (Entered: 03/05/2020) |
| 03/05/2020 | 6117 (4 pgs) | Order Approving Stipulation and Agreement for Order Between Debtors and Dan Clarke for Relief from the Automatic Stay (RE: related document(s)5768 Motion for Relief From Stay filed by Creditor Dan Clarke, 5771 Motion for Relief From Stay filed by Creditor Dan Clarke, 6070 Stipulation for Relief From Stay filed by Debtor PG&E Corporation). (lp) (Entered: 03/05/2020) |

| 03/05/2020 | ● | Hearing Dropped. The hearing on 3/10/20 regarding Supplemental Motion for Relief from Stay Filed by Dan Clarke is dropped from the calendar per the order, dkt #6117. (related document(s): 5768 Motion for Relief From Stay filed by Dan Clarke) (lp) (Entered: 03/05/2020) |
|---|---|---|
| 03/05/2020 | ● | Hearing Dropped. The hearing on 3/10/20 regarding Motion for Relief from Stay Filed by Dan Clarke is dropped from the calendar per order, dkt #6117. (related document(s): 5771 Motion for Relief From Stay filed by Dan Clarke) (lp) (Entered: 03/05/2020) |
| 03/05/2020 | ●6118 (4 pgs) | Statement of the Official Committee of Unsecured Creditors regarding the Official Committee of Tort Claimants' Motion to Establish Procedures for Discovery Preceding Plan Confirmation (RE: related document(s)5840 Motion Miscellaneous Relief). Filed by Creditor Committee Official Committee Of Unsecured Creditors (Bray, Gregory) (Entered: 03/05/2020) |
| 03/05/2020 | ●6119 (3 pgs) | Notice Regarding *Cross-Motion of Administrative Agent for Leave to Appeal Order Regarding Postpetition Interest* Filed by Creditor Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility (Yaphe, Andrew). Related document(s) 6120 Motion for Leave to Appeal *Cross-Motion of Administrative Agent for Leave to Appeal Order Regarding Postpetition Interest* filed by Creditor Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility. Modified on 3/6/2020 (dc). (Entered: 03/05/2020) |
| 03/05/2020 | ●6120 (25 pgs; 3 docs) | Motion for Leave to Appeal *Cross-Motion of Administrative Agent for Leave to Appeal Order Regarding Postpetition Interest* Filed by Creditor Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility (Attachments: # 1 Exhibit A # 2 Exhibit B) (Yaphe, Andrew) (Entered: 03/05/2020) |
| 03/05/2020 | ●6121 (29 pgs) | Notice of Appeal and Statement of Election *to have Appeal Heard by District Court*, Fee Amount $ 298. (RE: related document(s)5226 Memorandum Decision, 5669 Order). Appellant Designation due by 03/19/2020. Transmission to District Court due by 04/6/2020. Filed by Creditor Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility (Yaphe, Andrew) (Entered: 03/05/2020) |
| 03/05/2020 | | Receipt of filing fee for Notice of Appeal and Statement of Election(19-30088) [appeal,ntcaplel] ( 298.00). Receipt number 30348984, amount $ 298.00 (re: Doc# 6121 Notice of Appeal and Statement of Election) (U.S. Treasury) (Entered: 03/05/2020) |
| 03/05/2020 | ●6122 (28 pgs) | Notice of Appeal and Statement of Election -- *BOKF's Notice of Appeal and Election to Have Appeal Heard by District Court Concerning Order Regarding Postpetition Interest*, Fee Amount $ 298. (RE: related document(s)5226 Memorandum Decision, 5669 Order). Appellant Designation due by 03/19/2020. Transmission to District Court due by 04/6/2020. Filed by Interested Party BOKF, NA (Ordubegian, Aram) (Entered: 03/05/2020) |
| 03/05/2020 | | Receipt of filing fee for Notice of Appeal and Statement of Election(19-30088) [appeal,ntcaplel] ( 298.00). Receipt number 30349330, amount $ 298.00 (re: Doc# 6122 Notice of Appeal and Statement of Election) (U.S. Treasury) (Entered: 03/05/2020) |
| 03/05/2020 | ●6123 (3 pgs) | Notice Regarding *Cross-Motion of BOKF for Leave to Appeal Order Regarding Postpetition Interest* Filed by Interested Party BOKF, NA (Ordubegian, Aram). Related document(s) 6124 Motion for Leave to Appeal -- *BOKF's Cross-Motion for Leave to Appeal Order Regarding Postpetition Interest* filed by Interested Party BOKF, NA. Modified on 3/6/2020 (dc). (Entered: 03/05/2020) |
| 03/05/2020 | ●6124 (25 pgs) | Motion for Leave to Appeal -- *BOKF's Cross-Motion for Leave to Appeal Order Regarding Postpetition Interest* Filed by Interested Party BOKF, NA (Ordubegian, Aram) (Entered: 03/05/2020) |
| 03/05/2020 | ●6125 (6 pgs) | Notice Regarding *Certificate of No Objection Regarding Tenth Monthly Fee Statement of Cravath, Swaine & Moore LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of November 1, 2019 Through November 30, 2019* (RE: related document(s)5742 Tenth Monthly Fee Statement of Cravath, Swaine & Moore LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of November 1, 2019 Through November 30, 2019 (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A Compensation by Professional # 2 Exhibit B Compensation by Task Code # 3 Exhibit C Expense Summary # 4 Exhibit D Detailed Time Entries # 5 Exhibit E Detailed Expense Entries) (Levinson Silveira, Dara) Modified on 2/13/2020 (dc).). Filed by Debtor PG&E Corporation (Levinson Silveira, Dara) (Entered: 03/05/2020) |
