UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Chapter 11<br><br>Case No. 19-30088 (DM)<br><br>(Jointly Administered)<br><br>**Objection Deadline March 30, 2020 @ 4:00 p.m.**<br><br>**(ET)** |

**MONTHLY STAFFING AND COMPENSATION REPORT OF
AP SERVICES, LLC FOR THE PERIOD
FROM JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

In accordance with the *Order Pursuant to 11 U.S.C. §§ 363(b) and 105(a) Authorizing the Debtors to Employ and Retain AP Services, LLC to provide a Chief Restructuring Officer, Deputy Chief Restructuring Officer and additional personnel for the Debtors Nunc Pro Tunc to the Petition Date* [Docket No. 1299], AP Services, LLC ("APS") hereby submits its Monthly Staffing and Compensation Report for the period of January 1, 2020 through January 31, 2020 (the "Compensation Period").

1

During the Compensation Period, APS incurred $6,330,122.00 in fees and $521,166.87 in expenses for a total amount of $6,851,288.87, as reflected in the attached exhibits.

Dated: March 9, 2020

AP SERVICES, LLC
865 S Figueroa Street, Suite 2310
Los Angeles, CA  90017

By: John Boken
Managing Director

# EXHIBITS

Annexed hereto are the following exhibits for the Monthly Staffing and Compensation Report of AP Services, LLC for the Period from Janury 1, 2020 through January 31, 2020

**Exhibit A - Summary of Compensation and Expenses**

**Exhibit B - Summary of Fees and Hours by Professionals and Description of Responsibilities of Professionals**

**Exhibit C - Summary of Expenses**