# Exhibit A

**AP SERVICES, LLC**
**Summary of Compensation and Expenses – Pacific Gas and Electric Company, et al.**
**For the Period January 1, 2020 through January 31, 2020**

| | | |
|---|---|---:|
| Professional Fees | $ | 6,330,122.00 |
| Expenses | | 521,166.87 |
| **Total Invoice** | **$** | **6,851,288.87** |

Note: In accordance with the Order Granting Fee Examiner's Motion to Approve Fee Procedures in the PGE Corporation and Pacifice Gas and Electric Company chapter 11 cases, entered on November 15, 2019 (the "Order"), this invoice is inclusive of compensation for fees assocaited with non-working airplane travel time incurred by AP Services, LLC professionals during the billing period. Per the Order, compensation is allowed in these cases for non-working airplane travel time up to two hours per processional per one-way trip. All fees associated with non-working airplane travel time incurred by AP Services, LLC professionals in excess of the two hour cap and been written off. The aggregate fees for excess non-working airplane travel time that has been absorbed by AP Services, LLC for January 2020 billing period was $760,212.00