# Exhibit B

**AP SERVICES, LLC**
**Summary of Fees and Hours by Professionals and**
**Description of Responsibilities of Professionals – Pacific Gas and Electric Company, et al.**
**For the Period January 1, 2020 through January 31, 2020**

| PROFESSIONAL | APS TITLE | RESPONSIBILITIES | RATE [(1)] | HOURS | FEES |
|---|---|---|---|---|---|
| James A Mesterharm | Managing Director | Develop and implement financial restructuring strategies; serve as lead AP Services resource on bankruptcy and restructuring issues; serve as key interface with creditor constituencies and other principal parties in interest; assist counsel in preparing and providing support for case motions, including testimony in bankruptcy court; provide transactional guidance, direction, and oversight; direct AP Services team and management on restructuring workstreams; assist management and advisors in development and negotiation of Plan of Reorganization. | $1,195 | 116.8 | $ 139,576.00 |
| John Boken | Managing Director | Develop and implement financial and operational restructuring strategies; serve as lead AP Services resource and interface with creditor advisors, creditor constituencies, contract counterparties, and other principal parties in interest; provide operational guidance, direction, and oversight; oversee AP Services team and management in financing, liquidity management, operational improvement, diligence support, contract assessment, and other key restructuring workstreams; oversee development of business plan and long-term forecast; coordinate with counsel on support for case motions, including testimony in bankruptcy court; assist management and advisors in development and negotiation of Plan of Reorganization. | $1,195 | 212.8 | 254,296.00 |
| David R Hindman | Managing Director | Develop and implement operational restructuring and cost reduction strategies; serve as lead AP Services resource on energy procurement, contract portfolio, and counterparty management issues; lead AP Services team and management in identification and implementation of cost efficiency opportunities across all business units and support functions; assist in interface, communications, and diligence support with creditor advisors, creditor constituencies, contract counterparties, and other principal parties in interest; assist in development of business plan and long-term forecast, assumptions, and support. | $1,090 | 211.0 | 229,990.00 |
| Robb C McWilliams | Managing Director | Direct case management activities and priorities of working teams across multiple work streams and advise on various matters including the review of invoices for the determination of prepetition and postpetition, monthly operating reports, claims analysis, assessment of contracts for assumption or rejection and the review and analysis of the various term sheets and the Plan of Reorganization. | $1,025 | 152.4 | 156,210.00 |
| Mark J Brown | Managing Director | Direct the build out of the liquidation analysis to facilitate ongoing development of Disclosure Statement to support Plan of Reorganization process. | $1,025 | 4.0 | 4,100.00 |
| Vance L Scott | Managing Director | Lead the Supplier Reset Negotiations workstream for Tier 1 and Tier 2 Electric Operations, Gas Operations, Power and Nuclear Generation, Corporate Services and IT Vendors as part of the assessment of executory contracts. | $1,025 | 64.4 | 66,010.00 |

| PROFESSIONAL | APS TITLE | RESPONSIBILITIES | RATE [1] | HOURS | FEES |
|---|---|---|---|---|---|
| Brooke Hopkins | Managing Director | Lead cost reduction initiatives relating to Third Party Risk Management and Contract Management, including Plan-to-Procure-to-Pay process improvements, in collaboration with the CPO and Internal Audit. Identify financial control improvements to help with underlying issues such as AFPOs, accruals, etc. | $1,025 | 127.6 | 130,790.00 |
| Eva Anderson | Director | Manage and facilitate development of responses to all diligence requests submitted by the Official Committee advisors and ad hoc creditor advisors. Support development of presentation materials for on-site creditor advisor management meetings. Support Company's real estate team on bankruptcy-related owned and leased property issues. | $950 | 196.2 | 186,390.00 |
| John Kaplan | Director | Support cost reduction workstream and drive the Integrated Investment Planning & Project Execution Processes Implementation. Lead redesign of Main Replacement planning and project execution process. | $950 | 133.3 | 126,635.00 |
| Ken Chan | Director | Support cost reduction workstream activities. Lead overall vegetation management cost reduction (wildfire, wood removal, technology productivity improvement, contract negotiation, supply strategy). Co-lead fleet management cost reduction (outsourcing, specs rationalization, process improvement, demand management). Assist electrical operations contracting and process improvement. | $950 | 176.3 | 167,485.00 |
| Rus Parashchak | Director | Support cost reduction workstreams and Integrated Investment Planning & Project Execution Processes Implementation. Help drive redesign of Main Replacement planning and project execution process. | $950 | 58.1 | 55,195.00 |
| Lisa Perfetti | Director | Work on cost reduction initiatives relating to Third Party Risk Management and Contract Management, including Plan-to-Procure-to-Pay process improvements, in collaboration with the CPO and Internal Audit. Identify financial control improvements to help with underlying issues such as AFPOs, accruals, etc. | $950 | 134.3 | 127,585.00 |
| Virgilio E Sosa | Director | Support the Supplier Reset Negotiations workstream for Tier 1 and Tier 2 Electric Operations, Gas Operations, Power and Nuclear Generation, Corporate Services and IT Vendors as part of the assessment of executory contracts. Serve as principal negotiator for the Electric Operations Vendors. | $950 | 197.0 | 187,150.00 |
| Bradley Hunter | Director | Lead liquidity and cash management workstreams. Manage development and maintenance of cash forecast and actual tracking models. Coordinate production of periodic cash forecast reports for internal and external reporting. Participate in regular meetings with management to review cash flow trends and liquidity status. | $910 | 7.9 | 7,189.00 |
| Erik Bell | Director | Participate in cost reduction efforts around the Gas Operations and Power Generation groups including the identification and evaluation of specific opportunities to reduce expenditures and lower customer energy rates. | $910 | 115.0 | 104,650.00 |

