# Exhibit C

**AP SERVICES, LLC**
**Summary of Expenses - Pacific Gas and Electric Company, et al.**
**For the Period January 1, 2020 through January 31, 2020**

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Airfare | $ 168,672.30 |
| Lodging | 274,571.36 |
| Meals | 30,906.23 |
| Ground Transportation | 46,790.16 |
| Other | 226.82 |
| **TOTAL EXPENSES** | **$ 521,166.87** |