# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Bankruptcy Case No. 19-30088-DM (Lead Case)<br><br>Chapter 11<br>Assigned to the Hon. Dennis Montali<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

Duke Amponsah, being duly sworn, deposes and says:

1. I am employed as a legal assistant with the law firm of Gibson, Dunn & Crutcher LLP, counsel to the Ad Hoc Committee of Holders of Trade Claims.

2. On March 6 2020 I caused a true and correct copy of the following document to be served on the parties listed in Exhibit A via Email and on the parties listed in Exhibit B via overnight delivery:

- *Objection of the Ad Hoc Committee of Holders of Trade Claims to the Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [Dkt. No. 6152]

I certify under penalty of perjury that the foregoing is true and correct.

Duke Amponsah

Sworn to before me this
9th day of March, 2020

Monica Maldonado

MONICA MALDONADO
Notary Public, State of New York
No. 01MA6211620
Qualified in Queens County
Commission Expires 9/21/21

# EXHIBIT A

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Debtor | WEIL, GOTSHAL & MANGES LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Counsel to Debtor | KELLER & BENVENUTTI LLP | Attn: Tobias S. Keller, Jane Kim | tkeller@kellerbenvenutti.com<br>jkim@kellerbenvenutti.com |
| Special Counsel to Debtors | CRAVATH, SWAINE & MOORE LLP | Attn: Paul H. Zumbro, Kevin J. Orsinit, Omid H. Nasab | pzumbro@cravath.com<br>korsini@cravath.com<br>onasab@cravath.com |
| Counsel for JPMorgan Chase Bank, N.A., as DIP Administrative Agent | STROOCK & STROOCK & LAVAN LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo, Frank A. Merola | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities, Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility | DAVIS POLK & WARDWELL LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |

| | | | |
|---|---|---|---|
| Counsel to California Public Utilities Commission | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Office of the United States Trustee for Region 17 | OFFICE OF THE UNITED STATES TRUSTEE | Attn: James L. Snyder, Esq. & Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. DEPARTMENT OF JUSTICE | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |
| Counsel for the Official Committee of Unsecured Creditors | MILBANK LLP | Attn: Dennis F. Dunne, Samuel A. Khalil, Paul S. Aronzon, Gregory A. Bray, Thomas R. Kreller | ddunne@milbank.com<br>skhalil@milbank.com<br>Paronzon@milbank.com<br>Gbray@milbank.com<br>TKreller@milbank.com |
| Counsel for Official Committee of Tort Claimants | BAKER & HOSTETLER, LLP | Attn: Eric E. Sagerman, Lauren T. Attard, Robert A. Julian, Cecily A. Dumas | esagerman@bakerlaw.com<br>lattard@bakerlaw.com<br>rjulian@bakerlaw.com<br>cdumas@bakerlaw.com |
| Counsel for Shareholder Proponents | JONES DAY | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston | bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com |
| Ad Hoc Group of Subrogation Claim Holders | WILLKIE FARR & GALLAGHER LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Benjamin P. | mfeldman@willkie.com<br>jminias@willkie.com<br>bmccallen@willkie.com<br>dforman@willkie.com |

| | | McCallen, Daniel I. Forman | |
|---|---|---|---|
| Ad Hoc Group of Subrogation Claim Holders | DIEMER & WEI LLP | Attn: Kathryn S. Diemer | kdiemer@diemerwei.com |
| Ad Hoc Committee of Senior Unsecured Noteholders | AKIN GUMP STRAUSS HAUER & FELD LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter, Abid Qureshi, Ashley Vinson Crawford | mstamer@akingump.com<br>idizengoff@akingump.com<br>dbotter@akingump.com<br>aqureshi@akingump.com<br>avcrawford@akingump.com |

# EXHIBIT B

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | ZIP |
|---|---|---|---|---|---|---|
| Debtors | PG&E Corporation | Attn: President or General Counsel | 77 Beale Street | P.O. Box 77000 San Francisco | CA | 94177 |
| Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel | U.S. NRC Region IV | 1600 E. Lamar Blvd. Arlington | TX | 76011 |
| Counsel for Shareholder Proponents | JONES DAY | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston | 555 South Flower Street | Fiftieth Floor Los Angeles | CA | 90071-2300 |