Scott H. Olson (SBN 249956)
VEDDER PRICE (CA), LLP
275 Battery Street, Suite 2464
San Francisco, CA 94111
Telephone: (415) 749-9513
E-mail: solson@vedderprice.com

Attorney for Interstate Fire & Casualty Company

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐    Affects PG&E Corporation<br>☐    Affects Pacific Gas and Electric Company<br>☒    Affects both Debtors<br><br>* All papers shall be filed in the Lead Case, No. 19-30088 (DM). | CASE NO. 19-30088 DM<br>CASE NO. 19-30089 DM<br><br>CHAPTER 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that the Interstate Fire & Casualty Company ("Interstate"), a party in interest in the above-captioned bankruptcy cases (the "Bankruptcy Cases"), by and through its counsel, hereby enters this appearance pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 ("the Bankruptcy Code"), Rule 9010-1 of the Bankruptcy Local Rule for the Northern District of California, and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the counsel listed below be added to the official mailing matrix, CM/ECF, and service lists in the Bankruptcy Cases. Interstate requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in the Bankruptcy Cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, and all other matters arising herein or in any way related to the Bankruptcy Cases, including in adversary proceedings, be given and served upon counsel at the following addresses:

| | |
|---|---|
| Scott H. Olson (SBN 249956)<br>VEDDER PRICE (CA), LLP<br>275 Battery Street, Suite 2464<br>San Francisco, CA 94111<br>Telephone: (415) 749-9513<br>E-mail: solson@vedderprice.com | Attorney for Interstate Fire<br>& Casualty Company |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, notices and pleadings relating to any application, motion petition, objection, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that (i) affects, or seeks to affect, or may potentially affect in any way, any rights or interests of any creditor or party-in-interest in these Bankruptcy Cases; (ii) affects, or seeks to affect (a) the above-captioned Debtors and/or their estates or (b) property or proceeds thereof in the possession, custody, or control of others that any

NOTICE OF APPEARANCE AND
REQUEST FOR SPECIAL NOTICE

- 2 -

of the Debtors or their estates may seek to use; or (iii) requires or seeks to require any act, delivery or any property, payment or other conduct by Interstate.

**PLEASE TAKE FURTHER NOTICE** that Interstate does not, by filing this Notice of Appearance and Request for Service nor any subsequent appearance, pleading, claim or suit, waive or otherwise impair any of its rights: (i) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (ii) to have all core matters heard and decided by a District Court Judge; (iii) to trial by jury in any proceedings so triable in these cases, or any controversy or proceeding related to these cases; (iv) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (v) any other rights, claims, actions, defenses, setoffs or recoupments to which Interstates is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Interstate expressly reserves.

Dated: March 9, 2020

VEDDER PRICE (CA), LLP

By: /s/ Scott Olson
SCOTT H. OLSON

Attorney for Interstate Fire & Casualty Company