1  Scott H. Olson (SBN 249956)
   VEDDER PRICE (CA), LLP
2  275 Battery Street, Suite 2464
   San Francisco, CA  94111
3  Telephone:  (415) 749-9513
   E-mail:  solson@vedderprice.com
4
   Attorney for Interstate Fire & Casualty Company
5

6

7

8              **UNITED STATES BANKRUPTCY COURT**

9      **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

10

11  In re                                    CASE NO. 19-30088 DM
                                             CASE NO. 19-30089 DM
12  PG&E CORPORATION and PACIFIC
    GAS & ELECTRIC COMPANY,                  CHAPTER 11
13
                        Debtors.             **PROOF OF SERVICE**
14

15  ☐      Affects PG&E Corporation
16  ☐      Affects Pacific Gas and Electric
           Company
17  ☒      Affects both Debtors
18
    * All papers shall be filed in the Lead
19  Case, No. 19-30088 (DM).

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE
CASE NO. 19-03008 DM; CASE NO. 19-30089 DM

1 | **PROOF OF SERVICE**

2      I, Bridget Kilkenny, declare:

3      I am a citizen of the United States and employed in San Francisco County, California. I

4 am over the age of eighteen years and not a party to the within-entitled action. My business

5 address is 275 Battery Street, Suite 2464, San Francisco, California 94111. On March 9, 2020 I

6 served a copy of the within document(s):

7
8      **INTERSTATE FIRE & CASUALTY COMPANY'S**
     **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

9   ☐  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

10
  ☐  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at San Francisco, California addressed as set forth below.
11

12   ☐  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.
13

14   ☒  by transmitting electronically through the Court's CM/ECF system.

15   ☐  by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

16

17      I declare under penalty of perjury under the laws of the State of California that the above

18 is true and correct. Executed on March 9, 2020, at San Francisco, California.

19

20                               /s/ Bridget Kilkenny

21                                   Bridget Kilkenny

22

23

24

25

26

27

28

PROOF OF SERVICE           2