Nicholas A. Carlin, CSB No. 112532
Brian S. Conlon, CSB No. 303456
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 - The Presidio
San Francisco, CA 94129
Telephone: 415-398-0900
Fax:           415-398-0911
Email:      nac@phillaw.com
                 bsc@phillaw.com

Michael Malter, CSB No. 87908)
Robert G. Harris, CSB No. 124678)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Michael@bindermalter.com
Email: Rob@bindermalter.com

*Attorneys for Plaintiff Anthony Gantner, Individually and on behalf of all those similarly situated*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>X Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **Case No. 19-30088 (DM)**<br>**Chapter 11**<br><br>**(Lead Case)**<br>**(Jointly Administered)**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO APPLY BANKRUPTCY RULE 7023 TO CLASS PROOF OF CLAIM** |

## EXHIBIT A

Upon the Motion dated March 9, 2020, of Plaintiff Anthony Gantner ("Plaintiff") in the putative class action Adversary Proceeding No. 19-03061 (the "Adversary Proceeding") pending in the U.S. Bankruptcy Court for the Northern District of California, on behalf of himself and the proposed class he represents in the Adversary Proceeding (the "Class"), for entry of an order pursuant to Rules 9014(a) and (c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), directing that Bankruptcy Rule 7023 applies to the class proofs of claim filed by Plaintiff on behalf of himself and the Class against each of the Debtors (the "Class Claim") [Claim No. 96909] and establishing a briefing schedule for and scheduling a hearing, if necessary, on certification of the Class for all purposes in the chapter 11 bankruptcy cases (the "Chapter 11 Cases") of the above-captioned debtors in possession (the "Debtors"); and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, N.D. Cal. Bnkr. L. R. 5011-1(a), and the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.); and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found and determined that notice of the Motion was reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and held a hearing to consider the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; it appearing that the relief requested in the Motion is appropriate under the circumstances; and upon the record of all of the proceedings had on the Motion before this Court, and after due deliberation and sufficient cause appearing therefor,

        IT IS HEREBY ORDERED THAT:

1.     The Motion is granted.

2.     Pursuant to Bankruptcy Rule 9014, the Court hereby directs that Bankruptcy Rule 7023 applies to the Motion and the Class Claim.

///

///

**EXHIBIT A**

3. Plaintiff shall file his brief in support of certification of the Class for purposes of the Chapter 11 Cases on or before _____, 2020. The Debtors shall file their opposition, if any, on or before _____, 2020. Plaintiff shall file his reply, if any, on _____, 2020.

\*\* END OF ORDER\*\*

PHILLIPS, ERLEWINE, GIVEN & CARLIN, LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA 94129
(415) 398-0900

**EXHIBIT A**

Case: 19-30088    Doc# 6205-1    Filed: 03/09/20    Entered: 03/09/20 13:32:39    Page 3 of 3