CALIFORNIA PUBLIC UTILITIES COMMISSION
Arocles Aguilar, SBN 94753
505 Van Ness Avenue
San Francisco, California 94102
Telephone: (415) 703-2015
Facsimile: (415) 703-2262
Email: arocles.aguilar@cpuc.ca.gov
      geoffrey.dryvvynsyde@cpuc.ca.gov
      candace.morey@cpuc.ca.gov

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Alan W. Kornberg
Brian S. Hermann (*pro hac vice*)
Walter Rieman, SBN 139365
Sean A. Mitchell (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: akornberg@paulweiss.com
      bhermann@paulweiss.com
      wrieman@paulweiss.com
      smitchell@paulweiss.com

*Attorneys for the California Public Utilities Commission*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION**, | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors**. | **AFFIDAVIT OF SERVICE** <br> **[ECF NO. 6161]** |
| ☐   Affects PG&E Corporation <br> ☐   Affects Pacific Gas and Electric Company <br> ☒   Affects both Debtors <br><br> *\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | |

I, Joseph Monzione, being duly sworn, deposes, and says:

1. I am not a party to this action, am over eighteen years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019.

2. On March 6, 2020, I caused to be served true and correct copies of the **Limited Objection and Reservation of Rights by California Public Utilities Commission Regarding the Debtors' Proposed Disclosure Statement and Solicitation Procedures Motion** on the persons set forth on the attached service list (Exhibit A) in the manner shown thereon.

3. Also on March 6, 2020, I caused to be served true and correct copies of the aforementioned document on all parties of interest via the Court's electronic case filing system.

