CALIFORNIA PUBLIC UTILITIES COMMISSION
Arocles Aguilar, SBN 94753
Geoffrey Dryvynsyde, SBN 139884
Candace Morey, SBN 233081
505 Van Ness Avenue
San Francisco, California 94102
Telephone: (415) 703-2015
Facsimile: (415) 703-2262
Email: arocles.aguilar@cpuc.ca.gov

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Alan W. Kornberg
Brian S. Hermann (*pro hac vice*)
Walter R. Rieman, SBN 139365
Sean A. Mitchell (*pro hac vice*)
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: akornberg@paulweiss.com
       bhermann@paulweiss.com
       wrieman@paulweiss.com
       smitchell@paulweiss.com

*Attorneys for the California Public Utilities Commission*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>             Debtor.<br>Tax I.D. No. 94-3234914 | Case Nos.   19 - 30088 (DM)<br>             19 - 30089 (DM)<br><br>Chapter 11 Cases<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>[No Hearing Requested] |
| **In re:**<br>**PACIFIC GAS AND ELECTRIC COMPANY**<br>             Debtor.<br>Tax I.D. No. 94-0742640 | |

Pursuant to B.L.R. 1001-2(a) and Civil L.R. 11-3, Joseph Kolatch, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing the California Public Utilities Commission[1] in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Ms. Arocles Aguilar, General Counsel, California Public Utilities Commission, 505 Van Ness Avenue, San Francisco, California 94102, Telephone: (415) 703-2015.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 9, 2020

*/s/ Joseph Kolatch*
Joseph Kolatch

---

[1] The California Public Utilities Commission (the "Commission") does not waive any objections or defenses that the State of California, the Commission or any other agency, unit or entity of the State of California may have to this Court's jurisdiction over the State of California, the Commission or such other agency, unit or entity based upon the Eleventh Amendment to the United States Constitution or related principles of sovereign immunity or otherwise, all of which objections and defenses are hereby reserved.

- 2 -

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# Joseph Philip Kolatch

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on September 21, 2015, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on
March 9, 2020

_Susanna Rojas_
Clerk of the Court

3392

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>                **Debtor.**<br><br>Tax I.D. No. 94-3234914 | Case Nos.    19 - 30088 (DM)<br>                  19 - 30089 (DM)<br><br>Chapter 11 Cases |
| **In re:**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**<br><br>                **Debtor.**<br><br>Tax I.D. No. 94-0742640 | |

## ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

**Joseph Kolatch**, whose business address and telephone number is **Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064, (212) 373-3000**, and who is an active member in good standing of the bar of **New York**, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the **California Public Utilities Commission**.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and Electronic Case Filing Procedures adopted by the United States Bankruptcy Court for the Northern District of California.

Dated:

                                                                 Hon. Dennis Montali<br>
                                                                 United States Bankruptcy Judge