Timoth Graulich (*pro hac vice*)
timothy.graulich@davispolk.com
Marc J. Tobak (*pro hac vice* pending)
marc.tobak@davispolk.com
David Schiff (*pro hac vice*)
david.schiff@davispolk.com
Daniel E. Meyer (*pro hac vice*)
daniel.meyer@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

Andrew D. Yaphe (SBN 274172)
andrew.yaphe@davispolk.com
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Counsel for Citibank N.A., as
Administrative Agent for the
Utility Revolving Credit Facility*

**FILED**

MAR 09 2020

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088<br>Chapter 11<br><br>(Jointly Administered)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

    Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, Marc J. Tobak, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility, in the above-entitled action.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Andrew D. Yaphe, Davis Polk & Wardwell LLP, 1600 El Camino Real, Menlo Park, California 94025. Telephone: (650) 752-2000.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 6, 2020

Respectfully submitted,

Marc J. Tobak
marc.tobak@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 701-5800

*Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility*

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# Marc Joseph Tobak

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **July 27, 2009**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Thereof, I have hereunto set my hand and affixed the seal of this court on
**March 6, 2020**

*Susanna Rojas*
Clerk of the Court

3349