```
                                    UNITED STATES
                                 BANKRUPTCY COURT
                             NORTHERN DISTRICT OF CALIFORNIA
                                  SAN FRANCISCO DIVISION

                             # 3066330 - JB
                             * * C O P Y * *
                             March 09, 2020
                                 12:52:08

                             PRO HAC VICE FEE
                              19-30088-DM11
                       Debtor.: PG&E CORPORATION
                       Judge..: DENNIS MONTALI
                       Amount.:                    $310.00 CH
                       Check#.: 2298

                       Total->          $310.00

                   FROM: A&A LEGAL SERVICE INC. COST AC
                         COUNT
```

Case: 19-30088   Doc# 6210-1   Filed: 03/09/20   Entered: 03/09/20 13:52:44   Page 1 of 1