**Dennis Montali**

| | |
|---|---|
| From: | Victoria Gann <victoriavictorialand@yahoo.com> |
| Sent: | Sunday, March 8, 2020 4:45 PM |
| To: | Dennis Montali |
| Subject: | Please post in public dockets  Thank you |

FILED

MAR 0 8 2020

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Case # 19-30088

To The Honorable Judge Montali

To The Governor Newsom


My two previous addresses to the Court and to the Governor were bulging at the seams of constraint trying to suppress emotions to compose my thoughts to communicate them as clearly as I could.

I am losing that ability along with my composure.  This is just insane. What kind of State, Country, World is this? Rich people in suits with homes, who did not go through a disaster let alone survive after wards are seated in first class and served with no risk cash. Exhausted from deals, negotiations, posturing and bargaining they need to relax to count their money. The survivors, are still trying to survive.  They are so far in the back of the line they aren't allowed on the plane which is reserved for the important people. They wait out on the tarmac.  Important enough,that those involved in the case while in court or in the press make sure everyone knows that all they are doing is for the victims...to be sure they are taken cared of and made whole...to get a settlement done as quickly as possible for them...Yet, not good enough to follow those words with that action. While the rest are all busy taking care of themselves, what is it like for survivors?

Time is a noose around the neck.  It keeps getting tighter and tighter.

I am purely frightened seeing and hearing so many people virtually at the edge.  It is impossible to feel just for yourself without feeling for the entire affected Camp Fire population. Land.  Animals.  Homes.

The day, the losses and the aftermath have been cruel.  We have been living in complete uncertainty. In a state of suspension.  The world moves on and we can't because we don't know exactly where we stand.  In too many ways.  The foundation that provides for planning, growth, stability, the point of known where you go from and come back to is vague at best.  The place that holds the future because that is where you create it from.  Take that away and it is like removing North South East and West.  I feel like gravity is on acid and I don't have anything to hold on to.  We live in an obscured atmosphere of obscurity.  Even those who have relocated still feel this way.

There are a few things we can clearly see.  Not one of them shines any light for sight. None of them have any vision beyond this mess, but one.  The glaringly obvious and

ominous history of fact that has over and over again proven that the destruction will not end.

Over decades investors, officials, state, government, businesses, courts etc. have fed into this menace machine helping to build and fortify it as much as profit from it. Letting them wear their attorneys like Harry Potter wears his cloak of invisibility. A cloak that lets them slip out and away. Every time. Whether it's chewing through the buffet of white collar crime or terrorizing as they please because the profits, please them. There are many who make money off of PG$E's stock as well as disasters. Making a lot of futures so financially bright they seem to have become morally blinded. Which helps them look past the demolition and obliteration that looks more and more like sport than accidental for PG$E.

**WHEN** will this end. Who will end it? It's so far past the time they should have been shut down and off. They have done so many major criminal and inhumane acts and have been disciplined little more than placing a teenager on restriction.

Seriously. Haven't enough people suffered directly from PG$Es actions? Haven't enough people had much more taken from them than they were compensated for? Haven't enough people had to live their lives paying for what PG$E shouldhave paid? Why are we, responsible for paying them for utilities while they are irresponsible providing it? Why do we carry the burden of supporting them while they abandon support for us?

Why are we being asked to take their stock while everyone else takes stock only in their mimics of "lessons learned" and deciding they deserve to give it another go. "Come on now boys, no more fires, eh?"

So from this shattered state of mind in this state of California we watch these events everyday. People watch. We all watch to see what "the final answer will be". This is the one, that will provide the proof and definitive answer to everyone. Who is in control? Who leads and who follows. Who will stand up and value humanity, human life and justice?

Allowing PG$E to free range like chickens under the cloak this time, will give a clear and honest opinion of the value of life in the minds of those who choose to let them rein.

Thank you, Victoria

## CAMP FIRE AND FIRE VICTIMS COMPENSATED FIRST. CASH. LUMP SUM.
## END OF BANKRUPTCY.
## PERIOD.
## STOP THE WORDS. ACT ON HUMANITY.

I would like this letter to be placed on the docket. Thank you.*