**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR MARCH 10, 2020, 10:00 A.M. OMNIBUS HEARING**<br><br>Date: March 10, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |

**PROPOSED AGENDA FOR
MARCH 10, 2020, 10:00 A.M. (PACIFIC TIME)
<u>OMNIBUS HEARING</u>**

**I:** <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*CONTESTED MATTERS GOING FORWARD*

1. **TCC Discovery Procedures Motion**: *The Official Committee of Tort Claimants' Motion to Establish Procedures for Discovery Preceding Plan Confirmation* [**Dkt. 5840**].

   <u>Response Deadline</u>: March 3, 2020, at 4:00 p.m. (Pacific Time).

   <u>Responses Filed</u>:

   A. Black & Veatch Construction, Inc.'s Motion to Quash the Official Committee of Tort Claimants' Subpoena Pursuant to Fed. R. Civ. P. 45(d)(3) [**Dkt. 5896**].

   B. Debtors' Objection to the Official Committee of Tort Claimants' Motion to Establish Procedures for Discovery Preceding Plan Confirmation [**Dkt. 5995**].

   C. Opposition by Outback Contractors, Inc. to the Motion of the Official Committee of Tort Claimants' to Establish Procedures for Discovery Preceding Plan Confirmation; Joinder to Motion to Quah [Dkt No. 5896] Filed by Black & Veatch Construction, Inc. [**Dkt. 5998**].

   D. Black & Veatch Construction, Inc.'s Opposition to the Official Committee of Tort Claimants' Motion to Establish Procedures for Discovery Preceding Plan Confirmation [**Dkt. 6011**].

   E. Stipulation Between Official Committee of Unsecured Creditors and Official Committee of Tort Claimants Extending Time to Respond to Motion to Establish Procedures for Discovery Preceding Plan Confirmation [**Dkt. 6012**].

   F. Burns & McDonnell Engineering Company, Inc.'s Opposition to Motion to Establish Procedures for Discovery Preceding Plan Confirmation [**Dkt. 6023**].

   G. Opposition to the Official Committee of Tort Claimants' Motion to Establish Procedures for Discovery Preceding Plan Confirmation [**Dkt. 6027**].

   H. Osmose Utilities Services, Inc.'s Joinder in Black & Veatch Construction, Inc.'s Opposition to the Official Committee of Tort Claimants' Motion to Establish Procedures for Discovery Preceding Plan Confirmation [**Dkt. 6029**].

   I. California State Agencies' Limited Objection to the Official Committee of Tort Claimants' Motion to Establish Procedures for Discovery Preceding Plan Confirmation [**Dkt. 6033**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | | |
|---|---|---|
| J. | MLU Services, Inc., Objection to the Official Committee of Tort Claimants' Motion to Establish Procedures for Discovery Preceding Plan Confirmation (Re Third Party Subpoena) [**Dkt. 6035**]. | |
| K. | Declaration of Craig Wallace, Esq., in Support of MLU Services, Inc., Objection to the Official Committee of Tort Claimants' Motion to Establish Procedures for Discovery Preceding Plan Confirmation (Re Third Party Subpoena) [**Dkt. 6036**]. | |
| L. | Adventist Claimants' Limited Objection to the Official Committee of Tort Claimants' Motion to Establish Procedures for Discovery Preceding Plan Confirmation [Docket No. 5840] and Reservation of Rights [**Dkt. 6044**]. | |
| M. | General Electric Company and GE Grid Solutions LLC's Objection to the Official Committee of Tort Claimants' Motion to Establish Procedures for Discovery Preceding Plan Confirmation [**Dkt. 6046**]. | |
| N. | Objection of CN Utility Consulting, Inc., Cupertino Electric, Inc., Wright Tree Service, Inc., and Wright Tree Service of the West, Inc. to the Official Committee of Tort Claimants' Motion to Establish Procedures for Discovery Preceding Plan Confirmation [**Dkt. 6050**]. | |
| O. | McKinsey & Company, Inc. United States' Opposition to TCC's Motion to Establish Procedures for Discovery Preceding Plan Confirmation [**Dkt. 6053**]. | |
| P. | Non-Party Quanta Energy Services, Inc.'s Objection to the Official Committee of Tort Claimants' Motion to Establish Procedures for Discovery Preceding Plan Confirmation [**Dkt. 6054**]. | |
| Q. | Statement of the Official Committee of Tort Claimants' Motion to Establish Procedures for Discovery Preceding Plan Confirmation [**Dkt. 6118**]. | |

