Weil, Gotshal & Manges LLp
Stephen Karotkin *(pro hac vice)*
(Stephen.karotkin@weil.com)
Ray C. Schrock, P.C *(pro hac vice)*
(ray.schrock@weil.com)
Jessicia liou *(pro hac vice)*
(Jessica.liou@ weil.com)
Matthew Goren *(pro hac vice)*
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel. 212 310 8000
Fax. 212 310 8007

Attorneys for Debtors
and Debtors in Possession

Keller & Benvenutti
Tobias S. (#151445)
(tkeller@kellerbenvenutti.com)
Jan Kim (#298192)
(jkim@kellerbenvenutti.com)
*650 California street, Suite 1900*
San Francisco, CA. 94108
Tel. 415 496 6723
Fax. 650 636 9251



FILED
MAR - 9 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# United States Bankruptcy Court
## Northern District Of California
## San Francisco Division

| | |
|---|---|
| PG& E Corporation<br>-And-<br>Pacific Gas And Electric Company<br>**Debtors**<br><br>Pro Se, Ginn M. Doose<br>a/k/a Virginia M. Doose<br>c/o P.O. Box 2310<br>Clearlake, CA. 95422<br><br>    **Creditor**<br>Claim no. 59703 | Chapter 11<br>Case No. 19-30088 (DM)<br>(Lead Case)<br>(Jointly Administered)<br><br>**Response to; Amended Notice Of Hearing on Approval (A) Proposed Statement For Debtors' And Shareholder Proponents' Joint Chapter 11 Plan of Reorganization; (B) Plan Solicitation And Voting Procedures; (C) Forms of Ballots, Solicitation Packages, And Related Notices; And (D) Other Related relief.** |

Honorable Judge Dennis Montali, presiding. Having reviewed the; 2/11/20 Doc. # 5732,

Amended Schedule for Disclosure Statement Approval and Plan Conformation, Amended Notice of

Hearing dated 2/11/20 Doc. #5733, and the required January 31, 2020 Doc. #5590.

This creditor isn't sure I should be making decisions regarding the; **PG&E Corporation, and**

**Pacific Gas and Electric Company stock's,** or the **Fire Victims funds.**

• I must object to the proposed plan as it is written, **I feel it is unconfirmable as a matter of** law.

• As a victim of the 2017-2018 North California fires, I myself was lucky.  I didn't lose; a home, my Animals,  or a love ones.  I tend to lean towards providing practical help and assistance for the hard hit low income communities , and elderly sometimes overlooked.

## Statement of Fact.

The settlement agreement of December 31, 2003 touched on the hydro electric facilities that are part of legal parcels regulated by the FERC, which speak to the 1966 Series H. Water Bonds.

• I filed as a creditor to the PG&E Corporation and Pacific Gas & Electric Bankruptcy to secure my Water Bonds 1966 series H. attached to my property/ estate known as; APN 625-0-140- 010 that matured in January of 1992.

• A public notice was published in our local Ventura News Paper, I enclosed a copy of that notice with my original form filed with the Prime Clerk in Grand Station new York, NY 10163-4850.

• I received a proof of claim number, and was requested to file additional support documents with the PG&E legal department. I sent a copy of the document list to the Prime Clerk in New York.

• **Under Rule 2002 (a) (6),** As a; **Senior Claim Holder of Water Bonds.** I am requesting and I believe I am entitled to an **Obusman hearing,** due to the value of the 1966 Series Water Bonds.

(2)

- I was declared a vexatious litigate February 8, 1993, and not allowed to defend myself. My Grant Deed with Santa Barbara Savings, states I have right to be heard in a court of Law when no default exist.

- In the 1994 Metropolitan Water District Court Hearing, in Los Angeles Superior Court I was **prohibited from filing** a copy of my Grant Deed APN 652 -0-140-010 as exculpatory evidence.

- In reading through January 31, 2020, P. 10, item 1.21 **Cause of Action (d)** Claim of fraud, and **(e) Fraudulent Transfer** while under a Bankruptcy Stay.

**(D) Other Related relief.**

- The land —my ex-husband and I -purchased on April 4, 1979 parcel; APN 625- 0-140 - 010 B, became the desire of a Regional Director of the Office of Thrift Supervision for their personal gain. I was blocked from taking possession of my property and estate, or settling the violations to my home and property.

- May 10-11, 1990, the OTS ordered Santa Barbara Federal Savings creditor home, property and estate were under the Central District Bankruptcy Receivership protection of RTC/FDIC.

- The complex violations I've addressed to the Northern District Bankruptcy court started during the violation of my 1990-1991Central District Bankruptcy Stay. The harassment escalated with the September 15, 1992 setting aside the alleged default, while my home, land and estate were in Receivership of the RTC/FDIC, (Bankruptcy Order dated January 28, 1992).

