1  David A. Rosenzweig
   NORTON ROSE FULBRIGHT US LLP
2  1301 Avenue of the Americas    Signed and Filed: March 9, 2020
   New York, NY 10019-6022
3  Tel: (212) 318-3035
   Email: david.rosenzweig@nortonroseful 
4
                                    _____
                                    **DENNIS MONTALI**
5                                   U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>PG&E Corporation<br>- and -<br>Pacific Gas and Electric Company<br><br>Debtor(s). | Case No. 19-30088 (DM)<br><br>Chapter 11 |

### ORDER GRANTING APPLICATION FOR ADMISSION OF
### ATTORNEY *PRO HAC VICE*

David A. Rosenzweig, whose business address and telephone number is Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, NY 10019-6022, Telephone No.: (212) 318-3035, and who is an active member in good standing of the bar of the State of New York and of the United States Bankruptcy Court and the United States District Court for the Southern District of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Adventist Health System/West, a California religious non-profit corporation, Feather River Hospital, a California religious non-profit corporation, a/k/a Adventist Health Feather River, and Paradise Retirement Residence LLP d/b/a Feather Canyon.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

98907562.1

will constitute notice to the represented party. All future filings in this action are subject to the Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States Bankruptcy Court for the Northern District of California.

**END OF ORDER**

98907562.1

- 2 -

DOCUMENT PREPARED ON RECYCLED PAPER