Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>　　　　　　　　　Debtors.<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF FILING OF AMENDED PROPOSED FIRE VICTIM TRUST AGREEMENT AND AMENDED PROPOSED FIRE VICTIM CLAIMS RESOLUTION PROCEDURES SUMMARY**<br><br>Relates to Dkt. Nos. 5700, 5732, 5873, 6049 |

**PLEASE TAKE NOTICE** that on February 7, 2020, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**") filed a proposed disclosure statement in the above-captioned chapter 11 cases [Dkt. No. 5700];

**PLEASE TAKE FURTHER NOTICE** that on February 11, 2020, this Court entered an order [Dkt. No. 5732] directing the filing of a proposed Fire Victim Trust Agreement and proposed Fire Victims Claims Resolution Procedures Summary;

**PLEASE TAKE FURTHER NOTICE** that on February 21, 2020, the Official Committee of Tort Claimants (the "**TCC**") filed a notice of filing a proposed Fire Victims Claims Resolution Procedures Summary [Dkt. No. 5873];

**PLEASE TAKE FURTHER NOTICE** that on March 3, 2020, TCC filed a notice of filing a proposed Fire Victim Trust Agreement [Dkt. No. 6049];

**PLEASE TAKE FURTHER NOTICE** that TCC and the Consenting Fire Claimant Professional Group, together with proposed trustee Justice John Trotter and proposed claims administrator Cathy Yanni, have amended the proposed Fire Victims Claims Resolution Procedures Summary and the Fire Victim Trust Agreement;

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a redline of the proposed changes to the Fire Victims Claims Resolution Procedures Summary, including an addition of Frequently Asked Questions;

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a redline of the proposed changes to the Fire Victim Trust Agreement; and

**PLEASE TAKE FURTHER NOTICE** that none of the Plan Proponents have approved the attached.

Dated: March 9, 2020

BAKER & HOSTETLER LLP

By: _/s/ Lauren T. Attard_
     Lauren T. Attard

*Counsel to the Official Committee of Tort Claimants*