| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP | JONES DAY |
| Stephen Karotkin (*pro hac vice*) | Bruce S. Bennett (SBN 105430) |
| (stephen.karotkin@weil.com) | (bbennett@jonesday.com) |
| Ray C. Schrock, P.C. (*pro hac vice*) | Joshua M. Mester (SBN 194783) |
| (ray.schrock@weil.com) | (jmester@jonesday.com) |
| Jessica Liou (*pro hac vice*) | James O. Johnston (SBN 167330) |
| (jessica.liou@weil.com) | (jjohnston@jonesday.com) |
| Matthew Goren (*pro hac vice*) | 555 South Flower Street |
| (matthew.goren@weil.com) | Fiftieth Floor |
| 767 Fifth Avenue | Los Angeles, CA 90071-2300 |
| New York, NY 10153-0119 | Tel: 213 489 3939 |
| Tel: 212 310 8000 | Fax: 213 243 2539 |
| Fax: 212 310 8007 | |

*Attorneys for Shareholder Proponents*

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| | Case No. 19-30088 (DM) |
| **In re:** | Chapter 11 |
| **PG&E CORPORATION,** | (Lead Case) |
| - and - | (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF FILING OF AMENDED EXHIBIT B (FINANCIAL PROJECTIONS) TO [PROPOSED] DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION** |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ☒ Affects both Debtors | **Related Dkt No. 5801** |
| *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PLEASE TAKE NOTICE** that, on February 7, 2020, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, filed the *[Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [Dkt. No. 5700] (as it may be amended, modified or supplemented, and together with any exhibits or schedules thereto, the "**Proposed Disclosure Statement**") for the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated January 31, 2020* [Dkt. No. 5590] (as it may be amended, modified or supplemented, and together with any exhibits or schedules thereto, the "**Plan**").

**PLEASE TAKE FURTHER NOTICE** that, on February 18, 2020, the Debtors filed the proposed Exhibit B (Financial Projections) to the Proposed Disclosure Statement [Dkt. No. 5801], (the "**Original Financial Projections**").

**PLEASE TAKE FURTHER NOTICE** that, on the date hereof, the Debtors filed the Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated March 9, 2020 [Dkt. No. 6217].

**PLEASE TAKE FURTHER NOTICE** that, on the date hereof, the Debtors filed an amended version of the *[Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [Dkt. No. 6219], which has been revised to, among other things, include additional disclosure and other revisions in response to certain formal and informal objections received by the Plan Proponents to the February 7 Proposed Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit 1-1** and **Exhibit 1-2**, respectively, are copies of the Debtors' amended Exhibit B (Financial Projections) (the "**Amended Financial Projections**") and a redline comparison of the Amended Financial Projections against the Original Financial Projections.

Dated: March 9, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

/s/ *Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors and Debtors in Possession*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119