# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

PG&E Corporation and

Pacific Gas and Electric Company,

Debtors.

Chapter 11

Case No. 19-30088 (DM) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**

**Cowen Special Investments LLC**

Name and Address where notices to transferee should be sent:

Cowen Special Investments LLC
599 Lexington Avenue
New York, NY 10022
Attention: Legal Department
Email: danny.phillips@cowen.com
owen.littman@cowen.com

**Name of Transferor**

**Allied World Assurance Company, et al.**

c/o Cozen O'Connor
501 West Broadway, Suite 1610
San Diego, CA 92101
Attention: Howard Maycon, Kevin Bush

**Proof of Claim Number: 88464**

**Debtor: Pacific Gas and Electric Company and PG&E Corporation [subrogation claim]**

**Claim Amount: $26,995,520.09**

**Date Claim Filed: December 5, 2019**

Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 3/10/2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DB1/ 112886068.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court")
Attn: Clerk of the Court

AND TO: PG&E Corporation *and* Pacific Gas & Electric Company (the "Debtors")
*In re PG&E Corporation, In re Pacific Gas & Electric Company,*
Case No. 19-30088-DM (Jointly Administered)

**Proof of Claim Number: 88464 (amending 56481 and 57030)**
**Claim Amount: $26,995,520.09**

**Allied World Insurance Company, Allied World Assurance Company (U.S.) Inc., Allied World Assurance Company, Ltd, Allied World Specialty Insurance Company, and Syndicate 2232, at Lloyd's, London**, their successors and assigns (collectively, "Transferor") hereby acknowledge that, for good and valuable consideration, Transferor has unconditionally and irrevocably sold, transferred and assigned to:

**Cowen Special Investments LLC**

its successors and assigns ("Transferee") all rights, title and interest in and to the above-referenced proof of claim of Transferor against the above-referenced Debtors arising by subrogation or otherwise in connection with payments made by Transferor under certain insurance policies, as detailed in the documentation submitted or to be submitted in support of such proof of claim (the "Claim") in the above-referenced case in the Bankruptcy Court or any other court with jurisdiction over the Debtors.

Transferor hereby waives any objection to the recording of the Claim in the name of the Transferee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law, if applicable, any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered recognizing Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

IN WITNESS WHEREOF, each of the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ~~November~~ ~~2019~~.
March 9, 2019

**Allied World Insurance Company**
**Allied World Assurance Company (U.S.) Inc.**
**Allied World Assurance Company, Ltd**
**Allied World Specialty Insurance Company**
**Allied World Managing Agency Limited**
**on behalf of Syndicate 2232**

By: *Paul A. Aviles*
Name: PAUL A. AVILES
Title: SVP

**Cowen Special Investments LLC**

By: _____
Name:
Title:

DB1/ 109513525.12

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court")
Attn: Clerk of the Court

AND TO: PG&E Corporation *and* Pacific Gas & Electric Company (the "Debtors")
*In re PG&E Corporation, In re Pacific Gas & Electric Company,*
Case No. 19-30088-DM (Jointly Administered)

Proof of Claim Number: 88464 (amending 56481 and 57030)
Claim Amount: $26,995,520.09

Allied World Insurance Company, Allied World Assurance Company (U.S.) Inc., Allied World Assurance Company, Ltd, Allied World Specialty Insurance Company, and Syndicate 2232, at Lloyd's, London, their successors and assigns (collectively, "Transferor") hereby acknowledge that, for good and valuable consideration, Transferor has unconditionally and irrevocably sold, transferred and assigned to:

### Cowen Special Investments LLC

its successors and assigns ("Transferee") all rights, title and interest in and to the above-referenced proof of claim of Transferor against the above-referenced Debtors arising by subrogation or otherwise in connection with payments made by Transferor under certain insurance policies, as detailed in the documentation submitted or to be submitted in support of such proof of claim (the "Claim") in the above-referenced case in the Bankruptcy Court or any other court with jurisdiction over the Debtors.

Transferor hereby waives any objection to the recording of the Claim in the name of the Transferee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law, if applicable, any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered recognizing Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

IN WITNESS WHEREOF, each of the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated ~~November ___, 2019~~. March 9, 2019

Allied World Insurance Company
Allied World Assurance Company (U.S.) Inc.
Allied World Assurance Company, Ltd
Allied World Specialty Insurance Company
Allied World Managing Agency Limited
on behalf of Syndicate 2232

By: _____
Name:
Title:

Cowen Special Investments LLC

By: *[signature]*
Name: *John McDermott*
Title: *Authorized Signatory*

DB1/ 109513525.12