# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

PG&E Corporation and

Pacific Gas and Electric Company,

Debtors.

Chapter 11

Case No. 19-30088 (DM) (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| **Cowen Special Investments LLC** | **Allied World Assurance Company, et al.** |
| Name and Address where notices to transferee should be sent:<br><br>Cowen Special Investments LLC<br>599 Lexington Avenue<br>New York, NY 10022<br>Attention: Legal Department<br>Email: danny.phillips@cowen.com<br>owen.littman@cowen.com | c/o Cozen O'Connor<br>501 West Broadway, Suite 1610<br>San Diego, CA 92101<br>Attention: Howard Maycon, Kevin Bush<br><br>**Proof of Claim Number: 57030**<br><br>**Debtor: Pacific Gas and Electric Company and PG&E Corporation [subrogation claim]**<br><br>**Claim Amount: $27,527,702.17**<br><br>**Date Claim Filed: October 21, 2019**<br><br>Last Four Digits of Acct #: N/A |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_  Date: 3/10/2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DB1/ 112886068.1

Case: 19-30088    Doc# 6230    Filed: 03/10/20    Entered: 03/10/20 07:16:01    Page 1 of 3

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court")
Attn: Clerk of the Court

AND TO: PG&E Corporation *and* Pacific Gas & Electric Company (the "Debtors")
*In re PG&E Corporation, In re Pacific Gas & Electric Company,*
Case No. 19-30088-DM (Jointly Administered)

**Claim Number: 57030**
**Claim Amount: $27,527,702.17 (liquidated amount)**

Allied World Assurance Company, Allied World Assurance Co (US) Inc., Allied World Assurance Company, Ltd., Allied World Specialty Insurance Company, AWAC London Lloyds, their successors and assigns (collectively, "**Transferor**") hereby acknowledge that, for good and valuable consideration, Transferor has unconditionally and irrevocably sold, transferred and assigned to:

**Cowen Special Investments LLC**

its successors and assigns ("**Transferee**") all rights, title and interest in and to the above-referenced proof of claim of Transferor against the above-referenced Debtors arising by subrogation or otherwise in connection with payments made by Transferor under certain insurance policies, as detailed in the documentation submitted or to be submitted in support of such proof of claim (the "Claim") in the above-referenced case in the Bankruptcy Court or any other court with jurisdiction over the Debtors.

Transferor hereby waives any objection to the recording of the Claim in the name of the Transferee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law, if applicable, any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered recognizing Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

IN WITNESS WHEREOF, each of the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 26, 2019.

**Allied World Assurance Company**
**Allied World Assurance Co (US) Inc.**
**Allied World Assurance Company, Ltd.**
**Allied World Specialty Insurance Company**
**AWAC London Lloyds**

By: *Paul A. Aviles*
Name: PAUL A. AVILES
Title: SVP

**Cowen Special Investments LLC**

By: _____
Name:
Title:

DB1/ 109513525.12

Case: 19-30088    Doc# 6230    Filed: 03/10/20    Entered: 03/10/20 07:16:01    Page 2 of 3

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court")
Attn: Clerk of the Court

AND TO: PG&E Corporation *and* Pacific Gas & Electric Company (the "Debtors")
*In re PG&E Corporation, In re Pacific Gas & Electric Company,*
Case No. 19-30088-DM (Jointly Administered)

**Claim Number: 57030**
**Claim Amount: $27,527,702.17 (liquidated amount)**

Allied World Assurance Company, Allied World Assurance Co (US) Inc., Allied World Assurance Company, Ltd., Allied World Specialty Insurance Company, AWAC London Lloyds, their successors and assigns (collectively, "Transferor") hereby acknowledge that, for good and valuable consideration, Transferor has unconditionally and irrevocably sold, transferred and assigned to:

### Cowen Special Investments LLC

its successors and assigns ("Transferee") all rights, title and interest in and to the above-referenced proof of claim of Transferor against the above-referenced Debtors arising by subrogation or otherwise in connection with payments made by Transferor under certain insurance policies, as detailed in the documentation submitted or to be submitted in support of such proof of claim (the "Claim") in the above-referenced case in the Bankruptcy Court or any other court with jurisdiction over the Debtors.

Transferor hereby waives any objection to the recording of the Claim in the name of the Transferee on the books and records of the Debtors and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law, if applicable, any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered recognizing Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

IN WITNESS WHEREOF, each of the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 26, 2019.

Allied World Assurance Company
Allied World Assurance Co (US) Inc.
Allied World Assurance Company, Ltd.
Allied World Specialty Insurance Company
AWAC London Lloyds

By: _____
Name:
Title:

Cowen Special Investments LLC

By: *[signature]*
Name: *John McDermott*
Title: *Authorized Signatory*

DB1/ 109513525.12

Case: 19-30088    Doc# 6230    Filed: 03/10/20    Entered: 03/10/20 07:16:01    Page 3 of 3