Signed and Filed: March 10, 2020

*[signature]*

**DENNIS MONTALI**
U.S. Bankruptcy Judge

---

1 Timoth Graulich (*pro hac vice*)
timothy.graulich@davispolk.com
2 Marc J. Tobak (*pro hac vice* pending)
marc.tobak@davispolk.com
3 David Schiff (*pro hac vice*)
david.schiff@davispolk.com
4 Daniel E. Meyer (*pro hac vice*)
daniel.meyer@davispolk.com
5 DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
6 New York, New York 10017
Telephone: (212) 450-4000
7 Facsimile: (212) 701-5800

8 Andrew D. Yaphe (SBN 274172)
andrew.yaphe@davispolk.com
9 DAVIS POLK & WARDWELL LLP
1600 El Camino Real
10 Menlo Park, California 94025
Telephone: (650) 752-2000
11 Facsimile: (650) 752-2111

12 *Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION and PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088<br>Chapter 11<br><br>(Joint Administered)<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Marc J. Tobak, whose business address and telephone number is Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, (212) 450-4000, and who is an active member in good standing of the bar of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

1
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* FOR MARC J. TOBAK

| | |
|---|---|
| 1 | will constitute notice to the represented party.  All further filings in this action are subject to the |
| 2 | Bankruptcy Local Rules and *Electronic Case Filing Procedures* adopted by the United States |
| 3 | Bankruptcy Court for the Northern District of California. |
| 4 | |
| 5 | Dated: _____ |

Judge Dennis Montali
UNITED STATES BANKRUPTCY JUDGE