Robert A. Julian (SBN 99469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:   415.659.2600
Facsimile:   415.659.2601
Email:   rjulian@bakerlaw.com
Email:   cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:   310.820.8800
Facsimile:   310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>      **-and-**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                      **Debtors**<br><br>□ Affects PG& E Corporation<br><br>□ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br><br><br><br><br><br><br><br><br>**<u>CERTIFICATE OF SERVICE</u>** |

I, Heidi Hammon-Turano, do declare and state as follows:

1. I am employed in San Francisco County in the State of California. I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 600 Montgomery Street, Suite 3100, San Francisco, CA 94111-2806.

2. I certify that on March 9 2020, I caused a true and correct copy of each of the following documents to be served via e-mail on the Standard Party Email Service List attached hereto as **Exhibit A**:

- *The Official Committee of Tort Claimants' Supplemental Brief in Support of Its Motion to Establish Procedures for Discovery Preceding Plan Confirmation [Dkt. No. 5840]; and*
- *Supplemental Declaration of David J. Richardson Re: The Official Committee Of Tort Claimants' Supplemental Brief In Support Of Its Motion To Establish Procedures For Discovery Preceding Plan Confirmation.*

3. I certify that on March 9, 2020, I caused a true and correct copy of each of the above documents to be served via First Class Mail on the Standard Party Hardcopy First Class Service List attached hereto as **Exhibit B**.

4. I certify that on March 9, 2020, I caused a true and correct copy of the above documents to be served via email on the Selected Email Service List attached hereto as **Exhibit C**:

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would testify thereto.

Executed this 10th day of March, 2020, at San Francisco, California.

Heidi Hammon-Turano

# EXHIBIT A
## Standard Parties Email Service List
### Served via Email

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Debtors | Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin, Jessica Liou, Matthew Goren | stephen.karotkin@weil.com<br>matthew.goren@weil.com<br>jessica.liou@weil.com |
| Special Counsel to Debtors | Cravath, Swaine & Moore LLP | Attn: Paul H. Zumbro, Kevin J. Orsini, George E. Zobitz, Stephen M. Kessing and Nicholas A. Dorsey, Omid H. Nasab | pzumbro@cravath.com<br>korsini@cravath.com<br>jzobitz@cravath.com<br>skessing@cravath.com<br>ndorsey@cravath.com<br>onasab@cravath.com |
| Counsel to Debtors | Keller Benvenutti Kim LLP | Attn: Tobias Keller, Jane Kim | tkeller@kbkllp.com<br>jkim@kbkllp.com |
| Office of the United States Trustee | Office of the United States Trustee | Attn: James L. Snyder, Esq. ,Timothy Lafreddi, Esq., Marta E. Villacorta | James.L.Snyder@usdoj.gov<br>timothy.s.laffredi@usdoj.gov<br>Marta.Villacorta@usdoj.gov |
| Counsel for the Official Committee of Unsecured Creditors | Milbank LLP | Attn: Dennis F. Dunne, Samuel A. Khalil, Gregory A. Bray, Thomas R. Kreller, Alan J. Stone, Samir Vora | ddunne@milbank.com<br>skhalil@milbank.com<br>Gbray@milbank.com<br>TKreller@milbank.com<br>astone@milbank.com<br>svora@milbank.com |
| Counsel for the administrative agent under the Debtors' debtor in possession financing facilities | Stroock & Stoock & Lavan LLP | Attn: Kristopher M. Hansen, Erez E. Gilad, Matthew G. Garofalo, Frank A. Merola | khansen@stroock.com<br>egilad@stroock.com<br>mgarofalo@stroock.com<br>fmerola@stroock.com |
| Counsel for the agent under the Debtors' proposed debtor in possession financing facilities | Davis Polk & Wardwell LLP | Attn: Eli J. Vonnegut, David Schiff, Timothy Graulich | eli.vonnegut@davispolk.com<br>david.schiff@davispolk.com<br>timothy.graulich@davispolk.com |
| Counsel to California Public Utilities Commission | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Alan W. Kornberg, Brian S. Hermann, Walter R. Rieman, Sean A. Mitchell, Neal P. Donnelly | akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>wrieman@paulweiss.com<br>smitchell@paulweiss.com<br>ndonnelly@paulweiss.com |
| Interested Party United States on behalf of the Federal Energy Regulatory Commission | U.S. Department of Justice | Attn: Danielle A. Pham | danielle.pham@usdoj.gov |

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| PG&E Shareholders | Jones Day | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston, | bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Ashley Vinson Crawford | avcrawford@akingump.com |
| Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Akin Gump Strauss Hauer & Feld LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter | mstamer@akingump.com<br>idizengoff@akingump.com<br>dbotter@akingump.com |
| Co-Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company | Braunhagey & Borden LLP | Attn: J. Noah Hagey, Jeffrey M. Theodore, David H. Kwasniewski, Andrew Levine | hagey@braunhagey.com<br>theodore@braunhagey.com<br>kwasniewski@braunhagey.com<br>levine@braunhagey.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Willkie Farr & Gallagher LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Daniel I. Forman, Benjamin P. McCallen; Antonio Yanez, Jr., Erica L. Kerman, Jonathan D. Waisnor, Matthew Freimuth | mfeldman@willkie.com<br>jminias@willkie.com<br>dforman@willkie.com<br>bmccallen@willkie.com<br>ayanez@willkie.com<br>ekerman@willkie.com<br>jwaisnor@willkie.com<br>mfreimuth@willkie.com |
| Counsel for Ad Hoc Group of Subrogation Claim Holders | Diemer & Wei, LLP | Attn: Kathryn S. Diemer | kdiemer@diemerwei.com |

