WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **NOTICE OF FILING OF SECOND REVISED PROPOSED ORDER APPROVING SOLICITATION PROCEDURES MOTION** <br><br> **[Relates to Dkt. No. 5835, 6222]** |

**PLEASE TAKE NOTICE** that on January 29, 2019, PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that on February 19, 2020, the Debtors filed the *Debtors' Motion for Entry of an Order (I) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (II) Establishing and Approving Plan Solicitation and Voting Procedures; (III) Approving Forms of Ballots, Solicitation Packages, and Related Notices; and (IV) Granting Related Relief* [Docket No. 5835] (the "**Solicitation Procedures Motion**"). A hearing on the Solicitation Procedures Motion was held on **March 10, 2020, at 10:00 a.m. (Pacific Time)** (the "**Omnibus Hearing**") at the Bankruptcy Court in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. The Bankruptcy Court has continued the Omnibus Hearing to **March 11, 2020, at 2:00 p.m. (Pacific Time)**

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order with respect to the relief sought therein was attached as Exhibit A to the Solicitation Procedures Motion (the "**Original Proposed Order**").

**PLEASE TAKE FURTHER NOTICE** on March 9, 2020, the Debtors filed a *Notice of Filing of Revised Proposed Order Approving Solicitation Procedures Motion* [Dkt. No. 6222], with a revised proposed order approving the Solicitation Procedures Motion, together with all of the proposed exhibits thereto (the "**First Revised Proposed Order**") attached as Exhibit 1-1 thereto.

**PLEASE TAKE FURTHER NOTICE** that, attached hereto as **Exhibit 1-1** and **Exhibit 1-2**, respectively, are copies of the Debtors' second revised proposed order approving the Solicitation Procedures Motion, together with all of the proposed exhibits thereto (the "**Second Revised Proposed Order**") and a redline comparison of the Second Revised Proposed Order (and exhibits) against the First Revised Proposed Order. The Second Revised Proposed Order has been updated to, among other things, address comments and suggestions raised by the Court and parties in interest during the Omnibus Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to further amend, modify, or supplement the Second Revised Proposed Order at any time up to and during the Omnibus Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the pleadings and other documents identified herein can be viewed and/or obtained: (i) by accessing the Bankruptcy Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

/ / /

Dated: March 10, 2020

**WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP**

/s/ *Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors and Debtors in Possession*