# EXHIBIT A

# BERMAN AND TODDERUD LLP

## 3502 FREMONT AVENUE N., SUITE 2
## SEATTLE, WASHINGTON 98103

Eric Todderud
Direct Dial (206) 279-3272
eric@btlawllp.com

March 11, 2020

*Via E-Mail*: john.simon@pge-corp.com

John R. Simon
Executive Vice President and General Counsel
PG&E Corporation
77 Beale Street
P.O. Box 770000
San Francisco, CA 94177

*Via E-Mail*: j1lc@pge.com

Janet Loduca
Senior Vice President and Deputy General Counsel
Pacific Gas and Electric Company
77 Beale Street
P.O. Box 770000
San Francisco, CA 94177

      Re:     **In re PG&E Corporation and Pacific Gas and Electric Company**

Dear Mr. Simon and Ms. Loduca:

      Pursuant to the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees of the United States Bankruptcy Court for the Northern District of California and the United States Trustee's Guidelines, I am sending a copy of the Third Interim Fee Application of Berman and Todderud LLP for Allowance and Payment of Compensation for your review ("Third Interim Application"). The United States Trustee's Guidelines require the Debtors to exercise reasonable business judgment in monitoring the fees and expenses of the estate's professionals.

John R. Simon
Janet Loduca
March 11, 2020
Page 2

      Please notify me if you have questions or objections regarding the Third Interim Application.  If you have no objections, I request that you acknowledge that you have reviewed the Third Interim Application and do not object to it.

      Thank you for your assistance.

                                    Very truly yours,

                                    */s/ Eric Todderud*

                                    Eric Todderud

Attachment