# EXHIBIT A

# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## DECEMBER 1 THROUGH DECEMBER 31, 2019

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from December 1, 2019 through December 31, 2019 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Kevin S. Allred | Partner | 1986 | $950.00 | 188.9 | $179,455.00 | Litigation |
| Brad D. Brian | Partner | 1977 | $1,400.00 | 89.2 | $124,880.00 | Litigation |
| Erin J. Cox | Partner | 2009 | $895.00 | 58.8 | $52,626.00 | Litigation |
| Lisa J. Demsky | Partner | 1996 | $995.00 | 56.5 | $56,217.50 | Litigation |
| Michael R. Doyen | Partner | 1982 | $1,300.00 | 98.6 | $128,180.00 | Litigation |
| David H. Fry | Partner | 1997 | $995.00 | 57.1 | $56,814.50 | Litigation |
| Elaine J. Goldenberg | Partner | 1997 | $995.00 | 104.2 | $103,679.00 | Appellate |
| David B. Goldman | Partner | 1991 | $995.00 | 0.7 | $696.50 | Corporate |
| Seth Goldman | Partner | 2002 | $995.00 | 23.8 | $23,681.00 | Restructuring |
| Miriam Kim | Partner | 2002 | $895.00 | 40.5 | $36,247.50 | Litigation |
| Judith T. Kitano | Partner | 1988 | $1,100.00 | 0.2 | $220.00 | Corporate |
| Luis Li | Partner | 1991 | $1,300.00 | 44.5 | $57,850.00 | Litigation |
| Matthew A. MacDonald | Partner | 2008 | $895.00 | 59.4 | $53,163.00 | Litigation |
| Kathleen M. McDowell | Partner | 1984 | $895.00 | 45.2 | $40,454.00 | Litigation |
| Fred A. Rowley | Partner | 1997 | $995.00 | 2.4 | $2,388.00 | Appellate/ Complex Litigation |
| James C. Rutten | Partner | 1997 | $995.00 | 75.2 | $74,824.00 | Litigation |
| Donald B. Verrilli | Partner | 1983 | $1,400.00 | 13.6 | $19,040.00 | Appellate |
| Henry Weissmann | Partner | 1987 | $1,300.00 | 187.5 | $243,750.00 | Litigation |
| Mark R. Yohalem | Partner | 2005 | $895.00 | 9.4 | $8,413.00 | Appellate |
| Sarah J. Cole | Of Counsel | 2002 | $890.00 | 161.5 | $143,735.00 | Litigation |
| Michael E. Greaney | Of Counsel | 1996 | $890.00 | 1.2 | $1,068.00 | Corporate / Real Estate |
| Shannon Aminirad | Associate | 2018 | $460.00 | 33.8 | $15,548.00 | Litigation |
| Grant R. Arnow | Associate | 2017 | $535.00 | 80.5 | $43,067.50 | Litigation |
| Nick Axelrod | Associate | 2013 | $775.00 | 194.9 | $151,047.50 | Litigation |
| Michael C. Baker | Associate | 2016 | $625.00 | 109.1 | $68,187.50 | Litigation |
| Andre W. Brewster | Associate | 2015 | $685.00 | 137.5 | $94,187.50 | Litigation |

| NAME OF PROFESSIONAL | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Wesley T.L. Burrell | Associate | 2011 | $810.00 | 52.9 | $42,849.00 | Litigation |
| Allison M. Day | Associate | 2015 | $685.00 | 41.2 | $28,222.00 | Litigation |
| Raquel E. Dominguez | Associate | 2019 | $460.00 | 93.6 | $43,056.00 | Litigation |
| Brendan Gants | Associate | 2016 | $750.00 | 132.5 | $99,375.00 | Litigation |
| Alexander S. Gorin | Associate | 2017 | $535.00 | 97.2 | $52,002.00 | Litigation |
| Skylar B. Grove | Associate | 2015 | $685.00 | 96.4 | $66,034.00 | Litigation |
| Lauren M. Harding | Associate | 2015 | $685.00 | 137.1 | $93,913.50 | Litigation |
| Erinma E. Kalu | Associate | 2019 | $460.00 | 31.4 | $14,444.00 | Litigation |
| Lloyd Marshall | Associate | 2018 | $460.00 | 137.5 | $63,250.00 | Litigation |
| Megan L. McCreadie | Associate | 2017 | $535.00 | 136.0 | $72,760.00 | Litigation |
| Michele C. Nielsen | Associate | 2016 | $625.00 | 55.2 | $34,500.00 | Litigation |
| Teresa A. Reed Dippo | Associate | 2015 | $685.00 | 59.6 | $40,826.00 | Litigation |
| Giovanni S. Saarman Gonzalez | Associate | 2016 | $625.00 | 198.2 | $123,875.00 | Litigation |
| Trevor N. Templeton | Associate | 2016 | $685.00 | 40.4 | $27,674.00 | Litigation |
| Mark M. Chowdhury | Staff Counsel | 1991 | $380.00 | 88.1 | $33,478.00 | N/A |
| Lisa A. Clark | Staff Counsel | 2001 | $460.00 | 5.4 | $2,484.00 | N/A |
| Michael Y. Doko | Staff Counsel | 1998 | $405.00 | 79.3 | $32,116.50 | N/A |
| Candice Fuller | Staff Counsel | 2014 | $460.00 | 32.5 | $14,950.00 | N/A |
| Eric J. Kananen | Staff Counsel | 2001 | $460.00 | 10.3 | $4,738.00 | N/A |
| Kevin Y. Kim | Staff Counsel | 2018 | $405.00 | 13.5 | $5,467.50 | N/A |
| Michael L. Lerew | Staff Counsel | 1993 | $380.00 | 25.6 | $9,728.00 | N/A |
| Shelley Lipman | Staff Counsel | 1993 | $380.00 | 78.7 | $29,906.00 | N/A |
| Susan Liu | Staff Counsel | 2001 | $460.00 | 103.1 | $47,426.00 | N/A |
| Terence M. McKiernan | Staff Counsel | 1999 | $460.00 | 65.0 | $29,900.00 | N/A |
| Lisa M. McLean | Staff Counsel | 2001 | $380.00 | 20.4 | $7,752.00 | N/A |
| Hadi Motiee | Staff Counsel | 2007 | $460.00 | 38.8 | $17,848.00 | N/A |
| Marcia B. Osborne | Staff Counsel | 1989 | $405.00 | 79.0 | $31,995.00 | N/A |
| Doris R. Perl | Staff Counsel | 1990 | $460.00 | 28.1 | $12,926.00 | N/A |
| Mark M. Perl | Staff Counsel | 1991 | $460.00 | 82.6 | $37,996.00 | N/A |
| Allison Rector | Staff Counsel | 2018 | $405.00 | 45.4 | $18,387.00 | N/A |
| Jarrett D. Reid | Staff Counsel | 2010 | $405.00 | 31.6 | $12,798.00 | N/A |
| Barni Rothman | Staff Counsel | 1985 | $405.00 | 34.2 | $13,851.00 | N/A |

