# EXHIBIT B

# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR
## SERVICES RENDERED BY MUNGER, TOLLES & OLSON LLP
## DECEMBER 1 THROUGH DECEMBER 31, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 021 | Non-Bankruptcy Litigation / Wildfire (Criminal) | 1949.5 | $1,118,772.50 |
| 022 | Non-Working Travel[2] | 51.8 | $47,367.00 |
| 023 | Purchase Power Agreements (including Adversary Proceedings) | 407.3 | $310,724.00 |
| 025 | Regulatory Issues Including CPUC and FERC | 1041.3 | $909,660.00 |
| 026 | Retention / Billing / Fee Applications: MTO | 40.4 | $27,583.00 |
| 033 | TUB - Tubbs Fire state court litigation (Judge Jackson) | 831.3 | $549,940.00 |
| 035 | Kincade | 317.7 | $204,304.00 |
| 036 | Inverse Condemnation Appeal | 11.8 | $10,801.00 |
| **TOTAL** | | **4651.1** | **$3,179,151.50** |

---

[2] Non-working travel time reflects the Court's ruling on the Fee Examiner motion heard on October 7, 2019 and further discussion with the Fee Examiner regarding non-working car travel time.