# EXHIBIT C

# EXHIBIT C

## EXPENSE SUMMARY
## DECEMBER 1 THROUGH DECEMBER 31, 2019

| EXPENSES | AMOUNTS |
|---|---:|
| Meals | $2,106.50 |
| Travel – Airfare | $32,006.74 |
| Travel – Hotel | $18,629.06 |
| Travel – Ground (Local) | $24.00 |
| Travel – Ground (Out of Town) | $5,227.04 |
| Copying Charges | $2,420.93 |
| Filing/Recording/Registration Fees | $681.00 |
| Transcripts | $825.00 |
| Messenger | $39.90 |
| Air Express | $809.86 |
| Other Expense | $14.98 |
| **Total Expenses Requested:** | **$62,785.01** |