# EXHIBIT B

# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR
## SERVICES RENDERED BY MUNGER, TOLLES & OLSON LLP
## JANUARY 1 THROUGH JANUARY 31, 2020

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 021 | Non-Bankruptcy Litigation / Wildfire (Criminal) | 1,730.8 | $1,185,502.50 |
| 022 | Non-Working Travel[2] | 25.1 | $29,802.10 |
| 023 | Purchase Power Agreements (including Adversary Proceedings) | 240.8 | $211,764.00 |
| 025 | Regulatory Issues Including CPUC and FERC | 1,574.7 | $1,401,962.00 |
| 026 | Retention / Billing / Fee Applications: MTO | 38.5 | $35,132.50 |
| 035 | Kincade | 404.8 | $275,802.00 |
| 036 | Inverse Condemnation Appeal | 28.4 | $28,550.00 |
| **TOTAL** | | **4,043.1** | **$3,168,515.10** |

---

[2] Non-working travel time reflects the Court's ruling on the Fee Examiner motion heard on October 7, 2019 and further discussion with the Fee Examiner regarding non-working car travel time.