# EXHIBIT C

# EXHIBIT C

## EXPENSE SUMMARY
## JANUARY 1 THROUGH JANUARY 31, 2020

| EXPENSES | AMOUNTS |
|---|---|
| Meals | $1,244.94 |
| Travel – Airfare | $16,877.67 |
| Travel – Hotel | $13,198.21 |
| Travel – Ground (Out of Town) | $3,181.36 |
| Copying Charges | $297.90 |
| Filing/Recording/Registration Fees | $619.00 |
| Consultants/Professional Services | $222,641.25 |
| Air Express | $446.99 |
| Other Expense | $13.99 |
| **Total Expenses Requested:** | **$258,521.31** |