# Notice Recipients

District/Off: 0971−3          User: dchambers          Date Created: 3/12/2020
Case: 19−30088               Form ID: TRANSC          Total: 28

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Andrew I. Silfen | andrew.silfen@arentfox.com |
| aty | Benjamin Mintz | benjamin.mintz@arnoldporter.com |
| aty | Daniel I. Forman | dforman@willkie.com |
| aty | David A. Rosenzweig | david.rosenzweig@nortonrosefulbright.com |
| aty | David J. Richardson | drichardson@bakerlaw.com |
| aty | Elizabeth A. Green | egreen@bakerlaw.com |
| aty | Eric R. Goodman | egoodman@bakerlaw.com |
| aty | Gregory A. Bray | gbray@milbank.com |
| aty | Matthew Jordan Troy | matthew.troy@usdoj.gov |
| aty | Matthew W. Grimshaw | matt@grimshawlawgroup.com |
| aty | Michael B. Lubic | michael.lubic@klgates.com |
| aty | Michael S. Neumeister | MNeumeister@gibsondunn.com |
| aty | Paul J. Pascuzzi | ppascuzzi@ffwplaw.com |
| aty | Rebecca J. Winthrop | rebecca.winthrop@nortonrosefulbright.com |
| aty | Richard A. Marshack | rmarshack@marshackhays.com |
| aty | Timothy S. Laffredi | timothy.s.laffredi@usdoj.gov |

TOTAL: 16

**Recipients submitted to the Claims Agent (Prime Clerk):**

aty    Frank Pitre    Cochett, Pitre & McCarthy, LLP    San Francisco Airport Office Center    840 Malcolm Rd., Suite 200    Burlingame, CA 94010

aty    Michael A. Kelly    Walkup, Melodia, Kelly and Schoenberger    650 California St. 26th Fl.    San Francisco, CA 94108

aty    Robert J. Labate    Holland & Knight LLP    50 California St., #2800    San Francisco, CA 94111

aty    Stephen Karotkin    Weil, Gotshal & Manges LLP    767 Fifth Avenue    New York, NY 10153

ANDREW BEHLMANN, ESQ.    Lowenstein Sandler LLP    One Lowenstein Drive    Roseland, NJ 07068

BRUCE BENNETT, ESQ.    Jones Day    555 South Flower Street 50th Floor    Los Angeles, CA 90071

MICHELLE L. LANDRY, ESQ.    Vedder Price, LLP    275 Battery Street Suite 2464    San Francisco, CA 94111

JASON MCDONELL, ESQ.    Jones Day    555 California Street 26th Floor    San Francisco, CA 94104

ALAN W. KORNBERG, ESQ.    Paul, Weiss, Rifkind, Wharton & Garrison    1285 Avenue of the Americas    New York, NY 10019

MATTHEW W. GRIMSHAW, ESQ.    Grimshaw Law Group, P.C.    130 Newport Center Drive Suite 140    Newport Beach, CA 92660

JONATHAN A. SHAPIRO, ESQ.    Baker Botts LLP    101 California Street Suite 3600    San Francisco, CA 94111

NICHOLAS A. CARLIN, ESQ.    Phillips, Erlewine, Given & Carlin LLP    39 Mesa Street Suite 201    San Francisco, CA 94129

TOTAL: 12