Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards,
New York, NY 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor,
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case. No. 19-30088 (DM)* | **STIPULATION BETWEEN OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND DEBTORS EXTENDING TIME TO RESPOND TO DEBTORS' EXIT FINANCING MOTION**<br><br>**[DOCKET NO. 6013]**<br><br>[No Hearing Requested] |

This stipulation and agreement for order (the "Stipulation and Agreement for Order") is entered into by the (i) Official Committee of Unsecured Creditors (the "Committee") appointed in

the jointly administered chapter 11 cases of the above-captioned debtors in possession (the "Debtors" and together with the Committee, the "Parties"), on the one hand; and (ii) Debtors, on the other hand. The Parties hereby stipulate and agree as follows:

**RECITALS**

A. On March 3, 2020, the Debtors filed their *Second Amended Motion for Entry of Orders (i) Approving Terms of, and Debtors' Entry into and Performance Under, Equity Backstop Commitment Letters, (ii) Approving Terms of, and Debtors' Entry into and Performance Under, Debt Financing Commitment Letters and (iii) Authorizing Incurrence, Payment and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims* [Docket No. 6013] (the "Exit Financing Motion"), which is set for hearing before the Court at 10:00 a.m. (Pacific Time) on March 16, 2020. Any response or opposition to the Exit Financing Motion Application is due by 4:00 p.m. (Pacific Time) on March 12, 2020.

B. Counsel to the Committee has requested, and Debtors have agreed, that the time for the Committee to respond to the Exit Financing Motion be extended.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. The time for the Committee to file and serve any response or opposition to the Exit Financing Motion is extended through 4:00 p.m. (Pacific Time) on March 13, 2020.

[*Signatures on next page*]

| Dated: March 12, 2020 | Dated: March 12, 2020 |
|---|---|
| MILBANK LLP | CRAVATH SWAINE & MOORE LLP |
| /s/ Thomas R. Kreller<br>Thomas R. Kreller | /s/ Paul H. Zumbro |
| *Attorneys for Official Committee of Unsecured Creditors* | *Attorneys for Debtors and Debtors in Possession* |