**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:    (212) 310-8000
Fax:    (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors**.<br><br>☐  Affects PG&E Corporation<br>☑  Affects Pacific Gas and Electric Company<br>☐  Affects both Debtors<br><br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**STIPULATION AND AGREEMENT FOR ORDER FURTHER CONTINUING HEARING ON MOTION FOR RELIEF FROM STAY BETWEEN THE UTILITY AND JH KELLY, LLC**<br><br>[Relates to Dkt. Nos. 5649-5652, 5829]<br><br>Regarding Motion Set for Hearing March 25, 2020 at 10:00 a.m. PDT |

*Weil, Gotshal & Manges LLP*
*767 Fifth Avenue*
*New York, NY 10153-0119*

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

This stipulation (the "**Stipulation and Agreement for Order**") is entered into by and between Pacific Gas and Electric Company (the "**Utility**"), as debtor and debtor in possession in the above-captioned cases (the "**Chapter 11 Cases**"), and JH Kelly, LLC ("**JH Kelly**"). The Utility and JH Kelly are referred to in this Stipulation and Agreement for Order collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

## RECITALS

A.      On February 5, 2020, JH Kelly filed the *Motion for Relief from Automatic Stay* [Dkt. 5649] (the "**Motion**"), and the Notice of Hearing on the Motion [Dkt. 5650], which scheduled a hearing on the Motion (the "**Hearing**") for February 26, 2020 at 10:00 am PST.

B.      In the Motion, JH Kelly seeks relief from the automatic stay to permit JH Kelly to move to join the Utility as a party to the litigation pending in the Superior Court of the State of California, County of Shasta, *JH Kelly, LLC v. AECOM Technical Services, Inc., et al.*, Case No. 192600.

C.      On February 16, 2020, the Parties filed the *Stipulation and Agreement for Order Continuing Hearing on Motion for Relief from Stay between the Utility and JH Kelly* [Docket No. 5797] (the "**First Stipulation**"), in which they agreed to continue the Hearing to March 25, 2020. On February 19, 2020, the Court approved the First Stipulation. *See* Dkt. No. 5829.

D.      The Parties are continuing to confer regarding a potential resolution to the Motion, and desire to continue the Hearing further while they continue those discussions.

**NOW, THEREFORE, IT HEREBY IS STIPULATED AND AGREED BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1.      This Stipulation shall be effective upon entry of an order by this Court approving it.

2.      The March 25, 2020 Hearing shall be continued to April 7, 2020 at 10:00 a.m. PDT.

3.      The time in which the Utility is permitted to respond to the Motion is continued to no later than March 26, 2020.

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

4.      JH Kelly shall be permitted to file a reply in further support of the Motion no later than April 2, 2020.

5.      This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation and Agreement for Order or the order approving it.

Dated:  March 12, 2020                                    Dated:  March 12, 2020

WEIL, GOTSHAL & MANGES LLP          STOEL RIVES LLP
KELLER BENVENUTTI KIM LLP

/s/ *Peter J. Benvenutti*                                     /s/ *David B. Levant*
Peter J. Benvenutti                                          David B. Levant

*Attorneys for Debtors*                                      *Attorneys for JH Kelly, LLC*
*and Debtors in Possession*