# Notice Recipients

District/Off: 0971–3          User: dchambers          Date Created: 3/13/2020
Case: 19–30088               Form ID: TRANSC           Total: 7

**Recipients of Notice of Electronic Filing:**
aty     Elizabeth A. Green          egreen@bakerlaw.com
aty     Gregory A. Bray             gbray@milbank.com
aty     Paul J. Pascuzzi            ppascuzzi@ffwplaw.com
aty     Rebecca J. Winthrop         rebecca.winthrop@nortonrosefulbright.com

                                                                    TOTAL: 4

**Recipients submitted to the Claims Agent (Prime Clerk):**
aty     Amanda L. Riddle        Corey, Luzaich, De Ghetaldi & Riddle LLP        700 El Camino Real        P.O. Box
        669         Millbrae, CA 94030–0669
aty     Stephen Karotkin        Weil, Gotshal & Manges LLP        767 Fifth Avenue        New York, NY 10153
        TIMOTHY S. LAFFREDI          Office of the U.S. Trustee – SF        450 Golden Gate Avenue Suite
        05–0153         San Francisco, CA 94102

                                                                    TOTAL: 3