Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, NY 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee of Unsecured Creditors*

Signed and Filed: March 12, 2020

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>**Debtors.** | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case. No. 19-30088 (DM)* | **ORDER GRANTING STIPULATION BETWEEN OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND DEBTORS EXTENDING TIME TO RESPOND TO EXIT FINANCING MOTION**<br><br>[No Hearing Requested] |

The Court having considered the *Stipulation Between Official Committee of Unsecured Creditors and Debtors Extending Time to Respond to Exit Financing Motion* (the "Stipulation"),

entered into by the (i) Official Committee of Unsecured Creditors (the "Committee") appointed in the jointly administered chapter 11 cases of the above-captioned debtors in possession (the "Debtors"), on the one hand, and (ii) Debtors, on the other hand, filed on March 12, 2020; and, pursuant to Stipulation, and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the Committee to file and serve any response or opposition to the Exit Financing Motion (as defined in the Stipulation) is extended through 4:00 p.m. (Pacific Time) on March 13, 2020.

APPROVED AS TO FORM AND CONTENT:

Dated: March 12, 2020

MILBANK LLP

/s/ Thomas R. Kreller
Thomas R. Kreller

*Attorneys for Official Committee of Unsecured Creditors*

\*\*END OF ORDER\*\*