UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Bankruptcy Case |
|---|---|
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On March 9, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit A**:

- Memorandum Decision regarding Motion to Apply Rule 7023 [Docket No. 5887]

- Order (I) Denying Securities Lead Plaintiff's Motion to Apply Bankruptcy Rule 7023 to Class Proof of Claim and (II) Extending Bar Date for Certain Holders of Securities Claims for Rescission or Damages [Docket No. 5943]

- Notice of Appeal and Statement of Election to have Appeal Heard by District Court [Docket No. 6135]

3. On March 9, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit B**:

- Memorandum Decision regarding Postpetition Interest [Docket No. 5226]

- Interlocutory Order regarding Postpetition Interest [Docket No. 5669]

- Notice of Appeal and Statement of Election to have Appeal Heard by District Court [Docket No. 6097]

4. On March 9, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on the Notice Parties Service List attached hereto as **Exhibit C**:

- Memorandum Decision regarding Postpetition Interest [Docket No. 5226]

- Interlocutory Order regarding Postpetition Interest [Docket No. 5669]

- Protective Notice of Appeal and Statement of Election by the Ad Hoc Committee of Senior Unsecured Noteholders Concerning Interlocutory Order Regarding Postpetition Interest [Docket No. 6103]

- Notice of Appeal and Statement of Election to have Appeal Heard by District Court [Docket No. 6121]

- BOKF's Notice of Appeal and Election to have Appeal Heard by District Court Concerning Order regarding Postpetition Interest [Docket No. 6122]

5. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 12th day of March 2020, at New York, NY.

_____
Alain B. Francoeur

**Exhibit A**

# Exhibit A
Notice Parties Service List
Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| BAKER & HOSTETLER LLP | Attn: Robert A. Julian, Cecily A. Dumas | 1160 Battery St., #100 | San Francisco | CA | 94111 |
| BAKER & HOSTETLER LLP | Attn: Eric E. Sagerman, David J. Richardson, Lauren T. Attard | 11601 Wilshire Blvd., #1400 | Los Angeles | CA | 90025-0509 |
| KELLER BENVENUTTI KIM, LLP | Attn: Tobias S. Keller, Jane Kim | 650 California St., #1900 | San Francisco | CA | 94108 |
| LABATON SUCHAROW LLP | Attn: Thomas A. Dubbs, Louis Gottlieb, Carol C. Villegas, Jeffrey A. Dubbin | 140 Broadway | New York | NY | 10005 |
| LOWENSTEIN SANDLER LLP | Attn: Michael S. Etkin, Andrew Behlmann | One Lowenstein Dr. | Roseland | NJ | 07068 |
| MICHELSON LAW GROUP | Attn: Randy Michelson | 220 Montgomery St., #2100 | San Francisco | CA | 94104 |
| Office of the U.S. Trustee / SF | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05-0153 | San Francisco | CA | 94102 |
| WEIL, GOTSHAL & MANGES LLP | Attn: Stephen Karotkin, Ray C. Schrock, P.C., Jessica Liou, Matthew Goren | 767 Fifth Ave. | New York | NY | 10153-0119 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 1

**Exhibit B**

# Exhibit B
Notice Parties Service List
Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter, Abid Qureshi | One Bryant Park | New York | NY | 10036 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | Attn: Ashley Vinson Crawford | 580 California St., #1500 | San Francisco | CA | 94104 |
| ARENT FOX LLP | Attn: Andrew I. Silfen, Beth M. Brownstein | 1301 Avenue of the Americas, 42nd Fl. | New York | NY | 10019 |
| ARENT FOX LLP | Attn: Aram Ordubegian | 55 Second St., 21st Fl. | San Francisco | CA | 94105 |
| DAVIS POLK & WARDWELL LLP | Attn: Timothy Graulich, David Schiff, Daniel E. Meyer | 450 Lexington Ave. | New York | NY | 10017 |
| DAVIS POLK & WARDWELL LLP | Attn: Andrew D. Yaphe | 1600 El Camino Real | Menlo Park | CA | 94025 |
| DIEMER & WEI LLP | Attn: Kathryn S. Diemer | 100 West San Fernando St., #555 | San Jose | CA | 95113 |
| JONES DAY | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston | 555 South Flower St., 15th Fl. | Los Angeles | CA | 90071-2300 |
| KELLER BENVENUTTI KIM, LLP | Attn: Tobias S. Keller, Jane Kim, Peter J. Benvenutti | 650 California St., #1900 | San Francisco | CA | 94108 |
| Leo T. Crowley | 31 West 52nd St. | | New York | NY | 10019-6131 |
| MILBANK LLP | Attn: Gregory A. Bray, Thomas R. Kreller | 2029 Century Park East, 33rd Fl. | Los Angeles | CA | 90067 |
| MILBANK LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | 55 Hudson Yards | New York | NY | 10001-2163 |
| Office of the U.S. Trustee / SF | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05-0153 | San Francisco | CA | 94102 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | Attn: M. David Minnick | Four Embarcadero Center, 22nd Fl. Administrative Agent | San Francisco | CA | 94126-5998 |
| QUINN EMANUEL URQUHART & SULLVAN, LLP | Attn: Bennett Murphy | 865 South Figueroa St., 10th Fl. | Los Angeles | CA | 90017-2543 |
| STROOCK & STROOCK & LAVAN LLP | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen | 180 Maiden Lane | New York | NY | 10038-4982 |
| STROOCK & STROOCK & LAVAN LLP | Attn: David W. Moon | 2029 Century Park East | Los Angeles | CA | 90067-3086 |
| TROUTMAN SANDERS LLP | Attn: Hugh M. McDonald, Jonathan D. Forstot | 875 Third Ave. | New York | NY | 10022 |

