Entered on Docket
March 12, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Plaintiffs (Debtors and Debtors in Possession)*

Signed and Filed: March 12, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER APPROVING STIPULATION AND AGREEMENT FOR ORDER FURTHER CONTINUING HEARING ON MOTION FOR RELIEF FROM STAY BETWEEN THE UTILITY AND JH KELLY, LLC**<br><br>Related Dkt. Nos. 5649-5652, 5829 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation and Agreement for Order Further Continuing Hearing on Motion for Relief from Stay Between the Utility and JH Kelly, LLC* (the "**Stipulation and Agreement for Order**"),[1] entered into by Pacific Gas and Electric Company (the "**Utility**"), as debtor and debtor in possession in the above-captioned cases (the "**Chapter 11 Cases**"), and JH Kelly, LLC ("**JH Kelly**"), filed on March 12, 2020, and pursuant to such stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Stipulation and Agreement for Order is approved.

2. The March 25, 2020 Hearing shall be continued to April 7, 2020 at 10:00 a.m. PDT.

3. The time in which the Utility is permitted to respond to the Motion is continued to no later than March 26, 2020.

4. JH Kelly shall be permitted to file a reply in further support of the Motion no later than April 2, 2020.

5. This Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation and Agreement for Order or this Order.

STOEL RIVES LLP


/s/ David B. Levant
David B. Levant

*Attorneys for JH Kelly, LLC*

*** END OF ORDER ***

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement for Order.