**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br> **PG&E CORPORATION,** <br>  - and – <br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br> **Debtors.** <br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br> *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **SUMMARY SHEET TO THIRD INTERIM FEE APPLICATION OF KELLER BENVENUTTI KIM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (OCTOBER 1, 2019 THROUGH JANUARY 31, 2020)** <br><br> Date:  TBD <br> Time: TBD <br> Place: United States Bankruptcy Court <br>     Courtroom 17, 16th Floor <br>     San Francisco, CA 94102 <br> Judge: Hon. Dennis Montali <br><br> **Objection Deadline: April 2, 2020** <br>         **4:00 p.m. (Pacific Time)** |

## GENERAL INFORMATION

| | |
|---|---|
| Name of Applicant: | Keller Benvenutti Kim LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Petition Date: | January 29, 2019 |
| Retention Date: | April 9, 2019 *nunc pro tunc* to January 29, 2019 |
| Prior Applications: | First Interim Fee Application (Docket No. 3099) |
| | Second Interim Fee Application (Docket No. 4714) |

## SUMMARY OF FEES AND EXPENSES SOUGHT IN THIS APPLICATION

Amount of Compensation Sought as Actual, Reasonable, and Necessary: **$723,335.00**

Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: **$30,976.92**

Total Compensation and Expenses Requested for the Compensation Period: **$754,311.92**

## SUMMARY OF PRIOR MONTHLY FEE STATEMENTS

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Paid Fees | Paid Expenses | Holdback Fees Requested |
|---|---|---|---|---|---|---|
| 4/10/19 [Dkt. No. 1332] | 1/29/19 – 2/28/19 | $401,910.00 | $13,631.54 | $321,528.00 | $13,631.54 | $80,382.00 |
| 5/8/19 [Dkt. No. 1933] | 3/1/19 – 3/31/19 | $248,035.00 | $11,119.23 | $198,428.00 | $11,119.23 | $49,607.00 |
| 6/6/19 [Dkt. No. 2435] | 4/1/19 – 4/30/19 | $271,250.00 | $2,705.34 | $217,000.00 | $2,705.34 | $54,250.00 |
| 7/8/19 [Dkt. No. 2894] | 5/1/19 – 5/31/19 | $195,450.00 | $5,150.68 | $156,360.00 | $5,150.68 | $39,090.00 |
| **First Interim Fee Application [Dkt. No. 3099]** | | **$1,116,645.00** | **$32,606.79** | **$736,956.00** | **$27,456.11** | **$223,329.00** |
| 8/7/19 [Dkt. No. 3401] | 6/1/19 – 6/30/19 | $154,765.00 | $31,394.43 | $123,812.00 | $31,394.43 | $30,953.00 |
| 9/18/19 [Dkt. No. 3927] | 7/1/19 – 7/31/19 | $177,535.00 | $15,442.54 | $142,028.00 | $15,442.54 | $35,507.00 |
| 10/16/19 [Dkt. No. 4215] | 8/1/19 – 8/30/19 | $196,310.00 | $15,570.27 | $196,310.00 | $15,570.27 | $39,262.00 |
| 11/5/19 [Dkt. No. 4579] | 9/1/19 – 9/30/19 | $158,620.00 | $4,047.98 | $158,620.00 | $4,047.98 | $31,724.00 |
| **Second Interim Fee Application [Dkt. No. 4714]** | | **$687,230.00** | **$66,455.22** | **$687,230.00** | **$66,455.22** | **$137,446.00** |

| Date Filed | Period Covered | Fees Requested | Expenses Requested | Fees Paid | Expenses Paid | Holdback |
|---|---|---|---|---|---|---|
| 12/5/19 [Dkt. No. 4993] | 10/1/19 – 10/31/19 | $172,390.00 | $8,639.73 | $137,912.00 | $8,639.73 | $34,478.00 |
| 1/17/20 [Dkt. No. 5407] | 11/1/19 – 11/30/19 | $179,760.00 | $9,125.82 | $143,808.00 | $9,125.82 | $35,952.00 |
| 2/18/20 [Dkt. No. 5808] | 12/1/19 – 12/31/19 | $177,885.00 | $7,397.49 | $0.00[1] | $0.00 | $38,660.00 |
| 3/2/20 [Dkt. No. 5997] | 1/1/20 – 1/31/20 | $193,300.00 | $5,813.88 | $0.00[2] | $0.00 | $35,577.00 |
| | | **$723,335.00** | **$30,976.92** | **$281,720.00** | **$17,765.55** | **$144,667.00** |

Summary of Any Objections to Monthly Fee Statements:   None.

