# EXHIBIT A

# CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(*See* Guidelines ¶ C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED* Firm or offices for preceding year, excluding bankruptcy | BILLED In this fee application |
| Partner | $692.96 | $852.75 |
| Of Counsel | $756.26 | $1,135.75 |
| Counsel | $569.64 | $596.92 |
| Associate | $436.90 | $431.11 |
| Staff Attorney | $308.44 | $270.00 |
| Law Clerk | $333.38 | $265.00 |
| Senior Advisor | $551.52 | $505.00 |
| Paralegal | $289.32 | $295.35 |
| Litigation Support Manager | N/A | $493.86 |
| Litigation Support Project Manager | N/A | $395.00 |
| Litigation Support Coordinator | N/A | $322.48 |
| Litigation Support Analyst | $322.53 | $305.26 |
| Legal Researcher | N/A | $200.00 |
| Computer Specialist | $91.14 | $180.00 |
| All timekeepers aggregated blended rate | $543.82 | $609.99 |

\* The hourly rates contained in this column are the current average Standard Billing Arrangement hourly rates for all non-bankruptcy professionals (organized by category of timekeeper) for Baker & Hostetler LLP's, Cleveland, Los Angeles, New York, San Francisco and Washington, D.C. offices. Each of those five offices billed more than 10% of the hours during the application period. *See* Section (C)(3)(a)(i)(b) of Appendix B-Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases.

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: March 13, 2020
Interim or Final: Interim