# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Bartram, Darin R. | Partner | Litigation | 1993 | $80,704.00 | 83.20 | $970.00 | | 0 |
| Benson, Glenn S. | Partner | Environmental | 1993 | $177,536.00 | 277.40 | $640.00 | $640.00 | 0 |
| Bernert, Edward J. | Partner | Tax | 1977 | $9,376.50 | 14.10 | $695.00 | | 0 |
| Brennan, Terry M. | Partner | Litigation | 1995 | $106,620.00 | 177.70 | $600.00 | $600.00 | 0 |
| Carolan, Christopher | Partner | Corporate | 2000 | $63,875.00 | 73.00 | $875.00 | | 0 |
| Casey, Lee A. | Partner | Litigation | 1982 | $298,062.50 | 237.50 | $1,255.00 | $1,255.00 | 0 |
| Chairez, Joseph L. | Partner | Litigation | 1981 | $223,760.00 | 279.70 | $800.00 | | 0 |
| Commins, Gregory J. | Partner | Litigation | 1990 | $790,765.00 | 888.50 | $890.00 | | 0 |
| DeLaquil, Mark W. | Partner | Litigation | 2004 | $12,567.00 | 14.20 | $885.00 | $885.00 | 0 |
| Dettelbach, Steven | Partner | Litigation | 1991 | $2,537.50 | 2.50 | $1,015.00 | $1,015.00 | 0 |
| Dumas, Cecily A. | Partner | Bankruptcy | 1984 | $744,610.00 | 783.80 | $950.00 | $950.00 | 0 |
| Esmont, Joseph M. | Counsel/ Partner | Bankruptcy | 2008 | $459,300.00 | 765.50 | $600.00 | $600.00 | 0 |
| Foix, Danyll W. | Partner | Litigation | 1998 | $465,956.00 | 613.10 | $760.00 | | 0 |
| Goldberg, Steven H | Partner | Corporate | 1990 | $2,120.00 | 2.00 | $1,060.00 | | 0 |
| Goodman, Eric R. | Partner | Bankruptcy | 2003 | $452,160.00 | 565.20 | $800.00 | $800.00 | 0 |
| Green, Elizabeth A. | Partner | Bankruptcy | 1986 | $273,999.00 | 397.10 | $690.00 | $690.00 | 0 |
| Grossman, Andrew | Partner | Litigation | 2008 | $136,170.00 | 160.20 | $850.00 | $850.00 | 0 |
| Hogan, Thomas | Counsel/ Partner | Environmental | 2004 | $52,752.00 | 67.20 | $785.00 | | 0 |
| Julian, Robert | Partner | Bankruptcy | 1979 | $766,687.50 | 652.50 | $1,175.00 | $1,175.00 | 0 |
| Kleber, Kody | Partner | Litigation | 2007 | $299,255.00 | 544.10 | $550.00 | | 0 |
| Layden, Andrew V. | Associate/ Partner | Bankruptcy | 2010 | $89,175.00 | 217.50 | $410.00 | $410.00 | 0 |

# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Lehrer, II, John R | Partner | Tax | 1999 | $29,217.50 | 40.30 | $725.00 | $725.00 | 0 |
| McCabe, Bridget S. | Associate/Partner | Litigation | 2010 | $415,674.00 | 659.80 | $630.00 | | 0 |
| Mooradian, George T. | Partner | Tax | 1979 | $5,525.00 | 6.50 | $895.00 | | 0 |
| Morris, Kimberly S. | Partner | Litigation | 2004 | $690,940.00 | 772.00 | $895.00 | $895.00 | 0 |
| Murphy, Keith R. | Partner | Bankruptcy | 1996 | $138,972.00 | 125.20 | $1,110.00 | $1,110.00 | 0 |
| Parrish, Jimmy D. | Partner | Bankruptcy | 2000 | $54,693.00 | 92.70 | $590.00 | $590.00 | 0 |
| Payne Geyer, Tiffany | Partner | Bankruptcy | 2000 | $103,922.00 | 228.40 | $455.00 | $455.00 | 0 |
| Rivkin Jr., David B | Partner | Litigation | 1985 | $771,062.50 | 474.50 | $1,625.00 | $1,625.00 | 0 |
| Rose, Jorian L. | Partner | Bankruptcy | 1998 | $785,174.00 | 777.40 | $1,010.00 | $1,010.00 | 0 |
| Sagerman, Eric E. | Partner | Bankruptcy | 1991 | $80,035.50 | 69.90 | $1,145.00 | $1,145.00 | 0 |
| Weible, Robert A. | Partner | Corporate | 1978 | $81,257.00 | 97.90 | $830.00 | $830.00 | 0 |
| Bloom, Jerry R. | Of Counsel | Bankruptcy | 1980 | $480,671.00 | 419.80 | $1,145.00 | $1,145.00 | 0 |
| Foley, Elizabeth P. | Of Counsel | Litigation | 1994 | $108,680.00 | 98.80 | $1,100.00 | $1,100.00 | 0 |
| Semes, Michael J. | Of Counsel | Tax | 1990 | $2,376.00 | 2.40 | $990.00 | | 0 |
| Bator, Chris | Counsel | Litigation | 1987 | $92,412.00 | 181.20 | $510.00 | | 0 |
| Fuller, Lars H. | Counsel | Bankruptcy | 1995 | $96,247.00 | 176.60 | $545.00 | $545.00 | 0 |
| Grabowski-Shaikh, A. | Counsel | Corporate | 2002 | $64,640.00 | 80.80 | $800.00 | | 0 |
| Richardson, David J | Counsel | Bankruptcy | 1993 | $605,951.00 | 884.60 | $685.00 | | 0 |
| Thomas, Emily B. | Counsel | Litigation | 2006 | $212,580.00 | 472.40 | $450.00 | | 0 |
| Alfano, Anthony G. | Associate | Unassigned | 2018 | $12,402.00 | 46.80 | $290.00 | | 0 |
| Attard, Lauren | Associate | Bankruptcy | 2008 | $341,640.00 | 569.40 | $600.00 | $600.00 | 0 |
| Bakhet, Evan X. | Associate | Corporate | 2017 | $6,873.00 | 15.80 | $435.00 | | 0 |

# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Bent, Camille | Associate | Bankruptcy | 2009 | $18,849.00 | 30.90 | $610.00 | $610.00 | 0 |
| Berle, Joelle A. | Associate | Litigation | 2007 | $79,782.50 | 164.50 | $485.00 | | 0 |
| Blanchard, Jason I. | Associate | Bankruptcy | 2011 | $256,490.00 | 394.60 | $650.00 | $650.00 | 0 |
| Calanni, Anthony S. | Associate | Unassigned | 2019 | $2,756.00 | 10.40 | $280.00 | | 0 |
| Cho Dyanne | Associate | Litigation | 2015 | $63,393.00 | 124.30 | $510.00 | | 0 |
| Cordiak, Robert W. | Associate | Litigation | 2018 | $49,926.00 | 188.40 | $265.00 | | 0 |
| Cutts, Kyle T. | Associate | Litigation | 2014 | $29,799.00 | 69.30 | $430.00 | | 0 |
| Daniels, Alyssa M. | Law Clerk/ Associate | Unassigned | 2019 | $65,031.00 | 245.40 | $265.00 | | 0 |
| Davis, Austin N. | Law Clerk/ Associate | Unassigned | 2019 | $107,881.50 | 407.10 | $265.00 | | 0 |
| Donaho, Thomas A | Associate | Litigation | 2011 | $34,450.00 | 65.00 | $530.00 | $530.00 | 0 |
| Dow, Dustin M. | Associate | Employment | 2012 | $265,282.00 | 726.80 | $365.00 | | 0 |
| Ebersole, David D. | Associate | Tax | 2011 | $5,080.00 | 12.70 | $400.00 | | 0 |
| Gerety, M. Kristin | Associate | Litigation | 2010 | $10,600.00 | 21.20 | $500.00 | | 0 |
| Hayes, Sarah M. | Law Clerk/ Associate | Litigation | 2019 | $67,775.00 | 271.10 | $250.00 | | 0 |
| Hooper, Rachel P. | Associate | Litigation | 2002 | $27,300.00 | 52.50 | $520.00 | | 0 |
| Jiwani, Sabrina N. | Associate | Litigation | 2012 | $47,094.00 | 100.20 | $470.00 | | 0 |
| Jones, Bradley K | Associate | Litigation | 2007 | $44,227.00 | 94.10 | $470.00 | | 0 |
| Jones, Cary P. | Associate | Litigation | 2018 | $1,007.00 | 3.80 | $265.00 | | 0 |
| Jowdy, Joshua | Associate | Litigation | 2017 | $220,924.00 | 502.10 | $440.00 | $440.00 | 0 |
| Kates, Elyssa S. | Associate | Bankruptcy | 2000 | $405,840.00 | 534.00 | $760.00 | $760.00 | 0 |
| Kavouras, Daniel M. | Associate | Litigation | 2012 | $135,670.50 | 371.70 | $365.00 | $365.00 | 0 |

# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Khan, Ferve E. | Associate | Bankruptcy | 2009 | $110,040.00 | 168.00 | $655.00 | $655.00 | 0 |
| Kluding, Kristin D | Law Clerk/Associate | Unassigned | 2019 | $7,675.00 | 30.70 | $250.00 | | 0 |
| Knudsen, Renee M. | Associate | Litigation | 2016 | $8,970.00 | 19.50 | $460.00 | $460.00 | 0 |
| Lemon, Daniel R. | Associate | Litigation | 2017 | $88,749.00 | 311.40 | $285.00 | | 0 |
| Lockyer, Brittany N. | Associate | Litigation | 2018 | $38,822.50 | 146.50 | $265.00 | | 0 |
| Lorence, Jenna M. | Associate | Litigation | 2017 | $41,668.00 | 94.70 | $440.00 | | 0 |
| Martinez, Daniella E. | Associate | Litigation | 2016 | $211,320.00 | 528.30 | $400.00 | | 0 |
| McCutcheon, Marcus | Associate | Litigation | 2011 | $74,828.00 | 143.90 | $520.00 | | 0 |
| Merola, Danielle L. | Associate | Bankruptcy | 2015 | $114,887.50 | 353.50 | $325.00 | | 0 |
| Mohan, Sushant | Associate | Litigation | 2014 | $13,185.00 | 29.30 | $450.00 | | 0 |
| Mowbray, Nicholas C. | Associate | Tax | 2010 | $4,536.00 | 7.20 | $630.00 | $630.00 | 0 |
| Pena, Clair C. | Associate | Litigation | 2016 | $75,888.00 | 244.80 | $310.00 | | 0 |
| Perkins Austin, Francesca | Associate | Litigation | 2008 | $8,700.00 | 14.50 | $600.00 | | 0 |
| Reynolds, Veronica | Law Clerk/Associate | Unassigned | 2019 | $13,872.00 | 40.80 | $340.00 | | 0 |
| Rice, David W. | Associate | Litigation | 2012 | $180,316.00 | 295.60 | $610.00 | $610.00 | 0 |
| Sabella, Michael A. | Associate | Bankruptcy | 2008 | $174,765.00 | 286.50 | $610.00 | $610.00 | 0 |
| Scott, Jenna N. | Associate | Litigation | 2017 | $1,384.50 | 3.90 | $415.00 | | 0 |
| Sinclair, Jordan A. | Associate | Litigation | 2011 | $7,107.00 | 13.80 | $515.00 | | 0 |
| Slavin, Jeffrey A. | Associate | Corporate | 2011 | $13,720.00 | 28.00 | $490.00 | | 0 |
| Steinberg, Zoe M. | Associate | Unassigned | 2018 | $174,624.00 | 513.60 | $340.00 | | 0 |

