# EXHIBIT D-1

# SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(*See* Guidelines ¶ C.8. for project category information.)

|  | PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|---|
| 001 | Administrative Expense Claims | 10-20 | $6,500-$13,000 | 15.00 | $3,000.00 |
| 002 | Asset Sales/363 Sales | 10-20 | $6,500-$13,000 | 0.00 | $0.00 |
| 003 | Automatic Stay | 10-20 | $6,500-$13,000 | 10.30 | $8,609.00 |
| 004 | Bankruptcy Litigation | 1000-1500 | $650,000-$975,000 | 1,123.00 | $501,719.00 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 300-500 | $195,000-$325,000 | 360.90 | $287,742.50 |
| 006 | Case Administration (docket updates, WIP and calendar) | 350-450 | $227,500-$292,500 | 372.80 | $156,927.50 |
| 007 | CCA and other Aggregator Issues | 20-40 | $13,000-$26,000 | 0.60 | $570.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 2000-3000 | $1,300,000-$1,950,000 | 3,041.60 | $2,238,277.00 |
| 009 | Committee Meetings and Preparation | 1000-1200 | $650,000-$780,000 | 931.00 | $757,557.50 |
| 010 | Corporate and Board Issues | 25-50 | $16,250-$32,500 | 54.00 | $35,167.00 |
| 011 | Customer, Supplier and Vendor Issues | 20-40 | $13,000-$26,000 | 0.00 | $0.00 |
| 012 | DIP Financing/Cash Mgmt./Hedging Transactions | 100-200 | $65,000-$130,000 | 164.80 | $128,969.50 |
| 013 | Disclosure Statement | 20-50 | $13,000-$32,500 | 5.80 | $4,670.00 |
| 014 | Employee Issues | 10-20 | $6,500-$13,000 | 4.10 | $3,116.00 |
| 015 | Equity Security Holders | 20-40 | $13,000-$26,000 | 18.80 | $18,250.00 |
| 016 | Exclusivity | 100-200 | $65,000-$130,000 | 161.30 | $130,365.50 |
| 017 | Executory Contracts/Lease Issues | 20-30 | $13,000-$19,500 | 31.50 | $37,261.00 |
| 018 | General Case Strategy (includes communications with Committee) | 200-300 | $130,000-$195,000 | 209.20 | $157,918.00 |
| 019 | Hearings and Court Matters | 300-400 | $195,000-$260,000 | 225.90 | $192,082.50 |

**EXHIBIT D-1 (continued)**

**SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY**

(*See* Guidelines ¶ C.8. for project category information.)

| | PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|---|
| 020 | Legislative Issues | 900-1100 | $585,000-$715,000 | 825.10 | $927,742.50 |
| 021 | Non-Bankruptcy Litigation | 100-200 | $65,000-$130,000 | 50.00 | $31,185.50 |
| 022 | Non-Working Travel – *Actual Hours Billed and Fees Incurred* | n/a | n/a | ~~1,427.30~~ | ~~$875,425.00~~ |
| | Non-Working Travel – *Reduced to 2 Hours per Judge Montali's rules* | 602.80 | $391,820.00 | 602.80 | $385,190.50 |
| 023 | FERC Adversary Proceeding | 0 | $0 | 0.00 | $0.00 |
| 024 | District Court Litigation | 200-400 | $130,000-$260,000 | 452.60 | $263,947.50 |
| 025 | Regulatory Issues including CPUC and FERC | 600-800 | $390,000-$520,000 | 613.80 | $405,949.50 |
| 026 | Retention Applications | 40-80 | $26,000-$52,000 | 95.70 | $71,189.50 |
| 027 | Fee Application: Baker | 225-250 | $146,250-$162,500 | 229.50 | $108,943.50 |
| 028 | Fee Application: Other Professionals | 50-100 | $32,500-$65,000 | 105.80 | $62,650.00 |
| 029 | Schedules/Statement of Financial Affairs | 10-20 | $6,500-$13,000 | 0.00 | $0.00 |
| 030 | Tax Issues | 100-200 | $65,000-$130,000 | 151.00 | $116,321.00 |
| 031 | U.S. Trustee/Fee Examiner issues | 40-60 | $26,000-$39,000 | 46.90 | $23,863.50 |
| 032 | Unsecured Creditor Issues/ Communications/ Meetings | 400-500 | $260,000-$325,000 | 434.80 | $417,832.00 |
| 033 | Utility Issues/Adequate Assurance/Insurance | 50-100 | $32,500-$65,000 | 0.00 | $0.00 |
| 034 | Withdraw Reference | 0 | $0 | 1.40 | $1,162.00 |
| 035 | Real Estate and Real Property Issues | 10-20 | $6,500-$13,000 | 2.90 | $1,769.00 |
| 036 | Avoidance Action Analysis/Lien Avoidance Analysis | 10-20 | $6,500-$13,000 | 2.00 | $1,428.50 |
| 037 | Investigations | 10-20 | $6,500-$13,000 | 0.80 | $160.00 |

