# EXHIBIT D-2

## SUMMARY OF EXPENSE REIMBURSEMENT REQUIESTED BY CATEGORY

*(See* Guidelines ¶ C.8. for project category information.)

|     | CATEGORY | AMOUNT |
| --- | --- | --- |
| 03  | Copier/Duplication (E101) | $490.70 |
| 04  | Automated Research (E106) | $35,761.80 |
| 05  | Postage (E108) | $1,334.17 |
| 07  | Color Copies (E101) | $908.00 |
| 230 | Depositions (E115) | $30,460.26 |
| 250 | Transcripts (E116) | $42,336.00 |
| 260 | Business Meals (E111) | $26,690.09 |
| 263 | Overtime Business Meals (E111) | $710.78 |
| 270 | Miscellaneous (E124) (meeting rooms, A/V set up, etc.) | $17,991.37 |
| 370 | Delivery Services (E107) | $1,424.09 |
| 440 | Messenger Service (E107) | $1,941.18 |
| 450 | Online Research (E016) | $297.61 |
| 470 | Other Professional Services/Experts (E123) | $2,980,618.29 |
| 480 | Outside Duplicating & Binding (E102) | $24,497.75 |
| 500 | Printing (E102) | $4,051.51 |
| 510 | Service of Process/Subpoena Fees | $2,300.20 |
| 530 | Teleconference Charges (E105) | $3,237.00 |
| 570 | Videographic Services (E123) | $18,946.39 |
| 600 | Special Supplies (E124) | $164. 28 |

| | CATEGORY | AMOUNT |
|---|---|---|
| 610 | Airfare/Trainfare (E110) | $132,194.57 |
| 620 | Filing Fees (E112) | $2,989.95 |
| 630 | Ground Transportation Local (E109) | $3,429.34 |
| 633 | Overtime Ground Transportation Local (E109) | $1,104.20 |
| 635 | Ground Transportation Out of Town (E110) | $25,820.44 |
| 640 | Car Rental (E110) | $5,134.80 |
| 650 | Lodging (E110) | $195,457.35 |
| 670 | Meals While Traveling (E110) | $13,165.16 |
| 680 | Mileage Reimbursement (E110) | $860.18 |
| 685 | Local Mileage (E109) | $213.21 |
| **TOTAL** | | **$3,574,530.67** |

Case Name: PG&E Corporation and Pacific Gas and Electric Company
Case Number: 19-30088
Applicant's Name: Baker & Hostetler LLP
Date of Application: March 13, 2020
Interim or Final: Interim