STROOCK & STROOCK & LAVAN LLP
Mark A. Speiser (*admitted pro hac vice*)
(mspeiser@stroock.com)
Kenneth Pasquale (*admitted pro hac vice*)
kpasquale@stroock.com
Sherry J. Millman (*admitted pro hac vice*)
(smillman@stroock.com)
Harold A. Olsen (*admitted pro hac vice*)
(holsen@stroock.com)
180 Maiden Lane
New York, NY 10038-4982
Tel: 212 806 5400
Fax: 212 806 6006

STROOCK & STROOCK & LAVAN LLP
David W. Moon (#197711)
(dmoon@stroock.com)
2029 Century Park East
Los Angeles, CA 90067-3086
Tel: 310 556-5800
Fax: 310 556 5959

*Counsel for Mizuho Bank, Ltd., in its capacity as HoldCo Term Loan Administrative Agent*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>– and –<br>**PACIFIC GAS AND ELECTRIC COMPANY**<br>**Debtors.** | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br>**AFFIDAVIT OF SERVICE** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

STATE OF NEW YORK     )
                      : ss.:
COUNTY OF NEW YORK    )

Mathew Laskowski, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

2. On March 4, 2020, affiant served, true and correct copies of: (1) *Notice of Appeal and Statement of Election to Have Appeal Heard by District Court* [ECF No. 6059]; (2) *Cross-Motion Of Mizuho Bank, Ltd., In Its Capacity As Holdco Term Loan Administrative Agent for Leave to Appeal Order Regarding Postpetition Interest* [ECF No. 6060]; and (3) *Notice of Cross-Motion of Mizuho Bank, Ltd., in its Capacity as Holdco Term Loan Administrative Agent for Leave to Appeal Order Regarding Postpetition Interest* [ECF No. 6061], that was filed via the Court's ECF system on such date, via electronic mail upon those electronic mail addresses set forth on the attached <u>Service List A</u>, and via overnight mail upon those parties set forth on the attached <u>Service List B</u>.

/s/ Mathew Laskowski
Mathew Laskowski

Sworn to before me this
13th day of March, 2020

/s/ Michael Magzamen
NOTARY PUBLIC
State of New York
No. 01MA6055692
Commission Expires March 5, 2023

