

Signed and Filed: March 13, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>  - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date:  March 16, 2020<br>Time:  10:00 AM<br>Place: Courtroom 17<br>       450 Golden Gate Ave.<br>       16th Floor<br>       San Francisco, CA |

**ORDER RE HEARING ON MARCH 16, 2020**

The hearing on March 16, 2020, at 10:00 a.m. on the Debtors' Second Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Equity Backstop Commitment Letters, etc. (Dkt. No. 6013) will be conducted by telephone, including any examination of any witnesses.  The courtroom will be closed.

-1-

Parties or counsel and interested participants should make arrangements to appear through CourtCall at 1-866-582-6878. The fee for utilizing CourtCall is being waived for pro se litigants. Attorneys with an online account may schedule a reservation over the weekend . Pro se parties will need to call before 5:25 p.m. today, March 13, 2020, or as early as 4:30 a.m. on Monday, March 16, 2020.

The court is aware that counsel for the Office of the Governor may wish to appear, argue and cross examine witnesses. They previously filed Dkt. Nos. 5445 and 6171 on the issue presented by the motion. If there are other papers in the record that are relevant and the Governor's counsel wants the court to consider, counsel should identify them by a filing no later than Noon on March 15. The court expects principal counsel for Debtors and the Governor to meet and confer about the location of the witness, the examiner and other necessary parties. Any additional relevant documents to be presented to the witness should be filed in advance of the hearing. The court will not permit questions about matters that have been filed under seal.

***END OF ORDER***