DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
Email: jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:     916.444.1000
Facsimile:      916.444.2100

DEMAS LAW GROUP, P.C.
JOHN DEMAS (Bar No. 161563)
Email:jnd@demaslawgroup.com
701 Howe Avenue, Suite A-1
Sacramento, CA 95825
Telephone:     916.764.3889
Facsimile:      916.444.8250

Attorneys for Keri B. Howard and Rodney Lee Baggett

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**DECLARATION OF JOHN N. DEMAS IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR HOWARD/BAGGETT TO FILE PROOFS OF CLAIM**<br><br>Date:     April 7, 2020<br>Time:     10:00 a.m.<br>Crtrm.:   Courtroom 17<br>          450 Golden Gate Avenue<br>          San Francisco, CA 94102<br>Judge:    Hon. Dennis Montali<br><br>Objection deadline:    March 31, 2020<br>                       4:00 p.m. (Pacific Time) |

I, John N. Demas, hereby declare as follows:

1. I am an attorney at law duly licensed to practice before the Courts of the State of California, and am the owner of Demas Law Group, P.C.

2. I represent wildfire victims who sustained losses from the North Bay Fires in 2017 and the Camp Fire in 2018. I have timely filed over 225 Proof of Claim forms with Prime Clerk for losses clients have suffered as a result of these fires.

3. On February 25, 2020, Keri Howard called my office and left a message requesting an update on her case. Ms. Howard's name and contact information did not appear in our case management system and she did not appear to be a client of ours. My office researched the claim forms filed with Prime Clerk and did not find a filed Proof of Claim for Ms. Howard. To further investigate Ms. Howard's inquiry, all lawyers who worked on the wildfire cases searched their electronic files and no one found any communications with Ms. Howard or information to indicate she was a current client.

4. During the Fall of 2019, a law clerk named Cory Culver worked at my office and assisted lawyers on the wildfire cases. To further investigate Ms. Howard's call, Ms. Culver's email inbox was searched on February 25, 2020 for Ms. Howard's name and three emails were discovered.

5. On September 25, 2019 at 9:41am, Ms. Culver sent an email to Ms. Howard with an intake questionnaire and a fee agreement attached. Attached hereto as Exhibit A is a copy of the September 25, 2019 email.

6. On September 30, 2019 at 8:38am, Ms. Howard responded to Ms. Culver's September 25th email attaching photographs of a completed intake questionnaire and a signed fee agreement for herself and a Rod Lee Baggett. Attached hereto as Exhibit B is a copy of the September 30, 2019 email.

7. On September 30, 2019, soon after Ms. Howard's email was received by Ms. Culver, Ms. Culver responded to Ms. Howard that she had received the documents. Attached hereto as Exhibit C is a copy of the September 30, 2019 email.

8. Despite receiving the intake questionnaire, Ms. Culver did not forward Ms. Howard's email or documents to anyone, as per our standard operating practice. This prevented Ms. Howard's information from being input into our case management system and a file was never opened for her or Mr. Baggett.

9. The October 21, 2019 and the extended December 31, 2019 Bar Date Deadlines passed and because Ms. Howard and Mr. Baggett were never formally identified as clients, no Proof of Claim forms were filed on their behalf.

10. Ms. Culver moved to San Diego and her last day at my firm was January 3, 2020.

11. On February 28, 2020, I called Ms. Howard and explained that no Proof of Claim form had been filed on her or Mr. Baggett's behalf but that one would be filed that day and all steps available and necessary would be taken to attempt to remedy the administrative error.

12. On February 28, 2020, Proof of Claim forms were filed for the losses sustained by Ms. Howard and Mr. Baggett as a result of the North Bay wildfires.

13. I am over eighteen years of age, of sound mind, and fully-competent to make this declaration. All statements in this declaration are based on my own personal knowledge and observation and from my review of the court and business records in this case, or upon information and belief as indicated. If called to testify on this matter, I can and would competently testify to the matters set forth in this Declaration.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 12 day of March, 2020, in Sacramento, California.

By: _____
JOHN N. DEMAS

# EXHIBIT A

| | |
|---|---|
| **From:** | Cory Culver |
| **To:** | Meghan Palu |
| **Subject:** | Fw: PG&E Fire Case Documents |
| **Date:** | Friday, February 28, 2020 4:31:46 PM |
| **Attachments:** | Fee agreement fire cases with FG.pdf |
| | Intake Questionnaire.docx |

**From:** Cory Culver
**Sent:** Wednesday, September 25, 2019 9:41 AM
**To:** keribea@aol.com <keribea@aol.com>
**Subject:** PG&E Fire Case Documents

Hi Keri,

I apologize for not reaching out sooner. Please find attached our fee agreement and an intake questionnaire. I hope I am correct in assuming you were in the North Bay fires, I know you had mentioned your referral was one of our North Bay clients. If I am incorrect, please let me know and I will send you a set of forms that is for the right fire. Sorry for the lack of clarity on my part!

Please let me know if you have any questions. Thank you!

Cory Culver
530-636-9000

# EXHIBIT B

| | |
|---|---|
| **From:** | Cory Culver |
| **To:** | Meghan Palu |
| **Subject:** | Fw: PG&E fire case documents |
| **Date:** | Friday, February 28, 2020 4:33:45 PM |

**From:** Cory Culver
**Sent:** Monday, September 30, 2019 9:15 AM
**To:** Keri Howard <keribea@aol.com>
**Subject:** Re: PG&E fire case documents

Hi Keri,

I got them!!

Cory

Get Outlook for Android

**From:** Keri Howard <keribea@aol.com>
**Sent:** Monday, September 30, 2019 8:38:25 AM
**To:** Cory Culver <Cory@demaslawgroup.com>
**Subject:** PG&E fire case documents

Hi Cory.....Hopefully these come through.   Please let me know.

Thanks
Keri Howard
707-889-0471

# EXHIBIT C

| From: | Cory Culver |
|---|---|
| To: | Meghan Palu |
| Subject: | Fw: PG&E fire case documents |
| Date: | Friday, February 28, 2020 4:33:45 PM |

**From:** Cory Culver
**Sent:** Monday, September 30, 2019 9:15 AM
**To:** Keri Howard <keribea@aol.com>
**Subject:** Re: PG&E fire case documents

Hi Keri,

I got them!!

Cory

Get Outlook for Android

**From:** Keri Howard <keribea@aol.com>
**Sent:** Monday, September 30, 2019 8:38:25 AM
**To:** Cory Culver <Cory@demaslawgroup.com>
**Subject:** PG&E fire case documents

Hi Cory.....Hopefully these come through.   Please let me know.

Thanks
Keri Howard
707-889-0471