```
DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
Email: jdreher@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

DEMAS LAW GROUP, P.C.
JOHN DEMAS (Bar No. 161563)
Email: jnd@demaslawgroup.com
701 Howe Avenue, Suite A-1
Sacramento, CA 95825
Telephone:    916.764.3889
Facsimile:    916.444.8250

Attorneys for Keri B. Howard and Rodney Lee
Baggett
```

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E Corporation,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>[ ] Affects PG&E Corporation<br>[ ] Affects Pacific Gas and Electric Company<br>[x] Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088-DM, | Case No. 19-30088-DM<br><br>Chapter 11<br>Lead Case, Jointly Administered<br><br>**PROOF OF SERVICE**<br><br>Date:    April 7, 2020<br>Time:    10:00 a.m.<br>Crtrm.:   Courtroom 17<br>            450 Golden Gate Avenue<br>            San Francisco, CA 94102<br>Judge:   Hon. Dennis Montali<br><br>Objection deadline:  March 31, 2020<br>                                4:00 p.m. (Pacific Time) |

     At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of California. My business address is 621 Capitol Mall, 18th Floor, Sacramento, CA 95814.

     On March 13, 2020, I served true copies of the following document(s) described as on the interested parties in this action as follows:

- **MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR HOWARD/BAGGETT TO FILE PROOFS OF CLAIM**

- **NOTICE OF HEARING ON MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR HOWARD/BAGGETT TO FILE PROOFS OF CLAIM**

- **DECLARATION OF JOHN N. DEMAS IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR HOWARD/BAGGETT TO FILE PROOFS OF CLAIM**

- **DECLARATION OF COREY CULVER IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR HOWARD/BAGGETT TO FILE PROOFS OF CLAIM**

- **EXHIBIT LIST IN SUPPORT OF MOTION PURSUANT TO FED. R. BANKR. P. 9006(b)(1) TO ENLARGE THE TIME FOR HOWARD/BAGGETT TO FILE PROOFS OF CLAIM**

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Downey Brand LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Sacramento, California. **SEE ATTACHMENT 1 FOR SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on court order or an agreement of the parties to accept service by electronic transmission, I caused a copy of the document(s) to be sent from e-mail address mfrazier@downeybrand.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. **SEE ATTACHMENT 2 FOR LIST.**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** Based on court rules or an agreement of the parties to accept service by electronic transmission, on March 13, 2020, I caused the documents to be filed via the Court's Electronic Case Filing (ECF) which to the best of my knowledge will cause links to such documents to be transmitted electronically to the persons at their respective notification who are registered ECF participants. **SEE ATTACHMENT 3 FOR SERVICE LIST.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March __, 2020, at Sacramento, California.

_/s/ Marci Frazier_
Marci Frazier

# SERVICE LIST
## ATTACHMENT 1
## U.S. MAIL PARTIES
## Case 19-30088

PG&E Corporation
Attn: President or General Counsel
77 Beale Street
PO Box 77000
San Francisco, CA 94177
Counsel for Debtors

U.S. Nuclear Regulatory Commission
Attn: General Counsel
Washington, DC 20555-0001

Federal Energy Regulatory Commission
Attn: General Counsel
888 First St NE
Washington, DC 20426

Internal Revenue Service
Centralized Insolvency Operation
2970 Market St
Philadelphia, PA 19104-5016

Jon A. Vos
1430 Lincoln Avenue
San Rafael, CA 94901
Interested Party

Office of the US Attorney for the
Northern District of California
Attn: Bankruptcy
Federal Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Placer County Office of the Treasurer-Tax Collector
Attn: Robert Kanngiesser
2976 Richardson Drive
Auburn, CA 95603
Interested Party

Rodriguez & Associates
Attn: Joseph Whittington, Esq. and Daniel Turek, Esq.
2020 Eye Street
Bakersfield, CA 93301
Counsel to Creditors, Ruckman-Leal & Michael Marroquin

U.S. Nuclear Regulatory Commission
Attn: General Counsel
U.S. NRC Region IV
1600 E. Lamar Blvd.
Arlington, TX 76011

DOWNEY BRAND LLP

DOWNEY BRAND LLP

# SERVICE LIST
# ATTACHMENT 2
# EMAIL SERVICE PARTIES
## Case 19-30088

| Email |
|---|
| ablevin@mintz.com |
| ablodgett@cpmlegal.com |
| acaton@kramerlevin.com |
| acordova@cpmlegal.com |
| aglaubach@teamtogut.com |
| ajang@janglit.com |
| alex.sher@hoganlovells.com |
| alr@coreylaw.com |
| altogut@teamtogut.com |
| Amoskowitz@gibsondunn.com |
| Amy.Goldman@lewisbrisbois.com |
| andrew.parlen@lw.com |
| andrew.rosenblatt@nortonrosefulbright.com |
| Annadel.Almendras@doj.ca.gov |
| aoden@teamtogut.com |
| aortiz@jhwclaw.com |
| aparna.yenamandra@kirkland.com |
| arocles.aguilar@cpuc.ca.gov |
| astrabone@irell.com |
| avobrient@mintz.com |
| bankruptcy@coag.gov |
| Bankruptcy2@ironmountain.com |
| bankruptcycourtnotices@unioncounsel.net |
| bankruptcynotices@up.com |
| bbates@phrd.com |
| bennett.spiegel@hoganlovells.com |
| bennettmurphy@quinnemanuel.com |
| Beth.Brownstein@arentfox.com |
| bfeder@kelleydrye.com |
| bhermann@paulweiss.com |
| bkleinman@kilpatricktownsend.com |
| bmullan@crowell.com |
| brian.lohan@arnoldporter.com |
| brosen@proskauer.com |
| bryan.bates@dentons.com |
| btrust@mayerbrown.com |
| busch@wvbrlaw.com |
| candace.morey@cpuc.ca.gov |
| Catheryn.Daly@sfcityatty.org |
| cbelmonte@ssbb.com |
| cgray@unioncounsel.net |
| charney@seyfarth.com |
| christopher.harris@lw.com |
| christy.rivera@nortonrosefulbright.com |
| cmartin@simon.com |
| Craig@MarguliesFaithLaw.com |
| cshore@whitecase.com |
| cvarnen@irell.com |

