WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C.
(ray.schrock@weil.com) (*pro hac vice*)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:     (415) 496-6723
Fax:    (415) 636-9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>        - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                    **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**STIPULATION FOR ORDER CONTINUING BRIEFING AND HEARING SCHEDULE REGARDING CLASSIFICATION OF FIRE CLAIMS OF FEDERAL AGENCIES AND OF CALIFORNIA STATE AGENCIES**<br><br>Related Docket No.: 6010<br><br>[No Hearing Date Requested] |

1   PG&E Corporation and Pacific Gas and Electric Company, as debtor and debtor in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), certain funds and accounts managed or advised by Abrams Capital Management, LP, and certain funds and accounts managed or advised by Knighthead Capital Management, LLC (together, the "**Shareholder Proponents**" and with the Debtors, the "**Plan Proponents**"), the Federal Agencies, and the California State Agencies, by and through their respective undersigned counsel, hereby submit this stipulation (the "**Stipulation**") amending the Scheduling Order (as defined below).[1]  The Debtors, the Shareholder Proponents, the Federal Agencies, and the California State Agencies are referred to in this Stipulation collectively as the "**Parties**," and each as a "**Party**."  The Parties hereby stipulate and agree as follows:

**RECITALS**

A.  On March 2, 2020, the United States Bankruptcy Court for the Northern District of California entered the *Order Approving Stipulation for Order Establishing Briefing and Hearing Schedule Regarding Classification of Fire Claims of Federal Agencies and of California State Agencies* [Docket No. 6010] (the "**Scheduling Order**"), which set forth, among other things, the following briefing and hearing scheduling on the Classification Issue: (i) the deadline for the Parties to file opening briefs would be March 13, 2020 (the "**Opening Brief Deadline**"), (ii) the deadline for Parties to file responsive briefs would be March 25, 2020 (the "**Reply Deadline**"), and (iii) the hearing on the Classification Issue would be held on April 1, 2020 (the "**Hearing**").

B.  In light of tentative settlements in principle reached among the Debtors, the Official Committee of Tort Claimants (the "**TCC**"), and the Federal Agencies and the Debtors, the TCC, and the California State Agencies, the Parties have agreed to continue the briefing and hearing schedule on the Classification Issue set forth in the Scheduling Order.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Scheduling Order (as defined herein).

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT HEREBY IS STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE BANKRUPTCY COURT TO ORDER, THAT:**

1. The Opening Brief Deadline, the Reply Deadline, and the Hearing, are continued indefinitely until such time as (i) the Bankruptcy Court enters an order approving settlements between the Debtors, the TCC, and the Federal Agencies and between the Debtors, the TCC, and the California State Agencies that resolve the Classification Issue, at which time the matter will be taken off the Bankruptcy Court's calendar, with prejudice, or (ii) the Bankruptcy Court issues an order further amending the Scheduling Order.

2. Except as expressly set forth herein, all other provisions of the Scheduling Order shall remain in full force and effect and shall not be impacted by this Stipulation.

3. This Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and shall supersede all prior agreements and understandings relating to the subject matter hereof.

4. This Stipulation may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same agreement.

5. The Bankruptcy Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation.

Dated: March 13, 2020

WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP

/s/___*Thomas B. Rupp*_____
Thomas B. Rupp
*Attorneys for the Debtors*

Dated: March 13, 2020

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

/s/___*Paul J. Pascuzzi*_____
Paul J. Pascuzzi
*Attorneys for the California State Agencies*

Dated: March 13, 2020

JONES DAY

/s/___*Joshua M. Mester*_____
Joshua M. Mester
*Attorneys for the Shareholder Proponents*

Dated: March 13, 2020

UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION

/s/____*Matthew J. Troy*_____
Matthew J. Troy
*Attorneys for the Federal Agencies*