# Exhibit C

| Name of Professional | Position | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Bradley Sharp | President & CEO | $ 685.00 | 78.40 | $ 52,334.00 |
| R. Brian Calvert | Sr. Managing Director | 640.00 | 246.90 | 154,976.00 |
| Thomas Jeremiassen | Sr. Managing Director | 575.00 | 111.90 | 62,330.00 |
| Nicholas Troszak | Managing Director | 485.00 | 207.40 | 95,375.25 |
| James Armstrong | Director | 375.00 | 125.10 | 46,593.75 |
| Shelly Cuff | Director | 360.00 | 255.10 | 90,720.00 |
| Spencer Ferrero | Director | 350.00 | 193.60 | 67,760.00 |
| Andrew Wagner | Director | 350.00 | 473.60 | 165,760.00 |
| James Romey | Sr. Associate | 360.00 | 3.40 | 1,224.00 |
| Thomas Frey | Sr. Associate | 325.00 | 65.70 | 21,352.50 |
| Jack Donohue | Associate | 250.00 | 50.30 | 12,575.00 |
| Rowen Dizon | Associate | 230.00 | 5.90 | 1,357.00 |
| Mandy Yedidsion | Associate | 145.00 | 124.00 | 17,980.00 |
| | | | 1,941.30 | $ 790,337.50 |