# Exhibit D

| Project Category | Category Code | Total Hours Billed | Total Fees |
|---|---|---|---|
| Fee Application/Client Billing | 12 | 97.40 | 40,421.00 |
| Attend Court Hearings/Review Pleadings | 14 | 7.50 | 4,452.00 |
| Claims Analysis/Objection | 31 | 1,766.00 | 721,661.00 |
| Creditors and Creditors Committee Contact | 52 | 2.50 | 1,712.50 |
| Travel | 80 | 67.90 | 22,091.00 |
| | | 1,941.30 | $ 790,337.50 |