# Exhibit F

| Type | Date | Professional | Description | Amount |
|---|---|---|---|---|
| Airfare | 08/08/19 | James Armstrong | Round trip from Portland, OR to Oakland, CA to attend case meetings. | 622.60 |
| Airfare | 08/09/19 | Nicholas Troszak | Round trip from Burbank, CA to Oakland, CA to attend case meetings. | 561.96 |
| Airfare | 08/09/19 | Shelly Cuff | Round trip from Burbank, CA to San Francisco, CA (including change fee) to attend case meetings. | 477.60 |
| Airfare | 08/15/19 | Nicholas Troszak | Round trip from Burbank, CA to Oakland, CA to attend case meetings. | 561.96 |
| Airfare | 08/28/19 | Brad Sharp | Round trip from Los Angeles, CA to Santa Rosa, CA to attend case meetings. | 474.06 |
| Airfare | 08/28/19 | Brian Calvert | Round trip from Los Angeles, CA to Santa Rosa, CA to attend case meetings. | 474.06 |
| Airfare | 08/29/19 | James Armstrong | Round trip from Portland, OR to Santa Rosa, CA (including change fee) to attend case meetings. | 732.61 |
| Airfare | 08/29/19 | Nicholas Troszak | Round trip from Burbank, CA to Oakland, CA to attend case meetings. | 561.96 |
| Airfare | 08/29/19 | Thomas Jeremiassen | Round trip from Burbank, CA to Oakland, CA to attend case meetings. | 561.96 |
| Airfare | 08/30/19 | Shelly Cuff | Trip from Burbank, CA to Santa Rosa, CA returning to Los Angeles, CA to attend case meetings. | 317.30 |
| Airfare | 09/06/19 | Nicholas Troszak | Round trip from Los Angeles, CA to Oakland, CA to attend case meetings. | 525.96 |
| Airfare | 09/06/19 | Brian Calvert | Round trip from Burbank, CA to San Francisco, CA to attend case meetings. | 571.96 |
| Airfare | 09/07/19 | Thomas Jeremiassen | Round trip from Los Angeles, CA to Oakland, CA to attend case meetings. | 525.96 |
| Airfare | 09/09/19 | Shelly Cuff | One way from Burbank, CA to San Francisco, CA to attend case meetings. | 219.30 |
| Airfare | 09/09/19 | Shelly Cuff | One way from San Francisco, CA to Philadelphia, PA from attending case meetings. | 331.30 |
| Airfare | 09/11/19 | James Armstrong | Round trip from Portland, OR to San Francisco, CA to attend case meetings. | 667.96 |
| Hotel | 08/22/19 | James Armstrong | Hotel stay at Westin Hotel from 8/20/19 to 8/22/19 while meeting regarding presentation preparation. | 678.02 |
| Hotel | 08/29/19 | James Armstrong | Hotel stay at Courtyard Marriott in Santa Rosa, CA from 8/28/19 to 8/29/19 while attending case meetings. | 259.31 |
| Hotel | 08/29/19 | Brad Sharp | Hotel stay at Flamingo Hotel in Santa Rosa, CA from 8/28/19 to 8/29/19 while attending case meetings. | 257.59 |
| Hotel | 08/29/19 | Brian Calvert | Hotel stay at Flamingo Hotel in Santa Rosa, CA from 8/28/19 to 8/29/19 while attending case meetings. | 219.43 |
| Hotel | 08/30/19 | Shelly Cuff | Hotel stay at Courtyard Marriott in Santa Rosa, CA from 8/28/19 to 8/30/19 while attending case meetings. | 511.60 |
| Hotel | 09/12/19 | Brian Calvert | Hotel stay at Le Meridian San Francisco from 9/10/19 to 9/12/19 while attending case meetings. | 1,200.00 |
| Hotel | 09/12/19 | Shelly Cuff | Hotel stay at Hotel Adagio from 9/10/19 to 9/12/19 while attending case meetings. | 1,200.00 |
| Meals | 08/01/19 | Brian Calvert | Breakfast at Starbucks while in San Francisco, CA for case meetings. | 4.65 |
| Meals | 08/09/19 | Nicholas Troszak | Breakfast at Burbank Airport while traveling to San Rafael, CA for case meetings. | 4.30 |
| Meals | 08/09/19 | Shelly Cuff | Breakfast at MCS Burbank while traveling to San Francisco, CA for case meetings. | 7.43 |
| Meals | 08/21/19 | James Armstrong | Dinner at Lobby Court while in Los Angeles for meetings regarding presentation preparation. | 69.86 |
