# EXHIBIT A

## TRANSMITTAL LETTER TO TCC CHAIR



March 13, 2020

Ms. Karen Lockhart
Chair
Official Committee of Tort Claimants of
   Pacific Gas and Electric Company and PG&E Corporation
Email: kmlockhart1492@gmail.com

     Re:    **In re: PG&E Corporation and Pacific Gas and Electric Company – Case No. 19-30088**

Dear Ms. Lockhart:

     Please find enclosed Trident DMG's *Second Interim Application for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period October 1, 2019 through January 30, 2020* in the above-captioned case, including its exhibits and supporting certification. The Bankruptcy Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor-in-possession, a trustee, or an official committee must exercise reasonable business judgement in monitoring the fees and expenses of the estates' professionals.

     Please let me know if you have any objections, concerns, or questions with Trident's application or requests for fees and expenses. The Office of the United States Trustee will also accept your comments. The Bankruptcy Court will consider timely filed objections by any party in interest at the time of hearing, which will take place at a time to be announced shortly.

     Yours truly,

Adam W. Goldberg
Partner