# EXHIBIT C

## SERVICES FROM OCTOBER 1, 2019 – OCTOBER 31, 2019

# EXHIBIT C

## DETAILED SERVICES FROM OCTOBER 1, 2019 – OCTOBER 31, 2019

### ADAM GOLDBERG

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 10/2/19 | 1.0 | Client call |
| 10/3/19 | 0.5 | Internal client meetings |
| 10/6/19 | 0.5 | Research and writing |
| 10/7/19 | 0.5 | Internal client meetings |
| 10/8/19 | 0.5 | Client call |
| 10/8/19 | 0.5 | Research and writing |
| 10/9/19 | 0.5 | Research and writing |
| 10/10/19 | 0.5 | Internal client meetings |
| 10/11/19 | 0.5 | Client email |
| 10/11/19 | 0.5 | External communications re October deadline |
| 10/14/19 | 0.5 | Internal client meetings |
| 10/15/19 | 0.5 | Internal client meetings |
| 10/16/19 | 0.5 | Internal client meetings |
| 10/18/19 | .5 | Internal Client Meetings |
| 10/21/19 | .5 | Internal Client Meetings |
| 10/23/19 | .5 | Telephone Calls with Client and/or Client Attorneys |
| 10/25/19 | .5 | Internal Client Meetings |
| 10/28/19 | .5 | Emails with Client and/or Client Attorneys |
| 10/29/19 | .5 | Telephone Calls with Client and/or Client Attorneys |
| | .5 | Internal Client Meetings |
| 10/30/19 | .5 | Telephone Calls with Client and/or Client Attorneys |
| 10/31/19 | .5 | Communications with External Stakeholders |
| **TOTAL** | **11.50** | |

## LANNY DAVIS

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 10/7/19 | 0.5 | External communications about October deadline |
|  |  |  |
| **TOTAL:** | **0.50** |  |

## ALEXANDER LANGE

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 10/1/19 | 8.0 | Travel time |
| 10/1/19 | 3.0 | Working w/ media |
| 10/2/19 | 7.0 | Travel time |
| 10/3/19 | 2.0 | External communications about October deadline |
| 10/3/19 | 0.5 | Working w/ media |
| 10/4/19 | 2.0 | External communications about October deadline |
| 10/4/19 | 1.5 | Working w/ media |
| 10/7/19 | 0.5 | Working w/ media |
| 10/7/19 | 2.0 | External communications about October deadline |
| 10/7/19 | 0.5 | Internal client meetings |
| 10/8/19 | 0.5 | Working w/ media |
| 10/8/19 | 1.0 | External communications about October deadline |
| 10/8/19 | 0.5 | Call with client |
| 10/9/19 | 0.5 | Client emails |
| 10/9/19 | 0.5 | Working w/ media |
| 10/9/19 | 1.0 | External communications about October deadline |
| 10/10/19 | 1.0 | External communications about October deadline |
| 10/10/19 | 0.5 | Client emails |
| 10/11/19 | 1.0 | Research and writing |
| 10/11/19 | 0.5 | External communications about October deadline |
| 10/12/19 | 0.5 | Client emails |
| 10/13/19 | 0.5 | Internal client meetings |
| 10/14/19 | 0.5 | Internal client meetings |
| 10/14/19 | 0.5 | Working w/ media |
| 10/15/19 | 0.5 | Client lawyer call |
| 10/15/19 | 0.5 | Internal client meetings |
| 10/15/19 | 0.5 | Working w/ media |
| 10/16/19 | 0.5 | Internal client meetings |
| 10/16/19 | 0.5 | Client call |
| 10/16/19 | 0.5 | Client emails |
| 10/16/19 | 0.5 | Working w/ media |
| 10/17/19 | 0.5 | Internal client meetings |
| 10/17/19 | 1.0 | Working w/ media |
| | | |
| 10/18/19 | .5 | Working with the media |
| | .5 | Research and writing |

