# EXHIBIT D

## SERVICES FROM NOVEMBER 1, 2019 – NOVEMBER 30, 2019

# EXHIBIT D

## DETAILED SERVICES FROM NOVEMBER 1, 2019 – NOVEMBER 30, 2019

### ADAM GOLDBERG

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 11/4/19 | .5 | Internal Client Meetings |
| 11/6/19 | .5 | Telephone Calls with Client and/or Client Attorneys |
| 11/7/19 | .5 | Emails with Client and/or Client Attorneys |
| 11/11/19 | .5 | Internal Client Meetings |
| 11/13/19 | .5 | Telephone Calls with Client and/or Client Attorneys |
|  | .5 | Internal Client Meetings |
| 11/14/19 | .5 | Internal Client Meetings |
| 11/15/19 | .5 | Research and Writing |
| 10/18/19 | .5 | Internal Client Meetings |
| 10/21/19 | .5 | Internal Client Meetings |
| 11/20/19 | .5 | Internal Client Meetings |
|  | .5 | Telephone Calls with Client and/or Client Attorneys |
| 11/27/19 | .5 | Internal Client Meetings |
|  | .5 | Telephone Calls with Client and/or Client Attorneys |
| **TOTAL** | **7.0** |  |

# ALEXANDER LANGE

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 11/1/19 | 1.5 | Communications with External Stakeholders |
| 11/4/19 | .5 | Internal Client Meetings |
| | .5 | Communications with External Stakeholders |
| 11/5/19 | 1 | Research and writing |
| | 1 | Communications with External Stakeholders |
| | .5 | Working with the media |
| 11/6/19 | .5 | Telephone Calls with Client and/or Client Attorneys |
| | .5 | Working with the media |
| 11/7/19 | .5 | Emails with Client and/or Client Attorneys |
| | .5 | Communications with External Stakeholders |
| | .5 | Working with the media |
| 11/8/19 | .5 | Working with the media |
| 11/11/19 | .5 | Emails with Client and/or Client Attorneys |
| | 1 | Working with the media |
| 11/12/19 | 1.5 | Working with the media |
| 11/13/19 | .5 | Telephone Calls with Client and/or Client Attorneys |
| 11/14/19 | 1 | Communications with External Stakeholders |
| | | |
| 11/18/19 | .5 | Communications with External Stakeholders |
| | .5 | Telephone Calls with Client and/or Client Attorneys |
| | .5 | Working with the media |
| | 1 | Research and writing |
| 11/19/19 | 1 | Communications with External Stakeholders |
| 11/20/19 | .5 | Research and writing |
| | .5 | Telephone Calls with Client and/or Client Attorneys |
| 11/21/19 | 1 | Research and writing |
| 11/22/19 | 1 | Research and writing |
| 11/25/19 | .5 | Emails with Client and/or Client Attorneys |
| | .5 | Communications with External Stakeholders |
| 11/26/19 | .5 | Communications with External Stakeholders |
| 11/27/19 | .5 | Internal client meetings |
| | 1 | Emails with Client and/or Client Attorneys |
| **TOTAL:** | **22.0** | |

# EMILY SEELEY

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 11/4/19 | .5 | Internal Client Meetings |
| 11/6/19 | .5 | Telephone Calls with Client and/or Client Attorneys |
|  | .5 | Working with the Media |
| 11/7/19 | .5 | Research and Writing |
| 11/8/19 | 1 | Working with the Media |
| 11/11/19 | .5 | Working with the Media |
|  | .5 | Research and Writing |
|  | .5 | Emails with Client and/or Client Attorneys |
|  | 1 | Research and Writing |
| 11/12/19 | .5 | Research and Writing |
|  | 1 | Working with the Media |
|  | .5 | Communications with External Stakeholders |
|  | .5 | Emails with Client and/or Client Attorneys |
| 11/13/19 | .5 | Telephone Calls with Client and/or Client Attorneys |
| 11/15/19 | 1 | Research and Writing |
|  | .5 | Emails with Client and/or Client Attorneys |
|  |  |  |
| 11/18/19 | .5 | Emails with client and/or client attorneys |
|  | 1 | Working with the media |
|  | .5 | Research and writing |
| 11/19/19 | 1 | Research and writing |
|  | .5 | Emails with client and/or client attorneys |
| 11/20/19 | .5 | Telephone Calls with Client and/or Client Attorneys |
| 11/21/19 | 1 | Working with the media |
|  | .5 | Research and writing |
| 11/25/19 | .5 | Communications with External Stakeholders |
| 11/26/19 | .5 | Communications with External Stakeholders |
| 11/27/19 | .5 | Internal client meetings |
|  | .5 | Research and writing |
| **TOTAL:** | **17.5** |  |