# EXHIBIT E

## SERVICES FROM DECEMBER 1, 2019 – DECEMBER 31, 2019

# EXHIBIT E

## SERVICES FROM DECEMBER 1, 2019 – DECEMBER 31, 2019

### ADAM GOLDBERG

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 12/04/19 | .5 | Telephone Calls with Client and/or Client Attorneys |
| 12/05/19 | .5 | Research and Writing |
|  | .5 | Internal Client Meetings |
|  | .5 | Emails with Client and/or Client Attorneys |
| 12/06/19 | .5 | Research and Writing |
|  | .5 | Internal Client Meetings |
| 12/11/19 | .5 | Telephone Calls with Client and/or Client Attorneys |
| 12/13/19 | .5 | Internal Client Meetings |
| 12/16/19 | .5 | Communications with External Stakeholders |
|  | .5 | Internal Client Meetings |
| 12/17/19 | .5 | Internal Client Meetings |
| 12/18/2019 | .5 | Call with Client and/or Client Attorneys |
|  | .5 | Internal Client Meetings |
| 12/19/2019 | .5 | Internal Client Meetings |
| 12/27/2019 | .5 | Communications with External Stakeholders |
| 12/28/2019 | .5 | Internal Client Meetings |
| **TOTAL** | **8.0** |  |

## ALEXANDER LANGE

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 12/3/19 | 2 | Communications with External Stakeholders |
|  | .5 | Internal client meetings |
| 12/4/19 | .5 | Working with the media |
|  | 1 | Call with Client and/or Client Attorneys |
| 12/5/19 | 2 | Emails and Calls with Client and/or Client Attorneys |
|  | .5 | Research and writing |
| 12/6/19 | 2 | Research and writing |
|  | 1 | Emails and Calls with Client and/or Client Attorneys |
|  | 2 | Working with media |
| 12/7/19 | 1 | Emails with client and/or client attorneys |
|  | 1 | Research and writing |
| 12/8/19 | 1 | Research and writing |
| 12/9/19 | .5 | Working with media |
| 12/10/19 | .5 | Working with media |
| 12/11/19 | .5 | Call with client and/or client attorneys |
|  | .5 | Communications with External Stakeholders |
| 12/12/19 | .5 | Emails with client and/or client attorneys |
| 12/13/19 | 1 | Communications with External Stakeholders |
|  | .5 | Emails with client and/or client attorneys |
|  | .5 | Internal client meetings |
|  | .5 | Working with media |
| 12/14/19 | .5 | Working with media |
|  | .5 | Emails with client and/or client attorneys |
| 12/15/19 | .5 | Emails with client and/or client attorneys |
| 12/16/19 | .5 | Communications with External Stakeholders |
| 12/17/19 | 1 | Internal client meetings |
|  | .5 | Communications with External Stakeholders |
| 12/18/2019 | 0.5 | Calls with client and/or client attorneys |
|  | 0.5 | Communications with external stakeholders |
| 12/19/2019 | 0.5 | Working with the media |
|  | 0.5 | Communications with external stakeholders |
|  | 0.5 | Emails with client and/or client attorneys |
| 12/20/2019 | 0.5 | Calls with client and/or client attorneys |
|  | 0.5 | Working with the media |
| 12/23/2019 | 1 | Communications with external stakeholders |
|  | 0.5 | Working with the media |

| | | |
|---|---|---|
| 12/24/2019 | 0.5 | Communications with external stakeholders |
| 12/26/2019 | 0.5 | Communications with external stakeholders |
| | 1 | Working with the media |
| 12/27/2019 | 0.5 | Communications with external stakeholders |
| | 0.5 | Working with the media |
| 12/29/2019 | 0.5 | Emails with client and/or client attorneys |
| 12/30/2019 | 0.5 | Emails with client and/or client attorneys |
| | 1.5 | Communications with external stakeholders |
| | 2 | Working with the media |
| 12/31/2019 | 0.5 | Emails with client and/or client attorneys |
| | 0.5 | Working with the media |
| **TOTAL:** | **36.5** | |

# EMILY SEELEY

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 12/3/19 | 0.5 | Internal client meetings |
| | 1 | Research and writing |
| 12/4/19 | 0.5 | Telephone Calls with Client and/or Client Attorneys |
| | 1 | Working with the media |
| | 0.5 | Research and writing |
| 12/5/19 | 1 | Working with the media |
| | 0.5 | Emails with client and/or client attorneys |
| 12/6/19 | 0.5 | Emails with client and/or client attorneys |
| | 0.5 | Internal client meetings |
| 12/9/19 | 1 | Research and writing |
| | 0.5 | Emails with client and/or client attorneys |
| | 0.5 | Working with the media |
| 12/11/19 | 0.5 | Communications with External Stakeholders |
| 12/13/19 | 1 | Communications with External Stakeholders |
| | 0.5 | Internal client meetings |
| | 1 | Research and writing |
| 12/16/19 | 1 | Working with the media |
| | 0.5 | Internal client meetings |
| 12/17/19 | 1 | Internal client meetings |
| | .5 | Communications with External Stakeholders |
| | 1 | Working with the media |
| 12/18/2019 | 0.50 | Communications with external stakeholders |
| | 1.50 | Emails & calls with client and/or client attorneys |
| | 0.50 | Research & Writing |
| | 0.50 | Working with the media |
| 12/19/2019 | 0.50 | Working with the media |
| 12/20/2019 | 0.50 | Research & Writing |
| | 1.00 | Emails with client and/or client attorneys |
| | 1.00 | Working with the media |
| 12/26/2019 | 0.50 | Communications with external stakeholders |
| | 0.50 | Working with the media |
| 12/27/2019 | 0.50 | Communications with external stakeholders |
| | 0.50 | Research & Writing |
| | 0.50 | Emails with client and/or client attorneys |
| 12/28/2019 | 0.50 | Communications with external stakeholders |
| 12/29/2019 | 0.50 | Communications with external stakeholders |
| | 0.50 | Emails with client and/or client attorneys |
| | 0.50 | Working with the media |
| 12/30/2019 | 2.50 | Working with the media |
| | 1.50 | Emails & calls with client and/or client attorneys |
| | 1.00 | Research and writing |
| 12/31/2019 | 1.00 | Working with the media |

|  | 0.50 | Emails & calls with client and/or client attorneys |
|--|------|---------------------------------------------------|
|  | **32.0** | |