# EXHIBIT F

## SERVICES FROM JANUARY 1, 2020 – JANUARY 30, 2020

# EXHIBIT F

## SERVICES FROM JANUARY 1, 2020 – JANUARY 30, 2020

### ADAM GOLDBERG

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 1/02/20 | .5 | Internal Client Meetings |
| 1/06/20 | .5 | Emails with Client and/or Client Attorneys |
|  | .5 | Internal Client Meetings |
| 1/07/20 | .5 | Call with Client and/or Client Attorneys |
| 1/08/20 | .5 | Research and Writing |
|  | .5 | Emails with Client and/or Client Attorneys |
| 1/09/20 | .5 | Internal Client Meetings |
| 1/10/20 | .5 | Internal Client Meetings |
| 1/13/20 | .5 | Internal Client Meetings |
| 1/15/20 | .5 | Internal Client Meetings |
| 1/21/20 | .5 | Internal client meetings |
| 1/22/20 | .5 | Call w/ client and client attorneys |
| 1/24/20 | .5 | Internal client meetings |
| 1/29/20 | .5 | Call w/ client and client attorneys |
|  | .5 | Internal client meetings |
| **TOTAL** | **7.5** |  |

# ALEXANDER LANGE

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 1/2/20 | .5 | Internal client meetings |
| 1/6/20 | .5 | Working with the media |
| 1/6/20 | .5 | Emails with client and/or client attorneys |
| 1/7/20 | 1 | Calls with client and/or client attorneys |
| | .5 | Research and writing |
| | 1 | Working with the media |
| 1/8/20 | .5 | Research and writing |
| | .5 | Emails with client and/or client attorneys |
| | 1 | Working with the media |
| 1/9/20 | .5 | Call with client and/or client attorneys |
| 1/10/20 | .5 | Working with the media |
| | .5 | Emails with client and/or client attorneys |
| | .5 | Internal client meetings |
| 1/13/20 | .5 | Emails with client and/or client attorneys |
| | .5 | Internal client meetings |
| 1/14/20 | 1 | Working with the media |
| 1/15/20 | 1.5 | Working with the media |
| | 1 | Emails with client and/or client attorneys |
| 1/16/20 | .5 | Emails with client and/or client attorneys |
| | .5 | Working with the media |
| 1/17/20 | .5 | Working with the media |
| 1/19/20 | .5 | Working with the media |
| 1/22/20 | .5 | Emails and calls with client and/or client attorneys |
| 1/24/20 | .5 | Working with the media |
| | .5 | Emails and calls with client and/or client attorneys |
| | .5 | Internal client meetings |
| 1/27/20 | .5 | Emails with client and/or client attorneys |
| 1/28/20 | .5 | Emails with client and/or client attorneys |
| 1/29/20 | 1 | Emails and calls with client and/or client attorneys |
| | .5 | Research and writing |
| 1/30/20 | .5 | Internal client meetings |
| | .5 | Working with the media |
| 1/31/20 | 1.5 | Working with the media |
| | 2 | Research and writing |
| **TOTAL:** | **23.5** | |

# EMILY SEELEY

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 1/2/20 | 0.5 | Emails with client and/or client attorneys |
| | 0.5 | Research and writing |
| 1/7/20 | 1 | Calls with client and/or client attorneys |
| 1/13/20 | 0.5 | Working with the media |
| | 0.5 | Emails with client and/or client attorneys |
| 1/15/20 | 0.5 | Research and writing |
| | 1 | Emails & calls with client and/or client attorneys |
| | 0.5 | Working with the media |
| 1/17/20 | 0.5 | Emails with client and/or client attorneys |
| | 0.5 | Working with the media |
| 1/22/20 | 0.5 | Calls with client and/or client attorneys |
| 1/23/20 | 0.5 | Emails with client and/or client attorneys |
| 1/24/20 | 0.5 | Internal client meeting |
| | 0.5 | Emails with client and/or client attorneys |
| 1/28/20 | 0.5 | Emails with client and/or client attorneys |
| 1/28/20 | 0.5 | Emails & calls with client and/or client attorneys |
| 1/29/20 | 0.5 | Emails & calls with client and/or client attorneys |
| 1/30/20 | 0.5 | Emails with client and/or client attorneys |
| | **10** | |