# EXHIBIT G

# DETAILED EXPENSES - OCTOBER 1, 2019 JANUARY 30, 2020

# EXHIBIT G

# EXPENSE DETAIL
# FOR THE PERIOD OCTOBER 1, 2019 THROUGH JANUARY 31, 2020[*]

| DATE | PROFESSIONAL | EXPENSE DETAIL | AMOUNT |
|---|---|---|---|
| 10/01/2019 | Alex Lange | Airfare | $769.12 |
| 10/01/2019 | Alex Lange | Meal | $7.47 |
| 10/01/2019 | Alex Lange | Meal | $9.69 |
| 10/01/2019 | Alex Lange | Meal | $20.82 |
| 10/01/2019 | Alex Lange | Ground Transportation | $5.57 |
| 10/01/2019 | Alex Lange | Ground Transportation | $6.07 |
| 10/01/2019 | Alex Lange | Ground Transportation | $14.14 |
| 10/02/2019 | Alex Lange | Lodging | $276.50 |
| 10/02/2019 | Alex Lange | Meal | $28.96 |
| 10/02/2019 | Alex Lange | Ground Transportation | $19.00 |
| 09/28/2019 | Emily Seeley | Digital Advertisement | $50.00 |
| 09/29/2019 | Emily Seeley | Digital Advertisement | $25.00 |
| 09/30/2019 | Emily Seeley | Digital Advertisement | $35.00 |
| 10/01/2019 | Emily Seeley | Digital Advertisement | $50.00 |
| 10/02/2019 | Emily Seeley | Digital Advertisement | $75.00 |
| 10/04/2019 | Emily Seeley | Digital Advertisement | $75.00 |
| 10/06/2019 | Emily Seeley | Digital Advertisement | $125.00 |
| 10/10/2019 | Emily Seeley | Digital Advertisement | $175.00 |
| 10/12/2019 | Emily Seeley | Digital Advertisement | $250.00 |
| 10/13/2019 | Emily Seeley | Digital Advertisement | $400.00 |
| 10/15/2019 | Emily Seeley | Digital Advertisement | $600.00 |
| 10/17/2019 | Emily Seeley | Digital Advertisement | $900.00 |

---

[*] This amount includes expenses incurred during the third monthly period of September 18 through October 17, 2019 that were not previously included in the Applicant's Third Monthly Fee Statement.

| DATE | PROFESSIONAL | EXPENSE DETAIL | AMOUNT |
|---|---|---|---|
| 10/20/2019 | Emily Seeley | Digital Advertisement | $900.00 |
| 10/22/2019 | Emily Seeley | Digital Advertisement | $900.00 |
| 10/27/2019 | Emily Seeley | Digital Advertisement | $74.53 |
| 12/06/2019 | Emily Seeley | Digital Advertisement | $900.00 |
| 12/11/2019 | Emily Seeley | Digital Advertisement | $900.00 |
| 12/14/2019 | Emily Seeley | Digital Advertisement | $900.00 |
| 12/17/2019 | Emily Seeley | Digital Advertisement | $900.00 |
| 12/20/2019 | Emily Seeley | Digital Advertisement | $900.00 |
| 12/23/2019 | Emily Seeley | Digital Advertisement | $900.00 |
| 12/26/2019 | Emily Seeley | Digital Advertisement | $900.00 |
| 12/27/2019 | Emily Seeley | Digital Advertisement | $156.81 |
| 12/30/2019 | Emily Seeley | Digital Advertisement | $900.00 |
| 1/27/2020 | Emily Seeley | Digital Advertisement | $426.06 |