| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
| Michael S. Stamer (*pro hac vice*)<br>Ira S. Dizengoff (*pro hac vice*)<br>David H. Botter (*pro hac vice*)<br>Abid Qureshi (*pro hac vice*)<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: mstamer@akingump.com<br>idizengoff@akingump.com<br>dbotter@akingump.com<br>aqureshi@akingump.com | Ashley Vinson Crawford (SBN 257246)<br>580 California Street<br>Suite 1500<br>San Francisco, CA 94104<br>Telephone: (415) 765-9500<br>Facsimile: (415) 765-9501<br>Email: avcrawford@akingump.com |

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>     -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                                        Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**STATEMENT OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS IN SUPPORT OF DEBTORS' SECOND AMENDED MOTION FOR ENTRY OF ORDERS (I) APPROVING TERMS OF, AND DEBTORS' ENTRY INTO AND PERFORMANCE UNDER, EQUITY BACKSTOP COMMITMENT LETTERS, (II) APPROVING TERMS OF, AND DEBTORS' ENTRY INTO AND PERFORMANCE UNDER, DEBT FINANCING COMMITMENT LETTERS AND (III) AUTHORIZING INCURRENCE, PAYMENT AND ALLOWANCE OF RELATED FEES AND/OR PREMIUMS, INDEMNITIES, COSTS AND EXPENSES AS ADMINISTRATIVE EXPENSE CLAIMS**<br><br>**Hearing**<br>Date: March 16, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: Courtroom 17<br>         450 Golden Gate Ave, 16th Floor<br>         San Francisco, CA 94102<br><br>**Re: Docket Nos. 4446, 4447, 5267 and 5268** |

The Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (the "Ad Hoc Committee")[1] in the above-captioned chapter 11 cases of Pacific Gas and Electric Company (the "Utility") and PG&E Corporation ("PG&E" and, together with the Utility, the "Debtors"), by its undersigned counsel, Akin Gump Strauss Hauer & Feld LLP, hereby submits this statement (the "Statement") in support of the *Debtors' Second Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry into and Performance Under, Debt Financing Commitment Letters and (III) Authorizing Incurrence, Payment and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims* [Docket No. 6013] (the "Exit Financing Motion").[2] In support of this Statement, the Ad Hoc Committee respectfully states the following:

**STATEMENT**

1. By the Exit Financing Motion, the Debtors seek entry of an order authorizing the Debtors' estates to enter into Exit Financing Commitments for (i) up to $12 billion in equity financing and (ii) up to $10.825 billion in debt financing. The Exit Financing Commitments are intended to ensure that the Debtors have sufficient financing to consummate their proposed amended plan of reorganization, dated March 9, 2020 (the "Amended Plan").

2. Pursuant to that certain restructuring support agreement, dated as of January 22, 2020, between the Debtors, certain members of the Ad Hoc Committee and certain of the Debtors' equity holders (the "RSA"), the Ad Hoc Committee has agreed to support the confirmation and consummation of the Amended Plan, subject to the terms and conditions of the RSA. To that end, and in accordance with the terms of the RSA, the Ad Hoc Committee supports entry of an order by this Court approving the relief requested by the Exit Financing Motion.[3]

---

[1] The Ad Hoc Committee filed a second amended verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure on October 21, 2019 [Docket No. 4369].

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Exit Financing Motion.

[3] Notwithstanding the support referenced herein, the Ad Hoc Committee reserves all of its rights and remedies, including, but not limited to, the right to terminate the RSA in accordance with the terms thereof based upon a breach or a continuing breach by the Debtors or a Shareholder Proponent of its respective obligations under the RSA.

## CONCLUSION

For the foregoing reasons, the Ad Hoc Committee respectfully requests that the Court enter an order granting the Exit Financing Motion and such other relief as the Court deems appropriate.

Dated: March 13, 2020

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: /s/ *Ashley Crawford Vinson*
Ashley Vinson Crawford (SBN 257246)
Michael S. Stamer (*pro hac vice*)
Ira S. Dizengoff (*pro hac vice*)
David H. Botter (*pro hac vice*)
Abid Qureshi (*pro hac vice*)

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*