**EXHIBIT A**

## EXHIBIT A

## HOURS BY PROFESSIONAL
## FOR THE PERIOD JANUARY 27, 2020 THROUGH FEBRUARY 29, 2020

| PROFESSIONAL | POSITION | TOTAL HOURS |
|---|---|---|
| Lynn A. Baker | Special Counsel | 8.00 |
| **TOTAL** | | **8.00** |