**EXHIBIT B**

# EXHIBIT B

## HOURS BY TASK
## FOR THE PERIOD JANUARY 27, 2020 THROUGH FEBRUARY 29, 2020

| TASK DESCRIPTION | HOURS |
|---|---:|
| Emails and/or Calls with Client and/or Client Attorney | 5.10 |
| Document Review | 2.10 |
| Research and Writing | .80 |
| **TOTAL** | **8.00** |