# EXHIBIT C

# Detailed Time Entries

**LYNN A. BAKER, ESQ.**
**2210 Greenlee Drive**
Austin, TX 78703

March 15, 2020

For legal services rendered by **Lynn A. Baker** as court-appointed Special Ethics Counsel to the Official Committee of Tort Claimants (the "TCC") of PG&E Corporation and Pacific Gas and Electric Company (collectively the "Debtors") in connection with the relevant bankruptcy proceedings:

Jan. 27, 2020 – 0.30 hr. --     tel. conv. w E. Kates re: status and next steps

Jan. 28, 2020 – 0.30 hr. --     tel. conv. w C. Dumas re: issues and status (0.20 hr.); tel conv. w E. Kates re: status (0.10 hr.)

==================================================================
Jan – 0.60 hours @ $1,200/hour =     $720.00

**Total due = $720.00**

Please make check payable to:
    Lynn A. Baker
    2210 Greenlee Drive
    Austin, TX 78703

**LYNN A. BAKER, ESQ.**
**2210 Greenlee Drive**
**Austin, TX 78703**

March 15, 2020

For legal services rendered by **Lynn A. Baker** as court-appointed Special Ethics Counsel to the Official Committee of Tort Claimants (the "TCC") of PG&E Corporation and Pacific Gas and Electric Company (collectively the "Debtors") in connection with the relevant bankruptcy proceedings:

| | |
|---|---|
| Feb. 3, 2020 – 0.20 hr. -- | email exch. w E. Kates re: status and documents to review (0.10 hr); begin review of documents (0.10 hr.) |
| Feb. 4, 2020 – 0.50 hr. -- | tel. conv. w C. Dumas re: status and next steps including telephonic introduction to TCC members and scheduling future in-person meeting |
| Feb. 6, 2020 – 0.20 hr. -- | tel. conv. w C. Dumas re: conf call w TCC and request for Protocol for contacting me |
| Feb. 7, 2020 – 0.60 hr. -- | conf. call w TCC re: self-introduction and requested Protocol |
| Feb. 10, 2020 – 0.30 hr. -- | two phone convs w C. Dumas re: next steps (0.20 hr.) and in-person meeting with TCC in March (0.10 hr.) |
| Feb. 11, 2020 – 0.10 hr. -- | email exchs w C. Dumas re: Protocol; review email from K. Gowins (TCC) |
| Feb. 12, 2020 – 0.60 hr. -- | email exchs w C. Dumas and J. Esmont re: timing of Protocol preparation (0.10 hr.); draft Protocol and email same to C. Dumas and J. Esmont (0.50 hr.) |
| Feb. 13, 2020 – 0.50 hr. -- | tel. conv. w J. Esmont re: proposed Protocol (0.20 hr.); revise draft Protocol and email same to C. Dumas and J. Esmont (0.30 hr.) |
| Feb. 14, 2020 – 0.10 hr. -- | review and email and attachment from J. Esmont; review voicemail from E. Kates |
| Feb. 14, 2020 – 0.10 hr. -- | email exch w E. Kates re: voicemail and talking |

Feb. 17, 2020 – 0.40 hr. --   tel. conv. w E. Kates re: status (0.20 hr.); begin review of documents (0.10 hr.); email exch w C. Dumas and K. Lockhart re: attending in-person March meeting of TCC (0.10 hr.)

Feb. 18, 2020 – 0.10 hr. --   email exch w L. Attard re: scheduling conf call

Feb. 23, 2020 – 1.80 hrs. --   review substantive emails and numerous attachments (Notice of Solicitation Procedures, RSA, term sheet, and Motion) in preparation for Monday conf call

Feb. 24, 2020 – 1.30 hrs. --   skim document in preparation for call (0.10 hr.); conf. call w S. Skikos, E. Cabraser, J. Rose, L. Attard and E. Green re: voting and disclosure issues and next steps (1.20 hrs.)

Feb. 25, 2020 – 0.10 hr. --   text exchs w J. Esmont re: Order of appointment and scheduling conf call

Feb. 27, 2020 – 0.40 hr. --   text exchs w J. Esmont re: timing of participation in TCC conf. call (0.10 hr.); participate in TCC conf call re: proposed Protocol (0.30 hr.)

Feb. 28, 2020 – 0.10 hr. --   email exchs w E. Kates re: invoices; review relevant court orders

===================================================================

Feb – 7.40 hours @ $1,200/hour =   $8,880.00

**Total due = $8,880.00**

Please make check payable to:
   Lynn A. Baker
   2210 Greenlee Drive
   Austin, TX  78703