# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

The attorneys and paraprofessionals who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Peter T. Barbur | Litigation | 1989 | $1,500 | 105.20 | $157,800.00 |
| Richard A. Hall | Corporate | 1989 | 1,500 | 79.60 | 119,400.00 |
| Julie A. North | Litigation | 1990 | 1,500 | 48.00 | 72,000.00 |
| Andrew W. Needham | Tax | 1995 | 1,500 | 17.20 | 25,800.00 |
| George E. Zobitz | Corporate | 1996 | 1,500 | 32.80 | 49,200.00 |
| Darin P. McAtee | Litigation | 1993 | 1,500 | 42.30 | 63,450.00 |
| Timothy G. Cameron | Litigation | 1999 | 1,500 | 107.30 | 160,950.00 |
| Paul H. Zumbro | Corporate | 1998 | 1,500 | 75.90 | 113,850.00 |
| Kevin J. Orsini | Litigation | 2004 | 1,500 | 134.60 | 201,900.00 |
| J. Wesley Earnhardt | Litigation | 2005 | 1,350 | 16.20 | 21,870.00 |
| Omid H. Nasab | Litigation | 2007 | 1,350 | 42.80 | 57,780.00 |
| Damaris Hernandez | Litigation | 2008 | 1,350 | 65.10 | 87,885.00 |
| Lauren R. Kennedy | Litigation | 2011 | 1,100 | 15.30 | 16,830.00 |
| **Total Partners:** | | | | **782.30** | **$1,148,715.00** |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Evan Norris | Litigation | 2003 | $1,025 | 122.90 | $125,972.50 |
| Lillian S. Grossbard | Litigation | 1998 | 1,020 | 60.40 | 61,608.00 |
| Deborah L. Fox | Litigation | 2008 | 975 | 10.80 | 10,530.00 |
| Scott Reents | Litigation | 2008 | 975 | 57.60 | 56,160.00 |
| Brittany L. Sukiennik | Litigation | 2012 | 960 | 117.60 | 112,896.00 |
| C. Daniel Haaren | Corporate | 2013 | 960 | 143.50 | 137,760.00 |
| Morgan Cohen | Litigation | 2014 | 960 | 69.40 | 66,624.00 |
| Katherine D. Janson | Litigation | 2006 | 945 | 44.50 | 42,052.50 |
| Christopher Beshara | Litigation | 2015 | 940 | 151.20 | 142,128.00 |
| Kelsie Docherty | Litigation | 2015 | 940 | 119.80 | 112,612.00 |
| Michael Zaken | Litigation | 2015 | 940 | 116.20 | 109,228.00 |
| Christina Barreiro | Litigation | 2016 | 890 | 45.70 | 40,673.00 |
| Matthias Thompson | Litigation | 2016 | 890 | 55.60 | 49,484.00 |
| Maurio Fiore | Corporate | 2016 | 890 | 24.60 | 21,894.00 |
| Max A. Winograd | Litigation | 2016 | 890 | 46.50 | 41,385.00 |
| Molly Jamison | Litigation | 2016 | 890 | 53.90 | 47,971.00 |
| Norman J. Walczak | Corporate | 2016 | 890 | 33.60 | 29,904.00 |
| Salah M. Hawkins | Litigation | 2016 | 890 | 107.90 | 96,031.00 |
| Alexander Gerten | Corporate | 2017 | 855 | 30.90 | 26,419.50 |
| Grant S. May | Litigation | 2017 | 855 | 104.90 | 89,689.50 |
| Marco Wong | Litigation | 2017 | 855 | 67.30 | 57,541.50 |
| Melissa Valladares | Litigation | 2017 | 855 | 65.30 | 55,831.50 |
| Sarah V. Warburg-Johnson | Litigation | 2017 | 855 | 38.10 | 32,575.50 |
| Alex Weiss | Litigation | 2018 | 840 | 68.90 | 57,876.00 |
| Allison Kempf | Litigation | 2018 | 840 | 188.90 | 158,676.00 |
| Allison Tilden | Litigation | 2018 | 840 | 54.10 | 45,444.00 |
| Bradley R. Niederschulte | Litigation | 2018 | 840 | 12.60 | 10,584.00 |
| Christina S. Shin | Corporate | 2018 | 840 | 19.70 | 16,548.00 |
| Jonathan D. Mooney | Litigation | 2018 | 840 | 16.90 | 14,196.00 |
| Katherine O'Koniewski | Litigation | 2018 | 840 | 27.90 | 23,436.00 |
| Monica D. Kozycz | Litigation | 2018 | 840 | 89.80 | 75,432.00 |
| Sarah M. Topol | Litigation | 2018 | 840 | 104.60 | 87,864.00 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Sophia Suarez | Litigation | 2018 | 840 | 36.90 | 30,996.00 |
| Edgar Myer | Litigation | 2017 (Admitted in New South Wales) | 750 | 49.90 | 37,425.00 |
| Brittany Sherman | Litigation | 2019 | 750 | 202.70 | 152,025.00 |
| Caleb Robertson | Litigation | 2019 | 750 | 111.40 | 83,550.00 |
