# EXHIBIT B

# COMPENSATION BY WORK TASK CODE FOR
# SERVICES RENDERED BY CRAVATH, SWAINE & MOORE LLP
# FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| ADMN | Case Administration (Incl. Docket Updates and Case Calendar) | 150.10 | $50,809.00 |
| ADVS | Adversary Proceedings | 3.90 | 5,265.00 |
| CASE | General Case Strategy | 189.70 | 181,919.50 |
| CASH | Financing / Cash Collateral | 396.50 | 350,541.00 |
| COMM | Committee Matters | 1,820.60 | 804,720.00 |
| CRAV | Cravath Retention and Fee Application | 273.60 | 134,958.00 |
| CRED | Creditor Inquiries | 0.70 | 416.50 |
| DSSV | Disclosure Statement / Solicitation / Voting Matters | 0.20 | 192.00 |
| GOVR | Corporate Governance and Securities Matters | 339.70 | 288,171.50 |
| HEAR | Hearings and Court Matters | 51.30 | 59,064.50 |
| INVS | Investigations | 721.10 | 476,584.50 |
| NONB | Non-Bankruptcy Litigation | 3,279.00 | 1,880,278.00 |
| OCMS | Other Contested Matters | 8.80 | 7,053.50 |
| OPRS | Business Operations Matters | 8.30 | 8,418.50 |
| PLAN | Plan of Reorganization / Plan Confirmation | 119.90 | 98,662.50 |
| PUBL | Public Relations Strategy | 17.70 | 16,343.50 |
| REGS | Regulatory & Legislative Matters | 631.80 | 434,783.00 |
| TRVL | Non-Working Travel Time | 132.30 | 125,346.50 |
| WILD | Wildfire Claims Matters | 2,268.30 | 1,800,124.50 |
| **TOTAL** | | **10,413.50** | **$6,723,651.50*** |

* - Net of $115,455.50 in voluntary write offs.