# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

| **EXPENSES** | **AMOUNTS** |
|---|---|
| Meals | $6,038.20 |
| Transportation | 7,855.49 |
| Courier/Mail Services | 1,923.89 |
| Duplicating | 0.70 |
| Miscellaneous | 1,951.95 |
| Special Disbursements (including Experts) | 6,847,560.15 |
| Travel | 75,334.62* |
| **Total Expenses Requested:** | **$6,940,665.00** |

* - Hotel expenses have been capped for reimbursement purposes at $600.00/night.