# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JANUARY 1, 2020 THROUGH JANUARY 31, 2020

The attorneys and paraprofessionals who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Richard A. Hall | Corporate | 1989 | $1,500 | 75.00 | $112,500.00 |
| George E. Zobitz | Corporate | 1996 | 1,500 | 38.80 | 58,200.00 |
| Timothy G. Cameron | Litigation | 1999 | 1,500 | 11.00 | 16,500.00 |
| Paul H. Zumbro | Corporate | 1998 | 1,500 | 44.40 | 66,600.00 |
| Kevin J. Orsini | Litigation | 2004 | 1,500 | 82.00 | 123,000.00 |
| Omid H. Nasab | Litigation | 2007 | 1,350 | 109.30 | 147,555.00 |
| Nicholas A. Dorsey | Corporate | 2010 | 1,100 | 18.10 | 19,910.00 |
| C. Daniel Haaren | Corporate | 2013 | 1,100 | 152.30 | 167,530.00 |
| Evan Norris | Litigation | 2003 | 1,100 | 96.30 | 105,930.00 |
| **Total Partners:** | | | | 627.20 | $817,725.00 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Lillian S. Grossbard | Litigation | 1998 | $1,020 | 140.10 | $142,902.00 |
| Deborah L. Fox | Litigation | 2008 | 975 | 10.60 | 10,335.00 |
| Scott Reents | Litigation | 2008 | 975 | 63.20 | 61,620.00 |
| Morgan Cohen | Litigation | 2014 | 960 | 39.30 | 37,728.00 |
| Christopher Beshara | Litigation | 2015 | 940 | 118.40 | 111,296.00 |
| Michael Zaken | Litigation | 2015 | 940 | 112.60 | 105,844.00 |
| Charles E. Loeser | Litigation | 2016 | 890 | 13.60 | 12,104.00 |
| Norman J. Walczak | Corporate | 2016 | 890 | 46.40 | 41,296.00 |
| Salah M. Hawkins | Litigation | 2016 | 890 | 104.50 | 93,005.00 |
| Alexander Gerten | Corporate | 2017 | 855 | 34.00 | 29,070.00 |
| Grant S. May | Litigation | 2017 | 855 | 13.70 | 11,713.50 |
| Justin Mungai | Litigation | 2017 | 855 | 15.00 | 12,825.00 |
| Nicholas Medling | Litigation | 2017 | 855 | 263.60 | 225,378.00 |
| Timothy Nguyen | Corporate | 2017 | 855 | 24.40 | 20,862.00 |
| Allison Kempf | Litigation | 2018 | 840 | 65.60 | 55,104.00 |
| Bradley R. Niederschulte | Litigation | 2018 | 840 | 19.30 | 16,212.00 |
| Katherine O'Koniewski | Litigation | 2018 | 840 | 96.00 | 80,640.00 |
| Monica D. Kozycz | Litigation | 2018 | 840 | 157.90 | 132,636.00 |
| Patrick S. Taylor | Corporate | 2018 | 840 | 55.90 | 46,956.00 |
| Edgar Myer | Litigation | 2017 (Admitted in New South Wales) | 750 | 21.40 | 16,050.00 |
| Brittany Sherman | Litigation | 2019 | 750 | 180.50 | 135,375.00 |
| Caleb Robertson | Litigation | 2019 | 750 | 168.40 | 126,300.00 |
| Feyilana Lawoyin | Litigation | 2019 | 750 | 31.00 | 23,250.00 |
| Kalana Kariyawasam | Litigation | 2019 | 750 | 29.40 | 22,050.00 |
| Margaret Fleming | Corporate | 2019 | 750 | 154.30 | 115,725.00 |
| Sara Bodner | Litigation | 2019 | 750 | 104.50 | 78,375.00 |
| Seann Archibald | Corporate | 2019 | 750 | 88.60 | 66,450.00 |
| Sofia Gentel | Litigation | 2019 | 750 | 63.70 | 47,775.00 |
| Ya Huang | Corporate | 2019 | 750 | 30.60 | 22,950.00 |
| Vanessa Isler | Corporate | 2015 (Admitted in Switzerland) | 645 | 27.20 | 17,544.00 |

