# EXHIBIT B

# COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY CRAVATH, SWAINE & MOORE LLP FOR THE PERIOD JANUARY 1, 2020 THROUGH JANARY 31, 2020

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| ADMN | Case Administration (Incl. Docket Updates and Case Calendar) | 74.20 | $24,758.50 |
| ADVS | Adversary Proceedings | 266.70 | 219,318.00 |
| CASE | General Case Strategy | 258.60 | 207,531.50 |
| CASH | Financing / Cash Collateral | 391.20 | 330,980.00 |
| COMM | Committee Matters | 100.10 | 53,915.00 |
| CRAV | Cravath Retention and Fee Application | 241.40 | 116,691.00 |
| FEEO | Retention and Fee Applications of Non-Cravath Professionals | 0.40 | 238.00 |
| GOVR | Corporate Governance and Securities Matters | 425.90 | 384,984.00 |
| HEAR | Hearings and Court Matters | 13.10 | 10,438.00 |
| INVS | Investigations | 2,202.30 | 1,192,140.00 |
| NONB | 1Non-Bankruptcy Litigation | 1,050.10 | 725,100.50 |
| OCMS | Other Contested Matters | 1.50 | 2,025.00 |
| OPRS | Business Operations Matters | 34.90 | 42,920.00 |
| PLAN | Plan of Reorganization / Plan Confirmation | 115.30 | 106,997.00 |
| PUBL | Public Relations Strategy | 0.30 | 450.00 |
| REGS | Regulatory & Legislative Matters | 807.80 | 489,805.00 |
| TRVL | Non-Working Travel Time | 25.90 | 27,765.00 |
| WILD | Wildfire Claims Matters | 413.10 | 352,722.50 |
| **TOTAL** | | **6,422.80** | **$4,288,779.00*** |

* - Net of $210,711.00 in voluntary write offs.