# EXHIBIT C

# EXPENSE SUMMARY
# FOR THE PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020

| EXPENSES | AMOUNTS |
|---|---|
| Meals | $2,877.61 |
| Transportation | 1,614.00 |
| Courier/Mail Services | 1,393.55 |
| Miscellaneous | 126.40 |
| Special Disbursements (including Experts) | 3,125,601.89 |
| Travel | 51,342.00* |
| **Total Expenses Requested:** | **$3,182,955.45** |

\* - Hotel expenses have been capped for reimbursement purposes at $600.00/night.