

Signed and Filed: March 16, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

```
In re:                             ) Bankruptcy Case
                                   ) No. 19-30088-DM
PG&E CORPORATION,                  )
                                   ) Chapter 11
        - and -                    )
                                   ) Jointly Administered
PACIFIC GAS AND ELECTRIC COMPANY,  )
                                   ) Date:   March 25, 2020
        Debtors.                   ) Time:   10:00 AM
                                   ) Place:  Courtroom 17
☐ Affects PG&E Corporation         )         450 Golden Gate Ave.
☐ Affects Pacific Gas and          )         16th Floor
     Electric Company              )         San Francisco, CA
☒ Affects both Debtors             )
                                   )
* All papers shall be filed in     )
the Lead Case, No. 19-30088 (DM).  )
                                   )
```

**ORDER RE HEARING ON MARCH 25, 2020**

The hearings on March 25, 2020, at 10:00 a.m. on several matters on calendar will be conducted by telephone. The courtroom will be closed.

Parties or counsel and interested participants should make arrangements to appear through CourtCall at 1-866-582-6878 no later than 4:00 PM on March 24. The fee for utilizing CourtCall is being waived for pro se litigants.

-1-

***END OF ORDER***