**EXHIBIT B**

**EXHIBIT B**
**COMPENSATION BY PROFESSIONAL**
**FOR THE PERIOD OCTOBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| Brent Williams | Managing Director | $ 1,195 | 705.8 | $ 843,431.00 |
| Alex Stevenson | Managing Director | 1,195 | 276.7 | 330,656.50 |
| Brendan Murphy | Managing Director | 1,095 | 783.2 | 857,604.00 |
| Sherman Guillema | Director | 895 | 312.5 | 279,687.50 |
| Peter Gnatowski | Vice President | 795 | 820.7 | 652,456.50 |
| Matt Merkel | Associate | 695 | 817.5 | 568,162.50 |
| Erik Ellingson | Associate | 695 | 310.3 | 215,658.50 |
| Naeem Muscatwalla | Senior Analyst | 495 | 322.9 | 159,835.50 |
| Riley Jacobs | Analyst | 395 | 706.9 | 279,225.50 |
| Alex Gebert | Analyst | 395 | 625.6 | 247,112.00 |
| Zack Stone | Analyst | 395 | 576.2 | 227,599.00 |
| **Subtotal** | | | **6,258.3** | **$ 4,661,428.50** |