**EXHIBIT C**

# EXHIBIT C
# COMPENSATION BY WORK TASK CODE
# FOR THE PERIOD OCTOBER 1, 2019 THROUGH DECEMBER 31, 2019

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 3 | Financial Analysis (Requested by Counsel, or Otherwise) | 899.4 | $ 619,013.00 |
| 4 | 13-Week Cash Flow / MOR / Liquidity Analysis | 29.4 | 19,013.00 |
| 5 | Due Diligence of Debtor's Assets and Liabilities | 10.3 | 6,448.50 |
| 6 | Due Diligence of Wildfire Safety Plan and Related Analysis | 131.5 | 105,052.50 |
| 7 | Debtor Professionals - Diligence / Meetings / Calls | 5.1 | 4,884.50 |
| 8 | UCC Professionals - Diligence / Meetings / Calls | 0.4 | 438.00 |
| 9 | Other Professionals / Interested Parties - Diligence / Meetings / Calls | 95.1 | 104,504.50 |
| 10 | Tort Claimants (Counsel/FA) - Diligence / Meetings / Calls | 171.7 | 184,881.50 |
| 11 | Assist Counsel in Responses / Objections to Bankruptcy Court Motions | 119.6 | 97,372.00 |
| 12 | Committee Related Matters - Diligence / Meetings / Calls | 183.6 | 177,302.00 |
| 13 | Bankruptcy Filings, Motions and Other Document Review | 253.4 | 160,013.00 |
| 14 | Review of Executory Contracts and Related Analysis | 10.3 | 6,818.50 |
| 15 | Review of Employee-Related Matters, Including Retention Plans | 10.6 | 5,657.00 |
| 16 | Review of Claims and Related Analysis | 317.0 | 230,205.00 |
| 17 | Asset Sale(s), Strategic Alternatives, and Related Analysis | 22.3 | 14,708.50 |
| 18 | Analysis of New Debt or Equity Capital | 797.7 | 550,351.50 |
| 19 | Analysis of Pro-Forma Capital Structure, and Related Analysis | 138.3 | 91,698.50 |
| 20 | Benchmarking and Related Analysis | 433.8 | 251,801.00 |
| 21 | Term Sheets, Plan, and Disclosure Statement Analysis | 787.8 | 676,881.00 |
| 22 | Review of Discovery Documents and Deposition Preparation (Witnesses) | 497.0 | 337,575.00 |
| 23 | Deposition(s), Testimony, Court Hearing(s), and Related Preparation / Attendance | 200.1 | 172,219.50 |
| 24 | Business Plan | 137.0 | 108,495.00 |
| 25 | Regulatory and Legislative Matters, and Related Financial Analysis | 237.2 | 170,424.00 |
| 26 | Travel Time - Non Working Travel (Capped) | 68.0 | 76,060.00 |
| 27 | Project Administration | 97.4 | 75,233.00 |
| 31 | Fee Application Preparation | 383.7 | 198,441.50 |
| 32 | Mediation Preparation / Attendance | 220.6 | 215,937.00 |
| **Subtotal** | | **6,258.3** | **4,661,428.50** |