**EXHIBIT D**

**EXHIBIT D**
**SUMMARY OF EXPENSES**
**FOR THE PERIOD OCTOBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Expense Type | Amount |
|---|---:|
| Airfare | $23,830.06 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | $2,764.36 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | $6,180.58 |
| Hotel Stay (Traveling) | $18,240.54 |
| Internet/Online Fees | $610.55 |
| Meals - In Town Only | $2,764.63 |
| Meals - Out-of-Town Travel Only | $3,809.90 |
| Other / Miscellaneous | $340.90 |
| Parking | $568.00 |
| Printing/Photocopying (In-House) | $2,329.44 |
| Research (Databases) | $4,500.00 |
| Teleconferencing | $956.02 |
| **Total** | **$66,894.98** |