LAURIE A. DEUSCHEL
5120 Second Street
Rocklin, CA 95677
(916) 289-3532

Unsecured Creditor In Pro Se


FILED
MAR 16 2020
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA


# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>Debtor. | Case No.:3:19-bk-30088 (Lead Case)<br>Chapter 11 |
| In re:<br><br>PACIFIC GAS AND ELECTRIC CO.,<br><br>Debtor.<br><br>___ Affects PG&E Corporation<br><br>_X_ Affects Pacific Gas and Electric<br><br>___ Affects Both Debtors<br><br>All papers shall be filed in the Lead Case No. 19-30088(DM) | Case No.:3:19-bk-30089<br>Chapter 11<br><br>AMENDED NOTICE OF HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY BY LAURIE A. DEUSCHEL<br><br>Date: April 29, 2020<br>Time: 10:00am<br>Place: Courtroom 17<br>      450 Golden Gate Avenue, 16th Floor<br>      San Francisco, California<br>Judge: Hon. Dennis Montali<br><br>Objection Date Deadline: April 24, 2020 |

PLEASE TAKE NOTICE that on April 29, 2020 at 10:00am at the United States Bankruptcy Court for the Northern District of California, located at 450 Golden Gate Avenue, 16th Floor, San Francisco, California, in Courtroom 17 of the Honorable Dennis Montali, [unsecured creditor] Laurie A. Deuschel (hereinafter "Ms. Deuschel") will bring on a preliminary hearing its motion for relief

from the automatic stay pursuant to 11 U.S.C. 362(d)(1) (hereinafter "Motion"), to allow the completion of pretrial proceedings, trial, post-trial motions, and any appellate proceedings in LAURIE A. DEUSCHEL v. CLEAR POINT FINANCIAL GROUP, INC, a California Corporation, KAMYSHIN INVESTMENTS, INC., a California Corporation, PACIFIC GAS & ELECTRIC CORPORATION, a California Corporation, and CITY OF ROCKLIN, a local government, pending as Case No. SCV-40437 in Superior Court of California, County of Placer before the Honorable Michael Jacques (hereinafter "Superior Court").

Ms. Deuschel does not seek relief from the stay to pursue any enforcement of any judgment it may obtain in the Superior Court.

The Motion is based on this Notice of Hearing, the Motion and Memorandum of Points and Authorities therein, the Declaration, and on such other and further evidence and matters that the Court may consider at the hearing of the Motion.

PLEASE TAKE FURTHER NOTICE THAT as provided in paragraph 27 of the Second Amended Order Implementing Certain Notice and Case Management Procedures (Docket #1996) filed on May 14, 2019, any objection to the requested relief, or request for a hearing on the matter, shall be filed and served upon the initiating party by 4:00pm five (5) days prior to the scheduled hearing. As provided in Local Rule 9014-1, any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position. If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default. In the event of a timely objection or request for hearing, the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.

PLEASE TAKE FURTHER NOTICE that as provided in Local Rule 4001-1(a), the Debtor, Pacific Gas & Electric Company, is advised to appear personally or by counsel at the preliminary hearing; and that failure to do so appear may result in the Court granting the relief requested without further hearing, including the lifting of the automatic stay to allow Ms. Deuschel to pursue completion of pretrial proceedings, trial, post-trial motions, and any appellate proceedings in or in connection with the Superior Court action.

Executed on March 5, 2020

*Laurie A Deuschel*
LAURIE A. DEUSCHEL
Unsecured Creditor In Pro Se

2