

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

Signed and Filed: March 16, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**,<br><br>    - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>            **Debtors**.<br><br>☐  Affects PG&E Corporation<br>☐  Affects Pacific Gas and Electric Company<br>☑  Affects both Debtors<br><br>\* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**ORDER GRANTING SECOND STIPULATION BETWEEN THE DEBTORS AND THE CALIFORNIA STATE AGENCIES EXTENDING TIME TO FILE MOTION PURSUANT TO FED. R. BANKR. P. 3018(a) AND AMENDING AMENDED ORDER ESTABLISHING SCHEDULE FOR DISCLOSURE STATEMENT APPROVAL AND PLAN CONFIRMATION**<br><br>Re: Dkt. Nos. 5732, 6309<br><br>[No Hearing Requested] |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Second Stipulation Between the Debtors and the California State Agencies Extending the Time to File Motion Pursuant to Fed. R. Bankr. P. 3018(a) and Amending Amended Order Establishing Schedule for Disclosure Statement Approval and Plan Confirmation* (the "**Stipulation**") [Dkt. No. 6309], filed on March 16, 2020; and, pursuant to such stipulation and agreement of the Parties[1], and good cause appearing,

IT IS HEREBY ORDERED:

1. The time for the California State Agencies to file and serve the 3018(a) Motion is adjourned indefinitely until such time that either (1) the Court approves a settlement between the Debtors and the California State Agencies, at which point the matter will be removed from the calendar entirely, or (2) the Court issues a further order with respect to the scheduling of the 3018(a) Motion.

APPROVED AS TO FORM AND CONTENT:

Dated: March 16, 2020

FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

/s/ *Paul J. Pascuzzi*
Paul J. Pascuzzi

*Attorneys for the California State Agencies*

**END OF ORDER**

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Stipulation.