Form NSHDMBK

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: PG&E Corporation | Case No.: 19−30088 |
|---|---|
| Debtor(s) | Chapter: 11 |

## STATEMENT CONCERNING CHAMBERS/COURTROOM OPERATIONS THROUGH APRIL 17, 2020

### (AS OF MARCH 16, 2020)

    Based on guidance received from the Centers for Disease Control and the Administrative Office of the United States Courts concerning advisable precautions in light of the Covid−19 pandemic, Judge Montali advises as follows concerning the operation of his chambers and courtroom through at least April 17, 2020.

**Chambers Operations.** Judge Montali, his Law Clerks and his Courtroom Deputy will work remotely as necessary during this period. Counsel and litigants should expect orders to be reviewed and processed promptly, as usual.

**Courtroom Operations.** Judge Montali will preside over hearings scheduled in Judge Blumenstiel's cases on Wednesday, March 18 (San Francisco Ch. 13 calendar) and Thursday, March 19 and all of his assigned cases (including Pacific Gas and Electric Company and the April 8 Santa Rosa calendar) throughout the entire period . All of those hearings will be conducted telephonically −the courtroom will be closed. All parties who wish to appear at hearings must make arrangements to appear telephonically with CourtCall at 1−866−582−6878 no later than 4:00 PM on the day before the hearing. Further information regarding telephonic appearances via CourtCall can be found on the court's website, at the following location: www.canb.uscourts.gov > Rules and Procedures > District Procedures > Policy and Procedure for Appearances by Telephone.

**Requests for Expedited Hearings.** Any party that wishes a matter to be heard on an expedited basis should follow existing procedures for requesting such relief. Each request will be considered promptly, in the ordinary course of business.

**Judge Montali will update this statement as necessary over the coming days.**

Dated: 3/16/20

By the Court:

Dennis Montali
United States Bankruptcy Judge