

WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**Signed and Filed: March 16, 2020**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:  (415) 496-6723
Fax:  (415) 636-9251

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>**All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER APPROVING STIPULATION FOR ORDER CONTINUING BRIEFING AND HEARING SCHEDULE REGARDING CLASSIFICATION OF FIRE CLAIMS OF FEDERAL AGENCIES AND OF CALIFORNIA STATE AGENCIES**<br><br>Related Docket Nos. 6010, 6295<br><br>[No Hearing Date Requested] |

The Court having considered the *Stipulation for Order Continuing Briefing and Hearing Schedule Regarding Classification of Fire Claims of Federal Agencies and of California State Agencies* (the "**Stipulation**"),[1] entered into by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases, certain funds and accounts managed or advised by Abrams Capital Management, LP, and certain funds and accounts managed or advised by Knighthead Capital Management, LLC (together, the "**Shareholder Proponents**" and with the Debtors, the "**Plan Proponents**"), the Federal Agencies, and the California State Agencies, filed on March 13, 2020; and, pursuant to such Stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Opening Brief Deadline, the Reply Deadline, and the Hearing, are continued indefinitely until such time as (i) the Court enters an order approving settlements between the Debtors, the TCC, and the Federal Agencies and between the Debtors, the TCC, and the California State Agencies that resolve the Classification Issue, at which time the matter will be taken off the Court's calendar, with prejudice, or (ii) the Court issues an order further amending the Scheduling Order.

2. Except as expressly set forth herein, all other provisions of the Scheduling Order shall remain in full force and effect and shall not be impacted by this Order.

3. The Court shall retain jurisdiction to resolve any disputes or controversies arising from the Stipulation.

---

[1] Capitalized terms used but not herein defined shall have the meanings ascribed to them in the Stipulation.

APPROVED AS TO FORM AND CONTENT:

Dated: March 13, 2020  
JONES DAY

/s/___Joshua M. Mester___  
Joshua M. Mester  
*Attorneys for the Shareholder Proponents*

Dated: March 13, 2020  
UNITED STATES DEPARTMENT OF JUSTICE, CIVIL DIVISION

/s/____Matthew J. Troy____  
Matthew J. Troy  
*Attorneys for the Federal Agencies*

Dated: March 13, 2020  
FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

/s/__Paul J. Pascuzzi__  
Paul J. Pascuzzi  
*Attorneys for the California State Agencies*

*** END OF ORDER ***