# EXHIBIT A

# TRANSMITTAL LETTER TO TCC CHAIR

**LYNN A. BAKER, ESQ.**
**2210 Greenlee Drive**
**Austin, TX 78703**

March 15, 2020

Ms. Karen Lockhart, Chair
Official Committee of Tort Claimants of
    Pacific Gas and Electric Company and PG&E Corporation
Email: kmlockhart1492@gmail.com

    **RE:**     **In re: PG&E Corporation and Pacific Gas and Electric Company – Case No. 19-30088**

Dear Ms. Lockhart:

    Enclosed please find the *First Interim Application of Lynn A. Baker, Esq. for Allowance and Payment of Compensation for the Period from January 27, 2020 through January 31, 2020* in the above-captioned case, including its exhibits and supporting certification. The Bankruptcy Court's Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees provide that a debtor-in-possession, a trustee, or an official committee must exercise reasonable business judgment in monitoring the fees and expenses of the estates' professionals.

    Please let me know if you have any objections, concerns, or questions regarding this application for fees. The Office of the United States Trustee will also accept your comments. The Bankruptcy Court will consider timely filed objections by any party in interest at the time of hearing, which will take place at a time to be announced shortly.

                                                 Sincerely,

                                                 Lynn A. Baker, Esq.