# EXHIBIT C

## INVOICE FOR JANUARY 27, 2020 – JANUARY 31, 2020

**LYNN A. BAKER, ESQ.**
**2210 Greenlee Drive**
**Austin, TX 78703**

March 15, 2020

For legal services rendered by **Lynn A. Baker** as court-appointed Special Ethics Counsel to the Official Committee of Tort Claimants (the "TCC") of PG&E Corporation and Pacific Gas and Electric Company (collectively the "Debtors") in connection with the relevant bankruptcy proceedings:

Jan. 27, 2020 – 0.30 hr. --    tel. conv. w E. Kates re: status and next steps

Jan. 28, 2020 – 0.30 hr. --    tel. conv. w C. Dumas re: issues and status (0.20 hr.); tel conv. w E. Kates re: status (0.10 hr.)

===================================================================
Jan – 0.60 hours @ $1,200/hour =    $720.00

**Total due = $720.00**

Please make check payable to:
    Lynn A. Baker
    2210 Greenlee Drive
    Austin, TX 78703