**EXHIBIT E**

**PROPOSED ORDER**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>■ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING FIRST INTERIM APPLICATION OF LYNN A. BAKER, ESQ. FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR THE PERIOD JANUARY 27, 2020 THROUGH JANUARY 31, 2020** |

**THIS MATTER** came before the Court upon consideration of the *First Interim Application for Allowance and Payment of Compensation for the Period January 27, 2020 through January 31, 2020* [Docket No. XXXX] (the "**Application**"), filed by Lynn A. Baker, Esq. ("**Applicant**"), special counsel for the Official Committee of Tort Claimants ("**TCC**"). Based upon the Court's review and consideration of the Application, the certification in support thereof, and the other records and pleadings filed in the above-captioned chapter 11 cases,

**THE COURT HEREBY FINDS** that notice of and opportunity for a hearing on the Application was duly given, and that such notice was appropriate and sufficient under the particular circumstances. It appears to the Court that good cause exists for interim approval of the fees that Applicant requested in the Application, pursuant to Section 330 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2016. The Court further finds that the fees requested in the Application are reasonable and have been earned.

**THEREFORE, IT IS HEREBY ORDERED:**

1. The Application is approved on an interim basis as reflected herein:

2. Awarding interim allowance of compensation for professional services rendered during the Application Period in the amount of **$720.00** for fees incurred.

3. Authorizing and directing the Debtors to make prompt payment to Applicant in the total amount of **$720.00**.

4. The Court retains jurisdiction over any issues or disputes arising out of or relating to this Order.

*** END OF ORDER ***