# EXHIBIT B

# Exhibit B

## Budget and Staffing Plan

### Aggregate Budget for Matter Categories for the Period Beginning on October 1, 2019 and Ending on January 31, 2020

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| **Applicable to the Debtors** | | | |
| 020 | Legislative Issues | 160 | $150,200.00 |
| 021 | Non-Bankruptcy Litigation / Wildfire (Criminal) | 22,003 | $10,313,595.00 |
| 022 | Non-Working Travel | 340 | $368,225.00 |
| 023 | Purchase Power Agreements (including Adversary Proceedings) | 315 | $307,050.00 |
| 025 | Regulatory Issues | 3,550 | $2,811,700.00 |
| 026 | Retention / Billing / Fee Applications: MTO | 305 | $229,125.00 |
| 033 | TUB - Tubbs Fire state court litigation | N/A | N/A |
| 034 | TUF – Tubbs Fire Estimation & Discovery and Investigation Related to Estimation | 21,460 | $12,047,940.00 |
| 035 | Kincade | 1,717 | $1,267,025 |
| 036 | Inverse Condemnation Appeal | N/A | N/A |
| **Total** | | **49,850** | **$27,494,860.00** |

**Aggregate Staffing Plan Across All Matter Categories**
**for the Period Beginning on October 1, 2019 and Ending on January 31, 2020**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period Oct. 1 – Dec. 31, 2019 | Weighted Average Hourly Rate Oct. 1-Dec. 31, 2020 | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period Jan. 1 – 31, 2020 | Weighted Average Hourly Rate Jan. 1-31, 2020[1] |
|---|---|---|---|---|
| Partner | 15 | $1,083 | 17 | $1,136 |
| Of Counsel | 2 | $890 | 2 | $893 |
| Associate | 10 | $707 | 10 | $793 |
| Jr. Associate | 10 | $533 | 9 | $656 |
| Staff Attorney | 18 | $427 | 18 | $453 |
| eDiscovery Attorney | 1 | $575 | 1 | $610 |
| Paralegal | 10 | $335 | 10 | $356 |
| ALS | 5 | $415 | 5 | $438 |
| Case Clerks | 5 | $110 | 5 | $115 |
| Litigation Analyst | 3 | $110 | 3 | $115 |
| Library | 2 | $245 | 2 | $345 |
| **Total Attorney** | 56 | $650 | 57 | $734 |
| **Total Non-Attorney** | 25 | $260 | 25 | $292 |
| **Total** | 81 | $535 | 82 | $616 |

---

[1] The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the budget period.