# EXHIBIT D

**Exhibit D**

**Summary of Timekeepers for the period**

**Oct. 1, 2019 – Jan. 31, 2020**

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | 2019 HOURLY RATE | 2019 TOTAL HOURS BILLED | 2019 COMPENSATION | 2020 HOURLY RATE | 2020 TOTAL HOURS BILLED | 2020 COMPENSATION | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kevin S. Allred | Partner | 1986 | $950.00 | 470.9 | $447,355.00 | $1,020.00 | 221.4 | $225,828.00 | 692.3 | $673,183.00 | Litigation |
| Brad D. Brian | Partner | 1977 | $1,400.00 | 302.7 | $423,780.00 | $1,500.00 | 67.1 | $100,650.00 | 369.8 | $524,430.00 | Litigation |
| Erin J. Cox | Partner | 2009 | $895.00 | 90.5 | $80,997.50 | $950.00 | 10.6 | $10,070.00 | 101.1 | $91,067.50 | Litigation |
| Lisa J. Demsky | Partner | 1996 | $995.00 | 324.4 | $322,778.00 | $1,060.00 | 139.2 | $147,552.00 | 463.6 | $470,330.00 | Litigation |
| Michael R. Doyen | Partner | 1982 | $1,300.00 | 411.9 | $535,470.00 | $1,320.00 | 127.9 | $168,828.00 | 539.8 | $704,298.00 | Litigation |
| David H. Fry | Partner | 1997 | $995.00 | 457.1 | $454,814.50 | $1,150.00 | 1.9 | $2,185.00 | 459.0 | $456,999.50 | Litigation |
| Elaine J. Goldenberg | Partner | 1997 | $995.00 | 202.4 | $201,388.00 | $1,060.00 | 75.5 | $80,030.00 | 277.9 | $281,418.00 | Appellate |
| David B. Goldman | Partner | 1991 | $995.00 | 13.6 | $13,532.00 | $1,150.00 | 23.1 | $26,565.00 | 36.7 | $40,097.00 | Taxation |
| Seth Goldman | Partner | 2002 | $995.00 | 88.0 | $87,560.00 | $1,150.00 | 25.1 | $28,865.00 | 113.1 | $116,425.00 | Restructuring |
| Miriam Kim | Partner | 2002 | $895.00 | 184.5 | $165,127.50 | $950.00 | 21.0 | $19,950.00 | 205.5 | $185,077.50 | Litigation |
| Judith T. Kitano | Partner | 1988 | $1,100.00 | 0.5 | $550.00 | | | | 0.5 | $550.00 | Corporate |
| C. David Lee | Partner | 1999 | | | | $1,220.00 | 10.8 | $13,176.00 | 10.8 | $13,176.00 | Corporate |
| Luis Li | Partner | 1991 | $1,300.00 | 280.0 | $364,000.00 | | | | 280.0 | $364,000.00 | Litigation |
| Matthew A. MacDonald | Partner | 2008 | $895.00 | 550.4 | $492,608.00 | | | | 550.4 | $492,608.00 | Litigation |
| Kathleen M. McDowell | Partner | 1984 | $895.00 | 203.1 | $181,774.50 | $920.00 | 37.8 | $34,776.00 | 240.9 | $216,550.50 | Appellate |
| Fred A. Rowley, Jr. | Partner | 1997 | $995.00 | 2.4 | $2,388.00 | $1,060.00 | 6.2 | $6,572.00 | 8.6 | $8,960.00 | Appellate/ Complex Litigation |
| James C. Rutten | Partner | 1997 | $995.00 | 225.0 | $223,875.00 | $1,060.00 | 99.3 | $105,258.00 | 324.3 | $329,133.00 | Litigation |
| Donald B. Verrilli | Partner | 1983 | $1,400.00 | 26.8 | $37,520.00 | $1,500.00 | 13.8 | $20,700.00 | 40.6 | $58,220.00 | Appellate |
| Henry Weissmann | Partner | 1987 | $1,300.00 | 558.5 | $726,050.00 | $1,400.00 | 235.4 | $329,560.00 | 793.9 | $1,055,610.00 | Litigation |
| Mark R. Yohalem | Partner | 2005 | $895.00 | 9.4 | $8,413.00 | $990.00 | 22.2 | $21,978.00 | 31.6 | $30,391.00 | Appellate |
