# EXHIBIT E

# Exhibit E

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense | Amount |
|---|---|
| Meals | $6,924.36 |
| Travel – Airfare | $77,873.52 |
| Travel – Hotel | $70,878.81 |
| Travel – Ground (Local) | $142.90 |
| Travel – Ground (Out of Town) | $18,855.70 |
| Consultants/Professional Services/Expert Fees | $450,977.50 |
| Filing/Recording/Registration Fees | $1,554.00 |
| Transcripts | $3,450.00 |
| Copying Charges | $7,516.83 |
| Messenger | $654.26 |
| Air Express | $2,098.24 |
| Other Expenses | $1,162.36 |
| **Total** | **$642,088.48** |