# EXHIBIT F

**Exhibit F**

**Summary, by Matter Category, of Fees Budgeted and Fees Incurred During the Fee Period**

| Matter Number | Project Category Description | Hours | | Total Compensation | | Expenses | Total |
|---|---|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed | | |
| 020 | Legislative Issues | 160 | 0.0 | $150,200.00 | $0.00 | - | $0.00 |
| 021 | Non-Bankruptcy Litigation / Wildfire (Criminal) | 22,003 | 7,695.7 | $10,313,595.00 | $4,832,795.00 | - | $4,832,795.00 |
| 022 | Non-Working Travel | 340 | 234.1 | $368,225.00 | $232,946.10 | - | $266,931.10 |
| 023 | Purchase Power Agreements (including Adversary Proceedings) | 315 | 770.1 | $307,050.00 | $618,843.00 | - | $618,843.00 |
| 025 | Regulatory Issues | 3,550 | 4,224.0 | $2,811,700.00 | $3,723,180.00 | - | $3,723,180.00 |
| 026 | Retention / Billing / Fee Applications: MTO | 305 | 216.6 | $229,125.00 | $142,089.00 | - | $142,089.00 |
| 033 | TUB - Tubbs Fire state court litigation (Judge Jackson) | N/A | 6,273.3 | N/A | $4,133,643.00 | - | $4,133,643.00 |
| 034 | TUF – Tubbs Fire Estimation & Discovery and Investigation Related to Estimation | 21,460 | 0.0 | $12,047,940.00 | $0.00 | | $0.00 |
| 035 | Kincade | 1,378.1 | 1,378.1 | $1,267,025.00 | $972,115.00 | | $972,115.00 |
| 036 | Inverse Condemnation Appeal | N/A | 40.2 | $0.00 | $39,351.00 | | $39,351.00 |
| | | | | | | | |
| **Total** | | **49,850** | **20,832.1** | **$27,494,860.00** | **$14,694,962.10** | **$642,088.48** | **$15,371,035.58** |