# EXHIBIT G

Case: 19-30088    Doc# 6327-7    Filed: 03/16/20    Entered: 03/16/20 17:48:27    Page 1 of 2

# Exhibit G

## Summary of Fees by Matter for the Fee Period

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 021 | Non-Bankruptcy Litigation – Criminal Wildfire Investigation | 7,695.7 | $4,832,795.00 |
| 022 | Non-Working Travel | 272.3 | $266,931.10 |
| 023 | Power Purchase Agreements and FERC | 770.1 | $618,843.00 |
| 025 | Regulatory | 4,224.0 | $3,723,180.00 |
| 026 | MTO Retention and Fee Applications | 216.6 | $142,089.00 |
| 033 | TUB - Tubbs Fire state court litigation (Judge Jackson) | 6,273.3 | $4,133,643.00 |
| 035 | Kincade | 1,378.1 | $972,115.00 |
| 036 | Inverse Condemnation Appeal | 40.2 | $39,351.00 |
| **Total:** | | **20,832.1** | **$14,694,962.10** |

.