Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone: 415.659.2600
Facsimile: 415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>     -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                              **Debtors.**<br><br>□ Affects PG&E Corporation<br><br>□ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF FILING OF PROPOSED AMENDED FIRE VICTIMS CLAIMS RESOLUTION PROCEDURES SUMMARY WITH FREQUENTLY ASKED QUESTIONS**<br><br>Relates to Dkt. Nos. 5700, 5732, 5978, 6224 |

**PLEASE TAKE NOTICE** that on February 7, 2020, PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**") filed a proposed disclosure statement in the above-captioned chapter 11 cases [Dkt. No. 5700]; and

- 1 -

**PLEASE TAKE FURTHER NOTICE** that on February 11, 2020, this Court entered an order [Dkt. No. 5732] directing the parties to file a proposed Fire Victims Claims Resolution Procedures Summary; and

**PLEASE TAKE FURTHER NOTICE** that on February 28, 2020, the Official Committee of Tort Claimants ("**TCC**") filed a proposed Fire Victim Claim Plan Treatment Summary [Dkt. No. 5978]; and

**PLEASE TAKE FURTHER NOTICE** that March 9, 2020, the TCC filed a proposed revised Fire Victim Claim Plan Treatment Summary that included Frequently Asked Questions [Dkt. No. 6224]; and

**PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>**Exhibit A**</u> is a copy of updated proposed amended Fire Victim Claim Plan Treatment Summary, including the Frequently Asked Questions; and

**PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>**Exhibit B**</u> is a copy of updated proposed amended Fire Victim Claim Plan Treatment Summary, including the Frequently Asked Questions, redlined against the version filed on March 9, 2020.

Dated: March 16, 2020

                BAKER & HOSTETLER LLP

                By:   */s/ Lauren T. Attard*
                          Lauren T. Attard

                *Counsel to the Official Committee of Tort Claimants*