**Exhibit C**

**Customary and Comparable Compensation Disclosures**

| Category of Timekeeper | BLENDED HOURLY RATE | |
|---|---|---|
| | Billed by timekeepers in all domestic offices, excluding bankruptcy | Billed in this Application |
| **Partners** | $1,352.31 | $1,534.84 |
| **Counsel** | $1,093.34 | $1,205.77 |
| **Associate** | $757.63 | $800.24 |
| **Paraprofessionals** | $294.29 | $415.40 |
| **All timekeepers aggregated** | $827.64 | $1,174.35 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017