**Exhibit D**

**Budget for Fees Pursuant to Section 363 (Independent Director Representation)**

| Period | Fees Budgeted (Using Mid-Forecast) | Fees Sought |
|---|---|---|
| September 1 – September 30, 2019 | $763,000.00 | $626,715.50 |
| October 1 – October 31, 2019 | $763,000.00 | $366,290.00 |
| November 1 – November 30, 2019 | $763,000.00 | $252,087.00 |
| December 1 – December 31, 2019 | $763,000.00 | $282,662.50 |
| **Total:** | **$3,052,000.00** | **$1,527,755.00** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017