# Exhibit E

## COMPENSATION BY PROFESSIONAL
## SEPTEMBER 1, 2019 THROUGH DECEMBER 31, 2019

The attorneys who rendered professional services in these Chapter 11 Cases during the Compensation Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Blake, Stephen | Litigation | 2008 | $1,325 | 103.60 | $137,270.00 |
| Curnin, Paul C. | Litigation | 1988 | $1,640 | 144.50 | $236,980.00 |
| Frankel, Andrew T. | Litigation | 1990 | $1,535 | 10.10 | $15,503.50 |
| Goldin, Nicholas | Litigation | 2000 | $740 | 8.70 | $6,438.00 |
| Goldin, Nicholas | Litigation | 2000 | $1,480 | 147.00 | $217,560.00 |
| Grogan, Gregory T. | ECEB | 2001 | $1,535 | 39.90 | $61,246.50 |
| Kelley, Karen H. | Corporate | 2003 | $1,425 | 1.60 | $2,280.00 |
| Kreissman, James G. | Litigation | 1989 | $1,640 | 3.50 | $5,740.00 |
| Ponce, Mario A. | Corporate | 1989 | $1,640 | 284.30 | $466,252.00 |
| Purushotham, Ravi | Corporate | 2010 | $1,325 | 43.20 | $57,240.00 |
| Qusba, Sandy | Corporate | 1994 | $1,535 | 351.60 | $539,706.00 |
| Steinhardt, Brian M. | Corporate | 1999 | $1,640 | 4.50 | $7,380.00 |
| Webb, Daniel N. | Corporate | 2002 | $1,480 | 0.80 | $1,184.00 |
| Alcabes, Elisa | Litigation | 1989 | $1,220 | 24.20 | $29,524.00 |
| McLendon, Kathrine | Corporate | 1985 | $1,220 | 41.50 | $50,630.00 |
| Ricciardi, Sara A. | Litigation | 2003 | $1,190 | 59.30 | $70,567.00 |
| **Total Partners and Counsel:** | | | | **1,268.30** | **$1,905,501.00** |

| NAME OF PROFESSIONAL ASSOCIATES | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Calderon, Justin | Litigation | 2018 | $700 | 63.70 | $44,590.00 |
| Campbell, Eamonn W. | Litigation | 2016 | $915 | 135.10 | $123,616.50 |
| Duran, Raul G. | Litigation | 2018 | $590 | 32.70 | $19,293.00 |
| Egenes, Erica M. | Corporate | 2018 | $840 | 26.80 | $22,512.00 |
| Fell, Jamie | Corporate | 2015 | $995 | 73.10 | $72,734.50 |
| Isaacman, Jennifer | Litigation | 2019 | $590 | 103.30 | $60,947.00 |
| Kinsel, Kourtney J. | Litigation | 2018 | $590 | 120.20 | $70,918.00 |
| Levine, Jeff P. | Corporate | 2016 | $915 | 17.80 | $16,287.00 |
| Lundqvist, Jacob | Litigation | 2019 | $590 | 84.80 | $50,032.00 |

| | | | | | |
|---|---|---|---|---|---|
| Phillips, Jacob M. | ECEB | 2017 | $840 | 37.80 | $31,752.00 |
| Sparks Bradley, Rachel | Litigation | 2013 | $1,095 | 130.40 | $142,788.00 |
| Sussman, Rebecca A. | Litigation | 2017 | $840 | 134.60 | $113,064.00 |
| Vallejo, Melissa A. | Litigation | 2019 | $590 | 0.30 | $177.00 |
| **Total Associates:** | | | | **960.60** | **$768,711.00** |

| NAME OF PARAPROFESSIONALS | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Franklin, Janie Marie | Paralegal – Litigation | | $455 | 29.50 | $13,422.50 |
| Kortright, Magallie | Paralegal – Litigation | | $400 | 22.40 | $8,960.00 |
| Laspisa, Rosemarie | Paralegal – Litigation | | $400 | 2.00 | $800.00 |
| Rovner, Grace | Paralegal – Corporate | | $265 | 1.00 | $265.00 |
| Terricone, Cyrena | Paralegal – Litigation | | $400 | 1.00 | $400.00 |
| Carney, Michael | Knowledge Management | | $420 | 0.90 | $378.00 |
| Kovoor, Thomas G. | Knowledge Management | | $420 | 13.30 | $5,586.00 |
| Mierski, Nathan | Resource Center | | $265 | 0.30 | $79.50 |
| Scott, Eric Dean | Resource Center | | $265 | 0.30 | $79.50 |
| Welman, Timothy | Resource Center | | $265 | 4.00 | $1,060.00 |
| **Total Paraprofessionals:** | | | | **74.70** | **$31,030.50** |

| PROFESSIONALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,502.41 | 1,268.30 | $1,905,501.00 |
| Associates | $800.24 | 960.60 | $768,711.00 |
| Paraprofessionals | $415.40 | 74.70 | $31,030.50 |
| Blended Attorney Rate | $1,199.79 | | |
| Blended Professionals Rate | $1,174.35 | | |
| **Total Fees Incurred** | | **2,303.60** | **$2,705,242.50** |