Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

**Exhibit G**

**EXPENSE SUMMARY FOR THE PERIOD
SEPTEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Expenses | Amounts |
|---|---|
| **Research** | **$34,138.80** |
| Online Research | $33,873.93 |
| Document Retrieval | $264.87 |
| **Meals** | **$2,093.60** |
| Overtime | $501.59 |
| Travel | $1,538.07 |
| Business | $53.94 |
| **Travel** | **$32,106.50** |
| Airfare | $18,677.69 |
| Hotel | $10,784.71 |
| Out-of-Town Travel | $2,644.10 |
| **Transportation** | **$809.62** |
| Local | $412.30 |
| Overtime Carfare | $397.32 |
| **Duplicating** | **$260.84** |
| Print, Scan & Binding | $233.90 |
| Miscellaneous Duplicating Services | $26.94 |
| **Courier and Postage** | **$1,226.39** |
| **Conferencing/Communication** | **$2,118.25** |
| Telephone | $657.00 |
| Conferencing Services | $93.75 |
| Court Call | $1,367.50 |
| **Court Fees** | **$935.50** |
| **Total Expenses Requested:** | **$73,689.50** |