# EXHIBIT A

# TIME SUMMARY BY CATEGORY

| HOURLY RATE MATTERS |
|---|---|---|---|---|
| MATTER | NAME | RATE | HOURS | AMOUNT |
| **CRIMINAL INVESTIGATION (10006)** | | | | |
| | Thomas J. Perrelli | $1,118 | 0.3 | $ 335.40 |
| | Reid J. Schar | $982 | 70.2 | $ 68,936.40 |
| | Randall E. Mehrberg | $893 | 1.8 | $ 1,607.40 |
| | Suedeen G. Kelly | $871 | 0.9 | $ 783.90 |
| | Matthew S. Hellman | $761 | 35.0 | $ 26,635.00 |
| | Coral A. Negron | $714 | 35.0 | $ 24,990.00 |
| | Matthew E. Price | $714 | 23.1 | $ 16,493.40 |
| | Emily M. Loeb | $706 | 0.9 | $ 635.40 |
| | E.K. McWilliams | $595 | 7.3 | $ 4,343.50 |
| | Adrienne Lee Benson | $561 | 11.2 | $ 6,283.20 |
| | Noah B. Bokat-Lindell | $506 | 48.0 | $ 24,288.00 |
| | Tricia J. Peavler | $302 | 0.3 | $ 90.60 |
| | **TOTAL** | | **234.0** | **$ 175,422.20** |
| **DOI INVESTIGATION (10014)** | | | | |
| | Thomas J. Perrelli | $1,118 | 1.2 | $ 1,341.60 |
| | Coral A. Negron | $714 | 3.1 | $ 2,213.40 |
| | Emily M. Loeb | $706 | 5.0 | $ 3,530.00 |
| | Carla J. Weiss | $672 | 5.7 | $ 3,830.40 |
| | **TOTAL** | | **15.0** | **$ 10,915.40** |
| **FEDERAL CONTRACTS ADVICE AND COUNSEL (10065)** | | | | |
| | Matthew L. Haws | $761 | 3.9 | $ 2,967.90 |
| | **TOTAL** | | **3.9** | **$ 2,967.90** |
| **LOCATE & MARK (10111)** | | | | |
| | Randall E. Mehrberg | $893 | 3.6 | $ 3,214.80 |
| | Reid J. Schar | $982 | 20.3 | $ 19,934.60 |
| | Brian P. Hauck | $782 | 186.2 | $ 145,608.40 |
| | David M. Greenwald | $761 | 0.3 | $ 228.30 |
| | Andrew F. Merrick | $714 | 94.9 | $ 67,758.60 |
| | Emily M. Loeb | $706 | 3.4 | $ 2,400.40 |
| | Wesley M. Griffith | $663 | 94.6 | $ 62,719.80 |
| | Tassity S. Johnson | $621 | 1.6 | $ 993.60 |
| | Andrew C. Noll | $595 | 0.7 | $ 416.50 |
| | Samuel C. Birnbaum | $595 | 1.6 | $ 952.00 |
| | Daixi Xu | $506 | 19.8 | $ 10,018.80 |
| | Samuel Jahangir | $506 | 59.6 | $ 30,157.60 |
| | Sarah L. Norman | $459 | 66.6 | $ 30,569.40 |
| | Amir A. Shakoorian Tabrizi | $400 | 38.0 | $ 15,200.00 |
| | Anna K. Lyons | $400 | 22.6 | $ 9,040.00 |
| | Theresa L. Busch | $327 | 22.8 | $ 7,455.60 |
| | **TOTAL** | | **636.6** | **$ 406,668.40** |

| **CPUC v. FERC (10146)** | | | | | |
|---|---|---|---|---|---|
| | Suedeen G. Kelly | $871 | 31.9 | $ | 27,784.90 |
| | E. Glenn Rippie | $840 | 42.7 | $ | 35,868.00 |
| | Max Minzner | $740 | 6.0 | $ | 4,440.00 |
| | Hanna M. Conger | $663 | 37.9 | $ | 25,127.70 |
| | Jason T. Perkins | $459 | 48.7 | $ | 22,353.30 |
| | Stephen S. Mellin | $302 | 1.5 | $ | 453.00 |
| | **TOTAL** | | **168.7** | **$** | **116,026.90** |
| **BANKRUPTCY EMPLOYMENT (10252)** | | | | | |
| | Randall E. Mehrberg | $893 | 9.1 | $ | 8,126.30 |
| | Brian P. Hauck | $782 | 5.8 | $ | 4,535.60 |
| | Angela M. Allen | $701 | 52.8 | $ | 37,012.80 |
| | William A. Williams | $506 | 7.0 | $ | 3,542.00 |
| | | $459 | 17.3 | $ | 7,940.70 |
| | Toi D. Hooker | $327 | 4.6 | $ | 1,504.20 |
| | Marc A. Patterson | $196 | 9.9 | $ | 1,940.40 |
| | **Total** | | **106.5** | **$** | **64,602.00** |
| **BANKRUPTCY ADMINISTRATION (10261)** | | | | | |
| | Randall E. Mehrberg | $893 | 0.9 | $ | 803.70 |
| | Angela M. Allen | $701 | 2.3 | $ | 1,612.30 |
| | William A. Williams | $459 | 2.8 | $ | 1,285.20 |
| | **TOTAL** | | **6.0** | **$** | **3,701.20** |
| **METRICS INVESTIGATION (10317)** | | | | | |
| | Randall E. Mehrberg | $893 | 0.3 | $ | 267.90 |
| | Reid J. Schar | $982 | 6.8 | $ | 6,677.60 |
| | Erin R. Schrantz | $803 | 62.5 | $ | 50,187.50 |
| | Brian P. Hauck | $782 | 10.5 | $ | 8,211.00 |
| | Samuel Jahangir | $506 | 151.9 | $ | 76,861.40 |
| | **TOTAL** | | **232.0** | **$** | **142,205.40** |
| **BAKERSFIELD LITIGATION (10325)** | | | | | |
| | Reid J. Schar | $982 | 0.5 | $ | 491.00 |
| | Andrew F. Merrick | $714 | 29.9 | $ | 21,348.60 |
| | Wesley M. Griffith | $672 | 1.3 | $ | 873.60 |
| | | $663 | 75.5 | $ | 50,056.50 |
| | Sarah L. Norman | $459 | 9.7 | $ | 4,452.30 |
| | Amir A. Shakoorian Tabrizi | $400 | 44.7 | $ | 17,880.00 |
| | Anna K. Lyons | $400 | 0.3 | $ | 120.00 |
| | Theresa L. Busch | $327 | 4.8 | $ | 1,569.60 |
| | **TOTAL** | | **166.7** | **$** | **96,791.60** |

