# EXHIBIT B

## TIME SUMMARY BY PROFESSIONAL
### (HOURLY MATTERS ONLY)

| TITLE | NAME OF PROFESSIONAL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL AMOUNT REQUESTED |
|---|---|---|---|---|---|---|
| **Partners** | Randall E. Mehrberg | Energy | 1980 | $893 | 22.7 | $20,271.10 |
| | Thomas J. Perrelli | Litigation | 1991 | $1,118 | 1.5 | $1,677.00 |
| | Reid J. Schar | Litigation | 1997 | $982 | 102.0 | $100,164.00 |
| | Suedeen G. Kelly | Energy | 1976 | $871 | 115.4 | $100,513.40 |
| | E. Glenn Rippie | Energy | 1985 | $840 | 105.6 | $88,704.00 |
| | Erin R. Schrantz | Litigation | 2000 | $803 | 62.5 | $50,187.50 |
| | Brian P. Hauck | Energy | 2001 | $782 | 449.7 | $351,665.40 |
| | David M. Greenwald | Litigation | 1986 | $761 | 0.3 | $228.30 |
| | Matthew S. Hellman | Litigation | 2003 | $761 | 35.0 | $26,635.00 |
| | Matthew L. Haws | Litigation | 2002 | $761 | 3.9 | $2,967.90 |
| | Max Minzner | Energy | 2000 | $740 | 6.0 | $4,440.00 |
| | Andrew F. Merrick | Litigation | 2006 | $714 | 230.6 | $164,648.40 |
| | Matthew E. Price | Energy | 2007 | $714 | 23.1 | $16,493.40 |
| | Michael Guerra | Energy | 1988 | $714 | 10.9 | $7,782.60 |
| | Coral A. Negron | Litigation | 2008 | $714 | 38.1 | $27,203.40 |
| | Emily M. Loeb | Litigation | 2010 | $706 | 9.5 | $6,707.00 |
| | Angela M. Allen | Restr. & Bankr. | 2008 | $701 | 55.1 | $38,625.10 |
| | Johanna R. Thomas | Litigation | 2008 | $621 | 3.1 | $1,925.10 |
| **Total Partners** | | | | | **1,275.0** | **$1,010,838.60** |
| **Associates** | Carla J. Weiss | Litigation | 2011 | $672 | 5.7 | $3,830.40 |
| | Wesley M. Griffith | Litigation | 2012 | $672 | 137.4 | $92,332.80 |
| | | | | $663 | 217.1 | $143,937.30 |
| | Hanna M. Conger | Energy | 2012 | $663 | 73.3 | $48,597.90 |
| | | | | $621 | 38.5 | $23,908.50 |
| | Tassity S. Johnson | Litigation | 2014 | $621 | 1.6 | $993.60 |
| | Andrew C. Noll | Litigation | 2014 | $595 | 0.7 | $416.50 |
| | E.K. McWilliams | Litigation | 2014 | $595 | 7.3 | $4,343.50 |
| | Samuel C. Birnbaum | Litigation | 2015 | $595 | 1.6 | $952.00 |
| | Adrienne Lee Benson | Litigation | 2019 | $561 | 11.2 | $6,283.20 |
| | Monika N. Kothari | Litigation | 2015 | $561 | 119.5 | $67,039.50 |
| | | | | $506 | 81.3 | $41,137.80 |
| | Samuel Jahangir | Litigation | 2016 | $561 | 16.4 | $9,200.40 |
| | | | | $506 | 211.5 | $107,019.00 |
| | Daixi Xu | Litigation | 2016 | $506 | 19.8 | $10,018.80 |
| | William A. Williams | Restr. & Bankr. | 2015 | $506 | 7.0 | $3,542.00 |
| | | | | $459 | 20.1 | $9,225.90 |
| | Sarah L. Norman | Litigation | 2017 | $459 | 76.3 | $35,021.70 |

| | Noah B. Bokat-Lindell | Litigation | 2018 | $506 | 48.0 | $24,288.00 |
|---|---|---|---|---|---|---|
| | Jason T. Perkins | Litigation | 2017 | $506 | 38.8 | $19,632.80 |
| | | | | $459 | 100.1 | $45,945.90 |
| | Amir A. Shakoorian Tabrizi | Litigation | 2018 | $459 | 127.0 | $58,293.00 |
| | | | | $400 | 149.0 | $59,600.00 |
| | Anna K. Lyons | Litigation | 2018 | $400 | 22.9 | $9,160.00 |
| **Total Associates:** | | | | | **1,532.1** | **$824,720.50** |
| **Paralegals** | Toi D. Hooker | Restr. & Bankr. | N/A | $327 | 4.6 | $1,504.20 |
| | Theresa L. Busch | Litigation | N/A | $327 | 94.0 | $30,738.00 |
| | Wenette Belcher | Litigation | N/A | $327 | 1.5 | $490.50 |
| | Megan Cahillane | Energy | N/A | $196 | 4.6 | $901.60 |
| **Library Services** | Stephen S. Mellin | Library Services | N/A | $302 | 2.8 | $845.60 |
| | Tricia J. Peavler | Library Services | N/A | $302 | 0.3 | $90.60 |
| **Bankr. / Litig. Specialist** | Marc A. Patterson | Restr. & Bankr | N/A | $196 | 9.9 | $1,940.40 |
| **Total Paraprofessionals and Other Staff:** | | | | | **117.7** | **$36,510.90** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL AMOUNT REQUESTED |
|---|---|---|---|
| Partners | $792.81 | 1,275.00 | $1,010,838.60 |
| Associates | $538.29 | 1,532.10 | $ 824,720.50 |
| Paraprofessionals and other non-legal staff | $310.20 | 117.70 | $ 36,510.90 |
| **Blended Attorney Rate** | **$653.90** | **2,807.1** | **$1,835,559.10** |
| **Blended Timekeeper Rate** | **$640.07** | **2,924.8** | **$1,872,070.00** |