**EXHIBIT C**

**DISBURSEMENT SUMMARY**

| EXPENSES | AMOUNT |
|---|---|
| Travel | $25,523.18 |
| Outside Printing Services | $1,605.56 |
| UPS | $243.63 |
| In-City Transportation | $212.75 |
| Special Messenger Service | $95.91 |
| Court Fees | $87.50 |
| **TOTAL DISBURSEMENT** | **$27,768.53** |