**EXHIBIT E**

**EXPENSE DETAIL**

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER: 56604
MATTER NUMBER: 10287

PACIFIC GAS AND ELECTRIC COMPANY
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA 94105

JANUARY 22, 2020
INVOICE # 9512524

**EXPENSES**
**1907533**

| | | |
|---|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2019: | | $ .00 |
| DISBURSEMENTS | | $ 8,536.65 |
| | TOTAL INVOICE | $ 8,536.65 |

Electronic Invoice

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

PACIFIC GAS AND ELECTRIC COMPANY
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA 94105

INVOICE # 9512524

CLIENT NUMBER: 56604

JANUARY 22, 2020

FOR PROFESSIONAL SERVICES RENDERED
THROUGH OCTOBER 31, 2019:

EXPENSES
1907533

MATTER NUMBER - 10287

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 10/07/19 | Travel, SAMUEL JAHANGIR, 08/26-29/2019; San Francisco, CA; Deposition prep and meetings. | 3,571.95 |
| 10/08/19 | Court Fees; Elan Corp Payment; 10/27/2019; Pripusich 10/19 Stmt; COURTCALL *10104374 Hearing 10/08/2019 | 87.50 |
| 10/14/19 | 10/14/2019 UPS Delivery Service 1Z01X4271593873133 | 120.99 |
| 10/16/19 | Travel, REID J. SCHAR, 10/07-08/2019; San Francisco, CA re PGE - multiple meetings. | 1,593.57 |
| 10/21/19 | In-City Transportation, BRIAN HAUCK, 10/15/2019; Taxi from hearing prep meeting. | 27.82 |
| 10/25/19 | In-City Transportation, BRIAN HAUCK, 10/20/2019; taxi re hearing prep session. | 36.27 |
| 10/29/19 | Travel, REID J. SCHAR, 10/20-23/2019; San Francisco, CA; prepared for and attended hearing. | 3,098.55 |
| | TOTAL DISBURSEMENTS | $ 8,536.65 |

INVOICE TOTAL $ 8,536.65

Case: 19-30088 Doc# 6332-5 Filed: 03/16/20 Entered: 03/16/20 18:39:52 Page 3 of 9

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER: 56604
MATTER NUMBER: 10287

PACIFIC GAS AND ELECTRIC COMPANY
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA 94105

MARCH 12, 2020
INVOICE # 9523086

**EXPENSES**
**1907533**

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2019: | $ .00 |
| DISBURSEMENTS | $ 8,353.50 |
| TOTAL INVOICE | $ 8,353.50 |

Electronic Invoice

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

PACIFIC GAS AND ELECTRIC COMPANY
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA 94105

INVOICE # 9523086

CLIENT NUMBER: 56604

MARCH 12, 2020

FOR PROFESSIONAL SERVICES RENDERED
THROUGH NOVEMBER 30, 2019:

EXPENSES
1907533

MATTER NUMBER - 10287

**DISBURSEMENTS**

| | | |
|---|---|---|
| 11/13/19 | 11/13/2019 UPS Delivery Service 1Z01X4270193774687 | 18.71 |
| 11/14/19 | Travel, ANDREW F. MERRICK, 10/14-18/2019; San Francisco, CA; Witness Preparation. | 2,927.21 |
| 11/20/19 | Travel, ANDREW F. MERRICK, 10/20-22/2019; San Francisco, CA; attendance at hearing. | 3,541.43 |
| 11/25/19 | 11/25/2019 UPS Delivery Service 1Z22124E0191920945 | 7.66 |
| 11/27/19 | Travel, REID J. SCHAR, 11/11-12/2019; San Francisco, CA; attendance at court hearing. | 1,858.49 |
| 11/30/19 | Lexis Research | .00 |
| 11/30/19 | Westlaw Research | .00 |
| 11/30/19 | Westlaw Research | .00 |
| 11/30/19 | Westlaw Research | .00 |
| 11/30/19 | Westlaw Research | .00 |
| 11/30/19 | Westlaw Research | .00 |
| 11/30/19 | Westlaw Research | .00 |
| 11/30/19 | Westlaw Research | .00 |
| | TOTAL DISBURSEMENTS | $ 8,353.50 |

INVOICE TOTAL $ 8,353.50

Case: 19-30088 Doc# 6332-5 Filed: 03/16/20 Entered: 03/16/20 18:39:52 Page 5 of 9

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER: 56604
MATTER NUMBER: 10287

PACIFIC GAS AND ELECTRIC COMPANY
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA 94105

MARCH 4, 2020
INVOICE # 9519350

**EXPENSES**
**1907533**

| | | |
|---|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2019: | | $ .00 |
| DISBURSEMENTS | | $ 4,461.32 |
| | TOTAL INVOICE | $ 4,461.32 |

