# EXHIBIT H

## Jenner & Block Budget Comparison
## October 1, 2019 through January 31, 2020
## (Hourly Matters Only)

| Matter ID | PROJECT CATEGORY | BUDGETED | REQUESTED |
|---|---|---|---|
| 10006 | Criminal Investigation | $160,000.00 | $175,422.20 |
| 10014 | DOI Investigation | $35,000.00 | $10,915.40 |
| 10065 | Federal Contracts Advice & Counsel | N/A | $2,967.90 |
| 10111 | Locate and Mark | $505,000.00 | $406,668.40 |
| 10146 | CPUC v. FERC | $205,000.00 | $116,026.90 |
| 10252/10261 | Bankr. Employment/Bankr. Admin. | $119,500.00 | $64,602.00/ $3,701.20 |
| 10317 | Metrics Investigation | $42,500.00 | $142,205.40 |
| 10325 | Bakersfield Litigation | $40,000.00 | $96,791.60 |
| 10341 | PSPS Proceedings | $650,000.00 | $630,295.30 |
| 10538 | LLAGAS Battery Storage Project | N/A | $20,690.60 |
| 10562 | Section 203 Filing Re Bankruptcy Plan | N/A | $201,783.10 |
| | **TOTAL** | **$1,757,000.00** | **$1,872,070.00** |