# EXHIBIT I

**Jenner & Block Staffing Plan Comparison**
**October 1, 2019 through January 31, 2020**

| Staffing Plan | | | Rendered Services During Third Interim Fee Period? |
|---|---|---|---|
| **Name** | **Position** | **Rate** | |
| Randall E. Mehrberg | Partner | $893 | Yes |
| Thomas J. Perrelli | Partner | $1,118 | Yes |
| Ian H. Gershengorn | Partner | $982 | |
| Reid J. Schar | Partner | $982 | Yes |
| Catherine L. Steege | Partner | $918 | |
| Suedeen G. Kelly | Partner | $871 | Yes |
| E. Glenn Rippie | Partner | $840 | Yes |
| Erin R. Schrantz | Partner | $803 | Yes |
| Sam Hirsch | Partner | $782 | |
| Brian P. Hauck | Partner | $782 | Yes |
| David M. Greenwald | Partner | $761 | Yes |
| Matthew S. Hellman | Partner | $761 | Yes |
| Matthew L. Haws | Partner | $761 | Yes |
| Brandon D. Fox | Partner | $761 | |
| John R. Storino | Partner | $757 | |
| Charles Riely | Partner | $752 | |
| Max Minzner | Partner | $740 | Yes |
| Andrew F. Merrick | Partner | $714 | Yes |
| Allison A. Torrence | Partner | $714 | |
| Matthew E. Price | Partner | $714 | Yes |
| Coral A. Negron | Partner | $714 | Yes |
| Michael Guerra | Partner | $714 | Yes |
| Emily M. Loeb | Partner | $706 | Yes |
| Angela Allen | Partner | $701 | Yes |
| Elliot S. Tarloff | Partner | $621 | |
| Johanna R. Thomas | Partner | $621 | Yes |
| David M. Didion | Special Counsel | $621 | |
| Carla J. Weiss | Special Counsel | $672 | |
| Wesley M. Griffith | Associate | $663/$621 | Yes |
| Hanna M. Conger | Associate | $663/$621 | Yes |
| Tassity S. Johnson | Associate | $663/$621 | Yes |
| Alexander J. Bandza | Associate | $663/$621 | |
| Michael E. Stewart | Associate | $663/$621 | |
| Samuel C. Birnbaum | Associate | $621/$595 | Yes |

| Name | Title | Rate | |
|---|---|---|---|
| E.K. McWilliams | Associate | $621/$595 | Yes |
| Marguerite L. Moeller | Associate | $621/$595 | |
| Andrew C. Noll | Associate | $621/$595 | Yes |
| Katherine B. Johnson | Associate | $621/$595 | |
| Julian J. Ginos | Associate | $621/$595 | |
| Natascha Lam | Associate | $595/$561 | |
| Adrienne Lee Benson | Associate | $595/$561 | Yes |
| Reena Sikdar | Associate | $595/$561 | |
| Karthik P. Reddy | Associate | $595/$561 | |
| Adrienne Lee Benson | Associate | $595/$561 | Yes |
| Jennifer Yun | Associate | $561/$506 | |
| Andrew Cherry | Associate | $561/$506 | |
| Daixi Xu | Associate | $561/$506 | Yes |
| Samuel Jahangir | Associate | $561/$506 | Yes |
| Andrew P. Walker | Associate | $561/$506 | |
| Monika N. Kothari | Associate | $561/$506 | Yes |
| William A. Williams | Associate | $506/$459 | Yes |
| Sarah L. Norman | Associate | $506/$459 | Yes |
| Noah B. Bokat-Lindell | Associate | $506/$459 | Yes |
| Michelle Peleg | Associate | $506/$459 | |
| Jason T. Perkins | Associate | $506/$459 | Yes |
| Effiong Dampha | Associate | $459/$400 | |
| Amy Eggerton-Wiley | Associate | $459/$400 | |
| Anna K. Lyons | Associate | $459/$400 | Yes |
| Amir A. Shakoorian Tabrizi | Associate | $459/$400 | Yes |
| Toi D. Hooker | Paralegal | $327 | Yes |
| Theresa L. Busch | Paralegal | $327 | Yes |
| Wenette Belcher | Paralegal | $327 | Yes |
| Diana V. Chuck | Paralegal | $302 | |
| Megan Callihane | Paralegal | $196 | Yes |
| Tricia J. Peavler | Library Services | $302 | Yes |
| Stephen S. Mellin | Library | $302 | Yes |
| Michaela E. Novakovic | Paralegal | $276 | |
| Marc A. Patterson | Bankr./Litig. Spec. | $196 | Yes |
| Mary Gulden | Paralegal | $187 | |
| Madison Amboian | Paralegal | $187 | |
| Matthew T. Par | Applied Tech. | $157 | |