**Exhibit J**
**Summary of Jenner & Block LLP Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category | Blended Hourly Rate | |
| --- | --- | --- |
| | Worked and Billed January 2018 – December 2018 (Excluding Bankruptcy Matters) | Billed in this Fee Application |
| **Partners** | $769 | $792.81 |
| 20+ years since admission | $820 | $891.02 |
| 13-19 years since admission | $726 | $762.40 |
| 0-12 years since admission | $700 | $707.70 |
| **Associates** | $529 | $538.29 |
| 6+ years since admission | $620 | $662.30 |
| 4-5 years since admission | $588 | $533.88 |
| 0-3 years since admission | $506 | $468.29 |
| **Paraprofessionals** | $284 | $310.20 |
| **Blended Rate for All Attorneys** | $594 | $653.90 |
| **Blended Rate for All Timekeepers** | $567 | $640.07 |