# Exhibit B

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

| Category of Timekeeper | BLENDED HOURLY RATE | |
|---|---|---|
| | Billed by timekeepers in all domestic offices[1] | Billed in this Application |
| Partners | $1,415.13 | $1,440.45 |
| Associates | 804.96 | 647.89 |
| Paraprofessionals | 351.32 | 310.96 |

---

[1] In accordance with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013, the preceding year is a rolling 12 months year ending January 31, 2020; blended rates reflect aggregate work performed in the preceding year in Cravath's New York office (its sole domestic office) by all its timekeepers in each category.