# Exhibit C

## Comparison of Budgeted to Actual Fees Sought During the Compensation Period

| Period | Fees and Expenses Budgeted Under DIP Budget[1] | Fees and Expenses Sought |
|---|---|---|
| October 2019 | $15,600,000 | $16,742,071.26 |
| November 2019 | 18,520,000 | 17,117,232.65 |
| December 2019 | 18,520,000 | 13,664,316.50 |
| January 2020 | 2,900,000 | 7,111,774.45 |
| **Adjusted Total:** | **$55,540,000** | **$54,635,394.86** |

---

[1] The "mid-case" budget between Debtors and Cravath, Swaine & Moore LLP, as amended January 13, 2020, which included an estimate of pass-through expenses for retained experts.