1            UNITED STATES BANKRUPTCY COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                        -oOo-

4   In Re:                      ) Case No. 19-30088
                                ) Chapter 11
5   PG&E CORPORATION AND PACIFIC )
    GAS AND ELECTRIC COMPANY     ) San Francisco, California
6                                ) Monday, March 16, 2020
                    Debtors.     ) 10:00 AM
7   _____ )
                                   DEBTORS' SECOND AMENDED
8                                  MOTION FOR ENTRY OF ORDERS
                                   (I) APPROVING TERMS OF, AND
9                                  DEBTORS' ENTRY INTO AND
                                   PERFORMANCE UNDER, EQUITY
10                                 BACKSTOP COMMITMENT LETTERS,
                                   (II) APPROVING TERMS OF, AND
11                                 DEBTORS' ENTRY INTO AND
                                   PERFORMANCE UNDER, DEBT
12                                 FINANCING COMMITMENT LETTERS,
                                   AND (III) AUTHORIZING
13                                 INCURRENCE, PAYMENT, AND
                                   ALLOWANCE OF RELATED FEES
14                                 AND/OR PREMIUMS, INDEMNITIES,
                                   COSTS AND EXPENSES AS
15                                 ADMINISTRATIVE EXPENSE CLAIMS
                                   (RELATED DOCS. 4446, 5267)
16                                 [6013]

17               TRANSCRIPT OF PROCEEDINGS
              BEFORE HONORABLE DENNIS MONTALI
18             UNITED STATES BANKRUPTCY JUDGE

19  APPEARANCES (TELEPHONIC):
    For the Debtors:        STEPHEN KAROTKIN, ESQ.
20                          Weil, Gotshal & Manges LLP
                            767 Fifth Avenue
21                          New York, NY 10153
                            (212) 310-8000
22
                            PAUL H. ZUMBRO, ESQ.
23                          Cravath, Swaine & Moore LLP
                            85 Eighth Avenue
24                          New York, NY 10019
                            (212) 474-1000
25

```
1   For the Official Committee    DAVID J. RICHARDSON, ESQ.
    of Tort Claimants:            Baker and Hostetler LLP
2                                 11601 Wilshire Boulevard
                                  14th Floor
3                                 Los Angeles, CA 90025
                                  (310) 442-8858
4
    For the Official Committee    GREGORY A. BRAY, ESQ.
5   of Unsecured Creditors:       Milbank LLP
                                  2029 Century Park East
6                                 33rd Floor
                                  Los Angeles, CA 90067
7                                 (424) 386-4000

8   For the Ad Hoc Committee      DAVID H. BOTTER, ESQ.
    of Senior Unsecured           Akin Gump Strauss Hauer & Feld LLP
9   Noteholders:                  One Bryant Park
                                  New York, NY 10036
10                                (212) 872-1000

11  For Gov. Gavin Newsom:        MATTHEW L. HINKER, ESQ.
                                  O'Melveny & Myers LLP
12                                7 Times Square
                                  New York, NY 10036
13                                (212) 326-2000

14

15

16

17

18

19

20  Court Recorder:               LORENA PARADA AND ANKEY THOMAS

21  Transcriber:                  CLARA RUBIN
                                  eScribers, LLC
22                                7227 N. 16th Street
                                  Suite #207
23                                Phoenix, AZ 85020
                                  (973)406-2250
24
    Proceedings recorded by electronic sound recording;
25  transcript provided by transcription service.
```

PG&E Corp. and Pacific Gas and Electric Co.

<u>SAN FRANCISCO, CALIFORNIA, MARCH 16, 2020, 10:01 AM</u>

-oOo-

1
2
3     (Call to order of the Court.)

4           THE CLERK:  Court is now in session, the Honorable

5     Dennis Montali presiding.  Matter of PG&E Corporation.

6           THE COURT:  Good morning and good afternoon, everyone

7     on the phone, and thank you all for being flexible and dealing

8     with a very fluid situation for everyone in the whole world, if

9     not the country, in this case.

10          Mr. Karotkin, are you on the call?

11          Mr. Karotkin?

12          MR. KAROTKIN:  If I can --

13          THE COURT:  Are you there?

14          MR. KAROTKIN:  I'm on the phone.  Can you hear me?

15          THE COURT:  Okay, yes.  Mr. Karotkin.

16          MR. KAROTKIN:  Can you hear me?

17          THE COURT:  Yes, sir, we can hear you.

18          MR. KAROTKIN:  Yes.  I'm sorry.  Okay, good.  If I

19    could just impose on Your Honor for a fifteen-minute recess?

20    We would appreciate that.

21          THE COURT:  Fifteen-minute recess?  That's all you

22    need?

23          MR. KAROTKIN:  Yes, sir.

24          THE COURT:  Okay, for --

25          MR. KAROTKIN:  That's all we need.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1    THE COURT:  All right, I'm going to accommodate that

2 request.  For those of you who're on the call, I know that

3 there's some confusion and, obviously, overload at CourtCall.

4 And unless Mr. Karotkin has some other information, I'm going

5 to suggest that we'll let CourtCall just put this call on hold,

6 or however it chooses to do it.  And I'll take a fifteen-minute

7 recess and will not be participating, will not be on the call

8 specifically from here.  And I'll come back in about fifteen

9 minutes.  So stand loose and --

10    MR. KAROTKIN:  Okay, thank you, sir.

11    THE COURT:  -- I'll hear from you then.  Thank you.

12    MR. KAROTKIN:  Thank you, Your Honor.

13      (Recess from 10:03 a.m., until 10:17 a.m.)

14    THE CLERK:  Court is back in session.

15    THE COURT:  All right, Mr. Karotkin, are you still

16 with us?

17    MR. KAROTKIN:  Yes, sir.  Can you hear me?

18    THE COURT:  Yes.  Are you ready to go?

19    MR. KAROTKIN:  Okay.  Yes, we are, sir.  Mr. Zumbro --

20 is he having -- he here today?

21    THE COURT:  Okay, Mr. --

22    MR. ZUMBRO:  Yes, thank you, Your Honor.  Paul Zumbro

23 from Cravath, Swaine & Moore, on behalf of the debtors.

24      (Indiscernible) operating out (indiscernible) Your

25 Honor alluded to.  We recognize that the court system

PG&E Corp. and Pacific Gas and Electric Co.

1    (indiscernible) communities in California and New York are

2    under attack.  It is a stress.  So we (indiscernible) appearing

3    telephonically (indiscernible) won't be that bad.

4           Just wanted to let the Court know that we have

5    (indiscernible) issues with the governor's office.  The

6    debtors' understanding is that the governor's objection to the

7    exit-financing motion that we're here today for has been

8    (indiscernible) the motion is uncontested at this time.

