# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: dchambers | Date Created: 3/18/2020 |
| Case: 19–30088 | Form ID: TRANSC | Total: 6 |

**Recipients of Notice of Electronic Filing:**
aty     David J. Richardson     drichardson@bakerlaw.com
aty     Gregory A. Bray     gbray@milbank.com
aty     Paul H. Zumbro     mao@cravath.com

                                                                                             TOTAL: 3

**Recipients submitted to the Claims Agent (Prime Clerk):**
aty     David H. Botter     Akin Gump Strauss Hauer & Feld LLP     One Bryant Park     New York, NY 10036
aty     Matthew L. Hinker     O'Melveny & Myers LLP     7 Times Square     New York, NY 10036
aty     Stephen Karotkin     Weil, Gotshal & Manges LLP     767 Fifth Avenue     New York, NY 10153

                                                                                              TOTAL: 3