|     |                           |                          |
| --- | ------------------------- | ------------------------ |
|     | UNITED STATES BANKRUPTCY COURT |                     |
|     | NORTHERN DISTRICT OF CALIFORNIA |                    |
|     | SAN FRANCISCO DIVISION    |                          |

| In re: | Bankruptcy Case |
| --- | --- |
| PG&E CORPORATION, | No. 19-30088 (DM) |
| - and - | |
| PACIFIC GAS AND ELECTRIC | Chapter 11 |
| COMPANY, | (Lead Case) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Alain B. Francoeur, do declare and state as follows:

1. I am employed at Prime Clerk LLC ("*Prime Clerk*"), the claims and noticing agent for the debtors in the above-referenced chapter 11 bankruptcy cases.

2. On March 12, 2020, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Notice Party Service List attached hereto as **Exhibit A**:

- Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction, a copy of which is attached hereto as **Exhibit B**.

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 17th day of March 2020, at New York, NY.

/s/ Alain B. Francoeur
Alain B. Francoeur

SRF 40600

**Exhibit A**

# Exhibit A
## Notice Party Service List
### Served via first class mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| Baker Botts LLP | Attn: Jonathan A. Shapiro, Esq. | 101 California Street Suite 3600 | | San Francisco | CA | 94111-5843 |
| Cochett, Pitre & McCarthy, LLP | Attn: Frank Pitre | San Francisco Airport Office Center | 840 Malcolm Rd., Suite 200 | Burlingame | CA | 94010-1413 |
| Grimshaw Law Group, P.C. | Attn: Matthew W. Grimshaw, Esq. | 130 Newport Center Drive Suite 140 | | Newport Beach | CA | 92660-6923 |
| Holland & Knight LLP | Attn: Robert J. Labate | 50 California St., #2800 | | San Francisco | CA | 94111-4726 |
| Jones Day | Attn: Bruce Bennett, Esq. | 555 South Flower Street 50th Floor | | Los Angeles | CA | 90071-2452 |
| Jones Day | Attn: Jason Mcdonell, Esq. | 555 California Street 26th Floor | | San Francisco | CA | 94104-1503 |
| Lowenstein Sandler LLP | Attn: Andrew Behlmann, Esq. | One Lowenstein Drive | | Roseland | NJ | 07068-1791 |
| Paul, Weiss, Rifkind, Wharton & Garrison | Attn: Alan W. Kornberg, Esq. | 1285 Avenue of the Americas | | New York | NY | 10019-6031 |
| Phillips, Erlewine, Given & Carlin LLP | Attn: Nicholas A. Carlin, Esq. | 39 Mesa Street Suite 201 | | San Francisco | CA | 94129-3308 |
| Vedder Price, LLP | Attn: Michelle L. Landry, Esq. | 275 Battery Street Suite 2464 | | San Francisco | CA | 94111-3354 |
| Walkup, Melodia, Kelly and Schoenberger | Attn: Michael A. Kelly | 650 California St. 26th Fl. | | San Francisco | CA | 94108-2615 |
| Weil, Gotshal & Manges LLP | Attn: Stephen Karotkin | 767 Fifth Avenue | | New York | NY | 10153-0119 |

**Exhibit B**

## UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| **In re Debtor(s):**<br><br>PG&E Corporation | Case No.: 19–30088 DM 11<br>Chapter: 11 |
|---|---|

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on March 10, 2020 at 10:00 AM was filed on March 11, 2020. The following deadlines apply:

The parties have until Wednesday, March 18, 2020 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Wednesday, April 1, 2020.

If a request for redaction is filed, the redacted transcript is due Monday, April 13, 2020.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Tuesday, June 9, 2020, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jason Gottlieb
Attn: Jason Gottlieb, Dir. of Tran. Ops.
7227 N 16th St. #207
Phoenix, AZ 85020

or you may view the document at the clerk's office public terminal.

Dated: 3/16/20        For the Court:

                                            Edward J. Emmons
                                            Clerk of Court
                                            United States Bankruptcy Court