| | |
|---|---|
| 1 | Robert A. Julian (SBN 88469)<br>Cecily A. Dumas (SBN 111449) |
| 2 | BAKER & HOSTETLER LLP<br>600 Montgomery Street, Suite 3100 |
| 3 | San Francisco, CA 94111-2806<br>Telephone:    415.659.2600 |
| 4 | Facsimile:    415.659.2601<br>Email:  rjulian@bakerlaw.com |
| 5 | Email:  cdumas@bakerlaw.com |
| 6 | Eric E. Sagerman (SBN 155496)<br>David J. Richardson (SBN 168592) |
| 7 | Lauren T. Attard (SBN 320898)<br>BAKER & HOSTETLER LLP |
| 8 | 11601 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90025-0509 |
| 9 | Telephone:    310.820.8800<br>Facsimile:    310.820.8859 |
| 10 | Email:  esagerman@bakerlaw.com<br>Email:  drichardson@bakerlaw.com |
| 11 | Email:  lattard@bakerlaw.com |
| 12 | *Counsel for Official Committee of Tort Claimants* |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    **-and-**<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                   **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF FILING OF PROPOSED THIRD AMENDED FIRE VICTIMS CLAIMS RESOLUTION PROCEDURES SUMMARY WITH FREQUENTLY ASKED QUESTIONS**<br><br>Relates to Dkt. Nos. 5700, 5732, 5978, 6224, 6329 |

**PLEASE TAKE NOTICE** that on February 7, 2020, PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**") filed a proposed disclosure statement in the above-captioned chapter 11 cases [Dkt. No. 5700]; and

**PLEASE TAKE FURTHER NOTICE** that on February 11, 2020, this Court entered an order [Dkt. No. 5732] directing the parties to file a proposed Fire Victims Claims Resolution Procedures Summary; and

**PLEASE TAKE FURTHER NOTICE** that on February 28, 2020, the Official Committee of Tort Claimants ("**TCC**") filed a proposed Fire Victim Claim Plan Treatment Summary [Dkt. No. 5978]; and

**PLEASE TAKE FURTHER NOTICE** that March 9, 2020, the TCC filed a proposed revised Fire Victim Claim Plan Treatment Summary that included Frequently Asked Questions [Dkt. No. 6224]; and

**PLEASE TAKE FURTHER NOTICE** that March 16, 2020, the TCC filed a proposed revised Fire Victim Claim Plan Treatment Summary that included Frequently Asked Questions [Dkt. No. 6329]; and

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a copy of a proposed third amended Fire Victim Claim Plan Treatment Summary, including the Frequently Asked Questions; and

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a copy of proposed third amended Fire Victim Claim Plan Treatment Summary, including the Frequently Asked Questions, redlined against the version filed on March 16, 2020.

Dated: March 17, 2020

BAKER & HOSTETLER LLP

By: */s/ Lauren T. Attard*
      Lauren T. Attard

*Counsel to the Official Committee of Tort Claimants*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO