1
2
3
4
5
6
7
**<u>EXHIBIT A</u>**
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  Robert A. Julian (SBN 99469)
   Cecily A. Dumas (SBN 111449)
2  Transamerica Pyramid Center
   600 Montgomery Street, Suite 3100
3  San Francisco, CA 94111-2806
   Telephone:    415-659-2900
4  Facsimile:    415-659-2601
   Email: rjulian@bakerlaw.com
5  Email: cdumas@bakerlaw.com

6  Eric E. Sagerman (SBN 155496)
   David J. Richardson (SBN 168592)
7  Lauren T. Attard (SBN 320898)
   BAKER & HOSTETLER LLP
8  11601 Wilshire Blvd., Suite 1400
   Los Angeles, CA 90025-0509
9  Telephone:    310.820.8800
   Facsimile:    310.820.8859
10 Email: esagerman@bakerlaw.com
   Email: drichardson@bakerlaw.com
11 Email: lattard@bakerlaw.com

12 *Counsel for Official Committee of Tort Claimants*

13 **UNITED STATES BANKRUPTCY COURT**

14 **NORTHERN DISTRICT OF CALIFORNIA**

15 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 16 **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| 17 **PG&E CORPORATION** | |
| | Chapter 11 |
| 18     **-and-** | (Lead Case) |
| | (Jointly Administered) |
| 19 **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| 20     **Debtors.** | **ORDER GRANTING THE EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO FEDERAL RULE OF** |
| 21 ☐ Affects PG& E Corporation | **BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING** |
| 22 ☐ Affects Pacific Gas and Electric Company | **SERVICE OF A SUBPOENA ON ACCENTURE LLP** |
| 23 ■ Affects both Debtors | |
| 24 *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

25

26

27

28

*Left margin vertical text:* BAKER & HOSTETLER LLP ATTORNEYS AT LAW SAN FRANCISCO

1    The Court, having reviewed the Ex Parte Application of the Official Committee of Tort

2  Claimants Pursuant to Bankruptcy Rule 2004 for Entry of an Order Authorizing Service of a

3  Subpoena on Accenture LLP filed on March 17, 2020 (the "Application"), and after due

4  deliberation and sufficient cause appearing therefor,

5        IT IS HEREBY ORDERED THAT:

6        1.    The Application is granted, as provided herein.

7        2.    The TCC is authorized to serve the subpoena attached to the Application as

8  Exhibit B.

9

10

11

12                                          **END OF ORDER**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO