**EXHIBIT A**

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Robert A. Julian (SBN 99469)<br>Cecily A. Dumas (SBN 111449)<br>Transamerica Pyramid Center<br>600 Montgomery Street, Suite 3100<br>San Francisco, CA 94111-2806<br>Telephone:   415-659-2900<br>Facsimile:   415-659-2601<br>Email: rjulian@bakerlaw.com<br>Email: cdumas@bakerlaw.com |
| 6<br>7<br>8<br>9<br>10<br>11 | Eric E. Sagerman (SBN 155496)<br>David J. Richardson (SBN 168592)<br>Lauren T. Attard (SBN 320898)<br>BAKER & HOSTETLER LLP<br>11601 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90025-0509<br>Telephone:   310.820.8800<br>Facsimile:   310.820.8859<br>Email: esagerman@bakerlaw.com<br>Email: drichardson@bakerlaw.com<br>Email: lattard@bakerlaw.com |
| 12 | *Counsel for Official Committee of Tort Claimants* |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>    -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                                        **Debtors.**<br><br>☐  Affects PG& E Corporation<br><br>☐  Affects Pacific Gas and Electric Company<br><br>■  Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING THE EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING SERVICE OF A SUBPOENA ON DAVEY TREE SURGERY COMPANY** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  The Court, having reviewed the Ex Parte Application of the Official Committee of Tort
2  Claimants Pursuant to Bankruptcy Rule 2004 for Entry of an Order Authorizing Service of a
3  Subpoena on Davey Tree Surgery Company filed on March 17, 2020 (the "Application"), and
4  after due deliberation and sufficient cause appearing therefor,
5  IT IS HEREBY ORDERED THAT:
6  1.  The Application is granted, as provided herein.
7  2.  The TCC is authorized to serve the subpoena attached to the Application as
8  Exhibit B.

**END OF ORDER**