**EXHIBIT A**

| | |
|---|---|
| 1 | Robert A. Julian (SBN 99469) |
| | Cecily A. Dumas (SBN 111449) |
| 2 | Transamerica Pyramid Center |
| | 600 Montgomery Street, Suite 3100 |
| 3 | San Francisco, CA 94111-2806 |
| | Telephone: 415-659-2900 |
| 4 | Facsimile: 415-659-2601 |
| | Email: rjulian@bakerlaw.com |
| 5 | Email: cdumas@bakerlaw.com |
| 6 | Eric E. Sagerman (SBN 155496) |
| | David J. Richardson (SBN 168592) |
| 7 | Lauren T. Attard (SBN 320898) |
| | BAKER & HOSTETLER LLP |
| 8 | 11601 Wilshire Blvd., Suite 1400 |
| | Los Angeles, CA 90025-0509 |
| 9 | Telephone: 310.820.8800 |
| | Facsimile: 310.820.8859 |
| 10 | Email: esagerman@bakerlaw.com |
| | Email: drichardson@bakerlaw.com |
| 11 | Email: lattard@bakerlaw.com |

*Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **ORDER GRANTING THE EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING SERVICE OF A SUBPOENA ON PRICEWATERHOUSECOOPERS LLP** |
| **Debtors.** | |
| ☐ Affects PG& E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

The Court, having reviewed the Ex Parte Application of the Official Committee of Tort Claimants Pursuant to Bankruptcy Rule 2004 for Entry of an Order Authorizing Service of a Subpoena on PricewaterhouseCoopers LLP filed on March 17, 2020 (the "Application"), and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Application is granted, as provided herein.
2. The TCC is authorized to serve the subpoena attached to the Application as Exhibit B.

**END OF ORDER**

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case: 19-30088    Doc# 6351-1    Filed: 03/17/20    Entered: 03/17/20 17:09:23    Page 3 of 3