# EXHIBIT A

## PG&E Corporation and PG&E Company, et.al.
### Case No. 19-30088
Summary Of Hours and Discounted Fees Incurred By Professional
November 1, 2019 through November 30, 2019

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---:|---:|---|---:|
| Andrei Emelianov | Director - Advisory | 1.0 | $ 550.00 | | $ 550.00 |
| Arun Mani | Principal- Advisory | 9.0 | $ 500.00 | | $ 4,500.00 |
| Rama Bhaskara | Senior Specialist - Advisory | 151.9 | $ 225.00 | | $ 34,177.50 |
| Bob Zhang | Associate - Advisory | 155.5 | $ 135.00 | | $ 20,992.50 |
| Celeste Campbell | Manager - Bankruptcy | 45.0 | $ 162.50 | | $ 7,312.50 |
| Christopher Wong | Associate - Advisory | 2.0 | $ 325.00 | | $ 650.00 |
| Clay Gilge | Principal - Advisory | 1.0 | $ 500.00 | (1) | $ 500.00 |
| Daniel Elmblad | Manager - Advisory | 1.3 | $ 400.00 | (2) | $ 520.00 |
| David Hall | Senior Associate - Advisory | 58.9 | $ 425.00 | | $ 25,032.50 |
| Dennis Cha | Associate - Advisory | 176.2 | $ 275.00 | | $ 48,455.00 |
| Eloise Pinto | Manager - Advisory | 1.0 | $ 475.00 | | $ 475.00 |
| Erik Lange | Partner - Advisory | 3.0 | $ 850 | | $ 2,550.00 |
| Farbod Farzan | Senior Associate - Advisory | 83.9 | $ 325.00 | | $ 27,267.50 |
| Fran Shammo | Associate - Advisory | 97.0 | $ 275.00 | | $ 26,675.00 |
| Gaurav Mathur | Director - Advisory | 9.0 | $ 400.00 | | $ 3,600.00 |
| Gaurav Thapan-Raina | Manager - Advisory | 147.7 | $ 400.00 | | $ 59,080.00 |
| Jack Liacos | Associate - Advisory | 1.5 | $ 275.00 | | $ 412.50 |
| Jeffrey Kwan | Senior Associate - Advisory | 8.6 | $ 275.00 | | $ 2,365.00 |
| John Stockdale | Associate - Advisory | 23.2 | $ 325.00 | | $ 7,523.75 |
| Jonathan Boldt | Associate - Advisory | 28.7 | $ 325.00 | | $ 9,327.50 |
| Josh Conkel | Manager - Advisory | 50.5 | $ 224.00 | | $ 11,312.00 |
| Juan Gonzalez III | Partner - Advisory | 3.5 | $ 625.00 | (1) | $ 2,187.50 |
| Juanita Garza | Associate - Bankruptcy | 71.7 | $ 137.50 | | $ 9,858.75 |
| Katherine Hee | Associate - Advisory | 18.8 | $ 275.00 | | $ 5,156.25 |
| Kelly Markgraf | Managing Director- Advisory | 0.5 | $ 595.00 | | $ 297.50 |
| Kimberly Johnson | Manager - Advisory | 41.2 | $ 475.00 | (2) | $ 19,570.00 |
| Matt Broida | Director - Advisory | 43.7 | $ 435.00 | | $ 19,009.50 |
| Matthew Bowser | Manager - Advisory | 156.5 | $ 400.00 | (2) | $ 62,580.00 |
| Matthew Rice | Lead Specialist (Manager) - Advisor | 133.5 | $ 225.00 | | $ 30,037.50 |
| Michelle Yeung | Associate - Advisory | 3.3 | $ 325.00 | | $ 1,072.50 |
| Monica Plangman | Associate Director - Bankruptcy | 6.1 | $ 212.50 | | $ 1,296.25 |
| Nicole Tran | Senior Associate - Advisory | 20.8 | $ 425.00 | | $ 8,840.00 |
| Rachel Wagner-Kaiser | Manager - Advisory | 42.6 | $ 475.00 | | $ 20,235.00 |
| Reid Tucker | Principal - Advisory | 1.0 | $ 500.00 | | $ 500.00 |
| Rob Villegas | Manager - Advisory | 14.6 | $ 225.00 | (2) | $ 3,285.00 |
| Rohit Nagdeo | Lead Specialist (Manager) - Advisor | 152.0 | $ 225.00 | | $ 34,200.00 |
| Ryan Tuggle | Director - Advisory | 9.8 | $ 550.00 | | $ 5,362.50 |
| Scott Stoddard | Director - Advisory | 30.6 | $ 435.00 | (1) | $ 13,289.25 |
| Scott Stoddard | Director - Advisory | 6.0 | $ 550.00 | (1) | $ 3,300.00 |
| Stephen Greer | Manager - Advisory | 1.0 | $ 475.00 | (2) | $ 475.00 |
| Tabitha Gaustad | Director - Advisory | 11.0 | $ 550.00 | | $ 6,050.00 |
| Taylor DeGrande | Senior Associate - Advisory | 116.3 | $ 325.00 | | $ 37,797.50 |

# EXHIBIT A

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary Of Hours and Discounted Fees Incurred By Professional
November 1, 2019 through November 30, 2019

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation | |
|---|---|---|---|---|---|
| Will Brennan | Senior Associate - Advisory | 142.8 | $ 325.00 | $ 46,410.00 | |
| Yiwen Fu | Manager - Advisory | 9.0 | $ 475.00 | $ 4,275.00 | |
| **Subtotal Hours and Fees at Discounted Rates** | | **2,092.0** | | **$ 628,363.25** | |
| Data Security Services - Exhibit C2 (Fixed Fee) | | | | $ - | (3) |
| Legal Support Services - Exhibit C3 (non-hourly fees) | | | | $ 45,917.67 | (4) |
| Endpoint Security Strategy Assessment - Exhibit C12 (Fixed Fee) | | | | $ - | (5) |
| **Total Fees Requested** | | | | **$ 674,280.92** | |
| Out of Pocket Expenses | | | | $ 62,784.67 | |
| **Total Fees and Out of Pocket Expenses** | | | | **$ 737,065.59** | |
| less Holdback Adjustment (20%) | | | | $ (134,856.18) | |
| **Net Requested Fees & Out of Pocket Expenses** | | | | **$ 602,209.41** | |
| **Blended Hourly Rate** (excludes Fixed Fee Hours) | | | **$ 300.37** | | |

[1] Rates differ due to services provided relating to different CWA's.

[2] Rate changed due to promotion effective October 1, 2019.

[3] KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. As of November 30, 2019, KPMG is not requesting any of the fixed-fee amount for these services.

[4] These fees represent the recurring monthly charges as detailed in Appendix C of the Legal Support Services Agreement and further detailed on Exhibit C3.

[5] KPMG and the Debtors agreed to fixed-fee compensation for the Endpoint Protection Strategy Assessment Services. KPMG is not requesting any of the fixed-fee amount in the current month.