**EXHIBIT B**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary of Hours and Discounted Fees Incurred by Category
November 1, 2019 through November 30, 2019

| Project Category | Exhibit | Total Billed Hours | Total Fees Requested | |
|---|---|---:|---:|---|
| Asset Management Services | C1 | 1,025.4 | $ 351,304.50 | |
| Data Security Services | C2 | | $ - | [1] |
| Legal Support Services | C3 | 0.5 | $ 46,215.17 | [2] |
| IT Software Services (Phase 1) | C4 | 0.0 | $ - | |
| Enterprise Project Management Tools Implementation Services | C5 | 0.0 | $ - | |
| Risk Assessment Services | C6 | 0.0 | $ - | |
| Retention Services | C7 | 1.2 | $ 235.00 | |
| Fee Application Preparation Services | C8 | 122.4 | $ 18,580.50 | |
| IT Software Services (Phase II) | C9 | 452.0 | $ 101,700.00 | |
| Quanta Invoice Review Services | C10 | 18.6 | $ 6,465.00 | |
| Data Security Loan Staff Services | C11 | 0.0 | $ - | |
| Endpoint Protection Strategy Assessment Services | C12 | | $ - | [2] |
| Data Security CCPA Support Staff Services | C13 | 206.0 | $ 32,304.50 | |
| Tax and Accounting On-Call Services | C14 | 3.0 | $ 2,550.00 | |
| Permitting Spend Analysis Services | C15 | 0.0 | $ - | |
| Gas and Electric Permitting Support Phase 2 | C16 | 262.9 | $ 114,926.25 | |
| **Total Fees Requested** | | **2,092.0** | **$ 674,280.92** | |

[1] KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. As of November 30, 2019, KPMG is not requesting any of the fixed-fee amount for these services.

[2] Fee amount composed of hourly fees and recurring hosting fees.

[3] KPMG and the Debtors agreed to fixed-fee compensation for the Endpoint Protection Strategy Assessment Services. KPMG is not requesting any of the fixed-fee amount in the current month.