**EXHIBIT D**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary of Out of Pocket Expenses
November 1, 2019 through November 30, 2019

| Category | | Amount |
|---|---|---:|
| Airfare | $ | 19,821.35 |
| Lodging | $ | 32,147.97 |
| Meals | $ | 3,584.17 |
| Ground Transportation | $ | 7,231.18 |
| Miscellaneous | $ | - |
| **Total** | **$** | **62,784.67** |

**PG&E Corporation and PG&E Company, et.al.**
Case No. 19-30088
Detail of Out of Pocket Expenses
November 1, 2019 through November 30, 2019

| Name | Date | Description | Amount |
|---|---|---|---:|
| Arun Mani | 11/01/19 | Airfare from Seattle-Tacoma, WA to San Francisco, CA to Houston, TX. Dates: 10/30/19  11/01/19 | $ 847.80 |
| Dennis Cha | 11/03/19 | One-way airfare from Seattle-Tacoma, WA to San Jose, CA. Date: 11/03/19 | $ 272.60 |
| David Ross | 11/04/19 | One-way airfare from Phoenix, AZ to San Francisco, CA. Date: 11/04/19 | $ 151.50 |
| Will Brennan | 11/04/19 | One-way coach class airfare from Newark, NJ, to San Francisco, CA. Date: 11/4/2019. | $ 347.90 |
| Scott Stoddard | 11/05/19 | One-way airfare from Los Angeles, CA to San Francisco, CA. Date: 11/05/19 | $ 206.28 |
| Dennis Cha | 11/08/19 | One-way airfare from San Francisco, CA to Los Angeles, CA. Date: 11/08/29 | $ 177.51 |
| Dennis Cha | 11/08/19 | Change Fee for 11/8 from 11/7 upon client request. | $ 161.79 |
| Scott Stoddard | 11/06/19 | One-way airfare from Oakland, CA to Los Angeles, CA. Date 11/06/19 | $ 210.63 |
| Michael Zanko | 11/06/19 | Roundtrip airfare from Washington DC to San Francisco, CA. Dates: 11/03/19  11/06/19 | $ 836.50 |
| David Ross | 11/07/19 | One-way airfare for travel from San Francisco, CA to Los Angeles, CA. Date: 11/07/19 | $ 138.49 |
| Kristy Hornland | 11/07/19 | Coach class airfare from Seattle–Tacoma International Airport (SEA) to San Francisco, CA, then San Francisco, CA to Denver, CO. Dates: 11/03/19  11/07/19 | $ 274.27 |
| Bob Zhang | 11/07/19 | Roundtrip airfare from Dallas / Fort Worth, TX to San Francisco, CA. Dates: 11/03/19 - 11/07/19 | $ 432.10 |
| Garrett Dupree | 11/07/19 | Roundtrip airfare from Dallas / Fort Worth, TX to San Francisco, CA. Dates: 11/03/19  11/07/19 | $ 499.60 |
| Toby Sedgwick | 11/07/19 | Roundtrip coach class airfare from Chicago, IL to San Francisco, CA. Date: 11/03/19  11/07/19 | $ 640.96 |
| Yosef Kerzner | 11/07/19 | Roundtrip coach airfare from Houston, TX to San Francisco, CA. Dates: 11/03/19   11/07/19 | $ 643.01 |
| farbod Farzan | 11/07/19 | Roundtrip coach class airfare from Newark, NJ to San Francisco, CA. Dates:  11/04/19   11/07/19 to perform work for PG&E. | $ 671.80 |
| Gaurav Thapan-Raina | 11/07/19 | Roundtrip airfare from  New York, NY to San Francisco, CA.  Dates: 11/04/19  11/07/19 | $ 960.11 |
| Fran Shammo | 11/08/19 | One-way airfare from San Francisco, CA to Newark, NJ. Date: 11/08/19 | $ 322.10 |
| Scott Stoddard | 11/08/19 | Roundtrip airfare from Los Angeles, CA to San Francisco, CA. Date: 11/08/19 | $ 379.52 |
| Scott Stoddard | 11/12/19 | One-way airfare from Los Angeles, CA to San Francisco, CA. Date: 11/12/19 | $ 412.56 |
| Fran Shammo | 11/13/19 | Airline Change Fee - PG&E Business need caused flight time change. | $ 75.00 |
| Fran Shammo | 11/13/19 | Roundtrip airfare from Newark, NJ (EWR) to San Francisco, CA (SFO). Dates:  11/11/19  11/13/19   (overnight flight) | $ 568.31 |
| Gary Rich | 11/13/19 | Roundtrip airfare from Chicago, Il to San Francisco, CA. Dates: 11/12/19   11/13/19 | $ 672.46 |

**EXHIBIT D1**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
November 1, 2019 through November 30, 2019

| Name | Date | Description | Amount |
|---|---|---|---:|
| Dennis Cha | 11/14/19 | Airfare travel from client site to home 11/14 | $ 20.89 |
| Dennis Cha | 11/14/19 | One-way airfare from Oakland, CA to Long Beach, CA. Date: 11/14/19 | $ 205.41 |
| Will Brennan | 11/14/19 | One-way coach class airfare from San Francisco, CA to Newark, NJ. Date: 11/14/19 | $ 322.10 |
| Toby Sedgwick | 11/14/19 | Roundtrip coach class airfare from Chicago, IL to San Francisco, CA. Dates: 11/10/19 11/14/19. | $ 445.66 |
| Bob Zhang | 11/14/19 | Roundtrip airfare from Dallas / Fort Worth, TX to San Francisco, CA. Dates: 11/10/19 - 11/14/19 | $ 477.10 |
| Garrett Dupree | 11/14/19 | Roundtrip airfare from Dallas / Fort Worth (DFW) to San Francisco, CA (SFO) airport. Dates: 11/10/19 11/14/19 | $ 480.61 |
| Josh Conkel | 11/14/19 | Roundtrip coach class airfare from Columbus, OH to San Francisco, CA. Dates: 11/10/19 11/14/19. | $ 538.95 |
| farbod Farzan | 11/14/19 | Roundtrip coach class airfare from Newark, NJ to San Francisco, CA. Date: 11/11/19 11/14/19 | $ 595.31 |
| Arun Mani | 11/14/19 | Airfare from Houston, TX (IAH) to San Francisco, CA (SFO) airport on 11/10 then San Francisco, CA (SFO) airport to Phoenix, AZ on 11/12 then Phoenix, AZ to Houston, TX (IAH) on 11/14. | $ 701.44 |
| Gaurav Thapan-Raina | 11/14/19 | Roundtrip airfare from New York, NY to San Francisco, CA. Dates: 11/11/19 11/14/19 | $ 707.36 |
| Daniel Frasure | 11/17/19 | One-way airfare from Savannah/Hilton Head International Airport, GA to San Francisco Airport, CA. Date: 11/17/19 | $ 587.79 |
| Dennis Cha | 11/18/19 | One-way airfare from Los Angeles, CA to San Francisco, CA. Date: 11/18/19 | $ 190.30 |
| Scott Stoddard | 11/18/19 | One-way airfare from Los Angeles, CA to San Francisco, CA. Date: 11/18/19 | $ 206.28 |
| Michael Gomez | 11/18/19 | One-way airfare from Baltimore, MD to San Francisco, CA. Date:11/18/19 | $ 438.30 |
| Scott Stoddard | 11/20/19 | One-way airfare from San Francisco, CA to Los Angeles, CA. Date: 11/20/19 | $ 206.28 |
| Michael Gomez | 11/21/19 | One-way airfare from San Francisco, CA to Baltimore, MD. Date: 11/21/19 (overnight flight) | $ 328.30 |
| Daniel Frasure | 11/21/19 | One-way airfare from San Francisco Airport, CA to Seattle-Tacoma Airport to Savannah / Hilton Airport, CA. Dates: 11/20 - 11/21 | $ 505.66 |
| Gaurav Thapan-Raina | 11/21/19 | Roundtrip airfare from New York, NY to San Francisco, CA. Dates: 11/18/19 11/21/19 | $ 910.61 |
| Will Brennan | 11/21/19 | Roundtrip coach class airfare from Newark, NJ to San Francisco, CA. Dates: 11/18/19 11/21/19 | $ 1,121.40 |
| Kimberly Johnson | 11/22/19 | Change fee related to the tax for One way coach class airfare from San Francisco, CA to Los Angeles, CA. Date: 11/22/19 | $ 17.20 |
| Dennis Cha | 11/22/19 | One-way airfare from San Francisco, CA to Los Angeles, CA. Date: 11/22/19 | $ 183.49 |
| Kimberly Johnson | 11/22/19 | Roundtrip coach class airfare from Los Angeles, CA to San Francisco, CA. Dates: 11/18/19 11/22/19 | $ 461.41 |
| Dennis Cha | 11/25/19 | One-way airfare from Los Angeles, CA to San Francisco, CA. Date: 11/25/19 | $ 133.35 |
| Dennis Cha | 11/27/19 | One-way airfare from San Francisco, CA to Los Angeles, CA. Date: 11/27/19 | $ 133.35 |
| | | **Air Fare Subtotal** | **$ 19,821.35** |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
November 1, 2019 through November 30, 2019

