**Exhibit 1**

Master Services Agreement Amendment



# Contract Change Order

This is Change Order ("CO") No. 05 to Contract No. C74 (formerly 4400011341) dated 01/17/2017 between the below-named Contractor ("Contractor"), a Delaware Limited Liability Partnership, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this Contract, as amended by this Change Order, pursuant to and in accordance with the terms and conditions of the Contract.

| Contractor's Legal Name: | PricewaterhouseCoopers, LLP | This Contract Change Order consists of 2 pages. |
|---|---|---|
| Contractor's Address: | 300 Madison Avenue<br>New York, NY 10017 | |
| **Project Name**: | Consulting Services | |
| **Job Location**: | Various locations | |

**CHANGES:** The Parties hereby modify the Contract referenced above as follows:

In consideration of the recitals, and of the terms, covenants and conditions herein, the parties agree that Contract No. C74 dated January 17, 2017 is amended as follows:

1. The Services Agreement expiration date is hereby extended, and the revised expiration of this agreement shall be July 31, 2020

All other terms of this Contract will remain unchanged.

The Parties specifically agree that this Services Agreement shall be deemed to have been in effect continuously and without interruption since the original effective date of January 17, 2017.

**ATTACHMENTS:** No attachments to this change order.

| **PRICING CHANGES**: | Previous Total Contract Value: | Sum of all value for authorized Work performed under Contract. |
|---|---|---|
| | Addition or Deduction: | Sum of all value for authorized Work performed under Contract. |
| | Revised Total Contract Value: | Sum of all value for authorized Work performed under Contract. |

**All other terms and conditions of the Contract, as it may have been amended by previous Contract Change Order(s), if any, shall remain the same.**

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CONTRACT CHANGE ORDER.**

PG&E Corporation ("PG&E Corp.") and Pacific Gas and Electric Company (the "Utility," and, together with PG&E Corp., the "Debtors"), are debtors-in-possession in a proceeding pending under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Northern District of California. Nothing herein shall be deemed to constitute an assumption of the Contract and/or any CWA or a waiver or modification of the Debtors' rights to assume, assume and assign, or reject the Contract and/or any CWA pursuant to section 365 of the Bankruptcy Code. The Debtors hereby reserve all rights available to them under such proceedings. Any amounts paid by the Debtors hereunder must be applied to goods and/or services provided to the Debtors on or after January 29, 2019 (the "Petition Date") and shall not be applied to satisfy Claims (as defined in the Bankruptcy Code) arising prior to the Petition Date.

| **PACIFIC GAS AND ELECTRIC COMPANY** | | **CONTRACTOR: PricewaterhouseCoopers, LLP** | |
|---|---|---|---|
| Signature | *Jamie Martin* (DocuSigned) | Signature | *Dan Bowman* (DocuSigned) |
| Name | Jamie Martin | Name | Dan Bowman |
| Title | Chief Procurement Office and Vice President, Sourcing | Title | Principal |
| Date | 12/13/2019 | Date | 12/13/2019 |

DocuSign Envelope ID: 1E8E1FD0-1799-4F8C-A598-91BB478CC59F



| ADMINISTRATION | | | |
|---|---|---|---|
| **PG&E Negotiator** | Jafer Baig | **Contractor Representative** | |
| **Phone** | 414-943-0299 | **Phone** | |
| **Email:** | MVBZ@pge.com | **Email:** | |
| **Accounting Reference** | As specified on each duly authorized Contract Work Authorization. | | |

| INTERNAL PG&E USE ONLY | | |
|---|---|---|
| **Distribution Date** | | |
| **Distribution of Copies** | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO | ☒ Contractor (Signed Original Copy) |
| | ☐ Work Supervisor | ☐ Manager |
| | ☐ Invoice Approver | ☐ Supervisor |
| | ☐ V.P. | ☐ Sourcing/ Purchasing |
| | ☐ Director | ☐ Law |