**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**Exhibit 1-B**

Compliance Services



# Contract Work Authorization (CWA)

**This is Change Order ("CO") No. 001 to Contract Work Authorization Matter Number C13673 dated 2/12/2019 (the "CWA") and is issued under and pursuant to the Blanket Agreement or Master Service Agreement No. 4400011341 dated 01/17/2017 (the "MSA"), between the below-named Contractor ("Contractor"), a Delaware Limited Liability Partnership, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA pursuant to and in accordance with the terms and conditions of the MSA.**

| | | |
|---|---|---|
| **Contractor's Legal Name:** | PricewaterhouseCoopers LLP | **This Change Order consists of 3 pages.** |
| **Contractor's Address:** | 300 Madison Avenue<br>New York, NY 10017 | |
| **Project Name:** | Compliance Strategy Support | |
| **Job Location:** | PG&E specified locations | |

**CHANGES: The Parties hereby modify the Contract Work Authorization referenced above as follows:**

This Change Order to the CWA modifies the Scope of Work to include additional activities related to assisting PG&E with performing Compliance & Ethics Maturity Model current state assessments for program elements of PG&E identified sub-Lines of Business ("sub-LOB") and perform Shared Compliance Maturity Model current state assessments for program elements in PG&E-identified Compliance areas:

The first bullet under **Overview** section has been replaced with the following:

1. Assist PG&E by performing Compliance & Ethics (C&E) Maturity Model current state assessments for program elements of PG&E-identified sub-Lines of Business ("sub-LOB") and perform Shared Compliance Maturity Model current state assessments for program elements in PG&E-identified Compliance areas. Four to eight (8) program elements constitutes a full assessment ("Full Assessment"), but PG&E may request that PwC only assess three or fewer specific program elements ("Partial Assessment").

   Consultant shall work collaboratively with PG&E to assist PG&E with its C&E Maturity Models and Shared Compliance Maturity Model current state assessments. PwC's assessment activities will include:

   - Conducting interviews with PG&E Sub-LOBs' stakeholders and Internal Audit as needed to gain an understanding of the maturity of the current state compliance program elements, requesting and analyzing supporting documentation
   - Analyzing documentation provided, including Internal Audit Reports if applicable to assess the Sub-LOBs' current state C&E program elements based on PwC's understanding of the PG&E-provided assessment criteria
   - Conducting follow-up interviews with Sub-LOB Stakeholders and Internal Audit, as requested, to obtain clarification on the documentation provided
   - Documenting the draft results of each Full Assessment or Partial Assessment, including information from the Internal Audit reports if applicable
   - Providing the draft results from the Full Assessment or Partial Assessment to PG&E stakeholders for their review,
   - Revising the draft results based on PG&E stakeholder feedback

Bullet 3 under **Key Assumptions** section is replaced with the following:

- The fixed fees negotiated in this CWA are based on the assumption that the number of Sub-LOB or Shared Compliance Area meetings will be six meetings. These are assumed to include an initial kick off meeting, two or fewer follow up meetings with the Sub-LOB stakeholders. Two or fewer follow up meetings with Internal Audit, draft results



meeting with C&E and a debrief session with the Sub-LOBs or Shared Compliance Area. These meetings are expected to take up to six hours in total.

The fixed fee schedule under **Professional Fees and Expenses** section has been replaced with the following table based on the additional scope of work and activities to the following:

–

| Activity | Fees (in US$) |
|---|---|
| Draft Full Assessments of sub-LOB Compliance Maturity Model or Shared Compliance Maturity Model | $ 63,500 per Full Assessment |
| Draft Partial Assessment of sub-LOB Compliance Maturity Model or Shared Compliance Maturity Model | $18,500 per program element included in Partial Assessment |
| Draft Full or Partial Assessment of sub-LOB Compliance Maturity Model or Shared Compliance Maturity Model with internal audit report analysis | $1,400 per internal audit report analyzed incremental to full assessment or partial assessment fixed fee noted above |
| Draft User Guide, Draft Compliance Metrics, and other supporting materials | $145,000 |

Period of Performance: Upon CWA execution, Services are extended from January 31, 2020 to September 30, 2020

| PRICING CHANGES | Previous Total CWA Value: | **$1,945,000** |
|---|---|---|
| | Addition or Deduction: | **$0** |
| | Revised Total CWA Value: | **$1,945,000** |

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CWA CHANGE ORDER NO. 001.**

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: PRICEWATERHOUSECOOPERS LLP | |
|---|---|---|---|
| Signature | [signature] | Signature | [signature] Meera Banerjee |
| Name | Cliff Gleicher | Name | Meera Banerjee |
| Title | Senior Director | Title | Partner |
| Date | 11/5/19 | Date | 10/9/2019 |

**ADMINISTRATION**

| PG&E Negotiator | | Contractor Representative | Meera Banerjee |
|---|---|---|---|
| Phone | | Phone | 415-425-5055 |
| Email | | Email | |
| Accounting Reference | Matter 1907624 | | |



Contract Work Authorization Matter Number C13673
CWA Change Order No. 001

| INTERNAL PG&E USE ONLY | | |
|---|---|---|
| **Distribution Date** | | |
| **Distribution of Copies:** | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO | ☐ Contractor (Signed Original Copy) |
| | ☐ Work Supervisor | ☐ Manager |
| | ☐ Invoice Approver | ☐ Supervisor |
| | ☐ V.P. | ☐ Sourcing/ Purchasing |
| | ☐ Director | ☐ Law |

CWA (Sourcing)