# Exhibit 1-E

Rule 21 Pilot Testing Services



Contract Work Authorization Matter Number XXXXXXX
CWA Change Order

# Contract Work Authorization (CWA)

This is Change Order ("CO") 001 to Contract Work Authorization Matter Number 14785 dated 4/24/2019 (the "CWA") and is issued under and pursuant to the Blanket Agreement or Master Service Agreement No. 4400011341 dated 01/17/2017 (the "MSA"), between the below-named Contractor ("Contractor"), a Delaware Limited Liability Partnership, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA pursuant to and in accordance with the terms and conditions of the MSA.

| **Contractor's Legal Name:** | PricewaterhouseCoopers LLP | **This Change Order consists of 3 pages.** |
|---|---|---|
| **Contractor's Address:** | Los Angeles, CA | |
| **Project Name**: | CPUC – Rule 21 – Pilot Data Analysis Support | |
| **Job Location**: | PG&E specified locations | |

<u>CHANGES</u>: The Parties hereby modify the Contract Work Authorization referenced above as follows:

This CO No. 001 amends CWA 14785 as followings:

1) The section entitled "**A. Services to be provided**" of Attachment 1 – Scope of Work, Inter-connection support – Pilot Data Analysis, 2019," is amended as follows:

**A. Services to be provided:**

The following outlines the additional Services to be provided by PwC to PG&E's Electric Distribution Interconnection business units, which will be performed in calendar year 2019 and 2020.

    a. Data Analysis

Work collaboratively with PG&E to develop up to 20 additional (for a total of 25 under the SOW) analytics related to PG&E-defined Electric Rule 21 requirements, as described in the SOW to the CWA.

2) The section entitled "B. Proposed Team Leadership Structure," is deleted in its entirety and replaced with the following:

The PwC resources will have the experience with the subject matter and activities contained within this SOW in order to perform the Services. Where necessary, additional resources may be added to the list below. If, for any reason, we have to replace one of the PwC team members, PwC will work with the PG&E project sponsor to provide a suitable replacement.

| **Name** | **Title** |
|---|---|
| Sunita Suryanarayan | Principal, Engagement Lead |
| Amanda Herron | Partner, Compliance and Regulatory |
| Andrew Line | Director, Engagement Director |
| Colin Nakagaki | Director, Data Specialist |


| Jon Chevalier | Manager, Compliance and Regulatory |
| --- | --- |
| Jason Nolte | Manager, Compliance and Regulatory |
| Nicole Lowrie | Senior Associate, Data Specialist |

3) The section entitled **"C. Level of effort for services,"** is deleted in its entirety and replaced with the following:

Consultant's professional fees for the Services under this CO No. 001 are based on a range of hours and a blend of resources using the PG&E rate card. PwC will work with PG&E to refine these estimates based on final staff selected, nature of work, and allocation of internal PG&E resources to the respective project work streams.

| Area | Estimated Effort (hours) | Estimated Fee |
| --- | --- | --- |
| Data Analytics (Pilot Phase 1) | 380 | $98,000 |
| Data Analytics (Phase 2) | 590 | $175,000 |
| **Total** | 970 | $273,000 |

PwC will bill Client for out-of-pocket expenses. Such out-of-pocket expenses include, but are not limited to, travel, meals, accommodations, report printing, and per-ticket charges for booking travel.

In the event of a change in the project timeline, an analysis of the impact to fees will be performed to determine the need for an adjustment to the fee estimate. PwC's fee estimate is based on the current project schedule and access to the information and personnel needed to perform the Services under this SOW. Any significant Client delays in providing access to the project materials, system integrator or information need to perform the Services or any other significant change to the project schedule could impact the overall effort associated with this SOW and PwC's related fees.

4) The section entitled **"D. Schedule,"** is deleted in its entirety and replaced with the following:

PwC will work with PG&E work supervisors to define a project schedule that addresses PG&E's planned milestones for 2019 and 2020.

Set forth below are the estimate start and end dates for the Services and Deliverables to be provided under this SOW:

Estimate SOW Start Date: April 15, 2019

Estimate SOW End Date: February 28, 2020

Period of Performance: Upon execution of this CO No. 001 to the CWA 14785, the CWA 14785 Term for the provision of the Services is extended from June 28, 2019 to February 28, 2020

| **PRICING CHANGES** | Previous Total CWA Value: | $98,000 |
| --- | --- | --- |

CWA (Sourcing)

DocuSign Envelope ID: 6B438420-ED2C-4838-B48D-554F58FD83F7



Contract Work Authorization Matter Number XXXXXXX
CWA Change Order

|  | Addition or Deduction: | $175,000 |
|---|---|---|
|  | Revised Total CWA Value: | $273,000 |

All other terms and conditions of the CWA 14785, as it may have been amended by previous CWA Change Order(s) if any, shall remain the same.

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CWA CHANGE ORDER NO. 001.**

| PACIFIC GAS AND ELECTRIC COMPANY | | CONTRACTOR: PRICEWATERHOUSECOOPERS LLP | |
|---|---|---|---|
| Signature | *DocuSigned by: Marcos Imperial* | Signature | *Sunita* |
| Name | Marcos Imperial | Name | Sunita Suryanarayan |
| Title | Sourcing Specialist, Senior | Title | Principal |
| Date | 1/22/2020 | Date | January 9, 2020 |

| **ADMINISTRATION** | | | |
|---|---|---|---|
| PG&E Negotiator |  | Contractor Representative | Sunita Suryanarayan |
| Phone |  | Phone | +1 (310) 709 5460 |
| Email |  | Email |  |
| Accounting Reference |  |  |  |

| **INTERNAL PG&E USE ONLY** | | |
|---|---|---|
| **Distribution Date** | | |
| **Distribution of Copies:** | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO | ☐ Contractor (Signed Original Copy) |
|  | ☐ Work Supervisor | ☐ Manager |
|  | ☐ Invoice Approver | ☐ Supervisor |
|  | ☐ V.P. | ☐ Sourcing/ Purchasing |
|  | ☐ Director | ☐ Law |

CWA (Sourcing)