**Exhibit 1-H**

Cybersecurity Assessment Services



Contract Work Authorization
Change Order

# Contract Work Authorization (CWA) Change Order

This is Change Order ("CO") No. **001** to Contract Work Authorization No. **16452** dated **7/26/19** issued under and pursuant to the Blanket Agreement or Master Service Agreement No. **4400011341** dated **1/17/17** **(the "MSA")** between the below-named Contractor **("Contractor")**, Delaware limited liability partnership, **and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105.** Contractor shall perform all Work under this CWA, as amended by this Change Order, pursuant to and in accordance with the terms and conditions of the MSA.

| | | |
|---|---|---|
| **Contractor's Legal Name:** | PRICEWATERHOUSECOOPERS LLP | **This Change Order consists of** 8 **pages.** |
| **Contractor's Address:** | 300 Madison Avenue<br>New York, NY 10017 | |

| | |
|---|---|
| **Project Name**: | Cybersecurity Organization Assessment Recommendations |
| **Job Location**: | various |

**CHANGES:** The Parties hereby modify the Contract Work Authorization referenced above as follows:

3. Your work under this Agreement is subject to the applicable procedures and/or processes approved by the Bankruptcy Court in PG&E's bankruptcy proceeding (Bankruptcy Case No. 19-30088 (DM)) in the United States Bankruptcy Court, Northern District of California, San Francisco Division for the retention of counsel [outside professionals] and those procedures and processes are expressly incorporated herein, as they may be changed from time to time by the Bankruptcy Court.

TIMELINE: Extension for 120 days, from January 13, 2020 - May 8, 2020

SCOPE: Change order modifies the original Scope of Work included in CWA #16452 to include additional activities Contractor will perform as of January 13, 2020, which will include providing ongoing consulting services to support PG&E in its enhancement of its Cybersecurity Organization's effectiveness as described in Attachment 1 hereto.

**ATTACHMENTS: The following are attached to this CWA Change Order and incorporated herein by this reference.**
Attachment No. 1: Change Order No. 001 Amended Scope of Work, Attachment No. 1-A: Resource Sheet

| **PRICING CHANGES**: | | |
|---|---|---|
| | Previous Total CWA Value: | $$980,162 |
| | Addition or Deduction: | $$982,383 |
| | Revised Total CWA Value: | $$1,962,545 |

All other terms and conditions of the CWA, as it may have been amended by previous CWA Change Order(s), if any, shall remain the same.

**THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CWA CHANGE ORDER.**

| **PACIFIC GAS AND ELECTRIC COMPANY** | | **CONTRACTOR: PRICEWATERHOUSECOOPERS LLP** | |
|---|---|---|---|
| Signature | *Rafael Soto-Amaro* (DocuSigned) | Signature | *[signature]* |
| Name | Rafael Soto-Amaro / Rafi Mahzari | Name | Matthew Wilson |
| Title | Portfolio Manager | Title | Principal |
| Date | 1/27/2020 | Date | January 27, 2020 |

DocuSign Envelope ID: 7793E239-A3EF-4DA6-AE6C-2875030EEE68



Contract Work Authorization No. 16452
CWA Change Order No. 001
Page 2 of 8

| ADMINISTRATION | | | |
|---|---|---|---|
| PG&E Negotiator | Rita Manzana | Contractor Representative | |
| Phone | | Phone | |
| Email: | | Email: | |
| Accounting Reference | Invoices submitted pursuant to this CO should be billed to order number - 8190136 | | |

| INTERNAL PG&E USE ONLY | | | |
|---|---|---|---|
| Distribution Date | | | |
| Distribution of Copies: | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO | ☐ Contractor (Signed Original Copy) | |
| | ☐ Work Supervisor | ☐ Manager | |
| | ☐ Invoice Approver | ☐ Supervisor | |
| | ☐ V.P. | ☐ Sourcing/ Purchasing | |
| | ☐ Director | ☐ Law | |

62-1689 CWA (12-1-08)                    Sourcing

Case: 19-30088    Doc# 6365-9    Filed: 03/18/20    Entered: 03/18/20 18:28:37    Page 3 of 9

DocuSign Envelope ID: 7793E239-A3EF-4DA6-AE6C-2875030EEE68

**Attachment 1**

**Change Order No. 001 AMENDED SCOPE OF WORK**

Contractor will provide the following additional consulting services to assist PG&E with its cybersecurity organizational strategy:

**1. Scope of Work**

Working collaboratively with the PG&E Sr. Director of Cybersecurity and other PG&E executive designates (the "Leadership"), Contractor will continue to provide recommendations related to the effectiveness of PG&E's cybersecurity organizational strategy, as PG&E refreshes its cybersecurity organization's vision, mission and objectives, program charter, service plans and catalog. Contractor will assist Leadership by recommending processes to track and monitor PG&E's progress in making changes to its organizational strategy. Specifically, Contractor will:

