**Exhibit 1-I**

MetricStream Implementation Services



# Contract Work Authorization (CWA) Change Order

This is Change Order ("CO") to Contract Work Authorization dated October 14, 2019 issued under and pursuant to the Blanket Agreement or Master Service Agreement No. C74 (formerly 4400011341) dated 1/17/2017 (the "MSA") between the below-named Contractor ("Contractor"), a Delaware Limited Liability Partnership, and Pacific Gas and Electric Company ("PG&E"), a California corporation with its headquarters located at 77 Beale Street, San Francisco, California 94105. Contractor shall perform all Work under this CWA, as amended by this Change Order, pursuant to and in accordance with the terms and conditions of the MSA.

| | | |
|---|---|---|
| **Contractor's Legal Name:** | PricewaterhouseCoopers, LLP | This Change Order consists of 2 pages. |
| **Contractor's Address:** | 300 Madison Avenue<br>New York, NY 10017 | |
| **Project Name:** | MetricStream Implementation Support | |
| **Job Location:** | Approved PG&E Job Locations. | |

**CHANGES:** The Parties hereby modify the Contract Work Authorization referenced above as follows:

The following terms and conditions will apply to CWA dated October 14, 2019 is amended as follows:

Contract Period.
The Change Order adjusts the contract end from December 20, 2019 to March 31, 2020.

**ATTACHMENTS:** Original CWA

| | | |
|---|---|---|
| PWC - Metric Stream CWA 10-17-19.pdf | | |

All other terms and conditions of the CWA, as it may have been amended by previous CWA Change Order(s), if any, shall remain the same.

THE PARTIES, BY SIGNATURE OF THEIR AUTHORIZED REPRESENTATIVES, HEREBY AGREE TO THE TERMS OF THIS CWA CHANGE ORDER.

| PACIFIC GAS AND ELECTRIC COMPANY | CONTRACTOR: PricewaterhouseCoopers, LLP |
|---|---|
| Signature: *[signed]* | Signature: *[signed]* |
| Name: Cliff Gleicher | Name: Dhiraj Malhotra |
| Title: Sr. Director, Compliance + Ethics | Title: Principal Partner |
| Date: 12/4/19 | Date: 11/27/19 |

62-1689 CWA (12-1-08)　　　　　　　　　　Sourcing



| ADMINISTRATION | | | |
|---|---|---|---|
| PG&E Negotiator | | Contractor Representative | |
| Phone | | Phone | |
| Email: | | Email: | |
| Accounting Reference | | | |

| INTERNAL PG&E USE ONLY | |
|---|---|
| Distribution Date | |
| Distribution of Copies: | ☐ Document Services (Signed Original Copy) Mail Code N5D 245 MARKET ST., SAN FRANCISCO — ☐ Contractor (Signed Original Copy) |
| | ☐ Work Supervisor — ☐ Manager |
| | ☐ Invoice Approver — ☐ Supervisor |
| | ☐ V.P. — ☐ Sourcing/ Purchasing |
| | ☐ Director — ☐ Law |

62-1689 CWA (12-1-08)　　　　　　　　　　Sourcing

Case: 19-30088    Doc# 6365-10    Filed: 03/18/20    Entered: 03/18/20 18:28:37    Page 3 of 3