1                  UNITED STATES BANKRUPTCY COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                      -oOo-

```
 4   In Re:                        ) Case No. 19-30088
                                   ) Chapter 11
 5   PG&E CORPORATION AND PACIFIC  )
     GAS AND ELECTRIC COMPANY      ) San Francisco, California
 6                                 ) Monday, March 16, 2020
                        Debtors.   ) 10:00 AM
 7   _____)
                                     DEBTORS' SECOND AMENDED
 8                                   MOTION FOR ENTRY OF ORDERS
                                     (I) APPROVING TERMS OF, AND
 9                                   DEBTORS' ENTRY INTO AND
                                     PERFORMANCE UNDER, EQUITY
10                                   BACKSTOP COMMITMENT LETTERS,
                                     (II) APPROVING TERMS OF, AND
11                                   DEBTORS' ENTRY INTO AND
                                     PERFORMANCE UNDER, DEBT
12                                   FINANCING COMMITMENT LETTERS,
                                     AND (III) AUTHORIZING
13                                   INCURRENCE, PAYMENT, AND
                                     ALLOWANCE OF RELATED FEES
14                                   AND/OR PREMIUMS, INDEMNITIES,
                                     COSTS AND EXPENSES AS
15                                   ADMINISTRATIVE EXPENSE CLAIMS
                                     (RELATED DOCS. 4446, 5267)
16                                   [6013]

17                 TRANSCRIPT OF PROCEEDINGS
               BEFORE HONORABLE DENNIS MONTALI
18              UNITED STATES BANKRUPTCY JUDGE

19   APPEARANCES (TELEPHONIC):
     For the Debtors:             STEPHEN KAROTKIN, ESQ.
20                                Weil, Gotshal & Manges LLP
                                  767 Fifth Avenue
21                                New York, NY 10153
                                  (212) 310-8000
22
                                  PAUL H. ZUMBRO, ESQ.
23                                Cravath, Swaine & Moore LLP
                                  85 Eighth Avenue
24                                New York, NY 10019
                                  (212) 474-1000
25
```

(973) 406-2250 | operations@escribers.net | www.escribers.net

```
 1   For the Official Committee   DAVID J. RICHARDSON, ESQ.
     of Tort Claimants:           Baker and Hostetler LLP
 2                                11601 Wilshire Boulevard
                                  14th Floor
 3                                Los Angeles, CA 90025
                                  (310) 442-8858
 4
     For the Official Committee   GREGORY A. BRAY, ESQ.
 5   of Unsecured Creditors:      Milbank LLP
                                  2029 Century Park East
 6                                33rd Floor
                                  Los Angeles, CA 90067
 7                                (424) 386-4000

 8   For the Ad Hoc Committee     DAVID H. BOTTER, ESQ.
     of Senior Unsecured          Akin Gump Strauss Hauer & Feld LLP
 9   Noteholders:                 One Bryant Park
                                  New York, NY 10036
10                                (212) 872-1000

11   For Gov. Gavin Newsom:       MATTHEW L. HINKER, ESQ.
                                  O'Melveny & Myers LLP
12                                7 Times Square
                                  New York, NY 10036
13                                (212) 326-2000

14

15

16

17

18

19

20   Court Recorder:             LORENA PARADA AND ANKEY THOMAS

21   Transcriber:                CLARA RUBIN
                                 eScribers, LLC
22                               7227 N. 16th Street
                                 Suite #207
23                               Phoenix, AZ 85020
                                 (973)406-2250
24
     Proceedings recorded by electronic sound recording;
25   transcript provided by transcription service.
```

PG&E Corp. and Pacific Gas and Electric Co.

1       SAN FRANCISCO, CALIFORNIA, MARCH 16, 2020, 10:01 AM

2                               -oOo-

3               THE CLERK:  Court is now in session, the Honorable

4       Dennis Montali presiding.  Matter of PG&E Corporation.

5               THE COURT:  Good morning and good afternoon, everyone

6       on the phone, and thank you all for being flexible and dealing

7       with a very fluid situation for everyone in the whole world, if

8       not the country, in this case.

9               Mr. Karotkin, are you on the call?

10              Mr. Karotkin?

11              MR. KAROTKIN:  If I can --

12              THE COURT:  Are you there?

13              MR. KAROTKIN:  I'm on the phone.  Can you hear me?

14              THE COURT:  Okay, yes.  Mr. Karotkin.

15              MR. KAROTKIN:  Can you hear me?

16              THE COURT:  Yes, sir, we can hear you.

17              MR. KAROTKIN:  Yes.  I'm sorry.  Okay, good.  If I

18      could just impose on Your Honor for a fifteen-minute recess?

19      We would appreciate that.

20              THE COURT:  Fifteen-minute recess?  That's all you

21      need?

22              MR. KAROTKIN:  Yes, sir.

23              THE COURT:  Okay, for --

24              MR. KAROTKIN:  That's all we need.

25              THE COURT:  All right, I'm going to accommodate that

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1    request.  For those of you on the call, I know that there's

2    some confusion and, obviously, overload at CourtCall.  And

3    unless Mr. Karotkin has some other information, I'm going to

4    suggest that we'll let CourtCall just put this call on hold, or

5    however it chooses to do it.  And I'll take a fifteen-minute

6    recess and will not be participating, will not be on the call

7    specifically from here.  And I'll come back in about fifteen

8    minutes.  So stand loose and --

9            MR. KAROTKIN:  Okay, thank you, sir.

10           THE COURT:  -- I'll hear from you then.  Thank you.

11           MR. KAROTKIN:  Thank you, Your Honor.

12        (Recess from 10:03 a.m., until 10:17 a.m.)

13           THE CLERK:  Court is back in session.

14           THE COURT:  All right, Mr. Karotkin, are you still

15   with us?

16           MR. KAROTKIN:  Yes, sir.  Can you hear me?

17           THE COURT:  Yes.  Are you ready to go?

18           MR. KAROTKIN:  Okay.  Yes, we are, sir.  Mr. Zumbro --

19   is he having -- is he here today?

20           THE COURT:  Okay, Mr. --

21           MR. ZUMBRO:  Yes, thank you, Your Honor.  Paul Zumbro

22   from Cravath, Swaine & Moore, on behalf of the debtors.

23           First, I would just like to thank the Court for making

24   yourself available for today's hearing (indiscernible)

25   operating out (indiscernible) as Your Honor alluded to.  We

PG&E Corp. and Pacific Gas and Electric Co.

1  recognize that the court system and especially communities in

2  California and New York are under attack.  It is a stress.  So

3  we thought appearing telephonically (indiscernible) hopefully

4  won't be that bad.

