# Notice Recipients

District/Off: 0971–3            User: dchambers            Date Created: 3/19/2020
Case: 19–30088                 Form ID: TRANSC            Total: 6

**Recipients of Notice of Electronic Filing:**

| aty | David J. Richardson | drichardson@bakerlaw.com |
|-----|---------------------|--------------------------|
| aty | Gregory A. Bray | gbray@milbank.com |
| aty | Paul H. Zumbro | mao@cravath.com |

TOTAL: 3

**Recipients submitted to the Claims Agent (Prime Clerk):**

| aty | Matthew L. Hinker | O'Melveny & Myers LLP | 7 Times Square | New York, NY 10036 |
|-----|-------------------|------------------------|----------------|--------------------|
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| | DAVID H. BOTTER, ESQ. | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | New York, NY 10036 |

TOTAL: 3