# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors. | Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br>Ref. Docket No. 6207 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              )  ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Lead Noticing Coordinator by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 9, 2020, I caused to be served the "Twelfth Monthly Fee Statement of Milbank LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period January 1, 2020 Through January 31, 2020," dated March 9, 2020 [Docket No. 6207], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
9th day of March, 2020
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

# EXHIBIT A

# PG&E CORPORATION - and - PACIFIC GAS AND ELECTRIC COMPANY
## Overnight Mail Fee Application Service List

| Name | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|
| BAKER & HOSTETLER, LLP | ATTN: ERIC E. SAGERMAN AND CECILY DUMAS | 11601 WILSHIRE BLVD. SUITE 1400 | | LOS ANGELES | CA | 90025-0509 |
| MILBANK LLP | DENNIS F. DUNNE, SAMUEL A. KHALIL | 55 HUDSON YARDS | | NEW YORK | NY | 10001-2163 |
| DLA PIPER LLP | ATTN: JOSHUA D. MORSE | 555 MISSION STREET SUITE 2400 | | SAN FRANCISCO | CA | 94105-2933 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JAMES L. SNYDER & TIMOTHY LAFREDDI | MARTA E. VILLACORTA | 450 GOLDEN GATE AVE SUITE 05-0153 | SAN FRANCISCO | CA | 94102 |
| PG&E CORPORATION | ATTN: JANET LODUCA | 77 BEALE STREET | | SAN FRANCISCO | CA | 94177 |

# EXHIBIT B

**PG&E CORPORATION - and - PACIFIC GAS AND ELECTRIC COMPANY**
**Electronic Mail Fee Application Service List**

bamexampge@gmail.com
david.riley@dlapiper.com
ddunne@milbank.com
esagerman@bakerlaw.com
gbray@milbank.com
james.l.snyder@usdoj.gov
jessica.liou@weil.com
jkim@kellerbenvenutti.com
lattard@bakerlaw.com
marta.villacorta@usdoj.gov
matthew.goren@weil.com
paronzon@milbank.com
rachael.foust@weil.com
skhalil@milbank.com
stephen.karotkin@weil.com
timothy.s.laffredi@usdoj.gov
tkeller@kellerbenvenutti.com
tkreller@milbank.com
traceyrgallegos@gmail.com