Dennis F. Dunne (admitted *pro hac vice*)
Samuel A. Khalil (admitted *pro hac vice*)
MILBANK LLP
55 Hudson Yards
New York, New York 10001-2163
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

and

Gregory A. Bray (SBN 115367)
Thomas R. Kreller (SBN 161922)
MILBANK LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Telephone: (424) 386-4000
Facsimile: (213) 629-5063

*Counsel for the Official Committee of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | District Case No. 20-01493 (HSG) |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | **OFFICIAL COMMITTEE OF UNSECURED CREDITORS' STATEMENT OF ISSUES, DESIGNATION OF RECORD, AND CERTIFICATION REGARDING TRANSCRIPTS FOR APPEAL OF ORDERS REGARDING POSTPETITION INTEREST** |

Appellant, the Official Committee of Unsecured Creditors (the "Creditors' Committee") appointed in the above-captioned bankruptcy cases, hereby submits this statement of issues and designation of items to be included in the record in connection with its appeal from (i) the *Interlocutory Order Regarding Postpetition Interest*, entered on February 6, 2020 [Docket No. 5669], and (ii) the *Memorandum Decision Regarding Postpetition Interest*, entered on December 30, 2019 [Docket No. 5226] (together, the "PPI Orders"), by the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court").

As stated in its cross-motion for leave to appeal [Docket No. 6101], the Creditors' Committee submits that, should the United States District Court for the Northern District of California (the "District Court") grant leave to appeal the PPI Orders or determine the PPI Orders are appealable as of right, the Creditors' Committee should be granted leave to participate in the resulting appeal, consistent with its participation in the proceedings before the Bankruptcy Court, to represent the interests of its constituency. Although the District Court has not yet ruled on the appealability of the PPI Orders, out of an abundance of caution, the Creditors' Committee submits this statement, designation, and certification under Federal Rule of Bankruptcy Procedure 8009(a).

## STATEMENT OF ISSUE ON APPEAL

The issue on appeal is whether the Bankruptcy Court erred in holding that, in a chapter 11 bankruptcy case of a solvent debtor, the debtor may pay unsecured creditors postpetition interest on their claims at the federal judgment rate while purporting to unimpair them under the plan of reorganization.

## DESIGNATION OF RECORD ON APPEAL

Appellant incorporates by reference those items designated for inclusion in the record on appeal by (i) Appellant the Ad Hoc Committee of Holders of Trade Claims, on March 5, 2020 [Docket No. 6126], and (ii) Appellee the Debtors, on March 19, 2020 [Docket No. 6370]. Appellant reserves the right to designate additional items for inclusion in the record and/or restate issues presented on appeal.

# CERTIFICATION REGARDING TRANSCRIPTS

Appellant certifies pursuant to Federal Rule of Bankruptcy Procedure 8009(b) that it is not ordering any transcripts. All transcripts have been prepared, are filed on the docket, and have been designated in the record.

DATED: March 19, 2020

MILBANK LLP

*/s/ Gregory A. Bray*
DENNIS F. DUNNE
SAMUEL A. KHALIL
GREGORY A. BRAY
THOMAS R. KRELLER

*Counsel for the Official Committee of Unsecured Creditors*