AKIN GUMP STRAUSS HAUER & FELD LLP

Michael S. Stamer (*pro hac vice*)
Ira S. Dizengoff (*pro hac vice*)
David H. Botter (*pro hac vice*)
Abid Qureshi (*pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone:     (212) 872-1000
Facsimile:     (212) 872-1002
Email:     mstamer@akingump.com
           idizengoff@akingump.com
           dbotter@akingump.com
           aqureshi@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP

Ashley Vinson Crawford (SBN 257246)
580 California Street
Suite 1500
San Francisco, CA 94104
Telephone:     (415) 765-9500
Facsimile:     (415) 765-9501
Email:     avcrawford@akingump.com

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                  Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**PROTECTIVE STATEMENT OF ISSUES, DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD, AND CERTIFICATION REGARDING TRANSCRIPTS OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS** |

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company ("AHC") in the above-captioned chapter 11 cases of Pacific Gas and Electric Company (the "Utility") and PG&E Corporation ("PG&E" and, together with the Utility, the "Debtors"), by its undersigned counsel, Akin Gump Strauss Hauer & Feld LLP, respectfully submits this *Protective Statement of Issues, Designation of Items To Be Included in the Record, and Certification Regarding Transcripts* with respect to its *Protective Notice of Appeal and Statement of Election by the Ad Hoc Committee of Senior Unsecured Noteholders Concerning Interlocutory Order Regarding Postpetition Interest* [D.I. 6103]. The AHC's appeal, originally docketed in the U.S. District Court for the Northern District of California as No. 4:20-cv-01654-HSG, has been consolidated with No. 4:20-cv-01493-HSG.

## ISSUE TO BE PRESENTED ON APPEAL

Whether the Bankruptcy Court erred in holding that, in a chapter 11 bankruptcy case of a solvent debtor, unsecured creditors are entitled to be paid postpetition interest on their claims at the federal judgment rate, rather than at a rate specified in their contracts.

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

The AHC designates the following items for inclusion in the record on appeal. Each designated item shall also include any and all exhibits and documents annexed to and referenced within such item.[1]

| *Item* | *Filing Date* | *Docket No.*[2] |
|---|---|---|
| Amended Declaration of Jason P. Wells in Support of First Day Motions and Related Relief | Feb. 1, 2019 | 263 |
| Schedule E/F: Creditors Who Have Unsecured Claims For Non-Individual Debtor PG&E Corporation | Mar. 14, 2019 | 900 |

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated January 31, 2020* [D.I. 5590] (the "Plan").

[2] Unless otherwise indicated, all references herein to "Docket No." shall be to the docket maintained in the above-captioned chapter 11 cases.

1

| | | |
|---|---|---|
| Schedule E/F: Creditors Who Have Unsecured Claims For Non-Individual Debtor Pacific Gas and Electric Company | Mar. 14, 2019 | 906 |
| First Amended Verified Statement of the Ad Hoc Committee of Senior Unsecured Noteholders Pursuant to Bankruptcy Rule 2019 | July 18, 2019 | 3083 |
| Debtors' Joint Chapter 11 Plan of Reorganization | Sept. 9, 2019 | 3841 |
| Joint Motion of the Official Committee of Tort Claimants and the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code | Sept. 19, 2019 | 3940 |
| Debtors' First Amended Joint Chapter 11 Plan of Reorganization | Sept. 23, 2019 | 3966 |
| Order Granting Joint Motion of the Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code | Oct. 9, 2019 | 4167 |
| Verified Statement of Ad Hoc Committee of Holders of Trade Claims Pursuant to Bankruptcy Rule 2019 | Oct. 16, 2019 | 4214 |
| Joint Chapter 11 Plan of Reorganization of Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders | Oct. 17, 2019 | 4257 |
| Order Establishing Pre-Confirmation Briefing and Hearing Schedule for Certain Legal Issues | Oct. 31, 2019 | 4540 |
| Debtors' Joint Chapter 11 Plan of Reorganization Dated November 4, 2019 | Nov. 4, 2019 | 4563 |
| Debtors' Brief Regarding Applicable Rate of Postpetition Interest on Allowed Unsecured Claims and Joinder of PG&E Shareholders (the "Debtors' Opening Brief") | Nov. 8, 2019 | 4624 |
| Consolidated Edison Development Inc.'s Reservation of Rights Regarding Postpetition Interest on Unsecured Claims | Nov. 8, 2019 | 4625 |
| Consolidated Opening Brief of the Official Committee of Unsecured Creditors and Other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claim in a Solvent Debtor Case (the "Creditor Groups' Opening Brief") | Nov. 8, 2019 | 4634 |
| Joinder in Consolidated Opening Brief of the Official Committee of Unsecured Creditors and Other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case | Nov. 8, 2019 | 4636 |
| Reservation of Rights of the Ad Hoc Group of Subrogation Claim Holders Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case | Nov. 22, 2019 | 4840 |
| Debtors' Brief in Opposition to Consolidated Opening Brief of Unsecured Creditors and Other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case; Joinder of PG&E Shareholders (the "Debtors' Responsive Brief" | Nov. 22, 2019 | 4849 |

