

**Signed and Filed: March 19, 2020**

_____
**DENNIS MONTALI
U.S. Bankruptcy Judge**

COLETTE F. STONE, ESQ. (SBN: 129773)
RONALD F. BERESTKA, JR. ESQ. (SBN: 133707)
STONE & ASSOCIATES
A Professional Corporation
2125 Ygnacio Valley Road, Suite 101
Walnut Creek, CA 94598
Telephone: (925) 938-1555
Facsimile: (925) 938-2937
Email: cstone@stonelawoffice.com
rberestka@stonelawoffice.com

Attorneys for Defendants,
GEORGE M. VLAZAKIS, ATHANASIA V. VLAZAKIS,
JOHN BARBIS and MARIA BARBIS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re:<br><br>PG&E CORPORATION,<br><br>And<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors,<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects Both Debtors<br><br>*All papers shall be filed in the Lead Case, no. 19-30088 (DM) | CASE NO. 19-30088 (DM)<br><br>Chapter 11<br><br>**ORDER DENYING DEBTORS' MOTION TO REJECT VLAZAKIS CONTRACT** |

The Court, having considered Debtors PG&E Corporation and Pacific Gas and Electric Company's (Collectively "Debtors") Motion to Reject Vlazakis' Contract and Grant Related Relief and Brief in Support of Rejectability filed January 6, 2020 [Docket No. 5272] and all declarations, replies, and pleadings filed in support thereof [Docket Nos. 5273, 5274 5588], the Opposition filed by George Vlazakis, Maria Barbis, John Barbis and Athanasia Vlazakis (collectively the "Vlazakis Parties") on January 20, 2020 [Docket No. 5415], the Debtors' Reply filed on January 31, 2020 [Docket No. 5588], and the Court having held a hearing on February 11, 2020, and having issued its Memorandum Decision on February 28, 2020; and upon all the

proceedings before this court after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT** Debtors' Motion to Reject Vlazakis Contract and Grant Related Relief is DENIED for the reasons stated in the Memorandum Decision

**END OF ORDER**

Approved as to form

DATED:                          KELLER & BENVENUTTI LLP

By    ///s/// *Peter J. Benvenutti*
TOBIAS S. KELLER
PETER J. BENVENUTTI
JANE KIM
Attorneys for Debtors and Debtors in Possession