Signed and Filed: March 19, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)|
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

   - and -

**PACIFIC GAS AND ELECTRIC COMPANY,**

   **Debtors.**

☐ Affects PG&E Corporation
☒ Affects Pacific Gas and Electric Company
☐ Affects both Debtors

* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).*

Case No. 19-30088 (DM)
Chapter 11
(Lead Case) (Jointly Administered)

**ORDER GRANTING VLAZAKIS' MOTION FOR RELIEF FROM STAY**

Date:  February 11, 2020
Time:  10:00 a.m.
Place: United States Bankruptcy Court
       Courtroom 17, 16th Floor
San Francisco, CA 94102

Relates to Dkt. Nos. 4846, 4847

The Court, having considered moving party and creditors Athanasia Vlazakis, George Vlazakis, John Barbis and Maria Barbis (collectively "Vlazakis Parties") Motion as to Inapplicability of Stay, and in the Alternative for Relief from Stay ("MRS") filed November 22, 2019 [Docket No. 4846] and all declarations, replies, and pleadings filed in support thereof [Docket No. 4847], and Pacific Gas & Electric Company's ("Debtor") opposition thereto [Docket No. 5089], the Court having held a hearing on December 17, 2019, at which time Debtor indicated that it intended to reject a contract relevant to the Vlazakis Parties' MRS, and the Court therefore directed Debtors to file a motion to reject the contract and a further opposition to the MRS and directed the Vlazakis Parties to file a further opposition. Thereafter, the Court having considered the aforementioned filings and argument at the hearing related to the MRS, the Debtors' Motion to Reject Vlazakis' Contract and Grant Related Relief and Brief in Support of Rejectability ("Motion to Reject") [Docket No. 5272] filed on January 6, 2020, the Vlazakis Parties' opposition filed on January 20, 2020 [Docket No. 5415] and the Debtors' reply on January 31, 2020 [Docket No. 5588], and following a hearing on February 11, 2020, and having issued its Memorandum Decision on February 28, 2020; and upon all the proceedings before this court after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Vlazakis Parties' Motion for Relief from Stay is GRANTED for the reasons stated in the Memorandum Decision.

2. The automatic stay is modified to permit the Vlazakis Parties to file their proposed cross complaint in Alameda County Superior Court Action # RG19021463, and to permit all parties to litigate such action to judgment, including any appeals thereof.

3. The automatic stay shall remain in place as to enforcement of any judgment for monetary recovery in favor of the Vlazakis Parties. The Vlazakis Parties may recover any such judgment only through the claims process in the Debtors' Chapter 11 Cases and in accordance with the terms of any plan of reorganization confirmed in the Debtors' Chapter 11 Cases.

* * * END OF ORDER * * *