REBECCA J. WINTHROP(CA Bar No. 116386)
ROBIN D. BALL (CA Bar No. 159698)
NORTON ROSE FULBRIGHT US LLP
555 South Flower Street, Forty-First Floor
Los Angeles, California  90071
Telephone:     (213) 892-9200
Facsimile:      (213) 892-9494
rebecca.winthrop@nortonrosefulbright.com
robin.ball@nortonrosefulbright.com

Attorneys for Creditors ADVENTIST HEALTH
SYSTEM/WEST, and FEATHER RIVER
HOSPITAL d/b/a ADVENTIST HEALTH
FEATHER RIVER

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG& E CORPORATION<br><br>   - and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>           Debtors. | Case No. 19 – 30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL OF THE MOTION OF THE ADVENTIST CLAIMANTS FOR ESTIMATION AND TEMPORARY ALLOWANCE OF THE ADVENTIST FIRE DAMAGE CLAIMS SOLELY FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018** |
| ☐    Affects PG&E Corporation<br>☐    Affects Pacific Gas and Electric Company<br>☒    Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Hearing Date and Time:**<br>Date:   April 7, 2020<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  Courtroom 17<br>         450 Golden Gate Ave., 16th Floor<br>         San Francisco, CA  94102 |

PLEASE TAKE NOTICE that Adventist Health System/West and Feather River Hospital a/k/a Adventist Health Feather River hereby withdraws the *Motion of the Adventist Claimants for Estimation and Temporary Allowance of the Adventist Fire Damage Claims Solely for Voting Purposes Pursuant to Bankruptcy Rule 3018* [Dkt. No. 6174], which was filed on March 6, 2020. The parties reached a resolution of the underlying issues, which is reflected in the Court's *Order (I) Approving Proposed Disclosure Statement for Debtor's and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization, Etc.*, dated March 17, 2020 [Dkt. No. 6340].

Dated: March 20, 2020

REBECCA J. WINTHROP
ROBIN D. BALL
NORTON ROSE FULBRIGHT US LLP

By */s/ Rebecca J. Winthrop*
REBECCA J. WINTHROP
Attorneys for Creditors ADVENTIST HEALTH SYSTEM/WEST, and FEATHER RIVER HOSPITAL d/b/a ADVENTIST HEALTH FEATHER RIVER

DOCUMENT PREPARED
ON RECYCLED PAPER

99568853.1