Mary H. Kim  (No. 326497)
DECHERT LLP
One Bush Street, Suite 1600
San Francisco, California  94104
Telephone:    415.262.4500
Facsimile:     415.262.4555
mary.kim@dechert.com

Allan S. Brilliant (*pro hac vice*)
Shmuel Vasser (*pro hac vice*)
Alaina R. Heine (*pro hac vice*)
DECHERT LLP
1095 Avenue of the Americas
New York, New York  10036
Telephone:    212.698.3500
Facsimile:     415.698.3599
allan.brilliant@dechert.com
shmuel.vasser@dechert.com
alaina.heine@dechert.com

*Attorneys for State Farm Mutual Automobile Insurance Company and its affiliates and subsidiaries*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION and PACIFIC GAS & ELECTRIC COMPANY,<br><br>                      Debtors.<br><br>☐    Affects PG&E Corporation<br>☐    Affects Pacific Gas and Electric Company<br>x    Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No.  19-30088 (DM)<br>Chapter 11<br>Jointly Administered<br><br><br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br><br>**Hearing Date and Time**: No hearing required<br>**Hearing Location**:<br>**Judge**: Hon. Dennis Montali<br>**Related Docket No**: 2601 |

NOTICE OF SUBSTITUTION OF COUNSEL     19-30088 (DM)

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 5-1(c)(2), Rebecca Weissman is hereby withdrawn as one of State Farm Mutual Automobile Insurance Company's ("State Farm") counsel of record in the above titled case and should be removed from the Court's ECF e-mail service list in this case.

PLEASE TAKE FURTHER NOTICE that, Mary H. Kim (State Bar No. 326497) (mary.kim@dechert.com) hereby enters her appearance as one of State Farm's counsel of record in the above titled case and should be added to the Court's ECF e-mail service list.

DATED: March 20, 2020

/s/ Shmuel Vasser
Allan S. Brilliant (*pro hac vice*)
Shmuel Vasser (*pro hac vice*)
Alaina R. Heine (*pro hac vice*)
DECHERT LLP
1095 Avenue of the Americas
New York, New York 10036

-and-

Mary H. Kim (No. 326497)
DECHERT LLP
One Bush Street, Suite 1600
San Francisco, California 94104

*Attorney for State Farm Mutual Automobile Insurance Company and its affiliates and subsidiaries*

Dechert LLP
Attorneys At Law
San Francisco

2
NOTICE OF SUBSTITUTION OF COUNSEL – 19-30088 (DM)

Case: 19-30088    Doc# 6403    Filed: 03/20/20    Entered: 03/20/20 15:35:29    Page 2 of 2
25811675