Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:    415.659.2600
Facsimile:    415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>        -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                            Debtors.<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**CONDITIONAL CONSENT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS TO SECOND SUPPLEMENTAL APPLICATION PURSUANT TO 11 U.S.C. §§ 327(a) AND 328(a) AND FED. R. BANKR. P. 2014(a) AND 2016 FOR AN ORDER AMENDING THE SCOPE OF THE RETENTION OF PRICEWATERHOUSECOOPERS LLP AS MANAGEMENT, TAX, AND ADVISORY CONSULTANTS TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE [Dkt. No. 6364]**<br><br>[No Hearing Requested] |

The Official Committee of Tort Claimants ("**TCC**") in the chapter 11 cases of PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**" or "**PG&E**") hereby submits its conditional consent to the Debtors' Second Supplemental Application Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for An Order Amending the Scope of the Retention of PricewaterhouseCoopers LLP as Management, Tax, and Advisory Consultants to the Debtors *Nunc Pro Tunc* to the Petition Date ("**PwC**") [Dkt. No. 6364], and respectfully states as follows:

1. The TCC is informed and believes that PwC performed certain management, tax and advisory consulting services for the Debtors prior to the filing of these chapter 11 cases.

2. The TCC is further informed and believes that the Debtors may hold claims against PwC based on its prepetition services. Pursuant to the Order Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors and TCC to Enter into Restructuring Support Agreement with the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, and (II) Granting Related Relief [Dkt. No. 5174] (the "**RSA Order**"), and Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated December 12, 2019 [Dkt. No. 5101], as may be amended, certain of the Debtors' claims and causes of action will be transferred to a resolution trust for the benefit of tort claimants.

3. The TCC does not object to the Debtors' retention of PwC for post-petition services, provided that any such order authorizing the post-petition retention or approving payments to PwC pursuant to such order shall not be construed to bar any claims against PwC arising out of or in connection with prepetition services rendered to the Debtors on the basis of res judicata or any other doctrine or theory. The TCC's conditional consent applies retroactively to the (1) Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ PricewaterhouseCoopers LLP as Management, Tax, Internal

- 1 -

Accounting, and Advisory Consultants to the Debtors *Nunc Pro Tunc* to the Petition Date [Dkt. No. 2230], and (2) Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Amend the Scope of the Retention of PricewaterhouseCoopers LLP as Management, Tax, Internal Accounting, and Advisory Consultants to the Debtors *Nunc Pro Tunc* to the Petition Date [Dkt. No. 4959], both of which were entered by the Court prior to the RSA Order.

Dated: March 20, 2020         BAKER & HOSTETLER LLP

By:  */s/Cecily A. Dumas*
      Cecily A. Dumas

*Counsel for Official Committee of Tort Claimants*