

**Signed and Filed: March 20, 2020**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION,<br><br>    - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and<br>    Electric Company<br>☒ Affects both Debtors<br><br>* _All papers shall be filed in the Lead Case, No. 19-30088 (DM)._ | Bankruptcy Case<br>No. 19-30088-DM<br><br>Chapter 11<br><br>Jointly Administered<br><br>Date:    April 7, 2020<br>Time:    10:00 AM<br>Place:   Courtroom 17<br>          450 Golden Gate Ave.<br>          16th Floor<br>          San Francisco, CA |

**ORDER ON EX PARTE REQUEST TO SHORTEN TIME**

    The relief requested in the Motion for Approval of the Case Resolution Contingency Process (Dkt. No. 6398) does not appear to require imminent action by the Debtors, the CPUC, the Governor's Office or others.  While Debtors were required to file by this date, March 20, nothing suggests that the Governor's Office insisted on court approval as quickly as Debtors request.

-1-

It may be that no party will oppose the Motion, but the Ex Parte Application and counsel's supporting declaration (Dkt. Nos. 6400 & 6401) offer no reason why a motion filed on a Friday afternoon needs to be heard as quickly as suggested, particularly when it is not evident that either Official Committee was consulted.  The world-wide coronavirus pandemic is reason enough make sure there is sufficient cause to act so quickly.

The court will hear the matter on April 7, 2020, at 10:00 AM.  Any opposition must be filed by April 5, 2020, at 4:00 PM. The hearing will be by telephone.  The courtroom will be closed. Parties desiring to appear must make arrangements through CourtCall at 1-866-582-6878 no later than 4:00 PM on the day before the hearing.  Further information regarding telephonic appearances via CourtCall can be found on the court's website, at the following location: www.canb.uscourts.gov > Rules and Procedures > District Procedures > Policy and Procedure for Appearances by Telephone.  Charges have been waived by CourtCall for pro se parties.

***END OF ORDER***