1  WEIL, GOTSHAL & MANGES LLP
   Stephen Karotkin (*pro hac vice*)
2  (stephen.karotkin@weil.com)
   Ray C. Schrock, P.C. (*pro hac vice*)
3  (ray.schrock@weil.com)
   Jessica Liou (*pro hac vice*)
4  (jessica.liou@weil.com)
   Matthew Goren (*pro hac vice*)
5  (matthew.goren@weil.com)
   767 Fifth Avenue
6  New York, NY 10153-0119
   Tel: 212 310 8000
7  Fax: 212 310 8007

8  KELLER BENVENUTTI KIM LLP
   Tobias S. Keller (#151445)
9  (tkeller@kbkllp.com)
   Jane Kim (#298192)
10 (jkim@kbkllp.com)
   650 California Street, Suite 1900
11 San Francisco, CA 94108
   Tel: 415 496 6723
12 Fax: 650 636 9251

13 *Attorneys for Debtors and Debtors in Possession*

14            **UNITED STATES BANKRUPTCY COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
15            **SAN FRANCISCO DIVISION**

16

17 **In re:**                                    Bankruptcy Case No. 19-30088 (DM)

18 **PG&E CORPORATION,**                          Chapter 11 (Lead Case) (Jointly Administered)

19      **- and -**                               **NOTICE OF ENTRY OF ORDER SHORTENING
                                                   TIME AND NOTICE OF HEARING ON DEBTORS'
20 **PACIFIC GAS AND ELECTRIC**                   **MOTION PURSUANT TO 11 U.S.C. §§ 105 AND 363
   **COMPANY,**                                   AND FED. R. BANKR. P. 9019 FOR ENTRY OF AN
21                                                 ORDER (I) APPROVING CASE RESOLUTION
                                                   CONTINGENCY PROCESS AND (II) GRANTING
                       **Debtors.**               RELATED RELIEF**
22

23 ☐ Affects PG&E Corporation                     Date:  April 7, 2020
   ☐ Affects Pacific Gas and Electric             Time:  10:00 a.m. (Pacific Time)
24 Company                                        Place: (Telephonic appearances only.
   ☑ Affects both Debtors                                See information below.)
25                                                       United States Bankruptcy Court
   * *All papers shall be filed in the Lead*            Courtroom 17, 16th Floor
26 *Case, No. 19-30088 (DM).*                            San Francisco, CA 94102

27                                                 **Objection Deadline:**  April 5, 2020
                                                                          4:00 p.m. (Pacific Time)
28

PLEASE TAKE NOTICE that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

PLEASE TAKE FURTHER NOTICE that the Bankruptcy Court will hold a hearing on **April 7, 2020, at 10:00 a.m. (Pacific Time)** (the "**Omnibus Hearing**") before the Honorable Dennis Montali, United States Bankruptcy Judge. Pursuant to the Bankruptcy Court's General Order No. 38 In re: Coronavirus Disease Public Health Emergency, dated March 18, 2020, **the Omnibus Hearing will be conducted telephonically. The courtroom will be closed**. All parties who wish to appear at the Omnibus Hearing must make arrangements to appear telephonically with CourtCall at 1−866−582−6878 no later than 4:00 p.m. (Pacific Time) on April 6, 2020. Further information regarding telephonic appearances via CourtCall can be found on the Bankruptcy Court's website, at the following location: www.canb.uscourts.gov > Rules and Procedures > District Procedures > Policy and Procedure for Appearances by Telephone. Charges have been waived by CourtCall for pro se parties.

PLEASE TAKE FURTHER NOTICE that, in addition to any other matters to be heard at the Omnibus Hearing, the Bankruptcy Court is scheduled to hear, pursuant to an order shortening time entered on March 20, 2020 [Dkt. No. 6408] (the "**Order Shortening Time**"), the *Debtors' Motion Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Approving Case Resolution Contingency Process and (II) Granting Related Relief* filed by the Debtors on March 20, 2020 [Dkt. No. 6398] (the "**Case Resolution Contingency Process Motion**").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order Shortening Time, any oppositions or responses to the Case Resolution Contingency Process Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtors at the above-referenced addresses so as to be received by no later than **4:00 p.m. (Pacific Time) on April 5, 2020**. Any oppositions or responses must be also be served on (i) the notice parties as listed in the Case Resolution Contingency Process Motion and (ii) all "Standard Parties" as defined in, and in accordance with, the *Second Amended Order Implementing Certain Notice and Case Management Procedures* entered on May 14, 2019 [Dkt No. 1996] (the "**Case Management Order**"). **Any relief requested in the Case Resolution Contingency Process Motion may be granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order.** In deciding the Case Resolution Contingency Process Motion, the Court may consider any other document filed in these Chapter 11 Cases and related Adversary Proceedings.

PLEASE TAKE FURTHER NOTICE that copies of the Case Resolution Contingency Process Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC , at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

1    Dated: March 20, 2020                                    **WEIL, GOTSHAL & MANGES LLP**
2                                                              **KELLER BENVENUTTI KIM LLP**

3                                                              /s/ *Thomas B. Rupp*
4                                                              Thomas B. Rupp

5                                                              *Attorneys for Debtors and Debtors in Possession*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28