| LABATON SUCHAROW LLP | LOWENSTEIN SANDLER LLP |
|---|---|
| Thomas A. Dubbs | Michael S. Etkin *(pro hac vice)* |
| Louis Gottlieb | Andrew Behlmann *(pro hac vice)* |
| Carol C. Villegas | Scott Cargill |
| Jeffrey A. Dubbin (SBN 287199) | Colleen Maker |
| 140 Broadway | One Lowenstein Drive |
| New York, New York 10005 | Roseland, New Jersey 07068 |
| *Lead Counsel to Lead Plaintiff and the Proposed Class* | *Bankruptcy Counsel to Lead Plaintiff and the Proposed Class* |

**MICHELSON LAW GROUP**
Randy Michelson (SBN 114095)
220 Montgomery Street, Suite 2100
San Francisco, California 94104

*Bankruptcy Counsel to Lead Plaintiff and the Proposed Class*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>PG&E CORPORATION<br><br>- and –<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | Case No. 19-30088 (DM) (Lead Case)<br><br>Chapter 11<br><br>(Jointly Administered)<br><br><br><br>**CERTIFICATION OF SERVICE** |

I, Elizabeth Lawler, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler LLP, bankruptcy counsel in the above-captioned chapter 11 cases and adversary proceeding to Public Employees Retirement Association of New Mexico, the court-appointed lead plaintiff in the securities class action captioned as In re PG&E Corporation Securities Litigation, Case No. 3:18-cv-03509-RS, pending in the United States District Court for the Northern District of California, *("Lead Plaintiff")*.

2. On March 20, 2020, on behalf of Lead Plaintiff, I caused the following documents to be electronically filed with the Court, using the Court's electronic filing system and served via the Court's CM/ECF system on the parties that have consented to electronic service of all filings and on the Clerk of the Court:

    - *Securities Plaintiffs' Statement Of Issues And Designation Of Items To Be Included In The Record On Appeal [Docket No. 6397]*

3. Also on March 20, 2020, I caused the foregoing documents to be served on the parties listed on **Exhibit A** via electronic mail.

I hereby certify under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: March 23, 2020                                   /s/ Elizabeth Lawler

# EXHIBIT A

**Name:** PGE Standard Parties Service List

| Name | E-mail |
|---|---|
| Abid Qureshi | aqureshi@akingump.com |
| Alan Kornberg | AKORNBERG@PAULWEISS.COM |
| Ashley Vinson Crawford | avcrawford@akingump.com |
| Benjamin McCallen | bmccallen@willkie.com |
| Brian Hermann | bhermann@paulweiss.com |
| Bruce Bennett | bbennett@jonesday.com |
| Cecily Dumas | cdumas@bakerlaw.com |
| Daniel Forman | dforman@willkie.com |
| Danielle Pham | danielle.pham@usdoj.gov |
| David Botter | dbotter@akingump.com |
| David Schiff | david.schiff@davispolk.com |
| Dennis Dunne | ddunne@milbank.com |
| Eli Vonnegut | eli.vonnegut@davispolk.com |
| Erez Gilad | egilad@stroock.com |
| Eric Sagerman | esagerman@bakerlaw.com |
| Frank Merola | fmerola@stroock.com |
| Gregory Bray | gbray@milbank.com |
| Ira Dizengoff | idizengoff@akingump.com |
| James Johnston | jjohnston@jonesday.com |
| James Snyder | james.l.snyder@usdoj.gov |
| Jane Kim | jkim@kellerbenvenutti.com |
| Jessica Liou | jessica.liou@weil.com |
| Joseph Minias | jminias@willkie.com |
| Joshua Mester | jmester@jonesday.com |
| Kathryn Diemer | kdiemer@diemerwie.com |
| Kevin Orsini | korsini@cravath.com |
| Kristopher Hansen | khansen@stroock.com |
| Lauren Attard | lattard@bakerlaw.com |
| Matthew Feldman | mfeldman@willkie.com |
| Matthew Garofalo | mgarofalo@stroock.com |
| Matthew Goren | matthew.goren@weil.com |
| Michael Stamer | mstamer@akingump.com |
| Neal Donnelly | ndonnelly@paulweiss.com |
| Omid Nasab | onasab@cravath.com |
| Paul Zumbro | pzumbro@cravath.com |
| Ray Schrock | ray.schrock@weil.com |
| Robert Julian | rjulian@bakerlaw.com |
| Samuel Khalil | skhalil@milbank.com |
| Sean Mitchell | smitchell@paulweiss.com |
| Stephen Karotkin | stephen.karotkin@weil.com |
| Theodore Tsekerides | theodore.tsekerides@weil.com |
| Thomas Kreller | tkreller@milbank.com |
| Timothy Graulich | timothy.graulich@davispolk.com |
| Timothy Laffredi | timothy.s.laffredi@usdoj.gov |
| Tobias Keller | tkeller@kellerbenvenutti.com |
| Walter Rieman | wrieman@paulweiss.com |

Case: 19-30088    Doc# 6412    Filed: 03/23/20    Entered: 03/23/20 07:23:50    Page 4 of 4