AKIN GUMP STRAUSS HAUER & FELD LLP

Michael S. Stamer (*pro hac vice*)
Ira S. Dizengoff (*pro hac vice*)
David H. Botter (*pro hac vice*)
Abid Qureshi (*pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: mstamer@akingump.com
idizengoff@akingump.com
dbotter@akingump.com
aqureshi@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP

Ashley Vinson Crawford (SBN 257246)
580 California Street
Suite 1500
San Francisco, CA 94104
Telephone: (415) 765-9500
Facsimile: (415) 765-9501
Email: avcrawford@akingump.com

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION,**<br>-and-<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF SERVICE** |

SUZANNE G. MARTINSON

    1.    I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, California 94104-1036.

    2.    I certify that on March 19, 2020, I caused a true and correct copy of the *Protective Statement of Issues, Designation of Items to be Included in the Record, and Certification Regarding Transcripts of the Ad Hoc Committee of Senior Unsecured Noteholders* [ECF No. 6381], to be served via email, on the parties listed on the annexed **Exhibit A**.

San Francisco, California
Date: March 23, 2020

By: _____*Suzanne G. Martinson*_____
       Suzanne G. Martinson

# Exhibit A

| Party | Attorney |
|---|---|
| **Debtors** | WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>Jessica Liou (*pro hac vice*)<br>Theodore E. Tsekerides (*pro hac vice*)<br>Matthew Goren (*pro hac vice*)<br>767 Fifth Avenue<br>New York, NY 10153<br>(212) 310-8000<br>stephen.karotkin@weil.com<br>jessica.liou@weil.com<br>theodore.tsekerides@weil.com<br>matthew.goren@weil.com<br><br>KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (SBN 151445)<br>Peter J. Benvenutti (SBN 60566)<br>Jane Kim (SBN 298192)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>(415) 496-6723<br>tkeller@kbkllp.com<br>pbenvenutti@kbkllp.com<br>jkim@kbkllp.com |
| **Certain PG&E Shareholders** | JONES DAY<br>Bruce S. Bennett (SBN 105430)<br>Joshua M. Mester (SBN 194783)<br>James O. Johnston (SBN 167330)<br>555 South Flower Street, Fiftieth Floor<br>Los Angeles, CA 90071<br>(213) 489-3939<br>bbennett@jonesday.com<br>jmester@jonesday.com<br>jjohnston@jonesday.com |
| **Official Committee of Unsecured Creditors** | MILBANK LLP<br>Gregory A. Bray (SBN 115367)<br>Thomas R. Kreller (SBN 161922)<br>2029 Century Park East, 33rd Floor<br>Los Angeles, CA 90067<br>(424) 386-4000<br>gbray@milbank.com<br>tkreller@milbank.com<br><br>MILBANK LLP<br>Dennis F. Dunne (*pro hac vice*)<br>Samuel A. Khalil (*pro hac vice*)<br>55 Hudson Yards |

| Party | Attorney |
|---|---|
| | New York, NY 10001<br>(212) 530-5000<br>ddunne@milbank.com<br>skhalil@milbank.com |
| **Mizuho Bank, Ltd. in its capacity as Holdco Term Loan Administrative Agent** | STROOCK & STROOCK & LAVAN LLP<br>Mark A. Speiser (*pro hac vice*)<br>Kenneth Pasquale (*pro hac vice*)<br>Sherry J. Millman (*pro hac vice*)<br>Harold A. Olsen (*pro hac vice*)<br>180 Maiden Lane New York, NY 10038<br>(212) 806-5400<br>mspeiser@stroock.com<br>kpasquale@stroock.com<br>smillman@stroock.com<br>holsen@stroock.com<br><br>STROOCK & STROOCK & LAVAN LLP<br>David W. Moon (SBN 197711)<br>2029 Century Park East<br>Los Angeles, CA 90067<br>(310) 556-5800<br>dmoon@stroock.com |
| **Ad Hoc Committee of Holders of Trade Claims** | GIBSON, DUNN & CRUTCHER LLP<br>David M. Feldman (*pro hac vice*)<br>Matthew K. Kelsey (*pro hac vice*)<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>dfeldman@gibsondunn.com<br>mkelsey@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Matthew D. McGill (*pro hac vice*)<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036<br>(202) 955-8500<br>mmcgill@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Michael S. Neumeister (SBN 274220)<br>Michelle Choi (SBN 313557)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>(213) 229-7000<br>mneumeister@gibsondunn.com<br>mchoi@gibsondunn.com |

