IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PG&E Corporation | ) | Bankruptcy Case |
| | ) | No. 19-30088 (DM) |
| -and- | ) | |
| | ) | Chapter 11 |
| Pacific Gas and Electric Company, | ) | (Lead Case) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

D. NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBER 57855 HELD BY JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC

Jefferies Leveraged Credit Products, LLC hereby withdraws the proof of claim, identified as Claim Number 57855, filed in the above-captioned cases.

Dated: March 23, 2020

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC

By: *William McLoughlin* (DocuSigned by)
Name: William McLoughlin
Title: SVP