**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case <br><br> No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **CERTIFICATE OF NO OBJECTION REGARDING EIGHTH MONTHLY FEE STATEMENT OF KPMG LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF OCTOBER 1, 2019 THROUGH OCTOBER 31, 2019** <br><br> [Re: Docket No: 5956] <br><br> **Objection Deadline**: March 20, 2020 <br>                   4:00 p.m. (Pacific Time) |

On February 28, 2020, KPMG LLP ("**KPMG**" or the "**Applicant**"), Information Technology, Risk and Legal Support Consultants for PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), filed its *Eighth Monthly Fee Statement of KPMG LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of October 1, 2019 through October 31, 2019* [ECF No. 5956] (the "**Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* entered on February 27, 2019 [ECF No. 701] (the "**Interim Compensation Procedures Order**").

The Monthly Fee Statement was served as described in the Certificate of Service of Sonia Atker filed on March 5, 2020 [ECF No. 6092]. The deadline to file responses or oppositions to the Monthly

| | |
|---|---|
| 1 | Fee Statement was March 20, 2020, and no oppositions or responses have been filed with the Court or |
| 2 | received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the Debtors are |
| 3 | authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the |
| 4 | expenses requested in the Monthly Fee Statement upon the filing of this certification without the need |
| 5 | for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed |
| 6 | hereto as **Exhibit A**. |

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am a principal of the firm of KPMG LLP, Information Technology, Risk and Legal Support Consultants for the Debtors.
2. I certify that I have reviewed the Court's docket in these Chapter 11 Cases and have not received any response or opposition to the Monthly Fee Statement.
3. This declaration was executed in San Francisco, California.

Dated: March 23, 2020

Respectfully submitted,

_____

Eugene V. Armstrong
Principal
KPMG LLP
55 Second Street
Suite 1400
San Francisco, CA  94105
415 963 7301

# Exhibit A

## Monthly Fee Statement – Professional Fees and Expenses

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid Pursuant to Interim Comp. Order (80%) | Amount of Expenses Authorized to be Paid Pursuant to Interim Comp. Order (100%) | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| KPMG LLP | October 1, 2019-October 31, 2019, 02/28/20 Docket No.: 5956 | $1,638,158.29 | $110,903.10 | 03/20/20 | $1,310,526.63 | $110,903.10 | $327,631.66 |