UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re:

**PG&E CORPORATION,**

– and –

**PACIFIC GAS AND ELECTRIC COMPANY,**
                     **Debtors.**

☐ Affects PG&E Corporation
☐ Affects Pacific Gas & Electric Company
☒ Affects both Debtors

*All papers shall be filed in the Lead Case No. 19-30088 (DM)*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11

(Lead Case)

(Jointly Administered)

**Objection Deadline:**
April 13, 2020 at 4:00p.m (Pacific Time)

[No Hearing Requested]

# NINTH MONTHLY FEE STATEMENT OF LAZARD FRÈRES & CO. LLC AS INVESTMENT BANKER TO THE DEBTORS FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

To: The Notice Parties

| | |
|---|---|
| Name of Applicant: | Lazard Frères & Co. LLC |
| Authorized to Provide Professional Services to: | Debtors and Debtors-In-Possession |
| Date of Retention: | May 24, 2019, *nunc pro tunc* January 29, 2019 |
| Period for which compensation and reimbursement is sought: | December 1, 2019 through December 31, 2019 |
| Amount of compensation sought as actual, reasonable, and necessary: | $240,000.00 (80% of $300,000.00)[1] |
| Amount of Expenses sought as actual, reasonable, and necessary: | $17,859.47 |

---

[1] Lazard's retention was approved pursuant to the terms and conditions set forth in its engagement letter dated January 4, 2019 (the "Engagement Letter") as limited or modified by the Retention Order [Dkt. No. 2229].

Lazard Frères & Co. LLC ("**Lazard**" or the "**Applicant**"), investment banker to PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), hereby submits its Ninth Monthly Fee Statement (the "**Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing December 1, 2019 through December 31, 2019 (the "**Fee Period**") pursuant to the Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated February 27, 2019 [Dkt. No. 701] (the "Interim Compensation Procedures Order").

By this Monthly Fee Statement, Lazard requests allowance and payment of $240,000.00 (representing 80% of $300,000.00) as compensation for professional services rendered to the Debtors during the Fee Period and allowance and payment of $17,859.47 representing 100% of the expenses allowed) as reimbursement for actual and necessary expenses incurred by Lazard during the Fee Period.

Annexed hereto as **Exhibit A** is the name of each professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period covered by this Fee Statement. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit C** is a summary of expenses incurred during the Fee Period. Attached hereto as **Exhibit D** are the detailed time entries for the Fee Period. Attached hereto as **Exhibit E** are the detailed expense entries for the Fee Period.

In accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before the 21st

day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the **"Objection Deadline"**) with this Court.

Upon the expiration of the Objection Deadline, Lazard shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay Lazard an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement. If an objection is properly filed, the Debtors shall be authorized and directed to pay Lazard 80% of the fees and 100% of the expenses not subject to an objection.

Dated: March 20, 2020

LAZARD FRÈRES & CO. LLC,

*/s/ Ken Ziman*
Ken Ziman
Managing Director
Lazard Frères & Co. LLC
30 Rockefeller Plaza, 61st Floor
New York, NY 10112
(212/632-6000)
Investment Banker to the Debtors