# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

| Name of Professional Individual | Position of the Applicant and Area of Expertise | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Tomer Perry | Managing Director | n/a | 2.0 | n/a |
| Ken Ziman | Managing Director | n/a | 186.5 | n/a |
| Gregory Hort | Director | n/a | 41.0 | n/a |
| Eli Silverman | Vice President | n/a | 333.0 | n/a |
| Daniel Bier | Associate | n/a | 31.0 | n/a |
| Garrett Deutsch | Associate | n/a | 3.0 | n/a |
| Daniel Katz | Associate | n/a | 139.0 | n/a |
| Nathan Mooney | Associate | n/a | 162.0 | n/a |
| Matt Strain | Associate | n/a | 193.0 | n/a |
| Liam Fine | Analyst | n/a | 142.0 | n/a |
| Kevin Hatch | Analyst | n/a | 162.5 | n/a |
| Dan Liotta | Analyst | n/a | 196.0 | n/a |
| Katherine Tobeason | Analyst | n/a | 5.0 | n/a |
| Scott Belinsky | Analyst | n/a | 171.0 | n/a |
| **TOTALS** | | n/a | 1,767.0 | $300,000.00 |