## EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Car Services and Taxis | | $4,285.93 |
| Employee Meals | | 334.64 |
| Meals – Meetings/Travel | | 1,106.04 |
| Travel | | 12,132.86 |
| **Total Expenses** | | **$17,859.47** |