# EXHIBIT D

## DETAIL OF HOURS EXPENDED
## FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**December 1, 2019 - December 31, 2019**

## Summary of Services Rendered by Project

| Code | Project Description | Dec '19 |
|---|---|---|
| 1 | Interface with Professionals, Official Committees, and Other Parties-In-Interest | 539.0 |
| 2 | Business Operations Planning, Monitoring, Reporting and Analysis, and Projections | 15.5 |
| 3 | Preparation and/or Review of Court Filings | -- |
| 4 | Court Testimony/Deposition and Preparation | -- |
| 5 | Valuation Analysis | 15.0 |
| 6 | Capital Structure Review and Analysis | 370.0 |
| 7 | Merger & Acquisition Activity | -- |
| 8 | Financing Including DIP and Exit Financing | 202.5 |
| 9 | General Corporate Finance, Research and Analysis, and Other Due Diligence | 625.0 |
| 10 | Fee Application, Engagement | -- |
| 11 | Employee Retention Program | -- |
| **Total** | | **1,767.0** |

## Summary of Services Rendered by Professional

| Name (Title) | Dec '19 |
|---|---|
| Tomer Perry (Managing Director) | 2.0 |
| Ken Ziman (Managing Director) | 186.5 |
| Greg Hort (Director) | 41.0 |
| Eli Silverman (Vice President) | 333.0 |
| Daniel Bier (Associate) | 31.0 |
| Garrett Deutsch (Associate) | 3.0 |
| Dan Katz (Associate) | 139.0 |
| Nathan Mooney (Associate) | 162.0 |
| Matthew Strain (Associate) | 193.0 |
| Liam Fine (Financial Analyst) | 142.0 |
| Kevin Hatch (Financial Analyst) | 162.5 |
| Dan Liotta (Financial Analyst) | 196.0 |
| Katherine Tobeason (Analyst) | 5.0 |
| Scott Belinsky (Analyst) | 171.0 |
| **Total** | **1,767.0** |

PG&E Corp.
Lazard Frères & Co. LLC
December 1, 2019 - December 31, 2019

### Tomer Perry (Managing Director)

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 12/16/19 | Work around post-emergence capital structure and equity financing alternatives | 2 | 6 |
| Dec-19 | **Monthly Subtotal** | **2.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**December 1, 2019 - December 31, 2019**

## Ken Ziman (Managing Director)

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 12/1/19 | Call with Alix Partners on status | 1 | 1 |
| 12/2/19 | POR / DS Discussion with Weil | 1 | 1 |
| 12/2/19 | Exit Financing Analysis | 0.5 | 8 |
| 12/2/19 | Call with management to discuss Chapter 11 strategy | 2 | 1 |
| 12/2/19 | Business plan review | 0.5 | 2 |
| 12/2/19 | Rate Trajectory Call | 3 | 2 |
| 12/3/19 | Equity Backstop Analysis and Process Work | 3 | 1 |
| 12/3/19 | Discussion with Weil | 1 | 1 |
| 12/3/19 | Exit Financing Analysis | 0.5 | 8 |
| 12/3/19 | Discussions with backstop parties | 4 | 1 |
| 12/3/19 | Securitization modeling call with PJT | 2 | 1 |
| 12/4/19 | Diligence Requests | 1 | 1 |
| 12/4/19 | Discussions with backstop parties | 4 | 1 |
| 12/4/19 | Equity Backstop Analysis and Process Work | 1 | 1 |
| 12/4/19 | Exit Financing Analysis | 0.5 | 6 |
| 12/4/19 | Rate Trajectory Call | 1 | 2 |
| 12/5/19 | Recurring Advisor Call | 1 | 1 |
| 12/5/19 | Equity Backstop Analysis and Process Work | 0.5 | 6 |
| 12/5/19 | Exit Financing Analysis | 1 | 1 |
| 12/5/19 | Discussions with backstop parties | 5 | 1 |
| 12/5/19 | Board meeting | 1 | 1 |
| 12/6/19 | Recurring Advisor Call | 1 | 1 |
| 12/6/19 | Discussions with backstop parties | 3 | 1 |
| 12/7/19 | Capital Structure Analysis | 0.5 | 6 |
| 12/8/19 | Preparation of Board Materials | 0.5 | 8 |
| 12/9/19 | Preparation of Board Materials | 0.5 | 6 |
| 12/9/19 | POR / DS Discussion with Weil | 1 | 1 |
| 12/9/19 | Review financial statements for Company | 2 | 2 |
| 12/10/19 | Travel to San Francisco for Company | 9 | 1 |
| 12/11/19 | Meetings and Additional Work with Company | 5 | 1 |
| 12/11/19 | Travel from San Francisco for Company | 9 | 1 |
| 12/11/19 | Preparation of materials for Governor's Office meeting | 1 | 1 |
| 12/12/19 | Equity Backstop Analysis and Process Work | 1 | 1 |
| 12/12/19 | Board meeting | 2 | 1 |
| 12/12/19 | Call with Governor's Office advisors | 2 | 1 |
| 12/13/19 | Exit Financing Analysis | 1 | 8 |
| 12/13/19 | Call to discuss NOL / Tax implications with Weil | 2 | 1 |
| 12/13/19 | Call with Cravath to discuss BCL process | 2 | 1 |
| 12/13/19 | Preparation of materials for Board meeting | 0.5 | 1 |
| 12/14/19 | Equity Backstop Analysis and Process Work | 1 | 1 |
| 12/14/19 | Call with Davis Polk regarding financing | 2.5 | 6 |
| 12/14/19 | Discussions with backstop parties | 8 | 1 |
| 12/15/19 | Discussions with backstop parties | 5 | 1 |
| 12/15/19 | Call with Governor's Office advisors | 2 | 1 |
| 12/15/19 | Travel to San Francisco for Company | 9 | 1 |
| 12/16/19 | POR / DS Discussion with Weil | 1 | 1 |
| 12/16/19 | Discussions with backstop parties | 5 | 1 |
| 12/16/19 | Preparation of Board Materials | 7 | 8 |
| 12/17/19 | Discussions with backstop parties | 4 | 1 |
| 12/17/19 | Securitization modeling call with management | 2 | 1 |
| 12/17/19 | Travel from San Francisco for Company | 9 | 1 |
| 12/18/19 | Discussions with backstop parties | 3 | 1 |
| 12/18/19 | Equity Backstop Analysis and Process Work | 2 | 1 |
| 12/18/19 | Exit Financing Analysis | 0.5 | 8 |
| 12/19/19 | Discussions with backstop parties | 3 | 1 |
| 12/19/19 | Equity Backstop Analysis and Process Work | 3 | 1 |
| 12/20/19 | Preparation of Board Materials | 0.5 | 6 |
| 12/20/19 | Discussions with backstop parties | 6 | 1 |
| 12/20/19 | Securitization modeling call with Governor's Office advisors | 2 | 1 |
| 12/23/19 | POR / DS Discussion with Weil | 1 | 1 |
| 12/23/19 | Exit Financing Analysis | 0.5 | 6 |

