# EXHIBIT E

# DETAIL OF EXPENSES
# FOR THE PERIOD DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

# PG&E Corporation
## Monthly Fee Statement
## Lazard Frères & Co. LLC

### December 1, 2019 - December 31, 2019

### Fee Calculation

| Item | Amount Incurred |
|---|---|
| Monthly Fee: December 1, 2019 - December 31, 2019 | $300,000.00 [1] |
| **TOTAL** | **$300,000.00** |

### Summary of Out-of-Pocket Expenses [2]

| Item | Amount Incurred |
|---|---|
| Car Services and Taxis | $4,285.93 |
| Employee Meals | 334.64 |
| Meals-Meetings/Travel | 1,106.04 |
| Travel | 12,132.86 |
| **TOTAL** | **$17,859.47** |

---

[1] Lazard's retention was approved pursuant to the terms and conditions set forth in the engagement letter dated January 4, 2019 (the "Engagement Letter"), as limited or modfied by the Retention Order [Dkt. No. 2229].

[2] Additional expense detail will be furnished upon request.

[3] For legal representation of Lazard. See attached invoices.

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| **OPENING BALANCE** | **12/31/1899** | | | |
| Travel - Air | 12/20/2019 | Eli Silverman | JetBlue/JFK/SFO - coach 10/21/2019 / AMEX | 1,000.00 |
| Travel - Air | 12/20/2019 | Eli Silverman | JetBlue/SFO/JFK - coach 10/27/2019 / AMEX | 1,000.00 |
| Travel - Air | 12/20/2019 | Eli Silverman | JetBlue/SFO/JFK - coach 11/13/2019 / AMEX | 1,000.00 |
| Travel - Air | 12/20/2019 | Eli Silverman | United/EWR/SFO - coach 11/11/2019 / AMEX | 1,000.00 |
| Travel - Air | 12/20/2019 | Eli Silverman | JetBlue/SFO/JFK - nonbillable 11/13/2019 / AMEX | 1,069.90 |
| Travel - Air | 12/31/2019 | Ken Ziman | Refund Flt BOS/LGA RT 11/18/2019 / AMEX | (412.75) |
| Travel - Air | 12/31/2019 | Ken Ziman | Refund Flt SFO/JFK OW 11/18/2019 / AMEX | (1,664.91) |
| Travel - Air | 12/31/2019 | Ken Ziman | Refund Flt EWR/SFO OW 11/18/2019 / AMEX | (2,390.30) |
| Travel - Air | 12/31/2019 | Ken Ziman | Refund Flt EWR/SFO OW 11/18/2019 / AMEX | (1,705.58) |
| Travel - Air | 12/31/2019 | Ken Ziman | Refunded train BOS/NYP 11/18/2019 / AMEX | (221.00) |
| Travel - Air | 12/31/2019 | Ken Ziman | Refund Flt EWR/SFO OW 11/18/2019 / AMEX | (2,390.30) |
| Travel - Air | 12/31/2019 | Ken Ziman | Refund Flt SFO/EWR OW 11/18/2019 / AMEX | (2,390.30) |
