Paul F. Ready
State Bar No. 107469
**FARMER & READY**
A LAW CORPORATION
1254 Marsh Street
Post Office Box 1443
San Luis Obispo, CA 93406
Telephone: (805) 541-1626
Facsimile: (805) 541-0769
Email: pfready@farmerandready.com

Attorneys for Creditor Sarah Pazdan

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>___<br><br>Affects Pacific Gas and Electric Company<br><br>*All papers shall be filed in the Lease Case, No. 19-3008 (DM) | Case Nos. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ABSTENTION PURSUANT TO 28 U.S.C. 1334(c)(1); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Date:  April 29, 2020<br>Time:  10:00 AM<br>Place: Hon. Dennis Montali<br>       United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       450 Golden Gate Ave<br>       San Francisco, CA 94102 |

TO THE DEBTORS AND OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that on April 29, 2020, at 10:00 a.m., before the Honorable Dennis Montali, United States Bankruptcy Judge, in Courtroom 17 of the United States Bankruptcy Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, California, Sarah Pazadan ("Pazadan"), through her undersigned attorney, will move the court for its Order:

    1.    Terminating, annulling, modifying, or conditioning the automatic stay of 11

U.S.C. § 362(a) to allow Pazadan to prosecute to judgment her lawsuit for employment discrimination/labor law violations against the Pacific Gas and Electric Company ("PG&E"), Susan Westcott, Mark Frauenheim, and Anna Shatara ("the Lawsuit");

2. Abstaining pursuant to 28 U.S.C. § 1344(c)(1);

3. Providing that the 14-day stay prescribed by Federal Bankruptcy Rule 4001(a)(3) shall not apply to the Court's order issued pursuant to this motion; and

4. For such other and further relief as this Court deems just and proper pursuant to this motion.

Creditors object to the Bankruptcy Court being the forum for the trial of her employment discrimination/labor law violation claims pursuant to 28 U.S.C. § 157.

This motion is brought pursuant to 11 U.S.C. § 362(d)(1) for cause. This motion is based upon this Notice, the Points and Authorities, the Request for Judicial Notice, the Declaration of Sarah Pazdan, and the Declaration of Don A. Ernst filed in support of this motion concurrently with this notice, upon all other pleadings and papers on file herein, and upon such oral and documentary evidence as may be presented by Pazdan at the hearing on this motion.

Pursuant to Local Rule 4001-1(a) respondent(s) opposing the motion shall appear personally or by counsel at the preliminary hearing. Respondent(s) will not be required to, but may, file responsive pleadings, points and authorities, and declarations for any preliminary hearing.

IN THE EVENT THAT NEITHER THE DEBTOR NOT ITS COUNSEL, NOR ANY OTHER INTERESTED PARTY APPEARS AT THE HEARING ON THIS MOTION, THE COURT MAY GRANT RELIEF FROM THE AUTOMATIC STAY PERMITTING CREDITORS TO CONTINUE PROSECUTING THE LAWSUIT WITHOUT FURTHER HEARING.

/ / /
/ / /
/ / /
/ / /

Attached as Exhibit 1 to this Notice is Pazdan's proposed form of the Order.

Date: March 23, 2020                         FARMER & READY

                                             By: _____
                                             Paul F. Ready
                                             Attorneys for Creditor
                                             Sarah Pazdan

# EXHIBIT 1

| | |
|---|---|
| 1 | Paul F. Ready |
|   | State Bar No. 107469 |
| 2 | **FARMER & READY** |
|   | A LAW CORPORATION |
| 3 | 1254 Marsh Street |
|   | Post Office Box 1443 |
| 4 | San Luis Obispo, CA  93406 |
|   | Telephone: (805) 541-1626 |
| 5 | Facsimile: (805) 541-0769 |
|   | Email: pfready@farmerandready.com |
| 6 | |
| 7 | Attorneys for Creditor Sarah Pazdan |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In re | ) | Case Nos. 19-3008 (DM) |
| | ) | Chapter 11 |
| PG&E CORPORATION, | ) | (Lead Case) |
| | ) | (Jointly Administered) |
| and | ) | |
| | ) | |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) | **ORDER FOR RELIEF FROM THE AUTOTMATIC STAY AND ABSTENTION PURSUANT TO 28 U.S.C. § 1334(c)(1)** |
| Debtors. | ) | |
| | ) | Date: |
| _____ | ) | Time:  9:30 AM |
| | ) | Place: Hon. Dennis Montali |
| Affects Pacific Gas and Electric Company | ) | United States Bankruptcy Court |
| | ) | Courtroom 17, 16th Floor |
| *All papers shall be filed in the Lease Case, No. 19-3008 (DM) | ) | 450 Golden Gate Ave |
| | ) | San Francisco, CA  94102 |

The motion of Sarah Pazdan ("Pazdan") for relief from the automatic stay and abstention (the "Motion") came on for hearing before the Hon. Dennis Montali, United States Bankruptcy Court Judge, on _____ 2020.  The Court having considered all papers filed in support of the Motion and the _____ opposition, and upon due consideration and good cause appearing,

**IT IS ORDERED** that the automatic stay is terminated as to Pazdan who may take

any acts, institute and/or complete any proceedings necessary to prosecute to judgement her for employment discrimination/labor law violations against Pacific Gas and Electric Company in the San Francisco County Superior Court (the "Lawsuit"). The Court will abstain pursuant to 11 U.S.C. § 1334(c)(1) from hearing the Lawsuit.

**IT IS FURTHER ORDERED** that the 14-day stay provided by Federal Bankruptcy Rule of Procedure 4001(a)(3) shall not apply to this Order

\*\*END OF ORDER\*\*