Paul F. Ready
State Bar No. 107469
**FARMER & READY**
A LAW CORPORATION
1254 Marsh Street
Post Office Box 1443
San Luis Obispo, CA 93406
Telephone: (805) 541-1626
Facsimile: (805) 541-0769
Email: pfready@farmerandready.com

Attorneys for Creditor Sarah Pazdan

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>―――――――――――――――――<br><br>Affects Pacific Gas and Electric Company<br><br>*All papers shall be filed in the Lease Case, No. 19-3008 (DM) | Case Nos. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**DECLARATION OF SARAH PAZDAN IN SUPPORT OF PAZDAN'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ABSTENTION PURSUANT TO 28 U.S.C. 1334(c)(1)**<br><br>Date: April 29, 2020<br>Time: 10:00 AM<br>Place: Hon. Dennis Montali<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>450 Golden Gate Ave<br>San Francisco, CA 94102 |

I, Sarah Pazdan, state:

1. I make this declaration in support of my motion for relief from the automatic stay so I may initiate proceedings in the San Francisco County Superior Court against PG&E and three other individual defendants for employment discrimination/labor law violations

(the "Lawsuit"). On that basis, if called as a witness, I could and would competently testify to the matters set out in this declaration.

2. I have personal knowledge with respect to the Statement of Facts as set forth in the Memorandum of Points and Authorities in Support of the Motion for Relief from Stay, concurrently filed herewith, and that the facts therein contained are true and correct in all respects based upon my personal knowledge and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, executed this 13 day of February, 2020 at San Luis Obispo, California.

March (SP)

Sarah Pazdan