Paul F. Ready
State Bar No. 107469
**FARMER & READY**
A LAW CORPORATION
1254 Marsh Street
Post Office Box 1443
San Luis Obispo, CA 93406
Telephone: (805) 541-1626
Facsimile: (805) 541-0769
Email: pfready@farmerandready.com

Attorneys for Creditor Sarah Pazdan

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case Nos. 19-30088 (DM) |
| | Chapter 11 |
| PG&E CORPORATION, | (Lead Case) |
| | (Jointly Administered) |
| and | |
| PACIFIC GAS AND ELECTRIC COMPANY, | **CERTIFICATE OF SERVICE** |
| Debtors. | Date: April 29, 2020 |
| | Time: 10:00 AM |
| | Place: Hon. Dennis Montali |
| | United States Bankruptcy Court |
| | Courtroom 17, 16th Floor |
| Affects Pacific Gas and Electric Company | 450 Golden Gate Ave |
| | San Francisco, CA 94102 |
| *All papers shall be filed in the Lead Case, No. 19-3008 (DM) | |

    I am employed in the County of San Luis Obispo, State of California. I am over the age of 18 and not a party to the within action; my business address is 1254 Marsh Street, San Luis Obispo, California 93401.

    On March 23, 2020, I served the following described documents:

Relief from Stay Cover Sheet;

Notice of Hearing on Motion for Relief from the Automatic Stay and Abstention Pursuant to 28 U.S.C. 1334(c)(1); Memorandum of Points and Authorities in Support;

Notice of Hearing on Motion for Relief from the Automatic Stay and Abstention Pursuant to 28 U.S.C. 1334 (c)(1); Memorandum of Points and Authorities in Support;

Declaration of Don A. Ernst in Support of Pazdan's Motion for Relief from the Automatic Stay and Abstyention Pursuant to 28 U.S.C. 1334(c)(1); and,

Declaration of Sarah Pazdan in Support of Pazdan's Motion for Relief from the Automatic Stay and Abstention Pursuant to 28 U.S.C. 1334(c)(1)

on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

Following ordinary business practice, I placed said envelope(s) for collection and mailing at the offices of Farmer & Ready, located at 1254 Marsh Street, San Luis Obispo, California 93401. I am readily familiar with the firm's practice of collection and processing correspondence or mailing. Under that practice, it would be deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid, at San Luis Obispo, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED NEF TRANSMISSION LIST**

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this declaration was executed on March 23, 2020, at San Luis Obispo, California.

Tamara L. Wickstrom

# SERVICE LIST

**Judge's Copy:**
Hon. Dennis Montali – "Chambers Copies"
U.S. Bankruptcy Judge
Mail Box 36099
450 Golden Gate Avenue
San Francisco, CA 94102

**Debtors:**
c/o PG&E Corporation and Pacific Gas and Electric Company
PO Box 770000
77 Beale Street
San Francisco, CA 94105
Attn: Janet Loduca, Esq.

**Attorney for Debtors:**
Keller & Benvenutti LLP
650 California Street
Suite 1900
San Francisco, CA 94108
Attn: Stephen Karotkin, Esq., Jessica Liou, Esq., and Matthew Goren, Esq.

**Counsel for Administrative Agent under the Debtors' debtor-in-possession financing facility:**
Stroock & Stroock & Lavan, LLP
180 Maiden Lane, New York, NY 10038-4982
Attn: Kristopher M. Hanse, Esq., Erez E. Gilad, Esq., and Matthew G. Garofalo, Esq.

**Counsel for collateral agent under the Debtors' debtor-in-possession financing facility:**
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Attn: Eli J. Vonnegut, Esq., David Schiff, Esq., and Timothy Graulich, Esq.

**Counsel to the California Public Utilities Commission:**
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019-6064

**Office of the United States Trustee for Region 17:**
450 Golden Gate Avenue
5th Floor, Suite #05-0153
San Francisco, CA 94102
Attn: James L. Snyder, Esq., and Timothy Laffredi, Esq.

**U.S. Nuclear Regulatory Commission:**
Washington, DC 20555-0001
Attn: General Counsel

**Counsel for the United States on behalf of the Federal Energy Regulatory Commission:**
U.S. Department of Justice
1100 L Street, NW
Room 7106
Washington, DC 20005

| | |
|---|---|
| 1 | Attn: Danielle A. Pham, Esq. |
| 2 | **Creditors Committee:**<br>Milbank LLP |
| 3 | 55 Hudson Yards, New York, NY 10001-2163<br>Attn: Dennis F. Dunne, Esq., and Sam A. Khalil, Esq. |
| 4 | and |
| 5 | 2029 Century Park East |
| 6 | 33rd Floor<br>Los Angeles, CA 90067 |
| 7 | Attn: Paul S. Aronzon, Esq., Gregory A. Bray, Esq., and Thomas R. Kreller, Esq. |
| 8 | **Tort Claimants Committee:**<br>Baker & Hostetler LLP |
| 9 | 11601 Wilshire Blvd., Suite 1400<br>Los Angeles, CA 90025-0509 |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## NEF TRANSMISSION LIST

