UNITED STATES BANKRUPTCY COURT
Northern District of California

In re:  )   Bankruptcy No.: 19-30088 (DM)
  PG&E Corporation, Pacific Gas and  )   R.S. No.:
  Electric Company  )   Hearing Date: 04/29/2020
  )   Time: 10:00 a.m.
Debtor(s)  )
  )

**Relief From Stay Cover Sheet**

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 01/29/2019     Chapter: 11
    Prior hearings on this obligation: _____ Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus): N/A

   Secured Creditor [ ] or lessor [ ]
   Fair market value: $_____     Source of value: _____
   Contract Balance: $_____      Pre-Petition Default: $_____
   Monthly Payment: $_____       No. of months: _____
   Insurance Advance: $_____     Post-Petition Default: $_____
                                          No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

   Fair market value: $_____  Source of value: _____  If appraisal, date: _____

   Moving Party's position (first trust deed, second, abstract, etc.):

   Approx. Bal. $_____           Pre-Petition Default: $_____
   As of (date): _____           No. of months: _____
   Mo. payment: $_____           Post-Petition Default: $_____
   Notice of Default (date): _____   No. of months: _____
   Notice of Trustee's Sale: _____   Advances Senior Liens: $_____

   Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $ | $ | $ |
| 2nd Trust Deed: _____ | $ | $ | $ |
| _____: | | | |
| _____: | | | |
| _____: | | | |
| (Total) | $ | $ | $ |

Other pertinent information: Underlying claims based in tort.

Dated: 3/23/20

_____
Signature

Paul F. Ready
Print or Type Name

Attorney for Creditor Sarah Pazdan