
**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

Signed and Filed: March 20, 2020



**DENNIS MONTALI
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and - | (Lead Case) (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | **ORDER REGARDING LIMITED RELIEF FROM THE AUTOMATIC STAY BETWEEN THE UTILITY, JH KELLY, LLC AND AECOM TECHNICAL SERVICES, INC.** |
| Debtors. | Related to Dkt. Nos. [5649, 6272, 6409] |
| ☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors | **Resolving Motion set for hearing:** |
| * *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Date: April 7, 2020<br>Time: 10:00 a.m. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

On consideration of the *Stipulation And Agreement for Order Regarding Limited Relief From the Automatic Stay Between the Utility, JH Kelly, LLC and AECOM Technical Services, Inc.*, filed March 20, 2020 as Docket No. 6409 (the "**Stipulation**"),[1] between Pacific Gas and Electric Company (the "**Utility**" or the "**Debtor**"), as debtor and debtor in possession, JH Kelly, LLC, ("**JH Kelly**"), and AECOM Technical Services, Inc. ("**AECOM**"), entered into settlement of *JH Kelly LLC's Motion For Relief from the Automatic Stay* [Dkt. No. 5649] (the "**Motion**"); and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, the Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges, General Order 24 (N.D. Cal.), and Rule 5011-1(a) of the Bankruptcy Local Rules for the United States District Court for the Northern District of California, and to consider the Stipulation and its provisions pursuant to that same authority and Federal Rule of Bankruptcy Procedure 4001(d)(4); and consideration of the Motion, the Stipulation and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found and determined that notice of the Motion as provided to the parties listed therein is reasonable and sufficient under the circumstances, and sufficient to afford reasonable notice of the material provisions of the Stipulation and opportunity for hearing; and it appearing that no other or further notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for approval of the Stipulation; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved.

2. The Stipulation, as well as the limited relief from the automatic stay provided

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Stipulation.

therein, shall become effective upon entry of this Order, notwithstanding any contrary effect of Federal Rule of Bankruptcy Procedure 4001(a)(3).

3. The automatic stay is immediately modified solely for the limited purpose of permitting the Parties to consolidate in the State Court the Foreclosure Action with the JH Kelly-AECOM State Action pursuant to the State Court Stipulation. For the avoidance of doubt, the automatic stay shall remain in effect in all other respects and nothing in the Stipulation permits any prosecution of any claims against the Utility in the JH Kelly-AECOM State Action, the Foreclosure Action, or the Consolidated Action in State Court.

3. The Stipulation is without prejudice to the merits of the Foreclosure Action, the JH Kelly-AECOM State Action, the Third-Party Complaint, the AECOM Cross-Complaint, the AECOM Mechanic's Lien, AECOM POC, or the JH Kelly POC, or to any Party's arguments with respect to the same.

4. Nothing herein shall be deemed to modify or alter the requirements or obligations of JH Kelly and AECOM to have timely filed proofs of claim in these Chapter 11 Cases in accordance with any order of the Court governing the filing of claims, including but not limited to the Order dated July 1, 2019, Dkt. No. 2806.

5. The Stay-Relief Motion is hereby withdrawn and the Stay-Relief Hearing vacated.

6. The Stipulation and the State Court Stipulation shall constitute the entire agreement and understanding of the Parties relating to the subject matter thereof and supersede all prior agreements and understandings relating to the subject matter hereof.

7. This Court shall retain jurisdiction to resolve any dispute regarding, and to enforce, the terms of the Stipulation and this Order.

/ / /

/ / /

/ / /

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

APPROVED AS TO FORM AND CONTENT:

Dated: March 20, 2020

**STOEL RIVES LLP**

By: /s/ *David B. Levant*
David B. Levant
Eric A. Grasberger
Mario R. Nicholas

*Attorneys for Plaintiff JH Kelly, LLC*

Dated: March 20, 2020

**REED SMITH LLP**
**CARNEY BADLEY SPELLMAN PS**

By: /s/ *Marsha A. Houston*
Marsha A. Houston
Christopher O. Rivas
Charles S. Penner

*Attorneys for Defendant/Counter Complaint/Third-Party Plaintiff AECOM Technical Services, Inc.*

** END OF ORDER **

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119