David S. Casey, Jr., SBN 060768
*dcasey@cglaw.com*
Jeremy Robinson, SBN 188325
*jrobinson@cglaw.com*
P. Camille Guerra, SBN 326546
*camille@cglaw.com*
James M. Davis, SBN 301636
*jdavis@cglaw.com*
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

*Attorneys for Certain Victims From the Camp Fire and 2017 North Bay Fires*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br> -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors** <br><br> ☐ Affects PG&E Corporation <br><br> ☐ Affects Pacific Gas and Electric Company <br><br> ☒ Affects both Debtors <br><br> * *All papers shall be filed in the Lead Case, No. 19-3088 (DM)* | Bankruptcy Case No.: 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) (Jointly Administered) <br><br> **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

Case: 19-30088    Doc# 6436    Filed: 03/23/20    Entered: 03/23/20 17:24:15    Page 1 of 5

**PLEASE TAKE NOTICE** that CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP appears as counsel in the above-captioned cases on behalf of victims of the Atlas, Redwood, and Camp Fires ("Claimants"). Claimants request under Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and other applicable law that an entry be made on the court matrix and that all notices and papers filed and/or served in these cases be served upon:

>David S. Casey, Jr.
>Jeremy Robinson
>P. Camille Guerra
>James M. Davis
>CASEY GERRY SCHENK
>FRANCAVILLA BLATT & PENFIELD, LLP
>110 Laurel Street
>San Diego, CA  92101
>Telephone: (619) 238-1811
>Facsimile: (619) 544-9232
>E-mail: dcasey@cglaw.com
>E-mail: jrobinson@cglaw.com
>E-mail: camille@cglaw.com
>E-mail: jdavis@cglaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, notices and pleadings relating to any application, motion petition, objection, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone, courier services, hand delivery, facsimile transmission, electronic mail, telex or otherwise that (i) affects, or seeks to affect, or may potentially affect in any way, any rights or interests of any creditor or party-in-interest in these Bankruptcy Cases; (ii) affects, or seeks to affect (a) the above-captioned Debtors

and/or their estates or (b) property or proceeds thereof in the possession, custody, or control of others that any of the Debtors or their estates may seek to use; or (iii) requires or seeks to require any act, delivery or any property, payment or other conduct by Interstate.

**PLEASE TAKE FURTHER NOTICE** that Claimants do not, by filing this Notice of Appearance and Request for Notice nor any subsequent appearance, pleading, claim or suit, waive or otherwise impair any of their rights: (i) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (ii) to have all core matters heard and decided by a District Court Judge; (iii) to trial by jury in any proceedings so triable in these cases, or any controversy or proceeding related to these cases; (iv) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (v) any other rights, claims, actions, defenses, setoffs or recoupments to which Claimants are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Claimants expressly reserve.

Dated: March 23, 2020  Respectfully submitted,

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**

By: /s/ James M. Davis
David S. Casey, Jr.
Jeremy Robinson
P. Camille Guerra
James M. Davis

*Attorneys for Certain Victims From the Camp Fire and 2017 North Bay Fires*