BRAD BRIAN (State Bar No. 79001)
Brad.Brian@mto.com
THOMAS B. WALPER (State Bar No. 96667)
thomas.walper@mto.com
HENRY WEISSMANN (State Bar No. 132418)
henry.weissmann@mto.com
BRADLEY SCHNEIDER (State Bar No. 235296)
bradley.schneider@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071
Telephone:   (213) 683-9100
Facsimile:    (213) 683-3702

*Attorneys for Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 19-30088 (DM) |
| PG&E CORPORATION, | Chapter 11 |
| - and – | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY, | (Jointly Administered) |
| Debtors. | **AMENDED MONTHLY FEE STATEMENT OF MUNGER, TOLLES & OLSON LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2020 THROUGH JANUARY 31, 2020** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | **Objection Deadline: April 13, 2020**<br>                    **4:00 p.m. (Pacific Time)**<br>[No hearing requested] |

| | |
|---|---|
| To: The Notice Parties | |
| Name of Applicant: | Munger, Tolles & Olson LLP |
| Authorized to Provide Professional Services to: | Counsel for Debtors and Debtors in Possession |
| Date of Retention: | January 29, 2019[1] |
| Period for which compensation and reimbursement are sought: | January 1, 2020 through January 31, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $2,534,812.00 (80% of $3,168,515.00) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $258,521.31 |

Munger, Tolles & Olson LLP ("**MTO**" or "**Applicant**"), attorneys for PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**") for certain matters, hereby submits its Amended Monthly Fee Statement (the "**Amended Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing January 1, 2020 through January 31, 2020 (the "**Fee Period**") pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(e) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on February 28, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

By this Amended Monthly Fee Statement, the Applicant requests payment of $2,534,812.00 (80% of $3,168,515.00) as compensation for professional services rendered to the Debtors during the Fee Period and payment of $258,521.31 (representing 100% of the expenses incurred) as reimbursement for actual and necessary expenses incurred by the Applicant during the Fee Period.

Annexed hereto as **Exhibit A** is the name of each professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period covered by this Amended

---

[1] The *Order Authorizing Debtors Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Retain and Employ Munger, Tolles & Olson LLP as Counsel for Certain Matters for the Debtors Effective as of the Petition Date* [Dkt No. 1677] was entered on April 25, 2019 (the "**Retention Order**").

Fee Statement and the hourly rate and total fees for each professional.  Attached hereto as **<u>Exhibit B</u>** is a summary of hours during the Fee Period by task.  Attached hereto as **<u>Exhibit C</u>** is a summary of expenses incurred during the Fee Period.  Attached hereto as **<u>Exhibit D</u>** are the detailed time and expense entries for the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this Amended Monthly Fee Statement, if any, must be filed and served on or before 4:00 p.m. (Pacific Time) on the 21st day (or the next business day if such day is not a business day) following the date the Amended Monthly Fee Statement is served (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court with respect to any fees and expenses not subjet to an objection, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Amended Monthly Fee Statement that are not subject to an objection.  If a portion of the fees and expenses are subject to a properly and timely filed objection and the Applicant is unable to reach a consensual resolution with the objector, the Applicant may (i) request the Court approve the amounts subject to objection or (ii) forego payment of such amounts until the next hearing to consider interim or final fee applications, at which time the Court will adjudicate any unresolved objections.

Dated: March 23, 2020

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP

By: /s/ *Bradley Schneider*
      Bradley Schneider

*Attorneys for Debtors and Debtors in Possession*

## Notice Parties

PG&E Corporation
c/o Pacific Gas & Electric Company
Attn:   Janet Loduca, Esq.
77 Beale Street
San Francisco, CA 94105

Weil, Gotshal & Manges LLP
Attn:   Stephen Karotkin, Esq.
        Jessica Liou, Esq.
        Matthew Goren, Esq.
767 Fifth Avenue
New York, NY 10153

The Office of the United States Trustee for Region 17
Attn:   Andrew Vara, Esq.
        Timothy Laffredi, Esq.);
450 Golden Gate Avenue, 5th Floor, Suite #05-0153
San Francisco, CA 94102

Milbank LLP
Attn:   Dennis F. Dunne, Esq.
        Sam A. Khalil, Esq.
55 Hudson Yards
New York, NY 10001-2163

Milbank LLP
Attn:   Paul S. Aronzon, Esq.,
        Gregory A. Bray, Esq.,
        Thomas R. Kreller, Esq.
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067

Baker & Hostetler LLP
        Attn: Eric Sagerman, Esq. and
        Cecily Dumas, Esq.
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509