# EXHIBIT A

# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JANUARY 1 THROUGH JANUARY 31, 2020

The attorneys and paraprofessionals who rendered legal services in these Chapter 11 Cases from January 1, 2020 through January 31, 2020 (the "**Fee Period**") are:

| NAME OF PROFESSIONAL | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Kevin S. Allred | Partner | 1986 | $1,020.00 | 221.4 | $225,828.00 | Litigation |
| Brad D. Brian | Partner | 1977 | $1,500.00 | 67.1 | $100,650.00 | Litigation |
| Erin J. Cox | Partner | 2009 | $950.00 | 10.6 | $10,070.00 | Litigation |
| Lisa J. Demsky | Partner | 1996 | $1,060.00 | 139.2 | $147,552.00 | Litigation |
| Michael R. Doyen | Partner | 1982 | $1,320.00 | 127.9 | $168,828.00 | Litigation |
| David H. Fry | Partner | 1997 | $1,150.00 | 1.9 | $2,185.00 | Litigation |
| Elaine J. Goldenberg | Partner | 1997 | $1,060.00 | 75.5 | $80,030.00 | Appellate |
| David B. Goldman | Partner | 1991 | $1,150.00 | 23.1 | $26,565.00 | Taxation |
| Seth Goldman | Partner | 2002 | $1,150.00 | 25.1 | $28,865.00 | Restructuring |
| Miriam Kim | Partner | 2002 | $950.00 | 21.0 | $19,950.00 | Litigation |
| C. David Lee | Partner | 1997 | $1,220.00 | 10.8 | $13,176.00 | Corporate |
| Kathleen M. McDowell | Partner | 1984 | $920.00 | 37.8 | $34,776.00 | Litigation |
| Fred A. Rowley | Partner | 1997 | $1,060.00 | 6.2 | $6,572.00 | Appellate/ Complex Litigation |
| James C. Rutten | Partner | 1997 | $1,060.00 | 99.3 | $105,258.00 | Litigation |
| Donald B. Verrilli | Partner | 1983 | $1,500.00 | 13.8 | $20,700.00 | Appellate |
| Henry Weissmann | Partner | 1987 | $1,400.00 | 235.4 | $329,560.00 | Litigation |
| Mark R. Yohalem | Partner | 2005 | $990.00 | 22.2 | $21,978.00 | Appellate |
| Sarah J. Cole | Of Counsel | 2002 | $890.00 | 185.9 | $165,451.00 | Litigation |
| Matthew S. Schonholz | Of Counsel | 2005 | $920.00 | 3.5 | $3,220.00 | Taxation |
| Grant R. Arnow | Associate | 2017 | $665.00 | 13.4 | $8,911.00 | Litigation |
| Nick Axelrod | Associate | 2013 | $845.00 | 165.4 | $139,763.00 | Litigation |
| Michael C. Baker | Associate | 2016 | $725.00 | 88.3 | $64,017.50 | Litigation |
| Andre W. Brewster | Associate | 2015 | $780.00 | 130.6 | $101,868.00 | Litigation |
| Raquel E. Dominguez | Associate | 2019 | $490.00 | 131.3 | $64,337.00 | Litigation |
| Brendan Gants | Associate | 2016 | $820.00 | 87.3 | $71,586.00 | Litigation |
| Alexander S. Gorin | Associate | 2017 | $665.00 | 94.7 | $62,975.50 | Litigation |

