David S. Casey, Jr., SBN 060768
dcasey@cglaw.com
Jeremy Robinson, SBN 188325
jrobinson@cglaw.com
Angela Jae Chun, SBN 248571
ajc@cglaw.com
P. Camille Guerra, SBN 326546
camille@cglaw.com
James M. Davis, SBN 301636
jdavis@cglaw.com
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT &**
**PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

*Attorneys for Certain Victims*
*From the Camp Fire and*
*2017 North Bay Fires*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No.: 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 (Lead Case) (Jointly Administered) |
| -and- | |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | **NOTICE OF HEARING ON MOTION TO EXPUNGE CLASS PROOF OF CLAIM FILED BY GER HOSPITALITY, LLC** |
| Debtors | |
| ☐ Affects PG&E Corporation | Hon. Dennis Montali |
| ☐ Affects Pacific Gas and Electric Company | Date: April 29, 2020 Time: 10:00 a.m. (Pacific Time) Place: United States Bankruptcy Court Courtroom 17, 16th Floor San Francisco, CA 94102 |
| ☒ Affects both Debtors | |
| * All papers shall be filed in the Lead Case, No. 19-3088 (DM) | |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "Petition Date"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 502 and Federal Rule of Bankruptcy Procedure 9014(C), claimants who are victims of the Atlas, Redwood, and Camp Fires ("Claimants"), through the undersigned attorneys, move the Bankruptcy Court to expunge the Class Proof of Claim filed by GER Hospitality, LLC from the record.

**PLEASE TAKE FURTHER NOTICE** the Bankruptcy Court will hold a hearing on April 29, 2020, at 10:00 a.m. (Pacific Time) before the Honorable Dennis Montali, United States Bankruptcy Judge and will hear Claimants' Motion to Expunge Class Proof of Claim Filed by GER Hospitality, LLC ("Motion to Expunge). Pursuant to the Bankruptcy Court's General Order No. 38 In re: Coronavirus Disease Public Health Emergency, dated March 18, 2020, the Hearing will be conducted telephonically. The courtroom will be closed. All parties who wish to appear at the Hearing must make arrangements to appear telephonically. There is no cost for this service for parties who are not represented by an attorney. The instructions for appearing by telephone can be found on the Bankruptcy Court's website: http://www.canb.uscourts.gov/procedure/district-oakland-san-jose-san-francisco/policy-and-procedure-appearances-telephone.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Federal Rule Bankruptcy Procedure 2002 and Bankruptcy Local Rule 9014-1(c)(1) of the United States Bankruptcy Court for the Northern District of California that any opposition shall be filed and served on the initiating party at least 14 days prior to the actual

scheduled hearing date.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion to Expunge can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC , at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: March 23, 2020

Respectfully submitted,

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**

By: /s/ James M. Davis
David S. Casey, Jr.
Jeremy Robinson
Angela Jae Chun
P. Camille Guerra
James M. Davis

Page 3

Case: 19-30088    Doc# 6439    Filed: 03/23/20    Entered: 03/23/20 17:47:57    Page 3 of 3
NOTICE OF HEARING ON MOTION TO EXPUNGE CLASS PROOF OF CLAIM FILED BY GER HOSPITALITY, LLC