```
Wm. Thomas Lewis, Esq. (CSB No. 116695)
ROBERTSON & LEWIS
An Association of Attorneys
Post Office Box 1257
Gilroy, CA 95021-1257
Telephone: (408) 294-3600

Attorneys for Interested Party
Fremont Bank
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION,<br><br> - and -<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors. | Case No. 19-30088<br><br>Chapter 11<br><br>REQUEST FOR NOTICE |

TO THE CLERK OF THIS COURT, DEBTORS, ALL INTERESTED PARTIES, U.S. TRUSTEE, AND TO THEIR ATTORNEYS OF RECORD:

  PLEASE TAKE NOTICE that Interested Party, Fremont Bank, hereby requests notice of all matters which must be noticed to creditors, the debtor, the trustee, or other parties in interest, and further requests that for all notice purposes the following address shall be used:

```
Wm. Thomas Lewis, Esq.
Robertson & Lewis
Post Office Box 1257
Gilroy, CA 95021-1257
```

///

///

///

1

Request for Notice

This request includes the type of notice referred to in Bankruptcy Rules 2002(i) and 3017(a) and also includes, without limitations, all monthly operating reports, schedules, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests, and any other documents brought before the Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

Dated: March 24, 2020                                    ROBERTSON & LEWIS

By: /s/ *Wm. Thomas Lewis*
     WM. THOMAS LEWIS
     Attorney for Interested Party
     FREMONT BANK