# Exhibit A

| Date Statement Filed | Period Covered | Total Compensation and Expenses Incurred for Period Covered | | Total Amount of Fees Authorized to be Paid Pursuant to Interim Compensation Order | Total Amount of Expenses Authorized to be Paid Pursuant to Interim Compensation Order | Holdback Fees Amount |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees w/ No Objection (@ 80%) | Expenses (@ 100%) | Fees w/ No Objection (@ 20%) |
| February 28, 2020 | 12/01/19 - 12/31/19 | $597,685.50 | $13,459.95 | $478,148.80 | $13,459.95 | $$119,537.10 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

4