```
                                    Entered on Docket
                                    March 24, 2020
                                    EDWARD J. EMMONS, CLERK
                                    U.S. BANKRUPTCY COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```


| | |
|---|---|
| 1 | GREGG M. FICKS (State Bar No. 148093) |
| 2 | COBLENTZ PATCH DUFFY & BASS LLP  Signed and Filed: March 23, 2020 |
|   | One Montgomery Street, Suite 3000 |
| 3 | San Francisco, California 94104-5500 |
|   | Telephone: 415.391.4800 |

Signed and Filed: March 23, 2020

/s/ Dennis Montali

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

GREGG M. FICKS (State Bar No. 148093)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-gmf@cpdb.com

*Special Counsel to Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **SAN FRANCISCO DIVISION**<br>In re:<br><br>**PG&E CORPORATION**,<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY**,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br><br>* *All papers shall be filed in the lead case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING FIRST INTERIM FEE APPLICATION OF COBLENTZ PATCH DUFFY & BASS LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 29, 2019 THROUGH AND INCLUDING SEPTEMBER 30, 2019**<br><br>Re: Docket Nos. 4754, 6028 |

Upon consideration of the *First Interim Fee Application of Coblentz Patch Duffy & Bass LLP for Allowance and Payment of Compensation and Reimbursement of Expenses For the Period January 29, 2019 through and including September 30, 2019* [Docket No. 4754] (the "**Application**[1]"); and due and proper notice of the Application having been provided in accordance with the procedures set forth in the Interim Compensation Order and as otherwise required under the Bankruptcy Code and Bankruptcy Rules; and upon consideration of the Declaration of Gregg

---

[1] Capitalized terms used but not herein defined have the meanings ascribed to such terms in the Application.

M. Ficks submitted in support of the Application; and no objections or responses to the Application having been filed; and upon consideration of the proposed reductions to the compensation and expense reimbursements sought in the Application resulting from the compromise between the Applicant and the Fee Examiner as set forth in that certain *Amended Notice of Hearing on First Interim Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Applicants Based Upon Compromises with the Fee Examiner*, dated March 3, 2020 [Docket No. 6028] (the "**Amended Notice**"); and the Court having issued a Docket Order, on March 20, 2020, allowing the Application in the reduced amounts reflected in the Amended Notice; and sufficient cause having been shown therefor,

IT IS HEREBY ORDERED:

1. The Application is granted as provided herein.

2. Applicant is awarded an interim allowance of its compensation for professional services rendered for the Fee Period in the amount of $1,013,409.64, consisting of $995,899.94 of fees and reimbursement of $17,509.70 of actual and necessary expenses incurred during the Fee Period.

3. The Debtors are directed to pay Applicant the difference between the amounts allowed in paragraph 2 above and any amounts previously paid by the Debtors pursuant to the Interim Compensation Order.

4. The Court shall retain jurisdiction to determine any controversy arising in connection with this Order.

** END OF ORDER **