

Signed and Filed: March 23, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

1  Jonathan C. Sanders (No. #228785)
   SIMPSON THACHER & BARTLETT LLP
2  2475 Hanover Street
   Palo Alto, CA 94304
3  Telephone: (650) 251-5000
   Facsimile: (650) 252-5002
4
5  Nicholas Goldin
   Kathrine A. McLendon
6  Jamie J. Fell
   SIMPSON THACHER & BARTLETT LLP
7  425 Lexington Avenue
   New York, NY 10017
8  Telephone: (212) 455-2000
   Facsimile: (212) 455-2502

9  *Counsel for the Board of Each of PG&E Corporation
   and Pacific Gas and Electric Company and for
10 Certain Current and Former Independent Directors*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and – | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **ORDER GRANTING AMENDED FIRST INTERIM FEE APPLICATION OF SIMPSON THACHER & BARTLETT LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 29, 2019 THROUGH APRIL 30, 2019** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| *\* All papers shall be filed in the Lead Case No. 19-30088 (DM).* | Re: Docket Nos. 3157, 5979, 6028 |

Upon consideration of the *Amended First Interim Fee Application of Simpson Thacher & Bartlett LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period January 29, 2019 Through April 30, 2019* [Docket No. 3157] (the "**Application**"); and due and proper notice of the Application having been provided in accordance with the procedures set forth in the Interim Compensation Order and as otherwise required under the Bankruptcy Code and Bankruptcy Rules; and upon consideration of the Torkin Declaration in support of the Application; and no objections or responses to the Application having been filed; and upon consideration of the amendments to the Application resulting from the compromise between Simpson Thacher (the "**Applicant**") and the Fee Examiner as set forth in that certain *Notice of Filing of Amended First Interim Fee Application of Simpson Thacher & Bartlett LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period January 29, 2019 Through April 30, 2019* [Docket No. 5979] and that certain *Amended Notice of Hearing on First Interim Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Applicants Based Upon Compromises with the Fee Examiner* [Docket No. 6028] (collectively, the "**Amendment Notices**"); and the Court having issued a Docket Order on March 20, 2020 allowing the Application in the reduced amounts reflected in the Amendment Notices; and sufficient cause having been shown therefor:

**IT IS HEREBY ORDERED:**

1. The Application is granted as provided herein.

2. The Applicant is awarded an interim allowance of its fees and expenses for the Fee Period in the total amount of $1,866,211.35, consisting of $1,851,632.00 of compensation for professional services rendered and $14,579.35 of actual and necessary expenses incurred during the Fee Period.

3. The Debtors are directed to pay the Applicant the difference between the amounts allowed in paragraph 2 above and any amounts previously paid by the Debtors pursuant to the Interim Compensation Order.

Case: 19-30088    Doc# 6446    Filed: 03/23/20    Entered: 03/24/20 12:30:09    Page 2 of 3

4. The Court shall retain jurisdiction to determine any controversy arising in connection with this Order.

**END OF ORDER**