# Schedule 1

Proposed Order

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | WEIL, GOTSHAL & MANGES LLP<br>Stephen Karotkin (*pro hac vice*)<br>(stephen.karotkin@weil.com)<br>Ray C. Schrock, P.C. (*pro hac vice*)<br>(ray.schrock@weil.com)<br>Jessica Liou (*pro hac vice*)<br>(jessica.liou@weil.com)<br>Matthew Goren (*pro hac vice*)<br>(matthew.goren@weil.com)<br>767 Fifth Avenue<br>New York, NY 10153-0119<br>Tel: 212 310 8000<br>Fax: 212 310 8007 | |
| 8<br>9<br>10<br>11<br>12<br>13<br>14 | KELLER BENVENUTTI KIM LLP<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel:   (415) 496-6723<br>Fax:  (415) 636-9251<br><br>*Attorneys for Debtors*<br>*and Debtors in Possession* | JONES DAY<br>Bruce S. Bennett (SBN 105430)<br>(bbennett@jonesday.com)<br>Joshua M. Mester (SBN 194783)<br>(jmester@jonesday.com)<br>James O. Johnston (SBN 167330)<br>(jjohnston@jonesday.com)<br>555 South Flower Street<br>Fiftieth Floor<br>Los Angeles, CA 90071-2300<br>Tel: 213 489 3939<br>Fax: 213 243 2539<br><br>*Attorneys for Shareholder Proponents* |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11 (Lead Case) (Jointly Administered)<br><br>**[PROPOSED] ORDER APPROVING PROPOSED SUPPLEMENT TO DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION**<br><br>Related Docket Nos. 6340, 6353, and 6448 |

The Court having considered the *[Proposed] Supplement to Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization*, dated March 24, 2020 [Docket No. 6448] (the "**Disclosure Statement Supplement**"), filed by PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (together, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"); and this Court having previously entered the *Order (I) Approving Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization; (II) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (III) Establishing and Approving Plan Solicitation and Voting Procedures; (IV) Approving Forms of Ballots, Solicitation Packages, and Related Notices; and (V) Granting Related Relief* [Docket No. 6340] (the "**Disclosure Statement and Solicitation Procedures Order**[1]"), which Disclosure Statement and Solicitation Procedures Order, *inter alia*, (a) approved the *Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* (the solicitation version of which is filed at Docket No. 6353, together with any exhibits or schedules thereto, and as may be modified, amended, or supplemented from time to time, the "**Disclosure Statement**"), and (b) established and approved certain procedures for the solicitation, distribution, and tabulation of votes to accept or reject the Plan; and this Court having jurisdiction to consider and approve the Disclosure Statement Supplement pursuant to 28 U.S.C. §§ 157 and 1334, the *Order Referring Bankruptcy Cases and Proceedings to Bankruptcy Judges*, General Order 24 (N.D. Cal.), and Bankruptcy Local Rule 5011-1(a); and consideration of the Disclosure Statement Supplement being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found and determined that notice of the filing of the Disclosure Statement Supplement is reasonable and sufficient, and it appearing that no other or further notice need be provided; and this Court having reviewed the Disclosure Statement Supplement; and this Court having held a status conference regarding the Disclosure Statement Supplement on March 25, 2020; and this Court having determined that just cause exists for the relief

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Disclosure Statement and Solicitation Procedures Order.

granted herein; and it appearing that the relief granted herein is in the best interests of the Debtors, their estates, creditors, shareholders, and all other parties in interest; and upon the record of all of the proceedings had before this Court, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Disclosure Statement Supplement is approved.

2. The Debtors are authorized and directed to include copies of the Disclosure Statement Supplement in the Solicitation Packages or a subsequent distribution to be sent to all creditors and interest holders in accordance with the Disclosure Statement and Solicitation Procedures Order.

3. The Debtors are authorized to make non-substantive and nonmaterial changes, including changes to correct typographical and grammatical errors and to make conforming changes, to the Disclosure Statement Supplement.

4. This Court retains exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

** END OF ORDER **