| | |
|---|---|
1 | **LABATON SUCHAROW LLP** | **LOWENSTEIN SANDLER LLP**
2 | Thomas A. Dubbs | Michael S. Etkin *(pro hac vice)*
  | Louis Gottlieb | Andrew Behlmann *(pro hac vice)*
3 | Carol C. Villegas | Scott Cargill
  | Jeffrey A. Dubbin (SBN 287199) | Colleen Maker
4 | 140 Broadway | One Lowenstein Drive
  | New York, New York 10005 | Roseland, New Jersey 07068
5 | *Lead Counsel to Lead Plaintiff and the* | *Bankruptcy Counsel to Lead Plaintiff*
  | *Proposed Class* | *and the Proposed Class*
6 |
7 | **MICHELSON LAW GROUP**
  | Randy Michelson (SBN 114095)
8 | 220 Montgomery Street, Suite 2100
  | San Francisco, California 94104
9 | *Bankruptcy Counsel to Lead Plaintiff*
  | *and the Proposed Class*
10

11 **UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
12 **SAN FRANCISCO DIVISION**

13

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) (Lead Case) |
| PG&E CORPORATION | Chapter 11 |
| - and – | (Jointly Administered) |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Debtors. | |
| ☒ Affects Both Debtors<br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company | **CERTIFICATION OF SERVICE** |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Elizabeth Lawler, pursuant to 28 U.S.C. § 1746, certify as follows:

1. I am a paralegal employed by the law firm of Lowenstein Sandler LLP, bankruptcy counsel in the above-captioned chapter 11 cases and adversary proceeding to Public Employees Retirement Association of New Mexico, the court-appointed lead plaintiff in the securities class action captioned as In re PG&E Corporation Securities Litigation, Case No. 3:18-cv-03509-RS, pending in the United States District Court for the Northern District of California, *("Lead Plaintiff")*.

2. On March 24, 2020, on behalf of Lead Plaintiff, I caused the following documents to be electronically filed with the Court, using the Court's electronic filing system and served via the Court's CM/ECF system on the parties that have consented to electronic service of all filings and on the Clerk of the Court, as listed on **Exhibit A** hereto:

   - *Securities Plaintiffs' Statement with Respect to Stipulation and Agreement for Order Resolving the Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates [Docket No. 6449]*

3. Also on March 24, 2020, I caused the foregoing documents to be served on the parties listed on **Exhibit B** via electronic mail.

4. Also on March 24, 2020, I caused the foregoing documents to be served on the parties listed on **Exhibit C** by first class mail.

I hereby certify under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: March 24, 2020 /s/ Elizabeth Lawler

# EXHIBIT A

## Miscellaneous:

[19-30088 PG&E Corporation](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 3 (San Francisco) |
| Assets: y | Judge: DM | Case Flag: CLMAGT, JNTADMN, WDREF, APPEAL |

**U.S. Bankruptcy Court**

**California Northern Bankruptcy Court**

Notice of Electronic Filing

The following transaction was received from Randy Michelson entered on 3/24/2020 at 12:51 PM PDT and filed on 3/24/2020

**Case Name:**       PG&E Corporation
**Case Number:**       19-30088
**Document Number:** 6449

**Docket Text:**
Statement of With Respect To Stipulation And Agreement For Order Resolving The Official Commitee Of Tort Claimants Motion For Standing To Prosecute Claims Of The Debtors' Estates (RE: related document(s)[5972] Motion Miscellaneous Relief, [6435] Stipulation Referring to Existing Document (s)). Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Michelson, Randy)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**\\v1.windom1.pri\users\lawl2934\Desktop\Efiling\PG&E\3-24 filing\Statement.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1017961465 [Date=3/24/2020] [FileNumber=36301142-0] [6693ef90065450e22762fb49523c82b0c41522bb4a3c4001cc4e62f56a05288f3a 902d72b20e175bfcd05141013a583b761917e425d78c45caabd67c501fc44f]]

**19-30088 Notice will be electronically mailed to:**

Elliot Adler on behalf of Creditor Mirna Trettevik
eadler@theadlerfirm.com, bzummer@theadlerfirm.com

Aaron L. Agenbroad on behalf of Interested Party GE Grid Solutions, LLC
alagenbroad@jonesday.com, saltamirano@jonesday.com

Aaron L. Agenbroad on behalf of Interested Party General Electric Company
alagenbroad@jonesday.com, saltamirano@jonesday.com

Annadel A. Almendras on behalf of Interested Party California Department of Toxic Substances Control
annadel.almendras@doj.ca.gov

Annadel A. Almendras on behalf of Interested Party California Department of Water Resources

annadel.almendras@doj.ca.gov

Monique D. Almy on behalf of Creditor Nexant Inc.
malmy@crowell.com

Dana M. Andreoli on behalf of Creditor Tanforan Industrial Park, LLC
dandreoli@steyerlaw.com, mterry@steyerlaw.com

Anne Andrews on behalf of Creditor Agajanian, Inc.
aa@andrewsthornton.com, aandrews@andrewsthornton.com

Anne Andrews on behalf of Creditor Bennett Lane Winery LLC
aa@andrewsthornton.com, aandrews@andrewsthornton.com

Richard L. Antognini on behalf of Requestor Richard Lawrence Antognini
rlalawyer@yahoo.com, hallonaegis@gmail.com

Tyson Arbuthnot on behalf of Interested Party ACCO Engineered Systems, Inc.
tarbuthnot@rjo.com, jyeung@rjo.com

Lauren T. Attard on behalf of Creditor Committee Official Committee of Tort Claimants
lattard@bakerlaw.com, agrosso@bakerlaw.com

Herb Baer
hbaer@primeclerk.com, ecf@primeclerk.com

Kathryn E. Barrett on behalf of Creditor TURN-The Utility Reform Network
keb@svlg.com, amt@svlg.com

Chris Bator on behalf of Creditor Committee Official Committee of Tort Claimants
cbator@bakerlaw.com, jmcguigan@bakerlaw.com

Ronald S. Beacher on behalf of Creditor SPCP Group, LLC
rbeacher@pryorcashman.com

Ronald S. Beacher on behalf of Interested Party Pryor Cashman LLP
rbeacher@pryorcashman.com

Hagop T. Bedoyan on behalf of Creditor KINGS RIVER WATER ASSOCIATION
hbedoyan@kleinlaw.com, ecf@kleinlaw.com

Andrew David Behlmann on behalf of Interested Party Public Employees Retirement Association of
New Mexico
abehlmann@lowenstein.com, elawler@lowenstein.com

Tanya Behnam on behalf of Creditor MRC Opportunities Fund I LP - Series C
tbehnam@polsinelli.com, tanyabehnam@gmail.com

Tanya Behnam on behalf of Creditor Marble Ridge Master Fund LP

tbehnam@polsinelli.com, tanyabehnam@gmail.com

James C. Behrens on behalf of Creditor Committee Official Committee Of Unsecured Creditors
jbehrens@milbank.com, mkoch@milbank.com

James C. Behrens on behalf of Interested Party Official Committee Of Unsecured Creditors
jbehrens@milbank.com, mkoch@milbank.com

Jacob Taylor Beiswenger on behalf of Interested Party Department of Finance for the State of California
jbeiswenger@omm.com, llattin@omm.com

Jacob Taylor Beiswenger on behalf of Interested Party Governor Gavin Newsom
jbeiswenger@omm.com, llattin@omm.com

James T. Bentley on behalf of Creditor Centerbridge Partners, L.P.
james.bentley@srz.com, Kelly.Knight@srz.com

James T. Bentley on behalf of Creditor Fidelity Management & Research Company
james.bentley@srz.com, Kelly.Knight@srz.com

James T. Bentley on behalf of Interested Party Anchorage Capital Group, L.L.C.
james.bentley@srz.com, Kelly.Knight@srz.com

James T. Bentley on behalf of Interested Party Silver Point Capital, L.P.
james.bentley@srz.com, Kelly.Knight@srz.com

James T. Bentley on behalf of Interested Party SteelMill Master Fund LP
james.bentley@srz.com, Kelly.Knight@srz.com

Peter J. Benvenutti on behalf of 3rd Pty Defendant Pacific Gas and Electric Company
pbenvenutti@kbkllp.com

Peter J. Benvenutti on behalf of Debtor PG&E Corporation
pbenvenutti@kbkllp.com

Peter J. Benvenutti on behalf of Defendant PG&E Corporation
pbenvenutti@kbkllp.com

Peter J. Benvenutti on behalf of Defendant Pacific Gas & Electric Company
pbenvenutti@kbkllp.com

Peter J. Benvenutti on behalf of Defendant Pacific Gas and Electric Company
pbenvenutti@kbkllp.com

Peter J. Benvenutti on behalf of Plaintiff PG&E Corporation
pbenvenutti@kbkllp.com

Peter J. Benvenutti on behalf of Plaintiff Pacific Gas and Electric Company
pbenvenutti@kbkllp.com

Robert Berens on behalf of Creditor XL Specialty Insurance Company
rberens@smtdlaw.com, sr@smtdlaw.com

Ronald F. Berestka, Jr. on behalf of Creditor George Vlazakis
rberestka@stonelawoffice.com, csepulveda@stonelawoffice.com

Heinz Binder on behalf of Creditor Almendariz Consulting, Inc.
heinz@bindermalter.com

Heinz Binder on behalf of Interested Party The Utility Reform Network (TURN)
heinz@bindermalter.com

Neil Jon Bloomfield on behalf of Creditor American Construction and Supply Inc.
njbloomfield@njblaw.com, gklump@njblaw.com

Jason Blumberg on behalf of U.S. Trustee Office of the U.S. Trustee / SF
jason.blumberg@usdoj.gov, ustpregion17.sf.ecf@usdoj.gov

Ameneh Maria Bordi on behalf of Interested Party Calpine Corporation
ameneh.bordi@kirkland.com, leo.rosenberg@kirkland.com

Jason Borg on behalf of Creditor Grant Smelser
jborg@jasonborglaw.com

Jason Borg on behalf of Creditor John Randall Dighton
jborg@jasonborglaw.com

Jason Borg on behalf of Creditor Linda Dighton
jborg@jasonborglaw.com

Jason Borg on behalf of Creditor Nancy Oliver
jborg@jasonborglaw.com

Jason Borg on behalf of Creditor Richard Kelly
jborg@jasonborglaw.com

Jason Borg on behalf of Creditor Teddy Oliver
jborg@jasonborglaw.com

Mark Bostick on behalf of Other Prof. Michael G. Kasolas
mbostick@wendel.com, bankruptcy@wendel.com

James L. Bothwell on behalf of Creditor K. Hovnanian California Region, Inc., et al
jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com

James L. Bothwell on behalf of Creditor Meritage Homes of California, Inc.
jbothwell@hugueninkahn.com, jguzman@hugueninkahn.com

Peter R. Boutin on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility
peter.boutin@kyl.com, lara.joel@kyl.com

Erin N. Brady on behalf of Interested Party Hummingbird Energy Storage, LLC
enbrady@jonesday.com

Erin N. Brady on behalf of Interested Party esVolta, LP
enbrady@jonesday.com

Gregory A. Bray on behalf of Creditor Committee Official Committee Of Unsecured Creditors
gbray@milbank.com

Gregory A. Bray on behalf of Interested Party Official Committee Of Unsecured Creditors
gbray@milbank.com

Michael D. Breslauer on behalf of Creditor Righetti Ranch LP and Righetti NC, LLC
mbreslauer@ecf.courtdrive.com, wyones@swsslaw.com

W. Steven Bryant on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245
molly.batiste-debose@lockelord.com

W. Steven Bryant on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245
molly.batiste-debose@lockelord.com

Chane Buck on behalf of stockholders PG&E Shareholders
cbuck@jonesday.com

Elizabeth J. Cabraser on behalf of Creditor Wildfire Class Claimants
ecabraser@lchb.com, awolf@lchb.com

Elizabeth J. Cabraser on behalf of Creditor Kevin Burnett
ecabraser@lchb.com, awolf@lchb.com

Anthony P. Cali on behalf of Creditor Public Advocates Office at the California Public Utilities Commission
anthony.cali@stinson.com, lindsay.petrowski@stinson.com

Peter C. Califano on behalf of Creditor CALAVERAS TELEPHONE COMPANY
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor CRG Financial LLC
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor Gowan Construction Company Inc.
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor KERMAN TELEPHONE CO.
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor PINNACLES TELEPHONE CO.
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor SIERRA TELEPHONE COMPANY, INC.
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor TDS TELECOM
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor THE PONDEROSA TELEPHONE CO.
pcalifano@cwclaw.com

Peter C. Califano on behalf of Creditor VOLCANO TELEPHONE COMPANY
pcalifano@cwclaw.com

Steven M. Campora on behalf of Creditor Chippewa Pest Control, Inc.
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Adam Balogh
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Brian Bolton
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Heather Blowers
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Lara Balas
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Lisa Delaine Allain
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Pedro Arroyo
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Sharon Britt
scampora@dbbwc.com, nlechuga@dbbwc.com

Steven M. Campora on behalf of Creditor Thomas Atkinson
scampora@dbbwc.com, nlechuga@dbbwc.com

Leah E. Capritta on behalf of Defendant Tiger Natural Gas, Inc.
leah.capritta@hklaw.com, lori.labash@hklaw.com

Leah E. Capritta on behalf of Interested Party Tiger Natural Gas, Inc.

leah.capritta@hklaw.com, lori.labash@hklaw.com

Leah E. Capritta on behalf of Interested Party United Energy Trading, LLC
leah.capritta@hklaw.com, lori.labash@hklaw.com

Nicholas A. Carlin on behalf of Plaintiff Anthony Gantner
nac@phillaw.com, rac@phillaw.com

Katherine Rose Catanese on behalf of Interested Party CoreLogic Solutions, LLC
kcatanese@foley.com

Katherine Rose Catanese on behalf of Interested Party Corelogic Spatial Solutions, LLC
kcatanese@foley.com

Jennifer Machlin Cecil on behalf of Interested Party City of San Jose, California
JCecil@winston.com, ECF_SF@winston.com

Jennifer Machlin Cecil on behalf of Interested Party First Solar, Inc.
JCecil@winston.com, ECF_SF@winston.com

Jennifer Machlin Cecil on behalf of Interested Party Global Ampersand LLC
JCecil@winston.com, ECF_SF@winston.com

Jennifer Machlin Cecil on behalf of Interested Party Willow Springs Solar 3, LLC
JCecil@winston.com, ECF_SF@winston.com

Karen J. Chedister on behalf of Creditor Anita Freeman
kchedister@h-jlaw.com

Karen J. Chedister on behalf of Creditor Fuguan O'Brien
kchedister@h-jlaw.com

Karen J. Chedister on behalf of Creditor Karen Roberds
kchedister@h-jlaw.com

Karen J. Chedister on behalf of Creditor Ming O'Brien
kchedister@h-jlaw.com

Karen J. Chedister on behalf of Creditor William K O'Brien
kchedister@h-jlaw.com

Karen J. Chedister on behalf of Creditor William N Steel
kchedister@h-jlaw.com

Christina Lin Chen on behalf of Creditor MRO Integrated Solutions, LLC
christina.chen@morganlewis.com, christina.lin.chen@gmail.com

Christina Lin Chen on behalf of Creditor OneSource Supply Solutions, LLC
christina.chen@morganlewis.com, christina.lin.chen@gmail.com

Richard A. Chesley on behalf of Other Prof. FTI Consulting, Inc.
richard.chesley@dlapiper.com, bill.countryman@dlapiper.com

Jacquelyn H. Choi on behalf of Creditor County of Santa Clara Department of Tax and Collections
jchoi@raineslaw.com, bclark@raineslaw.com

Shawn M. Christianson on behalf of Creditor Oracle America, Inc.
schristianson@buchalter.com

Robert N.H. Christmas on behalf of Interested Party California Self-Insurers' Security Fund
rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

Jae Angela Chun on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North
Bay Fire Litigation of October 2017 and the Camp Fire Litigation
ajc@chun.law, teresa@tosdallaw.com

Alicia Clough on behalf of Interested Party California Power Exchange Corporation
aclough@loeb.com

Alicia Clough on behalf of Interested Party Capital Power Corporation
aclough@loeb.com

Tiffany Strelow Cobb on behalf of Creditor Nuance Communications, Inc.
tscobb@vorys.com

Tiffany Strelow Cobb on behalf of Creditor Vertiv Corporation and Vertiv Services, Inc. and Vertiv
North America, Inc.
tscobb@vorys.com

John B. Coffman on behalf of Interested Party AARP
john@johncoffman.net

Kevin G. Collins on behalf of Interested Party Miller Pipeline, LLC
kevin.collins@btlaw.com

Brian S. Conlon on behalf of Plaintiff Anthony Gantner
bsc@phillaw.com, rac@phillaw.com

Charles Cording on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
ccording@willkie.com, mao@willkie.com

Manuel Corrales, Jr. on behalf of Creditor Barbara Zelmer
mannycorrales@yahoo.com, hcskanchy@hotmail.com

Manuel Corrales, Jr. on behalf of Creditor Robert Zelmer
mannycorrales@yahoo.com, hcskanchy@hotmail.com

Anne Costin on behalf of Creditor Todd Hearn

anne@costinlawfirm.com

Donald H. Cram, III on behalf of Interested Party HDI Global Specialty SE
dhc@severson.com

Donald H. Cram, III on behalf of Interested Party Liberty Specialty Markets
dhc@severson.com

Donald H. Cram, III on behalf of Interested Party Munich Re
dhc@severson.com

Ashley Vinson Crawford on behalf of Creditor Ad Hoc Committee of Senior Unsecured Creditors of
Pacific Gas and Electric Company
avcrawford@akingump.com, dkrasa-berstell@akingump.com

Ashley Vinson Crawford on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of
Pacific Gas and Electric Company
avcrawford@akingump.com, dkrasa-berstell@akingump.com

Ashley Vinson Crawford on behalf of Interested Party Ad Hoc Committee of Senior Unsecured
Noteholders of Pacific Gas and Electric Company
avcrawford@akingump.com, dkrasa-berstell@akingump.com

John Cumming on behalf of Interested Party California Department of Industrial Relations
jcumming@dir.ca.gov

J. Russell Cunningham on behalf of Creditor Baseline 80 Investors, LLC
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor Baseline P&R, LLC
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor DF Properties
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor Joiner Limited Partnership
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor KV Sierra Vista, LLC
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor Brian T. Howe
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor John J. Guerra, Jr.
rcunningham@dnlc.net, emehr@dnlc.net

J. Russell Cunningham on behalf of Creditor Stephen J Norman
rcunningham@dnlc.net, emehr@dnlc.net

Keith J. Cunningham on behalf of Interested Party California Department of Water Resources
kcunningham@pierceatwood.com, rkelley@pierceatwood.com

Keith J. Cunningham on behalf of Interested Party California Independent System Operator
rkelley@pierceatwood.com

Keith J. Cunningham on behalf of Interested Party California Independent System Operator
rkelley@pierceatwood.com

James D. Curran on behalf of Creditor Liberty Mutual Insurance Company
jcurran@wolkincurran.com, dstorms@wolkincurran.com

James D. Curran on behalf of Creditor Liberty Mutual Insurance Company
jcurran@wolkincurran.com, dstorms@wolkincurran.com

Tambra Curtis on behalf of Creditor Sonoma County
tambra.curtis@sonoma-county.org, Kristin.whalley@sonoma-county.org

James M. Davis on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation
jdavis@cglaw.com, jamesdav15@me.com

Nicolas De Lancie on behalf of Interested Party SummerHill Homes, LLC
ndelancie@jmbm.com

Judith A. Descalso on behalf of Creditor CM Distributors, Inc.
jad_9193@ecf.courtdrive.com

Erin Elizabeth Dexter on behalf of Creditor Committee Official Committee Of Unsecured Creditors
edexter@milbank.com

Shounak S. Dharap on behalf of Creditor Enrique Guzman
ssd@arnslaw.com, mec@arnslaw.com

Kathryn S. Diemer on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com

Kathryn S. Diemer on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders
kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com

John P. Dillman on behalf of Creditor Harris County
houston_bankruptcy@publicans.com

Jonathan R. Doolittle on behalf of Creditor BP Energy Company
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor BP Products North America Inc.
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor Bender Rosenthal, Incorporated
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor Lodi Gas Storage, L.L.P.
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor Nevada Irrigation District
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor Southern Disaster Recovery, LLC
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Creditor Wild Goose, LLC
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Interested Party J.H. Lane Partners Master Fund, L.P.
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jonathan R. Doolittle on behalf of Interested Party Midtown Acquisitions L.P.
jdoolittle@reedsmith.com, bgonshorowski@reedsmith.com

Jennifer V. Doran on behalf of Creditor Telvent USA, LLC
jdoran@hinckleyallen.com

Dustin M. Dow on behalf of Creditor Committee Official Committee of Tort Claimants
ddow@bakerlaw.com, jmcguigan@bakerlaw.com

Jamie P. Dreher on behalf of Creditor Teichert Pipelines, Inc. and A. Teichert & Sons, Inc. d/b/a
Teichert Aggregates
jdreher@downeybrand.com

Jamie P. Dreher on behalf of Creditor Keri B. Howard
jdreher@downeybrand.com

Jamie P. Dreher on behalf of Creditor Rodney Lee Baggett
jdreher@downeybrand.com

Geoffrey B. Dryvynsyde on behalf of Creditor California Public Utilities Commision
gbd@cpuc.ca.gov, geoffrey.dryvynsyde@cpuc.ca.gov

Cecily Ann Dumas on behalf of Creditor Committee Official Committee of Tort Claimants
cdumas@bakerlaw.com, hhammonturano@bakerlaw.com

Cecily Ann Dumas on behalf of Other Prof. Development Specialists, Inc.
cdumas@bakerlaw.com, hhammonturano@bakerlaw.com

Cecily Ann Dumas on behalf of Other Prof. Lincoln Partners Advisors LLC
cdumas@bakerlaw.com, hhammonturano@bakerlaw.com

Cecily Ann Dumas on behalf of Other Prof. Trident DMG LLC
cdumas@bakerlaw.com, hhammonturano@bakerlaw.com

Cecily Ann Dumas on behalf of Spec. Counsel Lynn A. Baker
cdumas@bakerlaw.com, hhammonturano@bakerlaw.com

Dennis F. Dunne on behalf of Creditor Committee Official Committee Of Unsecured Creditors
ddunne@milbank.com, jbrewster@milbank.com

Dennis F. Dunne on behalf of Interested Party Official Committee Of Unsecured Creditors
cprice@milbank.com, jbrewster@milbank.com

Huonganh Annie Duong on behalf of Creditor A.J. Excavation Inc.
annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com

Huonganh Annie Duong on behalf of Creditor Philip Verwey
annie.duong@mccormickbarstow.com, dawn.houston@mccormickbarstow.com

Luke N. Eaton on behalf of Interested Party Burns & McDonnell Engineering Company, Inc.
eatonl@pepperlaw.com, monugiac@pepperlaw.com

Kevin M. Eckhardt on behalf of Interested Party DTE Stockton, LLC
keckhardt@hunton.com, candonian@huntonak.com

Kevin M. Eckhardt on behalf of Interested Party Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso
Cogeneration Company, L.P.
keckhardt@hunton.com, candonian@huntonak.com

Kevin M. Eckhardt on behalf of Interested Party Potrero Hills Energy Producers, LLC
keckhardt@hunton.com, candonian@huntonak.com

Kevin M. Eckhardt on behalf of Interested Party Sunshine Gas Producers, LLC
keckhardt@hunton.com, candonian@huntonak.com

Kevin M. Eckhardt on behalf of Interested Party Woodland Biomass Power, LLC f/k/a Woodland
Biomass Power, Ltd.
keckhardt@hunton.com, candonian@huntonak.com

Michael Eggenberger on behalf of Creditor Chico Rent-A-Fence
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Creditor Gabriella's Eatery
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Creditor Ponderosa Pest & Weed Control
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Creditor David Herndon

meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Creditor Gabriella Herndon
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Creditor Jedidiah Herndon
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Creditor Julia Herndon
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Creditor Steven Jones
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff Chico Rent-A-Fence
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff Gabriella's Eatery
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff Ponderosa Pest & Weed Control
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff David Herndon
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff Estefania Miranda
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff Gabriell Herndon
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff Jedidiah Herndon
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff Julia Herndon
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Michael Eggenberger on behalf of Plaintiff Steven Jones
meggenberger@piercebainbridge.com, rtorres@piercebainbridge.com

Joseph A. Eisenberg on behalf of Creditor The Act 1 Group, Inc.
JAE1900@yahoo.com

Michele Ellison on behalf of Creditor Camblin Steel Service, Inc.
mellison@gibbsgiden.com, lrochelle@gibbsgiden.com

David Emerzian on behalf of Creditor A.J. Excavation Inc.
Melany.Hertel@mccormickbarstow.com

G. Larry Engel on behalf of Creditor Sonoma Clean Power Authority
larry@engeladvice.com

G. Larry Engel on behalf of Creditor Sonoma Clean Power Authority
larry@engeladvice.com

Krista M. Enns on behalf of Creditor ACRT, Inc.
kenns@beneschlaw.com

Krista M. Enns on behalf of Creditor Infosys Limited
kenns@beneschlaw.com

Scott Esbin on behalf of Creditor SPCP Group, LLC
sesbin@esbinalter.com

Joseph M. Esmont on behalf of Creditor Committee Official Committee of Tort Claimants
jesmont@bakerlaw.com

Michael P. Esser on behalf of Interested Party Calpine Corporation
michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.

