**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:     (212) 310-8000
Fax:    (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:    (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br>**PG&E CORPORATION**,<br>- and -<br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>**Debtors**.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☑ Affects both Debtors<br>*\* All papers shall be filed in the lead case, No. 19-30088 (DM)* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF AGENDA FOR MARCH 25, 2020, 10:00 A.M. OMNIBUS HEARING**<br><br>Date:  March 25, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>          Courtroom 17, 16th Floor<br>          San Francisco, CA 94102 |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**PROPOSED AGENDA FOR
MARCH 25, 2020, 10:00 A.M. (PACIFIC TIME)
<u>OMNIBUS HEARING (the "Omnibus Hearing")</u>**

*All matters that were previously scheduled to be heard at the Omnibus Hearing have been continued or resolved, as reflected in this Agenda. The only matter that will go forward at the Omnibus Hearing is a status conference on the Disclosure Statement and Solicitation Procedures Motion.*

I: <u>**MATTERS SCHEDULED TO BE HEARD IN MAIN CASE: No. 19-30088 (DM)**</u>

*STATUS CONFERENCE*

    1.    **Disclosure Statement and Solicitation Procedures Motion**: *Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [**Dkt. 6353**]; *Debtors' Motion for Entry of an Order (I) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (II) Establishing and Approving Plan Solicitation and Voting Procedures; (III) Approving Forms of Ballots, Solicitations Packages, and Related Notices; and (IV) Granting Related Relief* [**Dkt. 5835**].

    <u>Related Documents</u>:

    A.    Order (I) Approving Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization; (II) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (III) Establishing and Approving Plan Solicitation and Voting Procedures; (IV) Approving Forms of Ballots, Solicitation Packages, and Related Notices; and (V) Granting Related Relief [**Dkt. 6340**].

    B.    [Proposed] Supplement to Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization [**Dkt. 6448**] (the "**Disclosure Statement Supplement**").

    C.    Notice of Filing of (I) [Proposed] Supplement to Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization and (II) Proposed Order Approving the Disclosure Statement Supplement [**Dkt. 6450**].

    <u>Status</u>: A status conference will be held on the Disclosure Statement Supplement.

*RESOLVED AND CONTINUED MATTERS*

    2.    **Debtors' 503(b)(9) Motion**: *Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9)* [**Dkt. 2896**].

    <u>Response Deadline</u>: July 31, 2019, at 4:00 p.m. (Pacific Time).

    <u>Responses Filed</u>:

    A.    Response in Opposition to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3263**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| | | |
|---|---|---|
| | B. | Response of C.H. Reynolds Electric, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3267**]. |
| | C. | Opposition of Shiloh IV Lessee, LLC to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3284**]. |
| | D. | Opposition of Marsh Landing, LLC to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3286**]. |
| | E. | Proposed Document Filed Under Seal [**Dkt. 3287**]. |
| | F. | Response of Claimant Global Ampersand LLC to Objection of Debtors to Claim Asserted by Claimant Pursuant to 11. U.S.C. § 503(b)(9) [**Dkt. 3288**]. |
| | G. | Response of Surf to Snow Environmental Resource Management, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3302**]. |
| | H. | Omnibus Stipulation Between Debtors and Certain Claimants Extending Time to Respond to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3306**]. |
| | I. | Response of U.S. Telepacific Corp. DBA TPX Communications to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3313**]. |
| | J. | Letter to Court from Hypower, Inc. Regarding Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3315**]. |
| | K. | Exhibit A of Response of C.H. Reynolds Electric, Inc. to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3324**]. |

Related Documents:

| | | |
|---|---|---|
| | L. | Declaration of Robb C. McWilliams in Support of Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 2897**]. |
| | M. | Notice of Filing of Revised Proposed Order Approving Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3522**]. |

Related Orders:

| | | |
|---|---|---|
| | N. | Order Granting Omnibus Stipulation Between Debtors and Certain Claimants Extending Time to Respond to Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3365**]. |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

O. Order Granting Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9) [**Dkt. 3564**].

Status: This matter has been continued to April 7, 2020 by Dkt. 6415.

3. **JH Kelly LLC Relief from Stay Motion**: *JH Kelly LLC's Motion for Relief from the Automatic Stay* [**Dkt. 5649**].

Response Deadline: March 13, 2020, at 4:00 p.m. (Pacific Time).

Response Filed:

A. Stipulation and Agreement for Order Continuing Hearing on Motion for Relief from Stay Between the Utility and JH Kelly, LLC [**Dkt. 5797**].

B. Stipulation and Agreement for Order Further Continuing Hearing on Motion for Relief from Stay Between the Utility and JH Kelly, LLC [**Dkt. 6266**].

