JOSHUA HILL JR. (SBN 250842)
jhill@mofo.com
CHRISTINE Y. WONG (SBN 284026)
christinewong@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000
Fax: (415) 268-7522

*Special Regulatory Counsel to Debtors
and Debtors in Possession*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION,** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **SIXTH MONTHLY FEE STATEMENT OF MORRISON & FOERSTER LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | **Objection Deadline**: April 14, 2020 at 4:00 p.m. (Pacific Time)<br><br>[No Hearing Requested] |

ny-1889695

| To: | The Notice Parties |
|---|---|
| Name of Applicant: | Morrison & Foerster LLP |
| Authorized to Provide Professional Services to: | Special Regulatory Counsel to Debtors and Debtors in Possession |
| Date of Retention: | June 12, 2019 *nunc pro tunc* to January 29, 2019 |
| Period for which compensation and reimbursement are sought: | December 1, 2019 through December 31, 2019 |
| Amount of compensation sought as actual, reasonable, and necessary: | $176,282.19 (80% of $220,352.74) |
| Amount of expenses reimbursement sought as actual, reasonable, and necessary: | $2,696.60 |

Morrison & Foerster LLP ("**Morrison & Foerster**" or the "**Applicant**"), special regulatory counsel to the Debtors and Debtors in Possession (the "**Debtors**"), hereby submits its Sixth Monthly fee statement (this "**Monthly Fee Statement**") for allowance of payment and compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing December 1, 2019 through December 31, 2019 (the "**Fee Period**") pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* dated February 27, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

By this Monthly Fee Statement, Morrison & Foerster requests allowance and payment of $176,282.19 (80% of $220,352.74) as compensation for professional services rendered to the Debtors during the Fee Period and allowance and payment of $2,696.60 (representing 100% of the expenses allowed) as reimbursement for actual and necessary expenses incurred by Morrison & Foerster during the Fee Period.

Annexed hereto as **Exhibit A** is the name of each professional who performed services for the Debtors in connection with these Chapter 11 Cases during the Fee Period covered by this Fee

2

ny-1889695

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

1   Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is
2   a summary of hours during the Fee Period by task. Attached hereto as **Exhibit C** is a summary of
3   expenses incurred during the Fee Period. Attached hereto as **Exhibit D** are the detailed time entries
4   for the Fee Period. Attached hereto as **Exhibit E** are the detailed expenses for the fee period.

In accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before the 21st day (or the next business day if such day is not a business day) following the date the Monthly Fee Statement is served (the "**Objection Deadline**") with this Court.

Upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement. If an objection is properly filed, the Debtors shall be authorized and directed to pay the Applicant 80% of the fees and 100% of the expenses not subject to an objection.

Dated: March 24, 2020

By: **MORRISON & FOERSTER LLP**

/s/ Joshua Hill Jr.
JOSHUA HILL JR. (SBN 250842)
jhill@mofo.com
CHRISTINE Y. WONG (SBN 284026)
christinewong@mofo.com
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000
Fax: (415) 268-7522

*Special Regulatory Counsel to Debtors
and Debtors in Possession*

# NOTICE PARTIES

PG&E Corporation
c/o Pacific Gas & Electric Company
77 Beale Street
San Francisco, CA 94105
Attn: Janet Loduca, Esq.

Keller & Benvenutti LLP
650 California Street, Suite 1900
San Francisco, CA 94108
Attn: Tobias S. Keller, Esq.,
       Jane Kim, Esq.

The Office of the United States
Trustee for Region 17
450 Golden Gate Avenue, 5th Floor
Suite #05-0153
San Francisco, CA 94102
Attn: James L. Snyder, Esq.,
       Timothy Laffredi, Esq.

Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Attn: Dennis F. Dunne, Esq.,
       Sam A. Khalil, Esq.

Milbank LLP
2029 Century Park East, 33rd Floor
Los Angeles, CA 90067
Attn: Paul S. Aronzon, Esq.,
       Gregory A. Bray, Esq.,
       Thomas R. Kreller, Esq.

Baker & Hostetler LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Attn: Eric Sagerman, Esq.,
       Cecily Dumas, Esq.

Bruce A. Markell
Fee Examiner
541 N. Fairbanks Ct., Ste 2200
Chicago, IL 60611-3710

Scott H. McNutt
324 Warren Road
San Mateo, California 94402
*Attorney for Fee Examiner*

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

ny-1889695