**EXHIBIT A**

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

## COMPENSATION BY PROFESSIONAL FOR THE
## PERIOD FROM DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

| Name of Professional Person | Department, Date of First Admission *or* Years in Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| **Partners and Of Counsel** | | | | |
| Hill, Joshua | Dep't: Litigation<br>Admission: 2002 | $905.25 | 35.20 | $31,864.80 |
| Wong, Christine Y. | Dep't: Litigation<br>Admission: 2001 | $828.75 | 51.20 | $42,432.00 |
| **Associates and Attorneys** | | | | |
| Annobil, Yacoba Elsie | Dep't: Litigation<br>Admission: 2015 | $590.75 | 40.20 | $23,748.15 |
| Barr, Sarah Elizabeth | Dep't: Litigation<br>Admission: 2017 | $467.50 | 10.30 | $4,815.25 |
| Floyd, Amani Solange | Dep't: Litigation<br>Admission: 2014 | $590.75 | 6.20 | $3,662.65 |
| Kissner, Andrew | Dep't: Business Restructuring & Insolvency<br>Admission: 2017 | $531.25 | 5.30 | $2,815.63 |
| Neitzey, Christina Nicole | Dep't: Litigation<br>Admission: 2018 | $467.50 | 46.90 | $21,925.75 |
| Nicholson, Julie A. | Dep't: Litigation<br>Admission: 2012 | $680.00 | 118.90 | $80,852.00 |
| **Paralegals and Non-Legal Staff** | | | | |
| Guido, Laura | Dep't: Business Restructuring & Insolvency<br>Title: Senior Paralegal<br>Years in Position: 12 | $318.75 | 0.50 | $159.38 |
| Im, Amanda | Dep't: Litigation<br>Title: Paralegal<br>Years in Position: 2 | $310.25 | 0.10 | $31.03 |
| Middleman, Caitlin K. | Dep't: Litigation<br>Title: Senior Paralegal<br>Years in Position: 8.5 | $314.50 | 29.30 | $9,214.85 |
| **Total Incurred:** | | | 344.1 | $221,521.49 |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | | n/a | $(1,168.75) |
| **Total Requested:** | | | 344.1 | $220,352.74 |

ny-1889695

**Total Partners, Of Counsel, Associates and Paraprofessionals**

| PROFESSIONALS | BLENDED RATES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---:|---:|---:|
| Partners and Counsel | $859.91 | 86.4 | $74,296.80 |
| Associates and Attorneys | $605.00 | 227.8 | $137,819.43 |
| **Total Incurred by All Attorneys:** | **$675.09** | **314.2** | **$212,116.23** |
| Less Client Accommodation for Time Entry Review (100% of Fees Incurred): | n/a | n/a | $(1,168.75) |
| **Blended Attorney Rate:** | **$671.37** | **314.2** | **$210,947.48** |
| Paraprofessionals and Non-Legal Staff | $314.55 | 29.9 | $9,405.26 |
| **Total Requested:** | **$640.37** | **344.1** | **$220,352.74** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105