## EXHIBIT B

### COMPENSATION BY WORK TASK CODE FOR
### SERVICES RENDERED MORRISON & FOERSTER LLP
### FOR THE PERIOD FROM DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

| Project Category | Description | Hours | Amount |
|---|---|---|---|
| C200 | Researching Law | 3.30 | $1,838.55 |
| C312 | Client Counsel - State/Regulatory/Judicial | 41.10 | $27,034.28 |
| P100 | Project Administration | 8.40 | $3,788.45 |
| P210 | Corporate Review | 0.90 | $761.08 |
| P300 | Structure/Strategy/Analysis | 272.70 | $177,598.61 |
| P400 | Initial Document Preparation/Filing | 15.50 | $9,331.77 |
| Z032 | Time Entry Review | 2.20 | $1,168.75 |
| **Total Incurred:** | | **344.1** | **$221,521.49** |
| **Less Client Accommodation for Time Entry Review (100% of Fees Incurred):** | | **n/a** | **$(1,168.75)** |
| **Total Requested:** | | **344.1** | **$220,352.74** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105