# EXHIBIT C

**EXPENSE SUMMARY FOR THE PERIOD
FROM DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

| Expense Category | Total Expenses |
|---|---:|
| Photocopies | $15.90 |
| Color Copies | $2,445.10 |
| Outside Copying Services | $1.40 |
| Online Research – Other Database | $3.00 |
| Epiq eDiscovery Managed Services | $231.20 |
| **Total** | **$2,696.60** |

Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

ny-1889695