# EXHIBIT D

**DETAILED TIME ENTRIES FOR THE PERIOD
FROM DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019**

# MORRISON | FOERSTER

PO BOX 742335
LOS ANGELES
CALIFORNIA 90074-2335

TELEPHONE: 415 268 7000
FACSIMILE: 415 268 7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, WASHINGTON, D.C.,
SAN DIEGO, PALO ALTO, BOSTON,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #** [redacted]
Invoice Number: 5898699
Invoice Date: March 24, 2020

Client/Matter Number: 050386-0000020

Matter Name: CPUC INVESTIGATION/OII

Client Ref: 1707076

RE: CPUC INVESTIGATION/OII

*For Professional Services Rendered through December 31, 2019*

|  | U.S.Dollars |
|---|---:|
| Original Fees | 260,613.50 |
| Fee Discount Value | (39,092.01) |
| Client Accommodation - Time Entry Review | (1,168.75) |
| **Total This Invoice** | **220,352.74** |

**Payment may be made by Electronic Funds transfer to the firm's account**

[redacted bank information]

# MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5898699
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: March 24, 2020

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| **C200 RESEARCHING LAW** | | | | |
| 09-Dec-19 | Conduct legal research regarding Safety and Enforcement Division settlements. | Annobil, Yacoba Elsie | 2.40 | 1,417.80 |
| 10-Dec-19 | Conduct legal research regarding settlement meetings and re-closing policies. | Barr, Sarah Elizabeth | 0.90 | 420.75 |
| **Total: C200** | **C200 RESEARCHING LAW** | | **3.30** | **1,838.55** |
| **C312 CLIENT COUNSEL -STAT/REG/JUDICIAL** | | | | |
| 01-Dec-19 | Correspond with J. Hill and C. Wong regarding client update. | Nicholson, Julie A. | 0.20 | 136.00 |
| 02-Dec-19 | Call with client regarding case update. | Barr, Sarah Elizabeth | 0.40 | 187.00 |
| 02-Dec-19 | Call with client regarding case update. | Floyd, Amani Solange | 0.40 | 236.30 |
| 02-Dec-19 | Correspond with T. Smith (PG&E) regarding case update. | Nicholson, Julie A. | 0.10 | 68.00 |
| 02-Dec-19 | Call with regulators and client regarding settlement. | Nicholson, Julie A. | 1.30 | 884.00 |
| 02-Dec-19 | Correspond with client regarding settlement negotiations. | Nicholson, Julie A. | 0.80 | 544.00 |
| 04-Dec-19 | Correspond with client regarding revisions to corrective actions. | Annobil, Yacoba Elsie | 0.50 | 295.38 |
| 04-Dec-19 | Call with client regarding case update and strategy. | Floyd, Amani Solange | 0.50 | 295.38 |
| 04-Dec-19 | Call with client regarding case update and strategy. | Hill, Joshua | 0.50 | 452.63 |
| 04-Dec-19 | Call with client working group regarding response to Camp Fire report. | Wong, Christine Y. | 0.50 | 414.38 |
| 05-Dec-19 | Correspond with internal working group regarding client status update. | Nicholson, Julie A. | 0.30 | 204.00 |
| 06-Dec-19 | Call with client regarding case update and strategy. | Barr, Sarah Elizabeth | 0.40 | 187.00 |
| 06-Dec-19 | Call with client regarding case update and strategy. | Floyd, Amani Solange | 0.40 | 236.30 |
| 06-Dec-19 | Call with regulators and client regarding settlement. | Nicholson, Julie A. | 3.00 | 2,040.00 |
| 09-Dec-19 | Call with client regarding case update and strategy. | Barr, Sarah Elizabeth | 0.20 | 93.50 |
| 09-Dec-19 | Call with client regarding case update and strategy. | Floyd, Amani Solange | 0.20 | 118.15 |
