# EXHIBIT E

## DETAILED EXPENSES FOR THE PERIOD FROM DECEMBER 1, 2019 THROUGH DECEMBER 31, 2019

# MORRISON | FOERSTER

PO BOX 742335  
LOS ANGELES  
CALIFORNIA 90074-2335  

TELEPHONE: 415 268 7000  
FACSIMILE: 415 268 7522  

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, WASHINGTON, D.C.,
SAN DIEGO, PALO ALTO, BOSTON,
DENVER, NORTHERN VIRGINIA

TOKYO, BEIJING, SHANGHAI,
HONG KONG, SINGAPORE

LONDON, BRUSSELS, BERLIN

Pacific Gas And Electric Company

**Taxpayer ID #** ▮▮▮▮▮▮▮  
Invoice Number: 5898691  
Invoice Date: March 24, 2020  

Client/Matter Number: 050386-0000020  

Matter Name: CPUC INVESTIGATION/OII

Client Ref:   1707076

RE:   CPUC INVESTIGATION/OII

*For Disbursements Incurred Through December 31, 2019*

|  | U.S.Dollars |
|---|---|
| Current Disbursements | 2,696.60 |
| **Total This Invoice** | **2,696.60** |

**Payment may be made by Electronic Funds transfer to the firm's account**



Matter Number: 050386-0000020  Invoice Number: 5898691
Matter Name:  CPUC INVESTIGATION/OII  Invoice Date: March 24, 2020

## Disbursement Detail

| Date | Description | Value |
|---|---|---|
| 31-Dec-19 | Photocopies | 15.90 |
| 31-Dec-19 | Color Copies | 2,445.10 |
| 31-Dec-19 | Outside Copying Svcs | 1.40 |
| 31-Dec-19 | On-line Research - OTHER DATABASE | 3.00 |
| 01-Dec-19 | Epiq eDiscovery Managed Services, November e-Discovery | 231.20 |
| | **Current Disbursements** | **2,696.60** |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  Invoice Number: 5898691
Matter Name: CPUC INVESTIGATION/OII  Invoice Date: March 24, 2020

## Invoice Summary

|  | U.S.Dollars |
|---|---:|
| Total Disbursements | 2,696.60 |
| **Total Amount Due** | **2,696.60** |

# MORRISON | FOERSTER

Matter Number: 050386-0000020  
Matter Name: CPUC INVESTIGATION/OII

Invoice Number: 5898691  
Invoice Date: March 24, 2020

For your convenience, we have listed below previous invoices on this matter which our records show as outstanding and the total balance due on this account. If you have already submitted payment, we appreciate your promptness. If your records are not in agreement, or if we can provide additional assistance, please call our Billing Department at (415) 268-6446 or (866) 314-5320

| Date | Invoice Number | Currency | Original Invoice Amount | Payments Applied | Amount Outstanding |
|---|---|---|---|---|---|
| 31-Dec-18 | 5788544 | USD | 11,540.98 | 0.00 | 11,540.98 |
| 14-Jan-19 | 5789728 | USD | 53,273.86 | 0.00 | 53,273.86 |
| 30-Sep-19 | 5855259 | USD | 133,934.94 | 0.00 | 133,934.94 |
| 30-Sep-19 | 5887635 | USD | 1,491.75 | 0.00 | 1,491.75 |
| 07-Nov-19 | 5864250 | USD | 187,092.39 | 118,522.33 | 68,570.06 |
| 12-Nov-19 | 5872848 | USD | 25,272.11 | 20,276.95 | 4,995.16 |
| 13-Nov-19 | 5872849 | USD | 293,040.35 | 232,959.61 | 60,080.74 |
| 14-Nov-19 | 5872850 | USD | 210,206.59 | 164,109.84 | 46,096.75 |
| 15-Nov-19 | 5872851 | USD | 184,478.01 | 144,043.98 | 40,434.03 |
| 18-Nov-19 | 5872852 | USD | 139,409.29 | 105,605.74 | 33,803.55 |
| 19-Nov-19 | 5872853 | USD | 117,730.16 | 92,767.33 | 24,962.83 |
| 20-Nov-19 | 5872854 | USD | 420,218.70 | 332,330.25 | 87,888.45 |
| 30-Jan-20 | 5885685 | USD | 201,520.29 | 0.00 | 201,520.29 |
| 07-Feb-20 | 5887765 | USD | 332,996.02 | 0.00 | 332,996.02 |
| 07-Feb-20 | 5887767 | USD | 641,794.21 | 0.00 | 641,794.21 |