B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re  PG&E Corp. and Pacific Gas and Electric  ,   Case No.  19-30088

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Carmel Financing, LLC | Bkcy. Estate of Profit Recovery Center |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
c/o Carl Grumer, 2049 Century Park East, 17th Floor, Los Angeles, CA 90067

Court Claim # (if known):  84513
Amount of Claim:
Date Claim Filed:  10/21/2019

Phone:  (310) 312-4000
Last Four Digits of Acct #: ___

Phone:  (415) 840-4199
Last Four Digits of Acct. #: ___

Name and Address where transferee payments should be sent (if different from above):
Same

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Carl Grumer, attorney          Date: 03/24/2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.