# Schedule 1

| INTERESTED PARTY | STATUS |
| --- | --- |
| AETNA INC | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| ALFRED TORRES | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| ALLSTATE CORP/ ALLSTATE INSURANCE COMPANY | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| AMERICAN INTL GROUP | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| APACHE CORPORATION | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| ARIZONA PUBLIC SERVICE COMPANY | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| ARIZONA PUBLIC SERVICE COMPANY | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| AXIS INSURANCE CO. | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| AXIS INSURANCE CO. | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |

| INTERESTED PARTY | STATUS |
|---|---|
| AXIS INSURANCE CO. | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| BANK OF NEW YORK MELLON | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| BARCLAYS BANK PLC & BARCLAYS CAPITAL, INC. | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| BERKLEY INS CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| BERKSHIRE HATHAWAY ENERGY CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| BERKSHIRE HATHAWAY INTL INS LTD | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| BERKSHIRE HATHAWAY SPECIALTY INS CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| BLACKROCK INC. | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| BNP PARIBAS | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| CARGILL INC. | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |

| INTERESTED PARTY | STATUS |
|---|---|
| CASTLETON COMMODITIES INTERNATIONAL LLC | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| CHEVRON CORP | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| CITI GLOBAL MARKETS INC. | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| CNA INSURANCE COMPANY LIMITED | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| COMMONWEALTH EDISON CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| DCP MIDSTREAM LP | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| DEUTSCHE BANK AG | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| EDISON ELECTRIC INSTITUTE | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| ELLIOTT ADVISORS (UK) LTD | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| ELLIOTT MANAGEMENT CORPORATION | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |

| INTERESTED PARTY | STATUS |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| EXELON CORP | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| EXELON GENERATION CO LLC | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| EXPRESS SCRIPTS HOLDING CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| FARALLON CAPITAL MANAGEMENT LLC | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| FARMERS INSURANCE EXCHANGE | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| FIRST SOLAR INC | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| GOLDMAN SACHS GROUP INC | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| HARTFORD ACCIDENT & INDEMNITY CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| HARTFORD FIRE INS CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |

| INTERESTED PARTY | STATUS |
|---|---|
| INS CO OF STATE OF PENNSYLVANIA | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| IRONSHORE | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| IRONSHORE INS. LTD. | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| KERN RIVER GAS TRANSMISSION COMPANY | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| LEXINGTON INS CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| LIBERTY MUTUAL INS CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| LIFE INS CO OF NORTH AMERICA | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| LLOYDS INS CO SA | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| MACQUARIE GROUP LTD. | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| MARKEL AMERICAN INSURANCE COMPANY | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |

| INTERESTED PARTY | STATUS |
|---|---|
| MARKEL SERVICES, INCORPORATED | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| MCKINSEY & CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| MCKINSEY & COMPANY INC. | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| METROPOLITAN DIRECT PROPERTY & CASUALTY INS CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| MS AMLIN SYNDICATE 2001 | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| NATL FIRE & MARINE INS CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| NATL UNION FIRE INS CO OF PITTSBURGH PENNSYLVANIA | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| NAUTILUS INS CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| NEW HAMPSHIRE INS CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| NV ENERGY INC | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |

| INTERESTED PARTY | STATUS |
|---|---|
| OAKTREE CAPITAL MANAGEMENT, LLC | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| OCH ZIFF CAPITAL MANAGEMENT GROUP INC | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| ONEBEACON INS GROUP LTD | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| PACIFIC INVESTMENT MANAGEMENT COMPANY (PIMCO) | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| PACIFIC POWER | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| PACIFICORP | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| PUBLIC SERVICE ENTERPRISE GROUP | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| RITE AID CORPORATION | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| ROYAL BANK OF CANADA | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT & POWER DISTRICT | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |

| INTERESTED PARTY | STATUS |
|---|---|
| SAN DIEGO GAS & ELECTRIC CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| SAN DIEGO GAS & ELECTRIC CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| SCULPTOR CAPITAL MANAGEMENT INC | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| SHELL TRADING US CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| SODEXO, INC. | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| SOUTHERN CALIFORNIA EDISON | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| SOUTHERN CALIFORNIA GAS COMPANY | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| ST PAUL FIRE & MARINE INS CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| STARR INDEMNITY & LIABILITY CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| STARR SURPLUS LINES INSURANCE COMPANY | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |

| INTERESTED PARTY | STATUS |
|---|---|
| STATE FARM FIRE & CASUALTY CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| STATE FARM GENERAL INS CO INC | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| STATE FARM MUTUAL AUTOMOBILE INS CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| STATE FARM MUTUAL AUTOMOBILE INS CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| SUNCOR ENERGY UK LTD | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| SWISS RE INTERNATIONAL SE | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| TRAVELERS CASUALTY INS CO OF AMERICA | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| TRAVELERS COMMERCIAL INS CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| TRAVELERS HOME & MARINE INS CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| TRAVELERS INDEMNITY CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |

| INTERESTED PARTY | STATUS |
| --- | --- |
| TRAVELERS INDEMNITY CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| TRAVELERS INDEMNITY CO OF AMERICA | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| TWIN CITY FIRE INS CO | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| UBS SECURITIES LLC | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| US LIABILITY INS GROUP | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| VALERO REFINING COMPANY - CALIFORNIA | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| VISTRA ENERGY CORP | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| WILLIAMS SCOTSMAN, INC. | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| XL INS AMERICA INC | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |
| ZURICH AMERICAN INSURANCE COMPANY | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |

| INTERESTED PARTY | STATUS |
|---|---|
| ZURICH INS CO LTD | Steptoe currently represents and/or has in the past represented this entity and/or certain affiliates or subsidiaries in matters wholly unrelated to the Debtors' chapter 11 cases |