**Exhibit 1**

**Client Match List**

| Matched Entity | Relationship to Debtors PG&E Corporation and Pacific Gas and Electric Company | Relationship to Covington & Burling, LLP[6][7] |
|---|---|---|
| PG&E Corporation; Pacific Gas & Electric Company | Debtors | Current Client |
| Ford Motor Company | Affiliations of Former Directors | Current Client |
| Nuclear Energy Institute | Affiliations of Former Directors | Current Client |
| Richard A. Meserve | Current Officers and Directors | Richard A. Meserve, Senior of Counsel at Covington, served on the PG&E Board of Directors. Our understanding is that Mr. Meserve is no longer a board member. |
| BlackRock Inc. | Significant Shareholders (more than 5% of equity); Significant Holder of Voting Securities | Current Client |
| Baupost Group; Baupost; The Baupost Group L.L.C. | Significant Holder of Voting Securities; Parties in 2019 Statements; Interested Parties/Notice of Appearance Parties; Subrogation Claimants | Current Client |
| Elliott Management Corporation | Significant Holder of Voting Securities; Unsecured Notes; Parties in 2019 Statements; Interested Parties/Notice of Appearance Parties | Current Client |
| Elliott Company | Vendors | Current Client |
| Bank of America | Bank Accounts; Unsecured Notes; DIP Lenders; Lenders (Prepetition and Proposed Postpetition to the extent not [otherwise] listed); Top Unsecured Creditors; Term and Revolving Loan Lenders and Administrative Agents; Interested Parties/Notice of Appearance Parties | Current Client |
| Bank of America Merrill Lynch | Bank Accounts; Unsecured Notes; Contract Counterparties | Current Client |
| Bank of New York Mellon Corporation | Bank Accounts; Unsecured Notes; Top Unsecured Creditors; Term and Revolving Loan Lenders and | Current Client |

---

[6]  The term "Current Client" refers to an entity listed as a client in Covington & Burling's Client Database for which Covington & Burling has at least one open matter. The term "Former Client" refers to an entity listed as a client in Covington & Burling's Client Database for which time has been recorded in the past two years, but all matters for such client have since been closed. Covington & Burling does not disclose connections if time was recorded more than two years before January 1, 2020.

[7]  In certain categories, e.g., Landlords & Parties to Leases, and Retiree Claimants, common individual names were excluded as being too vague to ascertain whether Covington & Burling represents the same individuals; however, as far as we are aware, Covington & Burling does not represent these individuals.

| Matched Entity | Relationship to Debtors PG&E Corporation and Pacific Gas and Electric Company | Relationship to Covington & Burling, LLP[67] |
|---|---|---|
| | Administrative Agents; Interested Parties/Notice of Appearance Parties | |
| Barclays US LLC | Bank Accounts; Lenders (Prepetition and Proposed Postpetition to the extent not [otherwise] listed) | Current Client |
| Barclays Bank PLC | Unsecured Notes; DIP Lenders Term and Revolving Loan Lenders and Administrative Agents; Contract Counterparties | Former Client |
| Barclays Capital Inc. | Unsecured Notes | Former Client |
| BNP Paribas | Bank Accounts; Unsecured Notes Term and Revolving Loan Lenders and Administrative Agents; Interested Parties/Notice of Appearance Parties Contract Counterparties | Current Client |
| Citigroup Inc. | Bank Accounts; Unsecured Notes; Lenders (Prepetition and Proposed Postpetition to the extent not [otherwise] listed); Contract Counterparties | Current Client |
| Citibank | Unsecured Notes; Top Unsecured Creditors; Interested Parties/Notice of Appearance Parties | Current Client |
| Citigroup | Interested Parties/Notice of Appearance Parties | Current Client |
| Citi/Citigroup | Term and Revolving Loan Lenders and Administrative Agents | Current Client |
| Citigroup Global Markets | Unsecured Notes | Current Client |
| Citigroup Energy, Inc. | Contract Counterparties | Former Client |
| Deutsche Bank AG | Bank Accounts; Unsecured Notes; Top Unsecured Creditors; Parties in 2019 Statements; Interested Parties/Notice of Appearance Parties; Official Committee of Unsecured Creditors Committee -- Professionals and Members | Current Client |
| FMR LLC | Bank Accounts | Current Client |
| Goldman Sachs | Bank Accounts; Unsecured Notes; Term and Revolving Loan Lenders and Administrative Agents | Current Client |

