**Entered on Docket
March 25, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



| | |
|---|---|
| 1  Robert A. Julian (SBN 88469)<br>   Cecily A. Dumas (SBN 111449)<br>2  BAKER & HOSTETLER LLP<br>   Transamerica Pyramid Center<br>3  600 Montgomery Street, Suite 3100<br>   San Francisco, CA 94111-2806<br>4  Telephone:    415.659.2600<br>   Facsimile:    415.659.2601<br>5  Email: rjulian@bakerlaw.com<br>   Email: cdumas@bakerlaw.com | **Signed and Filed: March 24, 2020**<br><br>_____<br>**DENNIS MONTALI**<br>**U.S. Bankruptcy Judge** |

7  Eric E. Sagerman (SBN 155496)
   David J. Richardson (SBN 168592)
   Lauren T. Attard (SBN 320898)
8  BAKER & HOSTETLER LLP
   11601 Wilshire Blvd., Suite 1400
9  Los Angeles, CA 90025-0509
   Telephone:    310.820.8800
10 Facsimile:    310.820.8859
   Email: esagerman@bakerlaw.com
11 Email: drichardson@bakerlaw.com
   Email: lattard@bakerlaw.com

13 *Counsel for Official Committee of Tort Claimants*

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION**<br><br>     -and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br>                              **Debtors.**<br><br>☐ Affects PG&E Corporation<br><br>☐ Affects Pacific Gas and Electric Company<br><br>■ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case<br>No. 19-30088 (DM)<br><br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**ORDER GRANTING THE EX PARTE APPLICATION OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 FOR ENTRY OF AN ORDER AUTHORIZING SERVICE OF A SUBPOENA ON DAVEY RESOURCE GROUP** |

The Court, having reviewed the Ex Parte Application of the Official Committee of Tort Claimants Pursuant to Bankruptcy Rule 2004 for Entry of an Order Authorizing Service of a Subpoena on Davey Resource Group filed on March 17, 2020 (the "Application"), and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Application is granted, as provided herein.
2. The TCC is authorized to serve the subpoena attached to the Application as Exhibit B.

**END OF ORDER**