Is this transcript for an appeal?
If yes, an Expedited transcript
is required. ☐ Yes ☐ No

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# TRANSCRIPT ORDER FORM

**Name of Debtor (Case Name):**            **Chapter**      **Case Number:**

In re PG&E Corporation and Pacific Gas and Electric Company    11      19-30088

**Adversary Proceeding Name:**

**Adversary Proceeding Number:**
**(or Miscellaneous Proceeding Number)**

vs.                      **Plaintiff(s),**

**Defendant(s).**

**Date of Hearing:** 3/25/2020         **Time of Hearing:** 10:00 am

(Complete a SEPARATE form for EACH hearing date)

**Hearing Judge:** Montali         **Hearing Location:** San Francisco Courtroom 17

**Transcriber:** e-Scribers         **Alternate Transcriber:** Josephine McCall Court Transcribing

**Type of Transcript:**

☐ Ordinary (30 Days)    ☒ Entire Hearing    ☐ Ruling/Opinion Portion Only

☐ 14 Days    ☐ Testimony of Witness

☐ Expedited (7 Days)    ☐ Other/Special Instructions:   Name of Witness

☑ Daily (24 Hours)

**Name of Person(s) Ordering Transcript:**        **Mailing Address (include law firm name, if any):**

Thomas Rupp

Keller Benvenutti Kim LLP
650 California Street, Suite 1900
San Francisco, CA 94108

**Contact Person:**

Thomas Rupp

**Phone Number:**                **Email Address:**

(415) 636-9015              trupp@kbkllp.com

## THIS SECTION FOR COURT USE ONLY

**Transcript Order Number:** _____

**Transcription Information Sent to Transcriber By:** ☐ TDS    ☐ Other: _____

Time Start: _____ Time End: _____     Time Start: _____ Time End: _____

Time Start: _____ Time End: _____     Time Start: _____ Time End: _____

ECRO: _____ Court Division: _____ Processed By: _____

This Form is mandatory and approved for use by the U.S. Bankruptcy Court for the Northern District of California. If the transcript you want is already ordered or on file, contact the transcriber to obtain a copy. Do not use this Form to order a §341 Meeting of Creditors recording. To order a Meeting of Creditors recording visit the U.S. Trustee website.

8/2018