# Exhibit A - Index of Recorded Liens and Partial Releases

| Ref. no. | Ex. B. pp. | Job no(s). | County | Lien information ||| Release information ||| Against | Remaining |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Recorded | No. | Amount | Recorded | No. | Amount | | |
| 1 | 2–4 | 21-17-430-003 | Fresno | 1/8/2020 | 2020-0002090 | $416,224.24 | | | | Pac. Gas & Elec. Co. | $416,224.24 |
| 2 | 5–8 | 21-17-430-005 | Santa Barbara | 1/8/2020 | 2020-0001027 | $183,339.40 | | | | Pac. Gas & Elec. Co. | $183,339.40 |
| 3 | 9–12 | 21-17-430-006 | Fresno | 1/8/2020 | 2020-0002089 | $88,664.14 | | | | Pac. Gas & Elec. Co. | $88,664.14 |
| 4 | 13–16 | 21-17-432-002 | Monterey | 1/9/2020 | 2020001288 | $329,528.23 | | | | Pac. Gas & Elec. Co. | $329,528.23 |
| 5 | 17–20 | 21-17-435-001 | Shasta | 1/16/2020 | 2020-0001663 | $276,767.42 | | | | Pac. Gas & Elec. Co. | $276,767.42 |
| 6 | 21–24 | 21-17-435-002 | Butte | 1/17/2020 | 2020-0001968 | $330,276.55 | | | | Pac. Gas & Elec. Co. | $330,276.55 |
| 7 | 25–28 | 21-17-435-005 | Tehama | 1/16/2020 | 2020000546 | $29,064.18 | | | | Pac. Gas & Elec. Co. | $29,064.18 |
| 8 | 29–32 | 21-17-435-006 | Shasta | 1/16/2020 | 2020-0001664 | $8,612.20 | | | | Pac. Gas & Elec. Co. | $8,612.20 |
| 9 | 33–36 | 21-17-435-010 | Sacramento | 1/15/2020 | 202001151087 | $66,172.60 | | | | Pac. Gas & Elec. Co. | $66,172.60 |
| | | | | | | | | | | Total: | $1,728,648.96 |