against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: 1/13/2020

ROEBBELEN CONTRACTING, INC.

By _____
Bruce Stimson
Its Chief Financial Officer

# VERIFICATION

I, Bruce Stimson, state:

I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/13/2020, at El Dorado Hills, California.

*[signature]*
Bruce Stimson

# AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 1/13/2020, I served a true and accurate copy of the document(s) entitled:

## MECHANIC'S LIEN

## NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 1/13/2020, at El Dorado Hills, CA.

_____
Mai Nguyen-Phillips

2020-0001664
Leslie Morgan
Shasta - Assessor/Recorder
01/16/2020 11:21 AM

**CONFORMED COPY**
Copy of document recorded.
Has not been compared with original.

**RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:**

Roebbelen Contracting, Inc.
Attn: Bruce Stimson
1241 Hawks Flight Court
El Dorado Hills, CA 95762

RECEIVED BY:

JAN 2 1 2020

ROEBBELEN

For recorder's use

## MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in **Shasta County**, California, including improvements located thereon, described as: **PG&E Area 6N &6S Refresh - Redding SC (Job Number 21-17-435-006 PO#0) located at 3600 Meadowview, Redding, CA 96002, APN: 056-610-009**.

After deducting all credits and offsets, the sum of **$8,612.20** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for remodel, renovation, and upgrades of bullroms and restrooms for service center..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.

The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: 1/13/2020

ROEBBELEN CONTRACTING, INC.

By _____
Bruce Stimson
Its Chief Financial Officer

# VERIFICATION

I, Bruce Stimson, state:

I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/13/2020, at El Dorado Hills, California.

_____
Bruce Stimson

# AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 1/13/2020, I served a true and accurate copy of the document(s) entitled:

**MECHANIC'S LIEN**

**NOTICE OF MECHANIC'S LIEN**

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 1/13/2020, at El Dorado Hills, CA.

*/s/ Mai Nguyen-Phillips*
Mai Nguyen-Phillips

**RECORDING REQUESTED BY**
**AND WHEN RECORDED MAIL TO:**

Roebbelen Contracting, Inc.
Attn: Bruce Stimson
1241 Hawks Flight Court
El Dorado Hills, CA 95762

**RECEIVED BY:**

JAN 2 1 2020

**ROEBBELEN**

ORIGINAL
Accepted for Recording
COPY – NOT CERTIFIED

JAN 1 5 2020
**202001151087**
Sacramento County
Clerk/Recorder

For recorder's use

## MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762 hereby claims a lien upon the real property located in **Sacramento County**, California, including improvements located thereon, described as: **PG&E Area 6N &6S Refresh - Sacramento SC (Job Number 21-17-435-010 PO#0) located at 5555 Florin Perkins Road, Sacramento CA 95826, APN: 061-0180-030-0000**.

After deducting all credits and offsets, the sum of **$66,172.60** is due Claimant for the following work, labor, equipment and/or materials furnished by Claimant: labor, material and service for remodel, renovation, and upgrades of bullroms and restrooms for service center..

Claimant furnished the work and materials at the request of Pacific Gas and Electric Company.

The owner(s) and/or reputed owner(s) of the property and improvements located thereon is: Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105

## NOTICE OF MECHANIC'S LIEN
## ATTENTION!

**Upon the recording of the enclosed MECHANIC'S LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the franchise, license, and/or leasehold rights in the real property on which the lien has been recorded. The legal action must be filed with the court no later than 90 days after the date the mechanic's lien is recorded.**

**The party identified in the mechanic's lien may have provided labor or materials for improvements to the referenced property and may not have been paid for those items. You are receiving this notice because it is a required step in filing a mechanic's lien foreclosure action**

against your franchise, license, and/or leasehold rights in the property. The foreclosure action will seek a sale of your franchise, license, and/or leasehold rights in the property in order to pay for unpaid labor, materials, or improvements provided to the property. This may affect your ability to borrow against, refinance, or sell your interest in the property until the mechanic's lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANIC'S LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEBSITE AT www.cslb.ca.gov.

Dated: **1/13/2020**

ROEBBELEN CONTRACTING, INC.

By _____
Bruce Stimson
Its Chief Financial Officer

## VERIFICATION

I, Bruce Stimson, state:

I am the Chief Financial Officer of Roebbelen Contracting, Inc., claimant of the foregoing mechanic's lien. I have read the lien and know the contents thereof. The facts stated therein are true of my own knowledge.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 1/13/2020, at El Dorado Hills, California.

_____
Bruce Stimson

# AFFIDAVIT OF SERVICE

I, Mai Nguyen-Phillips, declare that I am a resident of the State of California. I am over the age of 18 years and that my business address is Roebbelen Contracting, Inc. 1241 Hawks Flight Court, El Dorado Hills, CA 95762. On 1/13/2020, I served a true and accurate copy of the document(s) entitled:

## MECHANIC'S LIEN

## NOTICE OF MECHANIC'S LIEN

on the owner and/or reputed owners of the franchise, license, and/or leasehold interest in the property and owner/reputed owner of the fee interest in the property by placing said copy(ies) in a sealed envelope, addressed as follows:

Pacific Gas and Electric Company
77 Beale Street
San Francisco, CA 94105

**BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing via Certified Mail, Return Receipt Requested, following our ordinary business practices. I am readily familiar with Roebbelen Contracting, Inc.'s practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and was executed on 1/13/2020, at El Dorado Hills, CA.

*/s/ Mai Nguyen-Phillips*
Mai Nguyen-Phillips