# Exhibit C - Report of Adjustments to Previously Noticed Liens

| Ref. no. | Ex. D pp. | Original notice information[1] | | | | | Original noticed lien information | | | Additional release information | | | Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Filed | ECF no. | Ex. A ref. no. | Job no(s). | County | Recorded | No. | Amount | Recorded | No. | Amount | |
| 1 | 2–4 | 7/18/2019 | 3058 | N/A | 21-18-387 | San Francisco | 5/13/2019 | 2019K766022 | $88,442.10 | 3/5/2020 | DOC-2020-K911780-00 | Full | $0.00 |
| 2 | 5–6 | 2/28/2020 | 5952 | 12 | 21-17-444-003 | San Luis Obispo | 12/31/2019 | 2019058835 | $3,220.00 | 3/5/2020 | 2020011095 | $2,192.25 | $1,027.75 |

[1] **Exhibit A** indexes are attached to each previously filed § 546(b) notice. This column corresponds with the reference numbers used in those previous filings. For example, a row denoting ECF 5952 and Ex. A. ref. no. 12 would refer to a lien included in the § 546(b) notice filed at ECF 5952, that lien appearing on that notice's **Exhibit A** index as reference number 12. A N/A denotes that reference numbers are not applicable (i.e., only one lien was filed with the notice).