# Exhibit D

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

OTMK Law
Attn: Kymberli Aguilar
2500 Venture Oaks Way, Ste. 320
Sacramento, CA 95833



San Francisco Assessor-Recorder
Carmen Chu, Assessor-Recorder
**DOC- 2020-K911780-00**
Check Number 3928
Thursday, MAR 05, 2020 10:57:33
Ttl Pd $170.00  Rcpt # 0006168176
oar/AB/1-3

## RELEASE OF MECHANIC'S LIEN

APN: 3711-012 & 3711-014A

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

OTMK Law
Attn: Kymberli Aguilar
2500 Venture Oaks Way, Ste. 320
Sacramento, CA 95833

## RELEASE OF MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, CA 95762, hereby releases in its entirety that certain Mechanic's Lien which Claimant caused to be recorded in the Official Records of the County Recorder of San Francisco County, on May 13, 2019, as document number 2019K766022.

The real property affected by this release is described as follows:

**77 Beale Street**
**San Francisco, CA 94105**
**APN: 3711-012 & 3711-014A**

The person against whom the lien was recorded is Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105.

Dated: February 28, 2020

Roebbelen Contracting, Inc.

By _____
Bruce Stimson
Its Chief Financial Officer

[ACKNOWLEDGMENT ON FOLLOWING PAGE]

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of EL Dorado )

On 2-28-2020 before me, Michelle Visentin, Notary Public
(insert name and title of officer)
personally appeared Bruce Stimson ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature Michelle Visentin

(Seal)

MICHELLE VISENTIN
COMM. # 2146790
NOTARY PUBLIC-CALIFORNIA
EL DORADO COUNTY
MY COMM. EXP. APR. 15, 2020

2020011095

Tommy Gong
San Luis Obispo - County Clerk-Recorder
03/05/2020 01:31 PM

**CONFORMED COPY**

Copy of document recorded.
Has not been compared with original.

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

**WHEN RECORDED RETURN TO:**
OTMK Law
Attn: Kymberli Aguilar
2500 Venture Oaks Way, Ste. 320
Sacramento, CA 95833

## PARTIAL RELEASE OF MECHANIC'S LIEN

Roebbelen Contracting, Inc. ("Claimant"), whose address is 1241 Hawks Flight Court, El Dorado Hills, California 95762, hereby releases to the extent stated below, and only to that extent, that certain mechanic's lien which claimant caused to be recorded in the Official Records of the County Recorder of San Luis Obispo County, California, on December 31, 2019, as document number 2019058835.

This release is only to the extent of the principal sum of $2,192.25 received by Claimant from Pacific Gas and Electric Company. The balance on the lien claim remains in effect and claimant does not release interest and costs.

The person or persons against whom the lien was recorded are Pacific Gas and Electric Company, whose address is 77 Beale Street, San Francisco, CA 94105.

Dated: 2/28, 2020

Roebbelen Contracting, Inc.

By _____
Bruce Stimson
Its Chief Financial Officer

**[ACKNOWLEDGMENT ON FOLLOWING PAGE]**

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )
County of __El Dorado__ )

On __2.28.2020__ before me, __Michelle Visentin, Notary Public__,
(insert name and title of officer)
personally appeared __Bruce Stimson__,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Michelle Visentin__

(Seal)

MICHELLE VISENTIN
COMM. # 2146790
NOTARY PUBLIC - CALIFORNIA
EL DORADO COUNTY
MY COMM. EXP. APR. 15, 2020