WEIL, GOTSHAL & MANGES LLP
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
767 Fifth Avenue
New York, NY 10153-0119
Tel: 212 310 8000
Fax: 212 310 8007

KELLER BENVENUTTI KIM LLP
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: 415 496 6723
Fax: 650 636 9251

*Attorneys for Debtors
and Debtors in Possession*

JONES DAY
Bruce S. Bennett (SBN 105430)
(bbennett@jonesday.com)
Joshua M. Mester (SBN 194783)
(jmester@jonesday.com)
James O. Johnston (SBN 167330)
(jjohnston@jonesday.com)
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Tel: 213 489 3939
Fax: 213 243 2539

*Attorneys for Shareholder Proponents*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION,** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> **Debtors.** <br><br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> **NOTICE OF FILING OF EXHIBIT A (UPDATED FINANCIAL PROJECTIONS) TO [PROPOSED] SUPPLEMENT TO DISCLOSURE STATEMENT FOR DEBTORS' AND SHAREHOLDER PROPONENTS' JOINT CHAPTER 11 PLAN OF REORGANIZATION** <br><br> **[Relates to Dkt. No. 6448]** |

**PLEASE TAKE NOTICE** that on March 17, 2020, the Bankruptcy Court entered the *Order (I) Approving Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization; (II) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (III) Establishing and Approving Plan Solicitation and Voting Procedures; (IV) Approving Forms of Ballots, Solicitation Packages, and Related Notices; and (V) Granting Related Relief* [Docket No. 6340].

**PLEASE TAKE FURTHER NOTICE** that on March 17, 2020, the Debtors filed the solicitation version of the *Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [Docket No. 6353] (as it may be amended, modified or supplemented, and together with any exhibits or schedules thereto, the "**Disclosure Statement**").

**PLEASE TAKE FURTHER NOTICE** that, on March 24, 2020, the Plan Proponents filed the *[Proposed] Supplement to Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* [Docket No. 6448] (the "**Disclosure Statement Supplement**"), to supplement the Disclosure Statement with additional information that relates to certain events that have occurred since March 17, 2020 and to update the financial projections attached as Exhibit B to the Disclosure Statement (the "**Financial Projections**").

**PLEASE TAKE FURTHER NOTICE** that the updated Financial Projections, to be attached as Exhibit A to the Disclosure Statement Supplement, were reserved to be filed at a later time.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file Exhibit A (updated Financial Projections) to the Disclosure Statement Supplement, attached hereto as **Schedule 1**.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Schedule 2** is a redline reflecting the changes between the Financial Projections filed with the Disclosure Statement on March 17, 2020 and those to be attached to the Disclosure Statement Supplement.

Dated: March 25, 2020

**WEIL, GOTSHAL & MANGES LLP**
**KELLER BENVENUTTI KIM LLP**

/s/ *Thomas B. Rupp*
Thomas B. Rupp

*Attorneys for Debtors and Debtors in Possession*