JUSTIN RAWLINS (SB# 209915)
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, California 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

*Attorneys for Creditor*
*Peninsula Clean Energy Authority*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PG&E CORPORATION<br><br>-and-<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtor | CASE NO. 19-30088 (DM)<br><br>CHAPTER NUMBER: 11<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**PLEASE TAKE NOTICE** the address of Justin E. Rawlins has changed. The new address is:

    PAUL HASTINGS LLP
    Justin Rawlins
    515 South Flower Street
    Twenty-Fifth Floor
    Los Angeles, California, 90071-2228

Please update your records accordingly.

DATED: March 25, 2020

PAUL HASTINGS LLP
JUSTIN RAWLINS

By:   */s/ Justin Rawlins*
      JUSTIN RAWLINS

*Attorneys for Creditor*
*Peninsula Clean Energy Authority*

NOTICE OF CHANGE OF ADDRESS