# EXHIBIT C

Case: 19-30088 Doc# 6485-3 Filed: 03/25/20 Entered: 03/25/20 19:41:50 Page 1 of 2

## Exhibit C

### Voluntary Rate Disclosures

Below is a comparison of the blended hourly rate (billed amount / billed hours) by timekeeper category that was billed to the Debtors during the Fee Period and that was billed on all other matters during the period from February 1, 2019 through January 31, 2020.

*Fees Billed by date Worked*

| Timekeeper Category | Blended Hourly Rates | |
|---|---|---|
| | Billed in this Amended Fee Application 10/1/19-1/31/20 (PG&E Timekeepers) | Billed to clients other than PGE 2/1/19-1/31/20 (All MTO Timekeepers) |
| Partner | $ 1,103.23 | $ 932.13 |
| Of Counsel | $ 890.15 | $ 838.42 |
| Associate | $ 652.95 | $ 612.99 |
| eDiscovery Atty | $ 575.00 | $ 538.76 |
| Staff Counsel | $ 427.34 | $ 399.78 |
| **Attorneys Total** | **$ 751.31** | **$ 747.98** |
| ALS | $ 419.50 | $ 354.96 |
| Paralegal | $ 350.91 | $ 287.03 |
| Library | $ 263.40 | $ 164.42 |
| Litigation Analyst | $ 110.00 | $ 101.65 |
| Case Clerks | $ 110.17 | $ 100.31 |
| **Paraprofessionals Total** | **$ 369.81** | **$ 280.96** |
| **Grand Total** | **$ 705.74** | **$ 678.73** |