Timothy S. Laffredi
Assistant United States Trustee
United States Department of Justice
Office of the United States Trustee
450 Golden Gate Ave, Suite 05-0153
San Francisco, CA 94102

Case No. 19-30088 DM

March 24, 2020

Mr. Laffredi,

On February 15, 2019, I was appointed as one of eleven members to the Official Committee of Tort Claimants (TCC) to represent all claimants affected by PG&E's filing for bankruptcy in January 2019. The significant number of claimants represented by the TCC are fire victims. During the bankruptcy process, the direction by the U.S. Trustee for the TCC members was to advocate for the best interests on behalf of those we represent.

Unfortunately, I will be unable to continue serving as a member of the TCC. As a Camp Fire victim, I have received publicly accessible information through bankruptcy court documents (Prime Clerk), published media stories, social media information, and other sources such as the California Public Utilities Commission. PG&E's reorganization plan is deeply flawed and very risky for all fire victims.

The TCC members had been advised throughout this process they could publicly speak their opinion as a fire victim. As a Camp Fire victim over the last thirteen months, my opinions and comments have been unrestrained. Based on information accessible to the general public, I am obligated to oppose the reorganization plan. The plan does not guarantee fire victims the aggregate of $13.5 billion in cash and stock compensation.

I have been recently advised by TCC counsel I am restrained from exercising my First Amendment right as a Camp Fire victim. Their opinion is I, as a TCC member, cannot encourage fire victims to vote against the plan without violating my fiduciary duties, regardless of whether my comments were made as a private individual. As a result of the TCC counsel's opinion that exercising my Constitutional right as a private citizen and fire victim conflicts with my membership on the TCC, I immediately withdraw from my position on the Official Committee of Tort Claimants.

I am grateful for having been selected to serve on this committee. I enjoyed my interaction with the other committee members and appreciated their angles of view. I have served in the best interest of all fire victims to protect their fiduciary interests. Unfortunately, my official capacity will end in this bankruptcy in order to continue looking out for fire victims. This resignation will allow me to remove the chains our TCC

counsels' opinion has put me on so I can freely and publicly advocate in the fire victims' best interests.

Sincerely,

*Kirk Trostle* (signature)

Kirk Trostle