# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: dchambers | Date Created: 3/26/2020 |
| Case: 19–30088 | Form ID: TRANSC | Total: 6 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Elizabeth A. Green | egreen@bakerlaw.com |
| aty | Gregory A. Bray | gbray@milbank.com |
| aty | Robert A. Julian | rjulian@bakerlaw.com |

TOTAL: 3

**Recipients submitted to the Claims Agent (Prime Clerk):**
| | | | | | |
|---|---|---|---|---|---|
| aty | Michael S. Stamer | Akin Gump Strauss Hauer & Feld LLP | One Bryant Park | New York, NY 10036 |
| aty | Stephen Karotkin | Weil, Gotshal & Manges LLP | 767 Fifth Avenue | New York, NY 10153 |
| | BRUCE BENNETT, ESQ. | Jones Day | 555 South Flower Street Fiftieth Floor | Los Angeles, CA 90071 |

TOTAL: 3