**DAVIS POLK & WARDWELL LLP**
Timothy Graulich (admitted *pro hac vice*)
timothy.graulich@davispolk.com
Marc J. Tobak (admitted *pro hac vice*)
marc.tobak@davispolk.com
David Schiff (admitted *pro hac vice*)
david.schiff@davispolk.com
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

Andrew D. Yaphe (SBN 274172)
andrew.yaphe@davispolk.com
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

*Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| PG&E CORPORATION | Chapter 11 |
| - and - | (Lead Case) |
| PACIFIC GAS AND ELECTRIC COMPANY,<br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | (Jointly Administered)<br><br>**ADMINISTRATIVE AGENT'S STATEMENT OF ISSUES, DESIGNATION OF RECORD AND CERTIFICATION REGARDING TRANSCRIPTS FOR APPEAL OF ORDERS REGARDING POSTPETITION INTEREST** |

1.       Appellant, Citibank, N.A., as administrative agent (in such capacity, the "**Administrative Agent**") under that certain Second Amended and Restated Credit Agreement dated as of April 27, 2015 (as amended, supplemented or otherwise modified) among Pacific Gas and Electric Company and several lenders from time to time party thereto, hereby submits this statement of issues and designation of items to be included in the record in connection with its appeal from (a) the Interlocutory Order Regarding Postpetition Interest, entered on February 6, 2020 [ECF No. 5669], and (b) the Memorandum Decision Regarding Postpetition Interest, entered on December 30, 2019 [ECF No. 5226] (together, the "**PPI Orders**"), by the United States Bankruptcy Court for the Northern District of California (the "**Bankruptcy Court**").

2.       Certain other parties in the above captioned debtors' chapter 11 cases have requested leave to appeal the PPI Orders as interlocutory orders while alternatively asserting an appeal of the PPI Orders as of right. The Administrative Agent does not take a position on the merits of such arguments. However, as set forth in the Administrative Agent's cross-motion for leave to appeal [ECF No. 6120], the Administrative Agent was a party to the Bankruptcy Court litigation giving rise to the PPI Orders and, as such, seeks to participate in any appeal of the PPI Orders that the United States District Court for the Northern District of California (the "**District Court**") permits to go forward at this time. Although, the District Court has not yet ruled on the appealability of the PPI Orders, out of an abundance of caution, the Administrative Agent submits this statement, designation, and certification under Federal Rule of Bankruptcy Procedure 8009(a).

## **STATEMENT OF ISSUE ON APPEAL**

3.       The issue on appeal is whether the Bankruptcy Court erred in holding that, in a chapter 11 bankruptcy case of a solvent debtor, the debtor may pay unsecured creditors postpetition interest on their claims at the federal judgment rate (a) while purporting to treat
1

ADMINISTRATIVE AGENT'S STATEMENT OF ISSUES, DESIGNATION OF RECORD & CERTIFICATION REGARDING TRANSCRIPTS FOR APPEAL OF ORDERS REGARDING POSTPETITION INTEREST

such creditors as unimpaired under the plan of reorganization or (b) where such creditors, if impaired, have not, as a class, accepted the plan of reorganization.

## DESIGNATION OF RECORD ON APPEAL

4. The Administrative Agent incorporates by reference those items designated for inclusion in the record on appeal by (a) appellant the Ad Hoc Committee of Holders of Trade Claims, on March 5, 2020 [ECF No. 6126], (b) Appellee the Debtors, on March 19, 2020 [ECF No. 6370], (c) appellant the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company, on March 19, 2020 [ECF No. 6381] and (d) appellant BOKF, NA, on March 19, 2020 [ECF No. 6382]. The Administrative Agent reserves the right to designate additional items for inclusion in the record and/or restate issues presented on appeal,

## CERTIFICATION REGARDING TRANSCRIPTS

5. The Administrative Agent certifies pursuant to Federal Rule of Bankruptcy Procedure 8009(b) that it is not ordering any transcripts. All transcripts have been prepared, are filed on the docket, and have been designated in the record.

DATED: March 19, 2020

**DAVIS POLK & WARDWELL LLP**

/s/ *Timothy Graulich*
TIMOTHY GRAULICH
MARC J. TOBAK
DAVID SCHIFF
ANDREW D. YAPHE (SBN 274172)

*Counsel for Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility*

2
ADMINISTRATIVE AGENT'S STATEMENT OF ISSUES, DESIGNATION OF RECORD & CERTIFICATION REGARDING TRANSCRIPTS FOR APPEAL OF ORDERS REGARDING POSTPETITION INTEREST

Case: 19-30088    Doc# 6397    Filed: 03/19/20    Entered: 03/19/20 21:36:45    Page 3 of 3