1  Andrew I. Silfen (*pro hac vice*)          Aram Ordubegian (SBN 185142)
   Beth M. Brownstein (*pro hac vice*)        **ARENT FOX LLP**
2  **ARENT FOX LLP**                          55 Second Street, 21st Floor
   1301 Avenue of the Americas, 42nd Floor    San Francisco, CA  94105
3  New York, New York 10019                   Telephone:  (415) 757-5500
   Telephone:  (212) 484-3900                 Facsimile:  (415) 757-5501
4  Facsimile:  (212) 484-3990                 Email:        aram.ordubegian@arentfox.com
   Email:        andrew.silfen@arentfox.com
5                 beth.brownstein@arentfox.com

6  Jackson D. Toof (*pro hac vice*)
   **ARENT FOX LLP**
7  1717 K Street, N.W.
   Washington, DC  20006
8  Telephone: (202) 857-6000
   Facsimile:  (202) 857-6395
9  Email:        jackson.toof@arentfox.com

10 *Counsel for BOKF, NA, solely in its capacity as*
   *Indenture Trustee for the Utility Senior Notes*
11

12                **UNITED STATES BANKRUPTCY COURT**
                  **NORTHERN DISTRICT OF CALIFORNIA**
13                    **SAN FRANCISCO DIVISION**

14 | **In re:** | Bankruptcy Case No. 19-30088 (DM) |
15 | **PG&E CORPORATION** | Chapter 11 |
16 | **- and -** | (Lead Case) |
17 | | (Jointly Administered) |
18 | **PACIFIC GAS AND ELECTRIC COMPANY,** | District Case No. 20-01493-HSG |
19 | **Debtors.** | |
20 | Affects PG&E Corporation | **BOKF, NA's STATEMENT OF ISSUES, DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD, AND CERTIFICATION REGARDING TRANSCRIPTS** |
21 | Affects Pacific Gas and Electric Company | |
22 | ☑ Affects both Debtors | |
23 | * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

24

25

26

27

28

AFDOCS/21894537.2

BOKF, NA ("BOKF") in its capacity as successor indenture trustee under three Indentures dated as of (i) April 22, 2005 Supplementing, Amending and Restating the Indenture of Mortgage Dated March 11, 2004; (ii) November 29, 2017; and (iii) August 6, 2018, each as supplemented or amended (the "Senior Notes Indentures"), pursuant to which Pacific Gas and Electric Company issued the senior notes (the "Senior Notes"), in the principal amount of $17.525 billion, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), hereby submits its *Statement of Issues, Designation of Items To Be Included in the Record, and Certification Regarding Transcripts* with respect to its *Notice of Appeal and Election to Have Appeal Heard by District Court Concerning Order Regarding Postpetition Interest* [D.I. 6122] ("Notice of Appeal").[1]

BOKF's appeal, originally docketed in the U.S. District Court for the Northern District of California ("District Court") as No. 4:20-cv-01659-HSG, has been consolidated with No. 4:20-cv-01493-HSG pursuant to the District Court's March 12, 2020 Order [ECF No. 26].[2]

## ISSUE TO BE PRESENTED ON APPEAL

Whether the Bankruptcy Court erred in holding that, in a chapter 11 bankruptcy case of a solvent debtor, unsecured creditors are not entitled to be paid postpetition interest at a rate specified in their contracts but rather are limited to postpetition interest at the federal judgment rate.

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

BOKF respectfully designates the following items for inclusion in the record on appeal. Each designated item also includes any and all exhibits and documents annexed to and referenced within such item.[3]

---

[1] Unless otherwise specified, "ECF No." refers to entries in the District Court docket in the lead case at No. 4:20-cv-0149-HSG. "D.I." refer to entries in the underlying Bankruptcy Court docket at No. 19-30088 (Bankr. N.D. Cal.).

[2] In its Notice of Appeal and *Cross-Motion for Leave to Appeal Order Regarding Postpetition Interest* [D.I. 6124] ("BOKF's Cross-Motion"), BOKF made clear it is not seeking to prosecute an appeal of the PPI Order as a sole appellant at this time; however, BOKF requests that it be permitted to participate in any appeal that goes forward, consistent with its role as the indenture trustee for $17.525 billion of the Senior Notes.

[3] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated January 31, 2020* [D.I. 5590] (the "Plan").

