CLMAGT, JNTADMN, WDREF, APPEAL

**U.S. Bankruptcy Court**
**California Northern Bankruptcy Court (San Francisco)**
**Bankruptcy Petition #: 19-30088**
Internal Use Only

|  |  |
|---|---|
| *Date filed:* | 01/29/2019 |
| *341 meeting:* | 04/29/2019 |
| *Deadline for filing claims:* | 10/21/2019 |
| *Deadline for filing claims (govt.):* | 10/21/2019 |

*Assigned to:* Judge Dennis Montali
Chapter 11
Voluntary
Asset

| | |
|---|---|
| **Debtor**<br>**PG&E Corporation**<br>77 Beale Street<br>P.O. Box 770000<br>San Francisco, CA 94177<br>SAN FRANCISCO-CA<br>(929) 333-8977<br>Tax ID / EIN: 94-3234914 | represented by **Max Africk**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>212-310-8000<br>*TERMINATED: 11/12/2019*<br><br>**Peter J. Benvenutti**<br>Keller Benvenutti Kim LLP<br>650 California St. 19th Fl.<br>San Francisco, CA 94108<br>(415) 364-6798<br>Email: pbenvenutti@kbkllp.com<br><br>**Kevin Bostel**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>212-310-8000<br><br>**Timothy G. Cameron**<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 8th Ave.<br>New York, NY 10019<br>(212) 474-1120<br><br>**Jared R. Friedmann**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153<br>(212) 310-8000<br><br>**Andriana Georgallas**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>212-310-8000<br><br>**Stuart J. Goldring**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Ave.<br>New York, NY 10153<br>(212) 310-8000<br><br>**Matthew Goren**<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>212-310-8000<br><br>**David A. Herman**<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>212-474-1000 |

**Stephen Karotkin**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000

**Tobias S. Keller**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
(415) 796-0709
Email: tkeller@kbkllp.com

**Jane Kim**
Keller Benvenutti Kim LLP
650 California St, Suite 1900
San Francisco, CA 94108
(415) 364-6793
Email: jkim@kbkllp.com

**Katherine Kohn**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861-2607
Email: kkohn@groom.com

**Kevin Kramer**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000

**David Levine**
Groom Law Group, Chartered
1701 Pennsylvania Ave, NW #1200
Washington, DC 20006
(202) 861-5436
Email: dnl@groom.com

**Dara Levinson Silveira**
Keller Benvenutti Kim LLP
650 California St. #1900
San Francisco, CA 94108
415-364-6793
Email: dsilveira@kbkllp.com

**Jessica Liou**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000

**Omid H. Nasab**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212-474-1000

**John Nolan**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000

**Kevin J. Orsini**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
212-474-1000

**Thomas B. Rupp**
Keller Benvenutti Kim LLP

650 California St. #1900
San Francisco, CA 94108
(415) 636-9015
Email: trupp@kellerbenvenutti.com

**Bradley R. Schneider**
Munger Tolles and Olson LLP
350 S Grand Ave., 50th Fl.
Los Angeles, CA 90071
(213) 683-9100
Email: bradley.schneider@mto.com

**Ray C. Schrock**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000

**Richard W. Slack**
Weil Gotshal and Manges, LLP
767 Fifth Ave.
New York, NY 10153-0119
(212) 310-8000
Email: richard.slack@weil.com

**Theodore Tsekerides**
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212-310-8000

**Paul H. Zumbro**
Cravath, Swaine & Moore LLP
85 Eighth Avenue
New York, NY 10019
2124741000
Email: mao@cravath.com

*Responsible Ind*
**Jason P. Wells**
Senior Vice President
Chief Financial Officer PG&E Corporation
77 Beale St.
San Francisco, CA 94177
(929) 333-8977

*U.S. Trustee*
**Office of the U.S. Trustee / SF**
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
(415)705-3333

represented by **Jason Blumberg**
Office of the U.S. Trustee
501 I St. #7-500
Sacramento, CA 95814
(916) 930-2076
Email: jason.blumberg@usdoj.gov

**Cameron Gulden**
Office of the United States Trustee
300 Booth St., Room 3009
Reno, NV 89509
(775) 784-5335
Email: cameron.m.gulden@usdoj.gov

**Lynette C. Kelly**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
(415) 252-2065
Email: ustpregion17.oa.ecf@usdoj.gov

**Timothy S. Laffredi**
Office of the U. S. Trustee - San Jose
280 South 1 St., Suite 268
San Jose, CA 95113

(408) 535-5525
Email: timothy.s.laffredi@usdoj.gov

**Timothy S. Laffredi**
Office of the U.S. Trustee - SF
450 Golden Gate Ave.
Suite 05-0153
San Francisco, CA 94102
(415) 705-3333
Email: timothy.s.laffredi@usdoj.gov

**Marta Villacorta**
Office of the United States Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
(415) 252-2062
Email: marta.villacorta@usdoj.gov

| | | |
|---|---|---|
| *Creditor Committee* **Official Committee Of Unsecured Creditors** | represented by | **Paul S. Aronzon** Milbank LLP 2029 Century Park East, 33rd Fl. Los Angeles, CA 90067 (424) 386-4000 Email: paronzon@milbank.com |

**James C. Behrens**
Milbank, LLP
2029 Century Park E, 33rd Fl.
Los Angeles, CA 90067
(424) 386-4436
Email: jbehrens@milbank.com

**Gregory A. Bray**
Milbank LLP
2029 Century Park East, 33rd Fl.
Los Angeles, CA 90067
(424) 386-4470
Email: gbray@milbank.com

**Erin Elizabeth Dexter**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835-7500
Email: edexter@milbank.com

**Dennis F. Dunne**
Milbank, LLP
55 Hudson Yards
New York, NY 10001-2163
(212) 530-5000
Email: ddunne@milbank.com

**Samuel A. Khalil**
Milbank, LLP
55 Hudson Yards
New York, NY 10001-2163
(212) 530-5000
Email: skhalil@milbank.com

**Thomas R. Kreller**
Milbank LLP
2029 Century Park East, 33rd
Los Angeles, CA 90067
(424) 386-4463
Email: tkreller@milbank.com

**Andrew Michael Leblanc**
Milbank LLP
1850 K St., NW, #1100
Washington, DC 20006
(202) 835-7500

Email: ALeblanc@milbank.com

**Alan J. Stone**
Milbank LLP
55 Hudson Yards
New York, NY 10001
(212) 530-5000
Email: AStone@milbank.com

*Creditor Committee*                      represented by **Lauren T. Attard**
**Official Committee of Tort Claimants**                Baker Hostetler LLP
                                          11601 Wilshire Blvd. #1400
                                          Los Angeles, CA 90025-0509
                                          (310) 820-8800
                                          Email: lattard@bakerlaw.com

                                          **Chris Bator**
                                          Baker & Hostetler LLP
                                          127 Public Square #2000
                                          Cleveland, OH 44114
                                          (216) 621-0200
                                          Email: cbator@bakerlaw.com

                                          **Dustin M. Dow**
                                          Baker & Hostetler LLP
                                          127 Public Square #2000
                                          Cleveland, OH 44114
                                          (216) 621-0200
                                          Email: ddow@bakerlaw.com

                                          **Cecily Ann Dumas**
                                          Baker and Hostetler LLP
                                          Transamerica Pyramid Center
                                          600 Montgomery Street, Suite 3100
                                          San Francisco, CA 94111-2806
                                          415-659-2600
                                          Email: cdumas@bakerlaw.com

                                          **Joseph M. Esmont**
                                          Baker & Hostetler LLP
                                          127 Public Sq., #2000
                                          Cleveland, OH 44147
                                          (216) 861-7835
                                          Email: jesmont@bakerlaw.com

                                          **Lars H. Fuller**
                                          Baker & Hostetler LLP
                                          1801 California St #4400
                                          Denver, CO 80202
                                          (303) 764-4114
                                          Email: lfuller@bakerlaw.com

                                          **Eric R. Goodman**
                                          Baker & Hostetler LLP
                                          Key Tower, 127 Public Sq., #2000
                                          Cleveland, OH 44114-1214
                                          (216) 621-0200
                                          Email: egoodman@bakerlaw.com

                                          **Elizabeth A. Green**
                                          BakerHostetler LLP
                                          200 S. Orange Ave. #2300
                                          Orlando, FL 32801
                                          (407) 649-4000
                                          Email: egreen@bakerlaw.com

                                          **Robert A. Julian**
                                          Baker and Hostetler LLP
                                          Transamerica Pyramid Center
                                          600 Montgomery Street, Suite 3100
                                          San Francisco, CA 94111-2806
                                          (415) 569-2600
                                          Email: rjulian@bakerlaw.com

Case: 19-30088    Doc# 6492-8    Filed: 03/26/20    Entered: 03/26/20 15:08:54    Page 5 of 25

**Elyssa S. Kates**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4227
Email: ekates@bakerlaw.com

**Kody D. L. Kleber**
Baker & Hostetler LLP
811 Main St., #1100
Houston, TX 77005
(713) 703-1315
Email: kkleber@bakerlaw.com

**David J. Richardson**
Baker & Hostetler, LLP
11601 Wilshire Blvd.,
14th Floor
Los Angeles, CA 90025
(310) 442-8858
Email: drichardson@bakerlaw.com

**David B. Rivkin, Jr.**
Baker and Hostetler LLP
1050 Connecticut Ave., N.W., #1100
Washington, DC 20036
(202) 861-1731
Email: drivkin@bakerlaw.com

**Jorian L. Rose**
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
Email: jrose@bakerlaw.com

**Eric E. Sagerman**
Baker and Hostetler LLP
11601 Wilshire Blvd. #1400
Los Angeles, CA 90025
(310) 442-8875
Email: esagerman@bakerlaw.com

**Catherine E. Woltering**
Baker & Hostetler LLP
Key Tower, 127 Public Sq., #2000
Cleveland, OH 44114-1214
(614) 462-2677
Email: cwoltering@bakerlaw.com

| Filing Date | # | Docket Text |
|---|---|---|
| 01/27/2020 | 🔘 5503 (2 pgs) | Joinder *in Support of Response to Objections to Terms of Tubbs Settlement Documents* (RE: related document(s)5282 Application to Compromise Controversy). Filed by Creditor Fire Victim Creditors (de Ghetaldi, Dario). Related document(s) 5459 Objection filed by Creditor Objecting Camp Fire Claimants, 5472 Joinder filed by Creditor Majesti Mai Bagorio, etc.. Modified on 1/29/2020 (dc). (Entered: 01/27/2020) |
| 01/27/2020 | 🔘 5504 (3 pgs) | Declaration of Robert T. Bryson in in Support of *Response to Objections to Terms of Tubbs Settlement Documents* (RE: related document(s)5282 Application to Compromise Controversy). Filed by Creditor Fire Victim Creditors (de Ghetaldi, Dario). Related document(s) 5459 Objection filed by Creditor Objecting Camp Fire Claimants, 5472 Joinder filed by Creditor Majesti Mai Bagorio, etc.. Modified on 1/29/2020 (dc). (Entered: 01/27/2020) |
| 01/27/2020 | 🔘 5505 (5 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Daleo, Inc. (Amount $607,127.00) To SPCP Group, LLC. Fee Amount $25 Filed by Creditor SPCP Group, LLC. (Beacher, Ronald) (Entered: 01/27/2020) |
| 01/27/2020 | 🔘 5506 (3 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Daleo, Inc. (Claim No. 3221, Amount $663,426.78) To SPCP Group, LLC. Fee Amount $25 Filed by Creditor SPCP Group, LLC. (Beacher, |

Case: 19-30088    Doc# 6492-8    Filed: 03/26/20    Entered: 03/26/20 15:08:54    Page 6
of 25

