| | | |
|---|---|---|
| | | *2016 for an Order Amending the Scope of the Retention of PricewaterhouseCoopers LLP as Managem filed by Debtor PG&E Corporation. Modified on 3/24/2020 (dc). (Entered: 03/23/2020)* |
| 03/23/2020 | 6434 (4 pgs; 2 docs) | Notice Regarding *Certificate of No Objection Regarding Ninth Monthly Fee Statement of Simpson Thacher & Bartlett LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of December 1, 2019 through December 31, 2019* (RE: related document(s)701 Order Pursuant to 11 U.S.C. Sections 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Related Doc 349) (lp), 5958 Statement of Ninth Monthly Fee Statement of Simpson Thacher & Bartlett LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of December 1, 2019 through December 31, 2019 (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Interested Partys Board of PG&E Corporation, Board of Pacific Gas and Electric Company, Certain Current and Former Independent Directors (Attachments: # 1 Exhibit A - Compensation by Professional December 1, 2019 through December 31, 2019 # 2 Exhibit B - Summary of Hours During Fee Period by Task # 3 Exhibit C - Summary of Expenses Incurred During Fee Period # 4 Exhibit D - Detailed Time Entries for Fee Period # 5 Exhibit E - Detailed Expenses Entries for Fee Period)). Filed by Interested Partys Board of PG&E Corporation, Board of Pacific Gas and Electric Company, Certain Current and Former Independent Directors (Attachments: # 1 Exhibit A - Summary of Fees and Expenses) (Sanders, Jonathan) (Entered: 03/23/2020) |
| 03/23/2020 | 6435 (4 pgs) | Stipulation *and Agreement for Order Resolving the Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates* Filed by Debtor PG&E Corporation (RE: related document(s)5972 Motion Miscellaneous Relief filed by Creditor Committee Official Committee of Tort Claimants). (Rupp, Thomas) (Entered: 03/23/2020) |
| 03/23/2020 | 6436 (3 pgs) | Notice of Appearance and Request for Notice by James M. Davis. Filed by Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation (Davis, James) (Entered: 03/23/2020) |
| 03/23/2020 | 6437 (120 pgs; 5 docs) | Statement of Amended Monthly Fee Statement of Munger, Tolles & Olson LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of January 1, 2020 through January 31, 2020 . Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Schneider, Bradley) (Entered: 03/23/2020) |
| 03/23/2020 | 6438 (12 pgs) | Motion to Expunge *GER Hospitality, LLC's Class Proof of Claim* Filed by Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation (Davis, James) (Entered: 03/23/2020) |
| 03/23/2020 | 6439 (3 pgs) | Notice of Hearing (RE: related document(s)6438 Motion to Expunge *GER Hospitality, LLC's Class Proof of Claim* Filed by Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation). **Hearing scheduled for 4/29/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** Filed by Creditor Certain Fire Damage Plaintiffs/Claimants Relating to the North Bay Fire Litigation of October 2017 and the Camp Fire Litigation (Davis, James) (Entered: 03/23/2020) |
| 03/23/2020 | 6445 (2 pgs) | Order Granting First Interim Fee Application For Compensation (Related Doc # 4754). fees awarded: $995,899.94, expenses awarded: $17,509.70 for Coblentz Patch Duffy & Bass LLP for the Period January 29, 2019 through and including September 30,2019. (dc) (Entered: 03/24/2020) |
| 03/23/2020 | 6446 (3 pgs) | Order Granting (RE: related document(s)3157 Amended First Interim Fee Application of Simpson Thacher and Bartlett LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of January 29, 2019 through April 30, 2019. filed by Interested Party Board of PG&E Corporation, Interested Party Certain Current and Former Independent Directors, Interested Party Board of Pacific Gas and Electric Company). (dc) (Entered: 03/24/2020) |
