David S. Casey, Jr., SBN 060768
dcasey@cglaw.com
Jeremy Robinson, SBN 188325
jrobinson@cglaw.com
Angela Jae Chun, SBN 248571
ajc@cglaw.com
P. Camille Guerra, SBN 326546
camille@cglaw.com
James M. Davis, SBN 301636
jdavis@cglaw.com
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

*Attorneys for Certain Victims From the Camp Fire and 2017 North Bay Fires*

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** <br> **PG&E CORPORATION** <br> -and- <br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br>                       **Debtors.** <br> ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br> * *All papers shall be filed in the Lead Case, No. 19-3088 (DM)* | Bankruptcy Case No.: 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) (Jointly Administered) <br><br> **CERTIFICATE OF SERVICE** |

I, James M. Davis, declare as follows:

    I am an active member of the State Bar of California and am not a party to the case for which the documents identified below pertains. My business address is 110 Laurel Street, San Diego, California 92101.

    I certify that on March 23, 2020, I electronically filed with the Clerk of Court using the CM/ECF system, which will electronically serve all parties in this action, the following documents:

1. **NOTICE OF HEARING ON MOTION TO EXPUNGE CLASS PROOF OF CLAIM FILED BY GER HOSPITALITY, LLC;**
2. **MOTION TO EXPUNGE CLASS PROOF OF CLAIM FILED BY GER HOSPITALITY, LLC**

    I certify that on March 26, 2020, I placed a copy of the above documents, in a sealed envelope(s) with postage fully prepaid and addressed to:

Francis O. Scarpulla<br>
Patrick B. Clayton<br>
LAW OFFICES OF FRANCIS O. SCARPULLA<br>
456 Montgomery Street, 17th Floor<br>
San Francisco, CA 94104

    I declare under penalty of perjury the foregoing is true and correct. Executed on this 26th day of March 2020 in San Diego, California.

                                              /s/ James M. Davis<br>
                                              James M. Davis