**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel: (212) 310-8000
Fax: (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel: (415) 496-6723
Fax: (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**In re:**

**PG&E CORPORATION,**

**- and -**

**PACIFIC GAS AND ELECTRIC COMPANY,**

**Debtors.**

☐ Affects PG&E Corporation
☑ Affects Pacific Gas and Electric Company
☐ Affects both Debtors

** All papers shall be filed in the lead case, No. 19-30088 (DM)*

Bankruptcy Case No. 19-30088 (DM)

Chapter 11
(Lead Case) (Jointly Administered)

**STIPULATION BETWEEN PACIFIC GAS AND ELECTRIC COMPANY AND MICHAEL MARROQUIN ADJOURNING MOTION TO ABSTAIN AND FOR RELIEF FROM THE AUTOMATIC STAY**

[Relates to Dkt. Nos. 4606-10, 4874, 4888]

Regarding Motion Set for Hearing April 7, 2020 at 10:00 am PST

This stipulation (the "**Stipulation**") is entered into by and between Pacific Gas and Electric Company (the "**Utility**"), as debtor and debtor in possession, and movant Michael Marroquin ("**Marroquin**"). The Utility and Marroquin are referred to in this Stipulation collectively as the "**Parties**," and each as a "**Party**." The Parties hereby stipulate and agree as follows:

**RECITALS**

A. The Utility and its parent, PG&E Corporation (collectively with the Utility, the "**Debtors**"), filed these Chapter 11 Cases on January 29, 2019.

B. On November 7, 2019, Marroquin filed the *Motion to Abstain and for Relief from the Automatic Stay to Permit Lawsuit to Proceed to Trial and Conclusion* [Dkt. 4606] (the "**Motion**").

C. Through the Motion, Marroquin seeks relief from the automatic stay to prosecute his personal injury claims against the Utility in *Marroquin v. Pacific Gas & Electric Company et al., Case No. BCV-18-100020* (the "**State Court Action**") pending in the Superior Court of California, County of Kern. The State Court Action arises out of injuries that Marroquin allegedly suffered resulting from a May 25, 2017 automobile crash in which the other driver was an employee of the Utility. The Utility employee is also a named defendant in the State Court Action. Marroquin filed the State Court Action on January 4, 2018.

D. The Utility filed a Notice of Stay of Proceedings in the State Court Action on February 11, 2019. On April 3, 2019, this Court extended the automatic stay to the Utility's employee. *See* Adv. Proc. 19-03006, Dkt. No. 33.

E. On November 26, 2019, the Parties entered into the Stipulation between Debtor Pacific Gas and Electric Company and Michael Marroquin to Continue Hearing and for Limited Relief from the Automatic Stay [Dkt. No. 4874] (the "**First Stipulation**"), by which they agreed to continue the Hearing to March 25, 2020, and to modify the automatic stay, to the extent necessary, to permit the Parties to engage in settlement negotiations with respect to the State Court Action. On November 27, 2020, this Court entered an order approving the First Stipulation. *See* Dkt. No. 4888.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

F. On March 16, this Court further continued the Hearing to April 7, 2020.

A. The Parties have agreed to the essential terms of a settlement of Marroquin's claims in the State Court Action, subject to preparation and execution of mutually acceptable documentation.

**NOW, THEREFORE, IT HEREBY IS STIPULATED AND AGREED BY AND BETWEEN THE PARTIES, THROUGH THE UNDERSIGNED, AND THE PARTIES JOINTLY REQUEST THE COURT TO ORDER, THAT:**

1. This Stipulation shall be effective upon entry of an order by this Court approving it.

2. The April 7, 2020 Hearing shall be taken off calendar.

3. Marroquin may at any time reset the Hearing on at least 21 days' notice.

4. This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation or the order approving it.

Dated: March 26, 2020

WEIL, GOTSHAL & MANGES LLP
KELLER BENVENUTTI KIM LLP

*/s/ Peter J. Benvenutti*
Peter J. Benvenutti

*Attorneys for Debtors and Debtors in Possession*

Dated: March 26, 2020

LAW OFFICES OF LEONARD K. WELSH

*/s/ Leonard K. Welsh*
Leonard K. Welsh

*Attorneys for Michael Marroquin*

**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153-0119