```
1  TIMOTHY S. LAFFREDI (WI SBN 1055133)
   Assistant United States Trustee
2  United States Department of Justice
   Office of the United States Trustee
3  450 Golden Gate Avenue, Suite 05-0153
   San Francisco, CA  94102
4  Telephone:  (415) 705-3333
   Facsimile:   (415) 705-3379
5  Email: timothy.s.laffredi@usdoj.gov

6  Attorney for Andrew R. Vara,
   United States Trustee for Regions 3 and 9[1]
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>    and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>            Debtors.<br><br>☐   Affects PG&E Corporation<br>☐   Affects Pacific Gas and Electric Company<br>☒   Affects both Debtors<br><br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case Nos. 19-30088 DM (Lead Case)<br><br>19-30089 DM<br><br>Chapter 11<br><br>Jointly Administered |

## SECOND AMENDED
## APPOINTMENT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS

*(Amended to reflect resignations of GER Hospitality, LLC, in its capacity as an individual claimant/Adolfo Veronese and Kirk Trostle)*

Pursuant to 11 U.S.C. § 1102(a), Andrew R. Vara, United States Trustee for Regions 3 and 9, hereby appoints the following persons to be members of the Official Committee of Tort Claimants in these jointly administered cases:

---

[1] Andrew R. Vara, United States Trustee for Regions 3 and 9, is acting in this appointment for Tracy Hope Davis, United States Trustee for Region 17, who is recused from the above-captioned cases.
SECOND AMENDED APPOINTMENT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS – *In re PG&E Corp.*, Case No. 19-30088

1. Tommy Wehe

2. Angela Loo

3. Karen K. Gowins

4. Agajanian, Inc.
   c/o Gary Agajanian
   2785 Napa Valley Corporate Drive
   Napa, CA 94558
   gary@agajanian.com

5. Susan Slocum

6. Samuel Maxwell

7. Karen Lockhart

8. Wagner Family Wines-Caymus Vineyards
   c/o Michael T. Carlson
   8700 Conn Creek Road
   Rutherford, CA 94573
   MCarlson@caymus.com

9. Gregory Wilson

Dated: March 27, 2020

ANDREW R. VARA
United States Trustee, Regions 3 and 9

*/s/ Timothy S. Laffredi*
TIMOTHY S. LAFFREDI
Assistant United States Trustee

SECOND AMENDED APPOINTMENT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS – *In re PG&E Corp.*, Case No. 19-30088