C. Luckey McDowell (*admitted pro hac vice*)
Ian E. Roberts (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
2828 Hardwood Street
Suite 1800
Dallas, Texas 75201
Tel: (214) 271-5777
Email: Luckey.McDowell@Shearman.com
 Ian.Roberts@Shearman.com

Daniel Laguardia (CA Bar No. 314654)
SHEARMAN & STERLING LLP
535 Mission Street
25th Floor
San Francisco, CA 94105
Tel: (415) 616-1114
Email: Daniel.Laguardia@Shearman.com

*Counsel for Shiloh IV Lessee, LLC*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| In re:<br><br>PG&E Corporation, Pacific Gas & Electric Company,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☒ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Bankruptcy Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case)<br>(Jointly Administered)<br><br>**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF OPPOSITION OF SHILOH IV LESSEE, LLC TO DEBTORS' FIRST OMNIBUS REPORT AND OBJECTION TO CLAIMS ASSERTED PURSUANT TO 11 U.S.C. § 503(B)(9)**<br><br>Date: 4/7/2020<br>Time: 10:00 a.m. PST<br>Place: United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102 |
|---|---|

1     **PLEASE TAKE NOTICE** that Shiloh IV Lessee, LLC, hereby withdraws without prejudice the *Opposition Of Shiloh IV Lessee, LLC To Debtors' First Omnibus Report And Objection To Claims Asserted Pursuant To 11 U.S.C. § 503(B)(9)* [ECF No. 3284], which was filed on July 31, 2019.

Dated: March 27, 2020                    Respectfully submitted,

/s/ *C. Luckey McDowell*

C. Luckey McDowell (admitted *pro hac vice*)
Ian E. Roberts (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
2828 Hardwood Street
Suite 1800
Dallas, Texas 75201
Tel: (214) 271-5777
Email: Luckey.McDowell@Shearman.com
           Ian.Roberts@Shearman.com

Daniel Laguardia (CA Bar No. 314654)
SHEARMAN & STERLING LLP
535 Mission Street
25th Floor
San Francisco, CA 94105
Tel: (415) 616-1114
Email: Daniel.Laguardia@Shearman.com

*Counsel for Shiloh IV Lessee, LLC*

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 535 Mission Street, 25th Floor, San Francisco, CA 94105.

On March 27, 2020, I served a true copy of the following document described as *Notice of Withdrawal without Prejudice of Opposition of Shiloh IV Lessee, LLC To Debtors' First Omnibus Report And Objection To Claims Asserted Pursuant To 11 U.S.C. § 503(B)(9)* by electronically filing the document with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 27, 2020, at San Francisco, California.

_____
Shannon K. Dudley