Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

# EXHIBIT A

## COMPENSATION BY PROFESSIONAL
## JANUARY 1, 2020 THROUGH JANUARY 31, 2020

The attorneys who rendered professional services in these chapter 11 cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | DEPARTMENT[1] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Karotkin, Stephen | BFR | 1977 | $1,695.00 | 219.30 | $371,713.50 |
| Bond, Michael W. | Corporate | 1980 | $1,695.00 | 11.10 | $18,814.50 |
| Goldring, Stuart J. | Tax | 1984 | $1,695.00 | 45.30 | $76,783.50 |
| Slack, Richard W. | Litigation | 1987 | $1,325.00 | 87.30 | $115,672.50 |
| Pari, Joseph M. | Tax | 1988 | $1,695.00 | 32.20 | $54,579.00 |
| Wessel, Paul J. | Tax | 1988 | $1,695.00 | 7.80 | $13,221.00 |
| Connolly, Annemargaret | Corporate | 1988 (MA) | $1,400.00 | 0.70 | $980.00 |
| Adams, Frank R. | Corporate | 1993 | $1,525.00 | 0.70 | $1,067.50 |
| Tsekerides, Theodore E. | Litigation | 1994 | $1,225.00 | 99.40 | $121,765.00 |
| Goltser, Lyuba | Corporate | 2002 | $1,250.00 | 2.00 | $2,500.00 |
| Singh, David R. | Litigation | 2004 | $1,175.00 | 2.60 | $3,055.00 |
| Liou, Jessica | BFR | 2009 | $1,175.00 | 226.60 | $266,255.00 |
| Cruz, Mariel E. | Corporate | 2010 | $1,125.00 | 0.20 | $225.00 |
| Bostel, Kevin | BFR | 2012 | $1,125.00 | 4.20 | $4,725.00 |
| Goslin, Thomas D. (Counsel) | Corporate | 2003 | $1,100.00 | 11.30 | $12,430.00 |
| Goren, Matthew (Counsel) | BFR | 2007 | $1,125.00 | 178.50 | $200,812.50 |
| Byrne, Peter M. (Counsel) | Corporate | 2007 | $1,100.00 | 7.50 | $8,250.00 |
| Seales, Jannelle Marie (Counsel) | Corporate | 2009 | $1,100.00 | 2.90 | $3,190.00 |
| Kramer, Kevin (Counsel) | Litigation | 2010 | $1,100.00 | 138.70 | $152,570.00 |
| Silber, Gary (Counsel) | Tax | 2011 | $1,100.00 | 49.00 | $53,900.00 |
| Swenson, Robert M. (Counsel) | Litigation | 2013 | $1,100.00 | 53.00 | $58,300.00 |
| **Total Partners and Counsel:** | | | | **1,180.30** | **$1,549,809.00** |

---

[1] BFR – Business Finance & Restructuring

| NAME OF PROFESSIONAL ASSOCIATES: | DEPARTMENT[2] | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Friedman, Julie T. | BFR | 2003 | $625.00 | 26.20 | $16,375.00 |
| Bitter, Blake | Tax | 2011 (VA) | $1,050.00 | 61.50 | $64,575.00 |
| Minga, Jay | Litigation | 2013 | $1,050.00 | 30.90 | $32,445.00 |
| Fink, Moshe A. | BFR | 2014 | $1,050.00 | 2.10 | $2,205.00 |
| Rosenblum, Amanda | Tax | 2014 | $1,050.00 | 14.50 | $15,225.00 |
| Schinckel, Thomas Robert | BFR | 2014 (Australia) | $845.00 | 139.40 | $117,793.00 |
| Nolan, John J. | Litigation | 2015 | $1,010.00 | 78.00 | $78,780.00 |
| Smith, Gabriela | BFR | 2015 | $1,010.00 | 20.20 | $20,402.00 |
| Brookstone, Benjamin | Tax | 2015 | $980.00 | 88.80 | $87,024.00 |
| Lane, Erik | Litigation | 2016 | $930.00 | 91.50 | $85,095.00 |
| Anderson, Joseph Caleb | Corporate | 2016 | $845.00 | 3.70 | $3,126.50 |
| Niles-Weed, Robert B. | Litigation | 2017 | $930.00 | 93.20 | $86,676.00 |
| McGrath, Colin | Litigation | 2017 | $845.00 | 63.50 | $53,657.50 |
| McNulty, Shawn C. | Litigation | 2017 | $845.00 | 17.40 | $14,703.00 |
| Foust, Rachel L. | BFR | 2018 | $845.00 | 155.30 | $131,228.50 |
| Carens, Elizabeth Anne | BFR | 2018 | $730.00 | 106.50 | $77,745.00 |
| Irani, Neeckaum | Litigation | 2018 (CA) | $730.00 | 4.50 | $3,285.00 |
| Evans, Steven | Litigation | 2019 | $730.00 | 1.80 | $1,314.00 |
| Green, Austin Joseph | Litigation | 2019 | $730.00 | 44.40 | $32,412.00 |
| Sonkin, Cliff | BFR | 2019 | $730.00 | 16.30 | $11,899.00 |
| Hayes, Emily A | Litigation | 2019 (CA) | $595.00 | 87.40 | $52,003.00 |
| Morganelli, Brian | BFR | 2020 | $595.00 | 208.80 | $124,236.00 |
| **Total Associates:** | | | | **1,355.90** | **$1,112,204.50** |

---

[2] BFR – Business Finance & Restructuring

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

| NAME OF PARAPROFESSIONALS: | DEPARTMENT[3] | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Lee, Kathleen | BFR | $435.00 | 1.20 | $522.00 |
| Gilchrist, Roy W. | Litigation | $400.00 | 31.60 | $12,640.00 |
| Hoilett, Leason | Litigation | $400.00 | 5.00 | $2,000.00 |
| Ting, Lara | LSS | $375.00 | 2.70 | $1,012.50 |
| Wu, Kim L. | LSS | $375.00 | 18.50 | $6,937.50 |
| Chan, Herbert | Litigation | $370.00 | 4.20 | $1,554.00 |
| Biratu, Sirak D. | Litigation | $345.00 | 16.40 | $5,658.00 |
| Mo, Suihua | LSS | $345.00 | 1.50 | $517.50 |
| Keschner, Jason | BFR | $250.00 | 1.70 | $425.00 |
| Peene, Travis J. | BFR | $250.00 | 9.80 | $2,450.00 |
| **Total Paraprofessionals:** | | | **92.60** | **$33,716.50** |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,305.44 | 1,180.30 | $1,540,809.00 |
| Associates | $820.27 | 1,355.90 | $1,112,204.50 |
| Paraprofessionals | $364.11 | 92.60 | $33,716.50 |
| **Blended Attorney Rate** | **$1,046.06** | | |
| **Total Fees Incurred:** | | **2,628.80** | **$2,686,730.00** |

---

[3] BFR – Business Finance & Restructuring