**EXHIBIT B**

**COMPENSATION BY WORK TASK CODE FOR
SERVICES RENDERED BY WEIL, GOTSHAL & MANGES LLP
FOR THE PERIOD JANURY 1, 2020 THROUGH JANUARY 31, 2020**

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 002 | Asset Sales / 363 Sales | 4.30 | $3,801.50 |
| 003 | Automatic Stay | 100.30 | $101,882.50 |
| 004 | Bankruptcy Litigation | 462.70 | $414,516.00 |
| 005 | Bar Date Motion/Claims Reconciliation/Claim Reconciliation Issue | 160.30 | $161,244.50 |
| 006 | Case Administration (docket updates, WIP and calendar) | 17.90 | $10,032.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 710.40 | $750,520.50 |
| 009 | Communications with Client | 5.50 | $4,962.50 |
| 010 | Corporate Governance and Board Issues | 36.20 | $46,002.50 |
| 011 | Customer, Supplier and Vendor Issues | 8.60 | $8,837.50 |
| 013 | Disclosure Statement | 266.60 | $248,501.00 |
| 014 | Employee Issues | 55.00 | $56,989.50 |
| 017 | Executory Contracts/Lease Issues | 19.70 | $18,402.50 |
| 018 | General Case Strategy (includes calls with client and team calls) | 122.80 | $120,597.00 |
| 019 | Hearings and Court Matters | 73.60 | $80,220.50 |
| 021 | Non-Bankruptcy Litigation | 6.50 | $7,762.50 |
| 022 | Non-Working Travel | 49.10 | $58,728.50 |
| 024 | Reclamation/503(b)(9) | 10.70 | $8,604.50 |
| 025 | Regulatory Issues including CPUC and FERC | 74.10 | $86,837.50 |
| 026 | Retention/Billing/Fee Applications: WGM | 35.70 | $26,640.50 |
| 027 | Retention/Fee Application: Ordinary Course Professionals | 2.20 | $1,859.00 |
| 028 | Retention/Fee Application: Other Professionals | 8.00 | $6,852.50 |
| 030 | Tax Issues | 270.50 | $329,855.50 |
| 031 | U.S. Trustee issues/ meetings/ communications/monthly operating | 0.20 | $235.00 |
| 032 | Unsecured Creditor Issues/ Communications/Meetings | 1.80 | $1,936.00 |
| 035 | Real Estate and Real Property Issues | 27.90 | $33,961.00 |
| 036 | Tort Claimants Committee, Including Wildfire Claimants | 7.10 | $6,523.50 |
| 037 | Insurance Issues | 91.10 | $90,424.00 |
| **Total:** | | **2,628.80** | **$2,686,730.00** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119