**EXHIBIT C**

**EXPENSE SUMMARY
FOR THE PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | $13,567.10 |
| CourtCall | $442.50 |
| Duplicating | $3,316.88 |
| Firm Messenger Service | $614.30 |
| Meals | $1,582.20 |
| Transportation | $3,925.16 |
| Travel | $33,883.55 |
| **Total Expenses Requested:** | **$57,331.69** |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119