

Signed and Filed: March 27, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1

**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)

2
(stephen.karotkin@weil.com)
Theodore Tsekerides (*pro hac vice*)

3
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)

4
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)

5
(matthew.goren@weil.com)
767 Fifth Avenue

6
New York, NY 10153-0119
Tel: 212 310 8000

7
Fax: 212 310 8007

8
**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)

9
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)

10
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)

11
(jkim@kbkllp.com)
650 California Street, Suite 1900

12
San Francisco, CA 94108
Tel: 415 496 6723

13
Fax: 650 636 9251

14
*Attorneys for Plaintiffs (Debtors*

15
*and Debtors in Possession)*

16
**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

17
**SAN FRANCISCO DIVISION**

18
In re:

Case No. 19-30088 (DM)
Chapter 11

19
**PG&E CORPORATION,**

(Lead Case)
(Jointly Administered)

20
- and -

21
**PACIFIC GAS AND ELECTRIC COMPANY,**

**ORDER APPROVING**
**STIPULATION BETWEEN PACIFIC**
**GAS AND ELECTRIC COMPANY**

22
**Debtors.**

**AND MICHAEL MARROQUIN**
**ADJOURNING MOTION TO**

23
☐ Affects PG&E Corporation
☑ Affects Pacific Gas and Electric Company

**ABSTAIN AND FOR RELIEF FROM**
**THE AUTOMATIC STAY**

☐ Affects both Debtors

24

25
*\* All papers shall be filed in the Lead Case,*
*No. 19-30088 (DM).*

[Relates to Dkt. Nos. 4606-10, 4874,
4888, 6498]

26

27

28

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

The Court having considered the *Stipulation between Pacific Gas and Electric Company and Michael Marroquin Adjourning Motion to Abstain and for Relief from the Automatic Stay* (the "**Stipulation**"),[1] entered into by Pacific Gas and Electric Company (the "**Utility**"), as debtor and debtor in possession in the above-captioned cases (the "**Chapter 11 Cases**"), and Michael Marroquin ("**Marroquin**"), filed on March 26, 2020, and pursuant to such stipulation and agreement of the Parties, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1.      The Stipulation is approved.

2.      The April 7, 2020 Hearing is taken off calendar.

3.      Marroquin may at any time reset the Hearing on at least 21 days' notice.

4.      This Court shall retain jurisdiction to resolve any disputes or controversies arising from this Stipulation and Agreement for Order or the order approving it.

APPROVED AS TO FORM AND CONTENT:

LAW OFFICES OF LEONARD WELSH

*/s/ Leonard K. Welsh*
Leonard K. Welsh

*Attorneys for Michael Marroquin*

*** END OF ORDER ***

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.