# EXHIBIT A

# COMPENSATION BY PROFESSIONAL
# FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

The timekeepers who rendered services in these Chapter 11 Cases from February 1, 2020 through February 29, 2020 for which Baker is seeking compensation are

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Bator, Chris | Litigation | 1987 | $510.00 | 43.80 | $22,338.00 |
| Benson, Glenn S. | Environmental | 1994 | $640.00 | 82.70 | $52,928.00 |
| Bloom, Jerry R. | Bankruptcy | 1980 | $1,145.00 | 191.50 | $219,267.50 |
| Brennan, Terry M. | Litigation | 1995 | $600.00 | 9.70 | $5,820.00 |
| Campbell, Patrick T. | Litigation | 2007 | $695.00 | 2.70 | $1,876.50 |
| Casey, Lee A | Litigation | 1982 | $1,255.00 | 105.20 | $132,026.00 |
| Chairez, Joseph L. | Litigation | 1981 | $800.00 | 41.80 | $33,440.00 |
| Commins, Gregory J. | Litigation | 1991 | $890.00 | 167.60 | $149,164.00 |
| Dettelbach, Steven | Litigation | 1991 | $1,015.00 | 1.90 | $1,928.50 |
| Dumas, Cecily A. | Bankruptcy | 1983 | $950.00 | 125.10 | $118,845.00 |
| Esmont, Joseph M. | Bankruptcy | 2008 | $600.00 | 111.50 | $66,900.00 |
| Foley, Elizabeth P. | Litigation | 1994 | $1,100.00 | 63.80 | $70,180.00 |
| Foix, Danyll W. | Litigation | 1998 | $760.00 | 91.00 | $69,160.00 |
| Goodman, Eric R. | Bankruptcy | 2003 | $800.00 | 198.20 | $158,560.00 |
| Grabowski-Shaikh, Asim R. | Corporate | 2002 | $800.00 | 41.40 | $33,120.00 |
| Green, Elizabeth A | Bankruptcy | 1986 | $690.00 | 155.50 | $107,295.00 |
| Hanselman, Suzanne K. | Corporate | 1991 | $665.00 | 10.20 | $6,783.00 |
| Hogan, Thomas E. | Litigation | 2004 | $785.00 | 36.80 | $28,888.00 |
| Julian, Robert | Litigation | 1979 | $1,175.00 | 160.10 | $188,117.50 |
| Kleber, Kody | Litigation | 2007 | $550.00 | 113.10 | $62,205.00 |
| Layden, Andrew V. | Bankruptcy | 2010 | $410.00 | 64.60 | $26,486.00 |
| McCabe, Bridget S. | Litigation | 2010 | $630.00 | 104.60 | $65,898.00 |
| Morris, Kimberly S. | Litigation | 2004 | $895.00 | 184.80 | $165,396.00 |
| Murphy, Keith R. | Bankruptcy | 1997 | $1,110.00 | 5.60 | $6,216.00 |
| Parrish, Jimmy D. | Bankruptcy | 2000 | $590.00 | 31.30 | $18,467.00 |
| Payne Geyer, Tiffany | Bankruptcy | 2000 | $455.00 | 44.70 | $20,338.50 |
| Richardson, David J. | Bankruptcy | 1993 | $685.00 | 210.10 | $143,918.50 |

Baker & Hostetler LLP
Attorneys at Law
Los Angeles

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Rivkin, Jr., David B. | Litigation | 1985 | $1,625.00 | 114.80 | $186,550.00 |
| Rose, Jorian E. | Bankruptcy | 1998 | $1,010.00 | 165.00 | $166,650.00 |
| Sagerman, Eric T. | Bankruptcy | 1991 | $1,145.00 | 33.90 | $38,815.50 |
| Thomas, Emily B. | Litigation | 2006 | $450.00 | 67.90 | $30,555.00 |
| Weible, Robert A. | Corporate | 1978 | $830.00 | 89.50 | $74,285.00 |
| **Total Partners and Counsel:** | | | | **2,870.40** | **$2,472,417.50** |

