# EXHIBIT B

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY BAKER & HOSTETLER LLP FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

| TASK CODE | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 004 | Bankruptcy Litigation | 77.80 | $30,046.00 |
| 006 | Case Administration (docket updates, WIP and calendar) | 71.60 | $29,461.00 |
| 008 | Chapter 11 Plan/Plan Confirmation | 686.30 | $508,866.00 |
| 009 | Committee Meetings and Preparation | 342.10 | $280,084.00 |
| 010 | Corporate and Board Issues | 14.50 | $10,503.50 |
| 013 | Disclosure Statement | 100.70 | $83,347.00 |
| 014 | Employee Issues | 0.50 | $210.00 |
| 018 | General Case Strategy (includes communications with Committee) | 85.90 | $60,213.00 |
| 019 | Hearings and Court Matters | 35.60 | $30,097.00 |
| 020 | Legislative Issues | 23.90 | $16,038.50 |
| 021 | Non-Bankruptcy Litigation | 1.90 | $1,928.50 |
| 022 | Non-Working Travel | 104.20 | $74,952.00 |
| 024 | District Court Litigation | 126.30 | $83,078.50 |
| 025 | Regulatory Issues including CPUC and FERC | 256.50 | $163,203.00 |
| 026 | Retention Applications | 59.50 | $44,885.50 |
| 027 | Fee Application: Baker | 35.80 | $15,958.50 |
| 028 | Fee Application: Other Professionals | 2.90 | $1,944.00 |
| 031 | U.S. Trustee/Fee Examiner Issues | 0.40 | $112.00 |
| 032 | Unsecured Creditor Issues/Communications/Meetings | 2.80 | $1,862.00 |
| 039 | Other Contested Matters | 84.40 | $64,014.00 |
| 040 | Operations | 45.70 | $23,627.00 |
| 042 | Subrogation | 2.40 | $1,663.00 |
| 043 | Securities | 110.80 | $82,534.00 |
| 045 | Asset Analysis and Recovery | 1,379.20 | $690,994.50 |
| 046 | Tort Claims Estimation | 59.50 | $24,764.00 |
| 047 | Class Claims Issues | 34.40 | $30,666.50 |
| 049 | Mediation | 25.30 | $29,445.00 |
| 050 | Government Claims | 681.60 | $637,783.00 |
| 051 | CPUC BK OII 19-09-016 | 210.00 | $201,832.50 |
| 052 | Tort Claims | 188.70 | $156,792.50 |
| TOTAL | | 4,851.20 | $3,380,906.00 |