# EXHIBIT C

## EXPENSE SUMMARY
## FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

| EXPENSES | AMOUNT |
|---|---:|
| Airfare | $18,277.10 |
| Automated Research | $7,985.36 |
| Business Meals | $3,657.19 |
| Color Copies | $15.50 |
| Copier/Duplication | $197.70 |
| Delivery Services | $259.18 |
| Depositions | $8,188.95 |
| Electronic Court Fees | $531.42 |
| Filing Fees | $181.00 |
| Ground Transportation (Local) | $619.99 |
| Ground Transportation (Out of Town) | $3,361.34 |
| Lodging | $26,937.41 |
| Meals While Traveling | $2,370.65 |
| Mileage Reimbursement | $144.24 |
| Miscellaneous (Meeting Room Rental/Set-up, etc.) | $11,090.67 |
| On-line Research | $930.78 |
| Other Professional Services (includes Experts) | $278,164.51 |
| Outside Duplicating & Binding | $2,709.02 |
| Overtime Business Meals | $142.86 |
| Overtime Ground Transportation Local | $290.54 |
| Postage | $125.60 |
| Service of Process/Subpoena Fees | $32,688.69 |
| Teleconference Charges (Court Call) | $1,012.50 |
| Transcripts | $984.90 |
| **TOTAL** | **$400,867.10** |