# EXHIBIT C

9

**EXPENSE SUMMARY FOR THE PERIOD**
**FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

Berman and Todderud did not incur reimbursable expenses during the Fee Period.

10