**EXHIBIT D**

11

# February 2020
# Itemized Time Description

DATE　　　　　ATTY　　　　HOURS　　　　DESCRIPTION

| Atty | Date | Description | Time |
|---|---|---|---|
| Todderud | 2/1/2020 | Draft settlement overlay filing | 5.10 |
| Todderud | 2/1/2020 | Review allocation agreement amendments | 0.20 |
| Berman | 2/1/2020 | Emails re service of Joint Report re Overlays. | 0.30 |
| Berman | 2/2/2020 | Emails re service issues concerning overlay report. | 0.20 |
| Todderud | 2/2/2020 | Draft settlement overlay filing | 3.40 |
| Todderud | 2/2/2020 | Analyze escrow obligations under Conectiv settlement and escrow documents | 0.50 |
| Berman | 2/2/2020 | Edit overlay filing and emails re same. | 8.50 |
| Berman | 2/3/2020 | Prepare for and attend weekly FERC strategy call. | 0.30 |
| Berman | 2/3/2020 | Research and emails re question from participant about overlays. | 0.60 |
| Berman | 2/3/2020 | Emails re overlay allocations and funding. | 1.40 |
| Todderud | 2/3/2020 | Draft settlement overlay filing | 2.80 |
| Todderud | 2/3/2020 | Revise amendment to allocation agreements and conferences and emails re same | 1.50 |
| Todderud | 2/3/2020 | Attend internal call re status and strategy | 0.30 |
| Todderud | 2/3/2020 | Draft escrow disbursement instructions | 0.60 |
| Todderud | 2/4/2020 | Prepare for and attend call with I. Kwasny (CPUC counsel) re allocation implementation agreement and market clearing strategy | 1.80 |
| Todderud | 2/4/2020 | Revise allocation implementation agreement | 0.80 |
| Todderud | 2/4/2020 | Review and edit notice to lift protective status | 0.50 |
| Todderud | 2/4/2020 | Review letter agreement with market participant | 0.20 |

12

| | | | |
|---|---|---|---|
| Berman | 2/4/2020 | Edit notice to lift protected status and emails and discussion re same. | 1.60 |
| Berman | 2/4/2020 | Emails and research re overlay issues of market participant and draft letter agreement with other market participant. | 1.70 |
| Berman | 2/4/2020 | Prepare for and attend call with CPUC re overlay financing and allocation issues. | 1.60 |
| Berman | 2/5/2020 | Calls and emails with market participant re overlay issues. | 0.70 |
| Berman | 2/5/2020 | Emails re allocation and financing issues for overlays. | 0.70 |
| Todderud | 2/5/2020 | Edit and finalize notice to lift protective status and conferences re same | 1.70 |
| Todderud | 2/5/2020 | Analyze summary of PX and escrow account balances | 0.60 |
| Todderud | 2/5/2020 | Edit settlement overlay filing | 0.90 |
| Todderud | 2/5/2020 | Prepare corrected overlay notice filing | 0.30 |
| Todderud | 2/6/2020 | Attend settlement overlay call | 1.10 |
| Berman | 2/6/2020 | Prepare for and attend call with California Parties re settlement overlays. | 1.10 |
| Todderud | 2/6/2020 | Emails re interim compensation order | 0.40 |
| Berman | 2/7/2020 | Review letter from market participant re overlays and emails re same. | 0.90 |
| Berman | 2/10/2020 | Prepare for and attend weekly FERC strategy call. | 0.30 |
| Berman | 2/10/2020 | Emails re responses by various market participants on overlays. | 0.80 |
| Todderud | 2/10/2020 | Draft certificate of no objection | 0.60 |
| Todderud | 2/10/2020 | Attend internal call re status and strategy | 0.30 |
| Todderud | 2/10/2020 | Emails re escrows | 0.20 |
| Todderud | 2/10/2020 | Edit settlement overlay filing and prepare exhibits | 3.80 |
| Todderud | 2/11/2020 | Implement edits to settlement overlay filing | 1.10 |
| Todderud | 2/11/2020 | Draft January Monthly Fee Statement | 0.50 |
| Berman | 2/11/2020 | Call re exhibits to overlay filing and review same. | 2.40 |
| Todderud | 2/12/2020 | Telephone with C. Berry (Bates White) re escrows | 0.40 |
| Berman | 2/12/2020 | Revise letter to market participant re overlays and emails re same. | 1.20 |
| Todderud | 2/12/2020 | Draft Third Interim Fee Petition | 2.30 |
| Todderud | 2/12/2020 | Revise settlement overlay filing | 2.70 |

| | | | | |
|---|---|---|---|---|
| Todderud | 2/13/2020 | Attend settlement overlay call | | 1.50 |
| Todderud | 2/13/2020 | Revise settlement overlay filing | | 7.10 |
| Berman | 2/13/2020 | Prepare for and attend call with California Parties re settlement overlays. | | 1.50 |
| Berman | 2/13/2020 | Edit overlay filing and emails re same. | | 7.40 |
| Berman | 2/13/2020 | Emails re discussions with market participant re overlays. | | 0.60 |
| Todderud | 2/14/2020 | Letter to Market participant re settlement overlay implementation | | 0.20 |
| Todderud | 2/14/2020 | Revise settlement overlay filing | | 5.20 |
| Berman | 2/17/2020 | Emails re overlay issues of market participant. | | 0.30 |
| Berman | 2/18/2020 | Emails re overlay issue of market participant. | | 0.60 |
| Todderud | 2/18/2020 | Draft Third Interim Fee Petition | | 2.10 |
| Todderud | 2/18/2020 | Assemble information for inclusion in escrow disbursements | | 0.50 |
| Todderud | 2/18/2020 | Implement edits to overlay filing | | 1.40 |
| Todderud | 2/19/2020 | Review escrow tax statements | | 0.40 |
| Todderud | 2/20/2020 | Attend setlement overlay call | | 0.90 |
| Todderud | 2/20/2020 | Review correspondence re settlement overlays | | 0.50 |
| Berman | 2/20/2020 | Prepare for and attend call with California Parties re overlays. | | 0.90 |
| Berman | 2/20/2020 | Emails re resolving overlay issues of market participant and edit letter re same. | | 1.70 |
| Todderud | 2/20/2020 | Draft letter re market participant settlement overlay | | 0.90 |
| Todderud | 2/21/2020 | Draft interim fee petition | | 1.70 |
| Todderud | 2/21/2020 | Review amendment to allocation agreements and allocation agreements for generator settlements | | 1.20 |
| Todderud | 2/24/2020 | revise escrow disbursement instruction | | 0.70 |
| Todderud | 2/24/2020 | Attend internal call re status and strategy | | 0.40 |
| Todderud | 2/24/2020 | Review Anaheim settlement | | 0.80 |
| Todderud | 2/24/2020 | Revise fee application documents | | 0.50 |
| Todderud | 2/24/2020 | Draft letter agreement re market participant settlement overlay | | 1.30 |
| Berman | 2/24/2020 | Prepare for and attend weekly FERC strategy call. | | 0.40 |

| Attorney | Date | Description | Hours |
|---|---|---|---|
| Berman | 2/24/2020 | Emails and discussion re resolution of overlay issues with market participant and edit letter to participant re same. | 4.50 |
| Todderud | 2/25/2020 | Draft first supplemental declaration | 0.80 |
| Todderud | 2/25/2020 | Draft comments on overlay implementation agreement with a market participant | 1.20 |
| Todderud | 2/26/2020 | Draft comments on overlay implementation agreement with market participant | 0.90 |
| Todderud | 2/26/2020 | Emails re overlay implementation agreement with market participant | 0.60 |
| Berman | 2/26/2020 | Emails re resolution of overlay issues with market participants and revise letters re same. | 2.80 |
| Berman | 2/27/2020 | Prepare for and attend call with California Parties re overlays. | 1.40 |
| Berman | 2/27/2020 | Emails and discussion re resolution of overlay issues with several market participants and revise letter and proposals re same. | 3.30 |
| Todderud | 2/27/2020 | Attend settlement overlay call | 1.40 |
| Todderud | 2/28/2020 | Finalize disbursement instructions | 0.60 |
| Todderud | 2/28/2020 | Draft overlay implementation agreement with market participant | 1.30 |
| Berman | 2/28/2020 | Edit overlay implementation agreements with several market participants and emails and research re same. | 2.60 |

15