# UNITED STATES BANKRUPTCY COURT

## Northern District of California

In re: PG&E Corporation                    Case No. 19-30088

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC                           Landis+Gyr, LLC
Name of Transferee                            Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known): 2506
should be sent:                                Amount of Claim: USD$1,377,642.50
                                               Date Claim Filed: 04/17/2019
TRC MASTER FUND LLC
Attn: Terrel Ross                              Phone: (678) 258-1338
PO Box 633                                     Last four digits of Acct.#:  N/A
Woodmere, NY 11598
                                               Name and Current Address of Transferor:
Phone:  516-255-1801
Last four digits of Acct#:  N/A                Landis+Gyr, LLC
                                               c/o Kilpatrick Townsend & Stockton LLP
Name and address where transferee payments     Attn: Colin M. Bernardino, Esq.
should be sent (if different from above):      1100 Peachtree Street NE, Suite 2800
                                               Atlanta, GA 30309-4528
Phone:  N/A
Last four digits of Acct#:  N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:   /s/Terrel Ross                    Date: March 30th , 2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO:      United States Bankruptcy Court ("Bankruptcy Court")
Northern District of California
Attention: Clerk

AND TO:    Pacific Gas and Electric Company (Debtor)
Case No. 19-30089
(Jointly Administered Under PG&E Corporation, et al., Case No. 19-30088)

Claim #2506

**Landis+Gyr, LLC,** its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633 Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$1,377,642.50** ("Claim"), against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 30TH DAY OF MARCH, 2020.

ASSIGNOR: Landis+Gyr, LLC

_____
(Signature)

Blake Miskin
(Print Name)

CFO Americas
(Title)

ASSIGNEE: TRC MASTER FUND LLC

_____
(Signature)

Terrel Ross
(Print Name)

Managing Director
(Title)

US2008 16712275 2

| Creditor | Debtor Name | Claim Number |
|---|---|---|
| Landis+Gyr LLC | Pacific Gas and Electric Company | 2506 |
| c/o Kilpatrick Townsend & Stockton LLP | Date Filed | Schedule Number |
| Attn: Colin M. Bernardino, Esq. | 04/17/2019 | n/a |
| 1100 Peachtree Street NE, Suite 2800 | | |
| Atlanta, GA 30309-4528 | | |

## Claim Amounts

| Claim Nature | Schedule Amount | C*U*D* | Asserted Claim Amount | C*U*F* | Current Claim Value | Claim Status |
|---|---|---|---|---|---|---|
| General Unsecured | | | | | $116,642.50 | Set by Objection Order |
| Priority | | | | | | |
| Secured | | | | | | |
| 503(b)(9) Admin Priority | | | $1,377,642.50 | | $1,261,000.00 | Set by Objection Order |
| Admin Priority | | | | | | |
| **Total** | **$0.00** | | **$1,377,642.50** | | **$1,377,642.50** | |

*C=Contingent, U=Unliquidated, D=Disputed, F=Foreign