| | |
|---|---|
| 1 | DOWNEY BRAND LLP |
| 2 | Jamie P. Dreher (Bar No. 209380) |
|   | 621 Capitol Mall, 18th Floor |
|   | Sacramento, CA  95814 |
| 3 | Telephone:     (916) 444-1000 |
|   | Facsimile:      (916) 444-2100 |
| 4 | |
|   | Attorneys for |
| 5 | A. Teichert & Son, Inc., dba Teichert Waterwork |
|   | Services |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| In re: | Case Nos.: |
|---|---|
| PG&E CORPORATION | 19-30088 (DM) – Lead Case |
| and | 19-30089 (DM) |
| PACIFIC GAS AND ELECTRIC COMPANY, | Chapter 11 Case |
| Debtors. | |
| ☐  Affects PG&E Corporation | **NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT TO 11 U.S.C. § 546(b)(2)** |
| ☐  Affects Pacific Gas and Electric Company | |
| ☒  Affect both Debtors | |

A. Teichert & Son, Inc., dba Teichert Waterwork Services ("TEICHERT"), by and through its undersigned counsel, hereby gives notice of continued perfection of its mechanics lien under 11 U.S.C. § 546(b)(2), as follows:

1.  TEICHERT is a corporation that has provided and delivered labor, services, equipment, and/or materials for a work of improvement located in the County of Merced, State of California (the "Property") and owned by PG&E Corporation and/or Pacific Gas

1608907v1

1

and Electric Company (collectively, the "Debtors").

2. Through February 11, 2020, the amount owing to TEICHERT is at least $677,979.45, exclusive of accruing interest and other charges, with additional amounts owed and accrued after February 11, 2020.

3. Teichert properly perfected its mechanics lien under California Civil Code §§ 8400, *et seq.* by timely recording its Mechanics Lien (Claim of Lien) in the Official Records of Merced County, State of California, as more fully described in its Mechanics Lien, a true copy of which is attached hereto as Exhibit A, on or about February 13, 2020.

4. Pursuant to California Civil Code § 8460, an action to enforce a lien must be commenced within 90 days after recordation of the claim of lien. However, due to the automatic stay set forth in 11 U.S.C. § 362, TEICHERT is precluded from filing a state court action to enforce its mechanics lien. 11 U.S.C. § 546(b)(2) provides that when applicable law requires seizure of property or commencement of an action to perfect, maintain, or continue the perfection of an interest in property, and the property has not been seized or an action has not been commenced before the bankruptcy petition date, then the claimant shall instead give notice within the time fixed by law for seizing the property or commencing an action. (See 11 U.S.C. § 546(b)(2); see also In re Baldwin Builders (Village Nurseries v. Gould), 232 B.R. 406, 410-411 (9th Cir. 1999); Village Nurseries v. Greenbaum, 101 Cal.App.4th 26, 41 (Cal. Ct. App. 2002).)

5. Accordingly, TEICHERT hereby provides notice of its rights as a perfected lienholder in the Property pursuant to California's mechanics lien law. TEICHERT is filing and serving this notice to preserve, perfect, maintain, and continue the perfection of its lien and its rights in the Property to comply with the requirements of California state law, 11 U.S.C. §§ 362(a), 362(b)(3), and 546(b)(2), and any other applicable law. This notice constitutes the legal equivalent of having commenced an action to foreclose the lien in the proper court. By this notice, the Debtors and other parties in interest are estopped from claiming that the lawsuit to enforce TEICHERT's mechanics lien was not timely commenced pursuant to applicable state law. TEICHERT intends to enforce its lien rights to the fullest

extent permitted by applicable law. The interests perfected, maintained, or continued by 11 U.S.C. § 546(b)(2) extend in and to the proceeds, products, offspring, rents, or profits of the Property.

6. The filing of this notice shall not be construed as an admission that such filing is required under the Bankruptcy Code, the California mechanics lien law, or any other applicable law. In addition, TEICHERT does not make any admission of fact or law, and TEICHERT asserts that its lien is senior to and effective against entities that may have acquired rights or interests in the Property previously.

7. The filing of this notice shall not be deemed to be a waiver of TEICHERT's right to seek relief from the automatic stay to foreclose its mechanics lien and/or a waiver of any other rights or defenses.

8. TEICHERT reserves all rights, including the right to amend or supplement this notice.

DATED: March 30, 2020

                          DOWNEY BRAND LLP

                          By: /s/ Jamie P. Dreher
                               JAMIE P. DREHER
                                 Attorney for
                A. TEICHERT & SON, INC., DBA TEICHERT
                         WATERWORK SERVICES

1608907v1

3

Case: 19-30088    Doc# 6524    Filed: 03/30/20    Entered: 03/30/20 14:22:01    Page 3 of 8
NOTICE OF CONTINUED PERFECTION OF MECHANICS LIEN PURSUANT 11 U.S.C. § 546

# EXHIBIT A

RECORDING REQUESTED BY
REQUESTED BY SCOTT MCELHERN
WHEN RECORDED MAIL TO

NAME        DOWNEY BRAND LLP
MAILING     Scott McElhern
ADDRESS    621 Capitol Mall, 18th Floor
                 Sacramento, CA 95814

PHONE       (916) 444-1000
NUMBER

Recorded in Official Records,
MERCED COUNTY
Doc#: 2020005209
02/13/2020 12:26 PM

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

# CLAIM OF MECHANICS LIEN
## (Cal. Civ. Code § 8416)

1. A. Teichert & Son, Inc. dba Teichert Waterwork Services ("Claimant") claims a mechanics lien for the labor, services, equipment and/or materials described in paragraph 2, on that certain real property located in the City of Merced, County of Merced, State of California, generally described as:

PG&E Merced New Service Center, 4157 East Childs Avenue, Merced, California 95341
(also known as 4155 East Childs Avenue, Merced, California 95341)
APN: 061-033-027-000 (Roebbelen Job No. 21-18-312)

2. After deducting all just credits and offsets, the sum of $677,979.45 plus interest accrued and accruing thereon at the maximum legal rate, is due Claimant for the following labor, services, equipment or materials: clearing and grubbing, drainage/sewer/water systems, utilities concrete & structural, and additional miscellaneous items.

3. Claimant furnished the work and materials at the request of and under contract with Roebbelen Contracting, Inc., 1241 Hawks Flight Court, El Dorado Hills, California 95762.

4. The name and address of the owner or reputed owner of the real property and improvements thereon is Pacific Gas & Electric Company, 77 Beale Street, 32nd Floor, San Francisco, California 94105.

5. Claimant's address is: 5771 South Toyota Place, Fresno, California 93725.

DATED: 2/11/2020

A. TEICHERT & SON, INC., dba TEICHERT
WATERWORK SERVICES

By: _____
Sean Collins, Credit Manager

1607864v1

## VERIFICATION

I, Sean Collins, am the Credit Manager of A. Teichert & Son, Inc. dba Teichert Waterwork Services, and am authorized to make this verification for and on its behalf. I have read the foregoing claim of mechanics lien and know the contents of the claim of mechanics lien to be true of my own knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: 2/11/2020

A. TEICHERT & SON, INC. dba TEICHERT WATERWORK SERVICES

By: _____
Sean Collins, Credit Manager

1607864v1

## NOTICE OF MECHANICS LIEN CLAIM

### ATTENTION!

Upon the recording of the enclosed MECHANICS LIEN with the county recorder's office of the county where the property is located, your property is subject to the filing of a legal action seeking a court-ordered foreclosure sale of the real property on which the lien has been recorded. That legal action must be filed with the court no later than 90 days after the date the mechanics lien is recorded.

The party identified in the enclosed mechanics lien may have provided labor or materials for improvements to your property and may not have been paid for these items. You are receiving this notice because it is a required step in filing a mechanics lien foreclosure action against your property. The foreclosure action will seek to pay for unpaid labor, materials, or improvements provided to your property. This may affect your ability to borrow against, refinance, or sell the property until the mechanics lien is released.

BECAUSE THE LIEN AFFECTS YOUR PROPERTY, YOU MAY WISH TO SPEAK WITH YOUR CONTRACTOR IMMEDIATELY, OR CONTACT AN ATTORNEY, OR FOR MORE INFORMATION ON MECHANICS LIENS GO TO THE CONTRACTORS' STATE LICENSE BOARD WEB SITE AT www.clb.ca.gov.

1607864v1

## PROOF OF SERVICE AFFIDAVIT

I, Brenda Bracy, declare:

On February 13, 2020, at Sacramento, California, I served the enclosed:

## CLAIM OF MECHANIC'S LIEN

by enclosing true and correct copies thereof in sealed envelopes, with postage thereon fully prepaid, using one of the following described mailing methods:

- ☐ Registered Mail, Return Receipt Requested;
- ☒ Certified Mail, Return Receipt Requested;
- ☐ Express Mail; or
- ☐ Overnight delivery by an express service carrier.

The envelope was addressed as follows:

Roebbelen Contracting, Inc.  
1241 Hawks Flight Court  
El Dorado Hills, CA 95762

Pacific Gas & Electric Company  
77 Beale Street, 32nd Floor  
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Signed on February 13, 2020, at Sacramento, California.

*/s/ Brenda Bracy*  
Brenda Bracy

1510300.1