**EXHIBIT A**

**EXHIBIT A**
**COMPENSATION BY PROFESSIONAL**
**FOR THE PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---:|---:|---:|
| Brent Williams | Managing Director | $ 1,195 | 243.0 | $ 290,385.00 |
| Alex Stevenson | Managing Director | 1,195 | 84.5 | 100,977.50 |
| Brendan Murphy | Managing Director | 1,095 | 219.9 | 240,790.50 |
| Sherman Guillema | Director | 895 | 83.6 | 74,822.00 |
| Peter Gnatowski | Director | 895 | 271.1 | 242,634.50 |
| Matt Merkel | Vice President | 795 | 176.1 | 139,999.50 |
| Erik Ellingson | Associate | 695 | 130.3 | 90,558.50 |
| Naeem Muscatwalla | Associate | 695 | 0.5 | 347.50 |
| Riley Jacobs | Analyst | 395 | 281.5 | 111,192.50 |
| Alex Gebert | Analyst | 395 | 138.1 | 54,549.50 |
| Zack Stone | Analyst | 395 | 191.3 | 75,563.50 |
| **Total** | | | | $ **1,421,820.50** |