**EXHIBIT B**

# EXHIBIT B
# COMPENSATION BY WORK TASK CODE
# FOR THE PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020

| Task Code | Task Description | Total Hours | Total Fees |
|---|---|---:|---:|
| 3 | Financial Analysis (Requested by Counsel, or Otherwise) | 156.4 | $ 127,328.00 |
| 4 | 13-Week Cash Flow / MOR / Liquidity Analysis | 31.3 | 21,753.50 |
| 6 | Due Diligence of Wildfire Safety Plan and Related Analysis | 29.1 | 19,194.50 |
| 7 | Debtor Professionals - Diligence / Meetings / Calls | 23.0 | 19,935.00 |
| 9 | Other Professionals / Interested Parties - Diligence / Meetings / Calls | 14.9 | 17,805.50 |
| 10 | Tort Claimants (Counsel/FA) - Diligence / Meetings / Calls | 67.5 | 75,292.50 |
| 12 | Committee Related Matters - Diligence / Meetings / Calls | 159.0 | 157,555.00 |
| 13 | Bankruptcy Filings, Motions and Other Document Review | 90.9 | 60,715.50 |
| 16 | Review of Claims and Related Analysis | 250.6 | 203,447.00 |
| 18 | Analysis of New Debt or Equity Capital | 90.6 | 79,877.00 |
| 19 | Analysis of Pro-Forma Capital Structure, and Related Analysis | 63.6 | 40,612.00 |
| 20 | Benchmarking and Related Analysis | 298.7 | 180,896.50 |
| 21 | Term Sheets, Plan, and Disclosure Statement Analysis | 206.9 | 176,405.50 |
| 22 | Review of Discovery Documents and Deposition Preparation (Witnesses) | 82.2 | 47,149.00 |
| 23 | Deposition(s), Testimony, Court Hearing(s), and Related Preparation / Attendance | 10.8 | 9,356.00 |
| 24 | Business Plan | 28.9 | 29,495.50 |
| 25 | Regulatory and Legislative Matters, and Related Financial Analysis | 91.3 | 67,783.50 |
| 26 | Travel Time - Non Working Travel (Capped) | 10.0 | 11,950.00 |
| 27 | Project Administration | 39.1 | 32,994.50 |
| 29 | Time and Expenses Tracking | - | - |
| 31 | Fee Application Preparation | 75.1 | 42,274.50 |
| **Grand Total** | | **1,819.9** | **$ 1,421,820.50** |