# **EXHIBIT C**

# EXHIBIT C
# EXPENSE SUMMARY
# FOR THE PERIOD JANUARY 1, 2020 THROUGH JANUARY 31, 2020

| **Expense Type** | **Amount** |
|---|---:|
| Airfare | $2,518.05 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | $877.80 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | $614.24 |
| Hotel Stay (Traveling) | $1,190.86 |
| Internet/Online Fees | $81.15 |
| Meals - In Town Only | $926.00 |
| Meals - Out-of-Town Travel Only | $458.61 |
| Other / Miscellaneous | $391.85 |
| Parking | $90.00 |
| Printing/Photocopying (In-House) | $887.45 |
| Teleconferencing | $659.06 |
| **Total** | **$8,695.07** |