# Exhibit E

# EXHIBIT E
# EXPENSE DETAIL
# FOR THE PERIOD JANUARY 1, 2020 TO JANUARY 31, 2020[(1)]

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount |
|---|---|---|---|---|
| Airfare | 1/2/2020 | 001462 Williams, Brent C | Ticketing Fees | 9.00 |
| Airfare | 1/2/2020 | 001462 Williams, Brent C | Airfare | 869.64 |
| Airfare | 1/19/2020 | 001462 Williams, Brent C | Ticketing Fees | 9.00 |
| Airfare | 1/19/2020 | 001462 Williams, Brent C | Airfare | 505.60 |
| Airfare | 1/22/2020 | 001462 Williams, Brent C | Ticketing Fees | 9.00 |
| Airfare | 1/22/2020 | 001462 Williams, Brent C | Airfare | 693.85 |
| Airfare | 1/27/2020 | 001206 Stevenson, Alexander W | Ticketing Fees | 19.00 |
| Airfare | 1/27/2020 | 001206 Stevenson, Alexander W | Airfare | 402.96 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/4/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 9.32 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/6/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 15.22 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/11/2019 | 001402 Guillema, Sherman R | Working Past 9pm / Late Night Transportation | 21.81 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/11/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 14.72 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/12/2019 | 001402 Guillema, Sherman R | Working Past 9pm / Late Night Transportation | 26.06 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/13/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 15.97 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/17/2019 | 001693 Ellingson, Erik | Working Past 9pm / Late Night Transportation | 16.33 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 12/24/2019 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 6.25 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/4/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 26.95 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/5/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 28.66 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/7/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 24.73 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/8/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 27.87 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/10/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 25.11 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/11/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 25.85 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/12/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 25.57 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/13/2020 | 001516 Stone, Zack | Working Past 9pm / Late Night Transportation | 19.56 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/13/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 22.13 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/13/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 28.96 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/14/2020 | 001516 Stone, Zack | Working Past 9pm / Late Night Transportation | 19.56 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/14/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 22.51 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/14/2020 | 001693 Ellingson, Erik | Working Past 9pm / Late Night Transportation | 12.98 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/15/2020 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 10.94 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/15/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 28.91 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/15/2020 | 001502 Merkel, Matthew E | Working Past 9pm / Late Night Transportation | 53.92 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/16/2020 | 001516 Stone, Zack | Working Past 9pm / Late Night Transportation | 19.56 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/21/2020 | 001516 Stone, Zack | Working Past 9pm / Late Night Transportation | 21.36 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/21/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 57.60 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/22/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 21.40 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/23/2020 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 9.78 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/24/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 25.30 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/25/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 28.64 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/27/2020 | 001516 Stone, Zack | Working Past 9pm / Late Night Transportation | 19.30 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/27/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 26.41 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/28/2020 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 9.27 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/28/2020 | 001473 Gebert, Alexander M | Working Past 9pm / Late Night Transportation | 11.51 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/28/2020 | 001516 Stone, Zack | Working Past 9pm / Late Night Transportation | 14.76 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/28/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 24.73 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/29/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 20.84 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/30/2020 | 001597 Jacobs, Riley | Working Past 9pm / Late Night Transportation | 20.30 |
| Ground Transportation (In-Town - Taxi/Uber/Car Service) | 1/30/2020 | 001693 Ellingson, Erik | Working Past 9pm / Late Night Transportation | 17.15 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 1/10/2020 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 137.33 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 1/10/2020 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 188.87 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 1/11/2020 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 17.99 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 1/11/2020 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 46.40 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 1/22/2020 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 43.03 |
| Ground Transportation (Out-of-Town - Taxi/Uber/Car Service) | 1/24/2020 | 001462 Williams, Brent C | Taxi/Uber/Car Service: Travel To/From Airport/Hotel/Meetings | 180.62 |
| Hotel Stay (Traveling) | 1/11/2020 | 001462 Williams, Brent C | Hotel Stay | 268.93 |
| Hotel Stay (Traveling) | 1/12/2020 | 001462 Williams, Brent C | Hotel Stay | 327.15 |
| Hotel Stay (Traveling) | 1/24/2020 | 001462 Williams, Brent C | Hotel Stay | 594.78 |

# EXHIBIT E
# EXPENSE DETAIL
# FOR THE PERIOD JANUARY 1, 2020 TO JANUARY 31, 2020[(1)]

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount |
|---|---|---|---|---|
| Internet/Online Fees | 1/3/2020 | 001462 Williams, Brent C | Internet/Online Fees | 12.20 |
| Internet/Online Fees | 1/10/2020 | 001462 Williams, Brent C | Internet/Online Fees | 19.00 |
| Internet/Online Fees | 1/24/2020 | 001652 Gnatowski, Peter | Internet/Online Fees | 49.95 |
| Meals - In Town Only | 12/4/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 27.85 |
| Meals - In Town Only | 12/6/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 11.43 |
| Meals - In Town Only | 12/11/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 13.26 |
| Meals - In Town Only | 12/13/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 9.70 |
| Meals - In Town Only | 12/16/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 6.10 |
| Meals - In Town Only | 12/17/2019 | 001693 Ellingson, Erik | Working Past 8pm / In Office Dinner (One Professional) | 28.95 |
| Meals - In Town Only | 12/19/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 28.38 |
| Meals - In Town Only | 12/26/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 7.36 |
| Meals - In Town Only | 12/27/2019 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 1/2/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 1/3/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 1/5/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) | 17.63 |
| Meals - In Town Only | 1/6/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) | 28.91 |
| Meals - In Town Only | 1/7/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 1/8/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 1/10/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) | 16.33 |
| Meals - In Town Only | 1/13/2020 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 25.80 |
| Meals - In Town Only | 1/13/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 1/14/2020 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 22.29 |
| Meals - In Town Only | 1/14/2020 | 001693 Ellingson, Erik | Working Past 8pm / In Office Dinner (One Professional) | 26.41 |
| Meals - In Town Only | 1/15/2020 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 14.31 |
| Meals - In Town Only | 1/15/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 1/15/2020 | 001502 Merkel, Matthew E | Working Past 8pm / In Office Dinner (One Professional) | 23.98 |
| Meals - In Town Only | 1/16/2020 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 14.70 |
| Meals - In Town Only | 1/17/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 1/21/2020 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 25.53 |
| Meals - In Town Only | 1/21/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 1/21/2020 | 001693 Ellingson, Erik | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 1/22/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 1/23/2020 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 26.48 |
| Meals - In Town Only | 1/24/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 1/27/2020 | 001473 Gebert, Alexander M | Working Past 8pm / In Office Dinner (One Professional) | 18.86 |
| Meals - In Town Only | 1/27/2020 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 25.80 |
| Meals - In Town Only | 1/27/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 1/28/2020 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 13.06 |
| Meals - In Town Only | 1/29/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 1/30/2020 | 001516 Stone, Zack | Working Past 8pm / In Office Dinner (One Professional) | 15.24 |
| Meals - In Town Only | 1/30/2020 | 001597 Jacobs, Riley | Working Past 8pm / In Office Dinner (One Professional) Capped | 30.00 |
| Meals - In Town Only | 1/30/2020 | 001693 Ellingson, Erik | Working Past 8pm / In Office Dinner (One Professional) | 27.64 |
| Meals - Out-of-Town Travel Only | 12/19/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (Four Professionals) | 200.59 |
| Meals - Out-of-Town Travel Only | 12/11/2019 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 21.68 |
| Meals - Out-of-Town Travel Only | 1/11/2020 | 001462 Williams, Brent C | Travel Meal - Breakfast (One Professional) Capped | 35.00 |
| Meals - Out-of-Town Travel Only | 1/11/2020 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 73.95 |
| Meals - Out-of-Town Travel Only | 1/12/2020 | 001462 Williams, Brent C | Travel Meal - Breakfast (One Professional) | 24.89 |
| Meals - Out-of-Town Travel Only | 1/12/2020 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 42.50 |
| Meals - Out-of-Town Travel Only | 1/24/2020 | 001462 Williams, Brent C | Travel Meal - Dinner (One Professional) | 60.00 |
| Other / Miscellaneous | 1/19/2020 | | Postage/Shipping | 35.58 |
| Other / Miscellaneous | 1/31/2020 | | Postage/Shipping | 356.27 |
| Parking | 1/24/2020 | 001462 Williams, Brent C | Parking at airport | 90.00 |
| Printing/Photocopying (In-House) | 1/31/2020 | | Presentation Printing Hours | 360.00 |
| Printing/Photocopying (In-House) | 1/31/2020 | | Color Printing | 527.45 |
| Teleconferencing | 12/4/2019 | 001473 Gebert, Alexander M | Court Call | 58.00 |
| Teleconferencing | 12/6/2019 | 001473 Gebert, Alexander M | Court Call | 102.50 |
| Teleconferencing | 12/13/2019 | 001473 Gebert, Alexander M | Court Call | 87.50 |

**EXHIBIT E**
**EXPENSE DETAIL**
**FOR THE PERIOD JANUARY 1, 2020 TO JANUARY 31, 2020**[1]

| Project Category | Expense Date | LI Professional(s) | Expense Detail(s) / Internal Memo(s) | Amount |
|---|---|---|---|---|
| Teleconferencing | 12/19/2019 | 001473 Gebert, Alexander M | Court Call | 185.00 |
| Teleconferencing | 1/15/2020 | 001473 Gebert, Alexander M | Court Call | 57.50 |
| Teleconferencing | 1/31/2020 | | Conference Calls | 168.56 |