| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 2 | Leo T. Crowley (*pro hac vice*) |
| | 31 West 52nd Street |
| 3 | New York, NY 10019-6131 |
| | (212) 858-1000 |
| 4 | leo.crowley@pillsburylaw.com |
| 5 | Matthew S. Walker |
| | 12255 El Camino Real, Suite 300 |
| 6 | San Diego, CA 92130-4088 |
| | (858) 847-4158 |
| 7 | matthew.walker@pillsburylaw.com |
| 8 | Dania Slim (*pro hac vice*) |
| | 324 Royal Palm Way, Suite 220 |
| 9 | Palm Beach, FL 33480-4309 |
| | (561) 232-3300 |
| 10 | dania.slim@pillsburylaw.com |
| 11 | *Counsel for Wilmington Trust, National Association,* |
| | *as the HoldCo Revolver Loan Administrative Agent* |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors.** | **NOTICE OF HEARING ON WILMINGTON TRUST, NATIONAL ASSOCIATION'S MOTION FOR AN ORDER ALLOWING PROOFS OF CLAIM NOS. 31005 AND 55147 AND REQUIRING PLAN TREATMENT CONSISTENT THEREWITH** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors | |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Date: April 29, 2020<br>Time: 10:00 a.m. (Pacific Time)<br>Place: (**Telephonic Appearances Only**)<br>United States Bankruptcy Court<br>Courtroom 17, 16th Floor<br>San Francisco, CA 94102<br><br>Objection Deadline: April 15, 2020 at 4:00 p.m. (PT) |

| | |
|---|---|
| 1 | **PLEASE TAKE NOTICE** that on March 30, 2020, Wilmington Trust, National |
| 2 | Association filed a *Motion for an Order Allowing Proofs of Claim Nos. 31005 and 55147 and* |
| 3 | *Requiring Plan Treatment Consistent Therewith, and Memorandum of Points and Authorities in* |
| 4 | *Support* [Doc. No. 6529] (the "**Motion**") in the above-captioned chapter 11 cases (the "**Chapter** |
| 5 | **11 Cases**") with the U.S. Bankruptcy Court for the Northern District of California (San |
| 6 | Francisco Division) (the "**Bankruptcy Court**"). |
| 7 | **PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court will hold a hearing on |
| 8 | **April 29, 2020 at 10:00 a.m. (Pacific Time)** (the "**Omnibus Hearing**") before the Honorable |
| 9 | Dennis Montali, United States Bankruptcy Judge.  Pursuant to the Bankruptcy Court's *General* |
| 10 | *Order No. 38 In re: Coronavirus Disease Public Health Emergency*, dated March 18, 2020, **the** |
| 11 | **Omnibus Hearing will be conducted telephonically.  The courtroom will be closed**.  All |
| 12 | parties who wish to appear at the Omnibus Hearing must make arrangements to appear |
| 13 | telephonically with CourtCall at 1-866-582-6878 no later than 4:00 p.m. (Pacific Time) on the |
| 14 | day before the Omnibus Hearing.  Further information regarding telephonic appearances via |
| 15 | CourtCall can be found on the Bankruptcy Court's website, at the following location: |
| 16 | www.canb.uscourts.gov > Rules and Procedures> District Procedures > Policy and Procedure for |
| 17 | Appearances by Telephone.  Charges have been waived by CourtCall for pro se parties. |
| 18 | **PLEASE TAKE FURTHER NOTICE** that, in addition to any other matters to be heard |
| 19 | at the Omnibus Hearing, the Bankruptcy Court is scheduled to hear the Motion. |
| 20 | **PLEASE TAKE FURTHER NOTICE** that any oppositions or responses to the Motion |
| 21 | must be in writing, filed with the Bankruptcy Court, and served on Wilmington Trust's counsel |
| 22 | at the above-referenced addresses and via e-mail so as to be received no later than **4:00 p.m.** |
| 23 | **(Pacific Time) on April 15, 2020**.  Any oppositions or responses must be filed and served on all |
| 24 | "Standard Parties" as defined in, and in accordance with, the *Second Amended Order* |
| 25 | *Implementing Certain Notice and Case Management Procedures* entered May 14, 2019 [Doc. |
| 26 | No. 1966] (the "**Case Management Order**").  **Any relief requested in the Motion may be** |
| 27 | |
| 28 | |

**granted without a hearing if no opposition is timely filed and served in accordance with the Case Management Order**.  In deciding the Motion, the Court may consider any other document filed in these Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion and its supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at https://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties: or +1 (929) 333-8977 for International parties or by e-mail at: pgeinfo@primeclerk.com.  Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: March 30, 2020          **PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: /s/ *Leo Crowley*
Leo T. Crowley (*pro hac vice*)

31 West 52nd Street
New York, NY 10019-6131
(212) 858-1000
leo.crowley@pillsburylaw.com

Dania Slim (*pro hac vice*)
324 Royal Palm Way, Suite 220
Palm Beach, FL 33480-4309
(561) 232-3300
dania.slim@pillsburylaw.com

*Counsel for Wilmington Trust, National Association, as the HoldCo Revolver Loan Administrative Agent*