Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

# Exhibit A

**COMPENSATION BY PROFESSIONAL**
**JANUARY 1, 2020 THROUGH JANUARY 31, 2020**

The attorneys who rendered professional services in these Chapter 11 Cases during the Fee Period are:

| NAME OF PROFESSIONAL PARTNERS AND COUNSEL | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Blake, Stephen | Litigation | 2008 | $1,325 | 25.60 | $33,920.00 |
| Curnin, Paul C. | Litigation | 1988 | $1,640 | 7.70 | $12,628.00 |
| Goldin, Nicholas | Litigation | 2000 | $1,480 | 37.00 | $54,760.00 |
| Grogan, Gregory T. | ECEB | 2001 | $1,535 | 23.70 | $36,379.50 |
| Lesser, Lori E. | Litigation | 1994 | $1,535 | 0.30 | $460.50 |
| Ponce, Mario A. | Corporate | 1989 | $1,640 | 54.50 | $89,380.00 |
| Purushotham, Ravi | Corporate | 2010 | $1,325 | 19.20 | $25,440.00 |
| Qusba, Sandy | Corporate | 1994 | $1,535 | 86.90 | $133,391.50 |
| Alcabes, Elisa | Litigation | 1989 | $1,220 | 5.60 | $6,832.00 |
| McLendon, Kathrine | Corporate | 1985 | $1,220 | 20.20 | $24,644.00 |
| Ricciardi, Sara A. | Litigation | 2003 | $1,190 | 77.90 | $92,701.00 |
| **Total Partners and Counsel:** | | | | **358.60** | **$510,536.50** |

| NAME OF PROFESSIONAL ASSOCIATES | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Campbell, Eamonn W. | Litigation | 2016 | $915 | 30.20 | $27,633.00 |
| Egenes, Erica M. | Corporate | 2018 | $840 | 36.90 | $30,996.00 |
| Fell, Jamie | Corporate | 2015 | $995 | 14.20 | $14,129.00 |
| Isaacman, Jennifer | Litigation | 2019 | $590 | 33.90 | $20,001.00 |
| Kinsel, Kourtney J. | Litigation | 2018 | $590 | 33.80 | $19,942.00 |
| Lundqvist, Jacob | Litigation | 2019 | $590 | 17.50 | $10,325.00 |
| Phillips, Jacob M. | ECEB | 2017 | $840 | 11.60 | $9,744.00 |
| Sussman, Rebecca A. | Litigation | 2017 | $840 | 2.60 | $2,184.00 |
| **Total Associates:** | | | | **180.70** | **$134,954.00** |

| NAME OF PARAPROFESSIONALS | DEPARTMENT | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Franklin, Janie Marie | Paralegal – Litigation | | $455 | 0.40 | $182.00 |
| Kortright, Magallie | Paralegal – Litigation | | $400 | 0.20 | $80.00 |
| Laspisa, Rosemarie | Paralegal – Litigation | | $400 | 1.00 | $400.00 |
| **Total Paraprofessionals:** | | | | **1.60** | **$662.00** |

| PROFESSIONALS | BLENDED HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $1,423.69 | 358.60 | $510,536.50 |
| Associates | $746.84 | 180.70 | $134,954.00 |
| Paraprofessionals | $413.75 | 1.60 | $662.00 |
| Blended Attorney Rate | $1,196.90 | | |
| **Total Fees Incurred** | | **540.90** | **$646,152.50** |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017