Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

<u>**Exhibit C**</u>

**EXPENSE SUMMARY FOR THE PERIOD
<u>JANUARY 1, 2020 THROUGH JANUARY 31, 2020</u>**

| <u>Expenses</u> | <u>Amounts</u> |
|---|---|
| **Court Fees** | **$535.00** |
| **Research** | **$423.87** |
| Online Research | $290.89 |
| Document Retrieval | $132.98 |
| **Meals** | **$201.49** |
| **Travel/Transportation** | **$154.53** |
| **Duplicating** | **$22.05** |
| **Courier and Postage** | **$2.30** |
| **Conferencing/Communication** | **$114.97** |
| Telephone/Conferencing | $57.47 |
| Court Call | $57.50 |
| **Total Expenses Requested:** | **$1,454.21** |