# Exhibit E

## ITEMIZED DISBURSEMENTS

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| **Research** | | | |
| Document Retrieval | 12/2/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/2/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/2/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/3/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/3/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/3/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/4/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/4/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/4/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |

---

[2] The amounts listed in this Exhibit are billed in accordance with the Guidelines and Local Rules.

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 12/5/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/5/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/5/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/6/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/6/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/6/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/9/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/9/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/9/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/10/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/10/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 12/10/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/11/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/11/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/11/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/12/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/12/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/12/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/13/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/13/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/13/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/16/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 12/16/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/16/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/17/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/17/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/17/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/19/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/19/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/19/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/20/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/20/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/20/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 12/23/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/23/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/23/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/26/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/26/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/26/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/27/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/27/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/27/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/30/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/30/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 12/30/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/31/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/31/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 12/31/2019 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Online research | 12/31/2019 | COURTALERT.COM, INC. - 12/31/19-Case Search [AD1] 651863/2012 | $38.87 |
| Document Retrieval | 1/2/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/2/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/2/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/3/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/3/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/3/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Pacer | 1/5/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 1/5/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 1/5/2020 | Charges LIBRARY, ID | $2.20 |
| Pacer | 1/5/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 1/5/2020 | Charges LIBRARY, ID | $0.30 |
| Pacer | 1/5/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 1/5/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 1/5/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 1/5/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 1/5/2020 | Charges LIBRARY, ID | $0.30 |
| Pacer | 1/5/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 1/5/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 1/5/2020 | Charges LIBRARY, ID | $2.50 |
| Document Retrieval | 1/6/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/6/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/6/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/6/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- | $1.09 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| | | CGC-17-562553 - janie.franklin@stblaw.com | |
| Document Retrieval | 1/6/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/7/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/7/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/7/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/8/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/8/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/8/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Pacer | 1/8/2020 | Charges Campbell, Eamonn W. | $0.10 |
| Pacer | 1/8/2020 | Charges Campbell, Eamonn W. | $0.10 |
| Pacer | 1/8/2020 | Charges Campbell, Eamonn W. | $0.10 |
| Pacer | 1/8/2020 | Charges Campbell, Eamonn W. | $3.00 |
| Pacer | 1/8/2020 | Charges Campbell, Eamonn W. | $3.00 |
| Pacer | 1/8/2020 | Charges Campbell, Eamonn W. | $0.90 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 1/9/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/9/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/9/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Pacer | 1/9/2020 | Charges Campbell, Eamonn W. | $0.10 |
| Pacer | 1/9/2020 | Charges Campbell, Eamonn W. | $0.10 |
| Pacer | 1/9/2020 | Charges Campbell, Eamonn W. | $3.00 |
| Pacer | 1/9/2020 | Charges Campbell, Eamonn W. | $0.80 |
| Document Retrieval | 1/10/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/10/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/10/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Pacer | 1/10/2020 | Charges Campbell, Eamonn W. | $0.10 |
| Pacer | 1/10/2020 | Charges Campbell, Eamonn W. | $3.00 |
| Pacer | 1/10/2020 | Charges Campbell, Eamonn W. | $0.40 |
| Pacer | 1/10/2020 | Charges Campbell, Eamonn W. | $0.90 |
| Pacer | 1/10/2020 | Charges Campbell, Eamonn W. | $3.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Pacer | 1/10/2020 | Charges Campbell, Eamonn W. | $3.00 |
| Pacer | 1/10/2020 | Charges Campbell, Eamonn W. | $0.40 |
| Pacer | 1/11/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 1/11/2020 | Charges LIBRARY, ID | $0.80 |
| Document Retrieval | 1/13/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/13/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/13/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/14/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/14/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/14/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Online Research - Lex Machina | 1/14/2020 | Elise Ng | $1.00 |
| Online Research - Lex Machina | 1/14/2020 | Elise Ng | $71.92 |
| Document Retrieval | 1/15/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/15/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- | $1.09 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| | | CGC-17-562591 - janie.franklin@stblaw.com | |
| Document Retrieval | 1/15/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/16/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/16/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/16/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/17/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/17/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/17/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Pacer | 1/17/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 1/17/2020 | Charges LIBRARY, ID | $0.80 |
| Document Retrieval | 1/21/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/21/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 1/21/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Pacer | 1/21/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 1/21/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 1/21/2020 | Charges LIBRARY, ID | $1.40 |
| Document Retrieval | 1/22/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/22/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/22/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Pacer | 1/23/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 1/23/2020 | Charges Ricciardi, Sara A. | $1.00 |
| Pacer | 1/23/2020 | Charges Ricciardi, Sara A. | $0.70 |
| Pacer | 1/23/2020 | Charges Ricciardi, Sara A. | $2.60 |
| Pacer | 1/23/2020 | Charges Ricciardi, Sara A. | $0.40 |
| Pacer | 1/23/2020 | Charges Ricciardi, Sara A. | $2.50 |
| Pacer | 1/23/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 1/23/2020 | Charges Ricciardi, Sara A. | $0.40 |
| Pacer | 1/23/2020 | Charges Ricciardi, Sara A. | $3.00 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Pacer | 1/23/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 1/23/2020 | Charges Ricciardi, Sara A. | $0.40 |
| Pacer | 1/23/2020 | Charges Ricciardi, Sara A. | $2.00 |
| Pacer | 1/23/2020 | Charges Ricciardi, Sara A. | $1.50 |
| Pacer | 1/23/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 1/23/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 1/23/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Document Retrieval | 1/23/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/23/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/23/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Pacer | 1/23/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 1/23/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 1/23/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 1/23/2020 | Charges LIBRARY, ID | $0.20 |
| Pacer | 1/23/2020 | Charges LIBRARY, ID | $0.10 |
| Pacer | 1/23/2020 | Charges LIBRARY, ID | $0.50 |
| Pacer | 1/23/2020 | Charges LIBRARY, ID | $0.10 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Pacer | 1/24/2020 | Charges Ricciardi, Sara A. | $0.40 |
| Pacer | 1/24/2020 | Charges Ricciardi, Sara A. | $0.60 |
| Pacer | 1/24/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 1/24/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 1/24/2020 | Charges Ricciardi, Sara A. | $0.30 |
| Document Retrieval | 1/24/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/24/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/24/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Pacer | 1/27/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Document Retrieval | 1/27/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/27/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/27/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Pacer | 1/28/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 1/28/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 1/28/2020 | Charges Ricciardi, Sara A. | $3.00 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Pacer | 1/28/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 1/28/2020 | Charges Ricciardi, Sara A. | $2.90 |
| Pacer | 1/28/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Document Retrieval | 1/28/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/28/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/28/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Pacer | 1/28/2020 | Charges LIBRARY, ID | $0.20 |
| Pacer | 1/28/2020 | Charges LIBRARY, ID | $2.40 |
| Pacer | 1/28/2020 | Charges LIBRARY, ID | $3.00 |
| Pacer | 1/29/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 1/29/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Document Retrieval | 1/29/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/29/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/29/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Pacer | 1/30/2020 | Charges Ricciardi, Sara A. | $3.00 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Pacer | 1/30/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 1/30/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 1/30/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 1/30/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 1/30/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 1/30/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 1/30/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 1/30/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 1/30/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Document Retrieval | 1/30/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/30/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/30/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Pacer | 1/31/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 1/31/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 1/31/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 1/31/2020 | Charges Ricciardi, Sara A. | $3.00 |
| Pacer | 1/31/2020 | Charges Ricciardi, Sara A. | $3.00 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Document Retrieval | 1/31/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562591 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/31/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CGC-17-562553 - janie.franklin@stblaw.com | $1.09 |
| Document Retrieval | 1/31/2020 | COURTHOUSE NEWS SERVICE - San Francisco County Superior Court- CJC-17-004955 - janie.franklin@stblaw.com | $1.09 |
| **Meals** | | | |
| Meals - Business | 1/6/2020 | ERICA EGENES - Business Meal; Lunch during a board meeting with Mario Ponce, Sandy Qusba, Ravi Purushotham and Jennifer Isaacman. Kazu Nori. Charged on Ms. Egenes's personal credit card. Kazu Nori. Charged on Ms. Egenes's personal credit card. Jan 06, 2020; Erica Egenes. Erica Egenes, Mario Ponce, Sandy Qusba, Ravi Purushotham, Jennifer Isaacman | $98.98 |
| Meals - Overtime | 1/7/2020 | ERICA EGENES - Overtime Meal 09PM; Overtime meal. Dinner for Mario Ponce, Sandy Qusba, R. Purushothan, and me. Motorino - Upper West Side. Charged on Ms. Egenes's personal credit card. Motorino - Upper West Side. Charged on Ms. Egenes's personal credit card. Jan 07, 2020; Erica Egenes. Erica Egenes, Mario Ponce, Ravi Purushotham | $102.51 |
| **Travel/Transportation** | | | |
| OT - Carfare | 1/7/2020 | MARIO PONCE - Overtime Transportation 10PM; XYZ TWO WAY RADIO SERVICE - Carfare XYZ Taxi/01/07/20/2221/PONCE MARIO A. | $129.15 |
| OT - Carfare | 1/7/2020 | ERICA EGENES - Overtime Transportation 10PM; Overtime transportation. Merchant: Uber Technologies, Inc. Merchant:Uber Technologies, Inc. Merchant: Uber | $25.38 |

Simpson Thacher & Bartlett LLP
425 Lexington Ave
New York, NY 10017

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| | | Technologies, Inc. Merchant:Uber Technologies, Inc. Jan 07, 2020; Erica Egenes. | |
| **Duplicating** | | | |
| Print from email, color | 1/14/2020 | Print from email, color: New York Isaacman, Jennifer | $22.05 |
| **Postage & Courier** | | | |
| Postage | 1/6/2020 | NEOFUNDS BY NEOPOST - POSTAGE - S. BLAKE / USPS POSTAGE 2 ITEMS @$1.15 EACH 1/6/20 | $2.30 |
| **Conferencing** | | | |
| Telephone | 11/13/2019 | LOOP UP LLC - Loopup-2019-11-13-15851-SC1623-Rebecca Sussman's Meeting Room Moderated By: 15851 | $1.83 |
| Telephone | 11/18/2019 | LOOP UP LLC - Loopup-2019-11-18-15851-SC2157-Rebecca Sussman's Meeting Room Moderated By: 15851 | $1.05 |
| Telephone | 11/22/2019 | LOOP UP LLC - Loopup-2019-11-22-15851-SC2825-Rebecca Sussman's Meeting Room Moderated By: 15851 | $1.83 |
| Telephone | 11/25/2019 | LOOP UP LLC - Loopup-2019-11-25-15834-SC3185-STB Meeting Room Moderated By: 15834 | $24.63 |
| Telephone | 1/9/2020 | STEPHEN BLAKE - Telephone; Internet fee. American Express: GOGO UAL INFLT WIFI 877-350-0038 IL American Express: GOGO UAL INFLT WIFI 877-350-0038 IL Jan 09, 2020; Stephen Blake. | $9.99 |
| Telephone | 1/12/2020 | STEPHEN BLAKE - Telephone; Internet access. American Express: GOGO UAL INFLT WIFI 877-350-0038 IL American Express: GOGO UAL INFLT WIFI 877-350-0038 IL Jan 12, 2020; Stephen Blake. | $9.99 |
| Telephone | 10/4/2019 | LOOP UP LLC - Loopup-2019-10-04-15786-SC0610-PGE Meeting Room Moderated By: 15786 | $0.26 |

| EXPENSE CATEGORY | DATE | DESCRIPTION | AMOUNT ($)[2] |
|---|---|---|---|
| Telephone | 11/16/2019 | LOOP UP LLC - Loopup-2019-11-16-00905-SC2028-Mario Ponce's Meeting Room Moderated By: 00905 | $0.26 |
| Telephone | 11/21/2019 | LOOP UP LLC - Loopup-2019-11-21-08620-SC2641-Greg Grogan's Meeting Room Moderated By: 08620 | $0.05 |
| Telephone | 11/25/2019 | LOOP UP LLC - Loopup-2019-11-25-00905-SC3108-Mario Ponce's Meeting Room Moderated By: 00905 | $7.58 |
| Court Call | 1/15/2020 | COURTCALL LLC - Court Call Telephonic court appearance re: PG&E Corporation/19-30088 | $57.50 |
| **Court Fees** | | | |
| Court fees | 12/11/2019 | JAMIE FELL - Court Fees; Fee for CourtCall court hearing. American Express: COURTSOLUTIONS NEW YORK NY American Express: COURTSOLUTIONS NEW YORK NY Dec 11, 2019; Jamie Fell. | $35.00 |
| Court fees | 1/3/2020 | SAN FRANCISCO SUPERIOR COURT - Court fees - S. BLAKE/PRO HAC VICE RENEWAL FEE FOR P. CURNIN 1/3/20 | $500.00 |
| **TOTAL** | | | **$1,454.21** |