# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

PG&E Corporation and

Pacific Gas and Electric Company,

Debtors.

Chapter 11 Case No. 19-30088-DM

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| **SSW Credit, L.L.C.** | **Fidelity and Deposit Company of Maryland** |
| Name and Address where notices to transferee should be sent:<br><br>SSW Credit, L.L.C.<br>375 Park Avenue<br>New York, New York 10152<br>Attention: Closing Team | c/o Deans & Homer<br>160 Pine St., Ste. 510<br>San Francisco, CA 94111<br>Attention: Tia McClure<br>Email: Tia@deanshomer.com<br><br>Proof of Claim Number: **55819**<br>Debtors: Pacific Gas and Electric Company and PG&E Corporation (Subrogation Claim)<br>Claim Amount: **$19,831.16 (liquidated amount)**<br>Date Claim Filed: October 17, 2019<br><br>Last Four Digits of Acct #: N/A |

Pursuant to the attached Evidence of Transfer, Transferor has waived any notice or right to hearing under Federal Rule of Bankruptcy Procedure 3001 or other applicable law or rules.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 03/29/2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DB1/ 112858283.2

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court")
Attn: Clerk of the Court

AND TO: PG&E Corporation *and* Pacific Gas & Electric Company (together, the "Debtor")
*In re PG&E Corporation, In re Pacific Gas & Electric Company*,
Case No. 19-30088-DM (Jointly Administered)

**Claim Number: 55819**
**Claim Amount: $19,831.16 (liquidated amount)**

**Fidelity and Deposit Company of Maryland,** its successors and assigns (collectively, "Transferor") hereby acknowledges that, for good and valuable consideration, Transferor has unconditionally and irrevocably sold, transferred and assigned to:

**SSW Credit, L.L.C.,**

its successors and assigns ("Transferee") all rights, title and interest in and to the above-referenced proof of claim of Transferor against the above-referenced Debtor arising by subrogation or otherwise in connection with payments made by Transferor under certain insurance policies, as detailed in the documentation submitted or to be submitted in support of such proof of claim (the "Claim") in the above-referenced case in the Bankruptcy Court or any other court with jurisdiction over the Debtor.

Transferor hereby waives any objection to the recording of the Claim in the name of the Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law, if applicable, any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered recognizing Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

IN WITNESS WHEREOF, each of the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 1, 2019.

**Fidelity and Deposit Company of Maryland**
**by Deans & Homer, its Authorized Agent**

By: _____
Name: Debra Valerani
Title: Executive Vice President

**SSW Credit, L.L.C.**

By: _____
Name: RICHARD GEISSINGER
Title: SENIOR MANAGING DIRECTOR