Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
Transamerica Pyramid Center
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:    415.659.2600
Facsimile:    415.659.2601
Email: rjulian@bakerlaw.com
Email: cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
David J. Richardson (SBN 168592)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Blvd., Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email: esagerman@bakerlaw.com
Email: drichardson@bakerlaw.com
Email: lattard@bakerlaw.com

*Counsel to the Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** <br><br> **PG&E CORPORATION** <br><br>   -and- <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br>             **Debtors.** <br><br> □  Affects PG&E Corporation <br><br> □  Affects Pacific Gas and Electric Company <br><br> ■  Affects both Debtors <br><br> *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br> (Lead Case) <br> (Jointly Administered) <br><br> **NOTICE OF WITHDRAWAL OF APPEARANCE OF CATHERINE E. WOLTERING** |

**PLEASE TAKE NOTICE** that the appearance of Catherine E. Woltering, Esq. on behalf of the Official Committee of Tort Claimants in the above-entitled action is hereby withdrawn. Service of pleadings and notices, including CM/ECF electronic notification, upon her in these cases should be discontinued.

Dated: March 31, 2020

BAKER & HOSTETLER LLP

By: */s/Lauren T. Attard*
      Lauren T. Attard

*Counsel to the Official Committee of Tort Claimants*