# EXHIBIT A

**COMPENSATION BY COBLENTZ PATCH DUFFY & BASS LLP PROFESSIONALS FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

The Coblentz attorneys and paraprofessionals who rendered legal services for the Debtors during these Chapter 11 Cases from February 1, 2020 through February 29, 2020 (the "**Fee Period**") are:

| Name of Professional | Position | Primary Practice Group[1] | Year Admitted | Reduced Hourly Rate for Debtors | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara Milanovich | Partner | RE | 1980 | $700 | 65.70 | $45,990.00 |
| Doug Sands | Partner | RE | 1987 | $700 | 86.60 | $60,620.00 |
| Ficks, Gregg | Partner | BCR/LIT | 1990 | $704 | 13.50 | $9,504.00 |
| Sean Coyle | Partner | LIT | 2004 | $600 | 19.90 | $11,940.00 |
| Mark Hejinian | Partner | LIT | 2011 | $500 | 6.50 | $3,250.00 |
| Robert Hodil | Partner | RE | 2002 | $610 | 0.00 | $0.00 |
| James F. McKee | Associate | LIT | 2014 (TX); 2019 (CA) | $422 | 25.00 | $10,550.00 |
| Daniel P. Barsky | Associate | RE | 2017 | $405 | 35.10 | $14,215.50 |
| Caitlyn Chacon | Associate | LIT | 2013 | $440 | 6.20 | $2,728.00 |
| Jessica Wilson | Associate | TAX | 2018 | $396 | 7.70 | $3,049.20 |
| Michael R. Wilson | Paralegal | RE | N/A | $352 | 17.50 | $6,160.00 |
| Dianne M. Sweeny | Paralegal | RE | N/A | $210 | 1.80 | $378.00 |
| Jordan V. Mendoza | Paralegal | RE | N/A | $250 | 8.00 | $2,000.00 |
| Viet Doan | Paralegal | LIT | N/A | $175 | 6.30 | $1,102.50 |
| **Total Professionals:** | | | | | 299.80 | $171,487.20 |

---

[1] RE = Real Estate; LIT = Litigation; BCR = Bankruptcy and Creditors' Rights; CORP = Corporate

| PROFESSIONALS TOTALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and Counsel | $683.16 | 192.20 | $131,304.00 |
| Associates | $412.74 | 74.00 | $30,542.70 |
| **Blended Attorney Rate** | **$607.99** | **266.20** | **$161,846.70** |
| Paraprofessionals and other non-legal staff | $286.92 | 33.60 | $9,640.50 |
| **Total Fees Incurred** | **$572.01** | **299.80** | **$171,487.20** |