# EXHIBIT B

16213.101 4829-1663-3272.2
Case: 19-30088    Doc# 6555-2    Filed: 03/31/20    Entered: 03/31/20 13:01:41    Page 1 of 3

**COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED BY COBLENTZ PATCH DUFFY & BASS LLP FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---|---|
| C100 | Fact Gathering | 21.20 | $7,503.00 |
| C200 | Researching Law | N/A | N/A |
| L110 | Fact Investigation/Development | N/A | N/A |
| L120 | Analysis/Strategy | 16.20 | $8,656.80 |
| L130 | Experts/Consultants | 34.60 | $14,921.40 |
| L200 | Pre-Trial Pleadings and Motions | N/A | N/A |
| L310 | Written Discovery | 3.80 | $1,781.60 |
| L330 | Depositions | 5.20 | $2,263.40 |
| L400 | Trial Preparation and Trial | 2.30 | $1,150.00 |
| L650 | Review | N/A | N/A |
| L653 | First Pass Document Review | 0.70 | $350.00 |
| L655 | Privilege Review | N/A | N/A |
| L670 | Production | 3.70 | $647.50 |
| L800 | Experts/Consultants | 0.90 | $379.80 |
| P100[2] | Project Administration | 21.80 | $15,314.00 |

---

[1] These Task Codes and Descriptions were used by Coblentz in conjunction with pre-petition time entries and invoices as required by Debtors prior to the filing of these Bankruptcy Cases, and Coblentz continues to use them in conjunction with post-petition time entries and invoices in these Special Counsel matters. In connection with additional services Coblentz now is required to perform in connection with these bankruptcy cases (*e.g.*, in connection with Coblentz's retention application, monthly fee statements, fee applications, or the like), Coblentz further specifies the time and fees for any such additional services in footnote 2 below.

[2] This Task Code includes approximately: (a) 6.2 hours ($4,364.80 in fees) related to Coblentz's Monthly Fee Statements; (b) 2.8 hours ($1,971.20 in fees) related to Special Counsel and scope of work requirements and potential and/or filed supplemental party disclosures in these Bankruptcy Cases; (c) 2.0 hours ($1,408.00 in fees) related to Coblentz's First Interim Fee Application, discussions and resolution regarding that application with the Fee Examiner or his (footnote continued)

| TASK[1] CODE | DESCRIPTION[1] | HOURS | AMOUNT |
|---|---|---|---|
| P220 | Tax | 7.70 | $3,049.20 |
| P240 | Real and Personal Property | 39.80 | $17,505.50 |
| P280 | Other | 2.60 | $455.00 |
| P300 | Structure/Strategy/Analysis | 94.70 | $66,290.00 |
| P400 | Initial Document Preparation/Filing | 21.60 | $15,120.00 |
| P500 | Negotiation/Revision/Responses | 21.50 | $15,05000 |
| P600 | Completion/Closing | 1.50 | $1,050.00 |
| P800 | Maintenance and Renewal | N/A | N/A |
| **Total:** | | **299.80** | **$171,487.20** |

---

counsel, and preparation of information for Fee Examiner's Notice re same; and (d) 2.5 hours ($1,760.00 in fees) related to Coblentz's Second Interim Fee Application.