# EXHIBIT C

16213.101 4829-1663-3272.2
Case: 19-30088    Doc# 6555-3    Filed: 03/31/20    Entered: 03/31/20 13:01:41    Page 1 of 2

**EXPENSE SUMMARY (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

| EXPENSES | AMOUNTS |
|---|---|
| Computerized Research | N/A |
| Meals | N/A |
| Travel | N/A |
| Transportation | N/A |
| Duplicating | N/A |
| Transcription (Deposition) Services | N/A |
| Third Party Consulting Fees | N/A |
| Telephone Conferencing | N/A |
| Messenger | N/A |
| Filing Fees | N/A |
| Process Service | N/A |
| Court Reporter | N/A |
| Litigation Support Vendors | $146.70 |
| **Total Expenses Requested:** | **$146.70** |