# EXHIBIT E

**DETAILED EXPENSE ENTRIES (COBLENTZ PATCH DUFFY & BASS LLP) FOR THE PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

| Costs Advanced | Amount |
|---|---:|
| Case Home Page | $146.70 |
| **Total Costs Requested:** | **$146.70** |