# EXHIBIT A

**COMPENSATION BY PROFESSIONAL**
**NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

The professionals who rendered professional services in these chapter 11 cases during the Fee Period are:

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| **2019 Audit Services** | | | | |
| Basilico, Ellen | Partner/Principal | $380.00 | 2.0 | $760.00 |
| Cochran, James | Partner/Principal | $380.00 | 6.5 | $2,470.00 |
| Gillam, Tim | Partner/Principal | $380.00 | 17.5 | $6,650.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $380.00 | 40.0 | $15,200.00 |
| Pemberton, Tricia | Partner/Principal | $380.00 | 8.5 | $3,230.00 |
| Meredith, Wendy | Managing Director | $380.00 | 8.5 | $3,230.00 |
| Dugan, Anne | Senior Manager | $330.00 | 0.5 | $165.00 |
| Fannin, Sam | Senior Manager | $330.00 | 1.0 | $330.00 |
| Giamanco, Patrick | Senior Manager | $330.00 | 29.0 | $9,570.00 |
| Brown, Aaron | Manager | $290.00 | 12.0 | $3,480.00 |
| Jasinski, Samantha | Manager | $290.00 | 76.0 | $22,040.00 |
| Kamra, Akanksha | Manager | $290.00 | 12.5 | $3,625.00 |
| Long, Brittany | Manager | $290.00 | 40.5 | $11,745.00 |
| Misra, Saurabh | Manager | $290.00 | 29.5 | $8,555.00 |
| Adams, Haley | Senior Consultant | $230.00 | 6.0 | $1,380.00 |
| Azebu, Matt | Senior Consultant | $230.00 | 59.5 | $13,685.00 |
| Fazil, Mohamed | Senior Consultant | $230.00 | 52.5 | $12,075.00 |
| Goswami, Pratiti | Senior Consultant | $230.00 | 2.0 | $460.00 |
| Hamner, Jack | Senior Consultant | $230.00 | 110.0 | $25,300.00 |
| Hennessy, Vincent | Senior Consultant | $230.00 | 2.5 | $575.00 |
| Kipkirui, Winnie | Senior Consultant | $230.00 | 133.0 | $30,590.00 |
| Martin, Blake | Senior Consultant | $230.00 | 72.0 | $16,560.00 |
| Morley, Carlye | Senior Consultant | $230.00 | 0.5 | $115.00 |
| Rice, Blake | Senior Consultant | $230.00 | 73.5 | $16,905.00 |
| Varshney, Swati | Senior Consultant | $230.00 | 26.5 | $6,095.00 |
| Alfahhad, Abdulrahman | Consultant | $200.00 | 44.5 | $8,900.00 |
| Bedi, Arpit | Consultant | $200.00 | 22.2 | $4,440.00 |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Bhattacharya, Ayush | Consultant | $200.00 | 19.0 | $3,800.00 |
| Boyce, Kyle | Consultant | $180.00 | 104.5 | $18,810.00 |
| Brown, Erin | Consultant | $180.00 | 116.5 | $20,970.00 |
| Carson, George | Consultant | $180.00 | 23.5 | $4,230.00 |
| Chopra, Harshita | Consultant | $180.00 | 1.2 | $216.00 |
| Hegde, Deepa | Consultant | $180.00 | 4.0 | $720.00 |
| K, Kavya | Consultant | $200.00 | 15.0 | $3,000.00 |
| Nambiar, Sachin | Consultant | $200.00 | 24.9 | $4,980.00 |
| Schloetter, Lexie | Consultant | $200.00 | 59.5 | $11,900.00 |
| Ravindran, Sarradha | Consultant | $120.00 | 2.0 | $240.00 |
| Uy, Rycel | Consultant | $200.00 | 127.0 | $25,400.00 |
| **Professional Subtotal:** | | | **1,385.8** | **$322,396.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|

### *2020 Audit Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Ncho-Oguie, Jean-Denis | Partner/Principal | $380.00 | 0.5 | $190.00 |
| Azebu, Matt | Senior Consultant | $230.00 | 10.0 | $2,300.00 |
| Boyce, Kyle | Consultant | $180.00 | 8.0 | $1,440.00 |
| **Professional Subtotal:** | | | **18.5** | **$3,930.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|

### *AB 1054 Wildfire Fund*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Ncho-Oguie, Jean-Denis | Partner/Principal | $760.00 | 1.0 | $760.00 |
| Barclay, Kelsey | Senior Manager | $660.00 | 1.5 | $990.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 3.0 | $1,380.00 |
| **Professional Subtotal:** | | | **5.5** | **$3,130.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|

### *California Wildfires*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Clark, Brian | Partner/Principal | $760.00 | 0.5 | $380.00 |
| Gillam, Tim | Partner/Principal | $760.00 | 11.0 | $8,360.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $760.00 | 4.5 | $3,420.00 |
| Meredith, Wendy | Managing Director | $760.00 | 2.5 | $1,900.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 14.0 | $6,440.00 |
| Martin, Blake | Senior Consultant | $460.00 | 2.0 | $920.00 |
| **Professional Subtotal:** | | | **34.5** | **$21,420.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Lease Accounting Services** | | | | |
| Cochran, James | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Giamanco, Patrick | Senior Manager | $325.00 | 1.0 | $325.00 |
| Long, Brittany | Manager | $295.00 | 0.5 | $147.50 |
| Azebu, Matt | Senior Consultant | $265.00 | 0.5 | $132.50 |
| Uy, Rycel | Consultant | $225.00 | 0.5 | $112.50 |
| **Professional Subtotal:** | | | **3.0** | **$900.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **New Accounting Standards** | | | | |
| Azebu, Matt | Senior Consultant | $460.00 | 4.0 | $1,840.00 |
| **Professional Subtotal:** | | | **4.0** | **$1,840.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Post Bankruptcy Matters** | | | | |
| Gillam, Tim | Partner/Principal | $760.00 | 1.0 | $760.00 |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $760.00 | 2.5 | $1,900.00 |
| Pidgeon, Andrew | Partner/Principal | $760.00 | 0.4 | $304.00 |
| Meredith, Wendy | Managing Director | $760.00 | 2.0 | $1,520.00 |
| Jasinski, Samantha | Manager | $580.00 | 1.5 | $870.00 |
| Azebu, Matt | Senior Consultant | $460.00 | 6.5 | $2,990.00 |
| Martin, Blake | Senior Consultant | $460.00 | 5.0 | $2,300.00 |
| Boyce, Kyle | Consultant | $350.00 | 4.5 | $1,575.00 |
| **Professional Subtotal:** | | | **23.4** | **$12,219.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Preparation of Fee Applications** | | | | |
| Jin, Yezi | Senior Manager | $330.00 | 13.2 | $4,356.00 |
| Jasinski, Samantha | Manager | $290.00 | 0.5 | $145.00 |
| Azebu, Matt | Senior Consultant | $230.00 | 8.0 | $1,840.00 |
| Gutierrez, Dalia | Project Controller | $200.00 | 41.6 | $8,320.00 |
| **Professional Subtotal:** | | | **63.3** | **$14,661.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| **Regulatory Accounting** | | | | |
| Ncho-Oguie, Jean-Denis | Partner/Principal | $760.00 | 1.5 | $1,140.00 |
| Jasinski, Samantha | Manager | $580.00 | 8.5 | $4,930.00 |

| Rice, Blake | Senior Consultant | $460.00 | 19.5 | $8,970.00 |
| Schloetter, Lexie | Consultant | $390.00 | 27.0 | $10,530.00 |
| **Professional Subtotal:** | | | **56.5** | **$25,570.00** |
| | | | | |
| **Total** | | | **1,594.5** | **$406,066.00** |