**EXHIBIT B**

**COMPENSATION BY CATEGORY FOR SERVICES RENDERED
BY DELOITTE & TOUCHE LLP FOR THE PERIOD
NOVEMBER 1, 2019 THROUGH NOVEMBER 30, 2019**

| Categories | Hours | Fees |
|---|---:|---:|
| 2019 Audit Services | 1,385.8 | $322,396.00 |
| 2020 Audit Services | 18.5 | $3,930.00 |
| AB 1054 Wildfire Fund | 5.5 | $3,130.00 |
| California Wildfires | 34.5 | $21,420.00 |
| Lease Accounting Services | 3.0 | $900.00 |
| New Accounting Standards | 4.0 | $1,840.00 |
| Post Bankruptcy Matters | 23.4 | $12,219.00 |
| Preparation of Fee Applications | 63.3 | $14,661.00 |
| Regulatory Accounting | 56.5 | $25,570.00 |
| **Fees Category Subtotal :** | **1,594.5** | **$406,066.00** |