# EXHIBIT A

## PG&E Corporation and PG&E Company, et.al.
### Case No. 19-30088
Summary Of Hours and Discounted Fees Incurred By Professional
December 1, 2019 through December 31, 2019

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation |
|---|---|---:|---:|---|---:|
| Alex Esuoso | Associate - Advisory | 69.0 | $ 275 | | $ 18,975.00 |
| Andrei Emelianov | Director - Advisory | 7.6 | $ 550 | | $ 4,180.00 |
| Arun Mani | Principal- Advisory | 11.1 | $ 500 | | $ 5,550.00 |
| Bellamy Yoo | Associate - Advisory | 74.0 | $ 275 | | $ 20,350.00 |
| Rama Bhaskara | Senior Specialist - Advisory | 120.0 | $ 225 | | $ 27,000.00 |
| Celeste Campbell | Manager - Bankruptcy | 68.3 | $ 163 | | $ 11,098.75 |
| Christopher Wong | Associate - Advisory | 26.3 | $ 325 | | $ 8,547.50 |
| David Hall | Senior Associate - Advisory | 120.0 | $ 425 | | $ 51,000.00 |
| David Sanchez | Associate - Advisory | 35.7 | $ 275 | | $ 9,817.50 |
| Dennis Cha | Associate - Advisory | 183.2 | $ 275 | | $ 50,380.00 |
| Eloise Pinto | Manager - Advisory | 34.5 | $ 475 | | $ 16,387.50 |
| Erik Lange | Partner - Advisory | 2.0 | $ 850 | | $ 1,700.00 |
| Farbod Farzan | Senior Associate - Advisory | 121.7 | $ 325 | | $ 39,552.50 |
| Garrett Lodewyck | Director - Advisory | 11.5 | $ 435 | | $ 5,002.50 |
| Gaurav Thapan-Raina | Manager - Advisory | 87.5 | $ 400 | | $ 35,000.00 |
| Holly Tant | Manager - Advisory | 3.0 | $ 475 | | $ 1,425.00 |
| Jeffrey Strong | Manager - Advisory | 2.8 | $ 475 | | $ 1,330.00 |
| Jonathan Boldt | Associate - Advisory | 29.7 | $ 325 | | $ 9,652.50 |
| Juan Gonzalez III | Partner - Advisory | 3.0 | $ 500 | (1) | $ 1,500.00 |
| Juan Gonzalez III | Partner - Advisory | 25.6 | $ 625 | (1) | $ 16,000.00 |
| Juanita Garza | Associate - Bankruptcy | 81.3 | $ 138 | | $ 11,178.75 |
| Katherine Hee | Associate - Advisory | 120.0 | $ 275 | | $ 33,000.00 |
| Kimberly Johnson | Manager - Advisory | 81.9 | $ 475 | (2) | $ 38,902.50 |
| Matt Broida | Director - Advisory | 20.9 | $ 435 | | $ 9,091.50 |
| Matthew Bowser | Manager - Advisory | 161.9 | $ 400 | (2) | $ 64,760.00 |
| Matthew Rice | Lead Specialist (Manager) - Advisory | 130.0 | $ 225 | | $ 29,250.00 |
| Michelle Yeung | Associate - Advisory | 91.5 | $ 325 | | $ 29,737.50 |
| Monica Plangman | Associate Director - Bankruptcy | 2.1 | $ 213 | | $ 446.25 |
| Nicole Tran | Senior Associate - Advisory | 96.5 | $ 425 | | $ 40,991.25 |
| Rachel Wagner-Kaiser | Manager - Advisory | 60.0 | $ 475 | | $ 28,500.00 |
| Reid Tucker | Principal - Advisory | 3.0 | $ 500 | | $ 1,500.00 |
| Rob Villegas | Manager - Advisory | 20.3 | $ 225 | (2) | $ 4,567.50 |
| Rohit Nagdeo | Lead Specialist (Manager) - Advisory | 112.0 | $ 225 | | $ 25,200.00 |
| Ryan Tuggle | Director - Advisory | 14.0 | $ 550 | | $ 7,700.00 |
| Scott Stoddard | Director - Advisory | 25.0 | $ 435 | (1) | $ 10,875.00 |
| Stephen Greer | Manager - Advisory | 68.5 | $ 475 | (2) | $ 32,537.50 |
| Tabitha Gaustad | Director - Advisory | 48.5 | $ 550 | | $ 26,647.50 |
| Taylor DeGrande | Senior Associate - Advisory | 135.0 | $ 325 | | $ 43,875.00 |

# EXHIBIT A

## PG&E Corporation and PG&E Company, et.al.
### Case No. 19-30088
Summary Of Hours and Discounted Fees Incurred By Professional
December 1, 2019 through December 31, 2019

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation | |
|---|---|---|---|---|---|
| Will Brennan | Senior Associate - Advisory | 120.0 | $ 325 | $ 39,000.00 | |
| Yiwen Fu | Manager - Advisory | 19.6 | $ 475 | $ 9,310.00 | |
| **Subtotal Hours and Fees at Discounted Rates** | | **2,448.4** | | **$ 821,519.00** | |
| Data Security Services - Exhibit C2 (Fixed Fee) | | | | $ 453,930.40 | [3] |
| Legal Support Services - Exhibit C3 (non-hourly fees) | | | | $ 45,917.34 | [4] |
| Endpoint Security Strategy Assessment - Exhibit C12 (Fixed Fee) | | | | $ 50,000.00 | [5] |
| **Total Fees Requested** | | | | **$ 1,371,366.74** | |
| Out of Pocket Expenses | | | | $ 62,735.95 | |
| **Total Fees and Out of Pocket Expenses** | | | | **$ 1,434,102.69** | |
| less Holdback Adjustment (20%) | | | | $ (274,273.35) | |
| **Net Requested Fees & Out of Pocket Expenses** | | | | **$ 1,159,829.34** | |
| | | | | | |
| **Blended Hourly Rate** (excludes Fixed Fee Hours) | | | **$ 335.53** | | |

[1] Rates differ due to services provided relating to different CWA's.

[2] Rate changed due to promotion effective October 1, 2019.

[3] KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. As of December 31, 2019, KPMG is requesting the fixed-fee amount above for these services, as approved by the client.

[4] These fees represent the recurring monthly charges as detailed in Appendix C of the Legal Support Services Agreement and further detailed on Exhibit C3.

[5] KPMG and the Debtors agreed to fixed-fee compensation for the Endpoint Protection Strategy Assessment Services. KPMG is requesting $50,000 related to the completion of Phase III in December.