**EXHIBIT B**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary of Hours and Discounted Fees Incurred by Category
December 1, 2019 through December 31, 2019

| Project Category | Exhibit | Total Billed Hours | Total Fees Requested | |
|---|---|---:|---:|---|
| Asset Management Services | C1 | 1,108.5 | $ 367,879.00 | |
| Data Security Services | C2 | | $ 453,930.40 | [1] |
| Legal Support Services | C3 | 3.0 | $ 47,342.34 | [2] |
| IT Software Services (Phase 1) | C4 | 0.0 | $ - | |
| Enterprise Project Management Tools Implementation Services | C5 | 0.0 | $ - | |
| Risk Assessment Services | C6 | 0.0 | $ - | |
| Retention Services | C7 | 0.0 | $ - | |
| Fee Application Preparation Services | C8 | 151.7 | $ 22,723.75 | |
| IT Software Services (Phase II) | C9 | 382.3 | $ 86,017.50 | |
| Quanta Invoice Review Services | C10 | 0.0 | $ - | |
| Data Security Loan Staff Services | C11 | 0.0 | $ - | |
| Endpoint Protection Strategy Assessment Services | C12 | | $ 50,000.00 | [3] |
| Data Security CCPA Support Staff Services | C13 | 0.0 | $ - | |
| Tax and Accounting On-Call Services | C14 | 2.0 | $ 1,700.00 | |
| Permitting Spend Analysis Services | C15 | 0.0 | $ - | |
| Gas and Electric Permitting Support Phase 2 | C16 | 800.9 | $ 341,773.75 | |
| **Total Fees Requested** | | **2,448.4** | **$ 1,371,366.74** | |

[1] KPMG and the Debtors agreed to fixed-fee compensation for the Data Security Services. Payment of the fixed fee is dependent on an iterative process by which stages of the project go through a formal review, including a detailed walkthrough, modifications (if required) and formal acceptance. As of December 31, 2019 KPMG is requesting the fixed-fee amount above for these services, as approved by the client.

[2] Fee amount composed of hourly fees and recurring hosting fees.

[3] KPMG and the Debtors agreed to fixed-fee compensation for the Endpoint Protection Strategy Assessment Services. KPMG is requesting $50,000 related to the completion of Phase III in December.