**EXHIBIT D**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Summary of Out of Pocket Expenses
December 1, 2019 through December 31, 2019

| Category | Amount | |
|---|---|---|
| Airfare | $ | 20,979.07 |
| Lodging | $ | 31,840.84 |
| Meals | $ | 3,365.35 |
| Ground Transportation | $ | 6,550.69 |
| Miscellaneous | $ | - |
| **Total** | **$** | **62,735.95** |

Case: 19-30088    Doc# 6563-4    Filed: 03/31/20    Entered: 03/31/20 13:39:47    Page 1 of 18

**EXHIBIT D1**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
December 1, 2019 through December 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | Amount |
|---|---|---|---|
| Erik Lange | 11/08/19 | Roundtrip airfare from New York, NY to San Francisco, CA. Dates: 11/11/19   11/12/19 | $ 698.22 |
| Dennis Cha | 12/02/19 | One-way airfare from Los Angeles, CA to San Francisco, CA.  Date: 12/02/19 | $ 274.30 |
| Gaurav Thapan-Raina | 12/02/19 | Airfare expense for travel to PG&E site in San Francisco, CA | $ 700.15 |
| Dennis Cha | 12/03/19 | One-way airfare from San Francisco, CA to Los Angeles, CA.  Date: 12/03/19 | $ 161.30 |
| Scott Stoddard | 12/03/19 | One-way airfare from Los Angeles, CA to Oakland, CA. Date: 12/03/19 | $ 210.63 |
| Dennis Cha | 12/04/19 | Airfare flight change fee. | $ 6.23 |
| Scott Stoddard | 12/04/19 | One-way airfare from Oakland, CA to Los Angeles, CA.  Date: 12/04/19 | $ 210.63 |
| Toby Sedgwick | 12/04/19 | Roundtrip coach class airfare from Chicago, IL to San Francisco, CA. Dates: 12/01/19 12/04/19 | $ 457.04 |
| Kristy Hornland | 12/05/19 | Roundtrip coach class airfare from Denver to San Francisco, CA. Dates: 12/01/19 12/05/19 | $ 393.33 |
| farbod Farzan | 12/05/19 | Roundtrip coach class airfare from Newark, NJ to San Francisco, CA. Dates: 12/02/19   12/05/19 | $ 684.50 |
| Yosef Kerzner | 12/05/19 | Roundtrip coach airfare from Houston, TX to San Francisco, CA. Dates: 12/01/19    12/05/19 | $ 752.60 |
| Garrett Dupree | 12/05/19 | Roundtrip airfare from Dallas / Fort Worth (DFW) to San Francisco, CA (SFO) airport. Dates: 12/01/19 12/05/19 | $ 828.99 |
| Gaurav Thapan-Raina | 12/05/19 | Roundtrip airfare from  New York, NY to San Francisco, CA.  Dates: 12/02/19 12/05/19 | $ 1,340.53 |
| Will Brennan | 12/05/19 | Roundtrip coach class airfare from Newark, NJ to San Francisco, CA. Dates: 12/02/19 12/05/19 | $ 1,519.68 |
| Bob Zhang | 12/05/19 | Airfare from San Francisco, CA to Phoenix, AZ. Dates: 12/01/19 12/05/19 | $ 440.71 |
| Kimberly Johnson | 12/06/19 | Roundtrip coach class airfare from Los Angeles, CA to San Francisco, CA.  Dates: 12/02/19 12/06/19 | $ 351.70 |
| Arun Mani | 12/07/19 | Roundtrip airfare from Houston, TX to San Francisco, CA (multiple stops). Dates: 12/01/19 12/07/12 | $ 752.60 |
| Gaurav Thapan-Raina | 12/09/19 | Airfare for travel to PG&E site in San Francisco, CA | $ 651.71 |
| Garrett Dupree | 12/11/19 | Roundtrip airfare from DFW (Dallas, TX) to San Francisco, CA (SFO). Dates:  12/10/19 - 12/11/19 | $ 437.44 |
| Dennis Cha | 12/12/19 | One-way flight from San Francisco, CA to Los Angeles, CA.  Date: 12/12/19 | $ 241.50 |
| Toby Sedgwick | 12/12/19 | Roundtrip coach class airfare from Chicago, IL to San Francisco, CA. Dates: 12/08/19 12/12/19 | $ 295.48 |
| Kristy Hornland | 12/12/19 | Roundtrip coach class airfare from Denver, CO to San Francisco, CA. Dates: 12/09/19 12/12/19 | $ 398.51 |
| Yosef Kerzner | 12/12/19 | Roundtrip airfare from Houston, TX to San Francisco, CA. Dates: 12/08/19 12/12/19 | $ 602.20 |
| Will Brennan | 12/12/19 | Roundtrip coach class airfare from Newark, NJ to San Francisco, CA. Dates: 12/09/19 12/12/19 | $ 614.21 |
| Bob Zhang | 12/12/19 | Roundtrip airfare from Dallas / Fort Worth, TX to San Francisco, CA. Dates: 12/9/19 - 12/12/19 | $ 650.35 |
| Alex Esuoso | 12/12/19 | Round trip coach class airfare from Chicago, Il to San Francisco. Dates: 12/10/19 12/12/19 | $ 672.46 |
| farbod Farzan | 12/12/19 | Roundtrip coach class airfare from Newark, NJ to San Francisco, CA. Dates: 12/09/19 12/12/19 | $ 731.21 |

Case: 19-30088    Doc# 6563-4    Filed: 03/31/20    Entered: 03/31/20 13:39:47    Page 2 of 18

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
December 1, 2019 through December 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|------|------|-------------|---|--------|
| Kimberly Johnson | 12/13/19 | Roundtrip coach class airfare from Los Angeles, CA to San Francisco, CA. Date: 12/09/19 12/13/19 | $ | 424.61 |
| Dennis Cha | 12/14/19 | Airfare flight change fee | $ | 25.00 |
| Dennis Cha | 12/15/19 | One-way airfare from Los Angeles, CA to San Francisco, CA. Date: 12/15/19 | $ | 201.30 |
| Alex Esuoso | 12/15/19 | One-way coach class airfare from Chicago, Il to San Francisco. Dates: 12/15/19 | $ | 322.36 |
| David Sanchez | 12/16/19 | One-way airfare from Burbank, CA to Oakland, CA. Date: 12/16/19 | $ | 226.30 |
| Alex Esuoso | 12/18/19 | One-way coach class airfare from San Francisco, CA to Chicago, Il. Dates: 12/18/19 | $ | 322.36 |
| Scott Stoddard | 12/19/19 | One-way airfare from Oakland, CA to Los Angeles, CA. Date: 12/19/19 | $ | 210.63 |
| Dennis Cha | 12/19/19 | One-way airfare from Oakland, CA to Burbank, CA. Date: 12/19/19 | $ | 226.30 |
| David Sanchez | 12/19/19 | One-way airfare from Oakland, CA to Burbank, CA. Date: 12/19/19 | $ | 226.30 |
| Toby Sedgwick | 12/19/19 | Roundtrip coach class airfare from Chicago, IL to San Francisco, CA. Dates: 12/15/19 12/19/19 | $ | 341.12 |
| Bob Zhang | 12/19/19 | Roundtrip airfare from Dallas / Fort Worth, TX to San Francisco, CA. Dates: 12/15/19 - 12/19/19 | $ | 418.23 |
| Kristy Hornland | 12/19/19 | Roundtrip coach class airfare from Denver, CO to San Francisco, CA. Dates: 12/15/19 12/19/19 | $ | 427.31 |
| Scott Stoddard | 12/19/19 | One-way airfare from Washington / Dulles, VA to San Francisco, CA. Date 12/19/19 | $ | 529.78 |
| farbod Farzan | 12/19/19 | Roundtrip coach class airfare from Newark, NJ to San Francisco, CA. Date: 12/16/19 12/19/19 | $ | 539.66 |
| Will Brennan | 12/19/19 | Roundtrip coach class airfare from Newark, NJ to San Francisco, CA. Dates: 12/16/19 12/19/19 | $ | 691.50 |
| Garrett Dupree | 12/19/19 | Roundtrip airfare from Dallas / Fort Worth (DFW) to San Francisco, CA (SFO) airport. Dates: 12/15/19 12/19/19 | $ | 768.10 |
| | | **Air Fare Subtotal** | **$** | **20,979.07** |
| Erik Lange | 11/12/19 | Lodging for 1 night (11/11/19 - 11/12/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Kristy Hornland | 12/02/19 | Lodging for 1 night (12/01/19 - 12/02/19) while traveling to perform work for PG&E. | $ | 231.93 |
| Yosef Kerzner | 12/02/19 | Lodging for 1 night (12/01/19 - 12/02/19) while traveling to perform work for PG&E. | $ | 270.58 |
| Garrett Dupree | 12/02/19 | Lodging for 1 night (12/01/19 - 12/02/19) while traveling to perform work for PG&E. | $ | 374.92 |
| Toby Sedgwick | 12/02/19 | Lodging for 1 night (12/01/19 - 12/02/19) while traveling to perform work for PG&E. | $ | 441.54 |
| Dennis Cha | 12/03/19 | Lodging for 1 night (12/02/19 - 12/03/19) while traveling to perform work for PG&E. | $ | 266.34 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
December 1, 2019 through December 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | Amount |
|------|------|-------------|-------:|
| Yosef Kerzner | 12/03/19 | Lodging for 1 night (12/02/19 - 12/03/19) while traveling to perform work for PG&E. | $ 270.58 |
| farbod Farzan | 12/03/19 | Lodging for 1 night (12/02/19 - 12/03/19) while traveling to perform work for PG&E. | $ 300.00 |
| Will Brennan | 12/03/19 | Lodging for 1 night (12/02/19 - 12/03/19) while traveling to perform work for PG&E. | $ 300.00 |
| Gaurav Thapan-Raina | 12/03/19 | Lodging for 1 night (12/02/19 - 12/03/19) while traveling to perform work for PG&E. | $ 300.00 |
| Kimberly Johnson | 12/03/19 | Lodging for 1 night (12/02/19 - 12/03/19) while traveling on behalf of PG&E | $ 300.00 |
| Garrett Dupree | 12/03/19 | Lodging for 1 night (12/02/19 - 12/03/19) while traveling to perform work for PG&E. | $ 374.92 |
| Toby Sedgwick | 12/03/19 | Lodging for 1 night (12/02/19 - 12/03/19) while traveling to perform work for PG&E. | $ 441.54 |
| Kristy Hornland | 12/03/19 | Lodging for 1 night (12/02/19 - 12/03/19) while traveling to perform work for PG&E. | $ 453.18 |
| Yosef Kerzner | 12/04/19 | Lodging for 1 night (12/03/19 - 12/04/19) while traveling to perform work for PG&E. | $ 270.58 |
| Toby Sedgwick | 12/04/19 | Lodging for 1 night (12/03/19 - 12/04/19) while traveling to perform work for PG&E. | $ 278.44 |
| farbod Farzan | 12/04/19 | Lodging for 1 night (12/03/19 - 12/04/19) while traveling to perform work for PG&E. | $ 300.00 |
| Scott Stoddard | 12/04/19 | Lodging for 1 night (12/03/19 - 12/04/19) while traveling to perform work for PG&E. | $ 300.00 |
| Will Brennan | 12/04/19 | Lodging for 1 night (12/03/19 - 12/04/19) while traveling to perform work for PG&E. | $ 300.00 |
| Gaurav Thapan-Raina | 12/04/19 | Lodging for 1 night (12/03/19 - 12/04/19) while traveling to perform work for PG&E. | $ 300.00 |
| Kimberly Johnson | 12/04/19 | Lodging for 1 night (12/03/19 - 12/04/19) while traveling on behalf of PG&E | $ 300.00 |
| Garrett Dupree | 12/04/19 | Lodging for 1 night (12/03/19 - 12/04/19) while traveling to perform work for PG&E. | $ 374.92 |
| Kristy Hornland | 12/04/19 | Lodging for 1 night (12/03/19 - 12/04/19) while traveling to perform work for PG&E. | $ 608.05 |

**EXHIBIT D1**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
December 1, 2019 through December 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|------|------|-------------|---|--------|
| Yosef Kerzner | 12/05/19 | Lodging for 1 night (12/04/19 - 12/05/19) while traveling to perform work for PG&E. | $ | 270.57 |
| farbod Farzan | 12/05/19 | Lodging for 1 night (12/04/19 - 12/05/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Arun Mani | 12/05/19 | Lodging for 1 night (12/04/19 - 12/05/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Will Brennan | 12/05/19 | Lodging for 1 night (12/04/19 - 12/05/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Gaurav Thapan-Raina | 12/05/19 | Lodging for 1 night (12/04/19 - 12/05/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Kimberly Johnson | 12/05/19 | Lodging for 1 night (12/04/19 - 12/05/19) while traveling on behalf of PG&E | $ | 300.00 |
| Garrett Dupree | 12/05/19 | Lodging for 1 night (12/04/19 - 12/05/19) while traveling to perform work for PG&E. | $ | 374.92 |
| Kristy Hornland | 12/05/19 | Lodging for 1 night (12/04/19 - 12/05/19) while traveling to perform work for PG&E. | $ | 519.56 |
| Bob Zhang | 12/05/19 | Lodging for 4 nights (12/01/19 - 12/05/19) while traveling to perform work for PG&E. | $ | 1,133.00 |
| Arun Mani | 12/06/19 | Lodging for 1 night (12/05/19 - 12/06/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Kimberly Johnson | 12/06/19 | Lodging for 1 night (12/05/19 - 12/06/19) while traveling on behalf of PG&E | $ | 300.00 |
| Arun Mani | 12/07/19 | Lodging for 1 night (12/06/19 - 12/07/19) while traveling to perform work for PG&E. | $ | 232.07 |
| Yosef Kerzner | 12/09/19 | Lodging for 1 night (12/08/19 - 12/09/19) while traveling to perform work for PG&E. | $ | 284.65 |
| Gaurav Thapan-Raina | 12/09/19 | Lodging for 1 night (12/08/19 - 12/09/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Toby Sedgwick | 12/09/19 | Lodging for 1 night (12/08/19 - 12/09/19) while traveling to perform work for PG&E. | $ | 405.30 |
| Yosef Kerzner | 12/10/19 | Lodging for 1 night (12/09/19 - 12/10/19) while traveling to perform work for PG&E. | $ | 284.65 |
| Dennis Cha | 12/10/19 | Lodging for 1 night (12/09/19 - 12/10/19) while traveling to perform work for PG&E. | $ | 300.00 |

Case: 19-30088     Doc# 6563-4     Filed: 03/31/20     Entered: 03/31/20 13:39:47     Page 5 of 18

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
December 1, 2019 through December 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Gaurav Thapan-Raina | 12/10/19 | Lodging for 1 night (12/09/19 - 12/10/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Will Brennan | 12/10/19 | Lodging for 1 night (12/09/19 - 12/10/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Kimberly Johnson | 12/10/19 | Lodging for 1 night (12/09/19 - 12/10/19) while traveling on behalf of PG&E | $ | 300.00 |
| Toby Sedgwick | 12/10/19 | Lodging for 1 night (12/09/19 - 12/10/19) while traveling to perform work for PG&E. | $ | 375.08 |
| Kristy Hornland | 12/10/19 | Lodging for 1 night (12/09/19 - 12/10/19) while traveling to perform work for PG&E. | $ | 397.07 |
| Alex Esuoso | 12/11/19 | Lodging for 1 night (12/10/19 - 12/11/19) while traveling to perform work for PG&E. | $ | 235.60 |
| Yosef Kerzner | 12/11/19 | Lodging for 1 night (12/10/19 - 12/11/19) while traveling to perform work for PG&E. | $ | 284.69 |
| Dennis Cha | 12/11/19 | Lodging for 1 night (12/10/19 - 12/11/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Gaurav Thapan-Raina | 12/11/19 | Lodging for 1 night (12/10/19 - 12/11/19) while traveling to perform work for PG&E. | $ | 315.14 |
| Kristy Hornland | 12/11/19 | Lodging for 1 night (12/10/19 - 12/11/19) while traveling to perform work for PG&E. | $ | 397.07 |
| Will Brennan | 12/11/19 | Lodging for 1 night (12/10/19 - 12/11/19) while traveling to perform work for PG&E. | $ | 404.39 |
| Toby Sedgwick | 12/11/19 | Lodging for 1 night (12/10/19 - 12/11/19) while traveling to perform work for PG&E. | $ | 425.06 |
| Garrett Dupree | 12/11/19 | Lodging for 1 night (12/10/19 - 12/11/19) while traveling to perform work for PG&E. | $ | 668.39 |
| Alex Esuoso | 12/12/19 | Lodging for 1 night (12/11/19 - 12/12/19) while traveling to perform work for PG&E. | $ | 260.37 |
| Yosef Kerzner | 12/12/19 | Lodging for 1 night (12/11/19 - 12/12/19) while traveling to perform work for PG&E. | $ | 284.67 |
| Dennis Cha | 12/12/19 | Lodging for 1 night (12/11/19 - 12/12/19) while traveling to perform work for PG&E. | $ | 300.00 |
| Gaurav Thapan-Raina | 12/12/19 | Lodging for 1 night (12/11/19 - 12/12/19) while traveling to perform work for PG&E. | $ | 315.14 |

Case: 19-30088     Doc# 6563-4     Filed: 03/31/20     Entered: 03/31/20 13:39:47     Page 6 of 18

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
December 1, 2019 through December 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Kristy Hornland | 12/12/19 | Lodging for 1 night (12/11/19 - 12/12/19) while traveling to perform work for PG&E. | $ | 397.07 |
| Will Brennan | 12/12/19 | Lodging for 1 night (12/11/19 - 12/12/19) while traveling to perform work for PG&E. | $ | 404.39 |
| Toby Sedgwick | 12/12/19 | Lodging for 1 night (12/11/19 - 12/12/19) while traveling to perform work for PG&E. | $ | 425.06 |
| farbod Farzan | 12/12/19 | Lodging for 3 nights (12/09/19 - 12/12/19) while traveling to perform work for PG&E. | $ | 900.00 |
| Bob Zhang | 12/12/19 | Lodging for 3 nights (12/09/19 - 12/12/19) while traveling to perform work for PG&E. | $ | 1,394.52 |
| Kimberly Johnson | 12/13/19 | Lodging for 1 night (12/12/19 - 12/13/19) while traveling on behalf of PG&E | $ | 618.53 |
| Dennis Cha | 12/16/19 | Lodging for 1 night (12/15/19 - 12/16/19) while traveling to perform work for PG&E. | $ | 165.94 |
| Bob Zhang | 12/16/19 | Lodging for 1 night (12/15/19 - 12/16/19) while traveling to perform work for PG&E. | $ | 173.50 |
| Garrett Dupree | 12/16/19 | Lodging for 1 night (12/15/19 - 12/16/19) while traveling to perform work for PG&E. | $ | 226.69 |
| Alex Esuoso | 12/16/19 | Lodging for 1 night (12/15/19 - 12/16/19) while traveling to perform work for PG&E. | $ | 264.19 |
| Toby Sedgwick | 12/16/19 | Lodging for 1 night (12/15/19 - 12/16/19) while traveling to perform work for PG&E. | $ | 278.44 |
| Kristy Hornland | 12/16/19 | Lodging for 1 night (12/15/19 - 12/16/19) while traveling to perform work for PG&E. | $ | 278.44 |
| David Sanchez | 12/17/19 | Lodging for 1 night (12/16/19 - 12/17/19) while traveling to perform work for PG&E. | $ | 143.02 |
| Bob Zhang | 12/17/19 | Lodging for 1 night (12/16/19 - 12/17/19) while traveling to perform work for PG&E. | $ | 173.50 |
| farbod Farzan | 12/17/19 | Lodging for 1 night (12/16/19 - 12/17/19) while traveling to perform work for PG&E. | $ | 220.44 |
| Garrett Dupree | 12/17/19 | Lodging for 1 night (12/16/19 - 12/17/19) while traveling to perform work for PG&E. | $ | 226.69 |
| Will Brennan | 12/17/19 | Lodging for 1 night (12/16/19 - 12/17/19) while traveling to perform work for PG&E. | $ | 227.42 |
| Alex Esuoso | 12/17/19 | Lodging for 1 night (12/16/19 - 12/17/19) while traveling to perform work for PG&E. | $ | 259.36 |

Case: 19-30088    Doc# 6563-4    Filed: 03/31/20    Entered: 03/31/20 13:39:47    Page 7 of 18

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
December 1, 2019 through December 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|------|------|-------------|---|--------|
| Dennis Cha | 12/17/19 | Lodging for 1 night (12/16/19 - 12/17/19) while traveling to perform work for PG&E. | $ | 296.28 |
| Kristy Hornland | 12/17/19 | Lodging for 1 night (12/16/19 - 12/17/19) while traveling to perform work for PG&E. | $ | 336.68 |
| Toby Sedgwick | 12/17/19 | Lodging for 1 night (12/16/19 - 12/17/19) while traveling to perform work for PG&E. | $ | 348.34 |
| Bob Zhang | 12/18/19 | Lodging for 1 night (12/17/19 - 12/18/19) while traveling to perform work for PG&E. | $ | 173.50 |
| farbod Farzan | 12/18/19 | Lodging for 1 night (12/17/19 - 12/18/19) while traveling to perform work for PG&E. | $ | 220.44 |
| Garrett Dupree | 12/18/19 | Lodging for 1 night (12/17/19 - 12/18/19) while traveling to perform work for PG&E. | $ | 226.69 |
| Will Brennan | 12/18/19 | Lodging for 1 night (12/17/19 - 12/18/19) while traveling to perform work for PG&E. | $ | 227.42 |
| Alex Esuoso | 12/18/19 | Lodging for 1 night (12/17/19 - 12/18/19) while traveling to perform work for PG&E. | $ | 259.37 |
| David Sanchez | 12/18/19 | Lodging for 1 night (12/17/19 - 12/18/19) while traveling to perform work for PG&E. | $ | 266.34 |
| Dennis Cha | 12/18/19 | Lodging for 1 night (12/17/19 - 12/18/19) while traveling to perform work for PG&E. | $ | 266.34 |
| Toby Sedgwick | 12/18/19 | Lodging for 1 night (12/17/19 - 12/18/19) while traveling to perform work for PG&E. | $ | 348.34 |
| Kristy Hornland | 12/18/19 | Lodging for 1 night (12/17/19 - 12/18/19) while traveling to perform work for PG&E. | $ | 384.78 |
| Bob Zhang | 12/19/19 | Lodging for 1 night (12/18/19 - 12/19/19) while traveling to perform work for PG&E. | $ | 173.50 |
| farbod Farzan | 12/19/19 | Lodging for 1 night (12/18/19 - 12/19/19) while traveling to perform work for PG&E. | $ | 220.44 |
| Garrett Dupree | 12/19/19 | Lodging for 1 night (12/18/19 - 12/19/19) while traveling to perform work for PG&E. | $ | 226.69 |
| Will Brennan | 12/19/19 | Lodging for 1 night (12/18/19 - 12/19/19) while traveling to perform work for PG&E. | $ | 227.42 |
| David Sanchez | 12/19/19 | Lodging for 1 night (12/18/19 - 12/19/19) while traveling to perform work for PG&E. | $ | 266.34 |
| Dennis Cha | 12/19/19 | Lodging for 1 night (12/18/19 - 12/19/19) while traveling to perform work for PG&E. | $ | 266.34 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
December 1, 2019 through December 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|------|------|-------------|---|--------|
| Kristy Hornland | 12/19/19 | Lodging for 1 night (12/18/19 - 12/19/19) while traveling to perform work for PG&E. | $ | 278.44 |
| Toby Sedgwick | 12/19/19 | Lodging for 1 night (12/18/19 - 12/19/19) while traveling to perform work for PG&E. | $ | 325.04 |
| | | **Lodging Subtotal** | **$** | **31,840.84** |
| Bob Zhang | 12/01/19 | Out of town dinner while traveling on behalf of PG&E | $ | 40.00 |
| Toby Sedgwick | 12/02/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick. | $ | 6.43 |
| Garrett Dupree | 12/02/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 6.53 |
| Kimberly Johnson | 12/02/19 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ | 10.00 |
| Will Brennan | 12/02/19 | Out of town dinner while traveling on behalf of PG&E | $ | 11.27 |
| Bob Zhang | 12/02/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 12.53 |
| Bob Zhang | 12/02/19 | Out of town dinner while traveling on behalf of PG&E | $ | 34.80 |
| Garrett Dupree | 12/02/19 | Out of town dinner while traveling on behalf of PG&E | $ | 36.04 |
| Kimberly Johnson | 12/02/19 | Out of town dinner for self incurred in San Francisco, CA while performing work for PG&E. | $ | 40.00 |
| Dennis Cha | 12/02/19 | Out of town dinner while traveling on 12/2. | $ | 40.00 |
| Yosef Kerzner | 12/02/19 | Out of town dinner while traveling on behalf of PG&E | $ | 40.00 |
| Garrett Dupree | 12/03/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 6.53 |
| Toby Sedgwick | 12/03/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick. | $ | 7.73 |
| Scott Stoddard | 12/03/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 9.70 |
| Will Brennan | 12/03/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 11.98 |
| Gaurav Thapan-Raina | 12/03/19 | Out of town dinner meal. | $ | 12.77 |
| Bob Zhang | 12/03/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 14.00 |
| farbod Farzan | 12/03/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 15.68 |
| Will Brennan | 12/03/19 | Out of town dinner while traveling on behalf of PG&E | $ | 15.73 |
| Dennis Cha | 12/03/19 | Out of town breakfast while traveling on 12/3. | $ | 16.46 |
| farbod Farzan | 12/03/19 | Out of town dinner while traveling on behalf of PG&E | $ | 20.78 |
| Dennis Cha | 12/03/19 | Out of town dinner while traveling on 12/3. | $ | 21.83 |
| Garrett Dupree | 12/03/19 | Out of town dinner while traveling on behalf of PG&E | $ | 32.51 |
| Bob Zhang | 12/03/19 | Out of town dinner while traveling on behalf of PG&E | $ | 36.00 |
| Scott Stoddard | 12/04/19 | Out of Town Meals - self only PG&E Task 2 PG&E Task 2 | $ | 10.00 |
| Scott Stoddard | 12/04/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 10.00 |
| Garrett Dupree | 12/04/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 10.00 |
| farbod Farzan | 12/04/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 10.31 |
| Toby Sedgwick | 12/04/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick. | $ | 10.51 |
| Will Brennan | 12/04/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 10.76 |
| Arun Mani | 12/04/19 | Out of town dinner while traveling on behalf of PG&E | $ | 11.98 |
| Kimberly Johnson | 12/04/19 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ | 12.80 |
| Bob Zhang | 12/04/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 12.95 |
| Yosef Kerzner | 12/04/19 | Out of town dinner while traveling on behalf of PG&E | $ | 13.31 |
| Will Brennan | 12/04/19 | Out of town dinner while traveling on behalf of PG&E | $ | 14.49 |
| farbod Farzan | 12/04/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 15.68 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
December 1, 2019 through December 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Kimberly Johnson | 12/04/19 | Out of town dinner for self incurred in San Francisco, CA while performing work for PG&E. | $ | 23.30 |
| Bob Zhang | 12/04/19 | Out of town dinner while traveling on behalf of PG&E | $ | 34.72 |
| Toby Sedgwick | 12/04/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 39.49 |
| Garrett Dupree | 12/04/19 | Out of town dinner while traveling on behalf of PG&E | $ | 40.00 |
| Scott Stoddard | 12/04/19 | Out of town dinner while traveling on behalf of PG&E | $ | 40.00 |
| Gaurav Thapan-Raina | 12/05/19 | Out of town breakfast meal. KPMG attendee: G. Thapan-Raina. | $ | 4.50 |
| Bob Zhang | 12/05/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 8.62 |
| farbod Farzan | 12/05/19 | Out of town dinner while traveling on behalf of PG&E | $ | 9.75 |
| Garrett Dupree | 12/05/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 10.38 |
| Will Brennan | 12/05/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 10.76 |
| farbod Farzan | 12/05/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 11.34 |
| Kimberly Johnson | 12/05/19 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ | 12.45 |
| Kristy Hornland | 12/05/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 14.20 |
| Gaurav Thapan-Raina | 12/05/19 | Out of town dinner meal. | $ | 22.44 |
| Kimberly Johnson | 12/05/19 | Out of town dinner for self incurred in San Francisco, CA while performing work for PG&E. | $ | 23.30 |
| Garrett Dupree | 12/05/19 | Out of town dinner while traveling on behalf of PG&E | $ | 32.51 |
| Bob Zhang | 12/05/19 | Out of town dinner while traveling on behalf of PG&E | $ | 40.00 |
| Yosef Kerzner | 12/05/19 | Out of town dinner while traveling on behalf of PG&E | $ | 40.00 |
| Arun Mani | 12/06/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 2.49 |
| Arun Mani | 12/07/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 3.68 |
| Arun Mani | 12/07/19 | Out of town dinner while traveling on behalf of PG&E | $ | 30.00 |
| Kristy Hornland | 12/09/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 6.13 |
| Gaurav Thapan-Raina | 12/09/19 | Out of town breakfast meal. KPMG attendee: G. Thapan-Raina. | $ | 6.41 |
| Kristy Hornland | 12/09/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 6.43 |
| Bob Zhang | 12/09/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 10.00 |
| Will Brennan | 12/09/19 | Out of town dinner while traveling on behalf of PG&E | $ | 16.59 |
| Gaurav Thapan-Raina | 12/09/19 | Out of town dinner meal. KPMG attendee: G. Thapan-Raina. | $ | 17.38 |
| farbod Farzan | 12/09/19 | Out of town dinner while traveling on behalf of PG&E | $ | 19.71 |
| Dennis Cha | 12/09/19 | Out of town breakfast while traveling on 12/9. | $ | 23.26 |
| Toby Sedgwick | 12/09/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 40.00 |
| Bob Zhang | 12/09/19 | Out of town dinner while traveling on behalf of PG&E | $ | 40.00 |
| Yosef Kerzner | 12/09/19 | Out of town dinner while traveling on behalf of PG&E | $ | 40.00 |
| Kristy Hornland | 12/10/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 5.89 |
| Toby Sedgwick | 12/10/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick. | $ | 8.73 |
| Will Brennan | 12/10/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 10.35 |
| Will Brennan | 12/10/19 | Out of town dinner while traveling on behalf of PG&E | $ | 12.96 |
| Bob Zhang | 12/10/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 13.33 |
| Dennis Cha | 12/10/19 | Out of town breakfast while traveling on 12/10. | $ | 19.00 |
| Kimberly Johnson | 12/10/19 | Out of town dinner for self incurred in San Francisco, CA while performing work for PG&E. | $ | 19.72 |
| farbod Farzan | 12/10/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 26.87 |

**EXHIBIT D1**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
December 1, 2019 through December 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Kimberly Johnson | 12/10/19 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ | 30.00 |
| Dennis Cha | 12/10/19 | Out of town dinner while traveling on 12/10. | $ | 31.00 |
| Kristy Hornland | 12/10/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 33.86 |
| Toby Sedgwick | 12/10/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 36.77 |
| Alex Esuoso | 12/10/19 | Out of town dinner for self while performing work for PG&E on 12/10/19. | $ | 40.00 |
| farbod Farzan | 12/11/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 7.40 |
| Will Brennan | 12/11/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 8.62 |
| Toby Sedgwick | 12/11/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick. | $ | 8.73 |
| Dennis Cha | 12/11/19 | Out of town breakfast while traveling on 12/11. | $ | 10.00 |
| Alex Esuoso | 12/11/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 10.00 |
| Bob Zhang | 12/11/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 10.00 |
| Garrett Dupree | 12/11/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 10.38 |
| Kristy Hornland | 12/11/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 13.56 |
| Kimberly Johnson | 12/11/19 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ | 14.16 |
| Gaurav Thapan-Raina | 12/11/19 | Out of town dinner meal. KPMG attendee: G. Thapan-Raina. | $ | 20.63 |
| Gaurav Thapan-Raina | 12/11/19 | Out of town dinner while traveling on behalf of PG&E | $ | 23.94 |
| Yosef Kerzner | 12/11/19 | Out of town dinner while traveling on behalf of PG&E | $ | 35.03 |
| Dennis Cha | 12/11/19 | Out of town dinner while traveling on 12/11. | $ | 40.00 |
| Bob Zhang | 12/11/19 | Out of town dinner while traveling on behalf of PG&E | $ | 40.00 |
| Dennis Cha | 12/12/19 | Out of town breakfast while traveling on 12/12. | $ | 3.54 |
| farbod Farzan | 12/12/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 6.93 |
| Toby Sedgwick | 12/12/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick. | $ | 7.73 |
| Bob Zhang | 12/12/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 8.42 |
| Kimberly Johnson | 12/12/19 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ | 10.00 |
| Will Brennan | 12/12/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 10.87 |
| Kristy Hornland | 12/12/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 11.29 |
| Alex Esuoso | 12/12/19 | Out of town dinner for self while performing work for PG&E on 12/12/19. | $ | 18.33 |
| Bob Zhang | 12/12/19 | Out of town dinner while traveling on behalf of PG&E | $ | 22.06 |
| farbod Farzan | 12/12/19 | Out of town dinner while traveling on behalf of PG&E | $ | 30.00 |
| Toby Sedgwick | 12/12/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 38.54 |
| Kristy Hornland | 12/12/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 38.71 |
| Kimberly Johnson | 12/12/19 | Out of town dinner for self incurred in San Francisco, CA while performing work for PG&E. | $ | 40.00 |
| Kimberly Johnson | 12/13/19 | Out of town breakfast for self incurred in San Francisco, CA while performing work for PG&E. | $ | 11.22 |
| Dennis Cha | 12/13/19 | Out of town dinner while traveling on 12/12. | $ | 21.89 |
| Kimberly Johnson | 12/13/19 | Out of town dinner for self incurred in San Francisco, CA while performing work for PG&E. | $ | 28.58 |
| Dennis Cha | 12/15/19 | Out of town dinner while traveling on 12/15. | $ | 20.75 |

Case: 19-30088   Doc# 6563-4   Filed: 03/31/20   Entered: 03/31/20 13:39:47   Page 11 of 18

**EXHIBIT D1**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
December 1, 2019 through December 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|------|------|-------------|---|--------|
| Alex Esuoso | 12/15/19 | Dinner while performing work for PG&E on 12/15/19. | $ | 40.00 |
| Bob Zhang | 12/15/19 | Out of town dinner while traveling on behalf of PG&E | $ | 40.00 |
| Dennis Cha | 12/16/19 | Out of town breakfast while traveling on 12/16. | $ | 5.90 |
| Garrett Dupree | 12/16/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 6.53 |
| Kristy Hornland | 12/16/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 8.60 |
| Toby Sedgwick | 12/16/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick. | $ | 10.00 |
| Bob Zhang | 12/16/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 13.62 |
| Will Brennan | 12/16/19 | Out of town dinner while traveling on behalf of PG&E | $ | 15.47 |
| Garrett Dupree | 12/16/19 | Out of town dinner while traveling on behalf of PG&E | $ | 25.94 |
| Dennis Cha | 12/16/19 | Out of town dinner while traveling on 12/16. | $ | 30.00 |
| Bob Zhang | 12/16/19 | Out of town dinner while traveling on behalf of PG&E | $ | 36.38 |
| farbod Farzan | 12/16/19 | Out of town dinner while traveling on behalf of PG&E | $ | 39.18 |
| Toby Sedgwick | 12/16/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 40.00 |
| Kristy Hornland | 12/17/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 6.50 |
| Garrett Dupree | 12/17/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 6.53 |
| David Sanchez | 12/17/19 | Out of town dinner while traveling on behalf of PG&E | $ | 8.77 |
| farbod Farzan | 12/17/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 10.00 |
| Will Brennan | 12/17/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 10.76 |
| Dennis Cha | 12/17/19 | Out of town breakfast while traveling on 12/17. | $ | 11.05 |
| Dennis Cha | 12/17/19 | Out of town dinner while traveling on 12/17. | $ | 12.03 |
| Bob Zhang | 12/17/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 13.80 |
| David Sanchez | 12/17/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 14.48 |
| Will Brennan | 12/17/19 | Out of town dinner while traveling on behalf of PG&E | $ | 15.49 |
| Alex Esuoso | 12/17/19 | Out of town dinner for self while performing work for PG&E on 12/17/19. | $ | 20.40 |
| Bob Zhang | 12/17/19 | Out of town dinner while traveling on behalf of PG&E | $ | 26.04 |
| Kristy Hornland | 12/17/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 39.40 |
| Toby Sedgwick | 12/17/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 40.00 |
| Garrett Dupree | 12/17/19 | Out of town dinner while traveling on behalf of PG&E | $ | 40.00 |
| farbod Farzan | 12/17/19 | Out of town dinner while traveling on behalf of PG&E | $ | 40.00 |
| Kristy Hornland | 12/18/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 6.43 |
| Garrett Dupree | 12/18/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 6.53 |
| Dennis Cha | 12/18/19 | Out of town breakfast while traveling on 12/18. | $ | 7.30 |
| Will Brennan | 12/18/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 8.62 |
| Toby Sedgwick | 12/18/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ | 10.00 |
| Bob Zhang | 12/18/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 10.00 |
| Alex Esuoso | 12/18/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 10.26 |
| Will Brennan | 12/18/19 | Out of town dinner while traveling on behalf of PG&E | $ | 12.48 |
| farbod Farzan | 12/18/19 | Out of town breakfast while traveling on behalf of PG&E | $ | 12.89 |
| Garrett Dupree | 12/18/19 | Out of town dinner while traveling on behalf of PG&E | $ | 32.51 |
| Kristy Hornland | 12/18/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ | 34.19 |
| Alex Esuoso | 12/18/19 | Out of town dinner while traveling on behalf of PG&E | $ | 38.42 |

Case: 19-30088    Doc# 6563-4    Filed: 03/31/20    Entered: 03/31/20 13:39:47    Page 12 of 18

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
December 1, 2019 through December 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | Amount |
|------|------|-------------|--------|
| Toby Sedgwick | 12/18/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: T. Sedgwick | $ 40.00 |
| Dennis Cha | 12/18/19 | Out of town dinner while traveling on 12/18. | $ 40.00 |
| Bob Zhang | 12/18/19 | Out of town dinner while traveling on behalf of PG&E | $ 40.00 |
| Will Brennan | 12/19/19 | Out of town breakfast while traveling on behalf of PG&E | $ 6.70 |
| Bob Zhang | 12/19/19 | Out of town breakfast while traveling on behalf of PG&E | $ 8.42 |
| David Sanchez | 12/19/19 | Out of town breakfast while traveling on behalf of PG&E | $ 8.77 |
| Garrett Dupree | 12/19/19 | Out of town breakfast while traveling on behalf of PG&E | $ 10.00 |
| Kristy Hornland | 12/19/19 | Out of town breakfast meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ 12.38 |
| David Sanchez | 12/19/19 | Out of town dinner while traveling on behalf of PG&E | $ 23.11 |
| Dennis Cha | 12/19/19 | Out of town dinner while traveling on 12/19. | $ 23.96 |
| farbod Farzan | 12/19/19 | Out of town dinner while traveling on behalf of PG&E | $ 29.77 |
| Kristy Hornland | 12/19/19 | Out of town dinner meal incurred in San Francisco, CA. KPMG Attendee: K. Hornland. | $ 37.62 |
| Garrett Dupree | 12/19/19 | Out of town dinner while traveling on behalf of PG&E | $ 40.00 |
| Bob Zhang | 12/20/19 | Out of town dinner while traveling on behalf of PG&E | $ 36.40 |
| | | **Meals Subtotal** | **$ 3,365.35** |
| Erik Lange | 11/11/19 | Ground transportation from KPMG office in New York to JFK International airport to catch flight to CA | $ 136.91 |
| Erik Lange | 11/12/19 | Ground transportation for travel from airport to hotel. | $ 56.52 |
| Dennis Cha | 11/27/19 | Car Rental tolls (11/25/19 - 11/27/19) | $ 16.96 |
| Garrett Dupree | 12/01/19 | Reimbursable mileage for travel from home to Dallas / Fort Worth, TX (DFW) airport. (21 miles @ .58 = $12.18) | $ 12.18 |
| Yosef Kerzner | 12/01/19 | Ground transportation via LYFT from airport to hotel. | $ 29.05 |
| Yosef Kerzner | 12/01/19 | Ground transportation via UBER from home to airport. | $ 42.03 |
| Dennis Cha | 12/02/19 | Ground transportation via LYFT for travel from client site to hotel on 12/2. | $ 9.15 |
| Dennis Cha | 12/02/19 | Ground transportation via LYFT for travel from hotel to dinner 12/2 | $ 13.18 |
| Kimberly Johnson | 12/02/19 | Ground transportation via PG&E Uber fee incurred on 12/02/19 traveling from home to LAX airport to fly to PG&E | $ 20.28 |
| Will Brennan | 12/02/19 | Ground transportation via Uber from home to Newark Airport. | $ 20.32 |
| farbod Farzan | 12/02/19 | Ground transportation via Uber from home to Newark, NJ airport. | $ 32.00 |
| Dennis Cha | 12/02/19 | Ground transportation via LYFT for travel from home to airport on 12/2. | $ 32.59 |
| Will Brennan | 12/02/19 | Ground transportation via Uber from San Francisco Airport to PG&E client site. | $ 35.63 |
| Toby Sedgwick | 12/02/19 | Ground transportation via Uber for travel from home to Chicago O'Hare International Airport (ORD). | $ 37.49 |
| Garrett Dupree | 12/02/19 | Ground transportation via Uber from San Francisco, CA (SFO) airport to hotel. | $ 41.05 |
| Kimberly Johnson | 12/02/19 | Ground transportation via PG&E Uber fee incurred on 12/02/19 traveling from San Francisco, CA (SFO) airport to client site while performing work for PG&E | $ 42.25 |
| Bob Zhang | 12/02/19 | Ground transportation via LYFT for travel from airport to hotel. | $ 58.49 |
| farbod Farzan | 12/02/19 | Ground transportation via Uber ride from San Francisco, CA (SFO) airport to Hotel. | $ 59.50 |
| Gaurav Thapan-Raina | 12/02/19 | Ground transportation via Uber from home to John F. Kennedy International Airport, NY. | $ 76.12 |

Case: 19-30088    Doc# 6563-4    Filed: 03/31/20    Entered: 03/31/20 13:39:47    Page 13 of 18

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
December 1, 2019 through December 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|------|------|-------------|---|--------|
| Dennis Cha | 12/02/19 | Ground transportation via LYFT for travel from airport to client site on 12/2. | $ | 78.47 |
| Toby Sedgwick | 12/02/19 | Ground transportation via Uber for travel from San Francisco Airport to hotel. | $ | 80.35 |
| Scott Stoddard | 12/03/19 | Reimbursable mileage for travel from home to PG&E site. (13 miles @ .58 = $7.54) | $ | 7.54 |
| Dennis Cha | 12/03/19 | Ground transportation via LYFT for travel from dinner to hotel on 12/3. | $ | 12.90 |
| Dennis Cha | 12/03/19 | Ground transportation via LYFT for travel from client site to airport on 12/3. | $ | 48.44 |
| Gaurav Thapan-Raina | 12/03/19 | Ground transportation via Uber from San Francisco, CA (SFO) airport to PG&E office in San Francisco, CA. | $ | 69.74 |
| Toby Sedgwick | 12/04/19 | Ground transportation via Taxi for travel from PG&E SF Headquarters to San Francisco Airport. | $ | 9.35 |
| farbod Farzan | 12/04/19 | Ground transportation via Uber from PG&E to hotel. | $ | 9.50 |
| farbod Farzan | 12/04/19 | Ground transportation via Uber from PG&E to hotel. | $ | 9.97 |
| Kimberly Johnson | 12/04/19 | Ground transportation via PG&E Uber fee incurred when having to transfer hotels. | $ | 14.68 |
| Arun Mani | 12/04/19 | Ground transportation via taxi from Union Station to Marriott Times Square. | $ | 18.00 |
| Dennis Cha | 12/04/19 | Ground transportation via LYFT for travel from hotel to client site on 12/3. | $ | 21.68 |
| Dennis Cha | 12/04/19 | Ground transportation via LYFT for travel from airport to home on 12/3. | $ | 23.48 |
| Toby Sedgwick | 12/04/19 | Ground transportation via Uber for travel from PG&E SF Headquarters to San Francisco Airport. | $ | 45.04 |
| Scott Stoddard | 12/04/19 | Parking at airport for 2 days (12/03/19 - 12-04-19). | $ | 80.00 |
| Scott Stoddard | 12/04/19 | Car Rental for 3 days (12/03/19 - 12/04/19). | $ | 106.53 |
| Garrett Dupree | 12/05/19 | Ground transportation via Uber from hotel to client site. | $ | 12.99 |
| Will Brennan | 12/05/19 | Ground transportation via Uber from Newark airport to home. | $ | 21.56 |
| farbod Farzan | 12/05/19 | Ground transportation via Uber from PG&E to Airport. | $ | 23.50 |
| farbod Farzan | 12/05/19 | Ground transportation via Uber from Newark, NJ airport to home. | $ | 36.73 |
| Gaurav Thapan-Raina | 12/05/19 | Ground transportation via Uber from PG&E office to San Francisco airport. | $ | 37.23 |
| Yosef Kerzner | 12/05/19 | Ground transportation via LYFT to home from airport. | $ | 51.90 |
| Garrett Dupree | 12/05/19 | Ground transportation via Uber from client site to San Francisco, CA (SFO) airport. | $ | 55.83 |
| Gaurav Thapan-Raina | 12/05/19 | Ground transportation via Taxi from John F. Kennedy International Airport, NY to home. | $ | 69.12 |
| Kristy Hornland | 12/05/19 | Ground transportation via Uber for travel from San Francisco, CA (SFO) airport to Hotel. | $ | 80.25 |
| Kristy Hornland | 12/05/19 | Parking at Denver International Airport while traveling for PG&E client work in San Francisco, CA. | $ | 112.00 |
| Bob Zhang | 12/05/19 | Ground transportation via LYFT for travel from airport to home. | $ | 20.76 |
| Yosef Kerzner | 12/06/19 | Ground transportation via LYFT from hotel to client. | $ | 7.58 |
| Kimberly Johnson | 12/06/19 | Ground transportation via Uber on 12/06/19 traveling from client site to San Francisco, CA (SFO) airport while performing work for PG&E | $ | 31.48 |
| Garrett Dupree | 12/06/19 | Ground transportation via Uber from airport to home. | $ | 37.41 |
| Arun Mani | 12/06/19 | Ground transportation via San Francisco, CA (SFO) airport to Marriott Marquis SF | $ | 51.65 |

Case: 19-30088   Doc# 6563-4   Filed: 03/31/20   Entered: 03/31/20 13:39:47   Page 14 of 18

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
December 1, 2019 through December 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|------|------|-------------|---|--------|
| Kimberly Johnson | 12/06/19 | Ground transportation via PG&E Uber fee incurred on 12/06/19 traveling from LAX airport to home flying back from to PG&E | $ | 51.90 |
| Arun Mani | 12/06/19 | Ground transportation via UBER from Marriott Marquis to Newark, NJ (EWR) Airport. | $ | 74.37 |
| Arun Mani | 12/07/19 | Ground transportation via UBER from Marriott Marquis to San Francisco, CA (SFO) airport . | $ | 29.05 |
| Arun Mani | 12/07/19 | Ground transportation via SQ from Houston, TX airport (IAH) to residence. | $ | 85.00 |
| Toby Sedgwick | 12/08/19 | Ground transportation via Uber for travel from San Francisco airport to hotel. | $ | 38.55 |
| Yosef Kerzner | 12/08/19 | Ground transportation via LYFT from home to airport. | $ | 46.71 |
| Yosef Kerzner | 12/09/19 | Ground transportation via LYFT from hotel to client location. | $ | 14.30 |
| Will Brennan | 12/09/19 | Ground transportation via Uber from home to Newark, NJ airport. | $ | 22.42 |
| Bob Zhang | 12/09/19 | Ground transportation from via LYFT home to airport | $ | 24.16 |
| Kimberly Johnson | 12/09/19 | Ground transportation via PG&E Uber fee incurred on 12/09/19 traveling from home to LAX airport to fly to PG&E | $ | 25.71 |
| farbod Farzan | 12/09/19 | Ground transportation via UBER from home to Newark, NJ ( EWR) airport. | $ | 28.77 |
| Dennis Cha | 12/09/19 | Ground transportation via LYFT for travel from home to airport on 12/9. | $ | 29.60 |
| Bob Zhang | 12/09/19 | Ground transportation via LYFT from airport to Office | $ | 31.17 |
| Will Brennan | 12/09/19 | Ground transportation via Uber from San Francisco Airport to PG&E client site. | $ | 35.22 |
| Yosef Kerzner | 12/09/19 | Ground transportation via LYFT from airport to hotel. | $ | 35.24 |
| Kimberly Johnson | 12/09/19 | Ground transportation via PG&E Uber fee incurred on 12/09/19 traveling from San Francisco, CA (SFO) airport to client site while performing work for PG&E. | $ | 36.04 |
| Toby Sedgwick | 12/09/19 | Ground transportation via Uber for travel from home to Chicago O'Hare International Airport (ORD). | $ | 41.24 |
| Gaurav Thapan-Raina | 12/09/19 | Ground transportation via Uber from home to John F. Kennedy International Airport, NY. | $ | 77.36 |
| Kristy Hornland | 12/10/19 | Ground transportation via Taxi for travel from PG&E SF Headquarters to Hotel. | $ | 9.97 |
| Gaurav Thapan-Raina | 12/10/19 | Ground transportation via BART train ticket purchased for travel to and from PG&E office. | $ | 21.00 |
| Alex Esuoso | 12/10/19 | Uber from home to airport to travel to the client site. Date: 12/10/19. Business purpose: travel to the engagement site. | $ | 27.21 |
| Kristy Hornland | 12/10/19 | Ground transportation via Taxi for travel from San Francisco, CA (SFO) airport to PG&E SF Headquarters. | $ | 35.24 |
| Garrett Dupree | 12/10/19 | Ground transportation via Uber from home to airport. | $ | 35.45 |
| Gaurav Thapan-Raina | 12/10/19 | Ground transportation via Uber from San Francisco airport to PG&E office in San Francisco, CA. | $ | 42.95 |
| Gaurav Thapan-Raina | 12/10/19 | Ground transportation via Uber from PG&E office to hotel in Pleasant Hill, CA. | $ | 49.91 |
| Kimberly Johnson | 12/10/19 | Ground transportation via PG&E Uber fee incurred on 12/10/19 traveling from client site to place of stay. | $ | 56.67 |
| Kimberly Johnson | 12/10/19 | Ground transportation via PG&E Uber fee incurred on 12/10/19 traveling from client site to place of stay. | $ | 107.49 |
| Gaurav Thapan-Raina | 12/11/19 | Ground transportation via BART suburban ticket purchased for travel to PG&E site. | $ | 7.00 |
| Yosef Kerzner | 12/11/19 | Ground transportation via LYFT to hotel from dinner. | $ | 10.88 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
December 1, 2019 through December 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|------|------|-------------|---|--------|
| Gaurav Thapan-Raina | 12/11/19 | Ground transportation via Uber from hotel in Pleasant Hill, CA to Oakland B.A.R.T (Bay Area Rapid Transit) station to take train to PG&E office in San Francisco, CA. | $ | 11.07 |
| Gaurav Thapan-Raina | 12/11/19 | Ground transportation via Uber from BART train station in Concord, CA to hotel in Pleasant Hill, CA. | $ | 11.63 |
| Kristy Hornland | 12/11/19 | Ground transportation via Uber for travel from Hotel to PG&E SF Headquarters. | $ | 15.02 |
| Garrett Dupree | 12/11/19 | Ground transportation via Uber from hotel to client site | $ | 19.07 |
| Toby Sedgwick | 12/11/19 | Ground transportation via Uber for travel from PG&E San Francisco Headquarters to hotel. | $ | 22.88 |
| Kristy Hornland | 12/11/19 | Ground transportation via Uber for travel from PG&E SF Headquarters to Hotel. | $ | 25.87 |
| Garrett Dupree | 12/11/19 | Ground transportation via Uber from San Francisco, CA (SFO) airport to client site. | $ | 35.45 |
| Garrett Dupree | 12/11/19 | Ground transportation via Uber from Dallas / Fort Worth, TX (DFW) airport to home. | $ | 36.43 |
| Yosef Kerzner | 12/11/19 | Ground transportation via LYFT from client location to hotel. | $ | 36.70 |
| Garrett Dupree | 12/11/19 | Ground transportation via Uber from client site to San Francisco, CA (SFO) airport. | $ | 55.92 |
| Toby Sedgwick | 12/12/19 | Ground transportation via Taxi for travel from hotel to PG&E San Francisco Headquarters. | $ | 10.00 |
| Toby Sedgwick | 12/12/19 | Ground transportation via Uber for travel from San Francisco airport to PG&E Headquarters. | $ | 10.09 |
| Toby Sedgwick | 12/12/19 | Ground transportation via Uber for travel from hotel to PG&E San Francisco Headquarters. | $ | 11.58 |
| Gaurav Thapan-Raina | 12/12/19 | Ground transportation via Uber from hotel in Pleasant Hill, CA to Oakland B.A.R.T (Bay Area Rapid Transit) station to take train to PG&E office in San Francisco, CA. | $ | 11.80 |
| Gaurav Thapan-Raina | 12/12/19 | Ground transportation via Uber from hotel in Pleasant Hill, CA to Oakland B.A.R.T (Bay Area Rapid Transit) station to take train to PG&E office in San Francisco, CA. | $ | 13.96 |
| Alex Esuoso | 12/12/19 | Car Rental Toll fees incurred for week of 12/10/19 through 12/12/19 | $ | 17.85 |
| Kristy Hornland | 12/12/19 | Ground transportation via Uber for travel from Hotel to PG&E SF Headquarters. | $ | 21.78 |
| Will Brennan | 12/12/19 | Ground transportation via Uber from Newark airport to home. | $ | 25.39 |
| farbod Farzan | 12/12/19 | Ground transportation via Uber from Newark, NJ airport to home. | $ | 29.06 |
| Bob Zhang | 12/12/19 | Ground transportation via LYFT form Office to airport | $ | 36.01 |
| Yosef Kerzner | 12/12/19 | Ground transportation via LYFT from hotel to client location. | $ | 37.64 |
| Alex Esuoso | 12/12/19 | Uber from airport to home to travel back from client site. Date: 12/12/19. Business purpose: travel back from engagement site. | $ | 38.34 |
| Kristy Hornland | 12/12/19 | Ground transportation via Uber for travel from PG&E SF Headquarters to San Francisco, CA (SFO) airport. | $ | 46.79 |
| Yosef Kerzner | 12/12/19 | Ground transportation via LYFT from airport to home. | $ | 48.82 |
| Toby Sedgwick | 12/12/19 | Ground transportation via Uber for travel from Chicago O'Hare International Airport (ORD) to home. | $ | 55.87 |
| Will Brennan | 12/12/19 | Ground transportation via Uber from PG&E client site to San Francisco airport. | $ | 65.13 |
| Gaurav Thapan-Raina | 12/12/19 | Ground transportation via Taxi for travel from John F. Kennedy International Airport, NY to home. | $ | 66.36 |
| Gaurav Thapan-Raina | 12/12/19 | Ground transportation via Uber from KPMG office in San Francisco, CA to hotel in Pleasant Hill, CA. | $ | 73.00 |

**EXHIBIT D1**

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
December 1, 2019 through December 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|------|------|-------------|---|--------|
| Kristy Hornland | 12/12/19 | Airport parking at Denver International Airport for 4 days (12/09//19 - 12/12//19) | $ | 112.00 |
| Alex Esuoso | 12/12/19 | Car Rental for 3 days (12/10/19 - 12/12/19). | $ | 204.13 |
| Dennis Cha | 12/12/19 | Car Rental for 4 days (12/9 - 12/12). | $ | 205.33 |
| Bob Zhang | 12/13/19 | Ground transportation via LYFT for travel from airport to home. | $ | 24.84 |
| Dennis Cha | 12/13/19 | Ground transportation via LYFT for travel from airport to home 12/12 | $ | 30.77 |
| Kimberly Johnson | 12/13/19 | Ground transportation via Uber on 12/13/19 for travel from client site to San Francisco, CA (SFO) airport. | $ | 33.08 |
| Kimberly Johnson | 12/13/19 | Ground transportation via Uber incurred on 12/13/19 for travel from Los Angeles airport to home. | $ | 38.41 |
| Garrett Dupree | 12/15/19 | Reimbursable mileage for travel from home to Dallas / Fort Worth, TX (DFW) airport. (21 miles @ .58 = $12.18) | $ | 12.18 |
| Alex Esuoso | 12/15/19 | Uber from home to airport to travel to the client site. | $ | 25.88 |
| Garrett Dupree | 12/15/19 | Ground transportation via Uber from San Francisco, CA (SFO) airport to hotel. | $ | 33.42 |
| Alex Esuoso | 12/16/19 | Parking at lodging for 1 night (12/15/19 - 12/16/19) while traveling to perform work for PG&E. | $ | 12.00 |
| Dennis Cha | 12/16/19 | Parking at hotel for 12/16. | $ | 13.00 |
| Bob Zhang | 12/16/19 | Ground transportation via LYFT from home to airport. | $ | 21.26 |
| Will Brennan | 12/16/19 | Ground transportation via Uber from home to Newark Airport. | $ | 21.47 |
| Alex Esuoso | 12/16/19 | Parking fee to park at KPMG office in downtown San Francisco, CA to meet in office with team while performing work for PG&E on 12/16/19. | $ | 24.00 |
| Dennis Cha | 12/16/19 | Parking office for meetings on 12/16. | $ | 24.00 |
| farbod Farzan | 12/16/19 | Ground transportation via Uber from home to Newark, NJ (EWR) airport. | $ | 29.29 |
| Will Brennan | 12/16/19 | Ground transportation via Uber from San Francisco Airport to PG&E client site. | $ | 29.95 |
| Kristy Hornland | 12/16/19 | Ground transportation via Uber for travel from San Francisco, CA (SFO) airport to SF Hotel. | $ | 30.67 |
| Dennis Cha | 12/16/19 | Ground transportation via LYFT for travel from home to LAX 12/15 | $ | 32.31 |
| Toby Sedgwick | 12/16/19 | Ground transportation via Uber for travel from San Francisco airport to hotel. | $ | 39.22 |
| Bob Zhang | 12/16/19 | Ground transportation via from airport to hotel. | $ | 40.04 |
| David Sanchez | 12/16/19 | Ground transportation via Uber for travel from home to airport | $ | 40.67 |
| Toby Sedgwick | 12/16/19 | Ground transportation via Uber for travel from home to Chicago O'Hare International Airport (ORD). | $ | 44.82 |
| Alex Esuoso | 12/17/19 | Parking at lodging for 1 night (12/16/19 - 12/17/19) while traveling to perform work for PG&E. | $ | 10.00 |
| Dennis Cha | 12/17/19 | Parking valet parking 12/17 | $ | 14.00 |
| Dennis Cha | 12/17/19 | Parking at lodging for 1 night (12/16/19 - 12/17/19). | $ | 75.24 |
| Alex Esuoso | 12/18/19 | Parking at lodging for 1 night (12/17/19 - 12/18/19) while traveling to perform work for PG&E. | $ | 10.00 |
| Alex Esuoso | 12/18/19 | Car Rental Toll charges for week of 12/15-12/18. | $ | 24.85 |
| Alex Esuoso | 12/18/19 | Car Rental for 4 days (12/15/19 - 12/18/19). | $ | 215.59 |
| Bob Zhang | 12/19/19 | Ground transportation via LYFT from hotel to office. | $ | 11.76 |
| Bob Zhang | 12/19/19 | Out of town dinner while traveling on behalf of PG&E | $ | 12.31 |

**PG&E Corporation and PG&E Company, et.al.**
**Case No. 19-30088**
Detail of Out of Pocket Expenses
December 1, 2019 through December 31, 2019
*(includes previously unbilled expenses)*

| Name | Date | Description | | Amount |
|------|------|-------------|---|-------:|
| Garrett Dupree | 12/19/19 | Ground transportation via Uber from hotel to client site. | $ | 16.37 |
| Bob Zhang | 12/19/19 | Out of town dinner while traveling on behalf of PG&E | $ | 19.75 |
| farbod Farzan | 12/19/19 | Ground transportation via Uber from Newark, NJ airport to home. | $ | 24.78 |
| Dennis Cha | 12/19/19 | Car Rental tolls (12/15 - 12/19). | $ | 25.41 |
| Alex Esuoso | 12/19/19 | Uber from airport to home to travel back from client site. Date: 12/19/19. Business purpose: travel back from engagement site. (overnight flight) | $ | 30.72 |
| Kristy Hornland | 12/19/19 | Ground transportation via Uber for travel from PG&E SF Headquarters to San Francisco, CA (SFO) airport. | $ | 33.76 |
| Garrett Dupree | 12/19/19 | Ground transportation via Uber from Dallas / Fort Worth, TX (DFW) airport to home. | $ | 35.42 |
| Toby Sedgwick | 12/19/19 | Ground transportation via Uber for travel from Chicago O'Hare International Airport (ORD) to home. | $ | 38.77 |
| Toby Sedgwick | 12/19/19 | Ground transportation via Uber for travel from PG&E Headquarters to San Francisco airport. | $ | 38.99 |
| Will Brennan | 12/19/19 | Ground transportation via Uber from Newark airport to home. | $ | 39.28 |
| Garrett Dupree | 12/19/19 | Ground transportation via Uber from client site to San Francisco, CA (SFO) airport. | $ | 43.16 |
| Will Brennan | 12/19/19 | Ground transportation via Uber from PG&E client site to San Francisco Airport. | $ | 45.52 |
| Scott Stoddard | 12/19/19 | Ground transportation for travel from Oakland Airport to San Ramon Valley Conference Center (PG&E). | $ | 50.20 |
| farbod Farzan | 12/19/19 | Ground transportation via Uber from PG&E to San Francisco, CA (SFO) airport. | $ | 55.19 |
| Scott Stoddard | 12/19/19 | Ground transportation for travel from San Ramon Valley Conference Center (PG&E) to Oakland Airport. | $ | 56.50 |
| Kristy Hornland | 12/19/19 | Airport parking at Denver International Airport . | $ | 112.00 |
| Dennis Cha | 12/19/19 | Car Rental for 5 days (12/15/19 - 12/19/19). | $ | 217.19 |
| Bob Zhang | 12/20/19 | Ground transportation via LYFT from airport to home. | $ | 26.19 |
| Dennis Cha | 12/20/19 | Ground transportation via LYFT for travel from BUR to home 12/19 | $ | 33.26 |
| Bob Zhang | 12/20/19 | Ground transportation via LYFT from office to airport. | $ | 34.29 |
| | | **Total Ground Transportation** | **$** | **6,550.69** |
| | | **Miscellaneous Subtotal** | **$** | **-** |
| | | **Total Out of Pocket Expenses** | **$** | **62,735.95** |

Case: 19-30088    Doc# 6563-4    Filed: 03/31/20    Entered: 03/31/20 13:39:47    Page 18 of 18