# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: <br><br> **PG&E CORPORATION** <br><br> - and - <br><br> **PACIFIC GAS AND ELECTRIC COMPANY,** <br><br> Debtors. | Bankruptcy Case No. 19-30088 (DM) <br><br> Chapter 11 <br><br> (Lead Case) <br><br> (Jointly Administered) <br><br> Ref. Docket No. 5933 |
| ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 27, 2020, I caused to be served the "Certificate of No Objection Regarding Monthly Fee Statement of FTI Consulting, Inc. for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period October 1, 2019 through October 31, 2019," filed on February 27, 2020 [Docket No. 5933], by causing true and correct copies to be:

   a. enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Geoff Zahm*
Geoff Zahm

Sworn to before me this
30th day of March, 2020
*/s/ John Chau*

Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires February 23, 2021

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| BAKER & HOSTETLER, LLP | COUNSEL FOR OFFICIAL COMMITTEE OF TORT CLAIMANTS ATTN: ERIC E. SAGERMAN AND CECILY DUMAS 11601 WILSHIRE BLVD. SUITE 1400 LOS ANGELES CA 90025-0509 |
| DLA PIPER LLP | ATTN: JOSHUA D. MORSE 555 MISSION STREET SUITE 2400 SAN FRANCISCO CA 94105-2933 |
| MILBANK LLP | COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS ATTN: DENNIS F. DUNNE, SAMUEL A. KHALIL 55 HUDSON YARDS NEW YORK NY 10001-2163 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JAMES L. SNYDER, ESQ. & TIMOTHY LAFREDDI, ESQ., MARTA E. VILLACORTA 450 GOLDEN GATE AVE SUITE 05-0153 SAN FRANCISCO CA 94102 |
| PG&E CORPORATION | ATTN: JANET LODUCA 77 BEALE STREET SAN FRANCISCO CA 94177 |

**Total Creditor count  5**

# EXHIBIT B

PG&E CORPORATION - Case No. 19-30088 (DM)
Electronic Mail Additional Parties

- bamexampge@gmail.com
- david.riley@dlapiper.com
- ddunne@milbank.com
- esagerman@bakerlaw.com
- gbray@milbank.com
- james.l.snyder@usdoj.gov
- jessica.liou@weil.com
- jkim@kellerbenvenutti.com
- lattard@bakerlaw.com
- marta.villacorta@usdoj.gov
- matthew.goren@weil.com
- paronzon@milbank.com
- rachael.foust@weil.com
- skhalil@milbank.com
- stephen.karotkin@weil.com
- timothy.s.laffredi@usdoj.gov
- tkeller@kellerbenvenutti.com
- tkreller@milbank.com
- traceyrgallegos@gmail.com