**WEIL, GOTSHAL & MANGES LLP**
Stephen Karotkin (*pro hac vice*)
(stephen.karotkin@weil.com)
Ray C. Schrock, P.C. (*pro hac vice*)
(ray.schrock@weil.com)
Theodore Tsekerides (*pro hac vice*)
(theodore.tsekerides@weil.com)
Jessica Liou (*pro hac vice*)
(jessica.liou@weil.com)
Matthew Goren (*pro hac vice*)
(matthew.goren@weil.com)
New York, NY 10153-0119
Tel:   (212) 310-8000
Fax:   (212) 310-8007

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (#151445)
(tkeller@kbkllp.com)
Peter J. Benvenutti (#60566)
(pbenvenutti@kbkllp.com)
Jane Kim (#298192)
(jkim@kbkllp.com)
650 California Street, Suite 1900
San Francisco, CA 94108
Tel:   (415) 496-6723
Fax:   (415) 636-9251

*Attorneys for Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>      - and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>                                  **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☑ Affects Pacific Gas and Electric Company<br>☐ Affects both Debtors<br><br>*\* All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Case No. 19-30088 (DM)<br>Chapter 11<br>(Lead Case) (Jointly Administered)<br><br>**DECLARATION OF KELLY J. LACK IN SUPPORT OF DEBTOR'S MOTION PURSUANT TO FED. R. BANKR. P. 4001(d) TO APPROVE STIPULATION FOR ADEQUATE PROTECTION OF SETOFF RIGHTS OF IMERYS FILTRATION MINERALS, INC.**<br><br>**Objection Deadline**: April 22, 2020<br>                                  4:00 pm (Pacific Time)<br><br><u>No hearing requested absent timely objection. If timely objection is filed, hearing reserved for:</u><br><br>Date:  May 12, 2020<br>Time:  10:00 a.m. (Pacific Time)<br>Place:  United States Bankruptcy Court<br>           Courtroom 17, 16th Floor<br>           San Francisco, CA 94102 |

I, Kelly J. Lack, hereby declare under penalty of perjury pursuant to section 1746 of title 28 of the United States Code that the following is true and correct to the best of my knowledge, information, and belief:

1. I am attorney licensed to practice law in the State of California. I am Senior Counsel at Pacific Gas and Electric Company, and am authorized to make this Declaration in that capacity.

2. I file this Declaration in support of the Utility's[1] *Motion Pursuant to Fed. R. Bankr. P. 4001(d) to Approve Stipulation for Adequate Protection of Setoff Rights of Imerys Filtration Minerals, Inc.* (the "**Motion**"). I have personal knowledge of the facts set forth herein, except as to those stated on information and belief, and, as to those, I am informed and believe them to be true. If called upon to do so, I could and would testify competently thereto.

3. I am informed and believe as follows: Imerys is a supplier of engineered mineral products derived from diatomite and expanded perlite, natural raw materials possessing unusually light density, chemical inertness, high surface area and intricate structure. The Utility provides electrical service to Imerys' facilities in California. Imerys alleges that in November 2016, the Utility failed to exercise reasonable diligence in making representations regarding its ability to maintain peak electric capacity at certain facilities operated by Imerys in Lompoc, California, while the Utility was making improvements to the primary and backup electric lines to those facilities.

4. The Stipulation obviates the need for Imerys to make a formal motion for relief from the automatic stay to obtain adequate protection of the Setoff Right, which saves the Utility the time and cost burden of additional litigation.

5. For this reason, the Stipulation provides material benefits to the Debtor and its estate at little cost, has been authorized by the Debtor in the exercise of its business judgment, and is in the best interest of the Debtor, its estate, and its creditors.

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California this 31st day of March, 2020.

_____
Kelly J. Lack