**EXHIBIT A**

**EXHIBIT A**

**HOURS BY PROFESSIONAL
FOR THE PERIOD FEBRUARY 18, 2020 THROUGH MARCH 17, 2020**

| PROFESSIONAL | POSITION | TOTAL HOURS |
|---|---|---|
| Adam Goldberg | Partner | 4.00 |
| Alexander Lange | Senior Director | 26.50 |
| Emily Seeley | Account Manager | 15.00 |
| **TOTAL** | | **45.50** |