**EXHIBIT B**

**EXHIBIT B**

**HOURS BY TASK FOR
FOR THE PERIOD FEBRUARY 18, 2020 THROUGH MARCH 17, 2020**

| TASK DESCRIPTION | HOURS |
|---|---:|
| Emails and/or Calls with Client and/or Client Attorney | 17.00 |
| Internal Client Meetings | 4.50 |
| Research and Writing | 5.50 |
| Working with the Media | 15.50 |
| Attending Court Hearing | 3.00 |
| **TOTAL** | **45.50** |