# EXHIBIT C

**Detailed Time Entries**

# ADAM GOLDBERG

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 2/20/20 | .5 | Emails with client and/or client attorneys |
| 2/24/20 | .5 | Internal client meetings |
| 2/26/20 | .5 | Call w/ client and/or client attorneys |
| 3/02/20 | .5 | Internal client meetings |
| 3/04/20 | .5 | Call w/ client and/or client attorneys |
| 3/09/20 | .5 | Internal client meetings |
| 3/10/20 | .5 | Attend court hearing via Courtcall |
| 3/16/20 | .5 | Emails w/ client and/or client attorneys |
| | | |
| **TOTAL** | **4.0** | |

## ALEXANDER LANGE

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 2/19/20 | .5 | Emails and calls with client and/or client attorneys |
| | 1 | Working with media |
| | .5 | Research and writing |
| 2/20/20 | 1 | Working with media |
| | .5 | Emails and calls with client and/or client attorneys |
| 2/21/20 | .5 | Emails with client and/or client attorneys |
| 2/24/20 | .5 | Internal client meetings |
| 2/25/20 | .5 | Emails with client and/or client attorneys |
| | 1.5 | Working with media |
| 2/26/20 | 1 | Emails and calls with client and/or client attorneys |
| | 1.5 | Working with media |
| 2/27/20 | .5 | Emails with client and/or client attorneys |
| 2/28/20 | .5 | Working with media |
| | 1 | Research and writing |
| 3/2/20 | .5 | Working with media |
| 3/4/20 | .5 | Emails and calls with client and/or client attorneys |
| 3/5/20 | .5 | Internal client meetings |
| | 1 | Working with media |
| 3/6/20 | 2 | Emails and calls with client and/or client attorneys |
| 3/8/20 | .5 | Research and writing |
| 3/9/20 | .5 | Emails with client and/or client attorneys |
| | .5 | Working with media |
| 3/10/20 | 2.5 | Attending court hearing via Courtcall |
| | 1 | Emails with client and/or client attorneys |
| | 1 | Working with media |
| 3/11/20 | .5 | Emails with client and/or client attorneys |
| | .5 | Internal client meetings |
| 3/13/20 | .5 | Emails with client and/or client attorneys |
| | .5 | Working with media |
| | 1 | Research and writing |
| 3/14/20 | .5 | Emails with client and/or client attorneys |
| 3/16/20 | .5 | Emails with client and/or client attorneys |
| | .5 | Research and writing |
| 3/17/20 | .5 | Emails with client and/or client attorneys |
| | | |
| | | |
| **TOTAL:** | **26.5** | |

### EMILY SEELEY

| DATE | HOURS | ACTIVITY DESCRIPTION |
|---|---|---|
| 2/19 | 0.5 | Calls with client and/or client attorneys |
|  | 0.5 | Research and writing |
| 2/20 | 0.5 | Working with the media |
|  | 0.5 | Internal client meeting |
| 2/21 | 0.5 | Working with the media |
| 2/25 | 0.5 | Research and writing |
| 2/26 | 0.5 | Calls with client and/or client attorneys |
| 2/28 | 0.5 | Internal client meeting |
| 3/2 | 0.5 | Research and writing |
|  | 0.5 | Emails with client and/or client attorneys |
| 3/4 | 0.5 | Calls with client and/or client attorneys |
| 3/6 | 1 | Working with the media |
|  | 1.5 | Emails with client and/or client attorneys |
| 3/9 | 0.5 | Working with the media |
| 3/10 | 1.5 | Working with the media |
|  | 0.5 | Emails with client and/or client attorneys |
|  | 0.5 | Research and writing |
| 3/11 | 0.5 | Calls with client and/or client attorneys |
|  | 0.5 | Working with the media |
| 3/13 | 2 | Working with the media |
|  | 0.5 | Internal client meeting |
| 3/16 | 0.5 | Emails with client and/or client attorneys |
|  |  |  |
| **TOTAL** | **15** |  |