**EXHIBIT A**

**COMPENSATION BY PROFESSIONAL**
**FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

| PRIME CLERK EMPLOYEE | TITLE | HOURS BILLED THIS PERIOD | RATE | TOTAL FOR APPLICATION |
|---|---|---|---|---|
| Johnson, Craig | Director of Solicitation | 27.00 | $220.00 | $5,940.00 |
| Orchowski, Alex T | Director of Solicitation | 2.70 | $220.00 | $594.00 |
| Pullo, Christina | Director of Solicitation | 2.30 | $220.00 | $506.00 |
| Sharp, David | Director of Solicitation | 10.50 | $220.00 | $2,310.00 |
| Weiner, Shira D | Director | 1.10 | $220.00 | $242.00 |
| Brown, Mark M | Solicitation Consultant | 9.30 | $198.00 | $1,841.40 |
| Carpenter, Mary J | Solicitation Consultant | 26.80 | $198.00 | $5,306.40 |
| Crowell, Messiah L | Solicitation Consultant | 0.60 | $198.00 | $118.80 |
| DePalma, Greg R | Solicitation Consultant | 2.30 | $198.00 | $455.40 |
| Gray, Ackheem J | Solicitation Consultant | 18.40 | $198.00 | $3,643.20 |
| Kesler, Stanislav | Solicitation Consultant | 54.70 | $198.00 | $10,830.60 |
| Lonergan, Senan L | Solicitation Consultant | 1.60 | $198.00 | $316.80 |
| Plerqui, Justin | Solicitation Consultant | 2.40 | $198.00 | $475.20 |
| Scully, Nickesha C | Solicitation Consultant | 0.50 | $198.00 | $99.00 |
| Vyskocil, Ryan J | Solicitation Consultant | 0.80 | $198.00 | $158.40 |
| **Total** | | **161.00** | | **$32,837.20[1]** |
| | | **Blended Rate** | **$203.96** | |

---

[1] This amount has been discounted to $26,269.76 in accordance with the terms of Prime Clerk's retention. Taking into account this discount, the blended hourly rate is $163.17.