**EXHIBIT B**

**COMPENSATOIN BY WORK TASK CODE FOR
SERVICES RENDERED BY PRIME CLERK LLC FOR THE
PERIOD FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020**

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---|---|
| Call Center / Credit Inquiry | 66.90 | $13,446.40 |
| Retention / Fee Application | 0.80 | $176.00 |
| Solicitation | 93.30 | $19,214.80 |
| **Total** | **161.00** | **$32,837.20**[2] |

---

[2] This amount has been discounted to $26,269.76 in accordance with the terms of Prime Clerk's retention.