# EXHIBIT C

## EXPENSE SUMMARY FOR THE PERIOD
## FEBRUARY 1, 2020 THROUGH FEBRUARY 29, 2020

| EXPENSE | RATE | TOTAL |
|---|---|---|
| Overtime Meals | $16.55 | $16.55 |
| **Total** | | **$16.55** |