# EXHIBIT D

# ITEMIZED SERVICES



One Grand Central Place
60 East 42nd Street, Suite 1440
New York, NY 10165

primeclerk.com

## Hourly Fees by Employee through February 2020

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| MMB | Brown, Mark M | SA - Solicitation Consultant | 9.30 | $198.00 | $1,841.40 |
| MJCA | Carpenter, Mary J | SA - Solicitation Consultant | 26.80 | $198.00 | $5,306.40 |
| MLC | Crowell, Messiah L | SA - Solicitation Consultant | 0.60 | $198.00 | $118.80 |
| GRD | DePalma, Greg R | SA - Solicitation Consultant | 2.30 | $198.00 | $455.40 |
| AJG | Gray, Ackheem J | SA - Solicitation Consultant | 18.40 | $198.00 | $3,643.20 |
| STK | Kesler, Stanislav | SA - Solicitation Consultant | 54.70 | $198.00 | $10,830.60 |
| SLL | Lonergan, Senan L | SA - Solicitation Consultant | 1.60 | $198.00 | $316.80 |
| JPL | Plerqui, Justin | SA - Solicitation Consultant | 2.40 | $198.00 | $475.20 |
| NCS | Scully, Nickesha C | SA - Solicitation Consultant | 0.50 | $198.00 | $99.00 |
| RJV | Vyskocil, Ryan J | SA - Solicitation Consultant | 0.80 | $198.00 | $158.40 |
| SW | Weiner, Shira D | DI - Director | 1.10 | $220.00 | $242.00 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 27.00 | $220.00 | $5,940.00 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 2.70 | $220.00 | $594.00 |
| CP | Pullo, Christina | DS - Director of Solicitation | 2.30 | $220.00 | $506.00 |
| DS | Sharp, David | DS - Director of Solicitation | 10.50 | $220.00 | $2,310.00 |
| | | **TOTAL:** | **161.00** | | **$32,837.20** |

## Hourly Fees by Task Code through February 2020

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| INQR | Call Center / Credit Inquiry | 66.90 | $13,446.40 |
| RETN | Retention / Fee Application | 0.80 | $176.00 |
| SOLI | Solicitation | 93.30 | $19,214.80 |
| | **TOTAL:** | **161.00** | **$32,837.20** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---|
| 02/01/20 | CP | DS | Review and respond to email from C. Johnson (Prime Clerk) regarding court solicitation timeline proposal | Solicitation | 0.20 |
| 02/03/20 | CJ | DS | Telephone conference with P. Strunck (BrownGreer) re: logistics for collecting votes from fire victims | Solicitation | 0.30 |
| 02/03/20 | CJ | DS | Confer and coordinate with L. Carens (WGM) regarding logistics for collecting votes from fire victims | Solicitation | 0.40 |
| 02/03/20 | CJ | DS | Respond to e-mail from T. Schinckel (WGM) re: form of ballot for note holders | Solicitation | 0.10 |
| 02/03/20 | CJ | DS | Review e-mails from M. Goren (WGM) re: solicitation logistics and draft responses | Solicitation | 0.50 |
| 02/03/20 | MMB | SA | Review correspondence with case team (C. Johnson, S. Lonergan, J. Ashley, H. Baer), DTCC, Broadridge, and counsel (L. Carens, M. Goren, T. Schinckel, C. Diktaban at Weil, Gotshal; P. Strunk at Brown Greer) related to Plan solicitation | Solicitation | 0.60 |
| 02/03/20 | SLL | SA | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.80 |
| 02/04/20 | CJ | DS | Participate in various meetings with C. Pullo and S. Kesler (Prime Clerk) re: debtors' proposed solicitation and tabulation process and timetable | Solicitation | 0.30 |
| 02/04/20 | CP | DS | Coordinate with C. Johnson (Prime Clerk) and M. Goren (Weil) regarding solicitation and tabulation issues and timeline | Solicitation | 0.50 |
| 02/04/20 | MMB | SA | Review correspondence with case team (C. Johnson, C. Pullo, H. Baer, J. Ashley, M. Carpenter, S. Kesler), Weil (M. Goren, T. Schinckel, R. Niles-Weed), and Broadridge related to solicitation | Solicitation | 0.60 |
| 02/04/20 | MMB | SA | Review correspondence with case team (C. Pullo, C. Johnson, J. Daloia, S. Kesler, M. Carpenter, J. Ashley, H. Baer), Broadridge, counsel (R. Niles-Weed, M. Goren, T. Schinckel at Weil, Gotshal), and Broadridge related to Plan solicitation | Solicitation | 0.40 |
| 02/04/20 | STK | SA | Review solicitation documents in preparation for solicitation | Solicitation | 2.00 |
| 02/05/20 | CJ | DS | Participate in telephone conference with C. Pullo (Prime Clerk) and T. Schinckel (WGM) re: voting mechanics for class 3B funded debt claims | Solicitation | 0.20 |
| 02/05/20 | CJ | DS | Review and provide suggested edits to class 3B-IV general funded ballot to T. Schinckel (WGM) | Solicitation | 0.40 |
| 02/05/20 | MJCA | SA | Confer and coordinate with case team (N. Scully, M. Brown) re upcoming solicitation | Solicitation | 0.50 |
| 02/05/20 | MMB | SA | Review correspondence with case team (C. Pullo, C. Johnson, J. Daloia, S. Kesler, S. Lonergan, M. Carpenter, H. | Solicitation | 0.60 |

|            |      |    |                                                                                                                                                                                                                                                                  |                               |      |
|------------|------|----|----|----|----|
|            |      |    | Baer), publication agent (A. Levin at Miller Legal), Debtor (T. Smith), Broadridge, and Weil (L. Carens, M. Goren, T. Schinckel) related to Plan solicitation |                               |      |
| 02/05/20   | NCS  | SA | Confer and coordinate with case team (N. Scully) re upcoming solicitation                                                                                        | Solicitation                  | 0.10 |
| 02/05/20   | STK  | SA | Review solicitation documents in preparation for solicitation                                                                                                    | Solicitation                  | 1.70 |
| 02/06/20   | CJ   | DS | Confer with M. Goren (WGM) re tabulation of class 9A                                                                                                             | Solicitation                  | 0.10 |
| 02/06/20   | CJ   | DS | Review and provide suggested edits to solicitation procedures                                                                                                    | Solicitation                  | 1.30 |
| 02/06/20   | CJ   | DS | Review and analyze plan tabulation provisions                                                                                                                    | Solicitation                  | 0.80 |
| 02/06/20   | MJCA | SA | Confer and coordinate with S. Kesler re upcoming solicitation                                                                                                    | Call Center / Credit Inquiry  | 0.40 |
| 02/06/20   | MMB  | SA | Review correspondence with case team (C. Johnson, C. Pullo, S. Kesler, M. Carpenter, J. Ashley, H. Baer), publication agent (A. Levin at Miller Legal) and Weil (L. Carens, M. Goren, T. Schinckel) related to solicitation of the plan | Solicitation | 0.40 |
| 02/06/20   | STK  | SA | Review and respond to inquiry from R. Foust (WGM) related to disclosure statement and plan                                                                       | Solicitation                  | 0.70 |
| 02/07/20   | CJ   | DS | Conduct quality assurance review research to match all senior note CUSIPs to applicable plan class                                                               | Solicitation                  | 1.10 |
| 02/07/20   | CJ   | DS | Review revised fire victim plan solicitation directive to conform preparations for solicitation and recording results                                            | Solicitation                  | 0.80 |
| 02/07/20   | CJ   | DS | Review revised motion to approve solicitation procedures to conform preparations for solicitation and tabulation                                                 | Solicitation                  | 1.00 |
| 02/07/20   | MMB  | SA | Review correspondence with case team (C. Johnson, J. Daloia, S. Kesler, M. Carpenter, J. Ashley, H. Baer), publication agent (A. Levin at Miller Legal), Debtor (T. Smith, G. Shepherd, A. Bird), Broadridge, Weil (L. Carens, M. Goren, T. Schinckel), and indenture trustee (R. Labate at Holland & Knight) related to solicitation | Solicitation | 0.70 |
| 02/07/20   | STK  | SA | Review solicitation documents in preparation for solicitation                                                                                                    | Solicitation                  | 1.20 |
| 02/10/20   | CJ   | DS | Telephone conference with M. Dubin regarding ballot intake logistics                                                                                             | Solicitation                  | 0.20 |
| 02/10/20   | STK  | SA | Review and respond to inquiry from T. Schinckel (WGM) related to upcoming solicitation                                                                           | Solicitation                  | 0.30 |
| 02/11/20   | ATO  | DS | Confer and coordinate with Christina Pullo, James Daloia, and Craig Johnson at Prime Clerk re upcoming solicitation                                              | Solicitation                  | 0.30 |
| 02/11/20   | ATO  | DS | Confer and coordinate with S. Kesler at Prime Clerk re upcoming solicitation                                                                                     | Solicitation                  | 0.10 |
| 02/11/20   | CJ   | DS | Research tabulation question from L. Carens (WGM) and confer with L. Carens                                                                                      | Solicitation                  | 0.60 |
| 02/11/20   | CP   | DS | Coordinate with Weil and Prime Clerk case team regarding voting of 510(b) claims                                                                                 | Solicitation                  | 0.20 |
| 02/11/20   | DS   | DS | Participate in team (C. pullo, J. Ventrigilia) conference call regarding procedures for securities class action solicitation                                     | Solicitation                  | 0.50 |

| Date | | | Description | Category | Hours |
|---|---|---|---|---|---|
| 02/11/20 | MJCA | SA | Confer and coordinate with S. Kesler and C. Johnson regarding upcoming solicitation | Solicitation | 0.30 |
| 02/12/20 | CJ | DS | Review and revise motion to approve disclosure statement and solicitation procedures | Solicitation | 1.10 |
| 02/12/20 | MJCA | SA | Respond to creditor inquiries related to Plan solicitation | Call Center / Credit Inquiry | 2.20 |
| 02/12/20 | MJCA | SA | Update fire victim plan solicitation directive database | Solicitation | 1.70 |
| 02/12/20 | MJCA | SA | Process incoming fire victim plan solicitation forms | Solicitation | 3.30 |
| 02/12/20 | STK | SA | Update fire victim plan solicitation directive database | Solicitation | 1.20 |
| 02/12/20 | STK | SA | Review solicitation documents in preparation for solicitation | Solicitation | 0.80 |
| 02/12/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 1.00 |
| 02/13/20 | CJ | DS | Coordinate with S. Kesler and M. Carpenter (Prime Clerk) on inquiries from law firms regarding fire victim plan solicitation directive | Call Center / Credit Inquiry | 0.50 |
| 02/13/20 | MJCA | SA | Respond to creditor inquiries related to Plan solicitation | Call Center / Credit Inquiry | 2.30 |
| 02/13/20 | MJCA | SA | Confer and coordinate with S. Kesler and C. Johnson regarding upcoming solicitation | Solicitation | 1.20 |
| 02/13/20 | MJCA | SA | Update fire victim plan solicitation directive database | Solicitation | 1.00 |
| 02/13/20 | MJCA | SA | Process incoming fire victim plan solicitation forms | Solicitation | 0.60 |
| 02/13/20 | STK | SA | Update fire victim plan solicitation directive database | Solicitation | 3.00 |
| 02/13/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 1.60 |
| 02/13/20 | STK | SA | Review and respond to inquiry from M. Goren (WGM) related to fire victim plan solicitation directive | Solicitation | 0.30 |
| 02/13/20 | STK | SA | Coordinate with C. Johnson and M. Carpenter (Prime Clerk) on inquiries from law firms regarding fire victim plan solicitation directive | Call Center / Credit Inquiry | 0.50 |
| 02/13/20 | SW | DI | Review and provide comments to supplemental Pullo declaration | Solicitation | 0.30 |
| 02/14/20 | CJ | DS | Confer with S. Kesler (Prime Clerk) re: solicitation and tabulation procedures concerning fire victims and law firms | Solicitation | 0.50 |
| 02/14/20 | CJ | DS | Participate in conference call with S. Kesler (Prime Clerk) and J. Smith (BrownGreer) re: solicitation and tabulation procedures concerning fire victims and law firms | Solicitation | 0.30 |
| 02/14/20 | CJ | DS | Review latest drafts of solicitation materials | Solicitation | 0.80 |
| 02/14/20 | MJCA | SA | Respond to creditor inquiries related to Plan solicitation | Call Center / Credit Inquiry | 1.00 |
| 02/14/20 | MJCA | SA | Update fire victim plan solicitation directive database | Solicitation | 0.50 |
| 02/14/20 | MJCA | SA | Process incoming fire victim plan solicitation forms | Solicitation | 0.40 |
| 02/14/20 | STK | SA | Update fire victim plan solicitation directive database | Solicitation | 2.00 |
| 02/14/20 | STK | SA | Confer with C. Johnson (Prime Clerk) re: solicitation and tabulation procedures concerning fire victims and law firms | Solicitation | 0.50 |

| Date | Tkpr | Role | Description | Category | Hours |
|---|---|---|---|---|---|
| 02/14/20 | STK | SA | Participate in conference call with C. Johnson (Prime Clerk) and J. Smith (BrownGreer) re: solicitation and tabulation procedures concerning fire victims and law firms | Solicitation | 0.30 |
| 02/14/20 | STK | SA | Review BrownGreer law firm e-mail list in connection with fire victim plan solicitation directive | Solicitation | 2.70 |
| 02/15/20 | CJ | DS | Correspond with L. Carens (WGM) re: timing of circulating Prime Clerk's suggested edits to draft solicitation materials | Solicitation | 0.20 |
| 02/15/20 | CJ | DS | Review and edit draft motion to approve disclosure statement and solicitation procedures | Solicitation | 1.10 |
| 02/15/20 | CJ | DS | Review and revise draft ballots (including standard ballot, beneficial ballot, and master ballot) | Solicitation | 2.20 |
| 02/15/20 | CJ | DS | Review draft notice of non-voting status | Solicitation | 0.70 |
| 02/16/20 | CJ | DS | Review and edit draft motion to approve disclosure statement and solicitation procedures | Solicitation | 1.70 |
| 02/16/20 | CJ | DS | Review and revise draft ballots (including standard ballot, beneficial ballot, and master ballot) and circulate suggested edits to WGM | Solicitation | 2.80 |
| 02/16/20 | CJ | DS | Review draft notice of non-voting status and notice of confirmation hearing | Solicitation | 1.10 |
| 02/17/20 | MLC | SA | Respond to nominee inquiries related to disclosure statement hearing notice | Call Center / Credit Inquiry | 0.30 |
| 02/17/20 | STK | SA | Review solicitation documents in preparation for solicitation | Solicitation | 1.10 |
| 02/17/20 | STK | SA | Update fire victim plan solicitation directive database | Solicitation | 1.60 |
| 02/17/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 2.30 |
| 02/18/20 | AJG | SA | Respond to law firm inquiries regarding fire victims directive | Call Center / Credit Inquiry | 0.20 |
| 02/18/20 | ATO | DS | Confer and coordinate with Craig Johnson, Stanislav Keslar, Calvin Liu, Senan Lonergan, and Nickesha Scully at Prime Clerk re upcoming solicitation | Solicitation | 0.30 |
| 02/18/20 | CJ | DS | Confer with S. Kesler re: responses from Law Firms with questions pertaining to fire victim plan solicitation directive | Call Center / Credit Inquiry | 0.30 |
| 02/18/20 | CJ | DS | Respond to inquiry from N. Chataigner (Clearstream) with question about status of upcoming solicitation | Call Center / Credit Inquiry | 0.10 |
| 02/18/20 | CJ | DS | Review and provide suggested edits to latest draft of solicitation materials | Solicitation | 1.20 |
| 02/18/20 | CJ | DS | Review results of solicitation of fire victim plan solicitation directives | Solicitation | 0.50 |
| 02/18/20 | CJ | DS | Confer with S. Kesler (Prime Clerk) regarding proposed comments to the draft solicitation materials | Solicitation | 0.30 |
| 02/18/20 | CJ | DS | Participate in conference call with S. Kesler (Prime Clerk) and L. Carens (WGM) regarding comments to the draft solicitation materials | Solicitation | 0.40 |
| 02/18/20 | DS | DS | Review and provide comments to draft solicitation documents | Solicitation | 1.90 |
| 02/18/20 | MJCA | SA | Confer and coordinate with S. Kesler and C. Johnson | Solicitation | 0.50 |

| Date | Initials | Code | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | regarding upcoming solicitation | | |
| 02/18/20 | MJCA | SA | Respond to creditor inquiries related to Plan solicitation | Call Center / Credit Inquiry | 2.50 |
| 02/18/20 | MLC | SA | Respond to nominee inquiries related to disclosure statement hearing notice | Call Center / Credit Inquiry | 0.30 |
| 02/18/20 | STK | SA | Confer with C. Johnson (Prime Clerk) regarding proposed comments to the draft solicitation materials | Solicitation | 0.30 |
| 02/18/20 | STK | SA | Confer with C. Johnson re: responses from law firms with questions pertaining to fire victim plan solicitation directive | Call Center / Credit Inquiry | 0.30 |
| 02/18/20 | STK | SA | Telephone conference with C. Johnson (Prime Clerk) and L. Carens (WGM) regarding comments to the draft solicitation materials | Solicitation | 0.40 |
| 02/18/20 | STK | SA | Update fire victim plan solicitation directive database | Solicitation | 3.10 |
| 02/18/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 2.20 |
| 02/19/20 | AJG | SA | Respond to inquiries from law firms regarding the fire victims directive | Call Center / Credit Inquiry | 0.30 |
| 02/19/20 | ATO | DS | Confer and coordinate with C. Johnson, N. Scully, S. Kesler, R. Vyskocil, C. Liu, and S. Lonergan (Prime Clerk) regarding timetable and task list for upcoming case-related projects | Solicitation | 0.80 |
| 02/19/20 | CJ | DS | Confer with S. Kesler re: responses from Law Firms with questions pertaining to fire victim plan solicitation directive | Call Center / Credit Inquiry | 0.40 |
| 02/19/20 | CJ | DS | Review results of solicitation of fire victim plan solicitation directives | Solicitation | 0.70 |
| 02/19/20 | CJ | DS | Coordinate with S. Kesler (Prime Clerk) on processing of returned fire victim plan solicitation | Solicitation | 0.60 |
| 02/19/20 | DS | DS | Review and quality control fire victim solicitation inquiry requests | Call Center / Credit Inquiry | 0.70 |
| 02/19/20 | MJCA | SA | Respond to law firm inquiries related to Plan solicitation | Call Center / Credit Inquiry | 1.00 |
| 02/19/20 | NCS | SA | Confer and coordinate with case team re fire directives and upcoming solicitation | Solicitation | 0.40 |
| 02/19/20 | RJV | SA | Participate in meeting with A. Orchowski, N. Scully, S. Kesler, C. Johnson, C. Liu, and S. Lonergan (Prime Clerk) to discuss timetable and task list for upcoming case-related projects | Solicitation | 0.80 |
| 02/19/20 | STK | SA | Confer with C. Johnson re: responses from Law Firms with questions pertaining to fire victim plan solicitation directive | Call Center / Credit Inquiry | 0.40 |
| 02/19/20 | STK | SA | Coordinate with C. Johnson (Prime Clerk) on processing of returned fire victim plan solicitation directives | Solicitation | 0.60 |
| 02/19/20 | STK | SA | Update fire victim plan solicitation directive database | Solicitation | 2.30 |
| 02/19/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 2.90 |
| 02/20/20 | CJ | DS | Review responses from law firm to fire victim plan solicitation directive | Solicitation | 0.60 |
| 02/20/20 | DS | DS | Review and quality control fire victim solicitation inquiry | Call Center / | 1.60 |

| Date | Initials | Task | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | requests | Credit Inquiry | |
| 02/20/20 | MJCA | SA | Respond to law firm inquiries related to Plan solicitation | Call Center / Credit Inquiry | 2.70 |
| 02/20/20 | MJCA | SA | Quality assurance review of incoming fire victim plan directive forms | Solicitation | 1.20 |
| 02/20/20 | MMB | SA | Review correspondence with case team (C. Johnson, S. Kesler, H. Baer, M. Carpenter, J. Ra), Broadridge, publication agent (A. Levin at Miller Legal), counsel (E. Lane, L. Carens at Weil), nominees, and fire victim counsel related to Plan solicitation | Solicitation | 0.70 |
| 02/21/20 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Credit Inquiry | 0.20 |
| 02/21/20 | CJ | DS | Coordinate with M. Carpenter (Prime Clerk) regarding processing fire victim plan solicitation directives | Solicitation | 0.60 |
| 02/21/20 | CJ | DS | Confer with M. Goren (WGM) on question re: fire victim plan solicitation directives | Solicitation | 0.20 |
| 02/21/20 | MJCA | SA | Respond to law firm inquiries related to Plan solicitation | Call Center / Credit Inquiry | 2.50 |
| 02/21/20 | MMB | SA | Review correspondence with case team (C. Johnson, S. Lonergan, H. Baer, M. Carpenter), Broadridge, counsel (B. Morganelli, M. Goren at Weil), nominees, and fire victim counsel related to Plan solicitation | Solicitation | 0.60 |
| 02/21/20 | SW | DI | Draft monthly fee statement | Retention / Fee Application | 0.80 |
| 02/24/20 | MJCA | SA | Quality assurance review of incoming fire victim plan directive forms | Solicitation | 1.00 |
| 02/24/20 | MMB | SA | Review correspondence with case team (C. Pullo, C. Johnson, M. Carpenter, H. Baer), counsel (M. Goren at Weil), nominees, and creditors related to Plan solicitation and securities claims | Solicitation | 0.40 |
| 02/24/20 | SLL | SA | Respond to creditor inquiries related to fire directive procedures | Call Center / Credit Inquiry | 0.80 |
| 02/25/20 | AJG | SA | Respond to inquiries from law firms regarding the fire victims directive | Call Center / Credit Inquiry | 2.70 |
| 02/25/20 | CP | DS | Coordinate with S. Kesler (Prime Clerk) regarding fire victim plan solicitation directive inquiries and escalation of same to Weil (.1); coordinate with S. Kesler (Prime Clerk) regarding status update emails to Weil related to same (.2) | Call Center / Credit Inquiry | 0.30 |
| 02/25/20 | DS | DS | Review and quality control fire victim outreach inquiry requests | Call Center / Credit Inquiry | 2.30 |
| 02/25/20 | MMB | SA | Respond to nominee inquiry related to Plan solicitation | Call Center / Credit Inquiry | 0.20 |
| 02/25/20 | MMB | SA | Review correspondence with case team (C. Pullo, M. Carpenter, S. Kesler, J. Ra), publication agent (A. Levin at Miller Legal), Broadridge, counsel (M. Goren at Weil), Broadridge, nominees, and creditors related to Plan solicitation and securities claims | Solicitation | 1.10 |
| 02/25/20 | STK | SA | Coordinate with Weil re incoming inquires for ongoing fire | Solicitation | 0.70 |

| Date | Tkpr | Task | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | victim plan solicitation directive | | |
| 02/25/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 1.90 |
| 02/25/20 | STK | SA | Update fire victim plan solicitation directive database | Solicitation | 2.20 |
| 02/26/20 | AJG | SA | Confer and coordinate with S. Kesler regarding responses to inquiries from law firms re fire victims directive | Call Center / Credit Inquiry | 0.30 |
| 02/26/20 | AJG | SA | Respond to inquiries from law firms regarding the fire victims directive | Call Center / Credit Inquiry | 6.80 |
| 02/26/20 | DS | DS | Review and provide comments to draft solicitation documents | Solicitation | 0.80 |
| 02/26/20 | DS | DS | Review and quality control fire victim procedures inquiry requests | Call Center / Credit Inquiry | 2.10 |
| 02/26/20 | GRD | SA | Respond to creditor inquiries regarding fire victims directive | Call Center / Credit Inquiry | 2.30 |
| 02/26/20 | MMB | SA | Respond to creditor inquiry related to Plan solicitation | Call Center / Credit Inquiry | 0.60 |
| 02/26/20 | MMB | SA | Review correspondence with case team (C. Johnson, C. Pullo, M. Carpenter, N. Scully, S. Kesler, H. Baer), Broadridge, counsel (M. Goren, L. Carens at Weil), and creditors related to Plan solicitation and securities claims | Solicitation | 0.80 |
| 02/26/20 | MMB | SA | Update FAQ materials for use inresponding to solicitation inquiries | Call Center / Credit Inquiry | 0.70 |
| 02/26/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 3.60 |
| 02/26/20 | STK | SA | Update fire victim plan solicitation directive database | Solicitation | 4.80 |
| 02/27/20 | AJG | SA | Respond to inquiries from law firms regarding the fire victims directive | Call Center / Credit Inquiry | 4.90 |
| 02/27/20 | ATO | DS | Review and analyze solicitation materials and procedures to be implemented in upcoming solicitation | Solicitation | 1.00 |
| 02/27/20 | CP | DS | Review and respond to email from M. Goren (Weil) regarding solicitation issues with respect to recission/damage claims (.1); draft email to Prime Clerk case team related to same (.1) | Solicitation | 0.20 |
| 02/27/20 | DS | DS | Review and quality control fire victim procedures inquiry requests | Call Center / Credit Inquiry | 0.60 |
| 02/27/20 | JPL | SA | Quality assurance review of fire victim plan directive forms | Solicitation | 2.40 |
| 02/27/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 1.10 |
| 02/27/20 | STK | SA | Update fire victim plan solicitation directive database | Solicitation | 0.90 |
| 02/28/20 | AJG | SA | Respond to law firm inquiries regarding fire victims directive | Call Center / Credit Inquiry | 3.20 |
| 02/28/20 | CP | DS | Coordinate with Prime Clerk case team (S. Kesler) and M. Goren (Weil) regarding recission claim and fire victim directive voting and solicitation procedures | Solicitation | 0.90 |
| 02/28/20 | MMB | SA | Review correspondence with case team (C. Pullo, M. Carpenter, A. Gray, G. Faust, S. Kesler, A. Orchowski, A. | Solicitation | 0.90 |

| | | | | | |
|---|---|---|---|---|---:|
| | | | Adler, H. Baer), Broadridge, counsel (M. Goren, L. Carens at Weil), publicist (S. de la Calle at Joele Frank), and creditors related to Plan solicitation and securities claims | | |
| 02/28/20 | STK | SA | Confer with M. Goren (WGM) re upcoming solicitation | Solicitation | 0.70 |
| 02/28/20 | STK | SA | Respond to creditor inquiries related to fire victim plan solicitation directive | Call Center / Credit Inquiry | 1.00 |
| 02/28/20 | STK | SA | Update fire victim plan solicitation directive database | Solicitation | 0.50 |
| | | | | **Total Hours** | **161.00** |

## Expense Detail

| Description | Units | Rate | Amount |
|---|---|---|---:|
| After Hours Transportation | | | $0.00 |
| Overtime Meals | | | $16.55 |
| | | **Total Expenses** | **$16.55** |