**EXHIBIT E**

**ITEMIZED DISBURSEMENTS**

| Employee Name | Date | Expense Type | Amount |
|---|---|---|---|
| Johnson, Craig | 1/8/2020 | Overtime Meal | $16.55 |
| **TOTAL** | | | **$16.55** |