AKIN GUMP STRAUSS HAUER & FELD LLP
Michael S. Stamer (*pro hac vice*)
Ira S. Dizengoff (*pro hac vice*)
David H. Botter (*pro hac vice*)
Abid Qureshi (*pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002
Email:  mstamer@akingump.com
        idizengoff@akingump.com
        dbotter@akingump.com
        aqureshi@akingump.com

AKIN GUMP STRAUSS HAUER & FELD LLP
Ashley Vinson Crawford (SBN 257246)
580 California Street
Suite 1500
San Francisco, CA 94104
Telephone:  (415) 765-9500
Facsimile:  (415) 765-9501
Email:  avcrawford@akingump.com

*Counsel to the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>-and-<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,** | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**DECLARATION OF DAVID H. BOTTER IN SUPPORT OF THE *EX PARTE* MOTION OF THE AD HOC COMMITTEE OF SENIOR UNSECURED NOTEHOLDERS FOR ENTRY OF AN ORDER AUTHORIZING THE FILING OF THE RSA ENFORCEMENT MOTION UNDER SEAL AND GRANTING RELATED RELIEF** |
| ☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>*All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | [No hearing requested.] |

I, David H. Botter, pursuant to 11 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1. I am a Partner at Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), which has its principal office at One Bryant Park, New York, New York 10136 and is an independent, privately-held, global legal firm. I am authorized to make this declaration (this "Declaration") on behalf of Akin Gump and the Ad Hoc Committee of Senior Unsecured Noteholders of Pacific Gas and Electric Company (the "Ad Hoc Committee") in the above-captioned chapter 11 cases of Pacific Gas and Electric Company (the "Utility") and PG&E Corporation ("PG&E" and, together with the Utility, the "Debtors"). Unless otherwise stated in this Declaration, I have personal knowledge of the facts set forth herein.

2. This Declaration is submitted in support of the *Motion of the Ad Hoc Committee of Senior Unsecured Noteholders for Entry of an Order Authorizing the Filing of the RSA Enforcement Motion under Seal and Granting Related Relief* (the "Sealing Motion"), filed concurrently herewith, which seeks entry of an order, substantially in the form attached thereto as Exhibit A, (i) authorizing the Ad Hoc Committee to file under seal the *Motion of the Ad Hoc Committee of Senior Unsecured Noteholders For Enforcement of the Noteholder RSA and Noteholder RSA Letter Agreement* (the "RSA Enforcement Motion") as it relates to the *Debtors' Motion Pursuant to 11 U.S.C. §§105 and 363 and Fed. R. Bankr. P. 9019 for Entry of an Order (I) Approving Case Resolution Contingency Process and (II) Granting Related Relief* [Docket No. 6398] (the "Case Resolution Contingency Process Motion"), (ii) directing that the RSA Enforcement Motion shall remain under seal and confidential and not made available to anyone without the consent of the Ad Hoc Committee or further order from the Court, and (iii) granting related relief.

3. The Ad Hoc Committee seeks a ruling from the Court that certain actions described more fully in the RSA Enforcement Motion do not violate the Noteholder RSA. The Ad Hoc Committee seeks such relief based on its understanding that the filing of the RSA Enforcement Motion itself may be asserted by the Debtors or the Shareholder Proponents to constitute a violation of the Noteholder RSA. Therefore, the Ad Hoc Committee would either have to publicly file the RSA Enforcement Motion, and thereby risk being accused of violating the Noteholder RSA, or not file the RSA Enforcement Motion and not express its views regarding the Debtors' Case Resolution Contingency Process.

4. Despite the filing of the RSA Enforcement Motion, the Ad Hoc Committee continues to support the Amended Plan has no intent to breach its obligations under the Noteholder RSA.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury, that the foregoing is true and correct.

Dated: April 1, 2020                    Respectfully submitted,

                                        By: /s/ *David H. Botter*
                                            David H. Botter