David E. Weiss (SBN 148147)
Email:     dweiss@reedsmith.com
Jonathan R. Doolittle (SBN 290638)
Email:     jdoolittle@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorney for Creditors,
*Paradise Irrigation District*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | No.: 19-30088 (DM) |
| Pacific Gas and Electric Company, | Chapter 11 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that Paradise Irrigation District ("PID") creditor and party in interest, by and through its counsel, Reed Smith LLP, hereby enters its appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that counsel for PID hereby requests pursuant to Rules 2002, 3017(a), 9007, and Section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these cases, and copies of all papers served or required to be served in these cases, shall be given to and served upon Reed Smith at the following addresses:

> David E. Weiss, Esq.
> Reed Smith LLP
> 101 Second Street, Suite 1800
> San Francisco, CA 94105
> 415.543.8400 (phone)
> 415.391.8269 (fax)
> dweiss@reedsmith.com

1     **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes without

2  limitation, all orders, applications, pleadings, motions, petitions, requests, schedules, statements,

3  complaints or demands, whether formal or informal, arising herein or in any way related to these

4  cases, including in adversary proceedings.

5     **PLEASE TAKE FURTHER NOTICE** that PID does not, by filing this *Notice of*

6  *Appearance and Request for Notice and Service of Papers*, nor any subsequent appearance, pleading,

7  claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this *Notice of*

8  *Appearance and Request for Notice and Service of Papers* constitute a waiver of any of its rights: (i)

9  to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) to

10  trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to

11  these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory

12  or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or

13  recoupments to which they may be entitled, which it expressly reserves.

14

15     DATED: April 1, 2020

                                REED SMITH LLP

16

17                              By: /s/Jonathan R. Doolittle
                                   Jonathan R. Doolittle (SBN 290638)
18                                 Email: jdoolittle@reedsmith.com
                                   Reed Smith LLP
19                                 Attorneys for Creditors,
                                   Paradise Irrigation District
20
US_ACTIVE-152597971.1
21

22

23

24

25

26

27

28

Case: 19-30088    Doc# 6593    Filed: 04/02/20    Entered: 04/02/20 11:57:30    Page 2 of
2

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS

REED SMITH LLP
A limited liability partnership formed in the State of Delaware