David E. Weiss (SBN 148147)
Email: dweiss@reedsmith.com
Jonathan R. Doolittle (SBN 290638)
Email: jdoolittle@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorney for Creditors,
Napa County Recycling & Waste Services, LLC and Napa Recycling & Waste Services, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Pacific Gas and Electric Company,<br><br>Debtor. | No.: 19-30088 (DM)<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS** |

**PLEASE TAKE NOTICE** that Napa County Recycling & Waste Services, LLC and Napa Recycling & Waste Services, LLC (collectively, "Creditors") creditors and party in interest, by and through undersigned counsel, Reed Smith LLP, hereby enters their appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE** that counsel for Creditors hereby requests pursuant to Rules 2002, 3017(a), 9007, and Section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these cases, and copies of all papers served or required to be served in these cases, shall be given to and served upon Reed Smith at the following addresses:

David E. Weiss, Esq.
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
415.543.8400 (phone)

415.391.8269 (fax)
dweiss@reedsmith.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes without limitation, all orders, applications, pleadings, motions, petitions, requests, schedules, statements, complaints or demands, whether formal or informal, arising herein or in any way related to these cases, including in adversary proceedings.

**PLEASE TAKE FURTHER NOTICE** that Creditors do not, by filing this *Notice of Appearance and Request for Notice and Service of Papers*, nor any subsequent appearance, pleading, claim or suit, submit to the jurisdiction of the Bankruptcy Court or intend that this *Notice of Appearance and Request for Notice and Service of Papers* constitute a waiver of any of its rights: (i) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable in these cases, or any controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which they may be entitled, which it expressly reserves.

DATED: April 1, 2020

REED SMITH LLP

By: /s/Jonathan R. Doolittle
Jonathan R. Doolittle (SBN 290638)
Email: jdoolittle@reedsmith.com
Reed Smith LLP
Attorneys for Creditors,
Napa County Recycling & Waste Services,
LLC and Napa Recycling & Waste Services, LLC

US_ACTIVE-152604062.1