1  Robert A. Julian (SBN 88469)
   Cecily A. Dumas (SBN 111449)
2  BAKER & HOSTETLER LLP
   600 Montgomery Street, Suite 3100
3  San Francisco, CA 94111-2806
   Telephone:    415.659.2600
4  Facsimile:    415.659.2601
   Email:   rjulian@bakerlaw.com
5  Email:   cdumas@bakerlaw.com

6  Eric E. Sagerman (SBN 155496)
   David J. Richardson (SBN 168592)
7  Lauren T. Attard (SBN 320898)
   BAKER & HOSTETLER LLP
8  11601 Wilshire Blvd., Suite 1400
   Los Angeles, CA 90025-0509
9  Telephone:    310.820.8800
   Facsimile:    310.820.8859
10 Email:   esagerman@bakerlaw.com
   Email:   drichardson@bakerlaw.com
11 Email:   lattard@bakerlaw.com

12 *Counsel for Official Committee of Tort Claimants*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) (Jointly Administered) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| Debtors. | **NOTICE OF CONTINUED HEARING ON THE OFFICIAL COMMITTEE OF TORT CLAIMANTS' MOTION FOR STANDING TO PROSECUTE CLAIMS OF THE DEBTORS' ESTATES** |
| ☐ Affects PG&E Corporation | |
| ☐ Affects Pacific Gas and Electric Company | |
| ■ Affects both Debtors | [Re: Dkt. No. 5972, 5973, 6435, 6449, 6475, 6482, 6547, 6548] |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | Date:  April 14, 2020<br>Time:  10:00 a.m. (Pacific Time)<br>Place: United States Bankruptcy Court<br>       Courtroom 17, 16th Floor<br>       San Francisco, CA 94102 |
| | Objection Deadline: March 25, 2020 |

**PLEASE TAKE NOTICE** that on January 29, 2019 (the "**Petition Date**"), PG&E Corporation and Pacific Gas and Electric Company, as debtors and debtors in possession (the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Northern District of California (San Francisco Division) (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** on February 28, 2020 the TCC filed *The Official Committee Of Tort Claimants' Motion For Standing To Prosecute Claims Of The Debtors' Estates* [Dkt. No. 5972] (the "**Standing Motion**").

**PLEASE TAKE FURTHER NOTICE** on March 23, 2020, the TCC and Debtors filed their December 12, 2019 the TCC filed the *Stipulation and Agreement for Order Resolving the Official Committee of Tort Claimants' Motion for Standing to Prosecute Claims of the Debtors' Estates* [Dkt. No. 6435] (the "**Standing Stipulation**"). On March 25, 2020, the Official Committee of Unsecured Creditors (the "**OCUC**") filed a Statement in response to the Standing Motion [Dkt. No. 6475, and the Securities Lead Plaintiff ("**PERA**") filed an Opposition to the Standing Motion [Dkt. No. 6482]. On March 31, 2020, the TCC filed its reply brief in support of the Standing Motion [Dkt. No. 6547].

**PLEASE TAKE FURTHER NOTICE** that with the consent of the Debtors, the OCUC, and PERA, the hearing on the Standing Motion will be continued from the hearing date of April 7, 2020, to the omnibus hearing on April 14, 2020 at 10:00 a.m. (Pacific Time) in the courtroom of the Honorable Dennis Montali, United States Bankruptcy Judge, Courtroom 17, 16th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

**PLEASE TAKE FURTHER NOTICE** that copies of the Standing Motion, and Standing Stipulation, and each other pleading described in this Notice, and their supporting papers can be viewed and/or obtained: (i) by accessing the Court's website at http://www.canb.uscourts.gov, (ii) by contacting the Office of the Clerk of the Court at 450 Golden Gate Avenue, San Francisco, CA 94102, or (iii) from the Debtors' notice and claims agent, Prime Clerk LLC, at http://restructuring.primeclerk.com/pge or by calling (844) 339-4217 (toll free) for U.S.-based parties; or +1 (929) 333-8977 for International parties or by e-mail at: pginfo@primeclerk.com. Note that a PACER password is needed to access documents on the Bankruptcy Court's website.

Dated: April 2, 2020

**BAKER & HOSTETLER LLP**

By: */s/ David J. Richardson*
    David J. Richardson

*Counsel for The Official Committee of Tort Claimants*