# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| - and - | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| Debtors. | |
| | Ref. Docket No. 6520 & 6521 |
| ☐ Affects PG&E Corporation <br> ☐ Affects Pacific Gas and Electric Company <br> ☒ Affects both Debtors <br><br> *\* All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                           ) ss.:
COUNTY OF NEW YORK  )

GEOFF ZAHM, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 30, 2020, I caused to be served the "Certificate of No Objection re December Fee Statement of FTI," filed on March 30, 2020 [Docket No. 6520], and the "Certificate of No Objection re January Fee Statement of FTI," filed on March 30, 2020 [Docket No. 6521] by causing true and correct copies to be:

    a. enclosed securely in separate postage prepaid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

| | |
|---|---|
| 1 | */s/ Geoff Zahm*<br>Geoff Zahm |

Sworn to before me this
3rd day of April, 2020
*/s/ John Chau*

Notary Public, State of New York
No. 01CH6353383
Qualified in Queens County
Commission Expires February 23, 2021

# EXHIBIT A

# PG&E CORPORATION - and - PACIFIC GAS AND ELECTRIC COMPANY
## Overnight Mail Fee Application Service List

| Name | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|
| BAKER & HOSTETLER, LLP | ATTN: ERIC E. SAGERMAN AND CECILY DUMAS | 11601 WILSHIRE BLVD. SUITE 1400 | | LOS ANGELES | CA | 90025-0509 |
| MILBANK LLP | DENNIS F. DUNNE, SAMUEL A. KHALIL | 55 HUDSON YARDS | | NEW YORK | NY | 10001-2163 |
| DLA PIPER LLP | ATTN: JOSHUA D. MORSE | 555 MISSION STREET SUITE 2400 | | SAN FRANCISCO | CA | 94105-2933 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JAMES L. SNYDER & TIMOTHY LAFREDDI | MARTA E. VILLACORTA | 450 GOLDEN GATE AVE SUITE 05-0153 | SAN FRANCISCO | CA | 94102 |
| PG&E CORPORATION | ATTN: JANET LODUCA | 77 BEALE STREET | | SAN FRANCISCO | CA | 94177 |

Case: 19-30088    Doc# 6612    Filed: 04/03/20    Entered: 04/03/20 08:04:54    Page 4 of 6

# EXHIBIT B

# PG&E CORPORATION - and - PACIFIC GAS AND ELECTRIC COMPANY
## Electronic Mail Fee Application Service List

bamexampge@gmail.com
david.riley@dlapiper.com
ddunne@milbank.com
esagerman@bakerlaw.com
gbray@milbank.com
james.l.snyder@usdoj.gov
jessica.liou@weil.com
jkim@kellerbenvenutti.com
lattard@bakerlaw.com
marta.villacorta@usdoj.gov
matthew.goren@weil.com
paronzon@milbank.com
rachael.foust@weil.com
skhalil@milbank.com
stephen.karotkin@weil.com
timothy.s.laffredi@usdoj.gov
tkeller@kellerbenvenutti.com
tkreller@milbank.com
traceyrgallegos@gmail.com