TIMOTHY S. LAFFREDI (WI SBN 1055133)
Assistant United States Trustee
United States Department of Justice
Office of the United States Trustee
450 Golden Gate Avenue, Suite 05-0153
San Francisco, CA 94102
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: timothy.s.laffredi@usdoj.gov

Attorney for Andrew R. Vara,
United States Trustee for Regions 3 and 9[1]

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>and<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Debtors.<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* All papers shall be filed in the Lead Case No. 19-30088 DM. | Case Nos. 19-30088 DM (Lead Case)<br><br>19-30089 DM<br><br>Chapter 11<br><br>Jointly Administered |

## THIRD AMENDED
## APPOINTMENT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS
*(Amended to reflect resignation of Karen K. Gowins)*

Pursuant to 11 U.S.C. § 1102(a), Andrew R. Vara, United States Trustee for Regions 3 and 9, hereby appoints the following persons to be members of the Official Committee of Tort Claimants in these jointly administered cases:

---

[1] Andrew R. Vara, United States Trustee for Regions 3 and 9, is acting in this appointment for Tracy Hope Davis, United States Trustee for Region 17, who is recused from the above-captioned cases.
THIRD AMENDED APPOINTMENT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS – *In re PG&E Corp.*, Case No. 19-30088

Case: 19-30088    Doc# 6613    Filed: 04/03/20    Entered: 04/03/20 10:10:26    Page 1 of 2

1. Tommy Wehe

2. Angela Loo

3. Agajanian, Inc.
   c/o Gary Agajanian
   2785 Napa Valley Corporate Drive
   Napa, CA 94558
   gary@agajanian.com

4. Susan Slocum

5. Samuel Maxwell

6. Karen Lockhart

7. Wagner Family Wines-Caymus Vineyards
   c/o Michael T. Carlson
   8700 Conn Creek Road
   Rutherford, CA 94573
   MCarlson@caymus.com

8. Gregory Wilson

Dated: April 3, 2020

ANDREW R. VARA
United States Trustee, Regions 3 and 9

*/s/ Timothy S. Laffredi*
TIMOTHY S. LAFFREDI
Assistant United States Trustee

-2-

THIRD AMENDED APPOINTMENT OF THE OFFICIAL COMMITTEE OF TORT CLAIMANTS – *In re PG&E Corp.*, Case No. 19-30088