B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Northern District of California

In re PG&E Corporation; Pacific Gas & Electric Company, Debtor     Case No. 19-30088-DM (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the portion of the claim referenced in this evidence and notice.

| Sencha Funding LLC | Jefferies Leveraged Credit Products, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Sencha Funding LLC
c/o/Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111
Attn: Michael Linn
Email: mlinn@faralloncapital.com

Court Claim # (if known): 56209
Amount of Claim: $1,140,097.24
Portion of Claim Transferred: Not less than $1,140,097.24, as set forth in the attached Evidence of Transfer of Claims
Date Claim Filed: October 19, 2019

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

SENCHA FUNDING LLC

By: _____/s/ Michael Linn_____     Date: March 24, 2020
      Transferee/Transferee's Agent
      Michael G. Linn

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTORS AND THE BANKRUPTCY COURT

Claim Number: 56209

For good and valuable consideration, the receipt, adequacy and sufficiency of which are hereby acknowledged, Jefferies Leveraged Credit Products, LLC (the "Transferor"), its successors and assigns, does hereby unconditionally and irrevocably sell, transfer and assign unto, its successors and assigns to Sencha Funding LLC (the "Transferee"), its successors and assigns, all rights, title, interest, claims and causes of action in and to, or arising under or in connection with all of Transferor's claims (collectively the "Claim") against PG&E Corporation and Pacific Gas and Electric Company, Case No. 19-30088-DM (the "Debtors"), pending in the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court") and all scheduled claims and all proofs of claim filed by Transferor in respect thereof, which include, without limitation, Proof of Claim number 56209 filed in the amount not less than $1,140,097.24.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated March 24th, 2020.

| Transferor: | Transferee: |
|---|---|
| Jefferies Leveraged Credit Products, LLC | Sencha Funding LLC |
| By: *William McLoughlin* (DocuSigned) | By: *[signature]* |
| Name: William McLoughlin | Name: Michael G Linn |
| Title: SVP | Title: Managing Member |

453-4195/AGR/6088427.3
6055635v.3 9999/08888