UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF CALIFORNIA

In Re:                              Bankruptcy Case No. 19-30088-DM
                                        Chapter 11

PG& E Corporation

       -and-

Pacific Gas and Electric Company

_____/ District Case No.: 20-cv-01612-HSG

NOTICE OF INCOMPLETE RECORD ON APPEAL

       The undersigned Clerk of the U.S. Bankruptcy Court hereby certifies that the record on appeal has not been completed. The following items have not been filed:

☐     No Filing Fees Paid.

X     No Designation of Record.

X     No Statement of Issues.

☐     No transcript fees paid.

☐     Other:

                                                   Edward Emmons, Clerk
                                                   United States Bankruptcy Court

Date:    4/3/2020       By:      *DaWana Chambers*
                                                     _____

                                                   Deputy Clerk

Case Number: _____

Certificate of Mailing

I, the undersigned, a regularly appointed and qualified deputy clerk in the office of the United States Bankruptcy Court for the Northern District of California, hereby certify:

That I, in the performance of my duties as such clerk, served a copy of the **Notice of Incomplete Record** to the addressed as listed below.

Date: 4/3/2020     *DaWana Chambers*
                    Deputy Clerk

Office of the U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
via ECF