Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons
Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

April 3, 2020

Susan Y. Soong, Clerk of Court
United States District Court
Phillip Burton Federal Building
& United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: Transmittal of Notice of Incomplete Record on Appeal to District Court: **PG& E Corporation and Pacific Gas and Electric Case No.: 19-30088-DM, Judge Dennis Montali and District Court Lead Case No. 20-cv-01612-HSG**

Dear Clerk:

We are electronically transmitting the following document(s) to your court for the above referenced matter:

X   Notice of Incomplete Record on Appeal

If you have any questions, please contact me *at* **(415) 268-2373.**.

        Sincerely,

        Edward J. Emmons
        Clerk of Court

        By: DaWana Chambers
        **Deputy Clerk**