| | |
|---|---|
| **KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (#151445)<br>(tkeller@kbkllp.com)<br>Jane Kim (#298192)<br>(jkim@kbkllp.com)<br>650 California Street, Suite 1900<br>San Francisco, CA 94108<br>Tel: (415) 496-6723<br>Fax: (650) 636-9251<br><br>*Attorneys for Debtors and Debtors in Possession* | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:**<br><br>**PG&E CORPORATION,**<br><br>- and -<br><br>**PACIFIC GAS AND ELECTRIC COMPANY,**<br><br>      **Debtors.**<br><br>☐ Affects PG&E Corporation<br>☐ Affects Pacific Gas and Electric Company<br>☒ Affects both Debtors<br><br>* *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | Bankruptcy Case No. 19-30088 (DM)<br><br>Chapter 11<br><br>(Lead Case)<br><br>(Jointly Administered)<br><br>**CERTIFICATE OF NO OBJECTION REGARDING FIRST COMBINED MONTHLY FEE STATEMENT OF PRIME CLERK LLC FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIODS FROM FEBRUARY 1, 2019 THROUGH DECEMBER 31, 2019**<br><br>[Re: Dkt No. 5575]<br><br>**Objection Deadline**: February 21, 2020 at<br>          4:00 p.m. (Pacific Time) |

**THE COMBINED MONTHLY FEE STATEMENT**

On January 31, 2020, Prime Clerk LLC (the "**Applicant**"), administrative advisor to PG&E Corporation and Pacific Gas and Electric Company (the "**Debtors**"), filed its *Combined First Monthly Fee Statement of Prime Clerk LLC for Allowance and Payment of Compensation and Reimbursement of Expenses for the Periods From February 1, 2019 Through December 31, 2019* [Docket No. 5575] (the "**Monthly Fee Statement**"), pursuant to the *Order Pursuant to 11 U.S.C §§ 331 and 105(a) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for Interim Compensation and Reimbursement of Expenses of Professionals*, entered on February 27, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

The Monthly Fee Statement was served on January 31, 2020, as described in the Certificate of Service of Sonia Akter, filed on February 5, 2020 [Dkt. No. 5643]. The deadline to file responses or oppositions to the Monthly Fee Statement was February 21, 2020, and no oppositions or responses have been filed with the Court or received by the Applicant. Pursuant to the Interim Compensation Procedures Order, the above captioned debtors and debtors in possession are authorized to pay the Applicant eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A.**

**DECLARATION OF NO RESPONSE RECEIVED**

The undersigned hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that:

1. I am an associate of the firm of Keller Benvenutti Kim LLP, co-counsel for the Debtors.

2. I certify that I have reviewed the Court's docket in this case and have not received any response or opposition to the Monthly Fee Statement.

3. I further certify that I have confirmed with the Applicant that it has not received any response or opposition to the Monthly Fee Statement.

4. This declaration was executed in San Francisco, California.

| | | |
|---|---|---|
| Dated: April 3, 2020 | | **KELLER BENVENUTTI KIM LLP** |
| | | By:   /s/ Dara L. Silveira   |
| | |       Dara L. Silveira |
| | | *Attorneys for Debtors and Debtors in Possession* |

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

**Exhibit A**

Professional Fees and Expenses
Monthly Fee Application

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Fees Authorized to be Paid at 80% | Expenses Authorized to be Paid at 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| **Prime Clerk LLC** (Administrative Advisor to Debtors and Debtors in Possession) | **First Monthly** (02.01.19 to 12.31.19) [Dkt. 5575; filed 01.31.2020] | $5,678.40 | $0.00 | 02.21.2020 | $4,542.72 | $0.00 | $1,135.68 |