| | |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP |
| | Stephen Karotkin (*pro hac vice*) |
| 2 | (stephen.karotkin@weil.com) |
| | Ray C. Schrock, P.C. (*pro hac vice*) |
| 3 | (ray.schrock@weil.com) |
| | Jessica Liou (*pro hac vice*) |
| 4 | (jessica.liou@weil.com) |
| | Matthew Goren (*pro hac vice*) |
| 5 | (matthew.goren@weil.com) |
| | 767 Fifth Avenue |
| 6 | New York, NY 10153-0119 |
| | Tel: 212 310 8000 |
| 7 | Fax: 212 310 8007 |
| 8 | KELLER & BENVENUTTI LLP |
| | Tobias S. Keller (#151445) |
| 9 | (tkeller@kellerbenvenutti.com) |
| | Jane Kim (#298192) |
| 10 | (jkim@kellerbenvenutti.com) |
| | 650 California Street, Suite 1900 |
| 11 | San Francisco, CA 94108 |
| | Tel: 415 496 6723 |
| 12 | Fax: 650 636 9251 |
| 13 | *Attorneys for Debtors* |
| | *and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **In re:** | Bankruptcy Case No. 19-30088 (DM) |
| | Chapter 11 |
| **PG&E CORPORATION,** | (Lead Case) (Jointly Administered) |
| - and - | **CONSOLIDATED MONTHLY FEE STATEMENT OF HUNTON ANDREWS KURTH LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2020 THROUGH FEBRUARY 29, 2020** |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | |
| **Debtors.** | |
| ☐ Affects PG&E Corporation | Objection Deadline: April 24, 2020 |
| ☐ Affects Pacific Gas and Electric Company | 4:00 p.m. (Pacific Time) |
| ☒ Affects both Debtors | [No hearing requested] |
| * *All papers shall be filed in the Lead Case, No. 19-30088 (DM).* | |

| | |
|---|---|
| To: The Notice Parties | |
| Name of Applicant: | Hunton Andrews Kurth LLP |
| Authorized to Provide Professional Services To: | Special Counsel for the Debtors and Debtors in Possession |
| Date of Retention: | March 20, 2020 |
| Period for which compensation and reimbursement are sought: | January 1, 2020 Through, February 29, 2020 |
| Amount of compensation sought as actual, reasonable, and necessary: | $446,289.20 (80% of $557,861.50) |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $348.92 |

Hunton Andrews Kurth LLP ("**Hunton**" or "**Applicant**"), special counsel to PG&E Corporation ("**PG&E Corp.**") and Pacific Gas and Electric Company (the "**Utility**"), as debtors and debtors in possession (collectively, "**PG&E**" or the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby submits its first consolidated Monthly Fee Statement (the "**Monthly Fee Statement**") for allowance and payment of compensation for professional services rendered and for reimbursement of actual and necessary expenses incurred for the period commencing January 1, 2020 through February 29, 2020 (the "**Fee Period**") pursuant to the *Order Pursuant to 11 U.S.C. §§ 331 and 105(e) and Fed. R. Bankr. P. 2016 for Authority to Establish Procedures for interim Compensation and Reimbursement of Expenses of Professionals*, entered on February 28, 2019 [Docket No. 701] (the "**Interim Compensation Procedures Order**").

By this Monthly Fee Statement, Hunton requests allowance and payment of $446,289.20 (representing 80% of a total $557,861.50 of fees incurred during the Fee Period) as compensation for professional services rendered to the Debtors during the Fee Period, and allowance and payment of $348.92 (representing 100% of expenses) and reimbursement for actual and necessary expenses incurred by Hunton during the Fee Period.

Annexed hereto as **Exhibit A** is the name of each professional who performed services for the Debtors during the Fee Period covered by this Fee Statement and the hourly rate and total fees for each professional. Attached hereto as **Exhibit B** is a summary of hours during the Fee Period by task. Attached hereto as **Exhibit C** is a summary of expenses incurred during the Fee Period. Attached hereto as **Exhibit D** are the detailed time and expense entries for the Fee Period.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Interim Compensation Procedures Order, responses or objections to this Monthly Fee Statement, if any, must be filed and served on or before 4:00 p.m. (Pacific Time) on the 21st day (or the next business day if such day is not a business day) following the date of the Monthly Fee Statement is served (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that upon the expiration of the Objection Deadline, the Applicant shall file a certificate of no objection with the Court with respect to any fees and expenses not subject to an objection, after which the Debtors are authorized and directed to pay the Applicant an amount equal to 80% of the fees and 100% of the expenses requested in this Monthly Fee Statement that are not subject to an objection. If a portion of the fees and expenses are subject to a properly and timely filed objection and the Applicant is unable to reach a consensual resolution with the objection, the Applicant may (i) request the Court approve the amounts subject to objection or (ii) forgo payment of such amounts until the next hearing to consider interim or final fee applications, at which time the Court will adjudicate any unresolved objections.

Dated: April 3, 2020

Respectfully submitted,

*Michael F. Fitzpatrick, Jr.*

_____
Michael F. Fitzpatrick, Jr.
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, New York 10166-0005
Tel: (212) 309-1071
mfitzpatrick@HuntonAK.com

*Special Counsel to Debtors*

| | |
|---|---|
| 1 | **Notice Parties** |
| 2 | PG&E Corporation |
| | c/o Pacific Gas & Electric Company |
| 3 | Attn: Janet Loduca, Esq. |
| | 77 Beale Street |
| 4 | San Francisco, CA 94105 |
| 5 | |
| | Weil, Gotshal & Manges LLP |
| 6 | Attn: Stephen Karotkin, Esq. |
| | Jessica Liou, Esq. |
| 7 | Matthew Goren, Esq. |
| | 767 Fifth Avenue |
| 8 | New York, NY 10153 |
| 9 | |
| | Keller Benvenutti Kim LLP |
| | Attn: Tobias S. Keller, Esq. |
| 10 | Jane Kim, Esq. |
| | 650 California Street, Suite 1900 |
| 11 | San Francisco, CA 94108 |
| 12 | |
| | The Office of the United States Trustee for Region 17 |
| | Attn: Andrew Vara, Esq. |
| 13 | Timothy Laffredi, Esq. |
| | 450 Golden Gate Avenue, 5th Floor, Suite #05-0153 |
| 14 | San Francisco, CA 94102 |
| 15 | |
| | Milbank LLP |
| 16 | Attn: Dennis F. Dunne, Esq. |
| | Sam A. Khalil, Esq. |
| 17 | 55 Hudson Yards |
| | New York, NY 10001-2163 |
| 18 | |
| | Milbank LLP |
| 19 | Attn: Paul S. Aronzon, Esq., |
| | Gregory A. Bray, Esq., |
| 20 | Thomas R. Kreller, Esq. |
| | 2029 Century Park East, 33rd Floor |
| 21 | Los Angeles, CA 90067 |
| 22 | |
| | Baker & Hostetler LLP |
| | Attn: Eric Sagerman, Esq. and |
| 23 | Cecily Dumas, Esq. |
| | 11601 Wilshire Boulevard, Suite 1400 |
| 24 | Los Angeles, CA 90025-0509 |
| 25 | |
| | Bruce A. Markell, Fee Examiner |
| | 541 N. Fairbanks Ct., Ste 2200 |
| 26 | Chicago, IL 60611-3710 |
| 27 | |
| | Scott H. McNutt |
| | 324 Warren Road |
| 28 | San Mateo, California 94402 |