# **EXHIBIT A**

# COMPENSATION BY HUNTON ANDREWS KURTH LLP PROFESSIONALS
## (January 1, 2020 through February 29, 2020)

| Name of Professional | Position | Primary Practice Group | First Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| G. Howell, III | Partner | Tax & Erisa | 1981 | $1,058.00 | 5.1 | $5,395.80 |
| M. Fitzpatrick | Partner | Corporate / Capital Markets | 1991 | $936.00 | 142.2 | $133,099.20 |
| B. Tolley, III | Partner | Tax & Erisa | 1977 | $896.00 | 13.8 | $12,364.80 |
| R. M. Johnson | Partner | Capital Finance & Real Estate | 1984 | $887.00 | 39.6 | $35,125.20 |
| K. Felz | Partner | Corporate / Capital Markets | 2003 | $873.00 | 17.2 | $15,015.60 |
| J. Buonanno | Partner | Corporate / Capital Markets | 1990 | $873.00 | 31.0 | $27,063.00 |
| S. Kwon | Partner | Corporate / Capital Markets | 2006 | $779.00 | 77.20 | $60,138.80 |
| E. Nedell | Partner | Energy and Infrastructure | 2004 | $720.00 | 6.5 | $4,680.00 |
| J. Harbour | Partner | Bankruptcy /Restructuring | 2001 | $698.00 | 3.2 | $2,233.60 |
| J. Chenault | Partner | Capital Finance & Real Estate | 2005 | $639.00 | 0.5 | $319.50 |
| A. Kintzinger | Counsel | Capital Finance & Real Estate | 1981 | $837.00 | 39.7 | $33,228.90 |
| A. O'Brian | Counsel | Corporate / Capital Markets | 2009 | $720.00 | 130.6 | $94,032.00 |
| J. Paget | Counsel | Bankruptcy /Restructuring | 2008 | $590.00 | 21.3 | $12,567.00 |
| C. Hasbrouck | Associate | Capital Finance & Real Estate | 2013 | $572.00 | 11.4 | $6,520.80 |
| J. Feingertz | Associate | Tax & Erisa | 2013 | $540.00 | 2.0 | $1,080.00 |
| J. Eisenberg | Associate | Tax & Erisa | 2017 | $518.00 | 23.7 | $12,276.60 |
| B. Harney | Associate | Corporate / Capital Markets | 2010 | $504.00 | 52.5 | $26,460.00 |
| M. Chan | Associate | Corporate / Capital Markets | 2016 | $500.00 | 1.2 | $600.00 |
| P. Jamieson | Associate | Corporate / Capital Markets | 2015 | $491.00 | 134.4 | $65,990.40 |
| R. Hoffman | Associate | Capital Finance & Real Estate | 2017 | $374.00 | 4.1 | $1,533.40 |

| Name of Professional | Position | Primary Practice Group | First Year Admitted | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|---|
| T. Canada | Paralegal | Bankruptcy /Restructuring | N/A | $243.00 | 32.30 | $7,848.90 |
| G. Ognjanovic | Paralegal | Commercial Litigation | N/A | $240.00 | 1.2 | $288.00 |
| **Totals:** | | | | | **790.7** | **$557,861.50** |

| Professionals Totals | Blended Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|
| Partners and Counsel | $824.52 | 527.9 | $435,263.40 |
| Associates | $499.18 | 229.3 | $114,461.20 |
| **Blended Attorney Rate** | **$726.00** | 757.2 | $549,724.60 |
| Paraprofessionals and other non-legal staff | $242.89 | 33.5 | $8,136.90 |
| **Total Fees Incurred** | | **790.7** | **$557,861.50** |