# **EXHIBIT B**

## COMPENSATION BY WORK TASK CODE FOR SERVICES RENDERED
### (January 1, 2020 Through February 29, 2020)

| Task Code[1] | Description | Hours | Amount |
|---|---|---|---|
| L140 | Document/File Management | 1.2 | $288.00 |
| P100[2] | Project Administration | 34.9 | $11,677.40 |
| P210 | Corporate Review | 345.2 | $241,467.70 |
| P220 | Tax | 84.3 | $64,346.10 |
| P240 | Real and Personal Property | 55.6 | $43,498.90 |
| P280[3] | Other | 14.4 | $8,855.10 |
| P300[4] | Structure / Strategy / Analysis | 89.6 | $77,202.50 |
| P400[5] | Initial Document Preparation / Filing | 160.7 | $106,945.60 |
| P500 | Negotiation / Revision / Responses | 4.8 | 3,580.20 |
| **Total:** | | **790.7** | **$557,861.50** |

---

[1] These Task Codes and Descriptions were used by Hunton in conjunction with pre-petition time entries and invoices as required by Debtors prior to filing of these Bankruptcy Cases, and Hunton continues to use them in conjunction with post-petition time entries and invoices in these Special Counsel matters. In connection with additional services Hunton now is required to perform in connection with these bankruptcy cases (*e.g.*, in connection with Hunton's retention application, monthly fee statements, fee applications, or the like), Hunton further specifies the time and fees for any such additional services in footnotes 2 through 5 below.

[2] Includes 29.8 hours ($10,295.00 in fees) related to Hunton's Special Counsel Retention Application, all contained within the attached Exhibit D.

[3] Includes 9.3 hours ($5,487.00 in fees) related to Hunton's Special Counsel Retention Application, all contained within the attached Exhibit D.

[4] Includes 1.0 hours ($873.00 in fees) related to Hunton's Special Counsel Retention Application, all contained within the attached Exhibit D.

[5] Includes 6.5 hours ($1,579.50 in fees) related to Hunton's Special Counsel Retention Application, all contained within the attached Exhibit D.