# **EXHIBIT C**

**EXPENSE SUMMARY**
**(January 1, 2020 through February 29, 2020)**

| Expenses[6] | Amount |
|---|---:|
| Meals | $92.94 |
| Other - Certified Copy Fees | $255.98 |
| **Total Expenses** | **$348.92** |

---

[6] Expenses are shown on pages 28, 46, and 53 of Exhibit D.