

**Entered on Docket**
**April 03, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: April 3, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

Robert A. Julian (SBN 88469)
Cecily A. Dumas (SBN 111449)
BAKER & HOSTETLER LLP
600 Montgomery Street, Suite 3100
San Francisco, CA 94111
Telephone:  415.659.2600
Facsimile:  414.659.2601
Email:  rjulian@bakerlaw.com
Email:  cdumas@bakerlaw.com

Eric E. Sagerman (SBN 155496)
Lauren T. Attard (SBN 320898)
BAKER & HOSTETLER LLP
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone:  310.820.8800
Facsimile:  310.820.8859
Email:  esagerman@bakerlaw.com
Email:  lattard@bakerlaw.com

*Counsel for Official Committee of Tort Claimants*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 19-30088 (DM) |
| **PG&E CORPORATION** | Chapter 11 |
| -and- | (Lead Case) |
| **PACIFIC GAS AND ELECTRIC COMPANY,** | (Jointly Administered) |
| **Debtors** | **ORDER RE:** |
| | **STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER AND AGREEMENT ON THE PRODUCTION OF CERTAIN INSURANCE INFORMATION** |
| ☐  Affects PG&E Corporation | |
| ☐  Affects Pacific Gas and Electric Company | |
| ■  Affects both Debtors | |
| *All papers shall be filed in the Lead Case, No. 19-30088 (DM)* | |

The Court, having considered the *Stipulated Confidentiality and Protective Order and Agreement on the Production of Certain Insurance Information* ("**Agreement**")[1] among BrownGreer PLC ("**BrownGreer**"), the Ad Hoc Group of Subrogation Claim Holders (the "**Ad Hoc Subrogation Group**"), the Honorable John K. Trotter (Ret.) as proposed Trustee for the Fire Victim Trust (the "**Trustee**"), and the Official Committee of Tort Claimants (the "**TCC**") (collectively the "**Parties**"), filed on April 2, 2020 in connection with the above-captioned bankruptcy cases pending before the United States Bankruptcy Court for the Northern District of California (the "**Court**"), and pursuant to stipulation and agreement of the Parties, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. Having reviewed the Agreement, the Court finds that there is a reasonable and compelling need for the production of information and documents as set forth in the Agreement by the Subrogation Claimants to the secure, protected, and access-limited repositories also described therein, which outweighs any privacy concerns associated with the production of the documents or information.

2. Immediately upon entry of this Order, the terms and provisions of the Agreement shall go into effect.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of the Agreement.

**\*\* END OF ORDER \*\***

---

[1] Capitalized terms used and not defined herein shall have the meaning ascribed to them in the Agreement.

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
SAN FRANCISCO