| 03/05/2020 | ● | **DOCKET TEXT ORDER** (no separate order issued:) The court has reviewed the Motion filed by the TCC To Establish Procedures For Discovery Preceding Plan Confirmation (5840) and the Objections filed by the Debtors (5995), the OCUC (6118) and several other respondents. The obvious conflict with the clear mandate of FRBP 9031, the prematurity of the process (before the Effective Date of a Plan), and the questionable cost-shifting from the Trust to the Debtors all appear fatal to the proposal, before even considering more specific objections by others. The court intends to issue an Order Denying the Motion and an order granting the related Motion to Quash filed by Black & Veatch (5896), dropping both from the March 10, 2020, 10:00 AM calendar unless, before Noon on March 9, 2020, counsel for the TCC files |

| | | |
|---|---|---|
| | | a brief statement setting forth good-faith reasons why its Motion should be granted and the Motion to Quash should be denied. (RE: related document(s)5840 Motion Miscellaneous Relief filed by Creditor Committee Official Committee of Tort Claimants, 5896 Motion to Quash filed by Interested Party Black & Veatch Construction, Inc.). (Montali, Dennis) (Entered: 03/05/2020) |
| 03/05/2020 | 6126 (8 pgs) | Statement of Trade Committee's Statement of Issues, Designation of Items to Be Included in the Record, and Certification Regarding Transcripts (RE: related document(s)5844 Notice of Appeal and Statement of Election). Filed by Creditor Ad Hoc Committee of Holders of Trade Claims (Neumeister, Michael) (Entered: 03/05/2020) |
| 03/05/2020 | 6137 (2 pgs) | Order Granting Stipulation Between the Debtors and the California State Agencies Extending Time to File Motion Pursuant to Fed. R. Bankr. P. 3018(a) and Amending Amended Order Establishing Schedule for Disclosure Statement Approval and Plan Confirmation (RE: related document(s)6108 Stipulation to Extend Time filed by Debtor PG&E Corporation). (lp) (Entered: 03/06/2020) |
| 03/05/2020 | 6191 (2 pgs) | Acknowledgment of Receipt by District Court of Notice of Appeal to District Court. Case Number: 20-cv-01621-HSG (RE: related document(s)6059 Notice of Appeal and Statement of Election, filed by Mizuho Bank LTD). (dc) (Entered: 03/09/2020) |
| 03/06/2020 | 6128 (4 pgs) | Notice Regarding *Certificate of No Objection Regarding Third Monthly Fee Statement of Morrison & Foerster LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from September 1, 2019 Through September 30, 2019* (RE: related document(s)5605 Statement of Morrison & Foerster LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from September 1, 2019 Through September 30, 2019 (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A Compensation by Professional # 2 Exhibit B Compensation by Task Code # 3 Exhibit C Expense Summary # 4 Exhibit D Detailed Time Entries # 5 Exhibit E Detailed Expense Entries) (Levinson Silveira, Dara)). Filed by Debtor PG&E Corporation (Levinson Silveira, Dara) (Entered: 03/06/2020) |
| 03/06/2020 | 6129 (6 pgs) | Certificate of Service *of Dagmara Krasa-Berstell* (RE: related document(s)6103 Notice of Appeal and Statement of Election). Filed by Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (Crawford, Ashley) (Entered: 03/06/2020) |
| 03/06/2020 | 6130 (4 pgs) | Courts Certificate of Mailing. Number of notices mailed: 21 (RE: related document(s)5226 Memorandum Decision, 5669Interlocutory Order Regarding Postpetition Interest, 6097 Notice of Appeal). (dc) (Entered: 03/06/2020) |
| 03/06/2020 | 6131 (3 pgs) | Certificate of Service *(Tenth Monthly Fee Statement of Lincoln Partners Advisors LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 1, 2019 through December 31, 2019)* (RE: related document(s)6062 Statement). Filed by Creditor Committee Official Committee of Tort Claimants (Dumas, Cecily) (Entered: 03/06/2020) |
| 03/06/2020 | 6132 (623 pgs; 26 docs) | Transmission of Notice of Appeal to District Court (RE: related document(s)5226 Memorandum Decision, 5669 Interlocutory Order Regarding Postpetition Interest, 6097 Notice of Appeal). (Attachments: # 1 Notice of Appeal and Statement of Election # 2 Court Certificate of Mailing # 3 Interlocutory Order Regarding Post Petition Interest # 4 Memorandum Decision # 5 Cross-Motion for Leave to Appeal # 6 Notice Re Motion for Leave to Appeal # 7 Court Docket Report - Part 1 # 8 Court Docket Report - Part 2 # 9 Court Docket Report - Part 3 # 10 Court Docket Report - Part 4 # 11 Court Docket Report - Part 5 # 12 Court Docket Report - Part 6 # 13 Court Docket Report - Part 7 # 14 Court Docket Report - Part 8 # 15 Court Docket Report - Part 9 # 16 Court Docket Report - Part 10 # 17 Court Docket Report - Part 11 # 18 Court Docket Report - Part 12 # 19 Court Docket Report - Part 13 # 20 Court Docket Report - Part 14 # 21 Court Docket Report - Part 15 # 22 Court Docket Report - Part 16 # 23 Court Docket Report - Part 17 # 24 Court Docket Report - Part 18 # 25 Court Docket Report - Part 19) (dc) (Entered: 03/06/2020) |
| 03/06/2020 | 6133 (6 pgs) | Certificate of Service (RE: related document(s)6126 Statement). Filed by Creditor Ad Hoc Committee of Holders of Trade Claims (Neumeister, Michael) (Entered: 03/06/2020) |
| 03/06/2020 | | **DOCKET TEXT ORDER** (no separate order issued:) Granted The court has reviewed the TCCs Applications to Employ Hon. John Trotter (Dkt. 5726) and Cathy Yanni (Dkt. 5723). The applications are in order, have not been objected to, and the debtors have consented to relief. Consequently, the applications are APPROVED. They are DROPPED from the March 10, 2020 10:00 AM calendar. TCC counsel should upload the appropriate orders. (RE: related document(s)5723 Application to Employ filed by Creditor Committee Official Committee of Tort Claimants, 5726 Application to Employ filed by Creditor Committee Official Committee of Tort Claimants). (Montali, Dennis) (Entered: 03/06/2020) |
| 03/06/2020 | | **DOCKET TEXT ORDER** (no separate order issued:) Granted The court has reviewed the Application re McKinsey & Company, Inc. United States (3919) and related submissions, along with the Conditional Consent of the TCC (5308). There are no pending objections and the court is satisfied with the disclosures and the desire of McKinsey for the requested order. The Application will be GRANTED and |

Case: 19-30088    Doc# 6196-23    Filed: 03/09/20    Entered: 03/09/20 08:48:29    Page 4 of 10

| | | |
|---|---|---|
| | | dropped from the March 10, 2020, 10:00 AM calendar. The proposed order (3919-1) should be modified to reflect specifically the reservations of the TCC in Para. 3 of its Conditional Consent. Counsel for McKinsey and for the TCC should both indicate their consent to the order counsel for Debtors will upload and present. (RE: related document(s)3919 Application to Employ filed by Debtor PG&E Corporation). (Montali, Dennis) (Entered: 03/06/2020) |
| 03/06/2020 | 6134 (5 pgs) | Courts Certificate of Mailing. Number of notices mailed: 24 (RE: related document(s)5226 Memorandum Decision, 5669 Interlocutory Order Regarding Postpetition Interest, 6103 Notice of Appeal and Statement of Election). (dc) (Entered: 03/06/2020) |
| 03/06/2020 | 6135 (41 pgs; 3 docs) | Notice of Appeal and Statement of Election *To Have Appeal Heard By District Court*, Fee Amount $ 298. (RE: related document(s)5887 Memorandum Decision, 5943 Order on Motion for Miscellaneous Relief). Appellant Designation due by 03/20/2020. Transmission to District Court due by 04/6/2020. (Attachments: # 1 Exhibit A - Rule 7023 Order # 2 Exhibit B - Rule 7023 Memorandum) Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Michelson, Randy) (Entered: 03/06/2020) |
| 03/06/2020 | | Receipt of filing fee for Notice of Appeal and Statement of Election(19-30088) [appeal,ntcaplel] ( 298.00). Receipt number 30350835, amount $ 298.00 (re: Doc# 6135 Notice of Appeal and Statement of Election) (U.S. Treasury) (Entered: 03/06/2020) |
| 03/06/2020 | 6136 (596 pgs; 24 docs) | Transmission of Notice of Appeal to District Court (RE: related document(s)5226 Memorandum Decision, 5669 Interlocutory Order Regarding Postpetition Interest, 6103 Notice of Appeal and Statement of Election, 6134 Court Certificate of Mailing). (Attachments: # 1 Court Certificate of Mailing # 2 Interlocutory Order # 3 Memorandum Decision # 4 Notice of Appeal and Statement of Election # 5 Court Docket Sheet- Part 1 # 6 Court Docket Sheet- Part 2 # 7 Court Docket Report - Part 3 # 8 Court Docket Report - Part 4 # 9 Court Docket Report - Part 5 # 10 Court Docket Sheet- Part 6 # 11 Court Docket Sheet- Part 7 # 12 Court Docket Report - Part 8 # 13 Court Docket Report - Part 9 # 14 Court Docket Sheet- Part 10 # 15 Court Docket Sheet- Part 11 # 16 Court Docket Sheet- Part 12 # 17 Court Docket Report - Part 13 # 18 Court Docket Sheet- Part 14 # 19 Court Docket Report - Part 15 # 20 Court Docket Report - Part 16 # 21 Court Docket Report - Part 17 # 22 Court Docket Report - Part 18 # 23 Court Docket Report - Part 19) (dc) (Entered: 03/06/2020) |
| 03/06/2020 | 6138 (2 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Athens Administrators tpa New Hampshire Insurance (Claim No. 55871, Amount $4,677,179.02) To SSW Credit, LLC. Fee Amount $25 Filed by Creditor SSW Credit, LLC. (Esterkin, Richard) (Entered: 03/06/2020) |
| 03/06/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30350999, amount $ 25.00 (re: Doc# 6138 Transfer of Claim) (U.S. Treasury) (Entered: 03/06/2020) |
| 03/06/2020 | 6139 (2 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Athens Administrators tpa New Hampshire Insurance (Claim No. 92165, Amount $4,362,744.51) To SSW Credit, LLC. Fee Amount $25 Filed by Creditor SSW Credit, LLC. (Esterkin, Richard) (Entered: 03/06/2020) |
| 03/06/2020 | 6140 (20 pgs) | Certificate of Service *of Brian Li Regarding Second Amended Exit Financing Motion, Ziman Declaration, and Notice of Hearing* Filed by Other Prof. Prime Clerk LLC (related document(s)6013 Amended Application/Motion, 6014 Declaration, 6016 Notice of Hearing). (Baer, Herb) (Entered: 03/06/2020) |
| 03/06/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30351056, amount $ 25.00 (re: Doc# 6139 Transfer of Claim) (U.S. Treasury) (Entered: 03/06/2020) |
| 03/06/2020 | 6141 (5 pgs) | Courts Certificate of Mailing. Number of notices mailed: 24 (RE: related document(s)5226 Memorandum Decision, 5669 Interlocutory Order Regarding Postpetition Interest, 6121 Notice of Appeal and Statement of Election). (dc) (Entered: 03/06/2020) |
| 03/06/2020 | 6142 (4 pgs) | Stipulation to Extend Time *for the California Public Utilities Commission to File Motion Pursuant to Fed. R. Bankr. P. 3018(a) and Amending Amended Order Establishing Schedule for Disclosure Statement Approval and Plan Confirmation* Filed by Debtor PG&E Corporation (RE: related document(s)5732 Amended Order). (Levinson Silveira, Dara) (Entered: 03/06/2020) |
| 03/06/2020 | 6143 (3 pgs) | Notice of Continued Hearing *on Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. section 503(b)(9), Solely With Respect to Claims of Shiloh IV Lessee, LLC and Marsh Landing, LLC* (RE: related document(s)2896 Motion to Disallow Claims *Debtors First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. section 503(b)(9)* Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Proposed 503(b)(9) Claims Treatment # 2 Exhibit B - Proposed Order)). **Hearing scheduled for 3/25/2020 at 10:00 AM San Francisco Courtroom 17 - Montali for 2896,**. Filed by Debtor PG&E Corporation (Levinson Silveira, Dara) (Entered: 03/06/2020) |
| 03/06/2020 | 6144 | Objection *Securities Lead Plaintiff's Objectoin To (I) Soliciation Procedures Motion and (II) Disclosure* |

Case: 19-30088    Doc# 6196-23    Filed: 03/09/20    Entered: 03/09/20 08:48:29    Page 5 of 10

545 of 550                                                                                                                           3/9/2020, 8:30 AM

| | | |
|---|---|---|
| | (12 pgs) | *Statement For Debtors' And Shareholder Proponents' Joint Chapter 11 Plan Of Reorganization* (RE: related document(s)5700 Disclosure Statement, 5835 Motion Miscellaneous Relief). Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Michelson, Randy) (Entered: 03/06/2020) |
| 03/06/2020 | 6145 (627 pgs; 26 docs) | Transmission of Notice of Appeal to District Court (RE: related document(s)5226 Memorandum Decision, 5669 Interlocutory Order Regarding Postpetition Interest, 6121 Notice of Appeal and Statement of Election, 6141 Court Certificate of Mailing). (Attachments: # 1 Notice of Appeal and Statement of Election # 2 Court Certificate of Mailing # 3 Interlocutory Order Regarding Post Petition Interest # 4 Memorandum Decision # 5 Cross-Motion for Leave to Appeal # 6 Notice Re Motion for Leave to Appeal # 7 Court Docket Report - Part 1 # 8 Court Docket Report - Part 2 # 9 Court Docket Report - Part 3 # 10 Court Docket Report - Part 4 # 11 Court Docket Report - Part 5 # 12 Court Docket Report - Part 6 # 13 Court Docket Report - Part 7 # 14 Court Docket Report - Part 8 # 15 Court Docket Report - Part 9 # 16 Court Docket Report - Part 10 # 17 Court Docket Report - Part 11 # 18 Court Docket Report - Part 12 # 19 Court Docket Report - Part 13 # 20 Court Docket Report - Part 14 # 21 Court Docket Report - Part 15 # 22 Court Docket Report - Part 16 # 23 Court Docket Report - Part 17 # 24 Court Docket Report - Part 18 # 25 Court Docket Report - Part 19) (dc) (Entered: 03/06/2020) |
| 03/06/2020 | | **DOCKET TEXT ORDER** (no separate order issued:) The docket text order issued earlier today regarding the employment of Judge Trotter and Ms. Yanni is amended. The court directs the TCC and the Debtors to meet and confer about a reasonable cap and budget dealing with fees, costs and expenses to be incurred. If they are unable to agree, the TCC may restore these applications to the next available PG&E calendar. (RE: related document(s)5723 Application to Employ filed by Creditor Committee Official Committee of Tort Claimants, 5726 Application to Employ filed by Creditor Committee Official Committee of Tort Claimants). (Montali, Dennis) (Entered: 03/06/2020) |
| 03/06/2020 | 6146 (10 pgs) | Objection *to [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* Filed by Creditor Certain Post-Petition Tort and Fire Claimants (Grimshaw, Matthew) (Entered: 03/06/2020) |
| 03/06/2020 | 6147 (5 pgs) | Certificate of Service (RE: related document(s)6146 Objection). Filed by Creditor Certain Post-Petition Tort and Fire Claimants (Grimshaw, Matthew) (Entered: 03/06/2020) |
| 03/06/2020 | 6148 (5 pgs) | Courts Certificate of Mailing. Number of notices mailed: 24 (RE: related document(s)5226 Memorandum Decision, 5669 Interlocutory Order Regarding Postpetition Interest, 6122 Notice of Appeal and Statement of Election). (dc) (Entered: 03/06/2020) |
| 03/06/2020 | 6149 (4 pgs) | Objection *To [Proposed] Disclosure Statement For Debtors And Shareholder Proponents Joint Chapter 11 Plan Or Reorganization Dated: February 7, 2020* (RE: related document(s)5700 Disclosure Statement). Filed by Attorney Anthony Gantner, Individually and on behalf of all those similarly situated (Harris, Robert) (Entered: 03/06/2020) |
| 03/06/2020 | 6150 (627 pgs; 26 docs) | Transmission of Notice of Appeal to District Court (RE: related document(s)5226 Memorandum Decision, 5669 Interlocutory Order Regarding Postpetition Interest , 6122 Notice of Appeal and Statement of Election, 6148 Court Certificate of Mailing). (Attachments: # 1 Notice of Appeal and Statement of Election # 2 Court Certificate of Mailing # 3 Interlocutory Order Regarding Post Petition Interest # 4 Memorandum Decision # 5 Cross-Motion for Leave to Appeal # 6 Notice Re Motion for Leave to Appeal # 7 Court Docket Report - Part 1 # 8 Court Docket Report- Part 2 # 9 Court Docket Report- Part 3 # 10 Court Docket Report- Part 4 # 11 Court Docket Report- Part 5 # 12 Court Docket Report- Part 6 # 13 Court Docket Report - Part 7 # 14 Court Docket Report- Part8 # 15 Court Docket Report- Part 9 # 16 Court Docket Report- Part 10 # 17 Court Docket Report- Part 11 # 18 Court Docket Report- Part 12 # 19 Court Docket Report - Part 13 # 20 Court Docket Report - Part 14 # 21 Court Docket Report - Part 15 # 22 Court Docket Report - Part 16 # 23 Court Docket Report- Part 17 # 24 Court Docket Report - Part18 # 25 Court Docket Report- Part19) (dc) (Entered: 03/06/2020) |
| 03/06/2020 | 6151 (6 pgs) | Objection To [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization (RE: related document(s)5700 Disclosure Statement). Filed by Interested Party William B. Abrams (lj) (Entered: 03/06/2020) |
| 03/06/2020 | 6152 (5 pgs) | Objection *of the Ad Hoc Committee of Holders of Trade Claims to the Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* (RE: related document(s)5700 Disclosure Statement). Filed by Creditor Ad Hoc Committee of Holders of Trade Claims (Neumeister, Michael) (Entered: 03/06/2020) |
| 03/06/2020 | 6153 (1 pg) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: CY Health Associates, LLC (Amount $7,404.09) To VonWin Capital Management, LP. Fee Amount $25 Filed by Creditor Primeshares. (Wilson, Charmaine) (Entered: 03/06/2020) |
| 03/06/2020 | 6154 (6 pgs) | Statement of the Official Committee of Unsecured Creditors regarding (I) The Proposed Disclosure Statement and (II) The Solicitation Procedures Motion (RE: related document(s)5700 Disclosure Statement, 5835 Motion Miscellaneous Relief). Filed by Creditor Committee Official Committee Of |

| Date | Doc # | Description |
|---|---|---|
| | | Unsecured Creditors (Bray, Gregory) (Entered: 03/06/2020) |
| 03/06/2020 | 6155 (4 pgs) | Objection *to [Proposed] Disclosure Statement* (RE: related document(s)5700 Disclosure Statement). Filed by Creditor United States of America (Troy, Matthew) (Entered: 03/06/2020) |
| 03/06/2020 | 6156 (3 pgs) | Objection *Debtors' Motion for Entry of an Order (I) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (II) Establishing and Approving Plan Solicitation and Voting Procedures; (III) Approving Forms of Ballots, Solicitation Packages, and Related Notices; and (IV) Granting Related Relief* (RE: related document(s)5835 Motion Miscellaneous Relief). Filed by Creditor United States of America (Troy, Matthew) (Entered: 03/06/2020) |
| 03/06/2020 | 6157 (7 pgs) | Objection *California State Agencies' Objection to [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated January 31, 2020 [Docket No. 5700]* (RE: related document(s)5700 Disclosure Statement). Filed by Creditor California State Agencies (Pascuzzi, Paul) (Entered: 03/06/2020) |
| 03/06/2020 | 6158 (9 pgs) | Objection (RE: related document(s)5700 Disclosure Statement). Filed by Creditor SLF Fire Victim Claimants (Marshack, Richard) (Entered: 03/06/2020) |
| 03/06/2020 | 6159 (5 pgs) | Brief/Memorandum in Opposition to *Bullet Point Opposition of the California State Agencies to Debtors' Motion for Entry of an Order (I) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (II) Establishing and Approving Plan Solicitation and Voting Procedures; (III) Approving Forms of Ballots, Solicitation Packages, and Related Notices; and (IV) Granting Related Relief [Docket No. 5835]* (RE: related document(s)5835 Motion Miscellaneous Relief). Filed by Creditor California State Agencies (Pascuzzi, Paul) (Entered: 03/06/2020) |
| 03/06/2020 | 6160 (4 pgs) | Objection (RE: related document(s)5700 Disclosure Statement). Filed by Interested Party Ad Hoc Group of Subrogation Claim Holders (Lewicki, Alexander) (Entered: 03/06/2020) |
| 03/06/2020 | 6161 (7 pgs) | Objection */ Limited Objection and Reservation of Rights by California Public Utilities Commission Regarding the Debtors' Proposed Disclosure Statement and Solicitation Procedures Motion* (RE: related document(s)5700 Disclosure Statement, 5835 Motion Miscellaneous Relief). Filed by Creditor California Public Utilities Commision (Morey, Candace) (Entered: 03/06/2020) |
| 03/06/2020 | 6162 (22 pgs) | Certificate of Service *of Wing Chan* Filed by Other Prof. Epiq Corporate Restructuring, LLC (related document(s)5999 Declaration, 6012 Stipulation for Miscellaneous Relief). (Garabato, Sid) (Entered: 03/06/2020) |
| 03/06/2020 | 6163 (6 pgs) | Certificate of Service *of Wing Chan* Filed by Other Prof. Epiq Corporate Restructuring, LLC (related document(s)6004 Statement). (Garabato, Sid) (Entered: 03/06/2020) |
| 03/06/2020 | 6164 (10 pgs) | Objection *[Bullet Point] Objection of the Adventist Claimants to the Debtors' (A) Proposed Disclosure Statement and (B) Motion for Entry of an Order (I) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (II) Establishing and Approving Plan Solicitation and Voting Procedures; (III) Approving Forms of Ballots, Solicitation Packages, and Related Notices; and (IV) Granting Related Relief* (RE: related document(s)5700 Disclosure Statement). Filed by Creditor Adventist Health System/West and Feather River Hospital (Winthrop, Rebecca). Related document(s) 5835 Motion *for Entry of an Order (I) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (II) Establishing and Approving Plan Solicitation and Voting Procedures; (III) Approving Forms of Ballots, Solicitation Packages, and* filed by Debtor PG&E Corporation. Modified on 3/9/2020 (dc). (Entered: 03/06/2020) |
| 03/06/2020 | 6165 (7 pgs) | Objection (RE: related document(s)5700 Disclosure Statement). Filed by Creditor Interstate Fire & Casualty Company (Olson, Scott) (Entered: 03/06/2020) |
| 03/06/2020 | 6166 (6 pgs) | Certificate of Service (RE: related document(s)6165 Objection). Filed by Creditor Interstate Fire & Casualty Company (Olson, Scott) (Entered: 03/06/2020) |
| 03/06/2020 | 6167 (2 pgs) | Notice Regarding *Notice of Hearing on the Motion of Adventist for Estimation and Temporary Allowance of the Adventist Fire Damage Claims Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018* Filed by Creditor Adventist Health System/West and Feather River Hospital (Winthrop, Rebecca) (Entered: 03/06/2020) |
| 03/06/2020 | 6168 (3 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Bergen Pipe Supports Inc. (Claim No. 1409, Amount $6,588.00) To CRG Financial, LLC. Fee Amount $25 Filed by Creditor CRG Financial LLC. (Axenrod, Allison) (Entered: 03/06/2020) |
| 03/06/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30352441, amount $ 25.00 (re: Doc# 6168 Transfer of Claim) (U.S. Treasury) (Entered: 03/06/2020) |

| Date | Doc | Description |
|---|---|---|
| 03/06/2020 | 6169 (34 pgs; 6 docs) | Supplemental Statement of Coblentz Patch Duffy & Bass LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of December 1, 2019 Through December 31, 2019 (RE: related document(s)5573 Statement). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A Compensation by Professional # 2 Exhibit B Compensation by Task Code # 3 Exhibit C Expense Summary # 4 Exhibit D Detailed Time Entries # 5 Exhibit E Detailed Expense Entries) (Levinson Silveira, Dara) (Entered: 03/06/2020) |
| 03/06/2020 | | Hearing Dropped. The heairng on 3/10/20 regarding Application of Debtors Pursuant to 11 U.S.C. Sections 363(b) and 105(a) for Authority to Enter Into, Perform Under and Make Payments Under Certain Consulting Contracts with McKinsey & Company Inc. United States is dropped from the calendar per the Court's 3/6/20 Docket Text Order. (related document(s): 3919 Application to Employ filed by PG&E Corporation) (lp) (Entered: 03/06/2020) |
| 03/06/2020 | 6170 (3 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Pavement Engineering Inc. (Claim No. 6458, Amount $5,360.00) To CRG Financial, LLC. Fee Amount $25 Filed by Creditor CRG Financial LLC. (Axenrod, Allison) (Entered: 03/06/2020) |
| 03/06/2020 | 6171 (3 pgs) | Document: *Governor Gavin Newsom's Reservation of Rights in Connection with Hearing to Consider Approval of [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization*. (RE: related document(s)5700 Disclosure Statement). Filed by Interested Party Governor Gavin Newsom (Beiswenger, Jacob) (Entered: 03/06/2020) |
| 03/06/2020 | 6172 (13 pgs) | Objection *(Limited Objection of AT&T Corp. to the Debtors Motion for Entry of an Order (I) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (II) Establishing and Approving Plan Solicitation and Voting Procedures; (III) Approving Forms of Ballots, Solicitation Packages, and Related Notices; and (IV) Granting Related Relief)* (RE: related document(s)5835 Motion Miscellaneous Relief). Filed by Interested Party AT&T Corp. (Koegel, Thomas) (Entered: 03/06/2020) |
| 03/06/2020 | 6173 (11 pgs; 2 docs) | Objection *to Adequacy of Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* (RE: related document(s)5700 Disclosure Statement). Filed by Interested Party Deutsche Bank Trust Company Americas (Attachments: # 1 Certificate of Service) (Holtzman, David) (Entered: 03/06/2020) |
| 03/06/2020 | 6174 (69 pgs) | Motion to Allow Claims *Motion of the Adventist Claimants for Estimation and Temporary Allowance of the Adventist Fire Damage Claims Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018* Filed by Creditor Adventist Health System/West and Feather River Hospital (Winthrop, Rebecca) (Entered: 03/06/2020) |
| 03/06/2020 | 6175 (4 pgs) | Declaration of Jeff Eller in in Support of Adventist's Motion for Estimation and Temporary Allowance of the Adventist Fire Damage Claims Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018 of (RE: related document(s)6174 Motion to Allow Claims). Filed by Creditor Adventist Health System/West and Feather River Hospital (Winthrop, Rebecca) (Entered: 03/06/2020) |
| 03/06/2020 | 6176 (23 pgs) | Objection to Fire Victim Claim Plan Treatment Summary in Connection with Disclosure Statement in support of Debtors' and Sharholder Proponents' Joint Chapter 11 Plan of Reorganization Dated January 31, 2020. (RE: related document(s)5700 Disclosure Statement, 5732 Amended Order, 5978 Notice). Filed by Interested Party Eric and Julie Carlson (dc) (Entered: 03/06/2020) |
| 03/06/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30352591, amount $ 25.00 (re: Doc# 6170 Transfer of Claim) (U.S. Treasury) (Entered: 03/06/2020) |
| 03/06/2020 | 6177 (69 pgs) | Certificate of Service *of Christina Pullo Regarding the Rescission or Damage Claim Proof of Claim Form and the Rescission or Damage Claim Bar Date Notice* Filed by Other Prof. Prime Clerk LLC. (Baer, Herb) (Entered: 03/06/2020) |
| 03/06/2020 | | Hearing Dropped. The hearing on 3/10/20 regarding Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. Section 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Cathy Yanni as Claims Administrator Nunc Pro Tunc to January 13, 2020 Through the Effective Date of The Resolution Trust Agreement is dropped from the calendar per the Court's 3/6/20 Docket Text Orders. (related document(s): 5723 Application to Employ filed by Official Committee of Tort Claimants) (lp) (Entered: 03/06/2020) |
| 03/06/2020 | | Hearing Dropped. The hearing on 3/10/20 regarding Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. Section 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee Nunc Pro Tunc to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement is dropped from the calendar per the Court's 3/6/20 Docket Text Orders. (related document(s): 5726 Application to Employ filed by Official Committee of Tort Claimants) (lp) (Entered: 03/06/2020) |

| | | |
|---|---|---|
| 03/06/2020 | ●6178<br>(9 pgs) | Response *UNITED STATES TRUSTEES RESPONSE TO MOTION FOR APPROVAL OF (A) PROPOSED DISCLOSURE STATEMENT FOR DEBTORS AND SHAREHOLDER PROPONENTS JOINT CHAPTER 11 PLAN OF REORGANIZATION; (B) PLAN SOLICITATION AND VOTING PROCEDURES; (C) FORMS OF BALLOTS, SOLICITATION PACKAGES, AND RELATED NOTICES; AND (D) OTHER RELATED RELIEF* (RE: related document(s)5835 Motion Miscellaneous Relief). Filed by U.S. Trustee Office of the U.S. Trustee / SF (Laffredi, Timothy) (Entered: 03/06/2020) |
| 03/06/2020 | ●6179<br>(2 pgs) | Corrected Notice of Hearing (RE: related document(s)6174 Motion to Allow Claims *Motion of the Adventist Claimants for Estimation and Temporary Allowance of the Adventist Fire Damage Claims Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018* Filed by Creditor Adventist Health System/West and Feather River Hospital). **Hearing scheduled for 4/7/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** Filed by Creditor Adventist Health System/West and Feather River Hospital (Winthrop, Rebecca) (Entered: 03/06/2020) |
| 03/06/2020 | ●6180<br>(9 pgs; 2 docs) | Objection */ Limited Objection and Reservation of Rights of the Official Committee of Tort Claimants to Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [Dkt No. 5700]* (RE: related document(s)5700 Disclosure Statement). Filed by Creditor Committee Official Committee of Tort Claimants (Attachments: # 1 Exhibit A) (Green, Elizabeth) (Entered: 03/06/2020) |
| 03/06/2020 | ●6181<br>(5 pgs) | Certificate of Service (RE: related document(s)6164 Objection, 6167 Notice, 6174 Motion to Allow Claims, 6175 Declaration, 6179 Notice of Hearing). Filed by Creditor Adventist Health System/West and Feather River Hospital (Winthrop, Rebecca) (Entered: 03/06/2020) |
| 03/06/2020 | ●6182<br>(6 pgs) | Objection -- *Objection of BOKF, NA as Indenture Trustee to Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* (RE: related document(s)5700 Disclosure Statement). Filed by Interested Party BOKF, NA (Ordubegian, Aram) (Entered: 03/06/2020) |
| 03/06/2020 | ●6183<br>(32 pgs; 2 docs) | Objection (RE: related document(s)5700 Disclosure Statement). Filed by Creditors CN Utility Consulting, Inc., Cupertino Electric, Inc., Wright Tree Service of the West, Inc., Wright Tree Service, Inc. (Attachments: # 1 Certificate of Service) (Lubic, Michael) (Entered: 03/06/2020) |
| 03/06/2020 | ●6184<br>(4 pgs) | Certificate of Service (RE: related document(s)6178 Response). Filed by U.S. Trustee Office of the U.S. Trustee / SF (Laffredi, Timothy) (Entered: 03/06/2020) |
| 03/06/2020 | ●6185<br>(3 pgs) | Order Granting Stipulation Between the Debtors and the California Public Utilities Commission Extending Time to File Motion Pursuant to Fed. R. Bankr. P. 3018(a) and Amending Amended Order Establishing Schedule for Disclosure Statement Approval and Plan Confirmation (RE: related document(s)6142 Stipulation to Extend Time filed by Debtor PG&E Corporation). (lp) (Entered: 03/06/2020) |
| 03/06/2020 | ●6186<br>(5 pgs) | Certificate of Service (RE: related document(s)6158 Objection). Filed by Creditor SLF Fire Victim Claimants (Marshack, Richard) (Entered: 03/06/2020) |
| 03/06/2020 | ●6187<br>(4 pgs) | Certificate of Service (RE: related document(s)6122 Notice of Appeal and Statement of Election, 6123 Notice, 6124 Motion for Leave to Appeal). Filed by Interested Party BOKF, NA (Ordubegian, Aram) (Entered: 03/06/2020) |
| 03/06/2020 | ●6188<br>(4 pgs) | Certificate of Service (RE: related document(s)6182 Objection). Filed by Interested Party BOKF, NA (Ordubegian, Aram) (Entered: 03/06/2020) |
| 03/06/2020 | ●6192<br>(2 pgs) | Acknowledgment of Receipt by District Court of Notice of Appeal to District Court. Case Number: 20-cv-01654-HSG(RE: related document(s)6103 Notice of Appeal and Statement of Election, Filed by Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company). (dc) (Entered: 03/09/2020) |
| 03/06/2020 | ●6193<br>(2 pgs) | Acknowledgment of Receipt by District Court of Notice of Appeal to District Court. Case Number: 20-cv-01658-HSG (RE: related document(s)6121 Notice of Appeal and Statement of Election, Filed by Creditor Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility ). (dc) (Entered: 03/09/2020) |
| 03/08/2020 | ●6189<br>(2 pgs) | Notice Regarding *Mediation* Filed by Creditor Committee Official Committee of Tort Claimants (Attard, Lauren) (Entered: 03/08/2020) |
| 03/08/2020 | ●6190<br>(15 pgs; 2 docs) | Agreed Notice Regarding *Withdrawal of Objection* (RE: related document(s)6158 Objection (RE: related document(s)5700 Disclosure Statement). Filed by Creditor SLF Fire Victim Claimants). Filed by Creditor SLF Fire Victim Claimants (Attachments: # 1 Certificate of Service Withdrawal of SLF Fire Victim Claimant's Objection) (Singleton, Gerald) (Entered: 03/08/2020) |

Case: 19-30088    Doc# 6196-23    Filed: 03/09/20    Entered: 03/09/20 08:48:29    Page 9 of 10

| | | |
|---|---|---|
| 03/09/2020 | 6194 (274 pgs) | Certificate of Service (RE: related document(s)6135 Notice of Appeal and Statement of Election, 6144 Objection). Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Michelson, Randy) (Entered: 03/09/2020) |
| 03/09/2020 | 6195 (2 pgs) | Courts Certificate of Mailing. Number of notices mailed: 8 (RE: related document(s)5887 Memorandum Decision, 5943 Order (I) Denying Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim and (II) Extending Bar Date For Certain Holders of Securities Claims for Rescission or Damages, 6135 Notice of Appeal and Statement of Election). (dc) (Entered: 03/09/2020) |