| PROFESSIONAL | APS TITLE | RESPONSIBILITIES | RATE [1] | HOURS | FEES |
|---|---|---|---|---|---|
| John C Labella | Director | Lead and manage team of PGE, AP Services and temporary staffing in the review of vendor invoices for a determination if services or goods provided were in the pre or post-petition period. Provide support to PGE accounting group in identifying and aggregating financial data for preparation of Monthly Operating reports for December. Develop and manage claims review teams to perform reconciliations of vendor trade claims against relevant company records and assist in resolution of causes for variances. Support development of liquidation analysis for the plan of reorganization. | $910 | 121.5 | 110,565.00 |
| Michael Cardinale | Director | Support efforts to improve the accuracy of month end cost accruals and remediation of the associated internal audit finding. Support the development and implementation of a refined and more standardized "to be" cost accrual process and recommend technology improvements to further automate and further increase the accuracy and internal controls of cost accruals. | $910 | 204.0 | 185,640.00 |
| Denise Lorenzo | Director | Manage process for submitting, approving and processing prepetition payments authorized under various first day motions (Supplier Management Committee). Design and manage process for reporting of executed prepetition payments and maintaining controls to ensure compliance with granted first day authority. Design and manage process for designating all executory contracts for assumption, rejection and renegotiation. | $910 | 134.1 | 122,031.00 |
| Russell L Aebig | Director | Focused on delivering the Performance Management Dashboard, integrating with the Business Finance Team and constituencies that are developing CMOC, and other related dashboards for PG&E executives. Review has been conducted from the business functionality down through data source and determining the current data reliability, accuracy, completeness and scalability across systems and databases in use for developing current reports. | $840 | 154.6 | 129,864.00 |
| Jeffrey W Kopa | Director | Build up of liquidation analysis to facilitate ongoing development of Disclosure Statement to support Plan of Reorganization process. | $840 | 14.1 | 11,844.00 |
| Michelle R Repko | Director | Design and manage process for all claims resolution efforts across various company functional teams. Manage and support comprehensive analysis of non-fire claims population to facilitate estimation for the plan of reorganization and financial reporting requirements. Support and manage various other case management efforts, including generation of cure exhibits, cure interest calculations and sources and uses analysis. | $840 | 187.3 | 157,332.00 |
| John Galiski | Director | Work on cost reduction initiatives relating to Third Party Risk Management and Contract Management, including Plan-to-Procure-to-Pay process improvements, in collaboration with the CPO and Internal Audit. Identify financial control improvements to help with underlying issues such as AFPOs, accruals, etc. | $840 | 177.8 | 149,352.00 |
| Brent Robison | Director | Lead cross-functional effort with AP Services team and company team members in development and implementation of a process to resolve over 600 asserted 503b9 claims. Assist company in development and formation of claims steering committee and organization-wide process for resolving claims. Assist company in preforming preliminary analysis on existing claim population. Support various other case management efforts. | $840 | 163.8 | 137,592.00 |

| PROFESSIONAL | APS TITLE | RESPONSIBILITIES | RATE [1] | HOURS | FEES |
|---|---|---|---|---|---|
| Eric J Powell | Director | Lead Construction Services and Engineering cost savings assessment which includes external sourcing labor and non-labor work and internal work and resource optimization. Coordinate interaction and work across the electric and gas lines of businesses. | $840 | 169.6 | 142,464.00 |
| Afshin Azarhi | Director | Support efforts to automate the integration of disparate data to support the analysis and certification of month end cost-accruals and assist with the identification and estimation of accruals through analysis of raw data extracts. Assist the Electric Ops team with identification, analysis, and dashboarding of Transmission and distribution data in preparation for automation and incorporation into PG&E's core system. | $840 | 164.9 | 138,516.00 |
| Patryk P Szafranski | Director | Serves as lead AP Services resource in the Sustainable Rate Trajectory Project Management Office. Lead AP Services team and client staff in reporting and tracking progress across all cost savings initiatives. Lead Workforce Optimization workstream. Prepare bi-weekly reports to senior PG&E leadership and Board, assist in interface, communications, and diligence support with potential investors and other internal and external stakeholders. | $840 | 251.3 | 211,092.00 |
| Travis Phelan | Director | Design and manage process for scanning 70,000 contract images to facilitate the identification contractual interest rate terms to be incorporated into interest calculation model for cure amounts. | $800 | 15.2 | 12,160.00 |
| Elizabeth Kardos | Director | Assist in the preparation of retention documents, relationship disclosures reports and monthly staffing and compensation reports. | $710 | 2.4 | 1,704.00 |
| Peng Bi | Senior Vice President | Develop SB247 financial impact model based on Tree Trimming contractors quotes. Support contractor negotiations. Develop and implement short-term Pre-Inspection cost reduction plan. Coordinate across multi-functional team within Vegetation Management to drive long term Vegetation Management program changes. | $735 | 187.5 | 137,812.50 |
| Rod G Maclean | Senior Vice President | Provide analytical support to cost reduction workstreams and analysis of PGE internal labor spend for each line of business. | $735 | 140.1 | 102,973.50 |
| Arnab Mukherjee | Senior Vice President | Support cost reduction workstream with specific focus on Integrated Investment Planning & Project Execution. Support assessment of current processes and development of recommendations for Main Replacement. | $735 | 0.5 | 367.50 |
| Kortney Bauer | Senior Vice President | Develop model for calculating claim adjustments resulting from anticipated cure payments. Provide oversight and support to process for diligence and generating third party claim settlement requests initiated by the company. Support various other case management efforts. | $735 | 98.6 | 72,471.00 |
| Michael C McCreary | Senior Vice President | Support spend reduction workstream with specific focus on Integrated Investment Planning & Projects Execution. Support assessment of current processes and development of recommendations for Pole Replacement. | $690 | 100.5 | 69,345.00 |
| Yong Zheng | Senior Vice President | Support the Supplier Reset Negotiations workstream for Tier 1 Gas Operations, as part of the assessment of executory contracts and overall spend reduction efforts. Serve as support to the principal negotiator for the Gas Operations Vendors. | $690 | 217.9 | 150,351.00 |
| Chris Sanchez | Senior Vice President | Support business plan development workstream. Assist in diligence support with internal and external stakeholders. | $645 | 161.1 | 103,909.50 |

| PROFESSIONAL | APS TITLE | RESPONSIBILITIES | RATE [1] | HOURS | FEES |
|---|---|---|---|---|---|
| David Purcell | Senior Vice President | Support liquidity and cash management workstream and business plan development workstream. Build and maintain cash forecast, track and analyze actual results, and develop cash forecast reports for internal and external parties. Assist company staff in five year forecast consolidation and scenario modeling. | $645 | 198.3 | 127,903.50 |
| Jennifer A McConnell | Senior Vice President | Support diligence response workstream with development of response materials to diligence requests, coordination with company, counsel and other constituents, tracking of response status, and reporting/presentations related thereto. Support development of contract cure interest calculation model. | $645 | 164.1 | 105,844.50 |
| Ceilla Velazquez-Chavez | Senior Vice President | Support cost reduction initiatives relating to Third Party Risk Management and Contract Management, including Plan-to-Procure-to-Pay process improvements, in collaboration with the CPO and Internal Audit. Support workstream to identify financial control improvements to help with underlying issues such as AFPOs, accruals, etc. | $645 | 56.7 | 36,571.50 |
| Bryce Pyle | Senior Vice President | Support business plan development workstream with focus on validation of five-year forecast. Assist in diligence support with internal and external stakeholders. | $645 | 242.4 | 156,348.00 |
| Wally Li | Senior Vice President | Support and maintain the claims and contracts website including user management and system/software/security upgrades and patches; support and resolve user technical issues; develop and test requested changes (such as new functions/modules); handle data update, import, export, and archive upon requests. | $620 | 67.8 | 42,036.00 |
| Kaitlyn A Sundt | Senior Vice President | Assist in the preparation of retention documents, relationship disclosures reports and monthly staffing and compensation reports. | $510 | 0.9 | 459.00 |
| Laurie C Verry | Senior Vice President | Assist in the preparation of retention documents, relationship disclosures reports and monthly staffing and compensation reports. | $510 | 0.2 | 102.00 |
| Christopher S Atkins | Vice President | Support spend governance workstream with a focus on IT. Assist with cost reduction initiative development and implementation through data mining and analysis. Support PMO in developing structure and execution timeline. | $630 | 222.7 | 140,301.00 |
| Nitesh Neelanshu | Vice President | Support cost reduction workstream with specific focus on analytics and documentation support related to construction and engineering services spend optimization. Support PMO, steering committee and additional cost reduction efforts as necessary. | $630 | 188.4 | 118,692.00 |
| Sid Joshi | Vice President | Support the Supplier Reset Negotiations workstream for Tier 2 Supplier Outreach, as part of the assessment of executory contracts and overall spend reduction efforts. | $605 | 153.4 | 92,807.00 |
| Jeremy P Egan | Vice President | Support the Supplier Reset Negotiations workstream for Tier 1 Electric Operations, as part of the assessment of executory contracts and overall spend reduction efforts. Serve as support to the principal negotiator for the Electric Operations Vendors. | $605 | 164.8 | 99,704.00 |
| Rohit Gujarathi | Vice President | Support cost reduction efforts for Vegetation Management workstream with focus on tree trimming and pre-inspection spend. Support client with data analysis and documentation for conducting negotiations with suppliers. | $605 | 138.5 | 83,792.50 |

| PROFESSIONAL | APS TITLE | RESPONSIBILITIES | RATE [1] | HOURS | FEES |
|---|---|---|---|---|---|
| Drew J Willis | Vice President | Support the Supplier Reset Negotiations workstream for Tier 1 and Tier 2 Electric Operations, Gas Operations, Power and Nuclear Generation, Corporate Services and IT Vendors as part of the assessment of executory contracts. Serve as principal negotiator for the Gas Operations Vendors. | $605 | 179.1 | 108,355.50 |
| Ryan N Witte | Vice President | Support cost reduction workstream activities within vegetation management and Fleet Management.  Co-lead support of fleet and aviation cost reductions (outsourcing, specs rationalization, process improvement, demand management). | $605 | 126.1 | 76,290.50 |
| Spencer Dorsey | Vice President | Support liquidity, cash management and vendor management workstreams. Prepare daily cash report to monitor post-petition liquidity for PGE Treasury department/CRO/Deputy CRO. Build and maintain disbursements database to support payment tracking initiatives related to prepetition vs. postpetition payments and payments permissible under first day motion authority. Support claims management workstream. | $515 | 190.3 | 98,004.50 |
| Margarita Kucherenko | Vice President | Support claims management workstream with specific focus on development and implementation of process for analyzing requests for settlement agreements related to third party bankruptcy claims. Manage various reporting related to claims, contracts, reconciliation status and prepetition accounts payable. | $515 | 184.8 | 95,172.00 |
| Robell G. Wondwosen | Vice President | Support cost reduction workstream with specific focus on implementation of PMO structure to support cost reduction initiatives. Provide ad hoc support to business plan development workstream. | $515 | 206.5 | 106,347.50 |
| Daniella Negron La Rosa | Vice President | Support the EO (Electric Operations) cost reduction team with specific focus on AFPO activity and management of contractor rates. | $515 | 166.0 | 85,490.00 |
| Michelle E Meyer | Vice President | Support Supplier Reset Negotiations workstream for Tier 1 and Tier 2 Electric Operations, Gas Operations, Power and Nuclear Generation, Corporate Services and IT Vendors as part of the assessment of executory contracts. Coordinate with PG&E Project Management Office for negotiations and contract cure amounts, and assist in analysis for Tier 1 and Tier 2 negotiations. | $515 | 186.2 | 95,893.00 |
| Bruce Smathers | Vice President | Support the cost reduction workstream within Gas Operations by identifying, evaluating, and tracking initiatives to lower customer energy rates. | $515 | 134.2 | 69,113.00 |
| Katie Glasscock | Vice President | Support claims management workstream and manage database containing all filed and scheduled claims as well as claims objections. Develop and maintain automated process to facilitate initial analysis and categorization of filed claims as well as matching to scheduled claims. Assist company in preliminary assessment of existing claims population. | $470 | 202.6 | 95,222.00 |
| Brian Beilinson | Vice President | Support compliance with accounts payable segregation requirements by (1) designing a process and methodology for designating invoices as prepetition or post-petition and (2) training and managing a team of 30 billing analysts tasked with reviewing and classifying all 3-way match PO invoices as pre-petition or post-petition.  Managed the Claims Review Team by 1) creating and teaching the general claims reconciliation training materials, 2) reviewing templates submitted by the claim reviewers for accuracy, and 3) managing the claims WIP queue and tracking results. | $470 | 178.2 | 83,754.00 |

| PROFESSIONAL | APS TITLE | RESPONSIBILITIES | RATE [1] | HOURS | FEES |
|---|---|---|---|---|---|
| Zachary A Pollack | Vice President | Support compliance with accounts payable segregation requirements with development of SQLite database to analyze daily open invoices. Utilize daily SAP reports and the open invoices database to distribute daily invoice assignments queue to the invoice review team as well as report on payment blocks and their dispositions. Manage contracts database and develop model for automated calculation of cure amounts for all unexpired PO based executory contracts to facilitate generation of cure exhibits to be filed with the disclosure statement. | $470 | 182.8 | 85,916.00 |
| Tammy Brewer | Vice President | Assist with the preparation of monthly staffing and compensation reports. | $450 | 10.1 | 4,545.00 |
| Daniel J Tedder | Vice President | Support and maintain the claims and contracts website which facilitates the overall claims management and contract assumption/rejection processes. | $445 | 1.0 | 445.00 |
| Cindy Wan | Vice President | Support and maintain the claims and contracts website which include: user management and system/software/security upgrades | $445 | 23.7 | 10,546.50 |
| Karen S Castleberry | Vice President | Support case management activities. | $295 | 5.8 | 1,711.00 |
| April L Winn | Vice President | Support the EO (Electric Operations) cost reduction workstream. | $295 | 0.8 | 236.00 |
| Andrea M LeBar | Associate | Assist with the preparation of monthly staffing and compensation reports. | $375 | 53.0 | 19,875.00 |
| Austin Simon | Associate | Support cost reduction workstream activities within Vegetation Management and Fleet Management. Provide support to the principal negotiation team. | $250 | 178.5 | 44,625.00 |
| Zachary E Courie | Consultant | Support Supplier Management Committee process with the design and implementation of payment request forms, management of committee meeting agendas, and creation of payments report. Advise company on proper adherence to supplier management committee guidelines/requirements, designation of prepetition invoices and analysis required to support evaluation of potential operational integrity suppliers. Support the assessment of executory contracts by creating a contracts database, managing updates to the contracts webtool and database, and creating contracts reporting for management. | $465 | 153.3 | 71,284.50 |
| Tim T Kan | Consultant | Perform analysis and support for the Supplier Reset Negotiations workstream for Tier 1and Tier 2 Electric Operations, Gas Operations, Power and Nuclear Generation, Corporate Services and IT Vendors as part of the assessment of executory contracts. | $465 | 150.0 | 69,750.00 |
| Barbara J Ferguson | Paraprofessional | Support claims management workstream. | $315 | 14.7 | 4,630.50 |
| Derrick Q Irving | Paraprofessional | Support claims management workstream. | $315 | 24.5 | 7,717.50 |
| **Total Professional Hours and Fees** | | | | **8,724.3** | **6,330,122.00** |

[1] As set forth in our Engagement Letter dated December 4, 2018, our standard hourly rates are reviewed yearly and certain professionals' rates were adjusted as of January 1, 2020 to reflect promotions and general market increases.