/s/ Joseph Monzione

Sworn to before me this

9th day of March, 2020

/s/ Maurice Tattnall

Notary Public, State of New York

No. 01TA6018000

Qualified in Kings County

Certificate Filed in New York County

My Commission Expires December 21, 2022

# Exhibit A – Service List

**By Email**

EAdler@TheAdlerFirm.com; gemarr59@hotmail.com; bzummer@TheAdlerFirm.com;
olatifi@theadlerfirm.com; laytonrl@ah.org; RASymm@aeraenergy.com;
evelina.gentry@akerman.com; yelena.archiyan@akerman.com;
john.mitchell@akerman.com; avcrawford@akingump.com; dsimonds@akingump.com;
mstamer@akingump.com; idizengoff@akingump.com; dbotter@akingump.com;
shiggins@andrewsthornton.com; jct@andrewsthornton.com; aa@andrewsthornton.com;
Andrew.Silfen@arentfox.com; Beth.Brownstein@arentfox.com; Jordana.Renert@arentfox.com;
andy.kong@arentfox.com; christopher.wong@arentfox.com; Aram.Ordubegian@arentfox.com;
brian.lohan@arnoldporter.com; steven.fruchter@arnoldporter.com; Jg5786@att.com;
Danette.Valdez@doj.ca.gov; Annadel.Almendras@doj.ca.gov; James.Potter@doj.ca.gov;
Margarita.Padilla@doj.ca.gov; marthaeromerolaw@gmail.com; esagerman@bakerlaw.com;
lattard@bakerlaw.com; rjulian@bakerlaw.com; cdumas@bakerlaw.com;
Ian.Roberts@BakerBotts.com; Kevin.Chiu@BakerBotts.com; Navi.Dhillon@BakerBotts.com;
jrowland@bakerdonelson.com; lrochester@bakerdonelson.com; jhayden@bakerdonelson.com;
hubenb@ballardspahr.com; ganzc@ballardspahr.com; myersms@ballardspahr.com;
summersm@ballardspahr.com; rubins@ballardspahr.com; hartlt@ballardspahr.com;
John.mccusker@baml.com; ssummy@baronbudd.com; jfiske@baronbudd.com;
tmccurnin@bkolaw.com; chigashi@bkolaw.com; thigham@bkolaw.com;
rgoldman@baumhedlundlaw.com; dmargermoore@baumhedlundlaw.com;
belvederelegalecf@gmail.com; kcapuzzi@beneschlaw.com; mbarrie@beneschlaw.com;
kenns@beneschlaw.com; csimon@bergerkahn.com; harriet.steiner@bbklaw.com;
Klaw@bbslaw.com; Michael@bindermalter.com; Rob@bindermalter.com;
Heinz@bindermalter.com; njbloomfield@njblaw.com; mgorton@boutinjones.com;
hagey@braunhagey.com; theodore@braunhagey.com; kwasniewski@braunhagey.com;
levine@braunhagey.com; bletsch@braytonlaw.com; misola@brotherssmithlaw.com;
grougeau@brlawsf.com; schristianson@buchalter.com; vbantnerpeo@buchalter.com;
arocles.aguilar@cpuc.ca.gov; geoffrey.dryvynsyde@cpuc.ca.gov; candace.morey@cpuc.ca.gov;
melaniecruz@chevron.com; marmstrong@chevron.com; dgooding@choate.com;
jmarshall@choate.com; otakvoryan@ckrlaw.com; kwinick@clarktrev.com;
mgoodin@clausen.com; lschweitzer@cgsh.com; mschierberl@cgsh.com;
ghofmann@cohnekinghorn.com; ra-li-ucts-bankrupt@state.pa.us; pcalifano@cwclaw.com;
deg@coreylaw.com; alr@coreylaw.com; smb@coreylaw.com; sm@coreylaw.com;
fpitre@cpmlegal.com; acordova@cpmlegal.com; ablodgett@cpmlegal.com;
Tambra.curtis@sonoma-county.org; eric.may@yolocounty.org; fsmith@cozen.com;
mfelger@cozen.com; mplevin@crowell.com; bmullan@crowell.com; malmy@crowell.com;
tyoon@crowell.com; tkoegel@crowell.com; mdanko@dankolaw.com;
kmeredith@dankolaw.com; smiller@dankolaw.com; andrew.yaphe@davispolk.com;
eli.vonnegut@davispolk.com; david.schiff@davispolk.com; timothy.graulich@davispolk.com;
dgrassgreen@gmail.com; bryan.bates@dentons.com; john.moe@dentons.com;
Lauren.macksoud@dentons.com; michael.isaacs@dentons.com; oscar.pinkas@dentons.com;
peter.wolfson@dentons.com; samuel.maizel@dentons.com; kdiemer@diemerwei.com;
david.riley@dlapiper.com; eric.goldberg@dlapiper.com; joshua.morse@dlapiper.com;
scampora@dbbwc.com; gjones@dykema.com; lgoldberg@ebce.org; Leslie.Freiman@edpr.com;
Randy.Sawyer@edpr.com; larry@engeladvice.com; sgarabato@epiqglobal.com;
sfelderstein@ffwplaw.com; ppascuzzi@ffwplaw.com; sfinestone@fhlawllp.com;
sfinestone@fhlawllp.com; jhayes@fhlawllp.com; rwitthans@fhlawllp.com;
emorabito@foley.com; bnelson@foley.com; vavilaplana@foley.com;
sory@fdlaw.com; mbusenkell@gsbblaw.com; ehg@classlawgroup.com;
dsh@classlawgroup.com; dfeldman@gibsondunn.com; mkelsey@gibsondunn.com;
Gweiner@gibsondunn.com; Jkrause@gibsondunn.com; mmcgill@gibsondunn.com;
Mrosenthal@gibsondunn.com; Amoskowitz@gibsondunn.com; mneumeister@gibsondunn.com;
mchoi@gibsondunn.com; vuocolod@gtlaw.com; steinbergh@gtlaw.com; hoguem@gtlaw.com;

etredinnick@greeneradovsky.com; sgross@grosskleinlaw.com; mgrotefeld@ghlaw-llp.com; mochoa@ghlaw-llp.com; wpickett@ghlaw-llp.com; jfhallisey@gmail.com; Sharon.petrosino@hercrentals.com; jdoran@hinckleyallen.com; erin.brady@hoganlovells.com; hampton.foushee@hoganlovells.com; bennett.spiegel@hoganlovells.com; alex.sher@hoganlovells.com; peter.ivanick@hoganlovells.com; rwolf@hollandhart.com; robert.labate@hklaw.com; david.holtzman@hklaw.com; mjb@hopkinscarley.com; jross@hopkinscarley.com; katie.coleman@hugheshubbard.com; ehuguenin@hugueninkahn.com; jbothwell@hugueninkahn.com; keckhardt@huntonak.com; ppartee@huntonak.com; mjdube@ca.ibm.com; cvarnen@irell.com; astrabone@irell.com; jreisner@irell.com; klyman@irell.com; mstrub@irell.com; Bankruptcy2@ironmountain.com; robert.albery@jacobs.com; jane-luciano@comcast.net; ajang@janglit.com; snoma@janglit.com; jdt@jdthompsonlaw.com; rbk@jmbm.com; byoung@jmbm.com; lgabriel@jmglawoffices.com; aortiz@jhwclaw.com; sjordan@jhwclaw.com; ecf@jhwclaw.com; JAE1900@yahoo.com; peter.boutin@kyl.com; tkeller@kellerbenvenutti.com; jkim@kellerbenvenutti.com; KDWBankruptcyDepartment@kelleydrye.com; bfeder@kelleydrye.com; bkleinman@kilpatricktownsend.com; prosenblatt@kilpatricktownsend.com; Mark_Minich@kindermorgan.com; mosby_perrow@kindermorgan.com; aparna.yenamandra@kirkland.com; david.seligman@kirkland.com; marc.kieselstein@kirkland.com; mark.mckane@kirkland.com; michael.esser@kirkland.com; alexander.pilmer@kirkland.com; stephen.hessler@kirkland.com; jsink@kmclaw.com; kklee@ktbslaw.com; dstern@ktbslaw.com; skidder@ktbslaw.com; hbedoyan@kleinlaw.com; ecf@kleinlaw.com; acaton@kramerlevin.com; mwasson@kramerlevin.com; tdubbs@labaton.com; lgottlieb@labaton.com; cvillegas@labaton.com; jdubbin@labaton.com; klamb@lkfirm.com; mslattery@lkfirm.com; tkelch@lkfirm.com; bglaser@lkfirm.com; summerst@lanepowell.com; adam.malatesta@lw.com; amy.quartarolo@lw.com; caroline.reckler@lw.com; andrew.parlen@lw.com; christopher.harris@lw.com; andrew.parlen@lw.com; daren@schlecterlaw.com; pwp@pattiprewittlaw.com; rlalawyer@yahoo.com; smo@smolsonlaw.com; ws@waynesilverlaw.com; fos@scarpullalaw.com; pbc@scarpullalaw.com; jim@jsheplaw.com; lwelsh@lkwelshlaw.com; tjb@brandilaw.com; matt@lesnickprince.com; cprince@lesnickprince.com; DLN@LNBYB.COM; EHK@LNBYB.COM; Lovee.Sarenas@lewisbrisbois.com; Amy.Goldman@lewisbrisbois.com; Scott.Lee@lewisbrisbois.com; Jasmin.Yang@lewisbrisbois.com; houston_bankruptcy@publicans.com; asmith@lockelord.com; bknapp@lockelord.com; eguffy@lockelord.com; lkress@lockelord.com; meagan.tom@lockelord.com; sbryant@lockelord.com; jackie.fu@lockelord.com; mscohen@loeb.com; aclough@loeb.com; metkin@lowenstein.com; abehlmann@lowenstein.com; golivera@lowenstein.com; imac@macfern.com; mannycorrales@yahoo.com; Craig@MarguliesFaithLaw.com; rmarshack@marshackhays.com; dwood@marshackhays.com; lmasud@marshackhays.com; malexander@maryalexanderlaw.com; btrust@mayerbrown.com; jcdebaca@mayerbrown.com; chenriquez@mayerbrown.com; Annie.Duong@mccormickbarstow.com; demerzian@mccormickbarstow.com; Annie.Duong@mccormickbarstow.com; jreisner@mwe.com; klyman@mwe.com; jsmith@mckoolsmith.com; randy.michelson@michelsonlawgroup.com; ddunne@milbank.com; skhalil@milbank.com; Paronzon@milbank.com; Gbray@milbank.com; TKreller@milbank.com; avobrient@mintz.com; ablevin@mintz.com; anahmias@mbnlawyers.com; kmontee@monteeassociates.com; bfallon@morrisjames.com; James.Ficenec@ndlf.com; Joshua.Bevitz@ndlf.com; mferullo@nixonpeabody.com; rpedone@nixonpeabody.com; wlisa@nixonpeabody.com; info@norcallawgroup.net; joe@norcallawgroup.net; david.rosenzweig@nortonrosefulbright.com; howard.seife@nortonrosefulbright.com; andrew.rosenblatt@nortonrosefulbright.com; christy.rivera@nortonrosefulbright.com; rebecca.winthrop@nortonrosefulbright.com; kfineman@nutihart.com; gnuti@nutihart.com; chart@nutihart.com; jbeiswenger@omm.com; jrapisardi@omm.com; nmitchell@omm.com; dshamah@omm.com; pfriedman@omm.com; bankruptcy@coag.gov; James.L.Snyder@usdoj.gov; timothy.s.laffredi@usdoj.gov; Marta.Villacorta@usdoj.gov; malone@oles.com; dfelder@orrick.com; dmintz@orrick.com; lmcgowen@orrick.com; malevinson@orrick.com; tcmitchell@orrick.com; jlucas@pszjlaw.com;

| | |
|---|---|
| 1 | gglazer@pszjlaw.com; dgrassgreen@pszjlaw.com; ipachulski@pszjlaw.com; jfiero@pszjlaw.com; bbates@phrd.com; tom@parkinsonphinney.com; wong.andrea@pbgc.gov; efile@pbgc.gov; morgan.courtney@pbgc.gov; |
| 2 | efile@pbgc.gov; efile@pbgc.gov; robertson.daniel@pbgc.gov; ngo.melissa@pbgc.gov; efile@pbgc.gov; ADSmith@perkinscoie.com; kcunningham@PierceAtwood.com; |
| 3 | dania.slim@pillsburylaw.com; hugh.ray@pillsburylaw.com; leo.crowley@pillsburylaw.com; dminnick@pillsburylaw.com; philip.warden@pillsburylaw.com; epino@epinolaw.com; |
| 4 | peter@pmrklaw.com; lweber@polsinelli.com; rsoref@polsinelli.com; pgeteam@PrimeClerk.com; serviceqa@primeclerk.com; gerald.kennedy@procopio.com; |
| 5 | mbienenstock@proskauer.com; brosen@proskauer.com; mzerjal@proskauer.com; mfirestein@proskauer.com; lrappaport@proskauer.com; sma@proskauer.com; |
| 6 | dbp@provlaw.com; rbeacher@pryorcashman.com; bennettmurphy@quinnemanuel.com; crivas@reedsmith.com; mhouston@reedsmith.com; jdoolittle@reedsmith.com; |
| 7 | mhouston@reedsmith.com; mhowery@reedsmith.com; pmunoz@reedsmith.com; rsimons@reedsmith.com; david@reederlaw.com; john@jtrlaw1.com; evan@jtrlaw1.com; |
| 8 | lillian.stenfeldt@rimonlaw.com; phillip.wang@rimonlaw.com; nanette@ringstadlaw.com; robins@robinscloud.com; rbryson@robinscloud.com; |
| 9 | steven.polard@rmkb.com; gregg.galardi@ropesgray.com; keith.wofford@ropesgray.com; daniel.egan@ropesgray.com; mark.bane@ropesgray.com; matthew.roose@ropesgray.com; |
| 10 | peter.welsh@ropesgray.com; joshua.sturm@ropesgray.com; patricia.chen@ropesgray.com; ssally@ropesgray.com; matthew.mcginnis@ropesgray.com; rfriedman@rutan.com; |
| 11 | pblanchard@rutan.com; Owen.Clements@sfcityatty.org; Catheryn.Daly@sfcityatty.org; cbelmonte@ssbb.com; pbosswick@ssbb.com; erlamblaw@gmail.com; |
| 12 | gkalikman@schnader.com; dmg@severson.com; dhc@severson.com; bjk@severson.com; rpinkston@seyfarth.com; charney@seyfarth.com; luckey.mcdowell@shearman.com; |
| 13 | daniel.laguardia@shearman.com; dshemano@shemanolaw.com; mlauter@sheppardmullin.com; okatz@sheppardmullin.com; mlauter@sheppardmullin.com; sfarzan@sheppardmullin.com; |
| 14 | egoldstein@goodwin.com; lshulman@shbllp.com; mlowe@shbllp.com; dvd@svlg.com; keb@svlg.com; cmartin@simon.com; jsanders@stblaw.com; michael.torkin@stblaw.com; |
| 15 | ngoldin@stblaw.com; kmclendon@stblaw.com; jamie.fell@stblaw.com; gerald@slffirm.com; john@slffirm.com; Amy.Park@skadden.com; Eric.Ivester@skadden.com; |
| 16 | mbreslauer@swsslaw.com; wyones@swsslaw.com; jmullan@sonomacleanpower.org; Julia.Mosel@sce.com; patricia.cirucci@sce.com; Ecf@stjames-law.com; |
| 17 | todd.bailey@ftb.ca.gov; jcumming@dir.ca.gov; sc2104271@gmail.com; cp@stevenslee.com; lpg@stevenslee.com; jdsokol@lawssl.com; kcoles@lawssl.com; dandreoli@steyerlaw.com; |
| 18 | jlowenthal@steyerlaw.com; squan@steyerlaw.com; ethompson@stites.com; andrew.morton@stoel.com; jennifer.slocum@stoel.com; david.levant@stoel.com; |
| 19 | gabrielle.glemann@stoel.com; oren.haker@stoel.com; sunny.sarkis@stoel.com; pglassman@sycr.com; dmoon@stroock.com; fmerola@stroock.com; khansen@stroock.com; |
| 20 | egilad@stroock.com; mgarofalo@stroock.com; khansen@stroock.com; egilad@stroock.com; mgarofalo@stroock.com; holsen@stroock.com; mspeiser@stroock.com; |
| 21 | kpasquale@stroock.com; smillman@stroock.com; esserman@sbep-law.com; taylor@sbep-law.com; ivan@icjenlaw.com; jmills@taylorenglish.com; |
| 22 | daniel@thebklawoffice.com; Erika.Schoenberger@davey.com; josephwest@westlawfirmofcalifornia.com; rhonda.goldstein@ucop.edu; |
| 23 | altogut@teamtogut.com; kortiz@teamtogut.com; aoden@teamtogut.com; aglaubach@teamtogut.com; Rich@TrodellaLapping.com; gabriel.ozel@troutman.com; |
| 24 | harris.winsberg@troutman.com; matthew.roberts2@troutman.com; hugh.mcdonald@troutman.com; mtoney@turn.org; tlong@turn.org; danielle.pham@usdoj.gov; |
| 25 | danielle.pham@usdoj.gov; shane.huang@usdoj.gov; shane.huang@usdoj.gov; bankruptcynotices@up.com; bankruptcynotices@up.com; |
| 26 | matthew.troy@usdoj.gov; sanfrancisco@sec.gov; secbankruptcy@sec.gov; tscobb@vorys.com; wagstaffe@wvbrlaw.com; busch@wvbrlaw.com; mkelly@walkuplawoffice.com; |
| 27 | kbaghdadi@walkuplawoffice.com; mschuver@walkuplawoffice.com; rileywalter@W2LG.com; Mwilhelm@W2LG.com; stephen.karotkin@weil.com; matthew.goren@weil.com; |
| 28 | jessica.liou@weil.com; bankruptcycourtnotices@unioncounsel.net; erich@unioncounsel.net; tmainguy@unioncounsel.net; cgray@unioncounsel.net; joelsner@weintraub.com; |

mbostick@wendel.com; llenherr@wendel.com; cshore@whitecase.com; rkampfner@whitecase.com; tlauria@whitecase.com; mbrown@whitecase.com; TBlischke@williamskastner.com; mfeldman@willkie.com; jminias@willkie.com; dforman@willkie.com; CHRIS.JOHNSTONE@WILMERHALE.COM; dneier@winston.com; jrawlins@winston.com; myuffee@winston.com; rgolubow@wcghlaw.com; jcurran@wolkincurran.com; kw@wlawcorp.com; info@youngwardlothert.com; nchaset@ebce.org; kwright@lockelord.com; jborg@jasonborglaw.com; jchoi@raineslaw.com; nbreimer.esq@gmail.com; jcecil@winston.com; allan.brilliant@dechert.com; shumel.vasser@dechert.com; Alaina.heine@dechert.com; Rebecca.weissman@dechert.com; marcus.hall@troutman.com; Katherine.malone@troutman.com; michael.tye@usdoj.gov; Rodney.Morris2@usdoj.gov