Related Documents:

| | |
|---|---|
| R. | Declaration of David J. Richardson in Support of the Official Committee of Tort Claimants' Motion to Establish Procedures for Discovery Preceding Plan Confirmation [**Dkt. 5841**]. |
| S. | The Official Committee of Tort Claimants' Supplemental Brief in Support of Its Motion to Establish Procedures for Discovery Preceding Plan Confirmation [**Dkt. 6200**]. |
| T. | Supplemental Declaration of David J. Richardson re: the Official Committee of Tort Claimants' Supplemental Brief in Support of Its Motion to Establish Procedures for Discovery Preceding Plan Confirmation [**Dkt. 6201**]. |

Status: This matter is going forward on a contested basis. The Court entered a Docket Text Order on March 5, 2020 stating that it intends to issue an Order Denying the Motion and an Order Granting the Motion to Quash, unless Counsel for the TCC file a brief statement arguing in support of its Motion, which the TCC has done [**Dkt. 6200**].

2. **Disclosure Statement**: *[Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [**Dkt. TBD**].

Response Deadline: February 28, 2020, at 4:00 p.m. (Pacific Time) for Core Parties; March 6, 2020 at 4:00 p.m. (Pacific Time) for Non-Core Parties.

Responses Filed:

A. Notice of Filing of Proposed Fire Victims Claims Resolution Procedures Summary [**Dkt. 5873**].

B. Stipulation for Order Establishing Briefing and Hearing Schedule Regarding Classification of Fire Claims of Federal Agencies and of California State Agencies [**Dkt. 6005**].

C. Notice of Filing of Proposed Fire Victim Trust Agreement and Proposed Fire Victim Claims Resolution Procedures [**Dkt. 6049**].

D. Creditor Ginn M. Doose's Response to; Amended Notice of Hearing on Approval (A) Proposed Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization; (B) Plan Solicitation and Voting Procedures; (C) Forms of Ballots, Solicitation Packages, and Related Notices; and (D) Other Related Relief [**Dkt. 6113**].

E. Securities Lead Plaintiff's Objection to (I) Solicitation Procedures Motion [ECF No. 5835] and (II) Approval of Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [ECF No. 5700] [**Dkt. 6144**].

F. Postpetition Tort Claimants' Objection to [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 6146**].

G. Anthony Gantner's Objection to [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated: February 7, 2020 [**Dkt. 6149**].

H. William B. Abrams' Objection Pursuant to 11 U.S.C. §§ 1129(a) and U.S.C. §§ 1125 to Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [DKt. 5700] [**Dkt. 6151**].

I. Objection of the Ad Hoc Committee of Holders of Trade Claims to the Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan or Reorganization [**Dkt. 6152**].

J. Statement of the Official Committee of Unsecured Creditors Regarding (I) the Proposed Disclosure Statement and (II) the Solicitation Procedures Motion [**Dkt. 6154**].

K. Objection of the United States of America to the [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 6155**].

| | |
|---|---|
| L. | Objection of the United States of America to Debtors' Motion for Entry of an Order (I) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (II) Establishing and Approving Plan Solicitation and Voting Procedures; (III) Approving Forms of Ballots, Solicitations Packages, and Related Notices; and (IV) Granting Related Relief [**Dkt. 6156**]. |
| M. | California State Agencies' Objection to [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated January 31, 2020 [**Dkt. 6157**]. |
| N. | SLF Fire Victim Claimant's Objection to [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents Joint Chapter 11 Plan of Reorganization [**Dkt. 6158**]. |
| O. | Bullet Point Opposition of the California State Agencies to Debtors' Motion for Entry of an Order (I) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (II) Establishing and Approving Plan Solicitation and Voting Procedures; (III) Approving Forms of Ballots, Solicitations Packages, and Related Notices; and (IV) Granting Related Relief [**Dkt. 6159**]. |
| P. | Objection of the Ad Hoc Group of Subrogation Claim Holders to the Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 6160**]. |
| Q. | Limited Objection and Reservation of Rights by California Public Utilities Commission Regarding the Debtors' Proposed Disclosure Statement and Solicitation Procedures Motion [**Dkt. 6161**]. |
| R. | [Bullet Point] Objection of the Adventist Claimants to the Debtors' (A) Proposed Disclosure Statement and (B) Motion for Entry of an Order (I) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (II) Establishing and Approving Plan Solicitation and Voting Procedures; (III) Approving Forms of Ballots, Solicitations Packages, and Related Notices; and (IV) Granting Related Relief [**Dkt. 6164**]. |
| S. | Objection of Interstate Fire & Casualty Company to Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 6165**]. |
| T. | Governor Gavin Newsom's Reservation of Rights in Connection with Hearing to Consider Approval of [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 6171**]. |
| U. | Limited Objection of AT&T Corp. to the Debtors' Motion for Entry of an Order (I) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (II) Establishing and Approving Plan Solicitation and Voting Procedures; (III) Approving Forms of Ballots, Solicitations Packages, and Related Notices; and (IV) Granting Related Relief [**Dkt. 6172**]. |

| | |
|---|---|
| V. | Deutsche Bank Trust Company Americas' Objection to Adequacy of Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 6173**]. |
| W. | Eric and Julie Carlson's Objection to Fire Victim Claim Plan Treatment Summary in Connection with Disclosure Statement in Support of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan or Reorganization Dated January 31, 2020 [**Dkt. 6176**]. |
| X. | United States Trustee's Response to Motion for Approval of (A) Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization; (B) Plan Solicitation and Voting Procedures; (C) Forms of Ballots, Solicitation Packages, and Related Notices; and (D) Other Related Relief [**Dkt. 6178**]. |
| Y. | Limited Objection and Reservation of Rights of the Official Committee of Tort Claimants to Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 6180**]. |
| Z. | Objection of BOKF, NA as Indenture Trustee to Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 6182**]. |
| AA. | Objection of CN Utility Consulting, Inc. and Wright Tree Service of the West, Inc. to the [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 6183**]. |

<u>Related Documents</u>:

| | |
|---|---|
| BB. | [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 5700**]. |
| CC. | Notice of Hearing on Approval of (A) Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization; (B) Plan Solicitation and Voting Procedures; (C) Forms of Ballots, Solicitation Packages, and Related Notices; and (D) Other Related Relief [**Dkt. 5701**]. |
| DD. | <u>Amended</u> Notice of Hearing on Approval of (A) Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization; (B) Plan Solicitation and Voting Procedures; (C) Forms of Ballots, Solicitation Packages, and Related Notices; and (D) Other Related Relief [**Dkt. 5733**]. |
| EE. | Notice of Filing of Exhibit B (Financial Projections) to [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 5801**]. |
| FF. | Debtors' Motion for Entry of an Order (I) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (II) Establishing and Approving Plan Solicitation and Voting Procedures; (III) Approving |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Forms of Ballots, Solicitations Packages, and Related Notices; and (IV) Granting Related Relief [**Dkt. 5835**].

GG. Notice of Filing of Subrogation Wildfire Trust Agreement [**Dkt. 5971**].

HH. Notice of Filing of Fire Victim Claim Plan Treatment Summary [**Dkt. 5978**].

II. Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 9, 2020 [**Dkt. TBD**].

JJ. Notice of Filing of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 9, 2020 [**Dkt. TBD**].

KK. Notice of Filing of Amended [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. TBD**].

LL. Notice of Filing of Revised Proposed Order Approving Solicitation Procedures Motion [**Dkt. TBD**].

MM. Notice of Filing of Revised Fire Victim Claim Plan Treatment Summary [**Dkt. TBD**].

Related Orders:

NN. Amended Order Establishing Schedule for Disclosure Statement Approval and Plan Confirmation [**Dkt. 5732**].

OO. Order re Hearing on March 10, 2020 [**Dkt. 6204**].

Status: This matter is going forward on a contested basis.

II: **MATTERS SCHEDULED TO BE HEARD IN ADVERSARY PROCEEDING:** *Gantner v. PG&E Corporation and Pacific Gas and Electric Company*, **Adv. Proc. No. 19-03061**

*CONTESTED MATTER GOING FORWARD*

3. **Motion to Dismiss**: *Debtors' Motion to Dismiss and Motion to Strike* [**Dkt. 7**].

Response Deadline: February 25, 2020.

Responses Filed:

A. Plaintiff's Opposition to Debtors' Motion to Dismiss and Motion to Strike [**Dkt. 16**].

B. Declaration of Nicholas A. Carlin in Support of Plaintiff's Opposition to Debtors' Motion to Dismiss and Motion to Strike [**Dkt. 17**].

C. Brief of the California Public Utilities Commission as Amicus Curiae Respecting Defendants' Motion to Dismiss [**Dkt. 19**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

D.   Plaintiff Anthony Gantner's Request to Strike Portions of Debtors' Reply in Support of Their Motion to Dismiss and Motion to Strike [**Dkt. 20**].

E.   Plaintiff's Ex Parte Application to Authorize Filing of Response to Brief of the California Public Utilities Commission as Amicus Curiae Respecting Defendants' Motion to Dismiss or Strike the CPUC Amicus Brief [**Dkt. 21**].

F.   Declaration of Nick Carlin in Support of Plaintiff's Ex Parte Application to Authorize Filing of Response to Brief of the California Public Utilities Commission as Amicus Curiae Respecting Defendants' Motion to Dismiss or Strike the CPUC Brief [**Dkt. 21-1**].

G.   Plaintiff's Response to Brief of Amicus Curiae California Public Utilities Commission [**Dkt. 25**].

Related Documents:

H.   Declaration of Kevin J. Orsini in Support of Debtors' Motion to Dismiss and Motion to Strike [**Dkt. 8**].

I.   Debtors' Reply in Support of Their Motion to Dismiss and Motion to Strike [**Dkt. 18**].

J.   Debtors' Response to Plaintiff's Request to Strike Portions of Debtors' Reply in Support of Their Motion to Dismiss and Motion to Strike [**Dkt. 24**].

Related Order:

K.   Order Authorizing Filing of Response to Brief of the California Public Utilities Commission as Amicus Curiae Respecting Defendants' Motion to Dismiss or Strike the CPUC Brief [**Dkt. 23**].

Status:  This matter is going forward on a contested basis.

**SCHEDULING CONFERENCE**

4.   **Discovery Conference Order**: *Order Re Initial Disclosures and Discovery Conference* [**Dkt. 3**].

Responses Filed:

A.   Letter to Court Regarding Scheduling Conference and Discovery Deadlines [**Dkt. 12**].

B.   Plaintiff's Response to Letter Requesting Continuance of Status Conference [**Dkt. 13**].

C.   Letter to Court Regarding Discovery Deadlines [**Dkt. 15**].

Status:  This matter is going forward.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

### III: RESOLVED AND CONTINUED MATTERS IN MAIN CASE: No. 19-30088 (DM)

5. **ACWA/JPIA Late Claim Motion**: *Motion Pursuant to Fed. R. Bank. P. 9006(b)(1) to Enlarge the Time for ACWA/JPIA to File Proof of Claim* [**Dkt. 5215**].

   Response Deadline: February 19, 2020, at 4:00 p.m. (Pacific Time).

   Responses Filed:

   A. Amended Stipulation Enlarging Time for ACWA/JPIA to File Proof of Claim [**Dkt. 6056**].

   Related Documents:

   B. Declaration of Jennifer Nogosek in Support of *Motion Pursuant to Fed. R. Bank. P. 9006(b)(1) to Enlarge the Time for ACWA/JPIA to File Proof of Claim* [**Dkt. 5216**].

   Related Order:

   C. Order Approving Amended Stipulation Enlarging Time for ACWA/JPIA to File Proof of Claim [**Dkt. 6067**].

   Status: This matter has been resolved by stipulation [**Dkt. 6056**] and order [**Dkt. 6067**] and dropped from the calendar by March 4, 2020 Docket Text Order.

6. **Yanni Retention Application**: *Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Cathy Yanni as Claims Administrator Nunc Pro Tunc to January 13, 20202 Through the Effective Date of the Resolution Trust Agreement* [**Dkt. 5723**].

   Response Deadline: March 3, 2020, at 4:00 p.m. (Pacific Time).

   Responses Filed:

   A. Debtors' Statement with Respect to the Official Committee of Tort Claimants' Applications to Retain and Employ Cathy Yanni as Claims Administrator and the Hon, John K. Trotter (Ret.) as Trustee for the Fire Victim Trust [**Dkt. 5994**].

   B. California State Agencies' Reservation of Rights on Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Cathy Yanni as Claims Administrator Nunc Pro Tunc to January 13, 20202 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 6030**].

   Related Documents:

   C. Declaration of Cathy Yanni in Support of Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Cathy Yanni as Claims Administrator Nunc Pro Tunc to January 13, 20202 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 5724**].

D.  Supplemental Declaration of Cathy Yanni in Support of Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Cathy Yanni as Claims Administrator Nunc Pro Tunc to January 13, 20202 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 5967**].

Status:  This matter was dropped from the calendar by March 6, 2020 Docket Text Order.  The court directed the TCC and the Debtors to meet and confer about a reasonable cap and budget dealing with fees, costs and expenses to be incurred.  If they are unable to agree, the TCC may restore these applications to the next available calendar.

7.  **Trotter Retention Application**: *Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee Nunc Pro Tunc to January 13, 20202 Through the Effective Date of the Resolution Trust Agreement* [**Dkt. 5726**].

Response Deadline: March 10, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A.  Debtors' Statement with Respect to the Official Committee of Tort Claimants' Applications to Retain and Employ Cathy Yanni as Claims Administrator and the Hon, John K. Trotter (Ret.) as Trustee for the Fire Victim Trust [**Dkt. 5994**].

B.  California State Agencies' Reservation of Rights on Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee *Nunc Pro Tunc* to January 13, 20202 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 6032**].

Related Documents:

C.  Declaration of Hon. John K. Trotter (Ret.) in Support of Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee *Nunc Pro Tunc* to January 13, 20202 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 5727**].

D.  Supplemental Declaration of Hon. John K. Trotter (Ret.) in Support of Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee *Nunc Pro Tunc* to January 13, 20202 Through the Effective Date of the Resolution Trust Agreement [**Dkt. 5976**].

Status:  This matter was dropped from the calendar by March 6, 2020 Docket Text Order.  The court directed the TCC and the Debtors to meet and confer about a reasonable cap and budget dealing with fees, costs and expenses to be incurred.  If they are unable to agree, the TCC may restore these applications to the next available calendar.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

8. **Clarke Stay Relief Motion (Marina)**: *Supplemental Motion for Relief from the Automatic Stay* [**Dkt. 5768**].

<u>Response Deadline</u>: March 5, 2020, at 4:00 p.m. (Pacific Time).

<u>Responses Filed</u>:

A. Stipulation and Agreement for Order Between Debtors and Dan Clarke for Relief from the Automatic Stay [**Dkt. 6070**].

<u>Related Documents</u>:

B. Request for Judicial Notice in Support of Supplemental Motion for Relief from the Automatic Stay [**Dkt. 5768-1**].

C. Declaration of Matthew D. Metzger in Support of Request for Judicial Notice [**Dkt. 5768-2**].

D. Declaration of Stuart G. Gross in Support of Supplemental Motion for Relief from the Automatic Stay [**Dkt. 5768-3**].

<u>Related Order</u>:

E. Order Approving Stipulation and Agreement for Order Between Debtors and Dan Clarke for Relief from the Automatic Stay [**Dkt. 6117**].

<u>Status</u>: This matter was resolved by stipulation [**Dkt. 6070**] and order [**Dkt. 6117**] and dropped from the calendar by March 5, 2020 Docket Text Order.

9. **Clarke Stay Relief Motion (Cannery)**: *Motion for Relief from the Automatic Stay* [**Dkt. 5771**].

<u>Response Deadline</u>: March 5, 2020, at 4:00 p.m. (Pacific Time).

<u>Responses Filed</u>:

A. Stipulation and Agreement for Order Between Debtors and Dan Clarke for Relief from the Automatic Stay [**Dkt. 6070**].

<u>Related Documents</u>:

B. Declaration of Stuart G. Gross in Support of Motion for Relief from the Automatic Stay (Cannery MGP Litigation) [**Dkt. 5771-1**].

<u>Related Order</u>:

C. Order Approving Stipulation and Agreement for Order Between Debtors and Dan Clarke for Relief from the Automatic Stay [**Dkt. 6117**].

<u>Status</u>: This matter was resolved by stipulation [**Dkt. 6070**] and order [**Dkt. 6117**] and dropped from the calendar by March 5, 2020 Docket Text Order.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

10. **Debtors' 503(b)(9) Motion**: *Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)* [**Dkt. 2896**].

<u>Response Deadline</u>: July 31, 2019, at 4:00 p.m. (Pacific Time).

<u>Responses Filed</u>:

A. Response in Opposition to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3263**].

B. Response of C.H. Reynolds Electric, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3267**].

C. Opposition of Shiloh IV Lessee, LLC to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3284**].

D. Opposition of Marsh Landing, LLC to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3286**].

E. Proposed Document Filed Under Seal [**Dkt. 3287**].

F. Response of Claimant Global Ampersand LLC to Objection of Debtors to Claim Asserted by Claimant Pursuant to 11. U.S.C. § 503(b)(9) [**Dkt. 3288**].

G. Response of Surf to Snow Environmental Resource Management, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3302**].

H. Omnibus Stipulation Between Debtors and Certain Claimants Extending Time to Respond to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3306**].

I. Response of U.S. Telepacific Corp. DBA TPX Communications to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3313**].

J. Letter to Court from Hypower, Inc. Regarding Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3315**].

K. Exhibit A of Response of C.H. Reynolds Electric, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3324**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Related Documents:

L.  Declaration of Robb C. McWilliams in Support of Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 2897**].

M.  Notice of Filing of Revised Proposed Order Approving Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3522**].

Related Orders:

N.  Order Granting Omnibus Stipulation Between Debtors and Certain Claimants Extending Time to Respond to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3365**].

O.  Order Granting Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3564**].

Status: This matter has been continued to March 25, 2020 by Dkt. 6143.

11. **Debtor's Application to Retain McKinsey & Company, Inc.**: *Application of Debtors Pursuant to U.S.C. §§ 363(b) and 105(a) for Authority to Enter Into, Perform Under and Make Payments Under Certain Consulting Contracts with McKinsey & Company, Inc. United States* [**Dkt. 3919**].

Response Deadline: March 3, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

D.  Statement of Jay Alix [**Dkt. 4426**].

E.  Conditional Consent of the Official Committee of Tort Claimants to Application of Debtors Pursuant to 11 U.S.C. §§ 363(b) and 105(a) for Authority to Enter Into, Perform Under and Make Payments Under Certain Consulting Contracts with McKinsey & Company, Inc. United States [Dkt. No. 3919] [**Dkt. 5308**].

F.  Declaration of Dmitry Krivin in Support of Debtors' Application Pursuant to 11 U.S.C. §§ 363(b) and 105(a) for Authority to Enter Into, Perform Under and Make Payments Under Certain Consulting Contracts with McKinsey & Company, Inc. United States [Dkt. No. 3919] [**Dkt. 5924**].

G.  Supplement to Debtors' Application Pursuant to 11 U.S.C. §§ 363(b) and 105(a) for Authority to Enter Into, Perform Under and Make Payments Under Certain Consulting Contracts with McKinsey & Company, Inc. United States [**Dkt. 5925**].

Status: This matter has been resolved by Docket Text Order on March 6, 2020.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: March 9, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

By:    /s/ *Dara L. Silveira*
       Dara L. Silveira

*Attorneys for Debtors and Debtors in Possession*