(3)

I copied and read the documents that were cited to bring me up to speed. It is my understanding whatever I don't bring before the Court in my request for an Obusman Hearing won't be allowed. I sincerely hope I have stayed within the allotted guidelines.

I swear under the Laws of the State of California, that the aforementioned facts are true and Correct under penalty of perjury.

Dated _March 4, 2020_     _Ginn Doose_

Respectfully Submitted by; Ginn M. Doose
c/o P. O. Box 2310, Clearlake, CA. 95422

(4)

## Proof of Service

*By placing a true and correct copy of the; Response filing as stated on the first page , with affixed Postage atop, addresses as follows;*

Clerk U.S. Bankruptcy Court for
Northern District of California
450 Golden Gate Avenue
Mail Box 36099,
San Francisco, CA. 94102

Debtor's
c/o PG&E Corporation
77 Beale Street
P.O. Box 770000
San Francisco, CA.
94102

The Attorney's for Debtor's
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY. 10153
Attn: Stephen Karokin, Esq.
Jessica Liou, Esq. and Matthew Goren, Esq.

Keller & Ben Venutti LLP
650 California Street, suite 1900
San Francisco, CA. 94108
Attn: Tobias S. Keller, Esq.
and Jane Kim, Esq.

Caravath, Swaine & Moore LLP
World Wide Plaza
825 Eight Avenue
New York, New York, 10019
Attn: Paul H. Goren, Esq.

The U.S. Trustee450 Golden Gate Avenue
5 th Floor, Suite 05-0153
San Francisco, CA. 94102
Attn: James L. Snyder, Esq.
and Timothy Laffredi, Esq.

Attorney's for Debtor's –in -Possession
Stroock & Lavan LLP
180 Maiden Lane, New York,
New York,10038-4982
Attn: Kristopher M. Hansen, Esq.
Erez E. Gilad, Esq. and
Matthew G. Garofolo, Esq.

Stroock & Stroock & Larvan LLP
2029 Central Park east,
Los Angeles, CA. 90067-3086
Attn: Frank A. Merola, Esq.

Attorneys for The Collateral Agent Under The
Debtor's -in- Possession financing facility
David Polk & Wardwell LLP
450 Lexington Avenue, New York,
New York, 1007
Attn: Eli J. Vonnegut, Esq. David Schiff, Esq.
and Timothy Graulich, Esq.

The Attorney's for the CPUC,
Paul, Weiss, Rifkind, Wharton, & Garrison, LLP
1285 Avenue of the Americas, New York,
New York  10019-6064
Attn: Alan W. Kornberg, Esq.
Brian S. Hermann, Esq., Walter R. Rieman, Esq
Sean A. Mitchell, Esq. and
Neal P. Donnelly, Esq.

(5)

The Attorney's for the Creditors Committee
Milbank, LLP
55 Hudson Yard, New York new York
10001-2163
Attn: Dennis F. Dunne, Esq. and
Samuel A. Kahlil, Esq.

Milbank , LLP
2029 Central Park East, 33 rd Flood
Los Angeles, CA. 90067
Attn: Gregory A. Bray, Esq. and
Thomas R. Kreller, Esq.

The Attorney's for the Tort Claimants Committee
Baker & Hostetler LLP
1160 Battery Street, Suite 100,
San Francisco, CA. 94111
Attn: Robert A. Julian, Esq. and
Cecily A. Dumas, Esq.

Baker & Hostetler LLP,
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA. 90025-0509
Attn: Eric E. Sageman, Esq. and
Lauren T. Attard, Esq.

The Attorney's For
Ad Hoc Group of Subrogation Claims Holder
Willkie Farr & Gallagher LLP,
787 Seventh Avenue, New York, New York
10019-6099
Attn: Matthew A. Feldman, Esq.
Joseph G. Minias, Esq., Benjamin P. McCallen
And Dainel I.Forman Esq.

Diemer & Wei, LLP
100 West San Fernando Street, Suite 555,
San Jose CA. 95113
Attn: Kathryn S. Diemer

Attorney's for the Shareholders Proponents
Jones Day
555 South Flower Street, Fiftieth Floor
Los Angeles, CA. 90071-2300
Attn: Bruce S. Bennett, Esq. Joshua M.
Mester Esq. and James O. Johnson Esq.

Attorney's for the Ad Hoc Committee of
Senior Unsecured Note Holders
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park, New York, New York
10036
Attn: Michael S. Stamer, Esq.
Ira S. Dizengoff, Esq. David H. Botter,
Esq. Abid Qureshi, Esq.

Akin Gump Strauss Hauer & Feld LLP
580 California Street, Suite 1500
San Francisco, CA. 94104
Attn: Ashley Vinson Crawford, Esq.

Signed _____    Dated 3-4-20
     Pro-se Ginn m. Doose, aka, Virginia M. Doose
     P.O. Box 2310, Clearlake, CA 95422

(6)