# EXHIBIT B
## Standard Parties Hardcopy First Class Mail Service List
## Served via First Class Mail

| DESCRIPTION | NAME | ADDRESS |
|---|---|---|
| Debtors | PG&E Corporation and Pacific Gas and Electric Company | Attn: Janet Loduca<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94105 |
| U.S. Nuclear Regulatory Commission | U.S. Nuclear Regulatory Commission | Attn: General Counsel<br>Washington, D.C. 20555-0001 |

**EXHIBIT C**
Selected Email Service List

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel to Quanta Energy Services LLC | Locke Lord LLP | Attn: Elizabeth M. Guffy | eguffy@lockelord.com |
| Counsel to Quanta Energy Services LLC | Locke Lord LLP | Attn: Xiyi Fu, Kinga L. Wright | jackie.fu@lockelord.com<br>kwright@lockelord.com |
| Counsel for Non-Party Quanta Energy Services, Inc. | Shook, Hardy &Bacon L.L.P. | Attn: Eva M. Weiler, Laura M. Booth | eweiler@shb.com<br>lbooth@shb.com |
| Counsel for McKinsey & Company, Inc. U.S. | HOGAN LOVELLS US LLP | Attn: Bennett L. Spiegel | bennett.spiegel@hoganlovells.com |
| Counsel for McKinsey & Company, Inc. U.S. | HOGAN LOVELLS US LLP | Attn: Peter A. Ivanick, Alex M. Sher | alex.sher@hoganlovells.com<br>peter.ivanick@hoganlovells.com |
| Counsel for McKinsey & Company, Inc. U.S. | Sidley Austin LLLP | Attn: Samuel A. Newman, Genevieve G. Weiner | sam.newman@sidley.com<br>gweiner@sidley.com |
| Counsel for CN Utility Consulting, Inc., Cupertino Electric, Inc., Wright Tree Services, Inc., and Wright Tree Service of the West, Inc. | K&L Gates LLP | Attn: Michael B. Lubic | michael.lubic@klgates.com |
| Counsel for CN Utility Consulting, Inc., Cupertino Electric, Inc., Wright Tree Services, Inc., and Wright Tree Service of the West, Inc. | K&L Gates LLP | Attn: Matthew G. Ball | matthew.ball@klgates.com |
| Counsel for Non-Parties General Electric Company and GE Grid Solutions, LLC | Jones Day | Attn: Aaron L. Agenbroad, Jason McDonell | alagenbroad@jonesday.com<br>jmcdonell@jonesday.com |
| Counsel for Non-Parties General Electric Company and GE Grid Solutions, LLC | Jones Day | Attn: David S. Torborg | dstorborg@jonesday.com |
| Counsel for Adventist Health System/West | Adventist Health System/West | Attn: Robert L. Layton | laytonrl@ah.org |
| Counsel for Adventist Health System/West | NORTON ROSE FULBRIGHT US LLP | Attn: Rebecca J. Winthrop, Robin D. Ball | rebecca.winthrop@nortonrosefulbright.com<br>robin.ball@nortonrosefulbright.com |
| Counsel for Adventist Health System/West, Feather River Hospital, Paradise Retirement Residence LLP d/b/a Feather Canyon | NORTON ROSE FULBRIGHT US LLP | Attn: David A. Rosenzweig | david.rosenzweig@nortonrosefulbright.com |
| Attorney for Non-Party Objector (re Subpoena) MLU Services, Inc. | Smith Currie & Hancock, LLP | Attn: Daniel F. McLennon, Craig Wallace | cwallace@smithcurrie.com |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, DANETTE VALDEZ, and ANNADEL ALMENDRAS | Danette.Valdez@doj.ca.gov<br>Annadel.Almendras@doj.ca.gov |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | Margarita.Padilla@doj.ca.gov<br>James.Potter@doj.ca.gov |
| Counsel to California State Agencies | Attorney General of California | Attn: XAVIER BECERRA, MARGARITA PADILLA, and JAMES POTTER | James.Potter@doj.ca.gov |
| Counsel to California State Agencies | Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP | Attn: STEVEN H. FELDERSTEIN and PAUL J. PASCUZZI | sfelderstein@ffwplaw.com<br>ppascuzzi@ffwplaw.com |
| Counsel for Creditor Schweitzer Engineering Laboratories, Inc. | Finestone Hayes LLP | Attn: Steven D. Finestone, Jennifer C. Hayes | sfinestone@fhlawllp.com<br>jhayes@fhlawllp.com |

**EXHIBIT C**
Selected Email Service List

| DESCRIPTION | NAME | NOTICE NAME | EMAIL |
|---|---|---|---|
| Counsel for Non-Party Burns & McDonnell Engineering Company, Inc. | Pepper Hamilton LLP | Attn: Marion T. Hack, John H. Conrad, Luke N. Eaton | hackm@pepperlaw.com<br>conradj@pepperlaw.com<br>eatonl@pepperlaw.com |
| Counsel for Black & Veatch Construction, Inc. | Baker Botts L.L.P. | Attn: Natalie Sanders | natalie.sanders@bakerbotts.com |
| Counsel for Black & Veatch Construction, Inc. | Baker Botts LLP | Attn: Jonathan A. Shapiro, Daniel Martin, Tina Ngo | Jonathan.shapiro@bakerbotts.com<br>Daniel.martin@bakerbotts.com<br>Tina.ngo@bakerbotts.com |
| Counsel for Outback Contractors, Inc. | Parkinson Phinney | Attn: Thomas R. Phinney, Donna T. Parkinson | tom@parkinsonphinney.com |