| NAME OF PROFESSIONAL | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Arjang Seraji | Staff Counsel | 1997 | $460.00 | 71.8 | $33,028.00 | N/A |
| Francoise Baldwin | Paralegal | N/A | $270.00 | 2.3 | $621.00 | N/A |
| Jennifer Galindo | Paralegal | N/A | $380.00 | 15.0 | $5,700.00 | N/A |
| Bruce M. Gordon | Paralegal | N/A | $270.00 | 17.4 | $4,698.00 | N/A |
| Arn Jacobsen | Paralegal | N/A | $380.00 | 27.0 | $10,260.00 | N/A |
| Michael J. Lamb | Paralegal | N/A | $380.00 | 43.4 | $16,492.00 | N/A |
| Melissa Lee-Segovia | Paralegal | N/A | $325.00 | 8.0 | $2,600.00 | N/A |
| Gary LeGault | Paralegal | N/A | $270.00 | 6.0 | $1,620.00 | N/A |
| Larry M. Polon | Paralegal | N/A | $325.00 | 59.8 | $19,435.00 | N/A |
| Cynthia R. Richardson | Paralegal | N/A | $380.00 | 25.5 | $9,690.00 | N/A |
| Victor H. Gonzales | ALS | N/A | $350.00 | 53.5 | $18,725.00 | N/A |
| Lawrence Jayme | ALS | N/A | $350.00 | 11.6 | $4,060.00 | N/A |
| Bowe Kurowski | ALS | N/A | $430.00 | 67.8 | $29,154.00 | N/A |
| Bryan D. Loper | ALS | N/A | $430.00 | 20.7 | $8,901.00 | N/A |
| Phillip E. Nickels, Jr. | ALS | N/A | $430.00 | 15.7 | $6,751.00 | N/A |
| Jason D. Troff | ALS | N/A | $430.00 | 134.1 | $57,663.00 | N/A |
| Marissa E. Andrea | Library | N/A | $245.00 | 6.6 | $1,617.00 | N/A |
| Nelson Marinero | Case Clerk | N/A | $110.00 | 13.7 | $1,507.00 | N/A |
| Jennifer C. Mendoza | Case Clerk | N/A | $110.00 | 6.2 | $682.00 | N/A |
| **Total Professionals:** | | | | **4651.1** | **$3,179,151.50** | |

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partner | $ 1,092 | 1,155.7 | $ 1,262,579.00 |
| Of Counsel | $ 890 | 162.7 | $ 144,803.00 |
| Associate | $ 630 | 1,865.0 | $ 1,174,818.50 |
| Staff Counsel | $ 425 | 933.4 | $ 396,775.00 |
| **Attorneys Total** | **$ 724** | **4,116.8** | **$ 2,978,975.50** |
| Paralegal | $ 348 | 204.4 | $ 71,116.00 |
| ALS | $ 413 | 303.4 | $ 125,254.00 |
| Library | $ 245 | 6.6 | $ 1,617.00 |
| Case Clerk | $ 110 | 19.9 | $ 2,189.00 |
| **Paraprofessionals Total** | **$ 375** | **534.3** | **$ 200,176.00** |
| **Grand Total** | **$ 684** | **4,651.1** | **$ 3,179,151.50** |