In re: PG&E Corporation, *et al.*
Case No. 19-30088 (DM)

Page 1 of 2

Case: 19-30088    Doc# 6271    Filed: 03/12/20    Entered: 03/12/20 17:22:09    Page 7 of 11

Exhibit B
Notice Parties Service List
Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| TROUTMAN SANDERS LLP | Attn: Marcus T. Hall, Katherine L. Malone | 3 Embarcadero Center, #800 | San Francisco | CA | 94111 |
| WEIL, GOTSHAL & MANGES LLP | Attn: Stephen Karotkin, Ray C. Schrock, P.C., Jessica Liou, Theodore E. Tsekerides | 767 Fifth Ave. | New York | NY | 10153-0119 |
| WILLKIE FARR & GALLAGHER LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Benjamin P. McCallen | 787 Seventh Ave. | New York | NY | 10019-6099 |

**Exhibit C**

# Exhibit C
## Notice Parties Service List
### Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | Attn: Michael S. Stamer, Ira S. Dizengoff, David H. Botter, Abid Qureshi | One Bryant Park | New York | NY | 10036 |
| AKIN GUMP STRAUSS HAUER & FELD LLP | Attn: Ashley Vinson Crawford | 580 California St., #1500 | San Francisco | CA | 94104 |
| ARENT FOX LLP | Attn: Andrew I. Silfen, Beth M. Brownstein | 1301 Avenue of the Americas, 42nd Fl. | New York | NY | 10019 |
| ARENT FOX LLP | Attn: Aram Ordubegian | 55 Second St., 21st Fl. | San Francisco | CA | 94105 |
| DAVIS POLK & WARDWELL LLP | Attn: Timothy Graulich, David Schiff, Daniel E. Meyer, Marc J. Tobak | 450 Lexington Ave. | New York | NY | 10017 |
| DAVIS POLK & WARDWELL LLP | Attn: Andrew D. Yaphe | 1600 El Camino Real | Menlo Park | CA | 94025 |
| DIEMER & WEI LLP | Attn: Kathryn S. Diemer | 100 West San Fernando St., #555 | San Jose | CA | 95113 |
| GIBSON, DUNN & CRUTCHER LLP | Attn: David M. Feldman, Matthew K. Kelsey | 200 Park Ave. | New York | NY | 10166 |
| GIBSON, DUNN & CRUTCHER LLP | Attn: Matthew D. McGill | 1050 Connecticut Ave., NW | Washington | DC | 20036 |
| GIBSON, DUNN & CRUTCHER LLP | Attn: Michael S. Neumeister, Michelle Choi | 333 South Grand Ave. | Los Angeles | CA | 90071 |
| JONES DAY | Attn: Bruce S. Bennett, Joshua M. Mester, James O. Johnston | 555 South Flower St., 15th Fl. | Los Angeles | CA | 90071-2300 |
| KELLER BENVENUTTI KIM, LLP | Attn: Tobias S. Keller, Jane Kim, Peter J. Benvenutti | 650 California St., #1900 | San Francisco | CA | 94108 |
| Leo T. Crowley | 31 West 52nd St. | | New York | NY | 10019-6131 |
| MILBANK LLP | Attn: Gregory A. Bray, Thomas R. Kreller | 2029 Century Park East, 33rd Fl. | Los Angeles | CA | 90067 |
| MILBANK LLP | Attn: Dennis F. Dunne, Samuel A. Khalil | 55 Hudson Yards | New York | NY | 10001-2163 |
| Office of the U.S. Trustee / SF | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05-0153 | San Francisco | CA | 94102 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP | Attn: M. David Minnick | Four Embarcadero Center, 22nd Fl. Administrative Agent | San Francisco | CA | 94126-5998 |
| QUINN EMANUEL URQUHART & SULLVAN, LLP | Attn: Bennett Murphy | 865 South Figueroa St., 10th Fl. | Los Angeles | CA | 90017-2543 |
| STROOCK & STROOCK & LAVAN LLP | Attn: Mark A. Speiser, Kenneth Pasquale, Sherry J. Millman, Harold A. Olsen | 180 Maiden Lane | New York | NY | 10038-4982 |
| STROOCK & STROOCK & LAVAN LLP | Attn: David W. Moon | 2029 Century Park East | Los Angeles | CA | 90067-3086 |
| TROUTMAN SANDERS LLP | Attn: Hugh M. McDonald, Jonathan D. Forstot | 875 Third Ave. | New York | NY | 10022 |
| TROUTMAN SANDERS LLP | Attn: Marcus T. Hall, Katherine L. Malone | 3 Embarcadero Center, #800 | San Francisco | CA | 94111 |

Exhibit C
Notice Parties Service List
Served via first class mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| WEIL, GOTSHAL & MANGES LLP | Attn: Stephen Karotkin, Ray C. Schrock, P.C., Jessica Liou, Theodore E. Tsekerides | 767 Fifth Ave. | New York | NY | 10153-0119 |
| WILLKIE FARR & GALLAGHER LLP | Attn: Matthew A. Feldman, Joseph G. Minias, Benjamin P. McCallen | 787 Seventh Ave. | New York | NY | 10019-6099 |