Compensation and Expenses Sought in this Interim Application Not Yet Paid:   $144,667.00[3]

---

[1] The Firm filed its Certificate of No Objection with respect to its December fees on March 11, 2020 [Docket No. 6245] and has submitted its December invoices to the Debtors but has not yet been paid

[2] The Firm will be eligible for payment on its January invoices after it files its Certificate of No Objection on its monthly fee statement after the March 23, 2020, 4:00 p.m. (Pacific Time) objection deadline expires.

[3] Assumes payment received on December and January monthly fee statements on or prior to the hearing hereon.

## COMPENSATION BY PROFESSIONAL
## OCTOBER 1, 2019 THROUGH JANUARY 31, 2020

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases during the Interim Fee Period are:

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Tobias S. Keller | Partner | 1990 | 800 | 97.2 | $77,760.00 |
| Peter J. Benvenutti | Partner | 1974 | 800 | 327.5 | $262,000.00 |
| Jane Kim | Partner | 2003[1] | 650 | 155.1 | $100,815.00 |
| Keith A. McDaniels | Of Counsel | 1997 | 600 | 9.3 | $5,580.00 |
| Dara L. Silveira | Associate | 2010 | 400 | 351.1 | $140,440.00 |
| Thomas B. Rupp | Associate | 2011 | 400 | 287.1 | $114,840.00 |
| Hadley Roberts-Donnelly | Paralegal Trainee | N/A | 150 | 146.0 | $21,900.00 |
| **Total Professionals:** | | | | **1,373.3** | **$723,335.00** |

[1] Member of the California Bar since 2014

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | 757 | 589.1 | $446,155.00 |
| Associates | 400 | 638.2 | $255,280.00 |
| **Blended Attorney Rate** | **571** | **1,227.3** | **$701,435.00** |
| Paraprofessionals | 150 | 146.0 | $21,900.00 |
| **Total Fees Incurred** | **526** | **1,373.3** | **$723,335.00** |

# COMPENSATION BY WORK TASK CODE
## OCTOBER 1, 2019 THROUGH JANUARY 31, 2020

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Omnibus & Miscellaneous Court Appearances | 186.9 | $74,130.00 |
| 004 | General Case Administration | 139.9 | $47,835.00 |
| 005 | Automatic Stay Proceedings | 335.2 | $207,805.00 |
| 006 | Initial Debtor Interview, Meeting of Creditors, Creditor Inquiries | 1.1 | $780.00 |
| 007 | Professional Retention and Compensation – Keller Benvenutti Kim | 57.1 | $24,275.00 |
| 008 | Professional Retention and Compensation – Other Professionals | 106.9 | $45,905.00 |
| 009 | Financing and Cash Collateral | 3.0 | $1,650.00 |
| 014 | Employee Matters | 14.6 | $10,085.00 |
| 015 | Supplier Issues | 18.8 | $8,280.00 |
| 016 | General Asset Analysis and Recovery | 0.4 | $320.00 |
| 017 | Sale or Use of Property – Motions | 0.6 | $390.00 |
| 018 | Executory Contract Issues | 74.0 | $40,645.00 |
| 020 | Regulatory Issues | 5.6 | $4,040.00 |
| 021 | Plan – Advice, Strategy and Negotiation | 54.7 | $41,245.00 |
| 022 | Plan Disclosure Statements – Preparation of Documents | 63.9 | $32,470.00 |
| 024 | Plan Implementation and Transition | 3.4 | $2,615.00 |
| 026 | Wildfire Litigation | 38.5 | $21,080.00 |
| 027 | Claims Review | 50.1 | $29,950.00 |
| 028 | Claim Disputes and Resolution | 148.7 | $87,940.00 |
| 032 | USDC Probation Compliance and Monitoring | 9.4 | $5,660.00 |
| 036 | Miscellaneous Litigation Issues and Advice | 58.2 | $34,715.00 |
| 037 | Appeals | 2.3 | $1,520.00 |
| **TOTAL** | | **1,373.3** | **$723,335.00** |

# EXPENSE SUMMARY
## OCTOBER 1, 2019 THROUGH JANUARY 31, 2020

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $0.00 |
| Meals | $265.92 |
| Travel | $0.00 |
| Transportation | $349.62 |
| Duplicating | $12,105.04 |
| Transcription Services | $10,346.10 |
| Telephone Conferencing | $0.00 |
| Messenger | $2,952.24 |
| Filing Fees | $3,708.00 |
| Other (PG&E Billing Software) | $1,250.00 |
| **Total Expenses Requested:** | **$30,976.92** |

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and – <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) (Jointly Administered) <br><br> **THIRD INTERIM FEE APPLICATION OF KELLER BENVENUTTI KIM LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES (OCTOBER 1, 2019 THROUGH JANUARY 31, 2020)** <br><br> Date: TBD <br> Time: TBD <br> Place: United States Bankruptcy Court <br> Courtroom 17, 16th Floor <br> San Francisco, CA 94102 <br> Judge: Hon. Dennis Montali <br><br> **Objection Deadline: April 2, 2020** <br> **4:00 p.m. (Pacific Time)** |

Keller Benvenutti Kim LLP ("**KBK**" or the "**Firm**"), co-counsel for PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby submits its Third Interim Fee Application (the "**Interim Application**")

for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing October 1, 2019, through January 31, 2020 (the "**Interim Fee Period**"), pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on February 27, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**"), sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees* (the "**Northern District Guidelines**"), the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (the "**UST Guidelines**"), the Fee Examiner Protocol [Docket No. 4473], and the Local Bankruptcy Rules for the Northern District of California.

The Interim Application is based upon the points and authorities cited herein, the Declaration of Tobias S. Keller filed concurrently herewith, the exhibit attached thereto, the pleadings, papers, and records on file in this case, and any evidence or argument that the Court may entertain at the time of the hearing on the Interim Application.

## CASE BACKGROUND AND STATUS

### A. The Debtors' Bankruptcy Proceedings

The Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on January 29, 2019 (the "**Petition Date**"). The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed.

On February 12, 2019, the Office of the United States Trustee for the Northern District of California (the "**U.S. Trustee**") appointed an Official Committee of Unsecured Creditors in the Debtors' cases (the "**Creditors' Committee**"). On February 15, 2019, the U.S. Trustee appointed an Official Committee of Tort Claimants (the "**TCC**"). On May 29, 2019, upon the request of the U.S. Trustee, the Court appointed Professor Bruce A. Markell as the fee examiner in these Chapter 11 Cases (the "**Fee Examiner**").

A description of the Debtors' business, capital structure, and the circumstances leading to the filing of these Chapter 11 Cases is set forth in the *Amended Declaration of Jason P. Wells in Support of First Day Motions and Related Relief* [Docket No. 263].

B.    The Debtors' Retention of KBK

On April 10, 2019, the Court entered the *Order Authorizing Debtors Pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 to Retain and Employ Keller & Benvenutti LLP* <u>Nunc Pro Tunc</u> *to the Petition Date* [Docket No. 1306] (the "**Retention Order**").

The Retention Order authorizes the Debtors to compensate and reimburse the Firm pursuant to the Bankruptcy Code, the Bankruptcy Rules, the Northern District Guidelines, and the Interim Compensation Order. Subject to the Firm's application to the Court, the Debtors also are authorized by the Retention Order to compensate KBK at the Firm's standard hourly rates for services performed and to reimburse it for actual and necessary expenses incurred. The Retention Order authorizes KBK to provide the following services to the Debtors:

- Appear in Court on behalf of the Debtors;
- Provide legal advice regarding the Debtors' rights and obligations as debtors in possession and regarding local rules, practices, and procedures;
- Act to protect and preserve the Debtors' estates through the prosecution of actions on the Debtors' behalf, defense of actions commenced against the Debtors, negotiation of disputes in which the Debtors are involved, and preparation of objections to claims filed against the Debtors' estates;
- Prepare on behalf of the Debtors any necessary applications, motions, answers, orders, reports, and other legal papers;
- Provide traditional services of local co-counsel including, without limitation: monitoring the docket for filings and coordinating with co-counsel in pending matters that need response; preparing agenda letters, certificates of no objection, certifications of counsel, and notices of fee applications and hearings; preparing hearing binders of documents and pleadings; and preparing documents and pleadings for hearings;
- Handle inquiries and calls from creditors and counsel to interested parties regarding

pending matters and the general status of the Chapter 11 Cases and, to the extent required, coordinate with co-counsel on any necessary responses;

- Act as primary counsel in the event that debtor's lead bankruptcy counsel has a disabling conflict, believes it would be more efficient, or otherwise desires the Firm to act in such capacity in discrete matters; and

- Provide additional support to the Debtors and to co-counsel, as requested.

### C. Professional Compensation and Reimbursement of Expenses Requested

By this Interim Application, the Firm seeks interim allowance of compensation in the amount of $723,335.00 and actual and necessary expenses in the amount of $30,976.92, for a total allowance of $754,311.92, and payment of $144,667.00 (20% of the allowed fees)[4] for the Interim Fee Period.

All services for which KBK requests compensation were performed for or on behalf of the Debtors. KBK has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Interim Application.

There is no agreement or understanding between KBK and any other person other than the partners of KBK for the sharing of compensation to be received for services rendered in these cases. As of the Petition Date, the Firm had a remaining credit balance in favor of the Debtors for professional services performed and to be performed, and expenses incurred and to be incurred, in connection with these Chapter 11 Cases in the amount of $111,105.20. In connection with these Chapter 11 Cases, as of this date KBK has been paid $1,705,906.00 in fees and reimbursed $111,676.88 in expenses.[5] As of the date of the Interim Application, the Firm has been paid $281,720.00 in fees and reimbursed $17,765.55 in expenses during the Interim Fee Period. These amounts have been paid pursuant to the Interim Compensation Order but not yet allowed.

---

[4] Assumes payment of the Firm's December and January fees in the ordinary course.

[5] The Firm has not yet been paid on the fees requested in the *First Interim Fee Application of Keller & Benvenutti LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (January 29, 2019 Through May 31, 2019)* [Docket No. 3099] or the *Second Interim Fee Application of Keller & Benvenutti LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (June 1, 2019 Through September 30, 2019)* [Docket No.4714].

The Firm has billed the Debtors in these Chapter 11 Cases in accordance with its existing billing rates and procedures in effect during the Interim Fee Period. These rates are the same rates KBK charges for services rendered by its attorneys and paraprofessionals in comparable matters, and are reasonable given the compensation charged by comparably skilled practitioners in similar matters in both the California and national markets. The Summary Sheet filed herewith contains tables listing the KBK attorneys and paraprofessionals who have performed services for the Debtors during the Interim Fee Period, including their job titles, hourly rates, aggregate number of hours worked in this matter, and, for attorneys, the year in which each professional was licensed to practice law. The Summary Sheet also contains a table summarizing the hours worked by the Firm's attorneys and paraprofessionals broken down by project billing code. KBK maintains computerized time records, which have been filed on the docket with the Firm's monthly fee statements and furnished to the Debtors, counsel for the Creditors' Committee and the TCC, the U.S. Trustee, and the Fee Examiner in the format specified by the Interim Compensation Order.

### D. Budget and Budget-to-Actual Performance

For the periods ending October 31, 2019, November 30, 2019, December 31, 2019, and January 31, 2020, KBK provided budget estimates to the Debtors of $225,000.00 each. The Firm's actual fees during these periods were usually lower than predicted, and actual experience was never more than ten (10%) greater than estimated.

### JURISDICTION

This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. sections 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. section 157(b). Venue is proper before this Court pursuant to 28 U.S.C. sections 1408 and 1409.

### PROJECT BILLING AND NARRATIVE STATEMENT OF SERVICES RENDERED

During the Interim Fee Period, KBK professionals expended 1,373.3 hours on behalf of the Debtors. Of this, 589.1 hours were expended by partners and of counsel, 638.2 by associates, and 146 by paraprofessionals. KBK's attorneys bill at hourly rates ranging from $400 to $800, for a blended attorney rate of $571 during the Interim Fee Period. Effective, February 1, 2020, the Firm raised its rates for attorneys [Docket No. 5224].

In accordance with the Interim Compensation Procedures Order, the Northern District Guidelines, and the Local Rules, the Firm has classified services performed into the twenty-seven specific categories set forth below. KBK has attempted to place the services provided in the category that best relates to such services; because certain services may relate to one or more categories, however, services pertaining to one category may in fact be included in another category.

### A. Omnibus & Miscellaneous Court Appearances

KBK attorneys represented the Debtors at the omnibus hearings on October 7, 2019, October 23, 2019, November 19, 2019, December 4, 2019, December 11, 2019, December 17, 2019, January 14, 2020, and January 29, 2020. The Firm prepared the agendas for each of these omnibus hearings, as well as for several hearings that later were cancelled, which required extensive conferences both internally and with the Debtors' other professionals. The Firm's paraprofessionals also developed binders for use by the Debtors' other professionals at the omnibus hearings.

Total Hours: 186.9     Total Fees: $74,130.00

### B. General Case Administration

The Firm's role as the Debtors' local counsel requires that it take on a proportionately larger share of the administrative workflow necessary to keep these Chapter 11 Cases running smoothly. To that end, during the Interim Fee Period, KBK professionals:

- Assisted the Debtors and their advisors with *pro hac vice* applications, ECF notices, and ordering hearing transcripts;
- Tracked pending motions and papers and reviewed the case docket;
- Drafted and uploaded orders following hearings;
- Electronically filed documents on behalf of the Debtors' other professionals;
- Communicated frequently with the Debtors' other professionals regarding work in process, including participating in weekly calls with the Debtors' other professionals discussing the status of upcoming motions and plans for upcoming hearings;
- Prepared hearing notices;
- Communicated with Court staff regarding hearing and filing logistics;
- Coordinated with the Debtors' other professionals, including PrimeClerk, to handle service

of court documents.

       Total Hours: 139.9   Total Fees: $47,835.00

**C. Automatic Stay Proceedings**

During the Interim Period, KBK advised the Debtors with respect to automatic stay issues relating to, among others: (1) Wendy Nathan; (2) Michael S. Danko and Mary S. Danko; (3) Kathleen Pelley and Allan Pelley; (4) the Valero litigation; (5) Dan Clarke and the San Francisco Herring Association; (6) litigation relating to the Tubbs fire; (7) the Ghost Ship litigation; (8) the *Mendoza v. City of San Jose* litigation; (9) United Energy Trading LLC, (10) Tiger Natural Gas, Inc., (11) Gloria Ruckman, Robert Ruckman, a minor, by and through his guardian ad litem Robert Ruckman, Robert Ruckman, Amalia Leal, and Gilardo Leal; (12) Athanasia Vlazakis, George Vlazakis, John Barbis and Maria Barbis; (13) Baywood Village HOA; (14) Michael Marroquin; (15) Save the Lafayette Trees; (16) Laurie Deuschel; (17) Todd Hearn; (18) Henrietta D Energy Storage LLC; (19) Gary George Beyrouti and Daryl J. Spreiter; and (20) Cara Feneis. The Firm advised the Debtors regarding strategy, coordinated with the Debtors' other professionals, drafted oppositions and stipulations, and prepared filings.

       Total Hours: 335.2   Total Fees: $207,805.00

**D. Initial Debtor Interview, Meeting of Creditors, Creditor Inquiries**

During the Interim Fee Period, the Firm advised the Debtors with respect to their monthly operating reports. KBK attorneys also responded to inquiries from creditors regarding the claims bar date and proofs of claim.

       Total Hours: 1.1   Total Fees: $780.00

**E. Professional Retention and Compensation – Keller Benvenutti Kim**

During the Interim Fee Period, KBK prepared monthly fee statements for August 2019 [Docket No. 4125], September 2019 [Docket No. 4579], October 2019 [Docket No. 4993], and November 2019 [Docket No. 5407], as well as the *Second Interim Fee Application of Keller & Benvenutti LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (June 1, 2019 Through September 30, 2019)* [Docket No. 4714]. The Firm's professionals also corresponded with the Fee

//

Examiner and his counsel regarding the Firm's fee statements and time entries.

Total Hours: 57.1     Total Fees: $24,275.00

**F.     Professional Retention and Compensation – Other Professionals**

During the Interim Fee Period, KBK, among other things: (1) consulted with and filed fee statements for the Debtors' other retained professionals; (2) advised the Debtors' other professionals regarding local practice with respect to fees and reimbursable expenses; and (3) conferred with the Debtors' other professionals regarding negotiations with the Fee Examiner.

Total Hours: 106.9     Total Fees: $45,905.00

**G.     Financing and Cash Collateral**

The Firm assisted the Debtors' other professionals with issues surrounding post-confirmation financing, including assisting with the preparation of the *Debtors' Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Exit Financing Commitment Letters and (II) Authorizing Incurrence, Payment and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims* [Docket No. 4446].

Total Hours: 3.0     Total Fees: $1,650.00

**H.     Employee Matters**

During the Interim Fee Period, KBK advised the Debtors and the Debtors' other professionals on issues relating to: (1) confidential settlements with former employees; (2) the compensation of the Board of Directors; and (3) and the compensation and terms of employment of the Utility's Chief Executive Officer.

Total Hours: 14.6     Total Fees: $10,085.00

**I.     Supplier Issues**

The Firm communicated directly with the Debtors' various suppliers or their counsel and advised the Debtors and the Debtors' other professionals regarding suppliers' potential prepetition claims; this included negotiation of a payment agreement with Tulsa Inspection Resources and discussions surrounding a stop payment notice sent to the County of San Luis Obispo.

Total Hours: 18.8     Total Fees: $8,280.00

### J. General Asset Analysis and Recovery

During the Interim Fee Period, one KBK partner answered inquiries regarding: (1) financing and collateral recovery under existing bonds and (2) a purchase offer by the South San Joaquin Irrigation District.

                Total Hours: .4        Total Fees: $320.00

### K. Sale or Use of Property – Motions

During the Interim Fee Period, one KBK partner answered inquiries regarding real estate sales.

                Total Hours: .6        Total Fees: $390.00

### L. Executory Contract Issues

During the Interim Period, KBK advised the Debtors in connection with various matters relating to the treatment of the Debtors' energy procurement contracts and unexpired leases. The Firm also drafted the *Motion to Reject Vlazakis Contract and Grant Related Relief and Brief in Support of Rejectability* [Docket No. 5272].

                Total Hours: 74.0       Total Fees: $40,645.00

### M. Regulatory Issues

The Firm advised the Debtors and assisted the Debtors' other professionals with respect to the December 20, 2019 hearing before the California Public Utilities Commission.

                Total Hours: 5.6       Total Fees: $4,040.00

### N. Plan – Advice, Strategy, and Negotiation

Since the beginning of these Chapter 11 Cases, the Firm has been in discussions with the Debtors and the Debtors' other professionals regarding paths to resolution of the cases. In addition to these high-level strategy conversations, this billing code also covers research and consultation relating to the following: (1) the Debtors' exclusive period and the potential termination thereof; (2) the *Debtors' Brief regarding Utility Funded Debt Claims' Entitlement to Make-Whole Premiums and Joinder of PG&E Shareholders* [Docket No. 4896]; (3) the Restructuring Support Agreement with the

Consenting Noteholders and Shareholder Proponents, and the briefing in support thereof [Docket No. 5519]; and (4) the mediation before Judge Randall J. Newsome of JAMS.

Total Hours: 54.7    Total Fees: $41,245.00

### O.    Plan and Disclosure Statements – Preparation of Documents

This billing code relates to work performed on the Debtors' Plan of Reorganization (the "**Plan**"). During the Interim Fee Period, KBK attorneys reviewed and commented on drafts of the Plan and Disclosure Statement, and assisted the Debtors' other professionals with the *Debtors' Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry Into and Performance Under, Exit Financing Commitment Letters and (II) Authorizing Incurrence, Payment and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims* [Docket No. 4446] and the *Debtors' Brief Regarding Applicable Rate of Postpetition Interest on Allowed Unsecured Claims and Joinder of PG&E Shareholders* [Docket No. 4624].

Total Hours: 63.9    Total Fees: $32,470.00

### P.    Plan Implementation and Transition

This billing code relates to work done on behalf of the Debtors following confirmation of the Plan. During the Interim Fee Period, the Firm advised the Debtors and conferred internally regarding post-confirmation workflows.

Total Hours: 3.4    Total Fees: $2,615.00

### Q.    Wildfire Litigation

Work in this billing category relates to litigation arising from the 2017 and 2018 Northern California wildfires. Most of the work performed by KBK attorneys during the Interim Fee Period relates to the Court's withdrawal of the reference regarding wildfire claims estimation [Docket No. 3648] and the estimation proceeding in front of the Honorable James Donato in the United States District Court for the Northern District of California (the "**District Court**"), Case No. 19-05257 (the "**Estimation Proceedings**"). In the Estimation Proceedings, the Firm has assisted the Debtors' other professionals with overarching strategy, as well as with discovery disputes, retention of experts, briefing regarding inverse condemnation, and status conference planning. The Firm also assisted the Debtors with issues surrounding the settlement of the Tubbs action and overarching settlement of the

amount of the TCC's claims.  Furthermore, the Firm advised the Debtors and the Debtors' other professionals regarding the Adversary Proceeding No. 19-03061, *Gantner v. PG&E Corporation and Pacific Gas and Electric Company*, which relates to the Debtors' PSPS program.

      Total Hours: 38.5   Total Fees: $21,080.00

### R. Claims Review

This category relates to issues regarding creditors' asserted claims.  During the Interim Fee Period, KBK attorneys advised the Debtors and the Debtors' other professionals regarding certain proofs of claim and claims asserted under section 503(b)(9).  Furthermore, the Firm worked with the Debtors and their other professionals regarding a work plan for claims objections.

      Total Hours: 50.1   Total Fees: $29,950.00

### S. Claim Disputes and Resolution

During the Interim Fee Period, the Firm advised the Debtors and the Debtors' other professionals with respect to settlement of a wide variety of claims.  KBK attorneys also advised the Debtors regarding obtaining a good faith settlement determination under California law, and prepared notices of settlement of de minimis claims, and negotiated allowance of claims.  Work in this billing code also relates to the appeal on the inverse condemnation issue and discussions surrounding class proofs of claim under Bankruptcy Rule 7023.

      Total Hours: 148.7   Total Fees: $87,940.00

### T. USDC Probation Compliance and Monitoring

This billing code relates to monitoring work performed by the Firm with respect to the criminal case against the Debtors pending in the District Court.  KBK monitored the proceedings in the District Court to ensure preparedness should there be any impact on the smooth administration of these Chapter 11 Cases, including attending hearings and reviewing pleadings, and advised the Debtors regarding the same.

      Total Hours: 9.4   Total Fees: $5,660.00

### U. Miscellaneous Litigation Issues and Advice

The Firm has endeavored to create separate billing codes for larger litigation matters.  However, this category serves as a catch-all for smaller litigation and discovery matters.  During the

Interim Fee Period, KBK assisted the Debtors and the Debtors' other professionals with logistical matters relating to court appearances, e-filing notices, and setting the omnibus hearing agendas on litigation issues. This billing code also has been applied to work performed with respect to Adversary Proceeding Nos. 19-03049, *Winding Creek Solar LLC et al. v. Pacific Gas and Electric Company*, 19-03053, *Official Committee of Tort Claimants v. The Ad Hoc Group of Subrogation Claim Holders*, and 19-03008, *JH Kelly, LLC v. AECOM Technical Services, Inc.* and the securities' plaintiffs Rule 7023 motion [Docket No. 5042].

       Total Hours: 58.2    Total Fees: $34,715.00

## V. Appeals

During the Interim Fee Period, the Firm worked on miscellaneous small matters related to appeals, including questions regarding mechanics of a notice of appeal and parties to be included therein.

       Total Hours: 2.3    Total Fees: $1,520.00

## EXPENSE SUMMARY
## JUNE 30, 2019 THROUGH SEPTEMBER 30, 2019

As is its typical practice in chapter 11 cases, the Firm advanced costs on behalf of the Debtors in connection with the discharge of the duties described in the Interim Application. During the Interim Fee Period, KBK incurred a total of $30,976.92 in expenses. These expenses, which include reproduction of hearing binders, payment of *pro hac vice* and filing fees, and ordering hearing transcripts, are reasonable and necessary to the smooth administration of these Chapter 11 Cases. Receipts for all significant expenses have been provided to the Debtors and the Fee Examiner.

## LEGAL BASIS FOR INTERIM COMPENSATION

The professional services for which KBK requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with this case in the discharge of KBK's professional responsibilities as attorneys for the Debtors in these Chapter 11 Cases. KBK's services have been necessary and beneficial to the Debtors and their estates, creditors, and other parties in interest.

In accordance with the factors enumerated in section 330 of the Bankruptcy Code, KBK

respectfully submits that the amount requested by KBK is fair and reasonable given the complexity of these Chapter 11 Cases, the time expended, the nature and extent of the services rendered, the value of such services, and the costs of comparable services other than in a case under the Bankruptcy Code. Moreover, KBK has reviewed the requirements of the Interim Compensation Procedures Order, the Northern District Guidelines, and the UST Guidelines and believes that the Interim Application complies with all of them except as specifically noted herein.

## AVAILABLE FUNDS

The Firm understands that the Debtors' estate has sufficient funds available to pay the fees and costs sought herein.

## NOTICE

Notice of the Interim Application has been provided to parties in interest in accordance with the procedures set forth in the Interim Compensation Order. KBK submits that, in view of the facts and circumstances of these Chapter 11 Cases, such notice is sufficient and no other or further notice need be provided.

## CONCLUSION

KBK respectfully requests an interim allowance to KBK for compensation in the amount of $723,335.00 and actual and necessary expenses in the amount of $30,976.92, for a total allowance of $754,311.92, and an authorization for payment of $144,667.00 (20% of the allowed fees); and for such other and further relief as this Court deems proper.

Dated: March 13, 2020

Respectfully submitted,

**KELLER BENVENUTTI KIM LLP**

By: _/s/ Tobias S. Keller_
Tobias S. Keller

*Attorneys for Debtors and Debtors in Possession*

**Notice Parties**

PG&E Corporation
c/o Pacific Gas & Electric Company
Attn:   Janet Loduca, Esq.
77 Beale Street
San Francisco, CA 94105

Weil, Gotshal & Manges LLP
Attn:   Stephen Karotkin, Esq.
        Jessica Liou, Esq.
        Matthew Goren, Esq.
767 Fifth Avenue
New York, NY 10153

The Office of the United States Trustee for Region 17
Attn:   Andrew Vara, Esq.
        Timothy Laffredi, Esq.);
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

Milbank LLP
Attn:   Dennis F. Dunne, Esq.
        Sam A. Khalil, Esq.
55 Hudson Yards
New York, NY 10001-2163

Milbank LLP
Attn:   Paul S. Aronzon, Esq.,
        Gregory A. Bray, Esq.,
        Thomas R. Kreller, Esq.
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

Baker & Hostetler LLP
        Attn: Eric Sagerman, Esq. and
        Cecily Dumas, Esq.
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509

Bruce A. Markell, Fee Examiner
541 N. Fairbanks Ct., Ste 2200
Chicago, IL 60611-3710

Scott H. McNutt
324 Warren Road
San Mateo, California 94402