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION**

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Stuy, Lauren T. | Law Clerk/ Associate | Unassigned | 2019 | $85,038.50 | 320.90 | $265.00 | | 0 |
| Thompson, Ashley L. | Associate | Tax | 2011 | $6,901.00 | 13.40 | $575.00 | | 0 |
| Thompson, Taylor M. | Associate | Litigation | 2018 | $72,053.50 | 271.90 | $265.00 | | 0 |
| Treckler, Elizabeth | Associate | Litigation | 2011 | $11,214.00 | 25.20 | $445.00 | | 0 |
| Ward, Erika | Associate | Corporate | 2017 | $2,650.50 | 9.30 | $285.00 | $285.00 | 0 |
| Zuberi, Madiha M. | Associate | Litigation | 2011 | $7,562.50 | 12.50 | $605.00 | $605.00 | 0 |
| Cantu, Michael R | Staff Attorney | Litigation | 2015 | $45,063.00 | 166.90 | $270.00 | | 0 |
| Chandler, Tara R. | Staff Attorney | Bankruptcy | 2010 | $37,584.00 | 139.20 | $270.00 | | 0 |
| Patrick, Stacey M | Staff Attorney | Litigation | 2011 | $33,156.00 | 122.80 | $270.00 | | 0 |
| Shalodi, Amani | Staff Attorney | Litigation | 2016 | $38,448.00 | 142.40 | $270.00 | | 0 |
| Ubaid, Maryland H. | Staff Attorney | Litigation | 2010 | $18,873.00 | 69.90 | $270.00 | | 0 |
| White, Jason T. | Staff Attorney | Litigation | 2011 | $33,021.00 | 122.30 | $270.00 | | 0 |
| Thompson, Tyler M. | Sr. Advisor | Gov't Policy | | $38,582.00 | 76.40 | $505.00 | | 0 |
| Bryan, Katrina | Paralegal | Litigation | | $1,750.00 | 5.00 | $350.00 | | 0 |
| Divok, Eva | Paralegal | Litigation | | $30,601.50 | 88.70 | $345.00 | | 0 |
| Greenfield, Juanita | Paralegal | Litigation | | $93,380.00 | 466.90 | $200.00 | | 0 |
| Kinne, Tanya | Paralegal | Business | | $3,942.00 | 10.80 | $365.00 | $365.00 | 0 |
| Lane, Deanna L. | Paralegal | Bankruptcy | | $36,316.00 | 129.70 | $280.00 | $280.00 | 0 |
| Petre, Timothy P. | Paralegal | Litigation | | $307,507.00 | 831.10 | $370.00 | | 0 |
| Rawles, Michael | Paralegal | Litigation | | $10,017.00 | 37.10 | $270.00 | $270.00 | 0 |
| Sweet, Karen R. | Paralegal | Litigation | | $9,324.00 | 33.30 | $280.00 | | 0 |
| Williamson, Forrest G. | Paralegal | Int'nl/Patent | | $40,940.00 | 204.70 | $200.00 | | 0 |

# EXHIBIT B

## SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Bekier, James | Litigation Support Manager | Litigation Support | | $4,851.00 | 9.80 | $495.00 | $495.00 | 0 |
| Tineo, Nicole L. | Litigation Support Manager | Litigation Support | | $1,421.00 | 2.90 | $490.00 | | 0 |
| Bookout, Kimberly M. | Lit. Support Coordinator | Litigation Support | | $41,800.00 | 167.20 | $250.00 | $250.00 | 0 |
| Gage, Carly R. | Lit. Support Proj. Mngr. | Litigation Support | | $7,149.50 | 18.10 | $395.00 | | 0 |
| Landrio, Nikki M. | Sr. Complex Case Coordinator | Litigation Support | | $142,716.00 | 339.80 | $420.00 | $420.00 | 0 |
| McDonald, Michael H. | Sr. Lit. Supp. Coordinator | Litigation Support | | $52,279.00 | 227.30 | $230.00 | | 0 |
| Nunes, Silas T. | Litigation Technology Coordinator | Litigation Support | | $23,908.50 | 69.30 | $345.00 | | 0 |
| McIntosh, Casey | Lt. Supp. Jr. Coordinator | Litigation Support | | $5,962.00 | 27.10 | $220.00 | $220.00 | 0 |
| Wong, Sun Kei | Litigation Support Analyst | Litigation Support | | $6,241.50 | 21.90 | $285.00 | | 0 |
| Godsen, Brian | SharePoint Developer | Practice Applications | | $1,440.00 | 8.00 | $180.00 | | 0 |

# EXHIBIT B

# SUMMARY OF TIMEKEEPERS INCLUDED IN THIS FEE APPLICATION

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | FEES BILLED IN THIS APPLICATION | HOURS BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN THIS APPLICATION | HOURLY RATE BILLED IN FIRST INTERIM APPLICATION | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| Asmann, Paige R. | Legal Researcher | Practice Servicers | | $3,000.00 | 15.00 | $200.00 | | 0 |
| Eyler, Carly D | Legal Researcher | Practice Services | | $1,100.00 | 5.50 | $200.00 | | 0 |
| LaFalce, Stephen | Legal Researcher | Practice Services | | $1,960.00 | 9.80 | $200.00 | | 0 |
| Marshall, Amanda | Legal Researcher | Practice Services | | $1,740.00 | 8.70 | $200.00 | | 0 |
| **TOTAL** | | | | **$15,252,640.50** | **25,004.60** | | | |

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: March 13, 2020
Interim or Final: Interim