# EXHIBIT D-1 (continued)

# SUMMARY OF COMPENSATION REQUESTED BY PROJECT CATEGORY

(*See* Guidelines ¶ C.8. for project category information.)

|     | PROJECT CATEGORY | HOURS BUDGETED | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|-----|------------------|----------------|---------------|--------------|-------------|
| 038 | Financial Advisors | 10-20 | $6,500-$13,000 | 2.70 | $2,607.00 |
| 039 | Other Contested Matters | 120-150 | $78,000-$97,500 | 107.00 | $66,516.00 |
| 040 | Operations | 100-160 | $65,000-$104,000 | 186.20 | $116,650.50 |
| 041 | KEIP Issues | 10-20 | $6,500-$13,000 | 0.00 | $0.00 |
| 042 | Subrogation | 500-700 | $325,000-$455,000 | 423.10 | $331,897.00 |
| 043 | Securities | 20-40 | $13,000-$26,000 | 31.70 | $29,152.50 |
| 044 | Wildfire Assistance Fund | 20-40 | $13,000-$26,000 | 0.40 | $218.00 |
| 045 | Asset Analysis and Recovery | 1500-2500 | $975,000-$1,625,000 | 2,585.10 | $1,213,471.00 |
| 046 | Tort Claims Estimation | 7000-9000 | $4,550,000-$5,850,000 | 9,078.20 | $4,238,832.50 |
| 047 | Class Claims Issues | 100-200 | $65,000-$130,000 | 170.60 | $106,527.00 |
| 048 | Kincade Fire Issues | 100-200 | $65,000-$130,000 | 122.60 | $113,340.50 |
| 049 | Mediation | 250-450 | $162,500-$292,500 | 355.30 | $333,137.50 |
| 050 | Government Claims | 600-900 | $390,000-$585,000 | 955.20 | $723,689.00 |
| 051 | CPUC BK OII 19-09-016 | 250-450 | $162,500-$292,500 | 279.80 | $257,251.00 |
| 052 | Tort Claims | 250-450 | $162,500-$292,500 | 361.00 | $237,813.50 |
|     | **TOTAL** | **19,692.80-27,832.80** | **$12,800,320.00-$18,091,320.00[1]** | **25,004.60** | **$15,252,640.50** |

Case Name: PG&E Corporation and Pacific Gas & Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: March 13, 2020
Interim or Final: Interim

---

[1] Applicant's budgeted fees in the instant Third Interim Application were based upon the blended rate of $650 per hour for all timekeepers in Applicant's Second Interim Application (Doc. No. 4733). However, during the months covered by Applicant's Third Interim Application, Applicant's staffing resulted in a reduction to the blended rate for all timekeepers from $650 per hour to approximately $610 per hour. As such, the fees actually sought in the Third Interim Application are lower than the fees budgeted.