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

## SERVICE LIST A

| | |
|---|---|
| EAdler@TheAdlerFirm.com | hubenb@ballardspahr.com |
| gemarr59@hotmail.com | ganzc@ballardspahr.com |
| bzummer@TheAdlerFirm.com | myersms@ballardspahr.com |
| olatifi@theadlerfirm.com | summersm@ballardspahr.com |
| EAdler@TheAdlerFirm.com | rubins@ballardspahr.com |
| gemarr59@hotmail.com | hartlt@ballardspahr.com |
| bzummer@TheAdlerFirm.com | John.mccusker@baml.com |
| olatifi@theadlerfirm.com | ssummy@baronbudd.com |
| laytonrl@ah.org | jfiske@baronbudd.com |
| RASymm@aeraenergy.com | rgoldman@baumhedlundlaw.com |
| evelina.gentry@akerman.com | dmargermoore@baumhedlundlaw.com |
| yelena.archiyan@akerman.com | belvederelegalecf@gmail.com |
| john.mitchell@akerman.com | kcapuzzi@beneschlaw.com |
| avcrawford@akingump.com | mbarrie@beneschlaw.com |
| dsimonds@akingump.com | kenns@beneschlaw.com |
| mstamer@akingump.com | csimon@bergerkahn.com |
| idizengoff@akingump.com | csimon@bergerkahn.com |
| dbotter@akingump.com | harriet.steiner@bbklaw.com |
| shiggins@andrewsthornton.com | Klaw@bbslaw.com |
| jct@andrewsthornton.com | Michael@bindermalter.com |
| aa@andrewsthornton.com | Rob@bindermalter.com |
| Andrew.Silfen@arentfox.com | Heinz@bindermalter.com |
| Beth.Brownstein@arentfox.com | njbloomfield@njblaw.com |
| Jordana.Renert@arentfox.com | mgorton@boutinjones.com |
| andy.kong@arentfox.com | hagey@braunhagey.com |
| christopher.wong@arentfox.com | theodore@braunhagey.com |
| Aram.Ordubegian@arentfox.com | kwasniewski@braunhagey.com |
| brian.lohan@arnoldporter.com | levine@braunhagey.com |
| steven.fruchter@arnoldporter.com | bletsch@braytonlaw.com |
| Jg5786@att.com | misola@brotherssmithlaw.com |
| Danette.Valdez@doj.ca.gov | grougeau@brlawsf.com |
| Annadel.Almendras@doj.ca.gov | schristianson@buchalter.com |
| James.Potter@doj.ca.gov | vbantnerpeo@buchalter.com |
| Margarita.Padilla@doj.ca.gov | arocles.aguilar@cpuc.ca.gov |
| James.Potter@doj.ca.gov | geoffrey.dryvynsyde@cpuc.ca.gov |
| marthaeromerolaw@gmail.com | candace.morey@cpuc.ca.gov |
| esagerman@bakerlaw.com | melaniecruz@chevron.com |
| lattard@bakerlaw.com | marmstrong@chevron.com |
| rjulian@bakerlaw.com | dgooding@choate.com |
| cdumas@bakerlaw.com | jmarshall@choate.com |
| Ian.Roberts@BakerBotts.com | otakvoryan@ckrlaw.com |
| Kevin.Chiu@BakerBotts.com | mgoodin@clausen.com |
| Navi.Dhillon@BakerBotts.com | lschweitzer@cgsh.com |
| jrowland@bakerdonelson.com | ghofmann@cohnekinghorn.com |
| lrochester@bakerdonelson.com | ra-li-ucts-bankrupt@state.pa.us |
| jhayden@bakerdonelson.com | pcalifano@cwclaw.com |
| hubenb@ballardspahr.com | deg@coreylaw.com |

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

| # | | |
|---|---|---|
| 1 | alr@coreylaw.com | jhayes@fhlawllp.com |
| 2 | smb@coreylaw.com | rwitthans@fhlawllp.com |
|   | sm@coreylaw.com | emorabito@foley.com |
| 3 | fpitre@cpmlegal.com | bnelson@foley.com |
| 4 | acordova@cpmlegal.com | vavilaplana@foley.com |
|   | ablodgett@cpmlegal.com | sory@fdlaw.com |
| 5 | Tambra.curtis@sonoma-county.org | mbusenkell@gsbblaw.com |
|   | eric.may@yolocounty.org | ehg@classlawgroup.com |
| 6 | fsmith@cozen.com | dsh@classlawgroup.com |
|   | mfelger@cozen.com | dfeldman@gibsondunn.com |
| 7 | mplevin@crowell.com | mkelsey@gibsondunn.com |
|   | bmullan@crowell.com | Jkrause@gibsondunn.com |
| 8 | malmy@crowell.com | mmcgill@gibsondunn.com |
|   | tyoon@crowell.com | Mrosenthal@gibsondunn.com |
| 9 | tkoegel@crowell.com | Amoskowitz@gibsondunn.com |
|   | mdanko@dankolaw.com | mneumeister@gibsondunn.com |
| 10 | kmeredith@dankolaw.com | mchoi@gibsondunn.com |
| 11 | smiller@dankolaw.com | vuocolod@gtlaw.com |
|   | andrew.yaphe@davispolk.com | steinbergh@gtlaw.com |
| 12 | eli.vonnegut@davispolk.com | hoguem@gtlaw.com |
|   | david.schiff@davispolk.com | etredinnick@greeneradovsky.com |
| 13 | timothy.graulich@davispolk.com | sgross@grosskleinlaw.com |
| 14 | dgrassgreen@gmail.com | mgrotefeld@ghlaw-llp.com |
|   | allan.brilliant@dechert.com | mochoa@ghlaw-llp.com |
| 15 | shumel.vasser@dechert.com | wpickett@ghlaw-llp.com |
|   | alaina.heine@dechert.com | jfhallisey@gmail.com |
| 16 | rebecca.weissman@dechert.com | Sharon.petrosino@hercrentals.com |
|   | bryan.bates@dentons.com | jdoran@hinckleyallen.com |
| 17 | john.moe@dentons.com | erin.brady@hoganlovells.com |
| 18 | Lauren.macksoud@dentons.com | hampton.foushee@hoganlovells.com |
|   | michael.isaacs@dentons.com | bennett.spiegel@hoganlovells.com |
| 19 | oscar.pinkas@dentons.com | alex.sher@hoganlovells.com |
|   | peter.wolfson@dentons.com | peter.ivanick@hoganlovells.com |
| 20 | samuel.maizel@dentons.com | rwolf@hollandhart.com |
|   | kdiemer@diemerwei.com | robert.labate@hklaw.com |
| 21 | david.riley@dlapiper.com | david.holtzman@hklaw.com |
| 22 | eric.goldberg@dlapiper.com | mjb@hopkinscarley.com |
|   | joshua.morse@dlapiper.com | jross@hopkinscarley.com |
| 23 | scampora@dbbwc.com | katie.coleman@hugheshubbard.com |
|   | gjones@dykema.com | ehuguenin@hugueninkahn.com |
| 24 | lgoldberg@ebce.org | jbothwell@hugueninkahn.com |
| 25 | Leslie.Freiman@edpr.com | keckhardt@huntonak.com |
|   | Randy.Sawyer@edpr.com | ppartee@huntonak.com |
| 26 | larry@engeladvice.com | mjdube@ca.ibm.com |
|   | sgarabato@epiqglobal.com | cvarnen@irell.com |
| 27 | sfelderstein@ffwplaw.com | astrabone@irell.com |
|   | ppascuzzi@ffwplaw.com | jreisner@irell.com |
| 28 | sfinestone@fhlawllp.com | klyman@irell.com |
|   | sfinestone@fhlawllp.com | mstrub@irell.com |

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

| # | | |
|---|---|---|
| 1 | Bankruptcy2@ironmountain.com | andrew.parlen@lw.com |
| 2 | robert.albery@jacobs.com | christopher.harris@lw.com |
| | jane-luciano@comcast.net | andrew.parlen@lw.com |
| 3 | ajang@janglit.com | daren@schlecterlaw.com |
| 4 | snoma@janglit.com | pwp@pattiprewittlaw.com |
| | jdt@jdthompsonlaw.com | rlalawyer@yahoo.com |
| 5 | rbk@jmbm.com | smo@smolsonlaw.com |
| | byoung@jmbm.com | ws@waynesilverlaw.com |
| 6 | lgabriel@bg.law | fos@scarpullalaw.com |
| | aortiz@jhwclaw.com | pbc@scarpullalaw.com |
| 7 | sjordan@jhwclaw.com | jim@jsheplaw.com |
| | ecf@jhwclaw.com | lwelsh@lkwelshlaw.com |
| 8 | JAE1900@yahoo.com | tjb@brandilaw.com |
| | peter.boutin@kyl.com | matt@lesnickprince.com |
| 9 | tkeller@kbkllp.com | cprince@lesnickprince.com |
| | jkim@kbkllp.com | DLN@LNBYB.COM |
| 10 | kdwBankruptcyDepartment@kelleydrye.com | EHK@LNBYB.COM |
| 11 | bfeder@kelleydrye.com | Lovee.Sarenas@lewisbrisbois.com |
| | bkleinman@kilpatricktownsend.com | Amy.Goldman@lewisbrisbois.com |
| 12 | prosenblatt@kilpatricktownsend.com | Scott.Lee@lewisbrisbois.com |
| | Mark_Minich@kindermorgan.com | Jasmin.Yang@lewisbrisbois.com |
| 13 | mosby_perrow@kindermorgan.com | houston_bankruptcy@publicans.com |
| | aparna.yenamandra@kirkland.com | asmith@lockelord.com |
| 14 | david.seligman@kirkland.com | bknapp@lockelord.com |
| 15 | marc.kieselstein@kirkland.com | eguffy@lockelord.com |
| | mark.mckane@kirkland.com | lkress@lockelord.com |
| 16 | michael.esser@kirkland.com | meagan.tom@lockelord.com |
| | alexander.pilmer@kirkland.com | sbryant@lockelord.com |
| 17 | stephen.hessler@kirkland.com | jackie.fu@lockelord.com |
| | jsink@kmclaw.com | kwright@lockelord.com |
| 18 | kklee@ktbslaw.com | mscohen@loeb.com |
| 19 | dstern@ktbslaw.com | aclough@loeb.com |
| | skidder@ktbslaw.com | metkin@lowenstein.com |
| 20 | hbedoyan@kleinlaw.com | abehlmann@lowenstein.com |
| | ecf@kleinlaw.com | golivera@lowenstein.com |
| 21 | acaton@kramerlevin.com | imac@macfern.com |
| | mwasson@kramerlevin.com | mannycorrales@yahoo.com |
| 22 | tdubbs@labaton.com | Craig@MarguliesFaithLaw.com |
| 23 | lgottlieb@labaton.com | rmarshack@marshackhays.com |
| | cvillegas@labaton.com | dwood@marshackhays.com |
| 24 | jdubbin@labaton.com | lmasud@marshackhays.com |
| | klamb@lkfirm.com | malexander@maryalexanderlaw.com |
| 25 | mslattery@lkfirm.com | btrust@mayerbrown.com |
| | tkelch@lkfirm.com | jcdebaca@mayerbrown.com |
| 26 | bglaser@lkfirm.com | chenriquez@mayerbrown.com |
| 27 | summerst@lanepowell.com | Annie.Duong@mccormickbarstow.com |
| | adam.malatesta@lw.com | demerzian@mccormickbarstow.com |
| 28 | amy.quartarolo@lw.com | Annie.Duong@mccormickbarstow.com |
| | caroline.reckler@lw.com | jreisner@mwe.com |

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

| # | | |
|---|---|---|
| 1 | klyman@mwe.com | bbates@phrd.com |
| 2 | jsmith@mckoolsmith.com | tom@parkinsonphinney.com |
|   | randy.michelson@michelsonlawgroup.com | akornberg@paulweiss.com |
| 3 | ddunne@milbank.com | bhermann@paulweiss.com |
| 4 | skhalil@milbank.com | wrieman@paulweiss.com |
|   | Paronzon@milbank.com | smitchell@paulweiss.com |
| 5 | Gbray@milbank.com | ndonnelly@paulweiss.com |
| 6 | TKreller@milbank.com | wong.andrea@pbgc.gov |
|   | avobrient@mintz.com | efile@pbgc.gov |
| 7 | ablevin@mintz.com | morgan.courtney@pbgc.gov |
| 8 | anahmias@mbnlawyers.com | efile@pbgc.gov |
|   | kmontee@monteeassociates.com | efile@pbgc.gov |
| 9 | bfallon@morrisjames.com | robertson.daniel@pbgc.gov |
| 10 | James.Ficenec@ndlf.com | ngo.melissa@pbgc.gov |
|   | Joshua.Bevitz@ndlf.com | efile@pbgc.gov |
| 11 | mferullo@nixonpeabody.com | ADSmith@perkinscoie.com |
| 12 | rpedone@nixonpeabody.com | kcunningham@PierceAtwood.com |
|   | wlisa@nixonpeabody.com | dania.slim@pillsburylaw.com |
| 13 | info@norcallawgroup.net | hugh.ray@pillsburylaw.com |
| 14 | joe@norcallawgroup.net | leo.crowley@pillsburylaw.com |
|   | david.rosenzweig@nortonrosefulbright.com | dminnick@pillsburylaw.com |
| 15 | howard.seife@nortonrosefulbright.com | philip.warden@pillsburylaw.com |
|   | andrew.rosenblatt@nortonrosefulbright.com | epino@epinolaw.com |
| 16 | christy.rivera@nortonrosefulbright.com | peter@pmrklaw.com |
| 17 | rebecca.winthrop@nortonrosefulbright.com | lweber@polsinelli.com |
|   | kfineman@nutihart.com | rsoref@polsinelli.com |
| 18 | gnuti@nutihart.com | pgeteam@PrimeClerk.com |
| 19 | chart@nutihart.com | serviceqa@primeclerk.com |
|   | jbeiswenger@omm.com | gerald.kennedy@procopio.com |
| 20 | jrapisardi@omm.com | mbienenstock@proskauer.com |
|   | nmitchell@omm.com | brosen@proskauer.com |
| 21 | dshamah@omm.com | mzerjal@proskauer.com |
| 22 | pfriedman@omm.com | mfirestein@proskauer.com |
|   | jborg@jasonborglaw.com | lrappaport@proskauer.com |
| 23 | bankruptcy@coag.gov | sma@proskauer.com |
| 24 | James.L.Snyder@usdoj.gov | dbp@provlaw.com |
|   | timothy.s.laffredi@usdoj.gov | rbeacher@pryorcashman.com |
| 25 | Marta.Villacorta@usdoj.gov | bennettmurphy@quinnemanuel.com |
|   | malone@oles.com | jchoi@raineslaw.com |
| 26 | dfelder@orrick.com | crivas@reedsmith.com |
|   | dmintz@orrick.com | mhouston@reedsmith.com |
| 27 | lmcgowen@orrick.com | jdoolittle@reedsmith.com |
|   | malevinson@orrick.com | mhouston@reedsmith.com |
| 28 | tcmitchell@orrick.com | mhowery@reedsmith.com |
|   | jlucas@pszjlaw.com | pmunoz@reedsmith.com |
|   | gglazer@pszjlaw.com | rsimons@reedsmith.com |
|   | dgrassgreen@pszjlaw.com | david@reederlaw.com |
|   | ipachulski@pszjlaw.com | nbreimer.esq@gmail.com |
|   | jfiero@pszjlaw.com | john@jtrlaw1.com |

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

| | | |
|---|---|---|
| 1 | evan@jtrlaw1.com | Eric.Ivester@skadden.com |
| | lillian.stenfeldt@rimonlaw.com | mbreslauer@swsslaw.com |
| 2 | phillip.wang@rimonlaw.com | wyones@swsslaw.com |
| 3 | nanette@ringstadlaw.com | jmullan@sonomacleanpower.org |
| | robins@robinscloud.com | Julia.Mosel@sce.com |
| 4 | rbryson@robinscloud.com | patricia.cirucci@sce.com |
| 5 | steven.polard@rmkb.com | Ecf@stjames-law.com |
| | gregg.galardi@ropesgray.com | jcumming@dir.ca.gov |
| 6 | keith.wofford@ropesgray.com | sc2104271@gmail.com |
| | daniel.egan@ropesgray.com | cp@stevenslee.com |
| 7 | mark.bane@ropesgray.com | lpg@stevenslee.com |
| | matthew.roose@ropesgray.com | jdsokol@lawssl.com |
| 8 | peter.welsh@ropesgray.com | kcoles@lawssl.com |
| 9 | joshua.sturm@ropesgray.com | dandreoli@steyerlaw.com |
| | patricia.chen@ropesgray.com | jlowenthal@steyerlaw.com |
| 10 | ssally@ropesgray.com | squan@steyerlaw.com |
| | matthew.mcginnis@ropesgray.com | ethompson@stites.com |
| 11 | rfriedman@rutan.com | andrew.morton@stoel.com, |
| | pblanchard@rutan.com | jennifer.slocum@stoel.com |
| 12 | Owen.Clements@sfcityatty.org | david.levant@stoel.com |
| | Catheryn.Daly@sfcityatty.org | oren.haker@stoel.com |
| 13 | cbelmonte@ssbb.com | sunny.sarkis@stoel.com |
| 14 | pbosswick@ssbb.com | pglassman@sycr.com |
| | erlamblaw@gmail.com | dmoon@stroock.com |
| 15 | gkalikman@schnader.com | fmerola@stroock.com |
| | dmg@severson.com | khansen@stroock.com |
| 16 | dhc@severson.com | egilad@stroock.com |
| | bjk@severson.com | mgarofalo@stroock.com |
| 17 | rpinkston@seyfarth.com | holsen@stroock.com |
| | charney@seyfarth.com | mspeiser@stroock.com |
| 18 | luckey.mcdowell@shearman.com | kpasquale@stroock.com |
| 19 | daniel.laguardia@shearman.com | smillman@stroock.com |
| | dshemano@shemanolaw.com | esserman@sbep-law.com |
| 20 | mlauter@sheppardmullin.com | taylor@sbep-law.com |
| | okatz@sheppardmullin.com | ivan@icjenlaw.com |
| 21 | mlauter@sheppardmullin.com | jmills@taylorenglish.com |
| | sfarzan@sheppardmullin.com | Erika.Schoenberger@davey.com |
| 22 | egoldstein@goodwin.com | josephwest@westlawfirmofcalifornia.com |
| 23 | lshulman@shbllp.com | rhonda.goldstein@ucop.edu |
| | mlowe@shbllp.com | altogut@teamtogut.com |
| 24 | cmartin@simon.com | kortiz@teamtogut.com |
| | jsanders@stblaw.com | aoden@teamtogut.com |
| 25 | michael.torkin@stblaw.com | aglaubach@teamtogut.com |
| | ngoldin@stblaw.com | Rich@TrodellaLapping.com |
| 26 | kmclendon@stblaw.com | gabriel.ozel@troutman.com |
| 27 | jamie.fell@stblaw.com | harris.winsberg@troutman.com |
| | gerald@slffirm.com | matthew.roberts2@troutman.com |
| 28 | john@slffirm.com | hugh.mcdonald@troutman.com |
| | Amy.Park@skadden.com | marcus.hall@troutman.com |

| | | |
|---|---|---|
| 1 | katherine.malone@troutman.com | tmainguy@unioncounsel.net |
| 2 | shane.huang@usdoj.gov | cgray@unioncounsel.net |
| | michael.tye@usdoj.gov | joelsner@weintraub.com |
| 3 | Rodney.Morris2@usdoj.gov | mbostick@wendel.com |
| | shane.huang@usdoj.gov | llenherr@wendel.com |
| 4 | michael.tye@usdoj.gov | cshore@whitecase.com |
| | Rodney.Morris2@usdoj.gov | rkampfner@whitecase.com |
| 5 | bankruptcynotices@up.com | tlauria@whitecase.com |
| | sanfrancisco@sec.gov | mbrown@whitecase.com |
| 6 | secbankruptcy@sec.gov | TBlischke@williamskastner.com |
| 7 | tscobb@vorys.com | mfeldman@willkie.com |
| | wagstaffe@wvbrlaw.com | jminias@willkie.com |
| 8 | busch@wvbrlaw.com | dforman@willkie.com |
| | mkelly@walkuplawoffice.com | chris.johnstone@wilmerhale.com |
| 9 | kbaghdadi@walkuplawoffice.com | dneier@winston.com |
| | mschuver@walkuplawoffice.com | Jcecil@winston.com |
| 10 | rileywalter@W2LG.com | jrawlins@winston.com |
| | Mwilhelm@W2LG.com | myuffee@winston.com |
| 11 | stephen.karotkin@weil.com | rgolubow@wcghlaw.com |
| 12 | matthew.goren@weil.com | jcurran@wolkincurran.com |
| | jessica.liou@weil.com | kw@wlawcorp.com |
| 13 | bankruptcycourtnotices@unioncounsel.net | info@youngwardlothert.com |
| | erich@unioncounsel.net | |

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**SERVICE LIST B**

| WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>Jessica Liou (*pro hac vice*)<br>Theodore E. Tsekerides (*pro hac vice*)<br>767 Fifth Avenue<br>New York, NY 10153-0119 | KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (SBN 151445)<br>Peter J. Benvenutti (SBN 60566)<br>Jane Kim (SBN 298192)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108 |
|---|---|
| JONES DAY<br>Bruce S. Bennett (SBN 105430)<br>Joshua M. Mester (SBN 194783)<br>James O. Johnston (SBN 167330)<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA 90071.2300 | MILBANK LLP<br>Gregory A. Bray (SBN 115367)<br>Thomas R. Kreller (SBN 161922)<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067 |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>Michael S. Stamer (*pro hac vice*)<br>Ira S. Dizengoff (*pro hac vice*)<br>David H. Botter (*pro hac vice*)<br>Abid Qureshi (*pro hac vice*)<br>One Bryant Park<br>New York, New York 10036 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>Ashley Vinson Crawford (SBN 257246)<br>580 California Street, Suite 1500<br>San Francisco, CA 94104 |
| GIBSON, DUNN & CRUTCHER LLP<br>David M. Feldman (pro hac vice)<br>Matthew K. Kelsey (pro hac vice)<br>200 Park Avenue<br>New York, NY 10166-0193 | GIBSON, DUNN & CRUTCHER LLP<br>Matthew D. Mcgill (pro hac vice)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306 |
| GIBSON, DUNN & CRUTCHER LLP<br>Michael S. Neumeister, Sbn 274220<br>Michelle Choi, Sbn 313557<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197 | ARENT FOX LLP<br>Andrew I. Silfen (*pro hac vice*)<br>Beth M. Brownstein (*pro hac vice*)<br>1301 Avenue of the Americas, 42nd Floor<br>New York, New York 10019 |
| ARENT FOX LLP<br>Aram Ordubegian (SBN 185142)<br>55 Second Street, 21st Floor<br>San Francisco, CA 94105 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>M. David Minnick (SBN 54148)<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94126-5998 |
| PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Leo T. Crowley (*pro hac vice*)<br>31 West 52nd Street<br>New York, NY 10019-6131 | DAVIS POLK & WARDWELL LLP<br>Timothy Graulich (*pro hac vice*)<br>David Schiff (*pro hac vice*)<br>Daniel E. Meyer (*pro hac vice*)<br>450 Lexington Avenue<br>New York, New York 10017 |
| DAVIS POLK & WARDWELL LLP<br>Andrew D. Yaphe (SBN 274172)<br>1600 El Camino Real<br>Menlo Park, California 94025 | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Bennett Murphy (SBN 174536)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017-2543 |

| TROUTMAN SANDERS LLP | TROUTMAN SANDERS LLP |
|---|---|
| Hugh M. McDonald (*pro hac vice*) | Marcus T. Hall, Bar No. 206495 |
| Jonathan D. Forstot (*pro hac vice*) | Katharine L. Malone, Bar No. 290884 |
| 875 Third Avenue | 3 Embarcadero Center, Suite 800 |
| New York, NY 10022 | San Francisco, CA 94111 |
| WILLKIE FARR & GALLAGHER LLP | DIEMER & WEI LLP |
| Matthew A. Feldman (*pro hac vice*) | Kathryn S. Diemer (#133977) |
| Joseph G. Minias (*pro hac vice*) | 100 West San Fernando Street, Suite 555 |
| Benjamin P. McCallen (*pro hac vice*) | San Jose, CA 95113 |
| 787 Seventh Avenue | |
| New York, NY 10019-6099 | |