| # | Email |
|---|---|
| 1 | cvillegas@labaton.com |
| | Danette.Valdez@doj.ca.gov |
| 2 | daniel.egan@ropesgray.com |
| | daniel.laguardia@shearman.com |
| 3 | david.riley@dlapiper.com |
| | david.rosenzweig@nortonrosefulbright.com |
| 4 | david.schiff@davispolk.com |
| | david.seligman@kirkland.com |
| 5 | dbotter@akingump.com |
| | dfelder@orrick.com |
| 6 | dgooding@choate.com |
| | dmintz@orrick.com |
| 7 | dsh@classlawgroup.com |
| | dshamah@omm.com |
| 8 | dsimonds@akingump.com |
| | dvd@svlg.com |
| 9 | dwood@marshackhays.com |
| | egilad@stroock.com |
| 10 | ehg@classlawgroup.com |
| | eli.vonnegut@davispolk.com |
| 11 | eric.may@yolocounty.org |
| | Erika.Schoenberger@davey.com |
| 12 | erin.brady@hoganlovells.com |
| | erlamblaw@gmail.com |
| 13 | evan@jtrlaw1.com |
| | fpitre@cpmlegal.com |
| 14 | fsmith@cozen.com |
| | geoffrey.dryvynsyde@cpuc.ca.gov |
| 15 | gerald.kennedy@procopio.com |
| | ghofmann@cohnekinghorn.com |
| 16 | golivera@lowenstein.com |
| | harris.winsberg@troutman.com |
| 17 | hartlt@ballardspahr.com |
| | holsen@stroock.com |
| 18 | howard.seife@nortonrosefulbright.com |
| | Ian.Roberts@BakerBotts.com |
| 19 | idizengoff@akingump.com |
| | imac@macfern.com |
| 20 | info@norcallawgroup.net |
| | info@youngwardlothert.com |
| 21 | ipachulski@pszjlaw.com |
| | James.L.Snyder@usdoj.gov |
| 22 | jamie.fell@stblaw.com |
| | Jasmin.Yang@lewisbrisbois.com |
| 23 | jcdebaca@mayerbrown.com |
| | jdt@jdthompsonlaw.com |
| 24 | jdubbin@labaton.com |
| | jessica.liou@weil.com |
| 25 | jfhallisey@gmail.com |
| | Jg5786@att.com |
| 26 | jlowenthal@steyerlaw.com |
| | jmarshall@choate.com |
| 27 | jmills@taylorenglish.com |

DOWNEY BRAND LLP

| # | Email |
|---|---|
| 1 | jmullan@sonomacleanpower.org |
|   | joe@norcallawgroup.net |
| 2 | John.mccusker@baml.com |
|   | john.mitchell@akerman.com |
| 3 | john@jtrlaw1.com |
|   | john@slffirm.com |
| 4 | Jordana.Renert@arentfox.com |
|   | josephwest@westlawfirmofcalifornia.com |
| 5 | Joshua.Bevitz@ndlf.com |
|   | joshua.sturm@ropesgray.com |
| 6 | jrapisardi@omm.com |
|   | jreisner@irell.com |
| 7 | jrowland@bakerdonelson.com |
|   | jsmith@mckoolsmith.com |
| 8 | Julia.Mosel@sce.com |
|   | katherine.malone@troutman.com |
| 9 | katie.coleman@hugheshubbard.com |
|   | kbaghdadi@walkuplawoffice.com |
| 10 | kcapuzzi@beneschlaw.com |
|    | kcoles@lawssl.com |
| 11 | Kevin.Chiu@BakerBotts.com |
|    | khansen@stroock.com |
| 12 | kklee@ktbslaw.com |
|    | klamb@lkfirm.com |
| 13 | klyman@mwe.com |
| 14 | kmclendon@stblaw.com |
|    | kmeredith@dankolaw.com |
| 15 | kortiz@teamtogut.com |
|    | kwasniewski@braunhagey.com |
| 16 | Lauren.macksoud@dentons.com |
|    | laytonrl@ah.org |
| 17 | leo.crowley@pillsburylaw.com |
|    | Leslie.Freiman@edpr.com |
| 18 | levine@braunhagey.com |
|    | lgoldberg@ebce.org |
| 19 | lmcgowen@orrick.com |
|    | lpg@stevenslee.com |
| 20 | lwelsh@lkwelshlaw.com |
| 21 | malexander@maryalexanderlaw.com |
|    | marcus.hall@troutman.com |
| 22 | mark.bane@ropesgray.com |
|    | mark.mckane@kirkland.com |
| 23 | Mark_Minich@kindermorgan.com |
|    | marmstrong@chevron.com |
| 24 | marthaeromerolaw@gmail.com |
|    | matthew.goren@weil.com |
| 25 | matthew.mcginnis@ropesgray.com |
|    | matthew.roberts2@troutman.com |
| 26 | matthew.roose@ropesgray.com |
|    | mbarrie@beneschlaw.com |
| 27 | mbienenstock@proskauer.com |
|    | mbrown@whitecase.com |
| 28 | mbusenkell@gsbblaw.com |

DOWNEY BRAND LLP

| #  | Email |
|----|-------|
| 1  | mchoi@gibsondunn.com |
|    | mdanko@dankolaw.com |
| 2  | melaniecruz@chevron.com |
|    | mferullo@nixonpeabody.com |
| 3  | mfirestein@proskauer.com |
|    | mgarofalo@stroock.com |
| 4  | mgrotefeld@ghlaw-llp.com |
|    | mhowery@reedsmith.com |
| 5  | michael.torkin@stblaw.com |
|    | misola@brotherssmithlaw.com |
| 6  | mjdube@ca.ibm.com |
|    | mkelly@walkuplawoffice.com |
| 7  | mlowe@shbllp.com |
|    | mochoa@ghlaw-llp.com |
| 8  | mosby_perrow@kindermorgan.com |
| 9  | Mrosenthal@gibsondunn.com |
|    | mschierberl@cgsh.com |
| 10 | mschuver@walkuplawoffice.com |
|    | mscohen@loeb.com |
| 11 | mspeiser@stroock.com |
|    | mstamer@akingump.com |
| 12 | mstrub@irell.com |
|    | mtoney@turn.org |
| 13 | mwasson@kramerlevin.com |
|    | Mwilhelm@W2LG.com |
| 14 | myuffee@winston.com |
|    | mzerjal@proskauer.com |
| 15 | Navi.Dhillon@BakerBotts.com |
|    | nbreimer.esq@gmail.com |
| 16 | ndonnelly@paulweiss.com |
|    | ngoldin@stblaw.com |
| 17 | oscar.pinkas@dentons.com |
|    | otakvoryan@ckrlaw.com |
| 18 | Owen.Clements@sfcityatty.org |
|    | Paronzon@milbank.com |
| 19 | patricia.chen@ropesgray.com |
|    | patricia.cirucci@sce.com |
| 20 | pbc@scarpullalaw.com |
|    | pblanchard@rutan.com |
| 21 | pbosswick@ssbb.com |
|    | peter.ivanick@hoganlovells.com |
| 22 | peter.welsh@ropesgray.com |
| 23 | peter.wolfson@dentons.com |
|    | pgeteam@PrimeClerk.com |
| 24 | pglassman@sycr.com |
|    | pwp@pattiprewittlaw.com |
| 25 | ra-li-ucts-bankrupt@state.pa.us |
|    | Randy.Sawyer@edpr.com |
| 26 | RASymm@aeraenergy.com |
|    | rbryson@robinscloud.com |
| 27 | rgoldman@baumhedlundlaw.com |
|    | rileywalter@W2LG.com |
| 28 | robert.albery@jacobs.com |

DOWNEY BRAND LLP

| | |
|---|---|
| 1 | robert.labate@hklaw.com |
| | robertson.daniel@pbgc.gov |
| 2 | robins@robinscloud.com |
| | rpedone@nixonpeabody.com |
| 3 | rpinkston@seyfarth.com |
| | rsimons@reedsmith.com |
| 4 | sanfrancisco@sec.gov |
| | sbryant@lockelord.com |
| 5 | sc2104271@gmail.com |
| | secbankruptcy@sec.gov |
| 6 | serviceqa@primeclerk.com |
| | sfarzan@sheppardmullin.com |
| 7 | sfelderstein@ffwplaw.com |
| | sgarabato@epiqglobal.com |
| 8 | Sharon.petrosino@hercrentals.com |
| | sjordan@jhwclaw.com |
| 9 | sm@coreylaw.com |
| | sma@proskauer.com |
| 10 | smb@coreylaw.com |
| | smiller@dankolaw.com |
| 11 | smillman@stroock.com |
| | smitchell@paulweiss.com |
| 12 | snoma@janglit.com |
| | sory@fdlaw.com |
| 13 | ssally@ropesgray.com |
| | stephen.hessler@kirkland.com |
| 14 | stephen.karotkin@weil.com |
| | steven.fruchter@arnoldporter.com |
| 15 | summersm@ballardspahr.com |
| | TBlischke@williamskastner.com |
| 16 | tdubbs@labaton.com |
| | theodore@braunhagey.com |
| 17 | timothy.graulich@davispolk.com |
| | tjb@brandilaw.com |
| 18 | tkelch@lkfirm.com |
| | tlauria@whitecase.com |
| 19 | tlong@turn.org |
| | vuocolod@gtlaw.com |
| 20 | wagstaffe@wvbrlaw.com |
| | wpickett@ghlaw-llp.com |
| 21 | wrieman@paulweiss.com |
| | ws@waynesilverlaw.com |
| 22 | wyones@swsslaw.com |
| | yelena.archiyan@akerman.com |

# SERVICE LIST
## ATTACHMENT 3
## ECF NOTICE PARTIES
## Case 19-30088

- Elliot Adler eadler@theadlerfirm.com, bzummer@theadlerfirm.com
- Annadel A. Almendras annadel.almendras@doj.ca.gov
- Monique D. Almy malmy@crowell.com
- Dana M. Andreoli dandreoli@steyerlaw.com, mterry@steyerlaw.com
- Anne Andrews aa@andrewsthornton.com, aandrews@andrewsthornton.com
- Richard L. Antognini rlalawyer@yahoo.com, hallonaegis@gmail.com
- Tyson Arbuthnot tarbuthnot@rjo.com, jyeung@rjo.com
- Lauren T. Attard lattard@bakerlaw.com, agrosso@bakerlaw.com
- Herb Baer hbaer@primeclerk.com, ecf@primeclerk.com
- Kathryn E. Barrett keb@svlg.com, amt@svlg.com
- Chris Bator cbator@bakerlaw.com, jmcguigan@bakerlaw.com
- Ronald S. Beacher rbeacher@pryorcashman.com
- Hagop T. Bedoyan hbedoyan@kleinlaw.com, ecf@kleinlaw.com
- Andrew David Behlmann abehlmann@lowenstein.com, elawler@lowenstein.com
- Tanya Behnam tbehnam@polsinelli.com, tanyabehnam@gmail.com
- James C. Behrens jbehrens@milbank.com, mkoch@milbank.com
- Jacob Taylor Beiswenger jbeiswenger@omm.com, llattin@omm.com
- James T. Bentley james.bentley@srz.com, Kelly.Knight@srz.com
- Peter J. Benvenutti pbenvenutti@kellerbenvenutti.com
- Robert Berens rberens@smtdlaw.com, sr@smtdlaw.com
- Heinz Binder heinz@bindermalter.com
- Neil Jon Bloomfield njbloomfield@njblaw.com, gklump@njblaw.com
- Jason Blumberg jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
- Ameneh Maria Bordi ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
- Jason Borg jborg@jasonborglaw.com
- Mark Bostick mbostick@wendel.com, bankruptcy@wendel.com
- James L. Bothwell jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
- Peter R. Boutin peter.boutin@kyl.com, lara.joel@kyl.com
- Erin N. Brady enbrady@jonesday.com
- Gregory A. Bray gbray@milbank.com
- Michael D. Breslauer mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
- W. Steven Bryant , molly.batiste-debose@lockelord.com
- Chane Buck cbuck@jonesday.com
- Elizabeth J. Cabraser ecabraser@lchb.com, awolf@lchb.com
- Anthony P. Cali anthony.cali@stinson.com, lindsay.petrowski@stinson.com
- Peter C. Califano pcalifano@cwclaw.com
- Steven M. Campora scampora@dbbwc.com, nlechuga@dbbwc.com
- Leah E. Capritta leah.capritta@hklaw.com, lori.labash@hklaw.com
- Nicholas A. Carlin nac@phillaw.com, rac@phillaw.com
- Katherine Rose Catanese kcatanese@foley.com
- Jennifer Machlin Cecil JCecil@winston.com, ECF_SF@winston.com
- Karen J. Chedister kchedister@h-jlaw.com
- Christina Lin Chen christina.chen@morganlewis.com, christina.lin.chen@gmail.com
- Richard A. Chesley richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
- Shawn M. Christianson schristianson@buchalter.com
- Robert N.H. Christmas rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

- Alicia Clough aclough@loeb.com
- Tiffany Strelow Cobb tscobb@vorys.com
- John B. Coffman john@johncoffman.net
- Kevin G. Collins kevin.collins@btlaw.com
- Charles Cording ccording@willkie.com, mao@willkie.com
- Manuel Corrales mannycorrales@yahoo.com, hcskanchy@hotmail.com
- Anne Costin anne@costinlawfirm.com
- Donald H. Cram dhc@severson.com
- Ashley Vinson Crawford avcrawford@akingump.com, dkrasa-berstell@akingump.com
- John Cumming jcumming@dir.ca.gov
- J. Russell Cunningham rcunningham@dnlc.net, emehr@dnlc.net
- Keith J. Cunningham , rkelley@pierceatwood.com
- Keith J. Cunningham kcunningham@pierceatwood.com, rkelley@pierceatwood.com
- James D. Curran jcurran@wolkincurran.com, dstorms@wolkincurran.com
- Tambra Curtis tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org
- Nicolas De Lancie ndelancie@jmbm.com
- Judith A. Descalso , jad_9193@ecf.courtdrive.com
- Erin Elizabeth Dexter edexter@milbank.com
- Shounak S. Dharap ssd@arnslaw.com, mec@arnslaw.com
- Kathryn S. Diemer kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com
- John P. Dillman houston_bankruptcy@publicans.com
- Jonathan R. Doolittle jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com
- Jennifer V. Doran jdoran@hinckleyallen.com
- Dustin M. Dow ddow@bakerlaw.com, jmcguigan@bakerlaw.com
- Jamie P. Dreher jdreher@downeybrand.com
- Geoffrey B. Dryvynsyde gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov
- Cecily Ann Dumas cdumas@bakerlaw.com, BHDataServices@ecf.courtdrive.com
- Dennis F. Dunne cprice@milbank.com, jbrewster@milbank.com
- Dennis F. Dunne ddunne@milbank.com, jbrewster@milbank.com
- Huonganh Annie Duong annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com
- Kevin M. Eckhardt keckhardt@hunton.com, candonian@huntonak.com
- Michael Eggenberger meggenberger@piercebainbridge.com, gchang@piercebainbridge.com
- Joseph A. Eisenberg JAE1900@yahoo.com
- Michele Ellison mellison@gibbsgiden.com, lrochelle@gibbsgiden.com
- David Emerzian , Melany.Hertel@mccormickbarstow.com
- G. Larry Engel larry@engeladvice.com
- Krista M. Enns kenns@beneschlaw.com
- Joseph M. Esmont jesmont@bakerlaw.com
- Michael P. Esser michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com
- Richard W. Esterkin richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com
- Michael S. Etkin metkin@lowenstein.com
- Jacob M. Faircloth jacob.faircloth@smolsonlaw.com
- Brett D. Fallon bfallon@morrisjames.com, wweller@morrisjames.com
- Michael C. Fallon mcfallon@fallonlaw.net, manders@fallonlaw.net
- Joseph Kyle Feist jfeistesq@gmail.com, info@norcallawgroup.net
- David M. Feldman DFeldman@gibsondunn.com
- Matthew A. Feldman mfeldman@willkie.com
- Mark E. Felger mfelger@cozen.com
- James J. Ficenec James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com
- John D. Fiero jfiero@pszjlaw.com, ocarpio@pszjlaw.com
- Kimberly S. Fineman kfineman@nutihart.com, nwhite@nutihart.com

DOWNEY BRAND LLP

1613013v1

- Stephen D. Finestone sfinestone@fhlawllp.com
- Timothy M. Flaherty tflaherty@mpplaw.com
- Daniel I. Forman dforman@willkie.com
- Jonathan Forstot jonathan.forstot@troutman.com, john.murphy@troutman.com
- Jonathan Forstot , john.murphy@troutman.com
- Matthew Hampton Foushee hampton.foushee@hoganlovells.com, hfoushee@gmail.com
- Carolyn Frederick cfrederick@prklaw.com
- Peter Friedman pfriedman@omm.com
- Roger F. Friedman rfriedman@rutan.com, csolorzano@rutan.com
- Xiyi Fu jackie.fu@lockelord.com, taylor.warren@lockelord.com
- Lars H. Fuller lfuller@bakerlaw.com
- Larry W. Gabriel lgabriel@bg.law, nfields@bg.law
- Gregg M. Galardi gregg.galardi@ropesgray.com
- Richard L. Gallagher richard.gallagher@ropesgray.com
- Craig Solomon Ganz ganzc@ballardspahr.com, hartt@ballardspahr.com
- Jeffrey K. Garfinkle jgarfinkle@buchalter.com
- Oscar Garza ogarza@gibsondunn.com
- Paul R. Gaus paul.gaus@mccormickbarstow.com
- Duane M. Geck dmg@severson.com
- Evelina Gentry evelina.gentry@akerman.com, rob.diwa@akerman.com
- Janet D. Gertz jgertz@btlaw.com, amattingly@btlaw.com
- Christopher Gessner cgessner@akingump.com, NYMCO@akingump.com
- Barry S. Glaser bglaser@swesq.com
- Paul R. Glassman glassmanp@gtlaw.com
- Gabriel I. Glazer gglazer@pszjlaw.com
- Gabrielle Glemann gabrielle.glemann@stoel.com, rene.alvin@stoel.com
- Jaime Godin Jtouchstone@fddcm.com
- Matthew A. Gold courts@argopartners.net
- Eric D. Goldberg eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- Amy L. Goldman goldman@lbbslaw.com
- Eric S. Goldstein egoldstein@goodwin.com
- Rhonda Stewart Goldstein Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu
- Richard H. Golubow rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com
- Michael J. Gomez mgomez@frandzel.com, dmoore@frandzel.com
- Michael W. Goodin mgoodin@clausen.com, mgenova@clausen.com
- Eric R. Goodman egoodman@bakerlaw.com
- Mark A. Gorton mgorton@boutinjones.com, cdomingo@boutininc.com
- Mark A. Gorton mgorton@boutininc.com, cdomingo@boutininc.com
- Michael I. Gottfried mgottfried@lgbfirm.com, srichmond@lgbfirm.com
- Louis Gottlieb Lgottlieb@labaton.com, mpenrhyn@labaton.com
- Eric A. Grasberger eric.grasberger@stoel.com, docketclerk@stoel.com
- Debra I. Grassgreen dgrassgreen@pszjlaw.com, hphan@pszjlaw.com
- Eric A. Gravink eric@rhrc.net
- Elizabeth A. Green egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com
- Stuart G. Gross sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com
- David Matthew Guess guessd@gtlaw.com
- Elizabeth M. Guffy eguffy@lockelord.com, autodocket@lockelord.com
- Cameron Gulden cameron.m.gulden@usdoj.gov
- Mirco J. Haag mhaag@buchalter.com, dcyrankowski@buchalter.com
- Laurie Hager lhager@sussmanshank.com
- J. Noah Hagey hagey@braunhagey.com, tong@braunhagey.com

DOWNEY BRAND LLP

- Oren Buchanan Haker oren.haker@stoel.com, rene.alvin@stoel.com
- Kristopher M. Hansen dmohamed@stroock.com, mmagzamen@stroock.com
- Adam C. Harris adam.harris@srz.com, james.bentley@srz.com
- Robert G. Harris rob@bindermalter.com
- Christopher H. Hart chart@nutihart.com, nwhite@nutihart.com
- Bryan L. Hawkins bryan.hawkins@stoel.com, Sharon.witkin@stoel.com
- Jan M Hayden jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com
- Jennifer C. Hayes jhayes@fhlawllp.com
- Alaina R. Heine alaina.heine@dechert.com, brett.stone@dechert.com
- Cristina A. Henriquez chenriquez@mayerbrown.com
- Stephen E. Hessler, P.C. , jozette.chong@kirkland.com
- Sean T. Higgins aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- Morgan R. Hirst mhirst@jonesday.com, mmelvin@jonesday.com
- Sean T. Higgins aandrews@andrewsthornton.com, shiggins@andrewsthornton.com
- David Holtzman david.holtzman@hklaw.com
- Alexandra S. Horwitz allie.horwitz@dinsmore.com
- Marsha Houston mhouston@reedsmith.com, hvalencia@reedsmith.com
- Shane Huang shane.huang@usdoj.gov
- Brian D. Huben hubenb@ballardspahr.com
- Jonathan Hughes , jane.rustice@aporter.com
- Edward R. Huguenin ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com
- Michael A. Isaacs Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com
- Mark V. Isola mvi@sbj-law.com
- J. Eric Ivester Eric.Ivester@skadden.com, Andrea.Bates@skadden.com
- J. Eric Ivester , Andrea.Bates@skadden.com
- Ivan C. Jen ivan@icjenlaw.com
- Monique Jewett-Brewster mjb@hopkinscarley.com, eamaro@hopkinscarley.com
- James O. Johnston jjohnston@jonesday.com
- Chris Johnstone chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com
- Andrew Jones andrew@ajoneslaw.com
- Gregory K. Jones GJones@dykema.com, cacossano@dykema.com
- Robert A. Julian rjulian@bakerlaw.com
- George H. Kalikman gkalikman@schnader.com, sdavenport@schnader.com
- Roberto J. Kampfner rkampfner@whitecase.com, mco@whitecase.com
- Gary M. Kaplan gkaplan@fbm.com, calendar@fbm.com
- Robert B. Kaplan rbk@jmbm.com
- Eve H. Karasik ehk@lnbyb.com
- Elyssa S. Kates ekates@bakerlaw.com
- Ori Katz okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- William M. Kaufman wkaufman@smwb.com
- Jane G. Kearl jkearl@watttieder.com, jbenton@watttieder.com
- Tobias S. Keller tkeller@kellerbenvenutti.com, pbenvenutti@kellerbenvenutti.com
- Lynette C. Kelly ustpregion17.oa.ecf@usdoj.gov
- Matthew K. Kelsey mkelsey@gibsondunn.com
- Gerald P. Kennedy gerald.kennedy@procopio.com, angela.stevens@procopio.com
- Erica L. Kerman ekerman@willkie.com
- Samuel A. Khalil skhalil@milbank.com, jbrewster@milbank.com
- Samuel M. Kidder skidder@ktbslaw.com
- Marc Kieselstein , carrie.oppenheim@kirkland.com
- Jane Kim jkim@kellerbenvenutti.com
- Kody D. L. Kleber kkleber@bakerlaw.com, dmartinez@bakerlaw.com

DOWNEY BRAND LLP

- Matthew Ryan Klinger mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com
- Bradley C. Knapp bknapp@lockelord.com, Yamille.Harrison@lockelord.com
- Kelly V. Knight kelly.knight@srz.com
- Lydia Vanessa Ko Lvko@stonelawoffice.com
- Thomas F. Koegel tkoegel@crowell.com
- Katherine Kohn kkohn@groom.com, ashahinllari@groom.com
- Andy S. Kong kong.andy@arentfox.com, Yvonne.Li@arentfox.com
- Anna Kordas akordas@jonesday.com, mmelvin@jonesday.com
- Alan W. Kornberg , akornberg@paulweiss.com
- Bernard Kornberg bjk@severson.com
- David I. Kornbluh dik@millermorton.com, mhr@millermorton.com
- Lauren Kramer lkramer@rjo.com
- Jeffrey C. Krause jkrause@gibsondunn.com
- Thomas R. Kreller tkreller@milbank.com
- Lindsey E. Kress lkress@lockelord.com, autodocket@lockelord.com
- Hannah C. Kreuser hkreuser@porterlaw.com, ooberg@porterlaw.com
- Michael Thomas Krueger michael.krueger@ndlf.com, Havilyn.lee@ndlf.com
- Robert T. Kugler robert.kugler@stinson.com
- Boris Kukso boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov
- Alisa C. Lacey alisa.lacey@stinson.com, karen.graves@stinson.com
- Timothy S. Laffredi timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov
- Richard A. Lapping rich@trodellalapping.com
- Omeed Latifi olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com
- John E. Lattin jlattin@ostergar.com, cslovenec@ostergar.com
- Michael Lauter mlauter@sheppardmullin.com
- Kenneth T. Law klaw@bbslaw.com
- Francis J. Lawall lawallf@pepperlaw.com, henrys@pepperlaw.com
- Andrew Michael Leblanc ALeblanc@milbank.com
- Erica Lee Erica.Lee@doj.ca.gov
- Scott Lee scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com
- Edward J. Leen eleen@mkbllp.com
- Lisa Lenherr llenherr@wendel.com, bankruptcy@wendel.com
- Matthew A. Lesnick matt@lesnickprince.com, jmack@lesnickprince.com
- Bryn G. Letsch bletsch@braytonlaw.com
- David B. Levant david.levant@stoel.com, rene.alvin@stoel.com
- Andrew H. Levin alevin@wcghlaw.com
- David Levine dnl@groom.com
- Marc A. Levinson Malevinson@orrick.com, casestream@ecf.courtdrive.com
- Dara Levinson Silveira dsilveira@kellerbenvenutti.com
- Alexander James Demitro Lewicki kdiemer@diemerwei.com, alewicki@diemerwei.com
- William S. Lisa , jcaruso@nixonpeabody.com
- William S. Lisa wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com
- Jonathan A. Loeb jon.loeb@bingham.com
- John William Lucas jlucas@pszjlaw.com, ocarpio@pszjlaw.com
- Jane Luciano jane-luciano@comcast.net
- Kerri Lyman klyman@irell.com
- Carissa A. Lynch Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov
- John H. MacConaghy macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com
- Iain A. Macdonald iain@macfern.com, ecf@macfern.com
- Tracy L. Mainguy tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- Samuel R. Maizel samuel.maizel@dentons.com, alicia.aguilar@dentons.com

1613013v1    13

DOWNEY BRAND LLP

1. - Adam Malatesta adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com
- Katharine Malone malonek@gtlaw.com
2. - Liam K. Malone malone@oles.com, shahin@oles.com
- Michael W. Malter michael@bindermalter.com
3. - Craig Margulies cmargulies@margulies-law.com, lsalazar@margulies-law.com
- Geoffrey E. Marr gemarr59@hotmail.com
4. - Richard A. Marshack rmarshack@marshackhays.com, lbuchanan@marshackhays.com
5. - Catherine Martin cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com
- Laila Masud lmasud@marshackhays.com, 8649808420@filings.docketbird.com
6. - David P. Matthews jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com
- Patrick C. Maxcy patrick.maxcy@snrdenton.com
7. - Benjamin P. McCallen bmccallen@willkie.com
- Thomas E. McCurnin tmccurnin@bkolaw.com, kescano@bkolaw.com
8. - Hugh M. McDonald hugh.mcdonald@troutman.com, john.murphy@troutman.com
- Hugh M. McDonald , john.murphy@troutman.com
9. - C. Luckey McDowell Luckey.McDowell@Shearman.com
- Matthew D. McGill MMcGill@gibsondunn.com
10. - Scott H. McNutt SMcNutt@ml-sf.com, csnell@ml-sf.com
11. - Thomas Melone Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com
- Peter Meringolo peter@pmrklaw.com
12. - Frank A. Merola lacalendar@stroock.com, mmagzamen@stroock.com
- Jennifer L. Mersing jennifer.mersing@stoel.com, lisa.petras@stoel.com
13. - Joshua M. Mester jmester@jonesday.com
- Matthew D. Metzger belvederelegalecf@gmail.com
14. - Randy Michelson randy.michelson@michelsonlawgroup.com
- Joseph G. Minias jminias@willkie.com
15. - M. David Minnick dminnick@pillsburylaw.com, docket@pillsburylaw.com
- Nancy Mitchell nmitchell@omm.com
16. - Thomas C. Mitchell tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com
17. - John A. Moe john.moe@dentons.com, glenda.spratt@dentons.com
- Aaron J. Mohamed ajm@brereton.law, aaronmohamedlaw@gmail.com
18. - Kevin Montee kmontee@monteeassociates.com
- David W. Moon lacalendar@stroock.com, mmagzamen@stroock.com
19. - Diane Marger Moore dmargermoore@baumhedlundlaw.com
- Erika L. Morabito emorabito@foley.com, hsiagiandraughn@foley.com
20. - Candace J. Morey cjm@cpuc.ca.gov
- Courtney L. Morgan morgan.courtney@pbgc.gov
21. - Joshua D. Morse Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com
22. - Andrew H. Morton andrew.morton@stoel.com, lisa.petras@stoel.com
- Thomas G. Mouzes tmouzes@boutinjones.com, cdomingo@boutininc.com
23. - Peter S. Munoz pmunoz@reedsmith.com, gsandoval@reedsmith.com
- Bennett J. Murphy bmurphy@bennettmurphylaw.com
24. - Michael S. Myers myersms@ballardspahr.com, hartt@ballardspahr.com
- Alan I. Nahmias anahmias@mbnlawyers.com, jdale@mbnlawyers.com
25. - David L. Neale dln@lnbrb.com
- David L. Neale dln@lnbyb.com
26. - David Neier dneier@winston.com
27. - Brittany J. Nelson bnelson@foley.com, hsiagiandraughn@foley.com
- Michael S. Neumeister MNeumeister@gibsondunn.com
28. - Howard S. Nevins hnevins@hsmlaw.com
- Melissa T. Ngo ngo.melissa@pbgc.gov, efile@pbgc.gov

- Mario R. Nicholas mario.nicholas@stoel.com, cherie.clark@stoel.com
- Sean Nolan snolan@akingump.com, NYMCO@akingump.com
- Gregory C. Nuti gnuti@nutihart.com, nwhite@nutihart.com
- Abigail O'Brient aobrient@mintz.com, docketing@mintz.com
- Julie E. Oelsner joelsner@weintraub.com, bjennings@weintraub.com
- Office of the U.S. Trustee / SF USTPRegion17.SF.ECF@usdoj.gov
- Matthew Jon Olson matt@macfern.com, ecf@macfern.com
- Steven M. Olson smo@smolsonlaw.com
- Aram Ordubegian Ordubegian.Aram@ArentFox.com
- Gabriel Ozel , gabeozel@gmail.com
- Margarita Padilla Margarita.Padilla@doj.ca.gov
- Amy S. Park amy.park@skadden.com, alissa.turnipseed@skadden.com
- Donna Taylor Parkinson donna@parkinsonphinney.com
- Peter S. Partee , candonian@huntonak.com
- Paul J. Pascuzzi ppascuzzi@ffwplaw.com, kwidder@ffwplaw.com
- Kenneth Pasquale , mlaskowski@stroock.com
- Charles Scott Penner penner@carneylaw.com, caragol@carneylaw.com
- Valerie Bantner Peo vbantnerpeo@buchalter.com
- Yosef Peretz yperetz@peretzlaw.com, skim@peretzlaw.com
- Danielle A. Pham danielle.pham@usdoj.gov
- Thomas R. Phinney tom@parkinsonphinney.com
- R. Alexander Pilmer alexander.pilmer@kirkland.com, keith.catuara@kirkland.com
- M. Ryan Pinkston rpinkston@seyfarth.com, jmcdermott@seyfarth.com
- Estela O. Pino epino@epinolaw.com, rmahal@epinolaw.com
- Gregory Plaskett GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM
- Mark D. Plevin mplevin@crowell.com
- Steven G. Polard spolard@eisnerlaw.com
- Mark D. Poniatowski ponlaw@ponlaw.com
- William L. Porter bporter@porterlaw.com, Ooberg@porterlaw.com
- Christopher E. Prince cprince@lesnickprince.com
- Douglas B. Provencher dbp@provlaw.com
- Stacey C. Quan squan@steyerlaw.com, pspencer@steyerlaw.com
- Amy C. Quartarolo amy.quartarolo@lw.com
- Lary Alan Rappaport lrappaport@proskauer.com, PHays@proskauer.com
- Justin E. Rawlins jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com
- Hugh M. Ray hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com
- Paul F. Ready smeyer@farmerandready.com
- Caroline A. Reckler caroline.reckler@lw.com
- David M. Reeder david@reederlaw.com, david.m.reeder@gmail.com;Jessica@reederlaw.com
- Steven J. Reisman sreisman@katten.com, nyc.bknotices@kattenlaw.com
- Jeffrey M. Reisner jreisner@irell.com
- Jack A. Reitman , srichmond@lgbfirm.com
- Emily P. Rich erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net
- David J. Richardson drichardson@bakerlaw.com, agonzalez@bakerlaw.com
- Christopher O. Rivas crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- David B. Rivkin drivkin@bakerlaw.com, jmeeks@bakerlaw.com
- John R. Rizzardi kcoselman@cairncross.com, tnguyen@cairncross.com
- Daniel Robertson robertson.daniel@pbgc.gov, efile@pbgc.gov
- Lacey E. Rochester lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com
- Michael Rogers mrogers@lambertrogers.com, jan@lambertrogers.com
- Julie H. Rome-Banks julie@bindermalter.com

DOWNEY BRAND LLP

1613013v1

- Jorian L. Rose jrose@bakerlaw.com
- Paul M. Rosenblatt prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com
- Allan Robert Rosin arrosin@alr-law.com
- Jay M. Ross jross@hopkinscarley.com, eamaro@hopkinscarley.com
- Gregory A. Rougeau grougeau@brlawsf.com
- Stacy H. Rubin rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com
- Jason C. Rubinstein jrubinstein@fklaw.com, mclerk@fklaw.com
- Nathan Q. Rugg nathan.rugg@bfkn.com, jean.montgomery@bfkn.com
- Thomas B. Rupp trupp@kellerbenvenutti.com
- Eric E. Sagerman esagerman@bakerlaw.com
- Robert Sahyan rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com
- Jonathan C. Sanders jsanders@stblaw.com
- Nanette D. Sanders nanette@ringstadlaw.com, becky@ringstadlaw.com
- Lovee Sarenas Lovee.sarenas@lewisbrisbois.com
- Sunny S. Sarkis sunny.sarkis@stoel.com, dawn.forgeur@stoel.com
- Patricia Savage psavesq@gmail.com, jodi.savage@gmail.com
- Sblend A. Sblendorio sas@hogefenton.com
- Francis O. Scarpulla fos@scarpullalaw.com, cpc@scarpullalaw.com
- Daren M Schlecter daren@schlecterlaw.com, info@schlecterlaw.com
- Bradley R. Schneider bradley.schneider@mto.com
- Harvey S. Schochet Harveyschochet@dwt.com
- Lisa Schweitzer lschweitzer@cgsh.com
- Eric J. Seiler eseiler@fklaw.com, mclerk@fklaw.com
- David B. Shemano dshemano@pwkllp.com
- James A. Shepherd jim@jsheplaw.com, shepIGN@gmail.com
- Leonard M. Shulman lshulman@shbllp.com
- Andrew I. Silfen andrew.silfen@arentfox.com
- Wayne A. Silver w_silver@sbcglobal.net, ws@waynesilverlaw.com
- Craig S. Simon csimon@bergerkahn.com, aketcher@bergerkahn.com
- Gerald Singleton gerald@slffirm.com, BKECFCANB@SLFfirm.com
- Jeremy C. Sink jsink@kmclaw.com
- Michael K. Slattery mslattery@lkfirm.com, rramirez@lkfirm.com
- Jennifer N. Slocum jennifer.slocum@stoel.com, docketclerk@stoel.com
- Aaron C. Smith asmith@lockelord.com, autodocket@lockelord.com
- Alan D. Smith adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com
- Jan D. Sokol jdsokol@lawssl.com, dwright@lawssl.com
- Randye B. Soref rsoref@polsinelli.com
- Joseph Sorkin jsorkin@akingump.com, NYMCO@akingump.com
- Bennett L. Spiegel blspiegel@jonesday.com
- Michael St. James ecf@stjames-law.com
- Howard J. Steinberg steinbergh@gtlaw.com, pearsallt@gtlaw.com
- Harriet A. Steiner harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com
- Lillian G. Stenfeldt lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com
- Lillian G. Stenfeldt lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com
- Cheryl L. Stengel clstengel@outlook.com, stengelcheryl40@gmail.com
- David M. Stern dstern@ktbslaw.com
- Geoffrey S. Stewart gstewart@jonesday.com, mmelvin@jonesday.com
- Alan J. Stone AStone@milbank.com, DMcCracken@Milbank.com
- Rebecca Suarez rsuarez@crowell.com
- Brad T. Summers summerst@lanepowell.com, docketing-pdx@lanepowell.com
- Kristine Theodesia Takvoryan ktakvoryan@ckrlaw.com

DOWNEY BRAND LLP

- Derrick Talerico dtalerico@ztlegal.com, sfritz@ztlegal.com
- Kesha Tanabe kesha@tanabelaw.com
- Elizabeth Lee Thompson ethompson@stites.com, docketclerk@stites.com
- John C. Thornton jct@andrewsthornton.com, aandrews@andrewsthornton.com
- Elisa Tolentino cao.main@sanjoseca.gov
- Meagan S. Tom Meagan.tom@lockelord.com, autodocket@lockelord.com
- Edward J. Tredinnick etredinnick@greeneradovsky.com
- Matthew Jordan Troy matthew.troy@usdoj.gov
- Andrew Van Ornum avanornum@vlmglaw.com, hchea@vlmglaw.com
- Shmuel Vasser shmuel.vasser@dechert.com, brett.stone@dechert.com
- Victor A. Vilaplana vavilaplana@foley.com, rhurst@foley.com
- Marta Villacorta marta.villacorta@usdoj.gov
- John A. Vos InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
- Bao M. Vu bao.vu@stoel.com, sharon.witkin@stoel.com
- Jonathan D. Waisnor jwaisnor@willkie.com, mao@willkie.com
- Riley C. Walter ecf@W2LG.com
- Phillip K. Wang phillip.wang@rimonlaw.com
- Philip S. Warden philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
- Lindsi M. Weber lweber@polsinelli.com, yderac@polsinelli.com
- Rebecca Weissman rebecca.weissman@dechert.com
- Joseph M. Welch jwelch@buchalter.com, dcyrankowski@buchalter.com
- David Walter Wessel DWessel@efronlawfirm.com, hporter@chdlawyers.com
- Joseph West westjoseph@earthlink.net, josephw998@gmail.com
- Drew M. Widders dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
- Eric R. Wilson kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
- Kimberly S. Winick kwinick@clarktrev.com, knielsen@clarktrev.com
- Rebecca J. Winthrop rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
- David Wirt david.wirt@hklaw.com, denise.harmon@hklaw.com
- Ryan A. Witthans rwitthans@fhlawllp.com
- Risa Lynn Wolf-Smith rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
- Douglas Wolfe dwolfe@asmcapital.com
- Catherine E. Woltering cwoltering@bakerlaw.com
- Andrea Wong wong.andrea@pbgc.gov, efile@pbgc.gov
- Christopher Kwan Shek Wong christopher.wong@arentfox.com
- Kirsten A. Worley kw@wlawcorp.com, admin@wlawcorp.com
- Cathy Yanni cathy@cathyyanni.com, pstrunk@browngreer.com
- Andrew Yaphe andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
- Tacie H. Yoon tyoon@crowell.com
- Bennett G. Young byoung@jmbm.com, jb8@jmbm.com
- Christopher L. Young cyoung@cairncross.com, nspringstroh@cairncross.com
- Paul H. Zumbro mao@cravath.com
- Brittany Zummer bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
- Dario de Ghetaldi deg@coreylaw.com, lf@coreylaw.com

DOWNEY BRAND LLP

1613013v1