| Meals | 08/23/19 | Roberta Aranda | In-office lunch for Tom Jeremiassen, Nick Troszak, Shelly Cuff and Spencer Ferrero during lunch-hour business meeting. | 94.55 |
| Meals | 08/26/19 | Roberta Aranda | In-office lunch for Brian Calvert, Brad Sharp and Shelly Cuff during lunch-hour business meeting. | 64.75 |
| Meals | 08/28/19 | Brian Calvert | Dinner for Brian Calvert, Brad Sharp and James Armstrong at Lococos Cucina Rustica while traveling to Santa Rosa, CA for case meetings. | 225.00 |
| Meals | 08/28/19 | Shelly Cuff | Dinner at Courtyard Marriott while traveling to Santa Rosa, CA for case meetings. | 9.27 |
| Meals | 08/29/19 | Thomas Jeremiassen | Dinner for Tom Jeremiassen and Nick Troszak at Vino Volo while traveling from San Francisco, CA for case meetings. | 136.98 |
| Meals | 08/29/19 | Brian Calvert | Dinner for Brian Calvert, Brad Sharp and James Armstrong at Sky Lounge Restaurant while traveling to Santa Rosa, CA for case meetings. | 121.21 |
| Meals | 08/29/19 | Shelly Cuff | Dinner at Santa Rosa Seafood Raw Bar & Grill while traveling to Santa Rosa, CA for case meetings. | 31.70 |
| Meals | 08/29/19 | Shelly Cuff | Breakfast at Acre Coffee while traveling to Santa Rosa, CA for case meetings. | 14.14 |
| Meals | 09/10/19 | Brian Calvert | Dinner at Epic Steak while traveling to San Francisco for case meetings. | 75.00 |
| Meals | 09/11/19 | Nicholas Troszak | Breakfast at LAX Coffee Bean while traveling to San Francisco for case meetings. | 3.50 |
| Meals | 09/11/19 | Brian Calvert | Dinner at Hog Island Oyster while traveling to San Francisco for case meetings. | 75.00 |
| Meals | 09/12/19 | Shelly Cuff | Breakfast at Dogpatch while traveling to San Francisco for case meetings. | 16.82 |
| Miscellaneous | 08/01/19 | DSI | AT&T Teleconference | 101.36 |
| Miscellaneous | 08/01/19 | Shelly Cuff | Software related to damages calculations. | 29.98 |
| Miscellaneous | 08/01/19 | Shelly Cuff | Software related to damages calculations. | 37.42 |
| Miscellaneous | 08/07/19 | Spencer Ferrero | Data related to damages calculations. | 75.00 |
| Miscellaneous | 08/09/19 | Shelly Cuff | Fedex photocopy charge (200 color pages @$0.45/page) | 90.00 |
| Miscellaneous | 08/31/19 | DSI | Photocopy charges - Los Angeles (910 pages @$0.10/page) | 91.00 |
| Miscellaneous | 08/31/19 | DSI | Photocopy charges - Chicago (139 pages @$0.10/page) | 13.90 |
| Miscellaneous | 09/01/19 | DSI | AT&T Teleconference | 167.13 |
| Miscellaneous | 09/15/19 | Shelly Cuff | Wifi while traveling. | 51.97 |
| Miscellaneous | 09/30/19 | DSI | Photocopy charges - Los Angeles (155 pages @$0.10/page) | 15.50 |
| Miscellaneous | 10/31/19 | DSI | Photocopy charges - Chicago (57 pages @$0.10/page) | 5.70 |
| Miscellaneous | 10/31/19 | DSI | Photocopy charges - Los Angeles (11 pages @$0.10/page) | 1.10 |
| Miscellaneous | 10/01/20 | DSI | AT&T Teleconference | 28.97 |
| Miscellaneous | 10/07/20 | DSI | PACER Charges | 57.40 |
| Transportation | 07/17/19 | Shelly Cuff | Uber from airport to San Francisco, CA for case meetings. | 32.87 |
| Transportation | 07/17/19 | Shelly Cuff | Uber from home to airport for travel to case meetings. | 25.30 |
| Transportation | 07/17/19 | Shelly Cuff | Uber from meeting location to airport for travel from case meetings. | 37.17 |
| Transportation | 07/17/19 | Shelly Cuff | Uber from airport to home for travel from case meetings. | 28.50 |
| Transportation | 08/08/19 | James Armstrong | Rental car while traveling to Oakland, CA for case meetings. | 113.52 |
| Transportation | 08/09/19 | Nicholas Troszak | Round trip Uber from Oakland, CA to San Rafael, CA for case meetings. | 124.90 |
| Transportation | 08/09/19 | Nicholas Troszak | Parking at Burbank Airport while traveling to San Rafael, CA for case meetings. | 24.00 |
| Transportation | 08/15/19 | Nicholas Troszak | Round trip Uber from Oakland, CA to San Rafael, CA for case meetings. | 107.16 |
| Transportation | 08/15/19 | Nicholas Troszak | Parking at Burbank Airport while traveling to San Rafael, CA for case meetings. | 24.00 |
| Transportation | 08/22/19 | James Armstrong | Round trip Lyft from airport to hotel while in Los Angeles, CA for presentation preparation. | 97.11 |
| Transportation | 08/28/19 | Brian Calvert | Taxi from Santa Rosa Airport to hotel while traveling for case meetings. | 42.84 |
| Transportation | 08/28/19 | Shelly Cuff | Uber from home to airport for travel to case meetings. | 42.68 |
| Transportation | 08/29/19 | Nicholas Troszak | Round trip Uber from Oakland, CA to Santa Rosa, CA for case meetings. | 253.25 |
| Transportation | 08/29/19 | Nicholas Troszak | Parking at Burbank Airport while traveling to San Rafael, CA for case meetings. | 24.00 |
| Transportation | 08/29/19 | Brian Calvert | Round trip mileage from home to airport while traveling to Santa Rosa, CA for case meetings. | 34.80 |
| Transportation | 08/29/19 | Brad Sharp | Parking at LAX while traveling to Santa Rosa, CA for case meetings. | 57.26 |
| Transportation | 08/29/19 | Thomas Jeremiassen | Parking at Burbank Airport while traveling to Santa Rosa, CA for case meetings. | 24.00 |
| Transportation | 08/29/19 | Brian Calvert | Parking at LAX while traveling to Santa Rosa, CA for case meetings. | 57.37 |
| Transportation | 08/30/19 | Shelly Cuff | Rental car while traveling to Santa Rosa, CA for case meetings. | 105.50 |
| Transportation | 08/30/19 | Shelly Cuff | Gas for rental car while traveling to Santa Rosa, CA for case meetings. | 17.63 |
| Transportation | 09/01/19 | Shelly Cuff | Uber from airport to home for travel from case meetings. | 29.82 |
| Transportation | 09/06/19 | Nicholas Troszak | Public transportation from airport to case meeting location. | 22.00 |
| Transportation | 09/10/19 | Brian Calvert | Taxi from airport to case meeting location. | 84.06 |
| Transportation | 09/10/19 | Shelly Cuff | Uber from airport to hotel while traveling to San Francisco for case meetings. | 36.82 |

| Type | Date | Professional | Description | Amount |
|---|---|---|---|---|
| Transportation | 09/11/19 | Thomas Jeremiassen | Public transportation from airport to case meeting location. | 22.00 |
| Transportation | 09/11/19 | Thomas Jeremiassen | Parking at LAX while traveling to San Francisco for case meetings. | 40.00 |
| Transportation | 09/11/19 | James Armstrong | Public transportation from airport to case meeting location. | 22.00 |
| Transportation | 09/11/19 | James Armstrong | Parking at Portland airport while traveling to San Francisco for case meetings. | 27.00 |
| Transportation | 09/12/19 | Brian Calvert | Parking at Burbank airport while traveling to San Francisco for case meetings. | 72.00 |
| Transportation | 09/12/19 | Brian Calvert | Uber from hotel to airport while traveling to San Francisco for case meetings. | 80.80 |
| Transportation | 09/12/19 | Shelly Cuff | Uber from hotel to airport while traveling to San Francisco for case meetings. | 29.91 |
| Transportation | 09/15/19 | Shelly Cuff | Uber from airport to home while traveling to San Francisco for case meetings. | 28.12 |
| Transportation | 09/15/19 | Shelly Cuff | Uber from home to airport while traveling to San Francisco for case meetings. | 43.89 |