| Date | Hours | Description |
|---|---|---|
| 10/20/19 | .5 | Emails with Client and/or Client Attorneys |
| 10/21/19 | .5 | Emails with Client and/or Client Attorneys |
|  | .5 | Working with the media |
| 10/22/19 | .5 | Working with the media |
|  | .5 | Communications with External Stakeholders |
|  | .5 | Emails with Client and/or Client Attorneys |
| 10/23/19 | .5 | Telephone Calls with Client and/or Client Attorneys |
| 10/24/19 | 1 | Research and writing |
|  | .5 | Telephone Calls with Client and/or Client Attorneys |
| 10/25/19 | .5 | Internal Client Meetings |
| 10/28/19 | .5 | Emails with Client and/or Client Attorneys |
| 10/29/19 | .5 | Telephone Calls with Client and/or Client Attorneys |
|  | 1 | Working with the media |
| 10/30/19 | .5 | Communications with External Stakeholders |
|  | .5 | Telephone Calls with Client and/or Client Attorneys |
| 10/31/19 | .5 | Communications with External Stakeholders |
| **TOTAL:** | **51.0** |  |

# EMILY SEELEY

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 10/1 | 3.0 | Working w/ media |
| 10/1 | 2.5 | External communications – October deadline and related claims issues |
| 10/2 | 3.5 | Working w/ media |
| 10/2 | 1.0 | External communications – October deadline and related claims issues |
| 10/2 | 0.5 | Client call |
| 10/3 | 0.5 | Working w/ media |
| 10/3 | 0.5 | External communications – October deadline and related claims issues |
| 10/7 | 0.5 | External communications – October deadline and related claims issues. |
| 10/7 | 0.5 | Client call |
| 10/8 | 2.5 | Working w/ media |
| 10/8 | 0.5 | External communications – October deadline and related claims issues |
| 10/9 | 1.5 | Working w/ media |
| 10/9 | 0.5 | External communications – October deadline and related claims issues |
| 10/10 | 0.5 | External communications – October deadline and related claims issues |
| 10/10 | 0.5 | Working w/ media |
| 10/11 | 1.0 | Working w/ media |
| 10/11 | 0.5 | External communications – October deadline and related claims issues |
| 10/13 | 1.0 | External communications – October deadline and related claims issues |
| 10/14 | 1.0 | Working w/ media |
| 10/14 | 0.5 | External communications – October deadline and related claims issues |
| 10/15 | 1.0 | External communications – October deadline and related claims issues |
| 10/16 | 2.0 | Working w/ media |
| 10/16 | 0.5 | Client call |
| 10/16 | 1.5 | External communications – October deadline and related claims issues |
| 10/16 | 0.5 | Research and writing |
| 10/17 | 0.5 | Internal client meetings |
| 10/17 | 0.5 | Working w/ media |
| 10/17 | 1.0 | External communications – October deadline and related claims issues |
| | | |
| 10/18 | 2.5 | Working with the Media |
| 10/19 | 0.5 | Emails with Client and/or Client Attorneys |
| 10/20 | 1 | Working with the Media |
| | 1 | Emails with Client and/or Client Attorneys |
| | 0.5 | Telephone Calls with Client and/or Client Attorneys |
| 10/21 | 0.5 | Emails with Client and/or Client Attorneys |

|  |  |  |
|---|---|---|
|  | 0.5 | Telephone Calls with Client and/or Client Attorneys |
|  | 0.5 | Research and Writing |
| 10/22 | 0.5 | Emails with Client and/or Client Attorneys |
|  | 0.5 | Research and Writing |
| 10/23 | 0.5 | Telephone Calls with Client and/or Client Attorneys |
|  | 0.5 | Working with the Media |
| 10/24 | 0.5 | Working with the Media |
| 10/25 | 0.5 | Internal Client Meetings |
| 10/28 | 0.5 | Working with the Media |
|  | 0.5 | Emails with Client and/or Client Attorneys |
| 10/29 | 0.5 | Working with the Media |
|  | 0.5 | Emails with Client and/or Client Attorneys |
| 10/30 | 0.5 | Telephone Calls with Client and/or Client Attorneys |
|  | 0.5 | Working with the Media |
|  | 0.5 | Emails with Client and/or Client Attorneys |
| **TOTAL:** | **43.50** |  |