| Derek Mong | Litigation | 2019 | 750 | 85.90 | 64,425.00 |
| Feyilana Lawoyin | Litigation | 2019 | 750 | 93.00 | 69,750.00 |
| Kalana Kariyawasam | Litigation | 2019 | 750 | 104.10 | 78,075.00 |
| Lauren A. Cole | Litigation | 2019 | 750 | 72.70 | 54,525.00 |
| Margaret Fleming | Corporate | 2019 | 750 | 143.80 | 107,850.00 |
| Mika Madgavkar | Litigation | 2019 | 750 | 29.80 | 22,350.00 |
| Sara Bodner | Litigation | 2019 | 750 | 54.00 | 40,500.00 |
| Seann Archibald | Corporate | 2019 | 750 | 11.90 | 8,925.00 |
| Sofia Gentel | Litigation | 2019 | 750 | 74.90 | 56,175.00 |
| Ya Huang | Corporate | 2019 | 750 | 106.90 | 80,175.00 |
| Vanessa Isler | Corporate | 2015 (Admitted in Switzerland) | 645 | 19.20 | 12,384.00 |
| Andrew Astore | Corporate | 2019 | 595 | 97.30 | 57,893.50 |
| Swara Saraiya | Litigation | 2019 | 595 | 83.00 | 49,385.00 |
| Evan Siegel | Litigation | 2020* | 595 | 75.00 | 44,625.00 |
| Harold King | Corporate | 2020* | 595 | 69.20 | 41,174.00 |
| Lavinia Borzi | Corporate | 2020* | 595 | 14.30 | 8,508.50 |
| Tammuz Huberman | Corporate | 2020* | 595 | 20.70 | 12,316.50 |
| William LaRosa | Litigation | 2020* | 595 | 54.00 | 32,130.00 |
| Shanique Campbell | Litigation | ** | 595 | 44.00 | 26,180.00 |
| Benjamin Wylly | Litigation | ** | 595 | 203.90 | 121,320.50 |
| Cristopher Ray | Litigation | ** | 595 | 54.30 | 32,308.50 |
| Joachim Trautmann | Litigation | 2001 | 565 | 68.50 | 38,702.50 |
| Marisa Wheeler | Litigation | 2003 | 565 | 81.00 | 45,765.00 |
| Raffaele DiMaggio | Litigation | 2004 | 565 | 210.30 | 118,819.50 |
| Joel Hagood | Litigation | 2010 | 565 | 45.70 | 25,820.50 |
| Katherine Geraci | Litigation | 1984 | 415 | 181.20 | 75,198.00 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Alain Rozan | Litigation | 1985 | 415 | 77.60 | 32,204.00 |
| Andrea Naham | Litigation | 1987 | 415 | 242.40 | 100,596.00 |
| Matthew Goetz | Litigation | 1992 | 415 | 161.40 | 66,981.00 |
| Louise Quick | Litigation | 1993 | 415 | 186.30 | 77,314.50 |
| Trebor Lloyd | Litigation | 1993 | 415 | 175.00 | 72,625.00 |
| Grace Sommero | Litigation | 1995 | 415 | 202.20 | 83,913.00 |
| Andrew Weiner | Litigation | 1997 | 415 | 95.80 | 39,757.00 |
| Jianlong Sun | Litigation | 1998 | 415 | 108.30 | 44,944.50 |
| Samuel McLamore | Litigation | 2000 | 415 | 59.40 | 24,651.00 |
| Bradley Hillis | Litigation | 2002 | 415 | 21.90 | 9,088.50 |
| Peter Lee | Litigation | 2004 | 415 | 90.00 | 37,350.00 |
| Peter Truong | Litigation | 2004 | 415 | 161.60 | 67,064.00 |
| Alejandro MacLean | Litigation | 2005 | 415 | 68.10 | 28,261.50 |
| Karen Dodson-Dobson | Litigation | 2005 | 415 | 61.80 | 25,647.00 |
| Robert Njoroge | Litigation | 2008 | 415 | 94.70 | 39,300.50 |
| Moshe K. Silver | Litigation | 2009 | 415 | 188.00 | 78,020.00 |
| Daniel Berkowitz | Litigation | 2010 | 415 | 145.10 | 60,216.50 |
| Michael Pfeffer | Litigation | 2010 | 415 | 161.80 | 67,147.00 |
| Dianne Rim | Litigation | 2011 | 415 | 181.20 | 75,198.00 |
| Donald Sanyi | Litigation | 2011 | 415 | 171.70 | 71,255.50 |
| Elizabeth Shura | Litigation | 2011 | 415 | 169.80 | 70,467.00 |
| Michael Fessler | Litigation | 2011 | 415 | 41.00 | 17,015.00 |
| Elizabeth Varas | Litigation | 2013 | 415 | 211.80 | 87,897.00 |
| Joanna Ingalls | Litigation | 2013 | 415 | 66.00 | 27,390.00 |
| Ryan Spence | Litigation | 2013 | 415 | 94.10 | 39,051.50 |
| Kimberly Tolman | Litigation | 2014 | 415 | 91.70 | 38,055.50 |
| Matthew Ng | Litigation | 2014 | 415 | 151.00 | 62,665.00 |
| Nathan Ancheta | Litigation | 2017 | 415 | 144.40 | 59,926.00 |
| **Total Associates:** | | | | **8,395.20** | **$5,190,305.00** |

\* - Admitted following Fee Period.
\*\* - Not yet admitted.

| NAME OF PARAPROFESSIONALS: | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Janet Venegas Fernando | Litigation Technology | $400 | 19.30 | $7,720.00 |
| Miguel Gonzalez | Litigation Technology | 385 | 23.20 | 8,932.00 |
| Jonathan Morales | Litigation Technology | 360 | 14.00 | 5,040.00 |
| Roberto Severini | Litigation Technology | 360 | 24.70 | 8,892.00 |
| John McCormack | Litigation Support | 360 | 11.20 | 4,032.00 |
| Brittany Dobson | Litigation Support | 335 | 66.30 | 22,210.50 |
| Dana Crandall | Litigation Support | 335 | 59.50 | 19,932.50 |
| Justin Kim | Litigation Support | 335 | 16.70 | 5,594.50 |
| Somaiya Kibria | Litigation Support | 335 | 77.80 | 26,063.00 |
| Jessica Farrell | Litigation Legal Assistant | 310 | 87.60 | 27,156.00 |
| Jim Bell | Litigation Legal Assistant | 310 | 21.60 | 6,696.00 |
| Kathleen Driscoll | Litigation Legal Assistant | 310 | 43.40 | 13,454.00 |
| Sarah Lim | Litigation Legal Assistant | 310 | 21.30 | 6,603.00 |
| Stephanie Scanzillo | Litigation Legal Assistant | 310 | 123.30 | 38,223.00 |
| Veronica Velasco | Litigation Legal Assistant | 310 | 78.50 | 24,335.00 |
| Vivian Fernandez | Litigation Legal Assistant | 300.90* | 86.60 | 26,058.00 |
| Charlie Zhen | Litigation Legal Assistant | 290 | 69.80 | 20,242.00 |
| Husniye Cogur | Litigation Legal Assistant | 290 | 138.50 | 40,165.00 |
| Nicole Jakobson | Litigation Legal Assistant | 290 | 86.80 | 25,172.00 |
| Raley Abramczyk | Litigation Legal Assistant | 290 | 121.20 | 35,148.00 |
| Rebecca O'Neill | Litigation Legal Assistant | 290 | 44.70 | 12,963.00 |
| **Total Paraprofessionals:** | | | **1,236.00** | **$384,631.50** |

* - This individual advanced in seniority and her hourly rate increased from $290 to $310 during the Fee Period.

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $1,468.38 | 782.30 | $1,148,715.00 |
| Associates | 618.25 | 8,395.20 | 5,190,305.00 |
| Paraprofessionals | 311.19 | 1,236.00 | 384,631.50 |
| **Blended Attorney Rate** | **$690.71** | | |
| **Total Fees Incurred** | | **10,413.50** | **$6,723,651.50**[1] |

---

[1] Net of $115,455.50 in voluntary write offs.