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Andrew Astore | Corporate | 2019 | 595 | 111.30 | 66,223.50 |
| Swara Saraiya | Litigation | 2019 | 595 | 32.20 | 19,159.00 |
| Harold King | Corporate | 2020 | 595 | 90.50 | 53,847.50 |
| Lavinia Borzi | Corporate | 2020* | 595 | 10.50 | 6,247.50 |
| Tammuz Huberman | Corporate | 2020* | 595 | 14.90 | 8,865.50 |
| Benjamin Wylly | Litigation | ** | 595 | 257.00 | 152,915.00 |
| Ori Oren | Corporate | ** | 595 | 53.30 | 31,713.50 |
| Marisa Wheeler | Litigation | 2003 | 565 | 134.40 | 75,936.00 |
| Raffaele DiMaggio | Litigation | 2004 | 565 | 195.10 | 110,231.50 |
| Katherine Geraci | Litigation | 1984 | 415 | 115.60 | 47,974.00 |
| Andrea Naham | Litigation | 1987 | 415 | 105.50 | 43,782.50 |
| Matthew Goetz | Litigation | 1992 | 415 | 125.40 | 52,041.00 |
| Louise Quick | Litigation | 1993 | 415 | 106.50 | 44,197.50 |
| Trebor Lloyd | Litigation | 1993 | 415 | 162.10 | 67,271.50 |
| Grace Sommero | Litigation | 1995 | 415 | 100.40 | 41,666.00 |
| Andrew Weiner | Litigation | 1997 | 415 | 216.20 | 89,723.00 |
| Jianlong Sun | Litigation | 1998 | 415 | 10.40 | 4,316.00 |
| Alejandro MacLean | Litigation | 2005 | 415 | 13.30 | 5,519.50 |
| Robert Njoroge | Litigation | 2008 | 415 | 41.40 | 17,181.00 |
| Moshe K. Silver | Litigation | 2009 | 415 | 133.00 | 55,195.00 |
| Daniel Berkowitz | Litigation | 2010 | 415 | 92.00 | 38,180.00 |
| Michael Pfeffer | Litigation | 2010 | 415 | 127.80 | 53,037.00 |
| Dianne Rim | Litigation | 2011 | 415 | 156.90 | 65,113.50 |
| Donald Sanyi | Litigation | 2011 | 415 | 164.70 | 68,350.50 |
| Elizabeth Shura | Litigation | 2011 | 415 | 99.50 | 41,292.50 |
| Elizabeth Varas | Litigation | 2013 | 415 | 110.20 | 45,733.00 |
| Matthew Ng | Litigation | 2014 | 415 | 72.00 | 29,880.00 |
| Nathan Ancheta | Litigation | 2017 | 415 | 97.40 | 40,421.00 |
| **Total Associates:** | | | | **5,243.20** | **$3,295,384.00** |

\* - Admitted following Fee Period.
\*\* - Not yet admitted.

| NAME OF PARAPROFESSIONALS: | DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Janet Venegas Fernando | Litigation Technology | $400 | 29.20 | $11,680.00 |
| Miguel Gonzalez | Litigation Technology | 385 | 12.70 | 4,889.50 |
| Roberto Severini | Litigation Technology | 360 | 50.20 | 18,072.00 |
| Somaiya Kibria | Litigation Support | 335 | 94.70 | 31,724.50 |
| Jessica Farrell | Litigation Legal Assistant | 310 | 23.90 | 7,409.00 |
| Stephanie Scanzillo | Litigation Legal Assistant | 310 | 71.70 | 22,227.00 |
| Veronica Velasco | Litigation Legal Assistant | 310 | 21.90 | 6,789.00 |
| Vivian Fernandez | Litigation Legal Assistant | 310 | 46.50 | 14,415.00 |
| Husniye Cogur | Litigation Legal Assistant | 290 | 103.40 | 29,986.00 |
| Nicole Jakobson | Litigation Legal Assistant | 290 | 71.20 | 20,648.00 |
| Raley Abramczyk | Litigation Legal Assistant | 290 | 27.00 | 7,830.00 |
| **Total Paraprofessionals:** | | | **552.40** | **$175,670.00** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners | $1,303.77 | 627.20 | $817,725.00 |
| Associates | 628.51 | 5,243.20 | 3,295,384.50 |
| Paraprofessionals | 318.01 | 552.40 | 175,670.00 |
| **Blended Attorney Rate** | **$700.65** | | |
| **Total Fees Incurred** | | **6,422.80** | **$4,288,779.00**[1] |
| **Less Credit**[2] | | | **($360,000.00)** |
| **Total Adjusted Fees** | | | **$3,928,779.00** |

---

[1] Net of $210,711.00 in voluntary write offs.

[2] Cravath and the Debtors have agreed to a one-time credit in the amount of $360,000.00 for the Kincade matter, to be applied to this Monthly Fee Statement.