| Sarah J. Cole | Of Counsel | 2002 | $890.00 | 495.5 | $440,995.00 | $890.00 | 185.9 | $165,451.00 | 681.4 | $606,446.00 | Litigation |
| Michael E. Greaney | Of Counsel | 1996 | $890.00 | 20.3 | $18,067.00 | | | | 20.3 | $18,067.00 | Corporate / Real Estate |
| Bradley R. Schneider | Of Counsel | 2004 | $890.00 | 2.6 | $2,314.00 | | | | 2.6 | $2,314.00 | Restructuring |
| Matthew S. Steinholz | Of Counsel | 2005 | | | | $920.00 | 3.5 | $3,220.00 | 3.5 | $3,220.00 | Taxation |
| Shannon Aminirad | Associate | 2018 | $460.00 | 114.8 | $52,808.00 | | | | 114.8 | $52,808.00 | Litigation |
| Grant R. Arnow | Associate | 2017 | $535.00 | 322.5 | $172,537.50 | $665.00 | 13.4 | $8,911.00 | 335.9 | $181,448.50 | Litigation |
| Nick Axelrod | Associate | 2013 | $775.00 | 666.5 | $516,537.50 | $845.00 | 165.4 | $139,763.00 | 831.9 | $656,300.50 | Litigation |
| Michael C. Baker | Associate | 2016 | $625.00 | 406.1 | $253,812.50 | $725.00 | 88.3 | $64,017.50 | 494.4 | $317,830.00 | Litigation |
| Andre W. Brewster | Associate | 2015 | $685.00 | 341.3 | $233,790.50 | $780.00 | 130.6 | $101,868.00 | 471.9 | $335,658.50 | Litigation |
| Wesley T.L. Burrell | Associate | 2011 | $810.00 | 298.1 | $241,461.00 | | | | 298.1 | $241,461.00 | Litigation |
| Allison M. Day | Associate | 2015 | $685.00 | 311.4 | $213,309.00 | | | | 311.4 | $213,309.00 | Litigation |
| Raquel E. Dominguez | Associate | 2019 | $460.00 | 170.0 | $78,200.00 | $490.00 | 131.3 | $64,337.00 | 301.3 | $142,537.00 | Litigation |
| Brendan Gants | Associate | 2016 | $750.00 | 272.1 | $204,075.00 | $820.00 | 87.3 | $71,586.00 | 359.4 | $275,661.00 | Litigation |
| Alexander S. Gorin | Associate | 2017 | $535.00 | 370.1 | $198,003.50 | $665.00 | 94.7 | $62,975.50 | 464.8 | $260,979.00 | Litigation |
| Skylar B. Grove | Associate | 2015 | $685.00 | 196.2 | $134,397.00 | $780.00 | 87.5 | $68,250.00 | 283.7 | $202,647.00 | Litigation |
| Lauren M. Harding | Associate | 2015 | $685.00 | 408.4 | $279,754.00 | $780.00 | 128.3 | $100,074.00 | 536.7 | $379,828.00 | Litigation |
| Erinma E. Kalu | Associate | 2019 | $460.00 | 292.8 | $134,688.00 | | | | 292.8 | $134,688.00 | Litigation |
| Natalie Karl | Associate | 2017 | | | | $665.00 | 77.3 | $51,404.50 | 77.3 | $51,404.50 | Corporate |
| Lloyd Marshall | Associate | 2018 | $460.00 | 254.7 | $117,162.00 | $565.00 | 154.3 | $87,179.50 | 409.0 | $204,341.50 | Litigation |
| Megan L. McCreadie | Associate | 2017 | $535.00 | 337.0 | $180,295.00 | $665.00 | 181.2 | $120,498.00 | 518.2 | $300,793.00 | Litigation |
| Michele C. Nielsen | Associate | 2016 | $625.00 | 485.0 | $303,125.00 | | | | 485.0 | $303,125.00 | Litigation |
| Anthony J. Ramirez | Associate | 2016 | $625.00 | 0.3 | $187.50 | | | | 0.3 | $187.50 | Corporate |
| Teresa A. Reed Dippo | Associate | 2015 | $685.00 | 175.9 | $120,491.50 | $780.00 | 168.4 | $131,352.00 | 344.3 | $251,843.50 | Litigation |
| Giovanni S. Saarman Gonzalez | Associate | 2016 | $625.00 | 537.1 | $335,687.50 | $725.00 | 222.4 | $161,240.10 | 759.5 | $496,927.60 | Litigation |

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | 2019 HOURLY RATE | 2019 TOTAL HOURS BILLED | 2019 COMPENSATION | 2020 HOURLY RATE | 2020 TOTAL HOURS BILLED | 2020 COMPENSATION | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Trevor N. Templeton | Associate | 2016 | $685.00 | 567.5 | $388,737.50 | | | | 567.5 | $388,737.50 | Litigation |
| Bobby Malhotra | eDiscovery Attorney | 2008 | $575.00 | 0.5 | $287.50 | | | | 0.5 | $287.50 | N/A |
| Mark M. Chowdhury | Staff Counsel | 1991 | $380.00 | 265.3 | $100,814.00 | $405.00 | 41.3 | $16,726.50 | 306.6 | $117,540.50 | N/A |
| Lisa A. Clark | Staff Counsel | 2001 | $460.00 | 94.5 | $43,470.00 | | | | 94.5 | $43,470.00 | N/A |
| Michael Y. Doko | Staff Counsel | 1998 | $405.00 | 262.4 | $106,272.00 | $430.00 | 29.3 | $12,599.00 | 291.7 | $118,871.00 | N/A |
| Candice Fuller | Staff Counsel | 2014 | $460.00 | 77.9 | $35,834.00 | $490.00 | 43.1 | $21,119.00 | 121.0 | $56,953.00 | N/A |
| Eric J. Kananen | Staff Counsel | 2001 | $460.00 | 20.2 | $9,292.00 | | | | 20.2 | $9,292.00 | N/A |
| Kevin Y. Kim | Staff Counsel | 2018 | $405.00 | 117.6 | $47,628.00 | | | | 117.6 | $47,628.00 | N/A |
| Michael L. Lerew | Staff Counsel | 1993 | $380.00 | 148.1 | $56,278.00 | $405.00 | 19.1 | $7,735.50 | 167.2 | $64,013.50 | N/A |
| Shelley Lipman | Staff Counsel | 1993 | $380.00 | 251.0 | $95,380.00 | $405.00 | 47.7 | $19,318.50 | 298.7 | $114,698.50 | N/A |
| Susan Liu | Staff Counsel | 2001 | $460.00 | 220.2 | $101,292.00 | $490.00 | 66.7 | $32,683.00 | 286.9 | $133,975.00 | N/A |
| Terence M. McKiernan | Staff Counsel | 1999 | $460.00 | 255.7 | $117,622.00 | $490.00 | 57.7 | $28,273.00 | 313.4 | $145,895.00 | N/A |
| Lisa M. McLean | Staff Counsel | 2001 | $380.00 | 112.6 | $42,788.00 | $405.00 | 14.1 | $5,710.50 | 126.7 | $48,498.50 | N/A |
| Hadi Motiee | Staff Counsel | 2007 | $460.00 | 76.1 | $35,006.00 | $490.00 | 26.8 | $13,132.00 | 102.9 | $48,138.00 | N/A |
| Marcia B. Osborne | Staff Counsel | 1989 | $405.00 | 266.4 | $107,892.00 | $430.00 | 23.5 | $10,105.00 | 289.9 | $117,997.00 | N/A |
| Doris R. Perl | Staff Counsel | 1990 | $460.00 | 101.4 | $46,644.00 | $490.00 | 31.3 | $15,337.00 | 132.7 | $61,981.00 | N/A |
| Mark M. Perl | Staff Counsel | 1991 | $460.00 | 147.3 | $67,758.00 | $490.00 | 51.4 | $25,186.00 | 198.7 | $92,944.00 | N/A |
| Allison Rector | Staff Counsel | 2018 | $405.00 | 71.8 | $29,079.00 | $430.00 | 45.2 | $19,436.00 | 117.0 | $48,515.00 | N/A |
| Jarett D. Reid | Staff Counsel | 2010 | $405.00 | 312.2 | $126,441.00 | $430.00 | 21.2 | $9,116.00 | 333.4 | $135,557.00 | N/A |
| Barni Rothman | Staff Counsel | 1985 | $405.00 | 84.0 | $34,020.00 | $430.00 | 26.6 | $11,438.00 | 110.6 | $45,458.00 | N/A |
| Arjang Seraji | Staff Counsel | 1997 | $460.00 | 366.2 | $168,452.00 | $490.00 | 36.1 | $17,689.00 | 402.3 | $186,141.00 | N/A |
| Francoise Baldwin | Paralegal | N/A | $270.00 | 55.9 | $15,093.00 | | | | 55.9 | $15,093.00 | N/A |
| Ramon K. Castillo | Paralegal | N/A | | | | $345.00 | 65.2 | $22,494.00 | 65.2 | $22,494.00 | N/A |
| Jennifer Galindo | Paralegal | N/A | $380.00 | 32.9 | $12,502.00 | $395.00 | 3.5 | $1,382.50 | 36.4 | $13,884.50 | N/A |
| Bruce M. Gordon | Paralegal | N/A | $270.00 | 96.7 | $26,109.00 | $345.00 | 11.1 | $3,829.50 | 107.8 | $29,938.50 | N/A |
| Arn Jacobsen | Paralegal | N/A | $380.00 | 58.1 | $22,078.00 | $395.00 | 13.1 | $5,174.50 | 71.2 | $27,252.50 | N/A |
| Michael J. Lamb | Paralegal | N/A | $380.00 | 386.1 | $146,718.00 | | | | 386.1 | $146,718.00 | N/A |
| Melissa Lee-Segovia | Paralegal | N/A | $325.00 | 45.2 | $14,690.00 | | | | 45.2 | $14,690.00 | N/A |
| Gary LeGault | Paralegal | N/A | $270.00 | 28.0 | $7,560.00 | | | | 28.0 | $7,560.00 | N/A |
| Larry M. Polon | Paralegal | N/A | $325.00 | 68.5 | $22,262.50 | $345.00 | 94.7 | $32,671.50 | 163.2 | $54,934.00 | N/A |
| Cynthia R. Richardson | Paralegal | N/A | $380.00 | 121.6 | $46,208.00 | $395.00 | 17.5 | $6,912.50 | 139.1 | $53,120.50 | N/A |
| Justin A. Wilson | Paralegal | N/A | $325.00 | 13.7 | $4,452.50 | | | | 13.7 | $4,452.50 | N/A |
| Victor H. Gonzales | ALS | N/A | $350.00 | 170.7 | $59,745.00 | $370.00 | 30.3 | $11,211.00 | 201.0 | $70,956.00 | N/A |
| Lawrence Jayme | ALS | N/A | $350.00 | 11.6 | $4,060.00 | | | | 11.6 | $4,060.00 | N/A |
| Bowe Kurowski | ALS | N/A | $430.00 | 273.6 | $117,648.00 | $455.00 | 53.1 | $24,160.50 | 326.7 | $141,808.50 | N/A |
| Bryan D. Loper | ALS | N/A | $430.00 | 66.8 | $28,724.00 | | | | 66.8 | $28,724.00 | N/A |
| Phillip E. Nickels, Jr. | ALS | N/A | $430.00 | 118.9 | $51,127.00 | | | | 118.9 | $51,127.00 | N/A |
| Jason D. Troff | ALS | N/A | $430.00 | 369.1 | $158,713.00 | $455.00 | 101.1 | $46,000.50 | 470.2 | $204,713.50 | N/A |
| Marissa E. Andrea | Library | N/A | $245.00 | 25.2 | $6,174.00 | $345.00 | 4.0 | $1,380.00 | 29.2 | $7,554.00 | N/A |
| Agnes O. Villero | Library | N/A | $245.00 | 28.0 | $6,860.00 | $345.00 | 8.0 | $2,760.00 | 36.0 | $9,620.00 | N/A |
| Alan S. Shaw-Krivosh | Litigation Analyst | N/A | $110.00 | 29.4 | $3,234.00 | | | | 29.4 | $3,234.00 | N/A |
| Benjamin J. Shin | Litigation Analyst | N/A | $110.00 | 5.6 | $616.00 | | | | 5.6 | $616.00 | N/A |
| Nicholas C. Wiley | Litigation Analyst | N/A | $110.00 | 18.0 | $1,980.00 | | | | 18.0 | $1,980.00 | N/A |
| Milagros R. D'Albert | Case Clerk | N/A | $110.00 | 0.8 | $88.00 | | | | 0.8 | $88.00 | N/A |
| Nelson Marinero | Case Clerk | N/A | $110.00 | 58.7 | $6,457.00 | | | | 58.7 | $6,457.00 | N/A |

| NAME OF PROFESSIONAL: | POSITION | YEAR ADMITTED | 2019 HOURLY RATE | 2019 TOTAL HOURS BILLED | 2019 COMPENSATION | 2020 HOURLY RATE | 2020 TOTAL HOURS BILLED | 2020 COMPENSATION | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jennifer C. Mendoza | Case Clerk | N/A | $110.00 | 6.2 | $682.00 | $115.00 | 2.3 | $264.50 | 8.5 | $946.50 | N/A |
| **Total Professionals:** | | | | **16,789.0** | **$11,526,447.00** | | **4,043.1** | **$3,168,515.10** | **20,832.1** | **$14,694,962.10** | |