| PSPS PROCEEDINGS (10341) | | | | | |
|---|---|---|---|---|---|
| | Randall E. Mehrberg | $893 | 7.0 | $ | 6,251.00 |
| | Reid J. Schar | $982 | 4.2 | $ | 4,124.40 |
| | Suedeen G. Kelly | $871 | 1.8 | $ | 1,567.80 |
| | E. Glenn Rippie | $840 | 0.5 | $ | 420.00 |
| | Brian P. Hauck | $782 | 247.2 | $ | 193,310.40 |
| | Andrew F. Merrick | $714 | 105.8 | $ | 75,541.20 |
| | Emily M. Loeb | $706 | 0.2 | $ | 141.20 |
| | Wesley M. Griffith | $672 | 136.1 | $ | 91,459.20 |
| | | $663 | 47.0 | $ | 31,161.00 |
| | Johanna R. Thomas | $621 | 3.1 | $ | 1,925.10 |
| | Samuel Jahangir | $561 | 16.4 | $ | 9,200.40 |
| | Monika N. Kothari | $561 | 119.5 | $ | 67,039.50 |
| | | $506 | 81.3 | $ | 41,137.80 |
| | Amir A. Shakoorian Tabrizi | $459 | 127.0 | $ | 58,293.00 |
| | | $400 | 66.3 | $ | 26,520.00 |
| | Theresa L. Busch | $327 | 66.4 | $ | 21,712.80 |
| | Wenette Belcher | $327 | 1.5 | $ | 490.50 |
| | **TOTAL** | | **1,031.3** | **$** | **630,295.30** |
| **LLAGAS BATTERY STORAGE PROJECT (10358)** | | | | | |
| | Suedeen G. Kelly | $871 | 16.7 | $ | 14,545.70 |
| | E. Glenn Rippie | $840 | 5.5 | $ | 4,620.00 |
| | Hanna M. Conger | $663 | 2.3 | $ | 1,524.90 |
| | **TOTAL** | | **24.5** | **$** | **20,690.60** |
| **SECTION 203 FILING RE BANKRUPTCY PLAN (10562)** | | | | | |
| | Suedeen G. Kelly | $871 | 64.1 | $ | 55,831.10 |
| | E. Glenn Rippie | $840 | 56.9 | $ | 47,796.00 |
| | Michael Guerra | $714 | 10.9 | $ | 7,782.60 |
| | Hanna M. Conger | $663 | 33.1 | $ | 21,945.30 |
| | | $621 | 38.5 | $ | 23,908.50 |
| | Jason T. Perkins | $506 | 38.8 | $ | 19,632.80 |
| | | $459 | 51.4 | $ | 23,592.60 |
| | Stephen S. Mellin | $302 | 1.3 | $ | 392.60 |
| | Megan Cahillane | $196 | 4.6 | $ | 901.60 |
| | **TOTAL** | | **299.6** | **$** | **201,783.10** |
| **HOURLY RATE MATTER TOTAL** | | | **2924.8** | **$** | **1,872,070.00** |

| FLAT RATE MATTERS ($1,800/MONTH) | | |
|---|---|---|
| FERC Monitoring (10333) | $ | 3,600.00 |
| California State Water Resources Control Board Monitoring (10457) | $ | 1,800.00 |
| New York Stock Exchange Monitoring (10503) | $ | 1,800.00 |
| Occupational Safety & Health Administration Monitoring (10465) | $ | 1,800.00 |
| Environmental Protection Agency Monitoring (10431) | $ | 1,800.00 |
| California Air Resources Board Monitoring (10449) | $ | 1,800.00 |
| Securities & Exchange Commission Monitoring (10493) | $ | 1,800.00 |
| **FLAT RATE MATTER TOTAL** | **$** | **14,400.00** |
| **GRAND TOTAL** | **$** | **1,886,470.00** |