Electronic Invoice

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

PACIFIC GAS AND ELECTRIC COMPANY
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA 94105

INVOICE # 9519350

CLIENT NUMBER: 56604

MARCH 4, 2020

FOR PROFESSIONAL SERVICES RENDERED
THROUGH DECEMBER 31, 2019:

EXPENSES
1907533

MATTER NUMBER - 10287

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 12/04/19 | Travel, ERIN R. SCHRANTZ, 11/16-22/2019; San Ramon, CA; Witness interviews. | 2,262.56 |
| 12/09/19 | In-City Transportation, SUEDEEN G. KELLY, 11/22/2019; meeting. | 14.17 |
| 12/10/19 | Travel, RANDALL E. MEHRBERG, 11/11-12/2019; San Francisco, CA; meetings and court. | 2,025.82 |
| 12/16/19 | Special Messenger Service, US MESSENGER & LOGISTICS, INC., 11/30/2019 | 95.91 |
| 12/20/19 | 12/20/2019 UPS Delivery Service 1Z01X4274499508678 | 28.33 |
| 12/31/19 | Westlaw Research | .00 |
| 12/31/19 | Westlaw Research | .00 |
| 12/31/19 | Westlaw Research | .00 |
| 12/31/19 | 12/31/2019 UPS Delivery Service 1Z01X427NT93399383 | 34.53 |
| | TOTAL DISBURSEMENTS | $ 4,461.32 |

INVOICE TOTAL $ 4,461.32

LAW OFFICES
**JENNER & BLOCK LLP**
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

CLIENT NUMBER: 56604
MATTER NUMBER: 10287

PACIFIC GAS AND ELECTRIC COMPANY
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA 94105

MARCH 13, 2020
INVOICE # 9523110

**EXPENSES**
**1907533**

| | |
|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 29, 2020: | $ .00 |
| DISBURSEMENTS | $ 6,417.06 |
| TOTAL INVOICE | $ 6,417.06 |

Electronic Invoice

LAW OFFICES
JENNER & BLOCK LLP
353 N. Clark Street
CHICAGO, ILLINOIS 60654-3456
(312) 222-9350

PACIFIC GAS AND ELECTRIC COMPANY
ATTN: LEGAL FINANCE SUPPORT GROUP
77 BEALE STREET
B30A
SAN FRANCISCO, CA 94105

INVOICE # 9523110

CLIENT NUMBER: 56604

MARCH 13, 2020

FOR PROFESSIONAL SERVICES RENDERED
THROUGH FEBRUARY 29, 2020:

EXPENSES
1907533

MATTER NUMBER - 10287

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| 1/02/20 | 01/02/2020 UPS Delivery Service 1Z01X4270198789082 | 11.89 |
| 1/07/20 | 01/07/2020 UPS Delivery Service 1Z01X427NT91151483 | 21.52 |
| 1/08/20 | In-City Transportation, MONIKA N. KOTHARI, 12/12/2019; overtime charges. | 13.34 |
| 1/08/20 | In-City Transportation, MONIKA N. KOTHARI, 01/02/2020; overtime charges. | 9.73 |
| 1/10/20 | In-City Transportation, BRIAN HAUCK, 01/08/2020; transportation back from PG&E interviews re the PSPS event. | 27.98 |
| 1/15/20 | Travel, ANDREW F. MERRICK, 01/06-09/2020; San Francisco, CA; witness interviews. | 3,121.01 |
| 1/21/20 | 12/31/19 Quarterly Pacer Charge | .00 |
| 1/23/20 | Outside Printing Services; LA BEST COLOR IMAGING; 12/23/2019 | 1,160.23 |
| 1/24/20 | In-City Transportation, ANDREW F. MERRICK, 12/20/2019; parking | 10.00 |
| 1/24/20 | Travel, ANDREW F. MERRICK, 12/18-21/2019; Bakersfield, CA; attendance at mediation. | 1,522.59 |
| 1/27/20 | Outside Printing Services; LA BEST COLOR IMAGING; 12/27/2019 | 445.33 |
| 1/28/20 | In-City Transportation, MONIKA N. KOTHARI, 01/04-16/2020; overtime | 73.44 |
| 1/29/20 | Soundpath Teleconferencing 01/03/2020 | .00 |
| 1/31/20 | Lexis Research | .00 |
| 1/31/20 | Westlaw Research | .00 |
| 1/31/20 | Westlaw Research | .00 |
| 1/31/20 | Westlaw Research | .00 |
| | TOTAL DISBURSEMENTS | $ 6,417.06 |

INVOICE TOTAL $ 6,417.06