9           THE COURT:  Mr. --

10          MR. ZUMBRO:  Objection --

11          THE COURT:  Mr. Zumbro, I got to --

12          MR. KAROTKIN:  -- (indiscernible) --

13          THE COURT:  Mr. Zumbro, I need to interrupt you.

14   You're a little hard to follow.  I wonder if you're a little

15   close to the microphone.

16          And I don't know if anyone --

17          MR. ZUMBRO:  Sure.  Sorry about that.  Is that better?

18          THE COURT:  That's a little better.  So you said

19   the --

20          MR. ZUMBRO:  Okay.

21          THE COURT:  -- you --

22          MR. ZUMBRO:  I was just trying to -- I was just trying

23   to let the Court know that the governor's objection to the

24   exit-financing motion, we understand, has been resolved.  The

25   only other objection that has previously been lodged is TURN,

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1   and that motion is mooted by the (indiscernible) withdraw

2   (indiscernible) competing claims.  Our understanding is that

3   the motion is now on a fairly uncontested basis.

4        I believe Mr. Hinker (indiscernible) Your Honor

5   (indiscernible) involved.  Your Honor might confirm

6   (indiscernible) with respect to the (indiscernible) document.

7        THE COURT:  Well, what I think -- what I'd like you to

8   do, Mr. Zumbro, is listen and let me explain.  I worked my way

9   through this very, very complicated financing, and Mr. Ziman's

10  declaration was very helpful, but it's such a moving target

11  that it would be helpful for me and perhaps many people on the

12  call if we could just get a snapshot of where things are and

13  how it will play out; not the prior iterations, but let's use

14  one of my metaphors.  Mr. Ziman and the declaration sound like

15  I was reading The New York Times.  I'd like to get the U.S.

16  News & -- U.S. Report, you know, the daily summary, instead.

17  And just give me a snapshot of the pieces that come together

18  and what'll happen, and then I'll call for the principal

19  lawyers on the call if they want to be heard on behalf of their

20  clients.

21        MR. ZUMBRO:  Sure, Your Honor.  I'm happy to do that,

22  Your Honor.  Let me just walk through.  I believe

23  (indiscernible) complicated document, but the debtors boil it

24  down to (indiscernible).  There's two different

25  (indiscernible):  an equity backstop letter, and that is the

PG&E Corp. and Pacific Gas and Electric Co.

1    letter whereby the parties to that, which we refer to as the

2    "backstop parties", have agreed to provide fresh capital to

3    fund with up to twelve billion dollars.  Those are the equity

4    finance.  Those have been guaranteed (indiscernible) they're

5    going through that amount of equity -- fresh equity capital

6    (indiscernible) could fund the debtors' plan.

7              I should note -- just to make sure (indiscernible)

8    page -- I should note that the current capital plan -- capital-

9    structure plan that the debtors are proposing is what we refer

10   to in the motion as the OII capital structure.  That's the

11   capital structure that is detailed in the presentation

12   customarily presented to the CPUC and (indiscernible) employees

13   (indiscernible).  That capital structure contemplates a nine-

14   billion-dollar new equity raise.  But the commitment

15   (indiscernible) is, if we had (indiscernible) as the CPUC

16   process (indiscernible), (indiscernible) percent against

17   contingent (indiscernible) may change prior to emergence.

18             But the (indiscernible) is that the equity backstop

19   letters allow the debtor to go into the market and raise equity

20   at more favorable prices if it's available.  This is a backstop

21   whereby the equity backstop parties have committed to buy the

22   equity at a specified price (indiscernible) of execution.

23   That's the equity side.

24             I'll pause there; if Your Honor has any questions

25   (indiscernible).

PG&E Corp. and Pacific Gas and Electric Co.

1          THE COURT:  No, that -- just stick with the summary,

2    what you're doing.  That's fine.  I don't want more detail at

3    this point.  So the next is going to be the debt --

4          MR. ZUMBRO:  Sure.

5          THE COURT:  -- the debt backstop; right?

6          MR. ZUMBRO:  Yes, sir.  So the debt backstop is

7    similar (indiscernible) financing commitment, does provide for

8    the committed financing for the debt side in the capital

9    structure.  There's a commitment there for 5 billion dollars to

10   PG&E Corporation and 5.825 billion dollars at the utility.

11   That is a significant modification (indiscernible) motion was

12   first filed back in October.  (Indiscernible) requirements for

13   these type of emergent (indiscernible) material.  Our prior

14   plan contemplated refinancing (indiscernible) with the prior

15   (indiscernible) settlement that was agreed to with the

16   noteholders.  (Indiscernible) a lot of has been (indiscernible)

17   exchanged.  There's no longer the need to raise that full

18   amount of debt.

19          So what used to be close to thirty-five billion

20   dollars as new-debt financing commitments that the bank would

21   agree to provide is now to down to the approximately eleven

22   billion dollars that I described, between the holding

23   corporation and the utility.

24          That -- if you ever (indiscernible) what we refer

25   to -- and this is one thing that's a little complicated.  But

PG&E Corp. and Pacific Gas and Electric Co.

1   we refer to customary utilities (indiscernible) six billion

2   dollars of compensated debt is meant to be short-term and long-

3   term, a bridge for a securitization transaction post-emergence.

4   That is not part of the debt commitments that we're getting

5   today.  The debtor didn't believe that'd be (indiscernible)

6   committed (indiscernible) commitments that are the cornerstone

7   of the financing (indiscernible) the proceeds, to make sure the

8   debtor (indiscernible) finance approved.  So that's the twelve

9   billion dollars in equity, and the eleven billion dollars

10  (indiscernible) debt commitment.

11          THE COURT:  So if I've got it correctly --

12          MR. ZUMBRO:  And --

13          THE COURT:  -- in round numbers, the company, under

14  this proposal, will bring in twelve billion in new equity,

15  it'll bring in ten -- eleven billion in new debt.  And then

16  there's a refinance of a substantial amount of the existing

17  debt?  So -- right?  So --

18          MR. ZUMBRO:  That's correct.

19          THE COURT:  And what --

20          MR. ZUMBRO:  That's correct.  The debt (indiscernible)

21  exchanged, and so there's going to be a (indiscernible) of a

22  significant amount of the utility debt, and/or an exchange of

23  (indiscernible) mechanics (indiscernible) Your Honor

24  (indiscernible).  And I'm not sure (indiscernible).

25          THE COURT:  Right.  And one more thing.  Last week, I

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1    believe -- I don't know you were here, but Mr. Karotkin or

2    someone was indicating that the time was running till next week

3    for the OII determinations to be final.  Is that still at that

4    stage?  In other words, the portion that is in the capital

5    structure that the Commission has to approve, is that -- that's

6    still in flux, or is that going to be resolved in that amount?

7    Or am I confusing them?

8           MR. ZUMBRO:  I believe that's correct.  I don't know

9    the exact date for the CPUC's approval process.  But that is

10   correct, that that is in -- that is in progress.  And --

11          THE COURT:  No, but what I --

12          MR. ZUMBRO:  -- whether it's going to be --

13          THE COURT:  -- what I'm asking --

14          MR. ZUMBRO:  -- a commitment --

15          THE COURT:  But if the company chooses to challenge or

16   appeal or however the next step is at the CPUC, does that

17   change any of the numbers that you've described here?  And if

18   the answer's no, that's fine too.  I just want to make sure I'm

19   clear as to how that works.

20          MR. ZUMBRO:  It doesn't change the numbers directly.

21   They may need to be included (indiscernible), but consider

22   (indiscernible) have a look (indiscernible).  There will need

23   to be some likely consent (indiscernible) to things

24   (indiscernible) accept the plan with the backstop parties -- I

25   mean -- or the consent parties, because the committee

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1   (indiscernible) a large amount of capital and consent rights

2   under the plan.  It used to be included, but they noted that

3   the -- there will be consent (indiscernible) necessary to

4   reflect the changes (indiscernible) the process

5   (indiscernible).  We believe consent will be forthcoming

6   (indiscernible) we have (indiscernible) process and

7   (indiscernible) --

8           THE COURT:  Okay.

9           MR. ZUMBRO:  -- (indiscernible).

10          THE COURT:  Now, Mr. Ziman's most recent declaration

11  was filed on March 3rd, and he -- again, I'm not going to try

12  to restate it.  He expressed his professional opinion as to a

13  number of things about a good deal, a better offer,

14  competitive, et cetera.  Would Mr. Simon -- Ziman -- what would

15  he say, given what the world has gone through in the last two

16  weeks?  Would he still be able to have these -- express these

17  views on this being the right thing to do, the thing to

18  facilitate the company's likely emergence by the June 30th

19  deadline?

20          MR. ZUMBRO:  Very much so, Your Honor.  I've been in

21  discussions with (indiscernible), and I think a lot of the

22  market disruption that we've seen in the last couple weeks, I

23  think, (indiscernible) underscore (indiscernible) how important

24  it is to have committed financing.  It is (indiscernible).  I

25  think it's even more important ever that today -- it's more

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1    important today than it's ever been.  It's very important for

2    us to have (indiscernible) for the settlement, for the matter

3    (indiscernible).  And I think it's critical (indiscernible).

4    But these commitment letters are even more important, given the

5    market volatility --

6            THE COURT:  Okay.

7            MR. ZUMBRO:  -- at issue.

8            THE COURT:  Okay, here's what I propose.

9            MR. KAROTKIN:  Your Honor?

10           THE COURT:  Yes?  Who --

11           MR. KAROTKIN:  Your Honor?

12           THE COURT:  Who's speaking?

13           MR. KAROTKIN:  Sorry.  It's Mr. Karotkin.

14           THE COURT:  Yes, sir.

15           MR. KAROTKIN:  I just wanted to interrupt, I think, to

16   clarify something Mr. Zumbro said.  As I understand it, and I

17   could -- I could be wrong, I think the (indiscernible) equity

18   commitment is -- in the new capital -- proposed capital

19   structure is nine billion, not twelve billion.

20           THE COURT:  Well, the papers said it was up to twelve,

21   I thought; right --

22           MR. KAROTKIN:  I think the --

23           THE COURT:  -- right, Mr. Zumbro?

24           MR. ZUMBRO:  Yeah, it's up to twelve.  And it is

25   contemplated (indiscernible) capital structure is nine billion

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1   dollars of equity (indiscernible).  But it's up to twelve.

2          THE COURT:  Okay.  Here's what I propose for the

3   benefit of everyone on the call.  And I have a list of who the

4   participants are, but I may be missing a couple of critical

5   players.  But I see that Ms. Mitchell is on the call, and I'm

6   going to ask her to comment first about the governor's

7   position.  And then I see Mr. Bray for the official unsecured

8   creditors' committee, who had filed a reservation of rights.

9   And then I do not see on my list counsel for the TCC, but I

10  presume there is a lawyer on the phone for TCC.

11         So I'm going to ask that counsel in that sequence --

12  Ms. Mitchell, Mr. Bray, and then whomever is on the call for

13  the TCC -- to raise anything you want to say, and then I'll

14  open it up to see if anyone else wants to be heard.

15         So, Ms. Mitchell, are you there, and can you help us?

16         MR. HINKER:  Good morning, Your Honor.  This is

17  Matthew Hinker from O'Melveny & Myers.  I don't believe Ms.

18  Mitchell is on the phone today, but I am.

19         THE COURT:  Okay.

20         MR. HINKER:  So it's Matthew Hinker, again, from

21  O'Melveny & Myers, on behalf of Gov. Newsom.

22         THE COURT:  Okay.  Thank you.  I --

23         MR. HINKER:  First --

24         THE COURT:  -- just had her name on the list.

25         MR. HINKER:  -- I'd just like to --

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1        THE COURT:  Go ahead.  Please.

2        MR. HINKER:  I just want to make sure you could hear,

3 Your Honor.

4        THE COURT:  I can.  Yes, I can.

5        MR. HINKER:  Okay.  First, I'd just like to add to Mr.

6 Zumbro's opening comments and thank you for allowing us to

7 (indiscernible) telephonically.

8        Well, we --

9        THE COURT:  I didn't have a choice.

10       MR. HINKER:  -- do have a number of -- yeah.

11       THE COURT:  I tried very much to figure out a way to

12 do a video, and it just was not doable.  So we're all in it

13 together.  So, go ahead.  Thanks for the -- thank you for the

14 thanks, but I thank all of you for being cooperative also.

15       MR. HINKER:  Just to follow up on Mr. Zumbro's opening

16 comments; (indiscernible) contingency -- engage in productive

17 discussions (indiscernible).  And we don't have an overall deal

18 yet.  Given where the market (indiscernible), we are prepared

19 to let the debtors move forward today without our objections;

20 withdraw our objection.

21       THE COURT:  Okay, thank you very much.

22       Mr. Bray?  Are you there?

23       MR. BRAY:  I'm here, Your Honor.  Gregory Bray,

24 Milbank LLP, counsel for the committee.

25       We filed a very short pleading on this.

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1   Essentially -- actually, I think the last comment we just

2   heard, which was you're focused on some of the issues

3   (indiscernible).  And Mr. Zumbro pointed out there is some

4   conditionality with respect to the OII consents.  We're -- I

5   guess we're heartened by the discussions and the progress with

6   the governor.  That was our one concern.

7          On balance, given the current situation, financial

8   market, the committee's of the view that -- it has no objection

9   to allow it to move forward with the financing.  And I think

10  the one comment you heard from Mr. Zumbro was, similar to what

11  the committee's (indiscernible) after our last call, which was,

12  given the more negative nature, if that's proper grammar, of

13  the markets lately, probably (indiscernible) imperative it was

14  to get these commitments right now.

15          THE COURT:  Okay.  Well, that's good to hear.

16          All right, who is on the call for the TCC?

17          Anyone?

18          Mr. Julian, are you here?

19          Ms. Dumas?  Any of my friends?

20          Well --

21          UNIDENTIFIED SPEAKER:  Your Honor --

22          MR. RICHARDSON:  Your Honor, can you hear me?

23          THE COURT:  Yes, sir.

24          MR. RICHARDSON:  Your Honor, David Richardson for the

25  official committee of tort claimants.

PG&E Corp. and Pacific Gas and Electric Co.

1      THE COURT:  Okay.  Mr. Richardson.  Thank you.

2      MR. RICHARDSON:  I apologize for that.  I thought the

3  mute had been turned off.

4      THE COURT:  That's all right.  Do you have anything to

5  add?

6      MR. RICHARDSON:  In light of what we've heard from the

7  governor's office, Your Honor, the TCC has nothing further to

8  add to this matter.

9      THE COURT:  Okay.  Again, let's -- I will ask you all

10  on the phone to be polite and not talk over anyone else.  But I

11  don't have any other papers that suggest that anyone has asked

12  to be heard, but I will ask for anyone who wants to be heard.

13  So you know the drill:  state your name.  And if two people

14  talk, I'll try to pick out one and call on you and then get to

15  the other person.  Anyone?

16      Okay, I will take that silence as that.  I will make a

17  brief statement.  The complexity of the transaction is beyond

18  my understanding, and therefore I have to -- and I understand

19  that from a 35,000-foot point of view.  But I couldn't possibly

20  know what Mr. Ziman and the professional advisors -- who have

21  assisted not only the company but the lenders and the

22  Commission and the governor and all the other players, who have

23  put their heads together in one of the most complicated things

24  that, I guess, has ever occurred in U.S. refinancing, and

25  probably more complicated by the world situation.

of 26 | operations@escribers.net | www.escribers.net
(973) 406-2250

PG&E Corp. and Pacific Gas and Electric Co.

1    So if I had plenty of time to make a detailed

2  explanation or a statement of findings and conclusions, I would

3  do so.  But under the circumstances, that doesn't make any

4  sense.  I have studied and do understand Mr. Ziman's opinion

5  and the details as set forth in the debtors' second amended

6  motion, which is document number 6013, for the record, because

7  the motion has gone through various iterations.

8    I am satisfied that the debtors, as the moving party

9  and proponents here, have made a prima facie case for the

10  exercise of their business judgment but, more importantly, to

11  make another major step towards what has been a complex process

12  with the various RSAs, the various rulings and the decisions,

13  and the negotiated results, and including more recently the

14  progress with the disclosure statement.  And therefore, I'm

15  prepared to reach the legal conclusion that the motion for

16  approval of the second amended motion should be granted.  And

17  as I say, exigencies of the circumstances today do not lend

18  themselves to try to be more detailed.  The record states (sic)

19  for itself.

20    And therefore, I'm going to compliment the moving

21  parties and also the governor's office and his advisors, for

22  working with the debtor to come to the point we are, to the

23  extent that there are numerous things that have to continue to

24  get resolved.  But this is, again, one of the many milestones

25  that I think is important.  And so I look forward to getting an

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1  order from counsel for the debtor and signing it.

2          I will tell you all on the call that, if you haven't

3  looked at the docket in the last hour, no surprise; everything

4  for next week is going to be telephonically.  Our court, like

5  other courts, are (sic) taking these steps, these world events,

6  little by little.  But for the next several weeks, we're going

7  to have to continue to perform telephonically, the way I'm

8  doing.

9          I did try to see if there was a way to facilitate some

10  sort of videoconferencing, but the federal courts, particularly

11  with the top -- from the top down to the bankruptcy court, they

12  haven't gotten into the twenty-first century for live

13  interactive videoconferencing in a court setting.  So we are

14  limited to this.

15          I look forward to this crisis going away and seeing

16  all of you back in San Francisco courtroom in the future.  But

17  for now, I'll look forward to hearing you on the phone.  With

18  that, unless anyone wants to be heard, I'll conclude the

19  hearing.

20          Mr. Karotkin, anything else we need to talk about?

21          MR. ZUMBRO:  Your Honor, could I make (indiscernible)

22  record (indiscernible) and I thought I'd mention them.  So

23  those are two separate orders (indiscernible) separate order

24  for the backstop equity and the equity finance (indiscernible).

25  We will submit (indiscernible) and upload it to Your Honor.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1          THE COURT:  Okay.  Best wishes to all of --

2          MR. BOTTER:  Just --

3          THE COURT:  Yes?

4          MR. BOTTER:  I apologize.  Your Honor, my apologies.

5 David Botter of Akin Gump, on behalf of the ad hoc committee.

6          Have there been changes to the two orders that have

7 been submitted (indiscernible)?

8          MR. ZUMBRO:  No, there's no changes.

9          MR. BOTTER:  Okay.  Thank you, Your Honor.

10          THE COURT:  Okay.

11          MR. BOTTER:  I'm sorry to --

12          THE COURT:  You got that, Mr. Botter?  Okay.

13          Well, let me wish all of you on the call, your

14 families, your law firms, your -- everyone involved, best

15 wishes.  Stay healthy.  Wash your hands.  Follow the

16 instructions from our leaders.  And let's all stay well for the

17 future of this case and the proper exit from the bankruptcy.

18 Thank you, all.

19          MR. KAROTKIN:  You too, Judge.

20          UNIDENTIFIED SPEAKER:  Thank you.

21          UNIDENTIFIED SPEAKER:  Thank you.

22    (Whereupon these proceedings were concluded at 10:39 AM)

23

24

25

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

1                        I N D E X

2    RULINGS:                                    PAGE LINE

3    Debtors' motion for approval of the second    17    15

4    amended motion is granted.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

(973)??-??? | operations@escribers.net | www.escribers.net

1          C E R T I F I C A T I O N

2

3    I, Clara Rubin, certify that the foregoing transcript is a true

4    and accurate record of the proceedings.

5

6

7

8

9

10

11   _____

12   /s/ CLARA RUBIN

13

14   eScribers

15   7227 N. 16th Street, Suite #207

16   Phoenix, AZ 85020

17

18   Date:   March 17, 2020

19

20

21

22

23

24

25

(973) 406-2250 | operations@escribers.net | www.escribers.net

of 26

## A

**able (1)**
11:16
**accept (1)**
10:24
**accommodate (1)**
4:1
**actually (1)**
15:1
**ad (1)**
19:5
**add (3)**
14:5;16:5,8
**advisors (2)**
16:20;17:21
**afternoon (1)**
3:6
**again (4)**
11:11;13:20;16:9;
17:24
**against (1)**
7:16
**agree (1)**
8:21
**agreed (2)**
7:2;8:15
**ahead (2)**
14:1,13
**Akin (1)**
19:5
**allow (2)**
7:19;15:9
**allowing (1)**
14:6
**alluded (1)**
4:25
**amended (2)**
17:5,16
**amount (6)**
7:5;8:18;9:16,22;
10:6;11:1
**and/or (1)**
9:22
**answer's (1)**
10:18
**apologies (1)**
19:4
**apologize (2)**
16:2;19:4
**appeal (1)**
10:16
**appearing (1)**
5:2
**appreciate (1)**
3:20
**approval (2)**
10:9;17:16
**approve (1)**
10:5
**approved (1)**
9:8

**approximately (1)**
8:21
**assisted (1)**
16:21
**attack (1)**
5:2
**available (1)**
7:20
**away (1)**
18:15

## B

**back (4)**
4:8,14;8:12;18:16
**backstop (9)**
6:25;7:2,18,20,21;
8:5,6;10:24;18:24
**bad (1)**
5:3
**balance (1)**
15:7
**bank (1)**
8:20
**bankruptcy (2)**
18:11;19:17
**basis (1)**
6:3
**behalf (4)**
4:23;6:19;13:21;
19:5
**benefit (1)**
13:3
**Best (2)**
19:1,14
**better (3)**
5:17,18;11:13
**beyond (1)**
16:17
**billion (13)**
7:3;8:9,10,19,22;9:1,
9,9,14,15;12:19,19,25
**billion-dollar (1)**
7:14
**boil (1)**
6:23
**BOTTER (6)**
19:2,4,5,9,11,12
**Bray (5)**
13:7,12;14:22,23,23
**bridge (1)**
9:3
**brief (1)**
16:17
**bring (2)**
9:14,15
**business (1)**
17:10
**buy (1)**
7:21

## C

**CALIFORNIA (2)**
3:1;5:1
**Call (16)**
3:3,10;4:2,5,7;6:12,
18,19;13:3,5,12;15:11,
16;16:14;18:2;19:13
**can (9)**
3:12,14,16,17;4:17;
13:15;14:4,4;15:22
**capital (12)**
7:2,5,8,10,11,13;8:8;
10:4;11:1;12:18,18,25
**capital- (1)**
7:8
**case (3)**
3:9;17:9;19:17
**century (1)**
18:12
**cetera (1)**
11:14
**challenge (1)**
10:15
**change (3)**
7:17;10:17,20
**changes (3)**
11:4;19:6,8
**choice (1)**
14:9
**chooses (2)**
4:6;10:15
**circumstances (2)**
17:3,17
**claimants (1)**
15:25
**claims (1)**
6:2
**clarify (1)**
12:16
**clear (1)**
10:19
**CLERK (2)**
3:4;4:14
**clients (1)**
6:20
**close (2)**
5:15;8:19
**comment (3)**
13:6;15:1,10
**comments (2)**
14:6,16
**Commission (2)**
10:5;16:22
**commitment (7)**
7:14;8:7,9,9:10;
10:14;12:4,18
**commitments (4)**
8:20;9:4,6;15:14
**committed (4)**
7:21;8:8;9:6;11:24
**committee (5)**
10:25;13:8;14:24;
15:25;19:5
**committee's (2)**

15:8,11
**communities (1)**
5:1
**company (3)**
9:13;10:15;16:21
**company's (1)**
11:18
**compensated (1)**
9:2
**competing (1)**
6:2
**competitive (1)**
11:14
**complex (1)**
17:11
**complexity (1)**
16:17
**complicated (5)**
6:9,23;8:25;16:23,25
**compliment (1)**
17:20
**concern (1)**
15:6
**conclude (1)**
18:18
**concluded (1)**
19:22
**conclusion (1)**
17:15
**conclusions (1)**
17:2
**conditionality (1)**
15:4
**confirm (1)**
6:5
**confusing (1)**
10:7
**confusion (1)**
4:3
**consent (5)**
10:23,25;11:1,3,5
**consents (1)**
15:4
**consider (1)**
10:21
**contemplated (2)**
8:14;12:25
**contemplates (1)**
7:13
**contingency (1)**
14:16
**contingent (1)**
7:17
**continue (2)**
17:23;18:7
**cooperative (1)**
14:14
**cornerstone (1)**
9:6
**Corporation (3)**
3:5;8:10,23
**correctly (1)**
9:11

**counsel (1)**
13:9;11;14:24;18:1
**country (1)**
3:9
**couple (2)**
11:22;13:4
**Court (62)**
3:3,4,6,13,15,17,21,
24;4:1,11,14,15,18,21,
25;5:4,9,11,13,18,21,
23;6:7;8:1,5;9:11,13,
19,25;10:11,13,15;
11:8,10;12:6,8,10,12,
14,20,23;13:2,19,22,
24;14:1,4,9,11,21;
15:15,23;16:1,4,9;18:4,
11,13;19:1,3,10,12
**CourtCall (2)**
4:3,5
**courtroom (1)**
18:16
**courts (2)**
18:5,10
**CPUC (3)**
7:12,15;10:16
**CPUC's (1)**
10:9
**Cravath (1)**
4:23
**creditors' (1)**
13:8
**crisis (1)**
18:15
**critical (2)**
12:3;13:4
**current (2)**
7:8;15:7
**customarily (1)**
7:12
**customary (1)**
9:1

## D

**daily (1)**
6:16
**date (1)**
10:9
**David (2)**
15:24;19:5
**deadline (1)**
11:19
**deal (2)**
11:13;14:17
**dealing (1)**
3:7
**debt (12)**
8:3,5,6,8,18;9:2,4,10,
15,17,20,22
**debtor (5)**
7:19;9:5,8;17:22;
18:1
**debtors (5)**

Case: 19-30088    Doc# 6335    Filed: 03/17/20    Entered: 03/17/20 08:50:56    Page 22
of 26

4:23;6:23;7:9;14:19;
17:8
**debtors' (3)**
5:6;7:6;17:5
**decisions (1)**
17:12
**declaration (3)**
6:10;14:11;10
**Dennis (1)**
3:5
**described (2)**
8:22;10:17
**detail (1)**
8:2
**detailed (3)**
7:11;17:1,18
**details (1)**
17:5
**determinations (1)**
10:3
**different (1)**
6:24
**directly (1)**
10:20
**disclosure (1)**
17:14
**discussions (3)**
11:21;14:17;15:5
**disruption (1)**
11:22
**doable (1)**
14:12
**docket (1)**
18:3
**document (3)**
6:6,23;17:6
**dollars (9)**
7:3;8:9,10,20,22;9:2,
9,9;13:1
**down (3)**
6:24;8:21;18:11
**drill (1)**
16:13
**Dumas (1)**
15:19

**E**

**eleven (3)**
8:21;9:9,15
**else (3)**
13:14;16:10;18:20
**emergence (2)**
7:17;11:18
**emergent (1)**
8:13
**employees (1)**
7:12
**engage (1)**
14:16
**equity (16)**
6:25;7:3,5,5,14,18,
19,21,22,23;9:9,14;

12:17;13:1;18:24,24
**Essentially (1)**
15:1
**et (1)**
11:14
**even (2)**
11:25;12:4
**events (1)**
18:5
**everyone (4)**
3:6,8;13:3;19:14
**exact (1)**
10:9
**exchange (1)**
9:22
**exchanged (2)**
8:17;9:21
**execution (1)**
7:22
**exercise (1)**
17:10
**exigencies (1)**
17:17
**existing (1)**
9:16
**exit (1)**
19:17
**exit-financing (2)**
5:7,24
**explain (1)**
6:8
**explanation (1)**
17:2
**express (1)**
11:16
**expressed (1)**
11:12
**extent (1)**
17:23

**F**

**facie (1)**
17:9
**facilitate (2)**
11:18;18:9
**fairly (1)**
6:3
**families (1)**
19:14
**favorable (1)**
7:20
**federal (1)**
18:10
**fifteen (1)**
4:8
**fifteen-minute (3)**
3:19,21;4:6
**figure (1)**
14:11
**filed (4)**
8:12;11:11;13:8;
14:25

**final (1)**
10:3
**finance (3)**
7:4;9:8;18:24
**financial (1)**
15:7
**financing (7)**
6:9;8:7,8,20;9:7;
11:24;15:9
**findings (1)**
17:2
**fine (2)**
8:2;10:18
**firms (1)**
19:14
**first (4)**
8:12;13:6,23;14:5
**flexible (1)**
3:7
**fluid (1)**
3:8
**flux (1)**
10:6
**focused (1)**
15:2
**follow (3)**
5:14;14:15;19:15
**forth (1)**
17:5
**forthcoming (1)**
11:5
**forward (5)**
14:19;15:9;17:25;
18:15,17
**FRANCISCO (2)**
3:1;18:16
**fresh (2)**
7:2,5
**friends (1)**
15:19
**full (1)**
8:17
**fund (2)**
7:3,6
**further (1)**
16:7
**future (2)**
18:16;19:17

**G**

**given (5)**
11:15;12:4;14:18;
15:7,12
**good (6)**
3:6,6,18;11:13;
13:16;15:15
**Gov (1)**
13:21
**governor (2)**
15:6;16:22
**governor's (6)**
5:5,6,23;13:6;16:7;

17:21
**grammar (1)**
15:12
**granted (1)**
17:16
**Gregory (1)**
14:23
**guaranteed (1)**
7:4
**guess (2)**
15:5;16:24
**Gump (1)**
19:5

**H**

**hands (1)**
19:15
**happen (1)**
6:18
**happy (1)**
6:21
**hard (1)**
5:14
**heads (1)**
16:23
**healthy (1)**
19:15
**hear (8)**
3:14,16,17;4:11,17;
14:2;15:15,22
**heard (8)**
6:19;13:14;15:2,10;
16:6,12,12;18:18
**hearing (2)**
18:17,19
**heartened (1)**
15:5
**help (1)**
13:15
**helpful (1)**
6:10,11
**here's (2)**
12:8;13:2
**Hinker (11)**
6:4;13:16,17,20,20,
23,25;14:2,5,10,15
**hoc (1)**
19:5
**hold (1)**
4:5
**holding (1)**
8:22
**Honor (24)**
3:19;4:12,22,25;6:4,
5,21,22;7:24;9:23;
11:20;12:9,11;13:16;
14:3,23;15:21,22,24;
16:7;18:21,25;19:4,9
**Honorable (1)**
3:4
**hour (1)**
18:3

**I**

**imperative (1)**
15:13
**important (6)**
11:23,25;12:1,1,4;
17:25
**importantly (1)**
17:10
**impose (1)**
3:19
**included (2)**
10:21;11:2
**including (1)**
17:13
**indicating (1)**
10:2
**indiscernible (87)**
4:24,24;5:1,2,3,5,8,
12;6:1,2,4,5,6,6,23,24,
25;7:4,6,7,12,13,15,15,
16,16,17,18,22,25;8:7,
11,12,13,14,15,16,16,
24;9:1,5,6,7,8,10,20,21,
23,23,24,24;10:21,22,
22,23,24;11:1,3,4,5,6,6,
7,9,21,23,23,24;12:2,3,
3,17,25;13:1;14:7,16,
17,18;15:3,11,13;
18:21,22,23,24,25;19:7
**information (1)**
4:4
**instead (1)**
6:16
**instructions (1)**
19:16
**interactive (1)**
18:13
**interrupt (2)**
5:13;12:15
**into (2)**
7:19;18:12
**involved (2)**
6:5;19:14
**issue (1)**
12:7
**issues (2)**
5:5;15:2
**iterations (2)**
6:13;17:7

**J**

**Judge (1)**
19:19
**judgment (1)**
17:10
**Julian (1)**
15:18
**June (1)**
11:18

Min-U-Script®

**Case: 19-30088    Doc# 6335    Filed: 03/17/20    Entered: 03/17/20 08:50:56    Page 23**
**of 26**

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.net

**(2) debtors' - June**

## K

**Karotkin (25)**
3:10,11,12,14,15,16,
18,23,25;4:4,10,12,15,
17,19;5:12;10:1;12:9,
11,13,13,15,22;18:20;
19:19

## L

**large (1)**
11:1
**Last (6)**
9:25;11:15,22;15:1,
11;18:3
**lately (1)**
15:13
**law (1)**
19:14
**lawyer (1)**
13:10
**lawyers (1)**
6:19
**leaders (1)**
19:16
**legal (1)**
17:15
**lend (1)**
17:17
**lenders (1)**
16:21
**letter (2)**
6:25;7:1
**letters (2)**
7:19;12:4
**light (1)**
16:6
**likely (1)**
10:23;11:18
**limited (1)**
18:14
**list (3)**
13:3,9,24
**listen (1)**
6:8
**little (6)**
5:14,14,18;8:25;
18:6,6
**live (1)**
18:12
**LLP (1)**
14:24
**lodged (1)**
5:25
**long- (1)**
9:2
**longer (1)**
8:17
**look (4)**
10:22;17:25;18:15,
17

**looked (1)**
18:3
**loose (1)**
4:9
**lot (2)**
8:16;11:21

## M

**major (1)**
17:11
**many (2)**
6:11;17:24
**MARCH (2)**
3:1;11:11
**market (5)**
7:19;11:22;12:5;
14:18;15:8
**markets (1)**
15:13
**material (1)**
8:13
**Matter (3)**
3:5;12:2;16:8
**Matthew (2)**
13:17,20
**may (3)**
7:17;10:21;13:4
**mean (1)**
10:25
**meant (1)**
9:2
**mechanics (1)**
9:23
**mention (1)**
18:22
**metaphors (1)**
6:14
**microphone (1)**
5:15
**might (1)**
6:5
**Milbank (1)**
14:24
**milestones (1)**
17:24
**minutes (1)**
4:9
**missing (1)**
13:4
**Mitchell (4)**
13:5,12,15,18
**modification (1)**
8:11
**Montali (1)**
3:5
**Moore (1)**
4:23
**mooted (1)**
6:1
**more (11)**
7:20;8:2;9:25;11:25,
25;12:4;15:12;16:25;

17:10,13,18
**morning (2)**
3:6;13:16
**most (2)**
11:10;16:23
**motion (11)**
5:7,8,24;6:1,3;7:10;
8:11;17:6,7,15,16
**move (2)**
14:19;15:9
**moving (3)**
6:10;17:8,20
**much (3)**
11:20;14:11,21
**mute (1)**
16:3
**Myers (2)**
13:17,21

## N

**name (2)**
13:24;16:13
**nature (1)**
15:12
**necessary (1)**
11:3
**need (7)**
3:22,25;5:13;8:17;
10:21,22;18:20
**negative (1)**
15:12
**negotiated (1)**
17:13
**New (6)**
5:1;6:15;7:14;9:14,
15;12:18
**new-debt (1)**
8:20
**News (1)**
6:16
**Newsom (1)**
13:21
**next (5)**
8:3;10:2,16;18:4,6
**nine (2)**
12:19,25
**nine- (1)**
7:13
**note (2)**
7:7,8
**noted (1)**
11:2
**noteholders (1)**
8:16
**number (3)**
11:13;14:10;17:6
**numbers (3)**
9:13;10:17,20
**numerous (1)**
17:23

## O

**objection (6)**
5:6,10,23,25;14:20;
15:8
**objections (1)**
14:19
**obviously (1)**
4:3
**occurred (1)**
16:24
**October (1)**
8:12
**off (1)**
16:3
**offer (1)**
11:13
**office (3)**
5:5;16:7;17:21
**official (1)**
13:7;15:25
**OII (3)**
7:10;10:3;15:4
**O'Melveny (2)**
13:17,21
**one (8)**
6:14;8:25;9:25;15:6,
10;16:14,23;17:24
**only (2)**
5:25;16:21
**oOo- (1)**
3:2
**open (1)**
13:14
**opening (2)**
14:6,15
**operating (1)**
4:24
**opinion (2)**
11:12;17:4
**order (3)**
3:3;18:1,23
**orders (2)**
18:23;19:6
**out (5)**
4:24;6:13;14:11;
15:3;16:14
**over (1)**
16:10
**overall (1)**
14:17
**overload (1)**
4:3

## P

**page (1)**
7:8
**papers (2)**
12:20;16:11
**part (1)**
9:4

**participants (1)**
13:4
**participating (1)**
4:7
**particularly (1)**
18:10
**parties (6)**
7:1,2,21;10:24,25;
17:21
**party (1)**
17:8
**Paul (1)**
4:22
**pause (1)**
7:24
**people (2)**
6:11;16:13
**percent (1)**
7:16
**perform (1)**
18:7
**perhaps (1)**
6:11
**person (1)**
16:15
**PG&E (2)**
3:5;8:10
**phone (6)**
3:7,14;13:10,18;
16:10;18:17
**pick (1)**
16:14
**pieces (1)**
6:17
**plan (6)**
7:6,8,9;8:14;10:24;
11:2
**play (1)**
6:13
**players (2)**
13:5;16:22
**pleading (1)**
14:25
**Please (1)**
14:1
**plenty (1)**
17:1
**point (3)**
8:3;16:19;17:22
**pointed (1)**
15:3
**polite (1)**
16:10
**portion (1)**
10:4
**position (1)**
13:7
**possibly (1)**
16:19
**post-emergence (1)**
9:3
**prepared (2)**
14:18;17:15

Case: 19-30088    Doc# 6335    Filed 03/17/20    Entered 03/17/20 08:50:56    Page 24
of 26

**presentation (1)**
7:11
**presented (1)**
7:12
**presiding (1)**
3:5
**presume (1)**
13:10
**previously (1)**
5:25
**price (1)**
7:22
**prices (1)**
7:20
**prima (1)**
17:9
**principal (1)**
6:18
**prior (4)**
6:13;7:17;8:13,14
**probably (2)**
15:13;16:25
**proceedings (1)**
19:22
**proceeds (1)**
9:7
**process (5)**
7:16;10:9;11:4,6;
17:11
**productive (1)**
14:16
**professional (2)**
11:12;16:20
**progress (3)**
10:10;15:5;17:14
**proper (2)**
15:12;19:17
**proponents (1)**
17:9
**proposal (1)**
9:14
**propose (2)**
12:8;13:2
**proposed (1)**
12:18
**proposing (1)**
7:9
**provide (3)**
7:2;8:7,21
**put (2)**
4:5;16:23

**R**

**raise (4)**
7:14,19;8:17;13:13
**reach (1)**
17:15
**reading (1)**
6:15
**ready (1)**
4:18
**recent (1)**

11:10
**recently (1)**
17:13
**recess (4)**
3:19,21;4:7,13
**recognize (1)**
4:25
**record (3)**
17:6,18;18:22
**refer (4)**
7:1,9;8:24;9:1
**refinance (1)**
9:16
**refinancing (2)**
8:14;16:24
**reflect (1)**
11:4
**Report (1)**
6:16
**request (1)**
4:2
**requirements (1)**
8:12
**reservation (1)**
13:8
**resolved (3)**
5:24;10:6;17:24
**respect (2)**
6:6;15:4
**restate (1)**
11:12
**results (1)**
17:13
**RICHARDSON (6)**
15:22,24,24;16:1,2,6
**right (11)**
4:1,15;8:5;9:17,25;
11:17;12:21,23;15:14,
16;16:4
**rights (2)**
11:1;13:8
**round (1)**
9:13
**RSAs (1)**
17:12
**rulings (1)**
17:12
**running (1)**
10:2

**S**

**SAN (2)**
3:1;18:16
**satisfied (1)**
17:8
**second (2)**
17:5,16
**securitization (1)**
9:3
**seeing (1)**
18:15
**sense (1)**

17:4
**separate (2)**
18:23,23
**sequence (1)**
13:11
**session (2)**
3:4;4:14
**set (1)**
17:5
**setting (1)**
18:13
**settlement (2)**
8:15;12:2
**several (1)**
18:6
**short (1)**
14:25
**short-term (1)**
9:2
**sic (2)**
17:18;18:5
**side (2)**
7:23;8:8
**significant (2)**
8:11;9:22
**signing (1)**
18:1
**silence (1)**
16:16
**similar (2)**
8:7;15:10
**Simon (1)**
11:14
**situation (3)**
3:8;15:7;16:25
**six (1)**
9:1
**snapshot (2)**
6:12,17
**someone (1)**
10:2
**sorry (4)**
3:18;5:17;12:13;
19:11
**sort (1)**
18:10
**sound (1)**
6:14
**SPEAKER (3)**
15:21;19:20,21
**speaking (1)**
12:12
**specifically (1)**
4:8
**specified (1)**
7:22
**stage (1)**
10:4
**stand (1)**
4:9
**state (1)**
16:13
**statement (3)**

16:17;17:2,14
**states (1)**
17:18
**Stay (2)**
19:15,16
**step (2)**
10:16;17:11
**steps (1)**
18:5
**stick (1)**
8:1
**still (4)**
4:15;10:3,6;11:16
**stress (1)**
5:2
**structure (8)**
7:9,10,11,13;8:9;
10:5;12:19,25
**studied (1)**
17:4
**submit (1)**
18:25
**submitted (1)**
19:7
**substantial (1)**
9:16
**suggest (2)**
4:5;16:11
**summary (2)**
6:16;8:1
**Sure (8)**
5:17;6:21;7:7;8:4;
9:7,24;10:18;14:2
**surprise (1)**
18:3
**Swaine (1)**
4:23
**system (1)**
4:25

**T**

**talk (3)**
16:10,14;18:20
**target (1)**
6:10
**TCC (5)**
13:9,10,13;15:16;
16:7
**telephonically (4)**
5:3;14:7;18:4,7
**ten (1)**
9:15
**term (1)**
9:3
**Thanks (2)**
14:13,14
**that'd (1)**
9:5
**therefore (3)**
16:18;17:14,20
**thirty-five (1)**
8:19

**thought (1)**
12:21;16:2;18:22
**till (1)**
10:2
**Times (1)**
6:15
**today (8)**
4:20;5:7;9:5;11:25;
12:1;13:18;14:19;
17:17
**together (3)**
6:17;14:13;16:23
**top (2)**
18:11,11
**tort (1)**
15:25
**towards (1)**
17:11
**transaction (2)**
9:3;16:17
**tried (1)**
14:11
**try (4)**
11:11;16:14;17:18;
18:9
**trying (2)**
5:22,22
**TURN (1)**
5:25
**turned (1)**
16:3
**twelve (7)**
7:3;9:8,14;12:19,20,
24;13:1
**twenty-first (1)**
18:12
**two (5)**
6:24;11:15;16:13;
18:23;19:6
**type (1)**
8:13

**U**

**uncontested (2)**
5:8;6:3
**under (6)**
5:2;9:13;11:2;17:3
**underscore (1)**
11:23
**UNIDENTIFIED (3)**
15:21;19:20,21
**unless (2)**
4:4;18:18
**unsecured (1)**
13:7
**up (6)**
7:3;12:20,24;13:1,
14;14:15
**upload (1)**
18:25
**use (1)**
6:13

Case: 19-30088    Doc# 6335    Filed: 03/17/20    Entered: 03/17/20 08:50:56    Page 25
of 26

**used (2)**
8:19;11:2
**utilities (1)**
9:1
**utility (3)**
8:10,23;9:22

## V

**various (3)**
17:7,12,12
**video (1)**
14:12
**videoconferencing (2)**
18:10,13
**view (2)**
15:8;16:19
**views (1)**
11:17
**volatility (1)**
12:5

## W

**walk (1)**
6:22
**wants (3)**
13:14;16:12;18:18
**Wash (1)**
19:15
**way (4)**
6:8;14:11;18:7,9
**week (3)**
9:25;10:2;18:4
**weeks (3)**
11:16,22;18:6
**what'll (1)**
6:18
**whereby (2)**
7:1,21
**Whereupon (1)**
19:22
**whole (1)**
3:8
**whomever (1)**
13:12
**who're (1)**
4:2
**Who's (1)**
12:12
**wish (1)**
19:13
**wishes (2)**
19:1,15
**withdraw (2)**
6:1;14:20
**without (1)**
14:19
**wonder (1)**
5:14
**words (1)**
10:4
**worked (1)**

6:8
**working (1)**
17:22
**works (1)**
10:19
**world (4)**
3:8;11:15;16:25;
18:5
**wrong (1)**
12:17

## Y

**York (2)**
5:1;6:15

## Z

**Ziman (3)**
6:14;11:14;16:20
**Ziman's (3)**
6:9;11:10;17:4
**Zumbro (30)**
4:19,22,22;5:10,11,
13,17,20,22;6:8,21;8:4,
6;9:12,18,20;10:8,12,
14,20;11:9,20;12:7,16,
23,24;15:3,10;18:21;
19:8
**Zumbro's (2)**
14:6,15

## 1

**10:03 (1)**
4:13
**10:17 (1)**
4:13
**10:39 (1)**
19:22
**16 (1)**
3:1

## 2

**2020 (1)**
3:1

## 3

**30th (1)**
11:18
**35,000-foot (1)**
16:19
**3rd (1)**
11:11

## 5

**5 (1)**
8:9
**5.825 (1)**
8:10

## 6

**6013 (1)**
17:6

Case: 19-30088    Doc# 6335    Filed: 03/17/20    Entered: 03/17/20 08:50:56    Page 26
of 26