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Arun Mani | 11/01/19 | Lodging for 1 night (10/31/19 - 11/01/19) while traveling to perform work for PG&E. | $ | 221.61 |
| Fran Shammo | 11/01/19 | Lodging for 1 night (10/31/19 - 11/01/19) while traveling to perform work for PG&E. | $ | 231.84 |
| Yosef Kerzner | 11/04/19 | Lodging for 1 night (11/03/19 - 11/04/19) while traveling to perform work for PG&E. | $ | 261.85 |
| Michael Zanko | 11/04/19 | Lodging for 1 night (11/03/19 - 11/04/19) while traveling to perform work for PG&E. | $ | 265.51 |
| Kristy Hornland | 11/04/19 | Lodging for 1 night (11/03/19 - 11/04/19) while traveling to perform work for PG&E. | $ | 268.44 |
| Dennis Cha | 11/04/19 | Lodging for 1 night (11/03/19 - 11/04/19) while traveling to perform work for PG&E. | $ | 291.12 |
| Garrett Dupree | 11/04/19 | Lodging for 1 night (11/03/19 - 11/04/19) while traveling to perform work for PG&E. | $ | 307.42 |
| Toby Sedgwick | 11/04/19 | Lodging for 1 night (11/03/19 - 11/04/19) while traveling to perform work for PG&E. | $ | 394.68 |
| Fran Shammo | 11/05/19 | Lodging for 1 night (11/04/19 - 11/05/19) while traveling to perform work for PG&E. | $ | 260.84 |
| Yosef Kerzner | 11/05/19 | Lodging for 1 night (11/04/19 - 11/05/19) while traveling to perform work for PG&E. | $ | 261.85 |
| Michael Zanko | 11/05/19 | Lodging for 1 night (11/04/19 - 11/05/19) while traveling to perform work for PG&E. | $ | 265.51 |
| Dennis Cha | 11/05/19 | Lodging for 1 night (11/04/19 - 11/05/19) while traveling to perform work for PG&E. | $ | 291.12 |
| farbod Farzan | 11/05/19 | Lodging for 1 night (11/04/19 - 11/05/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Will Brennan | 11/05/19 | Lodging for 1 night (11/04/19 - 11/05/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Gaurav Thapan-Raina | 11/05/19 | Lodging for 1 night (11/04/19 - 11/05/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Garrett Dupree | 11/05/19 | Lodging for 1 night (11/04/19 - 11/05/19) while traveling to perform work for PG&E. | $ | 307.42 |
| Kristy Hornland | 11/05/19 | Lodging for 1 night (11/04/19 - 11/05/19) while traveling to perform work for PG&E. | $ | 324.90 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
November 1, 2019 through November 30, 2019

| Name | Date | Description | Amount |
|---|---|---|---|
| Toby Sedgwick | 11/05/19 | Lodging for 1 night (11/04/19 - 11/05/19) while traveling to perform work for PG&E. | $ 394.68 |
| Yosef Kerzner | 11/06/19 | Lodging for 1 night (11/05/19 - 11/06/19) while traveling to perform work for PG&E. | $ 261.85 |
| Michael Zanko | 11/06/19 | Lodging for 1 night (11/05/19 - 11/06/19) while traveling to perform work for PG&E. | $ 265.50 |
| Dennis Cha | 11/06/19 | Lodging for 1 night (11/05/19 - 11/06/19) while traveling to perform work for PG&E. | $ 293.31 |
| farbod Farzan | 11/06/19 | Lodging for 1 night (11/05/19 - 11/06/19) while traveling to perform work for PG&E. | $ 300.00 |
| Fran Shammo | 11/06/19 | Lodging for 1 night (11/05/19 - 11/06/19) while traveling to perform work for PG&E. | $ 300.00 |
| Will Brennan | 11/06/19 | Lodging for 1 night (11/05/19 - 11/06/19) while traveling to perform work for PG&E. | $ 300.00 |
| Gaurav Thapan-Raina | 11/06/19 | Lodging for 1 night (11/05/19 - 11/06/19) while traveling to perform work for PG&E. | $ 300.00 |
| Scott Stoddard | 11/06/19 | Lodging for 1 night (11/05/19 - 11/06/19) while traveling to perform work for PG&E. | $ 300.00 |
| Garrett Dupree | 11/06/19 | Lodging for 1 night (11/05/19 - 11/06/19) while traveling to perform work for PG&E. | $ 332.42 |
| Kristy Hornland | 11/06/19 | Lodging for 1 night (11/05/19 - 11/06/19) while traveling to perform work for PG&E. | $ 364.49 |
| Toby Sedgwick | 11/06/19 | Lodging for 1 night (11/05/19 - 11/06/19) while traveling to perform work for PG&E. | $ 394.68 |
| Yosef Kerzner | 11/07/19 | Lodging for 1 night (11/06/19 - 11/07/19) while traveling to perform work for PG&E. | $ 261.88 |
| Fran Shammo | 11/07/19 | Lodging for 1 night (11/06/19 - 11/07/19) while traveling to perform work for PG&E. | $ 277.02 |
| Dennis Cha | 11/07/19 | Lodging for 1 night (11/06/19 - 11/07/19) while traveling to perform work for PG&E. | $ 293.31 |
| farbod Farzan | 11/07/19 | Lodging for 1 night (11/06/19 - 11/07/19) while traveling to perform work for PG&E. | $ 300.00 |
| Will Brennan | 11/07/19 | Lodging for 1 night (11/06/19 - 11/07/19) while traveling to perform work for PG&E. | $ 300.00 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
November 1, 2019 through November 30, 2019

| Name | Date | Description | Amount |
|---|---|---|---:|
| Gaurav Thapan-Raina | 11/07/19 | Lodging for 1 night (11/06/19 - 11/07/19) while traveling to perform work for PG&E. | $ 300.00 |
| Garrett Dupree | 11/07/19 | Lodging for 1 night (11/06/19 - 11/07/19) while traveling to perform work for PG&E. | $ 366.02 |
| Kristy Hornland | 11/07/19 | Lodging for 1 night (11/06/19 - 11/07/19) while traveling to perform work for PG&E. | $ 384.29 |
| Toby Sedgwick | 11/07/19 | Lodging for 1 night (11/06/19 - 11/07/19) while traveling to perform work for PG&E. | $ 394.68 |
| Bob Zhang | 11/07/19 | Lodging for 4 nights (11/03/19 - 11/07/19) while traveling to perform work for PG&E. | $ 1,369.38 |
| Fran Shammo | 11/08/19 | Lodging for 1 night (11/07/19 - 11/08/19) while traveling to perform work for PG&E. | $ 300.00 |
| Dennis Cha | 11/08/19 | Lodging for 1 night (11/07/19 - 11/08/19) while traveling to perform work for PG&E. | $ 348.34 |
| Arun Mani | 11/11/19 | Lodging for 1 night (11/10/19 - 11/11/19) while traveling to perform work for PG&E. | $ 284.38 |
| Toby Sedgwick | 11/11/19 | Lodging for 1 night (11/10/19 - 11/11/19) while traveling to perform work for PG&E. | $ 394.90 |
| Josh Conkel | 11/11/19 | Lodging for 1 night (11/10/19 - 11/11/19) while traveling to perform work for PG&E. | $ 418.04 |
| Garrett Dupree | 11/11/19 | Lodging for 1 night (11/10/19 - 11/11/19) while traveling to perform work for PG&E. | $ 441.18 |
| Dennis Cha | 11/11/19 | Lodging for 3 nights (11/09/19 - 11/11/19) while traveling to perform work for PG&E. | $ 900.00 |
| Fran Shammo | 11/12/19 | Lodging for 1 night (11/11/19 - 11/12/19) while traveling to perform work for PG&E. | $ 222.28 |
| Dennis Cha | 11/12/19 | Lodging for 1 night (11/11/19 - 11/12/19) while traveling to perform work for PG&E. | $ 256.51 |
| Arun Mani | 11/12/19 | Lodging for 1 night (11/11/19 - 11/12/19) while traveling to perform work for PG&E. | $ 284.38 |
| farbod Farzan | 11/12/19 | Lodging for 1 night (11/11/19 - 11/12/19) while traveling to perform work for PG&E. | $ 300.00 |
| Will Brennan | 11/12/19 | Lodging for 1 night (11/11/19 - 11/12/19) while traveling to perform work for PG&E. | $ 300.00 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
November 1, 2019 through November 30, 2019

| Name | Date | Description | Amount |
|---|---|---|---|
| Gaurav Thapan-Raina | 11/12/19 | Lodging for 1 night (11/11/19 - 11/12/19) while traveling to perform work for PG&E. | $ 300.00 |
| Toby Sedgwick | 11/12/19 | Lodging for 1 night (11/11/19 - 11/12/19) while traveling to perform work for PG&E. | $ 394.90 |
| Josh Conkel | 11/12/19 | Lodging for 1 night (11/11/19 - 11/12/19) while traveling to perform work for PG&E. | $ 418.04 |
| Garrett Dupree | 11/12/19 | Lodging for 1 night (11/11/19 - 11/12/19) while traveling to perform work for PG&E. | $ 441.18 |
| Fran Shammo | 11/13/19 | Lodging for 1 night (11/12/19 - 11/13/19) while traveling to perform work for PG&E. | $ 222.28 |
| Dennis Cha | 11/13/19 | Lodging for 1 night (11/12/19 - 11/13/19) while traveling to perform work for PG&E. | $ 256.51 |
| farbod Farzan | 11/13/19 | Lodging for 1 night (11/12/19 - 11/13/19) while traveling to perform work for PG&E. | $ 300.00 |
| Will Brennan | 11/13/19 | Lodging for 1 night (11/12/19 - 11/13/19) while traveling to perform work for PG&E. | $ 300.00 |
| Gaurav Thapan-Raina | 11/13/19 | Lodging for 1 night (11/12/19 - 11/13/19) while traveling to perform work for PG&E. | $ 300.00 |
| Toby Sedgwick | 11/13/19 | Lodging for 1 night (11/12/19 - 11/13/19) while traveling to perform work for PG&E. | $ 414.70 |
| Josh Conkel | 11/13/19 | Lodging for 1 night (11/12/19 - 11/13/19) while traveling to perform work for PG&E. | $ 418.04 |
| Gary Rich | 11/13/19 | Lodging for 1 night (11/12/19 - 11/13/19) while traveling to perform work for PG&E. | $ 428.52 |
| Garrett Dupree | 11/13/19 | Lodging for 1 night (11/12/19 - 11/13/19) while traveling to perform work for PG&E. | $ 441.18 |
| farbod Farzan | 11/14/19 | Lodging for 1 night (11/13/19 - 11/14/19) while traveling to perform work for PG&E. | $ 300.00 |
| Will Brennan | 11/14/19 | Lodging for 1 night (11/13/19 - 11/14/19) while traveling to perform work for PG&E. | $ 300.00 |
| Gaurav Thapan-Raina | 11/14/19 | Lodging for 1 night (11/13/19 - 11/14/19) while traveling to perform work for PG&E. | $ 300.00 |
| Toby Sedgwick | 11/14/19 | Lodging for 1 night (11/13/19 - 11/14/19) while traveling to perform work for PG&E. | $ 414.70 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
November 1, 2019 through November 30, 2019

| Name | Date | Description | Amount |
|---|---|---|---:|
| Josh Conkel | 11/14/19 | Lodging for 1 night (11/13/19 - 11/14/19) while traveling to perform work for PG&E. | $ 418.04 |
| Garrett Dupree | 11/14/19 | Lodging for 1 night (11/13/19 - 11/14/19) while traveling to perform work for PG&E. | $ 441.18 |
| Bob Zhang | 11/14/19 | Lodging for 4 night (11/10/19 - 11/14/19) while traveling to perform work for PG&E. | $ 1,619.20 |
| Daniel Frasure | 11/18/19 | Lodging for 1 night (11/17/19 - 11/18/19) while traveling to perform work for PG&E. | $ 300.00 |
| Kimberly Johnson | 11/18/19 | Lodging for 1 night (11/17/19 - 11/18/19) while traveling. | $ 632.47 |
| Gaurav Thapan-Raina | 11/19/19 | Lodging for 1 night (11/18/19 - 11/19/19) while traveling to perform work for PG&E. | $ 300.00 |
| Dennis Cha | 11/19/19 | Lodging for 1 night (11/18/19 - 11/19/19) while traveling to perform work for PG&E. | $ 300.00 |
| Daniel Frasure | 11/19/19 | Lodging for 1 night (11/18/19 - 11/19/19) while traveling to perform work for PG&E. | $ 300.00 |
| Will Brennan | 11/19/19 | Lodging for 1 night (11/18/19 - 11/19/19) while traveling to perform work for PG&E. | $ 300.00 |
| Scott Stoddard | 11/19/19 | Lodging for 1 night (11/18/19 - 11/19/19) while traveling to perform work for PG&E. | $ 300.00 |
| Kimberly Johnson | 11/19/19 | Lodging for 1 night (11/18/19 - 11/19/19) while traveling. | $ 366.80 |
| Gaurav Thapan-Raina | 11/20/19 | Lodging for 1 night (11/19/19 - 11/20/19) while traveling to perform work for PG&E. | $ 300.00 |
| Scott Stoddard | 11/20/19 | Lodging for 1 night (11/19/19 - 11/20/19) while traveling to perform work for PG&E. | $ 300.00 |
| Dennis Cha | 11/20/19 | Lodging for 1 night (11/19/19 - 11/20/19) while traveling to perform work for PG&E. | $ 300.00 |
| Daniel Frasure | 11/20/19 | Lodging for 1 night (11/19/19 - 11/20/19) while traveling to perform work for PG&E. | $ 300.00 |
| Will Brennan | 11/20/19 | Lodging for 1 night (11/19/19 - 11/20/19) while traveling to perform work for PG&E. | $ 300.00 |
| Kimberly Johnson | 11/20/19 | Lodging for 1 night (11/19/19 - 11/20/19) while traveling. | $ 366.80 |
| Gaurav Thapan-Raina | 11/21/19 | Lodging for 1 night (11/20/19 - 11/21/19) while traveling to perform work for PG&E. | $ 300.00 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
November 1, 2019 through November 30, 2019

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Dennis Cha | 11/21/19 | Lodging for 1 night (11/20/19 - 11/21/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Will Brennan | 11/21/19 | Lodging for 1 night (11/20/19 - 11/21/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Kimberly Johnson | 11/21/19 | Lodging for 1 night (11/20/19 - 11/21/19) while traveling. | $ | 366.80 |
| Dennis Cha | 11/22/19 | Lodging for 1 night (11/21/19 - 11/22/19) while traveling to perform work for PG&E. | $ | 179.46 |
| Dennis Cha | 11/26/19 | Lodging for 1 night (11/25/19 - 11/26/19) while traveling to perform work for PG&E. | $ | 129.06 |
| Dennis Cha | 11/27/19 | Lodging for 1 night (11/26/19 - 11/27/19) while traveling to perform work for PG&E. | $ | 120.48 |
| | | **Lodging Subtotal** | **$** | **32,147.97** |
| Fran Shammo | 11/01/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 12.49 |
| Bob Zhang | 11/03/19 | Out of town dinner on 11/03 while traveling on behalf of PG&E | $ | 10.14 |
| Dennis Cha | 11/03/19 | Out of town dinner while traveling on 11/3. | $ | 13.00 |
| Michael Zanko | 11/03/19 | Dinner while traveling on behalf of PG&E | $ | 40.00 |
| Kristy Hornland | 11/04/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 6.43 |
| Garrett Dupree | 11/04/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 6.53 |
| Gaurav Thapan-Raina | 11/04/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG attendee: G. Thapan-Raina. | $ | 7.01 |
| Toby Sedgwick | 11/04/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick. | $ | 8.73 |
| Will Brennan | 11/04/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 9.64 |
| Bob Zhang | 11/04/19 | Out of town breakfast on 11/04 while traveling on behalf of PG&E | $ | 10.00 |
| farbod Farzan | 11/04/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 12.03 |
| Will Brennan | 11/04/19 | Out of town dinner while traveling on behalf of PG&E | $ | 15.19 |
| farbod Farzan | 11/04/19 | Out of town dinner while traveling on behalf of PG&E | $ | 20.00 |
| Garrett Dupree | 11/04/19 | Out of town dinner while traveling on behalf of PG&E | $ | 23.52 |
| Michael Zanko | 11/04/19 | Dinner while traveling on behalf of PG&E | $ | 40.00 |
| Bob Zhang | 11/04/19 | Out of town dinner on 11/04 while traveling on behalf of PG&E. | $ | 40.00 |
| Kristy Hornland | 11/04/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 40.00 |
| Yosef Kerzner | 11/04/19 | Out of town dinner while traveling on behalf of PG&E | $ | 40.00 |
| Fran Shammo | 11/04/19 | Out of town dinner while traveling on behalf of PG&E | $ | 40.00 |
| Dennis Cha | 11/04/19 | Out of town dinner while traveling on behalf of PG&E | $ | 40.00 |
| Will Brennan | 11/05/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 6.13 |
| Garrett Dupree | 11/05/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 6.53 |
| Toby Sedgwick | 11/05/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick. | $ | 8.73 |
| Fran Shammo | 11/05/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 8.83 |
| Kristy Hornland | 11/05/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 9.54 |
| Scott Stoddard | 11/05/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 11.18 |

**EXHIBIT D1**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
November 1, 2019 through November 30, 2019

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Gaurav Thapan-Raina | 11/05/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG attendee: G. Thapan-Raina. | $ | 12.18 |
| Bob Zhang | 11/05/19 | Out of town breakfast on 11/05 while traveling on behalf of PG&E. | $ | 13.56 |
| Will Brennan | 11/05/19 | Out of town dinner while traveling on behalf of PG&E | $ | 15.49 |
| farbod Farzan | 11/05/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 16.29 |
| farbod Farzan | 11/05/19 | Out of town dinner while traveling on behalf of PG&E | $ | 18.99 |
| Bob Zhang | 11/05/19 | Out of town dinner on 11/05 while traveling on behalf of PG&E. | $ | 22.87 |
| Dennis Cha | 11/05/19 | Out of town dinner while traveling on 11/5. | $ | 23.00 |
| Yosef Kerzner | 11/05/19 | Out of town dinner while traveling on behalf of PG&E | $ | 33.21 |
| Gaurav Thapan-Raina | 11/05/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG attendee: G. Thapan-Raina. | $ | 37.82 |
| Scott Stoddard | 11/05/19 | Out of town dinner while traveling on behalf of PG&E | $ | 38.82 |
| Garrett Dupree | 11/05/19 | Out of town dinner while traveling on behalf of PG&E | $ | 40.00 |
| Will Brennan | 11/06/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 6.13 |
| Scott Stoddard | 11/06/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 6.40 |
| Garrett Dupree | 11/06/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 6.53 |
| Toby Sedgwick | 11/06/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick. | $ | 8.73 |
| Dennis Cha | 11/06/19 | Out of town breakfast while traveling on 11/6. | $ | 10.00 |
| Fran Shammo | 11/06/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 10.00 |
| farbod Farzan | 11/06/19 | Out of town dinner while traveling on behalf of PG&E | $ | 10.23 |
| farbod Farzan | 11/06/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 11.30 |
| Bob Zhang | 11/06/19 | Out of town breakfast on 11/06 while traveling on behalf of PG&E. | $ | 14.53 |
| Will Brennan | 11/06/19 | Out of town dinner while traveling on behalf of PG&E | $ | 16.62 |
| Kristy Hornland | 11/06/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 19.15 |
| Bob Zhang | 11/06/19 | Out of town dinner on 11/06 while traveling on behalf of PG&E. | $ | 32.15 |
| Yosef Kerzner | 11/06/19 | Out of town dinner while traveling on behalf of PG&E | $ | 33.75 |
| Garrett Dupree | 11/06/19 | Out of town dinner while traveling on behalf of PG&E | $ | 35.04 |
| Toby Sedgwick | 11/06/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 37.38 |
| Gaurav Thapan-Raina | 11/06/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG attendee: G. Thapan-Raina. | $ | 38.93 |
| Dennis Cha | 11/06/19 | Out of town dinner while traveling on 11/6. | $ | 40.00 |
| Michael Zanko | 11/06/19 | Dinner while traveling on behalf of PG&E | $ | 40.00 |
| Fran Shammo | 11/06/19 | Out of town dinner while traveling on behalf of PG&E | $ | 40.00 |
| farbod Farzan | 11/07/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 5.90 |
| Bob Zhang | 11/07/19 | Out of town breakfast on 11/07 while traveling on behalf of PG&E. | $ | 6.43 |
| Toby Sedgwick | 11/07/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 7.82 |
| Toby Sedgwick | 11/07/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick. | $ | 8.73 |
| Garrett Dupree | 11/07/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 10.00 |
| Dennis Cha | 11/07/19 | Out of town breakfast while traveling on 11/7. | $ | 10.00 |
| Will Brennan | 11/07/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 10.35 |
| farbod Farzan | 11/07/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 14.66 |
| Gaurav Thapan-Raina | 11/07/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG attendee: G. Thapan-Raina. | $ | 37.82 |
| Garrett Dupree | 11/07/19 | Out of town dinner while traveling on behalf of PG&E | $ | 40.00 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
November 1, 2019 through November 30, 2019

| Name | Date | Description | Amount |
|---|---|---|---|
| Dennis Cha | 11/07/19 | Out of town dinner while traveling on 11/7. | $ 40.00 |
| Fran Shammo | 11/07/19 | Out of town dinner while traveling on behalf of PG&E | $ 40.00 |
| Kristy Hornland | 11/07/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ 40.00 |
| Fran Shammo | 11/08/19 | Out of town breakfast while traveling on behalf of PG&E | $ 7.03 |
| Scott Stoddard | 11/08/19 | Out of town breakfast while traveling on behalf of PG&E | $ 10.56 |
| Dennis Cha | 11/08/19 | Out of town breakfast while traveling on 11/8. | $ 14.84 |
| Dennis Cha | 11/08/19 | Out of town dinner while traveling on 11/8. | $ 35.16 |
| Scott Stoddard | 11/08/19 | Out of town dinner while traveling on behalf of PG&E | $ 39.44 |
| Dennis Cha | 11/09/19 | Out of town breakfast while traveling on 11/9. | $ 10.00 |
| Dennis Cha | 11/09/19 | Out of town dinner while traveling on 11/9. | $ 40.00 |
| Josh Conkel | 11/10/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: J. Conkel. | $ 11.52 |
| Bob Zhang | 11/10/19 | Out of town dinner while traveling on behalf of PG&E | $ 25.31 |
| Toby Sedgwick | 11/10/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ 37.47 |
| Dennis Cha | 11/10/19 | Out of town dinner while traveling on 11/10. | $ 39.00 |
| Garrett Dupree | 11/11/19 | Out of town breakfast while traveling on behalf of PG&E | $ 6.15 |
| Will Brennan | 11/11/19 | Out of town breakfast while traveling on behalf of PG&E | $ 6.40 |
| Gaurav Thapan-Raina | 11/11/19 | Out of town breakfast meal incurred in New York while traveling to San Francisco, CA.. KPMG attendee: G. Thapan-Raina. | $ 7.46 |
| Arun Mani | 11/11/19 | Out of town breakfast while traveling on behalf of PG&E | $ 9.90 |
| Bob Zhang | 11/11/19 | Out of town Monday breakfast while traveling on behalf of PG&E | $ 12.48 |
| Josh Conkel | 11/11/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: J. Conkel. | $ 13.00 |
| Will Brennan | 11/11/19 | Out of town dinner while traveling on behalf of PG&E | $ 14.36 |
| Dennis Cha | 11/11/19 | Out of town breakfast while traveling on 11/11. | $ 15.00 |
| Josh Conkel | 11/11/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: J. Conkel. | $ 16.82 |
| Fran Shammo | 11/11/19 | Out of town dinner while traveling on behalf of PG&E | $ 24.51 |
| Bob Zhang | 11/11/19 | Out of town dinner while traveling on behalf of PG&E | $ 32.82 |
| Arun Mani | 11/11/19 | Out of town dinner while traveling on behalf of PG&E | $ 33.00 |
| Garrett Dupree | 11/11/19 | Out of town dinner while traveling on behalf of PG&E | $ 35.04 |
| Arun Mani | 11/12/19 | Out of town breakfast while traveling on behalf of PG&E | $ 2.56 |
| Will Brennan | 11/12/19 | Out of town breakfast while traveling on behalf of PG&E | $ 6.13 |
| Bob Zhang | 11/12/19 | Out of town breakfast while traveling on behalf of PG&E | $ 6.43 |
| Garrett Dupree | 11/12/19 | Out of town breakfast while traveling on behalf of PG&E | $ 6.53 |
| Toby Sedgwick | 11/12/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ 7.49 |
| farbod Farzan | 11/12/19 | Out of town breakfast while traveling on behalf of PG&E | $ 10.00 |
| Scott Stoddard | 11/12/19 | Out of town breakfast while traveling on behalf of PG&E | $ 10.00 |
| Josh Conkel | 11/12/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: J. Conkel. | $ 15.12 |
| Toby Sedgwick | 11/12/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ 15.39 |
| Bob Zhang | 11/12/19 | Out of town dinner while traveling on behalf of PG&E | $ 33.47 |
| Will Brennan | 11/12/19 | Out of town dinner while traveling on behalf of PG&E | $ 35.66 |
| Fran Shammo | 11/12/19 | Out of town dinner while traveling on behalf of PG&E | $ 37.33 |
| Gary Rich | 11/12/19 | Breakfast while traveling to client site. | $ 39.40 |
| Garrett Dupree | 11/12/19 | Out of town dinner while traveling on behalf of PG&E | $ 40.00 |
| Josh Conkel | 11/12/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: J. Conkel. | $ 40.00 |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
November 1, 2019 through November 30, 2019

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Scott Stoddard | 11/12/19 | Out of town dinner while traveling on behalf of PG&E | $ | 40.00 |
| Fran Shammo | 11/13/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 4.09 |
| Will Brennan | 11/13/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 5.20 |
| Garrett Dupree | 11/13/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 6.15 |
| Josh Conkel | 11/13/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: J. Conkel. | $ | 6.50 |
| Bob Zhang | 11/13/19 | Out of town Wednesday breakfast while traveling on behalf of PG&E | $ | 10.85 |
| farbod Farzan | 11/13/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 10.95 |
| Gary Rich | 11/13/19 | Out of town dinner while traveling | $ | 14.99 |
| Garrett Dupree | 11/13/19 | Out of town dinner while traveling on behalf of PG&E | $ | 29.08 |
| Josh Conkel | 11/13/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: J. Conkel. | $ | 32.34 |
| Gary Rich | 11/13/19 | Out of town breakfast while traveling | $ | 35.01 |
| Bob Zhang | 11/13/19 | Out of town Wednesday dinner on 11/13. | $ | 38.30 |
| Dennis Cha | 11/13/19 | Out of town dinner while traveling on 11/13. | $ | 40.00 |
| Toby Sedgwick | 11/13/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 40.00 |
| Fran Shammo | 11/13/19 | Out of town dinner while traveling on behalf of PG&E | $ | 40.00 |
| Gaurav Thapan-Raina | 11/13/19 | Dinner expense incurred in San Francisco, CA while conducting PG&E-related work. Team members included G. Thapan-Raina (KPMG), F. Farzan (KPMG) and W. Brennan (KPMG) | $ | 105.55 |
| Will Brennan | 11/14/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 4.73 |
| Gaurav Thapan-Raina | 11/14/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG attendee: G. Thapan-Raina. | $ | 5.37 |
| farbod Farzan | 11/14/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 5.94 |
| Bob Zhang | 11/14/19 | Out of town Thursday breakfast on 11/14. | $ | 8.62 |
| Toby Sedgwick | 11/14/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick. | $ | 8.73 |
| Garrett Dupree | 11/14/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 10.38 |
| Dennis Cha | 11/14/19 | Out of town breakfast while traveling on 11/14. | $ | 15.00 |
| Dennis Cha | 11/14/19 | Out of town breakfast while traveling on 11/15. | $ | 15.00 |
| Scott Stoddard | 11/14/19 | Out of town dinner while traveling on behalf of PG&E | $ | 15.91 |
| Josh Conkel | 11/14/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: J. Conkel. | $ | 16.39 |
| Scott Stoddard | 11/14/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 18.00 |
| Garrett Dupree | 11/14/19 | Out of town dinner while traveling on behalf of PG&E | $ | 29.08 |
| Dennis Cha | 11/14/19 | Out of town dinner while traveling on 11/14. | $ | 31.70 |
| Josh Conkel | 11/14/19 | Dinner while on client travel incurred in Minneapolis, MI. KPMG Attendee: J. Conkel. | $ | 38.66 |
| Bob Zhang | 11/14/19 | Out of town Thursday dinner on 11/14. | $ | 39.45 |
| Kimberly Johnson | 11/18/19 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ | 7.53 |
| Gaurav Thapan-Raina | 11/18/19 | Out of town breakfast meal. KPMG attendee: G. Thapan-Raina. | $ | 9.96 |
| Scott Stoddard | 11/18/19 | Out of Town Meals - self only PGE Meetings PG&E Task 2 | $ | 10.00 |
| Kimberly Johnson | 11/18/19 | Out of town dinner for self incurred in San Francisco, CA while performing work for PG&E. | $ | 10.45 |
| Will Brennan | 11/18/19 | Out of town dinner while traveling on behalf of PG&E | $ | 13.99 |
| Dennis Cha | 11/18/19 | Out of town dinner while traveling on 11/18. | $ | 40.00 |
| Scott Stoddard | 11/18/19 | Out of town dinner while traveling on behalf of PG&E | $ | 40.00 |
| Scott Stoddard | 11/19/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 5.15 |
| Will Brennan | 11/19/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 8.66 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
November 1, 2019 through November 30, 2019

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Will Brennan | 11/19/19 | Out of town dinner while traveling on behalf of PG&E | $ | 13.12 |
| Gaurav Thapan-Raina | 11/19/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG attendee: G. Thapan-Raina. | $ | 14.12 |
| Kimberly Johnson | 11/19/19 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ | 15.97 |
| Kimberly Johnson | 11/19/19 | Out of town dinner for self incurred in San Francisco, CA while performing work for PG&E. | $ | 23.83 |
| Scott Stoddard | 11/19/19 | Out of town dinner while traveling on behalf of PG&E | $ | 40.00 |
| Will Brennan | 11/20/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 8.62 |
| Dennis Cha | 11/20/19 | Out of town dinner while traveling on 11/20. | $ | 9.75 |
| Scott Stoddard | 11/20/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 9.95 |
| Will Brennan | 11/20/19 | Out of town dinner while traveling on behalf of PG&E | $ | 10.14 |
| Kimberly Johnson | 11/20/19 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ | 11.22 |
| Gaurav Thapan-Raina | 11/20/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG attendee: G. Thapan-Raina. | $ | 15.29 |
| Kimberly Johnson | 11/20/19 | Out of town dinner for self incurred in San Francisco, CA while performing work for PG&E. | $ | 18.27 |
| Scott Stoddard | 11/20/19 | Out of town dinner while traveling on behalf of PG&E | $ | 25.53 |
| Gaurav Thapan-Raina | 11/20/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG attendee: G. Thapan-Raina. | $ | 28.11 |
| Will Brennan | 11/21/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 3.14 |
| Dennis Cha | 11/21/19 | Out of town dinner while traveling on 11/21. | $ | 5.40 |
| Kimberly Johnson | 11/21/19 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ | 14.80 |
| Gaurav Thapan-Raina | 11/21/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG attendee: G. Thapan-Raina. | $ | 15.29 |
| Kimberly Johnson | 11/21/19 | Out of town dinner for self incurred in San Francisco, CA while performing work for PG&E. | $ | 19.44 |
| Kimberly Johnson | 11/22/19 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ | 15.56 |
| Dennis Cha | 11/23/19 | Out of town dinner while traveling on 11/21. | $ | 34.85 |
| Dennis Cha | 11/25/19 | Out of town breakfast while traveling on 11/25. | $ | 6.78 |
| Dennis Cha | 11/25/19 | Out of town dinner while traveling on 11/25. | $ | 21.99 |
| Dennis Cha | 11/26/19 | Out of town breakfast while traveling on 11/26. | $ | 15.00 |
| Dennis Cha | 11/27/19 | Out of town dinner while traveling on 11/27. | $ | 39.56 |
| Dennis Cha | 11/28/19 | Out of town breakfast while traveling on 11/28. | $ | 7.30 |
| Dennis Cha | 11/28/19 | Out of town dinner while traveling on 11/28. | $ | 24.19 |
| | | **Meals Subtotal** | **$** | **3,584.17** |
| David Ross | 10/31/19 | Ground transportation via Lyft from Office to San Francisco, CA (SFO) airport for D. Ross 10/31/19. | $ | 33.55 |
| Arun Mani | 11/01/19 | Ground transportation via Marriott Marquis to San Francisco (San Francisco, CA (SFO) airport) Airport. | $ | 29.15 |
| Toby Sedgwick | 11/01/19 | Ground transportation via Uber for travel from Chicago O'Hare International Airport (ORD) to home. | $ | 31.68 |
| Fran Shammo | 11/01/19 | Gas for Car rental (10/28/19 - 11/01/19). | $ | 34.02 |
| Dennis Cha | 11/01/19 | Ground transportation via LYFT for travel from airport to home on 11/1. | $ | 35.06 |
| Toby Sedgwick | 11/01/19 | Ground transportation via Uber for travel from hotel to San Francisco Airport (San Francisco, CA (SFO) airport). | $ | 35.17 |

**EXHIBIT D1**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
November 1, 2019 through November 30, 2019

| Name | Date | Description | Amount |
|---|---|---|---:|
| Arun Mani | 11/01/19 | Ground transportation via UBER from airport (IAH) to residence. | $ 54.81 |
| Fran Shammo | 11/01/19 | Parking overnight at office as because it was less expensive then parking at hotel for 2 days (10/31/19 - 11/01/19). | $ 96.00 |
| Dennis Cha | 11/01/19 | Car Rental for travel to client site for 5 days (10/28/19 - 11/1/19). | $ 225.57 |
| Garrett Dupree | 11/03/19 | Reimbursable mileage for travel from home to Dallas / Fort Worth, TX (DFW) airport. (24 miles @ .58 = $13.92) | $ 13.92 |
| Bob Zhang | 11/03/19 | Ground transportation via LYFT from home to airport on 11/03. | $ 21.61 |
| Bob Zhang | 11/03/19 | Ground transportation via LYFT from airport to hotel on 11/03. | $ 32.16 |
| Dennis Cha | 11/03/19 | Ground transportation via LYFT for travel from home to airport on 11/3. | $ 33.51 |
| Kristy Hornland | 11/03/19 | Ground transportation via Uber for travel from home to Denver airport (DIA). | $ 33.65 |
| Toby Sedgwick | 11/03/19 | Ground transportation via Uber for travel from home to Chicago O'Hare International Airport (ORD). | $ 38.74 |
| Yosef Kerzner | 11/03/19 | Ground transportation via LYFT from home to airport. | $ 42.44 |
| Michael Zanko | 11/03/19 | Ground transportation via SQ for travel from airport to client site. | $ 66.44 |
| Dennis Cha | 11/04/19 | Ground transportation via LYFT for travel from client site to train station. | $ 12.04 |
| Dennis Cha | 11/04/19 | Ground transportation via LYFT for travel from hotel to train station on 11/4. | $ 17.61 |
| Dennis Cha | 11/04/19 | Ground transportation via LYFT for travel from hotel area to client site. | $ 20.00 |
| Bob Zhang | 11/04/19 | Ground transportation via LYFT from dinner on to hotel 11/04. | $ 20.93 |
| Will Brennan | 11/04/19 | Ground transportation via Uber from home to Newark Airport. | $ 21.60 |
| Michael Zanko | 11/04/19 | Ground transportation via UBER for travel from home to airport. | $ 21.75 |
| Bob Zhang | 11/04/19 | Ground transportation via LYFT from hotel to dinner on 11/04. | $ 29.76 |
| Yosef Kerzner | 11/04/19 | Ground transportation via LYFT from airport to hotel. | $ 30.11 |
| Toby Sedgwick | 11/04/19 | Ground transportation via Uber for travel from San Francisco, CA (SFO) airport to hotel. | $ 31.76 |
| Garrett Dupree | 11/04/19 | Ground transportation via Uber from San Francisco, CA (SFO) airport to hotel. | $ 34.99 |
| Fran Shammo | 11/04/19 | Parking at PG&E office. | $ 55.00 |
| Dennis Cha | 11/03/19 | Ground transportation via LYFT for travel from airport to hotel on 11/3 | $ 57.85 |
| Kristy Hornland | 11/04/19 | Ground transportation via Uber for travel from San Francisco, CA (SFO) airport to Hotel. | $ 65.43 |
| Will Brennan | 11/04/19 | Ground transportation via Uber from San Francisco airport to client site in San Ramon, CA. | $ 74.58 |
| Gaurav Thapan-Raina | 11/04/19 | Uber expense incurred in New York, NY while travelling to JFK airport in NY to travel to PG&E site in San Francisco, CA. | $ 77.08 |
| Gaurav Thapan-Raina | 11/05/19 | Ground transportation via Uber expense incurred in CA in relation to PG&E work support | $ 6.81 |
| Dennis Cha | 11/05/19 | Ground transportation via LYFT for travel from hotel to train station on 11/5. | $ 11.70 |
| Kristy Hornland | 11/05/19 | Ground transportation via Uber for travel from Hotel to PG&E Headquarters . | $ 15.44 |
| Dennis Cha | 11/05/19 | Ground transportation via LYFT for travel from train station to hotel on 11/5. | $ 19.43 |
| Will Brennan | 11/05/19 | Ground transportation via Uber from client site in San Ramon to hotel in San Francisco. | $ 45.20 |
| Gaurav Thapan-Raina | 11/05/19 | Ground transportation via Uber for travel from PG&E site to hotel. | $ 52.91 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
November 1, 2019 through November 30, 2019

| Name | Date | Description | Amount |
|---|---|---|---:|
| Fran Shammo | 11/05/19 | Parking at lodging for 1 night (11/04/19 - 11/05/19) while traveling to perform work for PG&E. | $ 66.18 |
| Dennis Cha | 11/06/19 | Tolls for Car Rental for 3 days (11/5/19 - 11/6/19). | $ 17.91 |
| Michael Zanko | 11/06/19 | Ground transportation via Squ for travel from airport to home. | $ 23.31 |
| Fran Shammo | 11/06/19 | Parking at KPMG office. | $ 24.00 |
| Michael Zanko | 11/06/19 | Ground transportation via UBER for travel from downtown to San Francisco airport. | $ 38.46 |
| Scott Stoddard | 11/06/19 | Ground transportation via Uber for travel from airport to hotel. | $ 45.23 |
| Fran Shammo | 11/06/19 | Parking at lodging for 1 night (11/05/19 - 11/06/19) while traveling to perform work for PG&E. | $ 66.18 |
| Scott Stoddard | 11/06/19 | Airport Parking for 2 days (11/05/19 - 11/06/19) | $ 80.00 |
| Dennis Cha | 11/07/19 | Tolls for Car Rental for 3 days (11/6/19 - 11/7/19). | $ 7.60 |
| Garrett Dupree | 11/07/19 | Ground transportation via Uber from hotel to client site. | $ 16.37 |
| farbod Farzan | 11/07/19 | Ground transportation via Uber from Newark, NJ airport to home. | $ 17.69 |
| Yosef Kerzner | 11/07/19 | Ground transportation via LYFT to airport from client site. | $ 21.84 |
| Bob Zhang | 11/07/19 | Ground transportation via LYFT from airport to home on 11/07. | $ 23.29 |
| farbod Farzan | 11/07/19 | Ground transportation via Uber from PG&E office to San Francisco airport. | $ 34.42 |
| Garrett Dupree | 11/07/19 | Ground transportation via Uber from Dallas / Fort Worth, TX (DFW) airport to home. | $ 36.55 |
| Fran Shammo | 11/07/19 | Parking at lodging for 1 night (11/06/19 - 11/07/19) while traveling to perform work for PG&E. | $ 66.18 |
| Gaurav Thapan-Raina | 11/07/19 | Taxi expense incurred in San Francisco, CA while performing work for PG&E. | $ 66.95 |
| Fran Shammo | 11/07/19 | Gas for Car rental (11/02/19 - 11/07/19). | $ 77.26 |
| Dennis Cha | 11/07/19 | Car Rental for 3 days (11/5/19 - 11/7/19). | $ 91.32 |
| Kristy Hornland | 11/08/19 | Ground transportation via Uber for travel from Hotel to PG&E Headquarters. | $ 12.64 |
| Dennis Cha | 11/08/19 | Ground transportation via LYFT for travel from train station to hotel on 11/7. | $ 18.78 |
| Fran Shammo | 11/08/19 | Parking PG&E parking at office | $ 24.00 |
| Will Brennan | 11/08/19 | Ground transportation via Uber from client site to Amtrak train station. | $ 31.53 |
| Scott Stoddard | 11/08/19 | Airport parking for 1 day (11/08/19). | $ 40.00 |
| Kristy Hornland | 11/08/19 | Ground transportation via Uber for travel from PG&E Headquarters to San Francisco, CA (SFO) airport. | $ 46.78 |
| Scott Stoddard | 11/08/19 | Ground transportation for travel from San Ramon to Oakland Airport. | $ 56.17 |
| Gaurav Thapan-Raina | 11/08/19 | Ground transportation via Taxi for travel from airport to home. | $ 61.30 |
| Dennis Cha | 11/08/19 | Ground transportation via LYFT for travel from hotel to client site. | $ 61.52 |
| Scott Stoddard | 11/08/19 | Ground transportation for travel from San Ramon Valley Conference Center (PG&E) to Oakland Airport. | $ 63.83 |
| Fran Shammo | 11/08/19 | Ground transportation via Taxi from Newark, NJ airport to home. | $ 69.25 |
| Fran Shammo | 11/08/19 | Car rental for 12 days (10/28/19 - 11/08/19). | $ 360.60 |
| Dennis Cha | 11/09/19 | Airport Parking for 1 day (11/8 - 11/9). | $ 26.00 |
| Garrett Dupree | 11/10/19 | Reimbursable mileage for travel from home to Dallas / Fort Worth, TX (DFW) airport. (25 miles @ .58 = $14.50) | $ 14.50 |
| Bob Zhang | 11/10/19 | Ground transportation via LYFT from home to airport. | $ 20.60 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
November 1, 2019 through November 30, 2019

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Dennis Cha | 11/10/19 | Airport Parking for 1 day (11/9 - 11/10). | $ | 28.00 |
| Bob Zhang | 11/10/19 | Ground transportation via LYFT from airport to hotel. | $ | 39.46 |
| Arun Mani | 11/10/19 | Ground transportation via taxi from San Francisco, CA (SFO) airport to Marriott Marquis. | $ | 46.55 |
| Josh Conkel | 11/11/19 | Ground transportation via LYFT from hotel to PG&E office (77 Beale). | $ | 16.71 |
| Dennis Cha | 11/11/19 | Airport Parking for 1 day (11/10 - 11/11). | $ | 22.00 |
| farbod Farzan | 11/11/19 | Ground transportation via Uber from home to Newark, NJ airport. | $ | 31.46 |
| Toby Sedgwick | 11/11/19 | Ground transportation via Uber for travel from home to Chicago O'Hare International Airport (ORD). | $ | 38.74 |
| Toby Sedgwick | 11/11/19 | Ground transportation via Uber for travel from San Francisco Airport (SFO) to hotel. | $ | 44.58 |
| Josh Conkel | 11/11/19 | Ground transportation via Lyft from San Francisco, CA (SFO) airport to hotel in client city. | $ | 45.05 |
| Gaurav Thapan-Raina | 11/11/19 | Ground transportation via Taxi fare from airport to hotel. | $ | 52.75 |
| Arun Mani | 11/11/19 | Ground transportation via UBER for travel from residence to Houston, TX airport (IAH). | $ | 55.83 |
| Garrett Dupree | 11/11/19 | Ground transportation via Uber from San Francisco, CA (SFO) airport to hotel. | $ | 62.34 |
| Fran Shammo | 11/11/19 | Ground transportation via Uber from home to Newark, NJ (EWR) airport. | $ | 62.66 |
| Gaurav Thapan-Raina | 11/11/19 | Ground transportation via Taxi fare from home to airport. | $ | 68.42 |
| Gary Rich | 11/12/19 | Ground transportation via Uber for travel from client site to hotel. | $ | 10.20 |
| Will Brennan | 11/12/19 | Ground transportation via Uber from Amtrak station to PG&E client site. | $ | 13.82 |
| Josh Conkel | 11/12/19 | Ground transportation via Lyft from client site to hotel. | $ | 15.76 |
| Josh Conkel | 11/12/19 | Ground transportation via Lyft from hotel to client site on business travel. | $ | 16.21 |
| Fran Shammo | 11/12/19 | Parking at Lodging for 1 night (11/11/19 - 11/12/19) while traveling to perform work for PG&E. | $ | 25.00 |
| farbod Farzan | 11/12/19 | Ground transportation via Uber from San Francisco airport to PGE site. | $ | 33.90 |
| Scott Stoddard | 11/12/19 | Airport Parking at Los Angeles Airport for | $ | 40.00 |
| Yosef Kerzner | 11/12/19 | Ground transportation via LYFT to home from airport. | $ | 43.35 |
| Gary Rich | 11/12/19 | Ground transportation via taxi for travel from airport to home. | $ | 54.90 |
| Gary Rich | 11/12/19 | Ground transportation from airport to client site. | $ | 69.88 |
| Gary Rich | 11/12/19 | Ground transportation via taxi for travel from airport to home. | $ | 73.98 |
| Scott Stoddard | 11/13/19 | Tolls for Rental Car. | $ | 5.95 |
| Toby Sedgwick | 11/13/19 | Ground transportation via Taxi for travel from hotel to PG&E San Francisco Headquarters. | $ | 12.00 |
| Josh Conkel | 11/13/19 | Ground transportation via Lyft from hotel to client site on business travel. | $ | 16.68 |
| Josh Conkel | 11/13/19 | Ground transportation via Lyft from client site to hotel. | $ | 18.59 |
| Dennis Cha | 11/13/19 | Parking at KPMG office on 11/13. | $ | 24.00 |
| Fran Shammo | 11/13/19 | Parking at Lodging for 1 night (11/12/19 - 11/13/19) while traveling to perform work for PG&E. | $ | 25.00 |
| Arun Mani | 11/13/19 | Ground transportation via Uber from KPMG Office to San Francisco, CA (SFO) Airport. | $ | 31.98 |
| Fran Shammo | 11/13/19 | Parking at KPMG office. | $ | 33.60 |
| Fran Shammo | 11/13/19 | Tolls for Car rental for 3 days (11/11/19 - 11/13/19). | $ | 48.60 |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
November 1, 2019 through November 30, 2019

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Scott Stoddard | 11/13/19 | Ground transportation for travel from San Francisco airport to downtown. | $ | 50.39 |
| Scott Stoddard | 11/13/19 | Ground transportation for travel from San Francisco airport to downtown. | $ | 58.35 |
| Dennis Cha | 11/13/19 | Fuel for S. Stoddard's (KPMG) rental car. | $ | 68.18 |
| Fran Shammo | 11/13/19 | Ground transportation via uber from Newark, NJ (EWR) to home. | $ | 82.01 |
| Fran Shammo | 11/13/19 | Car rental for 3 days (11/11/19 - 11/13/19). | $ | 128.25 |
| farbod Farzan | 11/14/19 | Ground transportation via uber from hotel to PGE site. | $ | 7.78 |
| Gary Rich | 11/14/19 | Ground transportation via Uber for travel to client site from hotel. | $ | 7.97 |
| Toby Sedgwick | 11/14/19 | Ground transportation via Uber for travel from dinner to hotel. | $ | 9.15 |
| Toby Sedgwick | 11/14/19 | Ground transportation via Taxi for travel from PG&E Headquarters to dinner. | $ | 11.55 |
| farbod Farzan | 11/14/19 | Ground transportation via uber from PGE site to hotel. | $ | 13.53 |
| Garrett Dupree | 11/14/19 | Ground transportation via Uber from hotel to client site. | $ | 15.66 |
| Josh Conkel | 11/14/19 | Ground transportation via Lyft from hotel to client site on business travel. | $ | 16.46 |
| Josh Conkel | 11/14/19 | Ground transportation via Lyft from client site to hotel. | $ | 16.60 |
| Will Brennan | 11/14/19 | Ground transportation via Uber from Newark airport to home. | $ | 17.99 |
| Bob Zhang | 11/14/19 | Ground transportation via LYFT from airport to home. | $ | 25.23 |
| farbod Farzan | 11/14/19 | Ground transportation via Uber ride from PGE office to San Francisco, CA (SFO) airport. | $ | 26.08 |
| farbod Farzan | 11/14/19 | Ground transportation via uber ride from Newark, NJ (EWR) airport to home. | $ | 27.26 |
| Dennis Cha | 11/14/19 | Ground transportation via LYFT for travel from airport to home on 11/14. | $ | 28.46 |
| Toby Sedgwick | 11/14/19 | Ground transportation via Uber for travel from Chicago O'Hare International Airport (ORD) to home. | $ | 32.87 |
| Gary Rich | 11/14/19 | Ground transportation from hotel to airport. | $ | 34.84 |
| Will Brennan | 11/14/19 | Ground transportation via Uber from client site to San Francisco airport. | $ | 36.80 |
| Garrett Dupree | 11/14/19 | Ground transportation via Uber from Dallas / Fort Worth, TX (DFW) airport to home. | $ | 37.09 |
| Garrett Dupree | 11/14/19 | Ground transportation via Uber from client site to San Francisco, CA (SFO) airport. | $ | 40.79 |
| Josh Conkel | 11/14/19 | Ground transportation via Lyft from client site to San Francisco, CA (SFO) airport. | $ | 44.54 |
| Josh Conkel | 11/14/19 | Parking at CMH airport while on client travel for 5 days (11/10/19 11/14/19). | $ | 49.00 |
| Toby Sedgwick | 11/14/19 | Ground transportation via Uber for travel from hotel to San Francisco Airport. | $ | 51.22 |
| Scott Stoddard | 11/14/19 | Car rental for 7 days (11/08/19 - 11/14/19). | $ | 251.73 |
| Gaurav Thapan-Raina | 11/15/19 | Ground transportation via Taxi from John F. Kennedy International Airport, NY to home. | $ | 67.42 |
| Daniel Frasure | 11/17/19 | Ground transportation via Uber Jump for travel to / from dinner. | $ | 3.26 |
| Daniel Frasure | 11/17/19 | Ground transportation via Uber for travel from airport to hotel. | $ | 42.20 |
| Daniel Frasure | 11/18/19 | Ground transportation via Uber Jump for travel to / from dinner. | $ | 3.26 |
| Will Brennan | 11/18/19 | Ground transportation via Uber from home to Newark Airport. | $ | 24.31 |
| Will Brennan | 11/18/19 | Ground transportation via Uber from San Francisco airport to PG&E client site. | $ | 37.41 |
| Will Brennan | 11/18/19 | Ground transportation via Uber from PG&E client site to hotel. | $ | 52.71 |
| Scott Stoddard | 11/18/19 | Ground transportation for travel from San Francisco airport to downtown. | $ | 58.56 |

# EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
November 1, 2019 through November 30, 2019

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Kimberly Johnson | 11/18/19 | Ground transportation via Uber on 11/18/19 traveling from San Francisco, CA (SFO) airport to client site. | $ | 62.12 |
| Dennis Cha | 11/18/19 | Ground transportation via LYFT for LYFT for travel from office to airport on 11/18. | $ | 71.95 |
| Gaurav Thapan-Raina | 11/18/19 | Ground transportation via Uber from San Francisco, CA (SFO) airport to client site. | $ | 76.59 |
| Daniel Frasure | 11/19/19 | Ground transportation via Uber Jump for travel to / from dinner. | $ | 3.22 |
| Daniel Frasure | 11/19/19 | Ground transportation via Uber for travel from hotel to client. | $ | 19.48 |
| Kimberly Johnson | 11/19/19 | Ground transportation via PGE Lyft fee incurred on 11/18/19 traveling from home to Los Angeles airport. | $ | 23.39 |
| Will Brennan | 11/19/19 | Ground transportation via Uber from hotel to PG&E client site. | $ | 23.82 |
| Scott Stoddard | 11/19/19 | Ground transportation for travel from home to Los Angeles airport. | $ | 29.79 |
| Dennis Cha | 11/19/19 | Ground transportation via LYFT for travel from airport to hotel on 11/19. | $ | 36.10 |
| Will Brennan | 11/19/19 | Ground transportation via Uber from PG&E client site to hotel. | $ | 43.81 |
| Gaurav Thapan-Raina | 11/19/19 | Ground transportation via Uber from San Francisco, CA (SFO) airport to client site. | $ | 68.49 |
| Will Brennan | 11/20/19 | Ground transportation via Uber from hotel to PG&E client site. | $ | 23.78 |
| Will Brennan | 11/20/19 | Ground transportation via Uber from client site to hotel. | $ | 40.14 |
| Dennis Cha | 11/21/19 | Ground transportation via LYFT for travel from client site to hotel on 11/21. | $ | 9.40 |
| Dennis Cha | 11/21/19 | Ground transportation via Clipper for travel to client site on 11/21. | $ | 10.00 |
| Dennis Cha | 11/21/19 | Ground transportation via LYFT for travel from train station to client site on 11/21. | $ | 15.42 |
| Will Brennan | 11/21/19 | Ground transportation via Uber from hotel to PG&E client site. | $ | 23.62 |
| Will Brennan | 11/21/19 | Ground transportation via Uber from PG&E client site to San Francisco airport. | $ | 36.04 |
| Will Brennan | 11/21/19 | Ground transportation via Uber from Newark airport to home. | $ | 38.82 |
| Scott Stoddard | 11/21/19 | Ground transportation for travel from downtown to San Francisco airport. | $ | 39.79 |
| Scott Stoddard | 11/21/19 | Ground transportation for travel from Los Angeles airport to home. | $ | 45.57 |
| Daniel Frasure | 11/21/19 | Ground transportation via Uber for travel from hotel to airport. | $ | 48.43 |
| Kimberly Johnson | 11/22/19 | Ground transportation via Uber on 11/22/19 traveling from client site to San Francisco, CA (SFO) airport. | $ | 21.92 |
| Kimberly Johnson | 11/22/19 | Ground transportation via Uber on 11/22/19 traveling from Los Angeles, CA airport to home. | $ | 24.42 |
| Dennis Cha | 11/22/19 | Ground transportation via LYFT for travel from airport to home on 11/22. | $ | 26.72 |
| Scott Stoddard | 11/22/19 | Ground transportation for travel from San Francisco to San Ramon Valley Conference Center (PG&E). | $ | 39.80 |
| Dennis Cha | 11/22/19 | Ground transportation via LYFT for travel from hotel to airport on 11/22. | $ | 50.76 |
| Gaurav Thapan-Raina | 11/22/19 | Ground transportation via Taxi from John F. Kennedy International Airport, NY to home. | $ | 64.30 |
| Dennis Cha | 11/25/19 | Ground transportation via LYFT for travel from home to airport 11/25. | $ | 23.67 |

EXHIBIT D1

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
November 1, 2019 through November 30, 2019

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Dennis Cha | 11/27/19 | Tolls for Car Rental for 3 days (11/25/19 - 11/27/19). | $ | 16.96 |
| Dennis Cha | 11/27/19 | Car Rental for 3 days (11/25/19 - 11/27/19). | $ | 136.36 |
| Dennis Cha | 11/28/19 | Ground transportation via LYFT for travel from Los Angeles airport to home on 11/27. | $ | 21.94 |
| | | **Total Ground Transportation** | **$** | **7,231.18** |
| | | **Miscellaneous Subtotal** | **$** | **-** |
| | | **Total Out of Pocket Expenses** | **$** | **62,784.67** |