Phase 1
- Provide PG&E's extended cybersecurity leadership team an understanding of the cybersecurity organizational recommendations that the Leadership decides to pursue for its feedback and discuss the results with Leadership.
- Leveraging the feedback from Leadership and the extended cybersecurity leadership team, assist PG&E in drafting the cybersecurity organizational strategy, including the vision and mission, objectives, operating practices, governance model, and guidance for the cybersecurity team and stakeholders.
- Meet with Leadership to identify organizational performance goals for FY20, and provide recommendations as Leadership establishes its goals and objectives.
- Meet with Leadership and the extended cybersecurity leadership team as designated by Leadership to identify near-term changes that are consistent with the strategy, and document a dashboard for tracking commitments from the extended leadership team.
- Provide recommendations and share generic examples/templates to assist the extended cybersecurity leadership team while it designs processes and procedures for its near-term changes.

Phase 2
- Facilitate the development of cybersecurity service plans through meetings with PG&E's cybersecurity service owners (the "service owners") as designated by Leadership. Contractor will provide recommendations to the service owners, based on Contractor's

DocuSign Envelope ID: 7793E239-A3EF-4DA6-AE6C-2875030EEE68

knowledge of industry leading practices, as the Service Owners create their service plans aligned to PG&E's cybersecurity organizational strategy. Service plans include service goals, technology and resource plans, measurements, process improvements, investment needs, and identifies key risks/issues/gaps.
- Provide recommendations and share generic example templates to assist Leadership to develop a cybersecurity organizational change dashboard for progress reporting.
- Meet periodically with the Service Owners to discuss service plans, identify issues/roadblocks, identify cross-service opportunities that are consistent with the cybersecurity organizational strategy, and provide advice and feedback from other workstreams.

Ongoing
- Facilitate discussions with Leadership, extended cybersecurity leadership team, Information Technology and PG&E Business Units to identify opportunities, roadblocks and make additional recommendations, as organizational change activities are implemented by PG&E.
- Assist Leadership in preparation of briefing materials for executive leadership, Board of Directors or other internal stakeholders, at Leadership request, on key organizational recommendations and PG&E initiatives to implement recommendations.
- Obtain and incorporate feedback from Leadership on Deliverable format and draft Deliverable content.
- Report status of ongoing activities to Leadership on a weekly basis.

## 2. Deliverables by Contractor

All Deliverables will be branded as PG&E's (and not Contractor) and will include:

- Monthly status report on PG&E's cybersecurity organizational change initiative including meetings conducted, summary of key recommendations, management actions, and where applicable, status of PG&E changes associated with the initiative.
- Cybersecurity organizational strategy document with security vision and mission, objectives.
- Cybersecurity organization guide document with organizational security operating practices and governance model.
- Cybersecurity service plan design (template).
- Recommendations for cybersecurity service plans (which will be developed by PG&E Management).
- Cybersecurity organizational strategy dashboard.
- Summary roadmap with PG&E's initiatives associated with the cybersecurity organizational changes.

DocuSign Envelope ID: 7793E239-A3EF-4DA6-AE6C-2875030EEE68

We may prepare some Deliverables in conjunction with you that will be intended to be treated solely as PG&E's own, and will not be represented as having been prepared by Contractor.

### 3. Anticipated Timeframe

The timeline for delivery of services under this SOW is four (4) months from January 13, 2020 to May 12, 2020.

### 4. Project Staffing

Contractor resources assigned to this SOW are as follows:

| Name | Role | Title/Title Equivalent |
| --- | --- | --- |
| Matthew Wilson | Engagement Leader | Partner/Principal |
| Scott Gicking* | Cybersecurity SME | Partner/Principal |
| Jaimie Morsillo | Cybersecurity Senior Analyst | Manager |
| Lauren Adams | Cybersecurity Senior Analyst | Consultant |
| Malika Argawal | Cybersecurity Analyst | Consultant |

*This individual will be staffed on premise at PG&E's site Monday through Thursday for the duration of the engagement, and will work a reasonable work week subject to Contractor's vacation and holiday policies.

### 5. Project Assumptions and Dependencies

The Services and delivery schedule for this project are based upon the assumptions, representations or information supplied by PG&E set forth below ("Assumptions"). In the event these assumptions materially change during the project, there may be an impact to the scope, schedule or duration of the Services that Contractor will request through a change order or amendment. Any change order, additional work, expense or cost shall not be authorized without the prior written approval of PG&E and Contractor. Contractor and PG&E understand that PG&E will be responsible for providing the following:

- Facilitator to streamline internal PG&E needs relating to project execution (i.e. access to data sources, LAN ID approval, PG&E computer access, etc.);
- Provide a working environment for up to three (3) Contractor personnel for use during onsite work. This includes, but is not limited to, building and facility access, office space, email access, and network connectivity to the PG&E network subject to PG&E security provisions.

### 6. Contractor Responsibilities

Contractor will perform the Services in accordance with the Standards for Consulting Services established by the American Institute of Certified Public Accountants. Accordingly, it will not provide an audit or attest opinion or other form of assurance, and will not verify or audit any information provided to it.

### 7. PG&E Responsibilities

PG&E is responsible for all management functions and decisions relating to acceptance of the Services, including evaluating and accepting the adequacy of the scope of the Services in addressing PG&E's needs. Specifically, PG&E is responsible for its Cybersecurity Organizational Strategy, Cybersecurity Services, including its scope and related initiatives. Contractor will assist management by providing advice in the form of recommendations based on Contractors understanding of leading practices and will support through project management only.

PG&E is also responsible for the results achieved from using the Services or Deliverables. PG&E will designate a competent member of its management to oversee the Services. It is PG&E's responsibility to establish and maintain its internal controls. PG&E will provide accurate and complete information and reasonable assistance, and the Contractor will perform the engagement on that basis.

### 8. Fees and Resourcing

Contractor's professional fee for the additional scope of work described above will not exceed $869,366. We will also bill you for our reasonable out-of-pocket expenses, any applicable sales, use or value added tax, and our internal per ticket charges for booking travel, not to exceed 13% of professional fees. Total fees plus expense will not exceed $982,383.

DocuSign Envelope ID: 7793E239-A3EF-4DA6-AE6C-2875030EEE68

Fees for services will be invoiced on a monthly fixed fee basis in accordance with the following schedule:

| Month | Fee |
|---|---|
| January | $153,418 |
| February | $194,329 |
| March | $225,012 |
| April | $225,012 |
| May | $71,595 |
| **Total** | **$869,366** |

Invoices are due per MSA terms.

Any additional work outside of the scope outlined within this SOW will be performed at mutually agreed upon rates, via the standard Change Order Process which shall not be authorized without the prior written approval of PG&E and Contractor.

End of Scope of Work

DocuSign Envelope ID: 7793E239-A3EF-4DA6-AE6C-2875030EEE68

## Attachment 1-A: Resource Sheet

### Resource Schedule and Project Budget

**Resource Schedule:**

| Resource Title/Name | Utilization | | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 22 | 19 | 22 | 22 | 22 | 21 | 17 | 22 | 20 | 23 | 18 | 20 | |
| Matt Wilson, Principal | 20% | H | 24 | 30 | 35 | 35 | 11 | | | | | | | | 136 |
| Scott Gicking, Sr Director (Principal) | 75% | o | 90 | 114 | 132 | 132 | 42 | | | | | | | | 510 |
| Jaimie Morsillo, Manager | 82% | u | 99 | 125 | 145 | 145 | 46 | | | | | | | | 560 |
| Lauren Adams, Consultant | 100% | r | 120 | 152 | 176 | 176 | 56 | | | | | | | | 680 |
| Malika Argawal, Consultant | 94% | s | 113 | 143 | 166 | 166 | 53 | | | | | | | | 640 |
| Project Total | 100% | | 446 | 565 | 654 | 654 | 208 | | | | | | | | 2,526 |
| Full Time Equivalent (FTE) | | | 2.79 | 3.53 | 4.09 | 4.09 | 1.30 | | | | | | | | |

**Project Budget:**

| Resource Title/Name | % of Cost | MSA Rate | Adj Rate | C | Jan | Feb | Mar | April | May | June | July | Aug | Sept | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Matt Wilson, Principal | 5% | $599.00 | $569.00 | o | $13,656 | $17,298 | $20,029 | $20,029 | $6,373 | | | | | | | | $77,384 |
| Scott Gicking, Sr Director (Principal) | 20% | $599.00 | $569.00 | s | $51,210 | $64,866 | $75,106 | $75,106 | $23,896 | | | | | | | | $290,190 |
| Jaimie Morsillo, Manager | 22% | $392.00 | $372.00 | t | $36,762 | $46,566 | $53,918 | $53,918 | $17,156 | | | | | | | | $208,320 |
| Lauren Adams, Consultant | 27% | $291.00 | $276.00 | s | $33,120 | $41,952 | $48,576 | $48,576 | $15,456 | | | | | | | | $187,680 |
| Malika Argawal, Consultant | 25% | $174.00 | $165.30 | | $18,669 | $23,646 | $27,381 | $27,381 | $8,712 | | | | | | | | $105,792 |
| Total Hourly Fees | | | | | $153,418 | $194,329 | $225,012 | $225,012 | $71,595 | | | | | | | | $869,366 |
| Expenses | | | | | | | | | | | | | | | | | $113,091 |
| Project Total | | | | | | | | | | | | | | | | | $982,457.00 |