5          Just wanted to let the Court know that we have not

6  finalized all of the issues with the governor's office, but the

7  debtors' understanding is that the governor's objection to the

8  exit-financing motion that we're here today for has been

9  revised.  And that means that the motion is uncontested at this

10 time.

11         THE COURT:  Mr. --

12         MR. ZUMBRO:  Objection --

13         THE COURT:  Mr. Zumbro, I got to --

14         MR. ZUMBRO:  -- as to --

15         THE COURT:  Mr. Zumbro, I need to interrupt you.

16 You're a little hard to follow.  I wonder if you're a little

17 close to the microphone.

18         And I don't know if anyone --

19         MR. ZUMBRO:  Sure.  Sorry about that.  Is that better?

20         THE COURT:  That's a little better.  So you said

21 the --

22         MR. ZUMBRO:  Okay.

23         THE COURT:  -- you --

24         MR. ZUMBRO:  I was just trying to -- I was just trying

25 to let the Court know that the governor's objection to the

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1   exit-financing motion, we understand, has been resolved.  The

2   only other objection that has previously been lodged is from

3   TURN, and that motion is mooted by the Noteholder RSA and the

4   withdrawal of the competing plan.  So our understanding is that

5   the motion is now on a fairly uncontested basis.

6           I believe Mr. Hinker (indiscernible) involved, Your

7   Honor, might confirm if, from his perspective, if that's

8   accurate.

9           THE COURT:  Well, what I think -- what I'd like you to

10  do, Mr. Zumbro, is listen and let me explain.  I worked my way

11  through this very, very complicated financing, and Mr. Ziman's

12  declaration was very helpful, but it's such a moving target

13  that it would be helpful for me and perhaps many people on the

14  call if we could just get a snapshot of where things are and

15  how it will play out; not the prior iterations, but let's use

16  one of my metaphors.  Mr. Ziman and the declaration sound like

17  I was reading The New York Times.  I'd like to get the U.S.

18  News & -- U.S. Report, you know, the daily summary, instead.

19  And just give me a snapshot of the pieces that come together

20  and what'll happen, and then I'll call for the principal

21  lawyers on the call if they want to be heard on behalf of their

22  clients.

23          MR. ZUMBRO:  Sure, I'm happy to do that, Your Honor.

24  Let me just walk through.  I believe the last complicated

25  document, that is boiled down to read -- there's two different

PG&E Corp. and Pacific Gas and Electric Co.

1   buckets here:  an equity backstop letter, and that is the

2   letter whereby the parties to that, which we refer to as the

3   "backstop parties", have agreed to provide fresh capital to

4   fund with up to twelve billion dollars.  Those are the equity

5   finance letters.  Those basically guarantee that,

6   notwithstanding the market disruption that they're going

7   through, that amount of equity -- fresh equity capital will be

8   available to fund the debtors' plan.

9        I should note -- just to make sure we're all looking

10  at the same page -- I should note that the current capital

11  plan -- capital structure plan that the debtors are proposing

12  is what we refer to in the motion as the OII capital structure.

13  That's the capital structure that is detailed in the

14  presentation -- customarily presented to the CPUC and generally

15  (indiscernible) insured.  That capital structure contemplates a

16  nine billion dollar new equity loan.  But the commitment that

17  (indiscernible) made, which we had all along, is to provide

18  continued flexibility as the CPUC process plays out, and

19  (indiscernible) they can continue (indiscernible) may change

20  prior to emergence.

21       But the basic idea is that these equity backstop

22  letters allow the debtors to go into the market and raise

23  equity at more favorable pricing if it's available.  This is a

24  backstop whereby the equity backstop parties have committed to

25  buy the equity at a specified price (indiscernible) of

PG&E Corp. and Pacific Gas and Electric Co.

1    execution.  That's the equity side.

2         I'll pause there, if Your Honor has any questions

3    (indiscernible).

4         THE COURT:  No, that -- just stick with the summary,

5    what you're doing.  That's fine.  I don't want more detail at

6    this point.  So the next is going to be the debt --

7         MR. ZUMBRO:  Sure.

8         THE COURT:  -- the debt backstop; right?

9         MR. ZUMBRO:  Yes, sir.  So the debt backstop is

10   similar.  The bank financing commitment does provide for the

11   committed financing for the debt side in the capital structure.

12   There's a commitment there for 5 billion dollars to PG&E

13   Corporation and 5.825 billion dollars at the utility.

14        One of the significant modifications we've made

15   relative to our motion that was first filed back in October was

16   that the amount of new debt requirements for these

17   (indiscernible) have come down materially.  Our prior plan

18   contemplated refinancing all of the unsecured debt, and with

19   the prior RSA settlement that was agreed to with the

20   noteholders, where that got a lot of it as being either

21   reinstated or exchanged, there's no longer the need to raise

22   that full amount of debt.

23        So what used to be close to thirty-five billion

24   dollars of new-debt financing commitments that the bank would

25   agree to provide is now to down to the approximately eleven

PG&E Corp. and Pacific Gas and Electric Co.

1  billion dollars, as I described, between the holding

2  corporation and the utility.

3       That -- if you ever wondered -- and this is one thing

4  that's a little complicated.  What we refer to as the temporary

5  utility debt, there's six billion dollars of compensated debt;

6  it's meant to be short-term and long-term, a bridge for a

7  securitization transaction post-emergence.  That is not part of

8  the debt commitments that we're getting today.  The debtor

9  didn't believe it would be necessary to get that on a committed

10  basis, but rather debtors get commitments for all of the

11  cornerstone of the financing.  We thought it be appropriate to

12  make sure we get the insurance finance approved.  So that's the

13  twelve billion dollars in equity and the eleven billion dollars

14  left in that debt commitment.

15       THE COURT:  So if I've got it correctly --

16       MR. ZUMBRO:  And --

17       THE COURT:  -- in round numbers, the company, under

18  this proposal, will bring in twelve billion in new equity;

19  it'll bring in ten -- eleven billion in new debt.  And then

20  there's a refinance of a substantial amount of the existing

21  debt?  So -- right?  So --

22       MR. ZUMBRO:  That's correct.

23       THE COURT:  And what --

24       MR. ZUMBRO:  That's correct.  The debt that we were

25  going to acquire has now been exchanged, and so there's going

PG&E Corp. and Pacific Gas and Electric Co.

1   to be a real improvement of a significant amount of the utility

2   debt and/or an exchange of the (indiscernible) mechanics of the

3   Noteholder RSA that (indiscernible) Your Honor approved, and

4   I'm not sure (indiscernible).

5           THE COURT:  Right.  And one more thing.  Last week, I

6   believe -- I don't know you were here, but Mr. Karotkin or

7   someone was indicating that the time was running till next week

8   for the OII determinations to be final.  Is that still at that

9   stage?  In other words, the portion that is in the capital

10  structure that the Commission has to approve, is that -- that's

11  still in flux, or is that going to be resolved in that amount?

12  Or am I confusing them?

13          MR. ZUMBRO:  I believe that's correct.  I don't know

14  the exact date for the CPUC's approval process.  But that is

15  correct that that is in -- that is in progress.  And --

16          THE COURT:  No, but what I --

17          MR. ZUMBRO:  -- whether it's going to be --

18          THE COURT:  -- what I'm asking --

19          MR. ZUMBRO:  -- a commitment --

20          THE COURT:  But if the company chooses to challenge or

21  appeal or however the next step is at the CPUC, does that

22  change any of the numbers that you've described here?  And if

23  the answer's no, that's fine too.  I just want to make sure I'm

24  clear as to how that works.

25          MR. ZUMBRO:  It doesn't change the numbers directly.

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1    They may need to be included in (indiscernible) but consider

2    (indiscernible) have a little conservative (indiscernible).

3    There will need to be some likely consent with the changes if

4    things may affect the plan with the backstop parties -- I

5    mean -- or the consent parties because they're committing

6    potentially a large amount of capital, have consent rights

7    under the plan.  It used to be included, but they noted that

8    the -- there will be consent, but it will be necessary to

9    reflect certain changes as we continue the process with the

10   governor's office.  So we think it's -- we believe that a

11   consent will be forthcoming, but there have been some

12   (indiscernible) --

13          THE COURT:  Okay.

14          MR. ZUMBRO:  -- financing will be approved

15   (indiscernible).

16          THE COURT:  Now, Mr. Ziman's most recent declaration

17   was filed on March 3rd, and he -- again, I'm not going to try

18   to restate it.  He expressed his professional opinion as to a

19   number of things about a good deal, a better offer,

20   competitive, et cetera.  Would Mr. Simon -- Ziman -- what would

21   he say today, given what the world has gone through in the last

22   two weeks?  Would he still be able to have these -- express

23   these views on this being the right thing to do, the thing to

24   facilitate the company's likely emergence by the June 30th

25   deadline?

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1    MR. ZUMBRO:  Very much so, Your Honor.  I've been in

2   discussions with him (indiscernible), and I think a lot of the

3   market disruption that we've seen in the last couple weeks, I

4   think, will really underscore, with, like, three dark red

5   lines, how important it is to have committed financing in these

6   circumstances.  It is now -- I think it's even more important

7   ever that today -- it's more important today than it's ever

8   been.  It is very important for us to have (indiscernible) to

9   understand the issues for the settlement, and a lot of people

10   (indiscernible).  And I think it's critical to be able to

11   (indiscernible) onsite.  But these commitment letters are even

12   more important, given the market volatility --

13    THE COURT:  Okay.

14    MR. ZUMBRO:  -- at issue.

15    THE COURT:  Okay, here's what I propose.

16    MR. KAROTKIN:  Your Honor?

17    THE COURT:  Yes?  Who --

18    MR. KAROTKIN:  Your Honor?

19    THE COURT:  Who's speaking?

20    MR. KAROTKIN:  Sorry.  It's Mr. Karotkin.

21    THE COURT:  Yes, sir.

22    MR. KAROTKIN:  I just wanted to interrupt, I think, to

23   clarify something Mr. Zumbro said.  As I understand it, and I

24   could -- I could be wrong, I think the total equity commitment

25   is -- in the new capital -- proposed capital structure is nine

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1　billion, not twelve billion.

2　　　　THE COURT:  Well, the papers said it was up to twelve,

3　I thought; right --

4　　　　MR. KAROTKIN:  I think the --

5　　　　THE COURT:  -- right, Mr. Zumbro?

6　　　　MR. ZUMBRO:  Yeah, it's up to twelve.  And it is

7　contemplated that our capital structure is nine billion dollars

8　of equity will be raised.  But it's up to twelve.

9　　　　THE COURT:  Okay.  Here's what I propose for the

10　benefit of everyone on the call.  And I have a list of who the

11　participants are, but I may be missing a couple of critical

12　players.  But I see that Ms. Mitchell is on the call, and I'm

13　going to ask her to comment first about the governor's

14　position.  And then I see Mr. Bray for the official unsecured

15　creditors' committee who had filed a reservation of rights.

16　And then I do not see on my list counsel for the TCC, but I

17　presume there is a lawyer on the phone for TCC.

18　　　　So I'm going to ask that counsel in that sequence --

19　Ms. Mitchell, Mr. Bray, and then whomever is on the call for

20　the TCC -- to raise anything you want to say, and then I'll

21　open it up to see if anyone else wants to be heard.

22　　　　So, Ms. Mitchell, are you there, and can you help us?

23　　　　MR. HINKER:  Good morning, Your Honor.  This is

24　Matthew Hinker from O'Melveny & Myers.  I don't believe Ms.

25　Mitchell is on the phone today, but I am.

PG&E Corp. and Pacific Gas and Electric Co.

1          THE COURT:  Okay.

2          MR. HINKER:  So it's Matthew Hinker, again, from

3   O'Melveny & Myers, on behalf of Gov. Newsom.

4          THE COURT:  Okay.  Thank you.  I --

5          MR. HINKER:  First --

6          THE COURT:  -- just had her name on the list.

7          MR. HINKER:  -- I'd just like to --

8          THE COURT:  Go ahead.  Please.

9          MR. HINKER:  I just want to make sure you could hear

10  me, Your Honor.

11         THE COURT:  I can.  Yes, I can.

12         MR. HINKER:  Okay.  First, I'd just like to add to Mr.

13  Zumbro's opening comments and thank you for allowing us to

14  (indiscernible) telephonically.

15         Well, we --

16         THE COURT:  I didn't have a choice.

17         MR. HINKER:  -- do have a number of -- yeah.

18         THE COURT:  I tried very much to figure out a way to

19  do a video, and it just was not doable.  So we're all in it

20  together.  So go ahead.  Thanks for the -- thank you for the

21  thanks, but I thank all of you for being cooperative also.

22         MR. HINKER:  Just to follow up on Mr. Zumbro's opening

23  comments, (indiscernible) contingency, engaged in productive

24  discussions with the debtors.  And we don't have an overall

25  deal yet.  Given where the market fells, we are prepared to let

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1    the debtors move forward today without our objections, withdraw

2    our objection.

3         THE COURT:  Okay, thank you very much.

4         Mr. Bray?  Are you there?

5         MR. BRAY:  I'm here, Your Honor.  Gregory Bray,

6    Milbank LLP, counsel for the committee.

7         We filed a very short pleading on this.

8    Essentially accurate, I think, was the last comment we just

9    heard, which was you're focused on some of the issues

10   (indiscernible).  And Mr. Zumbro pointed out there is some

11   conditionality with respect to the OII consents.  We're -- I

12   guess we're heartened by the discussions and the progress with

13   the governor.  That was our one concern.

14        On balance, given the current situation, financial

15   market, the committee is of the view that -- it has no

16   objection to allow it to move forward with the financing.  And

17   I think the one comment you heard from Mr. Zumbro was, similar

18   to what the committee's (indiscernible) after our last call

19   which was, given the more negative nature, if that's proper

20   grammar, of the markets lately, it probably it more imperative

21   than it was to get these commitments right now.

22        THE COURT:  Okay.  Well, that's good to hear.

23        All right, who is on the call for the TCC?

24        Anyone?

25        Mr. Julian, are you here?

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1    Ms. Dumas?  Any of my friends?

2    Well --

3    UNIDENTIFIED SPEAKER:  Your Honor --

4    MR. RICHARDSON:  Your Honor, can you hear me?

5    THE COURT:  Yes, sir.

6    MR. RICHARDSON:  Your Honor, David Richardson for the

7    official committee of tort claimants.

8    THE COURT:  Okay.  Mr. Richardson.  Thank you.

9    MR. RICHARDSON:  I apologize for that.  I thought the

10   mute had been turned off.

11   THE COURT:  That's all right.  Do you have anything to

12   add?

13   MR. RICHARDSON:  In light of what we've heard from the

14   governor's office, Your Honor, the TCC has nothing further to

15   add to this matter.

16   THE COURT:  Okay.  Again, let's -- I will ask you all

17   on the phone to be polite and not talk over anyone else.  But I

18   don't have any other papers that suggest that anyone has asked

19   to be heard, but I will ask for anyone who wants to be heard.

20   So you know the drill:  state your name.  And if two people

21   talk, I'll try to pick out one and call on you and then get to

22   the other person.  Anyone?

23   Okay, I will take that silence as that.  I will make a

24   brief statement.  The complexity of the transaction is beyond

25   my understanding, and therefore I have to -- and I understand

PG&E Corp. and Pacific Gas and Electric Co.

1   that from a 35,000-foot point of view, but I couldn't possibly

2   know what Mr. Ziman and the professional advisors -- who have

3   assisted not only the company but the lenders and the

4   Commission and the governor and all the other players, who have

5   put their heads together in one of the most complicated things

6   that, I guess, has ever occurred in U.S. refinancing, and

7   probably more complicated by the world situation.

8         So if I had plenty of time to make a detailed

9   explanation or a statement of findings and conclusions, I would

10  do so.  But under the circumstances, that doesn't make any

11  sense.  I have studied and do understand Mr. Ziman's opinion

12  and the details as set forth in the debtors' second amended

13  motion, which is document number 6013, for the record, because

14  the motion has gone through various iterations.

15        I am satisfied that the debtors, as the moving party

16  and the proponents here, have made a prima facie case for the

17  exercise of their business judgment but, more importantly, to

18  make another major step towards what has been a complex process

19  with the various RSAs, the various rulings and the decisions,

20  and the negotiated results, and including more recently the

21  progress with the disclosure statement.  And therefore, I'm

22  prepared to reach the legal conclusion that the motion for

23  approval of the second amended motion should be granted.  And

24  as I say, exigencies of the circumstances today do not lend

25  themselves to try to be more detailed.  The record states (sic)

(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1   for itself.

2        And therefore, I'm going to compliment the moving

3   parties and also the governor's office and his advisors for

4   working with the debtor to come to the point we are, to the

5   extent that there are numerous things that have to continue to

6   get resolved.  But this is, again, one of the many milestones

7   that I think is important.  And so I look forward to getting an

8   order from counsel for the debtor and signing it.

9        I will tell you all on the call that, if you haven't

10  looked at the docket in the last hour, no surprise; everything

11  for next week is going to be telephonically.  Our court, like

12  other courts, are (sic) taking these steps, these world events,

13  little by little.  But for the next several weeks, we are going

14  to have to continue to perform telephonically, the way I'm

15  doing.

16       I did try to see if there was a way to facilitate some

17  sort of videoconferencing, but the federal courts, particularly

18  with the top -- from the top down to the bankruptcy court, they

19  haven't gotten into the twenty-first century for live

20  interactive videoconferencing in a court setting.  So we are

21  limited to this.

22       I look forward to this crisis going away and seeing

23  all of you back in San Francisco courtroom in the future.  But

24  for now, I'll look forward to hearing you on the phone.  With

25  that, unless anyone wants to be heard, I'll conclude the

escribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

PG&E Corp. and Pacific Gas and Electric Co.

1    hearing.

2         Mr. Karotkin, anything else we need to talk about?

3         MR. KAROTKIN:  Your Honor, (indiscernible) matters,

4    and I thought I'd mention them.  There will be two separate

5    orders, two (indiscernible) separate orders for the backstop

6    equity and the equity financing piece.  We will submit them

7    (indiscernible) and upload it to Your Honor.

8         THE COURT:  Okay.  Best wishes to all of --

9         MR. BOTTER:  Just --

10        THE COURT:  Yes?

11        MR. BOTTER:  I apologize.  Your Honor, my apologies.

12   David Botter of Akin Gump, on behalf of the ad hoc committee.

13        Have there been changes to the two orders that have

14   been submitted (indiscernible)?

15        MR. ZUMBRO:  No, there's no changes.

16        MR. BOTTER:  Okay.  Thank you, Your Honor.

17        THE COURT:  Okay.

18        MR. BOTTER:  I'm sorry to interject.

19        THE COURT:  You got that, Mr. Botter?  Okay.

20        Well, let me wish all of you on the call, your

21   families, your law firms, your -- everyone involved, best

22   wishes.  Stay healthy.  Wash your hands.  Follow the

23   instructions from our leaders.  And let's all stay well for the

24   future of this case and the proper exit from the bankruptcy.

25   Thank you, all.

PG&E Corp. and Pacific Gas and Electric Co.

1          MR. KAROTKIN:  You too, Judge.

2          UNIDENTIFIED SPEAKER:  Thank you.

3          UNIDENTIFIED SPEAKER:  Thank you.

4      (Whereupon these proceedings were concluded at 10:39 AM)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

(973) 406-2250 | operations@escribers.net | www.escribers.net

1               I N D E X

2    RULINGS:                                    PAGE  LINE

3    Debtors' motion for approval of the second      17     21

4    amended motion is granted.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

eScribers
(973) 406-2250 | operations@escribers.net | www.escribers.net

C E R T I F I C A T I O N

I, Clara Rubin, certify that the foregoing transcript is a true
and accurate record of the proceedings.

_____

/s/ CLARA RUBIN

eScribers

7227 N. 16th Street, Suite #207

Phoenix, AZ 85020

Date:  March 17, 2020


(973) 406-2250 | operations@escribers.net | www.escribers.net

## A

able (2)
　11:22;12:10
accommodate (1)
　3:25
accurate (2)
　6:8;15:8
acquire (1)
　9:25
ad (1)
　19:12
add (3)
　14:12;16:12,15
advisors (2)
　17:2;18:3
affect (1)
　11:4
afternoon (1)
　3:5
again (4)
　11:17;14:2;16:16;
　18:6
agree (1)
　8:25
agreed (2)
　7:3;8:19
ahead (2)
　14:8,20
Akin (1)
　19:12
allow (2)
　7:22;15:16
allowing (1)
　14:13
alluded (1)
　4:25
along (1)
　7:17
amended (2)
　17:12,23
amount (7)
　7:7;8:16,22;9:20;
　10:1,11;11:6
and/or (1)
　10:2
answer's (1)
　10:23
apologies (1)
　19:11
apologize (2)
　16:9;19:11
appeal (1)
　10:21
appearing (1)
　5:3
appreciate (1)
　3:19
appropriate (1)
　9:11
approval (2)
　10:14;17:23

approve (1)
　10:10
approved (3)
　9:12;10:3;11:14
approximately (1)
　8:25
assisted (1)
　17:3
attack (1)
　5:2
available (3)
　4:24;7:8,23
away (1)
　18:22

## B

back (4)
　4:7,13;8:15;18:23
backstop (9)
　7:1,3,21,24,24;8:8,9;
　11:4;19:5
bad (1)
　5:4
balance (1)
　15:14
bank (2)
　8:10,24
bankruptcy (2)
　18:18;19:24
basic (1)
　7:21
basically (1)
　7:5
basis (2)
　6:5;9:10
behalf (4)
　4:22;6:21;14:3;
　19:12
benefit (1)
　13:10
Best (2)
　19:8,21
better (3)
　5:19,20;11:19
beyond (1)
　16:24
billion (14)
　7:4,16;8:12,13,23;
　9:1,5,13,13,18,19;13:1,
　1,7
boiled (1)
　6:25
BOTTER (6)
　19:9,11,12,16,18,19
Bray (5)
　13:14,19;15:4,5,5
bridge (1)
　9:6
brief (1)
　16:24
bring (2)
　9:18,19

buckets (1)
　7:1
business (1)
　17:17
buy (1)
　7:25

## C

CALIFORNIA (2)
　3:1;5:2
call (15)
　3:9;4:1,4,6;6:14,20,
　21;13:10,12,19;15:18,
　23;16:21;18:9;19:20
can (10)
　3:11,13,15,16;4:16;
　7:19;13:22;14:11,11;
　16:4
capital (13)
　7:3,7,10,11,12,13,15;
　8:11;10:9;11:6;12:25,
　25;13:7
case (3)
　3:8;17:16;19:24
century (1)
　18:19
certain (1)
　11:9
cetera (1)
　11:20
challenge (1)
　10:20
change (3)
　7:19;10:22,25
changes (4)
　11:3,9;19:13,15
choice (1)
　14:16
chooses (2)
　4:5;10:20
circumstances (3)
　12:6;17:10,24
claimants (1)
　16:7
clarify (1)
　12:23
clear (1)
　10:24
CLERK (2)
　3:3;4:13
clients (1)
　6:22
close (2)
　5:17;8:23
comment (1)
　13:13;15:8,17
comments (2)
　14:13,23
Commission (2)
　10:10;17:4
commitment (7)
　7:16;8:10,12;9:14;

　10:19;12:11,24
commitments (4)
　8:24;9:8,10;15:21
committed (4)
　7:24;8:11;9:9;12:5
committee (5)
　13:15;15:6,15;16:7;
　19:12
committee's (1)
　15:18
committing (1)
　11:5
communities (1)
　5:1
company (3)
　9:17;10:20;17:3
company's (1)
　11:24
compensated (1)
　9:5
competing (1)
　6:4
competitive (1)
　11:20
complex (1)
　17:18
complexity (1)
　16:24
complicated (5)
　6:11,24;9:4;17:5,7
compliment (1)
　18:2
concern (1)
　15:13
conclude (1)
　18:25
concluded (1)
　20:4
conclusion (1)
　17:22
conclusions (1)
　17:9
conditionality (1)
　15:11
confirm (1)
　6:7
confusing (1)
　10:12
confusion (1)
　4:2
consent (5)
　11:3,5,6,8,11
consents (1)
　15:11
conservative (1)
　11:2
consider (1)
　11:1
contemplated (2)
　8:18;13:7
contemplates (1)
　7:15
contingency (1)

　14:23
continue (4)
　7:19;11:9;18:5,14
continued (1)
　7:18
cooperative (1)
　14:21
cornerstone (1)
　9:11
Corporation (3)
　3:4;8:13;9:2
correctly (1)
　9:15
counsel (4)
　13:16,18;15:6;18:8
country (1)
　3:8
couple (2)
　12:3;13:11
Court (62)
　3:3,5,12,14,16,20,23,
　25;4:10,13,14,17,20,
　23;5:1,5,11,13,15,20,
　23,25;6:9;8:4,8;9:15,
　17,23;10:5,16,18,20;
　11:13,16;12:13,15,17,
　19,21;13:2,5,9;14:1,4,
　6,8,11,16,18;15:3,22;
　16:5,8,11,16;18:11,18,
　20;19:8,10,17,19
CourtCall (2)
　4:2,4
courtroom (1)
　18:23
courts (2)
　18:12,17
CPUC (3)
　7:14,18;10:21
CPUC's (1)
　10:14
Cravath (1)
　4:22
creditors' (1)
　13:15
crisis (1)
　18:22
critical (2)
　12:10;13:11
current (2)
　7:10;15:14
customarily (1)
　7:14

## D

daily (1)
　6:18
dark (1)
　12:4
date (1)
　10:14
David (2)
　16:6;19:12

Case: 19-30088　　Doc# 6371　　Filed: 03/19/20　　Entered: 03/19/20 12:52:51　　Page 23 of 27

**deadline (1)**
　11:25
**deal (2)**
　11:19;14:25
**dealing (1)**
　3:6
**debt (15)**
　8:6,8,9,11,16,18,22;
　9:5,5,8,14,19,21,24;
　10:2
**debtor (3)**
　9:8;18:4,8
**debtors (7)**
　4:22;7:11,22;9:10;
　14:24;15:1;17:15
**debtors' (3)**
　5:7;7:8;17:12
**decisions (1)**
　17:19
**declaration (3)**
　6:12,16;11:16
**Dennis (1)**
　3:4
**described (2)**
　9:1;10:22
**detail (1)**
　8:5
**detailed (3)**
　7:13;17:8,25
**details (1)**
　17:12
**determinations (1)**
　10:8
**different (1)**
　6:25
**directly (1)**
　10:25
**disclosure (1)**
　17:21
**discussions (3)**
　12:2;14:24;15:12
**disruption (2)**
　7:6;12:3
**doable (1)**
　14:19
**docket (1)**
　18:10
**document (2)**
　6:25;17:13
**dollar (1)**
　7:16
**dollars (9)**
　7:4;8:12,13,24;9:1,5,
　13,13;13:7
**down (4)**
　6:25;8:17,25;18:18
**drill (1)**
　16:20
**Dumas (1)**
　16:1

**E**

**either (1)**
　8:20
**eleven (3)**
　8:25;9:13,19
**else (3)**
　13:21;16:17;19:2
**emergence (2)**
　7:20;11:24
**engaged (1)**
　14:23
**equity (16)**
　7:1,4,7,7,16,21,23,
　24,25;8:1;9:13,18;
　12:24;13:8;19:6,6
**especially (1)**
　5:1
**Essentially (1)**
　15:8
**et (1)**
　11:20
**even (2)**
　12:6,11
**events (1)**
　18:12
**everyone (4)**
　3:5,7;13:10;19:21
**exact (1)**
　10:14
**exchange (1)**
　10:2
**exchanged (2)**
　8:21;9:25
**execution (1)**
　8:1
**exercise (1)**
　17:17
**exigencies (1)**
　17:24
**existing (1)**
　9:20
**exit (1)**
　19:24
**exit-financing (2)**
　5:8;6:1
**explain (1)**
　6:10
**explanation (1)**
　17:9
**express (1)**
　11:22
**expressed (1)**
　11:18
**extent (1)**
　18:5

**F**

**facie (1)**
　17:16
**facilitate (2)**
　11:24;18:16
**fairly (1)**
　6:5

**families (1)**
　19:21
**favorable (1)**
　7:23
**federal (1)**
　18:17
**fells (1)**
　14:25
**fifteen (1)**
　4:7
**fifteen-minute (3)**
　3:18,20;4:5
**figure (1)**
　14:18
**filed (4)**
　8:15;11:17;13:15;
　15:7
**final (1)**
　10:8
**finalized (1)**
　5:6
**finance (2)**
　7:5;9:12
**financial (1)**
　15:14
**financing (9)**
　6:11;8:10,11,24;
　9:11;11:14;12:5;15:16;
　19:6
**findings (1)**
　17:9
**fine (2)**
　8:5;10:23
**firms (1)**
　19:21
**First (5)**
　4:23;8:15;13:13;
　14:5,12
**flexibility (1)**
　7:18
**flexible (1)**
　3:6
**fluid (1)**
　3:7
**flux (1)**
　10:11
**focused (1)**
　15:9
**follow (3)**
　5:16;14:22;19:22
**forth (1)**
　17:12
**forthcoming (1)**
　11:11
**forward (5)**
　15:1,16;18:7,22,24
**FRANCISCO (2)**
　3:1;18:23
**fresh (2)**
　7:3,7
**friends (1)**
　16:1
**full (1)**

**G**

　8:22
**fund (2)**
　7:4,8
**further (1)**
　16:14
**future (2)**
　18:23;19:24

**G**

**generally (1)**
　7:14
**given (5)**
　11:21;12:12;14:25;
　15:14,19
**good (6)**
　3:5,5,17;11:19;
　13:23;15:22
**Gov (1)**
　14:3
**governor (2)**
　15:13;17:4
**governor's (7)**
　5:6,7,25;11:10;
　13:13;16:14;18:3
**grammar (1)**
　15:20
**granted (1)**
　17:23
**Gregory (1)**
　15:5
**guarantee (1)**
　7:5
**guess (2)**
　15:12;17:6
**Gump (1)**
　19:12

**H**

**hands (1)**
　19:22
**happen (1)**
　6:20
**happy (1)**
　6:23
**hard (1)**
　5:16
**heads (1)**
　17:5
**healthy (1)**
　19:22
**hear (8)**
　3:13,15,16;4:10,16;
　14:9;15:22;16:4
**heard (8)**
　6:21;13:21;15:9,17;
　16:13,19,19;18:25
**hearing (3)**
　4:24;18:24;19:1
**heartened (1)**
　15:12
**help (1)**

　13:22
**helpful (2)**
　6:12,13
**here's (2)**
　12:15;13:9
**Hinker (11)**
　6:6;13:23,24;14:2,2,
　5,7,9,12,17,22
**hoc (1)**
　19:12
**hold (1)**
　4:4
**holding (1)**
　9:1
**Honor (22)**
　3:18;4:11,21,25;6:7,
　23;8:2;10:3;12:1,16,
　18;13:23;14:10;15:5;
　16:3,4,6,14;19:3,7,11,
　16
**Honorable (1)**
　3:3
**hopefully (1)**
　5:3
**hour (1)**
　18:10

**I**

**idea (1)**
　7:21
**imperative (1)**
　15:20
**important (6)**
　12:5,6,7,8,12;18:7
**importantly (1)**
　17:17
**impose (1)**
　3:18
**improvement (1)**
　10:1
**included (2)**
　11:1,7
**including (1)**
　17:20
**indicating (1)**
　10:7
**indiscernible (31)**
　4:24,25;5:3;6:6;7:15,
　17,19,19,25;8:3,17;
　10:2,3,4;11:1,2,2,12,
　15;12:2,8,10,11;14:14,
　23;15:10,18;19:3,5,7,
　14
**information (1)**
　4:3
**instead (1)**
　6:18
**instructions (1)**
　19:23
**insurance (1)**
　9:12
**insured (1)**

Case: 19-30088　Doc# 6371　Filed: 03/19/20　Entered: 03/19/20 12:52:51
of 27

7:15
**interactive (1)**
18:20
**interject (1)**
19:18
**interrupt (2)**
5:15;12:22
**into (2)**
7:22;18:19
**involved (2)**
6:6;19:21
**issue (1)**
12:14
**issues (3)**
5:6;12:9;15:9
**iterations (2)**
6:15;17:14

**J**

**Judge (1)**
20:1
**judgment (1)**
17:17
**Julian (1)**
15:25
**June (1)**
11:24

**K**

**Karotkin (25)**
3:9,10,11,13,14,15,
17,22,24;4:3,9,11,14,
16,18;10:6;12:16,18,
20,20,22;13:4;19:2,3;
20:1

**L**

**large (1)**
11:6
**last (7)**
6:24;10:5;11:21;
12:3;15:8,18;18:10
**lately (1)**
15:20
**law (1)**
19:21
**lawyer (1)**
13:17
**lawyers (1)**
6:21
**leaders (1)**
19:23
**left (1)**
9:14
**legal (1)**
17:22
**lend (1)**
17:24
**lenders (1)**
17:3

**letter (2)**
7:1,2
**letters (3)**
7:5,22;12:11
**light (1)**
16:13
**likely (2)**
11:3,24
**limited (1)**
18:21
**lines (1)**
12:5
**list (3)**
13:10,16;14:6
**listen (1)**
6:10
**little (7)**
5:16,16,20;9:4;11:2;
18:13,13
**live (1)**
18:19
**LLP (1)**
15:6
**loan (1)**
7:16
**lodged (1)**
6:2
**longer (1)**
8:21
**long-term (1)**
9:6
**look (3)**
18:7,22,24
**looked (1)**
18:10
**looking (1)**
7:9
**loose (1)**
4:8
**lot (3)**
8:20;12:2,9

**M**

**major (1)**
17:18
**making (1)**
4:23
**many (2)**
6:13;18:6
**MARCH (2)**
3:1;11:17
**market (6)**
7:6,22;12:3,12;
14:25;15:15
**markets (1)**
15:20
**materially (1)**
8:17
**Matter (2)**
3:4;16:15
**matters (1)**
19:3

**Matthew (2)**
13:24;14:2
**may (4)**
7:19;11:1,4;13:11
**mean (1)**
11:5
**means (1)**
5:9
**meant (1)**
9:6
**mechanics (1)**
10:2
**mention (1)**
19:4
**metaphors (1)**
6:16
**microphone (1)**
5:17
**might (1)**
6:7
**Milbank (1)**
15:6
**milestones (1)**
18:6
**minutes (1)**
4:8
**missing (1)**
13:11
**Mitchell (4)**
13:12,19,22,25
**modifications (1)**
8:14
**Montali (1)**
3:4
**Moore (1)**
4:22
**mooted (1)**
6:3
**more (12)**
7:23;8:5;10:5;12:6,7,
12;15:19,20;17:7,17,
20,25
**morning (2)**
3:5;13:23
**most (2)**
11:16;17:5
**motion (11)**
5:8,9;6:1,3,5;7:12;
8:15;17:13,14,22,23
**move (2)**
15:1,16
**moving (3)**
6:12;17:15;18:2
**much (3)**
12:1;14:18;15:3
**mute (1)**
16:10
**Myers (2)**
13:24;14:3

**N**

**name (2)**

14:6;16:20
**nature (1)**
15:19
**necessary (2)**
9:9;11:8
**need (7)**
3:21,24;5:15;8:21;
11:1,3;19:2
**negative (1)**
15:19
**negotiated (1)**
17:20
**New (7)**
5:2;6:17;7:16;8:16;
9:18,19;12:25
**new-debt (1)**
8:24
**News (1)**
6:18
**Newsom (1)**
14:3
**next (5)**
8:6;10:7,21;18:11,13
**nine (1)**
7:16;12:25;13:7
**note (2)**
7:9,10
**noted (1)**
11:7
**Noteholder (2)**
6:3;10:3
**noteholders (1)**
8:20
**notwithstanding (1)**
7:6
**number (3)**
11:19;14:17;17:13
**numbers (3)**
9:17;10:22,25
**numerous (1)**
18:5

**O**

**objection (6)**
5:7,12,25;6:2;15:2,
16
**objections (1)**
15:1
**obviously (1)**
4:2
**occurred (1)**
17:6
**October (1)**
8:15
**off (1)**
16:10
**offer (1)**
11:19
**office (4)**
5:6;11:10;16:14;
18:3
**official (2)**

13:14;16:7
**OII (3)**
7:12;10:8;15:11
**O'Melveny (2)**
13:24;14:3
**one (9)**
6:16;8:14;9:3;10:5;
15:13,17;16:21;17:5;
18:6
**only (2)**
6:2;17:3
**onsite (1)**
12:11
**oOo- (1)**
3:2
**open (1)**
13:21
**opening (2)**
14:13,22
**operating (1)**
4:25
**opinion (2)**
11:18;17:11
**order (1)**
18:8
**orders (3)**
19:5,5,13
**out (6)**
4:25;6:15;7:18;
14:18;15:10;16:21
**over (1)**
16:17
**overall (1)**
14:24
**overload (1)**
4:2

**P**

**page (1)**
7:10
**papers (2)**
13:2;16:18
**part (1)**
9:7
**participants (1)**
13:11
**participating (1)**
4:6
**particularly (1)**
18:17
**parties (6)**
7:2,3,24;11:4,5;18:3
**party (1)**
17:15
**Paul (1)**
4:21
**pause (1)**
8:2
**people (3)**
6:13;12:9;16:20
**perform (1)**
18:14

Case: 19-30088    Doc# 6371    Filed: 03/19/20    Entered: 03/19/20 12:52:51    Page 25
of 27

perhaps (1)
6:13
person (1)
16:22
perspective (1)
6:7
PG&E (2)
3:4;8:12
phone (6)
3:6,13;13:17,25;
16:17;18:24
pick (1)
16:21
piece (1)
19:6
pieces (1)
6:19
plan (7)
6:4;7:8,11,11;8:17;
11:4,7
play (1)
6:15
players (2)
13:12;17:4
plays (1)
7:18
pleading (1)
15:7
Please (1)
14:8
plenty (1)
17:8
point (4)
8:6;17:1;18:4
pointed (1)
15:10
polite (1)
16:17
portion (1)
10:9
position (1)
13:14
possibly (1)
17:1
post-emergence (1)
9:7
potentially (1)
11:6
prepared (2)
14:25;17:22
presentation (1)
7:14
presented (1)
7:14
presiding (1)
3:4
presume (1)
13:17
previously (1)
6:2
price (1)
7:25
pricing (1)

7:23
prima (1)
17:16
principal (1)
6:20
prior (4)
6:15;7:20;8:17,19
probably (2)
15:20;17:7
proceedings (1)
20:4
process (4)
7:18;10:14;11:9;
17:18
productive (1)
14:23
professional (2)
11:18;17:2
progress (3)
10:15;15:12;17:21
proper (2)
15:19;19:24
proponents (1)
17:16
proposal (1)
9:18
propose (2)
12:15;13:9
proposed (1)
12:25
proposing (1)
7:11
provide (4)
7:3,17;8:10,25
put (2)
4:4;17:5

R

raise (3)
7:22;8:21;13:20
raised (1)
13:8
rather (1)
9:10
reach (1)
17:22
read (1)
6:25
reading (1)
6:17
ready (1)
4:17
real (1)
10:1
really (1)
12:4
recent (1)
11:16
recently (1)
17:20
recess (4)
3:18,20;4:6,12

recognize (1)
5:1
record (2)
17:13,25
red (1)
12:4
refer (3)
7:2,12;9:4
refinance (1)
9:20
refinancing (2)
8:18;17:6
reflect (1)
11:9
reinstated (1)
8:21
relative (1)
8:15
Report (1)
6:18
request (1)
4:1
requirements (1)
8:16
reservation (1)
13:15
resolved (3)
6:1;10:11;18:6
respect (1)
15:11
restate (1)
11:18
results (1)
17:20
revised (1)
5:9
RICHARDSON (6)
16:4,6,6,8,9,13
right (11)
3:25;4:14;8:8;9:21;
10:5;11:23;13:3,5;
15:21,23;16:11
rights (2)
11:6;13:15
round (1)
9:17
RSA (3)
6:3;8:19;10:3
RSAs (1)
17:19
rulings (1)
17:19
running (1)
10:7

S

same (1)
7:10
SAN (2)
3:1;18:23
satisfied (1)
17:15

second (2)
17:12,23
securitization (1)
9:7
seeing (1)
18:22
sense (1)
17:11
separate (2)
19:4,5
sequence (1)
13:18
session (2)
3:3;4:13
set (1)
17:12
setting (1)
18:20
settlement (2)
8:19;12:9
several (1)
18:13
short (1)
15:7
short-term (1)
9:6
sic (2)
17:25;18:12
side (2)
8:1,11
significant (2)
8:14;10:1
signing (1)
18:8
silence (1)
16:23
similar (2)
8:10;15:17
Simon (1)
11:20
situation (3)
3:7;15:14;17:7
six (1)
9:5
snapshot (2)
6:14,19
someone (1)
10:7
sorry (4)
3:17;5:19;12:20;
19:18
sort (1)
18:17
sound (1)
6:16
SPEAKER (3)
16:3;20:2,3
speaking (1)
12:19
specifically (1)
4:7
specified (1)
7:25

stage (1)
10:9
stand (1)
4:8
state (1)
16:20
statement (3)
16:24;17:9,21
states (1)
17:25
Stay (2)
19:22,23
step (2)
10:21;17:18
steps (1)
18:12
stick (1)
8:4
still (4)
4:14;10:8,11;11:22
stress (1)
5:2
structure (8)
7:11,12,13,15;8:11;
10:10;12:25;13:7
studied (1)
17:11
submit (1)
19:6
submitted (1)
19:14
substantial (1)
9:20
suggest (2)
4:4;16:18
summary (2)
6:18;8:4
Sure (8)
5:19;6:23;7:9;8:7;
9:12;10:4,23;14:9
surprise (1)
18:10
Swaine (1)
4:22
system (1)
5:1

T

talk (3)
16:17,21;19:2
target (1)
6:12
TCC (5)
13:16,17,20;15:23;
16:14
telephonically (4)
5:3;14:14;18:11,14
temporary (1)
9:4
ten (1)
9:19
Thanks (2)

Case: 19-30088    Doc# 6371    Filed: 03/19/20    Entered: 03/19/20 12:52:51    Page 26
of 27

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.net

14:20,21
**therefore (3)**
16:25;17:21;18:2
**thirty-five (1)**
8:23
**thought (5)**
5:3;9:11;13:3;16:9;
19:4
**three (1)**
12:4
**till (1)**
10:7
**Times (1)**
6:17
**today (9)**
4:19;5:8;9:8;11:21;
12:7,7;13:25;15:1;
17:24
**today's (1)**
4:24
**together (3)**
6:19;14:20;17:5
**top (2)**
18:18,18
**tort (1)**
16:7
**total (1)**
12:24
**towards (1)**
17:18
**transaction (2)**
9:7;16:24
**tried (1)**
14:18
**try (4)**
11:17;16:21;17:25;
18:16
**trying (2)**
5:24,24
**TURN (1)**
6:3
**turned (1)**
16:10
**twelve (7)**
7:4;9:13,18;13:1,2,6,
8
**twenty-first (1)**
18:19
**two (6)**
6:25;11:22;16:20;
19:4,5,13

**U**

**uncontested (2)**
5:9;6:5
**under (4)**
5:2;9:17;11:7;17:10
**underscore (1)**
12:4
**UNIDENTIFIED (3)**
16:3;20:2,3
**unless (2)**

4:3;18:25
**unsecured (2)**
8:18;13:14
**up (6)**
7:4;13:2,6,8,21;
14:22
**upload (1)**
19:7
**use (1)**
6:15
**used (2)**
8:23;11:7
**utility (4)**
8:13;9:2,5;10:1

**V**

**various (3)**
17:14,19,19
**video (1)**
14:19
**videoconferencing (2)**
18:17,20
**view (2)**
15:15;17:1
**views (1)**
11:23
**volatility (1)**
12:12

**W**

**walk (1)**
6:24
**wants (3)**
13:21;16:19;18:25
**Wash (1)**
19:22
**way (4)**
6:10;14:18;18:14,16
**week (3)**
10:5,7;18:11
**weeks (3)**
11:22;12:3;18:13
**what'll (1)**
6:20
**whereby (2)**
7:2,24
**Whereupon (1)**
20:4
**whole (1)**
3:7
**whomever (1)**
13:19
**Who's (1)**
12:19
**wish (1)**
19:20
**wishes (2)**
19:8,22
**withdraw (1)**
15:1
**withdrawal (1)**

6:4
**without (1)**
15:1
**wonder (1)**
5:16
**wondered (1)**
9:3
**words (1)**
10:9
**worked (1)**
6:10
**working (1)**
18:4
**works (1)**
10:24
**world (4)**
3:7;11:21;17:7;
18:12
**wrong (1)**
12:24

**Y**

**York (2)**
5:2;6:17

**Z**

**Ziman (3)**
6:16;11:20;17:2
**Ziman's (3)**
6:11;11:16;17:11
**Zumbro (30)**
4:18,21,21;5:12,13,
14,15,19,22,24;6:10,
23;8:7,9;9:16,22,24;
10:13,17,19,25;11:14;
12:1,14,23;13:5,6;
15:10,17;19:15
**Zumbro's (2)**
14:13,22

**1**

**10:03 (1)**
4:12
**10:17 (1)**
4:12
**10:39 (1)**
20:4
**16 (1)**
3:1

**2**

**2020 (1)**
3:1

**3**

**30th (1)**
11:24
**35,000-foot (1)**

17:1
**3rd (1)**
11:17

**5**

**5 (1)**
8:12
**5.825 (1)**
8:13

**6**

**6013 (1)**
17:13

Case: 19-30088    Doc# 6371    Filed: 03/19/20    Entered: 03/19/20 12:52:51    Page 27
of 27