| | | |
|---|---|---|
| and, together with the Debtors' Opening Brief, the "Debtors' Briefs") | | |
| Consolidated Reply Brief of the Official Committee of Unsecured Creditors and Other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case (the "Creditor Groups' Responsive Brief" and, together with the Creditor Groups' Opening Brief, the "Creditor Groups' Briefs") | Nov. 22, 2019 | 4855 |
| Debtors' Brief Regarding Utility Funded Debt Claims' Entitlement to Make-Whole Premiums and Joinder of PG&E Shareholders | Nov. 27, 2019 | 4896 |
| Consolidated Opening Brief of Certain Creditor Groups and Representatives Regarding the Entitlement of Holders of Utility Funded Debt Claims to Optional Early Redemption, Make-Whole, or Similar Amounts in a Solvent Debtor Case (the "Creditor Groups' Opening Make-Whole Brief") | Nov. 27, 2019 | 4902 |
| Letter Dated Dec. 5, 2019 in Support of Creditor Groups' Briefs | Dec. 5, 2019 | 5003 |
| Letter Dated Dec. 6, 2019 in Support of Debtors' Briefs | Dec. 6, 2019 | 5018 |
| Memorandum Decision Regarding Postpetition Interest | Dec. 30, 2019 | 5226 |
| First Amended Verified Statement of Ad Hoc Committee of Holders of Trade Claims Pursuant to Bankruptcy Rule 2019 | Dec. 10, 2019 | 5060 |
| Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated December 12, 2019 | Dec. 12, 2019 | 5101 |
| Consolidated Opposition Brief of Certain Creditor Groups and Representatives Regarding the Entitlement of Holders of Utility Funded Debt Claims to Optional Early Redemption, Make-Whole, or Similar Amounts in a Solvent Debtor Case | Dec. 20, 2019 | 5189 |
| Debtors' Opposition to the Creditor Groups' Opening Make-Whole Brief | Dec. 20, 2019 | 5190 |
| DOCKET TEXT ORDER (no separate order issued:) For the Make-Whole Optional Redemption issue arguments on January 14, 2020, at 10:00 AM, Debtors and the joining Shareholders will have a total of one hour, including time for rebuttal, to be shared as their counsel agree. The opposing creditor groups will also have one hour, to be shared as their counsel agree. At the conclusion of the hearing the court would like counsel to be prepared to address the questions raised in the Memorandum Decision regarding Postpetition Interest (Dkt. No. 5226), namely whether orders disposing of that issue and the Make-Whole issue should be certified for direct appeal to the court of appeal, certified as final under FRCP 54(b), or both, or neither. (RE: related document(s)[4896] Support Brief/Memorandum filed by Debtor PG&E Corporation). (Montali, Dennis) | Jan. 9, 2020 | N/A |
| Trade Committee's Statement in Connection with January 29, 2020 Status Conference | Jan. 27, 2020 | 5517 |
| Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) | Jan. 27, 2020 | 5519 |

3

| | | |
|---|---|---|
| Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents and (II) Granted Related Relief | | |
| Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated January 31, 2020 | Jan. 31, 2020 | 5590 |
| Limited Objection of the Ad Hoc Committee of Holders of Trade Claims to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents and (II) Granted Related Relief | Feb. 3, 2020 | 5596 |
| Interlocutory Order Regarding Postpetition Interest | Feb. 6, 2020 | 5569 |
| Order Establishing Schedule for Disclosure Statement Approval and Plan Confirmation | Feb. 6, 2020 | 5673 |
| [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | Feb. 7, 2020 | 5700 |
| *Hearing Transcripts* | *Filing Date* | *Docket No.* |
| Transcript of Aug. 13, 2019 Hearing | Aug. 14, 2019 | 3540 |
| Transcript of Sept. 24, 2019 Hearing | Sept. 25, 2019 | 4003 |
| Transcript of Oct. 7, 2019 Hearing | Oct. 8, 2019 | 4162 |
| Transcript of Oct. 23, 2019 Hearing | Oct. 24, 2019 | 4467 |
| Transcript of Dec. 11, 2019 Hearing | Dec. 12, 2019 | 5085 |
| Transcript of Hearing at Jan. 29, 2020 at 10:00 a.m. (PST) | Jan. 30, 2020 | 5562 |
| Transcript of Hearing at Jan. 29, 2020 at 1:30 p.m. (PST) | Jan. 30, 2020 | 5563 |
| Transcript of Feb. 4, 2020 Hearing | Feb. 5, 2020 | 5634 |

The AHC reserves the right to designate additional items for inclusion in the record and/or to restate issues presented on appeal.

**CERTIFICATE REGARDING TRANSCRIPTS**

The AHC certifies pursuant to Bankruptcy Rule 8009(b)(1) that it is not ordering any transcripts. All transcripts have been prepared, are filed on the docket, and have been designated in the record.

Dated: March 19, 2020

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: /s/ *Ashley Vinson Crawford*
Ashley Vinson Crawford (SBN 257246)
Michael S. Stamer (*pro hac vice*)
Ira S. Dizengoff (*pro hac vice*)
David H. Botter (*pro hac vice*)
Abid Qureshi (*pro hac vice*)

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

5