| Party | Attorney |
|---|---|
| **BOKF, NA, in its capacity as Indenture Trustee for the Utility Senior Notes** | ARENT FOX LLP<br>Andrew I. Silfen (*pro hac vice*)<br>Beth M. Brownstein (*pro hac vice*)<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>(212) 484-3900<br>andrew.silfen@arentfox.com<br>beth.brownstein@arentfox.com<br><br>ARENT FOX LLP<br>Aram Ordubegian (SBN 185142)<br>55 Second Street, 21st Floor<br>San Francisco, CA 94105<br>(415) 757-5500<br>aram.ordubegian@arentfox.com |
| **Wilmington Trust, National Association, in its capacity as Administrative Agent for Holdco Revolver** | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>M. David Minnick (SBN 54148)<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94126<br>(415) 983-1000<br>dminnick@pillsburylaw.com<br><br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>Leo T. Crowley (*pro hac vice*)<br>31 West 52nd Street<br>New York, NY 10019-6131<br>(212) 858-1000<br>leo.crowley@pillsburylaw.com |
| **Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility** | DAVIS POLK & WARDWELL LLP<br>Timothy Graulich (*pro hac vice*)<br>David Schiff (*pro hac vice*)<br>Daniel E. Meyer (*pro hac vice*)<br>450 Lexington Avenue<br>New York, New York 10017<br>(212) 450-4000<br>timothy.graulich@davispolk.com<br>david.schiff@davispolk.com<br>daniel.meyer@davispolk.com<br><br>DAVIS POLK & WARDWELL LLP<br>Andrew D. Yaphe (SBN 274172)<br>1600 El Camino Real<br>Menlo Park, California 94025<br>(650) 752-2000<br>andrew.yaphe@davispolk.com |
| **Canyon Capital Advisors LLC** | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Bennett Murphy (SBN 174536) |

| Party | Attorney |
|---|---|
| | 865 South Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>(213) 443-3000<br>bennettmurphy@quinnemanuel.com |
| **Consolidated Edison Development, Inc.** | TROUTMAN SANDERS LLP<br>Hugh M. McDonald (*pro hac vice*)<br>Jonathan D. Forstot (*pro hac vice*)<br>875 Third Avenue<br>New York, NY 10022<br>(212) 704-6000<br>hugh.mcdonald@troutman.com<br>jonathan.forstot@troutman.com<br><br>TROUTMAN SANDERS LLP<br>Marcus T. Hall (SBN 206495)<br>Katharine L. Malone (SBN 290884)<br>3 Embarcadero Center, Suite 800<br>San Francisco, CA 94111<br>(415) 477-5700<br>marcus.hall@troutman.com<br>katharine.malone@troutman.com |
| **Ad Hoc Group of Subrogation Claim Holders** | WILLKIE FARR & GALLAGHER LLP<br>Matthew A. Feldman (*pro hac vice*)<br>Joseph G. Minias (*pro hac vice*)<br>Benjamin P. McCallen (*pro hac vice*)<br>787 Seventh Avenue<br>New York, NY 10019<br>(212) 728-8000<br>mfeldman@willkie.com<br>jminias@willkie.com<br>bmccallen@willkie.com<br><br>DIEMER & WEI LLP<br>Kathryn S. Diemer (SBN 133977)<br>100 West San Fernando Street, Suite 555<br>San Jose, CA 95113<br>(408) 971-6270<br>kdiemer@diemerwei.com |