PG&E Corp.
Lazard Frères & Co. LLC
December 1, 2019 - December 31, 2019

| Ken Ziman (Managing Director) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 12/24/19 | Equity Backstop Analysis and Process Work | 1 | 1 |
| 12/24/19 | Capital Structure Analysis | 1 | 6 |
| 12/24/19 | Review of Ad-Hoc Noteholder Letter | 5 | 6 |
| 12/25/19 | Exit Financing Analysis | 0.5 | 8 |
| 12/26/19 | Equity Backstop Analysis and Process Work | 1 | 1 |
| 12/26/19 | Preparation of Board Materials | 4 | 9 |
| 12/26/19 | Securitization modeling call with PJT | 2 | 1 |
| 12/27/19 | Preparation of Board Materials | 0.5 | 9 |
| 12/27/19 | Discussions with backstop parties | 8 | 1 |
| 12/28/19 | Exit Financing Analysis | 0.5 | 6 |
| 12/29/19 | Preparation of Board Materials | 6 | 9 |
| 12/30/19 | Equity Backstop Analysis and Process Work | 1.5 | 1 |
| 12/31/19 | Preparation of Board Materials | 1 | 9 |
| **Dec-19** | **Monthly Subtotal** | **186.5** | |

PG&E Corp.
Lazard Frères & Co. LLC
December 1, 2019 - December 31, 2019

| Greg Hort (Director) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 12/1/19 | calls with advisors/management | 3 | 1 |
| 12/2/19 | calls with advisors/management | 3.5 | 1 |
| 12/3/19 | calls with advisors/management | 1.5 | 1 |
| 12/4/19 | calls with advisors/management | 1 | 1 |
| 12/5/19 | calls with advisors/management | 0.5 | 1 |
| 12/6/19 | calls with advisors/management | 2 | 1 |
| 12/9/19 | calls with advisors/management | 4 | 1 |
| 12/10/19 | calls with advisors/management | 3 | 1 |
| 12/11/19 | calls with advisors/management | 2 | 1 |
| 12/13/19 | calls with advisors/management | 2 | 1 |
| 12/15/19 | calls with advisors/management | 2.5 | 1 |
| 12/16/19 | calls with advisors/management | 1.5 | 1 |
| 12/17/19 | calls with advisors/management | 1 | 1 |
| 12/18/19 | calls with advisors/management | 2 | 1 |
| 12/19/19 | calls with advisors/management | 1.5 | 1 |
| 12/20/19 | calls with advisors/management | 3 | 1 |
| 12/23/19 | calls with advisors/management | 2 | 1 |
| 12/26/19 | calls with advisors/management | 2 | 1 |
| 12/27/19 | calls with advisors/management | 1 | 1 |
| 12/28/19 | calls with advisors/management | 1 | 1 |
| 12/30/19 | calls with advisors/management | 1 | 1 |
| Dec-19 | Monthly Subtotal | 41.0 | |

PG&E Corp.
Lazard Frères & Co. LLC
December 1, 2019 - December 31, 2019

| Eli Silverman (Vice President) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 12/1/19 | Exit Financing Analysis | 5 | 8 |
| 12/1/19 | Call with Alix Partners on status | 1 | 1 |
| 12/1/19 | Securitization modeling call with PJT | 2 | 1 |
| 12/2/19 | POR / DS Discussion with Weil | 1 | 1 |
| 12/2/19 | Exit Financing Analysis | 2 | 8 |
| 12/2/19 | Call with management to discuss Chapter 11 strategy | 2 | 1 |
| 12/2/19 | Business plan review | 3 | 2 |
| 12/2/19 | Rate Trajectory Call | 3 | 2 |
| 12/3/19 | Equity Backstop Analysis and Process Work | 3 | 1 |
| 12/3/19 | Discussion with Weil | 1 | 1 |
| 12/3/19 | Exit Financing Analysis | 2 | 8 |
| 12/3/19 | Diligence Requests | 2 | 1 |
| 12/3/19 | Exit Financing Analysis | 4 | 6 |
| 12/3/19 | Discussions with backstop parties | 4 | 1 |
| 12/3/19 | Securitization modeling call with PJT | 2 | 1 |
| 12/4/19 | Diligence Requests | 1 | 1 |
| 12/4/19 | Discussions with backstop parties | 8 | 1 |
| 12/4/19 | Capital Structure Analysis | 4 | 6 |
| 12/4/19 | Equity Backstop Analysis and Process Work | 1 | 1 |
| 12/4/19 | Exit Financing Analysis | 2 | 6 |
| 12/4/19 | Rate Trajectory Call | 1 | 2 |
| 12/5/19 | Recurring Advisor Call | 1 | 1 |
| 12/5/19 | Equity Backstop Analysis and Process Work | 2 | 6 |
| 12/5/19 | Exit Financing Analysis | 1 | 1 |
| 12/5/19 | Discussions with backstop parties | 10 | 1 |
| 12/5/19 | Board meeting | 1 | 1 |
| 12/6/19 | Recurring Advisor Call | 1 | 1 |
| 12/6/19 | Discussions with backstop parties | 8 | 1 |
| 12/6/19 | Securitization modeling call with PJT | 2 | 1 |
| 12/7/19 | Capital Structure Analysis | 4 | 6 |
| 12/8/19 | Preparation of Board Materials | 4 | 8 |
| 12/9/19 | Internal Call | 2 | 1 |
| 12/9/19 | Preparation of Board Materials | 2 | 6 |
| 12/9/19 | POR / DS Discussion with Weil | 1 | 1 |
| 12/9/19 | Discussions with backstop parties | 8 | 1 |
| 12/9/19 | Review financial statements with company | 2 | 2 |
| 12/10/19 | Equity Backstop Analysis and Process Work | 4 | 1 |
| 12/10/19 | Capital Structure Analysis | 2 | 6 |
| 12/10/19 | Equity Backstop Analysis and Process Work | 2 | 1 |
| 12/10/19 | Securitization modeling call with management | 2 | 1 |
| 12/11/19 | Equity Backstop Analysis and Process Work | 2 | 1 |
| 12/11/19 | Exit Financing Analysis | 3 | 8 |
| 12/11/19 | Preparation of materials for Governor's Office meeting | 3 | 1 |
| 12/12/19 | Equity Backstop Analysis and Process Work | 4 | 1 |
| 12/12/19 | Board meeting | 2 | 1 |
| 12/12/19 | Call with Governor's Office advisors | 2 | 1 |
| 12/13/19 | Exit Financing Analysis | 4 | 8 |
| 12/13/19 | Call to discuss NOL / Tax implications with Weil | 2 | 1 |
| 12/13/19 | Call with Cravath to discuss BCL process | 2 | 1 |
| 12/13/19 | Preparation of materials for Board meeting | 4 | 1 |
| 12/14/19 | Equity Backstop Analysis and Process Work | 2.5 | 1 |
| 12/14/19 | Call with Davis Polk regarding financing | 2.5 | 6 |
| 12/14/19 | Discussions with backstop parties | 8 | 1 |
| 12/15/19 | Discussions with backstop parties | 10 | 1 |
| 12/15/19 | Call with Governor's Office advisors | 2 | 1 |
| 12/16/19 | POR / DS Discussion with Weil | 1 | 1 |
| 12/16/19 | Discussions with backstop parties | 10 | 1 |
| 12/16/19 | Equity Backstop Analysis and Process Work | 2 | 1 |
| 12/16/19 | Preparation of Board Materials | 7 | 8 |
| 12/17/19 | Equity Backstop Analysis and Process Work | 3 | 1 |
| 12/17/19 | Capital Structure Analysis | 5 | 6 |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**December 1, 2019 - December 31, 2019**

| | Eli Silverman (Vice President) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 12/17/19 | Discussions with backstop parties | 8 | 1 |
| 12/17/19 | Securitization modeling call with management | 2 | 1 |
| 12/18/19 | Discussions with backstop parties | 11 | 1 |
| 12/18/19 | Equity Backstop Analysis and Process Work | 2 | 1 |
| 12/18/19 | Exit Financing Analysis | 7 | 8 |
| 12/19/19 | Discussions with backstop parties | 11 | 1 |
| 12/19/19 | Equity Backstop Analysis and Process Work | 3 | 1 |
| 12/19/19 | Preparation of Board Materials | 5 | 8 |
| 12/20/19 | Preparation of Board Materials | 4 | 6 |
| 12/20/19 | Discussions with backstop parties | 10 | 1 |
| 12/20/19 | Securitization modeling call with Governor's Office advisors | 2 | 1 |
| 12/21/19 | Preparation of Board Materials | 5 | 8 |
| 12/22/19 | Preparation of Board Materials | 5 | 9 |
| 12/23/19 | POR / DS Discussion with Weil | 1 | 1 |
| 12/23/19 | Equity Backstop Analysis and Process Work | 5 | 1 |
| 12/23/19 | Exit Financing Analysis | 2 | 6 |
| 12/24/19 | Equity Backstop Analysis and Process Work | 3 | 1 |
| 12/24/19 | Capital Structure Analysis | 4 | 6 |
| 12/24/19 | Review of Ad-Hoc Noteholder Letter | 5 | 6 |
| 12/25/19 | Exit Financing Analysis | 3 | 8 |
| 12/26/19 | Equity Backstop Analysis and Process Work | 6 | 1 |
| 12/26/19 | Preparation of Board Materials | 4 | 9 |
| 12/26/19 | Securitization modeling call with PJT | 2 | 1 |
| 12/27/19 | Preparation of Board Materials | 4 | 9 |
| 12/27/19 | Discussions with backstop parties | 4 | 1 |
| 12/28/19 | Exit Financing Analysis | 4 | 6 |
| 12/29/19 | Preparation of Board Materials | 6 | 9 |
| 12/30/19 | Equity Backstop Analysis and Process Work | 3 | 1 |
| 12/31/19 | Equity Backstop Analysis and Process Work | 4 | 1 |
| 12/31/19 | Preparation of Board Materials | 4 | 9 |
| **Dec-19** | **Monthly Subtotal** | **333.0** | |

PG&E Corp.
Lazard Frères & Co. LLC
December 1, 2019 - December 31, 2019

## Daniel Bier (Associate)

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 12/16/19 | Internal meeting -- onboarding | 1 | 9 |
| 12/19/19 | Internal meeting -- onboarding | 4 | 9 |
| 12/19/19 | Individual work on financial model | 2 | 5 |
| 12/20/19 | Meeting with PJT to review model | 2 | 1 |
| 12/20/19 | Individual work on financial model | 5 | 5 |
| 12/23/19 | Company meetings | 3 | 9 |
| 12/26/19 | Internal team phone calls | 3 | 9 |
| 12/27/19 | Internal team phone calls | 3 | 9 |
| 12/27/19 | Individual work on financial model | 2 | 5 |
| 12/30/19 | Individual work on financial model | 4 | 5 |
| 12/31/19 | Individual work on financial model | 2 | 5 |
| Dec-19 | **Monthly Subtotal** | **31.0** | |

PG&E Corp.
Lazard Frères & Co. LLC
December 1, 2019 - December 31, 2019

| Garrett Deutsch (Associate) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 12/10/19 | Work around post-emergence capital structure and equity financing alternatives | 1 | 6 |
| 12/16/19 | Work around post-emergence capital structure and equity financing alternatives | 2 | 6 |
| **Dec-19** | **Monthly Subtotal** | **3.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**December 1, 2019 - December 31, 2019**

### Dan Katz (Associate)

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 12/1/19 | Financing Analysis | 5 | 6 |
| 12/2/19 | Financing Analysis | 3 | 6 |
| 12/3/19 | Financing Analysis | 7 | 6 |
| 12/4/19 | Financing Analysis | 8 | 6 |
| 12/5/19 | Financing Analysis | 4 | 6 |
| 12/6/19 | Financing Analysis | 4 | 6 |
| 12/7/19 | Credit metrics analysis | 7 | 6 |
| 12/8/19 | Credit metrics analysis | 9 | 6 |
| 12/9/19 | Credit metrics analysis | 5 | 6 |
| 12/10/19 | Evaluation of securitization structures | 2 | 6 |
| 12/11/19 | Evaluation of securitization structures | 7 | 6 |
| 12/12/19 | Evaluation of securitization structures | 4 | 6 |
| 12/13/19 | Model review and credit metrics analysis | 8 | 6 |
| 12/14/19 | Model review and credit metrics analysis | 5 | 6 |
| 12/15/19 | Evaluation of securitization structures | 6 | 6 |
| 12/16/19 | Evaluation of securitization structures | 8 | 6 |
| 12/17/19 | Evaluation of securitization structures | 9 | 6 |
| 12/18/19 | Evaluation of securitization structures | 5 | 6 |
| 12/19/19 | Model Cleanup | 2 | 6 |
| 12/20/19 | Model Cleanup | 6 | 6 |
| 12/21/19 | Model Cleanup | 8 | 6 |
| 12/22/19 | Review Taxes and business plan | 6 | 6 |
| 12/23/19 | Review Taxes and business plan | 6 | 6 |
| 12/24/19 | Review Taxes and business plan | 5 | 6 |
| **Dec-19** | **Monthly Subtotal** | **139.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**December 1, 2019 - December 31, 2019**

| Nathan Mooney (Associate) | | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 12/1/19 | Exit Financing Analysis | 5 | 8 |
| 12/2/19 | POR / DS Discussion with Weil | 1 | 1 |
| 12/2/19 | Exit Financing Analysis | 1 | 8 |
| 12/2/19 | Exit Financing Analysis | 4 | 6 |
| 12/3/19 | Equity Backstop Analysis and Process Work | 1 | 1 |
| 12/3/19 | Discussion with Weil | 1 | 1 |
| 12/3/19 | Exit Financing Analysis | 2 | 8 |
| 12/3/19 | Diligence Requests | 2 | 1 |
| 12/3/19 | Exit Financing Analysis | 4 | 6 |
| 12/4/19 | Diligence Requests | 1 | 1 |
| 12/4/19 | Diligence Requests | 1 | 6 |
| 12/4/19 | Capital Structure Analysis | 4 | 6 |
| 12/4/19 | Equity Backstop Analysis and Process Work | 1 | 1 |
| 12/4/19 | Exit Financing Analysis | 2 | 6 |
| 12/4/19 | Equity Backstop Analysis and Process Work | 1 | 1 |
| 12/5/19 | Recurring Advisor Call | 1 | 1 |
| 12/5/19 | Equity Backstop Analysis and Process Work | 7 | 6 |
| 12/5/19 | Exit Financing Analysis | 1 | 1 |
| 12/6/19 | Recurring Advisor Call | 1 | 1 |
| 12/7/19 | Capital Structure Analysis | 2 | 6 |
| 12/8/19 | Preparation of Board Materials | 2 | 8 |
| 12/9/19 | Internal Call | 2 | 1 |
| 12/9/19 | Preparation of Board Materials | 2 | 6 |
| 12/9/19 | POR / DS Discussion with Weil | 1 | 1 |
| 12/10/19 | Equity Backstop Analysis and Process Work | 4 | 1 |
| 12/10/19 | Capital Structure Analysis | 2 | 6 |
| 12/10/19 | Equity Backstop Analysis and Process Work | 2 | 1 |
| 12/11/19 | Equity Backstop Analysis and Process Work | 2 | 1 |
| 12/11/19 | Exit Financing Analysis | 2 | 8 |
| 12/12/19 | Equity Backstop Analysis and Process Work | 2 | 1 |
| 12/13/19 | Exit Financing Analysis | 2 | 8 |
| 12/14/19 | Equity Backstop Analysis and Process Work | 2.5 | 1 |
| 12/16/19 | POR / DS Discussion with Weil | 1 | 1 |
| 12/16/19 | Equity Backstop Analysis and Process Work | 5 | 1 |
| 12/16/19 | Preparation of Board Materials | 7 | 8 |
| 12/17/19 | Equity Backstop Analysis and Process Work | 1 | 1 |
| 12/17/19 | Capital Structure Analysis | 5 | 6 |
| 12/18/19 | Equity Backstop Analysis and Process Work | 2 | 1 |
| 12/18/19 | Exit Financing Analysis | 7 | 8 |
| 12/19/19 | Equity Backstop Analysis and Process Work | 3 | 1 |
| 12/19/19 | Preparation of Board Materials | 5 | 8 |
| 12/20/19 | Preparation of Board Materials | 4 | 6 |
| 12/21/19 | Preparation of Board Materials | 4 | 8 |
| 12/22/19 | Preparation of Board Materials | 3.5 | 9 |
| 12/23/19 | POR / DS Discussion with Weil | 1 | 1 |
| 12/23/19 | Equity Backstop Analysis and Process Work | 5 | 1 |
| 12/23/19 | Exit Financing Analysis | 2 | 6 |
| 12/24/19 | Equity Backstop Analysis and Process Work | 3 | 1 |
| 12/24/19 | Capital Structure Analysis | 4 | 6 |
| 12/25/19 | Exit Financing Analysis | 1 | 8 |
| 12/26/19 | Equity Backstop Analysis and Process Work | 6 | 1 |
| 12/26/19 | Preparation of Board Materials | 4 | 9 |
| 12/27/19 | Preparation of Board Materials | 2 | 9 |
| 12/28/19 | Exit Financing Analysis | 4 | 6 |
| 12/29/19 | Preparation of Board Materials | 6 | 9 |
| 12/30/19 | Equity Backstop Analysis and Process Work | 3 | 1 |
| 12/31/19 | Equity Backstop Analysis and Process Work | 3 | 1 |
| 12/31/19 | Preparation of Board Materials | 2 | 9 |
| Dec-19 | **Monthly Subtotal** | **162.0** | |

PG&E Corp.
Lazard Frères & Co. LLC
December 1, 2019 - December 31, 2019

## Matthew Strain (Associate)

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 12/1/19 | Updated business plan modeling | 8 | 9 |
| 12/2/19 | Updated business plan modeling | 12 | 9 |
| 12/3/19 | Updated business plan modeling | 6 | 9 |
| 12/4/19 | Updated business plan modeling | 10 | 9 |
| 12/5/19 | Updated business plan modeling | 12 | 9 |
| 12/6/19 | Updated business plan modeling | 12 | 9 |
| 12/9/19 | POR modeling | 4 | 9 |
| 12/10/19 | POR modeling | 6 | 9 |
| 12/11/19 | POR modeling | 6 | 9 |
| 12/12/19 | POR modeling | 12 | 9 |
| 12/13/19 | POR modeling | 7 | 9 |
| 12/14/19 | POR modeling | 12 | 9 |
| 12/16/19 | POR modeling | 6 | 9 |
| 12/17/19 | POR modeling | 12 | 9 |
| 12/18/19 | POR modeling | 6 | 9 |
| 12/19/19 | POR modeling | 5 | 9 |
| 12/20/19 | POR modeling | 4 | 9 |
| 12/23/19 | POR modeling | 6 | 9 |
| 12/24/19 | POR modeling | 6 | 9 |
| 12/25/19 | POR modeling | 6 | 9 |
| 12/26/19 | POR modeling | 12 | 9 |
| 12/27/19 | POR modeling | 10 | 9 |
| 12/28/19 | POR modeling | 6 | 9 |
| 12/29/19 | POR modeling | 2 | 9 |
| 12/30/19 | POR modeling | 3 | 9 |
| 12/31/19 | POR modeling | 2 | 9 |
| Dec-19 | **Monthly Subtotal** | **193.0** | |

### Liam Fine (Financial Analyst)

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 12/1/19 | Modeling/assessing a refreshed Company business plan | 8 | 9 |
| 12/2/19 | Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 12/3/19 | Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 12/4/19 | Modeling/assessing a refreshed Company business plan | 10 | 9 |
| 12/5/19 | Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 12/6/19 | Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 12/9/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4 | 9 |
| 12/10/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 12/11/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 12/12/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 12/13/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 7 | 9 |
| 12/14/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8 | 9 |
| 12/16/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 12/17/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 7 | 9 |
| 12/18/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 12/19/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 12/20/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4 | 9 |
| 12/23/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 12/24/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 3 | 9 |
| 12/25/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 3 | 9 |
| 12/26/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8 | 9 |
| 12/27/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 12/28/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 12/29/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 2 | 9 |
| 12/30/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 3 | 9 |
| 12/31/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 2 | 9 |
| **Dec-19** | **Monthly Subtotal** | **142.0** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**December 1, 2019 - December 31, 2019**

| | Kevin Hatch (Financial Analyst) | | |
|---|---|---|---|
| Date | Description of Work | Hours | Code |
| 12/1/19 | Exit financing analysis | 2 | 8 |
| 12/2/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 12/2/19 | Exit financing analysis | 1 | 8 |
| 12/2/19 | Sources and uses analysis | 3 | 6 |
| 12/3/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 12/3/19 | Discussion with Weil | 1 | 1 |
| 12/3/19 | Sources and uses analysis | 0.5 | 8 |
| 12/3/19 | Diligence data request | 1 | 1 |
| 12/3/19 | Sources and uses analysis | 3 | 6 |
| 12/4/19 | Diligence data discussion | 1 | 1 |
| 12/4/19 | Gathering data for diligence requests | 1 | 6 |
| 12/4/19 | Capital Structure Analysis | 3.5 | 6 |
| 12/4/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 12/4/19 | Sources and uses analysis | 2 | 6 |
| 12/4/19 | Equity backstop discussions | 1 | 1 |
| 12/5/19 | Recurring Advisor Call | 1 | 1 |
| 12/5/19 | Capital Structure Analysis | 6 | 6 |
| 12/5/19 | Equity backstop discussions | 1 | 1 |
| 12/6/19 | Recurring Advisor Call | 1 | 1 |
| 12/7/19 | Capital Structure Analysis | 2 | 6 |
| 12/8/19 | Development of Board materials | 2 | 8 |
| 12/9/19 | Internal team regroup | 1 | 1 |
| 12/9/19 | Development of Board materials | 4.5 | 6 |
| 12/9/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 12/10/19 | Discussion with equity holder advisors | 2 | 1 |
| 12/10/19 | Capital Structure Analysis | 4.5 | 6 |
| 12/10/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 12/11/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 12/11/19 | Exit financing analysis | 7.5 | 8 |
| 12/12/19 | Discussion with equity holder advisors | 1 | 1 |
| 12/13/19 | Exit financing analysis | 6 | 8 |
| 12/16/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 12/16/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 12/16/19 | Preparation of board materials | 7 | 8 |
| 12/17/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 12/17/19 | Capital Structure Analysis | 3.5 | 6 |
| 12/18/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 12/18/19 | Sources and uses analysis | 6.5 | 8 |
| 12/19/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 12/19/19 | Preparation of board materials | 2.5 | 8 |
| 12/20/19 | Preparation of discussion materials | 3 | 6 |
| 12/21/19 | Preparation of discussion materials | 12 | 8 |
| 12/22/19 | Preparation of discussion materials | 12 | 9 |
| 12/23/19 | POR / DS Discussion with Weil | 0.5 | 1 |
| 12/23/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 12/23/19 | Sources and uses analysis | 11 | 6 |
| 12/24/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 12/24/19 | Capital Structure Analysis | 4.5 | 6 |
| 12/25/19 | Exit financing analysis | 1 | 8 |
| 12/26/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 12/26/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 12/26/19 | Preparation of discussion materials | 12 | 9 |
| 12/27/19 | Preparation of discussion materials | 5 | 9 |
| 12/28/19 | Sources and uses analysis | 5 | 6 |
| 12/29/19 | Preparation of discussion materials | 6 | 9 |
| 12/30/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 12/31/19 | Discussion with equity holder advisors | 0.5 | 1 |
| 12/31/19 | Preparation of discussion materials | 3 | 9 |
| **Dec-19** | **Monthly Subtotal** | **162.5** | |

**PG&E Corp.**
**Lazard Frères & Co. LLC**
**December 1, 2019 - December 31, 2019**

| Date | Dan Liotta (Financial Analyst) Description of Work | Hours | Code |
|---|---|---|---|
| 12/1/19 | Exit financing analysis | 5 | 8 |
| 12/2/19 | POR / DS Discussion with Weil | 1 | 1 |
| 12/2/19 | Exit financing analysis | 1 | 8 |
| 12/2/19 | Sources and uses analysis | 4 | 6 |
| 12/3/19 | Equity Backstop Analysis and Process Work | 1 | 1 |
| 12/3/19 | Discussion with Weil | 1 | 1 |
| 12/3/19 | Sources and uses analysis | 2 | 8 |
| 12/3/19 | Diligence data request | 2 | 1 |
| 12/3/19 | Sources and uses analysis | 4 | 6 |
| 12/4/19 | Diligence data discussion | 1 | 1 |
| 12/4/19 | Gathering data for diligence requests | 1 | 6 |
| 12/4/19 | Capital Structure Analysis | 4 | 6 |
| 12/4/19 | Equity Backstop Analysis and Process Work | 1 | 1 |
| 12/4/19 | Sources and uses analysis | 2 | 6 |
| 12/4/19 | Equity backstop discussions | 1 | 1 |
| 12/5/19 | Recurring Advisor Call | 1 | 1 |
| 12/5/19 | Equity Backstop Analysis and Process Work | 7 | 6 |
| 12/5/19 | Exit financing analysis | 1 | 1 |
| 12/6/19 | Recurring Advisor Call | 1 | 1 |
| 12/7/19 | Capital Structure Analysis | 2 | 6 |
| 12/8/19 | Development of Board materials | 2 | 8 |
| 12/9/19 | Internal team regroup | 2 | 1 |
| 12/9/19 | Development of Board materials | 8 | 6 |
| 12/9/19 | POR / DS Discussion with Weil | 1 | 1 |
| 12/10/19 | Equity Backstop Analysis and Process Work | 4 | 1 |
| 12/10/19 | Capital Structure Analysis | 8 | 6 |
| 12/10/19 | Equity Backstop Analysis and Process Work | 2 | 1 |
| 12/11/19 | Equity Backstop Analysis and Process Work | 2 | 1 |
| 12/11/19 | Exit financing analysis | 10 | 8 |
| 12/12/19 | Equity Backstop Analysis and Process Work | 2 | 1 |
| 12/13/19 | Exit financing analysis | 11 | 8 |
| 12/14/19 | Equity Backstop Analysis and Process Work | 1 | 1 |
| 12/16/19 | POR / DS Discussion with Weil | 1 | 1 |
| 12/16/19 | Equity Backstop Analysis and Process Work | 5 | 1 |
| 12/16/19 | Preparation of board materials | 9 | 8 |
| 12/17/19 | Equity Backstop Analysis and Process Work | 1 | 1 |
| 12/17/19 | Capital Structure Analysis | 5 | 6 |
| 12/18/19 | Equity Backstop Analysis and Process Work | 2 | 1 |
| 12/18/19 | Sources and uses analysis | 9 | 8 |
| 12/19/19 | Equity Backstop Analysis and Process Work | 3 | 1 |
| 12/19/19 | Preparation of board materials | 5 | 8 |
| 12/20/19 | Preparation of discussion materials | 4 | 6 |
| 12/21/19 | Preparation of discussion materials | 4 | 8 |
| 12/22/19 | Preparation of discussion materials | 3 | 9 |
| 12/23/19 | POR / DS Discussion with Weil | 1 | 1 |
| 12/23/19 | Equity Backstop Analysis and Process Work | 8 | 1 |
| 12/23/19 | Sources and uses analysis | 2 | 6 |
| 12/24/19 | Equity Backstop Analysis and Process Work | 3 | 1 |
| 12/24/19 | Capital Structure Analysis | 5 | 6 |
| 12/25/19 | Exit financing analysis | 1 | 8 |
| 12/26/19 | Equity Backstop Analysis and Process Work | 8 | 1 |
| 12/26/19 | Preparation of discussion materials | 4 | 9 |
| 12/27/19 | Preparation of discussion materials | 2 | 9 |
| 12/28/19 | Sources and uses analysis | 3 | 6 |
| 12/29/19 | Preparation of discussion materials | 4 | 9 |
| 12/30/19 | Equity Backstop Analysis and Process Work | 3 | 1 |
| 12/31/19 | Equity Backstop Analysis and Process Work | 3 | 1 |
| 12/31/19 | Preparation of discussion materials | 2 | 9 |
| **Dec-19** | **Monthly Subtotal** | **196.0** | |

PG&E Corp.
Lazard Frères & Co. LLC
December 1, 2019 - December 31, 2019

### Katherine Tobeason (Analyst)

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 12/10/19 | Work around post-emergence capital structure and equity financing alternatives | 2 | 6 |
| 12/16/19 | Work around post-emergence capital structure and equity financing alternatives | 3 | 6 |
| Dec-19 | Monthly Subtotal | 5.0 | |

PG&E Corp.
Lazard Frères & Co. LLC
December 1, 2019 - December 31, 2019

### Scott Belinsky (Financial Analyst)

| Date | Description of Work | Hours | Code |
|---|---|---|---|
| 12/1/19 | Modeling/assessing a refreshed Company business plan | 7 | 9 |
| 12/2/19 | Modeling/assessing a refreshed Company business plan | 9 | 9 |
| 12/3/19 | Modeling/assessing a refreshed Company business plan | 9 | 9 |
| 12/4/19 | Modeling/assessing a refreshed Company business plan | 7 | 9 |
| 12/5/19 | Modeling/assessing a refreshed Company business plan | 8 | 9 |
| 12/6/19 | Modeling/assessing a refreshed Company business plan | 11 | 9 |
| 12/9/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 7 | 9 |
| 12/10/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4 | 9 |
| 12/11/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 3 | 9 |
| 12/12/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8 | 9 |
| 12/13/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 9 | 9 |
| 12/14/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 11 | 9 |
| 12/16/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 8 | 9 |
| 12/17/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 7 | 9 |
| 12/18/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4 | 9 |
| 12/19/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 12/20/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 7 | 9 |
| 12/23/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 12/24/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 12/25/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 12/26/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 7 | 9 |
| 12/27/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 5 | 9 |
| 12/28/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4 | 9 |
| 12/29/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 6 | 9 |
| 12/30/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 4 | 9 |
| 12/31/19 | Update ability to finance liabilities analysis / Modeling/assessing a refreshed Company business plan | 3 | 9 |
| **Dec-19** | **Monthly Subtotal** | **171.0** | |