| Travel - Air | 12/31/2019 | Ken Ziman | Refund Flt JFK/SFO OW coach 11/18/2019 / AMEX | (1,693.60) |
| Travel - Air | 12/31/2019 | Ken Ziman | Refund Flt IAH/LGA OW 11/18/2019 / AMEX | (610.26) |
| Travel - Air | 12/31/2019 | Ken Ziman | Refund Flt IAH/SFO OW 11/18/2019 / AMEX | (1,896.70) |
| Travel - Air | 12/31/2019 | Ken Ziman | Flt SFO/JFK OW coach 12/18/2019 / AMEX | 799.90 |
| Travel - Air | 12/31/2019 | Ken Ziman | Flt SFO/EWR OW coach 12/11/2019 / AMEX | 1,000.00 |
| Travel - Air | 12/31/2019 | Ken Ziman | Flt SFO/EWR OW coach 11/18/2019 / AMEX | 1,000.00 |
| Travel - Air | 12/31/2019 | Ken Ziman | Flt EWR/SFO OW coach 11/18/2019 / AMEX | 792.00 |
| Travel - Air | 12/31/2019 | Ken Ziman | Flt EWR/SFO OW coach 12/10/2019 / AMEX | 1,000.00 |
| Travel - Air | 1/6/2020 | Eli Silverman | Jet Blue/SFO/JFK - coach 12/11/2019 / AMEX | 1,000.00 |
| Travel - Air | 1/6/2020 | Eli Silverman | AA/JFK/SFO - coach 12/08/2019 / AMEX | 1,000.00 |
| Travel - Air | 1/6/2020 | Eli Silverman | Jetblue/SFO/JFK - coach 12/12/2019 / AMEX | 1,000.00 |
| Travel - Air | 1/6/2020 | Eli Silverman | United/EWR/SFO - coach 12/16/2019 / AMEX | 1,000.00 |
| Travel - Air | 1/6/2020 | Eli Silverman | United/SFO/EWR - coach 12/11/2019 / AMEX | 1,000.00 |
| Travel - Air | 1/6/2020 | Eli Silverman | JetBlue/SFO/JFK - coach 11/21/2019 / AMEX | 1,000.00 |
| Travel - Air | 1/6/2020 | Eli Silverman | United/EWR/SFO - coach 11/19/2019 / AMEX | 1,000.00 |
| Travel - Air | 1/6/2020 | Eli Silverman | United/Newark/SanFran-coach 12/16/2019 / AMEX | 1,000.00 |
| **Travel - Air Total** | | | | **2,286.10** |
| Car Services - After Hours | 12/20/2019 | Eli Silverman | Home/Lazard 11/04/2019 Time: 19:20 / AMEX | 26.24 |
| Car Services - After Hours | 12/20/2019 | Daniel Katz | W->H, Tues, 10:45 PM 12/03/2019 Time: 22:45 / AMEX | 31.64 |
| Car Services - After Hours | 12/20/2019 | Daniel Katz | W->H, Mon, 10:28 PM 11/18/2019 Time: 22:28 / AMEX | 29.76 |
| Car Services - After Hours | 12/20/2019 | Daniel Katz | W->H, Wed/Thur, 12:38 AM 11/14/2019 Time: 00:38 / AMEX | 27.95 |
| Car Services - After Hours | 12/20/2019 | Daniel Katz | W->H, Mon, 10:33 PM 12/02/2019 Time: 22:33 / AMEX | 28.48 |
| Car Services - After Hours | 12/20/2019 | Daniel Katz | W->H, Mon, 10:53 PM 12/09/2019 Time: 22:53 / AMEX | 32.10 |

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 02/12/2020

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Car Services - After Hours | 12/20/2019 | Daniel Katz | W->H, Thur/Fri, 2:14 AM 11/15/2019 Time: 02:14 / AMEX | 26.45 |
| Car Services - After Hours | 12/23/2019 | Matthew Strain | laz- home    HELP.UBER 12/02/2019 Time: 23:47 / AMEX | 31.99 |
| Car Services - After Hours | 12/23/2019 | Matthew Strain | Laz- Home     HELP.UBER 11/16/2019 Time: 23:59 / AMEX | 56.03 |
| Car Services - After Hours | 12/23/2019 | Matthew Strain | Laz- home     HELP.UBER 12/10/2019 Time: 22:56 / AMEX | 29.59 |
| Car Services - After Hours | 12/23/2019 | Matthew Strain | Laz- home         HELP.UBER 11/15/2019 Time: 02:27 / AMEX | 25.89 |
| Car Services - After Hours | 12/23/2019 | Matthew Strain | Laz-home     HELP.UBER 12/07/2019 Time: 19:23 / AMEX | 37.03 |
| Car Services - After Hours | 12/23/2019 | Matthew Strain | Laz- home     HELP.UBER 12/06/2019 Time: 23:27 / AMEX | 32.39 |
| Car Services - After Hours | 12/23/2019 | Matthew Strain | Laz to home     HELP.UBER 11/14/2019 Time: 00:39 / AMEX | 29.17 |
| Car Services - After Hours | 12/23/2019 | Matthew Strain | Laz- home     HELP.UBER 12/11/2019 Time: 00:26 / AMEX | 28.15 |
| Car Services - After Hours | 12/23/2019 | Matthew Strain | EWR aiport-Lazrd  UBER 12/02/2019 Time: 10:31 / AMEX | 114.25 |
| Car Services - After Hours | 12/23/2019 | Matthew Strain | Laz- home      HELP.UBER 12/05/2019 Time: 00:02 / AMEX | 32.75 |
| Car Services - After Hours | 12/23/2019 | Matthew Strain | Laz- home       HELP.UBER 12/04/2019 Time: 00:22 / AMEX | 32.46 |
| Car Services - After Hours | 12/23/2019 | Matthew Strain | Laz- home       HELP.UBER 12/04/2019 Time: 00:22 / AMEX | 5.75 |
| Car Services - After Hours | 12/23/2019 | Matthew Strain | Laz- Home        HELP.UBER 11/21/2019 Time: 22:46 / AMEX | 34.12 |
| Car Services - After Hours | 12/30/2019 | Luke Cummings | W->H, Thur/Fri, 2:48AM 11/15/2019 Time: 02:48 / AMEX | 37.50 |
| Car Services - After Hours | 12/30/2019 | Luke Cummings | W->H, Sat, 11:47PM 11/16/2019 Time: 23:47 / AMEX | 52.91 |
| Car Services - After Hours | 12/30/2019 | Luke Cummings | W->H, Sun/Mon, 1:33AM 11/18/2019 Time: 01:33 / AMEX | 42.34 |
| Car Services - After Hours | 12/31/2019 | Ken Ziman | Car to home late night 11/14/2019 Time: 23:53 / AMEX | 19.03 |
| Car Services - After Hours | 1/6/2020 | Nathan Mooney | To home late night 11/30/2019 Time: 17:18 / AMEX | 26.54 |
| Car Services - After Hours | 1/6/2020 | Nathan Mooney | To home late night 11/19/2019 Time: 22:38 / AMEX | 23.92 |
| Car Services - After Hours | 1/6/2020 | Liam Fine | NYCTAXI LAZARD/HOME 12/09/2019 Time: 23:00 / AMEX | 14.65 |
| Car Services - After Hours | 1/6/2020 | Liam Fine | UBER LAZARD/HOME 11/15/2019 Time: 23:51 / AMEX | 31.33 |
| Car Services - After Hours | 1/6/2020 | Eli Silverman | Lazard/home-NYC 11/14/2019 Time: 22:28 / AMEX | 46.50 |
| Car Services - After Hours | 1/6/2020 | Liam Fine | UBER LAZARD/HOME 11/16/2019 Time: 15:42 / AMEX | 28.34 |
| Car Services - After Hours | 1/6/2020 | Liam Fine | UNITED WESTWAYLAZARD/HOME 12/11/2019 Time: 23:00 / AMEX | 14.00 |
| Car Services - After Hours | 1/6/2020 | Liam Fine | UBER LAZARD/HOME 11/15/2019 Time: 23:07 / AMEX | 26.29 |
| Car Services - After Hours | 1/6/2020 | Liam Fine | UBER LAZARD/HOME 11/14/2019 Time: 02:25 / AMEX | 22.57 |
| Car Services - After Hours | 1/6/2020 | Liam Fine | UBER LAZARD/HOME 11/13/2019 Time: 00:59 / AMEX | 23.13 |
| Car Services - After Hours | 1/6/2020 | Nathan Mooney | Car home late night 11/15/2019 Time: 22:27 / AMEX | 25.45 |
| Car Services - After Hours | 1/6/2020 | Liam Fine | UBER HOME / NEWARK AIRPORT 11/27/2019 Time: 13:48 / AMEX | 98.45 |
| Car Services - After Hours | 1/6/2020 | Liam Fine | UBER LAZARD/HOME 11/20/2019 Time: 22:48 / AMEX | 31.26 |
| Car Services - After Hours | 1/6/2020 | Liam Fine | UBER LAZARD/HOME 11/17/2019 Time: 01:32 / AMEX | 23.08 |
| Car Services - After Hours | 1/6/2020 | Nathan Mooney | To home late night 11/16/2019 Time: 22:36 / AMEX | 24.11 |
| Car Services - After Hours | 1/6/2020 | Nathan Mooney | To home late night 11/18/2019 Time: 21:45 / AMEX | 38.30 |
| Car Services - After Hours | 1/6/2020 | Eli Silverman | Lazard/home-NYC 12/05/2019 Time: 22:15 / AMEX | 10.23 |
| **Car Services - After Hours Total** | | | | **1,352.12** |

Case: 19-30088    Doc# 6422-5    Filed: 03/23/20    Entered: 03/23/20 13:39:07    Page 4 of 8

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 02/12/2020

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Car Services - Business Travel | 12/3/2019 | Daniel Katz | Hotel -> Client Mtg 11/12/2019 / AMEX | 20.35 |
| Car Services - Business Travel | 12/20/2019 | Daniel Katz | SF Hotel -> SFO Airport 11/13/2019 / AMEX | 96.23 |
| Car Services - Business Travel | 12/20/2019 | Eli Silverman | PG&E/SFO airport 10/27/2019 / AMEX | 74.28 |
| Car Services - Business Travel | 12/20/2019 | Eli Silverman | Court/PG&E/San Francisco 10/23/2019 / AMEX | 11.98 |
| Car Services - Business Travel | 12/20/2019 | Eli Silverman | PG&#/hotel/San Francisco 10/23/2019 / AMEX | 12.03 |
| Car Services - Business Travel | 12/20/2019 | Eli Silverman | Hotel/PG&E - San Fran 10/22/2019 / AMEX | 19.92 |
| Car Services - Business Travel | 12/20/2019 | Eli Silverman | JFK airport/home-NYC 10/27/2019 / AMEX | 110.75 |
| Car Services - Business Travel | 12/20/2019 | Eli Silverman | San Francisco airport/hotel 10/21/2019 / AMEX | 91.03 |
| Car Services - Business Travel | 12/20/2019 | Eli Silverman | Hotel/office/San Francisco 11/12/2019 / AMEX | 21.50 |
| Car Services - Business Travel | 12/20/2019 | Eli Silverman | PG&E/hotel - San Fran 10/22/2019 / AMEX | 21.73 |
| Car Services - Business Travel | 12/20/2019 | Eli Silverman | Ducera office/Lazard 10/15/2019 / AMEX | 10.78 |
| Car Services - Business Travel | 12/20/2019 | Eli Silverman | PG&E/Court/San Fran 10/23/2019 / AMEX | 29.46 |
| Car Services - Business Travel | 12/20/2019 | Eli Silverman | Lazard/Laguardia airport - NY 10/21/2019 / AMEX | 104.97 |
| Car Services - Business Travel | 12/20/2019 | Eli Silverman | SFO airport/hotel/SanFran 11/11/2019 / AMEX | 75.13 |
| Car Services - Business Travel | 12/20/2019 | Eli Silverman | Hotel/PG&E/San Fran 10/23/2019 / AMEX | 26.25 |
| Car Services - Business Travel | 12/20/2019 | Eli Silverman | Home-NYC/Newark airport 11/11/2019 / AMEX | 113.58 |
| Car Services - Business Travel | 12/20/2019 | Eli Silverman | Home/client meeting 11/11/2019 / AMEX | 14.63 |
| Car Services - Business Travel | 12/20/2019 | Eli Silverman | Lazard/hotel/San Francisco 11/12/2019 / AMEX | 25.99 |
| Car Services - Business Travel | 12/23/2019 | Matthew Strain | EMPIRE JFK – home  11/13/2019 / AMEX | 132.93 |
| Car Services - Business Travel | 12/23/2019 | Matthew Strain | Home -JFK  EMPIRE 11/12/2019 / AMEX | 96.11 |
| Car Services - Business Travel | 12/23/2019 | Matthew Strain | SFO airport - office EMPIRE 11/12/2019 / AMEX | 91.51 |
| Car Services - Business Travel | 12/31/2019 | Ken Ziman | Car from JFK to home 11/13/2019 / AMEX | 125.51 |
| Car Services - Business Travel | 12/31/2019 | Ken Ziman | Car from JFK to home 11/21/2019 / AMEX | 57.94 |
| Car Services - Business Travel | 12/31/2019 | Ken Ziman | Car from SFO to Loews 11/19/2019 / AMEX | 44.66 |
| Car Services - Business Travel | 12/31/2019 | Ken Ziman | Car from home to JFK 12/09/2019 / AMEX | 76.13 |
| Car Services - Business Travel | 12/31/2019 | Ken Ziman | Car from home to EWR 11/19/2019 / AMEX | 91.08 |
| Car Services - Business Travel | 12/31/2019 | Ken Ziman | Car from client mtg to SFO 12/12/2019 / AMEX | 30.38 |
| Car Services - Business Travel | 1/6/2020 | Eli Silverman | SFO airport/hotel/San Fran 12/08/2019 / AMEX | 92.11 |
| Car Services - Business Travel | 1/6/2020 | Eli Silverman | Home-NYC/JFK airport 12/08/2019 / AMEX | 87.65 |
| Car Services - Business Travel | 1/6/2020 | Eli Silverman | Hotel/PG&E/San Francisco 12/09/2019 / AMEX | 28.39 |
| Car Services - Business Travel | 1/6/2020 | Eli Silverman | PG&E/Hotel/San Francisco 12/09/2019 / AMEX | 26.04 |
| Car Services - Business Travel | 1/6/2020 | Eli Silverman | Hotel/PG&E/San Francisco 12/10/2019 / AMEX | 31.38 |
| Car Services - Business Travel | 1/6/2020 | Eli Silverman | Hotel/PG&E/San Francisco 12/11/2019 / AMEX | 32.79 |
| Car Services - Business Travel | 1/6/2020 | Eli Silverman | Hotel/SanFran airport 12/11/2019 / AMEX | 97.79 |
| Car Services - Business Travel | 1/6/2020 | Eli Silverman | JFK airort/home-NYC 11/21/2019 / AMEX | 128.01 |
| Car Services - Business Travel | 1/6/2020 | Eli Silverman | PG&E/SFO airport 11/21/2019 / AMEX | 85.31 |

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Car Services - Business Travel | 1/6/2020 | Eli Silverman | PG&E/SFO airport - Ken Ziman 11/20/2019 / AMEX | 75.18 |
| Car Services - Business Travel | 1/6/2020 | Eli Silverman | PG&E/hotel/San Francisco 11/20/2019 / AMEX | 29.81 |
| Car Services - Business Travel | 1/6/2020 | Eli Silverman | Hotel/PG&E/San Francisco 11/20/2019 / AMEX | 33.02 |
| Car Services - Business Travel | 1/6/2020 | Eli Silverman | Lazard/Newark airport 11/19/2019 / AMEX | 136.10 |
| Car Services - Business Travel | 1/6/2020 | Eli Silverman | Home-NYC/JFK airport 11/13/2019 / AMEX | 114.70 |
| Car Services - Business Travel | 1/6/2020 | Eli Silverman | Hotel/San Francisco airport 11/13/2019 / AMEX | 94.46 |
| Car Services - Business Travel | 1/6/2020 | Eli Silverman | Hotel/PG&E/San Francisco 11/13/2019 / AMEX | 25.70 |
| Car Services - Business Travel | 1/6/2020 | Eli Silverman | Newark airport/home-NYC 12/12/2019 / AMEX | 96.90 |
| Car Services - Business Travel | 1/6/2020 | Nathan Mooney | Car from EWR to home nyc 11/14/2019 / AMEX | 91.65 |
| **Car Services - Business Travel Total** | | | | **2,933.81** |
| Travel - Hotels | 12/20/2019 | Eli Silverman | Hyatt/SanFran 1nt @ $165.17 10/26/2019 / AMEX | 182.02 |
| Travel - Hotels | 12/20/2019 | Eli Silverman | Ritz/San Fran 3 nts @ $600 p/n 10/21/2019 / AMEX | 1,800.00 |
| Travel - Hotels | 12/20/2019 | Daniel Katz | One night hote stay, SF 11/12/2019 / AMEX | 697.59 |
| Travel - Hotels | 12/23/2019 | Matthew Strain | RITZ CARLTON SAN FRA SAN FRANC 11/13/2019 / AMEX | 831.28 |
| Travel - Hotels | 12/31/2019 | Ken Ziman | Hotel SF 2 nights@$999 11/21/2019 / AMEX | 800.00 |
| Travel - Hotels | 12/31/2019 | Ken Ziman | Hotel SF 1 night@$599 12/11/2019 / AMEX | 400.00 |
| Travel - Hotels | 1/6/2020 | Eli Silverman | Hyatt/San Fran 1 nt @ $600 ea. 11/19/2019 / AMEX | 600.00 |
| Travel - Hotels | 1/6/2020 | Eli Silverman | Ritz/San Fran 2 nts @ $600 ea. 11/11/2019 / AMEX | 1,200.00 |
| Travel - Hotels | 1/6/2020 | Nathan Mooney | Hotel 2nights/$587 11/13/2019 / AMEX | 800.00 |
| Travel - Hotels | 1/6/2020 | Eli Silverman | Ritz/SanFran 3 nts @ $600 ea. 12/08/2019 / AMEX | 1,800.00 |
| Travel - Hotels | 1/6/2020 | Eli Silverman | Hyatt/SanFran 1nt @ $600 11/20/2019 / AMEX | 600.00 |
| **Travel - Hotels Total** | | | | **9,710.89** |
| Travel - WiFi/Data fees - airlines/hotels | 12/30/2019 | Kevin Hatch | wifi acess on airplane- iphone 11/26/2019 / AMEX | 39.95 |
| Travel - WiFi/Data fees - airlines/hotels | 1/6/2020 | Eli Silverman | Viasat wifi on airplane 12/08/2019 / AMEX | 18.00 |
| Travel - WiFi/Data fees - airlines/hotels | 1/6/2020 | Eli Silverman | Wifi access at hotel 11/20/2019 / AMEX | 21.95 |
| Travel - WiFi/Data fees - airlines/hotels | 1/6/2020 | Liam Fine | UNITED AIRLINES    HOUSTON 11/27/2019 / AMEX | 11.99 |
| Travel - WiFi/Data fees - airlines/hotels | 1/6/2020 | Liam Fine | UNITED AIRLINES    HOUSTON 12/02/2019 / AMEX | 9.99 |
| Travel - WiFi/Data fees - airlines/hotels | 1/6/2020 | Eli Silverman | United wifi - EWR/SFO 11/19/2019 / AMEX | 33.99 |
| **Travel - WiFi/Data fees - airlines/hotels Total** | | | | **135.87** |
| Business Meals with Client | 12/20/2019 | Eli Silverman | Bkfast/4 Seasons/NY - 2p 11/11/2019 / AMEX | 133.26 |
| **Business Meals with Client Total** | | | | **133.26** |
| Employee Meals - In Office | 12/20/2019 | Daniel Katz | Dinner in office, Wed PM 12/04/2019 / AMEX | 16.00 |
| Employee Meals - In Office | 12/23/2019 | Matthew Strain | SWEETGREEN ROCKEFELL NEW YORK 12/04/2019 / AMEX | 22.32 |
| Employee Meals - In Office | 12/30/2019 | Kevin Hatch | Dinner/Sweetgreen/NY - 1p 11/30/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 1/6/2020 | Scott Belinsky | Dinner/Tony's Di Napoli - 9p 12/02/2019 / AMEX | 14.37 |
| Employee Meals - In Office | 1/6/2020 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 12/04/2019 / AMEX | 25.00 |

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 02/12/2020

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Employee Meals - In Office | 1/6/2020 | Liam Fine | Dinner/Tony's Di Napoli - 9p 12/02/2019 / AMEX | 14.37 |
| Employee Meals - In Office | 1/6/2020 | Gregory Hort | Dinner/Tony's Di Napoli - 9p 12/02/2019 / AMEX | 14.37 |
| Employee Meals - In Office | 1/6/2020 | Dan Liotta | Dinner/Tony's Di Napoli - 9p 12/02/2019 / AMEX | 14.37 |
| Employee Meals - In Office | 1/6/2020 | Liam Fine | TST* RUBY S CAFE - M NEW YORK 11/18/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 1/6/2020 | Eli Silverman | Dinner/Sweetgreen/NY - 1p 12/05/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 1/6/2020 | Daniel Katz | Dinner/Tony's Di Napoli - 9p 12/02/2019 / AMEX | 14.37 |
| Employee Meals - In Office | 1/6/2020 | Matthew Strain | Dinner/Tony's Di Napoli - 9p 12/02/2019 / AMEX | 14.37 |
| Employee Meals - In Office | 1/6/2020 | Nathan Mooney | Dinner/Tony's Di Napoli - 9p 12/02/2019 / AMEX | 14.37 |
| Employee Meals - In Office | 1/6/2020 | Kevin Hatch | Dinner/Tony's Di Napoli - 9p 12/02/2019 / AMEX | 14.37 |
| Employee Meals - In Office | 1/6/2020 | Eli Silverman | Dinner/Tony's Di Napoli - 9p 12/02/2019 / AMEX | 14.38 |
| Employee Meals - In Office | 1/6/2020 | Eli Silverman | Dinner/American Burger/NY - 1p 11/21/2019 / AMEX | 17.47 |
| Employee Meals - In Office | 1/6/2020 | Eli Silverman | Dinner/Oaxaca Taquerice/NY- 1p 11/14/2019 / AMEX | 25.00 |
| Employee Meals - In Office | 1/6/2020 | Liam Fine | DELI ON MADISON 0000 NEW YORK 12/09/2019 / AMEX | 6.00 |
| Employee Meals - In Office | 1/6/2020 | Liam Fine | MANGIA    NEW YORK 12/09/2019 / AMEX | 18.51 |
| **Employee Meals - In Office Total** | | | | **334.64** |
| Employee Meals - Travel/Other | 12/20/2019 | Eli Silverman | Breakfast/hotel/SanFran - 1p 10/22/2019 / AMEX | 44.03 |
| Employee Meals - Travel/Other | 12/20/2019 | Eli Silverman | Bkfast/Sprig Cafe/SanFran - 1p 10/22/2019 / AMEX | 25.29 |
| Employee Meals - Travel/Other | 12/20/2019 | Eli Silverman | Breakfast/hotel/SanFran - 1p 10/23/2019 / AMEX | 33.63 |
| Employee Meals - Travel/Other | 12/20/2019 | Eli Silverman | Bkfst/Hyatt/SanFran - 1p 10/27/2019 / AMEX | 35.00 |
| Employee Meals - Travel/Other | 12/20/2019 | Eli Silverman | Dinner/Ritz/San Fran - 1p 10/22/2019 / AMEX | 75.00 |
| Employee Meals - Travel/Other | 12/20/2019 | Eli Silverman | Dinner/Ritz/San Fran - 2p 10/23/2019 / AMEX | 150.00 |
| Employee Meals - Travel/Other | 12/20/2019 | Daniel Katz | Lunch during client visit 11/12/2019 / AMEX | 4.67 |
| Employee Meals - Travel/Other | 12/20/2019 | Daniel Katz | Dinner during client visit 11/12/2019 / AMEX | 16.28 |
| Employee Meals - Travel/Other | 12/20/2019 | Daniel Katz | Breakfast during client visit 11/13/2019 / AMEX | 4.84 |
| Employee Meals - Travel/Other | 12/23/2019 | Matthew Strain | RITZ CARLTON SAN FRA SAN FRANC 11/13/2019 / AMEX | 48.32 |
| Employee Meals - Travel/Other | 12/31/2019 | Ken Ziman | Travel dinner 1p SF hotel 12/11/2019 / AMEX | 11.94 |
| Employee Meals - Travel/Other | 12/31/2019 | Ken Ziman | Travel dinner 1p SF 11/21/2019 / AMEX | 46.03 |
| Employee Meals - Travel/Other | 1/6/2020 | Eli Silverman | Bkfast/Starbucks/San Fran - 1p 12/11/2019 / AMEX | 11.90 |
| Employee Meals - Travel/Other | 1/6/2020 | Eli Silverman | Dinner/Ritz/San Fran- 1p 11/12/2019 / AMEX | 38.63 |
| Employee Meals - Travel/Other | 1/6/2020 | Eli Silverman | Dinner/Ritz/San Fran -1p 11/12/2019 / AMEX | 75.00 |
| Employee Meals - Travel/Other | 1/6/2020 | Eli Silverman | Dinner/Ritz/San Fran -1p 11/13/2019 / AMEX | 33.63 |
| Employee Meals - Travel/Other | 1/6/2020 | Eli Silverman | Dinner/Newark airport - 1p 11/19/2019 / AMEX | 52.47 |
| Employee Meals - Travel/Other | 1/6/2020 | Eli Silverman | Snacks/hotel room/San Fran 12/09/2019 / AMEX | 16.28 |
| Employee Meals - Travel/Other | 1/6/2020 | Eli Silverman | Dinner/hotel/San Fran - 1p 12/09/2019 / AMEX | 75.00 |
| Employee Meals - Travel/Other | 1/6/2020 | Eli Silverman | Breakfast/Hyatt/San Fran - 1p 11/20/2019 / AMEX | 24.84 |
| Employee Meals - Travel/Other | 1/6/2020 | Eli Silverman | Dinner/Loews/San Fran 1p 11/20/2019 / AMEX | 75.00 |

DEAL ACTIVITY - Open item balance
ALL EXPENSES
NYC06350-PG&E
Currency: USD - US Dollar
Execution Date: 02/12/2020

| Account Description | Posting Date | Employee Name | Description | Amount |
|---|---|---|---|---|
| Employee Meals - Travel/Other | 1/6/2020 | Eli Silverman | Dinner/Loews/San Fran 1p 11/21/2019 / AMEX | 75.00 |
| Employee Meals - Travel/Other Total | | | | 972.78 |
| CLOSING BALANCE as of 02/12/2020 | | | | 17,859.47 |