Elliot Adler    eadler@theadlerfirm.com, bzummer@theadlerfirm.com
Aaron L. Agenbroad    alagenbroad@jonesday.com, saltamirano@jonesday.com
Annadel A. Almendras    annadel.almendras@doj.ca.gov
Monique D. Almy    malmy@crowell.com
Dana M. Andreoli    dandreoli@steyerlaw.com, mterry@steyerlaw.com
Anne Andrews    aa@andrewsthornton.com, aandrews@andrewsthornton.com
Richard L. Antognini    rlalawyer@yahoo.com, hallonaegis@gmail.com
Tyson Arbuthnot    tarbuthnot@rjo.com, jyeung@rjo.com
Lauren T. Attard    lattard@bakerlaw.com, agrosso@bakerlaw.com
Herb Baer    hbaer@primeclerk.com, ecf@primeclerk.com
Kathryn E. Barrett    keb@svlg.com, amt@svlg.com
Chris Bator    cbator@bakerlaw.com, jmcguigan@bakerlaw.com
Ronald S. Beacher    rbeacher@pryorcashman.com
Hagop T. Bedoyan    hbedoyan@kleinlaw.com, ecf@kleinlaw.com
Andrew David Behlmann    abehlmann@lowenstein.com, elawler@lowenstein.com
Tanya Behnam    tbehnam@polsinelli.com, tanyabehnam@gmail.com
James C. Behrens    jbehrens@milbank.com, mkoch@milbank.com
Jacob Taylor Beiswenger    jbeiswenger@omm.com, llattin@omm.com
James T. Bentley    james.bentley@srz.com, Kelly.Knight@srz.com
Peter J. Benvenutti    pbenvenutti@kbkllp.com
Robert Berens    rberens@smtdlaw.com, sr@smtdlaw.com
Ronald F. Berestka    rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com
Heinz Binder    heinz@bindermalter.com
Neil Jon Bloomfield    njbloomfield@njblaw.com, gklump@njblaw.com
Jason Blumberg    jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov
Ameneh Maria Bordi    ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com
Jason Borg    jborg@jasonborglaw.com
Mark Bostick    mbostick@wendel.com, bankruptcy@wendel.com
James L. Bothwell    jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com
Peter R. Boutin    peter.boutin@kyl.com, lara.joel@kyl.com
Erin N. Brady    enbrady@jonesday.com
Gregory A. Bray    gbray@milbank.com
Michael D. Breslauer    mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com
W. Steven Bryant    , molly.batiste-debose@lockelord.com
Chane Buck    cbuck@jonesday.com
Elizabeth J. Cabraser    ecabraser@lchb.com, awolf@lchb.com
Anthony P. Cali    anthony.cali@stinson.com, lindsay.petrowski@stinson.com
Peter C. Califano    pcalifano@cwclaw.com
Steven M. Campora    scampora@dbbwc.com, nlechuga@dbbwc.com
Leah E. Capritta    leah.capritta@hklaw.com, lori.labash@hklaw.com
Nicholas A. Carlin    nac@phillaw.com, rac@phillaw.com
Katherine Rose Catanese    kcatanese@foley.com
Jennifer Machlin Cecil    JCecil@winston.com, ECF_SF@winston.com
Karen J. Chedister    kchedister@h-jlaw.com
Christina Lin Chen    christina.chen@morganlewis.com, christina.lin.chen@gmail.com
Richard A. Chesley    richard.chesley@dlapiper.com, bill.countryman@dlapiper.com
Jacquelyn H. Choi    jchoi@raineslaw.com, bclark@raineslaw.com
Shawn M. Christianson    schristianson@buchalter.com
Robert N.H. Christmas    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
Jae Angela Chun    ajc@chun.law, teresa@tosdallaw.com
Alicia Clough    aclough@loeb.com
Tiffany Strelow Cobb    tscobb@vorys.com

| | |
|---|---|
| 1 | John B. Coffman    john@johncoffman.net |
| | Kevin G. Collins    kevin.collins@btlaw.com |
| 2 | Brian S. Conlon    bsc@phillaw.com, rac@phillaw.com |
| | Charles Cording    ccording@willkie.com, mao@willkie.com |
| 3 | Manuel Corrales    mannycorrales@yahoo.com, hcskanchy@hotmail.com |
| | Anne Costin    anne@costinlawfirm.com |
| 4 | Donald H. Cram    dhc@severson.com |
| | Ashley Vinson Crawford    avcrawford@akingump.com, dkrasa-berstell@akingump.com |
| 5 | John Cumming    jcumming@dir.ca.gov |
| | J. Russell Cunningham    rcunningham@dnlc.net, emehr@dnlc.net |
| 6 | Keith J. Cunningham    , rkelley@pierceatwood.com |
| | Keith J. Cunningham    kcunningham@pierceatwood.com, rkelley@pierceatwood.com |
| 7 | James D. Curran    jcurran@wolkincurran.com, dstorms@wolkincurran.com |
| | Tambra Curtis    tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org |
| 8 | Nicolas De Lancie    ndelancie@jmbm.com |
| | Judith A. Descalso    , jad_9193@ecf.courtdrive.com |
| 9 | Erin Elizabeth Dexter    edexter@milbank.com |
| | Shounak S. Dharap    ssd@arnslaw.com, mec@arnslaw.com |
| 10 | Kathryn S. Diemer    kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com |
| | John P. Dillman    houston_bankruptcy@publicans.com |
| 11 | Jonathan R. Doolittle    jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com |
| | Jennifer V. Doran    jdoran@hinckleyallen.com |
| 12 | Dustin M. Dow    ddow@bakerlaw.com, jmcguigan@bakerlaw.com |
| | Jamie P. Dreher    jdreher@downeybrand.com |
| 13 | Geoffrey B. Dryvynsyde    gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov |
| | Cecily Ann Dumas    cdumas@bakerlaw.com, hhammonturano@bakerlaw.com |
| 14 | Dennis F. Dunne    cprice@milbank.com, jbrewster@milbank.com |
| | Dennis F. Dunne    ddunne@milbank.com, jbrewster@milbank.com |
| 15 | Huonganh Annie Duong    annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com |
| 16 | Luke N. Eaton    eatonl@pepperlaw.com, monugiac@pepperlaw.com |
| | Kevin M. Eckhardt    keckhardt@hunton.com, candonian@huntonak.com |
| 17 | Michael Eggenberger    meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com |
| | Joseph A. Eisenberg    JAE1900@yahoo.com |
| 18 | Michele Ellison    mellison@gibbsgiden.com, lrochelle@gibbsgiden.com |
| | David Emerzian    , Melany.Hertel@mccormickbarstow.com |
| 19 | G. Larry Engel    larry@engeladvice.com |
| | Krista M. Enns    kenns@beneschlaw.com |
| 20 | Scott Esbin    sesbin@esbinalter.com |
| | Joseph M. Esmont    jesmont@bakerlaw.com |
| 21 | Michael P. Esser    michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com. |
| | Richard W. Esterkin    richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com |
| 22 | Michael S. Etkin    metkin@lowenstein.com |
| | Jacob M. Faircloth    jacob.faircloth@smolsonlaw.com |
| 23 | Brett D. Fallon    bfallon@morrisjames.com, wweller@morrisjames.com |
| | Michael C. Fallon    , manders@fallonlaw.net |
| 24 | Joseph Kyle Feist    jfeistesq@gmail.com, info@norcallawgroup.net |
| | David M. Feldman    DFeldman@gibsondunn.com |
| 25 | Matthew A. Feldman    mfeldman@willkie.com |
| | Mark E. Felger    mfelger@cozen.com |
| 26 | James J. Ficenec    James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com |
| | John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com |
| 27 | Kimberly S. Fineman    kfineman@nutihart.com, nwhite@nutihart.com |
| | Stephen D. Finestone    sfinestone@fhlawllp.com |
| 28 | Timothy M. Flaherty    tflaherty@mpplaw.com |
| | Daniel I. Forman    dforman@willkie.com |

| | |
|---|---|
| 1 | Jonathan Forstot    jonathan.forstot@troutman.com, john.murphy@troutman.com |
| | Jonathan Forstot    , john.murphy@troutman.com |
| 2 | Matthew Hampton Foushee    hampton.foushee@hoganlovells.com, hfoushee@gmail.com |
| | Carolyn Frederick    cfrederick@prklaw.com |
| 3 | Peter Friedman    pfriedman@omm.com |
| | Roger F. Friedman    rfriedman@rutan.com, csolorzano@rutan.com |
| 4 | Xiyi Fu    jackie.fu@lockelord.com, taylor.warren@lockelord.com |
| | Lars H. Fuller    lfuller@bakerlaw.com |
| 5 | Larry W. Gabriel    lgabriel@bg.law, nfields@bg.law |
| | Gregg M. Galardi    gregg.galardi@ropesgray.com |
| 6 | Richard L. Gallagher    richard.gallagher@ropesgray.com |
| | Craig Solomon Ganz    ganzc@ballardspahr.com, hartt@ballardspahr.com |
| 7 | Jeffrey K. Garfinkle    jgarfinkle@buchalter.com |
| | Oscar Garza    ogarza@gibsondunn.com |
| 8 | Paul R. Gaus    paul.gaus@mccormickbarstow.com |
| | Duane M. Geck    dmg@severson.com |
| 9 | Evelina Gentry    evelina.gentry@akerman.com, rob.diwa@akerman.com |
| | Janet D. Gertz    jgertz@btlaw.com, amattingly@btlaw.com |
| 10 | Christopher Gessner    cgessner@akingump.com, NYMCO@akingump.com |
| | Barry S. Glaser    bglaser@lkfirm.com |
| 11 | Paul R. Glassman    pglassman@sycr.com |
| | Gabriel I. Glazer    gglazer@pszjlaw.com |
| 12 | Gabrielle Glemann    gabrielle.glemann@stoel.com, rene.alvin@stoel.com |
| | Jaime Godin    Jtouchstone@fddcm.com |
| 13 | Matthew A. Gold    courts@argopartners.net |
| | Eric D. Goldberg    eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com |
| 14 | Amy L. Goldman    goldman@lbbslaw.com |
| | Eric S. Goldstein    egoldstein@goodwin.com |
| 15 | Rhonda Stewart Goldstein    Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu |
| | Richard H. Golubow    rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com |
| 16 | Michael J. Gomez    mgomez@frandzel.com, dmoore@frandzel.com |
| | Michael W. Goodin    mgoodin@clausen.com, mgenova@clausen.com |
| 17 | Eric R. Goodman    egoodman@bakerlaw.com |
| | Mark A. Gorton    mgorton@boutinjones.com, cdomingo@boutininc.com |
| 18 | Mark A. Gorton    mgorton@boutininc.com, cdomingo@boutininc.com |
| | Michael I. Gottfried    MGottfried@elkinskalt.com, AAburto@elkinskalt.com |
| 19 | Louis Gottlieb    Lgottlieb@labaton.com, mpenrhyn@labaton.com |
| | Eric A. Grasberger    eric.grasberger@stoel.com, docketclerk@stoel.com |
| 20 | Debra I. Grassgreen    dgrassgreen@pszjlaw.com, hphan@pszjlaw.com |
| | Eric A. Gravink    eric@rhrc.net |
| 21 | Elizabeth A. Green    egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com |
| | Mitchell B. Greenberg    mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com |
| 22 | Matthew W. Grimshaw    matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com |
| | Stuart G. Gross    sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com |
| 23 | David Matthew Guess    guessd@gtlaw.com |
| | Elizabeth M. Guffy    eguffy@lockelord.com, autodocket@lockelord.com |
| 24 | Cameron Gulden    cameron.m.gulden@usdoj.gov |
| | Mirco J. Haag    mhaag@buchalter.com, dcyrankowski@buchalter.com |
| 25 | Laurie Hager    lhager@sussmanshank.com |
| | J. Noah Hagey    hagey@braunhagey.com, tong@braunhagey.com |
| 26 | Oren Buchanan Haker    oren.haker@stoel.com, rene.alvin@stoel.com |
| | Kristopher M. Hansen    dmohamed@stroock.com, mmagzamen@stroock.com |
| 27 | Adam C. Harris    adam.harris@srz.com, james.bentley@srz.com |
| | Robert G. Harris    rob@bindermalter.com |
| 28 | Christopher H. Hart    chart@nutihart.com, nwhite@nutihart.com |
| | Bryan L. Hawkins    bryan.hawkins@stoel.com, Sharon.witkin@stoel.com |

| | |
|---|---|
| 1 | Jan M Hayden    jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com |
|   | Jennifer C. Hayes    jhayes@fhlawllp.com |
| 2 | Alaina R. Heine    alaina.heine@dechert.com, brett.stone@dechert.com |
|   | Cristina A. Henriquez    chenriquez@mayerbrown.com |
| 3 | Stephen E. Hessler, P.C.    , jozette.chong@kirkland.com |
|   | Matthew Heyn    matthew.heyn@doj.ca.gov |
| 4 | Sean T. Higgins    aandrews@andrewsthornton.com, shiggins@andrewsthornton.com |
|   | Morgan R. Hirst    mhirst@jonesday.com, mmelvin@jonesday.com |
| 5 | Michael R. Hogue    hoguem@gtlaw.com, navarrom@gtlaw.com |
|   | David Holtzman    david.holtzman@hklaw.com |
| 6 | Alexandra S. Horwitz    allie.horwitz@dinsmore.com |
|   | Marsha Houston    mhouston@reedsmith.com, hvalencia@reedsmith.com |
| 7 | Shane Huang    shane.huang@usdoj.gov |
|   | Brian D. Huben    hubenb@ballardspahr.com |
| 8 | Jonathan Hughes    , jane.rustice@aporter.com |
|   | Edward R. Huguenin    ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com |
| 9 | Michael A. Isaacs    Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com |
|   | Mark V. Isola    mvi@sbj-law.com |
| 10 | J. Eric Ivester    Eric.Ivester@skadden.com, Andrea.Bates@skadden.com |
|   | J. Eric Ivester    , Andrea.Bates@skadden.com |
| 11 | Ivan C. Jen    ivan@icjenlaw.com |
|   | Monique Jewett-Brewster    mjb@hopkinscarley.com, eamaro@hopkinscarley.com |
| 12 | James O. Johnston    jjohnston@jonesday.com |
|   | Chris Johnstone    chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com |
| 13 | Andrew Jones    andrew@ajoneslaw.com |
|   | Gregory K. Jones    GJones@dykema.com, cacossano@dykema.com |
| 14 | Robert A. Julian    rjulian@bakerlaw.com, hhammonturano@bakerlaw.com |
|   | George H. Kalikman    gkalikman@schnader.com, sdavenport@schnader.com |
| 15 | Roberto J. Kampfner    rkampfner@whitecase.com, mco@whitecase.com |
|   | Gary M. Kaplan    gkaplan@fbm.com, calendar@fbm.com |
| 16 | Robert B. Kaplan    rbk@jmbm.com |
|   | Eve H. Karasik    ehk@lnbyb.com |
| 17 | Michael G. Kasolas    trustee@kasolas.net, |
|   | CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com |
| 18 | Elyssa S. Kates    ekates@bakerlaw.com |
|   | Ori Katz    okatz@sheppardmullin.com, LSegura@sheppardmullin.com |
| 19 | William M. Kaufman    wkaufman@smwb.com |
|   | Jane G. Kearl    jkearl@watttieder.com, jbenton@watttieder.com |
| 20 | Tobias S. Keller    tkeller@kbkllp.com |
|   | Lynette C. Kelly    ustpregion17.oa.ecf@usdoj.gov |
| 21 | Matthew K. Kelsey    mkelsey@gibsondunn.com |
|   | Gerald P. Kennedy    gerald.kennedy@procopio.com, angela.stevens@procopio.com |
| 22 | Erica L. Kerman    ekerman@willkie.com |
|   | Samuel A. Khalil    skhalil@milbank.com, jbrewster@milbank.com |
| 23 | Samuel M. Kidder    skidder@ktbslaw.com |
|   | Marc Kieselstein    , carrie.oppenheim@kirkland.com |
| 24 | Jane Kim    jkim@kbkllp.com |
|   | Kody D. L. Kleber    kkleber@bakerlaw.com, dmartinez@bakerlaw.com |
| 25 | Matthew Ryan Klinger    mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com |
|   | Bradley C. Knapp    bknapp@lockelord.com, Yamille.Harrison@lockelord.com |
| 26 | Kelly V. Knight    kelly.knight@srz.com |
|   | Lydia Vanessa Ko    Lvko@stonelawoffice.com |
| 27 | Thomas F. Koegel    tkoegel@crowell.com |
|   | Katherine Kohn    kkohn@groom.com, ashahinllari@groom.com |
| 28 | Andy S. Kong    kong.andy@arentfox.com, Yvonne.Li@arentfox.com |
|   | Anna Kordas    akordas@jonesday.com, mmelvin@jonesday.com |

| | |
|---|---|
| 1 | Alan W. Kornberg , akornberg@paulweiss.com |
| | Bernard Kornberg    bjk@severson.com |
| 2 | David I. Kornbluh    dik@millermorton.com, mhr@millermorton.com |
| | Lauren Kramer    lkramer@rjo.com |
| 3 | Jeffrey C. Krause    jkrause@gibsondunn.com |
| | Thomas R. Kreller    tkreller@milbank.com |
| 4 | Lindsey E. Kress    lkress@lockelord.com, autodocket@lockelord.com |
| | Hannah C. Kreuser    hkreuser@porterlaw.com, ooberg@porterlaw.com |
| 5 | Michael Thomas Krueger    michael.krueger@ndlf.com, Havilyn.lee@ndlf.com |
| | Robert T. Kugler    robert.kugler@stinson.com |
| 6 | Boris Kukso    boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov |
| | Alisa C. Lacey    alisa.lacey@stinson.com, karen.graves@stinson.com |
| 7 | Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov |
| | Timothy S. Laffredi    timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov |
| 8 | Richard A. Lapping    rich@trodellalapping.com |
| | Omeed Latifi    olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com |
| 9 | John E. Lattin    jlattin@ostergar.com, cslovenec@ostergar.com |
| | Michael Lauter    mlauter@sheppardmullin.com |
| 10 | Kenneth T. Law    klaw@bbslaw.com |
| | Francis J. Lawall    lawallf@pepperlaw.com, henrys@pepperlaw.com |
| 11 | Andrew Michael Leblanc    ALeblanc@milbank.com |
| | Erica Lee    Erica.Lee@doj.ca.gov |
| 12 | Scott Lee    scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com |
| | Edward J. Leen    eleen@mkbllp.com |
| 13 | Lisa Lenherr    llenherr@wendel.com, bankruptcy@wendel.com |
| | Matthew A. Lesnick    matt@lesnickprince.com, jmack@lesnickprince.com |
| 14 | Bryn G. Letsch    bletsch@braytonlaw.com |
| | David B. Levant    david.levant@stoel.com, rene.alvin@stoel.com |
| 15 | Andrew H. Levin    alevin@wcghlaw.com |
| | David Levine    dnl@groom.com |
| 16 | Marc A. Levinson    Malevinson@orrick.com, casestream@ecf.courtdrive.com |
| | Dara Levinson Silveira    dsilveira@kbkllp.com |
| 17 | Alexander James Demitro Lewicki    kdiemer@diemerwei.com, alewicki@diemerwei.com |
| | William S. Lisa    , jcaruso@nixonpeabody.com |
| 18 | William S. Lisa    wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com |
| | Jonathan A. Loeb    jon.loeb@bingham.com |
| 19 | Michael B. Lubic    michael.lubic@klgates.com |
| | John William Lucas    jlucas@pszjlaw.com, ocarpio@pszjlaw.com |
| 20 | Jane Luciano    jane-luciano@comcast.net |
| | Kerri Lyman    klyman@irell.com |
| 21 | Carissa A. Lynch    Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov |
| | John H. MacConaghy    macclaw@macbarlaw.com, |
| 22 | smansour@macbarlaw.com;kmuller@macbarlaw.com |
| | Iain A. Macdonald    iain@macfern.com, ecf@macfern.com |
| 23 | Tracy L. Mainguy    tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| | Samuel R. Maizel    samuel.maizel@dentons.com, alicia.aguilar@dentons.com |
| 24 | Adam Malatesta    adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com |
| | Katharine Malone    malonek@gtlaw.com |
| 25 | Liam K. Malone    malone@oles.com, shahin@oles.com |
| | Michael W. Malter    michael@bindermalter.com |
| 26 | Craig Margulies    cmargulies@margulies-law.com, lsalazar@margulies-law.com |
| | Geoffrey E. Marr    gemarr59@hotmail.com |
| 27 | Richard A. Marshack    rmarshack@marshackhays.com, lbuchanan@marshackhays.com |
| | Catherine Martin    cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com |
| 28 | Laila Masud    lmasud@marshackhays.com, 8649808420@filings.docketbird.com |
| | David P. Matthews    jrhoades@thematthewslawfirm.com, |

| | |
|---|---|
| 1 | aharrison@thematthewslawfirm.com |
| | Patrick C. Maxcy    patrick.maxcy@snrdenton.com |
| 2 | Benjamin P. McCallen    bmccallen@willkie.com |
| | Thomas E. McCurnin    tmccurnin@bkolaw.com, kescano@bkolaw.com |
| 3 | Hugh M. McDonald    hugh.mcdonald@troutman.com, john.murphy@troutman.com |
| | Hugh M. McDonald    , john.murphy@troutman.com |
| 4 | C. Luckey McDowell    Luckey.McDowell@Shearman.com |
| | Matthew D. McGill    MMcGill@gibsondunn.com |
| 5 | Scott H. McNutt    SMcNutt@ml-sf.com, csnell@ml-sf.com |
| | Thomas Melone    Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com |
| 6 | Peter Meringolo    peter@pmrklaw.com |
| | Frank A. Merola    lacalendar@stroock.com, mmagzamen@stroock.com |
| 7 | Jennifer L. Mersing    jennifer.mersing@stoel.com, lisa.petras@stoel.com |
| | Joshua M. Mester    jmester@jonesday.com |
| 8 | Matthew D. Metzger    belvederelegalecf@gmail.com |
| | Merle C. Meyers    mmeyers@mlg-pc.com |
| 9 | Randy Michelson    randy.michelson@michelsonlawgroup.com |
| | Gerardo Mijares-Shafai    Gerardo.Mijares-Shafai@arnoldporter.com, |
| 10 | kenneth.anderson@arnoldporter.com |
| | Joseph G. Minias    jminias@willkie.com |
| 11 | M. David Minnick    dminnick@pillsburylaw.com, docket@pillsburylaw.com |
| | Benjamin Mintz    benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com |
| 12 | Nancy Mitchell    nmitchell@omm.com |
| | Thomas C. Mitchell    tcmitchell@orrick.com, |
| 13 | Dcmanagingattorneysoffice@ecf.courtdrive.com |
| | John A. Moe    john.moe@dentons.com, glenda.spratt@dentons.com |
| 14 | Aaron J. Mohamed    ajm@brereton.law, aaronmohamedlaw@gmail.com |
| | Kevin Montee    kmontee@monteeassociates.com |
| 15 | David W. Moon    lacalendar@stroock.com, mmagzamen@stroock.com |
| | Diane Marger Moore    dmargermoore@baumhedlundlaw.com |
| 16 | Erika L. Morabito    emorabito@foley.com, hsiagiandraughn@foley.com |
| | Candace J. Morey    cjm@cpuc.ca.gov |
| 17 | Courtney L. Morgan    morgan.courtney@pbgc.gov |
| | Rodney Allen Morris    Rodney.Morris2@usdoj.gov |
| 18 | Joshua D. Morse    Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com |
| | Andrew H. Morton    andrew.morton@stoel.com, lisa.petras@stoel.com |
| 19 | Thomas G. Mouzes    tmouzes@boutinjones.com, cdomingo@boutininc.com |
| | Peter S. Munoz    pmunoz@reedsmith.com, gsandoval@reedsmith.com |
| 20 | Bennett J. Murphy    bmurphy@bennettmurphylaw.com |
| | Michael S. Myers    myersms@ballardspahr.com |
| 21 | Alan I. Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com |
| | David L. Neale    dln@lnbrb.com |
| 22 | David L. Neale    dln@lnbyb.com |
| | David Neier    dneier@winston.com |
| 23 | Brittany J. Nelson    bnelson@foley.com, hsiagiandraughn@foley.com |
| | Michael S. Neumeister    MNeumeister@gibsondunn.com |
| 24 | Howard S. Nevins    hnevins@hsmlaw.com |
| | Melissa T. Ngo    ngo.melissa@pbgc.gov, efile@pbgc.gov |
| 25 | Mario R. Nicholas    mario.nicholas@stoel.com, cherie.clark@stoel.com |
| | Sean Nolan    snolan@akingump.com, NYMCO@akingump.com |
| 26 | Gregory C. Nuti    gnuti@nutihart.com, nwhite@nutihart.com |
| | Abigail O'Brient    aobrient@mintz.com, docketing@mintz.com |
| 27 | Julie E. Oelsner    joelsner@weintraub.com, bjennings@weintraub.com |
| | Office of the U.S. Trustee / SF    USTPRegion17.SF.ECF@usdoj.gov |
| 28 | Matthew Jon Olson    matt@macfern.com, stell.laura@dorsey.com |
| | Scott Olson    solson@vedderprice.com, nortega@vedderprice.com |

| | |
|---|---|
| 1 | Steven M. Olson   smo@smolsonlaw.com |
| | Aram Ordubegian   Ordubegian.Aram@ArentFox.com |
| 2 | Gabriel Ozel   , gabeozel@gmail.com |
| | Margarita Padilla   Margarita.Padilla@doj.ca.gov |
| 3 | Amy S. Park   amy.park@skadden.com, alissa.turnipseed@skadden.com |
| | Donna Taylor Parkinson   donna@parkinsonphinney.com |
| 4 | Peter S. Partee   , candonian@huntonak.com |
| | Paul J. Pascuzzi   ppascuzzi@ffwplaw.com, kwidder@ffwplaw.com |
| 5 | Kenneth Pasquale   , mlaskowski@stroock.com |
| | Charles Scott Penner   penner@carneylaw.com, caragol@carneylaw.com |
| 6 | Valerie Bantner Peo   vbantnerpeo@buchalter.com |
| | Yosef Peretz   yperetz@peretzlaw.com, skim@peretzlaw.com |
| 7 | Thomas R. Phinney   tom@parkinsonphinney.com |
| | R. Alexander Pilmer   alexander.pilmer@kirkland.com, keith.catuara@kirkland.com |
| 8 | M. Ryan Pinkston   rpinkston@seyfarth.com, jmcdermott@seyfarth.com |
| | Estela O. Pino   epino@epinolaw.com, rmahal@epinolaw.com |
| 9 | Gregory Plaskett   GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM |
| 10 | Mark D. Plevin   mplevin@crowell.com |
| | Steven G. Polard   spolard@eisnerlaw.com |
| 11 | Mark D. Poniatowski   ponlaw@ponlaw.com |
| | William L. Porter   bporter@porterlaw.com, Ooberg@porterlaw.com |
| 12 | Christopher E. Prince   cprince@lesnickprince.com |
| | Douglas B. Provencher   dbp@provlaw.com |
| 13 | Stacey C. Quan   squan@steyerlaw.com, pspencer@steyerlaw.com |
| | Amy C. Quartarolo   amy.quartarolo@lw.com |
| 14 | Lary Alan Rappaport   lrappaport@proskauer.com, PHays@proskauer.com |
| | Justin E. Rawlins   jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com |
| 15 | Hugh M. Ray   hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com |
| | Paul F. Ready   smeyer@farmerandready.com |
| 16 | Caroline A. Reckler   caroline.reckler@lw.com |
| | David M. Reeder   david@reederlaw.com, |
| 17 | david.m.reeder@gmail.com;Jessica@reederlaw.com |
| | Steven J. Reisman   sreisman@katten.com, nyc.bknotices@kattenlaw.com |
| 18 | Jeffrey M. Reisner   jreisner@irell.com |
| | Jack A. Reitman   , srichmond@lgbfirm.com |
| 19 | Emily P. Rich   erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net |
| | David J. Richardson   drichardson@bakerlaw.com, aagonzalez@bakerlaw.com |
| 20 | Christopher O. Rivas   crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com |
| | David B. Rivkin   drivkin@bakerlaw.com, jmeeks@bakerlaw.com |
| 21 | John R. Rizzardi   kcoselman@cairncross.com, tnguyen@cairncross.com |
| | Daniel Robertson   robertson.daniel@pbgc.gov, efile@pbgc.gov |
| 22 | Lacey E. Rochester   lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com |
| | Michael Rogers   mrogers@lambertrogers.com, jan@lambertrogers.com |
| 23 | Julie H. Rome-Banks   julie@bindermalter.com |
| | Jorian L. Rose   jrose@bakerlaw.com |
| 24 | Paul M. Rosenblatt   prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com |
| 25 | David A. Rosenzweig   david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrossefulbright.com |
| 26 | Allan Robert Rosin   arrosin@alr-law.com |
| | Jay M. Ross   jross@hopkinscarley.com, eamaro@hopkinscarley.com |
| 27 | Gregory A. Rougeau   grougeau@brlawsf.com |
| | Stacy H. Rubin   rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com |
| 28 | Jason C. Rubinstein   jrubinstein@fklaw.com, mclerk@fklaw.com |
| | Nathan Q. Rugg   nathan.rugg@bfkn.com, jean.montgomery@bfkn.com |

| | |
|---|---|
| 1 | Thomas B. Rupp    trupp@kellerbenvenutti.com |
| | Eric E. Sagerman    esagerman@bakerlaw.com |
| 2 | Robert Sahyan    rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com |
| | Jonathan C. Sanders    jsanders@stblaw.com |
| 3 | Nanette D. Sanders    nanette@ringstadlaw.com, becky@ringstadlaw.com |
| | Natalie Kathleen Sanders    natalie.sanders@bakerbotts.com |
| 4 | Lovee Sarenas    Lovee.sarenas@lewisbrisbois.com |
| | Sunny S. Sarkis    sunny.sarkis@stoel.com, dawn.forgeur@stoel.com |
| 5 | Patricia Savage    psavesq@gmail.com, jodi.savage@gmail.com |
| | Sblend A. Sblendorio    sas@hogefenton.com |
| 6 | Francis O. Scarpulla    fos@scarpullalaw.com, cpc@scarpullalaw.com |
| | Daren M Schlecter    daren@schlecterlaw.com, info@schlecterlaw.com |
| 7 | Bradley R. Schneider    bradley.schneider@mto.com |
| | Harvey S. Schochet    Harveyschochet@dwt.com |
| 8 | Lisa Schweitzer    lschweitzer@cgsh.com |
| | Eric J. Seiler    eseiler@fklaw.com, mclerk@fklaw.com |
| 9 | David B. Shemano    dshemano@pwkllp.com |
| | James A. Shepherd    jim@jsheplaw.com, shepIGN@gmail.com |
| 10 | Leonard M. Shulman    lshulman@shbllp.com |
| | Andrew I. Silfen    andrew.silfen@arentfox.com |
| 11 | Wayne A. Silver    w_silver@sbcglobal.net, ws@waynesilverlaw.com |
| | Craig S. Simon    csimon@bergerkahn.com, aketcher@bergerkahn.com |
| 12 | Gerald Singleton    gerald@slffirm.com, BKECFCANB@SLFfirm.com |
| | Michael K. Slattery    mslattery@lkfirm.com, rramirez@lkfirm.com |
| 13 | Dania Slim    dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com |
| | Jennifer N. Slocum    jennifer.slocum@stoel.com, docketclerk@stoel.com |
| 14 | Aaron C. Smith    asmith@lockelord.com, autodocket@lockelord.com |
| | Alan D. Smith    adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com |
| 15 | Jan D. Sokol    jdsokol@lawssl.com, dwright@lawssl.com |
| | Randye B. Soref    rsoref@polsinelli.com |
| 16 | Joseph Sorkin    jsorkin@akingump.com, NYMCO@akingump.com |
| | Bennett L. Spiegel    blspiegel@jonesday.com |
| 17 | Michael St. James    ecf@stjames-law.com |
| | Howard J. Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com |
| 18 | Harriet A. Steiner    harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com |
| | Lillian G. Stenfeldt    lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com |
| 19 | Lillian G. Stenfeldt    lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com |
| | Cheryl L. Stengel    clstengel@outlook.com, stengelcheryl40@gmail.com |
| 20 | David M. Stern    dstern@ktbslaw.com |
| | Geoffrey S. Stewart    gstewart@jonesday.com, mmelvin@jonesday.com |
| 21 | Alan J. Stone    AStone@milbank.com, DMcCracken@Milbank.com |
| | Jason D. Strabo    jstrabo@mwe.com, shill@mwe.com |
| 22 | Michael H. Strub    mstrub@irell.com, mhstrub1@gmail.com |
| | Rebecca Suarez    rsuarez@crowell.com |
| 23 | Brad T. Summers    summerst@lanepowell.com, docketing-pdx@lanepowell.com |
| | Kristine Theodesia Takvoryan    ktakvoryan@ckrlaw.com |
| 24 | Derrick Talerico    dtalerico@ztlegal.com, sfritz@ztlegal.com |
| | Kesha Tanabe    kesha@tanabelaw.com |
| 25 | Mary Ellmann Tang    mtang@frenchlyontang.com, nblackwell@frenchlyontang.com |
| | Elizabeth Lee Thompson    ethompson@stites.com, docketclerk@stites.com |
| 26 | John C. Thornton    jct@andrewsthornton.com, aandrews@andrewsthornton.com |
| | Elisa Tolentino    cao.main@sanjoseca.gov |
| 27 | Meagan S. Tom    Meagan.tom@lockelord.com, autodocket@lockelord.com |
| | Edward J. Tredinnick    etredinnick@greeneradovsky.com |
| 28 | Matthew Jordan Troy    matthew.troy@usdoj.gov |
| | Michael Tye    Michael.Tye@usdoj.gov |

| | |
|---|---|
| 1 | Andrew Van Ornum     avanornum@vlmglaw.com, hchea@vlmglaw.com |
| | Shmuel Vasser     shmuel.vasser@dechert.com, brett.stone@dechert.com |
| 2 | Victor A. Vilaplana     vavilaplana@foley.com, rhurst@foley.com |
| | Marta Villacorta     marta.villacorta@usdoj.gov |
| 3 | Carol C. Villegas     cvillegas@labaton.com, NDonlon@labaton.com |
| | John A. Vos     InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com |
| 4 | Bao M. Vu     bao.vu@stoel.com, sharon.witkin@stoel.com |
| | Jonathan D. Waisnor     jwaisnor@willkie.com, mao@willkie.com |

Andrew Van Ornum    avanornum@vlmglaw.com, hchea@vlmglaw.com
Shmuel Vasser    shmuel.vasser@dechert.com, brett.stone@dechert.com
Victor A. Vilaplana    vavilaplana@foley.com, rhurst@foley.com
Marta Villacorta    marta.villacorta@usdoj.gov
Carol C. Villegas    cvillegas@labaton.com, NDonlon@labaton.com
John A. Vos    InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com
Bao M. Vu    bao.vu@stoel.com, sharon.witkin@stoel.com
Jonathan D. Waisnor    jwaisnor@willkie.com, mao@willkie.com
Riley C. Walter    ecf@W2LG.com
Phillip K. Wang    phillip.wang@rimonlaw.com
Philip S. Warden    philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com
Lindsi M. Weber    lweber@polsinelli.com, yderac@polsinelli.com
Rebecca Weissman    rebecca.weissman@dechert.com
Joseph M. Welch    jwelch@buchalter.com, dcyrankowski@buchalter.com
David Walter Wessel    DWessel@efronlawfirm.com, hporter@chdlawyers.com
Joseph West    westjoseph@earthlink.net, josephw998@gmail.com
Drew M. Widders    dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com
Eric R. Wilson    kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com
Kimberly S. Winick    kwinick@clarktrev.com, knielsen@clarktrev.com
Rebecca J. Winthrop    rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com
David Wirt    david.wirt@hklaw.com, denise.harmon@hklaw.com
Ryan A. Witthans    rwitthans@fhlawllp.com
Risa Lynn Wolf-Smith    rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com
Douglas Wolfe    dwolfe@asmcapital.com
Catherine E. Woltering    cwoltering@bakerlaw.com
Andrea Wong    wong.andrea@pbgc.gov, efile@pbgc.gov
Christopher Kwan Shek Wong    christopher.wong@arentfox.com
David A. Wood    dwood@marshackhays.com, lbuchanan@marshackhays.com
Kirsten A. Worley    kw@wlawcorp.com, admin@wlawcorp.com
Kinga Wright    kinga.wright@lockelord.com, autodocket@lockelord.com
Antonio Yanez    ayanez@willkie.com
Cathy Yanni    cathy@cathyyanni.com, pstrunk@browngreer.com
Andrew Yaphe    andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com
Tacie H. Yoon    tyoon@crowell.com
Bennett G. Young    byoung@jmbm.com, jb8@jmbm.com
Christopher L. Young    cyoung@cairncross.com, nspringstroh@cairncross.com
Nicole M. Zeiss    nzeiss@labaton.com
Paul H. Zumbro    mao@cravath.com
Brittany Zummer    bzummer@theadlerfirm.com, nfournier@theadlerfirm.com
Dario de Ghetaldi    deg@coreylaw.com, lf@coreylaw.com