| NAME OF PROFESSIONAL | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Skylar B. Grove | Associate | 2015 | $780.00 | 87.5 | $68,250.00 | Litigation |
| Lauren M. Harding | Associate | 2015 | $780.00 | 128.3 | $100,074.00 | Litigation |
| Natalie Karl | Associate | 2019 | $665.00 | 77.3 | $51,404.50 | Corporate |
| Lloyd Marshall | Associate | 2018 | $565.00 | 154.3 | $87,179.50 | Litigation |
| Megan L. McCreadie | Associate | 2017 | $665.00 | 181.2 | $120,498.00 | Litigation |
| Teresa A. Reed Dippo | Associate | 2015 | $780.00 | 168.4 | $131,352.00 | Litigation |
| Giovanni S. Saarman Gonzalez | Associate | 2016 | $725.00 | 222.4 | $161,240.00 | Litigation |
| Mark M. Chowdhury | Staff Counsel | 1991 | $405.00 | 41.3 | $16,726.50 | N/A |
| Michael Y. Doko | Staff Counsel | 1998 | $430.00 | 29.3 | $12,599.00 | N/A |
| Candice Fuller | Staff Counsel | 2014 | $490.00 | 43.1 | $21,119.00 | N/A |
| Michael L. Lerew | Staff Counsel | 1993 | $405.00 | 19.1 | $7,735.50 | N/A |
| Shelley Lipman | Staff Counsel | 1993 | $405.00 | 47.7 | $19,318.50 | N/A |
| Susan Liu | Staff Counsel | 2001 | $490.00 | 66.7 | $32,683.00 | N/A |
| Terence M. McKiernan | Staff Counsel | 1999 | $490.00 | 57.7 | $28,273.00 | N/A |
| Lisa M. McLean | Staff Counsel | 2001 | $405.00 | 14.1 | $5,710.50 | N/A |
| Hadi Motiee | Staff Counsel | 2007 | $490.00 | 26.8 | $13,132.00 | N/A |
| Marcia B. Osborne | Staff Counsel | 1989 | $430.00 | 23.5 | $10,105.00 | N/A |
| Doris R. Perl | Staff Counsel | 1990 | $490.00 | 31.3 | $15,337.00 | N/A |
| Mark M. Perl | Staff Counsel | 1991 | $490.00 | 51.4 | $25,186.00 | N/A |
| Allison Rector | Staff Counsel | 2018 | $430.00 | 45.2 | $19,436.00 | N/A |
| Jarrett D. Reid | Staff Counsel | 2010 | $430.00 | 21.2 | $9,116.00 | N/A |
| Barni Rothman | Staff Counsel | 1985 | $430.00 | 26.6 | $11,438.00 | N/A |
| Arjang Seraji | Staff Counsel | 1997 | $490.00 | 36.1 | $17,689.00 | N/A |
| Ramon K. Castillo | Paralegal | N/A | $345.00 | 65.2 | $22,494.00 | N/A |
| Jennifer Galindo | Paralegal | N/A | $395.00 | 3.5 | $1,382.50 | N/A |
| Bruce M. Gordon | Paralegal | N/A | $345.00 | 11.1 | $3,829.50 | N/A |
| Arn Jacobsen | Paralegal | N/A | $395.00 | 13.1 | $5,174.50 | N/A |
| Larry M. Polon | Paralegal | N/A | $345.00 | 94.7 | $32,671.50 | N/A |
| Cynthia R. Richardson | Paralegal | N/A | $395.00 | 17.5 | $6,912.50 | N/A |
| Victor H. Gonzales | ALS | N/A | $370.00 | 30.3 | $11,211.00 | N/A |
| Bowe Kurowski | ALS | N/A | $455.00 | 53.1 | $24,160.50 | N/A |
| Jason D. Troff | ALS | N/A | $455.00 | 101.1 | $46,000.50 | N/A |

| NAME OF PROFESSIONAL | POSITION | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION | AREA OF PRACTICE / CONCENTRATION |
|---|---|---|---|---|---|---|
| Marissa E. Andrea | Library | N/A | $345.00 | 4.0 | $1,380.00 | N/A |
| Agnes O. Villero | Library | N/A | $345.00 | 8.0 | $2,760.00 | N/A |
| Jennifer C. Mendoza | Case Clerk | N/A | $115.00 | 2.3 | $264.50 | N/A |
| **Total Professionals:** | | | | **4043.1** | **$3,168,515.00** | |

| PROFESSIONALS TOTALS: | BLENDED RATE (rounded to nearest dollar) | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partner | $ 1,179 | 1,138.3 | $ 1,342,543.00 |
| Of Counsel | $ 891 | 189.4 | $ 168,671.00 |
| Associate | $ 713 | 1,730.4 | $ 1,233,456.00 |
| Staff Counsel | $ 457 | 581.1 | $ 265,604.00 |
| **Attorneys Total** | **$ 827** | **3,639.2** | **$ 3,010,274.00** |
| Paralegal | $ 353 | 205.1 | $ 72,464.50 |
| ALS | $ 441 | 184.5 | $ 81,372.00 |
| Library | $ 345 | 12.0 | $ 4,140.00 |
| Case Clerk | $ 115 | 2.3 | $ 264.50 |
| **Paraprofessionals Total** | **$ 392** | **403.9** | **$ 158,241.00** |
| **Grand Total** | **$ 784** | **4,043.1** | **$ 3,168,515.00** |