Michael P. Esser on behalf of Intervenor Calpine Corporation
michael.esser@kirkland.com, michael-esser-3293@ecf.pacerpro.com.

Richard W. Esterkin on behalf of Creditor Apollo Credit Strategies Master Fund, Ltd.
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Creditor Banc of America Credit Products, Inc.
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Creditor Deutsche Bank AG Cayman Islands Branch
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Creditor Henrietta D Energy Storage LLC
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Creditor SSW Credit, LLC
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Interested Party AV Solar Ranch 1, LLC
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Interested Party Deutsche Bank
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Interested Party Exelon Corporation
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Intervenor AV Solar Ranch 1, LLC
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Richard W. Esterkin on behalf of Intervenor Exelon Corporation
richard.esterkin@morganlewis.com, melissa.boey@morganlewis.com

Michael S. Etkin on behalf of Interested Party Public Employees Retirement Association of New
Mexico
metkin@lowenstein.com

Jacob M. Faircloth on behalf of Creditor Aztrack Construction Corporation
jacob.faircloth@smolsonlaw.com

Brett D. Fallon on behalf of Creditor Quest Diagnostics Health & Wellness LLC
bfallon@morrisjames.com, wweller@morrisjames.com

Michael C. Fallon on behalf of Creditor Ahlborn Fence & Steel, Inc
manders@fallonlaw.net

Joseph Kyle Feist on behalf of Creditor Fire Victim Creditors
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Paradise Moose Lodge
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Andries Bijstra
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Angela Coker
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Annaleisa Batts
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Barbara Cruise
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Benjamin Hernandez
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Brenda Howell
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Bryan Sullivan
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Candice Seals
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Catherine McClure
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Cecil Morris
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Celil Morris
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Chris Franklin
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Christopher Franklin
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Claudia Bijstra
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Constantina Howard
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Deirdre Coderre
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Denise Stooksberry
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Eddie Delongfield
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Edward Delongfield
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Gretchen Franklin
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Irma Enriquez
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Isaiah Vera
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Jennifer Makin
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Joel Batts
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor John Stooksberry

jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Kelly Jones
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Leroy Howard
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Linda Schooling
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Lynda Howell
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Marie Dierssen
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Michael Vairo
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Michael Williams
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Nancy Seals
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Paul Bowen
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Roger Martinez
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Sally Thorp
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Sara Hill
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Tami Coleman
jfeistesq@gmail.com, info@norcallawgroup.net

Joseph Kyle Feist on behalf of Creditor Tonia Hanson
jfeistesq@gmail.com, info@norcallawgroup.net

David M. Feldman on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims
DFeldman@gibsondunn.com

Matthew A. Feldman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
mfeldman@willkie.com

Matthew A. Feldman on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders
mfeldman@willkie.com

Mark E. Felger on behalf of Creditor Liberty Mutual Insurance Company
mfelger@cozen.com

James J. Ficenec on behalf of Creditor Exponent, Inc.
James.Ficenec@ndlf.com, caroline.pfahl@ndlf.com

John D. Fiero on behalf of Creditor TRC Companies, Inc.
jfiero@pszjlaw.com, ocarpio@pszjlaw.com

Kimberly S. Fineman on behalf of Creditor Association of California Water Agencies Joint Powers
Insurance Authority
kfineman@nutihart.com, nwhite@nutihart.com

Kimberly S. Fineman on behalf of Interested Party Public Entities Impacted by the Wildfires
kfineman@nutihart.com, nwhite@nutihart.com

Stephen D. Finestone on behalf of Creditor Aggreko
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Creditor Far Western Anthropological Research Group, Inc.
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Creditor MCE Corporation
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Creditor Nor-Cal Pipeline Services
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Creditor Roebbelen Contracting, Inc.
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Creditor Schweitzer Engineering Laboratories, Inc.
sfinestone@fhlawllp.com

Stephen D. Finestone on behalf of Interested Party The Okonite Company
sfinestone@fhlawllp.com

Timothy M. Flaherty on behalf of Creditor Petro-Canada America Lubricants, Inc.
tflaherty@mpplaw.com

Daniel I. Forman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
dforman@willkie.com

Jonathan Forstot on behalf of Creditor Consolidated Edison Development, Inc.
john.murphy@troutman.com

Jonathan Forstot on behalf of Intervenor Consolidated Edison Development, Inc.
jonathan.forstot@troutman.com, john.murphy@troutman.com

Matthew Hampton Foushee on behalf of Interested Party Hummingbird Energy Storage, LLC
hampton.foushee@hoganlovells.com, hfoushee@gmail.com

Matthew Hampton Foushee on behalf of Interested Party esVolta, LP
hampton.foushee@hoganlovells.com, hfoushee@gmail.com

Carolyn Frederick on behalf of Interested Party The Mosaic Company
cfrederick@prklaw.com

Peter Friedman on behalf of Interested Party Department of Finance for the State of California
pfriedman@omm.com

Peter Friedman on behalf of Interested Party Governor Gavin Newsom
pfriedman@omm.com

Roger F. Friedman on behalf of Creditor ARB, Inc.
rfriedman@rutan.com, csolorzano@rutan.com

Roger F. Friedman on behalf of Creditor Plant Construction Company, L.P.
rfriedman@rutan.com, csolorzano@rutan.com

Xiyi Fu on behalf of Creditor Quanta Energy Services LLC
jackie.fu@lockelord.com, taylor.warren@lockelord.com

Lars H. Fuller on behalf of Creditor Committee Official Committee of Tort Claimants
lfuller@bakerlaw.com

Larry W. Gabriel on behalf of Interested Party Itron, Inc.
lgabriel@bg.law, nfields@bg.law

Gregg M. Galardi on behalf of Interested Party Elliott Management Corporation
gregg.galardi@ropesgray.com

Richard L. Gallagher on behalf of Interested Party Elliott Management Corporation
richard.gallagher@ropesgray.com

Craig Solomon Ganz on behalf of Creditor Discovery Hydrovac
ganzc@ballardspahr.com, hartt@ballardspahr.com

Craig Solomon Ganz on behalf of Creditor Realty Income Corporation
ganzc@ballardspahr.com, hartt@ballardspahr.com

Jeffrey K. Garfinkle on behalf of Interested Party Jay Alix
jgarfinkle@buchalter.com

Oscar Garza on behalf of Other Prof. Centerview Partners LLC
ogarza@gibsondunn.com

Paul R. Gaus on behalf of Creditor Tim Messer Construction Inc.
paul.gaus@mccormickbarstow.com

Duane M. Geck on behalf of Interested Party HDI Global Specialty SE
dmg@severson.com

Duane M. Geck on behalf of Interested Party Liberty Specialty Markets
dmg@severson.com

Duane M. Geck on behalf of Interested Party Munich Re
dmg@severson.com

Evelina Gentry on behalf of Creditor Transwestern Pipeline Company, LLC
evelina.gentry@akerman.com, rob.diwa@akerman.com

Janet D. Gertz on behalf of Creditor PaR Systems, LLC
jgertz@btlaw.com, amattingly@btlaw.com

Christopher Gessner on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of
Pacific Gas and Electric Company
cgessner@akingump.com, NYMCO@akingump.com

Barry S. Glaser on behalf of Creditor Sonoma County Treasurer & Tax Collector
bglaser@lkfirm.com

Barry S. Glaser on behalf of Interested Party Placer County Office of the Treasurer-Tax Collector
bglaser@lkfirm.com

Barry S. Glaser on behalf of Interested Party The County of Placer
bglaser@lkfirm.com

Paul R. Glassman on behalf of Creditor Johnson Controls, Inc.
pglassman@sycr.com

Paul R. Glassman on behalf of Creditor South San Joaquin Irrigation District
pglassman@sycr.com

Gabriel I. Glazer on behalf of Interested Party The Baupost Group, L.L.C.
gglazer@pszjlaw.com

Gabriel I. Glazer on behalf of Interested Party The Baupost Group, L.L.C.
gglazer@pszjlaw.com

Gabrielle Glemann on behalf of Intervenor Capital Dynamics, Inc.
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Intervenor Enel Green Power North America, Inc.
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Gabrielle Glemann on behalf of Intervenor FTP Power LLC
gabrielle.glemann@stoel.com, rene.alvin@stoel.com

Jaime Godin on behalf of Plaintiff Allco Renewable Energy Limited
Jtouchstone@fddcm.com

Jaime Godin on behalf of Plaintiff Bear Creek Solar LLC
Jtouchstone@fddcm.com

Jaime Godin on behalf of Plaintiff Foothill Solar LLC
Jtouchstone@fddcm.com

Jaime Godin on behalf of Plaintiff Hollister Solar LLC
Jtouchstone@fddcm.com

Jaime Godin on behalf of Plaintiff Kettleman Solar LLC
Jtouchstone@fddcm.com

Jaime Godin on behalf of Plaintiff Vintner Solar LLC
Jtouchstone@fddcm.com

Jaime Godin on behalf of Plaintiff Winding Creek Solar LLC
Jtouchstone@fddcm.com

Matthew A. Gold on behalf of Creditor Argo Partners
courts@argopartners.net

Eric D. Goldberg on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors
eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com

Amy L. Goldman on behalf of Creditor RE Astoria LLC
goldman@lbbslaw.com

Amy L. Goldman on behalf of Interested Party Kepco California LLC
goldman@lbbslaw.com

Amy L. Goldman on behalf of Interested Party RE Astoria LLC
goldman@lbbslaw.com

Eric S. Goldstein on behalf of Interested Party Gartner, Inc.
egoldstein@goodwin.com

Rhonda Stewart Goldstein on behalf of Creditor The Regents of the University of California
Rhonda.Goldstein@ucop.edu, Lissa.Ly@ucop.edu

Richard H. Golubow on behalf of Creditor Hoffman Southwest Corp.

rgolubow@wcghlaw.com, jmartinez@WCGHLaw.com

Michael J. Gomez on behalf of Creditor Lyles Utility Construction, LLC
mgomez@frandzel.com, dmoore@frandzel.com

Michael W. Goodin on behalf of Creditor XL Insurance America, Inc., etc.
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party Catlin Specialty Insurance Company
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party Chubb Custom Insurance Comapny
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party General Security Indemnity Company of Arizona
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party Markel Bermuda Limited
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party Starr Surplus Lines Insurance Company
mgoodin@clausen.com, mgenova@clausen.com

Michael W. Goodin on behalf of Interested Party XL Insurance America, Inc.
mgoodin@clausen.com, mgenova@clausen.com

Eric R. Goodman on behalf of Creditor Committee Official Committee of Tort Claimants
egoodman@bakerlaw.com

Mark A. Gorton on behalf of Attorney Mark Gorton
mgorton@boutininc.com, cdomingo@boutininc.com

Mark A. Gorton on behalf of Creditor Northern California Power Agency
mgorton@boutininc.com, cdomingo@boutininc.com

Mark A. Gorton on behalf of Creditor Sonoma Clean Power Authority
mgorton@boutinjones.com, cdomingo@boutininc.com

Mark A. Gorton on behalf of Creditor Sonoma Clean Power Authority
mgorton@boutininc.com, cdomingo@boutininc.com

Mark A. Gorton on behalf of Creditor Valley Clean Energy Alliance
mgorton@boutininc.com, cdomingo@boutininc.com

Michael I. Gottfried on behalf of Creditor Chico Rent-A-Fence
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Creditor Gabriella's Eatery
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Creditor Ponderosa Pest & Weed Control
MGottfried@elkinskalt, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Creditor David Herndon
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Creditor Estefania Miranda
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Creditor Gabriella Herndon
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Creditor Jedidiah Herndon
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Creditor Julia Herndon
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Creditor Steven Jones
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Plaintiff Chico Rent-A-Fence
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Plaintiff Gabriella's Eatery
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Plaintiff Ponderosa Pest & Weed Control
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Plaintiff David Herndon
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Plaintiff Estefania Miranda
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Plaintiff Gabriell Herndon
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Plaintiff Jedidiah Herndon
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Plaintiff Julia Herndon
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Michael I. Gottfried on behalf of Plaintiff Steven Jones
MGottfried@elkinskalt.com, AAburto@elkinskalt.com

Louis Gottlieb on behalf of Interested Party Public Employees Retirement Association of New Mexico
Lgottlieb@labaton.com, mpenrhyn@labaton.com

Eric A. Grasberger on behalf of Plaintiff JH Kelly, LLC
eric.grasberger@stoel.com, docketclerk@stoel.com

Debra I. Grassgreen on behalf of Creditor Debra Grassgreen
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Debra I. Grassgreen on behalf of Interested Party The Baupost Group, L.L.C.
dgrassgreen@pszjlaw.com, hphan@pszjlaw.com

Eric A. Gravink on behalf of Creditor Csaba Wendel Mester
eric@rhrc.net

Eric A. Gravink on behalf of Creditor Marta M. Mester
eric@rhrc.net

Eric A. Gravink on behalf of Creditor Wei Luo
eric@rhrc.net

Eric A. Gravink on behalf of Creditor Xiaotian Sun
eric@rhrc.net

Elizabeth A. Green on behalf of Creditor Committee Official Committee of Tort Claimants
egreen@bakerlaw.com, orlbankruptcy@bakerlaw.com

Mitchell B. Greenberg on behalf of Creditor Fire Victim Creditors
mgreenberg@abbeylaw.com, mmeroney@abbeylaw.com

Matthew W. Grimshaw on behalf of Creditor Certain Post-Petition Tort and Fire Claimants
matt@grimshawlawgroup.com, ecfmarshackhays@gmail.com

Stuart G. Gross on behalf of Creditor San Francisco Herring Association
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Adelina Mcneive
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Aida Rodriguez
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Cathy Dorrance
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Dan Clarke
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Dennis Caselli

sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Gurdon Merchant
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Laura Hart
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Minh Merchant
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Ramiro Rodriguez
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Sam Dorrance
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

Stuart G. Gross on behalf of Creditor Todd McNeive
sgross@grosskleinlaw.com, iatkinsonyoung@grosskleinlaw.com

David Matthew Guess on behalf of Creditor Centerbridge Partners, L.P.
guessd@gtlaw.com

David Matthew Guess on behalf of Creditor Fidelity Management & Research Company
guessd@gtlaw.com

David Matthew Guess on behalf of Interested Party Anchorage Capital Group, L.L.C.
guessd@gtlaw.com

David Matthew Guess on behalf of Interested Party Silver Point Capital, L.P.
guessd@gtlaw.com

David Matthew Guess on behalf of Interested Party SteelMill Master Fund LP
guessd@gtlaw.com

Elizabeth M. Guffy on behalf of Creditor Quanta Energy Services LLC
eguffy@lockelord.com, autodocket@lockelord.com

Cameron Gulden on behalf of U.S. Trustee Office of the U.S. Trustee / SF
cameron.m.gulden@usdoj.gov

Mirco J. Haag on behalf of Creditor Bradley Tanks, Inc.
mhaag@buchalter.com, dcyrankowski@buchalter.com

Laurie Hager on behalf of Interested Party Wilson Construction Company
lhager@sussmanshank.com

J. Noah Hagey on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific
Gas and Electric Company

hagey@braunhagey.com, tong@braunhagey.com

Oren Buchanan Haker on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC
oren.haker@stoel.com, rene.alvin@stoel.com

Oren Buchanan Haker on behalf of Interested Party Capital Dynamics, Inc., et al.
oren.haker@stoel.com, rene.alvin@stoel.com

Oren Buchanan Haker on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X
oren.haker@stoel.com, rene.alvin@stoel.com

Oren Buchanan Haker on behalf of Interested Party FTP Power LLC, et al.
oren.haker@stoel.com, rene.alvin@stoel.com

Oren Buchanan Haker on behalf of Interested Party Gill Ranch Storage, LLC
oren.haker@stoel.com, rene.alvin@stoel.com

Oren Buchanan Haker on behalf of Intervenor Capital Dynamics, Inc.
oren.haker@stoel.com, rene.alvin@stoel.com

Kristopher M. Hansen on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative Agent
dmohamed@stroock.com, mmagzamen@stroock.com

Adam C. Harris on behalf of Creditor Centerbridge Partners, L.P.
adam.harris@srz.com, james.bentley@srz.com

Adam C. Harris on behalf of Creditor Fidelity Management & Research Company
adam.harris@srz.com, james.bentley@srz.com

Adam C. Harris on behalf of Interested Party Anchorage Capital Group, L.L.C.
adam.harris@srz.com, james.bentley@srz.com

Adam C. Harris on behalf of Interested Party Silver Point Capital, L.P.
adam.harris@srz.com, james.bentley@srz.com

Adam C. Harris on behalf of Interested Party SteelMill Master Fund LP
adam.harris@srz.com, james.bentley@srz.com

Robert G. Harris on behalf of Attorney Anthony Gantner, Individually and on behalf of all those similarly situated
rob@bindermalter.com

Robert G. Harris on behalf of Creditor Almendariz Consulting, Inc.
rob@bindermalter.com

Robert G. Harris on behalf of Creditor C.H. Reynolds Electric, Inc.
rob@bindermalter.com

Robert G. Harris on behalf of Creditor ChargePoint, Inc.
rob@bindermalter.com

Robert G. Harris on behalf of Creditor TURN-The Utility Reform Network
rob@bindermalter.com

Robert G. Harris on behalf of Interested Party The Utility Reform Network (TURN)
rob@bindermalter.com

Robert G. Harris on behalf of Plaintiff Anthony Gantner
rob@bindermalter.com

Christopher H. Hart on behalf of Interested Party Public Entities Impacted by the Wildfires
chart@nutihart.com, nwhite@nutihart.com

Bryan L. Hawkins on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Interested Party Capital Dynamics, Inc., et al.
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Interested Party FTP Power LLC, et al.
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Interested Party Gill Ranch Storage, LLC
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Intervenor Capital Dynamics, Inc.
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Intervenor Enel Green Power North America, Inc.
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Bryan L. Hawkins on behalf of Intervenor FTP Power LLC
bryan.hawkins@stoel.com, Sharon.witkin@stoel.com

Jan M Hayden on behalf of Creditor APTIM
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Jan M Hayden on behalf of Creditor Phillips & Jordan, Inc.
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Jan M Hayden on behalf of Creditor Snelson Companies, Inc.

jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Jan M Hayden on behalf of Creditor TTR Substations, Inc.
jhayden@bakerdonelson.com, gmitchell@bakerdonelson.com

Jennifer C. Hayes on behalf of Creditor Aggreko
jhayes@fhlawllp.com

Jennifer C. Hayes on behalf of Creditor MCE Corporation
jhayes@fhlawllp.com

Jennifer C. Hayes on behalf of Creditor Nor-Cal Pipeline Services
jhayes@fhlawllp.com

Jennifer C. Hayes on behalf of Creditor Roebbelen Contracting, Inc.
jhayes@fhlawllp.com

Alaina R. Heine on behalf of Interested Party State Farm Mutual Automobile Insurance Company
alaina.heine@dechert.com, brett.stone@dechert.com

Cristina A. Henriquez on behalf of Creditor BNP Paribas
chenriquez@mayerbrown.com

Stephen E. Hessler, P.C. on behalf of Interested Party Federal Monitor
jozette.chong@kirkland.com

Matthew Heyn on behalf of Creditor California Governor's Office of Emergency Services
matthew.heyn@doj.ca.gov

Sean T. Higgins on behalf of Creditor Agajanian, Inc.
aandrews@andrewsthornton.com, shiggins@andrewsthornton.com

Sean T. Higgins on behalf of Creditor Bennett Lane Winery LLC
aandrews@andrewsthornton.com, shiggins@andrewsthornton.com

Morgan R. Hirst on behalf of stockholders PG&E Shareholders
mhirst@jonesday.com, mmelvin@jonesday.com

Michael R. Hogue on behalf of Creditor Cardno, Inc.
hoguem@gtlaw.com, navarrom@gtlaw.com

Michael R. Hogue on behalf of Creditor Ruby Pipeline, L. L. C
hoguem@gtlaw.com, navarrom@gtlaw.com

David Holtzman on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY
david.holtzman@hklaw.com

David Holtzman on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS,
david.holtzman@hklaw.com

David Holtzman on behalf of Defendant Tiger Natural Gas, Inc.
david.holtzman@hklaw.com

David Holtzman on behalf of Interested Party DEUTSCHE BANK NATIONAL TRUST COMPANY
david.holtzman@hklaw.com

David Holtzman on behalf of Interested Party Deutsche Bank Trust Company Americas
david.holtzman@hklaw.com

David Holtzman on behalf of Interested Party Tiger Natural Gas, Inc.
david.holtzman@hklaw.com

David Holtzman on behalf of Interested Party United Energy Trading, LLC
david.holtzman@hklaw.com

Alexandra S. Horwitz on behalf of Interested Party G4S Secure Integration LLC
allie.horwitz@dinsmore.com

Alexandra S. Horwitz on behalf of Interested Party G4S Secure Solutions (USA) Inc.
allie.horwitz@dinsmore.com

Marsha Houston on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Counter-Claimant AECOM Technical Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Creditor AECOM Technical Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Creditor Kiefner and Associates, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Creditor Parsons Environment & Infrastructure, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Defendant AECOM Technical Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Marsha Houston on behalf of Interested Party JAN X-Ray Services, Inc.
mhouston@reedsmith.com, hvalencia@reedsmith.com

Shane Huang on behalf of Defendant Federal Energy Regulatory Commission
shane.huang@usdoj.gov

Shane Huang on behalf of Interested Party United States on behalf of the Federal Energy Regulatory Commission
shane.huang@usdoj.gov

Brian D. Huben on behalf of Creditor Campos EPC, LLC
hubenb@ballardspahr.com

Brian D. Huben on behalf of Interested Party Louisiana Energy Services, LLC
hubenb@ballardspahr.com

Brian D. Huben on behalf of Interested Party URENCO Limited
hubenb@ballardspahr.com

Jonathan Hughes on behalf of Interested Party AT&T Corp.
jane.rustice@aporter.com

Edward R. Huguenin on behalf of Creditor K. Hovnanian California Region, Inc., et al
ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com

Edward R. Huguenin on behalf of Creditor Meritage Homes of California, Inc.
ehuguenin@hugueninkahn.com, jguzman@hugueninkahn.com

Michael A. Isaacs on behalf of Creditor Southwire Company, LLC
Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com

Michael A. Isaacs on behalf of Interested Party Travelers Insurance Co.
Michael.Isaacs@dentons.com, Alissa.Worthing@dentons.com

Mark V. Isola on behalf of Creditor MDR INC. dba ACCU-BORE DIRECTIONAL DRILLING
mvi@sbj-law.com

Mark V. Isola on behalf of Creditor VETERAN POWER, INC.
mvi@sbj-law.com

J. Eric Ivester on behalf of Intervenor First Solar, Inc.
Eric.Ivester@skadden.com, Andrea.Bates@skadden.com

J. Eric Ivester on behalf of Intervenor Mojave Solar LLC
Eric.Ivester@skadden.com, Andrea.Bates@skadden.com

J. Eric Ivester on behalf of Intervenor Willow Springs Solar 3, LLC
Eric.Ivester@skadden.com, Andrea.Bates@skadden.com

J. Eric Ivester on behalf of Interested Party Atlantica Yield plc
Andrea.Bates@skadden.com

J. Eric Ivester on behalf of Interested Party Mojave Solar LLC
Andrea.Bates@skadden.com

Ivan C. Jen on behalf of Interested Party Synergy Project Management, Inc.
ivan@icjenlaw.com

Monique Jewett-Brewster on behalf of Interested Party The City of Oakland
mjb@hopkinscarley.com, eamaro@hopkinscarley.com

James O. Johnston on behalf of stockholders PG&E Shareholders
jjohnston@jonesday.com

Chris Johnstone on behalf of Interested Party ICE NGX Canada Inc.
chris.johnstone@wilmerhale.com, whdocketing@wilmerhale.com

Andrew Jones on behalf of Creditor Sencha Funding, LLC
andrew@ajoneslaw.com

Gregory K. Jones on behalf of Creditor Elster American Meter Company, LLC
GJones@dykema.com, cacossano@dykema.com

Gregory K. Jones on behalf of Creditor Honeywell International Inc.
GJones@dykema.com, cacossano@dykema.com

Robert A. Julian on behalf of Creditor Committee Official Committee of Tort Claimants
rjulian@bakerlaw.com, hhammonturano@bakerlaw.com

Robert A. Julian on behalf of Plaintiff Official Committee of Tort Claimants
rjulian@bakerlaw.com, hhammonturano@bakerlaw.com

George H. Kalikman on behalf of Interested Party Compass Lexecon, LLC
gkalikman@schnader.com, sdavenport@schnader.com

Roberto J. Kampfner on behalf of Interested Party San Diego Gas & Electric Company
rkampfner@whitecase.com, mco@whitecase.com

Roberto J. Kampfner on behalf of Interested Party Sempra Energy
rkampfner@whitecase.com, mco@whitecase.com

Roberto J. Kampfner on behalf of Interested Party Southern California Gas Company
rkampfner@whitecase.com, mco@whitecase.com

Gary M. Kaplan on behalf of Creditor TTR Substations, Inc.
gkaplan@fbm.com, calendar@fbm.com

Robert B. Kaplan on behalf of Creditor Peter Ouborg
rbk@jmbm.com

Eve H. Karasik on behalf of Creditor Traffic Management, Inc.
ehk@lnbyb.com

Eve H. Karasik on behalf of Interested Party Global Diving & Salvage, Inc.
ehk@lnbyb.com

Michael G. Kasolas

trustee@kasolas.net, CA30@ecfcbis.com,ecf.alert+Kasolas@titlexi.com

Elyssa S. Kates on behalf of Creditor Committee Official Committee of Tort Claimants
ekates@bakerlaw.com

Ori Katz on behalf of Interested Party PG&E Holdco Group
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

William M. Kaufman on behalf of Creditor Daleo Inc.
wkaufman@smwb.com

William M. Kaufman on behalf of Creditor Golden Bay Fence Plus Iron Works, Inc.
wkaufman@smwb.com

William M. Kaufman on behalf of Creditor Red Top Electric Co. Emeryville, Inc.
wkaufman@smwb.com

Jane G. Kearl on behalf of Creditor Barnard Pipeline, Inc.
jkearl@watttieder.com, jbenton@watttieder.com

Tobias S. Keller on behalf of Debtor PG&E Corporation
tkeller@kbkllp.com

Tobias S. Keller on behalf of Debtor Pacific Gas and Electric Company
tkeller@kbkllp.com

Lynette C. Kelly on behalf of U.S. Trustee Office of the U.S. Trustee / SF
ustpregion17.oa.ecf@usdoj.gov

Matthew K. Kelsey on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims
mkelsey@gibsondunn.com

Gerald P. Kennedy on behalf of Creditor Agile Sourcing Partners, Inc.
gerald.kennedy@procopio.com, angela.stevens@procopio.com

Erica L. Kerman on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
ekerman@willkie.com

Samuel A. Khalil on behalf of Creditor Committee Official Committee Of Unsecured Creditors
skhalil@milbank.com, jbrewster@milbank.com

Samuel A. Khalil on behalf of Interested Party Official Committee Of Unsecured Creditors
skhalil@milbank.com, jbrewster@milbank.com

Samuel M. Kidder on behalf of Interested Party NextEra Energy Inc., et al.
skidder@ktbslaw.com

Samuel M. Kidder on behalf of Intervenor NextEra Energy Partners, L.P.
skidder@ktbslaw.com

Samuel M. Kidder on behalf of Intervenor NextEra Energy, Inc.
skidder@ktbslaw.com

Marc Kieselstein on behalf of Interested Party Federal Monitor
carrie.oppenheim@kirkland.com

Jane Kim on behalf of Debtor PG&E Corporation
jkim@kbkllp.com

Jane Kim on behalf of Debtor Pacific Gas and Electric Company
jkim@kbkllp.com

Jane Kim on behalf of Defendant PG&E Corporation
jkim@kbkllp.com

Jane Kim on behalf of Other Prof. KPMG LLP
jkim@kbkllp.com

Jane Kim on behalf of Plaintiff PG&E Corporation
jkim@kbkllp.com

Jane Kim on behalf of Spec. Counsel Jenner & Block LLP
jkim@kbkllp.com

Mary H. Kim on behalf of Interested Party State Farm Mutual Automobile Insurance Company
Mary.Kim@dechert.com, brett.stone@dechert.com

Kody D. L. Kleber on behalf of Creditor Committee Official Committee of Tort Claimants
kkleber@bakerlaw.com, dmartinez@bakerlaw.com

Matthew Ryan Klinger on behalf of Creditor CitiGroup Financial Products Inc.
mklinger@sheppardmullin.com, DGatmen@sheppardmullin.com

Bradley C. Knapp on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245
bknapp@lockelord.com, Yamille.Harrison@lockelord.com

Kelly V. Knight on behalf of Creditor Centerbridge Partners, L.P.
kelly.knight@srz.com

Kelly V. Knight on behalf of Creditor Fidelity Management & Research Company
kelly.knight@srz.com

Kelly V. Knight on behalf of Interested Party Anchorage Capital Group, L.L.C.
kelly.knight@srz.com

Kelly V. Knight on behalf of Interested Party Silver Point Capital, L.P.
kelly.knight@srz.com

Kelly V. Knight on behalf of Interested Party SteelMill Master Fund LP
kelly.knight@srz.com

Lydia Vanessa Ko on behalf of Creditor Athanasia Vlazkis
Lvko@stonelawoffice.com

Lydia Vanessa Ko on behalf of Creditor George Vlazakis
Lvko@stonelawoffice.com

Lydia Vanessa Ko on behalf of Creditor John Barbis
Lvko@stonelawoffice.com

Lydia Vanessa Ko on behalf of Creditor Maria Barbis
Lvko@stonelawoffice.com

Thomas F. Koegel on behalf of Creditor KES Kingsburg, L.P.
tkoegel@crowell.com

Thomas F. Koegel on behalf of Creditor Nexant Inc.
tkoegel@crowell.com

Thomas F. Koegel on behalf of Creditor Vantage Wind Energy LLC
tkoegel@crowell.com

Thomas F. Koegel on behalf of Interested Party AT&T Corp.
tkoegel@crowell.com

Thomas F. Koegel on behalf of Intervenor KES Kingsburg, L.P.
tkoegel@crowell.com

Thomas F. Koegel on behalf of Intervenor Vantage Wind Energy LLC
tkoegel@crowell.com

Katherine Kohn on behalf of Debtor PG&E Corporation
kkohn@groom.com, ashahinllari@groom.com

Katherine Kohn on behalf of Spec. Counsel Groom Law Group, Chartered
kkohn@groom.com, ashahinllari@groom.com

Andy S. Kong on behalf of Creditor Genesys Telecommunications Laboratories, Inc.
kong.andy@arentfox.com, Yvonne.Li@arentfox.com

Anna Kordas on behalf of stockholders PG&E Shareholders
akordas@jonesday.com, mmelvin@jonesday.com

Alan W. Kornberg on behalf of Creditor California Public Utilities Commision
akornberg@paulweiss.com

Alan W. Kornberg on behalf of Creditor California Public Utilities Commission
akornberg@paulweiss.com

Bernard Kornberg on behalf of Interested Party Certain Interested Underwriters at Lloyds, London subscribing to Apollo Liability Consortium 9984
bjk@severson.com

Bernard Kornberg on behalf of Interested Party Great Lakes Insurance SE
bjk@severson.com

Bernard Kornberg on behalf of Interested Party Munich Re
bjk@severson.com

David I. Kornbluh on behalf of Creditor De Anza Tile Co., Inc.
dik@millermorton.com, mhr@millermorton.com

Lauren Kramer on behalf of Creditor North American Fence & Railing, Inc.
lkramer@rjo.com

Jeffrey C. Krause on behalf of Creditor Topaz Solar Farms LLC
jkrause@gibsondunn.com

Jeffrey C. Krause on behalf of Intervenor Topaz Solar Farms LLC
jkrause@gibsondunn.com

Thomas R. Kreller on behalf of Attorney Milbank LLP
tkreller@milbank.com

Thomas R. Kreller on behalf of Creditor Committee Official Committee Of Unsecured Creditors
tkreller@milbank.com

Thomas R. Kreller on behalf of Interested Party Official Committee Of Unsecured Creditors
tkreller@milbank.com

Thomas R. Kreller on behalf of Other Prof. Centerview Partners LLC
tkreller@milbank.com

Thomas R. Kreller on behalf of Other Prof. FTI Consulting Inc.
tkreller@milbank.com

Lindsey E. Kress on behalf of Creditor California Insurance Guarantee Association
lkress@lockelord.com, autodocket@lockelord.com

Hannah C. Kreuser on behalf of Creditor Burnett & Sons Planing Mill and Lumber Co.
hkreuser@porterlaw.com, ooberg@porterlaw.com

Hannah C. Kreuser on behalf of Creditor Hamanaka Painting Co., Inc.
hkreuser@porterlaw.com, ooberg@porterlaw.com

Hannah C. Kreuser on behalf of Creditor Hangtown Electric, Inc. dba Mr. Electric of Rancho Cordova
hkreuser@porterlaw.com, ooberg@porterlaw.com

Hannah C. Kreuser on behalf of Creditor Precision Crane Service, Inc.
hkreuser@porterlaw.com, ooberg@porterlaw.com

Hannah C. Kreuser on behalf of Creditor Townsend & Schmidt Masonry
hkreuser@porterlaw.com, ooberg@porterlaw.com

Michael Thomas Krueger on behalf of Creditor ERM-West, Inc.
michael.krueger@ndlf.com, Havilyn.lee@ndlf.com

Robert T. Kugler on behalf of Creditor Public Advocates Office at the California Public Utilities Commission
robert.kugler@stinson.com

Boris Kukso on behalf of Interested Party Internal Revenue Service
boris.kukso@usdoj.gov, western.taxcivil@usdoj.gov

Alisa C. Lacey on behalf of Creditor Public Advocates Office at the California Public Utilities Commission
alisa.lacey@stinson.com, karen.graves@stinson.com

Timothy S. Laffredi on behalf of U.S. Trustee Office of the U.S. Trustee / SF
timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov

Timothy S. Laffredi on behalf of U.S. Trustee Office of the U.S. Trustee / SF
timothy.s.laffredi@usdoj.gov, patti.vargas@usdoj.gov

Richard A. Lapping on behalf of Creditor Valero Refining Company-California
rich@trodellalapping.com

Omeed Latifi on behalf of Creditor Mirna Trettevik
olatifi@theadlerfirm.com, kdeubler@theadlerfirm.com

John E. Lattin on behalf of Creditor David Alonzo
jlattin@ostergar.com, cslovenec@ostergar.com

Michael Lauter on behalf of Creditor CitiGroup Financial Products Inc.
mlauter@sheppardmullin.com

Michael Lauter on behalf of Creditor Ormat Technologies Inc.
mlauter@sheppardmullin.com

Michael Lauter on behalf of Interested Party PG&E Holdco Group
mlauter@sheppardmullin.com

Kenneth T. Law on behalf of Creditor Recology Inc.
klaw@bbslaw.com

Francis J. Lawall on behalf of Interested Party HydroChemPSC
lawallf@pepperlaw.com, henrys@pepperlaw.com

Andrew Michael Leblanc on behalf of Creditor Committee Official Committee Of Unsecured Creditors
ALeblanc@milbank.com

Erica Lee on behalf of Creditor California Department of Parks and Recreation
Erica.Lee@doj.ca.gov

Scott Lee on behalf of Creditor RE Astoria LLC
scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com

Scott Lee on behalf of Interested Party Kepco California LLC
scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com

Scott Lee on behalf of Interested Party RE Astoria LLC
scott.lee@lewisbrisbois.com, monique.talamante@lewisbrisbois.com

Edward J. Leen on behalf of Creditor Jefferies Leveraged Credit Products, LLC
eleen@mkbllp.com

Lisa Lenherr on behalf of Other Prof. Michael G. Kasolas
llenherr@wendel.com, bankruptcy@wendel.com

Matthew A. Lesnick on behalf of Interested Party CH2M HILL Engineers, Inc.
matt@lesnickprince.com, jmack@lesnickprince.com

Bryn G. Letsch on behalf of Interested Party Everett Waining, Jr.
bletsch@braytonlaw.com

David B. Levant on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III
LLC, and Shiloh I Wind Project LLC
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party Calpine Corporation
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party Capital Dynamics, Inc., et al.
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party FTP Power LLC, et al.
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Interested Party Gill Ranch Storage, LLC
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Intervenor Capital Dynamics, Inc.
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Intervenor Enel Green Power North America, Inc.
david.levant@stoel.com, rene.alvin@stoel.com

David B. Levant on behalf of Intervenor FTP Power LLC
david.levant@stoel.com, rene.alvin@stoel.com

Andrew H. Levin on behalf of Creditor Marin Clean Energy
alevin@wcghlaw.com

David Levine on behalf of Debtor PG&E Corporation
dnl@groom.com

Marc A. Levinson on behalf of Creditor CCP Credit Acquisition Holdings, L.L.C.
Malevinson@orrick.com, casestream@ecf.courtdrive.com

Marc A. Levinson on behalf of Creditor Centerbridge Partners, L.P.
Malevinson@orrick.com, casestream@ecf.courtdrive.com

Marc A. Levinson on behalf of Creditor Centerbridge Special Credit Partners III, L.P.
Malevinson@orrick.com, casestream@ecf.courtdrive.com

Marc A. Levinson on behalf of Creditor MCHA Holdings, LLC
Malevinson@orrick.com, casestream@ecf.courtdrive.com

Dara Levinson Silveira on behalf of Debtor PG&E Corporation
dsilveira@kbkllp.com

Alexander James Demitro Lewicki on behalf of Defendant The Ad Hoc Group of Subrogation Claim
Holders
kdiemer@diemerwei.com, alewicki@diemerwei.com

Alexander James Demitro Lewicki on behalf of Interested Party Ad Hoc Group of Subrogation Claim
Holders
kdiemer@diemerwei.com, alewicki@diemerwei.com

Alexander James Demitro Lewicki on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders
kdiemer@diemerwei.com, alewicki@diemerwei.com

William Thomas Lewis on behalf of Interested Party Fremont Bank c/o
wtl@roblewlaw.com, kimwrenn@msn.com

William S. Lisa on behalf of Interested Party California Self-Insurers' Security Fund
jcaruso@nixonpeabody.com

William S. Lisa on behalf of Interested Party California Self-Insurers' Security Fund

wlisa@nixonpeabody.com, jcaruso@nixonpeabody.com

Jonathan A. Loeb on behalf of Creditor Sabre Industries, Inc.
jon.loeb@bingham.com

Michael B. Lubic on behalf of Creditor CN Utility Consulting, Inc.
michael.lubic@klgates.com

Michael B. Lubic on behalf of Creditor Cupertino Electric, Inc.
michael.lubic@klgates.com

Michael B. Lubic on behalf of Creditor Wright Tree Service of the West, Inc.
michael.lubic@klgates.com

Michael B. Lubic on behalf of Creditor Wright Tree Service, Inc.
michael.lubic@klgates.com

John William Lucas on behalf of Interested Party The Baupost Group, L.L.C.
jlucas@pszjlaw.com, ocarpio@pszjlaw.com

Jane Luciano on behalf of Creditor Jane Luciano
jane-luciano@comcast.net

Kerri Lyman on behalf of Creditor Davey Tree Expert Co., Davey Tree Surgery Co. and Davey
Resource Group, Inc.
klyman@irell.com

Kerri Lyman on behalf of Interested Party BlueMountain Capital Management, LLC
klyman@irell.com

Carissa A. Lynch on behalf of Interested Party California Franchise Tax Board
Carissa.Lynch@ftb.ca.gov, Martha.Gehrig@ftb.ca.gov

John H. MacConaghy on behalf of Interested Party Individual Plaintiffs Executive Committee
Appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination
Proceeding Number 4955, Pursuant to the terms of the
macclaw@macbarlaw.com, smansour@macbarlaw.com;kmuller@macbarlaw.com

Iain A. Macdonald on behalf of Creditor Surf to Snow Environmental Resource Management, Inc.
iain@macfern.com, ecf@macfern.com

Iain A. Macdonald on behalf of Creditor U.S. TelePacific Corp. dba TPx Communications
iain@macfern.com, ecf@macfern.com

Iain A. Macdonald on behalf of Interested Party Iain A. Macdonald
iain@macfern.com, ecf@macfern.com

Tracy L. Mainguy on behalf of Creditor Engineers and Scientists of California, Local 20, IFPTE
tmainguy@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Samuel R. Maizel on behalf of Creditor Southwire Company, LLC
samuel.maizel@dentons.com, alicia.aguilar@dentons.com

Adam Malatesta on behalf of Interested Party Dynegy Marketing and Trade, LLC
adam.malatesta@lw.com, adam--malatesta-8393@ecf.pacerpro.com

Katharine Malone on behalf of Creditor Osmose Utilities Services, Inc.
malonek@gtlaw.com

Katharine Malone on behalf of Creditor Southern Power Company
malonek@gtlaw.com

Katharine Malone on behalf of Intervenor Southern Power Company
malonek@gtlaw.com

Liam K. Malone on behalf of Creditor Level-It Installations, Ltd.
malone@oles.com, shahin@oles.com

Michael W. Malter on behalf of Creditor ChargePoint, Inc.
michael@bindermalter.com

Michael W. Malter on behalf of Plaintiff Anthony Gantner
michael@bindermalter.com

Craig Margulies on behalf of Creditor Aegion Corporation and its subsidiary entities: Corrpro
Companies, Inc., Insituform Technologies, LLC and Fibrwrap Construction Services, Inc.
cmargulies@margulies-law.com, lsalazar@margulies-law.com

Geoffrey E. Marr on behalf of Creditor Mirna Trettevik
gemarr59@hotmail.com

Richard A. Marshack on behalf of Creditor SLF Fire Victim Claimants
rmarshack@marshackhays.com, lbuchanan@marshackhays.com

Catherine Martin on behalf of Creditor Simon Property Group
cmartin@simon.com, rtucker@simon.com;bankruptcy@simon.com

Laila Masud on behalf of Creditor SLF Fire Victim Claimants
lmasud@marshackhays.com, 8649808420@filings.docketbird.com

David P. Matthews on behalf of Creditor Fire Victim Creditors
jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com

David P. Matthews on behalf of Interested Party Terry Hodges
jrhoades@thematthewslawfirm.com, aharrison@thematthewslawfirm.com

Patrick C. Maxcy on behalf of Interested Party Horace Mann Property & Casualty Insurance Company
patrick.maxcy@snrdenton.com

Patrick C. Maxcy on behalf of Interested Party Travelers Insurance Co.
patrick.maxcy@snrdenton.com

Benjamin P. McCallen on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
bmccallen@willkie.com

Thomas E. McCurnin on behalf of Interested Party City of Morgan Hill
tmccurnin@bkolaw.com, kescano@bkolaw.com

Hugh M. McDonald on behalf of Creditor Consolidated Edison Development, Inc.
john.murphy@troutman.com

Hugh M. McDonald on behalf of Intervenor Consolidated Edison Development, Inc.
hugh.mcdonald@troutman.com, john.murphy@troutman.com

C. Luckey McDowell on behalf of Interested Party Agua Caliente Solar, LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Interested Party MC Shiloh IV Holdings LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Interested Party Marsh Landing, LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Interested Party Marubeni Corporation
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Interested Party NRG Energy Inc., Clearway Energy, Inc., and
Clearway Energy Group LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Interested Party Shiloh IV Lessee, LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Interested Party Solar Partners II LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Interested Party Solar Partners VIII LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Interested Party TerraForm Power, Inc.
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Intervenor Clearway Energy Group LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Intervenor Clearway Energy, Inc.
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Intervenor MC Shiloh IV Holdings LLC
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Intervenor NRG Energy, Inc.
Luckey.McDowell@Shearman.com

C. Luckey McDowell on behalf of Intervenor TerraForm Power, Inc.
Luckey.McDowell@Shearman.com

Matthew D. McGill on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims
MMcGill@gibsondunn.com

Scott H. McNutt on behalf of Examiner Bruce A Markell
SMcNutt@ml-sf.com, csnell@ml-sf.com

Thomas Melone on behalf of Interested Party Allco Finance Limited & Subsidiaries
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Thomas Melone on behalf of Plaintiff Allco Renewable Energy Limited
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Thomas Melone on behalf of Plaintiff Bear Creek Solar LLC
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Thomas Melone on behalf of Plaintiff Foothill Solar LLC
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Thomas Melone on behalf of Plaintiff Hollister Solar LLC
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Thomas Melone on behalf of Plaintiff Kettleman Solar LLC
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Thomas Melone on behalf of Plaintiff Vintner Solar LLC
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Thomas Melone on behalf of Plaintiff Winding Creek Solar LLC
Thomas.Melone@gmail.com, Thomas.Melone@AllcoUS.com

Peter Meringolo on behalf of Creditor Mount Veeder Springs LLC
peter@pmrklaw.com

Peter Meringolo on behalf of Creditor Donna Walker
peter@pmrklaw.com

Peter Meringolo on behalf of Creditor Mark Pulido
peter@pmrklaw.com

Frank A. Merola on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative Agent
lacalendar@stroock.com, mmagzamen@stroock.com

Jennifer L. Mersing on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC
jennifer.mersing@stoel.com, lisa.petras@stoel.com

Jennifer L. Mersing on behalf of Interested Party Capital Dynamics, Inc., et al.
jennifer.mersing@stoel.com, lisa.petras@stoel.com

Jennifer L. Mersing on behalf of Interested Party Enel Green Power North America, Inc.
jennifer.mersing@stoel.com, lisa.petras@stoel.com

Jennifer L. Mersing on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X
jennifer.mersing@stoel.com, lisa.petras@stoel.com

Jennifer L. Mersing on behalf of Interested Party FTP Power LLC, et al.
jennifer.mersing@stoel.com, lisa.petras@stoel.com

Jennifer L. Mersing on behalf of Interested Party Gill Ranch Storage, LLC
jennifer.mersing@stoel.com, lisa.petras@stoel.com

Jennifer L. Mersing on behalf of Interested Party Project Mustang
jennifer.mersing@stoel.com, lisa.petras@stoel.com

Jennifer L. Mersing on behalf of Interested Party sPower
jennifer.mersing@stoel.com, lisa.petras@stoel.com

Joshua M. Mester on behalf of stockholders PG&E Shareholders
jmester@jonesday.com

Matthew D. Metzger on behalf of Creditor Dan Clarke
belvederelegalecf@gmail.com

Merle C. Meyers on behalf of Creditor E. R., a Minor
mmeyers@mlg-pc.com

Merle C. Meyers on behalf of Creditor Kayla Ruhnke
mmeyers@mlg-pc.com

Randy Michelson on behalf of Defendant Public Employees Retirement Association of New Mexico
randy.michelson@michelsonlawgroup.com

Randy Michelson on behalf of Interested Party Public Employees Retirement Association of New Mexico
randy.michelson@michelsonlawgroup.com

Randy Michelson on behalf of Interested Party Securities Lead Plaintiff and the Proposed Class

randy.michelson@michelsonlawgroup.com

Gerardo Mijares-Shafai on behalf of Interested Party AT&T Corp.
Gerardo.Mijares-Shafai@arnoldporter.com, kenneth.anderson@arnoldporter.com

Joseph G. Minias on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
jminias@willkie.com

Joseph G. Minias on behalf of Plaintiff Ad Hoc Group of Subrogation Claim Holders
jminias@willkie.com

M. David Minnick on behalf of Creditor BANK OF AMERICA N.A
dminnick@pillsburylaw.com, docket@pillsburylaw.com

Benjamin Mintz on behalf of Interested Party AT&T Corp.
benjamin.mintz@arnoldporter.com, valerie.foley@arnoldporter.com

Nancy Mitchell on behalf of Interested Party Department of Finance for the State of California
nmitchell@omm.com

Nancy Mitchell on behalf of Interested Party Governor Gavin Newsom
nmitchell@omm.com

Thomas C. Mitchell on behalf of Creditor EDF Renewables, Inc.
tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas C. Mitchell on behalf of Creditor MNOC AERS LLC
tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas C. Mitchell on behalf of Interested Party Arlington Wind Power Project LLC
tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas C. Mitchell on behalf of Interested Party EDP Renewables North America LLC
tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas C. Mitchell on behalf of Interested Party Rising Tree Wind Farm II LLC
tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

Thomas C. Mitchell on behalf of Intervenor EDF Renewables, Inc.
tcmitchell@orrick.com, Dcmanagingattorneysoffice@ecf.courtdrive.com

John A. Moe, II on behalf of Interested Party Capital Power Corporation
john.moe@dentons.com, glenda.spratt@dentons.com

John A. Moe, II on behalf of Interested Party Dentons US LLP
john.moe@dentons.com, glenda.spratt@dentons.com

John A. Moe, II on behalf of Interested Party Halkirk I Wind Project LP
john.moe@dentons.com, glenda.spratt@dentons.com

Aaron J. Mohamed on behalf of Plaintiff Mark Elward
ajm@brereton.law, aaronmohamedlaw@gmail.com

Aaron J. Mohamed on behalf of Plaintiff Mike Elward
ajm@brereton.law, aaronmohamedlaw@gmail.com

Kevin Montee on behalf of Creditor Nearon Sunset, LLC
kmontee@monteeassociates.com

David W. Moon on behalf of Creditor Mizuho Bank, Ltd.
lacalendar@stroock.com, mmagzamen@stroock.com

Diane Marger Moore on behalf of Creditor Majesti Mai Bagorio, etc.
dmargermoore@baumhedlundlaw.com

Erika L. Morabito on behalf of Creditor Michels Corporation
emorabito@foley.com, hsiagiandraughn@foley.com

Candace J. Morey on behalf of Creditor California Public Utilities Commision
cjm@cpuc.ca.gov

Candace J. Morey on behalf of Interested Party California Public Utilities Commision
cjm@cpuc.ca.gov

Courtney L. Morgan on behalf of Creditor Pension Benefit Guaranty Corporation
morgan.courtney@pbgc.gov

Rodney Allen Morris on behalf of Creditor United States of America
Rodney.Morris2@usdoj.gov

Joshua D. Morse on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors
Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com

Joshua D. Morse on behalf of Other Prof. FTI Consulting, Inc.
Joshua.Morse@dlapiper.com, joshua-morse-0092@ecf.pacerpro.com

Andrew H. Morton on behalf of Creditor Mustang Project Companies
andrew.morton@stoel.com, lisa.petras@stoel.com

Andrew H. Morton on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III LLC, and Shiloh I Wind Project LLC
andrew.morton@stoel.com, lisa.petras@stoel.com

Andrew H. Morton on behalf of Interested Party Capital Dynamics, Inc., et al.
andrew.morton@stoel.com, lisa.petras@stoel.com

Andrew H. Morton on behalf of Interested Party Enel Green Power North America, Inc.
andrew.morton@stoel.com, lisa.petras@stoel.com

Andrew H. Morton on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X
andrew.morton@stoel.com, lisa.petras@stoel.com

Andrew H. Morton on behalf of Interested Party FTP Power LLC, et al.
andrew.morton@stoel.com, lisa.petras@stoel.com

Andrew H. Morton on behalf of Interested Party Gill Ranch Storage, LLC
andrew.morton@stoel.com, lisa.petras@stoel.com

Andrew H. Morton on behalf of Interested Party Project Mustang
andrew.morton@stoel.com, lisa.petras@stoel.com

Andrew H. Morton on behalf of Interested Party sPower
andrew.morton@stoel.com, lisa.petras@stoel.com

Thomas G. Mouzes on behalf of Creditor Sonoma Clean Power Authority
tmouzes@boutinjones.com, cdomingo@boutininc.com

Peter S. Munoz on behalf of Creditor Lodi Gas Storage, L.L.P.
pmunoz@reedsmith.com, gsandoval@reedsmith.com

Peter S. Munoz on behalf of Creditor Nevada Irrigation District
pmunoz@reedsmith.com, gsandoval@reedsmith.com

Peter S. Munoz on behalf of Creditor Wild Goose, LLC
pmunoz@reedsmith.com, gsandoval@reedsmith.com

Bennett J. Murphy on behalf of Creditor Canyon Capital Advisors LLC
bmurphy@bennettmurphylaw.com

Michael S. Myers on behalf of Creditor Discovery Hydrovac
myersms@ballardspahr.com

Michael S. Myers on behalf of Creditor Realty Income Corporation
myersms@ballardspahr.com

Alan I. Nahmias on behalf of Creditor EN Engineering, LLC
anahmias@mbnlawyers.com, jdale@mbnlawyers.com

David L. Neale on behalf of Interested Party California Independent System Operator
dln@lnbrb.com

David L. Neale on behalf of Interested Party California Independent System Operator
dln@lnbrb.com

David L. Neale on behalf of Interested Party California Independent System Operator
dln@lnbyb.com

David Neier on behalf of Creditor CF Inspection Management, LLC
dneier@winston.com

David Neier on behalf of Creditor California Efficiency + Demand Management Council
dneier@winston.com

David Neier on behalf of Creditor Cypress Energy Management - TIR, LLC
dneier@winston.com

David Neier on behalf of Creditor Cypress Energy Partners, L.P.
dneier@winston.com

David Neier on behalf of Creditor Peninsula Clean Energy Authority
dneier@winston.com

David Neier on behalf of Creditor Tulsa Inspection Resources PUC, LLC
dneier@winston.com

David Neier on behalf of Creditor Tulsa Inspection Resources, LLC
dneier@winston.com

David Neier on behalf of Interested Party City of San Jose, California
dneier@winston.com

David Neier on behalf of Interested Party Macquarie Energy LLC
dneier@winston.com

David Neier on behalf of Interested Party Macquarie Energy LLC
dneier@winston.com

Brittany J. Nelson on behalf of Creditor Michels Corporation
bnelson@foley.com, hsiagiandraughn@foley.com

Michael S. Neumeister on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims
MNeumeister@gibsondunn.com

Howard S. Nevins on behalf of Creditor Performance Contracting, Inc.
hnevins@hsmlaw.com

Melissa T. Ngo on behalf of Creditor Pension Benefit Guaranty Corporation
ngo.melissa@pbgc.gov, efile@pbgc.gov

Mario R. Nicholas on behalf of Plaintiff JH Kelly, LLC
mario.nicholas@stoel.com, cherie.clark@stoel.com

Sean Nolan on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company
snolan@akingump.com, NYMCO@akingump.com

Gregory C. Nuti on behalf of Creditor Butte County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Calaveras County Water District
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor City of Clearlake
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor City of Napa
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor City of Santa Rosa
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Lake County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Mendocino County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Napa County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Nevada County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Sonoma County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Sonoma County Agricultural Preservation and Open Space
District
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Sonoma County Community Development Commission
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Sonoma County Water Agency
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Sonoma Valley County Sanitation District
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Town of Paradise
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Creditor Yuba County
gnuti@nutihart.com, nwhite@nutihart.com

Gregory C. Nuti on behalf of Interested Party Public Entities Impacted by the Wildfires
gnuti@nutihart.com, nwhite@nutihart.com

Abigail O'Brient on behalf of Creditor Marin Clean Energy
aobrient@mintz.com, docketing@mintz.com

Julie E. Oelsner on behalf of Attorney c/o Julie E. Oelsner Intech Mechanical, Inc.
joelsner@weintraub.com, bjennings@weintraub.com

Julie E. Oelsner on behalf of Creditor Intech Mechanical, Inc.
joelsner@weintraub.com, bjennings@weintraub.com

Julie E. Oelsner on behalf of Creditor Southwire Company, LLC
joelsner@weintraub.com, bjennings@weintraub.com

Office of the U.S. Trustee / SF
USTPRegion17.SF.ECF@usdoj.gov

Matthew Jon Olson on behalf of Interested Party Wendy A. Nathan
matt@macfern.com, stell.laura@dorsey.com

Scott Olson on behalf of Creditor Interstate Fire & Casualty Company
solson@vedderprice.com, nortega@vedderprice.com

Steven M. Olson on behalf of Attorney Steven M. Olson
smo@smolsonlaw.com

Steven M. Olson on behalf of Creditor Aztrack Construction Corporation
smo@smolsonlaw.com

Aram Ordubegian on behalf of Interested Party BOKF, NA
Ordubegian.Aram@ArentFox.com

Gabriel Ozel on behalf of Attorney Gabriel Ozel
gabeozel@gmail.com

Gabriel Ozel on behalf of Creditor Consolidated Edison Development, Inc.
gabeozel@gmail.com

Gabriel Ozel on behalf of Intervenor Consolidated Edison Development, Inc.
gabeozel@gmail.com

Margarita Padilla on behalf of Interested Party California Department of Toxic Substances Control
Margarita.Padilla@doj.ca.gov

Margarita Padilla on behalf of Interested Party California Department of Water Resources
Margarita.Padilla@doj.ca.gov

Amy S. Park on behalf of Interested Party Atlantica Yield plc
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Interested Party First Solar, Inc.
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Interested Party Mojave Solar LLC
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Interested Party Willow Springs Solar 3, LLC
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Intervenor First Solar, Inc.
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Intervenor Mojave Solar LLC
amy.park@skadden.com, alissa.turnipseed@skadden.com

Amy S. Park on behalf of Intervenor Willow Springs Solar 3, LLC
amy.park@skadden.com, alissa.turnipseed@skadden.com

Donna Taylor Parkinson on behalf of Creditor Outback Contractors, Inc.
donna@parkinsonphinney.com

Donna Taylor Parkinson on behalf of Creditor Yuba County Water Agency
donna@parkinsonphinney.com

Peter S. Partee, Sr. on behalf of Interested Party DTE Stockton, LLC
candonian@huntonak.com

Peter S. Partee, Sr. on behalf of Interested Party Mt. Poso Cogeneration Company, LLC f/k/a Mt. Poso Cogeneration Company, L.P.
candonian@huntonak.com

Peter S. Partee, Sr. on behalf of Interested Party Potrero Hills Energy Producers, LLC
candonian@huntonak.com

Peter S. Partee, Sr. on behalf of Interested Party Sunshine Gas Producers, LLC
candonian@huntonak.com

Peter S. Partee, Sr. on behalf of Interested Party Woodland Biomass Power, LLC f/k/a Woodland Biomass Power, Ltd.
candonian@huntonak.com

Paul J. Pascuzzi on behalf of Creditor 35th District Agricultural Association
ppascuzzi@ffwplaw.com, kwidder@ffwplaw.com

Paul J. Pascuzzi on behalf of Creditor California State Agencies
ppascuzzi@ffwplaw.com, kwidder@ffwplaw.com

Paul J. Pascuzzi on behalf of Interested Party California Department of Toxic Substances Control
ppascuzzi@ffwplaw.com, kwidder@ffwplaw.com

Paul J. Pascuzzi on behalf of Interested Party California Department of Water Resources
ppascuzzi@ffwplaw.com, kwidder@ffwplaw.com

Kenneth Pasquale on behalf of Creditor Mizuho Bank, Ltd.
mlaskowski@stroock.com

Charles Scott Penner on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc.
penner@carneylaw.com, caragol@carneylaw.com

Charles Scott Penner on behalf of Defendant AECOM Technical Services, Inc.
penner@carneylaw.com, caragol@carneylaw.com

Valerie Bantner Peo on behalf of Creditor Oracle America, Inc.
vbantnerpeo@buchalter.com

Yosef Peretz on behalf of Creditor Cara Feneis
yperetz@peretzlaw.com, skim@peretzlaw.com

Thomas R. Phinney on behalf of Creditor Outback Contractors, Inc.
tom@parkinsonphinney.com

Thomas R. Phinney on behalf of Creditor Yuba County Water Agency
tom@parkinsonphinney.com

R. Alexander Pilmer on behalf of Interested Party Federal Monitor
alexander.pilmer@kirkland.com, keith.catuara@kirkland.com

M. Ryan Pinkston on behalf of Creditor Turner Construction Company
rpinkston@seyfarth.com, jmcdermott@seyfarth.com

M. Ryan Pinkston on behalf of Creditor Turner Construction Company
rpinkston@seyfarth.com, jmcdermott@seyfarth.com

Estela O. Pino on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed by the
California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding
Number 4955, Pursuant to the terms of the
epino@epinolaw.com, rmahal@epinolaw.com

Estela O. Pino on behalf of Interested Party Plaintiffs Executive Committee
epino@epinolaw.com, rmahal@epinolaw.com

Estela O. Pino on behalf of Interested Party Plaintiffs Executive Committee appointed by the Superior
Court of the State of California, in and for the County of Alameda, in Case No. RG16843631 and related
cases
epino@epinolaw.com, rmahal@epinolaw.com

Gregory Plaskett on behalf of Creditor Murga, Strange & Chalmers, Inc.
GREGORY.PLASKETT@GMAIL.COM, HKHAPPYGRL1@GMAIL.COM

Mark D. Plevin on behalf of Interested Party Renaissance Reinsurance Ltd.
mplevin@crowell.com

Steven G. Polard on behalf of Creditor Creative Ceilings, Inc.
spolard@eisnerlaw.com

Mark D. Poniatowski on behalf of Creditor Holt of California
ponlaw@ponlaw.com

William L. Porter on behalf of Creditor New West Partitions
bporter@porterlaw.com, Ooberg@porterlaw.com

Christopher E. Prince on behalf of Interested Party CH2M HILL Engineers, Inc.
cprince@lesnickprince.com

Douglas B. Provencher on behalf of Interested Party Provencher & Flatt
dbp@provlaw.com

Douglas B. Provencher on behalf of Interested Party Douglas B. Provencher
dbp@provlaw.com

Stacey C. Quan on behalf of Creditor Tanforan Industrial Park, LLC
squan@steyerlaw.com, pspencer@steyerlaw.com

Amy C. Quartarolo on behalf of Intervenor Crockett Cogeneration
amy.quartarolo@lw.com

Amy C. Quartarolo on behalf of Intervenor MRP San Joaquin Energy, LLC
amy.quartarolo@lw.com

Amy C. Quartarolo on behalf of Intervenor Middle River Power, LLC
amy.quartarolo@lw.com

Lary Alan Rappaport on behalf of Interested Party Ad Hoc Group of Institutional Bondholders of Pacific
Gas and Electric Co.
lrappaport@proskauer.com, PHays@proskauer.com

Lary Alan Rappaport on behalf of Interested Party Ad Hoc Group of Institutional Par Bondholders of
Pacific Gas and Electric Co.
lrappaport@proskauer.com, PHays@proskauer.com

Justin E. Rawlins on behalf of Creditor CF Inspection Management, LLC
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor California Efficiency + Demand Management Council

jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor Cypress Energy Management - TIR, LLC
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor Cypress Energy Partners, L.P.
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor Peninsula Clean Energy Authority
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor Tulsa Inspection Resources PUC, LLC
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Creditor Tulsa Inspection Resources, LLC
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Justin E. Rawlins on behalf of Interested Party Macquarie Energy LLC
jrawlins@winston.com, justin-rawlins-0284@ecf.pacerpro.com

Hugh M. Ray, III on behalf of Creditor Chevron Products Company a division of Chevron U.S.A. Inc.
hugh.ray@pillsburylaw.com, nancy.jones@pillsburylaw.com

Paul F. Ready on behalf of Creditor Sarah Pazdan
smeyer@farmerandready.com

Paul F. Ready on behalf of Defendant Cheryl Montellano
smeyer@farmerandready.com

Paul F. Ready on behalf of Defendant Max M. Montellano
smeyer@farmerandready.com

Caroline A. Reckler on behalf of Interested Party Dynegy Marketing and Trade, LLC
caroline.reckler@lw.com

David M. Reeder on behalf of Creditor City of American Canyon
david@reederlaw.com, david.m.reeder@gmail.com;Jessica@reederlaw.com

Steven J. Reisman on behalf of Interested Party Lazard Freres & Co. LLC
sreisman@katten.com, nyc.bknotices@kattenlaw.com

Jeffrey M. Reisner on behalf of Creditor Davey Tree Expert Co., Davey Tree Surgery Co. and Davey Resource Group, Inc.
jreisner@irell.com

Jack A. Reitman on behalf of Plaintiff Chico Rent-A-Fence
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Gabriella's Eatery

srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Ponderosa Pest & Weed Control
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff David Herndon
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Estefania Miranda
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Gabriell Herndon
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Jedidiah Herndon
srichmond@lgbfirm.com

Jack A. Reitman on behalf of Plaintiff Julia Herndon
srichmond@lgbfirm.com

Emily P. Rich on behalf of Creditor Engineers and Scientists of California, Local 20, IFPTE
erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

Emily P. Rich on behalf of Creditor SEIU United Service Workers - West
erich@unioncounsel.net, bankruptcycourtnotices@unioncounsel.net

David J. Richardson on behalf of Creditor Committee Official Committee of Tort Claimants
drichardson@bakerlaw.com, aagonzalez@bakerlaw.com

Christopher O. Rivas on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Counter-Claimant AECOM Technical Services, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Creditor AECOM Technical Services, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Creditor Kiefner and Associates, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Creditor Parsons Environment & Infrastructure, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Defendant AECOM Technical Services, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

Christopher O. Rivas on behalf of Interested Party JAN X-Ray Services, Inc.
crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com

David B. Rivkin, Jr. on behalf of Creditor Committee Official Committee of Tort Claimants
drivkin@bakerlaw.com, jmeeks@bakerlaw.com

John R. Rizzardi on behalf of Interested Party Winding Creek Solar LLC
kcoselman@cairncross.com, tnguyen@cairncross.com

John R. Rizzardi on behalf of Plaintiff Allco Renewable Energy Limited
kcoselman@cairncross.com, tnguyen@cairncross.com

John R. Rizzardi on behalf of Plaintiff Bear Creek Solar LLC
kcoselman@cairncross.com, tnguyen@cairncross.com

John R. Rizzardi on behalf of Plaintiff Foothill Solar LLC
kcoselman@cairncross.com, tnguyen@cairncross.com

John R. Rizzardi on behalf of Plaintiff Hollister Solar LLC
kcoselman@cairncross.com, tnguyen@cairncross.com

John R. Rizzardi on behalf of Plaintiff Kettleman Solar LLC
kcoselman@cairncross.com, tnguyen@cairncross.com

John R. Rizzardi on behalf of Plaintiff Vintner Solar LLC
kcoselman@cairncross.com, tnguyen@cairncross.com

John R. Rizzardi on behalf of Plaintiff Winding Creek Solar LLC
kcoselman@cairncross.com, tnguyen@cairncross.com

Daniel Robertson on behalf of Creditor Pension Benefit Guaranty Corporation
robertson.daniel@pbgc.gov, efile@pbgc.gov

Lacey E. Rochester on behalf of Creditor APTIM
lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com

Lacey E. Rochester on behalf of Creditor Phillips & Jordan, Inc.
lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com

Lacey E. Rochester on behalf of Creditor Snelson Companies, Inc.
lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com

Lacey E. Rochester on behalf of Creditor TTR Substations, Inc.
lrochester@bakerdonelson.com, gmitchell@bakerdonelson.com

Michael Rogers on behalf of Creditor William Kreysler & Associates, Inc.
mrogers@lambertrogers.com, jan@lambertrogers.com

Julie H. Rome-Banks on behalf of Creditor Thunderbird Mobile Home Park
julie@bindermalter.com

Jorian L. Rose on behalf of Creditor Committee Official Committee of Tort Claimants
jrose@bakerlaw.com

Paul M. Rosenblatt on behalf of Creditor Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast, Inc. and affiliates
prosenblatt@kilpatricktownsend.com, mwilliams@kilpatricktownsend.com

David A. Rosenzweig on behalf of Creditor Adventist Health System/West and Feather River Hospital
david.rosenzweig@nortonrosefulbright.com, thomas.burns@nortonrossefulbright.com

Allan Robert Rosin on behalf of Creditor Contra Costa Electric, Inc.
arrosin@alr-law.com

Allan Robert Rosin on behalf of Creditor Goodfellow Bros. California, LLC
arrosin@alr-law.com

Allan Robert Rosin on behalf of Creditor McGuire and Hester
arrosin@alr-law.com

Allan Robert Rosin on behalf of Creditor Sanco Pipelines, Inc.
arrosin@alr-law.com

Allan Robert Rosin on behalf of Creditor Stadtner Co., Inc. dba Sierra Electric Co.
arrosin@alr-law.com

Jay M. Ross on behalf of Interested Party The City of Oakland
jross@hopkinscarley.com, eamaro@hopkinscarley.com

Gregory A. Rougeau on behalf of Creditor Gregory Frase Enterprises, Inc. dba Kortick Manufacturing Company
grougeau@brlawsf.com

Stacy H. Rubin on behalf of Creditor Realty Income Corporation
rubins@ballardspahr.com, BKTDocket_West@ballardspahr.com

Jason C. Rubinstein on behalf of Interested Party The Baupost Group, L.L.C.
jrubinstein@fklaw.com, mclerk@fklaw.com

Nathan Q. Rugg on behalf of Interested Party Adler Tank Rental and Mobile Modular
nathan.rugg@bfkn.com, jean.montgomery@bfkn.com

Thomas B. Rupp on behalf of 3rd Pty Defendant Pacific Gas and Electric Company
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Attorney Cravath, Swaine & Moore LLP
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Debtor PG&E Corporation
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Defendant PG&E Corporation
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Defendant Pacific Gas & Electric Company
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Defendant Pacific Gas & Electric Company
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Defendant Pacific Gas and Electric Company
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Other Prof. Deloitte & Touche LLP
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Other Prof. KPMG LLP
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Plaintiff PG&E Corporation
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Plaintiff Pacific Gas and Electric Company
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Spec. Counsel Coblentz Patch Duffy & Bass LLP
trupp@kellerbenvenutti.com

Thomas B. Rupp on behalf of Spec. Counsel Jenner & Block LLP
trupp@kellerbenvenutti.com

Eric E. Sagerman on behalf of Creditor Committee Official Committee of Tort Claimants
esagerman@bakerlaw.com

Robert Sahyan on behalf of Interested Party Columbus Hill Capital Management, L.P.
rsahyan@sheppardmullin.com, JNakaso@sheppardmullin.com

Jonathan C. Sanders on behalf of Interested Party Board of PG&E Corporation
jsanders@stblaw.com

Jonathan C. Sanders on behalf of Interested Party Board of Pacific Gas and Electric Company
jsanders@stblaw.com

Jonathan C. Sanders on behalf of Interested Party Certain Current and Former Independent Directors
jsanders@stblaw.com

Nanette D. Sanders on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the
North Bay Fire Litigation of October 2017 and the Camp Fire Litigation
nanette@ringstadlaw.com, becky@ringstadlaw.com

Natalie Kathleen Sanders on behalf of Interested Party Black & Veatch Construction, Inc.
natalie.sanders@bakerbotts.com

Lovee Sarenas on behalf of Creditor RE Astoria LLC
Lovee.sarenas@lewisbrisbois.com

Lovee Sarenas on behalf of Interested Party Kepco California LLC
Lovee.sarenas@lewisbrisbois.com

Lovee Sarenas on behalf of Interested Party Kepco California LLC
Lovee.sarenas@lewisbrisbois.com

Lovee Sarenas on behalf of Interested Party RE Astoria LLC
Lovee.sarenas@lewisbrisbois.com

Sunny S. Sarkis on behalf of Counter-Defendant JH Kelly, LLC
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Creditor Ad Hoc Group of Interconnection Customers
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Creditor Little Bear Holding Company, LLC
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Creditor Mustang Project Companies
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III
LLC, and Shiloh I Wind Project LLC
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Capital Dynamics, Inc., et al.
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Enel Green Power North America, Inc.
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel X
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party FTP Power LLC, et al.
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party Gill Ranch Storage, LLC
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Interested Party JH Kelly LLC
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Intervenor Capital Dynamics, Inc.
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Intervenor Enel Green Power North America, Inc.
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Intervenor FTP Power LLC
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Sunny S. Sarkis on behalf of Plaintiff JH Kelly, LLC
sunny.sarkis@stoel.com, dawn.forgeur@stoel.com

Patricia Savage on behalf of Creditor Ashley Duitsman
psavesq@gmail.com, jodi.savage@gmail.com

Patricia Savage on behalf of Creditor Barbara Morris
psavesq@gmail.com, jodi.savage@gmail.com

Patricia Savage on behalf of Creditor Brandee Goodrich
psavesq@gmail.com, jodi.savage@gmail.com

Patricia Savage on behalf of Creditor Kristal Davis-Bolin
psavesq@gmail.com, jodi.savage@gmail.com

Patricia Savage on behalf of Creditor Marie Valenza
psavesq@gmail.com, jodi.savage@gmail.com

Patricia Savage on behalf of Creditor Mary Haines
psavesq@gmail.com, jodi.savage@gmail.com

Sblend A. Sblendorio on behalf of Interested Party Wilson Construction Company
sas@hogefenton.com

Francis O. Scarpulla on behalf of Creditor GER Hospitality, LLC
fos@scarpullalaw.com, cpc@scarpullalaw.com

Francis O. Scarpulla on behalf of Creditor Objecting Camp Fire Claimants
fos@scarpullalaw.com, cpc@scarpullalaw.com

Francis O. Scarpulla on behalf of Creditor Richard W. Carpeneti
fos@scarpullalaw.com, cpc@scarpullalaw.com

Daren M Schlecter on behalf of Creditor Jesus Mendoza
daren@schlecterlaw.com, info@schlecterlaw.com

Bradley R. Schneider on behalf of Debtor PG&E Corporation
bradley.schneider@mto.com

Harvey S. Schochet on behalf of Creditor City of San Jose
Harveyschochet@dwt.com

Harvey S. Schochet on behalf of Creditor Cupertino Electric, Inc.
Harveyschochet@dwt.com

Lisa Schweitzer on behalf of Interested Party BlueMountain Capital Management, LLC
lschweitzer@cgsh.com

Eric J. Seiler on behalf of Interested Party The Baupost Group, L.L.C.
eseiler@fklaw.com, mclerk@fklaw.com

David B. Shemano on behalf of Interested Party East Bay Community Energy Authority
dshemano@pwkllp.com

James A. Shepherd on behalf of Creditor W. Bradley Electric, Inc.
jim@jsheplaw.com, shepIGN@gmail.com

Leonard M. Shulman on behalf of Interested Party Cushman & Wakefield, Inc.
lshulman@shbllp.com

Andrew I. Silfen on behalf of Interested Party BOKF, NA
andrew.silfen@arentfox.com

Andrew I. Silfen on behalf of Interested Party Bank of Oklahoma Financial
andrew.silfen@arentfox.com

Wayne A. Silver on behalf of Creditor Lewis & Tibbitts, Inc.
w_silver@sbcglobal.net, ws@waynesilverlaw.com

Wayne A. Silver on behalf of Creditor Lilia Leeson
w_silver@sbcglobal.net, ws@waynesilverlaw.com

Craig S. Simon on behalf of Interested Party American Alternative Insurance Corporation
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party American Reliable Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Amica Mutual Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Assurant Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party California Casualty Indemnity Exchange

csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party California FAIR Plan Association
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Church Mutual Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Crusader Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Farmers Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Gencon Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party National General Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Nationwide Entities
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Nautilus Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Privilege Underwriters Reciprocal Exchange
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Sutter Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Topa Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Wawanesa General Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Craig S. Simon on behalf of Interested Party Zenith Insurance Company
csimon@bergerkahn.com, aketcher@bergerkahn.com

Gerald Singleton on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors
gerald@slffirm.com, BKECFCANB@SLFfirm.com

Gerald Singleton on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation
gerald@slffirm.com, BKECFCANB@SLFfirm.com

Gerald Singleton on behalf of Creditor SLF Fire Victim Claimants

gerald@slffirm.com, BKECFCANB@SLFfirm.com

Gerald Singleton on behalf of Creditor Tubbs Preference Plaintiffs
gerald@slffirm.com, BKECFCANB@SLFfirm.com

Michael K. Slattery on behalf of Creditor Ad Hoc California Public Entites Committee
mslattery@lkfirm.com, rramirez@lkfirm.com

Michael K. Slattery on behalf of Creditor County of San Luis Obispo
mslattery@lkfirm.com, rramirez@lkfirm.com

Dania Slim on behalf of Creditor BANK OF AMERICA N.A
dania.slim@pillsburylaw.com, melinda.hernandez@pillsburylaw.com

Jennifer N. Slocum on behalf of Creditor Mustang Project Companies
jennifer.slocum@stoel.com, docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party Avangrid Renewables, LLC, Klondike Wind Power III
LLC, and Shiloh I Wind Project LLC
jennifer.slocum@stoel.com, docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party Capital Dynamics, Inc., et al.
jennifer.slocum@stoel.com, docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party Enel Green Power North America, Inc., et al. and Enel
X
jennifer.slocum@stoel.com, docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party FTP Power LLC, et al.
jennifer.slocum@stoel.com, docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party Gill Ranch Storage, LLC
jennifer.slocum@stoel.com, docketclerk@stoel.com

Jennifer N. Slocum on behalf of Interested Party Global Diving & Salvage, Inc.
jennifer.slocum@stoel.com, docketclerk@stoel.com

Aaron C. Smith on behalf of Creditor California Insurance Guarantee Association
asmith@lockelord.com, autodocket@lockelord.com

Alan D. Smith on behalf of Creditor Puget Sound Energy, Inc.
adsmith@perkinscoie.com, al-smith-9439@ecf.pacerpro.com

Jan D. Sokol on behalf of Creditor Liberty Mutual Insurance Company
jdsokol@lawssl.com, dwright@lawssl.com

Randye B. Soref on behalf of Creditor Dignity Health and its Affiliates
rsoref@polsinelli.com

Randye B. Soref on behalf of Creditor MRC Opportunities Fund I LP - Series C
rsoref@polsinelli.com

Randye B. Soref on behalf of Creditor Marble Ridge Master Fund LP
rsoref@polsinelli.com

Randye B. Soref on behalf of Creditor Whitebox Asymmetric Partners, LP
rsoref@polsinelli.com

Randye B. Soref on behalf of Creditor Whitebox Multi-Strategy Partners, LP
rsoref@polsinelli.com

Randye B. Soref on behalf of Creditor Whitebox Relative Value Partners, LP
rsoref@polsinelli.com

Joseph Sorkin on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas
and Electric Company
jsorkin@akingump.com, NYMCO@akingump.com

Bennett L. Spiegel on behalf of Creditor McKinsey & Company, Inc. U.S.
blspiegel@jonesday.com

Michael St. James on behalf of Interested Party Garcia and Associates
ecf@stjames-law.com

Howard J. Steinberg on behalf of Interested Party HercRentals
steinbergh@gtlaw.com, pearsallt@gtlaw.com

Harriet A. Steiner on behalf of Creditor Valley Clean Energy Alliance
harriet.steiner@bbklaw.com, claudia.peach@bbklaw.com

Lillian G. Stenfeldt on behalf of Creditor Pivot Interiors, Inc.
lillian.stenfeldt@sdma.com, jon.arneson@sedgwicklaw.com

Lillian G. Stenfeldt on behalf of Interested Party certain Retiree Claimants
lillian.stenfeldt@rimonlaw.com, jon.arneson@sedgwicklaw.com

Cheryl L. Stengel on behalf of Creditor US Air Conditioning Distributors
clstengel@outlook.com, stengelcheryl40@gmail.com

David M. Stern on behalf of Interested Party NextEra Energy Inc., et al.
dstern@ktbslaw.com

David M. Stern on behalf of Intervenor NextEra Energy Partners, L.P.
dstern@ktbslaw.com

David M. Stern on behalf of Intervenor NextEra Energy, Inc.
dstern@ktbslaw.com

Geoffrey S. Stewart on behalf of stockholders PG&E Shareholders
gstewart@jonesday.com, mmelvin@jonesday.com

Alan J. Stone on behalf of Creditor Committee Official Committee Of Unsecured Creditors
AStone@milbank.com, DMcCracken@Milbank.com

Jason D. Strabo on behalf of Interested Party Individual Officers Anthony F. Earley, Jr., Geisha J. Williams, Nickolas Stavropoulos, Julie M. Kane, Christopher P. Johns, Patrick M. Hogan, David Thomason, and Dinyar Mistry
jstrabo@mwe.com, shill@mwe.com

Michael H. Strub on behalf of Interested Party BlueMountain Capital Management, LLC
mstrub@irell.com, mhstrub1@gmail.com

Rebecca Suarez on behalf of Intervenor KES Kingsburg, L.P.
rsuarez@crowell.com

Rebecca Suarez on behalf of Intervenor Vantage Wind Energy LLC
rsuarez@crowell.com

Brad T. Summers on behalf of Creditor Pacific Mobile Structures, Inc.
summerst@lanepowell.com, docketing-pdx@lanepowell.com

Kristine Theodesia Takvoryan on behalf of Creditor SOLON
ktakvoryan@ckrlaw.com

Derrick Talerico on behalf of Creditor Western Electricity Coordinating Council
dtalerico@ztlegal.com, sfritz@ztlegal.com

Kesha Tanabe on behalf of Creditor Cedar Glade LP
kesha@tanabelaw.com

Mary Ellmann Tang on behalf of Creditor Cristina Mendoza
mtang@frenchlyontang.com, nblackwell@frenchlyontang.com

Elizabeth Lee Thompson on behalf of Interested Party The Okonite Company
ethompson@stites.com, docketclerk@stites.com

John C. Thornton on behalf of Creditor Agajanian, Inc.
jct@andrewsthornton.com, aandrews@andrewsthornton.com

John C. Thornton on behalf of Creditor Bennett Lane Winery LLC
jct@andrewsthornton.com, aandrews@andrewsthornton.com

Elisa Tolentino on behalf of Creditor City of San Jose
cao.main@sanjoseca.gov

Meagan S. Tom on behalf of Creditor International Brotherhood of Electrical Workers Local Union 1245

Meagan.tom@lockelord.com, autodocket@lockelord.com

Edward J. Tredinnick on behalf of Creditor City and County of San Francisco
etredinnick@greeneradovsky.com

Matthew Jordan Troy on behalf of Creditor United States of America
matthew.troy@usdoj.gov

Michael Tye on behalf of Creditor United States of America
Michael.Tye@usdoj.gov

Michael Tye on behalf of Interested Party United States on behalf of the Federal Energy Regulatory
Commission
Michael.Tye@usdoj.gov

Andrew Van Ornum on behalf of Creditor Bradley Concrete
avanornum@vlmglaw.com, hchea@vlmglaw.com

Andrew Van Ornum on behalf of Creditor Geosyntec Consultants, Inc.
avanornum@vlmglaw.com, hchea@vlmglaw.com

Shmuel Vasser on behalf of Interested Party State Farm Mutual Automobile Insurance Company
shmuel.vasser@dechert.com, brett.stone@dechert.com

Victor A. Vilaplana on behalf of Creditor Michels Corporation
vavilaplana@foley.com, rhurst@foley.com

Victor A. Vilaplana on behalf of Creditor Michels Corporation
vavilaplana@foley.com, rhurst@foley.com

Marta Villacorta on behalf of U.S. Trustee Office of the U.S. Trustee / SF
marta.villacorta@usdoj.gov

Carol C. Villegas on behalf of Attorney Public Employees Retirement Association of New Mexico
cvillegas@labaton.com, NDonlon@labaton.com

Carol C. Villegas on behalf of Interested Party Public Employees Retirement Association of New
Mexico
cvillegas@labaton.com, NDonlon@labaton.com

John A. Vos on behalf of Interested Party John A. Vos
InvalidEMailECFonly@gmail.com, PrivateECFNotice@gmail.com

Bao M. Vu on behalf of Intervenor Capital Dynamics, Inc.
bao.vu@stoel.com, sharon.witkin@stoel.com

Bao M. Vu on behalf of Intervenor Enel Green Power North America, Inc.
bao.vu@stoel.com, sharon.witkin@stoel.com

Bao M. Vu on behalf of Intervenor FTP Power LLC
bao.vu@stoel.com, sharon.witkin@stoel.com

Jonathan D. Waisnor on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
jwaisnor@willkie.com, mao@willkie.com

Riley C. Walter on behalf of Attorney Aera Energy LLC
ecf@W2LG.com

Riley C. Walter on behalf of Attorney Midway Sunset Cogeneration Company
ecf@W2LG.com

Riley C. Walter on behalf of Interested Party Aera Energy LLC
ecf@W2LG.com

Riley C. Walter on behalf of Interested Party Midway Sunset Cogeneration Company
ecf@W2LG.com

Phillip K. Wang on behalf of Creditor Pivot Interiors, Inc.
phillip.wang@rimonlaw.com

Phillip K. Wang on behalf of Interested Party certain Retiree Claimants
phillip.wang@rimonlaw.com

Philip S. Warden on behalf of Creditor Chevron Products Company a division of Chevron U.S.A. Inc.
philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com

Philip S. Warden on behalf of Creditor Chevron U.S.A. Inc.
philip.warden@pillsburylaw.com, kathy.stout@pillsburylaw.com

Lindsi M. Weber on behalf of Creditor Dignity Health and its Affiliates
lweber@polsinelli.com, yderac@polsinelli.com

Joseph M. Welch on behalf of Creditor Bradley Tanks, Inc.
jwelch@buchalter.com, dcyrankowski@buchalter.com

David Walter Wessel on behalf of Creditor Marina Gelman
DWessel@efronlawfirm.com, hporter@chdlawyers.com

David Walter Wessel on behalf of Creditor Mikhail Gelman
DWessel@efronlawfirm.com, hporter@chdlawyers.com

Joseph West on behalf of Creditor International Church of the Foursquare Gospel
westjoseph@earthlink.net, josephw998@gmail.com

Drew M. Widders on behalf of Creditor Molin-Wilcoxen Camp Fire Victims Group
dwidders@wilcoxenlaw.com, nina@wilcoxenlaw.com

Eric R. Wilson on behalf of Creditor Kompogas SLO LLC

kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com

Eric R. Wilson on behalf of Creditor Tata Consultancy Services
kdwbankruptcydepartment@kelleydrye.com, ewilson@kelleydrye.com

Kimberly S. Winick on behalf of Interested Party California Community Choice Association
kwinick@clarktrev.com, knielsen@clarktrev.com

Kimberly S. Winick on behalf of Interested Party Kimberly Winick
kwinick@clarktrev.com, knielsen@clarktrev.com

Rebecca J. Winthrop on behalf of Creditor Adventist Health System/West and Feather River Hospital
rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com

Rebecca J. Winthrop on behalf of Creditor Berry Petroleum Company, LLC
rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com

Rebecca J. Winthrop on behalf of Creditor MRC Global (US) Inc.
rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com

Rebecca J. Winthrop on behalf of Creditor Paradise Retirement Residence Limited Partnership
rebecca.winthrop@nortonrosefulbright.com, evette.rodriguez@nortonrosefulbright.com

David Wirt on behalf of Interested Party Deutsche Bank
david.wirt@hklaw.com, denise.harmon@hklaw.com

Ryan A. Witthans on behalf of Creditor Roebbelen Contracting, Inc.
rwitthans@fhlawllp.com

Risa Lynn Wolf-Smith on behalf of Creditor Diablo Winds, LLC
rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com

Risa Lynn Wolf-Smith on behalf of Intervenor Diablo Winds, LLC
rwolf@hollandhart.com, lmlopezvelasquez@hollandhart.com

Douglas Wolfe on behalf of Creditor ASM Capital X LLC
dwolfe@asmcapital.com

Douglas Wolfe on behalf of Creditor ASM SPV, L.P.
dwolfe@asmcapital.com

Catherine E. Woltering on behalf of Creditor Committee Official Committee of Tort Claimants
cwoltering@bakerlaw.com

Andrea Wong on behalf of Creditor Pension Benefit Guaranty Corporation
wong.andrea@pbgc.gov, efile@pbgc.gov

Christopher Kwan Shek Wong on behalf of Creditor Genesys Telecommunications Laboratories, Inc.
christopher.wong@arentfox.com

David A. Wood on behalf of Creditor SLF Fire Victim Claimants
dwood@marshackhays.com, lbuchanan@marshackhays.com

Kirsten A. Worley on behalf of Creditor Ballard Marine Construction, Inc.
kw@wlawcorp.com, admin@wlawcorp.com

Kirsten A. Worley on behalf of Creditor Ballard Marine Construction, Inc.
kw@wlawcorp.com, admin@wlawcorp.com

Kirsten A. Worley on behalf of Creditor GEI Consultants, Inc.
kw@wlawcorp.com, admin@wlawcorp.com

Kinga Wright on behalf of Creditor Quanta Energy Services LLC
kinga.wright@lockelord.com, autodocket@lockelord.com

Antonio Yanez, Jr. on behalf of Interested Party Ad Hoc Group of Subrogation Claim Holders
ayanez@willkie.com

Cathy Yanni on behalf of Other Prof. Cathy Yanni
cathy@cathyyanni.com, pstrunk@browngreer.com

Andrew Yaphe on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility Revolving
Credit Facility
andrew.yaphe@davispolk.com, pge.dpw.routing@davispolk.com

Tacie H. Yoon on behalf of Interested Party Renaissance Reinsurance Ltd.
tyoon@crowell.com

Bennett G. Young on behalf of Creditor Mizuho Bank, Ltd.
byoung@jmbm.com, jb8@jmbm.com

Christopher L. Young on behalf of Interested Party Winding Creek Solar LLC
cyoung@cairncross.com, nspringstroh@cairncross.com

Christopher L. Young on behalf of Plaintiff Allco Renewable Energy Limited
cyoung@cairncross.com, nspringstroh@cairncross.com

Christopher L. Young on behalf of Plaintiff Bear Creek Solar LLC
cyoung@cairncross.com, nspringstroh@cairncross.com

Christopher L. Young on behalf of Plaintiff Foothill Solar LLC
cyoung@cairncross.com, nspringstroh@cairncross.com

Christopher L. Young on behalf of Plaintiff Hollister Solar LLC
cyoung@cairncross.com, nspringstroh@cairncross.com

Christopher L. Young on behalf of Plaintiff Kettleman Solar LLC
cyoung@cairncross.com, nspringstroh@cairncross.com

Christopher L. Young on behalf of Plaintiff Vintner Solar LLC
cyoung@cairncross.com, nspringstroh@cairncross.com

Christopher L. Young on behalf of Plaintiff Winding Creek Solar LLC
cyoung@cairncross.com, nspringstroh@cairncross.com

Nicole M. Zeiss on behalf of Interested Party Public Employees Retirement Association of New Mexico
nzeiss@labaton.com

Paul H. Zumbro on behalf of Debtor PG&E Corporation
mao@cravath.com

Brittany Zummer on behalf of Creditor Mirna Trettevik
bzummer@theadlerfirm.com, nfournier@theadlerfirm.com

Dario de Ghetaldi on behalf of Creditor Fire Victim Creditors
deg@coreylaw.com, lf@coreylaw.com

**19-30088 Notice will not be electronically mailed to:**

William B. Abrams
1519 Branch Owl Pl.
Santa Rosa, CA 95409

Carolyn Acosta
11163 W. Carriage Hill Ct.
Nampa, ID 83686

William L. Adams on behalf of Interested Party Cazadero Community Services District
Merrill, Arnone & Jones, LLP
3554 Round Barn Blvd., #303
Santa Rosa, CA 95403

E. Elliot Adler on behalf of Creditor Mirna Trettevik
Adler Law Group, APLC
402 W. Broadway, #860
San Diego, CA 92101

Max Africk on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Arocles Aguilar on behalf of Creditor California Public Utilities Commision
California Public Utilities Commission
505 Van Ness Ave.
San Francisco, CA 94102

Arocles Aguilar on behalf of Creditor California Public Utilities Commission
California Public Utilities Commission
505 Van Ness Ave.
San Francisco, CA 94102

Robert Albery
Associate General Counsel
Jacobs Engineering
9191 South Jamaica St.
Englewood, CO 80112

Mary E. Alexander on behalf of Interested Party Plaintiffs Executive Committee
Mary Alexander & Associates, P.C.
44 Montgomery St., #1303
San Francisco, CA 94104

Mary E. Alexander on behalf of Interested Party Plaintiffs Executive Committee appointed by the
Superior Court of the State of California, in and for the County of Alameda, in Case No. RG16843631
and related cases
Mary Alexander & Associates, P.C.
44 Montgomery St., #1303
San Francisco, CA 94104

Mark A. Angelov on behalf of Interested Party BOKF, NA
Arent Fox LLP
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019

Yelena Archiyan on behalf of Creditor Transwestern Pipeline Company, LLC
Akerman LLP
2001 Ross Ave., #3600
Dallas, TX 75201

Paul S. Aronzon on behalf of Creditor Committee Official Committee Of Unsecured Creditors
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067

Paul S. Aronzon on behalf of Interested Party Official Committee Of Unsecured Creditors
Milbank LLP
2029 Century Park East, 33rd Fl
Los Angeles, CA 90067

Avenue Strategic Opportunities Fund, LP
Attn: David Leinwand
11 West 42nd Street 9th Floor
New York, NY 10036

Axiom Advisors

,

BG Subrogation Partners I-A, L.L.C.
The Baupost Group, L.L.C.
10 St. James Avenue
17th Floor
Attn: Frederick H. Fogel
Boston, MA 02116

Khaldoun A. Baghdadi on behalf of Interested Party Individual Plaintiffs Executive Committee
Appointed by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination
Proceeding Number 4955, Pursuant to the terms of the
Walkup, Melodia, Kelly and Schoenberger
650 California St. 26th Fl.
San Francisco, CA 94108

Todd M. Bailey on behalf of Interested Party California Franchise Tax Board
California Franchise Tax Board
P.O.Box 1720, M.S. A-260
Rancho Cordova, CA 95741-1720

Mark I. Bane on behalf of Interested Party The Baupost Group, L.L.C.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Michael J. Barrie on behalf of Creditor ACRT, Inc.
Benesch, Friedlander, Coplan et LLP
222 Delaware Ave., #801
Wilmington, DE 19801

Bryan E. Bates on behalf of Creditor Southwire Company, LLC
Parker, Hudson, Rainer & Dobbs, LLP
303 Peachtree Street, Suite 3600
Atlanta, GA 30308

Robert Bean BSN, PHN, RN
5049 Russell Drive
Paradise, CA 95969

Xavier Becerra on behalf of Interested Party California Department of Toxic Substances Control
Office of the Attorney General
1515 Clay St., 20th Fl.
P.O. Box 70550
Oakland, CA 94612-0550

Xavier Becerra on behalf of Interested Party California Department of Water Resources
Office of the Attorney General
1515 Clay St., 20th Fl.

P.O. Box 70550
Oakland, CA 94612-0550

Carolynn K. Beck on behalf of Plaintiff Chico Rent-A-Fence
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Carolynn K. Beck on behalf of Plaintiff Gabriella's Eatery
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Carolynn K. Beck on behalf of Plaintiff Ponderosa Pest & Weed Control
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Carolynn K. Beck on behalf of Plaintiff David Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Carolynn K. Beck on behalf of Plaintiff Estefania Miranda
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Carolynn K. Beck on behalf of Plaintiff Gabriell Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Carolynn K. Beck on behalf of Plaintiff Jedidiah Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Carolynn K. Beck on behalf of Plaintiff Julia Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., 4400
Los Angeles, CA 90071

Christopher R. Belmonte on behalf of Interested Party International Business Machines Corp.
Satterlee Stephens LLP
230 Park Ave.
New York, NY 10169

Steven M. Berki on behalf of Creditor Fire Victim Creditors

Corey, Luzaich, De Ghetaldi & Riddle LLP
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669

Berman and Todderud LLP
,

Joshua B. Bevitz on behalf of Creditor Exponent, Inc.
Newmeyer & Dillion LLP
1333 N. California Blvd. #600
Walnut Creek, CA 94596

Martin J. Bienenstock on behalf of Interested Party Ad Hoc Group of Institutional Bondholders of
Pacific Gas and Electric Co.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

Martin J. Bienenstock on behalf of Interested Party Ad Hoc Group of Institutional Par Bondholders of
Pacific Gas and Electric Co.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

Philip Blanchard, Jr. on behalf of Creditor ARB, Inc.
Rutan & Tucker, LLP
611 Anton Blvd., #1400
Costa Mesa, CA 92626-1931

Todd Blischke on behalf of Creditor Ballard Marine Construction, Inc.
Williams Kastner
601 Union St., #4100
Seattle, WA 98101

Abigail D. Blodgett on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed
by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding
Number 4955, Pursuant to the terms of the
Cochett, Pitre & McCarthy, LLP
San Francisco Airport Office Center
840 Malcolm Rd., Suite 200
Burlingame, CA 94010

Kimberly Blowney
36816 Hilview Road
Hinkley, CA 92347

Carolyn Bolin
36310 Lenwood Road

Hinkley, CA 92347

William Bolin
36310 Lenwood Road
Hinkley, CA 92347

Pamela A. Bosswick on behalf of Interested Party International Business Machines Corp.
Abigail Snow
Satterlee Stephens LLP
230 Park Ave.
New York, NY 10169

Kevin Bostel on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Kevin Bostel on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

David H. Botter on behalf of Creditor Ad Hoc Committee of Senior Unsecured Creditors of Pacific Gas
and Electric Company
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Francis A. Bottini, Jr. on behalf of Interested Party Rick Bowlinger
Bottini & Bottini, Inc.
7817 Ivanhoe Ave. #102
La Jolla, CA 92037

Bradford Capital Management, LLC
1051 Bloomfield Avenue, Suite 10
Clifton, NJ 07012

Thomas J. Brandi on behalf of Creditor Debra Grassgreen
Law Offices of Thomas J. Brandi
345 Pine St. 3rd Fl
San Francisco, CA 94104

Alan R. Brayton on behalf of Interested Party Everett Waining, Jr.
Law Offices of Brayton and Purcell
222 Rush Landing Rd.
Novato, CA 94945

Allan S. Brilliant on behalf of Interested Party State Farm Mutual Automobile Insurance Company
Dechert LLP

1095 Avenue of the Americas
New York, NY 10036

Lynette Brown
P.O. Box 344
Hinkley, CA 92347

Matthew C. Brown on behalf of Interested Party San Diego Gas & Electric Company
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352

Matthew C. Brown on behalf of Interested Party San Diego Gas and Electric Co.
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352

Matthew C. Brown on behalf of Interested Party Sempra Energy
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352

Matthew C. Brown on behalf of Interested Party Southern California Gas Company
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352

Ronald Brown
42750 Orchard Rd.
Hinkley, CA 92347

Sandra L. Brown
42750 Orchard Rd.
Hinkley, CA 92347

Beth M. Brownstein on behalf of Interested Party BOKF, NA
Arent Fox LLP
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019

Beth M. Brownstein on behalf of Interested Party Bank of Oklahoma Financial
Arent Fox LLP
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019

Bob B. Bruner on behalf of Creditor MRC Global (US) Inc.
Norton Rose Fulbright US LLP
1301 McKinney #5100
Houston, TX 77010-3095

Bob B. Bruner on behalf of Interested Party MRC Global (US) Inc.
Norton Rose Fulbright US LLP
1301 McKinney #5100
Houston, TX 77010

Robert Bryson on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed by the
California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding
Number 4955, Pursuant to the terms of the
Robins Cloud LLP
808 Wilshire Boulevard, #450
Santa Monica, CA 90401

Frank Busch on behalf of Interested Party Public Employees Retirement Association of New Mexico
Wagstaffe, Von Loewenfeldt, Busch &
Radwick , LLP
100 Pine St., #725
San Francisco, CA 94111

Michael G. Busenkell on behalf of Interested Party Itron, Inc.
Morris, Nichols, Arsht and Tunnell
1201 N Market St.
P.O. Box 1347
Wilmington, DE 19899-1347

CHYF, Ltd
427 Bedford Rd
#230
Pleasantville, NY 10570

Sam V Cabrera
P.O. Box HD
Barstow, CA 92312

California Power Exchange Corporation
,

William C. Callaham on behalf of Creditor Molin-Wilcoxen Camp Fire Victims Group
Wilcoxen Callaham, LLP
2114 K St.
Sacramento, CA 95816

Timothy G. Cameron on behalf of Debtor PG&E Corporation
Cravath, Swaine & Moore LLP
Worldwide Plaza

825 8th Ave.
New York, NY 10019

Kevin M. Capuzzi on behalf of Creditor ACRT, Inc.
Benesch, Friedlander, Coplan et LLP
222 Delaware Ave., #801
Wilmington, DE 19801

Kevin M. Capuzzi on behalf of Creditor Infosys Limited
Benesch, Friedlander, Coplan et LLP
222 Delaware Ave., #801
Wilmington, DE 19801

Eric and Julie Carlson
P.O. Box 407
Calistoga, CA 94515

James Carr on behalf of Creditor Tata Consultancy Services
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10078

Augustin Carrera
866 Gina Ct.
Upland, CA 91784

Maritza Carrera
866 Gina Ct.
Upland, CA 91784

David S. Casey on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North
Bay Fire Litigation of October 2017 and the Camp Fire Litigation
Casey Gerry Schenk Francavilla Blatt &
Penfield, LLP
110 Laurel St.
San Diego, CA 92101

Amy Caton on behalf of Interested Party PG&E Holdco Group
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Patricia I. Chen on behalf of Interested Party The Baupost Group, L.L.C.
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Cherokee Debt Acquisition, LLC

Attn: Vladimir Jelisavcic
1325 Avenue of Americas, 28th Fl.
New York, NY 10019

Donald Chewning
463 Wooster Ave Apt D12
San Jose, CA 95116

Kevin Chiu on behalf of Interested Party Marubeni Corporation
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Kevin Chiu on behalf of Interested Party NRG Energy Inc., Clearway Energy, Inc., and Clearway
Energy Group LLC
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Kevin Chiu on behalf of Interested Party TerraForm Power, Inc.
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Kevin Chiu on behalf of Intervenor Clearway Energy Group LLC
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Kevin Chiu on behalf of Intervenor Clearway Energy, Inc.
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Kevin Chiu on behalf of Intervenor MC Shiloh IV Holdings LLC
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Kevin Chiu on behalf of Intervenor NRG Energy, Inc.
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Kevin Chiu on behalf of Intervenor TerraForm Power, Inc.
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Michelle Choi on behalf of Creditor Ad Hoc Committee of Holders of Trade Claims
Gibson, Dunn & Crutcher LLP
333 South Grand Ave.
Los Angeles, CA 90071

Joel A Christinson
P.O. Box 9048
Alta Loma, CA 91701

Steve Christopher
P.O. Box 281
Altaville, CA 95221

Patricia A. Cirucci on behalf of Interested Party Southern California Edison
Southern California Edison Company
2244 Walnut Grove Ave., 3rd Fl.
Rosemead, CA 91770

CitiGroup Financial Products Inc.
388 Greenwich Street
Trading Tower 6th Floo
New York, NY 10013

Brian M. Clarke on behalf of Interested Party Columbus Hill Capital Management, L.P.
Hunton Andrews Kurth LLP
200 Park Ave.
New York, NY 10166

Patrick B. Clayton on behalf of Creditor GER Hospitality, LLC
Law Offices of Francis O. Scarpulla
456 Montgomery St. 17th Fl.
San Francisco, CA 94104

Patrick B. Clayton on behalf of Creditor Richard W. Carpeneti
Law Offices of Francis O. Scarpulla
456 Montgomery St. 17th Fl.
San Francisco, CA 94104

Owen Clements on behalf of Creditor City and County of San Francisco
San Francisco City Attorneys Office
1390 Market Street, 7th Floor
San Francisco, CA 94102

Alicia Clough on behalf of Interested Party California Power Exchange Corporation
Loeb & Loeb LLP
10100 Santa Monica Blvd. #2200
Los Angeles, CA 90067

Cohanzick Management LLC

427 Bedford Rd
#230
Pleasantville, NY 10570

Janine Cohen on behalf of Plaintiff Chico Rent-A-Fence
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Janine Cohen on behalf of Plaintiff Gabriella's Eatery
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Janine Cohen on behalf of Plaintiff Ponderosa Pest & Weed Control
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Janine Cohen on behalf of Plaintiff David Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Janine Cohen on behalf of Plaintiff Estefania Miranda
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Janine Cohen on behalf of Plaintiff Gabriell Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Janine Cohen on behalf of Plaintiff Jedidiah Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Janine Cohen on behalf of Plaintiff Julia Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Marc Cohen on behalf of Interested Party California Power Exchange Corporation
Loeb & Loeb LLP
10100 Santa Monica Blvd. #2200
Los Angeles, CA 90067

Marc S. Cohen on behalf of Interested Party California Power Exchange Corporation
Loeb & Loeb LLP
10100 Santa Monica Blvd., #2200
Los Angeles, CA 90067

Kathryn A. Coleman on behalf of Creditor Hyundai Corporation USA
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004

Kevin M. Coles on behalf of Creditor Liberty Mutual Insurance Company
Stewart Sokol and Larkin LLC
2300 SW 1st Ave. #200
Portland, OR 97201

Contrarian Funds, LLC
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830

Alison E. Cordova on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed
by the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding
Number 4955, Pursuant to the terms of the
Cochett, Pitre & McCarthy, LLP
San Francisco Airport Office Center
840 Malcolm Rd., Suite 200
Burlingame, CA 94010

Corre Horizon Fund, LP
12 East 49th Street, Suite 4003
New York, NY 10017

Corre Opportunities II Master Fund, LP
12 East 49th Street, Suite 4003
New York, NY 10017

Corre Opportunities Qualified Master Fund, LP
12 East 49th Street, Suite 4003
New York, NY 10017

Joseph Corrigan on behalf of Creditor Iron Mountain Information Management, LLC
One Federal Street
Boston, MA 02110

Clell Courtney
25595 Ash Rd.
Barstow, CA 92311

Hennie Courtney
25595 Ash Rd.

Barstow, CA 92311

Cowen Special Investments LLC
599 Lexington Avenue, 21st Floor
New York, NY 10022

Creditor Liquidity LLC
3536 Los Pinos Drive
Santa Barbara, CA 93105

Adam Cronin
101 Hannaford Ct.
Folsom, CA 95630

Leo T. Crowley on behalf of Creditor BANK OF AMERICA N.A
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

Leo T. Crowley on behalf of Interested Party Wilmington Trust, National Association
31 West 52nd St.
New York, NY 10019

Ivo G. Daniele on behalf of Creditor ERM-West, Inc.
Newmeyer & Dillion LLP
1333 N. California Blvd., #600
Walnut Creek, CA 94596

Michael S. Danko on behalf of Creditor Fire Victim Creditors
O'Reilly, Collins and Danko
2500 Sand Hill Rd. #201
Menlo Park, CA 94025

Laurie A. Deuschel
5120 2nd St.
Rocklin, CA 95677

Navi Dhillon on behalf of Interested Party NRG Energy Inc., Clearway Energy, Inc., and Clearway
Energy Group LLC
Baker Botts L.L.P.
101 California St., #3600
San Francisco, CA 94111

Navi Dhillon on behalf of Intervenor Clearway Energy Group LLC
Baker Botts L.L.P.
101 California St., #3600
San Francisco, CA 94111

Navi Dhillon on behalf of Intervenor Clearway Energy, Inc.

Baker Botts L.L.P.
101 California St., #3600
San Francisco, CA 94111

Navi Dhillon on behalf of Intervenor MC Shiloh IV Holdings LLC
Baker Botts L.L.P.
101 California St., #3600
San Francisco, CA 94111

Navi Dhillon on behalf of Intervenor NRG Energy, Inc.
Baker Botts L.L.P.
101 California St., #3600
San Francisco, CA 94111

Navi Dhillon on behalf of Intervenor TerraForm Power, Inc.
Baker Botts L.L.P.
101 California St., #3600
San Francisco, CA 94111

Diameter Master Fund LP
,

Ira S. Dizengoff on behalf of Creditor Ad Hoc Committee of Senior Unsecured Creditors of Pacific Gas
and Electric Company
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Neal P. Donnelly on behalf of Creditor California Public Utilities Commision
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Neal P. Donnelly on behalf of Creditor California Public Utilities Commission
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Ginn M. Doose
c/o P.O. 2310
Clearlake, CA 95422

William J. Dorsey on behalf of Interested Party Lazard Freres & Co. LLC
Katten Muchin Rosenman LLP
525 West Monroe St.
Chicago, IL 60661-3693

Cloudell Douglas
,

Cindy Sue Downing
36670 Lakeview Rd.
Hinkley, CA 92347

Jeffrey A. Dubbin on behalf of Interested Party Public Employees Retirement Association of New Mexico
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

Thomas A. Dubbs on behalf of Interested Party Public Employees Retirement Association of New Mexico
Labaton Sucharow LLP
140 Broadway
New York, NY 10005

Dundon Advisers LLC
440 Mamaroneck Ave.
Harrison, NY 10528

Andrew Dykens on behalf of Interested Party BOKF, NA
Arent Fox LLP
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019

James M. Eaneman, Sr.
11672 East Arabian Park Dr.
Scottsdale, AZ 85259

Daniel G. Egan on behalf of Interested Party Elliott Management Corporation
Ropes and Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Epiq Corporate Restructuring, LLC
Attn: PG&E UCC and PG&E TCC
777 Third Ave., 12th Floor
New York, NY 10017

Sander L. Esserman on behalf of Interested Party Public Entities Impacted by the Wildfires
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan St. #2200
Dallas, TX 75201-2689

Gary J. Estenson
,

Fair Harbor Capital, LLC

PO Box 237037
New York, NY 10023

Darwin E. Farrar on behalf of Interested Party The Public Advocates Office at the California Public
Utilities
The Public Advocates Office
California Public Utilities Commission
505 Van Ness Avenue
San Francisco, CA 94102

Shadi Farzan on behalf of Interested Party PG&E Holdco Group
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center, 17th Fl.
San Francisco, CA 94111-4109

Benjamin D. Feder on behalf of Creditor Kompogas SLO LLC
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10078

Benjamin D. Feder on behalf of Creditor Tata Consultancy Services
Kelley Drye & Warren LLP
101 Park Ave.
New York, NY 10078

Debra Felder on behalf of Interested Party Arlington Wind Power Project LLC
Orrick, Herrington & Sutcliffe LLP
1152 15th St., NW
Washington, DC 20005

Debra Felder on behalf of Interested Party EDP Renewables North America LLC
Orrick, Herrington & Sutcliffe LLP
1152 15th St., NW
Washington, DC 20005

Debra Felder on behalf of Interested Party Rising Tree Wind Farm II LLC
Orrick, Herrington & Sutcliffe LLP
1152 15th St., NW
Washington, DC 20005

Steven H. Felderstein on behalf of Interested Party California Department of Toxic Substances Control
Felderstein Fitzgerald Willoughby et al
500 Capitol Mall #2250
Sacramento, CA 95814

Steven H. Felderstein on behalf of Interested Party California Department of Water Resources
Felderstein Fitzgerald Willoughby et al
500 Capitol Mall #2250
Sacramento, CA 95814

Jamie J. Fell on behalf of Interested Party Board of PG&E Corporation
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Jamie J. Fell on behalf of Interested Party Board of Pacific Gas and Electric Company
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Jamie J. Fell on behalf of Interested Party Certain Current and Former Independent Directors
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Maximilian A. Ferullo on behalf of Interested Party California Self-Insurers' Security Fund
Nixon Peabody LLP
55 West 46th St.
New York, NY 10036

Tom Findley
36816 Hilview Road
Hinkley, CA 92347

Michael A. Firestein on behalf of Interested Party Ad Hoc Group of Institutional Par Bondholders of
Pacific Gas and Electric Co.
Proskauer Rose LLP
29 Century Park East, #2400
Los Angeles, CA 90067

John Fiske on behalf of Interested Party Public Entities Impacted by the Wildfires
Baron & Budd P.C.
3102 Oak Lawn Avenue #1100
Dallas, TX 75219

Kelly A. Fitch
,

Jeffrey S. Flashman on behalf of Creditor AA/ Acme Locksmiths, Inc.
McGuinness & Associates
3858 Carson St., #301
Torrance, CA 90503

Theresa A. Foudy on behalf of Interested Party Lazard Freres & Co. LLC
Katten Muchin Rosenman LLP
575 Madison Ave.
New York, NY 10022-2585

Manuel Salvador Franco
c/o 3147 Michigan Ave.
Stockton, CA 95204

Aquilla Frederick
20455 Halstead Road
Hinkley, CA 92347

Loren Freeman
,

Leslie A. Freiman, Esq. on behalf of Interested Party EDP Renewables North America LLC
c/o EDP Renewables North America LLC
808 Travis, #700
Houston, TX 77002

Jared R. Friedmann on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153

Vinton Frost
391 Ellis St.
San Francisco, CA 94102

Steven Fruchter on behalf of Interested Party AT&T Corp.
Arnold & Porter Kaye Scholer LLP
250 W 55th St.
New York, NY 10019

Fulcrum Credit Partners LLC
111 Congress Avenue, Suite 2550
Austin, TX 78701-4044

Richard-Reyes Gallegos
c/o 4719 Quail Lakes Dr., Suite G
PMB 166
Stockton, CA 95207

Victorian Gann
,

Gwen Gardner
,

Matthew G. Garofalo on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative Agent
Stroock & Stroock & Lavan LLP
180 Maiden Ln.
New York, NY 10038-4982

Martin Garza
P.O. Box
Hinkley, CA 92347

Andriana Georgallas on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Andriana Georgallas on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Eric Gibbs on behalf of Creditor Fire Victim Creditors
Gibbs Law Group
505 14th St., #1110
Oakland, CA 94612

Erez E. Gilad on behalf of Creditor JPMorgan Chase Bank, N.A., as DIP Administrative Agent
Stroock & Stroock & Lavan LLP
180 Maiden Ln.
New York, NY 10038-4982

Jerry Gladstone
364 Singing Brook Circle
Santa Rosa, CA 95409

Amanda C. Glaubach on behalf of Interested Party Compass Lexecon, LLC
Togut, Segal & Segal LLP
One Penn Plaza, #3335
New York, NY 10119

Leah S. Goldberg on behalf of Interested Party East Bay Community Energy Authority
General Counsel
1111 Broadway, 3rd Flr.
Oakland, CA 94607

Leonard P. Goldberger on behalf of Interested Party Allianz Global Corporate & Specialty
Stevens & Lee, P.C.
620 Freedom Business Center, #200
King of Prussia, PA 19406

Richard A. Golden
9437 Wooded Glen Ave.
Burke, VA 22015

Stephanie L. Golden

9437 Wooded Glen Ave.
Burke, VA 22015

Nicholas Goldin on behalf of Interested Party Board of PG&E Corporation
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Nicholas Goldin on behalf of Interested Party Board of Pacific Gas and Electric Company
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Nicholas Goldin on behalf of Interested Party Certain Current and Former Independent Directors
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Ronald L.M. Goldman on behalf of Creditor Majesti Mai Bagorio, etc.
Baum Hedlund Artistei & Goldman, PC
10940 Wilshire Blvd., 17th Fl.
Los Angeles, CA 90024

Stuart J. Goldring on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Ave.
New York, NY 10153

Douglas R. Gooding on behalf of Creditor Liberty Mutual Insurance Company
Choate, Hall and Stewart LLP
Two International Pl.
Boston, MA 02110

Matthew Goren on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Matthew Goren on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Debra L. Grassgreen on behalf of Interested Party The Baupost Group, L.L.C.
Pachulski Stang Ziehl & Jones LLP
150 California St., 15th Fl.
San Francisco, CA 94111

Timothy Graulich on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility

Revolving Credit Facility
Davis Polk and Wardwell LLP
450 Lexington Ave.
New York, NY 10017

William R. Greendyke on behalf of Creditor Berry Petroleum Company, LLC
Norton Rose Fulbright US LLP
1301 McKinney #5100
Houston, TX 77010-3095

William R. Greendyke on behalf of Creditor MRC Global (US) Inc.
Norton Rose Fulbright US LLP
1301 McKinney #5100
Houston, TX 77010-3095

William R. Greendyke on behalf of Interested Party MRC Global (US) Inc.
Norton Rose Fulbright US LLP
1301 McKinney #5100
Houston, TX 77010-3095

Robert Grimm
4344 Combs Canyon Rd.
Carson City, NV 89703

Mark S. Grotefeld on behalf of Interested Party Nationwide Entities
Grotefeld Hoffmann
700 Larkspur Landing Circle, #280
Larkspur, CA 94939

James W. Grudus on behalf of Interested Party AT&T Corp.
One AT&T Way, Rm 3A115
Bedminster, NJ 07921

P. Camille Guerra on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North
Bay Fire Litigation of October 2017 and the Camp Fire Litigation
Casey Gerry Schenk Francavilla Blatt &
Penfield, LLP
110 Laurel St.
San Diego, CA 92101

Gary and Jeanne Hagerman
,

Hain Capital Group, LLC
301 Route 17
6th Floor
Rutherford, NJ 07070

Marcus T. Hall on behalf of Creditor Southern Power Company

Troutman Sanders LLP
3 Embarcadero Center, #800
San Francisco, CA 94111

Marcus T. Hall on behalf of Intervenor Southern Power Company
Troutman Sanders LLP
3 Embarcadero Center, #800
San Francisco, CA 94111

Jeremiah F. Hallisey on behalf of Creditor Anita Freeman
Hallisey and Johnson
465 California St., #405
San Francisco, CA 94104

Jeremiah F. Hallisey on behalf of Creditor Fuguan O'Brien
Hallisey and Johnson
465 California St., #405
San Francisco, CA 94104

Jeremiah F. Hallisey on behalf of Creditor Karen Roberds
Hallisey and Johnson
465 California St., #405
San Francisco, CA 94104

Jeremiah F. Hallisey on behalf of Creditor Ming O'Brien
Hallisey and Johnson
465 California St., #405
San Francisco, CA 94104

Jeremiah F. Hallisey on behalf of Creditor William K O'Brien
Hallisey and Johnson
465 California St., #405
San Francisco, CA 94104

Jeremiah F. Hallisey on behalf of Creditor William N Steel
Hallisey and Johnson
465 California St., #405
San Francisco, CA 94104

Daniel E. Halloran
17582 Chaparral Drive
Penn Valley, CA 95946

Gary Halstead
20455 Halstead Road
Hinkley, CA 92347

Norman Halsted
20455 Halstead Road

Hinkley, CA 92347

Christopher J. Harney on behalf of Creditor Turner Construction Company
Seyfarth Shaw LLP
560 Mission St., #3100
San Francisco, CA 94105

Christopher Harris on behalf of Interested Party Crockett Cogeneration
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Christopher Harris on behalf of Interested Party MRP San Joaquin Energy, LLC
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Christopher Harris on behalf of Interested Party Middle River Power, LLC
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Christopher Harris on behalf of Intervenor Crockett Cogeneration
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Christopher Harris on behalf of Intervenor MRP San Joaquin Energy, LLC
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Christopher Harris on behalf of Intervenor Middle River Power, LLC
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Theodore J. Hartl on behalf of Creditor Campos EPC, LLC
Ballard Spahr LLP
1225 17th St., #2300
Denver, CO 80202

Keith Hawes
P.O. Box 376
Hinkley, CA 92347

David A. Herman on behalf of Debtor PG&E Corporation
Cravath, Swaine & Moore LLP
825 Eighth Avenue

New York, NY 10019

David A. Herman on behalf of Debtor Pacific Gas and Electric Company
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019

Brian S. Hermann on behalf of Creditor California Public Utilities Commision
Law Offices of Brian S. Hermann
1285 Avenue of the Americas
New York, NY 10019-6064

Brian S. Hermann on behalf of Creditor California Public Utilities Commission
Law Offices of Brian S. Hermann
1285 Avenue of the Americas
New York, NY 10019-6064

Rosalba Hernandez
18284 Pacific St.
Hesperia, CA 92345

High Five Capital LLC
15 E 67th Street, 6th Floor
New York, NY 10065

Matthew L. Hinker on behalf of Interested Party Governor Gavin Newsom
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036

George Hofmann on behalf of Creditor Western Electricity Coordinating Council
Cohne Kinghorn, P.C.
111 East Broadway 11th Fl.
Salt Lake City, UT 84111

Shirley Holcroft
P.O. Box HD
Barstow, CA 92312

Wendy Hopkins
2733 16th st.
Sacramento, CA 95818

Monique B. Howery on behalf of Creditor Lodi Gas Storage, L.L.P.
Reed Smith LLP
10 S. Wacker Dr., 40th Flr.
Chicago, IL 60606

Monique B. Howery on behalf of Creditor Nevada Irrigation District

Reed Smith LLP
10 S. Wacker Dr., 40th Flr.
Chicago, IL 60606

Monique B. Howery on behalf of Creditor Wild Goose, LLC
Reed Smith LLP
10 S. Wacker Dr., 40th Flr.
Chicago, IL 60606

Dylan Hughes on behalf of Creditor Fire Victim Creditors
Gibbs Law Group
505 14th St., #1110
Oakland, CA 94612

Hunton Andrews Kurth LLP
,

Hypower, Inc.
2229 Harbor Bay Parkway
Alameda, CA 94502

International Business Machines Corp
Attn: Marie-Josee Dube
IBM Corporation
275 Viger East
Montreal, QC H2X 3R7
Canada,

Peter A. Ivanick on behalf of Creditor McKinsey & Company, Inc. U.S.
Hogan Lovells US LLP
875 Third
San Francisco, CA 94111

JPMorgan Chase Bank, N.A.
,

Alan J. Jang on behalf of Interested Party Nationwide Entities
Jang & Associates, LLP
1766 Lacassie Ave., #200
Walnut Creek, CA 94596

Darlene Herring Jenkins
P.O. Box 376
Hinkley, CA 92347

Scott E. Jenny on behalf of Interested Party Adam J. McNulty
Jenny & Jenny, LLP
736 Ferry St.
Martinez, CA 94553

Scott E. Jenny on behalf of Interested Party Andrew M. Kleiber
Jenny & Jenny, LLP
736 Ferry St.
Martinez, CA 94553

Scott E. Jenny on behalf of Interested Party John L. Hansen
Jenny & Jenny, LLP
736 Ferry St.
Martinez, CA 94553

Scott E. Jenny on behalf of Interested Party Lucille J. McNulty
Jenny & Jenny, LLP
736 Ferry St.
Martinez, CA 94553

Scott E. Jenny on behalf of Interested Party Mario Oliveros, Jr.
Jenny & Jenny, LLP
736 Ferry St.
Martinez, CA 94553

Scott E. Jenny on behalf of Interested Party Marisa T. Mulladi-Kleiber
Jenny & Jenny, LLP
736 Ferry St.
Martinez, CA 94553

Scott E. Jenny on behalf of Interested Party Phoebe Wong-Oliveros
Jenny & Jenny, LLP
736 Ferry St.
Martinez, CA 94553

Shelby A. Jordan on behalf of Creditor A&J Electric Cable Corporation
Jordan, Holzer & Ortiz, PC
500 N. Shoreline #900
Corpus Christi, TX 78401

Andrew Paul Kangas
15 Boardman Pl. 2nd Fl.
San Francisco, CA 94103

Stephen Karotkin on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Stephen Karotkin on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Thomas G. Kelch on behalf of Creditor County of San Luis Obispo
Lamb & Kawakami LLP
333 South Grand Ave., #4200
Los Angeles, CA 90071

Michael A. Kelly on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed by
the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding
Number 4955, Pursuant to the terms of the
Walkup, Melodia, Kelly and Schoenberger
650 California St. 26th Fl.
San Francisco, CA 94108

Mimi Kennedy
6535 Langdon Ave.
Van Nuys, CA 91406

Kern County Taxpayers Association
1401 19th St., #200
Bakersfield, CA 93301

Justin A. Kesselman on behalf of Interested Party BOKF, NA
Arent Fox LLP
800 Boylston St., 32nd Fl.
Boston, MA 02199

Aurang Zaib Khan
1969 East Cooley Ave
San Bernardino, CA 92408

Yvonne Kirkpatrick
23394 Alcudia Road
Hinkley, CA 92347

Kenneth N. Klee on behalf of Interested Party NextEra Energy Inc., et al.
Klee, Tuchin, Bogdanoff and Stern
1999 Avenue of the Stars, 39th Fl.
Los Angeles, CA 90067

Kenneth N. Klee on behalf of Interested Party NextEra Energy Inc., et al.
Klee, Tuchin, Bogdanoff and Stern
1999 Avenue of the Stars, 39th Flr.
Los Angeles, CA 90067

Kenneth N. Klee on behalf of Intervenor NextEra Energy, Inc.
Klee, Tuchin, Bogdanoff and Stern
1999 Avenue of the Stars, 39th Fl.
Los Angeles, CA 90067

Banjamin M. Kleinman on behalf of Creditor Oldcastle Infrastructure, Inc. f/k/a Oldcastle Precast, Inc.
and affiliates
Kilpatrick Townsend & Stockton LLP
Two Embarcadero Center, Suite 1900
San Francisco, CA 94111

Marilyn S. Klinger on behalf of Creditor XL Specialty Insurance Company
SMTD Law LLP
355 S. Grand Ave., #2450
Los Angeles, CA 90071

Bernard J Kornberg on behalf of Interested Party HDI Global Specialty SE
Law Offices of Severson and Werson
1 Embarcadero Center #2600
San Francisco, CA 94111

Bernard J Kornberg on behalf of Interested Party Liberty Specialty Markets
Law Offices of Severson and Werson
1 Embarcadero Center #2600
San Francisco, CA 94111

Kevin Kramer on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Kevin Kramer on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Andreas Krebs
San Francisco, CA

Brendan M. Kunkle on behalf of Creditor Fire Victim Creditors
Abbey, Weitzenberg, Hoffman, Warren etal
100 Stony Point Rd., #200
Santa Rosa, CA 95401

David H. Kwasniewski on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of
Pacific Gas and Electric Company
BraunHagey & Borden LLP
351 California St., 10th Fl.
San Francisco, CA 94104

Robert J. Labate on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY
Holland & Knight LLP
50 California St., #2800
San Francisco, CA 94111

Robert J. Labate on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS,
Holland & Knight LLP
50 California St., #2800
San Francisco, CA 94111

Robert J. Labate on behalf of Interested Party DEUTSCHE BANK NATIONAL TRUST COMPANY
Holland & Knight LLP
50 California St., #2800
San Francisco, CA 94111

Kathy Labriola
1307 University Ave.
Berkeley, CA 94702

Daniel Laguardia on behalf of Interested Party Agua Caliente Solar, LLC
Shearman & Sterling LLP
535 Mission St., 25th Fl.
San Francisco, CA 94105

Daniel Laguardia on behalf of Interested Party MC Shiloh IV Holdings LLC
Shearman & Sterling LLP
535 Mission St., 25th Fl.
San Francisco, CA 94105

Daniel Laguardia on behalf of Interested Party NRG Energy Inc., Clearway Energy, Inc., and Clearway
Energy Group LLC
Shearman & Sterling LLP
535 Mission St., 25th Fl.
San Francisco, CA 94105

Daniel Laguardia on behalf of Interested Party Solar Partners II LLC
Shearman & Sterling LLP
535 Mission St., 25th Fl.
San Francisco, CA 94105

Daniel Laguardia on behalf of Interested Party Solar Partners VIII LLC
Shearman & Sterling LLP
535 Mission St., 25th Fl.
San Francisco, CA 94105

Daniel Laguardia on behalf of Interested Party TerraForm Power, Inc.
Shearman & Sterling LLP
535 Mission St., 25th Fl.
San Francisco, CA 94105

Kevin J. Lamb on behalf of Creditor County of San Luis Obispo
Lamb & Kawakami LLP
333 South Grand Ave., #4200

Los Angeles, CA 90071

Donald A. Larkin on behalf of Interested Party City of Morgan Hill
City of Morgan Hill
17575 Peak Ave.
Morgan Hill, CA 96037-4128

Latham & Watkins LLP
355 South Grand Ave., Ste. 100
Los Angeles, CA 90071

Thomas E. Lauria on behalf of Interested Party San Diego Gas & Electric Company
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352

Thomas E. Lauria on behalf of Interested Party San Diego Gas and Electric Co.
Law Offices of White and Case
Southeast Financial Center
200 South Biscayne Blvd. #4900
Miami, FL 33131-2352

Thomas E. Lauria on behalf of Interested Party Sempra Energy
Law Offices of White and Case
Southeast Financial Center
200 South Biscayne Blvd. #4900
Miami, FL 33131-2352

Thomas E. Lauria on behalf of Interested Party Sempra Energy
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352

Thomas E. Lauria on behalf of Interested Party Southern California Gas Company
Law Offices of White and Case
Southeast Financial Center
200 South Biscayne Blvd. #4900
Miami, FL 33131-2352

Thomas E. Lauria on behalf of Interested Party Southern California Gas Company
White & Case LLP
Southeast Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131-2352

Lazard Freres & Co.
Lazard Freres & Co. LLC

30 Rockefeller Plaza, 48th Fl.
New York, NY 10020

Donna Learmont
37241 Sycamore Street
Hiinkley, CA 92347

John Lemon on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors
Singleton Law Firm, APC
450 A St., 5th Fl.
San Diego, CA 92101

John Lemon on behalf of Creditor SLF Fire Victim Claimants
Singleton Law Firm, APC
450 A St., 5th Fl.
San Diego, CA 92101

Andrew Levine on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific
Gas and Electric Company
BraunHagey & Borden LLP
351 California St., 10th Fl.
San Francisco, CA 94104

Howard M. Levine on behalf of Interested Party Wilson Construction Company
Law Offices of Sussman and Shank
1000 SW Broadway #1400
Portland, OR 97205

Kim Martin Lewis on behalf of Interested Party G4S Secure Integration LLC
Law Offices of Dinsmore and Shohl
1900 Chemed Center
255 E 5th St.
Cincinnati, OH 45202

Kim Martin Lewis on behalf of Interested Party G4S Secure Solutions (USA) Inc.
Law Offices of Dinsmore and Shohl
1900 Chemed Center
255 E 5th St.
Cincinnati, OH 45202

Jessica Liou on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Jessica Liou on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Brian Lohan on behalf of Interested Party AT&T Corp.
Arnold & Porter Kaye Scholer LLP
250 W 55th St.
New York, NY 10019

Melissa Davis Lowe on behalf of Interested Party Cushman & Wakefield, Inc.
Shulman Hodges & Bastian LLP
100 Spectrum Center Dr., #600
Irvine, CA 92618

Jeffrey H. Lowenthal on behalf of Creditor Tanforan Industrial Park, LLC
Steyer, Lowenthal, Boodrookas et al
235 Pine St., 15th Fl.
San Francisco, CA 94104

Lauren Macksoud on behalf of Interested Party Capital Power Corporation
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Lauren Macksoud on behalf of Interested Party Halkirk I Wind Project LP
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Mammoth One LLC
4 Embarcadero Center
17 Floor
Attn: Michael Lauter, Esq,
San Francisco, CA 94111

Mammoth Three, LLC
4 Embarcadero Center
17th Floor
San Francisco, CA 94111

Steven Micheal Manley
2254 Ordihance Rd.
Santa Rosa, CA 95403

Paul Mantor
,

Sumble Manzoor on behalf of Creditor Fire Victim Creditors
Corey, Luzaich, De Ghetaldi & Riddle LLP
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669

Jonathan D. Marshall on behalf of Creditor Liberty Mutual Insurance Company
Choate, Hall & Stewart LLP
Two International Pl.
Boston, MA 02110

Nicholas A. Marten on behalf of Interested Party BOKF, NA
Arent Fox LLP
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019

Juliana Martinez
36633 Hidden River Rd
Hinkley, CA 92347

Manuel Martinez
36633 Hidden River Rd
Hinkley, CA 92347

Colleen Mast
P.O. Box 12734
Oakland, CA 94604

Candace Matthiesen
36709 Hidden River Road
Hinkley, CA 92347

Charles Matthiesen
3771 Hidden River Road
Hinkley, CA 92347

David Matthiesen
36709 Hidden River Road
Hinkley, CA 92347

Matsue Matthiesen
3771 Hidden River Road
Hinkley, CA 92347

Eric May
Senior Deputy County Counsel
County of Yolo
625 Ct. St., #201
Woodland, CA 95695

David Mayo on behalf of Interested Party BOKF, NA
Arent Fox LLP
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019

John McCusker
Bank of America Tower
Mail code NY1-100-21-01
One Bryant Park
New York, NY 10036

John McCusker on behalf of Creditor BANK OF AMERICA N.A
Bank of America Tower
Mail code: NY1-100-21-01
One Bryant Park
New York, NY 10036

Matthew L. McGinnis on behalf of Interested Party Elliott Management Corporation
Ropes and Gray LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600

Lorraine McGowen on behalf of Interested Party Arlington Wind Power Project LLC
Orrick, Herrington & Sutcliffe LLP
51 West 52nd St.
New York, NY 10019

Lorraine McGowen on behalf of Interested Party EDP Renewables North America LLC
Orrick, Herrington & Sutcliffe LLP
51 West 52nd St.
New York, NY 10019

Lorraine McGowen on behalf of Interested Party Rising Tree Wind Farm II LLC
Orrick, Herrington & Sutcliffe LLP
51 West 52nd St.
New York, NY 10019

Joseph G. McGuinness on behalf of Creditor AA/ Acme Locksmiths, Inc.
McGuinness & Associates
3858 Carson St., #301
Torrance, CA 90503

Mark McKane on behalf of Interested Party Calpine Corporation
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104

Mark McKane on behalf of Intervenor Calpine Corporation
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104

Kathrine A. McLendon on behalf of Interested Party Board of PG&E Corporation
Simpson, Thacher and Bartlett
425 Lexington Ave.
New York, NY 10017

Kathrine A. McLendon on behalf of Interested Party Board of Pacific Gas and Electric Company
Simpson, Thacher and Bartlett
425 Lexington Ave.
New York, NY 10017

Kathrine A. McLendon on behalf of Interested Party Certain Current and Former Independent Directors
Simpson, Thacher and Bartlett
425 Lexington Ave.
New York, NY 10017

Jason C. Meek
,

Kristine K. Meredith on behalf of Creditor Fire Victim Creditors
Danko Meredith
333 Twin Dolphin Dr., #145
Redwood Shores, CA 94065

James Mesterharm
Alix Partners
909 3rd Ave., 30th Fl.
New York, NY 10022

Robert Miller
37241 Sycamore Street
Hinkley, CA 92347

Shawn R. Miller on behalf of Creditor Fire Victim Creditors
Danko Meredith
333 Twin Dolphin Dr., #145
Redwood Shores, CA 94065

Sherry J. Millman on behalf of Creditor Mizuho Bank, Ltd.
Stroock & Stroock & Lavan LLP
180 Maiden Ln.
New York, NY 10038-4982

John W. Mills, III on behalf of Creditor BrightView Enterprise Solutions, LLC
Taylor English Duma LLP
1600 Parkwood Circle, #200
Atlanta, GA 30339

John W. Mills, III on behalf of Creditor BrightView Landscape Services, Inc.
Taylor English Duma LLP

1600 Parkwood Circle, #200
Atlanta, GA 30339

John W. Mills, III on behalf of Creditor Granite Construction Company
Taylor English Duma LLP
1600 Parkwood Circle, #200
Atlanta, GA 30339

John W. Mills, III on behalf of Creditor Granite Construction Incorporated
Taylor English Duma LLP
1600 Parkwood Circle, #200
Atlanta, GA 30339

Karen Norene Mills on behalf of Interested Party California Farm Bureau Federation
California Farm Bureau Federation
2300 River Plaza Dr.
Sacramento, CA 95833

Mark A. Minich
Assistant General Counsel
Kinder Morgan, Inc.
Two North Nevada
Colorado Springs, CO 80903

Mark A. Minich on behalf of Creditor Ruby Pipeline, L. L. C
Assistant General Counsel
Kinder Morgan, Inc.
Two North Nevada
Colorado Springs, CO 80903

Douglas Mintz on behalf of Creditor Centerbridge Partners, L.P.
Orrick, Herrington & Sutcliffe LLP
1152 15th St., NW
Washington, DC 20005-1706

Mission Constructors
2235 Palou Ave.
San Francisco, CA 94124

John E. Mitchell on behalf of Creditor Transwestern Pipeline Company, LLC
Law Offices of Vinson and Elkins
3700 Trammell Crow Center
2001 Ross Ave.
Dallas, TX 75201-2975

Sean A. Mitchell on behalf of Creditor California Public Utilities Commision
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Sean A. Mitchell on behalf of Creditor California Public Utilities Commission
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Stephen Moeller-Sally on behalf of Interested Party Elliott Management Corporation
Ropes and Gray LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600

Richard J. Molin on behalf of Creditor Molin-Wilcoxen Camp Fire Victims Group
Stewart, Humpherys, Burchett and Molin
P.O. Box 720
Chico, CA 95927

Joy Montgomery
,

Bill Moore
1617 Loma Verde Dr.
El Dorado Hills, CA 95762

Dean Morehous on behalf of Intervenor Consolidated Edison Development, Inc.
Troutman Sanders LLP
580 California St., #1100
San Francisco, CA 94104

Morrison and Foerster LLP
Joshua Hill, Jr.
Christine Y. Wong
425 Market St.
San Francisco, CA 94105

Julia A. Mosel on behalf of Interested Party Southern California Edison
Southern California Edison Company
2244 Walnut Grove Ave., 3rd Fl.
Rosemead, CA 91770

Alan Moskowitz on behalf of Intervenor Topaz Solar Farms LLC
Gibson, Dunn and Crutcher LLP
333 S Grand Ave.
Los Angeles, CA 90071-3197

Alan A. Moskowitz on behalf of Creditor Topaz Solar Farms LLC
Gibson, Dunn and Crutcher LLP
200 Park Ave.
New York, NY 10166-0193

Brendan V. Mullan on behalf of Interested Party Renaissance Reinsurance Ltd.
Crowell & Moring LLP
Three Embarcadero Center, 26th Fl.
San Francisco, CA 94111

Jessica R. Mullan on behalf of Creditor Sonoma Clean Power Authority
General Counsel
Sonoma Clean Power Authority
50 Santa Rosa Ave., 5th Fl.
San Rosa, CA 95494

Jessica R. Mullan on behalf of Creditor Sonoma Clean Power Authority
Sonoma Clean Power Authority
50 Santa Rosa Ave., #5th Fl.
Santa Rosa, CA 95494

Omid H. Nasab on behalf of Debtor PG&E Corporation
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019

Omid H. Nasab on behalf of Debtor Pacific Gas and Electric Company
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019

Mia Nash
10536 Banner Lava Cap Road
Nevada City, CA 95959

Herbert Nethery
23394 Alcudia Road
Hinkley, CA 92347

Ken Nitao
244 S. Curtis Ave
Alhambra, CA 91801

John Nolan on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

John Nolan on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Sally Noma on behalf of Interested Party Nationwide Entities
Jang & Associates, LLP
1766 Lacassie Ave., #200
Walnut Creek, CA 94596

Maura Walsh Ochoa on behalf of Interested Party Nationwide Entities
Grotefeld Hoffmann
700 Larkspur Landing Circle, #280
Larkspur, CA 94939

Amy M. Oden on behalf of Interested Party Compass Lexecon, LLC
Togut, Segal & Segal LLP
One Penn Plaza, #3335
New York, NY 10119

Office of Unemployment Compensation Tax Services
Department of Labor and Industry
Commonwealth of Pennsylvania
Collections Support Unit
651 Boas St., Room 702
Harrisburg, PA 17121

Gabriel L. Olivera on behalf of Interested Party Public Employees Retirement Association of New Mexico
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068

Harold A. Olsen on behalf of Creditor Mizuho Bank, Ltd.
Stroock & Stroock & Lavan LLP
180 Maiden Ln.
New York, NY 10038-4982

Olympus Peak Master Fund LP
c/o Leah Silverman
745 5th Ave., #1604
New York, NY 10151

Saray Ordaz
1042 E Sandison St. Apt No. 1
Wilmington, CA 90744

Jose Ornelas
18284 Pacific St.
Hesperia, CA 92345

Kevin J. Orsini on behalf of Debtor PG&E Corporation
Cravath, Swaine & Moore LLP
825 Eighth Avenue

New York, NY 10019

Kevin J. Orsini on behalf of Debtor Pacific Gas and Electric Company
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019

Antonio Ortiz on behalf of Creditor A&J Electric Cable Corporation
Jordan, Holzer & Ortiz, PC
500 N. Shoreline #900
Corpus Christi, TX 78401

Kyle J. Ortiz on behalf of Interested Party Compass Lexecon, LLC
Togut, Segal & Segal LLP
One Penn Plaza, #3335
New York, NY 10119

Samuel S. Ory on behalf of Interested Party BOKF, NA
Frederic Dorwart, Lawyers PLLC
124 E 4th St.
Tulsa, OK 74103-5010

Owen Clements, Esq
San Francisco City Attorney's Office
1390 Market St., 7th Flr.
San Francisco, CA 94102

Owl Creek Investments I, LLC
640 5th Ave.
New York, NY 10019

Gabriel Ozel
,

Isaac M. Pachulski on behalf of Interested Party The Baupost Group, L.L.C.
Pachulski Stang Ziehl & Jones
150 California Street, 15th Floor
San Francisco, CA 94111

Isaac M. Pachulski on behalf of Interested Party The Baupost Group, L.L.C.
Stutman, Treister and Glatt
1901 Avenue of the Stars 12th Fl.
Los Angeles, CA 90067

Michael S. Palmieri on behalf of Interested Party The Baupost Group, L.L.C.
Friedman Kaplan Seiler Adelman LLP
7 Times Sq.
New York, NY 10036

Nick Panchev
25633 Anderson Ave.
Barstow, CA 91311

Pandora Select Partners, LP
,

Brian Panish on behalf of Creditor Fire Victim Creditors
Panish Shea & Boyle LLP
11111 Santa Monica Blvd., #700
Los Angeles, CA 90025

Teresa Paris
3132 M L King, Jr Way, #309
Berkeley, CA 94703

Andrew M. Parlen on behalf of Interested Party Crockett Cogeneration
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Andrew M. Parlen on behalf of Interested Party Dynegy Marketing and Trade, LLC
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Andrew M. Parlen on behalf of Interested Party MRP San Joaquin Energy, LLC
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Andrew M. Parlen on behalf of Interested Party Middle River Power, LLC
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Andrew M. Parlen on behalf of Intervenor Crockett Cogeneration
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Andrew M. Parlen on behalf of Intervenor MRP San Joaquin Energy, LLC
Latham & Watkins LLP
885 Third Ave.
New York, NY 10022

Andrew M. Parlen on behalf of Intervenor Middle River Power, LLC
Latham & Watkins LLP
885 Third Ave.

New York, NY 10022

Joshua Pearson on behalf of Intervenor EDF Renewables, Inc.
EDF Renewables, Inc.
15445 Innovation Dr.
San Diego, CA 92128

Richard C. Pedone on behalf of Interested Party California Self-Insurers' Security Fund
Nixon Peabody LLP
Exchange Place
53 State St.
Boston, MA 02109

Charles S. Penner on behalf of Counter-Claimant AECOM Technical Services, Inc.
Carney Badley Spellman PS
701 5th Ave., #3600
Seattle, WA 98104-5017

Charles S. Penner on behalf of Defendant AECOM Technical Services, Inc.
Carney Badley Spellman PS
701 5th Ave., #3600
Seattle, WA 98104-5017

Mosby Perrow
Vice President & Deputy General Counsel
Kinder Morgan, Inc.
1001 Louisiana. #1000
Houston, TX 77002

Mosby Perrow on behalf of Creditor Ruby Pipeline, L. L. C
Vice President & Deputy General Counsel
Kinder Morgan, Inc.
1001 Louisana #1000
Houston, TX 77002

Waylon J. Pickett on behalf of Interested Party Nationwide Entities
Grotefeld Hoffmann
700 Larkspur Landing Circle, #280
Larkspur, CA 94939

John M. Pierce on behalf of Plaintiff Chico Rent-A-Fence
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

John M. Pierce on behalf of Plaintiff Gabriella's Eatery
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

John M. Pierce on behalf of Plaintiff Ponderosa Pest & Weed Control
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

John M. Pierce on behalf of Plaintiff David Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

John M. Pierce on behalf of Plaintiff Estefania Miranda
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

John M. Pierce on behalf of Plaintiff Gabriell Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

John M. Pierce on behalf of Plaintiff Jedidiah Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

John M. Pierce on behalf of Plaintiff Julia Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Oscar N. Pinkas
1221 Avenue of the Americas
New York, NY 10020-1089

Oscar N. Pinkas on behalf of Interested Party Capital Power Corporation
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Oscar N. Pinkas on behalf of Interested Party Halkirk I Wind Project LP
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

Frank Pitre on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed by the
California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding
Number 4955, Pursuant to the terms of the
Cochett, Pitre & McCarthy, LLP

San Francisco Airport Office Center
840 Malcolm Rd., Suite 200
Burlingame, CA 94010

Frank M. Pitre on behalf of Creditor Fire Victim Creditors
Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center
840 Malcolm Rd., #200
Burlingame, CA 94010

Sasha Poe
,

Corey M. Pollak on behalf of Creditor Hoem and Associates, Inc.
Pollak Law, LLP
700 El Camino Real, #201
Millbrae, CA 94030

James Potter on behalf of Interested Party California Department of Toxic Substances Control
Office of the Attorney General
1515 Clay St., 20th Fl.
P.O. Box 70550
Oakland, CA 94612-0550

James Potter on behalf of Interested Party California Department of Water Resources
Office of the Attorney General
1515 Clay St., 20th Fl.
P.O. Box 70550
Oakland, CA 94612-0550

Constantine D. Pourakis on behalf of Interested Party Allianz Global Corporate & Specialty
Stevens & Lee, P.C.
485 Madison Ave., 20th Fl.
New York, NY 10022

David M. Powlen on behalf of Interested Party Energy Systems Group, LLC
Barnes and Thornburg LLP
1000 N. West St., #1500
Wilmington, DE 19801

David M. Powlen on behalf of Interested Party Miller Pipeline, LLC
Barnes and Thornburg LLP
1000 N. West St., #1500
Wilmington, DE 19801

Patricia Williams Prewitt on behalf of Creditor Ruby Pipeline, L. L. C
Law Offices of Patricia Williams Prewitt
10953 Vista Lake Ct.
Navasota, TX 77868

PricewaterhouseCoopers LLP
,

Prime Clerk LLC
830 Third Avenue
3rd Floor
New York, NY 10017

Primeshares
261 Fifth Ave. 22nd floor
New York, NY 10016

Amy C. Quartarolo on behalf of Interested Party Crockett Cogeneration
Law Offices of Latham and Watkins
355 S Grand Ave., #100
Los Angeles, CA 90071-1560

Amy C. Quartarolo on behalf of Interested Party MRP San Joaquin Energy, LLC
Law Offices of Latham and Watkins
355 S Grand Ave., #100
Los Angeles, CA 90071-1560

Amy C. Quartarolo on behalf of Interested Party Middle River Power, LLC
Law Offices of Latham and Watkins
355 S Grand Ave., #100
Los Angeles, CA 90071-1560

R.E.Y Engineers Inc.
,

RailPros Field Services, Inc.
c/o Stuart P. Hall
1705 West Northwest Hwy., #150
Grapeview, TX 76051

John Ramirez
38006 Pueblo Road
Hinkley, CA 92347

Marta Ramirez
38006 Pueblo Road
Hinkley, CA 92347

John J. Rapisardi on behalf of Interested Party Department of Finance for the State of California
O'Melveny & Myers LLP
7 Times Sq.
New York, NY 10036

John J. Rapisardi on behalf of Interested Party Governor Gavin Newsom
O'Melveny & Myers LLP
7 Times Sq.
New York, NY 10036

Jordana L. Renert on behalf of Interested Party BOKF, NA
Arent Fox LLP
1301 Avenue of the Americas, 42nd Fl.
New York, NY 10019

John T. Richards on behalf of Interested Party Jacob Bindernagel, et al
Richards Law Firm
101 W. Broadway, #1950
San Diego, CA 92101

Amanda L. Riddle on behalf of Creditor Fire Victim Creditors
Corey, Luzaich, De Ghetaldi & Riddle LLP
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030-0669

Adolfo Riebeling
4600 Jerry Ave
Baldvin Park, CA 91706

Marina Riebeling
4600 Jerry Ave
Baldvin Park, CA 91706

Walter R. Rieman on behalf of Creditor California Public Utilities Commision
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

Walter R. Rieman on behalf of Creditor California Public Utilities Commission
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

David Riley on behalf of Creditor Ad Hoc Committee of Unsecured Tort Claimant Creditors
DLA Piper LLP
2000 Ave. of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704

RiverPark Strategic Income Fund
RiverPark Advisors LLC
156 W 56th Street
Suite 1704

New York, NY 10019

Christy Rivera on behalf of Interested Party NextEra Energy Inc., et al.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

Christy Rivera on behalf of Intervenor NextEra Energy, Inc.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

Road Safety, Inc.
4335 Pacific St., Ste. A
Rocklin, CA 95677

Ian E. Roberts on behalf of Interested Party NRG Energy Inc., Clearway Energy, Inc., and Clearway
Energy Group LLC
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Ian E. Roberts on behalf of Intervenor Clearway Energy Group LLC
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Ian E. Roberts on behalf of Intervenor Clearway Energy, Inc.
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Ian E. Roberts on behalf of Intervenor MC Shiloh IV Holdings LLC
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Ian E. Roberts on behalf of Intervenor NRG Energy, Inc.
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Ian E. Roberts on behalf of Intervenor TerraForm Power, Inc.
Baker Botts L.L.P.
2001 Ross Ave., #1000
Dallas, TX 75201

Larry M. Roberts on behalf of Creditor Erik Robert Joscak
The Perry Law Firm, APLC

20523 Crescent Bay Dr., 2nd Fl.
Lake Forest, CA 92630

Larry M. Roberts on behalf of Creditor Lynsea Hannah Wells
The Perry Law Firm, APLC
20523 Crescent Bay Dr., 2nd Fl.
Lake Forest, CA 92630

Matthew G. Roberts on behalf of Creditor Southern Power Company
Troutman Sanders LLP
Bank of America Plaza
600 Peachtree St., NE, #3000
Atlanta, GA 30308

Matthew G. Roberts on behalf of Intervenor Southern Power Company
Troutman Sanders LLP
600 Peachtree St., NE, #3000
Atlanta, GA 30308

Bill Robins, III on behalf of Creditor Fire Victim Creditors
Robins Cloud LLP
808 Wilshire Blvd., #450
Santa Monica, CA 90401

Bill Robins, III on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed by
the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding
Number 4955, Pursuant to the terms of the
Robins Cloud LLP
808 Wilshire Blvd., #450
Santa Monica, CA 90401

Jeremy Robinson on behalf of Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North
Bay Fire Litigation of October 2017 and the Camp Fire Litigation
Casey Gerry Schenk Francavilla Blatt &
Penfield, LLP
110 Laurel St.
San Diego, CA 92101

Rocky Point Claims LLC
P.O. Box 165
Norwalk, CT 06853

Martha E. Romero on behalf of Creditor Jennifer Horst
Law Offices of Romero and Associates
12518 Beverly Blvd.
Whittier, CA 90601

Matthew M. Roose on behalf of Interested Party The Baupost Group, L.L.C.
Ropes & Gray LLP

1211 Avenue of the Americas
New York, NY 10036-8704

Brian S. Rosen on behalf of Interested Party Ad Hoc Group of Institutional Bondholders of Pacific Gas and Electric Co.
Proskauer Rose LLP
Eleven Times Square
P.O. Box 770000
New York, NY 10036

Brian S. Rosen on behalf of Interested Party Ad Hoc Group of Institutional Par Bondholders of Pacific Gas and Electric Co.
Proskauer Rose LLP
Eleven Times Square
P.O. Box 770000
New York, NY 10036

Andrew Rosenblatt on behalf of Interested Party NextEra Energy Inc., et al.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

Andrew Rosenblatt on behalf of Intervenor NextEra Energy, Inc.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

Michael A. Rosenthal on behalf of Creditor Topaz Solar Farms LLC
Gibson, Dunn and Crutcher LLP
200 Park Ave.
New York, NY 10166-0193

Michael A. Rosenthal on behalf of Intervenor Topaz Solar Farms LLC
Gibson, Dunn and Crutcher LLP
333 S Grand Ave.
Los Angeles, CA 90071-3197

Aaron Ross
,

John H. Rowland on behalf of Creditor Phillips & Jordan, Inc.
Baker Donelson Bearman Caldwell & Berkow
211 Commerce St
Nashville, TN 37201

John H. Rowland on behalf of Creditor Snelson Companies, Inc.
Baker Donelson Bearman Caldwell & Berkow
211 Commerce St
Nashville, TN 37201

John H. Rowland on behalf of Creditor TTR Substations, Inc.
Baker Donelson Bearman Caldwell & Berkow
211 Commerce St
Nashville, TN 37201

John H. Rowland on behalf of Interested Party Aptim Environmental & Infrastructure, LLC
Baker Donelson Bearman Caldwell & Berkow
211 Commerce St
Nashville, TN 37201

Kenneth Roye
142 West 2nd St.
Suite B
Chico, CA 95928

SPCP Group, LLC
Two Greenwich Plaza
Greenwich, CT 06830

Marc S. Sacks on behalf of Defendant Federal Energy Regulatory Commission
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Marc S. Sacks on behalf of Interested Party United States on behalf of the Federal Energy Regulatory
Commission
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Thomas J. Salerno on behalf of Creditor Public Advocates Office at the California Public Utilities
Commission
Stinson LLP
1850 N. Central Ave., #2100
Phoenix, AZ 85004

San Diego Gas and Electric Co.
,

Randy A. Sawyer, Esq. on behalf of Interested Party EDP Renewables North America LLC
c/o EDP Renewables North America LLC
808 Travis, #700
Houston, TX 77002

Margaret Schierberl on behalf of Interested Party BlueMountain Capital Management, LLC
Cleary, Gottlieb, Sheen & Hamilton LLP

One Liberty Plaza
New York, NY 10006

David Schiff on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility Revolving
Credit Facility
Davis Polk and Wardwell LLP
450 Lexington Ave.
New York, NY 10017

Ray C. Schrock on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Ray C. Schrock on behalf of Debtor Pacific Gas and Electric Company
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Max A. Schuver on behalf of Interested Party Individual Plaintiffs Executive Committee Appointed by
the California Superior Court in the North Bay Fire Cases, Judicial Council Coordination Proceeding
Number 4955, Pursuant to the terms of the
Walkup, Melodia, Kelly and Schoenberger
650 California St. 26th Fl.
San Francisco, CA 94108

Lawrence M. Schwab on behalf of Creditor Recology Inc.
Bialson, Bergen and Schwab
633 Menlo Ave., Suite 100
Menlo Park, CA 94025

Lisa Schweitzer on behalf of Interested Party BlueMountain Capital Management, LLC
Cleary, Gottlieb, Sheen & Hamilton LLP
One Liberty Plaza
New York, NY 10006

Howard Seife on behalf of Interested Party NextEra Energy Inc., et al.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

Howard Seife on behalf of Intervenor NextEra Energy, Inc.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, NY 10019

David R. Seligman on behalf of Interested Party Calpine Corporation
Kirkland & Ellis LLP
300 North LaSalle Street

Chicago, IL 60654

David R. Seligman on behalf of Intervenor Calpine Corporation
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Daniel S. Shamah on behalf of Interested Party Department of Finance for the State of California
O'Melveny & Myers LLP
7 Times Sq.
New York, NY 10036

Alex M. Sher on behalf of Creditor McKinsey & Company, Inc. U.S.
Hogan Lovells US LLP
875 Third Ave.
New York, NY 10022

Nora Sheriff on behalf of Interested Party California Large Energy Consumers Association
Buchalter
55 Second St., #1700
San Francisco, CA 94105-3493

Edmond R. Shinn
Philadelphia, PA

J. Christopher Shore on behalf of Interested Party San Diego Gas & Electric Company
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095

J. Christopher Shore on behalf of Interested Party San Diego Gas and Electric Co.
Law Offices of White and Case
1221 Avenue of the Americas
New York, NY 10020-1095

J. Christopher Shore on behalf of Interested Party Sempra Energy
Law Offices of White and Case
1221 Avenue of the Americas
New York, NY 10020-1095

J. Christopher Shore on behalf of Interested Party Sempra Energy
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095

J. Christopher Shore on behalf of Interested Party Southern California Gas Company
Law Offices of White and Case
1221 Avenue of the Americas
New York, NY 10020-1095

J. Christopher Shore on behalf of Interested Party Southern California Gas Company
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095

George W. Shuster, Jr. on behalf of Interested Party ICE NGX Canada Inc.
7 World Trade Center
New York, NY 10007

Sierra Business Council
c/o Kerri L. Timmer
P.O. Box 2428
Truckee, CA 96160

Paul N. Silverstein on behalf of Interested Party Columbus Hill Capital Management, L.P.
Hunton Andrews Kurth LLP
200 Park Ave.
New York, NY 10166

David P. Simonds on behalf of Creditor Ad Hoc Committee of Senior Unsecured Creditors of Pacific Gas and Electric Company
Akin Gump Strauss Hauer & Feld LLP
1999 Avenue of the Stars, #600
Los Angeles, CA 90067

Robert P. Simons on behalf of Interested Party Bank of New York Mellon
Reed Smith LLP
225 5th Ave., #1200
Pittsburg, PA 15222

Richard W. Slack on behalf of Debtor PG&E Corporation
Weil Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153-0119

Edwin E. Smith on behalf of Interested Party AV Solar Ranch 1, LLC
Morgan, Lewis & Bockius LLP
101 Park Ave.
New York, NY 10178-0060

Edwin E. Smith on behalf of Interested Party Exelon Corporation
Morgan, Lewis & Bockius LLP
101 Park Ave.
New York, NY 10178-0060

Edwin E. Smith on behalf of Intervenor AV Solar Ranch 1, LLC
Morgan, Lewis and Bockius
One Federal Street

Boston, MA 02110-1726

Edwin E. Smith on behalf of Intervenor Exelon Corporation
Morgan, Lewis and Bockius
One Federal Street
Boston, MA 02110-1726

Fulton Smith, III on behalf of Creditor Liberty Mutual Insurance Company
Cozen O'Connor
101 Montgomery St., #1400
San Francisco, CA 94101

Abigail Snow on behalf of Interested Party International Business Machines Corp.
Satterlee Stephens LLP
230 Park Ave.
New York, NY 10169

Joseph Soldis
,

Southern California Gas Company
,

Mark A. Speiser on behalf of Creditor Mizuho Bank, Ltd.
Stroock, Stroock and Lavan
180 Maiden Ln.
New York, NY 10038

Tammy Spirlock
,

Mark Stahler
,

Michael S. Stamer on behalf of Creditor Ad Hoc Committee of Senior Unsecured Creditors of Pacific
Gas and Electric Company
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036

Andrew J. Strabone on behalf of Interested Party BlueMountain Capital Management, LLC
Irell and Manella LLP
1800 Avenue of the Stars, #900
Los Angeles, CA 90067-4276

Michael H Strub on behalf of Interested Party BlueMountain Capital Management, LLC
Irell and Manella LLP
840 Newport Center Dr., #400
Newport Beach, CA 92660-6324

Joshua Y. Sturm on behalf of Interested Party The Baupost Group, L.L.C.
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Victor Suarez
1042 E Sandison St. Apt No. 1
Wilmington, CA 90744

Sullivan Hill Rez & Engel, APLC
600 B Street, Suite 1700
San Diego, CA 92101

Matthew G. Summers on behalf of Interested Party Louisiana Energy Services, LLC
Ballard Spahr LLP
919 N Market St., 11th Fl.
Wilmington, DE 19801

Matthew G. Summers on behalf of Interested Party URENCO Limited
Ballard Spahr LLP
919 N Market St., 11th Fl.
Wilmington, DE 19801

Scott Summy on behalf of Interested Party Public Entities Impacted by the Wildfires
Baron & Budd P.C.
3102 Oak Lawn Avenue #1100
Dallas, TX 75219

Ron A. Symm on behalf of Interested Party Midway Sunset Cogeneration Company
Assistant General Counsel
Aera Energy LLC
10000 Ming Avenue
Bakersfield, CA 93311

TCB Industrial, Inc.
,

TR Capital Management LLC
,

TRC Companies, Inc.
,

Tannor Partners Credit Fund, LP
3536 Los Pinos Dr.
Santa Barbara, CA 93105

Cliff I. Taylor on behalf of Interested Party Public Entities Impacted by the Wildfires
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan St. #2200
Dallas, TX 75201-2689

Stanley J. Terry on behalf of 3rd Party Plaintiff AECOM Technical Services, Inc.
Carney Badley Spellman
701 5th Ave., #3600
Seattle, WA 98104

Stanley J. Terry on behalf of Counter-Claimant AECOM Technical Services, Inc.
Carney Badley Spellman
701 5th Ave., #3600
Seattle, WA 98104

Stanley J. Terry on behalf of Defendant AECOM Technical Services, Inc.
Carney Badley Spellman
701 5th Ave., #3600
Seattle, WA 98104

The Church of Jesus Christ of Latter-Day Saints, a Utah corporation sole, f/k/a/ Corporation of the
Presiding Bishop of the Church of Jesus Christ of Latter-day Saints
,

Jeffrey M. Theodore on behalf of Creditor Ad Hoc Committee of Senior Unsecured Noteholders of
Pacific Gas and Electric Company
BraunHagey & Borden LLP
351 California St., 10th Fl.
San Francisco, CA 94104

Tony Lynn Thomas
c/o P.O Box 9099
Stockton, CA 95208-1099

Judy D. Thompson on behalf of Creditor Sodexo, Inc.
JD Thompson Law
P.O. Box 33127
Charlotte, NC 28233

Kevin Thompson
10536 Banner Lava Cap Road
Nevada City, CA 95959

Marc J. Tobak on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility Revolving
Credit Facility
Davis Polk and Wardwell LLP
450 Lexington Ave.
New York, NY 10017

Albert Togut on behalf of Interested Party Compass Lexecon, LLC
Togut, Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

Jackson D. Toof on behalf of Interested Party BOKF, NA
Arent Fox LLP
1717 K St., NW
Washington, DC 20006

Michael H. Torkin on behalf of Interested Party Board of PG&E Corporation
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Michael H. Torkin on behalf of Interested Party Board of Pacific Gas and Electric Company
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Michael H. Torkin on behalf of Interested Party Certain Current and Former Independent Directors
Simpson, Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017

Matthew Troy on behalf of Defendant Federal Energy Regulatory Commission
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Matthew Troy on behalf of Interested Party United States on behalf of the Federal Energy Regulatory Commission
U.S. Department of Justice
P.O. Box 875
Ben Franklin Station
Washington, DC 20044-0875

Brian Trust on behalf of Creditor BNP Paribas
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020

Theodore Tsekerides on behalf of Debtor PG&E Corporation
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Theodore Tsekerides on behalf of Debtor Pacific Gas and Electric Company

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Daniel Turek on behalf of Creditor Amelia Leal
Rodriguez & Associates
2020 Eye St.
Bakersfield, CA 93301

Daniel Turek on behalf of Creditor Gildardo Leal
Rodriguez & Associates
2020 Eye St.
Bakersfield, CA 93301

Daniel Turek on behalf of Creditor Gloria Ruckman
Rodriguez & Associates
2020 Eye St.
Bakersfield, CA 93301

Daniel Turek on behalf of Creditor Michael Marroquin
Rodriguez & Associates
2020 Eye St.
Bakersfield, CA 93301

Daniel Turek on behalf of Creditor Robert Ruckman
Rodriguez & Associates
2020 Eye St.
Bakersfield, CA 93301

Michael M. Turkel on behalf of Creditor California Public Utilities Commision
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Union Pacific Railroad Company
Attn: Tonya W. Conley
Attn: Lila L. Howe
1400 Douglas St. Stop 1580
Omaha, NE 68179

Oscar Urbina
3617 Slauson Ave
Maywood, CA 90270

Danette E. Valdez on behalf of Interested Party California Department of Toxic Substances Control
Office of the Attorney General
455 Golden Gate Ave. #11000
San Francisco, CA 94102-7005

Danette E. Valdez on behalf of Interested Party California Department of Water Resources
Office of the Attorney General
455 Golden Gate Ave. #11000
San Francisco, CA 94102-7005

Craig Varnen on behalf of Interested Party BlueMountain Capital Management, LLC
Irell and Manella LLP
1800 Avenue of the Stars, #900
Los Angeles, CA 90067-4276

Vendor Recovery Fund IV, LLC
PO Box 669
SMITHTOWN, NY 11787

Barbara A Vinson
P.O. Box 2552
Barstow, CA 92312

Lloyd K Vinson
P.O. Box 2552
Barstow, CA 92312

Eli J. Vonnegut on behalf of Creditor Citibank N.A., as Administrative Agent for the Utility Revolving
Credit Facility
Davis Polk and Wardwell LLP
450 Lexington Ave.
New York, NY 10017

Diane Vuocolo on behalf of Creditor Cardno, Inc.
Greenberg Traurig, LLP
1717 Arch St., #400
Philadelphia, PA 19103

James M. Wagstaffe on behalf of Interested Party Public Employees Retirement Association of New
Mexico
Wagstaffe, Von Loewenfeldt, Busch &
Radwick , LLP
100 Pine St., #725
San Francisco, CA 94111

Craig Wallace on behalf of Interested Party MLU Services, Inc.
Smith Currie and Hancock LLP
275 Battery St., #1300
San Francisco, CA 94111

Thomas D. Warren on behalf of Plaintiff Chico Rent-A-Fence
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Thomas D. Warren on behalf of Plaintiff Gabriella's Eatery
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Thomas D. Warren on behalf of Plaintiff Ponderosa Pest & Weed Control
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Thomas D. Warren on behalf of Plaintiff David Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Thomas D. Warren on behalf of Plaintiff Estefania Miranda
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Thomas D. Warren on behalf of Plaintiff Gabriell Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Thomas D. Warren on behalf of Plaintiff Jedidiah Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Thomas D. Warren on behalf of Plaintiff Julia Herndon
Pierce Bainbridge Beck Price & Hecht LLP
355 South Grand Ave., #4400
Los Angeles, CA 90071

Megan Wasson on behalf of Interested Party PG&E Holdco Group
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Eva M. Weiler on behalf of Interested Party Quanta Energy Services, Inc.
Shook, Hardy and Bacon L.L.P.
5 Park Plaza, #1600
Irvine, CA 92614-2546

Genevieve G. Weiner on behalf of Creditor McKinsey & Company, Inc. U.S.
Gibson Dunn & Crutcher LLP
333 S Grand Ave.

Los Angeles, CA 90071

Genevieve G. Weiner on behalf of Intervenor Topaz Solar Farms LLC
Gibson Dunn & Crutcher LLP
333 S Grand Ave.
Los Angeles, CA 90071

Jason P. Wells
Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177

Leonard K. Welsh on behalf of Creditor Amelia Leal
Law Offices of Leonard K. Welsh
4550 California Ave. 2nd Fl.
Bakersfield, CA 93309

Leonard K. Welsh on behalf of Creditor Gildardo Leal
Law Offices of Leonard K. Welsh
4550 California Ave. 2nd Fl.
Bakersfield, CA 93309

Leonard K. Welsh on behalf of Creditor Gloria Ruckman
Law Offices of Leonard K. Welsh
4550 California Ave. 2nd Fl.
Bakersfield, CA 93309

Leonard K. Welsh on behalf of Creditor Michael Marroquin
Law Offices of Leonard K. Welsh
4550 California Ave. 2nd Fl.
Bakersfield, CA 93309

Leonard K. Welsh on behalf of Creditor Robert Ruckman
Law Offices of Leonard K. Welsh
4550 California Ave. 2nd Fl.
Bakersfield, CA 93309

Peter L. Welsh on behalf of Interested Party The Baupost Group, L.L.C.
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600

Whitebox Caja Blanca Fund, LP
,

Whitebox GT Fund, LP
,

Nigel A. Whitehead on behalf of Defendant Cheryl Montellano
Ernst Law Group
1020 Palm St.
San Luis Obispo, CA 93401

Nigel A. Whitehead on behalf of Defendant Max M. Montellano
Ernst Law Group
1020 Palm St.
San Luis Obispo, CA 93401

Joseph Whittington on behalf of Creditor Amelia Leal
Rodriguez & Associates
2020 Eye St.
Bakersfield, CA 93301

Joseph Whittington on behalf of Creditor Gildardo Leal
Rodriguez & Associates
2020 Eye St.
Bakersfield, CA 93301

Joseph Whittington on behalf of Creditor Gloria Ruckman
Rodriguez & Associates
2020 Eye St.
Bakersfield, CA 93301

Joseph Whittington on behalf of Creditor Michael Marroquin
Rodriguez & Associates
2020 Eye St.
Bakersfield, CA 93301

Joseph Whittington on behalf of Creditor Robert Ruckman
Rodriguez & Associates
2020 Eye St.
Bakersfield, CA 93301

Daniel E. Wilcoxen on behalf of Creditor Molin-Wilcoxen Camp Fire Victims Group
Law Offices of Wilcoxen and Montgomery
2114 K St.
Sacramento, CA 95816

Michael L. Wilhelm on behalf of Interested Party Aera Energy LLC
Walter and Wilhelm Law Group
205 E. River Park Circle #410
Fresno, CA 93720

Michael L. Wilhelm on behalf of Interested Party Midway Sunset Cogeneration Company
Walter and Wilhelm Law Group
205 E. River Park Circle #410

Fresno, CA 93720

William McCann, Esq.
,

Andrea Williams
36796 Hillview Road
Hinkley, CA 92347

Daniel S. Williams
36796 Hillview Road
Hinkley, CA 92347

Lisa Williams
,

Clifton and Deborah Williamson
4201 Burnham Ct.
Santa Rosa, CA 95404

Evan Willis on behalf of Interested Party Jacob Bindernagel, et al
Richards Law Firm
101 W. Broadway, #1950
San Diego, CA 92101

Willis Towers Watson US LLC
,

Harris B. Winsberg on behalf of Creditor Southern Power Company
Troutman Sanders LLP
Bank of America Plaza
600 Peachtree St., NE, #3000
Atlanta, GA 30308

Harris B. Winsberg on behalf of Intervenor Southern Power Company
Troutman Sanders LLP
600 Peachtree St., NE, #3000
Atlanta, GA 30308

Keith H. Wofford on behalf of Interested Party Elliott Management Corporation
Ropes and Gray LLP
1211 Avenue of the Americas
New York, NY 10036

Peter Wolfson on behalf of Interested Party Travelers Insurance Co.
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

D. G. Woodward
,

Robert Ree Worley
c/o 16061 Prescott Rd.
Manteca, CA 95336

Brenda S. Wright
,

Luqman Yacub
P.O. Box 1026
Hartville, OH 44632

Jasmin Yang on behalf of Creditor RE Astoria LLC
Lewis, Brisbois, Bisgaard & Smith
633 West 5th St. #4000
Los Angeles, CA 90071

Jasmin Yang on behalf of Interested Party Kepco California LLC
Lewis, Brisbois, Bisgaard & Smith
633 West 5th St., #4000
Los Angeles, CA 90071

Jasmin Yang on behalf of Interested Party Kepco California LLC
Morgan, Lewis & Bockius LLP
633 West 5th St. #4000
Los Angeles, CA 90071

Jasmin Yang on behalf of Interested Party RE Astoria LLC
Lewis Brisbois Bisgaard & Smith
633 West 5th St. #4000
Los Angeles, CA 90071

Aparna Yenamandra on behalf of Interested Party Calpine Corporation
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Aparna Yenamandra on behalf of Intervenor Calpine Corporation
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Donald T. Yorke
2679 Sundance Ct.
Walnut Creek, CA 94598

Michael A. Yuffee on behalf of Interested Party Macquarie Energy LLC

Winston and Strawn LLP
1700 K St., N.W.
Washington, DC 20006-3817

Halima Zahib
1969 East Cooley Ave
San Bernardino, CA 92408

David M. Zensky on behalf of Creditor Ad Hoc Committee of Senior Unsecured Creditors of Pacific
Gas and Electric Company
One Bryant Park
New York, NY 10036

Maja Zerjal on behalf of Interested Party Ad Hoc Group of Institutional Bondholders of Pacific Gas and
Electric Co.
Proskauer Rose LLP
Eleven Times Square
P.O. Box 770000
New York, NY 10036

Maja Zerjal on behalf of Interested Party Ad Hoc Group of Institutional Par Bondholders of Pacific Gas
and Electric Co.
Proskauer Rose LLP
Eleven Times Square
P.O. Box 770000
New York, NY 10036

Sharon Zimmerman
c/o Eric Rainoff Law Corp
401 Watt Ave.
Sacramento, CA 95864

Zoe Partners, LP
c/o PKF O'Connor Davies
500 Mamaroneck Avenue
Suite 301
Harrison, NY 10528

Paul H. Zumbro on behalf of Debtor Pacific Gas and Electric Company
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019

Joaquin de Baca on behalf of Creditor BNP Paribas
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020

# EXHIBIT B

| Name | E-mail |
|------|--------|
| Abid Qureshi | aqureshi@akingump.com |
| Alan Kornberg | AKORNBERG@PAULWEISS.COM |
| Ashley Vinson Crawford | avcrawford@akingump.com |
| Benjamin McCallen | bmccallen@willkie.com |
| Brian Hermann | bhermann@paulweiss.com |
| Bruce Bennett | bbennett@jonesday.com |
| Cecily Dumas | cdumas@bakerlaw.com |
| Daniel Forman | dforman@willkie.com |
| Danielle Pham | danielle.pham@usdoj.gov |
| David Botter | dbotter@akingump.com |
| David Schiff | david.schiff@davispolk.com |
| Dennis Dunne | ddunne@milbank.com |
| Eli Vonnegut | eli.vonnegut@davispolk.com |
| Erez Gilad | egilad@stroock.com |
| Eric Sagerman | esagerman@bakerlaw.com |
| Frank Merola | fmerola@stroock.com |
| Gregory Bray | gbray@milbank.com |
| Ira Dizengoff | idizengoff@akingump.com |
| James Johnston | jjohnston@jonesday.com |
| James Snyder | james.l.snyder@usdoj.gov |
| Jane Kim | jkim@kellerbenvenutti.com |
| Jessica Liou | jessica.liou@weil.com |
| Joseph Minias | jminias@willkie.com |
| Joshua Mester | jmester@jonesday.com |
| Kathryn Diemer | kdiemer@diemerwie.com |
| Kevin Orsini | korsini@cravath.com |
| Kristopher Hansen | khansen@stroock.com |
| Lauren Attard | lattard@bakerlaw.com |
| Matthew Feldman | mfeldman@willkie.com |
| Matthew Garofalo | mgarofalo@stroock.com |
| Matthew Goren | matthew.goren@weil.com |
| Michael Stamer | mstamer@akingump.com |
| Neal Donnelly | ndonnelly@paulweiss.com |
| Omid Nasab | onasab@cravath.com |
| Paul Zumbro | pzumbro@cravath.com |
| Ray Schrock | ray.schrock@weil.com |
| Robert Julian | rjulian@bakerlaw.com |
| Samuel Khalil | skhalil@milbank.com |
| Sean Mitchell | smitchell@paulweiss.com |
| Stephen Karotkin | stephen.karotkin@weil.com |
| Theodore Tsekerides | theodore.tsekerides@weil.com |
| Thomas Kreller | tkreller@milbank.com |
| Timothy Graulich | timothy.graulich@davispolk.com |
| Timothy Laffredi | timothy.s.laffredi@usdoj.gov |
| Tobias Keller | tkeller@kellerbenvenutti.com |
| Walter Rieman | wrieman@paulweiss.com |

# EXHIBIT C

PG&E Corporation and Pacific Gas And Electric Company
P.O. Box 770000
77 Beale Street
San Francisco, CA 94105
Attn: Janet Loduca, Esq.

Office of the United States Trustee
Attn: James L. Snyder and Timothy Lafreddi
450 Golden Gate Ave., Suite 05-0153
San Francisco, CA 94102

U.S. Nuclear Regulatory Commission
Attn: General Counsel
Washington, DC 20555-0001

U.S. Department of Justice
1100 L Street, NW, Room 7106,
Washington DC, 20005
Attn: Danielle A. Pham, Esq.