C. Stipulation and Agreement for Order Regarding Limited Relief from the Automatic Stay Between the Utility, JH Kelly, LLC and AECOM Technical Services, Inc. [**Dkt. 6409**].

Related Documents:

D. Declaration of Mario R. Nicholas in Support of JH Kelly's Motion for Relief from the Automatic Stay [**Dkt. 5651**].

E. Relief from Stay Cover Sheet [**Dkt. 5652**].

Related Order:

F. Order Approving Stipulation and Agreement for Order Continuing Hearing on Motion for Relief from Stay Between the Utility and JH Kelly, LLC [**Dkt. 5829**].

G. Order Approving Stipulation and Agreement for Order Further Continuing Hearing on Motion for Relief from Stay Between the Utility and JH Kelly, LLC [**Dkt. 6272**].

H. Order Regarding Limited Relief from the Automatic Stay Between the Utility, JH Kelly, LLC and AECOM Technical Services, Inc. [**Dkt. 6430**].

Status: This matter has been taken off calendar per order on March 23, 2020.

4. **Marroquin Relief from Stay Motion**: *Motion to Abstain and for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion* [**Dkt. 4606**].

Response Deadline: March 20, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Stipulation Between Debtor Pacific Gas and Electric Company and Michael Marroquin to Continue Hearing and for Limited Relief from the Automatic Stay [**Dkt. 4874**].

Related Documents:

B. Exhibits to Motion to Abstain and for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion [**Dkt. 4607**].

C. Declaration of Daniel Rodriguez in Support of Motion for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion [**Dkt. 4608**].

D. Declaration of Leonard K. Welsh in Support of Motion to Abstain and for Relief from Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion [**Dkt. 4609**].

E. Relief from Stay Cover Sheet [**Dkt. 4610**].

Related Order:

F. Order Approving Stipulation Between Debtor Pacific Gas and Electric Company and Michael Marroquin to Continue Hearing and for Limited Relief from the Automatic Stay [**Dkt. 4888**].

Status: This matter has been continued to April 7, 2020 by Docket Text Order on March 16, 2020.

5. **2020 Employee Compensation Motion**: *Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), And 503(c) for Entry of an Order Approving Debtors' 2020 (I) Short Term Incentive Plan; (II) Long Term Incentive Plan; (III) Performance Metrics for the Chief Executive Officer and President of PG&E Corporation; and (IV) Granting Related Relief* [**Dkt. 6088**].

Response Deadline: March 18, 2020, at 4:00 p.m. (Pacific Time).

Responses Filed:

A. Reservation of Rights of the Official Committee of Unsecured Creditors to the Debtors' 2020 Employee Compensation Motion [**Dkt. 6357**].

B. Response of the Official Committee of Tort Claimants to the Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), And 503(c) for Entry of an Order Approving Debtors' 2020 (I) Short Term Incentive Plan; (II) Long Term Incentive Plan; (III) Performance Metrics for the Chief Executive Officer and President of PG&E Corporation; and (IV) Granting Related Relief [**Dkt. 6358**].

Related Documents:

C. Declaration of Lane Ringlee in Support of Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), And 503(c) for Entry of an Order Approving

|   |   |   |
|---|---|---|
|   |   | Debtors' 2020 (I) Short Term Incentive Plan; (II) Long Term Incentive Plan; (III) Performance Metrics for the Chief Executive Officer and President of PG&E Corporation; and (IV) Granting Related Relief [**Dkt. 6089**]. |
|   | D. | Declaration of John Lowe in Support of Motion of Debtors Pursuant to 11 U.S.C. §§ 105(a), 363(b), And 503(c) for Entry of an Order Approving Debtors' 2020 (I) Short Term Incentive Plan; (II) Long Term Incentive Plan; (III) Performance Metrics for the Chief Executive Officer and President of PG&E Corporation; and (IV) Granting Related Relief [**Dkt. 6090**]. |

Status: This matter has been continued to April 29, 2020 by Docket Text Order on March 22, 2020.

6. **South San Joaquin Irrigation District Relief from Stay Motion**: *Motion of South San Joaquin Irrigation District for Relief from the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue; Memorandum of Points and Authorities in Support Thereof* [**Dkt. 6078**].

Response Deadline: March 20, 2020, at 4:00 p.m. (Pacific Time).

Response Filed:

A. Request for Judicial Notice in Support of Motion of South San Joaquin Irrigation District for Relief from the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue [**Dkt. 6083**].

B. Stipulation Between Debtors and South San Joaquin Irrigation District for Relief from the Automatic Stay [**Dkt. 6383**].

Related Documents:

C. Relief from Stay Cover Sheet [**Dkt. 6079**].

D. Declaration of Peter Rietkerk in Support of South San Joaquin Irrigation District's Motion for Relief from the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue [**Dkt. 6081**].

E. Declaration of Peggy O'Laughlin in Support of South San Joaquin Irrigation District's Motion for Relief from the Automatic Stay to Permit Proceedings in Non-Bankruptcy Forum to Continue [**Dkt. 6082**].

Related Order:

F. Order Approving Stipulation Between Debtors and South San Joaquin Irrigation District for Relief from the Automatic Stay [**Dkt. 6390**].

Status: This matter has been resolved and taken off calendar by stipulation [**Dkt. 6383**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

7. **Application to Employ Hunton Andrews Kurth LLP**: *Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Hunton Andrews Kurth LLP as Special Counsel for the Debtors Effective as of the Petition Date* [**Dkt. 6072**].

Response Deadline: March 18, 2020, at 4:00 p.m. (Pacific Time).

Related Documents:

A. Declaration of Michael F. Fitzpatrick, Jr. in Support of Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Hunton Andrews Kurth LLP as Special Counsel for the Debtors Effective as of the Petition Date [**Dkt. 6073**].

B. Declaration of Janet Loduca in Support of Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Hunton Andrews Kurth LLP as Special Counsel for the Debtors Effective as of the Petition Date [**Dkt. 6074**].

C. Request for Entry of Order by Default Granting Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Hunton Andrews Kurth LLP as Special Counsel for the Debtors Effective as of the Petition Date [**Dkt. 6395**].

Related Order:

D. Order Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Hunton Andrews Kurth LLP as Special Counsel for the Debtors Effective as of the Petition Date [**Dkt. 6406**].

Status: The application has been granted and the matter taken off calendar by order [**Dkt. 6406**].

8. **First Interim Fee Application Compromises**: *Notice of Hearing on First Interim Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Applicants Based Upon Compromises with the Fee Examiner* [**Dkt. 6000**].

Response Deadline: March 18, 2020, at 4:00 p.m. (Pacific Time).

Related Documents:

A. Summary Sheet to First Interim Application of Simpson Thatcher & Bartlett LLP for Allowance and Payment of Compensation and

Reimbursement of Expenses for the Period of January 29, 2019 Through April 30, 2019 [**Dkt. 3157**].

    B.    Summary Sheet to First Interim Fee Application of Coblentz Patch Duffy & Bass LLP for Allowance and Payment of Compensation and Reimbursement of Expenses (January 29, 2019 Through September 30, 2019) [**Dkt. 4754**].

    C.    Amended Notice of Hearing on First Interim Applications Allowing and Authorizing Payment of Fees and Expenses of Multiple Applicants Based Upon Compromises with the Fee Examiner [**Dkt. 6028**].

<u>Status</u>:  This matter has been taken off calendar by Docket Text Order on March 20, 2020.

9. **Kayla Ruhnke Relief from Stay Motion**: *Motion of Kayla Ruhnke and E.R., a Minor, for Determination that the Automatic Stay is Inapplicable, or Alternatively, for Relief from the Automatic Stay* [**Dkt. 5962**].

<u>Response Deadline</u>:  March 20, 2020, 4:00 p.m.

<u>Response Filed</u>:

    A.    Stipulation Between Debtors and Kayla Ruhnke and E.R., a Minor, for Relief from the Automatic Stay [**Dkt. 6384**].

<u>Related Documents</u>:

    B.    Request for Allowance of Administrative Expense Claim of Kayla Ruhnke and E.R., a Minor, Pursuant to 11 U.S.C. § 503(b)(1)(A) [**Dkt. 5960**].

    C.    Declaration of Kayla Ruhnke in Support of: (1) Request for Allowance of Administrative Expense Claim of Kayla Ruhnke and E.R., a Minor, Pursuant to 11 U.S.C. § 503(b)(1)(A); and (2) Motion of Kayla Ruhnke and E.R., a Minor, for Determination that the Automatic Stay is Inapplicable, or Alternatively, for Relief from the Automatic Stay [**Dkt. 5963**].

    D.    Declaration of Jonathan Gertler in Support of: (1) Request for Allowance of Administrative Expense Claim of Kayla Ruhnke and E.R., a Minor, Pursuant to 11 U.S.C. § 503(b)(1)(A); and (2) Motion of Kayla Ruhnke and E.R., a Minor, for Determination that the Automatic Stay is Inapplicable, or Alternatively, for Relief from the Automatic Stay [**Dkt. 5964**].

<u>Related Order</u>:

    E.    Order Approving Stipulation Between Debtors and Kayla Ruhnke and E.R., a Minor, for Relief from the Automatic Stay [**Dkt. 6392**].

<u>Status</u>:  This matter has been resolved and taken off calendar by stipulation [**Dkt. 6384**].

10. **Second Exclusive Solicitation Period Motion**: *Second Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) to Extend the Exclusive Solicitation Period* [**Dkt. 5936**].

Response Deadline: March 18, 2020, at 4:00 p.m. (Pacific Time).

Related Documents:

A. Declaration of John Boken in Support of Second Motion of Debtors Pursuant to 11 U.S.C. § 1121(d) to Extend the Exclusive Solicitation Period [**Dkt. 5937**].

Related Order:

B. Order Pursuant to 11 U.S.C. § 1121(d) Granting Second Motion of the Debtors to Extend the Exclusive Solicitation Period [**Dkt. 6394**].

Status: This Motion was granted and taken off calendar by order [**Dkt. 6394**].

11. **TCC Objection to Adventist Health Claims**: *Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by Adventist Health System/West and Feather River Hospital d/b/a Adventist Health Feather River (Claim Nos. 59459 & 59996)* [**Dkt. 5760**].

Response Deadline: March 11, 2020, at 4:00 p.m. (Pacific Time).

Related Documents:

A. Declaration of Danyll W. Foix in Support of the Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by Adventist Health System/West and Feather River Hospital d/b/a Adventist Health Feather River (Claim Nos. 59459 & 59996) [**Dkt. 5761**].

B. Notice of Withdrawal Without Prejudice of the Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by Adventist Health System/West and Feather River Hospital d/b/a Adventist Health Feather River (Claim Nos. 59459 & 59996) [**Dkt. 6216**].

Status: This matter has been withdrawn and taken off calendar by **Dkt. 6216**.

12. **Adam Cronin's Relief from Stay Motion**: *Motion for Relief from Automatic Stay* [**Dkt. 2579**].

Response Deadline: July 17, 2019 at 4:00 p.m. (Pacific Time).

Response Filed:

A. Preliminary Response in Opposition to Claimant Adam Cronin's Motion for Relief from the Automatic Stay [**Dkt. 3098**].

B. Stipulation Between Utility and Adam Cronin for Relief from the Automatic Stay [**Dkt. 6385**].

Related Documents:

C. Relief from Stay Cover Sheet [**Dkt. 2581**].

D. Points and Authorities in Support of the Motion for Relief from the Automatic Stay [**Dkt. 2582**].

E. Declaration in Support of the Movant's Motion for Relief from Automatic Stay [**Dkt. 2583**].

F. Motion for Reconsideration of Order Denying Relief from Automatic Stay [**Dkt. 5922**].

Related Documents:

G. Order Denying Claimant Adam Cronin's Motion for Relief from the Automatic Stay [**Dkt. 3241**].

H. Order Approving Stipulation Between Utility and Adam Cronin for Relief from the Automatic Stay [**Dkt. 6393**].

Status: This matter has been resolved and taken off calendar by stipulation [**Dkt. 6393**].

II: **MATTERS SCHEDULED TO BE HEARD IN ADVERSARY PROCEEDING:** *Winding Creek Solar LLC et al v. Pacific Gas and Electric Company et al*, Adv. Proc. No. 19-03049

*CONTINUED MATTER*

13. **Debtor's Motion to Dismiss**: *The Utility's Motion to Dismiss, or, in the Alternative, Stay Adversary Proceeding; Memorandum of Points and Authorities in Support* [**Dkt. 8**].

Response Deadline: January 15, 2020, at 4:00 p.m. (Pacific Time).

Response Filed:

A. Stipulation and Agreement for Order Continuing Hearing [**Dkt. 14**].

B. Second Stipulation and Agreement for Order Continuing Hearing [**Dkt. 16**].

C. Plaintiff's Memorandum of Points and Authorities in Opposition to PG&E's Motion to Dismiss the Complaint [**Dkt. 18**].

D. Request for Judicial Notice in Support of the Utility's Reply in Further Support of its Motion to Dismiss [**Dkt. 20**].

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Related Documents:

E. Utility's Request for Judicial Notice in Support of Utility's Motion to Dismiss, or, in the Alternative, Stay Adversary Proceeding; Memorandum of Points and Authorities in Support [**Dkt. 9**].

F. The Utility's Reply in Further Support of its Motion to Dismiss; Memorandum of Points and Authorities in Support [**Dkt. 19**].

Related Order:

G. Order Approving Stipulation and Agreement for Order Continuing Hearing [**Dkt. 15**].

E. Order Approving Second Stipulation and Agreement for Order Continuing Hearing [**Dkt. 17**].

Status: This matter has been continued to April 7, 2020.

**PLEASE TAKE NOTICE** that copies of any pleadings filed with the Court and referenced herein can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at:pgeinfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: March 24, 2020

**WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP**

By: */s/ Dara L. Silveira*
Dara L. Silveira

*Attorneys for Debtors and Debtors in Possession*