| 09-Dec-19 | Call with S. Olinek (PG&E), E. Seals (PG&E) and J. Nicholson regarding motion to approve settlement. | Hill, Joshua | 0.90 | 814.73 |
| 09-Dec-19 | Call with E. Seals (PG&E), S. Olinek (PG&E), and J. Hill regarding motion to approve settlement. | Nicholson, Julie A. | 0.90 | 612.00 |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5898699  
Invoice Date: March 24, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 10-Dec-19 | Correspond with S. Olinek (PG&E), J. Nicholson, and C. Neitzey regarding revisions to corrective actions. | Annobil, Yacoba Elsie | 1.20 | 708.90 |
| 10-Dec-19 | Call with S. Olinek (PG&E) and M. Pender (PG&E) regarding corrective actions portion of settlement agreement. | Neitzey, Christina Nic | 0.50 | 233.75 |
| 10-Dec-19 | Calls with subject matter experts, client and J. Nicholson regarding system enhancement initiatives. | Neitzey, Christina Nic | 1.40 | 654.50 |
| 10-Dec-19 | Calls with subject matter experts, client, and C. Neitzey regarding system enhancement initiatives. | Nicholson, Julie A. | 1.40 | 952.00 |
| 11-Dec-19 | Call with client regarding settlement. | Nicholson, Julie A. | 2.40 | 1,632.00 |
| 12-Dec-19 | Call with regulators, interested parties, and client regarding settlement. | Annobil, Yacoba Elsie | 1.80 | 1,063.35 |
| 12-Dec-19 | Call with regulators, interested parties, and client regarding settlement. | Nicholson, Julie A. | 1.80 | 1,224.00 |
| 13-Dec-19 | Correspond with S. Olinek (PG&E) regarding revisions to corrective actions. | Annobil, Yacoba Elsie | 0.10 | 59.08 |
| 13-Dec-19 | Call with client regarding case status and strategy. | Barr, Sarah Elizabeth | 0.20 | 93.50 |
| 13-Dec-19 | Call with client regarding case status and strategy. | Floyd, Amani Solange | 0.20 | 118.15 |
| 13-Dec-19 | Call with regulators, interested parties, and client regarding settlement. | Nicholson, Julie A. | 7.80 | 5,304.00 |
| 14-Dec-19 | Call with client regarding revisions to settlement agreement documents. | Annobil, Yacoba Elsie | 0.90 | 531.68 |
| 14-Dec-19 | Call with client regarding revisions to settlement agreement documents. | Hill, Joshua | 0.90 | 814.73 |
| 14-Dec-19 | Call with client regarding revisions to settlement agreement documents. | Neitzey, Christina Nic | 0.90 | 420.75 |
| 14-Dec-19 | Call with client regarding revisions to settlement agreement documents. | Nicholson, Julie A. | 0.90 | 612.00 |
| 16-Dec-19 | Call with S. Olinek (PG&E), E. Seals (PG&E), J. Nicholson, J. Hill, OSA, and SED to discuss corrective actions portion of settlement agreement. | Neitzey, Christina Nic | 0.50 | 233.75 |
| 16-Dec-19 | Calls with regulators, interested parties, and client regarding settlement. | Nicholson, Julie A. | 2.80 | 1,904.00 |
| 16-Dec-19 | Call with client regarding motion for approval of settlement agreement. | Nicholson, Julie A. | 0.70 | 476.00 |
| 17-Dec-19 | Call with regulators, interested parties, and client regarding settlement. | Nicholson, Julie A. | 0.30 | 204.00 |
| 18-Dec-19 | Call with client regarding case status and strategy. | Barr, Sarah Elizabeth | 0.30 | 140.25 |
| 18-Dec-19 | Call with client regarding case status and strategy. | Floyd, Amani Solange | 0.30 | 177.21 |
| 20-Dec-19 | Call with client regarding case status and strategy. | Barr, Sarah Elizabeth | 0.30 | 140.25 |

Matter Number: 050386-0000020  Invoice Number: 5898699
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: March 24, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 20-Dec-19 | Correspond with E. Seals (PG&E) regarding update on order. | Nicholson, Julie A. | 0.40 | 272.00 |
| 20-Dec-19 | Correspond with E. Seals (PG&E) regarding opposition to motion for party status. | Nicholson, Julie A. | 0.10 | 68.00 |
| 31-Dec-19 | Call with M. Allen (PG&E) regarding response to administrative law judge's ruling regarding settlement. | Hill, Joshua | 0.70 | 633.68 |
| 31-Dec-19 | Call with client regarding response to order on settlement agreement. | Nicholson, Julie A. | 0.80 | 544.00 |
| **Total: C312** | **C312 CLIENT COUNSEL -STAT/REG/JUDICIAL** | | **41.10** | **27,034.28** |

**P100 PROJECT ADMINISTRATION**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 02-Dec-19 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.60 | 188.70 |
| 02-Dec-19 | Revise case calendar. | Middleman, Caitlin K. | 0.60 | 188.70 |
| 03-Dec-19 | Draft biweekly status report. | Barr, Sarah Elizabeth | 0.60 | 280.50 |
| 03-Dec-19 | Revise case calendar. | Middleman, Caitlin K. | 0.30 | 94.35 |
| 03-Dec-19 | Correspond with S. Barr regarding case status update. | Nicholson, Julie A. | 0.40 | 272.00 |
| 04-Dec-19 | Draft biweekly status report. | Barr, Sarah Elizabeth | 0.50 | 233.75 |
| 04-Dec-19 | Revise CPUC submission file. | Middleman, Caitlin K. | 0.40 | 125.80 |
| 05-Dec-19 | Revise CPUC submission file. | Middleman, Caitlin K. | 0.80 | 251.60 |
| 05-Dec-19 | Analyze and revise draft status report for client. | Wong, Christine Y. | 0.20 | 165.75 |
| 05-Dec-19 | Correspond with J. Nicholson regarding case status. | Wong, Christine Y. | 0.50 | 414.38 |
| 09-Dec-19 | Revise CPUC submission file. | Middleman, Caitlin K. | 0.40 | 125.80 |
| 10-Dec-19 | Revise CPUC submission file. | Middleman, Caitlin K. | 0.30 | 94.35 |
| 11-Dec-19 | Analyze and comment on press release. | Hill, Joshua | 0.40 | 362.10 |
| 11-Dec-19 | Correspond with J. Hill and C. Wong regarding case status. | Nicholson, Julie A. | 0.20 | 136.00 |
| 12-Dec-19 | Revise CPUC submission file. | Middleman, Caitlin K. | 0.30 | 94.35 |
| 12-Dec-19 | Correspond with J. Hill and C. Wong regarding client status update. | Nicholson, Julie A. | 0.10 | 68.00 |
| 17-Dec-19 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.30 | 94.35 |
| 18-Dec-19 | Analyze scoping memorandum from administrative law judge regarding biweekly status reports. | Barr, Sarah Elizabeth | 0.40 | 187.00 |
| 18-Dec-19 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.30 | 94.35 |
| 19-Dec-19 | Revise case calendar. | Middleman, Caitlin K. | 0.20 | 62.90 |
| 19-Dec-19 | Revise CPUC submissions file. | Middleman, Caitlin K. | 0.30 | 94.35 |
| 20-Dec-19 | Analyze class action complaint and correspond with J. Hill regarding bankruptcy implications. | Kissner, Andrew | 0.30 | 159.37 |
| **Total: P100** | **P100 PROJECT ADMINISTRATION** | | **8.40** | **3,788.45** |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5898699  
Invoice Date: March 24, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| **P210 CORPORATE REVIEW** | | | | |
| 12-Dec-19 | Analyze and revise draft 8-K statement regarding settlement. | Wong, Christine Y. | 0.70 | 580.13 |
| 17-Dec-19 | Analyze draft 8-K filings. | Hill, Joshua | 0.20 | 180.95 |
| **Total: P210** | **P210 CORPORATE REVIEW** | | **0.90** | **761.08** |
| **P300 STRUCTURE/STRATEGY/ANALYSIS** | | | | |
| 01-Dec-19 | Draft corrective actions portion of settlement agreement. | Neitzey, Christina Nic | 0.80 | 374.00 |
| 01-Dec-19 | Correspond with Y. Annobil and C. Neitzey regarding corrective actions. | Nicholson, Julie A. | 0.30 | 204.00 |
| 02-Dec-19 | Analyze and revise settlement agreement. | Annobil, Yacoba Elsie | 1.40 | 827.05 |
| 02-Dec-19 | Analyze Camp Fire report. | Floyd, Amani Solange | 0.20 | 118.15 |
| 02-Dec-19 | Correspond with internal working group regarding recent filings. | Floyd, Amani Solange | 0.10 | 59.08 |
| 02-Dec-19 | Analyze SED response to attachment B report. | Floyd, Amani Solange | 0.20 | 118.15 |
| 02-Dec-19 | Analyze settlement agreement and related documents. | Hill, Joshua | 2.20 | 1,991.55 |
| 02-Dec-19 | Call with L. Grossbard (Cravath) regarding case status. | Hill, Joshua | 0.40 | 362.10 |
| 02-Dec-19 | Participate in settlement conference regarding corrective actions. | Neitzey, Christina Nic | 3.30 | 1,542.75 |
| 02-Dec-19 | Draft corrective actions portion of settlement agreement. | Neitzey, Christina Nic | 2.30 | 1,075.25 |
| 02-Dec-19 | Participate in settlement conference regarding corrective actions. | Nicholson, Julie A. | 3.30 | 2,244.00 |
| 02-Dec-19 | Correspond with C. Neitzey regarding corrective actions. | Nicholson, Julie A. | 0.30 | 204.00 |
| 02-Dec-19 | Correspond with L. Cole regarding OII testimony. | Nicholson, Julie A. | 0.10 | 68.00 |
| 02-Dec-19 | Update strategy document regarding violations. | Nicholson, Julie A. | 0.20 | 136.00 |
| 02-Dec-19 | Analyze and revise settlement agreement. | Wong, Christine Y. | 0.50 | 414.38 |
| 02-Dec-19 | Attend settlement conference. | Wong, Christine Y. | 1.50 | 1,243.13 |
| 02-Dec-19 | Analyze and revise weekly status update. | Wong, Christine Y. | 0.20 | 165.75 |
| 03-Dec-19 | Revise Exhibit C to settlement agreement regarding proposed edits from OSA. | Annobil, Yacoba Elsie | 1.30 | 767.98 |
| 03-Dec-19 | Correspond with internal working group regarding settlement agreement. | Hill, Joshua | 0.30 | 271.58 |
| 03-Dec-19 | Participate in settlement conference regarding corrective actions. | Neitzey, Christina Nic | 3.00 | 1,402.50 |

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 03-Dec-19 | Draft corrective actions portion of settlement agreement. | Neitzey, Christina Nic | 1.80 | 841.50 |
| 03-Dec-19 | Participate in settlement conference regarding corrective actions. | Nicholson, Julie A. | 3.00 | 2,040.00 |
| 03-Dec-19 | Analyze motion to expand scope of the proceeding. | Nicholson, Julie A. | 0.40 | 272.00 |
| 03-Dec-19 | Correspond with C. Neitzey regarding corrective actions. | Nicholson, Julie A. | 0.50 | 340.00 |
| 03-Dec-19 | Analyze and revise settlement agreement and exhibits. | Wong, Christine Y. | 2.00 | 1,657.50 |
| 04-Dec-19 | Correspond with J. Nicholson and C. Middleman regarding order granting party status to ad hoc committee. | Im, Amanda | 0.10 | 31.03 |
| 04-Dec-19 | Correspond with Y. Annobil regarding corrective actions. | Neitzey, Christina Nic | 0.50 | 233.75 |
| 04-Dec-19 | Draft motion for approval of settlement agreement. | Nicholson, Julie A. | 5.00 | 3,400.00 |
| 04-Dec-19 | Analyze and revise draft status report for administrative law judge. | Wong, Christine Y. | 0.20 | 165.75 |
| 04-Dec-19 | Analyze and consider response to SED Camp Fire report. | Wong, Christine Y. | 0.70 | 580.13 |
| 05-Dec-19 | Analyze opposing party's proposed edits to Exhibit C to settlement agreement. | Annobil, Yacoba Elsie | 0.30 | 177.23 |
| 05-Dec-19 | Analyze letter and court's order regarding photos of c-hooks. | Hill, Joshua | 0.30 | 271.58 |
| 05-Dec-19 | Call with J. Nicholson regarding motion for settlement approval strategy. | Hill, Joshua | 0.70 | 633.68 |
| 05-Dec-19 | Analyze comments on settlement agreement and related correspondence. | Hill, Joshua | 0.20 | 181.05 |
| 05-Dec-19 | Analyze second amended scoping memorandum. | Hill, Joshua | 0.20 | 181.05 |
| 05-Dec-19 | Correspond with Y. Annobil regarding corrective actions. | Neitzey, Christina Nic | 0.40 | 187.00 |
| 05-Dec-19 | Draft motion for approval of settlement agreement. | Nicholson, Julie A. | 4.90 | 3,332.00 |
| 05-Dec-19 | Correspond with C. Wong regarding motion for approval of settlement agreement. | Nicholson, Julie A. | 0.40 | 272.00 |
| 05-Dec-19 | Analyze amended scoping order. | Nicholson, Julie A. | 0.20 | 136.00 |
| 05-Dec-19 | Call with J. Hill regarding motion for settlement approval strategy. | Nicholson, Julie A. | 0.70 | 476.00 |
| 05-Dec-19 | Analyze scoping memorandum and consider impact on OII settlement preparations. | Wong, Christine Y. | 0.20 | 165.75 |
| 05-Dec-19 | Analyze and revise settlement agreement and related documents. | Wong, Christine Y. | 2.20 | 1,823.25 |
| 05-Dec-19 | Analyze and revise motion for approval of settlement. | Wong, Christine Y. | 0.50 | 414.38 |

Matter Number: 050386-0000020  Invoice Number: 5898699
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: March 24, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 06-Dec-19 | Analyze revisions to Exhibit C to settlement agreement. | Annobil, Yacoba Elsie | 0.50 | 295.38 |
| 06-Dec-19 | Analyze and revise draft motion for approval of settlement agreement. | Hill, Joshua | 5.20 | 4,707.30 |
| 06-Dec-19 | Draft corrective actions portion of settlement agreement. | Neitzey, Christina Nic | 1.20 | 561.00 |
| 06-Dec-19 | Draft motion for approval of settlement agreement. | Nicholson, Julie A. | 4.40 | 2,992.00 |
| 06-Dec-19 | Revise settlement agreement. | Nicholson, Julie A. | 1.70 | 1,156.00 |
| 06-Dec-19 | Analyze Del Monte filing regarding motion for official notice. | Wong, Christine Y. | 0.50 | 414.38 |
| 06-Dec-19 | Analyze and revise settlement approval motion, settlement agreement and related documents. | Wong, Christine Y. | 3.60 | 2,983.50 |
| 07-Dec-19 | Analyze and revise settlement approval motion. | Wong, Christine Y. | 0.30 | 248.63 |
| 08-Dec-19 | Correspond with internal working group regarding settlement discussions. | Wong, Christine Y. | 0.20 | 165.75 |
| 09-Dec-19 | Analyze revisions to Exhibit C to settlement agreement. | Annobil, Yacoba Elsie | 0.50 | 295.38 |
| 09-Dec-19 | Analyze and revise motion to approve settlement. | Hill, Joshua | 1.10 | 995.78 |
| 09-Dec-19 | Analyze joint motion to approve settlement. | Hill, Joshua | 0.60 | 543.15 |
| 09-Dec-19 | Draft corrective actions portion of settlement agreement. | Neitzey, Christina Nic | 1.10 | 514.25 |
| 09-Dec-19 | Revise settlement agreement. | Nicholson, Julie A. | 0.40 | 272.00 |
| 09-Dec-19 | Revise motion for approval of settlement agreement. | Nicholson, Julie A. | 6.80 | 4,624.00 |
| 09-Dec-19 | Analyze and revise settlement agreement. | Wong, Christine Y. | 0.40 | 331.50 |
| 09-Dec-19 | Analyze and revise motion for approval of settlement. | Wong, Christine Y. | 1.50 | 1,243.13 |
| 10-Dec-19 | Correspond with J. Nicholson regarding corrective actions. | Neitzey, Christina Nic | 0.40 | 187.00 |
| 10-Dec-19 | Draft corrective actions portion of settlement agreement. | Neitzey, Christina Nic | 4.40 | 2,057.00 |
| 10-Dec-19 | Analyze and revise settlement documents. | Nicholson, Julie A. | 1.90 | 1,292.00 |
| 10-Dec-19 | Analyze and revise settlement agreement. | Wong, Christine Y. | 1.10 | 911.63 |
| 11-Dec-19 | Revise corrective actions portion of settlement agreement. | Annobil, Yacoba Elsie | 3.30 | 1,949.48 |
| 11-Dec-19 | Analyze proposed settlement agreement. | Hill, Joshua | 0.30 | 271.58 |
| 11-Dec-19 | Participate in settlement conference (telephonically) (partial). | Hill, Joshua | 3.90 | 3,530.48 |
| 11-Dec-19 | Draft corrective actions portion of settlement agreement. | Neitzey, Christina Nic | 3.40 | 1,589.50 |

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 11-Dec-19 | Correspond with Y. Annobil and C. Neitzey regarding corrective actions. | Nicholson, Julie A. | 0.20 | 136.00 |
| 11-Dec-19 | Analyze and revise settlement documents. | Nicholson, Julie A. | 1.40 | 952.00 |
| 11-Dec-19 | Participate in settlement conference. | Nicholson, Julie A. | 4.80 | 3,264.00 |
| 11-Dec-19 | Analyze and revise motion for settlement approval and settlement agreement. | Wong, Christine Y. | 0.80 | 663.00 |
| 11-Dec-19 | Prepare for and participate in settlement conference. | Wong, Christine Y. | 5.00 | 4,143.75 |
| 12-Dec-19 | Analyze and revise corrective actions portion of settlement agreement. | Annobil, Yacoba Elsie | 4.80 | 2,835.60 |
| 12-Dec-19 | Analyze OII response to forward-looking statements. | Floyd, Amani Solange | 1.10 | 649.83 |
| 12-Dec-19 | Revise joint motion to approve settlement agreement. | Hill, Joshua | 4.40 | 3,983.10 |
| 12-Dec-19 | Correspond with internal working group regarding tax issues relevant to potential settlement. | Hill, Joshua | 0.50 | 452.63 |
| 12-Dec-19 | Call with J. Nicholson regarding settlement agreement. | Hill, Joshua | 0.70 | 633.68 |
| 12-Dec-19 | Draft attachments to settlement agreement Exhibit A. | Middleman, Caitlin K. | 1.80 | 566.10 |
| 12-Dec-19 | Draft corrective actions portion of settlement agreement. | Neitzey, Christina Nic | 1.80 | 841.50 |
| 12-Dec-19 | Call with J. Hill regarding settlement agreement. | Nicholson, Julie A. | 0.70 | 476.00 |
| 12-Dec-19 | Analyze and revise settlement documents. | Nicholson, Julie A. | 9.40 | 6,392.00 |
| 12-Dec-19 | Analyze and revise draft settlement agreement. | Wong, Christine Y. | 0.50 | 414.38 |
| 12-Dec-19 | Analyze and revise fact stipulations. | Wong, Christine Y. | 0.40 | 331.50 |
| 12-Dec-19 | Analyze and revise draft of motion for settlement approval. | Wong, Christine Y. | 1.50 | 1,243.13 |
| 12-Dec-19 | Analyze administrative law judge's ruling regarding OII status. | Wong, Christine Y. | 0.20 | 165.75 |
| 13-Dec-19 | Revise settlement agreement documents. | Annobil, Yacoba Elsie | 3.20 | 1,890.40 |
| 13-Dec-19 | Analyze proposed revisions to settlement agreement from OSA. | Annobil, Yacoba Elsie | 0.50 | 295.38 |
| 13-Dec-19 | Analyze Attachment B report for forward-looking statements. | Floyd, Amani Solange | 1.40 | 827.05 |
| 13-Dec-19 | Prepare memorandum summarizing forward-looking statements. | Floyd, Amani Solange | 1.20 | 708.90 |
| 13-Dec-19 | Participate in settlement meeting (telephonically). | Hill, Joshua | 4.10 | 3,711.53 |
| 13-Dec-19 | Draft corrective actions portion of settlement agreement. | Neitzey, Christina Nic | 2.10 | 981.75 |
| 13-Dec-19 | Revise settlement documents. | Nicholson, Julie A. | 3.40 | 2,312.00 |

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 13-Dec-19 | Participate in settlement meeting. | Wong, Christine Y. | 3.00 | 2,486.25 |
| 13-Dec-19 | Analyze and revise fact stipulations and corrective actions summary. | Wong, Christine Y. | 1.30 | 1,077.38 |
| 13-Dec-19 | Analyze and revise draft of motion for settlement approval. | Wong, Christine Y. | 1.10 | 911.63 |
| 13-Dec-19 | Analyze and revise draft settlement agreement. | Wong, Christine Y. | 0.60 | 497.25 |
| 14-Dec-19 | Analyze and revise settlement agreement documents. | Annobil, Yacoba Elsie | 1.90 | 1,122.43 |
| 14-Dec-19 | Cite check stipulated facts to settlement agreement. | Middleman, Caitlin K. | 7.50 | 2,358.75 |
| 14-Dec-19 | Draft corrective actions portion of settlement agreement. | Neitzey, Christina Nic | 3.00 | 1,402.50 |
| 14-Dec-19 | Analyze and revise settlement agreement and related documents. | Nicholson, Julie A. | 8.10 | 5,508.00 |
| 14-Dec-19 | Correspond with C. Neitzey regarding settlement documents. | Nicholson, Julie A. | 0.30 | 204.00 |
| 14-Dec-19 | Analyze and revise draft of motion for settlement approval and draft settlement agreement. | Wong, Christine Y. | 1.50 | 1,243.13 |
| 15-Dec-19 | Analyze and revise motion for approval of settlement agreement and supporting documents. | Annobil, Yacoba Elsie | 3.70 | 2,185.78 |
| 15-Dec-19 | Cite check joint motion for settlement agreement. | Middleman, Caitlin K. | 7.10 | 2,232.95 |
| 15-Dec-19 | Cite check revised Attachment A to settlement agreement. | Middleman, Caitlin K. | 1.70 | 534.65 |
| 15-Dec-19 | Draft settlement agreement and associated documents. | Neitzey, Christina Nic | 4.10 | 1,916.75 |
| 15-Dec-19 | Analyze and revise settlement agreement and attachments. | Nicholson, Julie A. | 8.70 | 5,916.00 |
| 15-Dec-19 | Analyze and revise draft of motion for settlement approval. | Wong, Christine Y. | 1.30 | 1,077.38 |
| 15-Dec-19 | Analyze and revise draft settlement agreement and attachments. | Wong, Christine Y. | 1.20 | 994.50 |
| 16-Dec-19 | Analyze and revise motion for approval of settlement and settlement agreement. | Annobil, Yacoba Elsie | 7.40 | 4,371.55 |
| 16-Dec-19 | Analyze settlement documents. | Hill, Joshua | 0.40 | 362.10 |
| 16-Dec-19 | Participate in settlement negotiations call. | Hill, Joshua | 1.60 | 1,448.40 |
| 16-Dec-19 | Cite check additional citations in motion for settlement agreement. | Middleman, Caitlin K. | 0.40 | 125.80 |
| 16-Dec-19 | Prepare final set of attachments to settlement agreement. | Middleman, Caitlin K. | 1.60 | 503.20 |
| 16-Dec-19 | Discuss corrective actions portion of settlement agreement with J. Nicholson and Y. Annobil and attend to correspondence regarding same. | Neitzey, Christina Nic | 0.90 | 420.75 |

![Morrison Foerster]

Matter Number: 050386-0000020  Invoice Number: 5898699
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: March 24, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 16-Dec-19 | Draft Exhibit C to settlement agreement and attend to internal correspondence regarding same. | Neitzey, Christina Nic | 2.40 | 1,122.00 |
| 16-Dec-19 | Revise settlement documents. | Nicholson, Julie A. | 9.80 | 6,664.00 |
| 16-Dec-19 | Analyze and revise draft of motion for settlement approval. | Wong, Christine Y. | 2.00 | 1,657.50 |
| 16-Dec-19 | Analyze and revise settlement agreement draft. | Wong, Christine Y. | 1.10 | 911.63 |
| 16-Dec-19 | Analyze and revise stipulated facts. | Wong, Christine Y. | 0.90 | 745.88 |
| 17-Dec-19 | Analyze and finalize motion for approval of settlement and settlement agreement. | Annobil, Yacoba Elsie | 2.30 | 1,358.73 |
| 17-Dec-19 | Revise supporting documents for settlement filing. | Barr, Sarah Elizabeth | 0.90 | 420.75 |
| 17-Dec-19 | Analyze settlement documents. | Hill, Joshua | 0.70 | 633.68 |
| 17-Dec-19 | Prepare motion for settlement agreement and supporting documents for filing. | Middleman, Caitlin K. | 4.40 | 1,383.80 |
| 17-Dec-19 | Finalize settlement agreement and related documents for filing. | Neitzey, Christina Nic | 0.90 | 420.75 |
| 17-Dec-19 | Revise and finalize settlement documents. | Nicholson, Julie A. | 8.50 | 5,780.00 |
| 17-Dec-19 | Analyze and finalize motion to approve settlement, settlement agreement, and motion to file under seal. | Wong, Christine Y. | 7.40 | 6,132.75 |
| 18-Dec-19 | Correspond with internal working group regarding upcoming deadlines following motion for approval of settlement. | Annobil, Yacoba Elsie | 0.20 | 118.15 |
| 18-Dec-19 | Prepare chart for client regarding audit-related corrective actions and corresponding deadlines. | Annobil, Yacoba Elsie | 1.30 | 767.98 |
| 18-Dec-19 | Prepare summary of post-filing deadlines and workflow. | Nicholson, Julie A. | 0.60 | 408.00 |
| 18-Dec-19 | Call with client regarding case status and strategy. | Wong, Christine Y. | 0.40 | 331.50 |
| 19-Dec-19 | Prepare chart regarding audit-related corrective actions. | Annobil, Yacoba Elsie | 0.70 | 413.46 |
| 19-Dec-19 | Draft chart regarding audit-related corrective actions. | Neitzey, Christina Nic | 2.00 | 935.00 |
| 19-Dec-19 | Correspond with J. Hill and C. Wong regarding client status update. | Nicholson, Julie A. | 0.10 | 68.00 |
| 20-Dec-19 | Draft chart summarizing audit-related corrective actions. | Neitzey, Christina Nic | 2.00 | 935.00 |
| 20-Dec-19 | Revise chart of settlement agreement audit requirements. | Nicholson, Julie A. | 0.90 | 612.00 |
| 20-Dec-19 | Analyze and revise corrective actions summary. | Wong, Christine Y. | 0.40 | 331.50 |
| 23-Dec-19 | Correspond with internal working group regarding 2019 expenditures and tax. | Wong, Christine Y. | 0.30 | 248.63 |
| 26-Dec-19 | Analyze forward-looking statements in OII filings. | Hill, Joshua | 0.30 | 271.58 |

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 26-Dec-19 | Analyze and revise forward-looking statements from OII responses. | Wong, Christine Y. | 0.30 | 248.63 |
| 30-Dec-19 | Analyze administrative law judge's ruling regarding settlement motion. | Hill, Joshua | 0.30 | 271.58 |
| 30-Dec-19 | Analyze order from administrative law judge regarding settlement agreement. | Wong, Christine Y. | 0.50 | 414.38 |
| 31-Dec-19 | Analyze administrative law judge's ruling regarding settlement motion. | Hill, Joshua | 0.30 | 271.58 |
| 31-Dec-19 | Analyze order from administrative law judge regarding settlement motion. | Wong, Christine Y. | 0.50 | 414.25 |
| **Total: P300** | **P300 STRUCTURE/STRATEGY/ANALYSIS** | | **272.70** | **177,598.61** |

**P400 INITIAL DOCUMENT PREPARATION/FILING**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 02-Dec-19 | Draft certificate of no objection for second monthly fee statement. | Guido, Laura | 0.30 | 95.63 |
| 02-Dec-19 | Update supplemental retention application and supporting declaration. | Guido, Laura | 0.20 | 63.75 |
| 02-Dec-19 | Finalize supplemental retention application. | Kissner, Andrew | 1.40 | 743.75 |
| 02-Dec-19 | Analyze and revise certificate of no objection for second monthly fee statement. | Kissner, Andrew | 0.50 | 265.63 |
| 03-Dec-19 | Correspond with J. Hill regarding outstanding fee applications and supplemental retention. | Kissner, Andrew | 0.20 | 106.25 |
| 05-Dec-19 | Correspond with J. Hill regarding status of fee applications. | Kissner, Andrew | 0.20 | 106.25 |
| 16-Dec-19 | Draft motion to file under seal, confidentiality declaration, apply redactions, and draft redaction chart. | Barr, Sarah Elizabeth | 4.30 | 2,010.25 |
| 16-Dec-19 | Draft notice of availability. | Barr, Sarah Elizabeth | 0.90 | 420.75 |
| 16-Dec-19 | Analyze and revise motion to file under seal. | Wong, Christine Y. | 0.50 | 414.38 |
| 18-Dec-19 | Draft opposition to motion for party status. | Hill, Joshua | 0.30 | 271.58 |
| 18-Dec-19 | Draft notice regarding G. Wright (Washington Forestry Consultants) expert testimony. | Neitzey, Christina Nic | 0.20 | 93.50 |
| 18-Dec-19 | Analyze motion for party status and consider opposition. | Wong, Christine Y. | 0.40 | 331.50 |
| 19-Dec-19 | Draft opposition to motion for party status. | Hill, Joshua | 1.70 | 1,538.93 |
| 19-Dec-19 | Analyze notice regarding G. Wright testimony. | Hill, Joshua | 0.10 | 90.53 |
| 19-Dec-19 | Draft notice regarding G. Wright testimony. | Neitzey, Christina Nic | 1.60 | 748.00 |
| 19-Dec-19 | Revise notice regarding filing of G. Wright testimony. | Nicholson, Julie A. | 0.40 | 272.00 |
| 19-Dec-19 | Revise opposition to motion for party status. | Nicholson, Julie A. | 0.40 | 272.00 |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5898699
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: March 24, 2020

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 19-Dec-19 | Analyze notice of non-filing of G. Wright testimony. | Wong, Christine Y. | 0.30 | 248.63 |
| 20-Dec-19 | Analyze and revise opposition to motion for party status and summary chart of system enhancements. | Hill, Joshua | 0.80 | 724.20 |
| 20-Dec-19 | Analyze and revise opposition to motion regarding party status. | Wong, Christine Y. | 0.30 | 248.63 |
| 30-Dec-19 | Revise supplemental retention order and correspond with T. Rupp (Keller) regarding same. | Kissner, Andrew | 0.30 | 159.38 |
| 31-Dec-19 | Correspond with local counsel regarding retention issues. | Kissner, Andrew | 0.20 | 106.25 |
| **Total: P400** | **P400 INITIAL DOCUMENT PREPARATION/FILING** | | **15.50** | **9,331.77** |

**Time Entry Review**

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 10-Dec-19 | Correspond with internal working group regarding revisions to invoices. | Kissner, Andrew | 0.20 | 106.25 |
| 11-Dec-19 | Revise invoices for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 0.20 | 106.25 |
| 12-Dec-19 | Analyze invoices for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 0.80 | 425.00 |
| 23-Dec-19 | Analyze invoices for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 0.20 | 106.25 |
| 24-Dec-19 | Analyze and revise invoices for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 0.40 | 212.50 |
| 30-Dec-19 | Revise invoices for compliance with U.S. Trustee's guidelines. | Kissner, Andrew | 0.40 | 212.50 |
| **Total: Z032** | **Time Entry Review** | | **2.20** | **1,168.75** |

|  |  |
|---|---|
| **Current Fees** | 220,352.74 |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5898699
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: March 24, 2020

## Timekeeper Summary

| No. | Timekeeper | Rate | Hours | Value |
|---|---|---|---|---|
| 21211 | Hill, Joshua | 905.25 | 35.20 | 31,864.80 |
| 23383 | Wong, Christine Y. | 828.75 | 51.20 | 42,432.00 |
| 23843 | Annobil, Yacoba Elsie | 590.75 | 40.20 | 23,748.15 |
| 23371 | Barr, Sarah Elizabeth | 467.50 | 10.30 | 4,815.25 |
| 22094 | Floyd, Amani Solange | 590.75 | 6.20 | 3,662.65 |
| 19671 | Kissner, Andrew | 531.25 | 5.30 | 2,815.63 |
| 23787 | Neitzey, Christina Nic | 467.50 | 46.90 | 21,925.75 |
| 16384 | Nicholson, Julie A. | 680.00 | 118.90 | 80,852.00 |
| 13849 | Guido, Laura | 318.75 | 0.50 | 159.38 |
| 22273 | Im, Amanda | 310.25 | 0.10 | 31.03 |
| 16127 | Middleman, Caitlin K. | 314.50 | 29.30 | 9,214.85 |
|  | Client Accommodation - Time Entry Review |  |  | (1,168.75) |
|  | **TOTAL** |  | **344.10** | **220,352.74** |

13

Case: 19-30088  Doc# 6456-4  Filed: 03/24/20  Entered: 03/24/20 14:31:45  Page 14 of 17

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5898699  
Invoice Date: March 24, 2020

## Task Code Summary

| Task Code | Description | Hours | Value |
|---|---|---|---|
| C200 | C200 RESEARCHING LAW | 3.30 | 1,838.55 |
| C312 | C312 CLIENT COUNSEL -STAT/REG/JUDICIAL | 41.10 | 27,034.28 |
| P100 | P100 PROJECT ADMINISTRATION | 8.40 | 3,788.45 |
| P210 | P210 CORPORATE REVIEW | 0.90 | 761.08 |
| P300 | P300 STRUCTURE/STRATEGY/ANALYSIS | 272.70 | 177,598.61 |
| P400 | P400 INITIAL DOCUMENT PREPARATION/FILING | 15.50 | 9,331.77 |
| Z032 | Time Entry Review | 2.20 | 1,168.75 |
|  | Client Accommodation - Time Entry Review |  | (1,168.75) |
|  | **TOTAL** | **344.10** | **220,352.74** |

14

Case: 19-30088   Doc# 6456-4   Filed: 03/24/20   Entered: 03/24/20 14:31:45   Page 15 of 17

# MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5898699
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: March 24, 2020

## Invoice Summary

|  | U.S.Dollars |
|---|---|
| Total Fees | 220,352.74 |
| **Total Amount Due** | **220,352.74** |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5898699  
Invoice Date: March 24, 2020

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|---|
| 31-Dec-18 | 5788544 | USD | 11,540.98 | 0.00 | 11,540.98 |
| 14-Jan-19 | 5789728 | USD | 53,273.86 | 0.00 | 53,273.86 |
| 30-Sep-19 | 5855259 | USD | 133,934.94 | 0.00 | 133,934.94 |
| 30-Sep-19 | 5887635 | USD | 1,491.75 | 0.00 | 1,491.75 |
| 07-Nov-19 | 5864250 | USD | 187,092.39 | 118,522.33 | 68,570.06 |
| 12-Nov-19 | 5872848 | USD | 25,272.11 | 20,276.95 | 4,995.16 |
| 13-Nov-19 | 5872849 | USD | 293,040.35 | 232,959.61 | 60,080.74 |
| 14-Nov-19 | 5872850 | USD | 210,206.59 | 164,109.84 | 46,096.75 |
| 15-Nov-19 | 5872851 | USD | 184,478.01 | 144,043.98 | 40,434.03 |
| 18-Nov-19 | 5872852 | USD | 139,409.29 | 105,605.74 | 33,803.55 |
| 19-Nov-19 | 5872853 | USD | 117,730.16 | 92,767.33 | 24,962.83 |
| 20-Nov-19 | 5872854 | USD | 420,218.70 | 332,330.25 | 87,888.45 |
| 30-Jan-20 | 5885685 | USD | 201,520.29 | 0.00 | 201,520.29 |
| 07-Feb-20 | 5887765 | USD | 332,996.02 | 0.00 | 332,996.02 |
| 07-Feb-20 | 5887767 | USD | 641,794.21 | 0.00 | 641,794.21 |
| 24-Mar-20 | 5898691 | USD | 2,696.60 | 0.00 | 2,696.60 |