| Matched Entity | Relationship to Debtors PG&E Corporation and Pacific Gas and Electric Company | Relationship to Covington & Burling, LLP[67] |
|---|---|---|
| Goldman, Sachs & Co. | Bank Accounts; Unsecured Notes | Current Client |
| JPMorgan Chase & Co. | Bank Accounts; Unsecured Notes; DIP Lenders; Lenders (Prepetition and Proposed Postpetition to the extent not [otherwise] listed); Term and Revolving Loan Lenders and Administrative Agents; Interested Parties/Notice of Appearance Parties; Contract Counterparties | Current Client |
| J.P. Morgan Securities LLC | Bank Accounts; Unsecured Notes; Contract Counterparties | Current Client |
| Bank of Tokyo-Mitsubishi UFJ, Ltd. | Bank Accounts; Unsecured Notes; DIP Term Loan; DIP Lenders; Top Unsecured Creditors; Term and Revolving Loan Lenders and Administrative Agents; Parties in 2019 Statements | Current Client |
| MUFG Bank Ltd. | Top Unsecured Creditors | Current Client |
| MUFG Securities Emea Plc | Top Unsecured Creditors | Current Client |
| Mitsubishi UFJ | Term and Revolving Loan Lenders and Administrative Agents | Current Client |
| Union Bank | Term and Revolving Loan Lenders and Administrative Agents | Current Client |
| MUFG | Term and Revolving Loan Lenders and Administrative Agents | Current Client |
| MUFG Bank Ltd (parent of MUFG Union Bank) | Unsecured Notes | Current Client |
| Mitsubishi Hitachi Powers Systems | Vendors | Current Client |
| Mitsubishi UFJ Financial Group, Inc. | Top Unsecured Creditors | Former Client |
| MUFG Union Bank, N.A. | Bank Accounts | Former Client |
| Morgan Stanley | Bank Accounts; Term and Revolving Loan Lenders and Administrative Agents; Unsecured Notes | Current Client |
| RBC Capital Markets, LLC (Royal Bank of Canada subsidiary) | Bank Accounts; Unsecured Notes; Term and Revolving Loan Lenders and Administrative Agents | Current Client |

| Matched Entity | Relationship to Debtors PG&E Corporation and Pacific Gas and Electric Company | Relationship to Covington & Burling, LLP[67] |
|---|---|---|
| Royal Bank of Canada | Term and Revolving Loan Lenders and Administrative Agents; Contract Counterparties | Current Client |
| The Royal Bank of Scotland plc | Bank Accounts; Unsecured Notes; Term and Revolving Loan Lenders and Administrative Agents; Contract Counterparties | Current Client |
| U.S. Bank N.A. | Unsecured Notes; DIP Term Loan; DIP Lenders; Term and Revolving Loan Lenders and Administrative Agents; Parties in 2019 Statements Bank Accounts | Current Client |
| U.S Bank Equipment Finance, A Division Of U.S. Bank National Assoc. | UCC Lien Holders | Parent, U.S. Bank, is Current Client |
| Wells Fargo & Company | Bank Accounts; Term and Revolving Loan Lenders and Administrative Agents | Current Client |
| Wells Fargo Bank, N.A. | Bank Accounts; UCC Lien Holders | Current Client |
| Wells Fargo Securities, LLC | Bank Accounts; Unsecured Notes | Current Client |
| Wells Fargo | Unsecured Notes; Contract Counterparties | Current Client |
| Altec Capital Services, LLC | UCC Lien Holders | Ultimate Parent, Altec, Inc., is Current Client |
| BBH Financial Services | UCC Lien Holders | Parent, Brown Brothers Harriman & Co., is Current Client. |
| State of California | UCC Lien Holders; Landlords and Parties to Leases | Former Client |
| Davidson Kempner Capital Management | DIP Term Loan; DIP Lenders; Parties in 2019 Statements; Unsecured Notes; Unsecured Notes | Current Client |
| Farallon Capital Management, L.L.C. | Unsecured Notes; DIP Term Loan; DIP Lenders; Parties in 2019 Statements | Current Client |
| Lehman Brothers Holdings, Inc. | Unsecured Notes | Current Client |
| Mizuho Bank, Ltd. | Unsecured Notes; Top Unsecured Creditors; Term and Revolving Loan Lenders and Administrative Agents; Interested Parties/Notice of Appearance Parties | Current Client |
| Mizuho Corporate Bank Ltd. | Unsecured Notes | Current Client |

| Matched Entity | Relationship to Debtors PG&E Corporation and Pacific Gas and Electric Company | Relationship to Covington & Burling, LLP[67] |
|---|---|---|
| Mizuho Capital Markets Corporation | Top Unsecured Creditors; Term and Revolving Loan Lenders and Administrative Agents | Current Client |
| P. Schoenfeld Asset Management | Unsecured Notes; Parties in 2019 Statements | Current Client |
| Taconic Capital Advisors, L.P. | Unsecured Notes; Parties in 2019 Statements | Current Client |
| TD Bank Group | Unsecured Notes; Term and Revolving Loan Lenders and Administrative Agents | Current Client |
| Third Point LLC | Unsecured Notes; Parties in 2019 Statements | Current Client |
| Apollo Global Management | Unsecured Notes; DIP Term Loan; DIP Lenders; Parties in 2019 Statements | Former Client |
| Centerbridge Partners LP | Unsecured Notes; DIP Lenders; Parties in 2019 Statements | Former Client |
| Och-Ziff Capital Management Group | Unsecured Notes; Parties in 2019 Statements | Former Client |
| TPG Sixth Street Partners, LLC | Unsecured Notes; DIP Term Loan; DIP Lenders; Parties in 2019 Statements; Subrogation Claimants | Former Client |
| UBS Securities LLC | Unsecured Notes | Former Client |
| Apollo Global Management | DIP Term Loan; DIP Lenders | Former Client |
| Lincoln Partners Advisors LLC | Ad Hoc Committee of Unsecured Tort Claimant Creditors – Professionals and Members | Current Client |
| BP America, Inc. | Top Unsecured Creditors; Contract Counterparties | Current Client |
| CH2M Hill Companies Ltd. | Top Unsecured Creditors; Vendors; Interested Parties/Notice of Appearance Parties | Current Client |
| CHG | Top Unsecured Creditors; Vendors | Current Client |
| Cognizant Worldwide Limited | Top Unsecured Creditors | Current Client |
| Desert Sunlight 250 LLC; Desert Sunlight 300 LLC | Top Unsecured Creditors; Contract Counterparties | Current Client |
| Exelon Corporation | Top Unsecured Creditors; Litigation Counterparties/Litigation Pending Lawsuits | Current Client |

| Matched Entity | Relationship to Debtors PG&E Corporation and Pacific Gas and Electric Company | Relationship to Covington & Burling, LLP[67] |
|---|---|---|
| Geysers Power Company | Top Unsecured Creditors; Contract Counterparties | Current Client |
| McKinsey & Company, Inc. | Top Unsecured Creditors; Debtors Professionals; Interested Parties/Notice of Appearance Parties | Current Client |
| Occidental Energy Marketing, Inc. | Top Unsecured Creditors; Contract Counterparties | Current Client |
| Occidental Petroleum Corporation; Occidental Energy Ventures LLC | Contract Counterparties | Current Client |
| Occidental Energy Ventures LLC | Contract Counterparties | Current Client |
| Russell City Energy Center | Top Unsecured Creditors | Current Client |
| Russell City Energy Company, LLC | Top Unsecured Creditors | Former Client |
| Bank of New York Mellon Corporation | Unsecured Notes Top Unsecured Creditors; Top Unsecured Creditors | Current Client |
| Westinghouse Electric Company LLC | Top Unsecured Creditors | Current Client |
| Westinghouse Electric Co. | Suppliers; Vendors | Current Client |
| Accenture LLP | Debtors Professionals | Current Client |
| KPMG Australia | Debtors Professionals | Current Client |
| PricewaterhouseCoopers LLP | Debtors Professionals; Non-Debtors Professionals; Ordinary Course Professionals | Current Client |
| Cardno Ltd. | Non-Debtors Professionals; Vendors | Current Client |
| M.J. Bradley & Associates LLC | Non-Debtors Professionals | Current Client |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | Non-Debtors Professionals | Current Client |
| Perella Weinberg Partners LP | Non-Debtors Professionals; Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders | Current Client |
| Rothschild & Co US Inc. | Non-Debtors Professionals | Current Client |
| Troutman Sanders LLP | Ordinary Course Professionals | Current Client |

| Matched Entity | Relationship to Debtors PG&E Corporation and Pacific Gas and Electric Company | Relationship to Covington & Burling, LLP[67] |
|---|---|---|
| Anthem, Inc.; Anthem/Blue Cross of California | Insurance Provider/Surety Bonds | Current Client |
| Sumitomo Mitsui Banking Corp. | Term and Revolving Loan Lenders and Administrative Agents | Current Client |
| Anchorage Capital Group, L.L.C. | Parties in 2019 Statements | Current Client |
| United Services Automobile Association (USAA) | Parties in 2019 Statements; Subrogation Claimants; Litigation Counterparties/Litigation Pending Lawsuit | Current Client |
| USAA (United Services Automobile Association) | Subrogation Claimants | Current Client |
| USAA Federal Savings Bank | Subrogation Claimants | Current Client |
| Empyrean Capital Partners | Parties in 2019 Statements | Current Client |
| Governors Lane LP | Parties in 2019 Statements | Current Client |
| HSBC Bank plc; HSBC Holdings plc | Parties in 2019 Statements | Current Client |
| Marathon Asset Management, LP | Parties in 2019 Statements | Current Client |
| MSD Partners, L.P. | Parties in 2019 Statements | Current Client |
| Oak Hill Advisors, L.P. | Parties in 2019 Statements | Current Client |
| Pentwater Capital Management | Parties in 2019 Statements | Current Client |
| Silver Point Capital, L.P. | Parties in 2019 Statements | Current Client |
| PointState Capital LP | Parties in 2019 Statements | Current Client |
| Attestor Capital | Parties in 2019 Statements; Subrogation Claimants | Former Client |
| Paulson & Co. Inc. | Parties in 2019 Statements | Former Client |
| NextEra Energy | Interested Parties/Notice of Appearance Parties | Current Client |
| NextEra Energy Resources, LLC | Contract Counterparties | Current Client |

| Matched Entity | Relationship to Debtors PG&E Corporation and Pacific Gas and Electric Company | Relationship to Covington & Burling, LLP[67] |
|---|---|---|
| NextEra Energy Resources, LLC; NextEra Energy, Inc. | Interested Parties/Notice of Appearance Parties; Contract Counterparties; Official Committee of Unsecured Creditors Committee -- Professionals and Members; Litigation Counterparties/Litigation Pending Lawsuits | Current Client |
| Southern California Gas Company | Interested Parties/Notice of Appearance Parties | Current Client |
| Aptim Corp. | Interested Parties/Notice of Appearance Parties; Vendors | Current Client |
| Capital Dynamics | Interested Parties/Notice of Appearance Parties; Litigation Counterparties/Litigation Pending Lawsuits | Current Client |
| Genesys Telecommunications Inc. | Interested Parties/Notice of Appearance Parties | Current Client |
| International Business Machines Corp./IBM | Interested Parties/Notice of Appearance Parties | Current Client |
| Quest Diagnostics | Interested Parties/Notice of Appearance Parties | Current Client |
| Cypress Partners | Interested Parties/Notice of Appearance Parties | Current Client |
| Consolidated Edison Co./National Grid | Interested Parties/Notice of Appearance Parties | Current Client |
| Consolidated Edison Company of NY Inc./National Grid USA | Litigation Counterparties/Litigation Pending Lawsuits | Current Client |
| City of Sacramento; National Grid USA | Utility Providers | Current Client |
| Sacramento Municipal Utility District (SMUD); National Grid USA | Contract Counterparties | Current Client |
| AECOM, Inc. | Interested Parties/Notice of Appearance Parties; Vendors | Current Client |
| Calpine Corporation (Parent of Metcalf Energy Center) | Interested Parties/Notice of Appearance Parties; Contract Counterparties; Litigation Counterparties/Litigation Pending Lawsuits | Current Client |
| Honeywell International, Inc. | Interested Parties/Notice of Appearance Parties; Vendors | Current Client |

| Matched Entity | Relationship to Debtors PG&E Corporation and Pacific Gas and Electric Company | Relationship to Covington & Burling, LLP[67] |
|---|---|---|
| Puget Sound Energy, Inc. | Interested Parties/Notice of Appearance Parties; Contract Counterparties | Current Client |
| Recology, Inc. | Interested Parties/Notice of Appearance Parties; Utility Providers | Current Client |
| San Diego Gas & Electric Co. | Contract Counterparties; Interested Parties/Notice of Appearance Parties; Significant Competitors | Current Client |
| TDS Telecommunications Corporation | Interested Parties/Notice of Appearance Parties; Utility Providers | Current Client |
| ConocoPhillips Company | Interested Parties/Notice of Appearance Parties; Contract Counterparties | Current Client |
| Hyundai Motor Co. Ltd. | Interested Parties/Notice of Appearance Parties | Current Client |
| National General Insurance Company | Interested Parties/Notice of Appearance Parties; Litigation Counterparties/Litigation Pending Lawsuits | Current Client |
| Nuance Communications, Inc. | Interested Parties/Notice of Appearance Parties | Current Client |
| Sempra Energy | Interested Parties/Notice of Appearance Parties | Current Client |
| Sempra U.S. Gas & Power; Sempra Generation; Sempra Gas | Contract Counterparties | Current Client |
| Southern California Edison Company | Interested Parties/Notice of Appearance Parties; Significant Competitors; Utility Providers; Contract Counterparties; Landlords and Parties to Leases | Current Client |
| Edison International | Significant Competitors | Current Client |
| Corporation of the President of The Church of Jesus Christ of Latter-day Saints | Interested Parties/Notice of Appearance Parties | Current Client |
| TRC Companies, Inc. | Interested Parties/Notice of Appearance Parties; Landlords and Parties to Leases; Vendors | Former Client |
| Western Asset Management Company | Official Committee of Unsecured Creditors Committee -- Professionals and Members | Current Client |

| Matched Entity | Relationship to Debtors PG&E Corporation and Pacific Gas and Electric Company | Relationship to Covington & Burling, LLP[67] |
|---|---|---|
| Strategic Value Partners LLC; Strategic Value Partners (Deutschland) GmbH | Subrogation Claimants | Current Client |
| Generali Global Assistance | Subrogation Claimants | Current Client |
| Equinix, Inc. | Utility Providers | Current Client |
| Globalstar | Utility Providers | Current Client |
| Republic Services | Utility Providers | Current Client |
| T-Mobile US, Inc. | Utility Providers; Landlords and Parties to Leases | Current Client |
| Verizon | Utility Providers; Landlords and Parties to Leases | Current Client |
| Cequel Corporation d/b/a Suddenlink Communications | Utility Providers | Current Client |
| Cox Enterprises, Inc. | Utility Providers | Current Client |
| Sprint Corporation | Utility Providers | Current Client |
| Level 3 Communications | Utility Providers | Current Client |
| American Water Works Company a/k/a American Water Services | Utility Providers | Current Client |
| The City of Eureka | Utility Providers | Former Client |
| City of San Luis Obispo | Utility Providers | Former Client |
| Marin Municipal Water District | Utility Providers | Former Client |
| Nextel Communications, Inc. | Utility Providers | Former Client |
| Aera Energy, LLC | Contract Counterparties | Current Client |
| Anadarko Petroleum Corporation | Contract Counterparties | Current Client |
| BGC Brokers LP | Contract Counterparties | Current Client |

| Matched Entity | Relationship to Debtors PG&E Corporation and Pacific Gas and Electric Company | Relationship to Covington & Burling, LLP[67] |
|---|---|---|
| Intercontinental Exchange, Inc./New York Stock Exchange LLC and NYSE MKT LLC | Contract Counterparties | Former Client |
| Macquarie Group | Contract Counterparties | Former Client |
| Powerex Corporation | Contract Counterparties | Current Client |
| Salt River Project Agricultural Improvement and Power Salt River Valley Water Users' Association | Contract Counterparties | Current Client |
| Sierra Pacific Industries | Contract Counterparties; Landlords and Parties to Leases | Current Client |
| Suncor Energy Services Inc. | Contract Counterparties | Former Client |
| Regents of the University of California | Contract Counterparties; Landlords and Parties to Leases | Current Client |
| TigerGPS.com, Ltd. | Contract Counterparties | Former Client |
| TigerText, Inc. | Contract Counterparties | Current Client |
| University of California, San Francisco | Contract Counterparties | Current Client |
| The Williams Companies, Inc.; Williams Energy Solutions; Williams Energy Resources | Contract Counterparties | Current Client |
| Shell International Ltd. | Contract Counterparties | Current Client |
| Chevron | Contract Counterparties | Current Client |
| First Solar Inc. | Contract Counterparties; Litigation Counterparties/Litigation Pending Lawsuits | Current Client |
| First Solar GmbH | Contract Counterparties | Current Client |
| GFI Securities LLC | Contract Counterparties | Current Client |
| WG Partners | Contract Counterparties | Current Client |
| Williams Field Services Group; Williams Field Services Gulf Coast Company; Williams Field Services Company | Contract Counterparties | Current Client |

| Matched Entity | Relationship to Debtors PG&E Corporation and Pacific Gas and Electric Company | Relationship to Covington & Burling, LLP[67] |
|---|---|---|
| Intercapital Services North America LLC f/k/a ICAP North America | Contract Counterparties | Current Client |
| INTL FCSTONE Inc. | Contract Counterparties | Current Client |
| Noble Americas Corp | Contract Counterparties | Current Client |
| Duke Energy Corporation | Contract Counterparties | Former Client |
| Arizona Public Service Company | Contract Counterparties | Current Client |
| Pinnacle West Capital Corp. | Contract Counterparties | Current Client |
| Capstar Partners, a division of BNP Securities Corp. | Contract Counterparties | Former Client |
| Cargill, Incorporated | Contract Counterparties | Current Client |
| Freeport-McMoran Inc. | Contract Counterparties | Current Client |
| Oxy Energy Canada Inc. | Contract Counterparties | Current Client |
| Seattle City Light Department | Contract Counterparties | Current Client |
| Rock Creek Partners LLC | Contract Counterparties | Former Client |
| WGL Energy Systems, Inc. | Contract Counterparties | Former Client |
| Apache Corporation | Contract Counterparties | Current Client |
| Berkshire Hathaway Energy Renewables; American Renewable Energy Association | Contract Counterparties | Current Client |
| Public Service Enterprise Group; PSEG Nuclear LLC | Contract Counterparties | Current Client |
| United Airlines | Contract Counterparties | Current Client |
| Koch Companies Public Sector, LLC | Contract Counterparties | Current Client |
| IPC - Association Connecting Electronics Industries | Contract Counterparties | Former Client |

| Matched Entity | Relationship to Debtors PG&E Corporation and Pacific Gas and Electric Company | Relationship to Covington & Burling, LLP[67] |
|---|---|---|
| Tullett Prebon (Americas) Holdings Inc. | Contract Counterparties | Former Client |
| Service Employees International Union | Unions | Current Client |
| Fiat Chrysler Automobiles | Landlords and Parties to Leases | Current Client |
| Live Nation Entertainment, Inc. | Landlords and Parties to Leases | Current Client |
| Sears Holdings Corporation | Landlords and Parties to Leases | Current Client |
| Union Pacific Railroad Co. | Landlords and Parties to Leases | Current Client |
| California State Teachers' Retirement System | Landlords and Parties to Leases | Former Client |
| California State Legislature/California State Assembly | Landlords and Parties to Leases | Former Client |
| General Electric Company | Vendors | Current Client |
| GE Oil & Gas | Vendors | Current Client |
| Baker Hughes Company | Vendors | Current Client |
| Leidos, Inc. | Vendors | Current Client |
| Otis Elevator Company | Vendors | Current Client |
| Tetra Tech, Inc. | Vendors | Former Client |
| GE Renewable Energy | Vendors | Current Client |
| Johnson Controls, Inc. | Vendors | Current Client |
| Praxair, Inc. | Vendors | Current Client |
| WorleyParsons | Vendors | Current Client |
| CIRCOR International, Inc. | Vendors | Former Client |

| Matched Entity | Relationship to Debtors PG&E Corporation and Pacific Gas and Electric Company | Relationship to Covington & Burling, LLP[67] |
|---|---|---|
| Western Environmental Consultants, Inc. | Vendors | Former Client |
| Amber Resources | Vendors | Former Client |
| Amec Foster Wheeler | Vendors | Current Client |
| Environmental Resources Management | Vendors | Current Client |
| Eaton Corporation | Vendors | Current Client |
| Schneider Electric USA, Schneider Electric Holdings Inc. | Vendors | Current Client |
| Arcadis US, Inc. | Vendors | Current Client |
| ATC Group Services, Inc. | Vendors | Current Client |
| Cameron International Corporation | Vendors | Current Client |
| Clean Energy & Climate | Vendors | Current Client |
| Sarens USA, Inc. | Vendors | Current Client |
| Osmose Utilities Services, Inc. | Vendors | Former Client |
| AVI-SPL; Signal Perfection Limited | Vendors | Current Client |
| Airgas, Inc. | Vendors | Former Client |
| Benjamin Moore & Company | Litigation Counterparties/Litigation Pending Lawsuits | Current Client |
| CSAA Fire & Casualty Insurance Company; CSAA General Insurance Company; CSAA Insurance Exchange | Litigation Counterparties/Litigation Pending Lawsuits | Current Client |