2

AFDOCS/21894537.2

| Description | Date | D.I. |
|---|---|---|
| Amended Declaration of Jason P. Wells in Support of First Day Motions and Related Relief | Feb. 1, 2019 | 263 |
| Schedule E/F: Creditors Who Have Unsecured Claims For Non- Individual Debtor PG&E Corporation | Mar. 14, 2019 | 900 |
| Schedule E/F: Creditors Who Have Unsecured Claims For Non-Individual Debtor Pacific Gas and Electric Company | Mar. 14, 2019 | 906 |
| Debtors' Joint Chapter 11 Plan of Reorganization | Sept. 9, 2019 | 3841 |
| Joint Motion of the Official Committee of Tort Claimants and the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code | Sept. 19, 2019 | 3940 |
| Debtors' First Amended Joint Chapter 11 Plan of Reorganization | Sept. 23, 2019 | 3966 |
| Statement of BOKF, N.A. in Support of the Joint Motion of the Official Committee of Tort Claimants and the Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusivity Period | Oct. 1, 2019 | 4050 |
| Order Granting Joint Motion of the Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders to Terminate the Debtors' Exclusive Periods Pursuant to Section 1121(d)(1) of the Bankruptcy Code | Oct. 9, 2019 | 4167 |
| Joint Chapter 11 Plan of Reorganization of Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders | Oct. 17, 2019 | 4257 |
| Order Establishing Pre-Confirmation Briefing and Hearing Schedule for Certain Legal Issues | Oct. 31, 2019 | 4540 |
| Debtors' Joint Chapter 11 Plan of Reorganization Dated November 4, 2019 | Nov. 4, 2019 | 4563 |
| Debtors' Brief Regarding Applicable Rate of Postpetition Interest on Allowed Unsecured Claims and Joinder of PG&E Shareholders (the "Debtors' Opening Brief") | Nov. 8, 2019 | 4624 |
| Consolidated Edison Development Inc.'s Reservation of Rights Regarding Postpetition Interest on Unsecured Claims | Nov. 8, 2019 | 4625 |
| Consolidated Opening Brief of the Official Committee of Unsecured Creditors and Other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claim in a Solvent Debtor Case (the "Creditor Groups' Opening Brief") | Nov. 8, 2019 | 4634 |

3

AFDOCS/21894537.2

| Description | Date | D.I. |
|---|---|---|
| Joinder in Consolidated Opening Brief of the Official Committee of Unsecured Creditors and Other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case | Nov. 8, 2019 | 4636 |
| Reservation of Rights of the Ad Hoc Group of Subrogation Claim Holders Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case | Nov. 22, 2019 | 4840 |
| Debtors' Brief in Opposition to Consolidated Opening Brief of Unsecured Creditors and Other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case; Joinder of PG&E Shareholders (the "Debtors' Responsive Brief" and, together with the Debtors' Opening Brief, the "Debtors' Briefs") | Nov. 22, 2019 | 4849 |
| Consolidated Reply Brief of the Official Committee of Unsecured Creditors and Other Creditor Groups and Representatives Regarding the Appropriate Postpetition Interest Rate Payable on Unsecured Claims in a Solvent Debtor Case (the "Creditor Groups' Responsive Brief" and, together with the Creditor Groups' Opening Brief, the "Creditor Groups' Briefs") | Nov. 22, 2019 | 4855 |
| Debtors' Brief Regarding Utility Funded Debt Claims' Entitlement to Make-Whole Premiums and Joinder of PG&E Shareholders | Nov. 27, 2019 | 4896 |
| Consolidated Opening Brief of Certain Creditor Groups and Representatives Regarding the Entitlement of Holders of Utility Funded Debt Claims to Optional Early Redemption, Make-Whole, or Similar Amounts in a Solvent Debtor Case (the "Creditor Groups' Opening Make-Whole Brief") | Nov. 27, 2019 | 4902 |
| Letter Dated Dec. 5, 2019 in Support of Creditor Groups' Briefs | Dec. 5, 2019 | 5003 |
| Letter Dated Dec. 6, 2019 in Support of Debtors' Briefs | Dec. 6, 2019 | 5018 |
| Memorandum Decision Regarding Postpetition Interest | Dec. 30, 2019 | 5226 |
| First Amended Verified Statement of Ad Hoc Committee of Holders of Trade Claims Pursuant to Bankruptcy Rule 2019 | Dec. 10, 2019 | 5060 |
| Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated December 12, 2019 | Dec. 12, 2019 | 5101 |
| Consolidated Opposition Brief of Certain Creditor Groups and Representatives Regarding the Entitlement of Holders of Utility Funded Debt Claims to Optional Early Redemption, | Dec. 20, 2019 | 5189 |

4

AFDOCS/21894537.2

| Description | Date | D.I. |
|---|---|---|
| Make-Whole, or Similar Amounts in a Solvent Debtor Case | | |
| Debtors' Opposition to the Creditor Groups' Opening Make-Whole Brief | Dec. 20, 2019 | 5190 |
| DOCKET TEXT ORDER (no separate order issued:) For the Make-Whole Optional Redemption issue arguments on January 14, 2020, at 10:00 AM, Debtors and the joining Shareholders will have a total of one hour, including time for rebuttal, to be shared as their counsel agree. The opposing creditor groups will also have one hour, to be shared as their counsel agree. At the conclusion of the hearing the court would like counsel to be prepared to address the questions raised in the Memorandum Decision regarding Postpetition Interest (Dkt. No. 5226), namely whether orders disposing of that issue and the Make-Whole issue should be certified for direct appeal to the court of appeal, certified as final under FRCP 54(b), or both, or neither. (RE: related document(s)[4896] Support Brief/Memorandum filed by Debtor PG&E Corporation). (Montali, Dennis) | Jan. 9, 2020 | N/A |
| Letter to Court from Andrew I. Silfen re: Optional Redemption / Make-Whole Oral Argument | Jan 21, 2020 | 5430 |
| Notice of Continued Hearing On the Make-Whole/Optional Redemption Issue | Jan 27, 2020 | 5514 |
| Trade Committee's Statement in Connection with January 29, 2020 Status Conference | Jan. 27, 2020 | 5517 |
| Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents and (II) Granted Related Relief | Jan. 27, 2020 | 5519 |
| Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated January 31, 2020 | Jan. 31, 2020 | 5590 |
| Limited Objection of the Ad Hoc Committee of Holders of Trade Claims to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents and (II) Granted Related Relief | Feb. 3, 2020 | 5596 |
| Statement of BOKF, NA, solely in its capacity as Indenture Trustee In Support Of Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for | Feb. 3, 2020 | 5597 |

5

AFDOCS/21894537.2

| Description | Date | D.I. |
|---|---|---|
| Entry of an Order (I) Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents and (II) Granted Related Relief | | |
| Interlocutory Order Regarding Postpetition Interest | Feb. 6, 2020 | 5569 |
| Order Establishing Schedule for Disclosure Statement Approval and Plan Confirmation | Feb. 6, 2020 | 5673 |
| [Proposed] Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization | Feb. 7, 2020 | 5700 |

| Hearing Transcripts | Filing Date | D.I. |
|---|---|---|
| Transcript of Aug. 13, 2019 Hearing | Aug. 14, 2019 | 3540 |
| Transcript of Sept. 24, 2019 Hearing | Sept. 25, 2019 | 4003 |
| Transcript of Oct. 7, 2019 Hearing | Oct. 8, 2019 | 4162 |
| Transcript of Oct. 23, 2019 Hearing | Oct. 24, 2019 | 4467 |
| Transcript of Dec. 11, 2019 Hearing | Dec. 12, 2019 | 5085 |
| Transcript of Hearing at Jan. 29, 2020 at 10:00 a.m. (PST) | Jan. 30, 2020 | 5562 |
| Transcript of Hearing at Jan. 29, 2020 at 1:30 p.m. (PST) | Jan. 30, 2020 | 5563 |
| Transcript of Feb. 4, 2020 Hearing | Feb. 5, 2020 | 5634 |

BOKF reserves the right to designate additional items for inclusion in the record and/or to restate issues presented on appeal.

## CERTIFICATE REGARDING TRANSCRIPTS

BOKF certifies pursuant to Bankruptcy Rule 8009(b)(1) that it is not ordering any transcripts. All transcripts have been prepared, are filed on the docket, and have been designated in the record.

6

AFDOCS/21894537.2

DATED:  March 19, 2020

**ARENT FOX LLP**

*/s/ Aram Ordubegian*
Aram Ordubegian (SBN 185142)
Andrew I. Silfen (*pro hac vice*)
Beth M. Brownstein (*pro hac vice*)
Jackson D. Toof (*pro hac vice*)

*Counsel for BOKF, NA, in its capacity as Indenture Trustee for the Utility Senior Notes*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7

AFDOCS/21894537.2

Case: 19-30088    Doc# 6382    Filed: 03/19/20    Entered: 03/19/20 18:29:32    Page 97 of 77