| | | |
|---|---|---|
| | | Ronald) (Entered: 01/27/2020) |
| 01/27/2020 | 🔵 5507<br>(2 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Daleo, Inc. (Claim No. 3231, Amount $663,426.78) To SPCP Group, LLC. Fee Amount $25 Filed by Creditor SPCP Group, LLC. (Beacher, Ronald) (Entered: 01/27/2020) |
| 01/27/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30241617, amount $ 25.00 (re: Doc# 5505 Transfer of Claim) (U.S. Treasury) (Entered: 01/27/2020) |
| 01/27/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30241617, amount $ 25.00 (re: Doc# 5506 Transfer of Claim) (U.S. Treasury) (Entered: 01/27/2020) |
| 01/27/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30241617, amount $ 25.00 (re: Doc# 5507 Transfer of Claim) (U.S. Treasury) (Entered: 01/27/2020) |
| 01/27/2020 | 🔵 5508<br>(115 pgs) | Certificate of Service (RE: related document(s)5501 Joinder, 5502 Declaration). Filed by Creditor Fire Victim Creditors (de Ghetaldi, Dario) (Entered: 01/27/2020) |
| 01/27/2020 | 🔵 5509<br>(115 pgs) | Certificate of Service (RE: related document(s)5503 Joinder, 5504 Declaration). Filed by Creditor Fire Victim Creditors (de Ghetaldi, Dario) (Entered: 01/27/2020) |
| 01/27/2020 | 🔵 | **DOCKET TEXT ORDER** (no separate order issued:) For the hearing on January 29, 2020, at 10 AM, the moving parties on the Motion to Apply FRBP 7023 to Class Proof of Claim (Dkt No. 5042) will have forty minutes for oral argument. They should reserve a portion of their time for rebuttal. Debtors and the TCC will also have forty minutes to respond, to be shared as their counsel agree. (Montali, Dennis) (Entered: 01/27/2020) |
| 01/27/2020 | 🔵 | **DOCKET TEXT ORDER** (no separate order issued:) The hearing on the Tubbs Settlement motions (Dkt No. 5282) are moved to 1:30 PM on January 29. Given the background of this matter and the prior approval of the RSA, the court wishes to hear first from the Objectors (Dkt. No. 5459) and the parties joining them (Dkt. No. 5472). They will have a total of thirty minutes. Their counsel should agree how to share the time and should reserve a portion for rebuttal. Debtors and counsel joining them will also have thirty minutes, to be shared as they agree. (Montali, Dennis) (Entered: 01/27/2020) |
| 01/27/2020 | 🔵 5510<br>(3 pgs) | Fourth Notice of Continued Hearing *on Debtors' First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. section 503(b)(9) Solely With Respect to Certain Continued Claims* (RE: related document(s)2896 Motion to Disallow Claims *Debtors First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. section 503(b)(9)* (RE: related document(s)2896 Motion to Disallow Claims *Debtors First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. section 503(b)(9)* Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Proposed 503(b)(9) Claims Treatment # 2 Exhibit B - Proposed Order)). **Hearing scheduled for 2/26/2020 at 10:00 AM San Francisco Courtroom 17 - Montali for 2896,**. Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 01/27/2020) |
| 01/27/2020 | 🔵 5514<br>(3 pgs) | Notice Regarding / *Notice of Continued Hearing on the Make-Whole/Optional Redemption Issue* (RE: related document(s)4540 Order Establishing Pre-Confirmation Briefing and Hearing Schedule for Certain Legal Issues. (RE: related document(s)4388 Notice Regarding Filing of (I) Debtors' Proposed Competing Plan Confirmation Timeline and (II) Debtors' Proposed Briefing Schedule for Postpetition Interest and Make-Whole Premium Issues filed by Debtor PG&E Corporation. (dc), 4896 Brief/Memorandum in support of *Debtors' Position Regarding Utility Funded Debt Claims' Entitlement to Make-Whole Premiums and Joinder of PG&E Shareholders* (RE: related document(s)4540 Order To Set Hearing). Filed by Debtor PG&E Corporation (Attachments: # 1 Appendix A), 4898 Declaration of Theodore E. Tsekerides in Support of *Debtors' Moving Brief Regarding Utility Funded Debt Claims' Entitlement to Make-Whole Premiums* (RE: related document(s)4896 Support Brief/Memorandum). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6), 4902 Brief/Memorandum in support of -- *Consolidated Opening Brief of Certain Creditor Groups and Representatives Regarding Entitlement of Holders of Utility Funded Debt Claims to Optional Early Redemption, Make-Whole, or Similar Amounts in a Solvent Debtor Case* (RE: related document(s)4540 Order To Set Hearing). Filed by Interested Party BOKF, NA, 4903 Declaration of Andrew I. Silfen in Support of Consolidated Opening Brief of *Certain Creditor Groups and Representatives Regarding the Entitlement of Holders of Utility Funded Debt Claims to Optional Early Redemption, Make-Whole, or Similar Amounts in a Solvent Debtor Case* (RE: related document(s)4902 Support Brief/Memorandum). Filed by Interested Party BOKF, NA (Attachments: # 1 Exhibit A # 2 Exhibit A-1 # 3 Exhibit A-2 # 4 Exhibit A-3 # 5 Exhibit A-4 # 6 Exhibit A-5 # 7 Exhibit A-6 # 8 Exhibit A-7 # 9 Exhibit A-8 # 10 Exhibit A-9 # 11 Exhibit A-10 # 12 Exhibit A-11 # 13 Exhibit A-12 # 14 Exhibit A-13 # 15 Exhibit A-14 # 16 Exhibit A-15 # 17 Exhibit A-16 # 18 Exhibit A-17 # 19 Exhibit A-18 # 20 Exhibit A-19 # 21 Exhibit A-20 # 22 Exhibit A-21 # 23 Exhibit A-22 # 24 Exhibit A-23 # 25 Exhibit A-24 # 26 Exhibit A-25 # 27 Exhibit A-26 # 28 Exhibit A-27 # 29 Exhibit A-28 # 30 Exhibit A-29 # 31 Exhibit B # 32 Exhibit C # 33 Exhibit C-1), 5189 Brief/Memorandum in Opposition to -- *Consolidated Opposition Brief Of Certain Creditor Groups And Representatives Regarding The* |

| | | |
|---|---|---|
| | | *Entitlement Of Holders Of Utility Funded Debt Claims To Optional Early Redemption, Make-Whole, Or Similar Amounts In A Solvent Debtor Case* (RE: related document(s)4896 Support Brief/Memorandum, 4902 Support Brief/Memorandum). Filed by Interested Party BOKF, NA, 5190 Brief/Memorandum in Opposition to *the Consolidated Opening Brief of Certain Creditor Groups and Representatives Regarding the Entitlement of Holders of Utility Funded Debt Claims to Optional Early Redemption, Make-Whole, or Similar Amounts in a Solvent Debtor Case; Joinder of PG&E Shareholders* (RE: related document(s)4540 Order To Set Hearing). Filed by Debtor PG&E Corporation (Attachments: # 1 Appendix A # 2 Appendix B) (Rupp, Thomas). Related document(s) 4902 Support Brief/Memorandum filed by Interested Party BOKF, NA. Modified on 12/23/2019 (dc).). Filed by Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (Crawford, Ashley) (Entered: 01/27/2020) |
| 01/27/2020 | ◉ | Hearing Rescheduled. The hearing on 1/29/20 at 10 am regarding Debtors' Motion Pursuant to 11 U.S.C. Sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (II) Granting Related Relief (The "Tubbs Settlement Motions") is rescheduled to 1:30 pm on 1/29/20 per the Court's 1/27/20 Docket Text Order. (related document(s): 5282 Application to Compromise Controversy filed by PG&E Corporation) **Hearing scheduled for 01/29/2020 at 01:30 PM at San Francisco Courtroom 17 - Montali.** (lp) (Entered: 01/27/2020) |
| 01/27/2020 | ◉ 5515<br>(6 pgs) | Notice Regarding *Certificate of No Objection Regarding Tenth Monthly Fee Statement of Coblentz Patch Duffy & Bass LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of November 1, 2019 Through November 30, 2019* (RE: related document(s)5227 Tenth Monthly Fee Statement of *Coblentz Patch Duffy & Bass LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of November 1, 2019 Through November 30, 2019* (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Summary by Professional # 2 Exhibit B - Summary by Task # 3 Exhibit C - Summary of Expenses # 4 Exhibit D - Detailed Fee Entries # 5 Exhibit E - Detailed Expense Entries) (Rupp, Thomas) Modified on 12/31/2019 (dc).). Filed by Debtor PG&E Corporation (Levinson Silveira, Dara) (Entered: 01/27/2020) |
| 01/27/2020 | ◉ 5516<br>(3 pgs) | Notice of Continued Hearing *on Debtors' Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry into and Performance Under, Debt Financing Commitment Letters, and (III) Authorizing Incurrence, Payment, and Allowance of Related Fee and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims* (RE: related document(s)5267 First Amended Motion *Debtors' Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance Under, Equity Backstop Commitment Letters, (II) Approving Terms of, and Debtors' Entry into and Performance Under, Debt Financing Commitment Letters, and (III) Authorizing Incurrence, Payment, and Allowance of Related Fee and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims* Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Proposed Order re Equity Backstop Commitment Letters # 2 Exhibit B - Proposed Order re Debt Financing Commitment Letters # 3 Exhibit C - Form of Equity Backstop Commitment Letter # 4 Exhibit D - Equity Backstop Parties # 5 Exhibit E - Conformed Copy of PG&E Corp. Debt Commitment Letter # 6 Exhibit F - Conformed Copy of Utility Debt Commitment Letter) (Rupp, Thomas). Related document(s) 4446 Motion *of Debtors for Entry of Orders (I) Approving Terms of, and Debtors' Entry into and Performance under, Exit Financing Commitment Letters and (II) Authorizing Incurrence, Payment, and Allowance of Fee and/or Premiums, Indemnities, Costs and Expenses as* filed by Debtor PG&E Corporation. Modified on 1/6/2020 (dc).). **Hearing scheduled for 2/19/2020 at 10:00 AM San Francisco Courtroom 17 - Montali for** 5267**,.** *Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 01/27/2020)* |
| 01/27/2020 | ◉ | Hearing Set per Fourth Notice of Continued Hearing, dkt #5510 (RE: related document(s)2896 Motion to Disallow Claims *Debtors First Omnibus Report and Objection to Claims Asserted Pursuant to 11 U.S.C. section 503(b)(9)*). **Hearing scheduled for 3/25/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** (lp) (Entered: 01/27/2020) |
| 01/27/2020 | ◉ | Hearing Dropped. The hearing on 1/29/20 at 10:00 a.m. regarding Oral Argument on Make-Whole/Optional Redemption Issue is dropped from the calendar per the Notice, dkt #5514, filed on 1/27/20. (related document(s): 4540 Order To Set Hearing) (lp) (Entered: 01/27/2020) |
| 01/27/2020 | ◉ 5517<br>(2 pgs) | Document: *Letter regarding January 29, 2020 plan status conference.* Filed by Creditor Ad Hoc Committee of Holders of Trade Claims (Neumeister, Michael) (Entered: 01/27/2020) |
| 01/27/2020 | ◉ 5518<br>(26 pgs) | Certificate of Service of *James Mapplethorpe Regarding Supplemental Application of Debtors for Authority to Amend the Scope of the Retention of Willis Towers Watson US LLC as Human Resource and Compensation Consultants nunc pro tunc to November 19, 2019, Supplemental Declaration of Mark J. Kazmierowski in Support of Supplemental Application for Authority to Amend the Scope of the Retention of Willis Towers Watson US LLC as Human Resource and Compensation Consultants nunc pro tunc to November 19, 2019, Order Approving Stipulation Between Debtor Pacific Gas and Electric Company and Movant Cara Feneis for Limited Relief from the Automatic Stay, and Request for Entry of an Order* |

Case: 19-30088    Doc# 6492-8    Filed: 03/26/20    Entered: 03/26/20 15:08:54    Page 8 of 25

| | | |
|---|---|---|
| | | by Default Granting Debtors Motion of an Order (I) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (II) Granting Related Relief, Notice of Continued Hearing on All Matters Scheduled for January 23, 2020, 1:00 p.m. (PT) Omnibus Hearing. Continued Hearing Scheduled for January 29, 2020 at 10:00 a.m. (PT), Sixth Monthly Fee Statement of Lazard Freres & Co. LLC as Investment Banker to the Debtors for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from September 1, 2019 Through September 30, 2019 Filed by Other Prof. Prime Clerk LLC (related document(s)5436 Application to Employ, 5437 Declaration, 5440 Order on Stipulation, 5444 Request For Entry of Default, 5448 Statement, 5449 Notice of Continued Hearing). (Baer, Herb) (Entered: 01/27/2020) |
| 01/27/2020 | 5519<br>(100 pgs; 3 docs) | Motion to Approve Document Debtors Motion Pursuant to 11 U.S.C. sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 For Entry of an Order (I) Approving and Authorizing the Debtors To Enter Into Restructuring Support Agreement With Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Noteholder RSA # 2 Exhibit B - Proposed Order) (Rupp, Thomas) (Entered: 01/27/2020) |
| 01/27/2020 | 5520<br>(7 pgs) | Declaration of Jason P. Wells in Support of Debtors Motion Pursuant to 11 U.S.C. sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 For Entry of an Order (I) Approving and Authorizing the Debtors To Enter Into Restructuring Support Agreement With Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief (RE: related document(s)5519 Motion to Approve Document). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 01/27/2020) |
| 01/27/2020 | 5521<br>(8 pgs) | Motion to File a Document Under Seal Debtors Motion Pursuant To 11 U.S.C. sections 105(a) and 107(b) and Fed. R. Bankr. P. 9018 For Entry of an Order Authorizing the Sealing of the Noteholder RSA Letter Agreement Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 01/27/2020) |
| 01/27/2020 | 5522<br>(4 pgs) | Declaration of Stephen Karotkin in Support of Debtors Motion Pursuant To 11 U.S.C. sections 105(a) and 107(b) and Fed. R. Bankr. P. 9018 For Entry of an Order Authorizing the Sealing of the Noteholder RSA Letter Agreement (RE: related document(s)5521 Motion to File a Document Under Seal). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 01/27/2020) |
| 01/27/2020 | 5523 | Proposed Document Filed Under Seal (RE: related document(s)5521 Motion to File a Document Under Seal filed by Debtor PG&E Corporation). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 01/27/2020) |
| 01/27/2020 | 5524<br>(6 pgs) | Motion to Shorten Time Ex Parte Motion of Debtors Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Noteholder RSA Motion (RE: related document(s)5519 Motion to Approve Document filed by Debtor PG&E Corporation). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 01/27/2020) |
| 01/27/2020 | 5525<br>(4 pgs) | Declaration of Jessica Liou in Support of Ex Parte Motion of Debtors Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Noteholder RSA Motion (RE: related document(s)5524 Motion to Shorten Time). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 01/27/2020) |
| 01/27/2020 | 5527<br>(3 pgs) | Order Granting Ex Parte Motion of Debtors Pursuant to B.L.R. 9006-1 Requesting Order Shortening Time for Hearing on Noteholder RSA Motion (Related Doc # 5524) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | 5526<br>(3 pgs; 2 docs) | Application for Admission of Attorney Pro Hac Vice for Nicole M. Zeiss. Fee Amount $310 (Attachments: # 1 Certificate of Good Standing) (Zeiss, Nicole) (Entered: 01/28/2020) |
| 01/28/2020 | | Receipt of filing fee for Application for Admission of Attorney Pro Hac Vice(19-30088) [motion,mprohac] ( 310.00). Receipt number 30244734, amount $ 310.00 (re: Doc# 5526 Application for Admission of Attorney Pro Hac Vice for Nicole M. Zeiss. Fee Amount $310) (U.S. Treasury) (Entered: 01/28/2020) |
| 01/28/2020 | 5528<br>(3 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Normandy Machine Company Inc. (Claim No. 2903, Amount $11,206.00) To Cherokee Debt Acquisition, LLC. Fee Amount $25 Filed by Interested Party Cherokee Debt Acquisition, LLC. (Faucher, Lisa) (Entered: 01/28/2020) |
| 01/28/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30245690, amount $ 25.00 (re: Doc# 5528 Transfer of Claim) (U.S. Treasury) (Entered: 01/28/2020) |
| 01/28/2020 | 5529<br>(3 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Cook, Wesley Alan (Claim No. 1524, Amount $49,850.00) To Contrarian Funds, LLC. Fee Amount $25 Filed by Creditor Contrarian Funds, LLC. (Mumola, Alisa) (Entered: 01/28/2020) |
| 01/28/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30246079, amount $ 25.00 (re: Doc# 5529 Transfer of Claim) (U.S. Treasury) (Entered: 01/28/2020) |

Case: 19-30088    Doc# 6492-8    Filed: 03/26/20    Entered: 03/26/20 15:08:54    Page 9 of 25

| Date | Doc | Description |
|---|---|---|
| 01/28/2020 | **5530**<br>(7 pgs) | Certificate of Service (RE: related document(s)5517 Document). Filed by Creditor Ad Hoc Committee of Holders of Trade Claims (Neumeister, Michael) (Entered: 01/28/2020) |
| 01/28/2020 | **5531**<br>(13 pgs) | Notice Regarding *Agenda for January 29, 2020, 10:00 am and 1:30 pm Omnibus Hearings* Filed by Debtor PG&E Corporation (Levinson Silveira, Dara) (Entered: 01/28/2020) |
| 01/28/2020 | **5532**<br>(3 pgs) | Notice of Hearing *on Shortened Time on Debtors Motion Pursuant to 11 U.S.C. sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 For Entry of an Order (I) Approving and Authorizing the Debtors To Enter Into Restructuring Support Agreement With Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief* (RE: related document(s)5519 Motion to Approve Document *Debtors Motion Pursuant to 11 U.S.C. sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 For Entry of an Order (I) Approving and Authorizing the Debtors To Enter Into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief* Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Noteholder RSA # 2 Exhibit B - Proposed Order)). **Hearing scheduled for 2/4/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 01/28/2020) |
| 01/28/2020 | **5533**<br>(29 pgs) | Amended and Renewed Objection of William B. Abrams for Reconsideration and Relief from TCC and Subrogation RSA Orders Pursuant to Federal Rules of Civil Procedure 59(e) and 60(b) (RE: related document(s)5173 Order Pursuant to 11 U.S.C. Sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors to Enter Into Restructuring Support Agreement With the Consenting Subrogation Claimholders, (II) Approving the Terms of Settlement With Such Consenting Subrogation Claimholders, Including the Allowed Subrogation Claim Amount, and (III) Granting Related Relief, 5174 Order Pursuant to 11 U.S.C. Section 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors and TCC to Enter Into Restructuring Support Agreement With the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents, and (II) Granting Related Relief). Filed by Interested Party William B. Abrams (dc) (Entered: 01/28/2020) |
| 01/28/2020 | ⦿ | **DOCKET TEXT ORDER** (no separate order issued:) The hearings on the fee applications identified below and set for hearing on January 29, 2020 at 10:00 a.m. are taken OFF CALENDAR. Having reviewed the applications and the proposed reductions resulting from compromises with the Fee Examiner, the court will allow each applicants fees and costs subject to a reduction that reflects its compromise as reflected in Exhibit A to the Amended Notice of Hearing on First Interim Applications [dkt. 5307]. Each professional should upload orders in accordance with this docket text order. (RE: related document(s)2988 Application for Compensation, 2992 Application for Compensation filed by Other Prof. KPMG LLP, 2995 Application for Compensation filed by Creditor Committee Official Committee of Tort Claimants, 2996 Application for Compensation filed by Debtor PG&E Corporation, 3137 Application for Compensation filed by Other Prof. FTI Consulting Inc., 3465 Application for Compensation filed by Spec. Counsel Jenner & Block LLP, 3683 Application for Compensation, 4383 Application for Compensation filed by Debtor PG&E Corporation, 4633 Application for Compensation filed by Creditor Committee Official Committee of Tort Claimants, 4721 Application for Compensation filed by Creditor Committee Official Committee of Tort Claimants, 4727 Application for Compensation filed by Creditor Committee Official Committee of Tort Claimants, 4731 Application for Compensation filed by Creditor Committee Official Committee of Tort Claimants). (Entered: 01/28/2020) |
| 01/28/2020 | ⦿ | Hearing Dropped. The hearing on the fee application set for 1/29/20 at 10:00 am is taken off calendar per the Court's 1/28/20 Docket Text Order. (related document(s): 3137 Application for Compensation filed by FTI Consulting Inc.) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | ⦿ | Hearing Dropped. The hearing on the fee application set for 1/29/20 at 10:00 am is taken off calendar per the Court's 1/28/20 Docket Text Order. (related document(s): 4731 Application for Compensation filed by Cecily Ann Dumas, Official Committee of Tort Claimants) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | ⦿ | Hearing Dropped. The hearing on the fee application set for 1/29/20 at 10:00 am is taken off calendar per the Court's 1/28/20 Docket Text Order. (related document(s): 4383 Application for Compensation filed by PG&E Corporation) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | ⦿ | Hearing Dropped. The hearing on the fee application set for 1/29/20 at 10:00 am is taken off calendar per the Court's 1/28/20 Docket Text Order. (related document(s): 2996 Application for Compensation filed by Bradley R. Schneider, PG&E Corporation) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | ⦿ | Hearing Dropped. The hearing on the fee application set for 1/29/20 at 10:00 am is taken off calendar per the Court's 1/28/20 Docket Text Order. (related document(s): 4721 Application for Compensation filed by Cecily Ann Dumas, Official Committee of Tort Claimants) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | ⦿ | Hearing Dropped. The hearing on the fee application set for 1/29/20 at 10:00 am is taken off calendar per the Court's 1/28/20 Docket Text Order. (related document(s): 2995 Application for Compensation filed by Cecily Ann Dumas, Official Committee of Tort Claimants) (lp) (Entered: 01/28/2020) |

| 01/28/2020 | ⬤ 5534<br>(20 pgs) | Certificate of Service *of Andrew G. Vignali Regarding Second Stipulation Among the Debtors, the Ad Hoc Group of Subrogation Claim Holders, and the Official Committee of Unsecured Creditors Extending Time to File Reply Brief and Continuing Hearing on Subrogation Claim Impairment Issue* Filed by Other Prof. Prime Clerk LLC (related document(s)5474 Stipulation to Continue Hearing). (Baer, Herb) (Entered: 01/28/2020) |
|---|---|---|
| 01/28/2020 | ⬤ 5535<br>(28 pgs; 3 docs) | Motion for Relief from Stay Fee Amount $181, Filed by Creditor Cristina Mendoza (Attachments: # 1 RS Cover Sheet # 2 Declaration Declaration in Support of Motion for Relief from Stay) (Tang, Mary) (Entered: 01/28/2020) |
| 01/28/2020 | | Receipt of filing fee for Motion for Relief From Stay(19-30088) [motion,mrlfsty] ( 181.00). Receipt number 30247513, amount $ 181.00 (re: Doc# 5535 Motion for Relief from Stay Fee Amount $181,) (U.S. Treasury) (Entered: 01/28/2020) |
| 01/28/2020 | ⬤ 5536<br>(2 pgs) | Notice of Hearing *on Motion for Relief From Stay* (RE: related document(s)5535 Motion for Relief from Stay Fee Amount $181, Filed by Creditor Cristina Mendoza (Attachments: # 1 RS Cover Sheet # 2 Declaration Declaration in Support of Motion for Relief from Stay)). **Hearing scheduled for 2/11/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** Filed by Creditor Cristina Mendoza (Tang, Mary) (Entered: 01/28/2020) |
| 01/28/2020 | ⬤ 5537<br>(5 pgs) | Certificate of Service (RE: related document(s)5535 Motion for Relief From Stay, 5536 Notice of Hearing). Filed by Creditor Cristina Mendoza (Tang, Mary) (Entered: 01/28/2020) |
| 01/28/2020 | ⬤ | Hearing Dropped. The hearing on the fee application set for 1/29/20 at 10:00 am is taken off calendar per the Court's 1/28/20 Docket Text Order. (related document(s): 3465 Application for Compensation filed by Jenner & Block LLP) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | ⬤ | Hearing Dropped. The hearing on the fee application set for 1/29/20 at 10:00 am is taken off calendar per the Court's 1/28/20 Docket Text Order. (related document(s): 3683 Application for Compensation filed by Cravath, Swaine & Moore LLP) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | ⬤ | Hearing Dropped. The hearing on the fee application set for 1/29/20 at 10:00 am is taken off calendar per the Court's 1/28/20 Docket Text Order. (related document(s): 4727 Application for Compensation filed by Cecily Ann Dumas, Official Committee of Tort Claimants) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | ⬤ | Hearing Dropped. The hearing on the fee application set for 1/29/20 at 10:00 am is taken off calendar per the Court's 1/28/20 Docket Text Order. (related document(s): 2992 Application for Compensation filed by KPMG LLP) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | ⬤ | Hearing Dropped. The hearing on the fee application set for 1/29/20 at 10:00 am is taken off calendar per the Court's 1/28/20 Docket Text Order. (related document(s): 4633 Application for Compensation filed by Official Committee of Tort Claimants) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | ⬤ | Hearing Dropped. The hearing on the fee application set for 1/29/20 at 10:00 am is taken off calendar per the Court's 1/28/20 Docket Text Order. (related document(s): 2988 Application for Compensation filed by Weil, Gotshal & Manges LLP) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | | (private) Deadlines terminated. Duplicate hearings on applications for compensation set for 1/29/20 terminated. (lp) (Entered: 01/28/2020) |
| 01/28/2020 | ⬤ 5538<br>(7 pgs; 2 docs) | First Amended Notice of Hearing *on Motion for Relief From Stay* (RE: related document(s)5535 Motion for Relief from Stay Fee Amount $181, Filed by Creditor Cristina Mendoza (Attachments: # 1 RS Cover Sheet # 2 Declaration Declaration in Support of Motion for Relief from Stay)). **Hearing scheduled for 2/26/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** Filed by Creditor Cristina Mendoza (Attachments: # 1 Certificate of Service) (Tang, Mary) (Entered: 01/28/2020) |
| 01/28/2020 | ⬤ 5539<br>(3 pgs) | Order Pursuant to 11 U.S.C. Sections 105(a) AND 107(b) AND Fed. R. Bankr. P. 9018 Authorizing the Sealing of the Noteholder RSA Letter Agreement (Related Doc # 5521) (lp) (Entered: 01/28/2020) |
| 01/28/2020 | ⬤ | Hearing Dropped. The hearing on 2/11/20 at 10:00 am is dropped from the calendar. First amended notice of hearing, dkt #5538, reschedules the hearing to 2/26/20 at 10 am. (related document(s): 5535 Motion for Relief From Stay filed by Cristina Mendoza) (lp) (Entered: 01/28/2020) |
| 01/29/2020 | ⬤ 5540<br>(1 pg) | Transcript Order Form regarding Hearing Date 1/29/2020 (RE: related document(s)5042 Motion Miscellaneous Relief. Filed by Debtor PG&E Corporation (Levinson Silveira, Dara) (Entered: 01/29/2020) |
| 01/29/2020 | ⬤ 5541<br>(99 pgs; 3 docs) | Supplemental Declaration of Timothy Gillam in Support of *Application of Debtors for Authority to Retain Deloitte & Touche LLP for Independent Audit and Advisory Services Nunc Pro Tunc to the Petition Date* |

Case: 19-30088    Doc# 6492-8    Filed: 03/26/20    Entered: 03/26/20 15:08:54    Page 11 of 25

| | | |
|---|---|---|
| | | (RE: related document(s)2197 Application to Employ). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A # 2 Exhibit B) (Levinson Silveira, Dara) (Entered: 01/29/2020) |
| 01/29/2020 | | (private) Motions terminated. MRS dkt # 2183 terminated. Motion w/drawn on 6/6/19, dkt # 2425 (lp) (Entered: 01/29/2020) |
| 01/29/2020 | 5542 (4 pgs) | Courts Certificate of Mailing. Number of notices mailed: 18 (RE: related document(s) 5156 Notice of Appeal and Statement of Election). (dc) (Entered: 01/29/2020) |
| 01/29/2020 | | (private) Motions terminated. Dkt # 3091 terminated. (lp) (Entered: 01/29/2020) |
| 01/29/2020 | | (private) Motions terminated. Dkt #s 3283, 3481, 3624, 3625 (lp) (Entered: 01/29/2020) |
| 01/29/2020 | | (private) Motions terminated. Dkt # 3617 terminated. (lp) (Entered: 01/29/2020) |
| 01/29/2020 | 5543 (591 pgs; 23 docs) | Transmission of Notice of Appeal to District Court (RE: related document(s)4895 Memorandum Decision, 4949 Order on Applicability of Inverse Condemnation; Rule 54(b) Certification, 5156 Notice of Appeal and Statement of Election, 5542 Court Certificate of Mailing). (Attachments: # 1 Court Certificate of Mailing # 2 Court Docket Sheet- Part 1 # 3 Court Docket Sheet- Part 2 # 4 Court Docket Sheet- Part 3 # 5 Court Docket Sheet- Part 4 # 6 Court Docket Sheet- Part 5 # 7 Court Docket Sheet- Part 6 # 8 Court Docket Sheet- Part 7 # 9 Court Docket Sheet- Part 8 # 10 Court Docket Sheet- Part 9 # 11 Court Docket Sheet- Part 10 # 12 Court Docket Sheet- Part 11 # 13 Court Docket Sheet- Part 12 # 14 Court Docket Sheet- Part 13 # 15 Court Docket Sheet- Part 14 # 16 Court Docket Sheet- Part 15 # 17 Court Docket Sheet- Part 16 # 18 Court Docket Sheet- Part 17 # 19 Court Docket Sheet- Part 18 # 20 Notice of Appeal and Statement of Election # 21 Memorandum Decision # 22 Order on Applicability of Inverse Condemnation) (dc) (Entered: 01/29/2020) |
| 01/29/2020 | | Hearing Held. Appearances noted on the record. The motion stands submitted. (related document(s): 5042 Motion Miscellaneous Relief filed by Securities Lead Plaintiff and the Proposed Class) (lp) (Entered: 01/29/2020) |
| 01/29/2020 | 5544 | Acknowledgment of Request for Transcript Received on 1/21/2020. (RE: related document(s)5540 Transcript Order Form (Public Request)). (Gottlieb, Jason) (Entered: 01/29/2020) |
| 01/29/2020 | 5545 (1 pg) | Transcript Order Form regarding Hearing Date 1/29/2020 (RE: related document(s)5282 Application to Compromise Controversy). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 01/29/2020) |
| 01/29/2020 | 5546 (1 pg) | PDF with attached Audio File. Court Date & Time [ 1/29/2020 10:00:25 AM ]. File Size [ 95592 KB ]. Run Time [ 03:19:09 ]. (admin). (Entered: 01/29/2020) |
| 01/29/2020 | 5547 (25 pgs) | Certificate of Service *of Sonia Akter Regarding Order Granting Stipulation among the Debtors, the Ad Hoc Group of Subrogation Claim Holders, and the Official Committee of Unsecured Creditors Extending Time to File Reply Brief and Continuing Hearing on Subrogation Claim Impairment Issue, Debtors Reply to Tubbs Settlement Objection, Notice of Filing of Fourth List, Fifth Monthly Fee Application of Deloitte & Touche LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period September 1, 2019 through September 30, 2019, and Ninth Monthly Fee Statement of Cravath, Swaine & Moore LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of October 1, 2019 through October 31, 2019* Filed by Other Prof. Prime Clerk LLC (related document(s)5484 Order on Stipulation, 5485 Reply, 5490 Notice, 5494 Statement, 5496 Statement). (Malo, David) (Entered: 01/29/2020) |
| 01/29/2020 | | Hearing Held. Appearances noted on the record. The objections filed by Camp Fire Claimants are overruled for the reasons stated on the record. The motion is granted; order to follow. (related document(s): 5282 Application to Compromise Controversy filed by PG&E Corporation) (lp) (Entered: 01/29/2020) |
| 01/29/2020 | | Hearing held and continued (related document(s): 4760 Order To Set Hearing **Hearing scheduled for 02/04/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** (lp) (Entered: 01/29/2020) |
| 01/29/2020 | 5548 (2 pgs) | Order Granting Application for Admission of Attorney Pro Hac Vice [Nicole M. Zeiss] (Related Doc # 5526). (lp) (Entered: 01/29/2020) |
| 01/29/2020 | | Transcript Record Transmittal (Court transcript records have been uploaded) for Order Number: 19-30088-5540 and 5545 Regarding Hearing Date: 1/29/2020. Transcription Service Provider: e-Scribers, Contact Information: operations@escribers.net (RE: related document(s)5540 Transcript Order Form (Public Request), 5545 Transcript Order Form (Public Request)). (dc) (Entered: 01/29/2020) |
| 01/29/2020 | 5549 | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Tenaris Global Services USA |

Case: 19-30088    Doc# 6492-8    Filed: 03/26/20    Entered: 03/26/20 15:08:54    Page 12 of 25

| | | |
|---|---|---|
| | (2 pgs) | Corporation (Claim No. 100, Amount $687,358.10) To Whitebox Multi-Strategy Partners, LP. Fee Amount $25 Filed by Creditor Whitebox Multi-Strategy Partners, LP. (Soref, Randye) (Entered: 01/29/2020) |
| 01/29/2020 | 5550 (2 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Tenaris Global Services USA Corporation (Claim No. 2365, Amount $855,059.49) To Whitebox Multi-Strategy Partners, LP. Fee Amount $25 Filed by Creditor Whitebox Multi-Strategy Partners, LP. (Soref, Randye) (Entered: 01/29/2020) |
| 01/29/2020 | 5551 (2 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Tenaris Global Services USA Corporation (Claim No. 2677, Amount $1,183,573.77) To Whitebox Multi-Strategy Partners, LP. Fee Amount $25 Filed by Creditor Whitebox Multi-Strategy Partners, LP. (Soref, Randye) (Entered: 01/29/2020) |
| 01/29/2020 | 5552 (2 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Tenaris Global Services USA Corporation (Claim No. 3027, Amount $886,161.21) To Whitebox Multi-Strategy Partners, LP. Fee Amount $25 Filed by Creditor Whitebox Multi-Strategy Partners, LP. (Soref, Randye) (Entered: 01/29/2020) |
| 01/29/2020 | 5553 (2 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Tenaris Global Services USA Corporation (Claim No. 7716, Amount $0.00) To Whitebox Multi-Strategy Partners, LP. Fee Amount $25 Filed by Creditor Whitebox Multi-Strategy Partners, LP. (Soref, Randye) (Entered: 01/29/2020) |
| 01/29/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30251600, amount $ 25.00 (re: Doc# 5549 Transfer of Claim) (U.S. Treasury) (Entered: 01/29/2020) |
| 01/29/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30251600, amount $ 25.00 (re: Doc# 5550 Transfer of Claim) (U.S. Treasury) (Entered: 01/29/2020) |
| 01/29/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30251600, amount $ 25.00 (re: Doc# 5551 Transfer of Claim) (U.S. Treasury) (Entered: 01/29/2020) |
| 01/29/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30251600, amount $ 25.00 (re: Doc# 5552 Transfer of Claim) (U.S. Treasury) (Entered: 01/29/2020) |
| 01/29/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30251600, amount $ 25.00 (re: Doc# 5553 Transfer of Claim) (U.S. Treasury) (Entered: 01/29/2020) |
| 01/29/2020 | 5554 (15 pgs; 3 docs) | Motion to Assume Lease or Executory Contracts *Eighth Omnibus Motion of the Utility Pursuant to 11 U.S.C. section 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 for an Order Approving Assumption of Certain Real Property Leases*. Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B - Leases) (Rupp, Thomas) (Entered: 01/29/2020) |
| 01/29/2020 | 5555 (6 pgs) | Declaration of Mark Redford in Support of *Third Lease Assumption Motion* (RE: related document(s)5554 Motion to Assume/Reject). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 01/29/2020) |
| 01/29/2020 | 5556 (2 pgs) | Notice of Hearing on *Eighth Omnibus Motion of the Utility Pursuant to 11 U.S.C. section 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 for an Order Approving Assumption of Certain Real Property Leases* (RE: related document(s)5554 Motion to Assume Lease or Executory Contracts *Eighth Omnibus Motion of the Utility Pursuant to 11 U.S.C. section 365(a), Fed. R. Bankr. P. 6006, and B.L.R. 6006-1 for an Order Approving Assumption of Certain Real Property Leases*. Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Proposed Order # 2 Exhibit B - Leases)). **Hearing scheduled for 2/26/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 01/29/2020) |
| 01/30/2020 | 5557 (346 pgs; 7 docs) | Statement of Eleventh Monthly Fee Statement of Baker & Hostetler LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 1, 2019 through December 31, 2019 Filed by Creditor Committee Official Committee of Tort Claimants (Attachments: # 1 Exhibit A - Compensation by Timekeeper # 2 Exhibit B - Compensation by Task Code # 3 Exhibit C - Expense Summary # 4 Exhibit D - Detailed Time Entries # 5 Exhibit E - Detailed Expense Entries # 6 Notice Parties) (Dumas, Cecily) (Entered: 01/30/2020) |
| 01/30/2020 | 5558 (3 pgs) | Certificate of Service of *Statement of Eleventh Monthly Fee Statement of Baker & Hostetler LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 1, 2019 through December 31, 2019* (RE: related document(s)5557 Statement). Filed by Creditor Committee Official Committee of Tort Claimants (Dumas, Cecily) (Entered: 01/30/2020) |

| | | |
|---|---|---|
| 01/30/2020 | ● 5559<br>(12 pgs; 4 docs) | Statement of Monthly Staffing and Compensation Report of AP Services, LLC for the Period from December 1, 2019 Through December 31, 2019 (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A Summary of Compensation and Expenses # 2 Exhibit B Summary of Fees and Hours by Professionals # 3 Exhibit C Summary of Expenses) (Levinson Silveira, Dara) (Entered: 01/30/2020) |
| 01/30/2020 | ● 5560<br>(46 pgs; 6 docs) | Seventh Monthly Fee Statement of Lazard Freres & Co. LLC as Investment Banker to the Debtors for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from October 1, 2019 Through October 31, 2019 (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A Compensation by Professional # 2 Exhibit B Compensation by Task Code # 3 Exhibit C Expense Summary # 4 Exhibit D Detailed Time Entries # 5 Exhibit E Detailed Expense Entries) (Levinson Silveira, Dara) Modified on 1/31/2020 (dc). (Entered: 01/30/2020) |
| 01/30/2020 | ● 5561<br>(3 pgs) | Notice Regarding *De Minimis Claims Settled in the Period October 1, 2019 to December 31, 2019* (RE: related document(s)3855 Order Pursuant to 11 U.S.C. Sections 363(b) and 105(a) and Fed R. Bankr. P. 9019 Authorizing the Debtors to Establish Procedures to Settle and Compromise Certain Claims and Causes of Action (Related Doc 3576) (lp)). Filed by Debtor PG&E Corporation (Levinson Silveira, Dara) (Entered: 01/30/2020) |
| 01/30/2020 | 🔒 ● 5562<br>(154 pgs; 3 docs) | Transcript regarding Hearing Held 1/29/2020 at 10:00 AM RE: STATUS CONFERENCE RE: CONFIRMATION; SECURITIES LEAD PLAINTIFF'S MOTION TO APPLY BANKRUPTCY RULE 7023 TO CLASS PROOF OF CLAIM 5042. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber *eScribers, LLC; 973-406-2250*. Notice of Intent to Request Redaction Deadline Due By 2/6/2020. Redaction Request Due By 02/20/2020. Redacted Transcript Submission Due By 03/2/2020. Transcript access will be restricted through 04/29/2020. (Gottlieb, Jason) Additional attachment(s) (Certificate of service) added on 1/31/2020 (dc). (Entered: 01/30/2020) |
| 01/30/2020 | 🔒 ● 5563<br>(61 pgs; 3 docs) | Transcript regarding Hearing Held 1/29/2020 at 1:30 PM RE: DEBTORS' MOTION PURSUANT TO 11 U.S.C. SECTIONS 363(B) AND 105(A) AND FED. R. BANKR. P. 6004 AND 9019 FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO SETTLE THE CLAIMS OF TUBBS PREFERENCE CLAIMANTS AND (II) GRANTING RELATED RELIEF (THE "TUBBS SETTLEMENT MOTIONS") 5282; STATUS CONFERENCE REGARDING CONFIRMATION. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber *eScribers, LLC; 973-406-2250*. Notice of Intent to Request Redaction Deadline Due By 2/6/2020. Redaction Request Due By 02/20/2020. Redacted Transcript Submission Due By 03/2/2020. Transcript access will be restricted through 04/29/2020. (Gottlieb, Jason) Additional attachment(s) (Certificate of Service) added on 1/31/2020 (dc) (Entered: 01/30/2020) |
| 01/30/2020 | ● 5564<br>(12 pgs) | Certificate of Service *(Supplemental) of Nuno Cardoso Regarding Motion of Debtors for Entry of Order Further Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property, Declaration of John Boken in Support of Second Lease Extension Motion, Declaration of Jessica Liou in Support of Second Lease Extension Motion, Notice of Hearing on Motion of Debtors for Entry of Order Further Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property (Second Lease Extension Motion), Second Supplemental Declaration of Jessica Liou in Support of Second Lease Extension Motion, Order Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property, Stipulation Between Debtors and United States of America Extending Time to Respond to Lease Assumption Motion, Order Granting Stipulation Between Debtors and United States of America Extending Time to Respond to Lease Assumption Motion, and Notice of Filing of Revised Proposed Order Approving Lease Assumption Motion* Filed by Other Prof. Prime Clerk LLC (related document(s)3396 Motion to Extend Time, 3397 Declaration, 3398 Declaration, 3400 Notice of Hearing, 3710 Declaration, 3749 Order on Motion to Extend Time, 3830 Stipulation to Extend Time, 3835 Order on Stipulation, 3973 Notice). (Baer, Herb) (Entered: 01/30/2020) |
| 01/30/2020 | ● 5565<br>(9 pgs) | Statement of */ Eleventh Monthly Fee Statement of Centerview Partners LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period December 1, 2019 Through December 31, 2019* (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Creditor Committee Official Committee Of Unsecured Creditors (Kreller, Thomas) (Entered: 01/30/2020) |
| 01/30/2020 | ● 5566<br>(46 pgs; 6 docs) | Statement of Eighth Monthly Fee Statement of Simpson Thacher & Bartlett LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of November 1, 2019 through November 30, 2019 (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Interested Partys Board of PG&E Corporation, Board of Pacific Gas and Electric Company, Certain Current and Former Independent Directors (Attachments: # 1 Exhibit A - Compensation by Professional November 1, 2019 through November 30, 2019 # 2 Exhibit B - Summary of Hours During Fee Period by Task # 3 Exhibit C - Summary of Expenses Incurred During Fee Period # 4 Exhibit D - Detailed Time |

| | | |
|---|---|---|
| | | Entries for Fee Period # 5 Exhibit E - Detailed Expenses Entries for Fee Period) (Sanders, Jonathan) (Entered: 01/30/2020) |
| 01/30/2020 | 5567 (21 pgs) | Certificate of Service *of Andrew G. Vignali regarding Fourth Notice of Continued Hearing on Debtors First Omnibus Report and Objection to Claims Asserted Solely with Respect to Certain Continued Claims, Notice of Continued Hearing on Debtors Amended Motion for Entry of Orders (I) Approving Terms of, and Debtors Entry into and Performance Under, Equity Backstop Committee Letters, (II) Approving Terms of, and Debtors Entry into and Performance Under, Debt Financing Commitment Letters and (III) Authorizing Incurrence, Payment and Allowance of Related Fees and/or Premiums, Indemnities, Costs and Expenses as Administrative Expense Claims, Debtors Motion for Entry of an Order (I) Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief, Declaration of Jason P. Wells in Support of Debtors Motion for Entry of an Order (I) Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief, Debtors Motion for Entry of an Order Authorizing the Sealing of the Noteholder RSA Letter Agreement, Declaration of Stephen Karotkin in Support of Debtors Motion for Entry of an Order Authorizing the Sealing of the Noteholder RSA Letter Agreement, Ex Parte Motion of Debtors Requesting Order Shortening Time for Hearing on Noteholder RSA Motion, Declaration of Jessica Liou in Support of Ex Parte Motion of Debtors Requesting Order Shortening Time for Hearing on Noteholder RSA Motion and Certificate of No Objection Regarding Tenth Monthly Fee Statement of Coblentz Patch Duffy & Bass LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of November 1, 2019 through November 30, 2019* Filed by Other Prof. Prime Clerk LLC (related document(s)5510 Notice of Continued Hearing, 5515 Notice, 5516 Notice of Continued Hearing, 5519 Motion to Approve Document, 5520 Motion to File a Document Under Seal, 5522 Declaration, 5524 Motion to Shorten Time, 5525 Declaration). (Baer, Herb) (Entered: 01/30/2020) |
| 01/30/2020 | 5568 (13 pgs; 2 docs) | Application to Employ Lynn A. Baker as Special Counsel / *Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Lynn A. Baker as Special Counsel Effective as of January 27, 2020* Filed by Creditor Committee Official Committee of Tort Claimants (Attachments: # 1 Exhibit A) (Dumas, Cecily) (Entered: 01/30/2020) |
| 01/30/2020 | 5569 (30 pgs; 2 docs) | Declaration of Lynn A. Baker in Support of *Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Lynn A. Baker as Special Counsel Effective as of January 27, 2020* (RE: related document(s)5568 Application to Employ). Filed by Creditor Committee Official Committee of Tort Claimants (Attachments: # 1 Exhibit A) (Dumas, Cecily) (Entered: 01/30/2020) |
| 01/30/2020 | 5570 (2 pgs) | Notice of Hearing *on Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Lynn A. Baker as Special Counsel Effective as of January 27, 2020* (RE: related document(s)5568 Application to Employ Lynn A. Baker as Special Counsel / *Application of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Lynn A. Baker as Special Counsel Effective as of January 27, 2020* Filed by Creditor Committee Official Committee of Tort Claimants (Attachments: # 1 Exhibit A)). **Hearing scheduled for 2/26/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** Filed by Creditor Committee Official Committee of Tort Claimants (Dumas, Cecily) (Entered: 01/30/2020) |
| 01/30/2020 | 5571 (3 pgs) | Order Pursuant to 11 U.S.C. Sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (II) Granting Related Relief (Related Doc # 5282) (lp) (Entered: 01/30/2020) |
| 01/30/2020 | 5572 (6 pgs) | Second Amended Order Granting Fee Examiner's Motion to Approve Fee Procedures (RE: related document(s)5168 Amended Order). (lp) (Entered: 01/30/2020) |
| 01/31/2020 | 5573 (102 pgs; 6 docs) | Eleventh Monthly Fee Statement of Coblentz Patch Duffy & Bass LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of December 1, 2019 Through December 31, 2019 (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A Compensation by Professional # 2 Exhibit B Compensation by Task Code # 3 Exhibit C Expense Summary # 4 Exhibit D Detailed Time Entries # 5 Exhibit E Detailed Expense Entries) (Levinson Silveira, Dara) Modified on 1/31/2020 (dc). (Entered: 01/31/2020) |
| 01/31/2020 | 5574 (6 pgs) | Document: *Second Quarterly Report of the Administrator of the Wildfire Assistance Program.* (RE: related document(s)2223 Order on Motion for Miscellaneous Relief, 2409 Order on Motion for Miscellaneous Relief). Filed by Other Prof. Cathy Yanni (Yanni, Cathy) (Entered: 01/31/2020) |
| 01/31/2020 | 5575 (18 pgs; 6 docs) | Statement *of Prime Clerk LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Periods From February 1, 2019 Through December 31, 2019* (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Compensation by Professional # 2 Exhibit B - Compensation by Task Code # 3 Exhibit C - Summary of Expenses # 4 Exhibit D - Detailed Fee Entries # 5 Exhibit E - Detailed Expense Entries) (Rupp, Thomas) (Entered: 01/31/2020) |

| Date | Document | Description |
|---|---|---|
| 01/31/2020 | 🔵 5576<br>(7 pgs) | Objection to (RE: related document(s)5519 Debtors Motion Pursuant to 11 U.S.C. sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 For Entry of an Order (I) Approving and Authorizing the Debtors To Enter Into Restructuring Support Agreement With Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief. Filed by Interested Party William B. Abrams (dc) (Entered: 01/31/2020) |
| 01/31/2020 | 🔵 5577<br>(29 pgs) | Motion for Reconsideration (RE: related document(s)5038 Debtors Motion Pursuant to 11 U.S.C. sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Authorizing the Debtors and TCC to Enter Into Restructuring Support Agreement With the TCC, Consenting Fire Claimant Professionals, and Shareholder Proponents and (II) Granting Related Relief filed by Debtor PG&E Corporation, 5174 Order Pursuant to 11 U.S.C. Section 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019) . Filed by Interested Party William B. Abrams (dc) (Entered: 01/31/2020) |
| 01/31/2020 | 🔵 5578<br>(15 pgs; 5 docs) | Monthly Fee Statement of Berman and Todderud for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of December 1, 2019 Through December 31, 2019 (RE: related document(s)701 Order on Motion for Miscellaneous Relief. Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A Compensation by Professional # 2 Exhibit B Compensation by Task Code # 3 Exhibit C Expense Summary # 4 Exhibit D Detailed Time Entries) (Levinson Silveira, Dara) Modified on 1/31/2020 (dc). (Entered: 01/31/2020) |
| 01/31/2020 | 🔵 5579<br>(4 pgs) | Notice Regarding *Certificate of No Objection Regarding Ninth Monthly Fee Statement of Weil, Gotshal and Manges LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of October 1, 2019 Through October 31, 2019* (RE: related document(s)5315 Ninth Monthly Fee Statement of *Weil, Gotshal and Manges LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of October 1, 2019 Through October 31, 2019* (RE: related document(s)701 Order on Motion for Miscellaneous Relief. Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Summary of Compensation by Professional # 2 Exhibit B - Summary of Compensation by Task Code # 3 Exhibit C - Summary of Expenses # 4 Exhibit D - Detailed Fee Entries # 5 Exhibit E - Detailed Expense Entries) (Rupp, Thomas) Modified on 1/10/2020 (dc).). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 01/31/2020) |
| 01/31/2020 | 🔵 5580<br>(4 pgs) | Certificate of Service (RE: related document(s)5574 Document). Filed by Other Prof. Cathy Yanni (Yanni, Cathy) (Entered: 01/31/2020) |
| 01/31/2020 | 🔵 5581<br>(6 pgs) | Response , *Statement, and Reservation of Rights of Administrative Agent in Response to Debtor's Motion for Approval of Restructuring Support Agreement* (RE: related document(s)5519 Motion to Approve Document). Filed by Creditor Citibank N.A., as Administrative Agent for the Utility Revolving Credit Facility (Yaphe, Andrew) (Entered: 01/31/2020) |
| 01/31/2020 | 🔵 5582<br>(195 pgs; 5 docs) | Monthly Fee Statement of KPMG LLP for Allowance and Payment of Compensation and Reimbursement of Expenses as Information Technology and Legal Support Consultants to the Debtors for the Period from September 1, 2019 Through September 30, 2019 (RE: related document(s)701 Order on Motion for Miscellaneous Relief. Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A Compensation by Professional # 2 Exhibit B Compensation by Task Code # 3 Exhibit C Detailed Time Entries # 4 Exhibit D Expense Summary and Detailed Expense Entries) (Levinson Silveira, Dara) Modified on 2/5/2020 (dc). (Entered: 01/31/2020) |
| 01/31/2020 | 🔵 5583<br>(2 pgs) | Notice of Continued Hearing (RE: related document(s)4491 Motion to Abstain and Motion for Relief from Stay to permit Lawsuit to proceed to Trial and Conclusion, Fee Amount $181.00, Receipt Number 30065981. Filed by Creditors Amelia Leal, Gildardo Leal, Gloria Ruckman, Robert Ruckman (dc)). **Hearing scheduled for 5/27/2020 at 10:00 AM San Francisco Courtroom 17 - Montali for 4491,.** Filed by Debtor PG&E Corporation (Levinson Silveira, Dara) CORRECTIVE ENTRY: Hearing date modified to correspond with pdf. Modified on 1/31/2020 (lp). (Entered: 01/31/2020) |
| 01/31/2020 | 🔵 5584<br>(27 pgs) | Certificate of Service (RE: related document(s)5568 Application to Employ, 5569 Declaration, 5570 Notice of Hearing). Filed by Creditor Committee Official Committee of Tort Claimants (Dumas, Cecily) (Entered: 01/31/2020) |
| 01/31/2020 | 🔵 5585<br>(2 pgs) | Order Allowing the First Interim Application of Jenner & Block LLP, as Special Corporate Defense Counsel to the Debtors, for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from January 29, 2019 through May 31, 2019 (Related Doc # 3465). fees awarded: $3409976.50, expenses awarded: $21436.56 for Jenner & Block LLP (lp) (Entered: 01/31/2020) |
| 01/31/2020 | 🔵 5586<br>(5 pgs) | Memorandum Regarding Timeline for Disclosure Statement and Confirmation (lp) (Entered: 01/31/2020) |
| 01/31/2020 | 🔵 5587<br>(6 pgs) | Certificate of Service *of Wing Chan* Filed by Other Prof. Epiq Corporate Restructuring, LLC (related document(s)5486 Declaration, 5487 Declaration). (Garabato, Sid) (Entered: 01/31/2020) |

| | | |
|---|---|---|
| 01/31/2020 | **5588**<br>(7 pgs) | Reply *in Support of Motion to Reject Vlazakis Contract and Grant Related Relief and Brief in Support of Rejectability* (RE: related document(s)5272 Motion to Reject Lease or Executory Contract). Filed by Debtor PG&E Corporation (Benvenutti, Peter) (Entered: 01/31/2020) |
| 01/31/2020 | **5589**<br>(21 pgs) | Certificate of Service *of Alain B. Francoeur Regarding Order Granting Ex Parte Motion of Debtors Requesting Order Shortening Time for Hearing on Noteholder RSA Motion, Notice of Agenda for January 29, 2020, 10:00 a.m. (PT) and 1:30 p.m. (PT) Omnibus Hearings, Notice of Entry of Order Shortening Time and Notice of Hearing on Debtors Motion for Entry of an Order (I) Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief and Order Authorizing the Sealing of the Noteholder RSA Letter Agreement* Filed by Other Prof. Prime Clerk LLC (related document(s)5527 Order on Motion to Shorten Time, 5531 Notice, 5532 Notice of Hearing, 5539 Order on Motion to Seal Document). (Baer, Herb) (Entered: 01/31/2020) |
| 01/31/2020 | **5590**<br>(105 pgs) | Amended Chapter 11 Plan *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated January 31, 2020* Filed by Debtor PG&E Corporation (RE: related document(s)3841 Chapter 11 Plan filed by Debtor PG&E Corporation, 3966 Amended Chapter 11 Plan filed by Debtor PG&E Corporation, 4563 Amended Chapter 11 Plan filed by Debtor PG&E Corporation, 5101 Amended Chapter 11 Plan filed by Debtor PG&E Corporation). (Rupp, Thomas) (Entered: 01/31/2020) |
| 01/31/2020 | **5591**<br>(108 pgs; 2 docs) | Notice Regarding *Filing of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated January 31, 2020* (RE: related document(s)5590 Amended Chapter 11 Plan *Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization Dated January 31, 2020* Filed by Debtor PG&E Corporation (RE: related document(s)3841 Chapter 11 Plan filed by Debtor PG&E Corporation, 3966 Amended Chapter 11 Plan filed by Debtor PG&E Corporation, 4563 Amended Chapter 11 Plan filed by Debtor PG&E Corporation, 5101 Amended Chapter 11 Plan filed by Debtor PG&E Corporation).). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Redline of Plan) (Rupp, Thomas) (Entered: 01/31/2020) |
| 01/31/2020 | **5594**<br>(2 pgs) | Order Granting Interim Fee Application of Weil, Gotshal & Manges LLP for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period January 29, 2019 through and Including April 30, 2019 (Related Doc # 2988). fees awarded: $8742288.25, expenses awarded: $295824.67 for Weil, Gotshal & Manges LLP (lp) (Entered: 02/03/2020) |
| 01/31/2020 | **5653**<br>(1 pg) | Ninth Circuit Stay Order Re: 9th Circuit Case #20-80017 (RE: related document(s)5156 Notice of Appeal and Statement of Election filed by Debtor PG&E Corporation). (dc) (Entered: 02/06/2020) |
| 02/03/2020 | **5592**<br>(4 pgs) | Third Stipulation to Extend Time *Among the Debtors, the Ad Hoc Group of Subrogation Claim Holders, and the Official Committee of Unsecured Creditors Extending Time to File Reply Brief on Subrogation Claim Impairment Issue* Filed by Debtor PG&E Corporation (RE: related document(s)4540 Order To Set Hearing). (Rupp, Thomas) (Entered: 02/03/2020) |
| 02/03/2020 | **5593**<br>(3 pgs) | Request for Entry of Default Re: *Debtors Motion Pursuant to Fed. R. Bankr. P. 4001(d) to Approve Stipulation Between Pacific Gas and Electric Company and Gary George Beyrouti and Daryl J. Spreiter for Limited Relief from the Automatic Stay* (RE: related document(s)5327 Motion to Approve Document). Filed by Debtor PG&E Corporation (Levinson Silveira, Dara) (Entered: 02/03/2020) |
| 02/03/2020 | **5595**<br>(3 pgs) | Statement of / *Statement and Reservation of Rights of the Official Committee of Unsecured Creditors Regarding the Noteholder RSA Motion* (RE: related document(s)5519 Motion to Approve Document). Filed by Creditor Committee Official Committee Of Unsecured Creditors (Bray, Gregory) (Entered: 02/03/2020) |
| 02/03/2020 | **5596**<br>(10 pgs) | Objection / *Limited Objection of the Ad Hoc Committee of Holders of Trade Claims to Debtors' Motion Pursuant to 11 U.S.C. §§ 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 for Entry of an Order (I) Approving and Authorizing the Debtors to Enter into Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief* (RE: related document(s)5519 Motion to Approve Document). Filed by Creditor Ad Hoc Committee of Holders of Trade Claims (Neumeister, Michael) (Entered: 02/03/2020) |
| 02/03/2020 | **5597**<br>(4 pgs) | Statement of BOKF, NA, solely in its capacity as Indenture Trustee *In Support Of Debtors' Motion Pursuant To 11 U.S.C. §§ 363(b) And 105(a) And Fed. R. Bankr. P. 6004 and 9019 For Entry Of An Order (I) Approving And Authorizing The Debtors To Enter Into Restructuring Support Agreement With Consenting Noteholders And Shareholder Proponents, And (II) Granting Related Relief* (RE: related document(s)5519 Motion to Approve Document). Filed by Interested Party BOKF, NA (Ordubegian, Aram) (Entered: 02/03/2020) |
| 02/03/2020 | **5598**<br>(4 pgs) | Notice Regarding *Agenda for February 4, 2020, 10:00 am Omnibus Hearing* Filed by Debtor PG&E Corporation (Levinson Silveira, Dara) (Entered: 02/03/2020) |

| | | |
|---|---|---|
| 02/03/2020 | ● | **DOCKET TEXT ORDER** (no separate order issued:) The only objection filed to the Restructuring Support Agreement with Consenting Noteholders and Shareholder Proponents (Dkt. No. 5519) has been filed by William B. Abrams. The court will permit Mr. Abrams fifteen minutes to present his argument in support of his objection first. Debtors and the Shareholder Proponents will then have twenty minutes to argue in support of the motion, to be shared by counsel. Reservations of rights have been filed by certain other parties; the court does not intend to hear from at this hearing. It will discuss the timing of entry of an order on the PostPetition Interest issue during the plan status conference to follow. The courtroom deputy advises that Mr. Abrams would like time shortened to February 11, at 10 AM for consideration of his Amended and Renewed Objection For Reconsideration of the TCC and Subrogation RSA Orders (Dkt. No. 5533). At the hearing counsel for the Debtors, the TCC and the Subrogation Group should advise the court of their responses to that request. (Montali, Dennis) (Entered: 02/03/2020) |
| 02/03/2020 | ● 5599 (4 pgs) | Statement of / *Certificate of No Objection Regarding Tenth Monthly Fee Statement of Centerview Partners LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period November 1, 2019 Through November 30, 2019* (RE: related document(s)5340 Statement). Filed by Creditor Committee Official Committee Of Unsecured Creditors (Kreller, Thomas) (Entered: 02/03/2020) |
| 02/03/2020 | ● 5600 (3 pgs) | Corrected Request for Entry of Default Re: *Debtors Motion Pursuant to Fed. R. Bankr. P. 4001(d) to Approve Stipulation Between Pacific Gas and Electric Company and Gary George Beyrouti and Daryl J. Spreiter for Limited Relief from the Automatic Stay* (RE: related document(s)5593 Request For Entry of Default). Filed by Debtor PG&E Corporation (Levinson Silveira, Dara). Related document(s) 5327 Motion to Approve Document *(Stipulation Between Pacific Gas and Electric Company and Gary George Beyrouti and Daryl J. Spreiter for Limited Relief from the Automatic Stay)* filed by Debtor PG&E Corporation. (Entered: 02/03/2020) |
| 02/03/2020 | ● 5601 (2 pgs) | Order Granting Third Stipulation Among the Debtors, the Ad Hoc Group of Subrogation Claim Holders, and the Official Committee of Unsecured Creditors Extending Time to File Reply Brief on Subrogation Claim Impairment Issue (RE: related document(s)5592 Stipulation to Extend Time filed by Debtor PG&E Corporation). (lp) (Entered: 02/03/2020) |
| 02/03/2020 | ● 5602 (3 pgs) | Statement of Reservation of Rights *Re: the Noteholders RSA Motion* (RE: related document(s)5519 Motion to Approve Document). Filed by Interested Party Plaintiffs Executive Committee (Pino, Estela) (Entered: 02/03/2020) |
| 02/03/2020 | ● 5603 (22 pgs) | Certificate of Service *of Alain B. Francoeur Regarding Supplemental Declaration of Timothy Gillam in Support of the Application of Debtors for Authority to Retain Deloitte & Touche LLP for Independent Audit and Advisory Services nunc pro tunc to the Petition Date, Eighth Omnibus Motion of the Utility for an Order Approving Assumption of Certain Real Property Leases, Declaration of Mark Redford in Support of Third Lease Assumption Motion and Notice of Hearing on Eighth Omnibus Motion of the Utility for an Order Approving Assumption of Certain Real Property Leases* Filed by Other Prof. Prime Clerk LLC (related document(s)5541 Declaration, 5554 Motion to Assume/Reject, 5555 Motion to Assume/Reject, 5556 Notice of Hearing). (Baer, Herb) (Entered: 02/03/2020) |
| 02/03/2020 | ● 5604 (2 pgs) | Tentative Ruling Regarding Motion to Apply Rule 7023 and Order Setting Deadline (Related Doc # 5042) (lp) (Entered: 02/03/2020) |
| 02/03/2020 | ● | **DOCKET TEXT ORDER** (no separate order issued:) When the court issued its Docket Text Order earlier today at 1:41 PM it had not taken sufficient time to study the Limited Objection of the Ad Hoc Committee of Holders of Trade Claims (Dkt. No. 5596). Nor had it focused on section 2(a)(i)(C) of the RSA (Dkt. No. 5519-1)(deferral of the entry of a final order on the Bankruptcy Courts decision on the post-petition interest issues to the entry of the Confirmation Order). The statement that parties reserving rights will not be heard from is amended. The court will consider arguments from the Trade Claims committee and the Debtors about the need for that provision in the RSA. (Montali, Dennis) (Entered: 02/03/2020) |
| 02/05/2020 | ● 5628 (2 pgs) | Acknowledgment of Receipt by District Court of Notice of Appeal to District Court. Case Number: 20-cv-00787-HSG (RE: related document(s)5156 Notice of Appeal and Statement of Election). (dc) (Entered: 02/05/2020) |
| 02/04/2020 | ● 5605 (34 pgs; 6 docs) | Statement of Morrison & Foerster LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from September 1, 2019 Through September 30, 2019 (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A Compensation by Professional # 2 Exhibit B Compensation by Task Code # 3 Exhibit C Expense Summary # 4 Exhibit D Detailed Time Entries # 5 Exhibit E Detailed Expense Entries) (Levinson Silveira, Dara) (Entered: 02/04/2020) |
| 02/04/2020 | ● 5606 (17 pgs) | Certificate of Service *of Timothy R. Quinn Regarding Claim Transfer Notices* Filed by Other Prof. Prime Clerk LLC (related document(s)5235 Transfer of Claim, 5236 Transfer of Claim, 5237 Transfer of Claim, 5244 Transfer of Claim, 5245 Transfer of Claim, 5252 Transfer of Claim, 5259 Transfer of Claim, 5260 Transfer of Claim, 5261 Transfer of Claim, 5262 Transfer of Claim, 5263 Transfer of Claim, 5264 Transfer of Claim, 5265 Transfer of Claim, 5269 Transfer of Claim, 5270 Transfer of |

Case: 19-30088    Doc# 6492-8    Filed: 03/26/20    Entered: 03/26/20 15:08:54    Page 18 of 25

| | | |
|---|---|---|
| | | Claim, 5277 Transfer of Claim, 5278 Transfer of Claim, 5279 Transfer of Claim, 5289 Transfer of Claim, 5290 Transfer of Claim, 5303 Transfer of Claim, 5304 Transfer of Claim, 5305 Transfer of Claim, 5313 Transfer of Claim, 5321 Transfer of Claim, 5322 Transfer of Claim, 5323 Transfer of Claim, 5330 Transfer of Claim, 5331 Transfer of Claim, 5332 Transfer of Claim, 5333 Transfer of Claim, 5334 Transfer of Claim, 5355 Transfer of Claim, 5390 Transfer of Claim, 5391 Transfer of Claim, 5392 Transfer of Claim, 5393 Transfer of Claim, 5419 Transfer of Claim, 5420 Transfer of Claim, 5425 Transfer of Claim, 5427 Transfer of Claim, 5429 Transfer of Claim, 5435 Transfer of Claim, 5441 Transfer of Claim, 5450 Transfer of Claim, 5466 Transfer of Claim, 5471 Transfer of Claim, 5478 Transfer of Claim). (Baer, Herb). Related document(s) 5238 Transfer of Claim filed by Creditor Fair Harbor Capital, LLC. Modified on 2/6/2020 (myt). (Entered: 02/04/2020) |
| 02/04/2020 | 5607 (9 pgs) | Certificate of Service (RE: related document(s)5596 Objection). Filed by Creditor Ad Hoc Committee of Holders of Trade Claims (Neumeister, Michael) (Entered: 02/04/2020) |
| 02/04/2020 | 5608 (1 pg) | Transcript Order Form regarding Hearing Date 2/4/2020 (RE: related document(s)5519 Motion to Approve Document). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 02/04/2020) |
| 02/04/2020 | 5609 (5 pgs) | Corrected Certificate of Service *of Alain B. Francoeur Regarding Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction* Filed by Other Prof. Prime Clerk LLC. (Baer, Herb). Related document(s) 5383 Transcript. Modified on 2/6/2020 (myt). (Entered: 02/04/2020) |
| 02/04/2020 | 5610 | Acknowledgment of Request for Transcript Received on 2/4/2020. (RE: related document(s)5608 Transcript Order Form (Public Request)). (Gottlieb, Jason) (Entered: 02/04/2020) |
| 02/04/2020 | 5611 (21 pgs) | Objection *to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) (w/ certificate of service).* Filed by Creditor Aztrack Construction Corporation (Olson, Steven) (Entered: 02/04/2020) |
| 02/04/2020 | 5612 (56 pgs) | Certificate of Service *of Alain B. Francoeur Regarding Notice of Appeal and Statement of Election to Have Appeal Heard by District Court in the Event United States Court of Appeals for the Ninth Circuit Does Not Authorize Direct Appeal* Filed by Other Prof. Prime Clerk LLC. (Baer, Herb). Related document(s) 5156 Notice of Appeal and Statement of Election filed by Debtor PG&E Corporation. Modified on 2/5/2020 (dc). (Entered: 02/04/2020) |
| 02/04/2020 | 5613 (1 pg) | PDF with attached Audio File. Court Date & Time [ 2/4/2020 10:00:58 AM ]. File Size [ 72432 KB ]. Run Time [ 02:30:54 ]. (admin). (Entered: 02/04/2020) |
| 02/04/2020 | 5614 (26 pgs) | Third Declaration of Henry Weissmann *in Support of Application of Debtors to Retain and Employ Munger, Tolles & Olson LLP as Counsel for Certain Matters for the Debtors Effective as of the Petition Date* (RE: related document(s)1167 Application to Employ). Filed by Debtor PG&E Corporation (Schneider, Bradley) (Entered: 02/04/2020) |
| 02/04/2020 | | Transcript Record Transmittal (Court transcript records have been uploaded) for Order Number: 19-300088-5608 Regarding Hearing Date: 2/4/2020. Transcription Service Provider: e-Scribers, Contact Information: operations@escribers.net (RE: related document(s)5608 Transcript Order Form (Public Request)). (myt) (Entered: 02/04/2020) |
| 02/04/2020 | | Hearing held and continued regarding Status Conference Regarding Confirmation. Appearances noted on the record. (related document(s): 4760 Order To Set Hearing) **Hearing scheduled for 02/11/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** (lp) (Entered: 02/04/2020) |
| 02/04/2020 | 5615 (5 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Armed Forces Insurance Exchange (Claim No. 55594, Amount $9,440,240.80) To Fulcrum Credit Partners LLC . Fee Amount $25.00, Receipt #30066241. Filed by Creditor Fulcrum Credit Partners LLC . (myt) (Entered: 02/04/2020) |
| 02/04/2020 | 5616 (5 pgs) | Transfer of Claim. (#). Transferors: Fulcrum Credit Partners LLC (Claim No. 55594, Amount $6,265,064.75) To SPCP Group, LLC . Fee Amount $25.00, Receipt #30066241 Filed by Creditor SPCP Group, LLC . (myt) (Entered: 02/04/2020) |
| 02/04/2020 | 5617 (21 pgs) | Certificate of Service *of Jamie B. Herszaft Regarding Debtors' Notice of De Minimis Claims Settled in the Period October 1, 2019 to December 31, 2019, Order (I) Authorizing the Debtors to Settle the Claims of Tubbs Preference Claimants and (II) Granting Related Relief, Monthly Staffing and Compensation Report of AP Services, LLC for the Period from December 1, 2019 through December 31, 2019, Seventh Monthly Fee Statement of Lazard Freres & Co. LLC as Investment Banker to the Debtors for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from October 1, 2019 through October 31, 2019, Eighth Monthly Fee Statement of Simpson Thacher & Bartlett LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of November 1, 2019 through November 30, 2019* Filed by Other Prof. Prime Clerk LLC (related document(s)5559 Statement, 5560 Statement, 5561 Notice, 5566 Statement, 5571 Order on Application to Compromise Controversy). (Baer, |

| | | |
|---|---|---|
| | | Herb) (Entered: 02/04/2020) |
| 02/04/2020 | ○ | Hearing Set On (RE: related document(s)5577 Motion to Reconsider). **Hearing scheduled for 2/11/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** (lp) (Entered: 02/04/2020) |
| 02/04/2020 | ○ | Hearing Held. The objection of William B. Abrams, dkt #5577, is overruled for the reasons stated on the record. The motion is granted; order to follow. The motion for reconsideration filed by William B. Abrams to the restructuring support agreement motion, dkt #5174, will be heard on shortened time on 2/11/20 at 10:00 am. (related document(s): 5519 Motion to Approve Document filed by PG&E Corporation) (lp) (Entered: 02/04/2020) |
| 02/04/2020 | ○ 5618 (32 pgs; 6 docs) | Interim Application for Compensation *for the Period from June 1, 2019 through September 30, 2019* for KPMG LLP, Other Professional, Fee: $4,318,137.02, Expenses: $316,097.43. Filed by Other Prof. KPMG LLP (Attachments: # 1 Exhibit A - Summary by Professional # 2 Exhibit B - Summary by Task # 3 Exhibit C - Summary of Expenses # 4 Exhibit D - Retention Order # 5 Exhibit E - Supplemental Retention Order) (Rupp, Thomas) (Entered: 02/04/2020) |
| 02/04/2020 | ○ 5619 (2 pgs) | Declaration of Eugene V. Armstrong in Support of *Second Interim Application for Compensation of KPMG LLP for the Period from June 1, 2019 through September 30, 2019* (RE: related document(s)5618 Application for Compensation). Filed by Other Prof. KPMG LLP (Rupp, Thomas) (Entered: 02/04/2020) |
| 02/04/2020 | ○ 5620 (3 pgs) | Order Granting First Interim Fee Application of Development Specialists, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses (March 20, 2019 through July 31, 2019) (Related Doc 4731). fees awarded: $1,035,499.00, expenses awarded: $33,407.89 for Official Committee of Tort Claimants (lp) CORRECTIVE ENTRY: Fees modified to correspond with pdf Modified on 2/7/2020 (lp). (Entered: 02/04/2020) |
| 02/04/2020 | ○ 5621 (4 pgs) | Order Granting First Interim Fee Application of Munger, Tolles & Olson LLP for Compensation for Services and Reimbursement of Expenses as Attorneys to the Debtors and Debtors in Possession for Certain Matters from January 29, 2019 through May 31, 2019 (Related Doc # 2996). fees awarded: $6653996.00, expenses awarded: $99363.65 for Bradley R. Schneider (lp) (Entered: 02/04/2020) |
| 02/04/2020 | ○ 5622 (3 pgs) | Order Granting First Interim Application of Trident DMG LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period July 18, 2019 through September 30, 2019 (Related Doc # 4721). fees awarded: $97500.00, expenses awarded: $12037.01 for Official Committee of Tort Claimants (lp) (Entered: 02/04/2020) |
| 02/04/2020 | ○ 5623 (3 pgs) | Order Granting First and Final Application of Dundon Advisers LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period March 1, 2019 through August 31, 2019 (Related Doc # 4727). fees awarded: $149954.00, expenses awarded: $5370.24 for Official Committee of Tort Claimants (lp) (Entered: 02/04/2020) |
| 02/04/2020 | ○ 5624 (3 pgs) | Order Pursuant to 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014(a) and 2016 for Authority to Amend the Scope of the Retention of Willis Towers Watson US LLC as Human Resource and Compensation Consultants Nunc Pro Tunc to November 19, 2019 (Related Doc # 5436) (lp) (Entered: 02/04/2020) |
| 02/04/2020 | ○ 5625 (3 pgs) | Order Approving Stipulation Between Pacific Gas and Electric Company and Gary George Beyrouti and Daryl J. Spreiter for Limited Relief from the Automatic Stay (Related Doc # 5327) (lp) (Entered: 02/04/2020) |
| 02/04/2020 | ○ 5626 (3 pgs) | Order Granting Amended First Interim Fee Application of Cravath, Swaine & Moore for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period January 29, 2019 through and Including May 31, 2019 (Related Doc 3683). fees awarded: $29043099.00, expenses awarded: $1022061.82 for Cravath, Swaine & Moore LLP (lp) CORRECTIVE ENTRY: Fees awarded modified to correspond with pdf Modified on 2/7/2020 (lp). (Entered: 02/04/2020) |
| 02/04/2020 | ○ | Receipt of Transfer of Claim Filing Fee. Amount 50.00 from Richard Kibbe & Orbe Llp. Receipt Number 30066241. (admin) (Entered: 02/04/2020) |
| 02/05/2020 | ○ 5627 (6 pgs) | Certificate of Service *of Wing Chan* Filed by Other Prof. Epiq Corporate Restructuring, LLC (related document(s)5486 Declaration, 5487 Declaration). (Garabato, Sid) (Entered: 02/05/2020) |
| 02/05/2020 | ○ 5629 (6 pgs) | Certificate of Service *of Forrest Houku* Filed by Other Prof. Epiq Corporate Restructuring, LLC (related document(s)5565 Statement). (Garabato, Sid) (Entered: 02/05/2020) |
| 02/05/2020 | ○ 5630 (6 pgs) | Certificate of Service *of Wing Chan* Filed by Other Prof. Epiq Corporate Restructuring, LLC (related document(s)5599 Statement). (Garabato, Sid) (Entered: 02/05/2020) |

| | | |
|---|---|---|
| 02/05/2020 | **5631**<br>(24 pgs) | Certificate of Service *of Wing Chan* Filed by Other Prof. Epiq Corporate Restructuring, LLC (related document(s)5595 Statement). (Garabato, Sid) (Entered: 02/05/2020) |
| 02/05/2020 | **5632**<br>(4 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Mitsubishi Electric Power Products, Inc. (Claim No. 1399, Amount $5,728.69); Mitsubishi Electric Power Products, Inc. (Claim No. 3517, Amount $155,297.61); Mitsubishi Electric Power (Amount $167,931.00) To Zoe Partners, LP. Fee Amount $75 Filed by Interested Party Zoe Partners, LP. (Faucher, Lisa) (Entered: 02/05/2020) |
| 02/05/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 75.00). Receipt number 30267798, amount $ 75.00 (re: Doc# 5632 Transfer of Claim) (U.S. Treasury) (Entered: 02/05/2020) |
| 02/05/2020 | **5633**<br>(3 pgs) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: West Unified Communication Services Inc (Claim No. 1308, Amount $305,676.79); Intercall Inc (Amount $300,305.00) To Zoe Partners, LP. Fee Amount $50 Filed by Interested Party Zoe Partners, LP. (Faucher, Lisa) (Entered: 02/05/2020) |
| 02/05/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 50.00). Receipt number 30267810, amount $ 50.00 (re: Doc# 5633 Transfer of Claim) (U.S. Treasury) (Entered: 02/05/2020) |
| 02/05/2020 | **5634**<br>(156 pgs; 3 docs) | Transcript regarding Hearing Held 2/4/2020 at 10:00 AM RE: STATUS CONFERENCE RE: CONFIRMATION; DEBTORS' MOTION PURSUANT TO 11 U.S.C. SECTIONS 363(B) AND 105(A) AND FED. R. BANKR. P. 6004 AND 9019 FOR ENTRY OF AN ORDER (I) APPROVING AND AUTHORIZING THE DEBTORS TO ENTER INTO RESTRUCTURING-SUPPORT AGREEMENT WITH CONSENTING NOTEHOLDERS AND SHAREHOLDER PROPONENTS, AND (II) GRANTING RELATED RELIEF 5519. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber *eScribers, LLC;* 973-406-2250. Notice of Intent to Request Redaction Deadline Due By 2/12/2020. Redaction Request Due By 2/26/2020. Redacted Transcript Submission Due By 03/9/2020. Transcript access will be restricted through 05/5/2020. (Gottlieb, Jason) Additional attachment(s) (Certificate of Service) added on 2/6/2020 (dc). (Entered: 02/05/2020) |
| 02/05/2020 | **5635**<br>(5 pgs) | Certificate of Service *of Andrew G. Vignali Regarding Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction* Filed by Other Prof. Prime Clerk LLC. (Baer, Herb). Related document(s) 5562 Transcript. Modified on 2/6/2020 (dc). (Entered: 02/05/2020) |
| 02/05/2020 | **5636**<br>(2 pgs) | Notice of Appearance and Request for Notice by Kinga Wright. Filed by Creditor Quanta Energy Services LLC (Wright, Kinga) (Entered: 02/05/2020) |
| 02/05/2020 | **5637**<br>(3 pgs) | Order Pursuant to 11 U.S.C. Sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Approving and Authorizing the Debtors to Enter Into Restructuring Support Agreement With Consenting Noteholders and Shareholder Proponents, and (II)Granting Related Relief (Related Doc # 5519) (lp) (Entered: 02/05/2020) |
| 02/05/2020 | **5638**<br>(5 pgs) | Certificate of Service *of Andrew G. Vignali Regarding Notice of Filing of Transcript and Deadlines Related to Restriction and Redaction* Filed by Other Prof. Prime Clerk LLC. (Baer, Herb). Related document(s) 5563 Transcript. Modified on 2/6/2020 (dc). (Entered: 02/05/2020) |
| 02/05/2020 | **5639**<br>(8 pgs) | Joinder *of the Debtors to Omnibus Objection of the Official Committee of Tort Claimants (Substantive) to Claims Filed by The Department of Homeland Security / Federal Emergency Management Agency (Claim Nos. 59692, 59734 & 59783)* (RE: related document(s)4943 Objection to Claim). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 02/05/2020) |
| 02/05/2020 | **5640**<br>(10 pgs; 2 docs) | Motion *Confirming Relief Granted Under Final Order Pursuant to 11 U.S.C. §§ 105(a), 362(d), 363(b), 363(c), and 364 and Fed. R. Bankr. P. 4001, 6003, and 6004 (I) Authorizing the Debtors to (A) Maintain Insurance Policies, Workers Compensation Program, and Surety Bond Program and (B) Pay All Obligations with Respect Thereto; and (II) Granting Relief from the Automatic Stay with Respect to Workers Compensation Claims* Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Proposed Order) (Rupp, Thomas) (Entered: 02/05/2020) |
| 02/05/2020 | **5641**<br>(2 pgs) | Notice of Hearing *on Motion Confirming Relief Granted Under Final Order Pursuant to 11 U.S.C. §§ 105(a), 362(d), 363(b), 363(c), and 364 and Fed. R. Bankr. P. 4001, 6003, and 6004 (I) Authorizing the Debtors to (A) Maintain Insurance Policies, Workers Compensation Program, and Surety Bond Program and (B) Pay All Obligations with Respect Thereto; and (II) Granting Relief from the Automatic Stay with Respect to Workers Compensation Claims* (RE: related document(s)5640 Motion *Confirming Relief Granted Under Final Order Pursuant to 11 U.S.C. §§ 105(a), 362(d), 363(b), 363(c), and 364 and Fed. R. Bankr. P. 4001, 6003, and 6004 (I) Authorizing the Debtors to (A) Maintain Insurance Policies, Workers Compensation Program, and Surety Bond Program and (B) Pay All Obligations with Respect Thereto; and (II) Granting Relief from the Automatic Stay with Respect to Workers Compensation Claims* Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Proposed Order)). **Hearing scheduled for 2/26/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** Filed by Debtor PG&E Corporation |

Case: 19-30088    Doc# 6492-8    Filed: 03/26/20    Entered: 03/26/20 15:08:54    Page 21 of 25

|  |  | (Rupp, Thomas) (Entered: 02/05/2020) |
|---|---|---|
| 02/05/2020 | 5642<br>(5 pgs) | Stipulation, Stipulation Among the Debtors, the Ad Hoc Group of Subrogation Claim Holders, and the Official Committee of Unsecured Creditors Regarding Subrogation Claim Impairment Issue Filed by Creditor Committee Official Committee Of Unsecured Creditors (RE: related document(s)4540 Order To Set Hearing, 5312 Order on Stipulation, 5423 Order on Stipulation, 5484 Order on Stipulation, 5592 Stipulation to Extend Time filed by Debtor PG&E Corporation, 5601 Order on Stipulation). (Kreller, Thomas) (Entered: 02/05/2020) |
| 02/05/2020 | 5643<br>(24 pgs) | Certificate of Service *of Sonia Akter Regarding Eleventh Monthly Fee Statement of Coblentz Patch Duffy & Bass LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of December 1, 2019 through December 31, 2019, First Combined Monthly Fee Statement of Prime Clerk LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Periods from February 1, 2019 through December 31, 2019, Monthly Fee Statement of Berman and Todderud for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of December 1, 2019 through December 31, 2019, Certificate of No Objection regarding Ninth Monthly Fee Statement of Weil, Gotshal and Manges LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of October 1, 2019 through October 31, 2019, Monthly Fee Statement of KPMG LLP for Compensation for Services Rendered and Reimbursement of Expenses as Information Technology, Risk, and Legal Support Consultants to the Debtors for the Period from September 1, 2019 through September 30, 2019, Notice of Stipulated Continued Hearing on Motion to Abstain and for Relief from the Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion, Debtors Reply in Support of Motion to Reject Vlazakis Contract and Grant Related Relief and Brief in Support of Rejectability, Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated January 31, 2020 and Notice of Filing of Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization dated January 31, 2020* Filed by Other Prof. Prime Clerk LLC (related document(s)5573 Statement, 5575 Statement, 5578 Statement, 5579 Notice, 5582 Statement, 5583 Notice of Continued Hearing, 5588 Reply, 5590 Amended Chapter 11 Plan, 5591 Notice). (Baer, Herb) (Entered: 02/05/2020) |
| 02/05/2020 | 5644<br>(2 pgs) | Notice Regarding */ Notice of Withdrawal of Chapter 11 Plan of Reorganization Filed by the Ad Hoc Committee of Senior Unsecured Noteholders* (RE: related document(s)4257 Chapter 11 Plan of Reorganization */Joint Chapter 11 Plan of Reorganization of Official Committee of Tort Claimants and Ad Hoc Committee of Senior Unsecured Noteholders* Filed by Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company, Creditor Official Committee of Tort Claimants (RE: related document(s)4167 Order on Motion to Extend/Limit Exclusivity Period)., 5519 Motion to Approve Document *Debtors Motion Pursuant to 11 U.S.C. sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 For Entry of an Order (I) Approving and Authorizing the Debtors To Enter Into Restructuring Support Agreement With Consenting Noteholders and Shareholder Proponents, and (II) Granting Related Relief* Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Noteholder RSA # 2 Exhibit B - Proposed Order), 5637 Order Pursuant to 11 U.S.C. Sections 363(b) and 105(a) and Fed. R. Bankr. P. 6004 and 9019 (I) Approving and Authorizing the Debtors to Enter Into Restructuring Support Agreement With Consenting Noteholders and Shareholder Proponents, and (II)Granting Related Relief (Related Doc 5519) (lp)). Filed by Creditor Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (Crawford, Ashley) (Entered: 02/05/2020) |
| 02/05/2020 | 5645<br>(17 pgs; 2 docs) | Application to Employ *Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Latham & Watkins LLP as Special Counsel for the Debtors Effective as of the Petition Date* Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Proposed Order) (Rupp, Thomas) (Entered: 02/05/2020) |
| 02/05/2020 | 5646<br>(24 pgs; 2 docs) | Declaration of Robert W. Perrin in Support of *Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Latham & Watkins LLP as Special Counsel for the Debtors Effective as of the Petition Date* (RE: related document(s)5645 Application to Employ). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit 1 - Client Match List) (Rupp, Thomas) (Entered: 02/05/2020) |
| 02/05/2020 | 5647<br>(4 pgs) | Declaration of Janet Loduca in Support of *Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Latham & Watkins LLP as Special Counsel for the Debtors Effective as of the Petition Date* (RE: related document(s)5645 Application to Employ). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 02/05/2020) |
| 02/05/2020 | 5648<br>(2 pgs) | Notice of Hearing *on Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Latham & Watkins LLP as Special Counsel for the Debtors Effective as of the Petition Date* (RE: related document(s)5645 Application to Employ *Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and* |

Case: 19-30088   Doc# 6492-8   Filed: 03/26/20   Entered: 03/26/20 15:08:54   Page 22
of 25

| | | *Employ Latham & Watkins LLP as Special Counsel for the Debtors Effective as of the Petition Date* Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Proposed Order)). **Hearing scheduled for 2/26/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 02/05/2020) |
|---|---|---|
| 02/05/2020 | 5649 (27 pgs; 2 docs) | Motion for Relief from Stay Fee Amount $181, Filed by Interested Party JH Kelly LLC (Attachments: # 1 Proposed Order) (Sarkis, Sunny) (Entered: 02/05/2020) |
| 02/05/2020 | | Receipt of filing fee for Motion for Relief From Stay(19-30088) [motion,mrlfsty] ( 181.00). Receipt number 30270851, amount $ 181.00 (re: Doc# 5649 Motion for Relief from Stay Fee Amount $181,) (U.S. Treasury) (Entered: 02/05/2020) |
| 02/05/2020 | 5650 (3 pgs) | Notice of Hearing (RE: related document(s)5649 Motion for Relief from Stay Fee Amount $181, Filed by Interested Party JH Kelly LLC (Attachments: # 1 Proposed Order). **Hearing scheduled for 2/26/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** Filed by Interested Party JH Kelly LLC (Sarkis, Sunny) (Entered: 02/05/2020) |
| 02/05/2020 | 5651 (423 pgs; 3 docs) | Declaration of Mario R. Nicholas in JH Kelly's Motion for Relief from the Automatic Stay of (RE: related document(s)5649 Motion for Relief From Stay, 5650 Notice of Hearing). Filed by Interested Party JH Kelly LLC (Attachments: # 1 Exhibits 1 through 7 # 2 Exhibits 8 through 14) (Sarkis, Sunny) (Entered: 02/05/2020) |
| 02/05/2020 | 5652 (1 pg) | Relief From Stay Cover Sheet (RE: related document(s)5649 Motion for Relief From Stay). Filed by Interested Party JH Kelly LLC (Sarkis, Sunny) (Entered: 02/05/2020) |
| 02/05/2020 | 5672 (2 pgs) | Letter to Court from Tammy Spirlock received on 2/5/2020. Filed by Interested Party Tammy Spirlock (dc) (Entered: 02/06/2020) |
| 02/06/2020 | 5654 (4 pgs) | Partial Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Citigroup Financial Products Inc. (Claim No. 89895, Amount $1,481,474.49) To Marble Ridge Master Fund LP. Fee Amount $25 Filed by Creditor Marble Ridge Master Fund LP. (Behnam, Tanya) Modified on 2/7/2020 (dc). (Entered: 02/06/2020) |
| 02/06/2020 | 5655 (4 pgs) | Partial Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Citigroup Financial Products Inc. (Claim No. 89895, Amount $1,145,317.64) To MRC Opportunities Fund I LP - Series C. Fee Amount $25 Filed by Creditor MRC Opportunities Fund I LP - Series C. (Behnam, Tanya) Modified on 2/7/2020 (dc). (Entered: 02/06/2020) |
| 02/06/2020 | 5656 (4 pgs) | Partial Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Citigroup Financial Products Inc. (Claim No. 62565, Amount $6,818,086.50) To Marble Ridge Master Fund LP. Fee Amount $25 Filed by Creditor Marble Ridge Master Fund LP. (Behnam, Tanya) Modified on 2/7/2020 (dc). (Entered: 02/06/2020) |
| 02/06/2020 | 5657 (4 pgs) | Partial Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Citigroup Financial Products Inc. (Claim No. 62565, Amount $6,662,074.50) To MRC Opportunities Fund I LP - Series C. Fee Amount $25 Filed by Creditor MRC Opportunities Fund I LP - Series C. (Behnam, Tanya) Modified on 2/7/2020 (dc). (Entered: 02/06/2020) |
| 02/06/2020 | 5658 (4 pgs) | Partial Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Citigroup Financial Products Inc. (Claim No. 89371, Amount $5,839,824.69) To Marble Ridge Master Fund LP. Fee Amount $25 Filed by Creditor Marble Ridge Master Fund LP. (Behnam, Tanya) Modified on 2/7/2020 (dc). (Entered: 02/06/2020) |
| 02/06/2020 | 5659 (4 pgs) | Partial Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Citigroup Financial Products Inc. (Claim No. 89371, Amount $5,286,555.09) To MRC Opportunities Fund I LP - Series C. Fee Amount $25 Filed by Creditor MRC Opportunities Fund I LP - Series C. (Behnam, Tanya) Modified on 2/7/2020 (dc). (Entered: 02/06/2020) |
| 02/06/2020 | 5660 (4 pgs) | Partial Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Citigroup Financial Products Inc. (Claim No. 66011, Amount $117,760.03) To Marble Ridge Master Fund LP. Fee Amount $25 Filed by Creditor Marble Ridge Master Fund LP. (Behnam, Tanya) Modified on 2/7/2020 (dc). (Entered: 02/06/2020) |
| 02/06/2020 | 5661 (4 pgs) | Partial Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Citigroup Financial Products Inc. (Claim No. 66011, Amount $78,687.62) To MRC Opportunities Fund I LP - Series C. Fee Amount $25 Filed by Creditor MRC Opportunities Fund I LP - Series C. (Behnam, Tanya) Modified on 2/7/2020 (dc). (Entered: 02/06/2020) |

| | | |
|---|---|---|
| 02/06/2020 | ● 5662 (4 pgs) | Partial Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Citigroup Financial Products Inc. (Claim No. 89521, Amount $8,315,794.50) To Marble Ridge Master Fund LP. Fee Amount $25 Filed by Creditor Marble Ridge Master Fund LP. (Behnam, Tanya) Modified on 2/7/2020 (dc). (Entered: 02/06/2020) |
| 02/06/2020 | ● 5663 (4 pgs) | Partial Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: Citigroup Financial Products Inc. (Claim No. 89521, Amount $4,584,358.50) To MRC Opportunities Fund I LP - Series C. Fee Amount $25 Filed by Creditor MRC Opportunities Fund I LP - Series C. (Behnam, Tanya) Modified on 2/7/2020 (dc). (Entered: 02/06/2020) |
| 02/06/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30271956, amount $ 25.00 (re: Doc# 5654 Transfer of Claim) (U.S. Treasury) (Entered: 02/06/2020) |
| 02/06/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30271956, amount $ 25.00 (re: Doc# 5655 Transfer of Claim) (U.S. Treasury) (Entered: 02/06/2020) |
| 02/06/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30271956, amount $ 25.00 (re: Doc# 5656 Transfer of Claim) (U.S. Treasury) (Entered: 02/06/2020) |
| 02/06/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30271956, amount $ 25.00 (re: Doc# 5657 Transfer of Claim) (U.S. Treasury) (Entered: 02/06/2020) |
| 02/06/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30271956, amount $ 25.00 (re: Doc# 5658 Transfer of Claim) (U.S. Treasury) (Entered: 02/06/2020) |
| 02/06/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30271956, amount $ 25.00 (re: Doc# 5659 Transfer of Claim) (U.S. Treasury) (Entered: 02/06/2020) |
| 02/06/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30271956, amount $ 25.00 (re: Doc# 5660 Transfer of Claim) (U.S. Treasury) (Entered: 02/06/2020) |
| 02/06/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30271956, amount $ 25.00 (re: Doc# 5661 Transfer of Claim) (U.S. Treasury) (Entered: 02/06/2020) |
| 02/06/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30271956, amount $ 25.00 (re: Doc# 5662 Transfer of Claim) (U.S. Treasury) (Entered: 02/06/2020) |
| 02/06/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30271956, amount $ 25.00 (re: Doc# 5663 Transfer of Claim) (U.S. Treasury) (Entered: 02/06/2020) |
| 02/06/2020 | ● 5664 (4 pgs) | Notice Regarding *Certificate of No Objection to Monthly Fee Statement of Berman and Todderud for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of November 1, 2019 Through November 30, 2019* (RE: related document(s)5363 Monthly Fee Statement of Berman and Todderud for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of November 1, 2019 Through November 30, 2019 Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A Compensation by Professional # 2 Exhibit B Compensation by Task Code # 3 Exhibit C Expense Summary # 4 Exhibit D Detailed Time Entries) (Levinson Silveira, Dara) Modified on 1/15/2020 (dc).). Filed by Debtor PG&E Corporation (Levinson Silveira, Dara) (Entered: 02/06/2020) |
| 02/06/2020 | ● 5665 (8 pgs) | Fourth Supplemental Declaration of Gregg M. Ficks in Support of *Application Pursuant to 11 U.S.C. § 327(e) and Fed. R. Bankr. P. 2014(a) and 2016 for Order Authorizing the Debtors to Employ Coblentz Patch Duffy & Bass LLP as Special Counsel Nunc Pro Tunc to the Petition Date* (RE: related document(s)2596 Declaration). Filed by Debtor PG&E Corporation (Levinson Silveira, Dara) Modified on 2/7/2020 (dc). (Entered: 02/06/2020) |
| 02/06/2020 | ● 5666 (2 pgs) | Order Granting Interim Fee Application of KPMG LLP for Compensation and Reimbursement of Expenses Incurred for the Period January 29, 2019 through and Including May 31, 2019 (Related Doc # 2992). fees awarded: $3823865.45, expenses awarded: $131938.22 for KPMG LLP (lp) (Entered: 02/06/2020) |
| 02/06/2020 | ● 5667 (2 pgs) | Order Granting Stipulation Among the Debtors, the Ad Hoc Group of Subrogation Claim Holders, and the Official Committee of Unsecured Creditors Regarding Subrogation Claim Impairment Issue (RE: related document(s)5642 Stipulation for Miscellaneous Relief filed by Creditor Committee Official Committee Of Unsecured Creditors). (lp) (Entered: 02/06/2020) |
| 02/06/2020 | ● | Hearing Dropped. The hearing on 2/11/20 at 10:00 am is taken off calendar per the Order Granting Stipulation, dkt #5667, filed on 2/6/20. (related document(s): 4540 Order To Set Hearing) (lp) (Entered: 02/06/2020) |

<span style="color:red">Case: 19-30088    Doc# 6492-8    Filed: 03/26/20    Entered: 03/26/20 15:08:54    Page 24 of 25</span>

| Date | Doc | Description |
|---|---|---|
| 02/06/2020 | 🌐 5668<br>(7 pgs; 2 docs) | Notice Regarding *Third Supplemental Declaration of Nicholas Goldin* (RE: related document(s)1979 Order Authorizing Debtors to Pay the Fees and Expenses of Simpson Thacher & Bartlett LLP Pursuant to 11 U.S.C. Section 327(e) as Counsel to the Board of Directors of Each of PG&E Corporation and Pacific Gas and Electric Company and Pursuant to 11 U.S.C. Section 363 as Counsel to Certain Current and Former Independent Directors (Related Doc 1182) (lp)). Filed by Interested Partys Board of PG&E Corporation, Board of Pacific Gas and Electric Company, Certain Current and Former Independent Directors (Attachments: # 1 Exhibit 1 - Third Supplemental Goldin Declaration) (Sanders, Jonathan) (Entered: 02/06/2020) |
| 02/06/2020 | 🌐 5669<br>(2 pgs) | Interlocutory Order Regarding Postpetition Interest (RE: related document(s)5226 Memorandum Decision). (lp) (Entered: 02/06/2020) |
| 02/06/2020 | 🌐 5670<br>(2 pgs) | Order Granting Interim Fee Application of Berman and Todderud LLP for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period February 1, 2019 through and Including May 31, 2019 (Related Doc # 4383). fees awarded: $386292.40, expenses awarded: $0.00 for PG&E Corporation (lp) (Entered: 02/06/2020) |
| 02/06/2020 | 🌐 5671<br>(22 pgs) | Certificate of Service *of Andrew G. Vignali Regarding Third Stipulation among the Debtor, the Ad Hoc Group of Subrogation Claim Holders, and the Official Committee of Unsecured Creditors Extending Time to File Reply Brief on Subrogation Claim Impairment Issue, Order Granting Interim Fee Application of Weil, Gotshal & Manges LLP for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period January 29, 2019 through and including April 30, 2019, Notice of Agenda for February 4, 2020, 10:00 a.m. Omnibus Hearing, Corrected Request for Entry of Order by Default on Debtors Motion to Approve Stipulation between Pacific Gas and Electric Company and Gary George Beyrouti and Daryl J. Spreiter for Limited Relief from the Automatic Stay, and Order Granting Third Stipulation among the Debtors, the Ad Hoc Group of Subrogation Claim Holders, and the Official Committee of Unsecured Creditors Extending Time to File Reply Brief on Subrogation Claim Impairment Issue* Filed by Other Prof. Prime Clerk LLC (related document(s)5592 Stipulation to Extend Time, 5594 Order on Application for Compensation, 5598 Notice, 5600 Request For Entry of Default, 5601 Order on Stipulation). (Malo, David) (Entered: 02/06/2020) |
| 02/06/2020 | 🌐 5673<br>(5 pgs) | Order Establishing Schedule for Disclosure Statement Approval and Plan Confirmation (RE: related document(s)5586 Order). (lp) (Entered: 02/06/2020) |
| 02/06/2020 | 🌐 5674<br>(3 pgs) | Order Granting First Interim Application of Baker & Hostetler LLP, as Amended, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period February 15, 2019 through May 31, 2019 (Related Doc # 2995). fees awarded: $6820134.67, expenses awarded: $233430.74 for Cecily Ann Dumas (lp) (Entered: 02/06/2020) |
| 02/06/2020 | 🌐 5675<br>(20 pgs) | Certificate of Service (RE: related document(s)5649 Motion for Relief From Stay, 5650 Notice of Hearing, 5651 Declaration). Filed by Interested Party JH Kelly LLC (Sarkis, Sunny) (Entered: 02/06/2020) |
| 02/06/2020 | 🌐 5676<br>(4 pgs) | Notice Regarding *Certificate of No Objection Regarding Fifth Monthly Fee Statement of Trident DMG LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period November 18, 2019 Through December 17, 2019* (RE: related document(s)5309 Statement of */ Fifth Monthly Fee Statement of Trident DMG LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period November 18, 2019 Through December 17, 2019* (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Creditor Committee Official Committee of Tort Claimants (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Notice). Filed by Creditor Committee Official Committee of Tort Claimants (Dumas, Cecily) (Entered: 02/06/2020) |
| 02/06/2020 | 🌐 5677<br>(48 pgs; 6 docs) | Eighth Monthly Statement of Lazard Freres & Co. LLC as Investment Banker to the Debtors for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from November 1, 2019 Through November 30, 2019 (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A Compensation by Professional # 2 Exhibit B Compensation by Task Code # 3 Exhibit C Expense Summary # 4 Exhibit D Detailed Time Entries # 5 Exhibit E Detailed Expense Entries) (Levinson Silveira, Dara) Modified on 2/7/2020 (dc). (Entered: 02/06/2020) |
| 02/06/2020 | 🌐 5678<br>(3 pgs) | Notice Regarding *Certificate of No Objection Regarding Fifth Monthly Fee Statement of Development Specialists, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period September 1, 2019 Through September 30, 2019* (RE: related document(s)5387 Statement of */ Fifth Monthly Fee Statement of Development Specialists, Inc for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period September 1, 2019 Through September 30, 2019* (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Creditor Committee Official Committee of Tort Claimants (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E)). Filed by Creditor Committee Official Committee of Tort Claimants (Dumas, Cecily) (Entered: 02/06/2020) |