| 03/24/2020 | 6440 (4 pgs) | Notice Regarding *Certificate of No Objection to the Twelfth Monthly Fee Statement of Baker & Hostetler LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period January 1, 2020 through January 31, 2020* (RE: related document(s)5980 Statement of Twelfth Monthly Fee Statement of Baker & Hostetler LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period January 1, 2020 through January 31, 2020 Filed by Creditor Committee Official Committee of Tort Claimants (Attachments: # 1 Exhibit A - Compensation by Professional # 2 Exhibit B - Compensation by Task Code # 3 Exhibit C - Expense Summary # 4 Exhibit D - Detailed Time Entries # 5 Exhibit E - Detailed Expense Entries # 6 Notice Parties)). Filed by Creditor Committee Official Committee of Tort Claimants (Dumas, Cecily) (Entered: 03/24/2020) |
| 03/24/2020 | 6441 (3 pgs) | Certificate of Service *of Certificate of No Objection Regarding the Twelfth Monthly Fee Statement of Baker & Hostetler LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period January 1, 2020 through January 31, 2020* (RE: related document(s)6440 Notice). Filed by Creditor Committee Official Committee of Tort Claimants (Dumas, Cecily) (Entered: 03/24/2020) |

| | | |
|---|---|---|
| 03/24/2020 | [6442](#) (2 pgs) | Request for Notice Filed by Interested Party Fremont Bank c/o (Lewis, William) (Entered: 03/24/2020) |
| 03/24/2020 | [6443](#) (3 pgs) | Notice Regarding *Certificate of No Objection to Monthly Fee Statement of Keller Benvenutti Kim LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of January 1, 2020 Through January 31, 2020* (RE: related document(s)[5997](#) Monthly Fee Statement of Keller Benvenutti Kim LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of January 1, 2020 Through January 31, 2020 (RE: related document(s)[701](#) Order on Motion for Miscellaneous Relief). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A Compensation by Professional # 2 Exhibit B Compensation by Task Code # 3 Exhibit C Expense Summary # 4 Exhibit D Detailed Time Entries # 5 Exhibit E Detailed Expense Entries) (Levinson Silveira, Dara) Modified on 3/3/2020 (dc).). Filed by Debtor PG&E Corporation (Levinson Silveira, Dara) (Entered: 03/24/2020) |
| 03/24/2020 | [6444](#) (4 pgs; 2 docs) | Notice Regarding *Corrected Certificate of No Objection Regarding Ninth Monthly Fee Statement of Simpson Thacher & Bartlett LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of December 1, 2019 through December 31, 2019* (RE: related document(s)[701](#) Order Pursuant to 11 U.S.C. Sections 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Related Doc [349](#)) (lp), [5958](#) Statement of Ninth Monthly Fee Statement of Simpson Thacher & Bartlett LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of December 1, 2019 through December 31, 2019 (RE: related document(s)[701](#) Order on Motion for Miscellaneous Relief. Filed by Interested Partys Board of PG&E Corporation, Board of Pacific Gas and Electric Company, Certain Current and Former Independent Directors (Attachments: # 1 Exhibit A - Compensation by Professional December 1, 2019 through December 31, 2019 # 2 Exhibit B - Summary of Hours During Fee Period by Task # 3 Exhibit C - Summary of Expenses Incurred During Fee Period # 4 Exhibit D - Detailed Time Entries for Fee Period # 5 Exhibit E - Detailed Expenses Entries for Fee Period)). Filed by Interested Partys Board of PG&E Corporation, Board of Pacific Gas and Electric Company, Certain Current and Former Independent Directors (Attachments: # [1](#) Exhibit A - Summary of Fees and Expenses) (Sanders, Jonathan) (Entered: 03/24/2020) |
| 03/24/2020 | | Hearing Set On. **Status Conference scheduled for 3/25/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** (bg) (Entered: 03/24/2020) |
| 03/24/2020 | [6447](#) (22 pgs) | Certificate of Service *of Alain B. Francoeur Regarding Appellees Response to Trade Committees Statement of Issues, Designation of Additional Items to Be Included in the Record, Stipulation Between Debtors and South San Joaquin Irrigation District for Relief from the Automatic Stay, Stipulation Between Debtors and Kayla Ruhnke and E.R., a Minor, for Relief from the Automatic Stay and Stipulation Between Utility and Adam Cronin for Relief from the Automatic Stay* Filed by Other Prof. Prime Clerk LLC (related document(s)[6370](#) Appellee Designation, [6383](#) Stipulation for Relief From Stay, [6384](#) Stipulation for Relief From Stay, [6385](#) Stipulation for Relief From Stay). (Baer, Herb) (Entered: 03/24/2020) |
| 03/24/2020 | [6448](#) (9 pgs) | Document: *[Proposed] Supplement to Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization*. (RE: related document(s)[6353](#) Amended Disclosure Statement). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 03/24/2020) |
| 03/24/2020 | [6449](#) (6 pgs) | Statement of With Respect To Stipulation And Agreement For Order Resolving The Official Commitee Of Tort Claimants Motion For Standing To Prosecute Claims Of The Debtors' Estates (RE: related document(s)[5972](#) Motion Miscellaneous Relief, [6435](#) Stipulation Referring to Existing Document(s)). Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Michelson, Randy) (Entered: 03/24/2020) |
| 03/24/2020 | [6450](#) (6 pgs; 2 docs) | Notice Regarding *Filing of (I) [Proposed] Supplement to Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization and (II) Proposed Order Approving the Disclosure Statement Supplement* (RE: related document(s)[6353](#) Amended Disclosure Statement *Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* Filed by Debtor PG&E Corporation., [6448](#) Document: *[Proposed] Supplement to Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization*. (RE: related document(s)[6353](#) Amended Disclosure Statement). Filed by Debtor PG&E Corporation). Filed by Debtor PG&E Corporation (Attachments: # [1](#) Schedule 1 - Proposed Order) (Rupp, Thomas) (Entered: 03/24/2020) |
| 03/24/2020 | [6451](#) (142 pgs) | Certificate of Service (RE: related document(s)[6449](#) Statement). Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Michelson, Randy) (Entered: 03/24/2020) |
| 03/24/2020 | [6452](#) (4 pgs) | Statement of */ Certificate of No Objection Regarding Twelfth Monthly Fee Statement of Centerview Partners LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period January 1, 2020 Through January 31, 2020* (RE: related document(s)[6004](#) Statement). Filed by Creditor Committee Official Committee Of Unsecured Creditors (Kreller, Thomas) (Entered: 03/24/2020) |

| | | |
|---|---|---|
| 03/24/2020 | 6453<br>(4 pgs) | Notice Regarding *Certificate of No Objection Regarding Eleventh Monthly Fee Statement of Weil, Gotshal & Manges LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of December 1, 2019 Through December 31, 2019* (RE: related document(s)5957 Eleventh Monthly Fee Statement of Weil, Gotshal & Manges LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of December 1, 2019 Through December 31, 2019 (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A Compensation by Professional # 2 Exhibit B Compensation by Task Code # 3 Exhibit C Expense Summary # 4 Exhibit D Detailed Time Entries # 5 Exhibit E Detailed Expense Entries) (Levinson Silveira, Dara) Modified on 3/3/2020 (dc).). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 03/24/2020) |
| 03/24/2020 | 6454<br>(11 pgs) | Notice Regarding *Agenda for March 25, 2020, 10:00 am Omnibus Hearing* Filed by Debtor PG&E Corporation (Levinson Silveira, Dara) (Entered: 03/24/2020) |
| 03/24/2020 | 6455<br>(4 pgs) | Notice Regarding *Certificate of No Objection to Monthly Fee Statement of Berman and Todderud for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of January 1, 2020 Through January 31, 2020* (RE: related document(s)5991 Monthly Fee Statement of Berman and Todderud for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period of January 1, 2020 Through January 31, 2020 (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A Compensation by Professional # 2 Exhibit B Compensation by Task Code # 3 Exhibit C Expense Summary # 4 Exhibit D Detailed Time Entries) (Levinson Silveira, Dara) Modified on 3/3/2020 (dc).). Filed by Debtor PG&E Corporation (Levinson Silveira, Dara) (Entered: 03/24/2020) |
| 03/24/2020 | 6456<br>(31 pgs; 6 docs) | Sixth Monthly Fee Statement of Morrison & Foerster LLP for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from December 1, 2019 Through December 31, 2019 (RE: related document(s)701 Order on Motion for Miscellaneous Relief). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A Compensation by Professional # 2 Exhibit B Compensation by Task Code # 3 Exhibit C Summary of Expenses # 4 Exhibit D Detailed Time Entries # 5 Exhibit E Detailed Expense Entries) (Levinson Silveira, Dara) Modified on 3/25/2020 (dc). (Entered: 03/24/2020) |
| 03/24/2020 | 6457<br>(1 pg) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: BK Estate of Profit Recovery Center (Claim No. 84513) To Carmel Financing, LLC. Fee Amount $25 Filed by Other Prof. Carmel Financing, LLC. (Grumer, Carl) (Entered: 03/24/2020) |
| 03/24/2020 | 6458<br>(15 pgs; 2 docs) | Application to Employ *Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Steptoe & Johnson LLP as Special Counsel for the Debtors Effective as of the Petition Date* Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Proposed Order) (Rupp, Thomas) (Entered: 03/24/2020) |
| 03/24/2020 | 6459<br>(83 pgs; 3 docs) | Declaration of Laurie Edelstein in Support of *Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Steptoe & Johnson LLP as Special Counsel for the Debtors Effective as of the Petition Date* (RE: related document(s)6458 Application to Employ). Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Engagement Letter # 2 Schedule 1) (Rupp, Thomas) (Entered: 03/24/2020) |
| 03/24/2020 | 6460<br>(4 pgs) | Declaration of Janet Loduca in Support of *Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Steptoe & Johnson LLP as Special Counsel for the Debtors Effective as of the Petition Date* (RE: related document(s)6458 Application to Employ). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 03/24/2020) |
| 03/24/2020 | 6461<br>(3 pgs) | Notice of Hearing *on Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Steptoe & Johnson LLP as Special Counsel for the Debtors Effective as of the Petition Date* (RE: related document(s)6458 Application to Employ *Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Steptoe & Johnson LLP as Special Counsel for the Debtors Effective as of the Petition Date* Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Proposed Order)). **Hearing scheduled for 4/14/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 03/24/2020) |
| 03/24/2020 | 6462<br>(13 pgs; 2 docs) | Application to Employ *Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Covington & Burling LLP as Special Counsel for the Debtors Effective January 1, 2020* Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Proposed Order) (Rupp, Thomas) (Entered: 03/24/2020) |

| | | |
|---|---|---|
| 03/24/2020 | [6463](#) (30 pgs; 2 docs) | Declaration of David B. Goodwin in Support of *Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Covington & Burling LLP as Special Counsel for the Debtors Effective January 1, 2020* (RE: related document(s)[6462](#) Application to Employ). Filed by Debtor PG&E Corporation (Attachments: # [1](#) Exhibit 1 - Client Match List) (Rupp, Thomas) (Entered: 03/24/2020) |
| 03/24/2020 | [6464](#) (4 pgs) | Declaration of Janet Loduca in Support of *Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Covington & Burling LLP as Special Counsel for the Debtors Effective January 1, 2020* (RE: related document(s)[6462](#) Application to Employ). Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 03/24/2020) |
| 03/24/2020 | [6465](#) (3 pgs) | Notice of Hearing *on Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Covington & Burling LLP as Special Counsel for the Debtors Effective January 1, 2020* (RE: related document(s)[6462](#) Application to Employ *Application of Debtors Pursuant to 11 U.S.C. § 327(e), Fed. R. Bankr. P. 2014(a) and 2016, and the Order Authorizing the Debtors to Employ Professionals Used in the Ordinary Course of Business for Authority to Retain and Employ Covington & Burling LLP as Special Counsel for the Debtors Effective January 1, 2020* Filed by Debtor PG&E Corporation (Attachments: # 1 Exhibit A - Proposed Order)). **Hearing scheduled for 4/14/2020 at 10:00 AM at San Francisco Courtroom 17 - Montali.** Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 03/24/2020) |
| 03/24/2020 | [6466](#) (2 pgs) | Order Granting Ex Parte Application of the Official Committee of Tort Claimants Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of An Order Authorizing Service of a Subpoena on Accenture LLP(Related Doc # [6342](#)) (dc) (Entered: 03/25/2020) |
| 03/24/2020 | [6467](#) (2 pgs) | Order Granting Ex Parte Application of the Official Committee of Tort Claimants Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of An Order Authorizing Service of a Subpoena on ACRT Pacific, LLC (Related Doc # [6343](#)) (dc) (Entered: 03/25/2020) |
| 03/24/2020 | [6468](#) (2 pgs) | Order Granting Ex Parte Application of the Official Committee of Tort Claimants Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of An Order Authorizing Service of a Subpoena on ACRT, Inc.(Related Doc # [6344](#)) (dc) (Entered: 03/25/2020) |
| 03/24/2020 | [6469](#) (2 pgs) | Order Granting Ex Parte Application of the Official Committee of Tort Claimants Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of An Order Authorizing Service of a Subpoena on Arbormetrics Solutions, LLC (Related Doc # [6345](#)) (dc) (Entered: 03/25/2020) |
| 03/24/2020 | [6470](#) (2 pgs) | Order Granting Ex Parte Application of the Official Committee of Tort Claimants Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of An Order Authorizing Service of a Subpoena on Davey Resource Group (Related Doc # [6346](#)) (dc) (Entered: 03/25/2020) |
| 03/24/2020 | [6471](#) (2 pgs) | Order Granting Ex Parte Application of the Official Committee of Tort Claimants Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of An Order Authorizing Service of a Subpoena on Davey Tree Surgery Company (Related Doc # [6349](#)) (dc) (Entered: 03/25/2020) |
| 03/24/2020 | [6472](#) (2 pgs) | Order Granting Ex Parte Application of the Official Committee of Tort Claimants Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of An Order Authorizing Service of a Subpoena on Osmose Utilities Services, Inc.(Related Doc # [6350](#)) (dc) (Entered: 03/25/2020) |
| 03/24/2020 | [6473](#) (2 pgs) | Order Granting Ex Parte Application of the Official Committee of Tort Claimants Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of An Order Authorizing Service of a Subpoena on PricewaterhouseCoopers LLP (Related Doc # [6351](#)) (dc) (Entered: 03/25/2020) |
| 03/24/2020 | [6474](#) (2 pgs) | Order Granting Ex Parte Application of the Official Committee of Tort Claimants Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of An Order Authorizing Service of a Subpoena on Western Environmental Consultants, LLC (Related Doc # [6352](#)) (dc) (Entered: 03/25/2020) |
| 03/25/2020 | [6475](#) (3 pgs) | Statement of Official Committee of Unsecured Creditors Regarding Motion of Official Committee of Tort Claimants for Standing to Prosecute Claims of the Debtors' Estates (RE: related document(s)[5972](#) Motion Miscellaneous Relief). Filed by Creditor Committee Official Committee Of Unsecured Creditors (Bray, Gregory) (Entered: 03/25/2020) |
| 03/25/2020 | [6476](#) (1 pg) | Transcript Order Form regarding Hearing Date 3/25/2020 Filed by Debtor PG&E Corporation (Rupp, Thomas) (Entered: 03/25/2020) |
| 03/25/2020 | [6477](#) | Notice Regarding *Continued Perfection of Mechanic's Lien Pursuant to § 546(b)(2) (Fifteenth Notice)* |

Case: 19-30088   Doc# 6492-12   Filed: 03/26/20   Entered: 03/26/20 15:08:54   Page 4 of 6

104 of 106                                                                                                                                              3/26/2020, 2:34 PM

| | | |
|---|---|---|
| | (47 pgs; 6 docs) | Filed by Creditor Roebbelen Contracting, Inc. (Attachments: # 1 Exhibit A - Index of lien documents # 2 Exhibit B - Lien documents (part 1) # 3 Exhibit B - Lien documents (part 2) # 4 Exhibit C - Index of adjustments # 5 Exhibit D - Adjustment documents) (Witthans, Ryan) (Entered: 03/25/2020) |
| 03/25/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30396615, amount $ 25.00 (re: Doc# 6457 Transfer of Claim) (U.S. Treasury) (Entered: 03/25/2020) |
| 03/25/2020 | 6478 | Acknowledgment of Request for Transcript Received on 3/25/2020. (RE: related document(s)6476 Transcript Order Form (Public Request)). (Gottlieb, Jason) (Entered: 03/25/2020) |
| 03/25/2020 | 6479 (1 pg) | PDF with attached Audio File. Court Date & Time [ 3/25/2020 10:05:04 AM ]. File Size [ 12848 KB ]. Run Time [ 00:26:46 ]. (admin). (Entered: 03/25/2020) |
| 03/25/2020 | | Transcript Record Transmittal (Court transcript records have been uploaded) for Order Number: 19-30088-6476 Regarding Hearing Date: 3/25/2020. Transcription Service Provider: e-Scribers, Contact Information: operations@escribers.net (RE: related document(s)6476 Transcript Order Form (Public Request)). (dc) (Entered: 03/25/2020) |
| 03/25/2020 | 6480 (35 pgs; 3 docs) | Notice Regarding *Filing of Exhibit A (Updated Financial Projections) to [Proposed] Supplement to Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization* (RE: related document(s)6448 Document: *[Proposed] Supplement to Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization*. (RE: related document(s)6353 Amended Disclosure Statement). Filed by Debtor PG&E Corporation). Filed by Debtor PG&E Corporation (Attachments: # 1 Schedule 1 - Exhibit A to Disclosure Statement Supplement (Updated Financial Projections) # 2 Schedule 2 - Redline of Financial Projections) (Rupp, Thomas) (Entered: 03/25/2020) |
| 03/25/2020 | 6481 (1 pg) | Notice of Change of Address Filed by Creditor Peninsula Clean Energy Authority (Rawlins, Justin) (Entered: 03/25/2020) |
| 03/25/2020 | 6482 (28 pgs) | Brief/Memorandum in Opposition to *Official Committee Of Tort Claimants' Motion For Standing To Prosecute Claims Of The Debtors' Estates* (RE: related document(s)5972 Motion Miscellaneous Relief). Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Michelson, Randy) (Entered: 03/25/2020) |
| 03/25/2020 | 6483 (24 pgs; 2 docs) | Order Approving Supplement to Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization (RE: related document(s)6448 Document filed by Debtor PG&E Corporation). (Attachments: # 1 Exhibit A - Disclosure Statement Supplement) (lp) (Entered: 03/25/2020) |
| 03/25/2020 | 6484 (142 pgs) | Certificate of Service (RE: related document(s)6482 Opposition Brief/Memorandum). Filed by Interested Party Securities Lead Plaintiff and the Proposed Class (Michelson, Randy) (Entered: 03/25/2020) |
| 03/25/2020 | | Hearing Held. Appearances noted on the record. (related document(s): Hearing Set) (lp) (Entered: 03/25/2020) |
| 03/25/2020 | 6485 (551 pgs; 11 docs) | Amended Application for Compensation *Third Interim Fee Application of Munger Tolles & Olson LLP for Compensation for Services and Services and Reimbursement of Expenses as Attorneys to the Debtors and Debtors in Possession for Certain Matters from October 1, 2019 through January 31, 2020* for Bradley R. Schneider, Debtor's Attorney, Fee: $14,694,962.0, Expenses: $642,088.48. Filed by Attorney Bradley R. Schneider (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Declaration of Seth Goldman) (Schneider, Bradley) (Entered: 03/25/2020) |
| 03/25/2020 | 6486 (9 pgs; 2 docs) | Request for Hearing Regarding *Applications of the Official Committee of Tort Claimants Pursuant to 11 U.S.C. § 1103 and Fed. R. Bankr. P. 2014 and 5002 to Retain and Employ Hon. John K. Trotter (Ret.) as Trustee and Cathy Yanni as Claims Administrator Nunc Pro Tunc to January 13, 2020 Through the Effective Date of the Resolution Trust Agreement* (RE: related document(s)5723 Application to Employ, 5726 Application to Employ). Filed by Creditor Committee Official Committee of Tort Claimants (Attachments: # 1 Exhibit A) (Green, Elizabeth) (Entered: 03/25/2020) |
| 03/25/2020 | 6490 (2 pgs) | Order Granting the Ex Parte Application of the Official Committee of Tort Claimants Pursuant to Federal Rule of Bankruptcy Procedure 2004 for Entry of an Order Authorizing Service of a Subpoena on Davey Tree Expert Company (Related Doc # 6347) (lp) (Entered: 03/26/2020) |
| 03/26/2020 | 6487 (1 pg) | Transfer of Claim. (#). Transfer Agreement 3001 (e) 2 Transferors: K J Woods Construction Company Inc (Amount $57,214.00) To VonWin Capital Management, LP. Fee Amount $25 Filed by Creditor Primeshares. (Wilson, Charmaine) (Entered: 03/26/2020) |

| | | |
|---|---|---|
| 03/26/2020 | | Receipt of filing fee for Transfer of Claim(19-30088) [claims,trclmagt] ( 25.00). Receipt number 30398976, amount $ 25.00 (re: Doc# 6487 Transfer of Claim) (U.S. Treasury) (Entered: 03/26/2020) |
| 03/26/2020 | 6488 (7 pgs) | Motion for Reconsideration and Relief from the Orders Pursuant to 11 U.S.C. 363(b) and 105(a) and Bankruptcy Rule 9024 Approving Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization (RE: related document(s)6340 Order (I) Approving Proposed Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization; (II) Approving Form and Manner of Notice of Hearing on Proposed Disclosure Statement; (III) Establishing and Approving Plan Solicitation and Voting Procedures; (IV) Approving Forms of Ballots, Solicitation Packages, and Related Notices; and (V) Granting Related Relief, 6448 Proposed Supplement to Disclosure Statement for Debtors' and Shareholder Proponents' Joint Chapter 11 Plan of Reorganization filed by Debtor PG&E Corporation, 6480 Notice filed by Debtor PG&E Corporation) . Filed by Interested Party William B. Abrams (dc) (Entered: 03/26/2020) |
| 03/26/2020 | 6489 (27 pgs) | Transcript regarding Hearing Held 3/25/2020 RE: STATUS CONFERENCE. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. Until that time the transcript may be viewed at the Bankruptcy Court or a copy may be obtained from the official court transcriber *eScribers, LLC; 973-406-2250*. Notice of Intent to Request Redaction Deadline Due By 4/2/2020. Redaction Request Due By 04/16/2020. Redacted Transcript Submission Due By 04/27/2020. Transcript access will be restricted through 06/24/2020. (Gottlieb, Jason) (Entered: 03/26/2020) |
| 03/26/2020 | 6491 (2 pgs) | Certificate of Record Re: District Court Lead Case No. 20-cv-1493-HSG, Related Case Nos. 20-cv-1621-HSG, 20-cv-1652-HSG, 20-cv-1654-HSG, 20-cv-1658-HSG and 20-cv-1659-HSG (RE: related document(s)5844 Notice of Appeal and Statement of Election, 6059 Notice of Appeal and Statement of Election, 6097 Notice of Appeal, 6103 Notice of Appeal and Statement of Election, 6121 Notice of Appeal and Statement of Election, 6122 Notice of Appeal and Statement of Election). (dc) (Entered: 03/26/2020) |