| NAME OF PROFESSIONAL ASSOCIATES AND STAFF ATTORNEYS: | PRIMARY DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Alfano, Anthony G. | Unassigned | 2018 | $265.00 | 17.30 | $4,584.50 |
| Attard, Lauren T. | Bankruptcy | 2008 | $600.00 | 177.20 | $106,320.00 |
| Bent, Camille C. | Bankruptcy | 2009 | $610.00 | 24.10 | $14,701.00 |
| Blanchard, Jason I. | Bankruptcy | 2011 | $650.00 | 130.60 | $84,890.00 |
| Cho, Dyanne | Litigation | 2015 | $510.00 | 6.40 | $3,264.00 |
| Cordiak, Robert W. | Unassigned | 2018 | $265.00 | 9.00 | $2,385.00 |
| Davis, Austin N. | Unassigned | 2019 | $265.00 | 20.80 | $5,512.00 |
| Donaho, Thomas A. | Associate | 2011 | $530.00 | 103.50 | $54,855.00 |
| Dow, Dustin M. | Employment | 2012 | $365.00 | 111.90 | $40,843.50 |
| Hayes, Sarah M. | Litigation | 2019 | $250.00 | 8.00 | $2,000.00 |
| Hooper, Rachel P. | Litigation | 2002 | $520.00 | 8.00 | $4,160.00 |
| Jones, Bradley K. | Litigation | 2007 | $470.00 | 20.00 | $9,400.00 |
| Jowdy, Joshua J | Litigation | 2017 | $440.00 | 134.50 | $59,180.00 |
| Kates, Elyssa S. | Bankruptcy | 2000 | $760.00 | 119.10 | $90,516.00 |
| Kavouras, Daniel M. | Litigation | 2012 | $365.00 | 18.10 | $6,606.50 |
| Lemon, Daniel R. | Litigation | 2017 | $285.00 | 11.40 | $3,249.00 |
| Martinez, Daniella E. | Litigation | 2016 | $400.00 | 76.60 | $30,640.00 |
| McCutcheon, Marcus | Litigation | 2011 | $520.00 | 55.70 | $28,964.00 |
| Merola, Danielle L. | Bankruptcy | 2015 | $325.00 | 116.90 | $37,992.50 |
| Mohan, Sushant | Litigation | 2014 | $450.00 | 37.70 | $16,965.00 |

| | Name | Department | Year | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| 1 | Pena, Clair C. | Litigation | 2016 | $310.00 | 44.80 | $13,888.00 |
| 2 | Perkins Austin, Francesca | Litigation | 2008 | $600.00 | 5.60 | $3,360.00 |
| 3 | Rice, David W. | Litigation | 2012 | $610.00 | 107.00 | $65,270.00 |
| 4 | Sabella, Michael A. | Bankruptcy | 2008 | $610.00 | 44.30 | $27,023.00 |
| 5 | Scott, Jenna N. | Litigation | 2017 | $355.00 | 5.30 | $1,881.50 |
| 6 | Smith, Shanisha Y. | Energy | 2013 | $470.00 | 7.60 | $3,572.00 |
| 7 | Steinberg, Zoe M. | Unassigned | 2018 | $340.00 | 55.50 | $18,870.00 |
| 8 | Stuy, Lauren T. | Litigation | 2019 | $265.00 | 25.20 | $6,678.00 |
| 9 | Thompson, Taylor M. | Litigation | 2018 | $265.00 | 21.90 | $5,803.50 |
| | **Total Associates:** | | | | **1,524.00** | **$753,374.00** |

| NAME OF PARAPROFESSIONALS: | PRIMARY DEPARTMENT | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Asmann, Paige R. | Practice Services | $200.00 | 7.80 | $1,560.00 |
| Divok, Eva | Litigation | $345.00 | 22.80 | $7,866.00 |
| Gage, Carly R | Litigation Support | $395.00 | 5.90 | $2,330.50 |
| Landrio, Nikki | Litigation Support | $420.00 | 84.60 | $35,532.00 |
| Lane, Deanna L. | Bankruptcy | $280.00 | 18.10 | $5,068.00 |
| McDonald, Michael H. | Litigation Support | $230.00 | 67.50 | $15,525.00 |
| Nunes, Silas T. | Litigation Technology | $345.00 | 10.90 | $3,760.50 |
| Petre, Timothy P. | Litigation | $370.00 | 177.80 | $65,786.00 |
| Rawles, Michael | Litigation | $270.00 | 21.90 | $5,913.00 |
| Snyder, Nicole M. | Practice Services | $200.00 | 13.30 | $2,660.00 |
| Thompson, Tyler M. | Gov't Policy | $505.00 | 12.70 | $6,413.50 |
| Williamson, Forrest G. | Int'l Disputes | $200.00 | 13.50 | $2,700.00 |
| **Total Paraprofessionals and other non-legal staff:** | | | **456.80** | **$155,114.50** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

| PROFESSIONALS TOTALS: | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---:|---:|---:|
| Partners and Counsel | $861.35 | 2,870.40 | $2,472,417.50 |
| Associates | $494.34 | 1,524.00 | $753,374.00 |
| **Blended Attorney Rate** | **$734.07** | **4,394.40** | **$3,225,791.50** |
| Paraprofessionals and other non-legal staff | $339.57 | 456.80 | $155,114.50 |
| **Total Fees Incurred** | **$696.92** | **4,851.20** | **$3,380,906.00** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES